

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0802-301220

INVOICE #  889578

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0802-301220
     TC # 705025

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | LG | Prepare for and attend call with the servicer regarding AG implementation and testing issues that arose during the prior week | L120 | .70 hrs |
| 09/03/13 | LG | Prepare for and attend call with the cross servicer group regarding issues related to AG settlement implementation and testing issues | L120 | 1.30 hrs |
| 09/03/13 | LG | Prepare for and attend call with the Rescap estate regarding AG settlement testing and implementation issues that arose during the week | L120 | .80 hrs |
| 09/03/13 | LG | Prepare for and attend call with the cross servicer group regarding new metrics and various other issues related to the national mortgage settlement | L120 | .70 hrs |
| 09/03/13 | RRM | Participate in weekly standards telephone conference | L190 | .50 hrs |
| 09/03/13 | RRM | Continue work on Metrics 31, 32 and 33 and communicate with business as to sign off and compliance | L190 | 1.30 hrs |
| 09/03/13 | RRM | Participate in weekly call with T.Hamzehpour and D.Cunningham on updates including upcoming trip to Tempe for GreenTree | L190 | .40 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/03/13 | RRM | Participate in cross-servicer executive call on next steps with Monitoring Committee | L120 | 1.00 hrs |
| 09/03/13 | ACRA | Teleconference with cross servicer legal group to discuss document to be sent to OMSO regarding agreements to revisions to testing following discussions in Raleigh | L120 | 1.30 hrs |
| 09/03/13 | ACRA | Discuss issues related to testing of completeness of Consumer Relief solicitation requirements with internal review group | L120 | .70 hrs |
| 09/03/13 | ACRA | Analyze issues related to possible service transfer of loans included in the AG population prior to testing of completeness of Consumer Relief solicitation requirements is completed | L120 | .60 hrs |
| 09/03/13 | CSM | Participate in cross-servicer IRG workgroup call regarding metric testing issues | P280 | .20 hrs |
| 09/04/13 | ACRA | Analyze issues related to possible service transfer of loans in population eligible for Consumer Relief solicitations and impact of testing of completeness of Consumer Relief solicitation requirements | L120 | .70 hrs |
| 09/04/13 | ACRA | Analyze issues related to metric 25 and the testing of compliance with requirements described therein | L120 | 2.70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/04/13 | ACU | Prepare for and attend teleconference with Clayton and Greentree regarding test script development. | L120 | 1.80 hrs |
| 09/04/13 | ACU | Analyze issues related to metric 25. | L120 | .50 hrs |
| 09/04/13 | ACU | Analyze issues regarding the meaning of "mortgage indebtedness" and "contemporaneous" within the context of metric 25 testing. | L120 | 2.80 hrs |
| 09/04/13 | ACRA | Analyze issues related to testing compliance of servicing of loans transferred pursuant to bankruptcy sale with Servicing Standards set forth in Exhibit A of the National Mortgage Settlement | L120 | 1.20 hrs |
| 09/04/13 | ACRA | Discuss issues related to testing compliance of servicing of loans transferred pursuant to bankruptcy sale with purchaser of said loans | L120 | .70 hrs |
| 09/04/13 | ACRA | Discuss with client issues related to possible service transfer of loans in population eligible for Consumer Relief solicitations and impact of testing thereto | L120 | .30 hrs |
| 09/04/13 | CWH | Review and analyze multiple issues and documents regarding Metric 25 and particular language in deficiency waiver letters | L120 | 2.20 hrs |
| 09/04/13 | RRM | Prepare for and participate in OMSO call on Metric and discussion of population validation request | L190 | 1.00 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243516

