

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301038

INVOICE #  889592

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301038
     TC # 699506

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | KHM | Review court docket for case status and communication with court clerk regarding additional action | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $37.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Koni McBride | .20 hrs | 185.00 /hr | 37.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $37.00 |

**TOTAL CHARGES FOR THIS INVOICE**                     $37.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301038

INVOICE #  944058

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301038
     TC # 699506

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/10/13 | LADA | Review and analysis of current case docket for pending deadlines and recent filings | L190 | .20 hrs |
| 12/16/13 | BG | Identify email communications between certain individuals needed to supplement document production | L120 | .50 hrs |
| 12/17/13 | BG | Identify 2008 emails needed for Petra litigation | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                        $176.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .70 hrs | 207.00 /hr | 144.90 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                    0.90 hrs                $176.50

**TOTAL CHARGES FOR THIS INVOICE**                  **$176.50**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301039

INVOICE #  889593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301039
     TC # 686089

PROFESSIONAL SERVICES

09/13/13  CSM  Draft status report to client          B110      .10 hrs

            TOTAL FEES FOR THIS MATTER                       $29.50

BILLING SUMMARY

    Cory S. Menees          .10 hrs   295.00 /hr        29.50

TOTAL FEES              0.10 hrs           $29.50

**TOTAL CHARGES FOR THIS INVOICE**          $29.50

            ***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

    FEES BILLED TO DATE      $117,767.63
    COST BILLED TO DATE       $1,348.15

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                       0R0808-301039
Fort Washington, PA 19034

                                                          INVOICE #   944059

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301039
     TC # 686089

PROFESSIONAL SERVICES

| 10/04/13 | CWH | Follow-up with Morrison Foerster on whether motion to approve settlement agreement was filed | L110 | .10 hrs |
| 10/18/13 | CWH | Follow-up with Morrison Foerster on filing of motion to approve settlement agreement | L110 | .10 hrs |
| 10/30/13 | CWH | Review and revise Morrison Foerster's motion to approve settlement agreement | L120 | .20 hrs |
| 11/19/13 | CWH | Continue to review and revise motion to approve settlement agreement and determine whether an extension of tolling agreement is needed | L160 | .20 hrs |
| 11/19/13 | JJE | Review and analyze the current tolling agreement and develop strategy for proposed extension to same | L190 | .30 hrs |
| 11/22/13 | JJE | Draft and revise extension to the tolling agreement, incorporating necessary language and references to the current tolling agreement | P500 | 1.10 hrs |
| 11/22/13 | JJE | Identify necessary revisions to the motion to approve settlement and began coordinating same across the four versions of revisions as received from client and opposing counsel | P500 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/22/13 | CSM | Review and revise motion for bankruptcy court approval of settlement agreement | B110 | .30 hrs |
| 11/25/13 | CWH | Email L.Delehey to request signature on tolling agreement extension | L110 | .10 hrs |
| 11/25/13 | JJE | Email to opposing counsel attaching a copy of the proposed extension to the tolling agreement | L190 | .20 hrs |
| 11/25/13 | JJE | Email from and to client (Lauren Delehey) coordinating execution of the extension of the tolling agreement | L190 | .30 hrs |
| 11/25/13 | JJE | Email from and to opposing counsel (Bruce Davis) for Chicago Title coordinating execution of the extension of the tolling agreement | L190 | .30 hrs |
| 11/25/13 | JJE | Emails to and from opposing counsel and to and from client requesting review, approval and execution of the extension to the tolling agreement | L190 | .90 hrs |
| 12/05/13 | CWH | Exchange e-mails with D.Booth about status of matter and settlement | L120 | .20 hrs |
| 12/05/13 | JJE | Revised Declaration of Lauren Delehey and Motion to Approve Settlement Agreement -- incorporating the revisions as recommended by co-counsel | P500 | 3.60 hrs |
| 12/10/13 | CWH | Review and revise motion to approve settlement agreement and supporting declaration | L210 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/11/13 | CWH | Revise motion to approve settlement agreement and supporting declaration | L210 | .10 hrs |
| 12/11/13 | MPE | Review and revise Motion for an Order Approving Settlement. | L210 | .90 hrs |
| 12/11/13 | MPE | Review and revise Declaration of L.Delehy in support of Motion Approving Settlement. | L210 | .90 hrs |

TOTAL FEES FOR THIS MATTER                                $3,214.50

01      Copy Charges                                                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.40 hrs | 361.00 /hr | 505.40 |
| Joycelyn J. Eason | 8.00 hrs | 290.00 /hr | 2,320.00 |
| Cory S. Menees | .30 hrs | 295.00 /hr | 88.50 |
| Melisa P. Palmer | 1.80 hrs | 167.00 /hr | 300.60 |

TOTAL FEES              11.50 hrs                    $3,214.50

**TOTAL CHARGES FOR THIS INVOICE**              $3,214.50

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE          $120,982.13
COST BILLED TO DATE            $1,348.15



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 22, 2013
1100 Virginia Drive                                       OR0808-301040
Fort Washington, PA 19034

                                                          INVOICE #  889594

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

        Re:  OR0808-301040
             TC # 690409

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/08/13 | CWH | Exchange e-mails with Morrison Foerster about Petra claims objection | L120 | .10 hrs |
| 09/12/13 | CWH | Phone call with Morrison Foerster attorney to discuss merits/facts of Petra case and their Proof of Claim | L120 | .50 hrs |
| 09/12/13 | MPE | Research case docket to confirm case remains stayed. | L110 | .10 hrs |
| 09/12/13 | NSR | Review case file, including proof of claim, complaint, answer, servicing agreement, client documents, and internal notes and timeline for subject loans in preparation for analysis on legal basis for objecting to proof of claim | L110 | 2.20 hrs |
| 09/12/13 | CWH | Review and analyze Petra's claims of breach of fiduciary duty and conversion and outline arguments for same in Proof of Claim objection | L210 | .40 hrs |
| 09/12/13 | NSR | Analyze allegations supporting Petra's breach of contract claim | L120 | 1.50 hrs |
| 09/13/13 | NSR | Analyze allegations supporting Petra's conversion claim | L120 | 1.70 hrs |
| 09/13/13 | NSR | Analyze allegations supporting Petra's breach of fiduciary duty claim | L120 | 2.00 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0808-301040

FED ID NO. 63-0243316

| 09/13/13 | NSR | Draft memorandum regarding analysis of Petra proof of claim, including factual background and analysis of claims raised | L120 | 3.50 hrs |
|----------|-----|---|------|----------|
| 09/16/13 | CWH | Research and draft Petra Proof of Claim objection on claims for breach of oral agreement, conversion, and breach of fiduciary duty | L210 | 4.80 hrs |
| 09/16/13 | MPE | Review of correspondence between GMAC and ARE dating back to 2008 to determine relevant information and assist with drafting Objection to Proof of Claim. | L210 | .90 hrs |
| 09/16/13 | NSR | Analyze statute of frauds defense to Petra allegations concerning breach of contract | L120 | 1.70 hrs |
| 09/16/13 | NSR | Review case file for factual support for use in objection to proof of claim | L120 | .50 hrs |
| 09/17/13 | NSR | Analyze allegations regarding breach of oral contract against undisputed facts | L120 | 2.20 hrs |
| 09/17/13 | NSR | Review and revise debtors' objection to Petra proof of claim | L120 | 2.60 hrs |
| 09/17/13 | CMI | Restore Summation database and multiple telephone conferences regarding review of database. | L140 | .70 hrs |
| 09/17/13 | HLY | Assist in processing electronic documents | L631 | 1.00 hrs |
| 09/18/13 | CMI | Perform searches for Kirsch, Castillo, and Magno within Summation database and email search results. | L190 | 1.20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
NOVEMBER 22, 2013

0R0808-301040

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/18/13 | MPE | Review and analysis of over 2500 pages of client documents and correspondence to assist with preparing exhibits to Objection to Proof of Claim. | L110 | 4.20 hrs |
| 09/18/13 | CWH | Continue to draft and revise Proof of Claim objection and supported declaration for Petra case | L210 | .30 hrs |
| 09/19/13 | MPE | Research public records for any litigation between Petra Financial and ARE to assist with objection to proof of claim. | L110 | .80 hrs |
| 09/19/13 | CWH | Continue to research issues with oral agreements, conversion, and breach of fiduciary duty, as well as Petra's suit with ARE over same circumstances and revise Proof of Claim objection | L210 | 1.60 hrs |
| 09/19/13 | CWH | Exchange several emails with in-house counsel and others regarding payments Petra alleges to have made to GMAC and which loans they relate to, if any | L210 | .30 hrs |
| 09/19/13 | MPE | Research American Residential Equities numbered entities as related to lawsuits involving Petra Financial, LLC. | L110 | .60 hrs |
| 09/22/13 | CWH | Review and analyze pleadings from ARE / Petra lawsuit and note if same overlaps with Petra / GMACM suit and Proof of Claim | L210 | .20 hrs |
| 09/25/13 | CWH | Exchange e-mails with Morrison Foerster about arguments for Proof of Claim objection | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
NOVEMBER 22, 2013

0R0808-301040

FED ID NO. 63-0243316

| 09/25/13 | CWH | Email Investor Operations for further information about Petra's alleged payments | L210 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                $9,745.50

01      Copy Charges                                    0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 8.50 hrs | 361.00 /hr | 3,068.50 |
| Christina M. Isbell | 1.90 hrs | 180.00 /hr | 342.00 |
| Nader Raja | 17.90 hrs | 282.00 /hr | 5,047.80 |
| Melisa P. Palmer | 6.60 hrs | 167.00 /hr | 1,102.20 |
| Harvey L. Yarborough | 1.00 hrs | 185.00 /hr | 185.00 |

TOTAL FEES            35.90 hrs              $9,745.50

TOTAL CHARGES FOR THIS INVOICE            $9,745.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      FEBRUARY 14, 2014
1100 Virginia Drive                                         0R0808-301040
Fort Washington, PA 19034

                                                           INVOICE #  944060

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301040
     TC # 690409

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/10/13 | CWH | Follow-up with client contacts on history with Petra and alleged payments | L110 | .10 hrs |
| 10/10/13 | CWH | Phone call with Morrison Foerster to discuss issues with Petra Proof of Claim objection | L120 | .20 hrs |
| 10/10/13 | CWH | Email and phone calls with client to get information from old transaction for Petra Proof of Claim objection | L120 | .20 hrs |
| 10/10/13 | MPE | Review and research March 2008 invoice to assist with preparation of Response to borrowers' proof of claim. | L110 | .60 hrs |
| 10/28/13 | CWH | Follow-up with client contact about efforts to get information on a certain alleged payment from Petra | L120 | .10 hrs |
| 11/03/13 | CWH | Follow-up again with client contact about efforts to get information on a certain alleged payment from Petra | L120 | .10 hrs |
| 11/04/13 | CWH | Exchange e-mails with Morrison Foerster about issues with Proof of Claim objection | L120 | .10 hrs |
| 11/07/13 | CWH | Exchange e-mails with billing department about what they show, if anything, regarding payments from Petra in applicable time period | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0R0808-301040

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/13/13 | CWH | Continue to exchange e-mails with accounting department about what payments Petra may have made and when | L120 | .20 hrs |
| 11/19/13 | NSR | Follow-up with N.Brown regarding Petra payment history | L120 | .20 hrs |
| 11/29/13 | CWH | Review and analyze new emails and spreadsheets from client and determine how they impact arguments for Proof of Claim objection | L120 | .50 hrs |
| 11/29/13 | CWH | Follow-up with client contact for additional information about March wire | L120 | .10 hrs |
| 12/09/13 | NSR | Review strategy for responding to allegations regarding purchase of disputed loans | L120 | .40 hrs |
| 12/09/13 | CWH | Exchange e-mails with former GMAC employees regarding history of PETRA/ARE relationships for Proof of Claim objection | L120 | .30 hrs |
| 12/09/13 | CWH | Update portions of Proof of Claim objection with information gained today | L120 | .20 hrs |
| 12/12/13 | CWH | Exchange e-mails with employees of former GMACM regarding search for correspondence between Petra and GMACM in 2008 | L110 | .20 hrs |
| 12/13/13 | CWH | Continue e-mail exchange with employees of former GMACM regarding search for correspondence between Petra and GMACM in 2008 | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

0R0808-301040

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/13/13 | CWH | Review and analyze additional correspondence between Petra and GMACM from May 2008 and develop timeline of relevant events for Proof of Claim objection | L110 | .50 hrs |
| 12/13/13 | NSR | Review e-mails from client regarding ARE-Petra factual background | L120 | .20 hrs |
| 12/16/13 | CWH | Review and analyze additional communications between ARE, PETRA, and/or GMACM from 2008 timeframe | L120 | .30 hrs |
| 12/16/13 | HTC | Review emails from ARE litigation relating to Petra for Petra litigation and draft email to client regarding same | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                            $1,622.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | 3.50 hrs | 361.00 /hr | 1,263.50 |
| Nader Raja | .80 hrs | 282.00 /hr | 225.60 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES                5.00 hrs                $1,622.70

**TOTAL CHARGES FOR THIS INVOICE**                $1,622.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301045

INVOICE #  889595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301045
     TC # 698535

PROFESSIONAL SERVICES

| 09/03/13 | CLHA Provide status update to client | L120 | .20 hrs |
|---|---|---|---|

TOTAL FEES FOR THIS MATTER                              $73.00

BILLING SUMMARY

| Christopher L. Hawkins | .20 hrs | 365.00 /hr | 73.00 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $73.00 |
|---|---|---|

| TOTAL CHARGES FOR THIS INVOICE | $73.00 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301045

INVOICE #  944061

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301045
     TC # 698535

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | CLHA Provide status report for client | L120 | .20 hrs |
| 11/26/13 | CLHA Analyze docket entry related to<br>continued status conference | L120 | .20 hrs |
| 12/02/13 | CLHA Prepare status report for client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $219.00


BILLING SUMMARY

| Christopher L. Hawkins | .60 hrs | 365.00 /hr | 219.00 |
|---|---|---|---|

TOTAL FEES            0.60 hrs              $219.00

**TOTAL CHARGES FOR THIS INVOICE**              $219.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301063

INVOICE #  944062

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301063
     TC # 714383

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/30/13 | CWH | Review Proof of Claim and email Estate attorneys about how they want to approach same | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $72.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| TOTAL FEES | 0.20 hrs | | $72.20 |

**TOTAL CHARGES FOR THIS INVOICE**                           $72.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 22, 2013
1100 Virginia Drive                                            0R0808-301172
Fort Washington, PA 19034

                                                               INVOICE #  889596

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

    Re:  0R0808-301172
         TC # 729476

PROFESSIONAL SERVICES

09/22/13  BG   Receipt / review of Motion for          L120      .10 hrs
               Continuance


               TOTAL FEES FOR THIS MATTER                      $20.70

09/20/13  Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP         21.15
          HC DISTRICT CLERK 8-10-13
          Bank ID: GENR Check Number: P226
          VOID - Bank ID: GENR Check Number: P226
          Bank ID: APPL Check Number: 11061
09/20/13  Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP          7.00
          HC DISTRICT CLERK 8-16-13
          Bank ID: GENR Check Number: P226
          VOID - Bank ID: GENR Check Number: P226
          Bank ID: APPL Check Number: 11061
09/20/13  Reversal from Void Check Number: P226                 (21.15)
          Bank ID: GENR Voucher ID: 554365
          Vendor: BRADLEY ARANT BOULT CUMMINGS LLP
09/20/13  Reversal from Void Check Number: P226                  (7.00)
          Bank ID: GENR Voucher ID: 554365
          Vendor: BRADLEY ARANT BOULT CUMMINGS LLP


BILLING SUMMARY

    Blake Goodsell          .10 hrs   207.00 /hr      20.70


TOTAL FEES               0.10 hrs              $20.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0808-301172

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $20.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301126

INVOICE #  944063

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301126
     TC # 727040

PROFESSIONAL SERVICES

| Date | | | | | |
|---|---|---|---|---|---|
| 12/13/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs | |

TOTAL FEES FOR THIS MATTER                               $15.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.10 hrs           $15.80

**TOTAL CHARGES FOR THIS INVOICE**             $15.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        FEBRUARY 14, 2014
1100 Virginia Drive                                          0R0808-301143
Fort Washington, PA 19034

                                                             INVOICE #  944064

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:   0R0808-301143
          TC # 727477

    PROFESSIONAL SERVICES

    11/26/13   ESA   Read and analyze district court decision   C200       .50 hrs
                     dismissing case

    11/27/13   MRP   Review opinion dismissing case             L240       .40 hrs

    11/27/13   MRP   Exchange memos with L.Delehey regarding     L120       .10 hrs
                     opinion

               TOTAL FEES FOR THIS MATTER                        $376.00

    12/10/13 Copy Charges                                            0.00

    BILLING SUMMARY

       Michael R. Pennington     .50 hrs    475.00 /hr      237.50
       Edmund Sauer              .50 hrs    277.00 /hr      138.50

    TOTAL FEES                   1.00 hrs              $376.00

    **TOTAL CHARGES FOR THIS INVOICE**            $376.00

                    ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301170

INVOICE #   944065

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R0808-301170
      TC # 714154

