**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE DESIGNATION OF**
**ITEMS TO BE INCLUDED IN RECORD**

Before the Court is Corla Jackson's *Motion to Extend Time to File Designation of Items to be Included in Record* (the "Motion," ECF Doc. # 6518). The Court has reviewed the Motion and grants Jackson an additional fourteen (14) days from the date of this Order to file her designation of items to be included in the record on appeal.

**IT IS SO ORDERED.**

Dated: February 28, 2014
       New York, New York

                                                    /s/Martin Glenn
                                              MARTIN GLENN
                                         United States Bankruptcy Judge