# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE FIFTH INTERIM FEE PERIOD AND THE RETENTION PERIOD

### Compensation by Matter

| Task Code | Matter Description | Total Fifth Interim Hours | Total Fifth Interim Compensation | Total Retention Period Hours | Total Retention Period Compensation[11] |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0 | $0 | 21.20 | $7,231.95 |
| 2 | Asset Disposition/Sales | 0 | $0 | 2.00 | $619.20 |
| 3 | Business Operations and Advice | 1.30 | $637.65 | 47.90 | $15,423.30 |
| 4 | Case Administration | 10.80 | $6,658.20 | 46.60 | $22,632.75 |
| 7 | Fee and Employment Applications | 0 | $0 | 62.40 | $15,826.95 |
| 8 | Fee and Employment Objections | 0 | $0 | 19.60 | $5,617.80 |
| 9 | Financing | 0 | $0 | 0.40 | $196.20 |
| 10 | Plan, Disclosure Statement and Confirmation Matters | 0 | $0 | 0.50 | $198.00 |
| 11 | Plan Supplement Documents | 0 | $0 | 4.40 | $1,125.00 |
| 12 | Relief from Stay Proceedings | 0 | $0 | 0.80 | $392.40 |
| 17 | PLS Litigation | 58.70 | $27,065.70 | 1,704.50 | $542,642.73 |
| 18 | Litigation (Other) | 9.40 | $2,107.80 | 40.60 | $12,536.55 |
| 19 | Government/Regulatory | 0 | $0 | 632.50 | $180,492.75 |
| 20 | Customer and Vendor Matters | 0.30 | $63.45 | 0.30 | $63.45 |
| 22 | Communications with Creditors | 0 | $0 | 1.10 | $539.55 |
| 23 | Meeting of Creditors | 0 | $0 | 0.60 | $294.30 |
| 24 | Employee Matters | 5.70 | $2,249.55 | 6.30 | $2,500.65 |
| 25 | Discovery or Rule 2004 Requests | 0 | $0 | 4.00 | $1,609.20 |

---

[11] All fees listed, unless otherwise indicated, are after application of a 10 percent discount. Additionally, amounts listed here reflect previous amounts set forth in the Fee Applications and do not reflect reductions in fees as a result of settlement of U.S. Trustee objections or reductions of fees made by the Court.

| 26 | Schedules and Statements | 0 | $0 | 0.20 | $98.10 |
|---|---|---|---|---|---|
| 27 | First Day Motions and Hearings | 0 | $0 | 29.60 | $9,597.60 |
| 30 | For all Matters Related to the Examiner | 0 | $0 | 0.30 | $71.55 |
| **Total Fees Incurred** | | **86.20** | **$38,782.35** | **2,625.50** | **$819,709.98** |