# EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONALS BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE FIFTH INTERIM FEE PERIOD AND THE RETENTION PERIOD

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[12] | Total Hours Billed During Fifth Interim Fee Period | Total Compensation During Fifth Interim Fee Period | Total Hours Billed During Retention Period | Total Compensation Billed During Retention Period[13] |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| P. Carter | Trial MN License No. 0227985 | $562.50 | 0 | 0 | 45.30 | $25,481.25[14] |
| J. Langdon | Trial MN License No. 0171931 | $549.00 | 37.90 | $20,807.10 | 507.90 | $278,837.10 |
| J. Jackson | Trial MN License No. 0049219 | $616.50 | 11.00 | $6,781.50 | 36.90 | $22,748.85 |
| K. Constantine | Finance and Restructuring MN License No. 0123341 | $526.50 | 0 | 0 | 0.60 | $315.90 |
| G. Wirth | Advocacy CA License No. 106492 | $522.00 | 1.00 | $522.00 | 1.00 | $522.00 |
| B. MacKenzie | Corporate MN License No. 0301802 | $517.50 | 0 | 0 | 7.40 | $3,829.50 |
| C. Sawyer | Corporate MN License No. 0140351 | $517.50 | 0 | 0 | 3.80 | $1,966.50 |
| E. Schnabel | Finance and Restructuring NY License No. 4709432 | $508.50 | 1.10 | $559.35 | 5.40 | $2,745.90 |

---

[12] All fees listed are after application of a 10 percent discount.

[13] Amounts listed here reflect previous amounts set forth in the Fee Applications and do not reflect reductions in fees as a result of settlement of U.S. Trustee objections or reductions of fees made by the Court.

[14] In the First Interim Application, a 10% discount was taken from compensation total but full compensation amount was listed on Schedule C; also a flat fee adjustment was made (see FN. 12). In this Final Application, the compensation set forth reflects the 10% discount.

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[12] | Total Hours Billed During Fifth Interim Fee Period | Total Compensation During Fifth Interim Fee Period | Total Hours Billed During Retention Period | Total Compensation Billed During Retention Period[13] |
|---|---|---|---|---|---|---|
| T. Kelly | Finance and Restructuring MN License No. 0189960 | $490.50 | 1.30 | $637.65 | 36.20 | $17,756.10 |
| K. Schmidt | Trial CA License No. 195969 | $454.50 | 0 | 0 | 7.70 | $3,499.65 |
| K. Jorgensen | Trial MN License No. 0159463 | $445.50 | 0 | 0 | 2.50 | $1,113.75 |
| M. Voves | Transactions MN License No. 0280069 | $418.50 | 3.30 | $1,381.05 | 3.30 | $1,381.05 |
| S. Marsden | Trial Utah License No. 4879 | $405.00 | 0.20 | $81.00 | 17.50 | $7,087.50 |
| S. Heim | Finance and Restructuring MN License No. 0316994 | $405.00 | 0.10 | $40.50 | 1.00 | $405.00 |
| M. Grant | Trial MN License No. 0311170 | $360.00 | 0 | 0 | 0.20 | $72.00 |
| **Associates and Of Counsel** | | | | | | |
| S. McIvor | Advocacy MN License No. 0181742 | $418.50 | 0 | 0 | 0.60 | $251.10 |
| M. Clark | Finance and Restructuring MN License No. 028211X | $396.00 | 0 | 0 | 12.60 | $4,989.60 |
| M. Collins Zhao | Corporate MN License No. 0391305 | $382.50 | 0 | 0 | 23.00 | $5,071.50 |
| L. McGlinn | Trial CA License No. 161756 | $355.50 | 0.20 | $71.10 | 115.60 | $41,095.80 |
| R. Mallard | Finance and Restructuring DE License No. 4279 | $346.50 | 0.50 | $173.25 | 10.80 | $3,742.20 |
| B. Vander Pol | Trial MN License No. 0386389 | $328.50 | 0 | 0 | 16.20 | $5,321.70 |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[12] | Total Hours Billed During Fifth Interim Fee Period | Total Compensation During Fifth Interim Fee Period | Total Hours Billed During Retention Period | Total Compensation Billed During Retention Period[13] |
|---|---|---|---|---|---|---|
| H. McCann | Trial MN License No. 0386881 | $328.50 | 0 | 0 | 4.90 | $1,609.65 |
| G. Salvo | Trial MN License No. 0349008 | $328.50 | 0 | 0 | 0 | $229.95 |
| J. Mikhailevich | Finance and Restructuring NY License No. 4841557 | $306.00 | 1.90 | $581.40 | 21.40 | $6,548.40 |
| M. Buckley | Trial IL License No. 6285830 | $297.00 | 13.80 | $4,098.60 | 87.10 | $25,868.70 |
| B. Smith | Trial MN License No. 0387223 | $292.50 | 0 | 0 | 665.00 | $135,129.03[15] |
| J. Stilson | Trial MN License No. 0392913 | $283.50 | 0 | 0 | 71.70 | $20,326.95 |
| B. McGarry | Trial CA License No. 258156 | $265.50 | 0 | 0 | 5.90 | $1,566.45 |
| K. Schubert | Trial MN License No. 0388396 | $265.50 | 0 | 0 | 159.90 | $42,453.45 |
| B. Loftus | Trial MN License No. 0388020 | $261.00 | 0 | 0 | 11.70 | $3,053.70 |
| C. Latortue | Advocacy CA License No. 284041 | $247.50 | 1.40 | $346.50 | 1.40 | $346.50 |
| S. Iannacone | Corporate MN License No. 0387820 | $252.00 | 0 | 0 | 17.30 | $4,359.60 |
| E. Hulsebos | Finance and Restructuring MN License No. 0390389 | $238.50 | 0 | 0 | 92.10 | $21,965.85 |
| D. Faith | Trial MN License No. 0389687 | $229.50 | 0 | 0 | 18.50 | $4,245.75 |

