# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE FIFTH INERIM FEE PERIOD AND THE RETENTION PERIOD

### FIRST INTERIM FEE PERIOD

| Expense Category | Amount |
|---|---|
| Overnight Delivery Charges | $19.19 |
| Filing Fee ($500.00; $20.00, $225.00, $136.00) | $881.00 |
| Messenger Charges | $121.00 |
| Professional Services – Riley, Riper, Hollin & Collagreco – receive and review discovery requests from M. Ellis; email to J. Langdon regarding same | $82.50 |
| Travel Expense – B. Smith | $2,326.36 |
| ALM Media, Inc. – electronic monitoring of court docket | $13.23 |
| Riverside Court Web – copies of legal documents | $5.40 |
| **Total** | **$3,448.68** |

### SECOND INTERIM FEE PERIOD

| Expense Category | Amount |
|---|---|
| ALM Media, Inc. – electronic monitoring of court docket | $13.23 |
| Travel Expense – J. Langdon | $5.25 |
| CD/DVD copies | $40.00 |
| Filing Fee | $20.00 |
| Clerk of Court – confirmed copy of court documents | $40.00 |
| Riverside Court Web – copies of legal documents | $4.00 |
| Pacer Services | $3.30 |
| **Total** | **$125.78** |

### THIRD INTERIM FEE PERIOD

| Expense Category | Amount |
|---|---|
| Travel Expense – J. Langdon (cancelation fee) | $178.00 |
| CD/DVD copies | $20.00 |
| Filing Fee | $6.00 |
| Messenger Fee | $84.00 |
| **Total** | **$288.00** |

## FOURTH INTERIM FEE PERIOD

| Expense Category | Amount |
|---|---|
| Travel Expense – K. Schmidt (Riverside County Superior Court, Indio, 3/29/13, attend ex parte hearing regarding writ of attachment) | $133.97 |
| Conference Call Charges | $78.00 |
| Filing Fee (Riverside/Indio Court) | $90.00 |
| Messenger Fees ($280.00; $483.00; $156.00; $156.00) | $1,075.00 |
| **Total** | **$1,376.97** |

## FIFTH INTERIM FEE PERIOD

| Expense Category | Amount |
|---|---|
| Copy of legal documents – Los Angeles Superior Court: Obtain copy of Court Minute Order of Hearing on order to Show Cause | $2.00 |
| Court Reporter – Veritext Corp.: Transcript of Plea Hearing of S. Pitchersky | $237.60 |
| Copy of legal documents – Riverside Superior Court: Conformed copy of Notice of Bankruptcy and Effect of Automatic Stay | $1.00 |
| **Total** | **$240.60** |

**TOTAL EXPENSES, RETENTION PERIOD:**         $5,480.03