## <u>EXHIBIT E</u>

**MONTHLY FEE STATEMENTS FOR FIFTH INERIM FEE PERIOD**

**THOMAS O. KELLY III**
**(612) 492-6029**
**kelly.tom@dorsey.com**

October 17, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
  Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
  and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
  Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
  Jonathan H. Hofer

  Re: In re Residential Capital, LLC, et al.
    Case No. 12-12020

Dear Counsel:

  Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period September 1, 2013 through September 30, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on October 17, 2013.

  In the absence of a timely objection, the Debtors shall pay $11,555.64, consisting of the sum of (a) $11,555.64, an amount equal to 80% of the fees ($11,555.64 = $14,444.55 x 0.80) and (b) 100% of the expenses ($0) being requested in the Statements.

4821-7053-3910\1

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
October 17, 2013
Page 2

Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,

Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)

# DORSEY
DORSEY & WHITNEY LLP

### MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

October 10, 2013
Invoice No. 1903015

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through September 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,871.55 |
| **Total For Current Invoice** | **$1,871.55** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515

**) DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                              October 10, 2013
Attn: Tammy Hamzehpour                           Invoice No. 1903015
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

---

**For Legal Services Rendered Through September 30, 2013**

| | | | | |
|---|---|---|---|---|
| 09/05/13 | T. Kelly | 196.20 | 0.40 | 3 | Review and revise license notice transfer and email B. Smith regarding same |
| 09/06/13 | T. Kelly | 147.15 | 0.30 | 3 | Emails with B. Smith regarding transfer to liquidating trust |
| 09/16/13 | T. Kelly | 147.15 | 0.30 | 3 | Telephone conference with J. Ruckdaschel and R. Abdelhamid regarding SPE question |
| 09/23/13 | M. Voves | 627.75 | 1.50 | 24 | Review third-party administrator service agreement, investment advisor agreement and related disclosures for ResCap 401(k) plan |
| 09/25/13 | M. Voves | 209.25 | 0.50 | 24 | Telephone conference with J. Ruckdaschel regarding 401(k) matters |
| 09/25/13 | M. Voves | 209.25 | 0.50 | 24 | Review documents in preparation |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                October 10, 2013
Client-Matter No.: 479140-00003                                    Page 2
Invoice No.: 1903015

|            |           |        |      |    | for telephone conference with J. Ruckdaschel regarding 401(k) matters |
|------------|-----------|--------|------|----|--------------------------------------------------------|
| 09/26/13   | M. Voves  | 292.95 | 0.70 | 24 | Revise 401(k) service agreement                        |
| 09/26/13   | M. Voves  | 41.85  | 0.10 | 24 | Send 401(k) service agreement to J. Ruckdaschel        |

**Total Hours**                        **4.30**

| | **Total for Legal Fees** | **$1,871.55** |
|---|---|---|

| | **Total This Invoice** | **$1,871.55** |
|---|---|---|

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|------------|-------|-------|-------------|--------|
| M. Voves   | Partner | 3.30 | 418.50 | 1,381.05 |
| T. Kelly   | Partner | 1.00 | 490.50 | 490.50 |
| **Total all Timekeepers** | | **4.30** | | **1,871.55** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

October 14, 2013
Invoice No. 1904307

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

**For Legal Services Rendered Through September 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $7,562.70

**Total For Current Invoice**                                  **$7,562.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

October 14, 2013
Invoice No. 1904307

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #: 731146**

---

**For Legal Services Rendered Through September 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Memoranda with C. MacElree, D. Horst, and J. Langdon regarding edits to second amended complaint |
| 09/01/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree and M. Buckley regarding revisions to second amended complaint against Hanover |
| 09/02/13 | M. Buckley | 267.30 | 0.90 | 17 | (Nationwide) Revise draft of second amended complaint |
| 09/03/13 | M. Buckley | 594.00 | 2.00 | 17 | (Nationwide) Finalize second amended complaint |
| 09/03/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Correspond with local counsel regarding filing of second amended complaint |
| 09/03/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap                                                                    October 14, 2013
Client-Matter No.: 479140-00005                                               Page 2
Invoice No.: 1904307

|            |            |        |      |    |                                                                                                      |
|------------|------------|--------|------|----|------------------------------------------------------------------------------------------------------|
|            |            |        |      |    | and to A. Cooper regarding settlement                                                                |
| 09/03/13   | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft memoranda regarding Hanover complaint finalization                                |
| 09/04/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memoranda from and to D. Axelrod regarding plea hearing                                 |
| 09/04/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding plea hearing                                |
| 09/04/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memoranda to opposing counsel                                                           |
| 09/05/13   | S. Heim    | 40.50  | 0.10 | 17 | (Nationwide) Review and respond to J. Langdon's email regarding dischargeability of restitution awards |
| 09/05/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from S. Heim regarding bankruptcy issues                               |
| 09/05/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum to opposing counsel regarding settlement of California action                |
| 09/05/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree, D. Horst and L. Delehey regarding Pitchersky settlement |
| 09/05/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding attachment amount                           |
| 09/06/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from S. Heim regarding preference analysis                             |
| 09/06/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree                                                       |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1904307

October 14, 2013
Page 3

| Date | Attorney | Amount | Hours | Task | Description |
|---|---|---|---|---|---|
| 09/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to trustee's counsel |
| 09/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with trustee's counsel |
| 09/09/13 | R. Mallard | 173.25 | 0.50 | 17 | (Alliance) Conference with E. Schnabel regarding questions about adversary proceeding procedural history and outstanding issues for stipulation to lift the automatic stay |
| 09/09/13 | E. Schnabel | 101.70 | 0.20 | 17 | Emails with J. Wishnew and L. Delehey regarding stipulation |
| 09/09/13 | E. Schnabel | 152.55 | 0.30 | 17 | Review stipulation |
| 09/09/13 | E. Schnabel | 101.70 | 0.20 | 17 | Conferences with R. Mallard regarding stipulation |
| 09/10/13 | J. Mikhailevich | 244.80 | 0.80 | 17 | (Alliance) Revise stipulation and order for relief from the automatic stay |
| 09/10/13 | J. Mikhailevich | 91.80 | 0.30 | SSI(Al | (Alliance) Telephone conference with E. Schnabel |
| 09/10/13 | E. Schnabel | 50.85 | 0.10 | 17 | Review stipulation |
| 09/10/13 | E. Schnabel | 101.70 | 0.20 | 17 | Telephone conference with J. Wishnew and L. Delehey regarding stipulation |
| 09/10/13 | E. Schnabel | 50.85 | 0.10 | 17 | Conference with J. Mikhailevich regarding stipulation |
| 09/11/13 | M. Buckley | 356.40 | 1.20 | 17 | (Nationwide) Draft MacElree verification of second amended complaint and precipe to substitute verifications |
| 09/12/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Hanover discovery |
| 09/13/13 | J. Mikhailevich | 91.80 | 0.30 | 17 | (Alliance) Review revised stipulation |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1904307

October 14, 2013
Page 4

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 09/13/13 | J. Mikhailevich | 91.80 | 0.30 | 17 | Review and draft emails to working group |
| 09/13/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to A. Cooper regarding California action |
| 09/16/13 | M. Buckley | 59.40 | 0.20 | 17 | Memoranda to J. Richardson and C. MacElree concerning MacElree verification to second amended complaint |
| 09/16/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review memoranda from opposing counsel regarding California action |
| 09/16/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding settlement payment |
| 09/17/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Memoranda with C. MacElree and J. Richardson regarding MacElree verification for second amended complaint |
| 09/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review bankruptcy docket for update on filings |
| 09/17/13 | J. Langdon | 658.80 | 1.20 | 17 | (Nationwide) Draft Pitchersky settlement papers |
| 09/17/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding trustee's motion |
| 09/17/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Review and revise complaint against title insurer |
| 09/18/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Memoranda with C. MacElree and J. Richardson to confirm execution and sending of MacElree verification to second amended complaint |
| 09/18/13 | J. Mikhailevich | 61.20 | 0.20 | 17 | Telephone conference with E. Hulsebos regarding reduced fee amount |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                    October 14, 2013
Client-Matter No.: 479140-00005                                       Page 5
Invoice No.: 1904307

| | | | | | |
|---|---|---|---|---|---|
| 09/18/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding Hanover complaint |
| 09/19/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Memoranda with J. Richardson and C. MacElree regarding verification for second amended complaint |
| 09/20/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memorandum regarding Hanover motion |
| 09/23/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Check York County docket for answer or preliminary objections from Hanover counsel |
| 09/23/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Memoranda with J. Langdon regarding Hanover answer/objections |
| 09/23/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Revise Pitchersky settlement papers |
| 09/23/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Hanover response |
| 09/24/13 | M. Buckley | 207.90 | 0.70 | 17 | (Nationwide) Review Hanover responses to second amended complaint |
| 09/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review Hanover answer |
| 09/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree and L. Delehey regarding Hanover answer |
| 09/24/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Revise Pitchersky settlement papers |
| 09/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree and L. Delehey regarding Pitchersky settlement papers |
| 09/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from D. Axelrod regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap                                                          October 14, 2013
Client-Matter No.: 479140-00005                                          Page 6
Invoice No.: 1904307

|            |            |        |      |    |                                                       |
|------------|------------|--------|------|----|-------------------------------------------------------|
|            |            |        |      |    | Pitchersky plea                                       |
| 09/25/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memoranda from and to court regarding Pitchersky plea transcript |
| 09/25/13   | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement terms |
| 09/25/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with C. MacElree regarding plea hearing |
| 09/26/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Review California bankruptcy pleadings |
| 09/28/13   | J. Langdon | 54.90  | 0.10 | 17 | Memoranda regarding transcript of Pitchersky plea |

