**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 932-052 | Creditor Claims | 0.80 | $240.00 |
| 932-053 | Administrative | 22.00 | $5,620.00 |
| 932-054 | SEC Post-Petition | 14.60 | $4,555.00 |
| 932-058 | Securities Claims | 251.00 | $64,258.50 |
| 932-059 | Monoline Claims | 21.30 | $6,100.00 |
| 932-060 | ResCap Discovery Issues | 1,560.70 | $353,957.00 |
| 932-065 | Plan Confirmation | 830.90 | $250,934.50 |
| 932-066 | Whole Loan Claims Advice | 0.60 | $168.00 |
| 932-067 | Affirmative Claims Advice | 666.60 | $163,486.00 |
| 096-1172 | William J. Barrett | 1.80 | $440.00 |
| 096-1241 | Bobby J. McDowell | 5.00 | $1,192.00 |
| 096-1242 | Blase J. Mahon | 0.40 | $88.00 |
| **Total Fees Incurred** | | **3,375.70** | **$851,039.00** |