# **EXHIBIT C**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Lipps *(1981)* | Litigation-Ohio | $400.00 | 387.50 | $155,000.00 |
| David A. Wallace *(1985)* | Litigation-Ohio, Maryland | $300.00 | 5.30 | $1,590.00 |
| Jennifer A.L. Battle *(1999)* | Litigation-Ohio, New York, Pennsylvania | $300.00 | 445.60 | $133,680.00 |
| Angela M. Paul *(1997)* | Litigation-Ohio, Florida | $275.00 | 325.80 | $89,595.00 |
| Joel E. Sechler *(2003)* | Litigation-Ohio | $220.00 | 3.30 | $726.00 |
| **Associates and Of Counsel** | | | | |
| Michael N. Beekhuizen *(1995)* | Litigation-Ohio | $280.00 | 166.00 | $46,480.00 |
| David A. Beck *(2000)* | Litigation-Ohio | $280.00 | 675.80 | $189,224.00 |
| Kelly M. Burke *(1992)* | Litigation-Illinois | $250.00 | 14.30 | $3,575.00 |
| Heather L Buchanan *(2000)* | Litigation-Ohio, Pennsylvania | $240.00 | 18.50 | $4,440.00 |
| Suzanne S. Whisler *(2006)* | Litigation-Ohio | $220.00 | 159.50 | $35,090.00 |
| Steven C. Moeller *(2006)* | Litigation-Illinois, New York (pending) | $220.00 | 21.30 | $4,792.50 |
| David J. Barthel *(2005)* | Litigation-Ohio | $210.00 | 141.50 | $29,715.00 |
| Karen M. Cadieux *(2005)* | Litigation-Ohio | $200.00 | 1.50 | $300.00 |
| Katie P. Weitzman *(2013)* | Litigation-New York | $180.00 | 262.60 | $47,268.00 |
| Gretchen N. Marty *(2010)* | Litigation-Ohio | $175.00 | 439.70 | $76,947.50 |
| Mallory M. Mohler *(2012)* | Litigation-Ohio | $160.00 | 14.50 | $2,320.00 |
| Jacob D. Rhode *(2012)* | Litigation-Ohio | $160.00 | 14.40 | $2,304.00 |
| Amberle Houghton *(2013)* | Litigation-Ohio | $160.00 | 2.20 | $352.00 |

| **Professionals Totals** | | **Blended Rate** | | |
|---|---|---|---|---|
| | | **$265.67** | **3099.30** | **$823,399.00** |
| **Paraprofessionals** | | | | |
| Veronica L. Sholl | Litigation | $100.00 | 258.20 | $25,820.00 |
| Robert B. Samson | Litigation | $100.00 | 18.20 | $1,820.00 |
| **Paraprofessionals Totals** | | **Blended Rate** | | |
| | | **$100.00** | **276.40** | **$27,640.00** |
| **Total Fees Incurred** | | **Blended Rate** | | |
| | | **$252.11** | **3,375.70** | **$851,039.00** |