
**Robert Half International**
A Global Leader in Professional Services Since 1948

| Page: | 1 |
|---|---|
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543977 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Nabong,Mark C | 08/09/2013 | Marty,Gretchen | 37.25 | HRS REG | $ | 39.98 | $ | 1,489.26 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.25 | HRS | | | $ | 1,489.26 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,489.26 |
| **TOTAL AMOUNT DUE:** | | $ | 1,489.26 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543977 | $ 1,489.26 |

01300106631000385439770014 89269


# Robert Half International
A Global Leader In Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543978 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KIRK,EUNICE C | 08/09/2013 | Marty,Gretchen | 37.75 | HRS REG | $ | 39.98 | $ | 1,509.25 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.75 | HRS | | | $ | 1,509.25 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,509.25 |
| **TOTAL AMOUNT DUE:** | $ | 1,509.25 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543978 | $   1,509.25 |

0130010663100038543978001509254



## Robert Half International
A Global Leader in Professional Services Since 1948

| Page: | 1 |
|---|---|
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543979 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Johnson,Carol | 08/09/2013 | Marty,Gretchen | 31.36 | HRS REG | $ | 39.98 | $ | 1,253.77 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 31.36 | HRS | | | $ | 1,253.77 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,253.77 |
| **TOTAL AMOUNT DUE:** | $ | 1,253.77 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543979 | $ 1,253.77 |

013001066310003854397900125377A



**Robert Half International**

*A Global Leader in Professional Services Since 1948*

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543980 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Pope,Jonathan | 08/09/2013 | Marty,Gretchen | 37.75 | HRS REG | $ | 39.98 | $ | 1,509.25 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.75 | HRS | | | $ | 1,509.25 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,509.25 |
| **TOTAL AMOUNT DUE:** | $ | 1,509.25 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:                    For qualified legal professionals please call:
(800) 776-3770                                                            (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543980 | $    1,509.25 |

013001066310003854398000150925 0



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | t |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543981 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Buchman,Michael | 08/09/2013 | Marty,Gretchen | 37.00 | HRS REG | $ | 39.98 | $ | 1,479.26 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.00 | HRS | | | $ | 1,479.26 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,479.26 |
| **TOTAL AMOUNT DUE:** | $ | 1,479.26 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 778-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543981 | $ 1,479.26 |

013001066310003854398100147926b



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | ' |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543982 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & !.ELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Gallagher,Stephen M | 08/09/2013 | Marty,Gretchen | 30.00 | HRS REG | $ | 39.98 | $ | 1,199.40 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 30.00 | HRS | | | $ | 1,199.40 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,199.40 |
| **TOTAL AMOUNT DUE:** | $ | 1,199.40 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543982 | $ 1,199.40 |

013001066310003854398200119940 5



**Robert Half International**
A Global Leader in Professional Services Since 1948

Page:                     1
Invoice Date:             08/15/2013
Invoice Number:           38543983
Customer Number:          01300-106631000
Fed Tax ID:               94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-----|-----|--|-----------|--|--------|
| 1 | Yorker,Robyn | 08/09/2013 | Marty,Gretchen | 35.75 | HRS REG | $ | 39.98 | $ | 1,429.29 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 35.75 | HRS | | | $ | 1,429.29 |

| | | |
|--|--|--|
| Invoice Subtotal: | $ | 1,429.29 |
| **TOTAL AMOUNT DUE:** | $ | 1,429.29 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:                    For qualified legal professionals please call:
(800) 775-3770                                                       (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 01300-106631000 | 38543983 | $ 1,429.29 |

013001066310003854398300142929 7


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543984 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
190 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bruggenthies, George | 08/09/2013 | Marty, Gretchen | 38.75 | HRS REG | $ | 39.98 | $ | 1,549.23 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 38.75 | HRS | | | $ | 1,549.23 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,549.23 |
| **TOTAL AMOUNT DUE:** | $ | 1,549.23 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:          For qualified legal professionals please call:

(800) 776-3770                                           (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543984 | $ 1,549.23 |