| | | | | |
|---|---|---|---|---|
| 09/04/13 | RRM | Extensive telephone conference with D.Dreifus, counsel for OMSO, with regard to position on Metric 25 and extensive debate with regard to same and subsequent extensive work with regard to preparing defense of business position and metric testing | L190 | 4.30 hrs |
| 09/04/13 | RRM | Review of outline from IRG from high priority topics for upcoming call with OMSO and Baker Tilly, review and analysis of Metrics 8, 3B and 26 | L650 | 2.70 hrs |
| 09/04/13 | RRM | Telephone call with P.Bordelon and L.DeSilva with regard to preparation for upcoming call with OMSO | L190 | .50 hrs |
| 09/04/13 | GPI | Meeting with A.smith and A.craft regarding metric 25 | C200 | .90 hrs |
| 09/04/13 | SWA | Met with G.Pipes, A.Craft, A.Smith, and S.Merkle to discuss and brainstorm research ideas re: definition of mortgage indebtedness. | C200 | .80 hrs |
| 09/04/13 | LG | Analyze questions from Clayton regarding the national mortgage settlement and research answers in order to respond to a list of questions from Clayton regarding the settlement | L120 | 1.70 hrs |
| 09/04/13 | LG | Communications with the servicer regarding the implementation and testing of certain new metrics under the AG settlement | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/04/13 | LG | Analyze examples of certain loans tested by the IRG in order to respond to outstanding request from Baker Tilly regarding those loans | L120 | .90 hrs |
| 09/04/13 | LG | Analyze state law related to notarization of certain documents in order to respond to outstanding request from Baker Tilly | L120 | 1.10 hrs |
| 09/04/13 | LG | Edit response to questions from the accounting firms regarding settlement testing and implementation | L120 | .30 hrs |
| 09/04/13 | LG | Begin reviewing documentation uploaded by client related to the testing and implementation of a certain AG Settlement metric in order to respond to questions from the monitor's office | L120 | 2.20 hrs |
| 09/04/13 | SME | Conference call with R.Maddox, A.Smith, A.Craft, and L.Gilley to discuss strategy for passing Metric 25. | L120 | .80 hrs |
| 09/04/13 | SME | Met with A.Craft, L.Gilley, A.Smith, G.Pipes, and S.Waddell to discuss research strategy for presentation to monitor regarding Metric 25. | L110A | .80 hrs |
| 09/04/13 | LG | Prepare for and attend call with Green Tree regarding the testing procedures for its IRG | L120 | 1.60 hrs |
| 09/04/13 | LG | Prepare for and attend call with Baker Tilly regarding questions related to the national mortgage settlement | L120 | 1.80 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
· LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/05/13 | phn | Research for mortgage indebtedness for NY, MA, FL | L120 | 3.20 hrs |
|----------|-----|---------------------------------------------------|------|----------|
| 09/05/13 | ATH | Document review - review borrower approval and deficiency letters as well as FiServ screen shots detailing borrowers account to determine relevant dates and details of borrower loan situation. | L110 | 3.00 hrs |
| 09/05/13 | SME | Met with A.Craft, A.Smith, G.Pipes, and S.Waddell to discuss progress on research related to presentation for monitor regarding Metric 25. | C300 | .50 hrs |
| 09/05/13 | SME | Researched law in Alaska and Idaho regarding the definition of "mortgage indebtedness" and the treatment of a note executed for the purchase of a home versus a mortgage executed to secure the note. | C200 | 1.50 hrs |
| 09/05/13 | SME | Researched law in Missouri, South Carolina, and Ohio regarding the definition of "mortgage indebtedness" and the treatment of a note executed for the purchase of a home versus a mortgage executed to secure the note. | C200 | 1.50 hrs |
| 09/05/13 | LG | Prepare for and attend call with the business and IRG regarding the testing and implementation of a certain AG settlement metric | L120 | 1.40 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/13 | LG | Call with the cross servicer group regarding testing and implementation issues related to various AG settlement metrics | L120 | .60 hrs |
| 09/05/13 | LG | Prepare for and attend call with IRG regarding testing of a certain AG settlement metric | L120 | .80 hrs |
| 09/05/13 | LG | Call with various parties regarding transfer of certain loans and the impact of those loans on AG settlement testing | L120 | .80 hrs |
| 09/05/13 | LG | Communications with team regarding analysis and review of documents in order to respond to request from the monitor regarding a certain metric | L120 | 1.20 hrs |
| 09/05/13 | LG | Review and analyze documents related to response to a question from the monitor related to a specific metric | L120 | 2.30 hrs |
| 09/05/13 | LG | Review and analyze proposed changes to new metrics in order to determine whether those changes are acceptable to the servicer | L120 | .80 hrs |
| 09/05/13 | LG | Analyze proposed changes to a document setting forth clarifications for metric testing in order to make sure those changes are acceptable to the servicer | L120 | .60 hrs |
| 09/05/13 | SWA | Research and analyze Arkansas case law re: definition of "mortgage indebtedness." | C200 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/13 | SWA | Met with S.Merkle, G.Pipes, T.Bearman, A.Smith, and L.Gilley re: division and plan of attack for research on the definition of mortgage indebtedness. | C200 | .50 hrs |
| 09/05/13 | SWA | Research and analyze Delaware case law re definition of "mortgage indebtedness." | C200 | 1.50 hrs |
| 09/05/13 | SWA | Research and analyze Kansas case law re: definition of "mortgage indebtedness." | C200 | 1.70 hrs |
| 09/05/13 | SWA | Met with T.Bearman, A.Smith, S.Merkle, and G.Pipes to discuss analyze findings across jurisdictions on research re: mortgage indebtedness. | C200 | .60 hrs |
| 09/05/13 | GPI | Researched mortgage indebtedness in Alabama and Illinois | C200 | 2.20 hrs |
| 09/05/13 | GPI | Meeting with A.Smith and A.Craft regarding completed research | C200 | .70 hrs |
| 09/05/13 | GPI | Researched mortgage indebtedness in Washington DC and Maryland | C200 | 2.10 hrs |
| 09/05/13 | GPI | Researched mortgage indebtedness in Nevada, Connecticut, and Texas | C200 | 1.80 hrs |
| 09/05/13 | TBE | Researching the definition of mortgage indebtedness in several states | C200 | 2.50 hrs |
| 09/05/13 | TBE | Conference call with attorneys in BHM to discuss what the project is and what I will be doing | C200 | .40 hrs |
| 09/05/13 | TBE | Conference call updating progress | C200 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/05/13 | RRM | Review email from W.Dempers with multiple attachments on revised Metrics 32 and 33 and subsequent review of same | L650 | 1.10 hrs |
| 09/05/13 | RRM | Participate in cross-service Metric call focusing on newly revised Metrics 32 and 33 and strategy | L120 | 1.00 hrs |
| 09/05/13 | RRM | Participate in servicer executive call with regard to upcoming bankruptcy training and follow up | L190 | 1.30 hrs |
| 09/05/13 | RRM | Telephone conference with J.Lowe with MAAG regarding willingness to amend the POC and follow up email to client | L120 | .80 hrs |
| 09/05/13 | CWH | Continue to review and analyze issues with short sale metric and testing documentation for numerous loans | L120 | 1.50 hrs |
| 09/05/13 | RRM | Telephone conference with T.Hamzehpour regarding Metric 25 | L120 | .20 hrs |
| 09/05/13 | RRM | Continue work on Metric 25 in-depth analysis and work around same | L120 | 3.10 hrs |
| 09/05/13 | CSM | Telephone conference with P.Bordelon and E.Getzen regarding development of testing protocol for Metric 3B acceptable to business unit | P280 | .50 hrs |
| 09/05/13 | ACRA | Discuss testing of completeness of Consumer Relief solicitation obligations with OMSO and BDO | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/13 | ACRA | Teleconference with client to discuss issues related to possible transfer of loans in Consumer Relief population and impact of testing completeness of solicitation requirements | L120 | .30 hrs |
| 09/05/13 | ACRA | Analyze issues related to metric 25 and the testing of compliance thereto | L120 | .80 hrs |
| 09/05/13 | ACU | Analyze issues related to Metric 25 and use of release language regarding "mortgage indebtedness" contained in short sale approval letters. | L120 | 2.80 hrs |
| 09/06/13 | ACRA | Analyze issues related to possible transfer of loans in Consumer Relief population and determine impact of testing of completeness of solicitation requirements | L120 | 1.10 hrs |
| 09/06/13 | ACU | Review and analyze issues related to release language used in short sale approval letter for purposes of testing Metric 25. | L120 | 1.80 hrs |
| 09/06/13 | ACRA | Teleconference with investor to discuss possible service transfer of loans in Consumer Relief population | L120 | .50 hrs |
| 09/06/13 | ACRA | Analyze issues related to Metric 25 and testing of compliance of FiServ platform thereto | L120 | .60 hrs |
| 09/06/13 | CSM | Participate in cross-servicer group conference call regarding finalization of new metrics | P280 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/13 | CSM | Participate in conference call with IRG and business unit regarding development of protocols for ensuring accuracy of 14-day pre-referral notice and related testing under Metric 3B | P280 | .50 hrs |
| 09/06/13 | RRM | Preparation for and subsequent cross-servicer call and focus on Metric 30 and extensive follow up on same | L190 | 1.70 hrs |
| 09/06/13 | RRM | Extensive preparation for and subsequent telephone conference with 21st Century Mortgage with regard to not transferring consumer relief loans | L240B | 2.10 hrs |
| 09/06/13 | RRM | Extended telephone conference with business with regard to moving forward with regard to additional analytics | L190 | .90 hrs |
| 09/06/13 | RRM | Extensive preparation for and subsequent telephone conference with B.Cherry, counsel for OMSO, with regard to extended discussion on Metric 25 and follow up work on same | L190 | 1.70 hrs |
| 09/06/13 | RRM | Continue updated analysis on staffing for IRG and BDO work on solicitation completeness testing | L120 | .60 hrs |
| 09/06/13 | CWH | Continue to review and analyze various changes in form short sale approval and deficiency-related letters, as same relate to Metric 25 testing | L120 | 1.10 hrs |
| 09/06/13 | CWH | Conference call with client regarding Metric 25 testing | L120 | .50 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/06/13 | TBE | Researching mortgage indebtedness across several states | C200 | 4.40 hrs |
| 09/06/13 | GPI | Researched mortgage indebtedness in Nevada, Connecticut, and Texas | C200 | 1.20 hrs |
| 09/06/13 | GPI | Consolidated research for Alabama, Illinois, Washington DC, Maryland, and drafted research memorandum | C200 | 2.40 hrs |
| 09/06/13 | GPI | Consolidated research for Nevada, Connecticut, Texas, and drafted research memorandum | C200 | 1.90 hrs |
| 09/06/13 | SWA | Research and analyze Minnesota case law re: definition of mortgage indebtedness. | C200 | 1.80 hrs |
| 09/06/13 | SWA | Research and analyze Mississippi case law re: definition of mortgage indebtedness. | C200 | 1.20 hrs |
| 09/06/13 | SWA | Research and analyze Vermont case law re: definition of mortgage indebtedness. | C200 | .90 hrs |
| 09/06/13 | SWA | Research and analyze Virginia case law re: definition of mortgage indebtedness. | C200 | 1.20 hrs |
| 09/06/13 | SWA | Research and analyze Colorado case law regarding definition of mortgage indebtedness. | C200 | .80 hrs |
| 09/06/13 | SWA | Draft document regarding case law found on the definition of mortgage indebtedness in states researched. | C200 | 1.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/13 | LG | Prepare for and attend call with the cross servicer group and monitoring committee regarding changes to metric testing procedures | L120 | 1.10 hrs |
| 09/06/13 | LG | Prepare for and attend call with the IRG regarding the testing procedures for various metrics | L120 | 1.30 hrs |
| 09/06/13 | LG | Draft communications to the servicer regarding the testing procedures and issues related to the testing of a certain AG metric | L120 | 2.40 hrs |
| 09/06/13 | LG | Communications to the servicer regarding the population needed in order to respond to a specific request for information from the monitor | L120 | .80 hrs |
| 09/06/13 | LG | Review and analyze documents provided by the servicer in order to respond to a specific request from the servicer | L120 | 2.20 hrs |
| 09/06/13 | SME | Researched law in Alaska, Colorado, and Idaho regarding use of the terms "note" and "mortgage" in a release of mortgage context. Research conducted in preparation for meeting with monitor regarding Metric 25. | C200 | 1.50 hrs |
| 09/06/13 | SME | Researched law in Illinois, Missouri, Ohio, and Pennsylvania regarding use of the terms "note" and "mortgage" in a release of mortgage context.  Research conducted in preparation for meeting with monitor regarding Metric 25. | C200 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/06/13 | BG | Research test metric for short sale deficiency letters concerning the meaning of the words ôcontemporaneousô and ôconcurrentô across the states | L120 | 1.80 hrs |
| 09/06/13 | ATH | Review borrower approval and deficiency letters as well as FiServ screen shots detailing borrowers account to determine relevant dates and details of borrower loan situation | L110 | 4.00 hrs |
| 09/06/13 | phn | Research mortgage indebtedness definitions and analysis in WV, WY, and other states | C200 | 3.10 hrs |
| 09/07/13 | ACRA | Analyze issues related to Metric 25 by reviewing letter templates, state law research, and the metric definition template | L120 | 2.50 hrs |
| 09/07/13 | ACU | Research regarding language indicating release of a lien where the underlying debt remains. | L120 | 1.80 hrs |
| 09/08/13 | ACRA | Analyze issues related to Metric 25 by analyzing Exhibit E of the National Mortgage Settlement, the Work Plan for testing compliance with National Mortgage Settlement, and the Metric Definition Template for Metric 25 | L120 | 2.20 hrs |
| 09/08/13 | ACRA | Analyze issues related to metric 25 by reviewing case law defining key terms | L120 | 1.00 hrs |
| 09/08/13 | ACRA | Draft memo discussing issues related to Metric 25 and Exhibit E of the National Mortgage Settlement | L120 | 4.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/08/13 | CWH | Review and analyze Metric 25 testing issues, including changes in form short sale approval and deficiency-related letters over time and analyze sample files related to same | L120 | 1.10 hrs |
| 09/08/13 | CWH | Review and analyze most recent drafts of Metrics 31, 32, and 33 from monitor's office | L120 | .20 hrs |
| 09/08/13 | ACU | Draft memo regarding release language used in sort sale approval letters and issues related to metric 25 testing arising from the same. | L120 | 4.20 hrs |
| 09/09/13 | ACU | Revise memo related to issues with metric 25 testing. | L120 | .50 hrs |
| 09/09/13 | ACU | Continue drafting memo regarding issues with Metric 25. | L120 | 2.70 hrs |
| 09/09/13 | ACU | Review memo. | L120 | .90 hrs |
| 09/09/13 | RRM | Continue work throughout the day on Metric 25 analysis in Texas offices | L120 | 5.30 hrs |
| 09/09/13 | RRM | Review mark ups of Metric 30, both Monitoring Committee proposal and service redline, and outline deficiencies in Monitoring Committee draft based upon the work plan for no borrower harm and Applicable Requirements | L140 | 1.30 hrs |
| 09/09/13 | RRM | Participate in Monitoring Committee call with representative of each servicer as to next steps on 31, 32, 33 and discussion regarding Metric 30 drafting | L120 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| 09/09/13 | RRM | Review email from E.Dio with regard to agenda and attachments and review same for conference | L240B | .80 hrs |
| 09/09/13 | RRM | Participate in cross-servicer legal call and cover multiple issues with regard to ongoing metric testing | L120 | 1.40 hrs |
| 09/09/13 | RRM | Telephone conference with D.Dreifus on Metric 25 and next steps on going forward and discussion regarding same | L190 | .50 hrs |
| 09/09/13 | ACRA | Analyze issues related to Metric 25 and revise document related to the same | L120 | 1.00 hrs |
| 09/09/13 | CWH | Work onsite in Texas with IRG on continued review of Metric 25 testing issues, including changes in form short sale approval and deficiency-related letters over time and review of 300+ sample files related to same; day included several discussions with E.Watson and J.Bordelon, and numerous emails to E.DeSilva, G.Shannon, and C.Markley, and other | L120 | 6.70 hrs |
| 09/09/13 | CWH | Phone call with D.Driefus regarding scope of Monitor's inquiry into Metric 25 and request for additional data | L120 | .40 hrs |
| 09/09/13 | CWH | Work on identifying loans and documents for additional documentation for Metric 25 from fourth quarter of 2012 and contact various Ocwen departments to request documents from same, discuss same with E.Watson and E.DeSilva | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     17
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/09/13 | CSM | Participate in weekly servicing standards call with J.Madsen, R.Fowlie and others | P280 | .70 hrs |
| 09/09/13 | CSM | Participate in cross-servicer group legal touchpoint call regarding metrics testing issues and development of new metrics | P280 | 1.30 hrs |
| 09/09/13 | CSM | Communicate with cross-servicer group regarding addition to transferee-in-possession section of standing opinion memorandum added to support testing under Metrics 1A and 3B | P280 | .30 hrs |
| 09/09/13 | ATH | Review borrower approval and deficiency letters as well as FiServ screen shots detailing borrowers account to determine relevant dates and details of borrower loan situation | L110 | 7.70 hrs |
| 09/09/13 | MPE | Conduct initial review of over 700 approval and deficiency letters to assist with finalizing Metric 25 analysis. | L110 | 7.50 hrs |
| 09/09/13 | LG | Communications regarding the analysis and review of certain documents to respond to a request from the monitor | L120 | .50 hrs |
| 09/09/13 | LG | Prepare for and attend call with the servicer regarding AG settlement testing and implementation developments | L120 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/09/13 | LG | Prepare for and attend call with the cross servicer legal group in order to discuss legal interpretations of settlement testing documents | L120 | 1.40 hrs |
| 09/09/13 | LG | Analyze documents provided by the servicer in order to respond to a request for additional information from the monitor | L120 | 2.20 hrs |
| 09/09/13 | LG | Draft language clarifying the servicer's testing approach for a certain metric | L120 | .50 hrs |
| 09/10/13 | LG | Email ocwen regarding motion and order attached to the asset purchase agreement | L120 | .20 hrs |
| 09/10/13 | LG | Prepare for and attend call with the california monitor regarding ag settlement implementation | L120 | .90 hrs |
| 09/10/13 | LG | Analyze and review documents provided by client in order to respond to a specific inquiry from the monitor | L120 | 2.70 hrs |
| 09/10/13 | LG | Analyze documents and notes in preparation for a meeting with the monitor regarding the monitor's request for additional information | L120 | 3.10 hrs |
| 09/10/13 | LG | Prepare agenda and strategize for meeting with the monitor | L120 | .40 hrs |
| 09/10/13 | LG | Prepare for and attend call with the cross servicer group regarding ag settlement testing and implementation issues | L120 | 1.30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/13 | LG | Prepare for and attend call with the rescap estate regarding ag settlement issues and developments | L120 | .30 hrs |
| 09/10/13 | LG | Prepare for and attend call with the cross servicer group regarding new metric implementation and various other issues related to ag settlement testing | L120 | .80 hrs |
| 09/10/13 | LG | Meeting with the IRG to discuss responses to questions from Baker Tilly | L120 | .50 hrs |
| 09/10/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the right to a deficiency was retained or waived and if a 1099-C was triggered by the process | P280 | 4.20 hrs |
| 09/10/13 | MPE | Conduct initial review of over approval, deficiency letters, and fiserv screen shots to assist with finalizing Metric 25 analysis. | L110 | 8.20 hrs |
| 09/10/13 | ATH | Document review - review borrower approval and deficiency letters as well as FiServ screen shots detailing borrowers account to determine relevant dates and details of borrower loan situation. | L110 | 6.50 hrs |
| 09/10/13 | CSM | Participate in cross-servicer IRG workgroup call regarding metric testing issues | P280 | 1.00 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/13 | CSM | Review and analyze protocol for testing under Metric 3B in light of monitor comments and differences in testing protocols employed by other servicers | P280 | 1.10 hrs |
| 09/10/13 | CWH | Work onsite with IRG to prepare for tomorrow's meeting with Monitor's team on several metrics | L120 | 2.50 hrs |
| 09/10/13 | CWH | Continue to review and analyze loan files for Metric 25 documentation/testing for Monitor | L120 | 4.60 hrs |
| 09/10/13 | CWH | Discuss Metric 25 issues with J.Bordelon, E.Watson, E.DeSilva, and others via phone and emails, collect additional data for the Monitor regarding same | L120 | 2.00 hrs |
| 09/10/13 | RRM | Review of update start/stop on loss mitigation for Metric 20 and telephone conference with G.Shannon regarding same and subsequent email correspondence with T.Zoebel confirming the language for presentation to the Monitor | L650 | 1.40 hrs |
| 09/10/13 | RRM | Review email from C.Miller with attachments for upcoming conference | L650 | .80 hrs |
| 09/10/13 | RRM | Participate in cross-servicer legal/IRG call on multiple issues | L190 | 1.00 hrs |
| 09/10/13 | RRM | Telephone conference with D.Dreifus, counsel with Monitor, with regard to Metric 2 and Metric 7 and follow up on same | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/13 | RRM | Preparation for and subsequent telephone conference with T.Hamzehpour with regard to weekly update on estate matters | L190 | .50 hrs |
| 09/10/13 | RRM | Draft extensive email to T.Hamzehpour and D.Cunningham with regard to background and potential resolution on Metric 25 | L120 | .90 hrs |
| 09/10/13 | RRM | Work on background and beneficiary matrix for work on Metric 7 | L140 | 2.40 hrs |
| 09/10/13 | RRM | Participate in cross-servicer call with regard to follow up on implementations on Metrics 33, 32 (for 1/1/2014), and 30, 31 (for 4/1/2014) and discussion regarding Metric 10 bankruptcy training | L120 | 1.30 hrs |
| 09/10/13 | RRM | Review email from E.Getzon with regard to extensive detail on Metric 2 and including Baker Tilly and follow up on same | L240B | 1.10 hrs |
| 09/10/13 | ACU | Prepare for on site meeting with D.Dreifus and representatives from Baker Tilley and BDO. | L120 | 2.30 hrs |
| 09/11/13 | RRM | Participate in OMSO/BDO and cross-servicer call and discussion of SPOC reassignment and Metrics 33, 32, 31 and 10 and clarification document | L120 | .80 hrs |
| 09/11/13 | RRM | Extensive preparation for upcoming meeting with OMSO, BDO and Baker Tilly with IRG on multiple metric and evidence issues | L190 | 2.10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/11/13 | RRM | Work on talking points for Metrics 2, 7, 27 and test scripts | L240B | .70 hrs |
|---|---|---|---|---|
| 09/11/13 | RRM | Meeting in Texas with the Monitor's professionals, BDO and Baker Tilly on how to address multiple questions from BDO and Baker Tilly with regard to additional evidence through screen shots and discussion with regard to same and initial follow up on same | L120 | 5.30 hrs |
| 09/11/13 | RRM | Work on written response regarding Metric 2 and additional screen shot on load modification denials, Metric 7 and description on beneficiary matrix, Metric 27 to include non-judicial RSEs in population and not labeled not applicable, and list current updates on Metric 25 on short sales | L120 | 2.60 hrs |
| 09/11/13 | CWH | Onsite review and analysis of additional loan files for Metric 25 documentation/testing | L120 | .90 hrs |
| 09/11/13 | CWH | Multiple phone calls and emails to Ocwen personnel to inquire about Metric 25 issues, how 1099s are generated and when, and coding information | L120 | .80 hrs |
| 09/11/13 | CWH | Prepare for and attend onsite meeting with OMSO, Baker Tilly, and Monitor's counsel regarding Metrics 2, 7, 25, and 27 | L120 | 7.00 hrs |
| 09/11/13 | ACRA | Analyze issues related to Metrics 7 and 25 in preparation of meeting with BDO, Baker Tilly, OMSO, and the Monitor | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/11/13 | ACRA | Meeting with Baker Tilly, BDO, OMSO, the Monitor, and legal and internal review group teams to discuss issues with testing compliance of with Exhibit A of the National Mortgage Settlement | L120 | 5.00 hrs |
| 09/11/13 | ACU | Meeting with legal and IRG in to prepare for on site visit from D.Dreifus and representatives from BDO and Baker Tilley. | L120 | 2.00 hrs |
| 09/11/13 | ACU | Attend on site meeting with D.Dreifus and representatives from Baker Tilley and BDO. | L680 | 5.00 hrs |
| 09/11/13 | ACU | Meeting with legal and IRG to follow up on onsite meeting with regulators. | L120 | 1.70 hrs |
| 09/11/13 | ATH | Document review - review borrower approval and deficiency letters as well as FiServ screen shots detailing borrowers account to determine relevant dates and details of borrower loan situation. | L110 | 4.50 hrs |
| 09/11/13 | MPE | Conduct review of approval, deficiency letters, and fiserv screen shots to assist with finalizing Metric 25 analysis. | L110 | 8.20 hrs |
| 09/11/13 | CC | Review and analyze issues regarding beneficiary matrix | L120 | .70 hrs |
| 09/11/13 | LG | Review and analyze documents in order to respond to a specific request from the monitor related to a certain metric | L120 | 1.70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/11/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the right to a deficiency was retained or waived and if a 1099-C was triggered by the process | P280 | 5.70 hrs |
| 09/11/13 | LG | Meeting with the IRG, legal, and business in preparation for upcoming meeting with the monitor and his professionals | L120 | 1.20 hrs |
| 09/11/13 | LG | Meeting with the Monitor and his professionals regarding various issues related to the IRG's testing of certain metrics and IRG head interview | L120 | 5.10 hrs |
| 09/11/13 | LG | Meeting with the IRG, business, and legal in order to develop responses to the issues raised by the monitor in the earlier meeting | L120 | 3.40 hrs |
| 09/12/13 | LG | Call with Rescap estate regarding various issues related to AG testing and implementation | L120 | .70 hrs |
| 09/12/13 | LG | Prepare for and attend call with the cross servicer group regarding ag settlement testing and implementation issues | L120 | 1.40 hrs |
| 09/12/13 | LG | Communications with Green Tree regarding its settlement testing procedures | L120 | 1.20 hrs |
| 09/12/13 | LG | Communications regarding action items from meeting with the monitor and upcoming meeting with the monitor regarding Green Tree | L120 | .50 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    25
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| 09/12/13 | LG | Meeting regarding the testing policies for a specific metric in response to the feedback from the monitor's office on that metric | L120 | .60 hrs |
|---|---|---|---|---|
| 09/12/13 | LG | Review and finalize the Green Tree work plan in order to incorporate feedback from Clayton | L120 | 1.20 hrs |
| 09/12/13 | LG | Prepare redline version of Green Tree work plan and draft email to the monitor's office submitting the Green Tree work plan | L120 | .80 hrs |
| 09/12/13 | LG | Begin reviewing drafts of the Green Tree IRG's proposed testing procedures for certain metrics | L120 | 1.10 hrs |
| 09/12/13 | MPE | Assist with review of letters and fiserv screen shots provided in order to determine remaining needed from client to complete review. | L110 | 2.10 hrs |
| 09/12/13 | MPE | Review Bellet's second bankruptcy filing to determine all assets and investors listed. | L110 | .40 hrs |
| 09/12/13 | ACRA | Discuss issues related to service transfer of loans with completed Consumer Relief solicitation cycles and effect on testing thereof with client | L120 | .30 hrs |
| 09/12/13 | CWH | Review and analyze files for Metric 25 testing | L120 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/12/13 | RRM | Review email from C.Miller with multiple attachments regarding Metric Definition Template, Metric 31 on Loan Modification Denials and Metric 10 Definition Clarification and review of same | L650 | 1.60 hrs |
| 09/12/13 | RRM | Multiple and extensive email correspondence between OMSO and GreenTree with regard to upcoming meeting in Tempe, AZ with regard to agenda, participation, and expectations | L240B | .90 hrs |
| 09/12/13 | RRM | Review multiple emails from H.Buss with Baker Tilly and initial review of attachment | L650 | .40 hrs |
| 09/12/13 | RRM | Review email from cross servicer legal emails with regard to multiple testing matters, confer with IRG and respond to same | L120 | .50 hrs |
| 09/13/13 | RRM | Review email from M.Jarboe with attachment for Metric 30 | L240B | .40 hrs |
| 09/13/13 | RRM | Draft email to IRG and business for sign-off of Metric 30 and review responses to same and provide explanation | L190 | .60 hrs |
| 09/13/13 | RRM | Participate in cross-servicer executive session and follow up on same with regard to Metric 30 and good faith efforts to assist difficult loan modification underwriting | L240B | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    27
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| 09/13/13 | CWH | Review and analyze letters and screen shots for Metric 25 files, determine whether deficiencies were waived and, if not, reason for retention of deficiencies, identify where information is missing, and follow-up with client on same | L120 | 1.10 hrs |
| 09/13/13 | RRM | Telephone conference with E.Telljohann, lead for Bank of America, on possible documentation to provide to Monitoring Committee on difficult loan modification underwrites and follow up on same | L120 | .70 hrs |
| 09/13/13 | MPE | Conduct review of approval, deficiency letters, and Fiserv screen shots to assist with finalizing Metric 25 analysis | L110 | 5.20 hrs |
| 09/13/13 | LG | Prepare for and attend call with the cross servicer group and the monitor regarding ag settlement testing and implementation issues | L120 | 1.30 hrs |
| 09/13/13 | LG | Draft clarifications document setting forth the items discussed and resolved at the meeting with the monitor | L120 | 1.20 hrs |
| 09/13/13 | LG | Draft communications regarding the servcier's testing procedures for certain ag settlement metrics | L120 | .30 hrs |
| 09/13/13 | LG | Analyze documents provided by the servicer in order to respond to a specific request from the monitor and his professionals | L120 | 3.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the right to a deficiency was retained or waived and if a 1099-C was triggered by the process | P280 | 5.50 hrs |
| 09/16/13 | LG | Prepare for and attend call with the servicer regarding ag settlement implementation and updates on ag testing | L120 | .80 hrs |
| 09/16/13 | LG | Prepare for and attend cross servicer legal call regarding various settlement testing and implementation issues | L120 | 1.30 hrs |
| 09/16/13 | LG | Communications with the estate regarding remaining obligations under the consumer relief portions of the AG settlement | L120 | .40 hrs |
| 09/16/13 | LG | Analyze and revise draft document related to clarifications of certain metrics | L120 | .40 hrs |
| 09/16/13 | LG | Review and analyze documents related to consumer relief crediting methodologies | L120 | .40 hrs |
| 09/16/13 | LG | Review and analyze IRG sampling methodology for upcoming quarter of testing | L120 | .30 hrs |
| 09/16/13 | MPE | Conduct review of additional approval, deficiency letters, and fiserv screen shots from client to assist with finalizing Metric 25 analysis. | L110 | 5.40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/16/13 | ACRA | Teleconference with estate, bankruptcy attorneys, and attorneys for unsecured creditor's committee to discuss issues related to remaining obligations pursuant to the National Mortgage Settlement | L120 | .50 hrs |
|---|---|---|---|---|
| 09/16/13 | ACRA | Analyze issues related to remaining obligations pursuant to National Mortgage Settlement and effect on bankruptcy plan | L120 | .40 hrs |
| 09/16/13 | CSM | Participate in weekly servicing standards call with J.Madsen, R.Fowlie and others | P280 | .50 hrs |
| 09/16/13 | CSM | Research regarding propriety of excluding payoff amounts from Nevada statutory foreclosure notice given recent changes to law governing form of notice | P280 | .60 hrs |
| 09/16/13 | ACRA | Discuss testing of completeness of Consumer Relief solicitation requirements with BDO | L120 | .30 hrs |
| 09/16/13 | CWH | Review and analyze additional letters and screen shots for Metric 25 files, determine whether deficiencies were waived and categorize the loans for report to monitor | L120 | .80 hrs |
| 09/16/13 | RRM | Review voicemail from A.Villa with MAAG with regard to POC and subsequent telephone call with A.Villa regarding same | L190 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/16/13 | RRM | Work throughout the day on impact of new revisions to proposed metrics and evidencing issues of same | L140 | 5.70 hrs |
| 09/16/13 | RRM | Prepare for and work on talking points for upcoming call with Kramer Levin and creditors on timing issues | L190 | .50 hrs |
| 09/16/13 | CWH | Exchange several emails with client about documents still needed for Metric 25 project | L120 | .20 hrs |
| 09/17/13 | RRM | Review of draft motion to be filed with court in preparation for upcoming call with purchaser's counsel | L210 | .80 hrs |
| 09/17/13 | RRM | Extended telephone conference with J.DeMarco, counsel for purchaser, and follow up on same | L190 | .70 hrs |
| 09/17/13 | RRM | Preparation for and subsequent telephone conference with cross-servicer legal and business call regarding multiple metrics impacted by new CFPB guidance on servicing rule | L110 | 1.40 hrs |
| 09/17/13 | RRM | Participate in weekly estate call with D.Cunningham | L190 | .40 hrs |
| 09/17/13 | RRM | Email correspondence with and between OMSO and GreenTree with regard to logistics for Tempe meeting | L190 | .50 hrs |
| 09/17/13 | RRM | Review of GreenTree 136 page presentation and make notes and comments in context of monitor compliance and for upcoming meeting in Tempe | L120 | 3.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/17/13 | CSM | Participate in cross-servicer IRG workgroup call regarding metric testing issues | P280 | .20 hrs |
| 09/17/13 | CSM | Research in support of IRG testing regarding form of attestation required in support of declarations executed for purposes of Oregon foreclosures | P280 | .40 hrs |
| 09/17/13 | MPE | Conduct review of additional approval, deficiency letters, and Fiserv screen shots from client to assist with finalizing Metric 25 analysis | L110 | 3.80 hrs |
| 09/17/13 | LG | Review lengthy Green Tree presentation in preparation for upcoming two day meeting with the monitor and his professionals regarding AG testing | L120 | 3.50 hrs |
| 09/17/13 | LG | Continue to review and analyze documents produced by the servier in order to respond to specific request for more information on a metric | L120 | 2.80 hrs |
| 09/17/13 | LG | Communications with counsel regarding motion and order agreed to as part of the apa | L120 | .50 hrs |
| 09/17/13 | LG | Communications with monitor's counsel regarding upcoming meeting with Green Tree | L120 | .20 hrs |
| 09/17/13 | LG | Prepare for and attend cross servicer call regarding various metric testing and implementation issues | L120 | 1.40 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    32
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/17/13 | LG | Call with the Rescap estate regarding upcoming meeting with Green Tree and the monitor | L120 | .30 hrs |
|----------|-----|-----|------|---------|
| 09/18/13 | LG | Meeting with Green Tree, the monitor and his professionals providing an overview of Green Tree's systems and operation | L120 | 4.40 hrs |
| 09/18/13 | LG | Review and analyze documents in order to respond to a specific request from the monitor regarding a specific metric | L120 | 3.30 hrs |
| 09/18/13 | LG | Communications regarding transfer of loans to realservicing and the testing of those loans under the AG settlement | L120 | .70 hrs |
| 09/18/13 | LG | Prepare for and attend calls regarding the implementation of new metrics | L120 | 2.10 hrs |
| 09/18/13 | MPE | Conduct review of additional approval, deficiency letters, and fiserv screen shots from client to assist with finalizing Metric 25 analysis. | L110 | 1.60 hrs |
| 09/18/13 | CSM | Participate in cross-servicer group conference call regarding revisions to long-form definitions and clarifications to Metric 31 | P280 | 1.10 hrs |
| 09/18/13 | CSM | Email correspondence to J.Madsen, G.Shannon and others detailing discussion during cross-servicer group call regarding revisions to long-form definitions and clarifications to Metric 31 | P280 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/18/13 | ACRA | Analyze issues related to new metrics created by the Monitor and determine proper testing protocol thereof | L120 | 1.10 hrs |
| 09/18/13 | RRM | Continue work on upcoming presentation to OMSO and draft talking points for same in preparation for meeting | L190 | 2.40 hrs |
| 09/18/13 | RRM | Participate in call with business as to placing SPOC with underwriting in difficult loan modification matters and follow up on same | L190 | .80 hrs |
| 09/18/13 | RRM | Participate in cross-servicer executive call on Metric 30 plus the good faith commitment and extensive follow up on same with regard to current policy and implementation | L120 | 1.40 hrs |
| 09/18/13 | RRM | Attend and participate in meeting with GreenTree and OMSO, BDO and Baker Tilly in Tempe, Arizona | L190 | 4.30 hrs |
| 09/18/13 | RRM | Draft email to business with cross-servicer outlined 30 Plus and good faith commitment and provide analysis for same and subsequent telephone conference | L140 | .50 hrs |
| 09/18/13 | CWH | Review and analyze progress of Metric 25 file review, identify missing items, and work on summary of issues for Monitor | L120 | .40 hrs |
| 09/19/13 | RRM | Preparation for and subsequent telephone conference with Monitoring Committee and representative from each servicer with regard to 30 Plus and the Good Faith Commitment and follow up on same | L190 | 1.10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/13 | RRM | Subsequent telephone conference with small servicer group on follow up after telephone conference with Monitoring Committee and next steps for same | L190 | .40 hrs |
| 09/19/13 | RRM | Continue review of upcoming presentation to OMSO, BDO, and Baker Tilly and make comments and talking points | L650 | 1.30 hrs |
| 09/19/13 | RRM | Attend and participate in GreenTree presentation to OMSO and professional firms covering front office collections, back office collections, and customer service and portal | L680 | 4.20 hrs |
| 09/19/13 | RRM | Subsequent post-presentation meeting with D.Cunningham and M.Atencio with regard to follow up points from post-meeting and scheduling for test script review meeting in Denver and follow up on same | L240B | .80 hrs |
| 09/19/13 | CSM | Participate in cross-servicer legal workgroup call regarding metric testing issues | P280 | 1.10 hrs |
| 09/19/13 | CSM | Additional emails to J.Madsen, G.Shannon, H.Freeburg and others detailing discussion during cross-servicer group call regarding revisions to long-form definitions and clarifications to Metric 31 | P280 | .60 hrs |
| 09/19/13 | CSM | Participate in cross-servicer legal workgroup call regarding metric testing issues | P280 | 1.10 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     35
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| 09/19/13 | CSM | Review and analyze process issues potentially resulting from BAC revisions to long-form definitions and clarifications to Metric 31 | P280 | .90 hrs |
|---|---|---|---|---|
| 09/19/13 | MPE | Finalize exhibits for Declaration of L.Delehey. | L110 | .50 hrs |
| 09/19/13 | MPE | Review of spreadsheet from J.Ho listing loans without deficiency letters and add relevant information to file review. | L110 | 1.30 hrs |
| 09/19/13 | LG | Continue meeting with the monitor and his professionals in order to show them Green Tree's systems and procedures | L120 | 4.20 hrs |
| 09/19/13 | LG | Continue to review and analyze the scripts prepared by the Green Tree IRG in order to make sure they are compliant with the servicing standards | L120 | 2.60 hrs |
| 09/20/13 | LG | Draft response to questions raised by the Green Tree IRG regarding interpretation of the AG settlement | L120 | .60 hrs |
| 09/20/13 | LG | Update chart summarizing documentation provided by the client in order to respond to a request from the monitor for additional information related to a specific metric | L120 | 2.30 hrs |
| 09/20/13 | MPE | Conduct review of additional approval, deficiency letters, and Fiserv screen shots from client to assist with finalizing Metric 25 analysis | L110 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    36
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/20/13 | RRM | Preparation for and subsequent telephone conference with executive servicer group with regard to next steps on Metric 30 Plus, including reaching out to IL AG, defining underwriter acceleration under proposed Metric 30 Plus, and further clarification of the 90 day portion on Metric 30 and extensive follow up work on same | L120 | 2.20 hrs |
| 09/20/13 | RRM | Participate in IRG group call | L190 | .60 hrs |
| 09/20/13 | CWH | Review and revise chart on Metric 25 loans and create written summary of results for submission to Monitor and follow-up with Ocwen on missing documentation | L120 | 1.20 hrs |
| 09/20/13 | ACU | Review and provide comments on Clayton's draft scripts for Green Tree's IRG testing of metrics 3A and 6Bi. | L120 | 1.90 hrs |
| 09/22/13 | CWH | Review and revise chart on Metric 25 loans and identify issues that still need research/resolution | L120 | 3.50 hrs |
| 09/22/13 | ACRA | Review testing script developed for Metric 22 to test the compliance of the Green Tree servicing platform | L120 | 1.00 hrs |
| 09/23/13 | ACRA | Teleconference with internal review group and project managers to discuss issues related to status of scripts testing compliance of REALServicing platform with Servicing Standards set forth in Exhibit A of the National Mortgage Settlement | L120 | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/23/13 | ACRA | Analyze issues related to testing of compliance of Green Tree platform with Metric 24 pursuant to the National Mortgage Settlement | L120 | .50 hrs |
| 09/23/13 | ACRA | Analyze issues related to testing of compliance of Green Tree platform with Metric 23 pursuant to the National Mortgage Settlement | L120 | .50 hrs |
| 09/23/13 | CSM | Participate in weekly servicing standards call with J.Madsen and E.Watson | P280 | .50 hrs |
| 09/23/13 | CWH | Review and revise chart on Metric 25 loans and identify issues that still need research/resolution | L120 | .90 hrs |
| 09/23/13 | RRM | Preparation for and subsequent telephone conference with Clayton and D.Cunningham | L190 | 1.30 hrs |
| 09/23/13 | RRM | Participate in cross-servicer legal call and discussion of upcoming conference with the Monitoring Committee | L190 | 1.30 hrs |
| 09/23/13 | MPE | Conduct review of additional approval, deficiency letters, and fiserv screen shots from client to assist with finalizing Metric 25 analysis. | L110 | 2.50 hrs |
| 09/23/13 | LG | Weekly call with the servicer regarding ag settlement testing and implementation | L120 | .80 hrs |
| 09/23/13 | LG | Call with the servicer regarding consumer relief testing results | L120 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| 09/23/13 | LG | Prepare for and attend cross servicer legal call regarding ag settlement testing and implementation | L120 | 1.30 hrs |
|---|---|---|---|---|
| 09/23/13 | LG | Communications and analysis regarding various issues related to IRG testing implementation and methodology | L120 | 1.40 hrs |
| 09/23/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the loan was a HUD loan, if the file contained a deficiency letter and if not, why | P280 | 6.50 hrs |
| 09/24/13 | LG | Prepare for and attend cross servicer call regarding metric testing and implementation | L120 | 1.50 hrs |
| 09/24/13 | LG | Prepare for and attend weekly update call with the rescap estate regarding ag settlement testing and implementation issues | L120 | .70 hrs |
| 09/24/13 | LG | Analyze, revise, and comment on test plans generated by the Green Tree IRG in order to ensure compliance with the AG settlement | L120 | 3.20 hrs |
| 09/24/13 | LG | Review list of loans identified by the estate and follow up with the business to determine whether loans are subject to the ag settlement solicitation requirement | L120 | .90 hrs |
| 09/24/13 | MPE | Finalize all reviewed and approved files for transfer. | L110 | 1.90 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    39
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/13 | RRM | Participate in weekly call with Estate and D.Cunningham | L190 | .40 hrs |
| 09/24/13 | RRM | Extensive work throughout day on Clayton documents and review in context of prior work by ResCap for consistency and estate benefit | L140 | 5.20 hrs |
| 09/24/13 | RRM | Prepare for and participate in cross metric group and follow up on 31 and follow up work on same | L190 | 1.60 hrs |
| 09/24/13 | RRM | Multiple and extensive emails with cross-servicer executive group on past conversations and work on upcoming conference with Monitoring Committee | L120 | 1.10 hrs |
| 09/24/13 | RRM | Review email from H.Buss with M19 Excel attachment, initial review of same and draft email to IRG regarding remaining questions still exist in Q13 and test period 3 | L650 | .60 hrs |
| 09/24/13 | RRM | Updated work status from IRG on solicitation testing and direct discussion with BDO | L240B | .50 hrs |
| 09/24/13 | RRM | Additional analysis of dual track issues in context of loss mitigation and approved trial plan but borrower has not yet made payment | L120 | .70 hrs |
| 09/24/13 | ACRA | Discuss issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/24/13 | CSM | Participate in cross-servicer IRG workgroup call regarding metric testing issues | P280 | .50 hrs |
| 09/25/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement and discuss the same with the internal review group | L120 | .50 hrs |
| 09/25/13 | CSM | Email to cross-servicer group detailing common modification denial reasons, sent to assist in development of standardized Metric 31 testing protocol | P280 | .20 hrs |
| 09/25/13 | RRM | Review email from A.Malhotra with multiple attachments involving the long form on M30 and initial review of same | L650 | .80 hrs |
| 09/25/13 | RRM | Draft email to IRG and business with revised long form for M30 and request for telephone conference on same | L190 | .30 hrs |
| 09/25/13 | RRM | Prepare for and participate in cross-servicer legal and IRG sub-group discussion with regard to issue of borrower abandonment during loss mitigation and follow up work on same | L120 | 1.90 hrs |
| 09/25/13 | RRM | Extensive preparation for upcoming conference with IL AG and members of the Monitoring Committee as to concerns over Metric 19 and perceived gap to ADRL and subsequent telephone conference with cross-servicer legal group for later conference | L190 | .60 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/25/13 | RRM | Preparation for and subsequent telephone conference with Monitoring Committee with regard to documentation perceptions in 5 day letter in Metric 19 and discussion regarding same | L190 | 1.20 hrs |
| 09/25/13 | RRM | Subsequent telephone conference with cross-servicer legal group with regard to possible avenues of resolution on Metric 19 | L120 | .50 hrs |
| 09/25/13 | RRM | Review multiple emails from D.Cunningham regarding OMSO issues and subsequent follow up with OMSO | L120 | .80 hrs |
| 09/25/13 | CWH | Review and analyze lingering questions on Metric 25 loans, categorize the issues, and reach out to client contacts several times for additional documents and answers | L120 | 4.00 hrs |
| 09/25/13 | MPE | Finalize all reviewed and approved files for transfer. | L110 | 4.50 hrs |
| 09/25/13 | LG | Call with cross servicer group regarding implementation of the new metrics | L120 | 1.10 hrs |
| 09/25/13 | LG | Call with Baker Tilly, OMSO, and the servicer regarding various testing questions | L120 | .70 hrs |
| 09/25/13 | LG | Continue review and analysis of additional documents provided by the servicer in response tot he monitor's request for additional information | L120 | 2.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    42
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/25/13 | LG | All with Green Tree IRG regarding various questions related to the testing of ag settlement metrics | L120 | 1.40 hrs |
| 09/25/13 | LG | Respond to question from the cross servicer group regarding ag metric testing interpretations | L120 | .20 hrs |
| 09/26/13 | LG | Finish drafting memorandum discussing AOI execution practices and interest calculations and the impact of those practices on AG settlement compliance | L120 | 1.80 hrs |
| 09/26/13 | LG | Prepare for and attend cross servicer call regarding metric testing and implementation | L120 | 1.30 hrs |
| 09/26/13 | MPE | Finalize all reviewed and approved files for transfer. | L110 | 8.30 hrs |
| 09/26/13 | LG | Attend cross servicer call regarding new metric implementation | L120 | .70 hrs |
| 09/26/13 | LG | Prepare for and attend call with the IRG regarding open issues that need to be resolved as part of testing | L120 | 1.60 hrs |
| 09/26/13 | LG | Communications with the Green Tree IRG regarding their access to certain systems | L120 | .90 hrs |
| 09/26/13 | LG | Communications regarding the interpretation and implementation of the policy and procedure metrics | L120 | 1.30 hrs |
| 09/26/13 | RRM | Extensive work on revisions to Metric 30 and Metric 30 Plus | L240B | 2.40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    43
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/26/13 | RRM | Participate in cross-servicer testing legal work group and discussion on new metric long forms | L120 | 1.10 hrs |
| 09/26/13 | RRM | Preparation for and subsequent telephone conference with servicer small session with regard to strategy on Metric 30 and presentation of same | L120 | 1.40 hrs |
| 09/26/13 | RRM | Multiple email correspondence with Monitor with regard to invoices and future prediction of payment decrease and subsequent telephone conference with J.Smith and B.Cherry regarding same | L240B | .80 hrs |
| 09/26/13 | RRM | Extensive preparation for upcoming call with Estate with regard to evidence for Clayton/Green Tree on Assurant regarding Force Placed Insurance and outline talking points in context of Metrics 28 and 29 and past work by others with evidence | L120 | .90 hrs |
| 09/26/13 | RRM | Attend and participate in telephone conference with D.Cunningham, Clayton, and Green Tree and discussion with regard to access to evidence for Metric 28 and 29 and possible alternatives with regard to same and follow up work with regard to same | L190 | 1.40 hrs |
| 09/26/13 | RRM | Multiple email correspondence with cross-servicer legal group on concern by non-judicial states with regard to shorter timelines | L240B | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    44
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/26/13 | RRM | Participate in subsequent small executive cross-servicer call to prepare for newly scheduled call with Monitor and Monitoring Committee on desire to close out remaining Metrics | L190 | .50 hrs |
| 09/26/13 | CWH | Exchange several emails with Ocwen employees about gathering information and documents for Metric 25 review for Monitor | L120 | .20 hrs |
| 09/26/13 | CSM | Participate in cross-servicer legal workgroup call regarding metric testing issues | P280 | .90 hrs |
| 09/27/13 | ACRA | Teleconference with internal review group to discuss issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .50 hrs |
| 09/27/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .40 hrs |
| 09/27/13 | CSM | Review email correspondence between G.Shannon and others regarding final drafts of Metric 30 and 31 short forms | P280 | .10 hrs |
| 09/27/13 | ACU | Teleconference with cross servicer group to analyze issues related to other testing definition. | L120 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    45
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| 09/27/13 | CWH | Attend cross-servicer call regarding other credit testing definitions | L120 | .20 hrs |
| 09/27/13 | RRM | Continue work on "30 Plus" and potential relationship of existing practice | L190 | 2.70 hrs |
| 09/27/13 | RRM | Outline of work and issues still outstanding on Clayton/Green Tree matter | L120 | 1.30 hrs |
| 09/27/13 | LG | Calls with OMSO and the monitoring committee to finalize new metrics | L120 | 1.10 hrs |
| 09/27/13 | LG | Call with the IRG regarding consumer relief testing results | L120 | .60 hrs |
| 09/27/13 | MPE | Finalize all reviewed and approved files for transfer. | L110 | 4.10 hrs |
| 09/29/13 | CWH | Review and analyze documents and information for Metric 25 project and determine which files are complete and ready for transmission to monitor | L120 | .80 hrs |
| 09/30/13 | CSM | Participate in cross-servicer group call regarding build out of Metric 31 testing protocol | P280 | 1.00 hrs |
| 09/30/13 | CSM | Participate in weekly servicing standards call with G.Shannon, E.Watson and others | P280 | .40 hrs |
| 09/30/13 | CSM | Participate in cross-servicer group legal touchpoint call regarding metrics testing issues and development of new metrics | P280 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    46
NOVEMBER 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|----|-------------|------|-------|
| 09/30/13 | LG | Prepare for and attend call with the servicer regarding ag settlement implementation and testing | L120 | .70 hrs |
| 09/30/13 | LG | Prepare for and attend call with the cross servicer legal group regarding various issues related to ag testing and implementation | L120 | 1.30 hrs |
| 09/30/13 | LG | Prepare for and attend call with the Green Tree IRG regarding testing processes and procedures | L120 | .80 hrs |
| 09/30/13 | LG | Analyze and review 6 Green Tree testing procedures in preparation for upcoming meeting with the monitor | L120 | 8.20 hrs |
| 09/30/13 | RRM | Preparation for and subsequent telephone conference with business on implementation issues with regard to new metrics and subsequent extensive work throughout day on potential time frames | L120 | 6.80 hrs |
| 09/30/13 | RRM | Participate in Clayton WebEx review for upcoming meeting in Denver with OMSO | L240B | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $151,797.00