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/07/13 | HTC | Review and revise objection to POC and request to expunge same | L120 | .30 hrs |
| 10/07/13 | phn | Review and comment on Morrison and Foerster's objection brief for Adam Lewis | L120 | .90 hrs |
| 10/21/13 | phn | Research deadlines to appeal and finality of court's order with regard to Plaintiff's right to appeal for Adam Lewis at Morrison Foerster | L120 | .80 hrs |
| 10/25/13 | phn | Email to A. Lewis at Morrison and Foerster regarding Plaintiff's notice of appeal | L120 | .20 hrs |
| 10/29/13 | phn | Review and analysis of Morrison and Foerster's Objection | L120 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $799.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .30 hrs | 334.00 /hr | 100.20 |
| Preston H. Neel | 3.00 hrs | 233.00 /hr | 699.00 |

TOTAL FEES                3.30 hrs          $799.20



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

OR0808-301170

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $799.20

***** TOTAL DUE UPON RECEIPT *****

**⌐ BRADLEY ARANT**
**⌐ BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          FEBRUARY 14, 2014
1100 Virginia Drive                                            0R0808-301172
Fort Washington, PA 19034

                                                               INVOICE #  944066

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301172
     TC # 729476

PROFESSIONAL SERVICES

| 12/03/13 | ABB | Retrieval of docket report in Harris County, Texas and detailed court file and retrieve numerous pleadings, as well as written note to file regarding same | L110 | .60 hrs |
|---|---|---|---|---|
| 12/03/13 | ABB | Catalog numerous dates and deadlines contained within recent pleadings obtained through Harris County, TX Court and further record on all attorney calendars | L110 | .30 hrs |
| 12/03/13 | BG | Review recent pleadings in the litigation | L120 | .10 hrs |
| 12/04/13 | GWG | Review scheduling order and other recently-filed pleadings from the non-stayed portion of the pending litigation | L210 | .30 hrs |

                      TOTAL FEES FOR THIS MATTER                    $256.50


EXPENSES

| 10/03/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP HC DISTRICT CLERK 8-28-13 Bank ID: PCARD Check Number: P240 | 42.00 |
|---|---|---|
| 11/12/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP HC DISTRICT CLERK 8-10-13 Bank ID: PCARD Check Number: P261 | 21.15 |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0R0808-301172

FED ID NO. 63-0243316

11/12/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP          7.00
         HC DISTRICT CLERK 8-16-13
         Bank ID: PCARD Check Number: P261

         TOTAL COSTS FOR THIS MATTER                    $70.15


BILLING SUMMARY

    Allison Burke            .90 hrs   158.00 /hr      142.20
    Graham W. Gerhardt       .30 hrs   312.00 /hr       93.60
    Blake Goodsell           .10 hrs   207.00 /hr       20.70


TOTAL FEES              1.30 hrs                     $256.50

TOTAL EXPENSES                                       $70.15

TOTAL CHARGES FOR THIS INVOICE                      $326.65

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301179

INVOICE #   889597

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301179
     TC # 730025

PROFESSIONAL SERVICES

| 09/12/13 | BG | Review proposed 26(f) report, revise, and correspondence with all counsel regarding the same | L120 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                           $41.40

BILLING SUMMARY

| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |
|---|---|---|---|

TOTAL FEES                 0.20 hrs                 $41.40

**TOTAL CHARGES FOR THIS INVOICE**                 **$41.40**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301179

INVOICE #  944067

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301179
     TC # 730025

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/02/13 | BG | Review proposed Rule 26(f) report | L120 | .10 hrs |
| 10/04/13 | ABB | Receive and review Scheduling Order regarding deadlines and catalog information contained therein and further record data on all attorney calendars | L110 | .20 hrs |
| 10/10/13 | BG | Receipt of Plaintiff's initial disclosures | L120 | .10 hrs |
| 10/16/13 | BG | Review of credit bureau initial disclosures | L120 | .10 hrs |
| 10/22/13 | BG | Correspondence with opposing counsel's regarding protective order | L120 | .10 hrs |
| 11/18/13 | BG | Review of requests to Transunion regarding credit reports | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                               $135.10

BILLING SUMMARY

| Name | | hrs | rate | amount |
|---|---|---|---|---|
| Allison Burke | | .20 hrs | 158.00 /hr | 31.60 |
| Blake Goodsell | | .50 hrs | 207.00 /hr | 103.50 |

TOTAL FEES                    0.70 hrs              $135.10



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

ResCap

0R0808-301179

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $135.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301205

INVOICE #  889598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301205
     TC # 2013-05-EZ9231

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/13 | JAM | Review file and draft Closing File Memorandum | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER            $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $30.00 |
| TOTAL CHARGES FOR THIS INVOICE | | $30.00 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301205

INVOICE #  944068

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R0808-301205
      TC # 2013-05-EZ9231

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/16/13 | JLJ | Correspondence with D.Booth regarding case status and dismissal and respond to the same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $67.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jessica L. Jones | .30 hrs | 224.00 /hr | 67.20 |
| TOTAL FEES | 0.30 hrs | | $67.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | **$67.20** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301254

INVOICE #  889599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301254
     TC # 719385

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | DCL | Review and analyze pleadings and respond to inquiry by the Court clerk's office regarding attendance at status conference | L120 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                                          $506.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Dana C. Lumsden | 1.20 hrs | 422.00 /hr | 506.40 |

TOTAL FEES                    1.20 hrs                    $506.40

**TOTAL CHARGES FOR THIS INVOICE**                    $506.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301254

INVOICE #  944069

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301254
     TC # 719385

PROFESSIONAL SERVICES

| 10/03/13 | DCL | Analyze pleadings and legal arguments submitted in Massachusetts Attorney General litigation | L120 | 2.10 hrs |
|---|---|---|---|---|
| 10/15/13 | DCL | Analyze pleadings in preparation for oral argument of AG's motion to amend complaint | L120 | .30 hrs |
| 10/25/13 | DCL | Analyze pleadings and briefs submitted in response to the Attorney General's motion to amend the Complaint | L120 | .70 hrs |
| 12/02/13 | DCL | Review pleadings filed by other defendants in case and analyze potential impact of same on GMACEs position in case | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                       $1,856.80

12/02/13 Copy Charges                                0.00
12/02/13 Copy Charges                                0.00
12/02/13 Copy Charges                                0.00

BILLING SUMMARY

Dana C. Lumsden        4.40 hrs   422.00 /hr    1,856.80

TOTAL FEES              4.40 hrs              $1,856.80



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
FEBRUARY 14, 2014

0R0808-301254

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE          $1,856.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301268

INVOICE #  889600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301268
     TC # 734503

PROFESSIONAL SERVICES

| 09/09/13 | CSM | Review motion for judgment on pleadings and supporting brief filed by Countrywide Home Loans, Inc. | L190 | .10 hrs |
| 09/10/13 | MCG | Review memorandum of law in support of motion for judgment on the pleadings | L210 | .60 hrs |
| 09/13/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 09/30/13 | MCG | Review pro se borrower's opposition to motion for judgment on the pleadings | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $407.00

09/16/13 Copy Charges                              0.00
09/16/13 Copy Charges                              0.00

BILLING SUMMARY

Michael C. Griffin     1.00 hrs   348.00 /hr      348.00
Cory S. Menees          .20 hrs   295.00 /hr       59.00

TOTAL FEES              1.20 hrs             $407.00

**TOTAL CHARGES FOR THIS INVOICE**          $407.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0808-301268

INVOICE #  944070

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301268
     TC # 734503

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/17/13 | MCG | Review reply brief in support of motion for judgment on the pleadings | L210 | .30 hrs |
| 11/20/13 | JJE | Review and analyze and prepare for filing notice of substitution of counsel | L190 | .20 hrs |
| 11/20/13 | JJE | Began initial review of the foreclosure file and proceedings and develop strategy for handling of same | L190 | 2.10 hrs |
| 11/25/13 | MCG | Review order of substitution of counsel | L210 | .10 hrs |
| 12/04/13 | JJE | Continue review of underlying foreclosure proceedings to determine response to co-defendant's request for verification of accuracy of credit reporting | L190 | 2.10 hrs |
| 12/06/13 | JJE | Follow-up call to Tameika Montgomery, counsel for Equifax, regarding the request for a declaration of accuracy to be filed in support of their motion for summary judgment and the need to move the case along to resolution | L190 | .20 hrs |
| 12/06/13 | JJE | Reviewing and analyzing the underlying pleadings to determine status of claims, and strategy going forward | L190 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                                 $1,908.20

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
FEBRUARY 14, 2014

0R0808-301268

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 12/05/13 Copy Charges | | 0.00 |
| 12/05/13 Copy Charges | | 0.00 |
| 12/05/13 Copy Charges | | 0.00 |
| 12/05/13 Copy Charges | | 0.00 |
| 12/05/13 Copy Charges | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .40 hrs | 348.00 /hr | 139.20 |
| Joycelyn J. Eason | 6.10 hrs | 290.00 /hr | 1,769.00 |

TOTAL FEES          6.50 hrs                    $1,908.20

**TOTAL CHARGES FOR THIS INVOICE**              $1,908.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301284

INVOICE #  889655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301284
     TC # 735203

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | CLHA | Provide status update to client | L120 | .20 hrs |
| 09/05/13 | CLHA | Follow up with debtors counsel regarding potential dismissal of adversary proceeding | L120 | .40 hrs |
| 09/16/13 | JW | Check docket for court order on the motion to dismiss | L120 | .10 hrs |
| 09/18/13 | JW | Review Memorandum Opinion granting the Motion to Dismiss the Adversary Proceeding | L120 | .30 hrs |
| 09/18/13 | JW | Draft Certificate of Service for the Memorandum Opinion, pursuant to the request of the court clerk | L120 | .70 hrs |
| 09/19/13 | CLHA | Confer with MERS inhouse counsel regarding dismissal of matter | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $556.20


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | .90 hrs | 365.00 /hr | 328.50 |
| Jay Watkins | 1.10 hrs | 207.00 /hr | 227.70 |

TOTAL FEES              2.00 hrs              $556.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 22, 2013

0R0808-301284

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $556.20

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               FEBRUARY 14, 2014
1100 Virginia Drive                                  0R0808-301284
Fort Washington, PA 19034

                                                     INVOICE #  944071
                                                     FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301284
     TC # 735203

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | CLHA | Provide status report for client | L120 | .20 hrs |
| 10/04/13 | CLHA | Confer with inhouse counsel for MERS regarding dismissal of lawsuit | L120 | .40 hrs |
| 10/04/13 | JW | Review Amended Complaint and MERS's Proof of Claim and forward to C.Hawkins | L120 | .10 hrs |
| 10/22/13 | CLHA | Prepare and circulate file closing memorandum | L120 | .50 hrs |

                    TOTAL FEES FOR THIS MATTER              $422.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 1.10 hrs | 365.00 /hr | 401.50 |
| Jay Watkins | .10 hrs | 207.00 /hr | 20.70 |

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $422.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$422.20** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301288

INVOICE #  889601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301288
     TC # 735961

PROFESSIONAL SERVICES

| 09/03/13 | CLHA | Provide status update to client | L120 | .20 hrs |
| 09/05/13 | CLHA | Analyze debtor's motion to dismiss adversary proceeding and related exhibits | L120 | .50 hrs |
| 09/12/13 | JW | Draft Joinders to the debtors' motion to dismiss | L120 | 2.00 hrs |
| 09/12/13 | CLHA | Work with MERS in house counsel on joinder to debtor's motion to dismiss | L120 | .40 hrs |
| 09/13/13 | CLHA | Finalize and file joinder in debtor's motion to dismiss | L120 | .40 hrs |
| 09/16/13 | JW | Review Joinder for MERS to the debtors' motion to dismiss | L120 | .30 hrs |
| 09/16/13 | JW | Revise Joinder for Katrina Jordan and file with the court | L120 | .60 hrs |
| 09/20/13 | JW | Call clerk of the court for permission to attend hearing on debtors' Motion for Dismissal of Adversary Proceeding | L120 | .10 hrs |
| 09/23/13 | JW | Prepare for hearing on debtors' Motion for Dismissal of Adversary Proceeding and K.Jordan's and MERS' Joinder to that motion | L120 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0808-301288

FED ID NO. 63-0243316

| 09/24/13 | CLHA | Prepare for and participate telephonically in omnibus hearing, including hearing on motion to dismiss and Jordan and MERS joinders | L120 | 2.10 hrs |
|---|---|---|---|---|

| | TOTAL FEES FOR THIS MATTER | $2,017.80 |
|---|---|---|

| 09/12/13 | Copy Charges | 0.00 |
|---|---|---|
| 09/13/13 | Copy Charges | 0.00 |
| 09/13/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/16/13 | Copy Charges | 0.00 |
| 09/17/13 | Copy Charges | 0.00 |
| 09/20/13 | Postage Charges 09/16/2013 | 0.00 |

BILLING SUMMARY

| Christopher L. Hawkins | 3.60 hrs | 365.00 /hr | 1,314.00 |
|---|---|---|---|
| Jay Watkins | 3.40 hrs | 207.00 /hr | 703.80 |

| TOTAL FEES | 7.00 hrs | $2,017.80 |
|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$2,017.80** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  FEBRUARY 14, 2014
1100 Virginia Drive                                     0R0808-301288
Fort Washington, PA 19034

                                                        INVOICE #  944072

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:   0R0808-301288
          TC # 735961

    PROFESSIONAL SERVICES

    10/01/13   CLHA Provide status report for client        L120      .20 hrs

    10/04/13   CLHA Analyze order dismissing adversary       L120      .40 hrs
               proceeding

    10/22/13   CLHA Prepare and circulate file closing       L120      .50 hrs
               memorandum


               TOTAL FEES FOR THIS MATTER                         $401.50


    EXPENSES

    10/07/13 Copy Charges                                               0.00
    10/07/13 Copy Charges                                               0.00
    10/07/13 Copy Charges                                               0.00
    10/07/13 Copy Charges                                               0.00
    10/11/13 Copy Charges                                               0.00
    10/11/13 Copy Charges                                               0.00
    10/14/13 Copy Charges                                               0.00
    10/14/13 Copy Charges                                               0.00
    10/13/13 Court Costs - Pleadings - BRADLEY ARANT BOULT             72.00
             CUMMINGS LLP COURTCALL 10-2-13 #5842462
             Bank ID: PCARD Check Number: P243

               TOTAL COSTS FOR THIS MATTER                         $72.00

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

BILLING SUMMARY

Christopher L. Hawkins      1.10 hrs    365.00 /hr        401.50

TOTAL FEES                  1.10 hrs                    $401.50

TOTAL EXPENSES                                           $72.00

**TOTAL CHARGES FOR THIS INVOICE**                      $473.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0808-301301

INVOICE #  889602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0808-301301
     TC # 736878

PROFESSIONAL SERVICES

09/26/13  MSW  Draft monthly status report for client    L120    .10 hrs

              TOTAL FEES FOR THIS MATTER                  $30.40

BILLING SUMMARY

    Mark S. Wierman          .10 hrs   304.00 /hr        30.40

TOTAL FEES                  0.10 hrs                    $30.40

**TOTAL CHARGES FOR THIS INVOICE**                      $30.40

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                      0R0808-301301
Fort Washington, PA 19034

                                                         INVOICE #  944073

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0808-301301
     TC # 736878

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/13 | LADA | Telephone conference with South Carolina Supreme Court regarding status of petition for writ of certiorari | L190 | .50 hrs |
| 10/02/13 | MSW | Research status of appeal and exchange messages with Estate | L120 | .30 hrs |
| 10/31/13 | MSW | Draft status report for client | L120 | .10 hrs |
| 11/26/13 | NJV | Review and analyze client documents, correspondence, pleadings, attorney notes, and other relevant information in order to conduct case review and analysis | L120 | .40 hrs |
| 11/30/13 | NJV | Draft status report for client | L120 | .10 hrs |
| 12/10/13 | LADA | Review and analysis of current case docket for pending deadlines and recent filings | L190 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER            $384.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nicholas J. Voelker | .50 hrs | 304.00 /hr | 152.00 |
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| Lucinda Kish | .70 hrs | 158.00 /hr | 110.60 |

| | | |
|---|---|---|
| TOTAL FEES | 1.60 hrs | $384.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
FEBRUARY 14, 2014

ResCap

0R0808-301301

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $384.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
OR0808-301970

INVOICE #   889603

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:   OR0808-301970
      TC #.736468

PROFESSIONAL SERVICES

| 09/04/13 | CWH | Call with Ocwen about Ocwen's ability, if any, to assist with settlement | L160 | .20 hrs |
| 09/04/13 | GEG | Work on obtaining Ocwen's permission to erase credit line | L120 | .30 hrs |
| 09/09/13 | GEG | E-mail memorandum to Ocwen regarding deleting credit line, etc. | L120 | .30 hrs |
| 09/09/13 | GEG | Phone conference with Ocwen regarding deleting trade line | L120 | .10 hrs |
| 09/09/13 | GEG | Complete monthly status report showing no change and current hearing set for September 17 | L120 | .10 hrs |
| 09/09/13 | GEG | Voice mail from and phone conference with borrower's attorney regarding settlement impass issue | L160 | .40 hrs |
| 09/09/13 | GEG | E-mails from and to Ocwen regarding deleting credit line and issues with Ocwen's reporting of the loan | L120 | .30 hrs |
| 09/09/13 | GEG | Phone conferences with B.Smith regarding not being able to get trade line deleted | L120 | .40 hrs |
| 09/10/13 | GEG | E-mail memorandum to B.Smith regarding status | L120 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/10/13 | GEG | Phone conference with B.Smith regarding status | L120 | .30 hrs |
| 09/10/13 | GEG | Phone conference with Ocwen at Ocwen regarding various issues | L120 | .30 hrs |
| 09/10/13 | GEG | Work on review of various issues relating to Ocwen's possible deleting of trade lien | L120 | .30 hrs |
| 09/10/13 | GEG | Phone conferences with borrower's attorney regarding settlement without condition that Ocwen delete trade line | L160 | .40 hrs |
| 09/16/13 | GEG | Draft settlement agreement | L160 | 1.50 hrs |
| 09/16/13 | GEG | E-mails from and to B.Smith and K.Priore regarding settlement agreement and revise same and send to K.Priore for execution | L160 | .30 hrs |
| 09/16/13 | GEG | E-mail from borrower's attorney regarding suggested changes and e-mail memorandum to K.Priore and B.Smith regarding same | L120 | .20 hrs |
| 09/18/13 | GEG | Revise draft settlement agreement per borrowers' counsel's and GMAC's changes | L160 | .70 hrs |
| 09/18/13 | GEG | E-mail memorandum to B.Smith and K.Priore regarding suggested changes to settlement agreement | L160 | .50 hrs |
| 09/19/13 | GEG | Revise draft settlement agreement and phone conversation with B.Smith regarding same | L160 | .30 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 22, 2013