---

[15] Total compensation listed for B. Smith is after application of write-off for fixed fee arrangement.

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[12] | Total Hours Billed During Fifth Interim Fee Period | Total Compensation During Fifth Interim Fee Period | Total Hours Billed During Retention Period | Total Compensation Billed During Retention Period[13] |
|---|---|---|---|---|---|---|
| E. Detlefsen | Finance and Restructuring MN License No. 0391086 | $220.50 | 0 | 0 | 1.70 | $374.85 |
| M. Weinbeck | Trial MN License No. 0392531 | $211.50 | 0 | 0 | 20.60 | $4,356.90 |
| A. Brantingham | Trial MN License No. 0389952 | $211.50 | 2.40 | $572.40 | 201.60 | $44,231.40 |
| M. Stinson | Trial MN License No. 0392482 | $211.50 | 9.30 | $1,966.95 | 40.70 | $8,608.05 |
| P. Volpe | Corporate MN License No. 0392872 | $211.50 | 0 | 0 | 58.10 | $12,288.15 |
| E. Ruda | Trial MN License No. 0393370 | $211.50 | 0 | 0 | 0.20 | $42.30 |
| K. Zinsmaster | Trial MN License No. 0391299 | $211.50 | 0 | 0 | 8.30 | $1,755.45 |
| **Paraprofessionals** | | | | | | |
| J. Lanz | N/A | $247.50 | 0 | 0 | 2.10 | $519.75 |
| V. Perisho | Trial | $216.00 | 0 | 0 | 2.50 | $540.00 |
| C. Miller | Trial | $202.50 | 0.80 | $162.00 | 6.70 | $1,356.75 |
| M. Stark | Trial | $202.50 | 0 | 0 | 2.80 | $567.00 |
| S. Jarzyna Zhao | IR Reference | $202.50 | 0 | 0 | 3.10 | $627.75 |
| N. Bussiere | Trial | $198.00 | 0 | 0 | 100.80 | $19,962.45 |
| R. Knudson | Trial | $198.00 | 0 | 0 | 122.60 | $24,274.80 |
| K. Rushing | Trial | $193.50 | 0 | 0 | 2.40 | $464.40 |
| N. Hine | Trial | $189.00 | 0 | 0 | 1.20 | $226.80 |
| R. Russell | Trial | $157.50 | 0 | 0 | 3.40 | $535.50 |
| C. Sexton | IR Reference | $112.50 | 0 | 0 | 0.70 | $78.75 |
| A. Jarboe | Trial | $90.00 | 0 | 0 | 1.40 | $126.00 |
| J. Kragness | Trial | $90.00 | 0 | 0 | 15.20 | $1,368.00 |
| J. Dahl | Trial | $90.00 | 0 | 0 | 1.20 | $108.00 |
| K. Langlias | Trial | $90.00 | 0 | 0 | 2.50 | $225.00 |
| M. Edwards | Trial | $90.00 | 0 | 0 | 11.00 | $990.00 |
| P. Jennings | Trial | $90.00 | 0 | 0 | 0.80 | $72.00 |
| A. Ballentine | Trial | $90.00 | 0 | 0 | 0.80 | $72.00 |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[12] | Total Hours Billed During Fifth Interim Fee Period | Total Compensation During Fifth Interim Fee Period | Total Hours Billed During Retention Period | Total Compensation Billed During Retention Period[13] |
|---|---|---|---|---|---|---|
| **Professionals Totals** | | **Blended Rate** | | | | |
| **Total Fees Incurred (After 10% discount)** | | **$294.25** | **86.20** | **$38,782.35** | **2,625.50** | **$819,709.98** |