**Total Hours**                    **17.80**

**Total for Legal Fees**    **$7,562.70**

**Total This Invoice**    **$7,562.70**

**Timekeeper Summary**

| Timekeeper       | Class     | Hours | Billed Rate | Amount   |
|------------------|-----------|-------|-------------|----------|
| M. Buckley       | Associate | 6.30  | 297.00      | 1,871.10 |
| R. Mallard       | Associate | 0.50  | 346.50      | 173.25   |
| J. Mikhailevich  | Associate | 1.90  | 306.00      | 581.40   |
| E. Schnabel      | Partner   | 1.10  | 508.50      | 559.35   |
| S. Heim          | Partner   | 0.10  | 405.00      | 40.50    |
| J. Langdon       | Partner   | 7.90  | 549.00      | 4,337.10 |
| **Total all Timekeepers** |  | **17.80** |     | **7,562.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    October 14, 2013
c/o Bradley T. Smith, Esq.                                  Invoice No. 1903834
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00007
FDIC Subpoena

---

**For Legal Services Rendered Through September 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                $465.30

**Total For Current Invoice**                              **$465.30**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
| --- | --- | --- |
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381

REMITTANCE



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    October 14, 2013
c/o Bradley T. Smith, Esq.                            Invoice No. 1903834
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

**Client-Matter No: 479140-00007**

**FDIC Subpoena**

**For Legal Services Rendered Through September 30, 2013**

| Date | | Amount | Hours | | Description |
|------|------|------|------|------|------|
| 09/11/13 | M. Stinson | 84.60 | 0.40 | 18 | Review and analyze correspondence and subpoena and conference with B. Smith and P. Spencer |
| 09/11/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with agent Stephenson regarding subpoena obligations and current status; email B. Smith and P. Spencer regarding same |
| 09/16/13 | M. Stinson | 63.45 | 0.30 | 18 | Telephone conference with B. Smith regarding new subpoena matter with IRS special agent |
| 09/16/13 | M. Stinson | 63.45 | 0.30 | 18 | Review materials in preparation for call with special agent |
| 09/16/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with special agent and correspondence with B. Smith regarding results of call |
| 09/19/13 | M. Stinson | 63.45 | 0.30 | 18 | Draft letter to Special Agent Kevin |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Residential Capital, LLC
Client-Matter No.: 479140-00007
Invoice No.: 1903834

October 14, 2013
Page 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | Tighe regarding IRS subpoena |
| 09/20/13 | M. Stinson | 63.45 | 0.30 | 18 | Telephone conference with B. Smith regarding subpoenas and leave voicemail for SA Tighe regarding same issues |
| 09/26/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with SATighe and email B. Smith and J Jackson regarding results of telephone conference |

**Total Hours**      **2.20**

| | |
|---|---|
| **Total for Legal Fees** | **$465.30** |

| | |
|---|---|
| **Total This Invoice** | **$465.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 2.20 | 211.50 | 465.30 |
| **Total all Timekeepers** | | **2.20** | | **465.30** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY

DORSEY & WHITNEY LLP

### MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

October 15, 2013
Invoice No. 1904740

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

**For Legal Services Rendered Through September 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                          $3,144.15

**Total For Current Invoice**                          **$3,144.15**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                          October 15, 2013
Attn:  David A. Marple                                   Invoice No. 1904740
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

**For Legal Services Rendered Through September 30, 2013**

| Date | Attorney | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 09/03/13 | J Jackson | 123.30 | 0.20 | 4 | Review status of criminal citation at B. Wendt's request |
| 09/03/13 | J Jackson | 61.65 | 0.10 | 4 | Correspond with B. Smith regarding status of criminal citation |
| 09/10/13 | J Jackson | 123.30 | 0.20 | 4 | Conference with M. Stinson regarding status of criminal citation and gathering underlying facts |
| 09/11/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Smith regarding documents on Atlanta property ownership |
| 09/11/13 | J Jackson | 184.95 | 0.30 | 4 | Review documents regarding sale of the property in question |
| 09/11/13 | J Jackson | 184.95 | 0.30 | 4 | Review previous email correspondence regarding same |
| 09/12/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Smith and R. Horn regarding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                          October 15, 2013
Client-Matter No.: 479140-00008                                          Page 2
Invoice No.: 1904740

| | | | | | |
|---|---|---|---|---|---|
| | | | | | property ownership and sale |
| 09/12/13 | J Jackson | 616.50 | 1.00 | 4 | Review R. Horn documents |
| 09/13/13 | J Jackson | 184.95 | 0.30 | 4 | Review backup documents |
| 09/26/13 | J Jackson | 493.20 | 0.80 | 4 | Revise letter to City of Atlanta District Attorney |
| 09/30/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with B. Wendt regarding status and actions taken |
| 09/30/13 | J Jackson | 184.95 | 0.30 | 4 | Review latest criminal citation directed to B. Wendt |
| 09/30/13 | J Jackson | 246.60 | 0.40 | 4 | Review materials from B. Smith and B. Hall regarding sale of Atlanta property |
| 09/30/13 | J Jackson | 123.30 | 0.20 | 4 | Make calls to Atlanta police department regarding B. Wendt and sale of property |
| 09/30/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt to inform her of what we learned from B. Hall materials and Atlanta district attorney's office |

**Total Hours**                                          **5.10**

**Total for Legal Fees**          **$3,144.15**

**Total This Invoice**          **$3,144.15**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 5.10 | 616.50 | 3,144.15 |
| **Total all Timekeepers** | | **5.10** | | **3,144.15** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                           October 9, 2013
One Meridian Crossings                                   Invoice No. 1902737
Minneapolis, MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through September 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                      $632.25

**Total For Current Invoice**                                   **$632.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP          U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                 800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680    Minneapolis, MN 55402                 Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                             October 9, 2013
One Meridian Crossings                                  Invoice No. 1902737
Minneapolis,  MN 55423


**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #:  719440**

---

**For Legal Services Rendered Through September 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 09/04/13 | J. Langdon | 54.90 | 0.10 | 17 | Review proposed stipulation regarding hearing |
| 09/04/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to Ally counsel regarding proposed stipulation regarding hearing |
| 09/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Review court of appeals order adjourning hearing |
| 09/23/13 | A. Brantingham | 71.55 | 0.30 | 17 | Review court of appeals' orders |
| 09/23/13 | A. Brantingham | 47.70 | 0.20 | 17 | Telephone call to staff attorney's office |
| 09/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding status of appeal |
| 09/24/13 | A. Brantingham | 47.70 | 0.20 | 17 | Review bankruptcy notice and docket |
| 09/24/13 | A. Brantingham | 166.95 | 0.70 | 17 | Draft update letter to clerk of court of appeals |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                      October 9, 2013
Client-Matter No.: 355050-00360                                              Page 2
Invoice No.: 1902737

| | | | | | |
|---|---|---|---|---|---|
| 09/24/13 | J. Langdon | 54.90 | 0.10 | 17 | Review letter to Court of Appeals regarding status |
| 09/25/13 | A. Brantingham | 23.85 | 0.10 | 17 | Finalize and submit update letter to court of appeals |
| | **Total Hours** | | **2.00** | | |

| | |
|---|---|
| **Total for Legal Fees** | **$632.25** |

| | |
|---|---|
| **Total This Invoice** | **$632.25** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 1.50 | 238.50 | 357.75 |
| J. Langdon | Partner | 0.50 | 549.00 | 274.50 |
| **Total all Timekeepers** | | **2.00** | | **632.25** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                  October 9, 2013
One Meridian Crossings                                       Invoice No. 1902738
Minneapolis, MN 55423

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

---

**For Legal Services Rendered Through September 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $768.60

**Total For Current Invoice**                                   **$768.60**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                October 9, 2013
One Meridian Crossings                                       Invoice No. 1902738
Minneapolis,  MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

---

**For Legal Services Rendered Through September 30, 2013**

| Date | | | | | |
|------|------|------|------|------|------|
| 09/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy docket regarding status |
| 09/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings |
| 09/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding bankruptcy notice |
| 09/12/13 | J. Langdon | 54.90 | 0.10 | 17 | Review documents regarding motion to dismiss |
| 09/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings |
| 09/20/13 | J. Langdon | 109.80 | 0.20 | 17 | Review plan documents |
| 09/20/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences with L. Lundsten regarding plan vote |
| 09/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Review current pleadings regarding status of plan approval |
| 09/26/13 | J. Langdon | 54.90 | 0.10 | 17 | Review plan requirements |
| 09/27/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences D. Olson |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1902738

October 9, 2013
Page 2

regarding plan requirements

| | |
|---|---|
| **Total Hours** | **1.40** |

| | |
|---|---|
| **Total for Legal Fees** | **$768.60** |

| | |
|---|---|
| **Total This Invoice** | **$768.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 1.40 | 549.00 | 768.60 |
| **Total all Timekeepers** | | **1.40** | | **768.60** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**THOMAS O. KELLY III**
**(612) 492-6029**
**kelly.tom@dorsey.com**

November 20, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
         Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
         and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
         Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
         Jonathan H. Hofer

Re:    In re Residential Capital, LLC, et al.
        Case No. 12-12020

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period September 30, 2013 through October 31, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on November 20, 2013.