013001066310003854398400154923 3


### Robert Half International
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | ' |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543985 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Nicolau,Gabriela | 08/09/2013 | Marty,Gretchen | 33.09 | HRS REG | $ | 39.98 | $ | 1,322.94 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 33.09 | HRS | | | $ | 1,322.94 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,322.94 |
| **TOTAL AMOUNT DUE:** | | $ | 1,322.94 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543985 | $ 1,322.94 |

013001066310003854398500132294 3



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543986 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | Aman,Munaza | 08/09/2013 | Marty,Gretchen | 25.25 | HRS REG | $ | 39.98 | $ | 1,009.50 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 25.25 | HRS | | | $ | 1,009.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,009.50 |
| **TOTAL AMOUNT DUE:** | **$** | **1,009.50** |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543986 | $    1,009.50 |

013001066310003854398600100950b


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | † |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543987 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bauer, Jerry S | 08/09/2013 | Marty, Gretchen | 38.50 | HRS REG | $ | 39.98 | $ | 1,539.23 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 38.50 | HRS | | | $ | 1,539.23 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,539.23 |
| **TOTAL AMOUNT DUE:** | | $ | 1,539.23 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543987 | $ 1,539.23 |

013001066310003854398700153923?



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543988 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Brown,Michael D | 08/09/2013 | Marty,Gretchen | 35.50 | HRS REG | $ | 39.98 | $ | 1,419.29 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 35.50 | HRS | | | $ | 1,419.29 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,419.29 |
| **TOTAL AMOUNT DUE:** | | $ | 1,419.29 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543988 | $ 1,419.29 |

013001066310003854398800141929 7


**Robert Half International**
A Global Leader in Professional Services Since 1948

| Page: | 1 |
|---|---|
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543989 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Negele,Robert A | 08/09/2013 | Marty,Gretchen | 37.25 | HRS REG | $ | 39.98 | $ | 1,489.26 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.25 | HRS | | | $ | 1,489.26 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,489.26 |
| **TOTAL AMOUNT DUE:** | $ | 1,489.26 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543989 | $    1,489.26 |

013001066310003854398900148926 4



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543990 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Rudd,Marna D | 08/09/2013 | Marty,Gretchen | 32.75 | HRS REG | $ | 39.98 | $ | 1,309.35 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 32.75 | HRS | | | $ | 1,309.35 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,309.35 |
| **TOTAL AMOUNT DUE:** | | $ | 1,309.35 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543990 | $    1,309.35 |

013001066310003854399000130935э



**Robert Half International**
A Global Leader In Professional Services Since 1948

| | |
|---|---|
| **Page:** | |
| **Invoice Date:** | 08/15/2013 |
| **Invoice Number:** | 38543991 |
| **Customer Number:** | 01300-106631000 |
| **Fed Tax ID:** | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| ; | Okojie,Joseph | 08/09/2013 | Marty,Gretchen | 34.64 | HRS REG | $ | 39.98 | $ | 1,384.91 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 34.64 | HRS | | | $ | 1,384.91 |

| | | | |
|---|---|---|---|
| **Invoice Subtotal:** | | $ | 1,384.91 |
| **TOTAL AMOUNT DUE:** | | $ | 1,384.91 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543991 | $ 1,384.9: |

013001066310003854399100138491?


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543992 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Large,Jacqueline M | 08/09/2013 | Marty,Gretchen | 33.50 | HRS REG | $ | 39.98 | $ | 1,339.33 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 33.50 | HRS | | | $ | 1,339.33 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,339.33 |
| **TOTAL AMOUNT DUE:** | | $ | 1,339.33 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-6367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543992 | $    1,339.33 |

013001066310003854399200133933 1



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543993 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Phasouk, Rod P | 08/09/2013 | Marty, Gretchen | 37.25 | HRS REG | $ | 39.98 | $ | 1,489.26 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 37.25 | HRS | | | $ | 1,489.26 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,489.26 |
| **TOTAL AMOUNT DUE:** | $ | 1,489.26 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543993 | $   1,489.26 |