EXPENSES

| | | |
|---|---|---|
| 09/04/13 | Copy Charges | 0.00 |
| 09/05/13 | Copy Charges | 0.00 |
| 09/05/13 | Copy Charges | 0.00 |
| 09/06/13 | Copy Charges | 0.00 |
| 09/06/13 | Copy Charges | 0.00 |
| 09/07/13 | Copy Charges exhibit e | 0.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    47
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 09/09/13 | Copy Charges | 0.00 |
| 09/09/13 | Copy Charges | 0.00 |
| 09/09/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/18/13 | Copy Charges - OUTSIDE SOURCES - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13<br>Bank ID: GENR Check Number: 166070 | 184.76 |
| 09/17/13 | Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13 ATLANTA TO DALLAS ONE-WAY<br>Bank ID: GENR Check Number: 166011 | 498.90 |
| 09/17/13 | Airline Tickets - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/12/13 DALLAS TO ATLANTA ONE-WAY<br>Bank ID: GENR Check Number: 166011 | 388.30 |
| 09/18/13 | Airline Tickets - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13 BHAM TO DALLAS<br>Bank ID: GENR Check Number: 166070 | 354.90 |
| 09/18/13 | Airline Tickets - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/12/13 DALLAS TO SAN FRANCISCO ONE-WAY<br>Bank ID: GENR Check Number: 166070 | 396.90 |
| 09/19/13 | Airline Tickets - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 BHM TO DALLAS ONE-WAY<br>Bank ID: GENR Check Number: 166040 | 364.90 |
| 09/19/13 | Airline Tickets - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 DALLAS TO BHM ONE-WAY<br>Bank ID: GENR Check Number: 166040 | 354.90 |
| 09/26/13 | Airline Tickets - ROBERT R. MADDOX ATTEND CLIENT MEETING IN TEMPE, AZ 9/17/13 - 9/19/13 BHM TO PHOENIX RT<br>Bank ID: GENR Check Number: 166531 | 1,286.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 09/26/13 | Airline Tickets - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/18/13 - 9/20/13 CHARLOTTE TO DALLAS RT<br>Bank ID: GENR Check Number: 166538 | 289.15 |
| 09/04/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADLEPHIA, PA & ST. PAUL, MN 8/13/13 ROAD TOLL<br>Bank ID: GENR Check Number: 165416 | 5.00 |
| 09/17/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13 - 9/12/13 HOTEL<br>Bank ID: GENR Check Number: 166011 | 245.28 |
| 09/17/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13 CAB<br>Bank ID: GENR Check Number: 166011 | 30.00 |
| 09/17/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/12/13 CAB<br>Bank ID: GENR Check Number: 166011 | 56.35 |
| 09/17/13 | Travel Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13 - 9/12/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 166011 | 32.00 |
| 09/18/13 | Travel Expense - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13 - 9/12/13 HOTEL<br>Bank ID: GENR Check Number: 166070 | 490.56 |
| 09/18/13 | Travel Expense - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13 - 9/12/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 166070 | 70.20 |
| 09/19/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 HOTEL<br>Bank ID: GENR Check Number: 166040 | 602.56 |
| 09/19/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 RENTAL CAR<br>Bank ID: GENR Check Number: 166040 | 461.27 |
| 09/19/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 FUEL<br>Bank ID: GENR Check Number: 166040 | 10.33 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    49
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 09/19/13 | Travel Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 - 9/11/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 166040 | 45.10 |
| 09/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN TEMPE, AZ 9/17/13 - 9/19/13 HOTEL<br>Bank ID: GENR Check Number: 166531 | 221.12 |
| 09/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN TEMPE, AZ 9/17/13 - 9/19/13 RENTAL CAR<br>Bank ID: GENR Check Number: 166531 | 434.14 |
| 09/26/13 | Travel Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/17/13 - 9/18/13 HOTEL<br>Bank ID: GENR Check Number: 166538 | 155.42 |
| 09/26/13 | Travel Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/19/13 HOTEL<br>Bank ID: GENR Check Number: 166538 | 58.16 |
| 09/26/13 | Travel Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/18/13 - 9/20/13 CHANGE FEE<br>Bank ID: GENR Check Number: 166538 | 100.00 |
| 09/26/13 | Travel Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/18/13 - 9/20/13 RENTAL CAR<br>Bank ID: GENR Check Number: 166538 | 136.16 |
| 09/26/13 | Travel Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/18/13 - 9/20/13 PARKING<br>Bank ID: GENR Check Number: 166538 | 10.50 |
| 09/17/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13<br>Bank ID: GENR Check Number: 166011 | 4.37 |
| 09/17/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13<br>Bank ID: GENR Check Number: 166011 | 10.68 |
| 09/17/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/11/13<br>Bank ID: GENR Check Number: 166011 | 2.37 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 09/17/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 9/12/13 MEAL FOR A CRAFT AND ALISON SMITH Bank ID: GENR Check Number: 166011 | 20.00 |
| 09/18/13 | Meal Expense - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13 Bank ID: GENR Check Number: 166070 | 4.49 |
| 09/18/13 | Meal Expense - ALISON CURRAN SMITH ATTEND COMPLIANCE WORK IN DALLAS, TX 9/10/13 Bank ID: GENR Check Number: 166070 | 9.64 |
| 09/19/13 | Meal Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/9/13 Bank ID: GENR Check Number: 166040 | 6.25 |
| 09/19/13 | Meal Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX MEAL FOR R.FOWLIE, C.HANCOCK, L.GILLEY, A.SMITH, AND R.MADDOX 9/9/13 Bank ID: GENR Check Number: 166040 | 100.00 |
| 09/19/13 | Meal Expense - ROBERT R. MADDOX TRAVEL TO DALLAS, TX 9/11/13 Bank ID: GENR Check Number: 166040 | 11.77 |
| 09/26/13 | Meal Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/18/13 Bank ID: GENR Check Number: 166538 | 3.93 |
| 09/26/13 | Meal Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/19/13 Bank ID: GENR Check Number: 166538 | 3.63 |
| 09/26/13 | Meal Expense - CORY MENEES ATTEND DALLAS OFFICE FILE REVIEW IN DALLAS, TX 9/20/13 Bank ID: GENR Check Number: 166538 | 5.97 |
| 09/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN TEMPE, AZ 9/17/13 Bank ID: GENR Check Number: 166531 | 2.78 |
| 09/26/13 | Meal Expense - ROBERT R. MADDOX MEAL FOR R MADDOX AND L GILLEY 9/17/13 Bank ID: GENR Check Number: 166531 | 40.00 |
| 09/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN TEMPE, AZ 9/19/13 Bank ID: GENR Check Number: 166531 | 5.45 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    51
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/04/13 | Computerized Legal Research-Westlaw Westlaw<br>User: GILLEY,LEE | 0.00 |
| 09/05/13 | Computerized Legal Research-Westlaw Westlaw<br>User: WADDELL,SPENCER | 0.00 |
| 09/05/13 | Computerized Legal Research-Westlaw Westlaw<br>User: BEARMAN,TALOR | 0.00 |
| 09/06/13 | Computerized Legal Research-Westlaw Westlaw<br>User: BEARMAN,TALOR | 0.00 |
| 09/06/13 | Computerized Legal Research-Westlaw Westlaw<br>User: WADDELL,SPENCER | 0.00 |
| 09/11/13 | Computerized Legal Research-Westlaw Westlaw<br>User: GILLEY,LEE | 0.00 |
| 09/18/13 | Computerized Legal Research-Westlaw Westlaw<br>User: HANCOCK,CHRISTIAN W | 0.00 |
| 09/19/13 | Computerized Legal Research-Westlaw Westlaw<br>User: HANCOCK,CHRISTIAN W | 0.00 |
| 09/20/13 | Computerized Legal Research-Westlaw Westlaw<br>User: HANCOCK,CHRISTIAN W | 0.00 |
| 09/26/13 | Computerized Legal Research-Westlaw Westlaw<br>User: HANCOCK,CHRISTIAN W | 0.00 |
| 09/26/13 | Computerized Legal Research-Westlaw Westlaw<br>User: GILLEY,LEE | 0.00 |
| 09/17/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE<br>WORK IN DALLAS, TX 9/11/13 IN-FLIGHT WIFI<br>Bank ID: GENR Check Number: 166011 | 10.00 |
| 09/17/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE<br>WORK IN DALLAS, TX 9/12/13 IN-FLIGHT WIFI<br>Bank ID: GENR Check Number: 166011 | 8.00 |
| 09/17/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE<br>WORK IN DALLAS, TX 9/12/13 IN-FLIGHT WIFI<br>Bank ID: GENR Check Number: 166011 | 10.77 |
| 09/18/13 | Internet Account - ALISON CURRAN SMITH ATTEND<br>COMPLIANCE WORK IN DALLAS, TX 9/10/13 IN-FLIGHT<br>WIFI<br>Bank ID: GENR Check Number: 166070 | 6.95 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    52
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

09/18/13 Internet Account - ALISON CURRAN SMITH ATTEND          9.95
         COMPLIANCE WORK IN DALLAS, TX 9/10/13 HOTEL
         WIFI
         Bank ID: GENR Check Number: 166070
09/18/13 Internet Account - ALISON CURRAN SMITH ATTEND          9.95
         COMPLIANCE WORK IN DALLAS, TX 9/11/13 HOTEL
         WIFI
         Bank ID: GENR Check Number: 166070
09/18/13 Internet Account - ALISON CURRAN SMITH ATTEND         12.99
         COMPLIANCE WORK IN DALLAS, TX 9/12/13 IN-FLIGHT
         WIFI
         Bank ID: GENR Check Number: 166070

            TOTAL COSTS FOR THIS MATTER              $7,583.40


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Sarah Merkle | 8.40 hrs | 200.00 /hr | 1,680.00 |
| Christian W. Hancock | 46.50 hrs | 361.00 /hr | 16,786.50 |
| Robert R. Maddox | 138.00 hrs | 400.00 /hr | 55,200.00 |
| Chandler Combest | .70 hrs | 220.00 /hr | 154.00 |
| Preston H. Neel | 6.30 hrs | 233.00 /hr | 1,467.90 |
| Lee Gilley | 140.30 hrs | 207.00 /hr | 29,042.10 |
| Blake Goodsell | 1.80 hrs | 207.00 /hr | 372.60 |
| Cory S. Menees | 18.10 hrs | 295.00 /hr | 5,339.50 |
| Marian Bowers | 21.90 hrs | 290.00 /hr | 6,351.00 |
| Ann Craft | 36.00 hrs | 198.00 /hr | 7,128.00 |
| Alison Smith | 33.10 hrs | 198.00 /hr | 6,553.80 |
| Greg Pipes | 13.20 hrs | 200.00 /hr | 2,640.00 |
| Spencer Waddell | 14.20 hrs | 200.00 /hr | 2,840.00 |
| Talor Bearman | 7.80 hrs | 200.00 /hr | 1,560.00 |
| Melisa P. Palmer | 67.60 hrs | 167.00 /hr | 11,289.20 |
| Andrew Thompson | 25.70 hrs | 132.00 /hr | 3,392.40 |

TOTAL FEES          579.60 hrs              $151,797.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    53
NOVEMBER 22, 2013

0R0802-301220

FED ID NO. 63-0243316

TOTAL EXPENSES                          $7,583.40

**TOTAL CHARGES FOR THIS INVOICE**      $159,380.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0802-301220

INVOICE #  944049

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0802-301220
     TC # 705025