OR0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/19/13 | GEG | E-mail memorandum to borrowers' attorney regarding revised draft settlement agreement | L160 | .30 hrs |
| 09/23/13 | GEG | Draft motion to approve compromise | L120 | .70 hrs |
| 09/23/13 | GEG | E-mails from and to borrowers' attorney's office regarding upcoming hearing and motion to approve compromise | L120 | .10 hrs |
| 09/23/13 | GEG | E-mail to B.Smith regarding motion to approve compromise and public notice issues | L120 | .20 hrs |
| 09/23/13 | RAC | Review, revise and file motion to continue hearing | L210 | .40 hrs |
| 09/26/13 | GEG | E-mails from and to B.Smith regarding filing motion to approve settlement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $3,284.20

09/27/13 Copy Charges                                  0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Glenn E. Glover | 8.70 hrs | 352.00 /hr | 3,062.40 |
| Robert A. Cox | .40 hrs | 374.00 /hr | 149.60 |

TOTAL FEES            9.30 hrs            $3,284.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
NOVEMBER 22, 2013

0R0808-301970

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $3,284.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS L.L.P.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
OR0808-301970

INVOICE #  944074

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  OR0808-301970
     TC # 736468

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | SS | Correspondence with opposing counsel regarding filing motion to restrict public access | L120 | .40 hrs |
| 10/01/13 | SS | Revise motion to restrict public access and motion to approve settlement | L120 | .40 hrs |
| 10/01/13 | SS | Multiple phone calls with opposing counsel regarding revision of motions | L120 | .40 hrs |
| 10/01/13 | GEG | Work on final details for filing settlement agreement terms in court and disabling public notice | L160 | 1.00 hrs |
| 10/01/13 | RAC | Review and revise motion to restrict access to settlement motion and file with Court | B190 | .60 hrs |
| 10/02/13 | GEG | Complete monthly status report regarding settlement | L160 | .20 hrs |
| 10/02/13 | GEG | Work on issues with filing motion to restrict public access | L120 | .10 hrs |
| 10/08/13 | SS | Draft proposed order for motion to restrict public access | B250 | 1.10 hrs |
| 10/09/13 | GEG | Receive and review court mail (notice to submit order) | L120 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
FEBRUARY 14, 2014

ResCap

0R0808-301970

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/10/13 | RAC | Review and revise for filing proposed order authorizing limited access to documents | B120 | .20 hrs |
| 10/17/13 | SS | Draft proposed order for motion to compromise | B250 | .40 hrs |
| 10/17/13 | SS | Phone call with court regarding filing motion | B250 | .20 hrs |
| 10/17/13 | SS | E-mail with Court ECF operations analyst | B250 | .20 hrs |
| 10/17/13 | GEG | Receive and review court mail (order approving motion to file with restricted access) | L120 | .10 hrs |
| 10/17/13 | GEG | E-mails to and from borrowers' counsel regarding execution of settlement agreement | L160 | .20 hrs |
| 10/17/13 | RAC | Communicate with clerk about restricting access | L210 | .30 hrs |
| 10/17/13 | RAC | Review of motion and order to restrict access and file with court | L210 | .50 hrs |
| 10/18/13 | GEG | Receive and review court mail (motion to approve compromise) | L120 | .10 hrs |
| 10/21/13 | GEG | E-mails to and from borrower's attorney's office regarding settlement execution | L160 | .30 hrs |
| 10/23/13 | GEG | E-mails from and to GMAC and borrower's attorney regarding final signatures and payment | L120 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
FEBRUARY 14, 2014

OR0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/13 | GEG | Work on final settlement execution issues and receipt of W-9's | L120 | .20 hrs |
| 10/24/13 | RAC | Review and revise settlement order | L210 | .30 hrs |
| 10/24/13 | SS | Correspondence with client regarding proposed order | L120 | .30 hrs |
| 11/07/13 | SS | Review docket for order on settlement | L120 | .20 hrs |
| 11/12/13 | GEG | Receive and review court mail (various bankruptcy filings related to other motions for contempt against other creditors) | L120 | .10 hrs |
| 11/14/13 | SS | Draft monthly status report for client review | B250 | .10 hrs |
| 11/18/13 | GEG | E-mail from borrower's attorney regarding settlement | L160 | .20 hrs |
| 11/18/13 | SS | Review docket for updates regarding settlement order | B250 | .10 hrs |
| 11/25/13 | SS | Correspondence with opposing counsel regarding settlement closing | B250 | .20 hrs |
| 11/25/13 | GEG | Receive and review court mail (order approving settlement) | L160 | .10 hrs |
| 11/25/13 | GEG | E-mails from and to borrower's counsel regarding order approving settlement and settlement logistics | L160 | .20 hrs |
| 11/25/13 | GEG | E-mail memorandum to B.Smith regarding settlement logistics and order approving settlement and reply e-mail from same | L160 | .70 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
FEBRUARY 14, 2014

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/09/13 | GEG | E-mails to and from borrower's attorney's office regarding settlement check; review settlement check; correspondence to borrower's attorney enclosing settlement check | L160 | .50 hrs |
| 12/10/13 | GEG | Final work wrapping up settlement and file | L120 | .30 hrs |
| 12/17/13 | GEG | Receive and review court mail regarding pleadings and notices | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                            $3,228.20

12/10/13 Express Mail/Fedex                                  0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 4.80 hrs | 352.00 /hr | 1,689.60 |
| Robert A. Cox | 1.90 hrs | 374.00 /hr | 710.60 |
| Sean Solomon | 4.00 hrs | 207.00 /hr | 828.00 |

TOTAL FEES          10.70 hrs                 $3,228.20

**TOTAL CHARGES FOR THIS INVOICE**          **$3,228.20**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                NOVEMBER 22, 2013
1100 Virginia Drive                                   0R0809-301001
Fort Washington, PA 19034

                                                      INVOICE #  889604

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0809-301001
     TC # 728122

PROFESSIONAL SERVICES

09/02/13  RV   Draft status report for August 2013 for    L120    .10 hrs
               the client

09/18/13  RV   Analyze court docket information for        L120    .10 hrs
               current status and recent filings

               TOTAL FEES FOR THIS MATTER                        $44.00


BILLING SUMMARY

    Richard Vann           .20 hrs   220.00 /hr        44.00


TOTAL FEES                 0.20 hrs                   $44.00

**TOTAL CHARGES FOR THIS INVOICE**                   $44.00

                ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0809-301001

INVOICE #  944078

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0809-301001
     TC # 728122

UNDERLINE PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | RV | Draft status report for September 2013 for the client | L120 | .10 hrs |
| 10/10/13 | RV | Analyze court docket information for recent filings and status | L120 | .10 hrs |
| 12/02/13 | RV | Draft status report for November 2013 for the client | L120 | .10 hrs |
| 12/16/13 | RV | Review and analyze current docket for status | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $88.00

BILLING SUMMARY

Richard Vann                .40 hrs   220.00 /hr      88.00

TOTAL FEES                  0.40 hrs                  $88.00

**TOTAL CHARGES FOR THIS INVOICE**                   $88.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0809-301002

INVOICE #  944079

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0809-301002
     TC # 728260

PROFESSIONAL SERVICES

| 11/22/13 | MPE | Research docket and public records to confirm notice of dismissal is filed and recorded. | L110 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                      $50.10

BILLING SUMMARY

| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | $50.10 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                             $50.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0809-301009

INVOICE #  889605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0809-301009
     TC # 730273

PROFESSIONAL SERVICES

| 09/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/30/13 | KK | Research and review Pacer docket to determine status of case | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $59.80

BILLING SUMMARY

| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES              0.30 hrs          $59.80

**TOTAL CHARGES FOR THIS INVOICE**          **$59.80**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          FEBRUARY 14, 2014
1100 Virginia Drive                             0R0809-301009
Fort Washington, PA 19034

                                                INVOICE #  944080

                                                FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0809-301009
     TC # 730273

PROFESSIONAL SERVICES

10/01/13  NSR  Review case docket and draft status      L120      .10 hrs
               report for client

12/02/13  NSR  Review docket and draft status report    L120      .10 hrs
               for client


          TOTAL FEES FOR THIS MATTER                         $56.40


BILLING SUMMARY

    Nader Raja              .20 hrs   282.00 /hr        56.40


TOTAL FEES                 0.20 hrs               $56.40

TOTAL CHARGES FOR THIS INVOICE                    $56.40

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301001
INVOICE #  944081

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301001
     TC # 736826

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/08/13 | MSW | Discussion with court regarding order on motion to dismiss and formalize strategy for going forward | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $91.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .30 hrs | 304.00 /hr | 91.20 |

TOTAL FEES                 0.30 hrs                    $91.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$91.20**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301003
INVOICE #  889606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:    0R2013-301003
       TC # 737285

PROFESSIONAL SERVICES

| 09/13/13 | JCO | Compile all April complaints and convert documents to a reviewable format for attorney use and review. | L140 | 3.50 hrs |
|---|---|---|---|---|
| 09/13/13 | LG | Communications with the client and others regarding the executive office complaints redaction process | L120 | .50 hrs |
| 09/16/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.50 hrs |
| 09/16/13 | JCO | Create review sets of data for attorney use and review | L140 | 1.50 hrs |
| 09/17/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .70 hrs |
| 09/18/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 22, 2013

0R2013-301003

FED ID NO. 63-0243316

| 09/19/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.00 hrs |
|---|---|---|---|---|
| 09/19/13 | JOHO | Began April review set of redactions. | L656 | 1.50 hrs |
| 09/20/13 | JOHO | Continued April redactions. | L656 | 1.30 hrs |
| 09/20/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | 1.30 hrs |
| 09/20/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .40 hrs |
| 09/23/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | 1.50 hrs |
| 09/23/13 | ABB | Review and analysis of 71 page consumer complaints from April of 2013 including personal bank statements, loan mod documents, check-stubs, tax returns, etc and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.30 hrs |
| 09/23/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 22, 2013

0R2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | 8.60 hrs |
| 09/24/13 | ABB | Review and analysis of consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 2.10 hrs |
| 09/24/13 | ABB | Review and analysis of 45 page consumer complaint from April of 2013 batch of complaints and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .90 hrs |
| 09/24/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | .90 hrs |
| 09/25/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | 3.50 hrs |
| 09/25/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | 2.20 hrs |
| 09/25/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 4.00 hrs |
| 09/26/13 | ABB | Continued review and analysis of consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing | L110 | .70 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 22, 2013

0R2013-301003

FED ID NO. 63-0243316

same

| | | | | |
|---|---|---|---|---|
| 09/26/13 | JOHO | Continued April review set redactions. | L656 | 1.10 hrs |
| 09/26/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | 1.70 hrs |
| 09/26/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | .60 hrs |
| 09/27/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | 1.90 hrs |
| 09/27/13 | JOHO | Continued April review set redactions. | L656 | 1.40 hrs |
| 09/27/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 batch and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.70 hrs |
| 09/28/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | 2.00 hrs |
| 09/29/13 | JSD | Redaction of personal identifiers contained in April Executive Complaints. | L140 | 1.00 hrs |
| 09/30/13 | EBE | Review and redact April 2013 Executive Complaints of all personally identifiable information | L190 | .70 hrs |
| 09/30/13 | ABB | Analysis and review of numerous consumer complaints regarding quality control and proofread for accuracy regarding heavy redactions to all personal identifiers | L110 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
NOVEMBER 22, 2013

0R2013-301003

FED ID NO. 63-0243316

09/30/13    JOHO Completed QC check on April review sets.    L656    2.40 hrs

                    TOTAL FEES FOR THIS MATTER                    $9,393.30

BILLING SUMMARY

    Elizabeth B. Eaton        10.20 hrs    158.00 /hr    1,611.60
    Jeffrey Dalton            17.80 hrs    158.00 /hr    2,812.40
    Allison Burke             17.40 hrs    158.00 /hr    2,749.20
    Lee Gilley                  .50 hrs    207.00 /hr      103.50
    Jennifer Cooper            5.00 hrs    180.00 /hr      900.00
    Jonathan Holtzclaw         7.70 hrs    158.00 /hr    1,216.60

TOTAL FEES                    58.60 hrs                 $9,393.30

TOTAL CHARGES FOR THIS INVOICE                         $9,393.30

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301003
INVOICE #  944082

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301003
      TC # 737285

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | JCO | Prepare May 2013 executive office complaint for attorney review and redact same | L140 | 3.00 hrs |
| 10/02/13 | EBE | Review and redact May 2013 Executive Complaints of all personally identifiable information | L190 | 2.50 hrs |
| 10/02/13 | JOHO | Began redactions on May 2013 review sets. | L656 | 1.40 hrs |
| 10/03/13 | EBE | Review and redact May 2013 Executive Complaints of all personally identifiable information | L190 | .90 hrs |
| 10/03/13 | ABB | Review and analysis of consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same, as well as update spreadsheet regarding the subject property address | L110 | .70 hrs |
| 10/03/13 | ABB | Review and analysis of consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same and further update spreadsheet regarding information obtained on borrowers' address information | L110 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
FEBRUARY 14, 2014

OR2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/08/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same, as well as update spreadsheet regarding property address information for each complaint submitted | L110 | .60 hrs |
| 10/09/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same, as well as update spreadsheet regarding each property address contained in complaints | L110 | 1.60 hrs |
| 10/09/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same, and update spreadsheet regarding each property address contained in complaints | L110 | 1.20 hrs |
| 10/09/13 | EBE | Review and redact May 2013 Executive Complaint of all personally identifiable information | L190 | 1.20 hrs |
| 10/09/13 | EBE | Review and redact May 2013 Executive Complaints of all personally identifiable information | L190 | .80 hrs |
| 10/10/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | 1.60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
FEBRUARY 14, 2014

0R2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/10/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .80 hrs |
| 10/10/13 | ABB | Review and analysis of numerous consumer complaints from April of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .70 hrs |
| 10/10/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same | L110 | .40 hrs |
| 10/10/13 | EBE | Review and redact May 2013 Executive Complaints for all personally identifiable information | L190 | 1.10 hrs |
| 10/11/13 | EBE | Review and redact May 2013 Executive Complaints for all personally identifiable information | L190 | .90 hrs |
| 10/11/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same, as well as update spreadsheet regarding all property addresses contained in complaints | L110 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4.
FEBRUARY 14, 2014

0R2013-301003

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 10/11/13 | JOHO | Completed initial redactions for May review sets and began QC check of other paralegal's review sets. | L656 | 5.00 hrs |
| 10/14/13 | JOHO | Completed quality control of May review sets | L656 | 5.50 hrs |
| 10/14/13 | ABB | Review and analysis of numerous consumer complaints from May of 2013 and conduct heavy redactions to all personal identifiers concerning borrower(s) in preparation for producing same including specific complaints containing over 100 pages, and further update spreadsheet regarding each property address contained in complaints | L110 | 2.10 hrs |
| 10/14/13 | ABB | Analysis and review of 135 separate consumer complaints ranging from two pages to one hundred pages to verify accuracy and quality control regarding numerous redactions of personal identifiers in preparation of producing same | L110 | 2.80 hrs |
| 10/14/13 | ABB | Analysis and review of 27 separate consumer complaints ranging from two pages to forty five pages to verify accuracy and quality control regarding numerous redactions of personal identifiers in preparation of producing same | L110 | 1.00 hrs |
| 10/14/13 | EBE | Review and redact May 2013 Executive Complaints of all personally identifiable information | L190 | 1.00 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
FEBRUARY 14, 2014

0R2013-301003

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $6,117.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Elizabeth B. Eaton | 8.40 hrs | 158.00 /hr | 1,327.20 |
| Allison Burke | 15.00 hrs | 158.00 /hr | 2,370.00 |
| Jennifer Cooper | 3.00 hrs | 180.00 /hr | 540.00 |
| Jonathan Holtzclaw | 11.90 hrs | 158.00 /hr | 1,880.20 |

TOTAL FEES                    38.30 hrs                    $6,117.40

**TOTAL CHARGES FOR THIS INVOICE**                    $6,117.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301004
INVOICE #  889607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301004
TC # 737075

PROFESSIONAL SERVICES

| 09/26/13 | JJPH | Email correspondence with David Stephenson regarding settlement documents | L160 | .10 hrs |
|----------|------|---------------------------------------------------------------------------|------|---------|
| 09/30/13 | JJPH | Email correspondence with Don Booth regarding status of settlement agreement | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $52.80