    In the absence of a timely objection, the Debtors shall pay $12,962.00, consisting of the sum of (a) $12,960.00, an amount equal to 80% of the fees ($12,960.00 = $16,200.00 x 0.80) and (b) 100% of the expenses ($2.00) being requested in the Statements.

4841-2649-0647\1

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
November 20, 2013
Page 2


Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

Sincerely,


Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                         November 18, 2013
One Meridian Crossings                                   Invoice No. 1911401
Minneapolis,  MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

---

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                             $181.35

**Total For Current Invoice**                           **$181.35**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP                 U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680           Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756

REMITTANCE



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

November 18, 2013
Invoice No. 1911401

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #:  719440**

**For Legal Services Rendered Through October 31, 2013**

| | | | | |
|---|---|---|---|---|
| 10/24/13 | A. Brantingham | 71.55 | 0.30 | 17 | Draft update letter to court of appeals |
| 10/30/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences with Carpenter & Lipps attorney regarding confirmation of individual defendants |

**Total Hours**                              **0.50**

**Total for Legal Fees**          **$181.35**

**Total This Invoice**          **$181.35**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.30 | 238.50 | 71.55 |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                      November 18, 2013
Client-Matter No.: 355050-00360                                                  Page 2
Invoice No.: 1911401

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.20 | 549.00 | 109.80 |
| **Total all Timekeepers** | | **0.50** | | **181.35** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    November 18, 2013
One Meridian Crossings                              Invoice No. 1911402
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

---

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $1,670.85

**Total For Current Invoice**                                   **$1,670.85**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756

REMITTANCE

**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                      November 18, 2013
One Meridian Crossings                                               Invoice No. 1911402
Minneapolis, MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #: 719458**

---

**For Legal Services Rendered Through October 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 10/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy filings regarding plan approval |
| 10/04/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conferences B. Paradis regarding litigation status |
| 10/08/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda |
| 10/10/13 | J. Langdon | 164.70 | 0.30 | 17 | Memoranda from and to individual defendants |
| 10/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding plan terms |
| 10/16/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conference with B. Paradis regarding status of cases |
| 10/17/13 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy pleadings and notices |
| 10/23/13 | A. Brantingham | 23.85 | 0.10 | 17 | Email counsel regarding status letter to court |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    November 18, 2013
Client-Matter No.: 355050-00361                                              Page 2
Invoice No.: 1911402

| 10/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding update to court |
| 10/28/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to R. Fons regarding status of investigation |
| 10/30/13 | J. Langdon | 109.80 | 0.20 | 17 | Review and comment on status letter to court |
| 10/30/13 | J. Langdon | 603.90 | 1.10 | 17 | Review plan exhibits regarding investor claims trust |
| 10/31/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings regarding plan approval |

**Total Hours**                                3.10

| | | |
|---|---|---|
| | **Total for Legal Fees** | **$1,670.85** |

| | | |
|---|---|---|
| | **Total This Invoice** | **$1,670.85** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.10 | 238.50 | 23.85 |
| J. Langdon | Partner | 3.00 | 549.00 | 1,647.00 |
| **Total all Timekeepers** | | **3.10** | | **1,670.85** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

November 18, 2013
Invoice No. 1911403

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

---

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                        $713.70

**Total For Current Invoice**                                      **$713.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
| --- | --- | --- |
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    November 18, 2013
One Meridian Crossings                              Invoice No. 1911403
Minneapolis,  MN 55423


**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #:  732099**

_____

**For Legal Services Rendered Through October 31, 2013**


| 10/30/13 | J. Langdon | 603.90 | 1.10 | 17 | Review plan exhibits regarding investor claims trust |
| 10/30/13 | J. Langdon | 109.80 | 0.20 | 17 | Review and comment on status letter to court |
| | **Total Hours** | | **1.30** | | |

| | **Total for Legal Fees** | **$713.70** |
| | **Total This Invoice** | **$713.70** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| J. Langdon | Partner | 1.30 | 549.00 | 713.70 |
| **Total all Timekeepers** | | **1.30** | | **713.70** |


Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                    November 15, 2013
Attn: Tammy Hamzehpour                         Invoice No. 1911142
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00003
ResCap Treasury General

---

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                   $1,058.85

**Total For Current Invoice**                  **$1,058.85**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP           U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680     Minneapolis, MN  55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515

REMITTANCE

# DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

November 15, 2013
Invoice No. 1911142

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

---

**For Legal Services Rendered Through October 31, 2013**

| | | | | |
|---|---|---|---|---|
| 10/08/13 | M. Stinson | 63.45 | 0.30 | 18 | Telephone conference with E. Smith from Atlanta Solicitor's Office regarding subpoena to Barb Wendt and email J Jackson regarding result of telephone conference |
| 10/09/13 | M. Stinson | 21.15 | 0.10 | 18 | Telephone conference with Special Agent Tighe regarding subpoena and possibility of producing witness |
| 10/10/13 | M. Stinson | 42.30 | 0.20 | 18 | Email P. Spencer and B. Smith regarding status update and potential witness in Knockum subpoena |
| 10/11/13 | M. Stinson | 63.45 | 0.30 | 20 | Telephone conference with J. Ruckdaschel regarding vendor contract language |
| 10/14/13 | C. Latortue | 99.00 | 0.40 | 24 | Review drug screening clause for |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**》DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                      November 15, 2013
Client-Matter No.: 479140-00003                                            Page 2
Invoice No.: 1911142

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | M. Stinson to determine revised language |
| 10/14/13 | C. Latortue | 74.25 | 0.30 | 24 | Strategy discussion with J. Linehan regarding same |
| 10/14/13 | G. Wirth | 522.00 | 1.00 | 24 | Review drug testing language |
| 10/15/13 | C. Latortue | 74.25 | 0.30 | 24 | Telephone conference with M. Stinson and J. Ruckdaschel regarding drug screening clause and accommodation of medical marijuana in California |
| 10/15/13 | C. Latortue | 99.00 | 0.40 | 24 | Revise drug screening language per telephone conference |

|  |  |  |
|---|---|---|
| **Total Hours** | **3.30** | |

| | |
|---|---|
| **Total for Legal Fees** | **$1,058.85** |

| | |
|---|---|
| **Total This Invoice** | **$1,058.85** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| C. Latortue | Associate | 1.40 | 247.50 | 346.50 |
| M. Stinson | Associate | 0.90 | 211.50 | 190.35 |
| G. Wirth | Partner | 1.00 | 522.00 | 522.00 |
| **Total all Timekeepers** | | **3.30** | | **1,058.85** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                           November 18, 2013
Attn:  Tammy Hamzehpour                              Invoice No. 1911199
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $8,863.20

Total For Current Disbursements and Service Charges              $2.00

**Total For Current Invoice**                                  **$8,865.20**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          November 18, 2013
Attn:  Tammy Hamzehpour                              Invoice No. 1911199
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #:  731146**

_____

**For Legal Services Rendered Through October 31, 2013**

| 10/02/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Memoranda to J. Richardson regarding deadline for upcoming responses to materials in Hanover response to second amended complaint |
| 10/02/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Pitchersky plea |
| 10/02/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review memorandum from opposition counsel regarding proposed settlement |
| 10/03/13 | M. Buckley | 89.10 | 0.30 | 17 | (Nationwide) Develop plan for completion of summary judgment and responses to Hanover additional material in response to second amended complaint |
| 10/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to A. Cooper regarding settlement |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1911199