013001066310003854399300146926b


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543994 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|------|---------------|-----------|------------------------|-----|-----|-----------|--------|
| 1 | McCready,Ryan | 08/09/2013 | Marty,Gretchen | 38.00 | HRS REG | $ 39.98 | $ 1,519.24 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 38.00 | HRS | | $ 1,519.24 |

| | |
|---|---|
| Invoice Subtotal: | $ 1,519.24 |
| **TOTAL AMOUNT DUE:** | **$ 1,519.24** |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 01300-106631000 | 38543994 | $ 1,519.24 |

013001066310003854399400151 9243

 Robert Half International

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543995 |
| Customer Number: | 01300-108631000 |
| Fed Tax ID: | 94-1648752 |

Labor Invoice -- DUE UPON RECEIPT

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
· 12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Kelliher, Kevin M | 08/09/2013 | Marty, Gretchen | 39.25 | HRS  REG | $ | 39.98 | $ | 1,569.22 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 39.25 | HRS | | | $ | 1,569.22 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,569.22 |
| **TOTAL AMOUNT DUE:** | $ | 1,569.22 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-108631000 | 38543995 | $   1,569.22 |

013001066310003854399500156922 9


**Robert Half International**
A Global Leader in Professional Services Since 1948

Page: 1
Invoice Date: 08/15/2013
Invoice Number: 38543996
Customer Number: 01300-106631000
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|------|---------------|-----------|------------------------|-----|-----|-----------|--------|
| 1 | Fishbein, Ellen B | 08/09/2013 | Marty, Gretchen | 36.10 | HRS REG | $ 39.98 | $ 1,443.28 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 36.10 | HRS | | $ 1,443.28 |

| | | |
|---|---|---|
| Invoice Subtotal: | | $ 1,443.28 |
| **TOTAL AMOUNT DUE:** | | $ 1,443.28 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 01300-106631000 | 38543996 | $ 1,443.28 |

013001066310003854399600144328 2



## Robert Half International
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543997 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice — DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Kieracht, Charles J | 08/09/2013 | Marty, Gretchen | 32.50 | HRS REG | $ | 39.98 | $ | 1,299.35 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 32.50 | HRS | | | $ | 1,299.35 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 1,299.35 |
| **TOTAL AMOUNT DUE:** | | $ | 1,299.35 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543997 | $  1,299.35 |

0130010663100038543997001299351



**Robert Half International**
A Global Leader In Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38543998 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Elmore, Christophe P | 08/09/2013 | Marty, Gretchen | 32.75 | HRS REG | $ | 39.98 | $ 1,309.35 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 32.75 | HRS | | | $ 1,309.35 |

| | |
|---|---|
| Invoice Subtotal: | $ 1,309.35 |
| **TOTAL AMOUNT DUE:** | **$ 1,309.35** |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38543998 | $ 1,309.35 |

013001066310003854399800130935б



**Robert Half International**

A Global Leader in Professional Services Since 1948

| Page: | 1 |
| --- | --- |
| Invoice Date: | 08/16/2013 |
| Invoice Number: | 38543999 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Jones,Marcus C | 08/09/2013 | Marty,Gretchen | 40.00 | HRS REG | $ | 39.98 | $ | 1,599.20 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 40.00 | HRS | | | $ | 1,599.20 |

| | | |
| --- | --- | --- |
| Invoice Subtotal: | $ | 1,599.20 |
| **TOTAL AMOUNT DUE:** | $ | 1,599.20 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
| --- | --- | --- |
| 01300-106631000 | 38543999 | $    1,599.20 |

0130010663100038543999001599202



**Robert Half International**

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544000 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

Labor Invoice – DUE UPON RECEIPT

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Richards,Honorine | 08/09/2013 | Marty,Gretchen | 26.67 | HRS REG | $ | 39.98 | $ | 1,066.27 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 26.67 | HRS | | | $ | 1,066.27 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,066.27 |
| **TOTAL AMOUNT DUE:** | $ | 1,066.27 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544000 | $   1,066.27 |