PROFESSIONAL SERVICES

| 10/01/13 | MPE | Review files for missing documents and update chart with status. | L110 | .60 hrs |
|---|---|---|---|---|
| 10/01/13 | CSM | Participate in cross-servicer IRG workgroup call regarding metric testing issues | P280 | .90 hrs |
| 10/01/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .50 hrs |
| 10/01/13 | RRM | Participate in telephone call with D.Cunningham with regard to weekly update for the estate regarding Consent Order compliance | L120 | .40 hrs |
| 10/01/13 | RRM | Review email from J.Grissom with new revisions to documents from Office of Mortgage Settlement Oversight (OMSO) and review in context of impact on testing and confirm same | L650 | 1.20 hrs |
| 10/01/13 | RRM | Prepare for and participate in cross-servicer call with IRG and legal regarding Consent Order compliance | L190 | 1.30 hrs |
| 10/01/13 | RRM | Participate in IRG call with regard to non-applicability on certain metrics and evidence for same | L190 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/01/13 | RRM | Continue work with IRG on metric follow up questions from Baker Tilly and additional work and strategy on Metric 25 work and updated status from September meetings with OMSO as to Q1 work and Q2 changes on evidence | L120 | 3.70 hrs |
| 10/01/13 | LG | Communications with the cross-servicer group regarding various AG settlement testing and implementation issues | L120 | 1.20 hrs |
| 10/01/13 | LG | Prepare for call with cross-servicer group regarding various AG settlement implementation and testing issues | L120 | .30 hrs |
| 10/01/13 | LG | Communications with the IRG regarding responses to various testing issues raised by the Baker Tilly during its review of the IRG's work | L120 | 2.40 hrs |
| 10/01/13 | LG | Analyze issues and large number of documentation provided by the servicer so that it can respond to a specific issue raised by the Monitor and his professionals | L120 | 3.10 hrs |
| 10/01/13 | LG | Begin analyzing and reviewing numerous test scripts provided by Clayton in preparation for upcoming meeting with the Monitor, Clayton, Green Tree, and the estate to discuss the testing of the ResCap portfolio serviced by Green Tree | L120 | 4.50 hrs |
| 10/02/13 | LG | Prepare for and attend call with IRG and cross-servicer group regarding proposed new metrics by OMSO | L120 | 1.60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/13 | LG | Prepare for call with Baker Tilly regarding questions related to the IRG's testing procedures and processes | L120 | 2.30 hrs |
| 10/02/13 | LG | Weekly call with Baker Tilly regarding questions and clarifications regarding the IRG's testing processes and procedures | L120 | 1.10 hrs |
| 10/02/13 | LG | Meetings with the IRG to discuss various issues related to its testing implementation and legal interpretations related to that implementation | L120 | 1.80 hrs |
| 10/02/13 | LG | Continue analyzing Clayton test scripts in preparation for upcoming meeting with the Monitor, Clayton, and Green Tree to discuss testing of the Green Tree portion of the Rescap portfolio | L120 | 4.30 hrs |
| 10/02/13 | LG | Analyze NY AG's complaint related to Wells Fargo's implementation of the settlement agreement to assess potential impact of that suit on the Rescap testing processes and procedures | L120 | 1.30 hrs |
| 10/02/13 | CSM | Analyze issues raised in cross-servicer group call regarding build out of Metric 31 testing protocol | L120 | .70 hrs |
| 10/02/13 | RRM | Extensive preparation for and subsequent participation in cross-servicer call on ADRL letter and discussion with regard to same | L190 | 1.60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 10/02/13 | RRM | Preparation for and subsequent telephone conference with sub-group of cross-servicers on information for Metric 31 | L120 | 1.20 hrs |
|---|---|---|---|---|
| 10/02/13 | RRM | Participate in IRG/Baker Tilly weekly telephone conference | L190 | .40 hrs |
| 10/02/13 | RRM | Meetings in Dallas throughout the day with legal and IRG on upcoming implementation issues on new metrics and discussion of evidencing same | L120 | 2.40 hrs |
| 10/02/13 | CSM | Participate in cross-servicer group call regarding build out of Metric 31 testing protocol | P280 | 1.10 hrs |
| 10/02/13 | CWH | Review and analyze issues with Metric 25 supplemental file pull and discuss same with J.Bordelon of IRG | L120 | 1.30 hrs |
| 10/02/13 | ACRA | Analyze issues related to testing of compliance of Green Tree platform with Metrics 2, 27, and 29 pursuant to the National Mortgage Settlement | L120 | 3.30 hrs |
| 10/02/13 | ACRA | Analyze issues related to obligations pursuant to the National Mortgage Settlement and effect on bankruptcy plan confirmation | L120 | 1.60 hrs |
| 10/02/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.20 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 10/03/13 | ACRA | Teleconference with bankruptcy counsel to discuss remaining obligations pursuant to the National Mortgage Settlement and effect thereof on bankruptcy proceedings | L120 | .70 hrs |
|---|---|---|---|---|
| 10/03/13 | ACRA | Analyze issues related to remaining obligations pursuant to the National Mortgage Settlement and effect on bankruptcy moving forward and discuss the same with bankruptcy counsel | L120 | 1.90 hrs |
| 10/03/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.00 hrs |
| 10/03/13 | RRM | Participate in telephone conference with T.Hamzehpour and A.Barrage with regard to memorandum for current obligations and to follow up on same | L190 | .90 hrs |
| 10/03/13 | RRM | Meetings in Dallas with IRG on testing and reporting in context of requests by Baker Tilly | L190 | 3.10 hrs |
| 10/03/13 | LG | Prepare for and attend call with the cross-servicer group regarding IRG testing processes and settlement implementation | L120 | 1.70 hrs |
| 10/03/13 | LG | Analyze documents including voluminous policies and procedures and audit results provided by the servicer in order to assess the need to adjust the IRG's testing processes in response to feedback from the monitor and changes to | L120 | 3.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       6
FEBRUARY 14, 2014

OR0802-301220

FED ID NO. 63-0243316

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | the servicer's business processes |  |  |
| 10/03/13 | LG | Meetings with the servicer's personnel in order to obtain evidence necessary to respond to a request from the monitor and analyze the documents provided in response to that request | L120 | 3.90 hrs |
| 10/03/13 | LG | Complete review of Green Tree's test scripts in preparation for upcoming meeting with the estate, Clayton, Green Tree, and the monitor regarding the testing of the Green Tree portion of the ResCap portfolio | L120 | 3.50 hrs |
| 10/04/13 | LG | Prepare for and attend call with Rescap and other parties involved in the Rescap Bankruptcy regarding the impact of settlement obligations on the bankruptcy | L120 | 1.30 hrs |
| 10/04/13 | LG | Prepare for and attend call with servicer regarding the impact of AOIs and BK documents on IRG testing | L120 | .60 hrs |
| 10/04/13 | RRM | Prepare for and participate in call with UCC and debtor counsel on memorandum of anticipated costs | L120 | 1.10 hrs |
| 10/04/13 | RRM | Continue work on multiple matters involving new metrics and focused on Metrics 30 and 31 | L190 | 1.90 hrs |
| 10/04/13 | CWH | Exchange e-mails with IRG manager about which loans are excluded from Metric 25 testing | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/04/13 | ACRA | Teleconference with bankruptcy counsel and counsel for unsecured creditor's committee to discuss obligations remaining pursuant to National Mortgage Settlement and effect thereof on bankruptcy proceedings | L120 | .70 hrs |
| 10/04/13 | RRM | Participate in cross-servicer call on long form for Metric 31 and follow up on same | L120 | 1.20 hrs |
| 10/04/13 | CSM | Prepare for and participate in cross-servicer group call regarding build out of Metric 31 testing protocol | P280 | 1.10 hrs |
| 10/07/13 | CSM | Review and analyze potential business impacts of proposed structure of Metric 31 testing | P280 | .80 hrs |
| 10/07/13 | ACRA | Analyze issues related to obligations pursuant to the National Mortgage Settlement and effect on bankruptcy plan confirmation | L120 | 1.40 hrs |
| 10/07/13 | CSM | Participate in weekly servicing standards call with J.Madsen, G.Shannon, E.Watson and others | P280 | .50 hrs |
| 10/07/13 | CSM | Prepare for and participate in cross-servicer group legal touchpoint call regarding metrics testing issues, development of new metrics and impact of CFPB on testing under new metrics | P280 | 1.50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/07/13 | RRM | Preparation for and subsequent telephone conference with members of creditors' committee with regard to obligations under AG/DOJ | L120 | 1.30 hrs |
| 10/07/13 | RRM | Continue work on projected forecast for continued compliance with AG/DOJ | L190 | .80 hrs |
| 10/07/13 | RRM | Prepare for upcoming meeting with Monitor and Monitor's professionals and review of test scripts and procedure for testing | L190 | 3.40 hrs |
| 10/07/13 | LG | Analyze Green Tree test scripts, metric definition template, servicing standards, additional settlement documents, Rescap test scripts, evidence provided by the Ocwen IRG, and various other pieces of information in order to prepare for upcoming meeting with Clayton, the Estate, Green Tree and the monitor regarding the process for testing the Rescap portion of the Green Tree portfolio | L120 | 5.20 hrs |
| 10/07/13 | LG | Prepare for and attend call with various parties interested in the Rescap bankruptcy in order to discuss the impact of the national mortgage settlement on the Rescap bankruptcy | L120 | 1.10 hrs |
| 10/07/13 | LG | Communications with Clayton regarding questions related to upcoming meeting with the estate, Green Tree, Monitor, and Clayton regarding the testing of the Green Tree portion of the Rescap Portfolio | L120 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
FEBRUARY 14, 2014

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/07/13 | LG | Analyze communications regarding the results of the cross-servicer legal call | L120 | .30 hrs |
| 10/07/13 | LG | Prepare for and attend weekly update call with Ocwen regarding mortgage settlement implementation and testing | L120 | .90 hrs |
| 10/08/13 | LG | Prepare for and attend meeting with Clayton, Ocwen, Green Tree, and the Estate regarding the procedure for testing the Green Tree portion of the Rescap portfolio | L120 | 8.20 hrs |
| 10/08/13 | LG | Compile and analyze notes from meeting with Green Tree, Estate, Clayton, and the monitor regarding the testing of the Green Tree portion of the Rescap Portfolio | L120 | 1.10 hrs |
| 10/08/13 | LG | Analyze and respond to emails, documents, and memos responding to questions raised to the IRG by Baker Tilly | L120 | 1.60 hrs |
| 10/08/13 | RRM | Participate in cross-servicer executive call on multiple topics including OMSO request on Metrics 30 and 31 | L120 | .90 hrs |
| 10/08/13 | RRM | Preparation for and attendance at Clayton with OMSO, BDO and Baker Tilly | L120 | 3.60 hrs |
| 10/08/13 | CWH | Exchange e-mails with J.Bordelon about replacement loans for the HUD files for Metric 25 testing | L110 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| 10/08/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.10 hrs |
| 10/09/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement and review test script therefor | L120 | 1.30 hrs |
| 10/09/13 | RRM | Prepare for and participate in meeting with OMSO, BDO, and Baker Tilly in Denver with Clayton and D.Cunningham with the estate | L120 | 7.30 hrs |
| 10/09/13 | RRM | Subsequent meeting with D.Cunningham, Clayton and Green Tree regarding multiple follow up corrections and advice with regard to approach on multiple metrics | L120 | 2.00 hrs |
| 10/09/13 | LG | Analyze notes from prior meeting and other documents to prepare for meeting with Clayton, Green Tree, the Estate, and the Monitor to discuss the testing of the Green Tree portion of the Rescap Portfolio | L120 | 1.20 hrs |
| 10/09/13 | LG | Meeting with Clayton, Green Tree, the Monitor, and the estate regarding the testing of the Green Tree portion of the Rescap portfolio | L120 | 7.40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/09/13 | LG | Meeting with Green Tree, Clayton, and the estate to discuss comments raised by the Monitor and his professionals regarding the testing of the Green Tree portion of the ResCap portfolio | L120 | 1.90 hrs |
| 10/10/13 | LG | Prepare for and attend call regarding the servicer's consumer relief activity and testing of those obligations | L120 | .70 hrs |
| 10/10/13 | LG | Prepare for and attend call with various interested parties in order to assess the impact of the NMS on the Rescap Bankruptcy. | L120 | 1.20 hrs |
| 10/10/13 | LG | Analyze notes and other information from meeting with Clayton and the Monitor in order to begin responding to issues raised during the meeting with Clayton, Green Tree, the Estate and the Monitor | L120 | 2.40 hrs |
| 10/10/13 | LG | Analyze issues raised by the monitor during the meetings in Denver and begin responding to those issues by reviewing Green Tree test scripts, Rescap Test Scripts, Definition Templates and other settlement documents | L120 | 2.80 hrs |
| 10/10/13 | LG | Analyze numerous documents provided by client in order to respond to specific request for information from the monitor related to a specific metric. | L120 | 2.10 hrs |
| 10/10/13 | RRM | Prepare for and participate in cross-servicer legal/IRG call and follow up on same | L190 | 1.30 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/10/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the right to a deficiency was retained or waived and if a 1099-C was triggered by the process | P280 | 3.90 hrs |
| 10/10/13 | ACRA | Discuss issues related to testing completeness of Consumer Relief solicitation requirements with IRG | L120 | .50 hrs |
| 10/11/13 | ACRA | Teleconference with cross servicers to discuss issues related to clarification memo, Metrics 30 and 31 pursuant to National Mortgage Settlement, and issues related to Applicable Requirements documents | L120 | 1.00 hrs |
| 10/11/13 | ACRA | Review documents provided as evidence after completion of testing of Consumer Relief solicitation requirements and redact non-public information from the same | L120 | .90 hrs |
| 10/11/13 | ACRA | Review documents related to testing of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I in preparation of meeting with BDO | L120 | 2.90 hrs |
| 10/11/13 | MLBS | Review various communications between client and borrower to determine date of approval of short sale, if the right to a deficiency was retained or waived and if a 1099-C was triggered by the process | P280 | 4.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/11/13 | RRM | Multiple email correspondence with T.Hamzehpour and A.Barrage with regard to DOJ web site issues | L190 | .60 | hrs |
| 10/11/13 | RRM | Draft email to E.Halperin with DOJ and subsequent telephone conference with E.Halperin with regard to SCRA review and discussion of same | L190 | .50 | hrs |
| 10/11/13 | LG | Analyze and review most recent draft of new metrics 30 and 31 | L120 | 1.20 | hrs |
| 10/11/13 | LG | Draft memorandum summarizing the Monitor's new metrics and the impact of those metrics on Ocwen's business practices and the IRG's testing processes | L120 | 2.80 | hrs |
| 10/11/13 | LG | Communications regarding the Green Tree work plan and approval of that work plan by Green Tree | L120 | .20 | hrs |
| 10/12/13 | RRM | Continue work on metrics and possible evidence related to same in context of business procedures and outline issues for discussion | L190 | 1.60 | hrs |
| 10/13/13 | RRM | Participate in telephone conference with S.Heidebrecht on upcoming meeting with BDO | L190 | 1.20 | hrs |
| 10/13/13 | RRM | Review Final Solicitation Test Script, prior PowerPoint provided by OMSO on four letters versus three letters and loan examples | L650 | 1.90 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| 10/13/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.50 hrs |
| 10/13/13 | CWH | Review and analyze documents for new Metrics 30 and 31 | L120 | .60 hrs |
| 10/13/13 | ACRA | Meeting with Internal Review Group (IRG) in preparation of testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 2.00 hrs |
| 10/14/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 2.50 hrs |
| 10/14/13 | CSM | Prepare for and participate in cross-servicer group legal touchpoint call regarding metrics testing issues, including OMSO clarifications document | P280 | 1.90 hrs |
| 10/14/13 | CSM | Participate in weekly servicing standards call with J.Madsen, R.Fowlie and others | P280 | .50 hrs |
| 10/14/13 | ACRA | Meeting with BDO to discuss testing of completeness of Consumer Relief solicitations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.50 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS llp

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/14/13 | ACRA | Analyze issues related to testing of Consumer Relief solicitation requirements in preparation for meeting with BDO regarding the same | L120 | 2.00 hrs |
| 10/14/13 | RRM | Preparation meeting with IRG and legal to finalize matters on upcoming meeting with OMSO and BDO | L190 | 1.50 hrs |
| 10/14/13 | RRM | Meeting with BDO, OMSO and IRG in New York to go over Solicitation Completeness Testing and subsequent follow up | L120 | 2.80 hrs |
| 10/14/13 | RRM | Extensive work with IRG and legal with regard to clarifications document from OMSO | L650 | 3.10 hrs |
| 10/14/13 | RRM | Review email from E.Doi with documentation from B.Cherry and initial review and analysis of same | L120 | .90 hrs |
| 10/14/13 | RRM | Participate in cross-servicer legal call on Metric 10 revision and discussion on proper strategy to handle clarification document from OMSO | L120 | 2.20 hrs |
| 10/14/13 | LG | Analyze testing protocols, definition templates, and various other settlement documents in order to prepare for meeting with BDO and Ocwen to discuss BDO testing of Ocwen's consumer relief activities | L120 | 3.90 hrs |
| 10/14/13 | LG | Meeting with BDO, Ocwen IRG, and BABC to discuss the plan for testing Ocwen's consumer relief activities | L120 | 3.90 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/14/13 | LG | Call with cross-servicer legal group regarding issues related to settlement testing and implementation | L120 | 1.10 | hrs |
| 10/14/13 | LG | Begin reviewing cross-servicer questions and resolution documents in order to provide feedback on that document to the IRG and Ocwen business unit | L120 | 1.20 | hrs |
| 10/15/13 | CSM | Revise Test Question 1 section of FiServ Metric 1A1 test script | P280 | .20 | hrs |
| 10/15/13 | CSM | Email to B.Miller regarding revisions to Test Question 1 section of FiServ Metric 1A1 test script | P280 | .10 | hrs |
| 10/15/13 | RRM | Extensive preparation and subsequent telephone conference with cross-servicer group for legal and IRG | L190 | 3.30 | hrs |
| 10/15/13 | LG | Prepare for and attend cross-servicer call discussing various IRG and AG implementation and testing issues | L120 | 1.30 | hrs |
| 10/15/13 | LG | Prepare for and attend call with the estate regarding national mortgage settlement testing and implementation | L120 | .30 | hrs |
| 10/15/13 | LG | Communications with the Ocwen business unit and the estate regarding testing of certain accounts as part of the servicer's consumer relief efforts | L120 | .70 | hrs |
| 10/15/13 | LG | Analyze proposed new metrics in order to develop talking points for upcoming call with the government related to Ocwen's agreement | L120 | 1.60 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/15/13 | LG | Provide detailed response to BDO regarding Green Tree's proposed metric population definitions | L120 | 1.60 | hrs |
| 10/15/13 | LG | Draft notes and takeaways from call with government regarding Ocwen's settlement agreement | L120 | .40 | hrs |
| 10/16/13 | LG | Prepare for call with the cross-servicer group regarding various issues raised by the the monitor and his professionals | L120 | 1.20 | hrs |
| 10/16/13 | LG | Communications regarding the loss mitigation portions of metrics 30 and 31 and the servicer's ability to implement metrics 30 and 31 | L120 | .50 | hrs |
| 10/16/13 | LG | Analyze servicer's feedback on various metrics in order to edit those documents | L120 | .30 | hrs |
| 10/16/13 | LG | Communications with the IRG regarding various outstanding issues in order to respond to outstanding request from Baker Tilly | L120 | 1.70 | hrs |
| 10/16/13 | LG | Analyze communications from Baker Tilly regarding outstanding questions that it needs a response to | L120 | .50 | hrs |
| 10/16/13 | RRM | Review email from A.Malhotra with attachment and initial review of Metric 31 mark up and subsequent telephone conference with servicers as to potential pitfalls with wording | L650 | 2.10 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 10/16/13 | RRM | Review multiple reports filed by Monitor on consumer relief and provide context as to other compliance matters | L650 | .90 hrs |
| 10/16/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .60 hrs |
| 10/17/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .50 hrs |
| 10/17/13 | RRM | Participate in call with government and estate on governmental carve out language and provide context on AG/DOJ consent judgment and follow up work on same | L120 | .60 hrs |
| 10/17/13 | RRM | Review and revise standing memorandum for cross-servicer group and subsequent discussion with regard to standing law in multiple states with counsel for other servicers | L650 | 1.40 hrs |
| 10/17/13 | RRM | Extensive email correspondence with cross-servicer legal counsel on communication with OMSO regarding bankruptcy training, Metrics 30 and 31, Q2R document and strategy for same | L120 | 2.70 hrs |
| 10/17/13 | ASI | Review and analyze standing memo to cross-servicer group for yearly required update | C300 | 7.50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/17/13 | RRM | Review email from T.Kosvek with Baker Tilly as to multiple open issues, follow up work on same, and prepare status sheet | L190 | 1.40 | hrs |
| 10/17/13 | RRM | Review email from C.Miller with three attachments on agenda and draft long forms on Metrics 30 and 31 and related documents | L190 | .90 | hrs |
| 10/17/13 | RRM | Participate in cross-servicer call with IRG and discussion focused on new metrics | L120 | 1.10 | hrs |
| 10/17/13 | LG | Analyze questions from Baker Tilly needed to complete its quarter 1 and quarter 2 testing | L120 | .60 | hrs |
| 10/17/13 | LG | Communications with the servicer, the IRG, and legal regarding proposed responses to Baker Tilly's outstanding questions from quarter 1 and quarter 2 | L120 | 3.40 | hrs |
| 10/17/13 | LG | Analyze alterations to Ocwen test script to ensure it complies with the terms set forth by the Monitor in prior discussions | L120 | 1.40 | hrs |
| 10/18/13 | LG | Prepare for and attend call with the cross-servicer group regarding AG settlement testing and implementation issues | L120 | 1.10 | hrs |
| 10/18/13 | LG | Draft responses to questions raised by Baker Tilly in order to allow Baker Tilly to close out Q1 and Q2 testing | L120 | 2.10 | hrs |
| 10/18/13 | LG | Communications with the IRG regarding the proposed responses to Baker Tilly's questions | L120 | 1.20 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/18/13 | LG | Communications with the Ocwen business unit regarding the servicer's treatment of a specific metric process in order to respond to questions from Baker Tilly | L120 | .60 hrs |
| 10/18/13 | RRM | Review email from S.Moore with regard to second lien releases under AG/DOJ settlement | L650 | .40 hrs |
| 10/18/13 | ASI | Continue to review and analyze new case law relating to standing in Ohio, North Carolina, Maine, and Washington for potential inclusion in standing memo update | C300 | 5.10 hrs |
| 10/18/13 | LSDR | Analyze issue relating to service transfer issues in order to respond to request from the Monitor | L120 | .80 hrs |
| 10/18/13 | RRM | Extensive preparation for and subsequent telephone conference with IRG on quality control process based on inquiries from OMSO and SPF and continue work on same | L190 | 1.30 hrs |
| 10/18/13 | MLBS | Review documents regarding compliance with Consent Order metric; correspond with M.Palmer and L.Gilley regarding review | P280 | .40 hrs |
| 10/18/13 | MPE | Finalize reviewed files to assist with Metric 25 analysis. | L110 | 2.10 hrs |
| 10/21/13 | MPE | Metric 25:  finalize documents for second set of loans received (96 loans). | L110 | 5.50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/21/13 | CSM | Prepare for and participate in cross-servicer group legal touchpoint call regarding metrics testing issues and development of new metrics | P280 | 1.20 hrs |
| 10/21/13 | ACRA | Discuss testing of completeness of Consumer Relief solicitation requirements with BDO | L120 | .40 hrs |
| 10/21/13 | CWH | Review and analyze issues with Baker Tilly's questions on Metric 25 from quarter 1 | L120 | .20 hrs |
| 10/21/13 | LG | Prepare for and attend call with the servicer regarding AG settlement testing and implementation | L120 | .80 hrs |
| 10/21/13 | LG | Prepare for and attend weekly call with Clayton regarding questions related to the testing of the Green Tree portion of the Rescap portfolio | L120 | 1.30 hrs |
| 10/21/13 | LG | Prepare for and attend call with the cross-servicer group regarding legal issues related to the AG settlement | L120 | 1.20 hrs |
| 10/21/13 | LG | Analyze and review evidence identified by the IRG in order to respond to outstanding requests from Baker Tilly related to a particular metric | L120 | 3.60 hrs |
| 10/21/13 | RRM | Preparation for and subsequent telephone conference with business on weekly servicing standards call and discussion on continuing work on proposed metric implementation | L190 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/21/13 | RRM | Review email from Clayton with updated documents and review of same and provide comments and participate in subsequent telephone conference regarding same | L650 | 1.60 hrs |
| 10/21/13 | RRM | Review email from E.Doi with attachments for upcoming cross-servicer call and review of sameresponding to same | L240B | 1.50 hrs |
| 10/21/13 | RRM | Subsequent participation in extended telephone conference with cross-servicer legal group on re-draft documents from OMSO and discussion of strategy on responding to same | L240B | .80 hrs |
| 10/22/13 | LG | Analyze evidence and responses the IRG intends to send to Baker Tilly in response to specific metric testing questions | L120 | 2.80 hrs |
| 10/22/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .20 hrs |
| 10/22/13 | RRM | Prepare for and subsequent telephone conference with D.Cunningham and T.Hamzehpour with regard to updated strategy as SCRA | L120 | .90 hrs |
| 10/22/13 | RRM | Extensive work on 30 Plus delivery with regard to Monitoring Committee in context of what other servicers have offered | L190 | 1.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/22/13 | CSM | Review and respond to cross-servicer group emails regarding Metric 4 testing protocols | P280 | .10 | hrs |
| 10/23/13 | RRM | Review email from A.Barrage and review of SCRA attachments and subsequent telephone conference with T.Hamzehpour | L140 | .40 | hrs |
| 10/23/13 | RRM | Participate in group session with DOJ, Unsecured Creditors Committee, T.Hamzehpour and D.Cunningham on carve out in context of SCRA projections | L190 | 1.20 | hrs |
| 10/23/13 | CWH | Review and analyze results of Metric 25 supplemental testing | L120 | .20 | hrs |
| 10/23/13 | LG | Communications with the business unit regarding steps necessary to ensure compliance with metric 10 | L120 | .60 | hrs |
| 10/23/13 | LG | Analyze information related to the transfer of loans to the REALServicing platform and the impact of this on IRG testing | L120 | 1.10 | hrs |
| 10/23/13 | LG | Analyze and respond to question from BDO regarding the testing of Rescap's consumer relief activity | L120 | .70 | hrs |
| 10/24/13 | LG | Communications with IRG personnel in order to analyze evidence and respond to a specific request from Baker Tilly | L120 | 2.10 | hrs |
| 10/24/13 | LG | Analyze list of outstanding issues from Baker Tilly in preparation for call with Baker Tilly responding to these issues | L120 | 2.10 | hrs |