BILLING SUMMARY

| Joshua J. Phillips | .20 hrs | 264.00 /hr | 52.80 |
|--------------------|---------|------------|-------|

TOTAL FEES              0.20 hrs                  $52.80

**TOTAL CHARGES FOR THIS INVOICE**              $52.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301004
INVOICE #  944083

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301004
      TC # 737075

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 11/04/13 | JJPH | Communications with borrower's counsel, David Stevenson, regarding settlement documents | L160 | .10 | hrs |
| 11/04/13 | JJPH | Prepare status report to client regarding settlement agreement | L160 | .10 | hrs |
| 11/04/13 | JJPH | Email correspondence with Don Booth regarding settlement status | L160 | .10 | hrs |
| 11/07/13 | JJPH | Email correspondence with opposing counsel, David Stevenson, regarding execution of settlement agreement | L160 | .10 | hrs |
| 11/15/13 | JJPH | Review executed settlement documents | L160 | .20 | hrs |
| 11/15/13 | JJPH | Email correspondence with Don Booth regarding signed settlement agreement | L160 | .10 | hrs |
| 11/15/13 | JJPH | Email correspondence with opposing counsel, David Stevenson, regarding settlement check | L160 | .10 | hrs |
| 11/18/13 | JJPH | Email correspondence with opposing counsel, David Stevenson, regarding revised settlement agreement | L160 | .10 | hrs |
| 11/18/13 | JJPH | Email correspondence with Don Booth regarding changes to settlement agreement | L160 | .10 | hrs |
| 11/25/13 | JJPH | Review signed settlement agreement and finalize agreed order dismissal | L160 | .20 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
FEBRUARY 14, 2014

0R2013-301004

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/25/13 | JJPH | Prepare letter to opposing counsel, Alex Edmondson, regarding settlement check | L160 | .10 hrs | |
| 12/10/13 | JJPH | Email correspondence with Don Booth regarding signed dismissal order | L160 | .10 hrs | |

TOTAL FEES FOR THIS MATTER                     $369.60

11/26/13 Express Mail/Fedex                              0.00
11/26/13 Express Mail/Fedex                              0.00

BILLING SUMMARY

   Joshua J. Phillips          1.40 hrs    264.00 /hr        369.60

TOTAL FEES                      1.40 hrs                  $369.60

**TOTAL CHARGES FOR THIS INVOICE**                       $369.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301006
INVOICE #  889608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301006
     TC # 737347

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 09/06/13 | CSM | Emails with opposing counsel regarding release language to be included in settlement agreement | L160 | .10 hrs |
| 09/13/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 09/19/13 | CSM | Review and revise changes to settlement agreement proposed by opposing counsel | L160 | .30 hrs |
| 09/19/13 | CSM | Draft litigation settlement proposal | L160 | .30 hrs |
| 09/19/13 | CSM | Emails with B.Smith and opposing counsel regarding revising and finalizing settlement agreement | C400 | .20 hrs |
| 09/25/13 | CSM | Communicate with opposing counsel regarding finalization and execution of settlement agreement | L160 | .30 hrs |
| 09/30/13 | CSM | Review fully executed settlement agreement | L160 | .10 hrs |
| 09/30/13 | CSM | Email correspondence with B.Smith regarding logistics of finalizing settlement | C300 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $472.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
NOVEMBER 22, 2013

0R2013-301006

FED ID NO. 63-0243316

BILLING SUMMARY

Cory S. Menees          1.60 hrs   295.00 /hr      472.00

TOTAL FEES              1.60 hrs                  $472.00

TOTAL CHARGES FOR THIS INVOICE                   $472.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301006
INVOICE #  944084

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301006
     TC # 737347

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/03/13 | CSM | Draft September 2013 status report | B110 | .10 hrs |
| 10/10/13 | CSM | Emails with estate counsel and opposing counsel regarding final execution of settlement agreement and logistics of settlement | L160 | .20 hrs |
| 10/24/13 | CSM | Draft letter to opposing counsel requesting dismissal of suit | L160 | .20 hrs |
| 11/20/13 | NSR | Review case file in preparation for status report and determination of outstanding issues | L120 | .20 hrs |
| 11/20/13 | NSR | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $232.10

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Nader Raja | .30 hrs | 282.00 /hr | 84.60 |
| Cory S. Menees | .50 hrs | 295.00 /hr | 147.50 |

TOTAL FEES                  0.80 hrs                  $232.10

**TOTAL CHARGES FOR THIS INVOICE**                  $232.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301010
INVOICE #  944085

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301010
     TC # 737485

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/04/13 | BG | Draft status report regarding pending claims | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $20.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                    0.10 hrs                    $20.70

**TOTAL CHARGES FOR THIS INVOICE**                    $20.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301014
INVOICE #  944086

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301014
     TC # 737835

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/15/13 | ACU | Draft court ordered status report regarding GMAC's bankruptcy. | L430 | .30 hrs |
| 10/15/13 | JOHO | Reviewed, revised, filed and served Status Report Regarding Bankruptcy | L210 | .30 hrs |
| 10/15/13 | GWG | Work on bankruptcy report to the trial court | L250 | .30 hrs |
| 10/18/13 | GWG | Call with D. Booth regarding status of file opened with the estate and any proof of claim filed by the borrower | L120 | .20 hrs |
| 10/28/13 | GWG | Review court's order dismissing all claims against GMAC and work on memo to D. Booth regarding same | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $325.20

10/06/13 Copy Charges                              0.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .70 hrs | 312.00 /hr | 218.40 |
| Alison Smith | .30 hrs | 198.00 /hr | 59.40 |
| Jonathan Holtzclaw | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES              1.30 hrs              $325.20

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
FEBRUARY 14, 2014

OR2013-301014

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $325.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301018
INVOICE #  944087

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301018
     TC # 2013-05-EM5524

PROFESSIONAL SERVICES

10/25/13  BAW  Review available pleadings and confirm       L190      .30 hrs
               voluntary dismissal by plaintiffs'
               counsel


          TOTAL FEES FOR THIS MATTER                              $100.20


BILLING SUMMARY

    Brian Wahl               .30 hrs    334.00 /hr      100.20


TOTAL FEES                   0.30 hrs                  $100.20

**TOTAL CHARGES FOR THIS INVOICE**                     **$100.20**


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301020
INVOICE #  889609

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301020
     TC # 2013-04-Ez5282

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 09/03/13 | CWH | Exchange e-mails with D.Booth about whether Evolve Federal Credit Union filed a proof of claim related to Caranto (TX) property and current settlement efforts and revise settlement agreement to refer to the proof of claim that was filed | L160 | .30 hrs |
| 09/03/13 | CWH | Exchange e-mails with P.Zellman regarding history in Cain Adversary Proceeding and offer to assist with proof of claim response if needed | L120 | .20 hrs |
| 09/03/13 | CWH | Draft summary of McClanahan (FL) file for B.Smith and update him on issues being taken to mediation later this month | L120 | .50 hrs |
| 09/03/13 | CWH | Prepare for tomorrow's call on several matters (Ochoa, Farrell, Rode and Cain) with Estate to assist with proof of claim arguments | L120 | .30 hrs |
| 09/03/13 | CWH | Exchange e-mails with P.Zellman regarding resolution of Dillard matter in SC | L110 | .20 hrs |
| 09/03/13 | BG | Conference call with K.Priore and bankruptcy counsel regarding bankruptcy estate&s interest in the Ochoa litigation and objections to proof of claim filed by Ochoa | L120 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 22, 2013

0R2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/03/13 | phn | E-mail exchange with P. Zellman at RESCAP regarding Green Tree's decision with respect to the NOB and possible substitution into the case in Humphries case | B110 | .20 hrs |
| 09/04/13 | phn | Draft update for RESCAP Estate regarding title counselÆs litigation strategy with regard to PlaintiffÆs fraud claim and whether they filed a MTD, MSJ, or other dispositive motion in plantiff's case | B110 | .20 hrs |
| 09/04/13 | GWG | Conference call regarding objections to proofs of claim, include proof of claim in Richard Rode v. Homecomings and GMACM | L120 | .80 hrs |
| 09/04/13 | BG | Conference call with K.Priore and bankruptcy counsel regarding bankruptcy estateÆs interest in the Ochoa litigation and information needed for objections to proof of claim filed by Ochoa | L120 | .30 hrs |
| 09/04/13 | CWH | Prepare for and attend conference call with K.Priore and P.Zellman regarding Farrell, Burden, Firpi, Dillard, Humphries, Longoni, Rode, and Ochoa files | L120 | 1.00 hrs |
| 09/05/13 | CWH | Exchange e-mails with Estate's counsel about resolution of Kittler case, per her request | L110 | .10 hrs |
| 09/05/13 | CWH | Phone call with borrower's counsel in Dupuy matter to discuss a possible settlement | L160 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 22, 2013

OR2013-301020

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/09/13 | DCL | Analyze communication from GMACM regarding the New York Department of Financial Services production | L120 | .20 hrs |
| 09/09/13 | DCL | Review GMACM's document production in response to NYDFS subpoenas | L120 | 2.30 hrs |
| 09/09/13 | CJA | Conference call with D.Cunningham, M.Schofen and B.Tyson regarding note sale and identified critical issues on FHA loans by Roosevelt | B250 | .50 hrs |
| 09/10/13 | CJA | Review of critical exceptions report in order to determine if possibility that curative matters can be undertaken to deal with concerns raised by loan purchaser | B250 | 1.50 hrs |
| 09/10/13 | DCL | Review and analyze Rothstein claimant's legal theory | L120 | .70 hrs |
| 09/10/13 | DCL | Exchange correspondence with L.Delehey regarding GMACM production | L190 | .20 hrs |
| 09/11/13 | LADA | Research estate case dockets to confirm matter is stayed as to GMAC: Jerry Fletcher, Dennis Delia, American Residential Equities | L190 | .60 hrs |
| 09/12/13 | CWH | Email Estate to determine if Telluride LLC filed a proof of claim that needs to be addressed | L160 | .10 hrs |
| 09/12/13 | LADA | Review estate case dockets for confirmation of stay as to GMAC: Kathleen Christian, Justin Lucey | L190 | 2.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
NOVEMBER 22, 2013

0R2013-301020

FED ID NO. 63-0243316

| 09/12/13 | CWH | Review and analyze lien priority dispute pleadings for Montana file that needs notice of bankruptcy | L210 | .40 hrs |
| 09/12/13 | LADA | Review estate case dockets for confirmation of stay as to GMAC: Joseph Fabian, Enoch Smith | L190 | .40 hrs |
| 09/12/13 | DCL | Review and analyze GMACM's document production to the New York Department of Financial Services to evaluate GMACM's processes for handling lender-placed insurance | L120 | 3.40 hrs |
| 09/13/13 | LADA | Review of estate case dockets confirming stay as to GMAC: Clarence Marsh, Alan Redmond, Gabriel Scurry, Joey Preston | L190 | .80 hrs |
| 09/13/13 | CWH | Draft notice of bankruptcy for Montana file regarding lien priority dispute | L210 | .50 hrs |
| 09/13/13 | CWH | Strategy call with Morrison Foerster attorneys regarding Valeeva proof of claim reply and facts from underlying foreclosure suit | L120 | .50 hrs |
| 09/13/13 | DCL | Telephone conference with L.Delehey, et al. regarding GMACM's document production to the New York Department of Financial Services | L120 | .40 hrs |
| 09/13/13 | DCL | Review and analyze GMACM's production to GMACM's production to New York Department of Financial Services | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
NOVEMBER 22, 2013

0R2013-301020

FED ID NO. 63-0243316

| 09/16/13 | CJA | Telephone call with M.Schoffen, D.Cunningham and B.Tyson regarding critical exceptions to FHA loans being sold to third parties | B250 | .50 hrs |
| 09/16/13 | DCL | Telephone conference with GMACM Bankruptcy counsel regarding GMACM's production to New York Department of Financial Services | L120 | .30 hrs |
| 09/16/13 | DCL | Review and analyze GMACM document production to the NYDFS in connection with Rothstein adversary proceeding | L320 | 2.30 hrs |
| 09/17/13 | DCL | Telephone conference with GMACM Bankruptcy counsel regarding NYDFS document production | L120 | .30 hrs |
| 09/19/13 | CJA | Telephone call with M.Schoffen, D.Cunningham and B.Tyson regarding critical exceptions to FHA loans being sold to third parties and affidavit approach to cure critical exceptions identified by note sale purchaser | B250 | .70 hrs |
| 09/19/13 | CWH | Conference call with Morrison Foerster about several Proofs of Claim objections/replies that are due this week | L210 | .20 hrs |
| 09/20/13 | CWH | Exchange e-mails with Estate attorneys about suit against GMAC we located in monitoring process, where GMAC has not yet been served | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
NOVEMBER 22, 2013

OR2013-301020

FED ID NO. 63-0243316

| 09/20/13 | DCL | Review documents that GMACM produced to the New York Department of Financial Services for information concerning force-placed insurance premium | L120 | 1.50 hrs |
| 09/23/13 | CWH | Attend conference call with Estate attorney to explain status and settlement strategy in Dupuy matter and upcoming mediation | L160 | .40 hrs |
| 09/24/13 | CWH | Discussion with Morrison Foerster about settlement parameters in the bankruptcy, in light of upcoming mediation in Dupuy matter | L160 | .20 hrs |
| 09/25/13 | MPE | Receive and review judgment dismissing case to determine if a notice of discharge can be filed. | L110 | .20 hrs |
| 09/25/13 | CJA | Review of exception codes and revised data on 190 assets based on review of exception code and previously provided data in preparation for conference call regarding same and attended conference call with involved parties to discuss findings and next steps related to note sale purchaser | B250 | 4.70 hrs |
| 09/26/13 | DCL | Analyze pleadings submitted in opposition to the Commonwealth of Massachusetts' motion to amend the Commonwealth's complaint | L120 | 2.50 hrs |
| 09/30/13 | GWG | Call with D. Booth regarding status of the litigation in Rode v. GMACM and Homecomings | L120 | .20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
NOVEMBER 22, 2013

0R2013-301020

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                        $11,589.80

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/26/13 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 - 9/24/13 CHARLOTTE TO NY RT<br>Bank ID: GENR Check Number: 166509 | 192.15 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 - 9/24/13 HOTEL<br>Bank ID: GENR Check Number: 166509 | 242.16 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 - 9/24/13 CHOICE SEATS<br>Bank ID: GENR Check Number: 166509 | 24.50 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 CAB<br>Bank ID: GENR Check Number: 166509 | 38.00 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 CAB<br>Bank ID: GENR Check Number: 166509 | 7.00 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/24/13 CAB<br>Bank ID: GENR Check Number: 166509 | 9.50 |
| 09/26/13 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13 CAB<br>Bank ID: GENR Check Number: 166509 | 15.00 |
| 09/26/13 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO NY FOR HEARINGS 9/23/13<br>Bank ID: GENR Check Number: 166509 | 8.81 |
| 09/16/13 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                        $537.12



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     8
NOVEMBER 22, 2013

0R2013-301020

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 5.30 hrs | 361.00 /hr | 1,913.30 |
| Dana C. Lumsden | 15.40 hrs | 422.00 /hr | 6,498.80 |
| C. Jason Avery | 7.90 hrs | 255.00 /hr | 2,014.50 |
| Graham W. Gerhardt | 1.00 hrs | 312.00 /hr | 312.00 |
| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |
| Blake Goodsell | .60 hrs | 207.00 /hr | 124.20 |
| Lucinda Kish | 3.80 hrs | 158.00 /hr | 600.40 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES            34.60 hrs                      $11,589.80

TOTAL EXPENSES                                        $537.12

**TOTAL CHARGES FOR THIS INVOICE**              $12,126.92

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301020
INVOICE #  944088

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301020
     TC # 2013-04-EZ5282

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | CWH | Research dockets/history of Trails at Rivard homeowner's association's attorney's fee dispute and respond to K.Priore's questions about prior experience with their counsel on similar matters | L120 | .20 hrs |
| 10/08/13 | MPE | (Ambrezewicz, Peter, Germinaro, & Frank lawsuit): research docket to confirm stay remains in place | L110 | .40 hrs |
| 10/08/13 | CWH | Review and analyze issues with Andres matter in Florida and borrower's demand for fees, draft notice of bankruptcy and seek approval for same from Estate Legal Department | L210 | .40 hrs |
| 10/10/13 | CWH | Exchange e-mails with Estate attorneys about Andres' counsel's demand for fees and filing of notice of bankruptcy regarding same | L120 | .20 hrs |
| 10/17/13 | CWH | Email Estate to inquire whether Hunter (MS file) filed proof of claim | L110 | .10 hrs |
| 10/22/13 | MPE | Loan xxxxxx5009: receive and review Motion for Attorney's Fees to determine case information and assist with response | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

OR2013-301020

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/22/13 | MPE | Loan xxxxxx5009: research foreclosure and bankruptcy dockets, request relevant pleadings form the clerk of court, and prepare a timeline of case events to assist with Response to Motion for Attorney's Fees | L110 | .90 | hrs |
| 10/23/13 | CWH | Assist Estate Legal Dept. in gathering information and pleadings for multiple cases for Proof of Claim objection process | L120 | .20 | hrs |
| 10/23/13 | ERP | Assist with gathering information on various cases and set up spreadsheet regarding same per client request | L120 | .30 | hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Redmond matter for proof of claim process | L110 | .40 | hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on both Cruz matters for proof of claim process | L110 | .50 | hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Spencer matter for proof of claim process | L110 | .30 | hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Gorman matter for proof of claim process | L110 | .30 | hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Butcher matter for proof of claim process | L110 | .30 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
FEBRUARY 14, 2014