November 18, 2013
Page 2

| Date | Name | Amount | Hours | Task | Description |
|---|---|---|---|---|---|
| 10/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree regarding Pitchersky plea |
| 10/03/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree and L. Delehey regarding Pitchersky settlement |
| 10/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review bankruptcy filings |
| 10/04/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Review Pitchersky plea transcript |
| 10/04/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky plea transcript |
| 10/04/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding restitution issues |
| 10/05/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Memoranda to J. Richardson regarding need for verification for answer to new material in Hanover answer to second amended complaint |
| 10/07/13 | M. Buckley | 1,277.10 | 4.30 | 17 | (Nationwide) Draft answer to new matter in Hanover answer to second amended complaint |
| 10/07/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Revise Pitchersky settlement papers |
| 10/07/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to A. Cooper regarding Pitchersky settlement papers |
| 10/07/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Hanover pleadings |
| 10/08/13 | M. Buckley | 148.50 | 0.50 | 17 | (Nationwide) Revise reply to new matter in Hanover answer |
| 10/08/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Memoranda with J. Richardson and C. MacElree regarding reply to new matter in |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                              November 18, 2013
Client-Matter No.: 479140-00005                                  Page 3
Invoice No.: 1911199

|            |            |         |      |    | Hanover answer |
|------------|------------|---------|------|----|----------------|
| 10/08/13   | J. Langdon | 274.50  | 0.50 | 17 | (Nationwide) Review and revise Hanover pleadings |
| 10/08/13   | J. Langdon | 109.80  | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement |
| 10/08/13   | C. Miller  | 162.00  | 0.80 | 17 | Process transcript and exhibits to document management database to enable full text searching and facilitate attorney review |
| 10/09/13   | M. Buckley | 29.70   | 0.10 | 17 | (Nationwide) Memoranda to C. MacElree regarding review of responses to new matter in Hanover answer to second amended complaint |
| 10/10/13   | M. Buckley | 29.70   | 0.10 | 17 | (Nationwide) Memoranda to C. MacElree regarding verification of reply to new matter in answer of Hanover to second amended complaint |
| 10/10/13   | J. Langdon | 164.70  | 0.30 | 17 | (Nationwide) Memoranda from and to A. Cooper regarding Pitchersky settlement |
| 10/10/13   | J. Langdon | 109.80  | 0.20 | 17 | (Nationwide) Revise settlement documents |
| 10/10/13   | J. Langdon | 54.90   | 0.10 | 17 | (Nationwide) Memoranda to and from C. MacElree to settlement documents |
| 10/11/13   | M. Buckley | 178.20  | 0.60 | 17 | (Nationwide) Revise reply to new matter in Hanover's answer to second amended complaint |
| 10/14/13   | M. Buckley | 207.90  | 0.70 | 17 | (Nationwide) Memoranda with C. MacElree to confirm verification for reply to new Hanover matter |
| 10/14/13   | M. Buckley | 59.40   | 0.20 | 17 | (Nationwide) Arrange for sending of verification to Pennsylvania |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1911199

November 18, 2013
Page 4

|            |            |        |      |    |                                                                                      |
|------------|------------|--------|------|----|--------------------------------------------------------------------------------------|
|            |            |        |      |    | counsel                                                                              |
| 10/14/13   | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft memoranda regarding payment of CD proceeds by Ally Bank           |
| 10/14/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Hanover response pleading                     |
| 10/15/13   | M. Buckley | 29.70  | 0.10 | 17 | (Nationwide) Memoranda with J. Richardson to finalize and file reply to Hanover new matter |
| 10/15/13   | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Revise Pitchersky settlement documents                                  |
| 10/15/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to opposing counsel regarding Pitchersky settlement documents |
| 10/15/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding payment of proceeds from Ally Bank            |
| 10/16/13   | J. Langdon | 768.60 | 1.40 | 17 | (Nationwide) Revise settlement documents                                             |
| 10/16/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree and L. Delehey regarding settlement documents |
| 10/16/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memorandum to T. Denis regarding status of payment                      |
| 10/17/13   | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to T. Denis regarding Pitchersky payment             |
| 10/17/13   | J. Langdon | 54.90  | 0.10 | 17 | (Nationwide) Memorandum to A. Cooper regarding Pitchersky payment                    |
| 10/17/13   | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding Pitchersky payment and regarding strategy |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                          November 18, 2013
Client-Matter No.: 479140-00005                                             Page 5
Invoice No.: 1911199

| 10/18/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memoranda to and from and telephone conference with C. MacElree regarding settlement agreement terms |
|---|---|---|---|---|---|
| 10/21/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement papers |
| 10/21/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from local counsel regarding settlement timing |
| 10/22/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Revise Pitchersky settlement documents |
| 10/22/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree regarding Pitchersky settlement documents |
| 10/23/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to opposing counsel regarding settlement terms |
| 10/23/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review and revise settlement papers |
| 10/24/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memorandum to A. Cooper regarding settlement terms and documents |
| 10/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky settlement |
| 10/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with L. Delehey regarding Pitchersky settlement |
| 10/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. Delehey regarding litigation status |
| 10/28/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky sentencing |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                      November 18, 2013
Client-Matter No.: 479140-00005                                            Page 6
Invoice No.: 1911199

| | | | | |
|---|---|---|---|---|
| 10/28/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Gather key pleadings regarding Pitchersky evasion effort |
| 10/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to L. Delehey regarding current pleadings |
| 10/29/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to C. MacElree regarding status |
| 10/30/13 | J. Langdon | 329.40 | 0.60 | 17 | (Nationwide) Draft summary memorandum regarding Pitchersky conduct |
| 10/30/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky conduct |
| 10/31/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding Pitchersky issues |

**Total Hours**                    **20.00**

**Total for Legal Fees**                            **$8,863.20**

**Disbursements and Service Charges**

Copies of Legal Documents - Los Angeles Superior Court - Obtain Copy            2.00
of Court Minute Order of Hearing on Order to Show Cause 06/28/13

**Total for Disbursements and Service Charges**            **$2.00**

**Total This Invoice**            **$8,865.20**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Buckley | Associate | 7.30 | 297.00 | 2,168.10 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1911199

November 18, 2013
Page 7

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 11.90 | 549.00 | 6,533.10 |
| C. Miller | Paralegal | 0.80 | 202.50 | 162.00 |
| **Total all Timekeepers** | | **20.00** | | **8,863.20** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                           November 19, 2013
Attn: David A. Marple                                             Invoice No. 1911866
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                              $2,781.45

**Total For Current Invoice**                            **$2,781.45**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:               Wire Instructions:
Dorsey & Whitney LLP                U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                       800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680          Minneapolis, MN  55402                Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                          November 19, 2013
Attn:  David A. Marple                                           Invoice No. 1911866
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423


**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

---

**For Legal Services Rendered Through October 31, 2013**

| 10/01/13 | J Jackson | 123.30 | 0.20 | 4 | Attempt to reach Atlanta police regarding arrest citation |
| 10/02/13 | J Jackson | 61.65 | 0.10 | 4 | Call Atlanta police department and leave message regarding B. Wendt |
| 10/02/13 | J Jackson | 246.60 | 0.40 | 4 | Evaluate and consider options given and information from City of Atlanta |
| 10/03/13 | J Jackson | 246.60 | 0.40 | 4 | Provide guidance to M. Stinson to follow-up on reaching City of Atlanta regarding arrest citation |
| 10/03/13 | M. Stinson | 42.30 | 0.20 | 18 | Conference with J Jackson regarding background and efforts taken to communicate with Atlanta supervising officer |
| 10/03/13 | M. Stinson | 21.15 | 0.10 | 18 | Attempt to reach supervising officer |
| 10/03/13 | M. Stinson | 84.60 | 0.40 | 18 | Telephone conference with |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                         November 19, 2013
Client-Matter No.: 479140-00008                                           Page 2
Invoice No.: 1911866

|  |  |  |  |  | Atlanta City Attorneys' Office |
|---|---|---|---|---|---|
| 10/04/13 | J Jackson | 493.20 | 0.80 | 4 | Further consultation with M. Stinson regarding obtaining relief for B. Wendt |
| 10/04/13 | M. Stinson | 63.45 | 0.30 | 18 | Attempt to reach solicitor's office regarding subpoena and update J Jackson regarding status |
| 10/07/13 | J Jackson | 123.30 | 0.20 | 4 | Meet with M. Stinson regarding status of criminal citation directed at B. Wendt |
| 10/07/13 | M. Stinson | 42.30 | 0.20 | 18 | Attempt to call Agent Moore and Solicitor Carter regarding citation |
| 10/08/13 | J Jackson | 123.30 | 0.20 | 4 | Review status of efforts to obtain relief from subpoena |
| 10/08/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt regarding status of our efforts to resolve citation |
| 10/14/13 | J Jackson | 431.55 | 0.70 | 4 | Meet with M. Stinson regarding status and next steps |
| 10/22/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt regarding status of our efforts to resolve citation |
| 10/22/13 | J Jackson | 184.95 | 0.30 | 4 | Conference with M. Stinson regarding response of City of Atlanta |
| 10/24/13 | J Jackson | 123.30 | 0.20 | 4 | Conference with M. Stinson regarding his efforts with City of Atlanta and next steps |
| 10/25/13 | J Jackson | 123.30 | 0.20 | 18 | Assist M. Stinson in communicating with City of Atlanta District Attorney's office |