0130010663100038544000001066273



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544001 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSKIND,ERICA H | 08/09/2013 | Marty,Gretchen | 23.75 | HRS REG | $ | 39.98 | $ 949.53 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 23.75 | HRS | | | $ 949.53 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 949.53 |
| **TOTAL AMOUNT DUE:** | $ | 949.53 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544001 | $ 949.53 |

013001066310003854400100094953 5



### Robert Half International
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | ' |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544002 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| ' | Yarina,Martha H | 08/09/2013 | Marty,Gretchen | 24.09 | HRS REG | $ 39.98 | $ 963.12 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 24.09 | HRS | | $ 963.12 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 963.12 |
| **TOTAL AMOUNT DUE:** | $ | 963.12 |

---

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

### Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544002 | $ 963.12 |

013001066310003854400200096 3120


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544003 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SCHULTZ,PATRICK L | 08/09/2013 | Marty,Gretchen | 23.50 | HRS REG | $ | 39.98 | $ | 939.53 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 23.50 | HRS | | | $ | 939.53 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 939.53 |
| **TOTAL AMOUNT DUE:** | | $ | 939.53 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:                                     For qualified legal professionals please call:
(800) 778-3770                                                                                        (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544003 | $    939.53 |

0130010663100038544003000939532


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | I |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544004 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Williams, Vanessa D | 08/09/2013 | Marty, Gretchen | 24.42 | HRS REG | $ | 39.98 | $ | 976.31 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 24.42 | HRS | | | $ | 976.31 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 976.31 |
| **TOTAL AMOUNT DUE:** | | $ | 976.31 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544004 | $    976.31 |

013001066310003854400400097631 8



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544005 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Ross,Steven J | 08/09/2013 | Marty,Gretchen | 19.75 | HRS REG | $ | 39.98 | $ | 789.61 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 19.75 | HRS | | | $ | 789.61 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 789.61 |
| **TOTAL AMOUNT DUE:** | | $ | 789.61 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544005 | $ 789.61 |

01300106631000385440050007B9619



**Robert Half International**

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544006 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| I | Peck,Michael-An | 08/09/2013 | Marty,Gretchen | 25.01 | HRS REG | $ 39.98 | $ 999.90 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 25.01 | HRS | | $ 999.90 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 999.90 |
| **TOTAL AMOUNT DUE:** | $ | 999.90 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544006 | $ 999.90 |

013001066310003854400600099901


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | † |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544007 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Hong,Roy | 08/09/2013 | Marty,Gretchen | 19.50 | HRS REG | $ | 39.98 | $ | 779.61 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 19.50 | HRS | | | $ | 779.61 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 779.61 |
| **TOTAL AMOUNT DUE:** | | $ | 779.61 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:     For qualified legal professionals please call:
(800) 776-3770     (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL. 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544007 | $    779.61 |

0130010663100038544007000779616


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544008 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2840
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Atuyotan,Tyquila | 08/09/2013 | Marty,Gretchen | 20.50 | HRS REG | $ | 39.98 | $ | 819.59 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 20.50 | HRS | | | $ | 819.59 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 819.59 |
| **TOTAL AMOUNT DUE:** | $ | 819.59 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:                                    For qualified legal professionals please call:
(800) 776-3770                                                                                                                    (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544008 | $   819.59 |

013001066310003854400800081959 2



**Robert Half International**

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544009 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Avery,Erica L | 08/09/2013 | Marty,Gretchen | 23.75 | HRS REG | $ | 39.98 | $ | 949.53 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 23.75 | HRS | | | $ | 949.53 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 949.53 |
| **TOTAL AMOUNT DUE:** | | $ | 949.53 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544009 | $    949.53 |

0130010663100038544009000949538



**Robert Half International**
A Global Leader in Professional Services Since 1948

| Page: | † |
|---|---|
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544010 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Shaikh,Hasan | 08/09/2013 | Marty,Gretchen | 17.50 | HRS  REG | $  39.98 | $    699.65 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 17.50 | HRS | | $    699.65 |

| | |
|---|---|
| Invoice Subtotal: | $   699.65 |
| **TOTAL AMOUNT DUE:** | $   699.65 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544010 | $    699.65 |

01300106631000385440100006996151



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544011 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Goldin,Leo Y | 08/09/2013 | Marty,Gretchen | 19.75 | HRS REG | $ | 39.98 | $ | 789.61 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 19.75 | HRS | | | $ | 789.61 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 789.61 |
| **TOTAL AMOUNT DUE:** | | **$** | **789.61** |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544011 | $    789.61 |

013001066310003854401100078961?