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/13 | LG | Communications with the Estate regarding information necessary to respond to questions raised by Baker Tilly | L120 | 1.10 hrs |
| 10/24/13 | RRM | Participate in telephone conference regarding additional metric implementation matters and provide interpretations with regard to same | L190 | 1.30 hrs |
| 10/24/13 | RRM | Participate in telephone conference with IRG and Clayton with regard to updates and answers from Clayton on metric testing | L190 | .90 hrs |
| 10/24/13 | RRM | Extensive review of metric 25 additional documentation requested by Monitor, make comments and revisions, and direction for submission to Monitor | L650 | .90 hrs |
| 10/24/13 | RRM | Work on "30 Plus" request from Monitoring Committee and correspondence with business and cross-servicer legal group regarding same | L240B | .80 hrs |
| 10/24/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I | L120 | .50 hrs |
| 10/25/13 | RRM | Preparation for and subsequent participation in telephone conference with DOJ with regard to SCRA | L120 | .70 hrs |
| 10/25/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 10/25/13 | LG | Communications with the IRG regarding its processes and procedures in order to assist the IRG in responding to questions from Baker Tilly | L120 | 3.10 hrs |
| 10/25/13 | LG | Analyze documents provided by the servicer in order to respond to request from BDO regarding the servicer's consumer relief efforts | L120 | .70 hrs |
| 10/25/13 | RRM | Continue work on "30 Plus" based on comments from business as to implementation of multiple requests for same by Monitoring Committee | L190 | 1.30 hrs |
| 10/28/13 | LG | Analzye most recent drafts of metrics 30 and 31 in preparation for calls regarding the same | L120 | .80 hrs |
| 10/28/13 | LG | Analyze Ocwen's alteration of certain business processes in relation to the Monitoring Committee's agreement with the servicer regarding new metrics | L120 | .30 hrs |
| 10/28/13 | LG | Analyze and respond to questions raised by Clayton regarding the Green Tree portion of the Rescap portfolio | L120 | .80 hrs |
| 10/28/13 | LG | Communications with the cross-servicer group regarding various issues related to AG settlement testing and implementation | L120 | 1.10 hrs |
| 10/28/13 | LG | Communications with the IRG regarding issues raised by Baker Tilly to assist the IRG in responding to those questions | L120 | 1.10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/28/13 | LG | Assist the IRG in drafting a response to several questions raised by Baker Tilly | L120 | 1.20 hrs |
| 10/28/13 | LG | Meetings with the IRG to discuss questions raised by Baker Tilly and potential responses to those questions | L120 | 1.60 hrs |
| 10/28/13 | CWH | Review and analyze issues raised by Baker Tilly to Metric 28 testing and draft response/analysis for IRG manager on same | L120 | .40 hrs |
| 10/28/13 | CWH | Attend conference call with weekly call with Green Tree to address and analyze their progress on IRG and metric testing | L120 | .70 hrs |
| 10/28/13 | ACRA | Discuss issues related to completeness of Consumer Relief soliciatation requirements with outside auditors | L120 | .20 hrs |
| 10/28/13 | CSM | Participate in brief weekly servicing standards call with J.Madsen, G.Shannon and others | P280 | .20 hrs |
| 10/28/13 | CSM | Prepare for and participate in cross-servicer group telephone conference regarding OMSO markup of Metric 30 and 31 clarifications documents | P280 | .80 hrs |
| 10/28/13 | RRM | Prepare for and participate in Green Tree weekly status update | L190 | 1.10 hrs |
| 10/28/13 | RRM | Review email from M.Jarboe with updated revisions from OMSO with regard to revised Metrics for implementation on April 1, 2014 | L190 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    27
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/28/13 | RRM | Preparation for and subsequent telephone conference with cross-servicers on Metrics 30 and 31 and extensive follow up on same and work in context of prior revisions | L120 | 3.80 | hrs |
| 10/28/13 | RRM | Continue work on Green Tree roll out for metrics for the Estate and strategy on new metrics | L120 | .80 | hrs |
| 10/29/13 | RRM | Review email from C.Miller with attachments for upcoming cross-servicer call and initial review and preparation for same | L650 | .50 | hrs |
| 10/29/13 | RRM | Prepare for and participate in cross-servicer IRG and legal call and focus on Metric 7 on Pre-Foreclosure Notices in context of bankruptcy documentation and follow up | L190 | 1.20 | hrs |
| 10/29/13 | RRM | Extensive preparation for and subsequent telephone conference with R.Fowlie and T.Zobel on input on revised Metric 30 and 31 and extensive work on same | L190 | 2.70 | hrs |
| 10/29/13 | RRM | Telephone conference with D.Dreifus with OMSO with regard to ongoing current compliance matters | L120 | .50 | hrs |
| 10/29/13 | CWH | Review and analyze revised regulator drafts of Metrics 30 and 31 and attend conference call with Ocwen about ability to implement same | L120 | .70 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/13 | CSM | Prepare for and participate in cross-servicer group conference call regarding OMSO markup of Metric 30 and 31 definitions templates | P280 | 1.00 hrs |
| 10/29/13 | LG | Communications with the cross-servicer legal group regarding various issues related to settlement implementation and testing | L120 | 1.20 hrs |
| 10/29/13 | LG | Communications with the IRG regarding a response to a specific issue raised by Baker Tilly | L120 | 1.30 hrs |
| 10/29/13 | LG | Discussions with the business unit regarding new metrics in order to understand their comments and objections to proposed new metrics | L120 | .60 hrs |
| 10/29/13 | LG | Communications with business unit regarding the application of third party vendor management to one of the servicer's vendors | L120 | .30 hrs |
| 10/29/13 | LG | Communications with Clayton regarding questions related to its IRG testing processes | L120 | .50 hrs |
| 10/29/13 | LG | Call with the estate updating it as to the status and testing of the AG settlement | L120 | .30 hrs |
| 10/29/13 | LG | Communications with the IRG regarding responses to Baker Tilly necessary to close Quarter 1 and 2 testing | L120 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/30/13 | LG | Prepare for and attend call with the cross-servicer group regarding AG settlement implementation and testing issues | L120 | 1.30 | hrs |
| 10/30/13 | LG | Communications with the IRG regarding various issues raised by Baker Tilly in order to close out its Q1 and Q2 verification of the IRG's work | L120 | 1.20 | hrs |
| 10/30/13 | CWH | Review and analyze OMSO's edits to Metrics 30 and 31 and attend conference call with Monitor and OMSO about continued issues with same | L110 | .40 | hrs |
| 10/30/13 | CWH | Review and analyze specific loans questioned by Baker Tilly for Metric 28 testing and exchange e-mails with J.Bordelon about same | L120 | .60 | hrs |
| 10/30/13 | CSM | Participate in telephone conference with OMSO and cross-servicer group members regarding OMSO markup of Metrics 30 and 31 definitions/clarifications documents | P280 | 1.10 | hrs |
| 10/30/13 | RRM | Participate in telephone conference with cross-servicer Monitor and professionals with regard to Metric 30 | L190 | 1.20 | hrs |
| 10/30/13 | RRM | Review email from T.Hamzehpour with regard to draft language of liquidating trust involving Exhibit E review of same and provide response with analysis | L120 | .60 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | | |
|---|---|---|---|---|---|
| 10/30/13 | RRM | Review email from A.Malhotra with two attachments and review of thematic issues and draft email to IRG with attachments and provide additional talking points | L650 | 1.80 | hrs |
| 10/31/13 | RRM | Review email from A.Barrage with state objection attached and initial review of same and provide response and analysis of same | L650 | 1.10 | hrs |
| 10/31/13 | RRM | Continue work on status of multiple inquiries from Baker Tilly and outline responses related to M1, M3 and population validation | L190 | 4.30 | hrs |
| 10/31/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .30 | hrs |
| 10/31/13 | LG | Prepare for and attend calls with the cross-servicer group and IRG regarding AG settlement implementation and testing | L120 | 2.30 | hrs |
| 10/31/13 | LG | Prepare for and attend call with Green Tree regarding the Green Tree work plan | L120 | .80 | hrs |
| 10/31/13 | LG | Analyze issues and documents provided by the Ocwen IRG in order to respond to outstanding requests from Baker Tilly needed to close quarter 1 and quarter 2 testing | L120 | 2.20 | hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/01/13 | RRM | Extensive preparation on Metric 31 and outline talking points based on redlines from OMSO, comments from T.Zoebel and prior metrics | L140 | 1.20 hrs |
| 11/01/13 | RRM | Participate in call with OMSO and cross-servicer group with regard to OMSO's recent edits on Metric 31 | L190 | 1.10 hrs |
| 11/01/13 | RRM | Telephone conference with B.Cherry, counsel for OMSO, with regard to follow up on Metric 31 and additional discussion regarding upcoming meeting with Monitor for all Metrics 1-33 and follow up on same with regard to revisions on Metric 31 | L120 | 1.40 hrs |
| 11/01/13 | RRM | Telephone conference with J.Smith, Monitor, with regard to individual servicer meetings on Metrics 20 and 22 | L120 | .30 hrs |
| 11/01/13 | RRM | Draft email to loss mitigation group at servicer with regard to request by Monitor for examples of loss mitigation denial language | L190 | .40 hrs |
| 11/01/13 | RRM | Preparation for and subsequent telephone conference with Unsecured Creditors' Committee and National Association of Attorneys General (NAAG) with regard to objection by state AGs | L120 | .80 hrs |
| 11/01/13 | LG | Prepare for and attend call with the Monitor and the cross-servicer group regarding new metrics and the metric clarifications document | L120 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    32
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/01/13 | LG | Prepare for and attend call with Baker Tilly and the IRG responding to questions from Baker Tilly related to metrics testing | L120 | 1.90 hrs | |
| 11/04/13 | LG | Prepare for and attend call with the cross-servicer group and the monitor regarding the monitor's proposed new metrics | L120 | 1.20 hrs | |
| 11/04/13 | LG | Prepare for and attend call regarding the servicer's consumer relief efforts and prepare responses to questions from BDO | L120 | .80 hrs | |
| 11/04/13 | LG | Prepare for and attend call with the cross-servicer legal group regarding various legal issues encountered during the IRG's testing | L120 | 1.10 hrs | |
| 11/04/13 | LG | Begin drafting/revising responses to Baker Tilly questions regarding metric testing issues | L120 | 1.20 hrs | |
| 11/04/13 | RRM | Review email from A.Malhotra with regard to document attached and review attachment in preparation for upcoming cross-servicer call | L140 | .50 hrs | |
| 11/04/13 | RRM | Participate in cross-servicer call focusing on Metrics 30 and 31 and follow up on same | L120 | 1.00 hrs | |
| 11/04/13 | RRM | Review of requests from BDO with regard to inquiries regarding specific loans identified in consumer relief and review and raise responsive write ups on same and direction for submission to BDO | L650 | .70 hrs | |

## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    33
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Task | Hours |
|---|---|---|---|---|
| 11/04/13 | RRM | Multiple email correspondence with T.Zoebel regarding loss mitigation procedure and impact on revised metrics | L120 | .60 hrs |
| 11/04/13 | RRM | Extended telephone conference with Estate with regard to build out of 30 Plus Metric and work on outline for same | L120 | 1.50 hrs |
| 11/04/13 | RRM | Review email from M.Atencio with revised Green Tree work plan and initial review of same | L140 | .70 hrs |
| 11/04/13 | CWH | Review and analyze Metric 1A files and questions from Baker Tilly on same | L120 | .30 hrs |
| 11/04/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement and discuss the same with the IRG | L120 | 1.30 hrs |
| 11/04/13 | ACRA | Discuss issues related to testing completeness of Consumer Relief solicitation requirements with external auditors | L120 | .80 hrs |
| 11/04/13 | CWH | Review and analyze latest changes and comments to proposed Metrics 30 and 31 and testing for same | L120 | .20 hrs |
| 11/05/13 | CWH | Review and analyze issues with Metric 1A testing results and have conference call with IRG managers on same | L120 | .70 hrs |