0R2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/23/13 | ABB | Update and set up chart regarding Estate matters needing status updates and specific briefing pleadings in order to track progress on the following cases: Redmond, Cruz, Spencer, Gorman, Butcher, Matthews, Martin, Eboweme and McVay | L110 | .40 hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Matthews matter for proof of claim process | L110 | .40 hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Martin matter for proof of claim process | L110 | .30 hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on Eboweme matter for proof of claim process | L110 | .30 hrs |
| 10/23/13 | MPE | Assist Estate with gathering information and pleadings on McVay matter for proof of claim process | L110 | .40 hrs |
| 10/24/13 | MPE | Loan xxxxxx4128; review of file to assist with response to letter from opposing counsel regarding loan modification details. | L110 | .50 hrs |
| 10/25/13 | MPE | (McVay; Martin; Redmond; Cruz; Spencer; Gorman; Butcher claims):  research answers to additional questions per Estate Representative and provide relevant documents to assist with Proof of Claim Responses. | L110 | 4.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/28/13 | CWH | Exchange e-mails with Estate attorney about status and strategy in Iaderose matter | L120 | .20 hrs |
| 10/28/13 | CWH | Send Estate Legal Dept. an update on Ruiz's notice of appeal of the dismissal from the E.D.N.C. | L210 | .20 hrs |
| 11/07/13 | CWH | Review and analyze likely settlement for McClanahan borrowers and ensure that same is resolving the Proof of Claim as well | L160 | .10 hrs |
| 11/08/13 | LADA | Review and analysis of current case docket confirming case is stayed pursuant to GMACM bankruptcy (K.Christian) | L190 | .20 hrs |
| 11/10/13 | CWH | Email Estate to determine borrower Mitchell (VA) ever filed a Proof of Claim | L120 | .10 hrs |
| 11/11/13 | CWH | Review Estate's response about whether Proof of Claim was filed by Mitchell (VA) borrower | L120 | .10 hrs |
| 11/13/13 | MPE | Matthews: email correspondence with Estate Representative to include all GMACM related documents filed with the estate court to assist with the Proof of Claim Objection. | L110 | .50 hrs |
| 11/20/13 | MPE | Email correspondence with estate representative with information to assist in response to proof of claim. | L110 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
FEBRUARY 14, 2014

0R2013-301020

FED ID NO. 63-0243316

| 11/22/13 | MPE | Orlando, Florida Property: receive and notice for lack of prosecution and Motion for Attorney's Fees from former D.Stern employee and research to determine if loan was serviced by GMAC. | L110 | .50 hrs |
| 11/28/13 | CWH | Email Morrison Foerster to determine if Edquid borrower filed Proof of Claim | L110 | .10 hrs |
| 11/29/13 | CWH | Research closed Mellick bankruptcy file and email Estate counsel about funds made available by the trustee | L120 | .30 hrs |
| 12/09/13 | CWH | Assist K.Priore with general questions regarding Arizona law and ability, if any, to assert a Proof of Claim based on wrongful foreclosure in that state and providing her with research that would defeat any such Proof of Claim | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                $2,869.20

BILLING SUMMARY

| Christian W. Hancock | 2.60 hrs | 361.00 /hr | 938.60 |
| Emily R. Powell | .30 hrs | 163.00 /hr | 48.90 |
| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |
| Melisa P. Palmer | 10.70 hrs | 167.00 /hr | 1,786.90 |

TOTAL FEES            14.20 hrs                $2,869.20



BRADLEY ARANT
BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
FEBRUARY 14, 2014

0R2013-301020

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $2,869.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301022
INVOICE #  889610

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301022
     TC # 689758

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/16/13 | HEA | Review and consider arguments that CPL does not impact coverage under title policy and prepare for mediation | L160 | 1.00 | hrs |
| 09/16/13 | HEA | Emails with K.Priore and opposing counsel regarding possible mediation and additional time for briefing schedule | L160 | .80 | hrs |
| 09/17/13 | HEA | Review and provide comment with regard to joint motion for more time for briefing in light of settlement discussions and emails with local counsel regarding same | L190 | 1.00 | hrs |
| 09/23/13 | HEA | Telephone call with opposing counsel regarding upcoming mediation | L160 | .50 | hrs |
| 09/23/13 | HEA | Review notice from appellate court regarding mediation | L160 | .50 | hrs |
| 09/23/13 | HEA | Draft and send email to local counsel and client regarding mediation | L160 | .80 | hrs |
| 09/24/13 | HEA | Emails with K.Priore at GMAC Estate and local counsel regarding upcoming mediation including assessment of strength of our position | L160 | 1.50 | hrs |
| 09/26/13 | HEA | Emails with opposing counsel, local counsel and client regarding formal setting of mediation | L160 | .50 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 22, 2013

0R2013-301022

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/26/13 | AC | Review updated schedule for appellate mediation and begin outlining mediation statement | L520 | .50 hrs |

TOTAL FEES FOR THIS MATTER                       $1,995.60

EXPENSES

| | | |
|---|---|---|
| 09/30/13 | Airline Tickets - HALL EADY ATTEND MEDIATION IN PHILADELPHIA, PA 10/21/13<br>Bank ID: GENR Check Number: 166616 | 581.60 |

TOTAL COSTS FOR THIS MATTER                       $581.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | 6.60 hrs | 286.00 /hr | 1,887.60 |
| Aaron Chastain | .50 hrs | 216.00 /hr | 108.00 |

| | | |
|---|---|---|
| TOTAL FEES | 7.10 hrs | $1,995.60 |
| TOTAL EXPENSES | | $581.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$2,577.20** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301022
INVOICE #  944089

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301022
     TC # 689758

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/01/13 | HEA | Draft and send email to K.Priore regarding defining settlement parameters | L160 | 1.00 hrs |
| 10/03/13 | HEA | Review initial appellate brief and provide summary to L.Delehy in advance of mediation | L160 | 1.50 hrs |
| 10/03/13 | HEA | Draft and send email to K.Priore regarding upcoming mediation | L160 | .50 hrs |
| 10/09/13 | AC | Review facts and cases cited in appellate brief and draft mediation position statement | L160 | 2.80 hrs |
| 10/10/13 | AC | Complete draft of mediation position statement and send to H.Eady for review | L160 | 1.00 hrs |
| 10/10/13 | HEA | Initial review and revisions to draft position statement for appellate mediation | L510 | 1.50 hrs |
| 10/10/13 | HEA | Emails with local counsel regarding details of settlement conference | L160 | .50 hrs |
| 10/11/13 | HEA | Prepare for and participate in conference call with L.Delehy regarding upcoming settlement conference, our evaluation and recommendations to the Creditor's Committee | L190 | 1.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
FEBRUARY 14, 2014

OR2013-301022

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/11/13 | HEA | Review in more detail the damages issues and consider recommendations to client and creditor's committee | L160 | .80 | hrs |
| 10/11/13 | AC | Review status of Stewart's cross-motion for summary judgment and breakdown of damages in preparation for mediating appeal | L160 | .60 | hrs |
| 10/14/13 | HEA | Review appellate court index and consider additional facts to be discovered and estimate of damages | L510 | 2.30 | hrs |
| 10/14/13 | HEA | Review and revise mediation position statement | L160 | 2.50 | hrs |
| 10/14/13 | HEA | Draft and send updated settlement evaluation to L.Delehey for use with Creditor's Committee based on bankruptcy court standard | L160 | 1.70 | hrs |
| 10/14/13 | AC | Analyze damages breakdown and possible discovery upon remand to trial court and draft email to H.Eady analyzing same in preparation for mediation | L510 | 1.80 | hrs |
| 10/14/13 | AC | Analyze probability of succeeding on appeal and send email to H.Eady offering analysis of same in preparation for appellate mediation | L160 | .50 | hrs |
| 10/15/13 | HEA | Review specific closing instructions to determine additional possible breaches by agent | L190 | .80 | hrs |
| 10/15/13 | HEA | Finalize and send revised position statement | L160 | 1.30 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
FEBRUARY 14, 2014

0R2013-301022

FED ID NO. 63-0243316

| 10/15/13 | HEA | Telephone call with mediator's office regarding upcoming settlement conference | L160 | .20 hrs |
|----------|-----|---|------|---------|
| 10/17/13 | HEA | Review appellate index for information regarding GMAC collecting fees from foreclosure and for additional damages figures | L510 | 2.20 hrs |
| 10/17/13 | HEA | Draft and send email to L.Delehey regarding fees and damages sought to be recovered and updated assessment for creditors' committee | L190 | 1.00 hrs |
| 10/17/13 | HEA | Review cases cited in brief and assemble cases to bring to mediation | L160 | 2.00 hrs |
| 10/18/13 | HEA | Telephone call with local counsel regarding settlement conference on Monday and NJ cases on which demand is based | L160 | .50 hrs |
| 10/20/13 | HEA | Prepare for New Jersey Supreme Court appellate mediation conference including review of petition statement, initial brief and evidentiary record | L160 | 6.00 hrs |
| 10/21/13 | HEA | Attend New Jersey Supreme Court appellate mediation conference including multiple conferences with mediator/retired judge, client and opposing counsel | L160 | 9.00 hrs |
| 10/21/13 | AC | Review availability of fee recovery under New Jersey rules for appeal and summarize position statement in preparation for mediation | L160 | 1.30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
FEBRUARY 14, 2014

OR2013-301022

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/22/13 | AC | Review Cross-Appellant's Mediation Statement in preparation for drafting appellate Reply Brief | L520 | .40 | hrs |
| 10/22/13 | HEA | Review position statement received from Stewart Title | L160 | 1.00 | hrs |
| 10/22/13 | HEA | Draft and send email to L.Delehey and local counsel regarding mediation, disputed questions of fact and position statement | L160 | .80 | hrs |
| 10/28/13 | HEA | Review and consider new scheduling order for briefing and email to L.Delehey regarding same and process moving forward | L390 | .50 | hrs |
| 10/28/13 | AC | Review scheduling order and plan strategy for drafting appellate reply brief | L520 | .40 | hrs |
| 11/05/13 | AC | Draft November status update for appeal | L520 | .20 | hrs |
| 11/21/13 | AC | Review Stewart Title's appellate answer brief in preparation for outlining reply brief | L520 | .50 | hrs |
| 11/22/13 | HEA | First review of STG's appellate brief regarding damages to be awarded estate on CPL claims | L510 | 1.00 | hrs |
| 12/09/13 | HEA | Draft and send email to K.Priore regarding opposing counsel | L190 | .20 | hrs |
| 12/15/13 | AC | Review Stewart Title's response brief and begin outlining reply | L520 | 2.40 | hrs |
| 12/16/13 | AC | Draft appellate reply brief | L520 | 5.90 | hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
FEBRUARY 14, 2014

OR2013-301022

FED ID NO. 63-0243316

| 12/16/13 | HEA | Review and consider best arguments to include in reply brief for the NJ appeal | L510 | .50 hrs |
| 12/17/13 | AC | Complete first draft of reply brief and send to H.Eady to review | L520 | 6.50 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $16,831.80 |

EXPENSES

| 10/09/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/16/13 | Copy Charges | 0.00 |
| 10/17/13 | Copy Charges | 0.00 |
| 10/17/13 | Copy Charges | 0.00 |
| 11/21/13 | Copy Charges | 0.00 |
| 11/21/13 | Copy Charges | 0.00 |
| 12/17/13 | Copy Charges | 0.00 |
| 10/25/13 | Travel Expense - HALL EADY - 10/20-10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (RENTAL CAR) Bank ID: GENR Check Number: 168140 | 65.20 |

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
FEBRUARY 14, 2014

0R2013-301022

FED ID NO. 63-0243316

| | |
|---|---:|
| 10/25/13 Travel Expense - HALL EADY  - 10/20-10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (AIRPORT PARKING) Bank ID: GENR Check Number: 168140 | 17.00 |
| 10/25/13 Travel Expense - HALL EADY  - 10/20-10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (GAS FOR RENTAL CAR) Bank ID: GENR Check Number: 168140 | 13.02 |
| 10/25/13 Travel Expense - HALL EADY  - 10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (CHANGE FEE FOR EARLIER RETURN FLIGHT Bank ID: GENR Check Number: 168140 | 50.00 |
| 10/25/13 Travel Expense - HALL EADY  - 10/20-10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (HOTEL) Bank ID: GENR Check Number: 168140 | 171.35 |
| 10/25/13 Meal Expense - HALL EADY  - 10/20/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (WATER) Bank ID: GENR Check Number: 168140 | 3.51 |
| 10/25/13 Meal Expense - HALL EADY  - 10/20/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (DINNER) Bank ID: GENR Check Number: 168140 | 7.59 |
| 10/25/13 Meal Expense - HALL EADY  - 10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (SNACK) Bank ID: GENR Check Number: 168140 | 4.78 |
| 10/25/13 Meal Expense - HALL EADY  - 10/21/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (DINNER) Bank ID: GENR Check Number: 168140 | 6.94 |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7
FEBRUARY 14, 2014

0R2013-301022

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 10/25/13 | Meal Expense - HALL EADY - 10/20/2013 TRAVEL TO TRENTON, NJ TO ATTEND MEDIATION IN SUPERIOR COURT OF NEW JERSEY-APELLATE DIVISION (BEVERAGE) Bank ID: GENR Check Number: 168140 | 4.00 |
| 10/16/13 | Express Mail/Fedex | 0.00 |
| 10/16/13 | Computerized Legal Research-Westlaw Westlaw User: RAMSAY,TINA | 0.00 |
| 12/16/13 | Computerized Legal Research-Westlaw Westlaw User: CHASTAIN,AARON | 0.00 |
| 12/17/13 | Computerized Legal Research-Westlaw Westlaw User: CHASTAIN,AARON | 0.00 |

TOTAL COSTS FOR THIS MATTER                    $343.39

BILLING SUMMARY

| | | | |
|---|---|---|---:|
| Hall Eady | 40.50 hrs | 286.00 /hr | 11,583.00 |
| Aaron Chastain | 24.30 hrs | 216.00 /hr | 5,248.80 |

TOTAL FEES          64.80 hrs          $16,831.80

TOTAL EXPENSES                          $343.39

**TOTAL CHARGES FOR THIS INVOICE**          $17,175.19

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301024
INVOICE #  889611

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:   0R2013-301024
      TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | CJA | Review of local counsel's chain of title regarding seven (7) Kentucky loans in order to determine possible strategy for each loan to cure chain of title defect | B250 | 7.40 hrs |
| 09/17/13 | CJA | Review of information provided by GMAC in order to determine potential next steps in order to cure "critical exceptions" detailed on FHA loans being potentially sold to a third party investor | B250 | 2.10 hrs |
| 09/17/13 | CJA | Drafted curative documents pertaining to title issues listed as critical exceptions related to pool of loans to be sold to third party purchaser | B250 | 3.70 hrs |
| 09/18/13 | CJA | Research potential liability under Kentucky statute requiring lenders to release lien of mortgage within 30 days of payoff in order to determine potential liability based on dates of loans | B250 | 4.20 hrs |
| 09/18/13 | CJA | Review of loan and pleadings files for unreleased loans and correspondence there to provided by local counsel in order to determine potential available defenses of applicable law | B250 | 2.00 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
NOVEMBER 22, 2013

OR2013-301024

FED ID NO. 63-0243316

| 09/18/13 | CJA | Conference call with J.Libb, local counsel for GMAC on lien release issues on seven Kentucky loans that have been paid off but not released | B250 | .70 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                          $5,125.50

BILLING SUMMARY

| C. Jason Avery | 20.10 hrs | 255.00 /hr | 5,125.50 |
|---|---|---|---|

| TOTAL FEES | 20.10 hrs | | $5,125.50 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                    $5,125.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301024
INVOICE # 944090

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301024
      TC # 2013-04-EZ5282

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | CJA | Review of foreclosure and limited power of attorney documents in preparation for conference call with client to discuss inability of foreclosure counsel to execute corrective documents post foreclosure sale | B250 | 1.50 hrs |
| 10/03/13 | CJA | Attended conference call with client pertaining to corrective measures related to document deficiencies in existing limited power of attorney | B250 | .80 hrs |

                    TOTAL FEES FOR THIS MATTER                    $586.50

BILLING SUMMARY

    C. Jason Avery          2.30 hrs   255.00 /hr      586.50

TOTAL FEES                   2.30 hrs                  $586.50

**TOTAL CHARGES FOR THIS INVOICE**                     $586.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301025
INVOICE #  889612

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301025
     TC # 2013-05-EN3926

PROFESSIONAL SERVICES

| 09/13/13 | FWA | Receive and review new documents from client | L190 | .50 hrs |
|----------|-----|-----------------------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                              $189.00

BILLING SUMMARY

| Wendell Allen | .50 hrs | 378.00 /hr | 189.00 |
|---------------|---------|------------|--------|

TOTAL FEES                 0.50 hrs              $189.00

**TOTAL CHARGES FOR THIS INVOICE**                $189.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE                                                    FEBRUARY 14, 2014
                                                                0R2013-301029
                                                                INVOICE #  944091

                                                                FED ID NO. 63-0243316

        FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

        Re:  0R2013-301029
             TC # 2013-05-EP2429

        EXPENSES

        12/14/13 Title Search Fee - BRADLEY ARANT BOULT CUMMINGS          204.95
                 LLP AFX LLC 10-25-13
                 Bank ID: PCARD Check Number: P275