**Total Hours**                              **5.30**

**Total for Legal Fees**          **$2,781.45**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                                November 19, 2013
Client-Matter No.: 479140-00008                                                    Page 3
Invoice No.: 1911866

| | **Total This Invoice** | **$2,781.45** |
|---|---|---|

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 4.10 | 616.50 | 2,527.65 |
| M. Stinson | Associate | 1.20 | 211.50 | 253.80 |
| **Total all Timekeepers** | | **5.30** | | **2,781.45** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                          November 19, 2013
Attn:  David A. Marple                                        Invoice No. 1911865
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

Client-Matter No.: 479140-00009
Subpoena Assistance & General Legal Advice

**For Legal Services Rendered Through October 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $930.60

**Total For Current Invoice**                                    **$930.60**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

REMITTANCE



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                November 19, 2013
Attn:  David A. Marple                                  Invoice No. 1911865
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423


**Client-Matter No: 479140-00009**

**Subpoena Assistance & General Legal Advice**

---

**For Legal Services Rendered Through October 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 09/30/13 | M. Stinson | 63.45 | 0.30 | 18 | Revise letter to SA Tighe to reflect J Jackson edits and send to SA Tighe |
| 09/30/13 | M. Stinson | 84.60 | 0.40 | 18 | Review and analyze file in Franklin County and subpoena received |
| 09/30/13 | M. Stinson | 21.15 | 0.10 | 18 | Telephone conference with Franklin County Prosecutor |
| 10/03/13 | M. Stinson | 42.30 | 0.20 | 18 | Review email from Special Agent Tighe and telephone conference with P. Spencer regarding next steps |
| 10/14/13 | M. Stinson | 63.45 | 0.30 | 18 | Conference with K. Ha regarding research on HAMP remedies and loan modification denial cause of action |
| 10/15/13 | M. Stinson | 63.45 | 0.30 | 18 | Telephone conference with B. Smith regarding HAMP remedies |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY
DORSEY & WHITNEY LLP

Residential Capital, LLC
Client-Matter No.: 479140-00009
Invoice No.: 1911865

November 19, 2013
Page 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and state law loan modification causes of action |
| 10/15/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with Special Agent Tighe regarding Knockum subpoena |
| 10/22/13 | M. Stinson | 21.15 | 0.10 | 18 | Telephone conference with B. Smith regarding follow-up research regarding California homeowner statute |
| 10/22/13 | M. Stinson | 42.30 | 0.20 | 18 | Email and call Erica Smith with Atlanta City Solicitor's Office regarding B. Wendt subpoena |
| 10/23/13 | M. Stinson | 63.45 | 0.30 | 18 | Telephone conference with SA Tighe |
| 10/24/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with Special Agent Tighe |
| 10/24/13 | M. Stinson | 63.45 | 0.30 | 18 | Follow-up with telephone conference with B. Smith and P. Spencer regarding declaration in lieu of testimony |
| 10/25/13 | M. Stinson | 84.60 | 0.40 | 18 | Review and analyze production in Knockum matter |
| 10/25/13 | M. Stinson | 126.90 | 0.60 | 18 | Draft and revise declaration of P. Spencer regarding production and existence of 1099-OID |
| 10/25/13 | M. Stinson | 42.30 | 0.20 | 18 | Draft cover letter to accompany declaration to SA Tighe |
| 10/28/13 | M. Stinson | 42.30 | 0.20 | 18 | Draft and revise declaration authenticating documents and forward to B. Smith and P. Spencer for comment and signature regarding Knockum matter |
| 10/29/13 | M. Stinson | 21.15 | 0.10 | 18 | Review email regarding status of declaration for SA Tighe |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                         November 19, 2013
Client-Matter No.: 479140-00009                                           Page 3
Invoice No.: 1911865

| | |
|---|---|
| **Total Hours** | **4.40** |

| | |
|---|---|
| Total for Legal Fees | $930.60 |

| | |
|---|---|
| Total This Invoice | $930.60 |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 4.40 | 211.50 | 930.60 |
| **Total all Timekeepers** | | **4.40** | | **930.60** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**THOMAS O. KELLY III**
**(612) 492-6029**
**kelly.tom@dorsey.com**

December 20, 2013

<u>**VIA FEDERAL EXPRESS**</u>

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

    Re:    In re Residential Capital, LLC, et al.
            Case No. 12-12020

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "<u>Order</u>"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period November 1, 2013 through November 30, 2013 (the "<u>Statements</u>"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on December 20, 2013.

    In the absence of a timely objection, the Debtors shall pay $5,044.96, consisting of the sum of (a) $4,806.36, an amount equal to 80% of the fees ($4,806.36 = $6,007.95 x 0.80) and (b) 100% of the expenses ($238.60) being requested in the Statements.

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
December 20, 2013
Page 2


   Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

       Sincerely,



       Thomas O. Kelly III

Enclosures

cc:  Tammy Hamzehpour (w/encl.)(via Federal Express)



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

December 10, 2013
Invoice No. 1916506

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through November 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                     $1,217.25

**Total For Current Invoice**                                   **$1,217.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

REMITTANCE

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    December 10, 2013
One Meridian Crossings                                             Invoice No. 1916506
Minneapolis,  MN 55423

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #:  719440**

---

**For Legal Services Rendered Through November 30, 2013**

| | | | | |
|---|---|---|---|---|
| 11/15/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from L. Marinuzzi regarding scope of release |
| 11/15/13 | J. Langdon | 439.20 | 0.80 | 17 | Memoranda to and from clients regarding release and indemnification |
| 11/18/13 | J. Langdon | 219.60 | 0.40 | 17 | Memoranda to and from and telephone conferences with individual defendants regarding indemnification and release |
| 11/19/13 | J. Langdon | 274.50 | 0.50 | 17 | Memoranda from and to individual defendants regarding scope of third-party release |
| 11/22/13 | A. Brantingham | 119.25 | 0.50 | 17 | Draft letter to court of appeals regarding status of ResCap bankruptcy |
| 11/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Review draft status report to Court |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

DORSEY

DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                      December 10, 2013
Client-Matter No.: 355050-00360                                                  Page 2
Invoice No.: 1916506

of Appeals

**Total Hours**              **2.50**

| | |
|---|---|
| **Total for Legal Fees** | **$1,217.25** |

| | |
|---|---|
| **Total This Invoice** | **$1,217.25** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.50 | 238.50 | 119.25 |
| J. Langdon | Partner | 2.00 | 549.00 | 1,098.00 |
| **Total all Timekeepers** | | **2.50** | | **1,217.25** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                            December 10, 2013
One Meridian Crossings                                      Invoice No. 1916507
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941Stichting Pensioenfonds ABP

**For Legal Services Rendered Through November 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                               $2,580.30

**Total For Current Invoice**                              **$2,580.30**

REMITTANCE

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756

**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    December 10, 2013
One Meridian Crossings                              Invoice No. 1916507
Minneapolis,  MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

---

**For Legal Services Rendered Through November 30, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|--|-------------|
| 11/12/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings regarding plan approval |
| 11/14/13 | J. Langdon | 219.60 | 0.40 | 17 | Memorandum to clients regarding consideration for release |
| 11/14/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with L. Marinucci regarding release of claims |
| 11/14/13 | J. Langdon | 109.80 | 0.20 | 17 | Review plan confirmation related filings |
| 11/15/13 | J. Langdon | 439.20 | 0.80 | 17 | Memoranda to and from clients regarding release and indemnification |
| 11/15/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from L. Marinuzzi regarding scope of release |
| 11/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Review notice of status conference |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**DORSEY**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1916507

December 10, 2013
Page 2

| Date | Timekeeper | Amount | Hours | Task | Description |
|---|---|---|---|---|---|
| 11/18/13 | J. Langdon | 219.60 | 0.40 | 17 | Memoranda to and from and telephone conferences with individual defendants regarding indemnification and release |
| 11/19/13 | J. Langdon | 274.50 | 0.50 | 17 | Memoranda from and to individual defendants regarding scope of third-party release |
| 11/20/13 | J. Langdon | 658.80 | 1.20 | 17 | Review opinion regarding Phase I trial and other key pleadings regarding plan confirmation |
| 11/20/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from individual defendants regarding status |
| 11/21/13 | J. Langdon | 164.70 | 0.30 | 17 | Draft memoranda regarding indemnification and release |
| 11/26/13 | J. Langdon | 109.80 | 0.20 | 17 | Review plan confirmation trial pleadings |