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544012 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Flowers,Thomas | 08/09/2013 | Marty,Gretchen | 22.75 | HRS REG | $ 39.98 | $ 909.55 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 22.75 | HRS | | $ 909.55 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 909.55 |
| **TOTAL AMOUNT DUE:** | $ | 909.55 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:          For qualified legal professionals please call:
(800) 778-3770                                            (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38544012 | $ 909.55 |

013001066310003854401200090955l


**Robert Half International**
A Global Leader in Professional Services Since 1948

| Page: | † |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544013 |
| Customer Number: | 01300-108631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-----|-----|---|-----------|---|--------|
| 1 | Shakotko,Peter A | 08/09/2013 | Marty,Gretchen | 18.00 | HRS REG | $ | 39.98 | $ | 719.64 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 18.00 | HRS | | | $ | 719.64 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 719.64 |
| **TOTAL AMOUNT DUE:** | $ | 719.64 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 01300-108631000 | 38544013 | $   719.64 |

0130010663100038544013000719644



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/15/2013 |
| Invoice Number: | 38544014 |
| Customer Number: | 01300-108631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Barias,Constance J | 08/09/2013 | Marty,Gretchen | 23.39 | HRS REG | $ | 39.98 | $ | 935.13 |
| | Subtotal for Week-Ended: | 08/09/2013 | | 23.39 | HRS | | | $ | 935.13 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 935.13 |
| **TOTAL AMOUNT DUE:** | **$** | **935.13** |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-108631000 | 38544014 | $   935.13 |

0130010663100038544014000935131



**Robert Half International**
A Global Leader In Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582891 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Phasouk,Rod P | 08/16/2013 | Marty,Gretchen | 21.25 | HRS REG | $ 39.98 | $ 849.58 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 21.25 | HRS | | $ 849.58 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 849.58 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE:** | $ | 849.58 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582891 | $ 849.58 |

013001066310003858289100084 9583



**Robert Half International**

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | † |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582892 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Avery, Erica L | 08/16/2013 | Marty, Gretchen | 12.79 | HRS  REG | $ 39.98 | $ 511.34 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 12.79 | HRS | | $ 511.34 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 511.34 |
| **TOTAL AMOUNT DUE:** | $ | 511.34 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582892 | $ 511.34 |

01300106631000385828920005113 48



**Robert Half International**
A Global Leader in Professional Services Since 1948

Page: 1
Invoice Date: 08/21/2013
Invoice Number: 38582893
Customer Number: 01300-108631000
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|------|---------------|-----------|------------------------|-----|-----|-----------|--------|
| 1 | Gallagher,Stephen M | 08/16/2013 | Marty,Gretchen | 13.75 | HRS REG | $ 39.98 | $ 549.73 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 13.75 | HRS | | $ 549.73 |

| | |
|---|---|
| Invoice Subtotal: | $ 549.73 |
| **TOTAL AMOUNT DUE:** | $ 549.73 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 01300-108631000 | 38582893 | $ 549.73 |

01300106631000385828930005497 34



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582894 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice — DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Pope,Jonathan | 08/16/2013 | Marty,Gretchen | 11.50 | HRS REG | $ | 39.98 | $ | 459.77 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 11.50 | HRS | | | $ | 459.77 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 459.77 |
| **TOTAL AMOUNT DUE:** | | $ | 459.77 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582894 | $    459.77 |

013001066310003858289400045977S



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582895 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2840
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Yorker,Robyn | 08/16/2013 | Marty,Gretchen | 2.34 | HRS REG | $ | 39.98 | $ | 93.55 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 2.34 | HRS | | | $ | 93.55 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 93.55 |
| **TOTAL AMOUNT DUE:** | $ | 93.55 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount | |
|---|---|---|---|
| 01300-106631000 | 38582895 | $ | 93.55 |