**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/05/13 | RRM | Telephone conference with J.Smith regarding metric implementation | L120 | .40 hrs |
| 11/05/13 | RRM | Multiple and extensive correspondence with cross-servicer counsel regarding evidence of language in default letters and submission to OMSO | L120 | 1.10 hrs |
| 11/05/13 | ACU | Analyze issues related to the implementation of IRG testing on the REALServicing platform and correspond with IRG and business personnel regarding the same | L120 | 3.00 hrs |
| 11/05/13 | LG | Communications regarding IRG sampling/population methodology in order to respond to questions from Baker Tilly | L120 | 1.20 hrs |
| 11/05/13 | LG | Analyze most recent responses from Green Tree in preparation for call regarding Green Tree's metric testing procedures | L120 | 1.40 hrs |
| 11/05/13 | LG | Communications with the Green Tree IRG regarding its testing and issues raised during that testing | L120 | 1.20 hrs |
| 11/05/13 | LG | Prepare for and attend weekly call with the estate discussing various settlement issues | L120 | .50 hrs |
| 11/05/13 | LG | Communications with Ocwen regarding responses to various questions from Baker Tilly regarding the IRG's testing process | L120 | 1.40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    35
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/13 | RRM | Post-meeting discussion and follow up with IRG related to outstanding metrics issue | L190 | .20 hrs |
| 11/06/13 | ACU | Prepare for and participate in teleconference with IRG manager and business analysts regarding population pulls for REALServicing test scripts | L120 | 3.00 hrs |
| 11/06/13 | RRM | Extensive preparation for and subsequent telephone conference with cross-servicer legal group as to issues with regard to Metrics 30, 31, 32 and 33 | L190 | 3.00 hrs |
| 11/06/13 | RRM | Review email from S.Robinson with VOC report, review same and subsequent work as to analysis of same in context of OMSO request | L120 | .80 hrs |
| 11/06/13 | RRM | Review email from B.Satchell with regard to markup of Metric 31 and subsequent review of attachment | L650 | 1.40 hrs |
| 11/06/13 | RRM | Preparation for and subsequent telephone conference with AG negotiating committee on 30 Plus and outline details for implementation | L120 | 1.90 hrs |
| 11/07/13 | RRM | Review email from H.Buss with regard to follow up inquiries on Metric 29 and review of same and multiple similar emails with requests on Metrics | L120 | 1.40 hrs |
| 11/07/13 | RRM | Review and revise new matters listed in strategy memorandum and direction for handling same | L120 | 1.20 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    36
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/07/13 | RRM | Preparation for and subsequent cross-servicer call with legal and IRG group and extensive follow up work with legal and IRG | L190 | 2.30 hrs |
| 11/07/13 | RRM | Review email from R.Quinto with regard to potential penalty issues regarding Metric 30 and request position and assistance and follow up work on same | L120 | .60 hrs |
| 11/07/13 | RRM | Review email from C.Miller with agenda and attachments for upcoming cross-servicer conference call and prepare for same with telephone conference with IRG regarding same | L190 | .70 hrs |
| 11/08/13 | RRM | Review email from D.Dreifus, counsel for OMSO, regarding request for additional information on Metrics 9 and 25 and extensive follow up work on same with IRG | L120 | 1.70 hrs |
| 11/08/13 | RRM | Extensive work on MI-29 clarification document and agenda for upcoming meeting and extensive work and review on clarification documents and coordination with IRG and business regarding same | L190 | 5.80 hrs |
| 11/08/13 | RRM | Review email from T.Hamzehpour with regard to related AG settlements and follow up on same | L120 | .40 hrs |
| 11/08/13 | RRM | Review email from D.Cunningham regarding request for additional information on prior settlement and work on same | L190 | .50 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/08/13 | RRM | Review email from A.Malhotra regarding new drafts of Metrics 30 and 31 and review same and provide comments | L190 | 2.30 hrs |
| 11/08/13 | RRM | Review email from D.Dreifus regarding request for denial letters for context of Metrics 30 and 31 and follow up work on same | L190 | .30 hrs |
| 11/09/13 | RRM | Continue work on request by Baker Tilly on population queries and review status of same and follow up work related to same | L190 | 1.20 hrs |
| 11/10/13 | CWH | Review and analyze issues with Metric 1A and provide assistance with secondary legal review of loans that initially failed the metric | L120 | .20 hrs |
| 11/11/13 | CWH | Review and analyze numerous loan files under Metric 1A and assist with drafting legal opinions to supplement the IRG work papers on same loans | L120 | 1.40 hrs |
| 11/11/13 | RRM | Work on research for related AG/DOJ settlements and draft email to T.Hamzehpour and D.Cunningham with analysis and attachments | L120 | 1.10 hrs |
| 11/11/13 | RRM | Review email from D.Dreifus with regard to Metric 29 and inclusion of ACH payments for testing and draft email to IRG and Estate | L190 | .30 hrs |
| 11/12/13 | RRM | Provide updated responses in advance of cross-servicer call on outstanding testing and metrics issues | L140 | .80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    38
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | | Hours |
|------|------|-------------|---|-------|
| 11/12/13 | CWH | Review and analyze several issues with this week's upload to Baker Tilly, including Metric 25, Metric 1A legal opinions, population responses, Metric 8 fee questions, and Metric 28 notices issues | L120 | 4.00 hrs |
| 11/12/13 | CWH | Review and analyze loan files and issues raised by Baker Tilly on Metric 28 forced placed insurance notifications | L120 | 1.30 hrs |
| 11/12/13 | MPE | Work on issues for metric 28 and Baker Tilly's questions on same | L110 | 2.20 hrs |
| 11/12/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .80 hrs |
| 11/12/13 | ACRA | Analyze issues related to third party carve out as it relates to the National Mortgage Settlement | L120 | .90 hrs |
| 11/12/13 | LG | Communications with cross-servicer group regarding metric testing questions and issues | L120 | 1.20 hrs |
| 11/12/13 | LG | Communications with the IRG and legal regarding population questions raised by Baker Tilly | L120 | 2.10 hrs |
| 11/12/13 | LG | Communications with IRG, legal, and the business regarding various responses to Baker Tilly | L120 | 1.60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    39
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/13 | LG | Communications with the IRG and the business unit to explain the most recent changes to Metrics 30 and 31 and to get approval for those changes | L120 | 2.20 hrs |
| 11/12/13 | LG | Begin final review of several hundred files of metric evidence in preparation to upload that evidence for Baker Tilly's review and approval | L120 | 3.80 hrs |
| 11/13/13 | LG | Analyze and draft summary setting forth the first issue raised in the OMSO clarification memorandum in order to obtain feedback from the IRG and business unit | L120 | .80 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue two on the OMSO clarification document in order to received feedback from the business and IRG | L120 | 1.10 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue three on the OMSO clarifications memorandum in order to receive feedback from the business and IRG regarding the servicer's ability to implement the proposed changes | L120 | .90 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue four on the clarifications memo in order to obtain business and IRG feedback | L120 | 1.30 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue five in preparation for upcoming meeting in Washington DC to dicuss the servicer's testing process | L120 | 1.50 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/13 | LG | Analyze and draft summary of issue six in the OMSO clarification document in order to prepare for upcoming meeting in Washington to discuss the servicer's testing process | L120 | .90 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue seven in the OMSO clarification document in preparation for upcoming meeting with the Monitor and his professionals | L120 | 1.20 hrs |
| 11/13/13 | LG | Analyze and draft summary of issue eight in the OMSO clarification document to solicit feedback from the business and IRG prior to the upcoming meeting with the Monitor | L120 | 1.10 hrs |
| 11/13/13 | LG | Continue to review evidence related to certain metrics in preparation to upload that evidence to OMSO for review | L120 | 3.90 hrs |
| 11/13/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I and answer questions from outside regulators related to the same | L120 | 2.40 hrs |
| 11/13/13 | RRM | Review multiple emails regarding DOJ SCRA review and review forecasts | L120 | .60 hrs |
| 11/13/13 | RRM | Review revisions to Metric 19 clarification document and provide comments and analysis regarding same | L140 | .40 hrs |
| 11/13/13 | CWH | Call with J.Bordelon about Metric 28 | L110 | .10 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    41
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/14/13 | RRM | Review multiple emails from UCC and others and D.Cunningham and review his attachment on SCRA dashboard | L120 | .40 | hrs |
| 11/14/13 | RRM | Review email from T.Hamzehpour and subsequent telephone conference with T.Hamzehpour with regard to Exhibit E and specific exceptions | L120 | .60 | hrs |
| 11/14/13 | ACRA | Analyze issues related to testing completeness of conusmer relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 2.10 | hrs |
| 11/14/13 | LG | Finalize review of metric evidence that will be uploaded to OMSO and draft email to monitor summarizing the results of that review | L120 | 1.80 | hrs |
| 11/14/13 | LG | Finalize and revise draft version of the Green Tree work plan in preparation to submit to the Monitor and servicer | L120 | .40 | hrs |
| 11/14/13 | LG | Communications to the monitor and Green Tree regarding the most recent draft of the Green Tree work plan | L120 | .40 | hrs |
| 11/14/13 | LG | Communications to the monitor regarding redacted versions of the servicer's denial letters | L120 | .30 | hrs |
| 11/14/13 | LG | Communications with the servicer and the Monitor regarding the servicer's quarterly report to the Monitor | L120 | .90 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    42
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| 11/14/13 | LG | Prepare for and attend call with the cross-servicer group regarding various metric testing and implementation issues | L120 | 1.10 hrs |
| 11/14/13 | LG | Communications with the cross-servicer legal group regarding upcoming meeting in Washington to discuss the metric clarifications document and its impact on metric testing | L120 | 1.50 hrs |
| 11/14/13 | LG | Analyze metric clarification document and draft email regarding issue 9 in order to solicit feedback from the business and IRG prior to meeting in Washington regarding the same | L120 | 1.20 hrs |
| 11/14/13 | LG | Analyze metric clarifications document and draft email regarding metric 10 in preparation for meeting with the monitor regarding the same | L120 | 1.40 hrs |
| 11/14/13 | LG | Communications regarding issue 11 in the clarification document in preparation for upcoming meeting with OMSO regarding that document | L120 | 1.40 hrs |
| 11/14/13 | LG | Communications regarding issue 12 in the clarification document in preparation for upcoming meeting with OMSO regarding that issue | L120 | .80 hrs |
| 11/14/13 | LG | Communications regarding issues 13 and 14 of the metric clarification document in preparation to discuss that document and its impact with the monitor | L120 | 1.90 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    43
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | |
|------|------|-------------|------|------|
| 11/14/13 | RRM | Participate in subsequent telephone conference with UCC, D.Cunningham, and others on SCRA update | L120 | .70 hrs |
| 11/15/13 | LG | Draft responses to various questions raised by Green Tree during its IRG testing | L120 | .70 hrs |
| 11/15/13 | LG | Prepare for and attend calls with the cross-servicer group preparing for upcoming meeting in Washington related to the new metrics, metric clarification document, and IRG testing procedures | L120 | 8.10 hrs |
| 11/15/13 | LG | Communications with auditor regarding the servicer's consumer relief testing and responding to questions from the auditor related to this testing | L120 | 1.10 hrs |
| 11/15/13 | LG | Draft talking points and other materials for upcoming meeting with the Monitor regarding the new metrics and metric clarifications document | L120 | 1.60 hrs |
| 11/15/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.80 hrs |
| 11/15/13 | ACRA | Draft clarification responses to questions related to completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    44
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/15/13 | ACRA | Discuss clarifications of results of testing of completeness of Consumer Relief solicitation obligations with secondary professional firm | L120 | .60 hrs |
| 11/15/13 | RRM | Extensive preparation for upcoming meeting in DC with metric clarification document and review redlines from multiple cross-servicer telephone calls throughout the day and follow up with legal and business positions in order to advocate for Estate's position | L120 | 4.80 hrs |
| 11/17/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .30 hrs |
| 11/18/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .20 hrs |
| 11/18/13 | LG | Prepare for meetings with the cross-servicer group and Monitor to discuss clarification document and metric testing by reviewing various documents including test plans, workplan, recent drafts of clarifications documents and notes from meetings with the business unit | L120 | 2.50 hrs |
| 11/18/13 | LG | Meeting with the cross-servicer group to discuss the most recent draft of the metrics clarification document and new metrics proposed by the Monitor | L120 | 2.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    45
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/18/13 | LG | Meeting with the cross-servicer group to prepare for upcoming meeting with the Monitor and his professionals regarding the clarification document and new metrics | L120 | 3.00 | hrs |
| 11/18/13 | LG | Communications with the Green Tree IRG regarding their preliminary testing results | L120 | 1.40 | hrs |
| 11/18/13 | RRM | Extensive preparation for upcoming preparation session with other servicers and review multiple outstanding compliance matters and prepare talking points for issues unique to estate's obligations on multiple metrics | L120 | 5.80 | hrs |
| 11/18/13 | RRM | Participate in cross-servicer preparation session in DC and work on multiple issues across numerous matters with regard to testing flags used as controls and then follow up work on same | L190 | 6.10 | hrs |
| 11/19/13 | RRM | Continue preparation for upcoming meeting with OMSO and joint servicer meeting | L190 | 2.10 | hrs |
| 11/19/13 | RRM | Participate and attend day-long meeting in DC with OMSO on clarification and resolutions documents | L120 | 6.70 | hrs |
| 11/19/13 | RRM | Review email from B.Mich with BDO as to reviewing issues on consumer relief testing and review and revise strategy for handling same | L120 | .70 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     46
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/19/13 | RRM | Review multiple emails between Clayton and D.Cunningham with regard to open AG settlement compliance matters | L120 | .30 hrs |
| 11/19/13 | RRM | Review email from A.Phillips with draft from clarification document based on regulations and review attachment and make comments regarding same | L140 | .80 hrs |
| 11/19/13 | LG | Prepare for and attend meeting with the monitor to discuss various issues regarding the metric clarifications document, IRG testing, and the new metrics | L120 | 10.20 hrs |
| 11/19/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.20 hrs |
| 11/20/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.20 hrs |
| 11/20/13 | LG | Prepare for and attend all day meeting with the cross-servicer group and the monitor regarding the metric clarifications document, new metrics, and other issues regarding IRG metric testing | L120 | 9.70 hrs |
| 11/20/13 | LG | Respond to various issues raised by the Baker Tilly during its review of the IRG's work | L120 | 1.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/20/13 | RRM | Review of redlines from prior day's work on matter and prepare talking points for same | L190 | 1.80 hrs |
| 11/20/13 | RRM | Work throughout the day on negotiations with OMSO and cross-servicer group on multiple clarification documents and follow up work on same | L120 | 8.70 hrs |
| 11/20/13 | RRM | Continue work on outstanding issues regarding Metrics 19, 30 and 31 | L190 | 1.20 hrs |
| 11/20/13 | RRM | Review email from J.Smith with regard to test periods 3 and 4 and respond to same | L120 | .30 hrs |
| 11/21/13 | RRM | Extensive preparation for and subsequent telephone conference with cross-servicer executives with regard to Metrics 30 and 31 and follow up work on same | L120 | 2.40 hrs |
| 11/21/13 | RRM | Extended telephone conference with B.Cherry, counsel for OMSO, with regard to outstanding issues and interrelationship between Metrics 19, 30 and 31 | L120 | .90 hrs |
| 11/21/13 | RRM | Subsequent telephone conference with B.Cherry with regard to clarifications on outstanding issues with Metric 30 and request telephone conference with cross-servicer legal group | L120 | .60 hrs |
| 11/21/13 | RRM | Extensive preparation for and subsequent telephone conference with cross-servicer legal group as to prior position with OMSO counsel and attempt resolution of outstanding issues | L190 | 1.40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    48
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/21/13 | LG | Meetings with the IRG, legal, and business unit regarding the interaction between the national mortgage settlement and CFPB servicing standards | L120 | 1.20 hrs |
| 11/21/13 | LG | Meetings with the IRG to assist in responding to questions raised by Baker Tilly during its Q3 2013 testing | L120 | 1.20 hrs |
| 11/21/13 | LG | Communications with the monitor regarding the metric clarifications documents and IRG testing issues | L120 | .40 hrs |
| 11/21/13 | LG | Communications with the Rescap Estate regarding Green Tree testing results and risk associated with Green Tree testing | L120 | .70 hrs |
| 11/21/13 | LG | Communications with the IRG and Baker Tilly regarding responses to Q2 2013 questions | L120 | 1.10 hrs |
| 11/21/13 | LG | Analyze notes from calls with Green Tree and the Estate to begin preparing for call with the monitor regarding Green Tree's testing | L120 | 1.10 hrs |
| 11/21/13 | LG | Begin drafting memorandum analyzing potential risk to the estate associated with IRG testing | L120 | 1.70 hrs |
| 11/21/13 | LG | Analyze draft notice to Ocwen IRG informing them of certain changes to the IRG payment structure | L120 | .30 hrs |
| 11/21/13 | LG | Communications regarding the servicer's timeliness certifications | L120 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    49
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/21/13 | LG | Communications with the Green Tree IRG regarding metric testing results and questions | L120 | 1.40 hrs |
| 11/21/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 2.20 hrs |
| 11/22/13 | LG | Communications with the Monitor's office regarding changes to the Green Tree Work Plan | L120 | .70 hrs |
| 11/22/13 | LG | Communications with the Ocwen business unit regarding the certification/attestation process | L120 | .50 hrs |
| 11/22/13 | RRM | Participate in joint servicer follow up from DC meeting with OMSO | L190 | 1.30 hrs |
| 11/22/13 | RRM | Multiple emails and subsequent telephone conference with B.Cherry, J.Stein, J.Grissom, and J.Palazzo with regard to Metrics 30 and 31 and subsequent discussion and work with regard to same | L120 | 1.80 hrs |
| 11/22/13 | RRM | Extended telephone conference with cross-servicer legal group as to current position and work on convergence matters | L120 | .80 hrs |
| 11/22/13 | RRM | Review email from M.Svoboda regarding position on Metric 31 and respond to same | L190 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    50
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/24/13 | RRM | Review email from B.Satchell with new markup of Metric 31 and focus on agreement in concept with OMSO as to removal of tracking information | L120 | 1.80 | hrs |
| 11/24/13 | RRM | Review multiple emails from J.Palazzo, counsel with Chase, as to positions on Metrics 30 and 31 and respond to same and continue work on same | L190 | .60 | hrs |
| 11/25/13 | RRM | Draft email to J.Palazzo, counsel for Chase, as to position on interplay between Metrics 19, 30 and 31 and direction for same | L120 | .30 | hrs |
| 11/25/13 | RRM | Draft email to servicer and legal as to outstanding issues in Metric 30 and request response by Monday morning and outline six open points | L120 | .60 | hrs |
| 11/25/13 | RRM | Draft email to cross-servicer group with regard to all servicer sign off on open issues on Metric 30 and then will transmit to OMSO for late Monday afternoon discussion | L140 | .50 | hrs |
| 11/25/13 | RRM | Draft email to business and legal with regard to drafting matters on revised Metric 31 as to evidence of tracing denial reasons | L120 | .60 | hrs |
| 11/25/13 | RRM | Draft email to T.Hamzehpour and D.Cunningham with regard to updates on Metric discussions with OMSO and current status of same | L190 | .80 | hrs |

# ᒪ·BRADLEY ARANT
# ᒪ BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    51
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/25/13 | RRM | Multiple emails on recent edits to Metric 31, review same, and telephone conference with IRG as to impact of revisions and subsequent telephone conference with counsel for other services | L120 | 2.10 hrs |
| 11/25/13 | LG | Communications with Green Tree IRG regarding its early testing results and questions raised during that testing | L120 | 1.20 hrs |
| 11/25/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.10 hrs |
| 11/25/13 | CWH | Review and analyze issues with Metric 1A testing | L120 | .40 hrs |
| 11/25/13 | CWH | Exchange e-mails with A.Garrido about initial testing on Metric 1A files | L120 | .10 hrs |
| 11/26/13 | CWH | Attend conference call with IRG manager regarding Baker Tilly sample validation results and responses to Baker Tilly on same | L120 | .40 hrs |
| 11/26/13 | RRM | Review updated status on consumer relief testing and direction for responding to BDO questions | L650 | .70 hrs |
| 11/26/13 | RRM | Continue work on revisions to rewrite of Metric 31 and telephone conference with legal and IRG as to outstanding issues and implementation and subsequent work related to same | L190 | 1.40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    52
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/26/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .90 hrs |
| 11/27/13 | ACRA | Discuss issues related to testing completeness of Consumer Relief solicitation obligations with outside auditors | L120 | .20 hrs |
| 11/27/13 | RRM | Review multiple emails from Baker Tilly with regard to follow up inquiries on population differences and initial analysis of same and emails with IRG | L120 | 1.80 hrs |
| 11/27/13 | RRM | Review email from P.Bordelon with IRG chart by metrics | L140 | .60 hrs |
| 11/27/13 | RRM | Review multiple emails from cross-servicer counsel with regard to Metrics 1-29 clarification document | L120 | .30 hrs |
| 11/27/13 | RRM | Follow up on BDO status of consumer relief testing and direction for additional information on outstanding issues | L120 | .60 hrs |
| 12/02/13 | ACU | Analyze issues related to the testing of Metric 1A test questions 2-5 in REALServicing and REALResolution and work with IRG testers to update the script accordingly. | L120 | 1.50 hrs |

**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    53
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/02/13 | LG | Prepare for and attend meeting with the IRG and Baker Tilly to discuss the evidence for certain metrics under the AG settlement | L120 | 1.30 hrs |
| 12/02/13 | LG | Prepare for and attend cross servicer legal call regarding various legal issues associated with the metric testing under the national mortgage settlement | L120 | 1.10 hrs |
| 12/02/13 | LG | Draft email summarizing changes to a metric test script requested by the Monitor and his professional firms | L120 | .60 hrs |
| 12/02/13 | LG | Analyze questions raised by Green Tree IRG in order to respond to these questions and relay information to the Monitor | L120 | .40 hrs |
| 12/03/13 | LG | Prepare for and attend cross servicer meeting regarding various metric testing and implementation issues | L120 | 1.20 hrs |
| 12/03/13 | LG | Analyze proposed changes to the Monitor's questions and resolutions document in order to recommend whether the servicer should accept those changes | L120 | .30 hrs |
| 12/03/13 | LG | Analyze most recent version of metric 31 in order to determine whether this version is acceptable to the servicer | L120 | 1.20 hrs |
| 12/03/13 | LG | Draft write up for the servicer outlining the requirements of metric 31 and the most recent changes proposed by the monitor and his professionals | L120 | .90 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    54
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/03/13 | LG | Prepare for and attend call with the Rescap estate regarding the status of settlement testing and providing estate with an update of settlement issues | L120 | .70 hrs |
| 12/03/13 | LG | Draft email summarizing call with the estate regarding the status of the national mortgage settlement | L120 | .20 hrs |
| 12/04/13 | ACRA | Discuss issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .30 hrs |
| 12/04/13 | LG | Communications with Green Tree regarding its 14 day pre-foreclosure letter | L120 | .20 hrs |
| 12/04/13 | LG | Analyze updated version of Metric 31 and transmit update version with cross servcier changes to the Ocwen business unit for approval | L120 | .40 hrs |
| 12/04/13 | LG | Finalize non metric servicing standards attestations to capture business changes as a result of the sale to Ocwen and provide to servicer for review and signature | L120 | 1.50 hrs |
| 12/04/13 | LG | Communications with the Ocwen IRG regarding various issues related to the servicer's implementation of the testing metrics | L120 | 1.30 hrs |
| 12/05/13 | LG | Communications with cross servicer group regarding the testing of various AG metrics and servicing standards | L120 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    55
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/05/13 | LG | Communications regarding the servicer's compliance with metrics 6 and 7 due to issues associated with its 14 day letter | L120 | .90 | hrs |
| 12/05/13 | LG | Communications with the IRG regarding the method for testing payments from third party remitters under the national mortgage settlement | L120 | .70 | hrs |
| 12/05/13 | LG | Communications with the IRG and Ocwen business unit regarding potential methods for testing payments from third party remitters under the national mortgage settlement | L120 | 1.10 | hrs |
| 12/05/13 | LG | Prepare for and attend call with the Green Tree IRG regarding national mortgage testing and compliance | L120 | 1.60 | hrs |
| 12/05/13 | CWH | Review and analyze latest drafts of Metrics 30 and 31 and determine whether IRG will need scripts in Fiserv and REALServicing | L120 | .20 | hrs |
| 12/05/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.80 | hrs |
| 12/05/13 | CWH | Review and analyze OMSO's report regarding ResCap and other servicers | L120 | .40 | hrs |
| 12/06/13 | CWH | Continue to review and analyze OMSO's report regarding ResCap and other servicers | L120 | .20 | hrs |

# ┗┓ BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   56
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Code | Description | Task | Hours |
|---|---|---|---|---|
| 12/06/13 | ACRA | Analyze issues related to testing completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.50 hrs |
| 12/06/13 | RRM | Review multiple emails from Baker Tilly with regard to population reevaluations and inquiries with regard to same | L120 | .40 hrs |
| 12/06/13 | RRM | Update from B.Mich with BDO with regard to status of completion of consumer relief and remaining test and follow up with regard to same | L190 | .50 hrs |
| 12/06/13 | RRM | Review email from B.Satchell with subsequent rewrite of Metric 30 and communication with servicer on acceptance and review of attachment and subsequent emails | L120 | .80 hrs |
| 12/06/13 | RRM | Multiple emails with cross-servicer legal group as to potential conflict with Nevada mediation program | L120 | .40 hrs |
| 12/06/13 | RRM | Review email from A.Malhotra with regard to most recent edits on Metric 31 and confer with business regarding same | L120 | .90 hrs |
| 12/06/13 | RRM | Multiple emails from cross-servicer group with regard to threats of litigation with UDAP by AGs under settlement | L120 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    57
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| 12/06/13 | LG | Analyze information provided by the Ocwen IRG in order to explain how the IRG will test third party remitter payments under the national mortgage settlement | L120 | 1.10 hrs |
|---|---|---|---|---|
| 12/06/13 | LG | Draft memorandum describing how the IRG will test payments from third party remitters under the national mortgage settlement | L120 | 1.20 hrs |
| 12/06/13 | LG | Communications with the monitor regarding the IRG's proposed methodology for testing third party remitter payments under the national mortgage settlement | L120 | .70 hrs |
| 12/06/13 | LG | Communications to help respond to questions from BDO regarding the servicer's consumer relief activities | L120 | .40 hrs |
| 12/06/13 | LG | Communications with servicer regarding final approval for the most recent draft of metric 31 | L120 | .20 hrs |
| 12/06/13 | LG | Draft email to servicer regarding communications with the Monitor and his expectations for resolving certain issues | L120 | .50 hrs |
| 12/09/13 | LG | Analyze loan level results documents provided by Green Tree in preparation to draft document summarizing potential issues that need discussion with the monitor | L120 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    58
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/10/13 | RRM | Participate in weekly telephone conference with D.Cunningham as to estate matter updates and follow up on same | L120 | .50 hrs |
| 12/10/13 | ASI | Review and analyze loan files raised to legal for review consistent with 1A test script and procedure | C300 | 1.90 hrs |
| 12/11/13 | ASI | Review and analyze original FiServ 1A test script for necessary edits and updates | C300 | .80 hrs |
| 12/11/13 | ACRA | Discuss with outside regulators issues related to testing completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .40 hrs |
| 12/11/13 | LG | Analyze response to BDO regarding various consumer relief questions | L120 | .30 hrs |
| 12/11/13 | LG | Draft and transmit IRG executive certification for the current quarter for IRG testing | L120 | .30 hrs |
| 12/11/13 | LG | Analyze questions from the Green Tree IRG and provide responses to assist them in their testing | L120 | 1.50 hrs |
| 12/12/13 | LG | Draft summary of various issues for review by Green Tree IRG and Green Tree on upcoming call with those parties | L120 | 2.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    59
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/12/13 | LG | Analyze and respond to questions from the Green Tree IRG in preparation for upcoming call discussing issues that need to be raised to the Monitor | L120 | 1.30 hrs |
| 12/12/13 | LG | Communications with Green Tree regarding issues that need to be raised to the Monitor | L120 | 1.60 hrs |
| 12/12/13 | LG | Revise draft of issues to raise to the monitor based on call with Green Tree and the Green Tree IRG | L120 | .40 hrs |
| 12/12/13 | RRM | Review email from B.Cherry with regard to most recent mark up of Metric 31 regarding categories of denials and review of attachment | L140 | .80 hrs |
| 12/13/13 | RRM | Review email from D.Dreifus with agenda and outline for upcoming meeting in Dallas and review same | L190 | .30 hrs |
| 12/13/13 | LG | Communications with Ocwen business regarding corrections to the non-metric attestations signed by the servicer | L120 | 1.40 hrs |
| 12/13/13 | ASI | Review potential 1A fails for purposes of resolving same | C300 | .50 hrs |
| 12/15/13 | CWH | Prepare for OMSO meeting, review Baker Tilly's list of questions, and read Monitor's quarterly report regarding GMACM | L120 | 1.80 hrs |
| 12/17/13 | ACRA | Discuss status of testing completeness of Consumer Relief solicitation requirements with outside auditors | L120 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    60
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/17/13 | ACRA | Discuss status of testing of completeness of Consumer Relief solicitation requirements with business | L120 | .20 hrs |
| 12/17/13 | LG | Prepare for and attend call with the Green Tree IRG regarding metric testing questions and issues | L120 | 1.70 hrs |
| 12/17/13 | LG | Prepare for and attend cross servicer call regarding various issues related to metric testing including the impact of CFPB implementation | L120 | 1.30 hrs |
| 12/17/13 | RRM | Review email from D.Dreifus with OMSO regarding Greentree/Estate position on Q & R documents, analysis of same and direction for response to OMSO | L120 | .50 hrs |
| 12/17/13 | RRM | Review email from C.Miller with regard to attachments, initial review of same and participate in cross-servicer call | L190 | 1.40 hrs |
| 12/17/13 | RRM | Review multiple emails from IRG with regard to Baker Tilly inquiries and notate same as to interaction by OMSO | L120 | .50 hrs |
| 12/17/13 | RRM | Review multiple emails from cross-servicer group on Metric 31 revisions from OMSO | L120 | .70 hrs |
| 12/17/13 | RRM | Work on and update estate as to Clayton work with Greentree | L190 | .60 hrs |

TOTAL FEES FOR THIS MATTER          $181,155.20

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    61
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

<u>EXPENSES</u>

| | | |
|---|---|---|
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG Metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG AG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 11/14/13 Copy Charges LWG metrics | | 0.00 |
| 12/04/13 Copy Charges | | 0.00 |
| 12/05/13 Copy Charges | | 0.00 |
| 12/12/13 Copy Charges | | 0.00 |
| 12/12/13 Copy Charges | | 0.00 |
| 12/12/13 Copy Charges | | 0.00 |
| 12/12/13 Copy Charges | | 0.00 |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    62
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/12/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/13/13 | Copy Charges | 0.00 |
| 12/14/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |
| 12/15/13 | Copy Charges | 0.00 |

## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    63
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/15/13 Copy Charges | | 0.00 |
| 10/08/13 Airline Tickets - ROBERT R. MADDOX - 9/30-10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (FLIGHT TO DALLAS) Bank ID: GENR Check Number: 167113 | | 354.90 |
| 10/08/13 Airline Tickets - ROBERT R. MADDOX - 9/30-10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (FLIGHT TO BHM) Bank ID: GENR Check Number: 167113 | | 355.00 |
| 10/08/13 Airline Tickets - ANNA CRAFT - 9/30-10/3/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (ROUNDTRIP AIRFARE) Bank ID: GENR Check Number: 167079 | | 709.80 |
| 10/16/13 Airline Tickets - ROBERT R. MADDOX - 10/7-10/9/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (UNITED FLIGHT BHM TO DENVER) Bank ID: GENR Check Number: 167471 | | 442.90 |
| 10/16/13 Airline Tickets - ROBERT R. MADDOX - 10/9/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (US AIRWAYS DENVER TO BHM) Bank ID: GENR Check Number: 167471 | | 452.30 |
| 10/16/13 Airline Tickets - ANNA CRAFT - 10/7-10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (ROUNDTRIP) Bank ID: GENR Check Number: 167443 | | 685.80 |
| 10/30/13 Airline Tickets - ROBERT R. MADDOX - 10/21-10/24/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (ROUNDTRIP) Bank ID: GENR Check Number: 168211 | | 719.80 |
| 12/10/13 Airline Tickets - ROBERT R. MADDOX - 11/17/2013-11/20/2013 TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT Bank ID: GENR Check Number: 170101 | | 679.30 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    64
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 10/08/13 | Travel Expense - ANNA CRAFT - 9/30-10/3/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (AIRPORT PARKING) | 76.75 |
| | Bank ID: GENR Check Number: 167079 | |
| 10/08/13 | Travel Expense - ANNA CRAFT - 10/3/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (TAXI) | 18.06 |
| | Bank ID: GENR Check Number: 167079 | |
| 10/08/13 | Travel Expense - ROBERT R. MADDOX - 10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (GAS FOR RENTAL CAR) | 5.18 |
| | Bank ID: GENR Check Number: 167113 | |
| 10/08/13 | Travel Expense - ANNA CRAFT - 9/30-10/3/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (HOTEL) | 572.91 |
| | Bank ID: GENR Check Number: 167079 | |
| 10/08/13 | Travel Expense - ROBERT R. MADDOX - 9/30-10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (RENTAL CAR) | 255.79 |
| | Bank ID: GENR Check Number: 167113 | |
| 10/08/13 | Travel Expense - ROBERT R. MADDOX - 9/30-10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (HOTEL) | 769.44 |
| | Bank ID: GENR Check Number: 167113 | |
| 10/16/13 | Travel Expense - ROBERT R. MADDOX - 10/7-10/9/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (HOTEL) | 571.46 |
| | Bank ID: GENR Check Number: 167471 | |
| 10/16/13 | Travel Expense - ROBERT R. MADDOX - 10/9/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO  (TAXI) | 60.00 |
| | Bank ID: GENR Check Number: 167471 | |
| 10/16/13 | Travel Expense - ANNA CRAFT - 10/7-10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (AIRPORT PARKING) | 73.00 |
| | Bank ID: GENR Check Number: 167443 | |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/16/13 | Travel Expense - ANNA CRAFT  - 10/7-10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (HOTEL) Bank ID: GENR Check Number: 167443 | 769.44 |
| 10/22/13 | Travel Expense - ROBERT R. MADDOX  - 10/10/2013 BHM AIRPORT PARKING DURING CLIENT MEETING WITH DAVE CUNNINGHAM, OMSO, BAKER TILLY AND CLAYTON IN DENVER, CO Bank ID: GENR Check Number: 167743 | 52.20 |
| 10/30/13 | Travel Expense - ROBERT R. MADDOX  - 10/21-10/24/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (HOTEL) Bank ID: GENR Check Number: 168211 | 702.24 |
| 10/30/13 | Travel Expense - ROBERT R. MADDOX  - 10/21-10/24/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (RENTAL CAR) Bank ID: GENR Check Number: 168211 | 470.84 |
| 10/30/13 | Travel Expense - ROBERT R. MADDOX  - 10/23/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (GAS FOR RENTAL CAR) Bank ID: GENR Check Number: 168211 | 13.19 |
| 10/30/13 | Travel Expense - ROBERT R. MADDOX  - 10/21-10/24/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (AIRPORT PARKING) Bank ID: GENR Check Number: 168211 | 51.50 |
| 11/06/13 | Travel Expense - ROBERT R. MADDOX  - 10/22/2013 TOLLS INCURRED WHILE IN DALLAS, TX AT CLIENT MEETING Bank ID: GENR Check Number: 168557 | 13.30 |
| 12/10/13 | Travel Expense - ROBERT R. MADDOX  - 11/17/2013 TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT (HOTEL) Bank ID: GENR Check Number: 170101 | 285.11 |
| 12/10/13 | Travel Expense - ROBERT R. MADDOX  - 11/18/2013-11/19/2013 TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT (HOTEL) Bank ID: GENR Check Number: 170101 | 913.72 |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    66
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

```
12/10/13 Travel Expense - ROBERT R. MADDOX  -              58.65
         11/17/2013-11/20/2013 TRAVEL TO WASHINGTON, DC
         FOR CLIENT VISIT (AIRPORT PARKING)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/17/2013   25.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/18/2013   20.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/18/2013   26.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/19/2013    7.01
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/19/2013   20.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/20/2013   18.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/20/2013   20.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
12/10/13 Travel Expense - ROBERT R. MADDOX  - 11/20/2013   25.00
         TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT
         (TAXI)
         Bank ID: GENR Check Number: 170101
```

BRADLEY ARANT
BOULT CUMMINGS L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    67
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 10/08/13 | Meal Expense - ANNA CRAFT  - 10/3/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (LUNCH) Bank ID: GENR Check Number: 167079 | 10.55 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 10/3/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (DINNER) Bank ID: GENR Check Number: 167079 | 12.59 |
| 10/08/13 | Meal Expense - ROBERT R. MADDOX  - 9/30/2013 ATTEND CLIENT MEETING IN DALLAS, TX (BEVERAGES) Bank ID: GENR Check Number: 167113 | 7.68 |
| 10/08/13 | Meal Expense - ROBERT R. MADDOX  - 10/3/2013 ATTEND CLIENT MEETING IN DALLAS, TX (MISC FOOD) Bank ID: GENR Check Number: 167113 | 6.29 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 9/30/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (BREAKFAST) Bank ID: GENR Check Number: 167079 | 6.80 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 9/30/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (LUNCH) Bank ID: GENR Check Number: 167079 | 11.68 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 9/30/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (DINNER) Bank ID: GENR Check Number: 167079 | 19.00 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 10/1/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (BREAKFAST) Bank ID: GENR Check Number: 167079 | 3.75 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 10/2/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (DESSERT) Bank ID: GENR Check Number: 167079 | 4.89 |
| 10/08/13 | Meal Expense - ANNA CRAFT  - 10/2/2013 TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK (DINNER Bank ID: GENR Check Number: 167079 | 11.19 |
| 10/16/13 | Meal Expense - ROBERT R. MADDOX  - 10/9/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (DINNER) Bank ID: GENR Check Number: 167471 | 10.22 |

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   68
FEBRUARY 14, 2014

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 10/16/13 Meal Expense - ROBERT R. MADDOX  - 10/8/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO  (DINNER WITH DAVE CUNNINGHAM, LEE GILLEY AND ROBERT MADDOX) Bank ID: GENR Check Number: 167471 | 59.55 |
| 10/16/13 Meal Expense - ROBERT R. MADDOX  - 10/7/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (LUNCH) Bank ID: GENR Check Number: 167471 | 14.82 |
| 10/16/13 Meal Expense - ROBERT R. MADDOX  - 10/7/2013 ATTEND MEETING WITH DAVE CUNNINGHAM, OMSO, BDO, BAKER TILLY, AND CLAYTON IN DENVER, CO (DINNER AND DRINKS 7 ELEVEN) Bank ID: GENR Check Number: 167471 | 16.52 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/7/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK Bank ID: GENR Check Number: 167443 | 29.10 |
| 10/16/13 Meal Expense - ANNA CRAFT - 10/7/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (BREAKFAST) Bank ID: GENR Check Number: 167443 | 3.53 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/7/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (LUNCH) Bank ID: GENR Check Number: 167443 | 9.63 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/8/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (BREAKFAST) Bank ID: GENR Check Number: 167443 | 2.36 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/8/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (LUNCH) Bank ID: GENR Check Number: 167443 | 4.98 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/8/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (DINNER FOR ALISON SMITH, GRANT PREMO AND ANNA CRAFT) Bank ID: GENR Check Number: 167443 | 37.00 |
| 10/16/13 Meal Expense - ANNA CRAFT  - 10/9/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK  (BREAKFAST) Bank ID: GENR Check Number: 167443 | 3.75 |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/13 | Meal Expense - ANNA CRAFT - 10/9/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (LUNCH)<br>Bank ID: GENR Check Number: 167443 | 6.27 |
| 10/16/13 | Meal Expense - ANNA CRAFT - 10/9/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (DINNER)<br>Bank ID: GENR Check Number: 167443 | 20.36 |
| 10/16/13 | Meal Expense - ANNA CRAFT - 10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (LUNCH WITH ALISON SMITH, GRANT PREMO AND ANNA CRAFT)<br>Bank ID: GENR Check Number: 167443 | 31.89 |
| 10/16/13 | Meal Expense - ANNA CRAFT - 10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (SNACK)<br>Bank ID: GENR Check Number: 167443 | 3.22 |
| 10/16/13 | Meal Expense - ANNA CRAFT - 10/10/2013 TRAVEL TO DALLAS, TX FOR COMPLIANCE WORK (SNACK)<br>Bank ID: GENR Check Number: 167443 | 1.39 |
| 10/30/13 | Meal Expense - ROBERT R. MADDOX - 10/24/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (BREAKFAST)<br>Bank ID: GENR Check Number: 168211 | 7.12 |
| 10/30/13 | Meal Expense - ROBERT R. MADDOX - 10/21/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING<br>Bank ID: GENR Check Number: 168211 | 20.00 |
| 10/30/13 | Meal Expense - ROBERT R. MADDOX - 10/21/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (DINNER)<br>Bank ID: GENR Check Number: 168211 | 7.68 |
| 10/30/13 | Meal Expense - ROBERT R. MADDOX - 10/22/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (BREAKFAST)<br>Bank ID: GENR Check Number: 168211 | 9.64 |
| 10/30/13 | Meal Expense - ROBERT R. MADDOX - 10/23/2013 TRAVEL TO DALLAS, TX FOR CLIENT MEETING (BREAKFAST)<br>Bank ID: GENR Check Number: 168211 | 10.02 |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    70
FEBRUARY 14, 2014

OR0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 12/10/13 Meal Expense - ROBERT R. MADDOX  - 11/17/2013<br>TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT<br>(DINNER)<br>Bank ID: GENR Check Number: 170101 | 6.69 |
| 12/10/13 Meal Expense - ROBERT R. MADDOX  - 11/18/2013<br>TRAVEL TO WASHINGTON, DC FOR CLIENT VISIT<br>(DINNER)<br>Bank ID: GENR Check Number: 170101 | 6.38 |
| 10/08/13 Internet Account - ANNA CRAFT  - 10/3/2013<br>TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK<br>(AIRPLANE INTERNET)<br>Bank ID: GENR Check Number: 167079 | 7.52 |
| 10/08/13 Internet Account - ANNA CRAFT  - 9/30/2013<br>TRAVEL TO DALLAS, TX  FOR COMPLIANCE WORK<br>(AIRPLANE INTERNET)<br>Bank ID: GENR Check Number: 167079 | 6.95 |

TOTAL COSTS FOR THIS MATTER                    $10,724.60

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Lesley Smith DeRamus | .80 hrs | 352.00 /hr | 281.60 |
| Christian W. Hancock | 17.20 hrs | 361.00 /hr | 6,209.20 |
| Robert R. Maddox | 221.90 hrs | 400.00 /hr | 88,760.00 |
| Avery Simmons | 15.80 hrs | 304.00 /hr | 4,803.20 |
| Lee Gilley | 290.90 hrs | 207.00 /hr | 60,216.30 |
| Cory S. Menees | 13.70 hrs | 295.00 /hr | 4,041.50 |
| Marian Bowers | 8.60 hrs | 290.00 /hr | 2,494.00 |
| Anna Craft | 56.20 hrs | 198.00 /hr | 11,127.60 |
| Alison Smith | 7.50 hrs | 198.00 /hr | 1,485.00 |
| Melisa P. Palmer | 10.40 hrs | 167.00 /hr | 1,736.80 |

TOTAL FEES            643.00 hrs                $181,155.20

TOTAL EXPENSES                                $10,724.60



**BRADLEY ARANT**
**BOULT CUMMINGS** ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    71
FEBRUARY 14, 2014

0R0802-301220

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE            $191,879.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0806-301023

INVOICE #  889579

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0806-301023
     TC # 2013-07-EZ3600

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/19/13 | JOHO | Correspondence with clerk and Judge's office regarding how to obtain pleadings and transaction sheet | L140 | .30 hrs |
| 09/20/13 | JOHO | Researched options to obtain state court file and ultimately ordered it from westlaw since the court could not provide what we needed. | L140 | .40 hrs |
| 09/20/13 | GWG | Research court's docket for any recent activity in the litigation | L110 | .20 hrs |
| 09/27/13 | JOHO | Obtained and reviewed full state court file and sent to attorney. | L140 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $215.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .20 hrs | 275.00 /hr | 55.00 |
| Jonathan Holtzclaw | 1.00 hrs | 160.00 /hr | 160.00 |

TOTAL FEES                    1.20 hrs                    $215.00

TOTAL CHARGES FOR THIS INVOICE                    $215.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          FEBRUARY 14, 2014
1100 Virginia Drive                                            0R0806-301023
Fort Washington, PA 19034

                                                              INVOICE #   944053

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:  0R0806-301023
         TC # 2013-07-EZ3600

    EXPENSES

    10/31/13 Court Costs - Pleadings - WEST GROUP WESTLAW          140.88
             COURT EXPRESS
             Bank ID: GENR Check Number: 168116

             TOTAL COSTS FOR THIS MATTER              $140.88


TOTAL FEES                  0.00 hrs                  $.00

TOTAL EXPENSES                                    $140.88

**TOTAL CHARGES FOR THIS INVOICE**               $140.88

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0806-301036

INVOICE #  889580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0806-301036
     TC # 2013-07-EZ3600

EXPENSES

| | | |
|---|---|---:|
| 09/13/13 | Airline Tickets - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 BHM TO HOUSTON, RT Bank ID: GENR Check Number: 166046 | 663.20 |
| 09/13/13 | Travel Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 RENTAL CAR Bank ID: GENR Check Number: 166046 | 61.58 |
| 09/13/13 | Travel Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 COURT PARKING Bank ID: GENR Check Number: 166046 | 10.00 |
| 09/13/13 | Travel Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 AIRPORT PARKING Bank ID: GENR Check Number: 166046 | 12.00 |
| 09/13/13 | Meal Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 Bank ID: GENR Check Number: 166046 | 2.74 |
| 09/13/13 | Meal Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 Bank ID: GENR Check Number: 166046 | 5.17 |
| 09/13/13 | Meal Expense - PRESTON NEEL ATTEND HEARING IN HOUSTON, TX 8/23/13 Bank ID: GENR Check Number: 166046 | 10.81 |

TOTAL COSTS FOR THIS MATTER                    $765.50


TOTAL FEES            0.00 hrs            $.00

TOTAL EXPENSES                          $765.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 22, 2013

0R0806-301036

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $765.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 22, 2013
1100 Virginia Drive                                 0R0808-104980
Fort Washington, PA 19034

                                                    INVOICE #  889588

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-104980
     TC # 698077

PROFESSIONAL SERVICES

| 09/05/13 | CWH | Review and analyze Longoni's proof of claims to prepare for call with client about same | L120 | .20 hrs |
|---|---|---|---|---|
| 09/05/13 | CWH | Conference call with Estate attorney regarding merits, if any, of Longoni's proofs of claim | L120 | .40 hrs |
| 09/06/13 | ASI | Review proofs of claims filed by T.Beko and prepare and attend conference call with K.Priore in order to discuss method of objecting to same in ongoing Rescap bankruptcy action | L120 | 1.10 hrs |
| 09/12/13 | LADA | Receipt and review of minute order issued by Court directing parties to file status report regarding action as related to parties not included in bankruptcy filings | L190 | .20 hrs |
| 09/12/13 | CWH | Review employment status of individual defendants | L110 | .10 hrs |
| 09/12/13 | SMC | Review latest court order requiring status report | L190 | .10 hrs |
| 09/12/13 | SMC | Begin review of past status reports | L190 | .30 hrs |
| 09/12/13 | SMC | Emails to and from plaintiff attorney Beko on filing joint status report | L190 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

OR0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/13/13 | SMC | Draft joint status report | L210 | 1.10 hrs |
| 09/13/13 | SMC | Review indemnity issue and email to K.Priore and others on draft report and interrelated bankruptcy issues | L190 | 1.00 hrs |
| 09/13/13 | CWH | Exchange several emails with Ocwen contacts to locate current contact information for Illena Peterson and Kathleen Gowan | L110 | .20 hrs |
| 09/17/13 | SMC | Multiple emails with A.Simmons on communicating status and indemnity with employee defendants | L190 | .50 hrs |
| 09/19/13 | SMC | Email to K.Priore and others on joint status report | L210 | .20 hrs |
| 09/19/13 | SMC | Multiple emails from and to K.Priore and N.Rosenbloon on same and on indemnity question | L210 | .50 hrs |
| 09/19/13 | SMC | Review joint status report | L210 | .30 hrs |
| 09/19/13 | SMC | Emails to and from plaintiff's attorney T.Beko on same | L210 | .30 hrs |
| 09/19/13 | SMC | Emails to and from N.Rosenbloon on plaintiffs and employees' proof of claims | L210 | .20 hrs |
| 09/19/13 | SMC | Review proof of claims | L210 | .40 hrs |
| 09/20/13 | SMC | Email to K.Priore and others on filing of joint status report | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 22, 2013

OR0808-104980

FED ID NO. 63-0243316

| 09/20/13 | LADA | Review of proofs of claim submitted by plaintiff borrowers and defendant employees | L190 | .90 hrs |
| 09/20/13 | CWH | Review and analyze the numerous Proof of Claim filed by the Longoni plaintiffs | L210 | .20 hrs |
| 09/27/13 | LADA | Review and analysis of Court's minute order regarding status of case and administrative closing pending conclusion of bankruptcy | L210 | .30 hrs |
| 09/27/13 | SMC | Review court order staying case | L210 | .20 hrs |
| 09/27/13 | SMC | Email with comments on same to K.Priore and others | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                     $3,179.20

01        Copy Charges                                          0.00

BILLING SUMMARY

| Stewart M. Cox | 6.10 hrs | 365.00 /hr | 2,226.50 |
| Christian W. Hancock | 1.10 hrs | 361.00 /hr | 397.10 |
| Avery Simmons | 1.10 hrs | 304.00 /hr | 334.40 |
| Lucinda Kish | 1.40 hrs | 158.00 /hr | 221.20 |

TOTAL FEES                  9.70 hrs                  $3,179.20

TOTAL CHARGES FOR THIS INVOICE              $3,179.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             FEBRUARY 14, 2014
1100 Virginia Drive                                0R0808-104980
Fort Washington, PA 19034

                                                   INVOICE #  944054
                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-104980
     TC # 698077

PROFESSIONAL SERVICES

| 10/10/13 | LADA | Review and analysis of minute order declaring stay to remain in effect | L210 | .10 hrs |
|----------|------|---|------|---------|
| 10/28/13 | SMC | Review K.Priore email and accompanying Longoni response to bankruptcy objection | L190 | .40 hrs |
| 10/29/13 | SMC | Review pleadings and file on RFC and RAMP liability issues to prepare for conference call | L210 | 1.60 hrs |
| 10/29/13 | SMC | Telephone conference with K.Priore, attorney J.Wishnew and others on bankruptcy response to omnibus objections | L190 | .50 hrs |
| 10/29/13 | SMC | Review claimant's response to objections in bankruptcy court | L210 | .70 hrs |
| 10/29/13 | SMC | Review follow-up emails on discovery correction of RMC's role and ownership of mortgage | L210 | .30 hrs |
| 10/29/13 | ASI | Review and analyze Beko's proof of claim and memorandum supporting same | C300 | 1.00 hrs |
| 10/29/13 | CWH | Attend conference call with Morrison Foerster and Estate counsel regarding Longoni status and strategy regarding Proof of Claim | L210 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/13 | CWH | Review and analyze Longoni's objection regarding Residential Asset Mortgage Products' and Residential Funding Corporation's claim objections and develop arguments in opposition to same | L210 | 1.80 hrs |
| 10/29/13 | LADA | Review client documents and produced documents for Pooling and Servicing Agreement, and Residential Funding supplemental responses to borrowers' interrogatories correcting errors and inconsistencies in responses (includes searching for transmittal letter and signed copy of responses, neither of which are on extranet) | L190 | 2.30 hrs |
| 10/29/13 | APUC | Review and analyze case law addressing legislative history of NRS 107.086 in preparation for drafting response to Longoni's Opposition to Fiftieth Omnibus Objection to Claim | L120 | .70 hrs |
| 10/29/13 | APUC | Review and analyze case file in preparation for drafting response to Longoni's Opposition to Fiftieth Omnibus Objection to Claim | L120 | .60 hrs |
| 10/29/13 | MPE | Research bankruptcy site to determine all proofs of claims and responses filed by borrower in order to assist with response. | L110 | .90 hrs |
| 10/30/13 | APUC | Review and analyze case law addressing whether borrower can recover damages against both master servicer and servicer in preparation for responding to Longoni's Opposition to Fiftieth Omnibus Objection to Claim | L120 | .70 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