                    TOTAL COSTS FOR THIS MATTER                          $204.95


        TOTAL FEES              0.00 hrs                      $.00

        TOTAL EXPENSES                                    $204.95

        TOTAL CHARGES FOR THIS INVOICE                    $204.95

                    ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301031
INVOICE #  944092

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301031
      TC # 2013-05-EQ8803

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/12/13 | HEA | Review issues regarding separate case filed by neighbors affected | L190 | .40 hrs |

TOTAL FEES FOR THIS MATTER                              $114.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hall Eady | .40 hrs | 286.00 /hr | 114.40 |

| | | |
|---|---|---|
| TOTAL FEES | 0.40 hrs | $114.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$114.40** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301032
INVOICE #  944093

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301032
     TC # 692660

PROFESSIONAL SERVICES

| 10/30/13 | CWH | Exchange e-mails with Estate counsel about status and strategy in P.Farrell litigation, per their request | L120 | .20 hrs |
|----------|-----|---|------|---------|

| | TOTAL FEES FOR THIS MATTER | $72.20 |
|---|---|---|

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | $72.20 |
|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$72.20** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301033
INVOICE #  944094

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301033
      TC # 2013-05-EU1945

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/04/13 | phn | Draft status update report for client review | L190 | .20 hrs |
| 12/03/13 | phn | Draft December status update report for client review | B110 | .20 hrs |

                   TOTAL FEES FOR THIS MATTER                    $93.20

BILLING SUMMARY

   Preston H. Neel          .40 hrs   233.00 /hr       93.20

TOTAL FEES                0.40 hrs              $93.20

**TOTAL CHARGES FOR THIS INVOICE**            $93.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301040
INVOICE #  889614

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301040
     TC # 2013-06-EF7875

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 09/19/13 | CWH | Email D.Booth about whether these borrowers filed a Proof of Claim | L110 | .10 hrs |
| 09/20/13 | RV | Review correspondence from D.Booth regarding correspondence to borrower or counsel regarding bankruptcy and regarding filing notice of bankruptcy | L120 | .20 hrs |
| 09/20/13 | RV | Draft Letter to R.Gindel regarding filing notice of bankruptcy and effect of stay | L120 | .30 hrs |
| 09/20/13 | RV | Draft notice of bankruptcy for GMAC | L120 | .40 hrs |
| 09/20/13 | CWH | Phone call and emails with Legal Department contact about efforts to find bankruptcy notices to Rojas | L110 | .20 hrs |
| 09/20/13 | RV | Draft memorandum to D.Booth with draft NOB and letter to R.Gindel | L120 | .10 hrs |
| 09/20/13 | RV | Review correspondence from D.Booth regarding prior correspondence with opposing counsel or borrower regarding GMAC's bankruptcy | L120 | .10 hrs |
| 09/20/13 | RV | Email exchange with D.Booth regarding Ocwen's substitution and order regarding same | L120 | .20 hrs |
| 09/20/13 | CWH | Exchange e-mails with Estate Legal Department about strategy in case | L120 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
NOVEMBER 22, 2013

0R2013-301040

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 09/22/13 | CWH | Exchange e-mails with client regarding edits to notice of bankruptcy | L120 | .10 hrs |
| 09/23/13 | CWH | Further revisions to notice of bankruptcy | L210 | .20 hrs |
| 09/26/13 | CWH | Review and revise notice of bankruptcy and send same to Estate contact to review | L210 | .20 hrs |
| 09/26/13 | RV | Revise letter to R.Gindel to conform to revised Notice of Bankruptcy | L120 | .20 hrs |
| 09/26/13 | RV | Email exchanges with D.Booth regarding revised letter to R.Gindel and revised Notice of Bankruptcy | L120 | .30 hrs |
| 09/26/13 | RV | Final review of Notice of Bankruptcy prior to filing and service | L120 | .10 hrs |
| 09/26/13 | RV | Final review of Notice of Appearance prior to filing and service | L120 | .10 hrs |
| 09/26/13 | RV | Revise Notice of Appearance | L120 | .10 hrs |
| 09/26/13 | RV | Review correspondence from D.Booth approving language as to stayed claims against GMAC | L120 | .10 hrs |
| 09/26/13 | RV | Analyze correspondence from Palm Beach County Clerk of Court regarding filing notice of appearance | L120 | .10 hrs |
| 09/27/13 | RV | Review correspondence from Palm Beach Clerk of Court regarding filing Notice of Bankruptcy | L120 | .10 hrs |
| 09/30/13 | CWH | Review and revise motion to dismiss counterclaims | L120 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 22, 2013

0R2013-301040

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,033.40

BILLING SUMMARY

    Christian W. Hancock        1.40 hrs    361.00 /hr       505.40
    Richard Vann                2.40 hrs    220.00 /hr       528.00

TOTAL FEES                      3.80 hrs              $1,033.40

TOTAL CHARGES FOR THIS INVOICE                        $1,033.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301040
INVOICE #  944095

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301040
     TC # 2013-06-EF7875

<u>PROFESSIONAL SERVICES</u>

| 10/02/13 | RV | Email exchange with D.Booth with confirmation from court as to filing Notice of Bankruptcy | L120 | .20 hrs |
|---|---|---|---|---|
| 12/13/13 | ERP | Initial draft of motion to withdraw | L120 | .40 hrs |
| 12/13/13 | ERP | Initial draft of proposed order for motion to withdraw | L120 | .30 hrs |
| 12/13/13 | ERP | Final review and revisions of motion to withdraw and proposed order | L120 | .60 hrs |
| 12/13/13 | ERP | Draft letter to Judge enclosing copy of motion and proposed order | L120 | .20 hrs |
| 12/13/13 | ERP | E-mail communication with all parties attaching copy of motion to withdraw and proposed order | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                       $321.10

12/16/13 Express Mail/Fedex                            0.00

<u>BILLING SUMMARY</u>

| Emily R. Powell | 1.70 hrs | 163.00 /hr | 277.10 |
|---|---|---|---|
| Richard Vann | .20 hrs | 220.00 /hr | 44.00 |

| TOTAL FEES | 1.90 hrs | | $321.10 |
|---|---|---|---|



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       2
FEBRUARY 14, 2014

0R2013-301040

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $321.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301043
INVOICE #  944096

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301043
      TC # 2013-06-EQ9645

PROFESSIONAL SERVICES

| 11/04/13 | phn | Draft status update report for client review | L120 | .20 hrs |
|---|---|---|---|---|
| 12/03/13 | phn | Draft December status update report | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $93.20

BILLING SUMMARY

| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |
|---|---|---|---|

TOTAL FEES                0.40 hrs              $93.20

**TOTAL CHARGES FOR THIS INVOICE**              $93.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301044
INVOICE #  889615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301044
     TC # 2013-06-ER8118

PROFESSIONAL SERVICES

| 09/06/13 | MSW | Conversation with opposing counsel regarding settlement, bankruptcy and dismissal | L160 | .20 hrs |
| 09/26/13 | MSW | Draft monthly status report for client | L120 | .10 hrs |

|  |  | TOTAL FEES FOR THIS MATTER |  | $91.20 |

BILLING SUMMARY

| Mark S. Wierman | .30 hrs | 304.00 /hr | 91.20 |

| TOTAL FEES | 0.30 hrs |  | $91.20 |

**TOTAL CHARGES FOR THIS INVOICE**        $91.20

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301044
INVOICE #  944097

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301044
     TC # 2013-06-ER8118

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/15/13 | MSW | Analyze and draft substitution of parties from GMAC Mortgage to Ocwen | L210 | 1.60 hrs |
| 10/15/13 | MCG | Review and revise motion for substitution of party plaintiff | L210 | .30 hrs |
| 10/16/13 | LADA | Revise and finalize motion to substitute party plaintiff | L210 | .20 hrs |
| 10/25/13 | MSW | Review loan documents, payment history, call notes, and prior pleadings to develop discovery and trial strategy | L120 | 1.40 hrs |
| 10/31/13 | MSW | Draft status report for client | L120 | .10 hrs |
| 11/19/13 | LADA | Correspondence with foreclosure counsel regarding substitution of counsel | L190 | .30 hrs |
| 11/24/13 | NJV | Review and analyze client documents, correspondence, pleadings, attorney notes, and other relevant information in order to conduct case review and analysis | L120 | .40 hrs |
| 12/10/13 | LADA | Review and analysis of current case docket for pending deadlines and recent filings | L190 | .20 hrs |
| 12/17/13 | NJV | Telephone conference with opposing counsel pertaining to borrower dismissing counterclaims in order to avoid discovery and other settlement options | L120 | .40 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

0R2013-301044

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,400.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nicholas J. Voelker | .80 hrs | 304.00 /hr | 243.20 |
| Michael C. Griffin | .30 hrs | 348.00 /hr | 104.40 |
| Mark S. Wierman | 3.10 hrs | 304.00 /hr | 942.40 |
| Lucinda Kish | .70 hrs | 158.00 /hr | 110.60 |

TOTAL FEES              4.90 hrs                    $1,400.60

**TOTAL CHARGES FOR THIS INVOICE**                    $1,400.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301045
INVOICE #  889616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301045
     TC # 2013-06-ES1070

PROFESSIONAL SERVICES

| 09/20/13 | ABB | Retrieval of docket report in Harris County Small Claims Court and update pleadings regarding same | L110 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                          $31.60

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|

| TOTAL FEES | 0.20 hrs | | $31.60 |
|---|---|---|---|

TOTAL CHARGES FOR THIS INVOICE                      $31.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301045
INVOICE #  944098

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301045
      TC # 2013-06-ES1070

EXPENSES

| | |
|---|---|
| 10/31/13 Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS<br>Bank ID: GENR Check Number: 168116 | 137.25 |
| 11/20/13 Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS<br>Bank ID: GENR Check Number: 169117 | 442.50 |
| TOTAL COSTS FOR THIS MATTER | $579.75 |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $579.75 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$579.75** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301046
INVOICE #  889617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:   0R2013-301046
      TC # 2013-07-EA5078

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | phn | Revise and edit 26(f) report per discussions with opposing counsel and plan and prepare for filing same | L210 | .70 hrs |
| 09/04/13 | phn | Draft status update on pending litigation, Plaintiff's Amended Petition, and motion to dismiss | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $209.70

09/11/13 Copy Charges                                       0.00

BILLING SUMMARY

Preston H. Neel            .90 hrs   233.00 /hr      209.70

TOTAL FEES                 0.90 hrs               $209.70

**TOTAL CHARGES FOR THIS INVOICE**                 $209.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301048
INVOICE #  889618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301048
     TC # 2013-07-EL6946

PROFESSIONAL SERVICES

| 09/05/13 | phn | Discussion with opposing counsel about lawsuit and bankruptcy | L120 | .20 hrs |
|---|---|---|---|---|
| 09/05/13 | phn | Review Notice of Dismissal Against GMAC | L120 | .20 hrs |
| 09/05/13 | phn | Review Plaintiff Æs response and objection to Green Tree Æs MTD | L120 | .20 hrs |
| 09/06/13 | phn | Review Order dismissing all claims agasint GMACM | B110 | .20 hrs |
| 09/09/13 | phn | Draft closing memorandum | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $279.60

BILLING SUMMARY

| Preston H. Neel | 1.20 hrs | 233.00 /hr | 279.60 |
|---|---|---|---|

TOTAL FEES                    1.20 hrs                    $279.60

**TOTAL CHARGES FOR THIS INVOICE**                     $279.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301048
INVOICE #  944099

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301048
     TC # 2013-07-EL6946

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/14/13 | phn | Draft email to D. Booth regarding case disposition | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                            $46.60

BILLING SUMMARY

Preston H. Neel                 .20 hrs   233.00 /hr      46.60

TOTAL FEES                 0.20 hrs              $46.60

**TOTAL CHARGES FOR THIS INVOICE**                $46.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301050
INVOICE #  889619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:   0R2013-301050
      TC # 2013-08-EG5269

PROFESSIONAL SERVICES

| 09/09/13 | CSM | Draft, revise and finalize amended answer | L210 | .90 hrs |
|---|---|---|---|---|
| 09/13/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 09/26/13 | CSM | Review and analyze fact pack and draft responses to plaintiff's first interrogatories and requests for production | L310 | 3.90 hrs |
| 09/27/13 | CSM | Telephone conference with opposing counsel regarding lack of merit of asserted claims and plans for vigorous defense | L160 | .10 hrs |
| 09/27/13 | CSM | Draft and revise cover letter to notice of bankruptcy detailing lack of merit of plaintiff's claims and demanding immediate dismissal of suit | L190 | 1.00 hrs |
| 09/27/13 | CSM | Emails with D.Booth requesting review and revision of cover letter to notice of bankruptcy | L120 | .20 hrs |
| 09/27/13 | HTC | Review letter regarding serial filings against GMAMC with knowledge of bankruptcy | L120 | .10 hrs |
| 09/27/13 | CSM | Draft first requests to plaintiff for admissions and prepare exhibits to same | L210 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
NOVEMBER 22, 2013

0R2013-301050

FED ID NO. 63-0243316

| 09/27/13 | CSM | Draft and revise cover letter to notice of bankruptcy detailing lack of merit of plaintiff's claims and demanding immediate dismissal of suit | C400 | 1.00 hrs |
|---|---|---|---|---|
| 09/27/13 | CSM | Emails with D.Booth requesting review and revision of cover letter to notice of bankruptcy | C300 | .20 hrs |
| 09/27/13 | CSM | Revise responses to plaintiff's first interrogatories and requests for production | L210 | .40 hrs |
| 09/27/13 | CSM | Email correspondence with opposing counsel regarding requested extension of time to respond to plaintiff's first interrogatories and requests for production | C400 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $2,688.40

09/26/13 Copy Charges                                      0.00

BILLING SUMMARY

| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
|---|---|---|---|
| Cory S. Menees | 9.00 hrs | 295.00 /hr | 2,655.00 |

TOTAL FEES                9.10 hrs              $2,688.40

TOTAL CHARGES FOR THIS INVOICE              $2,688.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE                                                FEBRUARY 14, 2014
                                                             0R2013-301050
                                                             INVOICE #  944100
                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301050
     TC # 2013-08-EG5269

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | CSM | Draft status report for client review | B110 | .10 hrs |
| 10/25/13 | CSM | Emails with D.Booth regarding filing of notice of bankruptcy | L190 | .10 hrs |
| 10/29/13 | CSM | Email to D.Booth regarding review of responses to written discovery and settlement strategy | L120 | .30 hrs |
| 10/29/13 | CSM | Revise and finalize responses to written discovery | L310 | .80 hrs |
| 11/03/13 | HTC | Review email from D.Booth and response to same regarding settlement of claims | L120 | .10 hrs |
| 11/04/13 | HTC | Revise email to D.Booth regarding settlement | L160 | .10 hrs |
| 12/02/13 | RV | Draft status report for November 2013 for the client | L120 | .10 hrs |
| 12/09/13 | RV | Review and analyze call notes for alleged contacts with borrower | L120 | .30 hrs |
| 12/09/13 | RV | Draft analysis of borrower's FCCPA claim | L120 | .20 hrs |
| 12/09/13 | RV | Review and analyze and revise client's responses and objections to borrower's First Request for Production | L120 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

0R2013-301050

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/09/13 | RV | Review documents to be produced in response to borrower's written discovery requests | L120 | .30 | hrs |
| 12/09/13 | RV | Email exchange with D.Booth regarding outstanding discovery that needs to be verified by GMAC and regarding settlement posture | L120 | .20 | hrs |
| 12/09/13 | RV | Draft memorandum to B.Elkin regarding forthcoming discovery and regarding settlement offer and request for counteroffer | L120 | .20 | hrs |
| 12/10/13 | RV | Review correspondence from J.McCabe regarding verification needed for GMAC's responses to borrower's Interrogatories | L120 | .10 | hrs |
| 12/10/13 | RV | Email exchange with P.Knapp regarding his requested changes to GMAC's responses to Interrogatories | L120 | .20 | hrs |
| 12/12/13 | RV | Draft memorandum to P.Knapp regarding his requested changes to GMAC's responses to Interrogatories and with revised document attached for verification | L120 | .30 | hrs |
| 12/12/13 | RV | Revise GMAC's responses to Interrogatories prior to verification | L120 | .20 | hrs |
| 12/13/13 | RV | Review and analyze correspondence from P.Knapp with his attached verified Interrogatories | L120 | .10 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
FEBRUARY 14, 2014

0R2013-301050

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/16/13 | RV | Review and analyze clients discovery responses and analyze documents to be produced | L120 | .90 hrs |
| 12/16/13 | RV | Revise responses and objections to borrower's Request for Production | L120 | .50 hrs |
| 12/17/13 | RV | Review and analyze call notes for GMAC contacts with borrower and contacts with borrower after servicing transfer | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $1,374.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .20 hrs | 334.00 /hr | 66.80 |
| Richard Vann | 4.20 hrs | 220.00 /hr | 924.00 |
| Cory S. Menees | 1.30 hrs | 295.00 /hr | 383.50 |

TOTAL FEES                    5.70 hrs                    $1,374.30

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,374.30**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301051
INVOICE #  889620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301051
     TC # 2013-08-EZ3315