**Total Hours**                    **4.70**

| | |
|---|---|
| **Total for Legal Fees** | **$2,580.30** |

| | |
|---|---|
| **Total This Invoice** | **$2,580.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 4.70 | 549.00 | 2,580.30 |
| **Total all Timekeepers** | | **4.70** | | **2,580.30** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                December 10, 2013
One Meridian Crossings                                          Invoice No. 1916508
Minneapolis,  MN 55423

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through November 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $1,098.00

**Total For Current Invoice**                                   **$1,098.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                December 10, 2013
One Meridian Crossings                          Invoice No. 1916508
Minneapolis,  MN 55423

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #:  732099**

---

**For Legal Services Rendered Through November 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 11/15/13 | J. Langdon | 439.20 | 0.80 | 17 | Memoranda to and from clients regarding release and indemnification |
| 11/15/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from L. Marinuzzi regarding scope of release |
| 11/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Review notice of status conference |
| 11/18/13 | J. Langdon | 219.60 | 0.40 | 17 | Communications with individual defendants regarding indemnification and release |
| 11/19/13 | J. Langdon | 274.50 | 0.50 | 17 | Memoranda from and to individual defendants regarding scope of third-party release |

|  |  |  |
|---|---|---|
| **Total Hours** | **2.00** | |

| | |
|---|---|
| **Total for Legal Fees** | **$1,098.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**D O R S E Y**
DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    December 10, 2013
Client-Matter No.: 355050-00368                                            Page 2
Invoice No.: 1916508

| | **Total This Invoice** | **$1,098.00** |
|---|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 2.00 | 549.00 | 1,098.00 |
| **Total all Timekeepers** | | **2.00** | | **1,098.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

December 16, 2013
Invoice No. 1917044

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through November 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $245.70 |
| Total For Current Disbursements and Service Charges | $238.60 |
| **Total For Current Invoice** | **$484.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          December 16, 2013
Attn: Tammy Hamzehpour                              Invoice No. 1917044
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #:  731146**

**For Legal Services Rendered Through November 30, 2013**

| Date | Name | | | | Description |
|---|---|---|---|---|---|
| 11/07/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding Pitchersky settlement |
| 11/13/13 | S. Marsden | 81.00 | 0.20 | 18 | Review DOJ correspondence regarding Ally status as criminal "victim" in connection with C. Embley fraud |
| 11/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review motion to approve settlement |
| 11/27/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to counsel for Ally Bank regarding status of California action |
| | **Total Hours** | | **0.50** | | |

**Total for Legal Fees**                                    **$245.70**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1917044

December 16, 2013
Page 2

### Disbursements and Service Charges

| | |
|---|---:|
| Court Reporter - James K. Langdon II - Veritext Corp - Transcript of Plea Hearing of S. Pitchersky 10/02/13 | 237.60 |
| Copies of Legal Documents - Riverside Superior Court - Conformed Copy of Notice of Bankruptcy and Effect of Automatic Stay 10/23/13 | 1.00 |

| | |
|---|---:|
| **Total for Disbursements and Service Charges** | **$238.60** |

| | |
|---|---:|
| **Total This Invoice** | **$484.30** |

### Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---:|---:|---:|
| S. Marsden | Partner | 0.20 | 405.00 | 81.00 |
| J. Langdon | Partner | 0.30 | 549.00 | 164.70 |
| **Total all Timekeepers** | | **0.50** | | **245.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    December 9, 2013
Attn:  David A. Marple                                    Invoice No. 1915946
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

---

**For Legal Services Rendered Through November 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                              $739.80

**Total For Current Invoice**                            **$739.80**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ◯ ⟩⟩ DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    December 9, 2013
Attn:  David A. Marple                                      Invoice No. 1915946
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

---

**For Legal Services Rendered Through November 30, 2013**

| Date | | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 11/04/13 | J  Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt in response to her request for status of dismissal of citation |
| 11/26/13 | J  Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt in response to her request for status of documentation of dismissal of citation |
| 11/26/13 | J  Jackson | 184.95 | 0.30 | 4 | Correspond with M. Stinson and B. Wendt's request and next steps |
| 11/26/13 | J  Jackson | 184.95 | 0.30 | 4 | Review and revise letter to the City of Atlanta regarding final dismissal of the arrest citation addressed to B. Wendt |
| 11/27/13 | J  Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson on next steps with City of Atlanta |
| | **Total Hours** | | **1.20** | | |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

Residential Capital, LLC                                      December 9, 2013
Client-Matter No.: 479140-00008                                        Page 2
Invoice No.: 1915946

| | Total for Legal Fees | $739.80 |
|---|---|---|

| | Total This Invoice | $739.80 |
|---|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 1.20 | 616.50 | 739.80 |
| **Total all Timekeepers** | | **1.20** | | **739.80** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

December 9, 2013
Invoice No. 1916357

Client-Matter No.: 479140-00009
Subpoena Assistance & General Legal Advice

---

**For Legal Services Rendered Through November 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $126.90

**Total For Current Invoice                                    $126.90**

REMITTANCE

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                        December 9, 2013
Attn:  David A. Marple                                      Invoice No. 1916357
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

**Client-Matter No: 479140-00009**

**Subpoena Assistance & General Legal Advice**

**For Legal Services Rendered Through November 30, 2013**

| Date | Timekeeper | | | | Description |
|---|---|---|---|---|---|
| 11/26/13 | M. Stinson | 126.90 | 0.60 | 18 | Review correspondence file to prepare letter to Atlanta City Solicitor's Office regarding documentation of dismissal of Barb Wendt citation in Atlanta |

|  | **Total Hours** | | **0.60** |
|---|---|---|---|

|  | **Total for Legal Fees** | **$126.90** |
|---|---|---|

|  | **Total This Invoice** | **$126.90** |
|---|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 0.60 | 211.50 | 126.90 |
| **Total all Timekeepers** | | **0.60** | | **126.90** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**THOMAS O. KELLY III**
**(612) 492-6029**
**kelly.tom@dorsey.com**

January 16, 2014

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Morrison & Foerster LLP | Office of the United States Trustee |
| 1290 Avenue of the Americas | for the Southern District of New York |
| New York, NY 10104 | 201 Varick Street, Suite 1006 |
| Attn: Larren M. Nashelsky, Gary S. Lee and | New York, NY 10014 |
| Lorenzo Marinuzzi | Attn: Tracy Hope Davis, Linda A. Riffkin, |
| | and Brian S. Masumoto |
| | |
| Kramer Levin Naftalis & Frankel LLP | Kirkland & Ellis |
| 1177 Avenue of the Americas | 601 Lexington Avenue |
| New York, NY 10036 | New York, NY 10022 |
| Attn: Kenneth H. Eckstein and | Attn: Richard M. Cieri and Ray C. Schrock |
| Douglas H. Mannal | |
| | |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| 4 Times Square | |
| New York, New York 10036 | |
| Attn: Kenneth S. Ziman and | |
| Jonathan H. Hofer | |

Re:    In re Residential Capital, LLC, et al.
Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period December 1, 2013 through December 17, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on January 16, 2014.

In the absence of a timely objection, the Debtors shall pay $1,703.88, consisting of the sum of (a) $1,703.88, an amount equal to 80% of the fees ($1,703.88 = $2,129.85 x 0.80) and (b) 100% of the expenses ($0) being requested in the Statements.

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
January 16, 2014
Page 2


      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

      Sincerely,


      Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                    January 14, 2014
One Meridian Crossings                                         Invoice No. 1922564
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

---

**For Legal Services Rendered Through December 17, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                         $1,262.70

**Total For Current Invoice**                                     **$1,262.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                           January 14, 2014
One Meridian Crossings                                    Invoice No. 1922564
Minneapolis,  MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

**For Legal Services Rendered Through December 17, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 12/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding plan confirmation issues |
| 12/05/13 | J. Langdon | 274.50 | 0.50 | 17 | Review amended plan |
| 12/10/13 | J. Langdon | 384.30 | 0.70 | 17 | Review pleadings regarding plan amendment and securities litigation releases |
| 12/11/13 | J. Langdon | 274.50 | 0.50 | 17 | Review pleadings regarding confirmation of third-party release |
| 12/17/13 | J. Langdon | 274.50 | 0.50 | 17 | Review bankruptcy order approving plan |
| | **Total Hours** | | **2.30** | | |

| | |
|---|---|
| **Total for Legal Fees** | **$1,262.70** |
| **Total This Invoice** | **$1,262.70** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                    January 14, 2014
Client-Matter No.: 355050-00361                                              Page 2
Invoice No.: 1922564

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 2.30 | 549.00 | 1,262.70 |
| **Total all Timekeepers** | | **2.30** | | **1,262.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                                                January 14, 2014
Attn:  Tammy Hamzehpour                                          Invoice No. 1922565
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00005
Business Lending Workout Matters

---

## For Legal Services Rendered Through December 17, 2013

# INVOICE TOTAL

Total For Current Legal Fees                                               $497.25

**Total For Current Invoice**                                          **$497.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515

# DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn:  Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

January 14, 2014
Invoice No. 1922565

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #:  731146**

---

**For Legal Services Rendered Through December 17, 2013**

| Date | Name | Amount | Hours | Code | Description |
|------|------|--------|-------|------|-------------|
| 12/01/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Review draft outline for summary judgment motion |
| 12/10/13 | T. Kelly | 98.10 | 0.20 | 3 | (General) Telephone conference with C. MacElree regarding guarantor liability for correspondent obligations |
| 12/10/13 | T. Kelly | 49.05 | 0.10 | 3 | (General) Telephone conference with J. Ruckdaschal regarding guarantor liability for correspondent obligations |
| 12/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding status of Pitchersky settlement |
| 12/13/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memorandum regarding status of California action |
| 12/17/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Communication with |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**DORSEY**

DORSEY & WHITNEY LLP

GMAC ResCap                                                    January 14, 2014
Client-Matter No.: 479140-00005                                      Page 2
Invoice No.: 1922565

|          |              |       |      |    | counsel regarding status of settlement negotiations |
|----------|--------------|-------|------|----|------------------------------|
| 12/17/13 | J. Langdon   | 54.90 | 0.10 | 17 | (Alliance) Review order on settlement |

**Total Hours**                              **1.10**

|  |  |
|--|--|
| **Total for Legal Fees** | **$497.25** |

|  |  |
|--|--|
| **Total This Invoice** | **$497.25** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|------------|-------|-------|-------------|--------|
| M. Buckley | Associate | 0.20 | 297.00 | 59.40 |
| L. McGlinn | Other Attorney | 0.20 | 355.50 | 71.10 |
| T. Kelly | Partner | 0.30 | 490.50 | 147.15 |
| J. Langdon | Partner | 0.40 | 549.00 | 219.60 |
| **Total all Timekeepers** | | **1.10** | | **497.25** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ◯ DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                         January 14, 2014
Attn:  David A. Marple                                        Invoice No. 1922567
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

---

**For Legal Services Rendered Through December 17, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                  $123.30

**Total For Current Invoice**                                **$123.30**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381

# ◖ ))°DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

January 14, 2014
Invoice No. 1922567

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

---

**For Legal Services Rendered Through December 17, 2013**

| | | | | |
|---|---|---|---|---|
| 12/04/13  J  Jackson | 123.30 | 0.20 | 4 | Conference with M. Stinson regarding his contact with the City of Atlanta and advise regarding necessary follow-up |

**Total Hours**    **0.20**

| | |
|---|---|
| **Total for Legal Fees** | **$123.30** |

| | |
|---|---|
| **Total This Invoice** | **$123.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.20 | 616.50 | 123.30 |
| **Total all Timekeepers** | | **0.20** | | **123.30** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

# ◯ ))ᵍ DORSEY

### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

January 14, 2014
Invoice No. 1922568

Client-Matter No.: 479140-00009
Subpoena Assistance & General Legal Advice

---

**For Legal Services Rendered Through December 17, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $246.60

**Total For Current Invoice**                                   **$246.60**

REMITTANCE

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

January 14, 2014
Invoice No. 1922568

**Client-Matter No: 479140-00009**

**Subpoena Assistance & General Legal Advice**

---

**For Legal Services Rendered Through December 17, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 12/17/13 | J Jackson | 246.60 | 0.40 | 4 | Review Landers subpoena out of Columbus, Ohio, and discuss response to same with M. Stinson and with B. Smith |

|  |  |
|---|---|
| **Total Hours** | **0.40** |

| | |
|---|---|
| **Total for Legal Fees** | **$246.60** |

| | |
|---|---|
| **Total This Invoice** | **$246.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.40 | 616.50 | 246.60 |
| **Total all Timekeepers** | | **0.40** | | **246.60** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

**EXHIBIT F**



### MINNEAPOLIS OFFICE
### 612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                                July 16, 2013
c/o Bradley T. Smith, Esq.                                        Invoice No. 1886169
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00007
FDIC Subpoena

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                              $3,154.95

**Total For Current Invoice**                            **$3,154.95**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381



### MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

July 16, 2013
Invoice No. 1886169

**Client-Matter No: 479140-00007**

**FDIC Subpoena**

---

**For Legal Services Rendered Through June 30, 2013**

| 06/11/13 | J Jackson | 739.80 | 1.20 | 18 | Review materials provided by B. Smith and P. Spencer regarding FDIC subpoena |
| 06/19/13 | J Jackson | 184.95 | 0.30 | 18 | Review new subpoena issues |
| 06/19/13 | J Jackson | 246.60 | 0.40 | 18 | Conference with and advise M. Stinson on steps to take to protect Residential Capital's interests |
| 06/20/13 | J Jackson | 61.65 | 0.10 | 18 | Conference with M. Stinson regarding response |
| 06/20/13 | J Jackson | 61.65 | 0.10 | 18 | Review M. Stinson email reporting on his call with FDIC |
| 06/20/13 | J Jackson | 61.65 | 0.10 | 18 | Correspond with B. Smith regarding status and next steps |
| 06/21/13 | J Jackson | 123.30 | 0.20 | 18 | Telephone conference with B. Smith regarding process and bankruptcy stay |
| 06/24/13 | J Jackson | 184.95 | 0.30 | 18 | Telephone conference with B. |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                                July 16, 2013
Client-Matter No.: 479140-00007                                         Page 2
Invoice No.: 1886169

|          |           |        |      |    |                                              |
|----------|-----------|--------|------|----|----------------------------------------------|
|          |           |        |      |    | Smith regarding new Georgia criminal subpoena and regarding Washington State criminal subpoena |
| 06/24/13 | J Jackson | 246.60 | 0.40 | 18 | Advise M. Stinson regarding Georgia subpoena to object to producing witness regarding same |
| 06/24/13 | M. Stinson | 84.60 | 0.40 | 18 | Conference with J Jackson regarding GMAC subpoena issued from Georgia state court in criminal matter and leave voicemail message with requesting prosecuting attorney |
| 06/25/13 | J Jackson | 246.60 | 0.40 | 18 | Review and revise M. Stinson email to B. Smith regarding teleconference and suggested steps moving forward |
| 06/25/13 | J Jackson | 246.60 | 0.40 | 18 | Review Washington State criminal subpoena and correspondence with B. Smith and P. Spencer regarding Washington State criminal subpoena |
| 06/25/13 | J Jackson | 369.90 | 0.60 | 18 | Conference with M. Stinson regarding new Georgia criminal subpoena and discuss his call with the district attorney |
| 06/25/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with prosecuting attorney in Georgia regarding GMAC subpoena in criminal matter |
| 06/25/13 | M. Stinson | 42.30 | 0.20 | 18 | Conference with J Jackson regarding substance of conversation with prosecuting attorney |
| 06/25/13 | M. Stinson | 84.60 | 0.40 | 18 | Draft email to B. Smith regarding teleconference and suggested steps moving forward |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY


DORSEY & WHITNEY LLP

Residential Capital, LLC                                          July 16, 2013
Client-Matter No.: 479140-00007                                  Page 3
Invoice No.: 1886169

| Date | Timekeeper | | | | Description |
|---|---|---|---|---|---|
| 06/28/13 | M. Stinson | 42.30 | 0.20 | 18 | Draft email to P. Spencer regarding strategy for handling subpoena |
| 06/28/13 | M. Stinson | 21.15 | 0.10 | 18 | Conference with J Jackson regarding status |
| 06/28/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with prosecuting attorney in Georgia and discuss with J Jackson and draft email to P. Spencer regarding update |
| 06/28/13 | M. Stinson | 21.15 | 0.10 | 18 | Review and analyze email from P. Spencer regarding status of search for paper file and unavailability of witness |

**Total Hours**      **6.30**

**Total for Legal Fees**     **$3,154.95**

**Total This Invoice**     **$3,154.95**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 4.50 | 616.50 | 2,774.25 |
| M. Stinson | Associate | 1.80 | 211.50 | 380.70 |
| **Total all Timekeepers** | | **6.30** | | **3,154.95** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 18, 2013
Invoice No. 1886953

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

---

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                              $9,285.30

**Total For Current Invoice**                             **$9,285.30**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP                 U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                        800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680           Minneapolis, MN  55402                Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 18, 2013
Invoice No. 1886953

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

**For Legal Services Rendered Through June 30, 2013**

| 04/25/13 | J Jackson | 493.20 | 0.80 | 4 | Review subpoena and underlying law |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Martin regarding subpoena |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Hoffman regarding status of government investigation |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with J. Martin regarding next steps |
| 04/26/13 | J Jackson | 431.55 | 0.70 | 4 | Provide direction to M. Stinson regarding various tasks in preparation for meeting with J. Martin |
| 04/26/13 | M. Stinson | 63.45 | 0.30 | 4 | Review and analyze subpoena and accompanying materials from Department of Justice and conference with J Jackson regarding research questions |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                          July 18, 2013
Client-Matter No.: 494744-00001                                  Page 2
Invoice No.: 1886953