013001066310003858289500009355



**Robert Half International**

A Global Leader in Professional Services Since 1948

| Page: | 1 |
| --- | --- |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582896 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Flowers,Thomas | 08/16/2013 | Marty,Gretchen | 6.00 | HRS REG | $ | 39.98 | $ | 239.88 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 6.00 | HRS | | | $ | 239.88 |

| | | |
| --- | --- | --- |
| Invoice Subtotal: | $ | 239.88 |
| **TOTAL AMOUNT DUE:** | $ | 239.88 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
| --- | --- | --- |
| 01300-106631000 | 38582896 | $ 239.88 |

013001066310003858289600023988 3



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| **Page:** | 1 |
| **Invoice Date:** | 08/21/2013 |
| **Invoice Number:** | 38582897 |
| **Customer Number:** | 01300-106631000 |
| **Fed Tax ID:** | 94-1648752 |

**Labor Invoice -- DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Sheikh,Hasan | 08/16/2013 | Marty,Gretchen | 4.25 | HRS REG | $ | 39.98 | $ | 169.92 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 4.25 | HRS | | | $ | 169.92 |

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 169.92 |
| **TOTAL AMOUNT DUE:** | $ | 169.92 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this Invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582897 | $ 169.92 |

0130010663100038582897000169922



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | : |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582898 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
Gretchen Marty          .
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|
| i | Kiersoht,Charles J | 08/16/2013 | Marty,Gretchen | 16.00 | HRS REG | $    39.98 | $    639.68 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 16.00 | HRS | | $    639.68 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 639.68 |
| **TOTAL AMOUNT DUE:** | $ | 639.68 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:          For qualified legal professionals please call:
(800) 776-3770                                        (800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582898 | $    639.68 |

013001066310003858289800063968



**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582899 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Goldin,Leo Y | 08/16/2013 | Marty,Gretchen | 7.00 | HRS REG | $ | 39.98 | $ | 279.86 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 7.00 | HRS | | | $ | 279.86 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 279.86 |
| **TOTAL AMOUNT DUE:** | $ | 279.86 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582899 | $ 279.86 |

013001066310003858289900027986?



## Robert Half International

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582900 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1848752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Elmore,Christophe P | 08/16/2013 | Marty,Gretchen | 15.00 | HRS REG | $ | 39.98 | $ | 599.70 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 15.00 | HRS | | | $ | 599.70 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 599.70 |
| **TOTAL AMOUNT DUE:** | | $ | 599.70 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 775-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582900 | $    599.70 |

01300106631000385829000005997OB


**Robert Half International**
A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582901 |
| Customer Number: | 01300-106831000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2840
180 N. LaSalle Street
Chicago IL 60601

Please Remit To:
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

### Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SCHULTZ,PATRICK L | 08/16/2013 | Marty,Gretchen | 5.50 | HRS REG | $ | 39.98 | $ | 219.89 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 5.50 | HRS | | | $ | 219.89 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 219.89 |
| **TOTAL AMOUNT DUE:** | | $ | 219.89 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this Invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106831000 | 38582901 | $ 219.89 |

013001066310003858290100021989l



**Robert Half International**

A Global Leader in Professional Services Since 1948

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/21/2013 |
| Invoice Number: | 38582902 |
| Customer Number: | 01300-106631000 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
Gretchen Marty
CARPENTER LIPPS & LELAND LLP
Ste: 2640
180 N. LaSalle Street
Chicago IL 60601

**Please Remit To:**
Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CARLSON,BRYCE | 08/16/2013 | Marty,Gretchen | 1.59 | HRS  REG | $ | 39.98 | $ | 63.57 |
| | Subtotal for Week-Ended: | 08/16/2013 | | 1.59 | HRS | | | $ | 63.57 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 63.57 |
| **TOTAL AMOUNT DUE:** | $ | 63.57 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice please call:
(800) 776-3770

For qualified legal professionals please call:
(800) 870-8367

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
12400 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 01300-106631000 | 38582902 | $    63.57 |

013001066310003858290200006357B