ResCap

| | | | | |
|---|---|---|---|---|
| 10/30/13 | APUC | Review and analyze e-mails exchanged between P.Longoni and GMAC in preparation for responding to Longoni's Opposition to Fiftieth Omnibus Objection to Claim | L120 | .60 hrs |
| 10/31/13 | APUC | Review and analyze RFC's amended responses to Plaintiffs' first set of interrogatories in preparation for incorporating into response in opposition to Plaintiffs' opposition to debtors' objection to claims | L120 | .80 hrs |
| 10/31/13 | LADA | Comparative analysis of exhibits contained in borrowers' counsel's July 18, 2013, response to request for information related to claims, specifically analyzing contents of email compared with borrowers' document productions and client's native email for discrepancies | L190 | 1.50 hrs |
| 10/31/13 | CWH | Prepare arguments for opposition to Longoni's latest bankruptcy pleading | L120 | .30 hrs |
| 10/31/13 | APUC | Begin draft of response in opposition to Plaintiffs' opposition to debtors' objection to claims (RFC not involved in servicing loan) | L120 | 1.00 hrs |
| 10/31/13 | APUC | Review and analyze case law addressing master servicer and subservicer relationship and liability of master servicer | L120 | 1.40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 10/31/13 | APUC | Review and analyze case law addressing NRS 107.086 and legislative history of statute | L120 | 1.10 hrs |
| 10/31/13 | APUC | Begin draft of response in opposition to Plaintiffs' opposition to debtors' objection to claims (NRS 107.086) | L120 | .40 hrs |
| 11/01/13 | APUC | Continue review and analysis of case law addressing application and requirements of NRS ° 107.086 | L120 | 1.00 hrs |
| 11/01/13 | APUC | Draft and revise reply in support of objections to Claimants' claims (NRS ° 107.086, role of RAMP, and preliminary statement) | L120 | 1.60 hrs |
| 11/01/13 | APUC | Review and analyze case law addressing RAMP and RAMP's role in securitization | L120 | 1.20 hrs |
| 11/01/13 | LADA | Review and analysis of case file for recorded notice of default and confirmation of no additional recorded notices of default | L190 | .50 hrs |
| 11/01/13 | SMC | Telephone call to T.Beko on bankruptcy response filings on RMC and RAMP | L160 | .30 hrs |
| 11/01/13 | SMC | Email to J.Wishnew regarding bankruptcy response filings | L160 | .20 hrs |
| 11/03/13 | CWH | Review and revise RAMP and RFC's reply in support of objection to Longoni's claims | L120 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/04/13 | CWH | Continue to revise RAMP and RFC's reply in support of objection to Longoni's claims | L120 | .20 hrs |
| 11/04/13 | CWH | Discussions with Morrison Foerster about liability, if any, of the various Debtors and evaluation of borrower's settlement demand | L120 | .20 hrs |
| 11/04/13 | SMC | Prepare for conference call with Morrison Foerster attorney J.Wishnew and plaintiff attorney T.Beko on bankruptcy claims against RFC and RAMP | L160 | .40 hrs |
| 11/04/13 | SMC | Attend conference call with J.Wishnew and T.Beko regarding claims against RFC and RAMP | L160 | .30 hrs |
| 11/04/13 | SMC | Exchange emails with J.Wishnew on follow up settlement offer | L160 | .30 hrs |
| 11/05/13 | APUC | Draft and revise reply in support of objections to proofs of claim | L120 | 1.40 hrs |
| 11/05/13 | CWH | Continue to revise RAMP and RFC's reply in support of objection to Longoni's claims | L120 | .70 hrs |
| 11/06/13 | LADA | Draft status report for client review | L190 | .20 hrs |
| 11/06/13 | CWH | Revise RAMP and RFC's reply in support of objection to Longoni's claims and send same to Morrison Foerster for review | L120 | .50 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        6
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/07/13 | CWH | Exchange e-mails with Morrison Foerster about Longoni's loan modification history and update objection regarding same | L120 | .20 hrs |
| 11/07/13 | LADA | Review and analysis of case files verifying no additional loan modification packets were submitted by the borrower after March 2009 | L190 | .50 hrs |
| 11/11/13 | LADA | Preparation and organization of exhibits to objection to proofs of claim filed by borrowers | L140 | 1.00 hrs |
| 11/11/13 | APUC | Review and analyze amended complaint, depositions of J.Aguirre and M.Ravelo, and case file in preparation for revising motion to dismiss | L120 | 3.00 hrs |
| 11/11/13 | CWH | Finalize objections to proof of claim against RFC and RAMP and supporting declaration, and identify supporting documents for same | L210 | 1.10 hrs |
| 11/11/13 | APUC | Draft L.Delehey declaration in support of reply in support of objection to proof of claim | L120 | .70 hrs |
| 11/11/13 | APUC | Review and revise reply in support of objection to proofs of claim | L120 | .80 hrs |
| 11/13/13 | CWH | Exchange e-mails with Morrison Foerster about objection to Proof of Claim and send redline of same | L210 | .20 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
FEBRUARY 14, 2014

0R0808-104980

FED ID NO. 63-0243316

| 12/10/13 | LADA | Review and analysis of current case docket confirming borrowers' counsel has not submitted additional filings attempting to reopen matter | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $9,847.90

| 01 | Copy Charges | | 0.00 |

BILLING SUMMARY

| Stewart M. Cox | 5.00 hrs | 365.00 /hr | 1,825.00 |
| Christian W. Hancock | 6.20 hrs | 361.00 /hr | 2,238.20 |
| Avery Simmons | 1.00 hrs | 304.00 /hr | 304.00 |
| Amy Puckett | 17.00 hrs | 255.00 /hr | 4,335.00 |
| Lucinda Kish | 6.30 hrs | 158.00 /hr | 995.40 |
| Melisa P. Palmer | .90 hrs | 167.00 /hr | 150.30 |

| TOTAL FEES | 36.40 hrs | | $9,847.90 |

| TOTAL CHARGES FOR THIS INVOICE | | | $9,847.90 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          NOVEMBER 22, 2013
1100 Virginia Drive                             0R0808-105109
Fort Washington, PA 19034

                                                INVOICE #   889589

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-105109
     TC # 694863

PROFESSIONAL SERVICES

09/06/13   MRP   Exchange memos with L.Delehey regarding     L160     .10 hrs
                 settlement

09/25/13   MRP   Exchange memos with N.Rosenbaum             L160     .10 hrs
                 regarding settlement

                 TOTAL FEES FOR THIS MATTER                          $95.00


BILLING SUMMARY

     Michael R. Pennington       .20 hrs   475.00 /hr        95.00


TOTAL FEES                       0.20 hrs                    $95.00

**TOTAL CHARGES FOR THIS INVOICE**                          $95.00

              ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-105109

INVOICE #  944055

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-105109
     TC # 694863

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/28/13 | MRP | Telephone conference with B.Methvin regarding settlement | L160 | .20 hrs |
| 10/28/13 | MRP | Draft memo to L.Delehey regarding settlement | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $142.50

BILLING SUMMARY

Michael R. Pennington        .30 hrs    475.00 /hr      142.50

TOTAL FEES                    0.30 hrs              $142.50

TOTAL CHARGES FOR THIS INVOICE                    $142.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                NOVEMBER 22, 2013
1100 Virginia Drive                                   0R0808-301003
Fort Washington, PA 19034

                                                      INVOICE #  889590

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

   Re:  0R0808-301003
        TC # 713139

PROFESSIONAL SERVICES

09/04/13  JST  Call with J.Wishnew and B.Thompson to      L120     .60 hrs
               discuss Stern proof of claim, analysis,
               and next steps and review background
               materials to prepare for call

09/11/13  JST  Review opposition to claim filed by Macks  L210     .50 hrs


               TOTAL FEES FOR THIS MATTER                       $391.60


EXPENSES


   07        Filing Fees                                        200.00
   35        Express Mail/Fedex                                   0.00

             TOTAL COSTS FOR THIS MATTER                        $200.00


BILLING SUMMARY

   John Smith T              1.10 hrs    356.00 /hr        391.60


TOTAL FEES                   1.10 hrs                     $391.60

TOTAL EXPENSES                                            $200.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 22, 2013

0R0808-301003

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE          $591.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           FEBRUARY 14, 2014
1100 Virginia Drive                                             0R0808-301003
Fort Washington, PA 19034

                                                               INVOICE #  944056

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301003
     TC # 713139

PROFESSIONAL SERVICES

| 10/15/13 | JWR | Review CitiMortgage docket to determine whether ruling on damages has been entered | L110 | .20 hrs |
|---|---|---|---|---|
| 10/15/13 | AHC | Review multiple dockets to determine status of court's rulings on damages claims | L110 | .30 hrs |
| 10/21/13 | AHC | Draft court-required status report for attorney review | L250 | .30 hrs |
| 10/21/13 | JST | Contact counsel for Stern regarding appeal decision in Mack | L120 | .10 hrs |
| 10/25/13 | JWR | Correspondence regarding filing bankruptcy status update | L190 | .20 hrs |
| 10/28/13 | JST | Work on final review of objection to Mack proof of claim and supporting declaration of L.Delehey | L250 | 1.30 hrs |
| 10/30/13 | JST | Call with J.Tew and report to J. Wishnew | L120 | .20 hrs |
| 10/31/13 | MMP | Research regarding disbarment proceedings of D.Stern | L110 | 1.10 hrs |
| 11/05/13 | JST | Communications with attorney for Stern and J.Wishnew regarding settlement discussions | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER              $971.70



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301003

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | 1.70 hrs | 356.00 /hr | 605.20 |
| Molly M. Palmer | 1.10 hrs | 167.00 /hr | 183.70 |
| Alecia H. Cockrell | .60 hrs | 158.00 /hr | 94.80 |
| Jay Wright | .40 hrs | 220.00 /hr | 88.00 |

| | | |
|---|---|---|
| TOTAL FEES | 3.80 hrs | $971.70 |

**TOTAL CHARGES FOR THIS INVOICE**          $971.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              NOVEMBER 22, 2013
1100 Virginia Drive                                 0R0808-301037
Fort Washington, PA 19034

                                                    INVOICE #  889591

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

    Re:  0R0808-301037
         TC # 699305

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 09/02/13 | RV | Draft status report for August 2013 for the client | L120 | .10 hrs |
| 09/04/13 | CWH | Exchange e-mails with borrower's counsel regarding her request for an extension to response to proof of claim objection | L110 | .10 hrs |
| 09/04/13 | CWH | Exchange e-mails with Morrison Foerster and L.Delehey about borrower's counsel's request for an extension to response to proof of claim objection | L110 | .20 hrs |
| 09/10/13 | CWH | Exchange e-mails with Morrison Foerster regarding Gilbert's response to Proof of Claim objection and if a reply is permitted | L210 | .10 hrs |
| 09/12/13 | CSM | Review case file to determine possible bases for mortgagors' calculation of damages set out in summary appended to amended proof of claim | L120 | 1.80 hrs |
| 09/13/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 09/13/13 | APUC | Review and analyze Plaintiff's Response to Debtor's Objection to Proofs of Claim | L120 | .90 hrs |
| 09/13/13 | CWH | Review and analyze Gilbert's response to Proof of Claim objection and develop arguments for reply brief | L210 | 1.00 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
NOVEMBER 22, 2013

OR0808-301037

FED ID NO. 63-0243316

| 09/13/13 | APUC | Conference call with J.Wishnew and C.Hancock regarding Plaintiff's Response to Debtor's Objection to Proofs of Claim | L120 | .50 hrs |
| 09/13/13 | CWH | Conference call with Morrison Foerster regarding Gilbert's response to Proof of Claim objection | L210 | .50 hrs |
| 09/16/13 | CWH | Research and draft arguments for Proof of Claim objection reply brief and exchange e-mails with Morrison Foerster about same | L210 | .40 hrs |
| 09/16/13 | CSM | Review borrowers' response to objection to proof of claim | B180 | .40 hrs |
| 09/16/13 | APUC | Draft Reply to the Gilberts' Response to Objection to Proofs of Claim (procedural posture, res judicata, collateral estoppel, failure to address substance of objections) | L120 | 1.20 hrs |
| 09/16/13 | CSM | Research regarding recognition under North Carolina law of actions for attempted fraudulent foreclosure and conspiracy to commit same | C200 | 1.40 hrs |
| 09/17/13 | APUC | Revise Reply to the Gilberts' Response to Objection to Proofs of Claim | L120 | 1.00 hrs |
| 09/17/13 | APUC | Review and analyze case law addressing fraudulent litigation or affidavits as the basis for an Unfair and Deceptive Trade Practices Claim in preparation for revising Reply to the Gilberts' Response to Objection to Proofs of Claim | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 22, 2013

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/13 | APUC | Review and analyze case law addressing whether identification of a servicer is a legal conclusion and the business records exception to hearsay in preparation for drafting Reply to the Gilberts' Response to Objections to Proof of Claim | L120 | 1.40 hrs |
| 09/18/13 | APUC | Draft and revise Reply to the Gilberts' Response to Objections to Proof of Claim (declaration section) | L120 | 1.00 hrs |
| 09/18/13 | APUC | Review and analyze the Gilberts' debt collection claim and applicable statute of limitations | L120 | .30 hrs |
| 09/18/13 | APUC | Review and analyze case law regarding litigation privilege/settlement privilege for communications regarding debt collection, whether a servicer is a debt collector under the North Carolina Debt Collection Act, attempted wrongful foreclosure and wrongful foreclosure, and whether the identity of the owner of a loan is a legal conclusion in preparation for drafting Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | 2.40 hrs |
| 09/18/13 | CWH | Research and review issues regarding TILA, usury, wrongful foreclosure, and debt collection and continue to draft and revise Proof of Claim objection reply and supporting declaration / documentation for same | L210 | 4.50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 22, 2013

0R0808-301037

FED ID NO. 63-0243316

| 09/18/13 | CC   | Assist with UCC issues regarding proof of claim objection | L120 | .80 hrs |
|----------|------|-----------------------------------------------------------|------|---------|
| 09/18/13 | CSM  | Draft reply to response to objection to proof of claim | B310 | 3.20 hrs |
| 09/19/13 | CWH  | Review and revise Proof of Claim objection reply and supporting declaration / documentation for same and incorporate Morrison Foerster's comments | L210 | 1.80 hrs |
| 09/19/13 | APUC | Review and analyze L.Delehey's Declaration in preparation for revising Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | .20 hrs |
| 09/19/13 | APUC | Revise Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | 3.60 hrs |
| 09/19/13 | APUC | Draft and revise C.Hancock Declaration in support of Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | .40 hrs |
| 09/19/13 | APUC | Email J.Wishnew with draft of Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | .10 hrs |
| 09/19/13 | APUC | Verify citations and revise Reply to Response to Objections to the Gilberts' Proof of Claim | L120 | 1.20 hrs |
| 09/20/13 | APUC | Continue revision of Reply to Response to Objections to the Gilberts' Proof of Claim (incorporating J.Wishnew's edits) | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
NOVEMBER 22, 2013

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/20/13 | CWH | Work with Morrison Foerster and Estate's in-house counsel on final edits to Gilbert Proof of Claim objection reply | L210 | .40 hrs |
| 09/20/13 | APUC | Exchange e-mails with J.Wishnew regarding Reply to Response to Objections to the Gilberts' Proof of Claim and supporting Declaration | L120 | .10 hrs |
| 09/22/13 | CWH | Review and analyze the "hello" and "goodbye" letters from GMACM to Gilberts | L120 | .10 hrs |
| 09/23/13 | CWH | Review and analyze history of foreclosure suit and state court appeal, EDNC suit and appeal of motion to dismiss issues to 4th Circuit, and pleadings regarding Proof of Claim objection, and prepare for tomorrow's Proof of Claim objection hearing | L120 | 5.10 hrs |
| 09/23/13 | MPE | Assemble all materials needed for Gilbert hearing on Objection to Borrower's proof of claim hearing set for September 24, 2013 | L110 | .50 hrs |
| 09/24/13 | APUC | Review and analyze the Gilberts' payment history to determine extent of actual damages | L120 | 1.10 hrs |
| 09/24/13 | MPE | Review payment history between 2007 and 2009 to assist with hearing preparation. | L110 | .50 hrs |
| 09/24/13 | CWH | Prepare for and attend Proof of Claim objection hearing in SDNY bankruptcy court | L120 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
NOVEMBER 22, 2013

OR0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/13 | CWH | Strategy discussions with Estate attorney and Morrison Foerster, consideration of Judge Glenn's comments during and likely ruling on Proof of Claim objection | L120 | .80 hrs |
| 09/24/13 | CWH | Review and analyze additional cases on TILA and servicer liability, related to question raised by Judge Glenn during hearing. | L120 | .20 hrs |
| 09/24/13 | CSM | Research on various issues in support of argument against proofs of claim filed by mortgagors and their attorney | L120 | .40 hrs |
| 09/25/13 | CSM | Email to J.Ho of Ocwen inquiring into details requested by bankruptcy court regarding final note endorsement | L110 | .20 hrs |
| 09/25/13 | CWH | Develop strategy for case, as to GMAC, following yesterday's hearing on Proof of Claim objection | L120 | .20 hrs |
| 09/26/13 | CSM | Additional emails with J.Ho of Ocwen inquiring into details requested by bankruptcy court regarding final note endorsement | L110 | .10 hrs |
| 09/30/13 | CWH | Continue TILA rescission research and analyze ways to avoid liability as to GMAC, as servicer | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                              $13,531.40

EXPENSES



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
NOVEMBER 22, 2013

0R0808-301037

FED ID NO. 63-0243316

| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 192.15 |
| 21 | Travel Expense | 311.65 |
| 23 | Meal Expense | 8.81 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

TOTAL COSTS FOR THIS MATTER          $512.61

BILLING SUMMARY

| Christian W. Hancock | 17.90 hrs | 361.00 /hr | 6,461.90 |
| Chandler Combest | .80 hrs | 220.00 /hr | 176.00 |
| Richard Vann | .10 hrs | 220.00 /hr | 22.00 |
| Cory S. Menees | 7.60 hrs | 295.00 /hr | 2,242.00 |
| Amy Puckett | 17.50 hrs | 255.00 /hr | 4,462.50 |
| Melisa P. Palmer | 1.00 hrs | 167.00 /hr | 167.00 |

TOTAL FEES          44.90 hrs          $13,531.40

TOTAL EXPENSES          $512.61

TOTAL CHARGES FOR THIS INVOICE          $14,044.01

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301037

INVOICE #  944057

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301037
     TC # 699305

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | MPE | Review of client documents and client correspondence to determine location of relevant documents needed to proceed. | L110 | .50 hrs |
| 10/03/13 | MPE | Telephone call with foreclosure counsel regarding documents from their file to assist with case. | L110 | .40 hrs |
| 10/04/13 | CWH | Review 4th Circuit docket and determine date of next 90-day status report on the bankruptcy stay | L110 | .10 hrs |
| 10/04/13 | MPE | Research case dockets to determine status. | L110 | .20 hrs |
| 10/04/13 | MPE | Draft GMAC's Bankruptcy status update pursuant to the order issued by the US Fourth District Court of Appeals. | L210 | .30 hrs |
| 10/04/13 | MJA | Review of draft status report to 4th Circuit Court of Appeals | L510 | .30 hrs |
| 10/07/13 | MPE | Receive and review original note as received from default counsel. | L110 | .20 hrs |
| 10/11/13 | APUC | Review and analyze case law addressing the Truth in Lending Act and whether notice to the servicer qualifies as notice to the owner | L120 | 1.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/14/13 | APUC | Review and analyze case law addressing servicer liability as assignee under Truth in Lending Act and failure to timely deliver notice of right to rescind | L120 | 2.50 hrs |
| 10/15/13 | CWH | Exchange e-mails with Ocwen, Morrison Foerster, and GMACM about Gilbert's statements in the 90-day status report in 4th Circuit | L110 | .10 hrs |
| 10/15/13 | CWH | Review and revise Defendant's 90-day status report in 4th Circuit | L110 | .10 hrs |
| 10/15/13 | MJA | Final review of notice of status of bankruptcy | L510 | .20 hrs |
| 11/08/13 | APUC | Review and analyze case law addressing Truth in Lending Act violations (15 USC 1638(a) - failure to disclose amount financed) | L120 | 1.30 hrs |
| 11/11/13 | APUC | Review and analyze case law addressing whether notice to a servicer qualifies notice to an owner under the Truth in Lending Act, rescission under TILA, whether a servicer is a necessary party in a TILA rescission claim, and agency and vicarious liability under TILA | L120 | 3.10 hrs |
| 11/12/13 | APUC | Review and analyze case law addressing whether notice to servicer suffices for rescission under Truth in Lending Act and official staff commentary to Regulation Z | L120 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
FEBRUARY 14, 2014

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/12/13 | CWH | Review and analyze Judge Glenn's order regarding Proof of Claim and determine which claims remain | L210 | .40 hrs |
| 11/13/13 | APUC | Review and analyze memorandum opinion and order sustaining and overruling in part debtors' objection to proof of claim | L120 | 1.00 hrs |
| 11/13/13 | APUC | Compose memorandum analyzing memorandum opinion and order sustaining and overruling in part debtors' objection to proof of claim | L120 | 1.10 hrs |
| 11/13/13 | APUC | Review and analyze res judicata effect of bankruptcy order allowing or disallowing claims | L120 | .20 hrs |
| 11/14/13 | APUC | Revise memorandum addressing order on objections to proofs of claims | L120 | .20 hrs |
| 12/02/13 | CWH | Initial review of Gilberts' motion for reconsideration and exchange e-mails with Morrison Foerster about process for response to same | L210 | .30 hrs |
| 12/05/13 | CWH | Review and analyze Gilberts' motion for reconsideration of Judge Glenn's ruling on their Proof of Claim and the 100+ pages of supporting documentation | L210 | 1.10 hrs |
| 12/05/13 | APUC | Begin review and analysis of statutes addressing whether Truth in Lending Act preempts state law | L120 | .50 hrs |
| 12/06/13 | APUC | Continue review and analysis of statutes and case law addressing whether the Truth in Lending Act preempts state law | L120 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
FEBRUARY 14, 2014

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/06/13 | APUC | Review and analyze case law addressing the relationship between Truth in Lending Act and the North Carolina Unfair and Deceptive Trade Practices Act | L120 | 1.40 hrs |
| 12/09/13 | CWH | Call with Morrison Foerster attorney about approach on motion to reconsider | L110 | .20 hrs |
| 12/09/13 | CWH | Reach out to client to request documents to support motion to reconsider | L110 | .10 hrs |
| 12/09/13 | CWH | Develop arguments for response to motion to reconsider Judge Glenn's Proof of Claim ruling | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                   $5,046.90

01        Copy Charges                                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .50 hrs | 317.00 /hr | 158.50 |
| Christian W. Hancock | 2.70 hrs | 361.00 /hr | 974.70 |
| Amy Puckett | 14.30 hrs | 255.00 /hr | 3,646.50 |
| Melisa P. Palmer | 1.60 hrs | 167.00 /hr | 267.20 |

TOTAL FEES                19.10 hrs                $5,046.90

TOTAL CHARGES FOR THIS INVOICE                $5,046.90

***** TOTAL DUE UPON RECEIPT *****