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 09/03/13 | phn | E-mail to D. Booth attaching copy of file stamped NOB and discussions regarding Green Tree's responsibilities to litigate on behalf of RESCAP with regard RESCAP's pending answer deadline | B110 | .20 hrs |
| 09/04/13 | phn | Review and analysis of docket and update email to D. Booth informing of GMAC and Fannie Mae£s service and deadline to file a protective answer (general denial) for GMAC and requesting direction on same | B110 | .20 hrs |
| 09/04/13 | phn | Draft status update on pending litigation, NOB, and protective answer | B110 | .20 hrs |
| 09/04/13 | GWG | Review docket for any appearance on behalf of GMACM and FNMA and begin preparation of responsive pleading on GMACM's behalf | L210 | .40 hrs |
| 09/05/13 | GWG | Work on general denial on behalf of GMACM and strategy regarding the filing of same given the bankruptcy stay and lack of appearance by FNMA | L210 | .50 hrs |
| 09/05/13 | phn | Email exchange with D. Booth regarding BABC£s representation of GMAC, Fannie Mae and Greentree and discussions regarding protective answer for GMAC in the event Green Tree does not make an appearance | L120 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
NOVEMBER 22, 2013

0R2013-301051

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/05/13 | phn | Draft General Denial | L210 | .40 hrs |
| 09/05/13 | phn | Follow-up email with D. Booth regarding response deadline to borrowerÆs original complaint | L120 | .10 hrs |
| 09/10/13 | phn | Email exchange with D. Booth regarding Texas procedure for general denial and motions to dismiss | L120 | .30 hrs |
| 09/12/13 | phn | Prepare for filing and service of general denial/answer | L210 | .20 hrs |
| 09/12/13 | phn | Email to D.Booth attaching file stamped copy of general denial/answer | L120 | .10 hrs |
| 09/12/13 | ABB | Finalize Answer and prepare same to be filed with the Court as well as to be served upon all parties via certified mail | L110 | .40 hrs |
| 09/19/13 | JOHO | Update case status regarding deadlines and pulled updated docket report. | L140 | .30 hrs |
| 09/19/13 | phn | Review and analysis of Fannie MaeÆs answer | L120 | .20 hrs |
| 09/20/13 | GWG | Call with client regarding representation of FNMA, as well as Greentree's role in the matter and possible appearance by Greentree on GMAC's behalf | L120 | .20 hrs |
| 09/20/13 | phn | Conversation with D.Booth regarding BABCÆs representation instructions with regard to RESCAP under Green TreeÆs servicing contract | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
NOVEMBER 22, 2013

OR2013-301051

FED ID NO. 63-0243316

| 09/26/13 | phn | Analysis of opposing counselÆs email discussing GMACÆs Notice of Bankruptcy and his request for a loan modification | L120 | .20 hrs |
|---|---|---|---|---|
| 09/27/13 | phn | Phone call to R.Negrin, Fannie MaeÆs counsel, to discuss opposing counselÆs settlement email | L120 | .10 hrs |
| 09/30/13 | phn | Conference call with R.Negrin regarding opposing counselÆs offer of settlement and discussions about Green TreeÆs pending eviction | L120 | .20 hrs |
| 09/30/13 | GWG | Calls with D. Booth and R. Negrin regarding FNMA's eviction action and the status of the service release from GMAC to Greentree | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $1,254.30

BILLING SUMMARY

| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
|---|---|---|---|
| Graham W. Gerhardt | 1.50 hrs | 312.00 /hr | 468.00 |
| Preston H. Neel | 2.90 hrs | 233.00 /hr | 675.70 |
| Jonathan Holtzclaw | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES          5.10 hrs                    $1,254.30

TOTAL CHARGES FOR THIS INVOICE                    $1,254.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301051
INVOICE # 944101

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0R2013-301051
      TC # 2013-08-EZ3315

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 11/04/13 | phn | Draft montthly status update report for client review | L190 | .20 | hrs |
| 11/06/13 | GWG | Research docket for any scheduling order or order in response to GMAC's notice of bankruptcy, and call to opposing counsel regarding same | L210 | .20 | hrs |
| 11/08/13 | phn | Phone call from Opposing Counsel regarding settlement demand and review of subsequent emails from parties memoralizing Conversation and background | L120 | .40 | hrs |
| 11/12/13 | GWG | Calls with opposing counsel, client, and counsel for FNMA regarding possible global settlement | L160 | 1.00 | hrs |
| 11/21/13 | phn | Review and analysis of Opposing Counsel's demand letter to FNMA related to settlement discussions | L120 | .40 | hrs |
| 11/22/13 | GWG | Calls and correspondence with D. Booth, R. Negrin, and C. Vilt regarding global settlement | L160 | .60 | hrs |
| 11/25/13 | GWG | Calls and correspondence with C. Vilt, R. Negrin and D. Booth regarding settlement with the borrower and dismissal of the litigation | L160 | .70 | hrs |
| 11/26/13 | GWG | Correspond with client and other counsel regarding acceptance of settlement offer | L160 | .30 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
FEBRUARY 14, 2014

0R2013-301051

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 11/27/13 | RK | Conference with D.Booth regarding settlement offer | L120 | .10 hrs |
| 12/02/13 | GWG | Correspondence with opposing counsel and counsel for FNMA regarding settlement offer | L160 | .20 hrs |
| 12/02/13 | RK | Review correspondence from D.Booth regarding settlement agreement | L120 | .10 hrs |
| 12/02/13 | phn | Review and analysis of settlement correspondence in preparation for drafting SAR | L160 | .50 hrs |
| 12/03/13 | phn | Draft December status update report for client review | B110 | .20 hrs |
| 12/04/13 | phn | Initial draft of settlement and release agreement memorializing loan at issue, dispute, and settlement terms | L160 | .60 hrs |
| 12/04/13 | JOHO | Researched litigation history for Carl Cook and pulled all previous dockets for similar cases. | L140 | .50 hrs |
| 12/04/13 | GWG | Draft release and settlement agreement | L160 | 1.10 hrs |
| 12/04/13 | GWG | Review pleadings from FNMA's separate eviction action against the borrower for additional information to be included in the release and settlement agreement | L210 | .30 hrs |
| 12/04/13 | GWG | Correspondence with client regarding borrower's acceptance of our settlement offer | L160 | .20 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
FEBRUARY 14, 2014

OR2013-301051

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/05/13 | GWG | Correspond with client, counsel for FNMA, and opposing counsel regarding settlement documents | L160 | .30 hrs |
| 12/05/13 | JOHO | Pulled all pleadings for case number 13-CCV-050924 for attorney. | L140 | .60 hrs |
| 12/09/13 | GWG | Review executed versions of the settlement agreement and correspond with client and C. Vilt regarding same | L160 | .20 hrs |
| 12/17/13 | GWG | Correspondence with C. Vilt regarding settlement check and signed release | L160 | .20 hrs |
| 12/17/13 | JOHO | Determine current case status regarding deadlines and other relevant information, pulled updated docket report, and checked for any new filings/pleadings that may be needed to ensure that our strategic/procedural posture is up to date and current | L140 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $2,452.10

EXPENSES

| | | |
|---|---|---|
| 12/17/13 | Copy Charges | 0.00 |
| 10/03/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP FORT BEND DISTRICT 8-29-13 Bank ID: PCARD Check Number: P240 | 2.00 |
| 10/03/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP TX ONLINE 8-29-13 Bank ID: PCARD Check Number: P240 | 8.48 |
| 10/03/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP FORT BEND DISTRICT 9-12-13 Bank ID: PCARD Check Number: P240 | 2.00 |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
FEBRUARY 14, 2014

0R2013-301051

FED ID NO. 63-0243316

10/03/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP                8.48
         TX ONLINE 9-12-13
         Bank ID: PCARD Check Number: P240

         TOTAL COSTS FOR THIS MATTER                          $20.96


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 5.30 hrs | 312.00 /hr | 1,653.60 |
| Preston H. Neel | 2.30 hrs | 233.00 /hr | 535.90 |
| Riley Key | .20 hrs | 207.00 /hr | 41.40 |
| Jonathan Holtzclaw | 1.40 hrs | 158.00 /hr | 221.20 |

TOTAL FEES                       9.20 hrs                 $2,452.10

TOTAL EXPENSES                                              $20.96

**TOTAL CHARGES FOR THIS INVOICE**                        $2,473.06

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301052
INVOICE #  889621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301052
     TC # 2013-09-EW7831

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/20/13 | MPE | Research foreclosure case, district court case, and public records to determine status of property and assist with determining current servicer. | L110 | .70 hrs |
| 09/20/13 | CWH | Review and analyze Seller's complaint and determine status of his foreclosure suit | L120 | .20 hrs |
| 09/23/13 | MPE | Draft notice of bankruptcy. | L210 | .30 hrs |
| 09/23/13 | MPE | Review of all claims against GMAC in District Court action to determine which are stayed by the bankruptcy. | L110 | .60 hrs |
| 09/24/13 | CWH | Review and analyze status of the foreclosure suit and draft email to Estate on same | L120 | .30 hrs |
| 09/29/13 | CWH | Review borrower's pro se complaint and review and revise notice of bankruptcy based on same | L210 | .20 hrs |
| 09/29/13 | CWH | Email Estate for approval on notice of bankruptcy | L120 | .10 hrs |
| 09/30/13 | CWH | Exchange emails with D.Booth regarding his changes to notice of bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $592.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
NOVEMBER 22, 2013

0R2013-301052

FED ID NO. 63-0243316

BILLING SUMMARY

    Christian W. Hancock          .90 hrs     361.00 /hr        324.90
    Melisa P. Palmer            1.60 hrs     167.00 /hr        267.20

TOTAL FEES                      2.50 hrs                        $592.10

TOTAL CHARGES FOR THIS INVOICE                             $592.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301052
INVOICE # 944102

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301052
     TC # 2013-09-EW7831

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/02/13 | SAP | Draft Notice of Suggestion of Bankruptcy in conjunction with review of Complaint | B190 | .40 hrs |
| 10/04/13 | MPE | Research docket to confirm Notice of Bankruptcy filing and determine if Plaintiff filed a response. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER          $169.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Steven A. Pozefsky | .40 hrs | 339.00 /hr | 135.60 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          0.60 hrs          $169.00

**TOTAL CHARGES FOR THIS INVOICE**          $169.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301054
INVOICE #  944103

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301054
     TC # 2013-10-ED3937

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 10/06/13 | FWA | Review materials from client re: new referral and consider appropriate strategy for responding to same | L190 | .60 hrs |
| 11/05/13 | AHC | Review file and docket to determine/confirm status and deadlines and update status report for client review | L110 | .20 hrs |
| 11/25/13 | TBE | Phone call with Kevin Snider asking to dismiss GMACM from the matter | P500 | .10 hrs |
| 11/25/13 | TBE | Drafting and revising a voluntary non-suit with prejudice to dismiss GMACM from the litigation | L250 | 1.20 hrs |
| 11/25/13 | TBE | Sending a copy of the agreed order to dismiss GMACM to opposing counsel for approval | P500 | .10 hrs |
| 12/04/13 | AHC | Draft and submit status report for client review | L190 | .20 hrs |
| 12/09/13 | HHW | Email correspondence with D.Booth with GMACM regarding status of claims against GMACM and borrower counsel refusal to dismiss claims | L190 | .20 hrs |
| 12/10/13 | TBE | Drafting a notice of bankruptcy and letter regarding the same to opposing counsel | L250 | 1.00 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

OR2013-301054

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 12/10/13 | HHW | Review and revise draft Notice of Bankruptcy | L250 | .30 hrs |
| 12/11/13 | HHW | Review and analyze revisions to Notice of Bankruptcy and correspondence to counsel for borrower | L190 | .20 hrs |
| 12/13/13 | TBE | Filing notice of bankruptcy with the Shelby County Chancery Court | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                     $1,054.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | .60 hrs | 378.00 /hr | 226.80 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |
| Heather Wright | .70 hrs | 263.00 /hr | 184.10 |
| Talor Bearman | 2.90 hrs | 200.00 /hr | 580.00 |

TOTAL FEES              4.60 hrs              $1,054.10

**TOTAL CHARGES FOR THIS INVOICE**              $1,054.10

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301055
INVOICE #  944104

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301055
     TC # 2013-10-ED6741

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 10/08/13 | BAW | Review file materials from RESCAP and discuss case strategy with S.Mobley | L110 | .50 hrs |
| 10/14/13 | SPM | Draft notice of bankruptcy | L120 | .10 hrs |
| 10/14/13 | SPM | Analyze strategy for defending counterclaims that are not barred by bankruptcy | L120 | .80 hrs |
| 10/17/13 | SPM | Discuss notice of bankruptcy and case with GMAC Estate | L210 | .80 hrs |
| 10/17/13 | BAW | Review draft correspondence to client regarding defense of claim | L120 | .20 hrs |
| 10/17/13 | SPM | Revise Notice of bankruptcy | L210 | .20 hrs |
| 10/21/13 | SPM | E-mail Don Booth the filed Notice of Bankruptcy and Motion to Dismiss | L190 | .10 hrs |
| 10/24/13 | SPM | Review and analyze Defendants' response to the motion to dismiss | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $689.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | .70 hrs | 334.00 /hr | 233.80 |
| Spencer Mobley | 2.30 hrs | 198.00 /hr | 455.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

0R2013-301055

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 3.00 hrs | $689.20 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $689.20 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301056
INVOICE #  944105

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301056
     TC # 2013-10-E04921

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/15/13 | phn | Email to D. Booth confirming assignment | L120 | .10 | hrs |
| 10/15/13 | phn | Review and analysis of pleadings and D.Booth's comments/instructions regarding bankruptcy analysis | L110A | .40 | hrs |
| 10/15/13 | FWA | Review pleadings and consider strategy for response to demand | L190 | .30 | hrs |
| 10/18/13 | phn | Draft notice of bankruptcy and cover letter to opposing counsel and prepare for filing | L210 | 1.20 | hrs |
| 10/24/13 | phn | Email to D. Booth enclosing file stamped copies of Notice of Bankruptcy | L120 | .20 | hrs |
| 11/04/13 | phn | Draft status update report for client review | L190 | .20 | hrs |
| 12/03/13 | phn | Draft December status update report | B110 | .20 | hrs |
| 12/10/13 | phn | Review and analysis of Court Order stating case will be dismissed and communicate same to Don Booth | L210 | .20 | hrs |

TOTAL FEES FOR THIS MATTER                    $695.90

10/18/13 Copy Charges                              0.00
10/18/13 Copy Charges                              0.00
10/18/13 Copy Charges                              0.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
FEBRUARY 14, 2014

0R2013-301056

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | .30 hrs | 378.00 /hr | 113.40 |
| Preston H. Neel | 2.50 hrs | 233.00 /hr | 582.50 |

| | | |
|---|---|---|
| TOTAL FEES | 2.80 hrs | $695.90 |

| | |
|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | $695.90 |

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301057
INVOICE #  944106

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301057
     TC # 2013-10-ED5128

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/03/13 | MPE | Draft and finalize notice of Bankruptcy. | L140 | .60 hrs |
| 10/03/13 | CWH | Exchange e-mails with Estate about receipt of new matter, already in default and plan to attend hearing on same tomorrow | L120 | .20 hrs |
| 10/03/13 | CWH | Review and analyze counterclaims and revise notice of bankruptcy | L120 | .20 hrs |
| 10/04/13 | FWA | Review materials and hearing schedule for new matter and coordinate appearance and response to same | L190 | .90 hrs |
| 10/06/13 | FWA | Review materials from client re: new referral and consider appropriate strategy for responding to same | L190 | .60 hrs |
| 10/21/13 | RV | Email exchange with Estate regarding status of new file and communications with B.Smith regarding notice of bankruptcy and next steps | L120 | .20 hrs |
| 11/04/13 | HTC | Review and analyze potential exposure in case | L120 | .10 hrs |
| 11/04/13 | RV | Phone conference with Estate regarding settlement range | L120 | .20 hrs |
| 11/04/13 | RV | Draft memorandum to file regarding counterclaims filed by borrower and resulting settlement range | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

0R2013-301057

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/04/13 | RV | Analyze borrowers counterclaims for settlement posture and reserve requirements | L120 | .50 | hrs |
| 11/04/13 | RV | Draft memorandum to B.Smith regarding setting up a meeting to discuss settlement range | L120 | .10 | hrs |
| 11/05/13 | CWH | Review and analyze merits (if any) of borrower's counterclaims for purposes of giving Estate a value | L120 | .20 | hrs |
| 11/05/13 | CWH | Email Morrison Foerster with questions about timing of complaint and bankruptcy impact | L120 | .10 | hrs |
| 11/05/13 | RV | Email exchange with K.Burby, of foreclosure counsel's office, regarding date original note received | L120 | .20 | hrs |
| 11/05/13 | RV | Analyze counterclaims and settlement posture for client with regard to liquidating the estate | L120 | .40 | hrs |
| 11/05/13 | RV | Draft memorandum to Estate with analysis of counterclaims and settlement posture | L120 | .20 | hrs |
| 11/05/13 | RV | Phone conference with Estate regarding settlement posture and settlement strategy | L120 | .20 | hrs |
| 11/05/13 | RV | Draft memorandum to file regarding settlement strategy | L120 | .10 | hrs |
| 11/06/13 | CWH | Phone call and emails with Morrison Foerster about bankruptcy aspects of case | L120 | .30 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
FEBRUARY 14, 2014

0R2013-301057

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/13 | RV | Review correspondence from MoFo regarding application of stay to borrower's counterclaims | L120 | .20 hrs |
| 11/27/13 | RV | Draft memorandum to Estate regarding case status, settlement posture, and next steps | L120 | .30 hrs |
| 11/27/13 | RV | Review correspondence from B. Smith regarding filing answer to counterclaims and conciliation conference | L120 | .10 hrs |
| 12/02/13 | RV | Draft status report for November 2013 for the client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,721.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 1.50 hrs | 378.00 /hr | 567.00 |
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | 1.00 hrs | 361.00 /hr | 361.00 |
| Richard Vann | 3.00 hrs | 220.00 /hr | 660.00 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES                    6.20 hrs              $1,721.60

**TOTAL CHARGES FOR THIS INVOICE**              $1,721.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301058
INVOICE #  944107

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301058
     TC # 2013-10-ED3026

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 10/22/13 | MPE | Draft Notice of Bankruptcy. | L210 | .40 hrs |
| 10/29/13 | CWH | Review and analyze foreclosure and appellate file to determine history and status of case and whether HOA could/did already seek their fees out of the existing bond | L210 | .50 hrs |
| 10/29/13 | MPE | Research docket to determine case status. | L110 | .10 hrs |
| 10/29/13 | CWH | Review and revise notice of bankruptcy regarding demand for legal fees | L210 | .20 hrs |
| 10/29/13 | MPE | Research state court docket and public records for information on the Surety. | L110 | .80 hrs |
| 10/29/13 | CWH | Phone call with Morrison Foerster attorney about HOA fee issue | L210 | .20 hrs |
| 10/30/13 | MPE | Telephone call with representative at the Surety Company regarding status of Bond. | L110 | .20 hrs |
| 10/30/13 | CWH | Research whether a supersedeas bond with a third party surety is the property of the GMAC bankruptcy Estate | L120 | .40 hrs |
| 10/31/13 | CWH | Draft email to client about impact of supersedeas bond | L120 | .10 hrs |
| 11/04/13 | CWH | Call with Morrison Foerster regarding surety's potential claim against GMACM | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

OR2013-301058

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/04/13 | MPE | Telephone call with Surety to determine status of bond filed on October of 2011. | L110 | .50 hrs |
| 11/05/13 | CWH | Draft summary of case and procedural posture for Estate attorney with recommendation for future handling | L120 | .40 hrs |
| 11/10/13 | CWH | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,092.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.10 hrs | 361.00 /hr | 758.10 |
| Melisa P. Palmer | 2.00 hrs | 167.00 /hr | 334.00 |

TOTAL FEES                4.10 hrs            $1,092.10

**TOTAL CHARGES FOR THIS INVOICE**            $1,092.10

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301059
INVOICE # 944108

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301059
     TC # 2013-10-EV3826

PROFESSIONAL SERVICES

| 10/21/13 | CWH | Review and analyze default counsel's notification of attorneys' fee demand and research borrower's bankruptcy suit for defenses to same | L120 | .20 hrs |
|---|---|---|---|---|
| 10/21/13 | CWH | Email client about recommended strategy | L120 | .20 hrs |
| 10/22/13 | CWH | Review and analyze history of foreclosure and bankruptcy and determine when and why GMAC directed counsel to dismiss the foreclosure suit | L120 | .30 hrs |
| 10/22/13 | JJE | Review and analyze motion for attorney's fees, supporting affidavit, dockets, and relevant case law to determine whether borrower is entitled to prevailing party fees as well as any contingency multiplier | L190 | .70 hrs |
| 10/22/13 | JJE | Develop strategy for possible response in opposition and advise regarding motion for attorney's fees | L190 | .80 hrs |
| 10/22/13 | CWH | Exchange e-mails with L.Delehey, confirming that GMAC needs to file a substantive response to the demand for fees | L120 | .20 hrs |
| 10/23/13 | JJE | Review and analyze timeline and foreclosure file proceedings to determine the exact nature and details resulting in the dismissal and to identify any possible defenses to a | L190 | .90 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

OR2013-301059

FED ID NO. 63-0243316

claim for attorney's fees

| 10/24/13 | JJE | Review and analyze LPS notes and docket in support of filing response in opposition to motion for attorney's fees | L190 | 1.40 hrs |
| 10/24/13 | JJE | Emails from and to client regarding appearance for upcoming hearing and advising on strategy regarding same | L190 | .20 hrs |
| 10/24/13 | JJE | Draft and revise response in opposition to motion for attorney's fees and addressing and incorporating research regarding request for multiplier | L190 | 1.50 hrs |
| 10/24/13 | JJE | Examine underlying foreclosure documents and the motion for attorney's fees and exhibits thereto to determine if borrower is entitled to claim such multiplier | L190 | 1.10 hrs |
| 10/24/13 | CWH | Review and revise motion in opposition to borrower's counsel's demand for fees | L120 | .20 hrs |
| 10/24/13 | MPE | Draft and finalize notice of appearance. | L210 | .30 hrs |
| 10/24/13 | MPE | Finalize and electronically submit GMAC's Response in Opposition to Defendant's Motion for Attorney's Fees | L210 | .40 hrs |
| 10/24/13 | MPE | In depth review of bankruptcy case between January, 2013 and August 2013 to determine status of loan throughout the time period, all documents filed relating to GMAC's property, and Trustee's Reports and recommendation to add to timeline of case events. | L110 | 1.10 hrs |

**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
FEBRUARY 14, 2014

OR2013-301059

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/24/13 | MPE | Review and analysis of LPS notes from default counsel to determine instructions provided by GMAC and add to timeline of case events | L110 | .30 hrs |
| 10/25/13 | CWH | Review and revise brief in opposition to borrower's counsel's demand for attorneys' fees | L120 | .20 hrs |
| 10/25/13 | JJE | Research of relevant case law regarding borrower's ability to claim prevailing party attorney's fees when the prevailing party status is based on a voluntary dismissal based on borrower's compliance with chapter 13 bankruptcy and the implications of same | L190 | 1.60 hrs |
| 10/28/13 | MPE | Email correspondence with judicial assistant regarding potential telephonic appearance at November 1, 2013 hearing | L110 | .20 hrs |
| 10/28/13 | CWH | Review and revise response in opposition to borrower's demand for attorneys' fees | L210 | .40 hrs |
| 10/28/13 | CWH | Email L.Delehey about which counsel should attend hearing on motion for attorneys' fees | L210 | .10 hrs |
| 10/29/13 | CWH | Exchange e-mails with Estate counsel about attendance at Friday's hearing on fee motion | L110 | .10 hrs |
| 10/29/13 | CWH | Exchange e-mails with default counsel about attendance at Friday's hearing on fee motion and to prepare arguments for same | L110 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
FEBRUARY 14, 2014

0R2013-301059

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/13 | JJE | Emails from and to client regarding strategy for appearing at upcoming hearing to argue motion filed on Monday | L190 | .30 hrs |
| 10/30/13 | CWH | Exchange e-mails with L.Delehey about root of case dismissal | L120 | .20 hrs |
| 10/30/13 | NSR | Review message from and confer with C.Elmore regarding motion for attorneys fees | L120 | .20 hrs |
| 10/30/13 | NSR | Review response in opposition to motion for attorneys fees and internal notes in preparation for conferring with C.Elmore regarding potential settlement | L120 | .30 hrs |
| 10/30/13 | CWH | Email Estate's attorney about borrower's counsel's offer of settlement | L120 | .20 hrs |
| 10/30/13 | CWH | Review and revise notice of bankruptcy regarding attorneys' fee issue | L120 | .10 hrs |
| 10/30/13 | MPE | Draft and finalize Notice of bankruptcy | L210 | .30 hrs |
| 10/30/13 | NSR | Draft summary of conference with C.Elmore and settlement offer to file | L160 | .10 hrs |
| 10/30/13 | NSR | Review settlement authority from client and convey counteroffer to C.Elmore | L160 | .20 hrs |
| 10/30/13 | CWH | Exchange e-mails and phone calls with Estate's attorney about attendance at hearing on 11-1-13 | L120 | .20 hrs |
| 10/31/13 | NSR | Review e-mail from C.Elmore regarding counter-offer and analyze post-petition fee argument | L160 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
FEBRUARY 14, 2014

OR2013-301059

FED ID NO. 63-0243316

| 10/31/13 | NSR | Draft e-mail to client regarding analysis of counter-offer and strategy for proceeding with hearing on attorneys' fees | L160 | .20 hrs |
| 10/31/13 | CWH | Review and analyze borrower's counsel's settlement response and develop strategy for tomorrow's hearing | L120 | .20 hrs |
| 10/31/13 | CWH | Exchange e-mails with local counsel about tomorrow's hearing and eventual cancellation of same | L120 | .10 hrs |
| 10/31/13 | NSR | Continue settlement negotiations with C.Elmore regarding evidentiary hearing on motion for attorneys' fees | L160 | .20 hrs |
| 10/31/13 | NSR | E-mail correspondence with client regarding finalization of settlement | L160 | .10 hrs |
| 10/31/13 | NSR | Review notice of cancellation of hearing and completed W9 form and forward to client | L160 | .10 hrs |
| 11/03/13 | CWH | Review and approve joint notice to court about resolution of attorney's fee demand | L120 | .10 hrs |
| 11/04/13 | NSR | Confer with C.Elmore regarding joint notice of resolution for filing | L160 | .10 hrs |
| 11/05/13 | NSR | Review e-mail from C.Elmore regarding joint notice of resolution | L160 | .10 hrs |
| 11/05/13 | MPE | Finalize and electronically submit Notice of Resolution of Defendant's Motion or Attorney's fees. | L210 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     6
FEBRUARY 14, 2014

OR2013-301059

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/14/13 | NSR | E-mail correspondence with client regarding resolution of motion for attorneys' fees | L160 | .10 hrs |
| 11/15/13 | NSR | Review and respond to client e-mail regarding documents memorializing settlement | L160 | .10 hrs |
| 11/26/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 12/03/13 | NSR | Exchange e-mails with client regarding settlement background | L160 | .20 hrs |
| 12/04/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/06/13 | NSR | Exchange e-mails with client regarding settlement agreement terms. | L160 | .20 hrs |
| 12/06/13 | NSR | Draft settlement and release agreement | L160 | 1.30 hrs |
| 12/10/13 | CWH | Review and revise draft settlement agreement | L160 | .20 hrs |
| 12/11/13 | NSR | Review and revise settlement agreement per client comments | L160 | .20 hrs |
| 12/11/13 | NSR | Communicate with C.Elmore regarding execution of settlement agreement | L160 | .10 hrs |
| 12/11/13 | NSR | Revise settlement agreement to incorporate edits | L160 | .20 hrs |
| 12/11/13 | NSR | Communicate with client regarding approval of settlement agreement for execution | L160 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
FEBRUARY 14, 2014

OR2013-301059

FED ID NO. 63-0243316

---

12/16/13  NSR   Review e-mail from C.Elmore with        L160      .10 hrs
                partially executed agreement and forward
                to client for execution


          TOTAL FEES FOR THIS MATTER                     $5,598.90


EXPENSES

10/31/13 Certified Copies - BRADLEY ARANT BOULT CUMMINGS              6.21
         LLP MY FLORIDA COUNTY 10-22-13
         Bank ID: PCARD Check Number: P255

          TOTAL COSTS FOR THIS MATTER                    $6.21


BILLING SUMMARY

    Christian W. Hancock      3.50 hrs    361.00 /hr     1,263.50
    Joycelyn J. Eason         8.50 hrs    290.00 /hr     2,465.00
    Nader Raja                4.80 hrs    282.00 /hr     1,353.60
    Melisa P. Palmer          3.00 hrs    167.00 /hr       501.00
    Kerry Keane                .10 hrs    158.00 /hr        15.80


TOTAL FEES                   19.90 hrs              $5,598.90

TOTAL EXPENSES                                        $6.21

**TOTAL CHARGES FOR THIS INVOICE**                 **$5,605.11**

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

NOVEMBER 22, 2013
0R2013-301061
INVOICE # 889622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R2013-301061
     TC # 2013-10-EP6127

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/24/13 | LADA | Draft notice of bankruptcy related to borrowers' claims for attorneys fees and costs | L210 | .50 hrs |
| 09/24/13 | LADA | Draft notice of appearance for entry into case prior to filing notice of bankruptcy | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $126.40

BILLING SUMMARY

   Lucinda Kish          .80 hrs    158.00 /hr        126.40

TOTAL FEES              0.80 hrs                    $126.40

**TOTAL CHARGES FOR THIS INVOICE**                 $126.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301061
INVOICE #  944109

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301061
     TC # 2013-10-EP6127

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/07/13 | FWA | Confer with client re: status of notice of bankruptcy | L190 | .20 hrs |
| 11/08/13 | LADA | Revise and finalize notice of bankruptcy and supplemental servicing order | L210 | .30 hrs |
| 11/08/13 | LADA | Revise and finalize notice of appearance | L210 | .30 hrs |
| 11/08/13 | LADA | Review and analysis of docket for client status report | L190 | .20 hrs |
| 11/10/13 | CWH | Exchange e-mails with Estate counsel about the filing of notice of bankruptcy in Andres case | L120 | .10 hrs |
| 12/06/13 | LADA | Review and analysis of current case docket for pending deadlines and recent filings | L190 | .30 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $285.50 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | .20 hrs | 378.00 /hr | 75.60 |
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Lucinda Kish | 1.10 hrs | 158.00 /hr | 173.80 |
| TOTAL FEES | 1.40 hrs | | $285.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
FEBRUARY 14, 2014

0R2013-301061

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $285.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301062
INVOICE #  944110

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301062
     TC # 2013-07-EZ9458

### PROFESSIONAL SERVICES

| 12/02/13 | DCL | Review and analyze case law concerning FPCPA claims | L120 | 1.80 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER          $759.60

### BILLING SUMMARY

| Dana C. Lumsden | 1.80 hrs | 422.00 /hr | 759.60 |
|---|---|---|---|

| TOTAL FEES | 1.80 hrs | | $759.60 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**          $759.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301063
INVOICE #  944111

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301063
     TC # 2013-07-EZ9458

PROFESSIONAL SERVICES

| 11/26/13 | RK | Draft notice of bankruptcy | L210 | .30 hrs |
|---|---|---|---|---|
| 11/27/13 | GWG | Work on notice of bankruptcy on behalf of GMACM | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $155.70

BILLING SUMMARY

| Graham W. Gerhardt | .30 hrs | 312.00 /hr | 93.60 |
|---|---|---|---|
| Riley Key | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES              0.60 hrs              $155.70

**TOTAL CHARGES FOR THIS INVOICE**              $155.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

FEBRUARY 14, 2014
0R2013-301064
INVOICE #  944112

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R2013-301064
     TC # No. 2013-11-EZ3575

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 11/29/13 | CWH | Review and analyze new suit against GMACM by Karen Mobley-Gunn | L120 | .20 hrs |
| 12/02/13 | FSP | Research regarding past wrongful foreclosure lawsuits filed by K.Mobley-Gunn and analyzing pleadings and orders in past lawsuits and pleadings in present lawsuit for purposes of case analysis and advising client | L120 | .40 hrs |
| 12/03/13 | FSP | Analyzing prior lawsuits filed by K.Mobley-Gunn against GMACM, including analysis of pleadings and orders, for purposes of analyzing present lawsuit and developing defense strategy | L120 | 1.20 hrs |
| 12/03/13 | FSP | Drafting and revising email memorandum to D.Booth (ResCap-GMAC) regarding analysis of K.Mobley-Gunn's prior lawsuits and current lawsuit and discussing strategy for defending lawsuit | L120 | .90 hrs |
| 12/04/13 | FSP | Email correspondence with D.Booth (ResCap) regarding scope of representation and strategy for filing notice of bankruptcy | L120 | .10 hrs |
| 12/04/13 | FSP | Develop strategy for handling defense of new lawsuit filed by K.Mobley-Gunn and scope of representation issues | L120 | .40 hrs |

**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
FEBRUARY 14, 2014

0R2013-301064

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/10/13 | FSP | Analyzing documents filed in land records regarding K.Mobley-Gunn's loan for purposes of conducting title search and analyzing case and developing strategy | L120 | .80 hrs |
| 12/10/13 | FSP | Drafting and revising email to D.Booth regarding case analysis and scope of representation and obtaining approval of dual representation | L120 | .50 hrs |
| 12/11/13 | FSP | Email correspondence with D.Booth regarding confirmation of dual representation of GMAC Mortgage, LLC and other named defendants and discussing strategy for responding to Plaintiffs' Complaint | L120 | .40 hrs |
| 12/11/13 | FSP | Develop analysis of scope of representation issues and discussing strategy for handling defense of lawsuit | L120 | .20 hrs |
| 12/12/13 | FSP | Drafting and revising notice of appearance on behalf of defendants including analysis of pleadings and correspondence with client | L250 | .50 hrs |
| 12/16/13 | FSP | Telephone conversation with D.Booth regarding strategy for representing GMAC and filing notice of appearance and bankruptcy | L120 | .20 hrs |
| 12/16/13 | FSP | Telephone conversation with GreenTree counsel regarding representation of GMAC in current Mobley-Gunn lawsuit | L120 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
FEBRUARY 14, 2014

0R2013-301064

FED ID NO. 63-0243316

| 12/17/13 | FSP | Drafting and revising motion for extension of time to file responsive pleading | L250 | 1.10 hrs |
| 12/17/13 | FSP | Drafting and revising proposed order granting motion for extension of time | L250 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                $1,656.20

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Frankie Spero | 7.20 hrs | 220.00 /hr | 1,584.00 |

TOTAL FEES                7.40 hrs                $1,656.20

**TOTAL CHARGES FOR THIS INVOICE**                $1,656.20

***** TOTAL DUE UPON RECEIPT *****