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 04/28/13 | M. Stinson | 317.25 | 1.50 | 4 | Analyze articles and caselaw regarding FIRREA |
| 04/28/13 | M. Stinson | 42.30 | 0.20 | 4 | Email J Jackson regarding answers to research questions |
| 04/29/13 | J Jackson | 123.30 | 0.20 | 4 | Prepare and send letter to AUSA Indira Cameron-Banks |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review background information on and legal basis for DOJ FIRREA investigation |
| 04/29/13 | J Jackson | 1,479.60 | 2.40 | 4 | Meet with J. Martin to discuss background and possible responses to subpoena |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review materials provided by J. Martin for response to subpoena |
| 04/29/13 | M. Stinson | 571.05 | 2.70 | 4 | Attend office conference with J Jackson and J. Martin regarding likely questions during deposition and employment history at ResCap |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Consider and adopt strategy |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Hoffman regarding status of government investigation |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Smith regarding status and to report my call with B. Hoffman |
| 04/30/13 | M. Stinson | 253.80 | 1.20 | 4 | Review notes from meeting with J. Martin |
| 04/30/13 | M. Stinson | 84.60 | 0.40 | 4 | Email J Jackson summary of prior day's meeting |
| 05/01/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with Indira Cameron-Banks at DOJ regarding scheduling J. Martin's appearance |
| 05/01/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Martin regarding my correspondence with |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

Residential Capital, LLC                                                July 18, 2013
Client-Matter No.: 494744-00001                                              Page 3
Invoice No.: 1886953

|            |           |        |      |     | U.S. Attorney |
|------------|-----------|--------|------|-----|---------------|
| 05/07/13   | J Jackson | 184.95 | 0.30 | 4   | Telephone conference with Assistant U.S. Attorney regarding document production and scheduling |
| 05/13/13   | J Jackson | 184.95 | 0.30 | 4   | Correspond with B. Hoffman regarding status |
| 05/14/13   | J Jackson | 493.20 | 0.80 | 4   | Review J. Martin documents |
| 05/15/13   | J Jackson | 369.90 | 0.60 | 4   | Continued evaluation of J. Martin's documents in response to subpoenas |
| 05/16/13   | J Jackson | 246.60 | 0.40 | 4   | Finalize review of J. Martin documents in response to subpoenas |
| 05/22/13   | J Jackson | 184.95 | 0.30 | 4   | Review and consider correspondence from U.S. Attorney regarding subpoena to J. Martin |
| 06/05/13   | J Jackson | 184.95 | 0.30 | 4   | Review correspondence from B. Hoffman at Morrison & Foerster regarding government investigation |
| 06/14/13   | J Jackson | 123.30 | 0.20 | 4   | Review and consider correspondence from B. Hoffman at Morrison & Foerster regarding status of government investigation |
| 06/17/13   | J Jackson | 246.60 | 0.40 | 4   | Further review of documents from J. Martin in light of recent government inquiries |
| 06/18/13   | J Jackson | 493.20 | 0.80 | 4   | Further review of documents for production to SEC |

**Total Hours**                              **19.20**

**Total for Legal Fees**        **$9,285.30**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC                                          July 18, 2013
Client-Matter No.: 494744-00001                                  Page 4
Invoice No.: 1886953

**Total This Invoice**          **$9,285.30**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 12.90 | 616.50 | 7,952.85 |
| M. Stinson | Associate | 6.30 | 211.50 | 1,332.45 |
| **Total all Timekeepers** | | **19.20** | | **9,285.30** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

August 15, 2013
Invoice No. 1892376

Client-Matter No.: 479140-00006
Subpoena matter re Sanchez, Lopez

---

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,109.70 |
| **Total For Current Invoice** | **$1,109.70** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                            August 15, 2013
c/o Bradley Smith, Esq.                                        Invoice No. 1892376
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

**Client-Matter No: 479140-00006**

**Subpoena matter re Sanchez, Lopez**

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/13 | J Jackson | 184.95 | 0.30 | 4 | Review correspondence and new subpoenas |
| 07/16/13 | J Jackson | 184.95 | 0.30 | 4 | Meet with M. Stinson regarding tasks for new subpoenas |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Provide guidance and strategy to M. Stinson regarding responding to subpoenas and dealing with the issuing party |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Discuss updates of M. Stinson's actions with M. Stinson |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith regarding status of responding to new subpoenas |
| 07/30/13 | J Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson on various ResCap subpoena issues |
| 07/30/13 | J Jackson | 246.60 | 0.40 | 4 | Revise correspondence and declaration responding to |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC                                          August 15, 2013
Client-Matter No.: 479140-00006                                  Page 2
Invoice No.: 1892376

                                        subpoenas

**Total Hours**                 **1.80**

                                          **Total for Legal Fees**    **$1,109.70**

                                          **Total This Invoice**      **$1,109.70**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 1.80 | 616.50 | 1,109.70 |
| **Total all Timekeepers** | | **1.80** | | **1,109.70** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## MINNEAPOLIS OFFICE
## 612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

August 15, 2013
Invoice No. 1892373

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

---

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                                    $246.60

**Total For Current Invoice**                                **$246.60**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
| --- | --- | --- |
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                              August 15, 2013
c/o Bradley T. Smith, Esq.                                        Invoice No. 1892373
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

**For Legal Services Rendered Through July 31, 2013**

| Date | Timekeeper | | | | Description |
|---|---|---|---|---|---|
| 07/24/13 | J Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson regarding tasks for him to do to get relief for J. Martin |
| 07/31/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith regarding subpoenas |
| | **Total Hours** | | **0.40** | | |

|  |  |
|---|---|
| **Total for Legal Fees** | **$246.60** |
| **Total This Invoice** | **$246.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.40 | 616.50 | 246.60 |
| **Total all Timekeepers** | | **0.40** | | 246.60 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn:  David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

September 16, 2013
Invoice No. 1897821

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

**For Legal Services Rendered Through August 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                              $2,342.70

**Total For Current Invoice**                                            **$2,342.70**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association
P.O. Box 1680                      800 Nicollet Mall              ABA Routing Number: 091000022
Minneapolis, MN 55480-1680   Minneapolis, MN  55402      Account Number: 1602-3010-8500
                                                                Swift Code: USBKUS44IMT

Please make reference to the Invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                  September 16, 2013
Attn:  David A. Marple                                   Invoice No. 1897821
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

---

**For Legal Services Rendered Through August 31, 2013**

| Date | Attorney | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel and B. Smith summarizing my telephone conference with B. Wendt and outlining next steps |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt regarding arrest warrant |
| 08/05/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with J. Ruckdaschel and B. Smith regarding information in addressing arrest warrant |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel regarding information in addressing arrest warrant |
| 08/06/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith regarding background information and property ownership |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Telephone conference with B. |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC                                          September 16, 2013
Client-Matter No.: 479140-00008                                              Page 2
Invoice No.: 1897821

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Smith and J. Ruckdaschel to gather information on property ownership |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith following up on telephone conference and property ownership |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with B. Wendt regarding additional information from the City of Atlanta and review the attachments to her correspondence |
| 08/08/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel to update him on status and next steps |
| 08/09/13 | J Jackson | 246.60 | 0.40 | 4 | Review correspondence regarding property ownership; telephone conference with B. Smith, J. Ruckdaschel, and B. Horn for B. Horn to explain what ownership documentation is available |
| 08/12/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt to update her on status and to address her concerns |
| 08/13/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt regarding documentation on ownership and effort to reach City of Atlanta officials |
| 08/26/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt |
| 08/30/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt regarding status and next steps |

**Total Hours**                              **3.80**

**Total for Legal Fees**        **$2,342.70**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

| | |
|---|---|
| Residential Capital, LLC | September 16, 2013 |
| Client-Matter No.: 479140-00008 | Page 3 |
| Invoice No.: 1897821 | |

**Total This Invoice**     **$2,342.70**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 3.80 | 616.50 | 2,342.70 |
| **Total all Timekeepers** | | **3.80** | | **2,342.70** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    September 16, 2013
c/o Bradley T. Smith, Esq.                                  Invoice No. 1897818
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

**For Legal Services Rendered Through August 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                                $123.30

**Total For Current Invoice**                               **$123.30**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association    ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                 Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402            Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

01381



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                      September 16, 2013
c/o Bradley T. Smith, Esq.                                   Invoice No. 1897818
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

---

**For Legal Services Rendered Through August 31, 2013**

| | | | | |
|---|---|---|---|---|
| 08/26/13  J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Neil Hoffman regarding scope of government's investigation |

| | | |
|---|---|---|
| **Total Hours** | **0.20** | |

| | |
|---|---|
| **Total for Legal Fees** | **$123.30** |
| **Total This Invoice** | **$123.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.20 | 616.50 | 123.30 |
| **Total all Timekeepers** | | **0.20** | | **123.30** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY