800-221-1212

**Debra Gaunder**

**From:** Delta Air Lines [DeltaAirLines@e.delta.com]
**Sent:** Friday, October 25, 2013 11:35 AM
**To:** Debra Gaunder
**Subject:** JENNIFER A COLUMBUS 28OCT13

Comment/Complaint ? | Add to Address Book ?

DELTA

delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: G47P6V | Ticket #: 0062334347?3313

CHECK IN ONLINE >

## Your Flight Information

**Mon 28OCT**

| | | | | |
|---|---|---|---|---|
| LV **9:00am** | COLUMBUS | AR **10:45am** | NYC-LAGUARDIA | **DELTA 6008*** ECONOMY (M) |

*Flight 6008 Operated by SHUTTLE AMERICA

## Your Flight Details

Manage Trip >

| Passenger Details | Flights | Seats |
|---|---|---|
| **JENNIFER A BATTLE** SkyMiles #*******562 Gold | DELTA 6008 | 06A |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

**Receipt Information**

**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| JENNIFER A BATTLE | VI************2036 | 00623434721313 |

| | |
|---|---|
| **FARE:** | **657.67 USD** |
| **Taxes/Carrier-imposed Fees:** | **60.23** |
| **Ticket Amount:** | **717.90 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

**Details - Taxes/Carrier-imposed Fees**

**Total:** **60.23**

**Itemized:** 2.50 AY 4.50 XF 3.90 ZP 49.33 US

**Fare Details**

**CMH DL NYC657.67MA00A0XQ USD657.67END ZP CMH XF CMH4.5**

**Ticketing Details**

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JENNIFER A BATTLE | 00623434721313 | LAXWEB | 25OCT13 | 25OCT14 |

**Baggage Fees**

Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Airline Rule Applied | Origin | Destination | Baggage | | | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Mon 28 Oct 2013** | | | | | | | |
| DELTA | CMH | LGA | FREE [1] CARRY ON | $25 FIRST | $35 SECOND | $0.00 | $60.00 |
| | | | | | | | $60.00 |

1:On Delta-operated flights, you may carry on one bag and a small personal item free of charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

BusinessElite/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond the regular free allowance.

**Debra Gaunder**

**From:** Jennifer A.L. Battle
**Sent:** Wednesday, November 06, 2013 11:21 AM
**To:** Debra Gaunder
**Subject:** FW: JENNIFER A NYC-LAGUARDIA 29OCT13

**From:** Delta Air Lines [mailto:DeltaAirLines@e.delta.com]
**Sent:** Monday, October 28, 2013 9:12 PM
**To:** Jennifer A.L. Battle
**Subject:** JENNIFER A NYC-LAGUARDIA 29OCT13

Comment/Complaint ? | Add to Address Book ?




delta.com My Trips Earn Miles

YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review before your trip:**

Check in for your flight up to 24 hours prior to departure at delta.com or with the Fly Delta app - also check flights, change seats, reserve car and hotels, and much more.

Make changes to eligible electronic tickets through My Trips at delta.com.

If you need to contact Delta for assistance please call 1-800-221-1212 or visit delta.com/help.

**Thanks for choosing Delta.**
Flight Confirmation #: G63APP | Ticket #: 00623433756315

CHECK IN ONLINE >

**Your Flight Information**

**Tue 29OCT**

| | | | | |
|---|---|---|---|---|
| LV **10:25am** | NYC-LAGUARDIA | AR **12:33pm** | COLUMBUS | **DELTA 5977***<br>ECONOMY (S) |

*Flight 5977 Operated by SHUTTLE AMERICA

Please note that our New York-LaGuardia Airport (LGA) flights now depart from Terminal C, as well as from Terminal D and the Marine Air Terminal. As gate and terminal information are subject to change, it's best to check within 4 hours of your flight's departure via Online Check-in, Flight Status or the Fly Delta app. Gates C15 – C32 are located in Terminal C and gates D1 – D11 are located in Terminal D.

---

**Your Flight Details** Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **JENNIFER A BATTLE**<br>SkyMiles #*******562 Gold | DELTA 5977 | 05A |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

**Receipt Information**

**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| **JENNIFER A BATTLE** | VI************2036 | **00623433756315** |

| | |
|---|---|
| **FARE:** | **564.65 USD** |
| **Taxes/Carrier-imposed Fees:** | **53.25** |
| **Ticket Amount:** | **617.90 USD** |

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded.

Additional charges and/or credits may apply and are displayed in the sections below.

**Details - Taxes/Carrier-imposed Fees**

**Total:** **53.25**

**Itemized:** 2.50 AY 4.50 XF 3.90 ZP 42.35 US

**Fare Details**

**NYC DL CMH564.65SA00A0NQ USD564.65END ZP LGA XF LGA4.5**

**Ticketing Details**

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JENNIFER A BATTLE | 00623433756315 | LAXWEB | 28OCT13 | 28OCT14 |

**Baggage Fees**

Thank you for being a valued customer. The fees below are based on your original ticket purchase information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

| Airline Rule Applied | Origin | Destination | Baggage | Tax | Total |
|---|---|---|---|---|---|
| **Tue 29 Oct 2013** | | | | | |
| DELTA | LGA | CMH | | $0.00 | $60.00 |

AMERICAN EXPRESS® BUSINESS TRAVEL



Generated: October 1, 2013 12:49 PM

# Travel Arrangements for JEFFREY A LIPPS

| | | | |
|---|---|---|---|
| **Record Locator** | VSLISP | **Agent ID:** K0 | |
| Trip ID | 1192243494:1 | Phone: .. / Fax: .. | |
| | CARPENTER AND LIPPS<br>280 N HIGH ST STE 1300<br>COLUMBUS,OH 43215 | | |

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/1/2013 |
| Ticket Number | 7310115020 | Invoice | 0172644 |
| Check Digit | 1 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 1,183.80 |
| Ticket Tax Fare | 110.58 |
| Total (USD) Ticket Amount | 1,294.38 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| **Total** | ~~1,329.38~~ |

½ 664.69

## Travel Details

Sunday October 6, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7330<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 11:14 AM | | |
| Arriving | 12:59 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | Coach | | |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7330<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 11:14 AM | | |
| Arriving | 12:59 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | First | | |

**Hotel Information**

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>NEW YORK MARRIOTT EAST SIDE |
| Hotel Address | 525 LEXINGTON AVE AT 49TH STRE<br>NEW YORK NY 10017 |
| Confirmation Number | 89037098 |





| | |
|---|---|
| Check in Date | 10/6/2013 |
| Check out Date | 10/8/2013 |
| Hotel Rate | 359.00 USD per night |
| Phone Number | 1-212-7554000 |
| Fax Number | 1-212-7154296 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | NSRM KING |
| Frequent Guest | 166152769 |
| Airline Membership | DL2003694375 |

CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Tuesday October 8, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 8 minutes |
| Flight | 5977 | Distance | 478 Miles |
| | OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | | |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Embraer 175 JET |
| Departing | 10:25 AM | | |
| Arriving | 12:33 PM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 11B | | |
| Class | Coach | | |

## Travel Details

Wednesday February 5, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GXMEKC | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-9LVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-9LVA
**************************************************

PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL-IMPOSED CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY. YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
**************************************************

PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS FOR DETAILS.

TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO
CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges:** In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit: TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf for more information.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

**CALIFORNIA:** This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001, or by visiting TCRC's website at: www.tcrcinfo.org.

**WASHINGTON:** If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**

**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

**California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.**






Generated: October 10. 2013 3:42 PM

# Travel Arrangements for JEFFREY A LIPPS

| | | | |
|---|---|---|---|
| **Record Locator** | SBTJYA | **Agent ID: K3** | |
| Trip ID | 11712899810 | 64 PRATT ST - 3rd flr hartford, ct 06103 | |
| | CARPENTER AND LIPPS | Phone: (800) 327-2737 / Fax (313) 203-3822 | |
| | 280 N HIGH ST STE 1300 | | |
| | COLUMBUS,OH 43215 | | |

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/10/2013 |
| Ticket Number | 7312340502 | Invoice | 0219474 |
| Check Digit | 1 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 2,830.69 |
| Ticket Tax Fare | 259.81 |
| Total (USD) Ticket Amount | 3,090.50 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| **Total** | 3,125.50 ½ 1562.75 |

## Travel Details

Monday October 14, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7313<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 6:00 AM | | |
| Arriving | 7:45 AM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | Coach | | |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7313<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 6:00 AM | | |
| Arriving | 7:45 AM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | ~~First~~ free upgrade | | |

**Hotel Information**

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>JW MARRIOTT ESSEX HOUSE |
| Hotel Address | 160 CENTRAL PARK SOUTH<br>NEW YORK NY 10019 |
| Confirmation Number | 82035907 |

Check in Date 10/14/2013
Check out Date 10/15/2013

Hotel Rate 599.00 USD per night
Phone Number 1-212-2470300
Fax Number 1-212-3151839
Late Arrival Guarantee - Credit Card
Special Info NSRM KING
Frequent Guest 166152769
CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Tuesday October 15, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 3 hours 3 minutes |
| Flight | 2119 | Distance | 1,020 Miles |
| Origin | New York Lga, NY | Meal Service | Cont breakfast |
| Destination | Minneapolis St Pl, MN | Plane | Airbus A320 |
| Departing | 8:30 AM | | |
| Arriving | 10:33 AM | | |

Departure Terminal TERMINAL D
Arrival Terminal TERMINAL 1 - LINDBERGH
Seat 18B
Class Coach

### Hotel Information

Hotel AK
THE HOTEL MINNEAPOLIS AUTOGRAP
Hotel Address 215 4TH STREET SOUTH
MINNEAPOLIS MN 55401
Confirmation Number 82038291
Check in Date 10/15/2013
Check out Date 10/16/2013

Hotel Rate 309.99 USD per night
Phone Number 1-612-3402000
Fax Number 1-612-2155400
Late Arrival Guarantee - Credit Card
Special Info NSRM KING
Frequent Guest 166152769
CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Wednesday October 16, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 26 minutes |
| Flight | 1464 | Distance | 931 Miles |
| Origin | Minneapolis St Pl, MN | Meal Service | Cont breakfast |
| Destination | Washington Reagan, DC | Plane | Mcdonnell DOUGLAS 87 |
| Departing | 7:35 AM | | |
| Arriving | 11:01 AM | | |

Departure Terminal TERMINAL 1 - LINDBERGH
Arrival Terminal TERMINAL B
Seat 15D
Class Coach

### Hotel Information

Hotel MARRIOTT HOTELS
WASHINGTON MARRIOTT
Hotel Address 1221 22ND ST NW
WASHINGTON DC 20037

| | |
|---|---|
| Confirmation Number | 82039586 |
| Check in Date | 10/16/2013 |
| Check out Date | 10/17/2013 |
| Hotel Rate | 289.00 USD per night |
| Phone Number | 1-202-8721500 |
| Fax Number | 1-202-8721424 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | NSRM KING |
| Frequent Guest | 166152769 |

CANCEL BY 06 PM DAY OF ARRIVAL

## Travel Details — Thursday October 17, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 36 minutes |
| Flight | 2145 | Distance | 405 Miles |
| Origin | Washington Reagan, DC | Meal Service | No Meal Service |
| Destination | Detroit Metro, MI | Plane | Md Super 90 |
| Departing | 7:00 PM | | |
| Arriving | 8:36 PM | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | E.H.MCNAMARA TERMINAL | | |
| Seat | 30D | | |
| Class | Coach | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 0 hours 59 minutes |
| Flight | 5996 | Distance | 155 Miles |
| | OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | | |
| Origin | Detroit Metro, MI | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Embraer 175 JET |
| Departing | 9:39 PM | | |
| Arriving | 10:38 PM | | |
| Departure Terminal | E.H.MCNAMARA TERMINAL | | |
| Seat | Unassigned | | |
| Class | Coach | | |

## Travel Details — Thursday April 17, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| F694S4 | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
******************************************************
PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL-IMPOSED
CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR
FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE

TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY.
YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP
REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
**************************************************

PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT
FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS
FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO
CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges:** In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit: TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf for more information.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public Internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

<u>CALIFORNIA</u>: This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P O. Box 6001; Larkspur, CA 94977-6001, or by visiting TCRC's website at: www.tcrcinfo.org.

**<u>WASHINGTON</u>**: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**<u>NEVADA</u>**:
**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**
You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

**California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.**



AMERICAN EXPRESS® **BUSINESS TRAVEL**



Generated: October 18, 2013 3:42 PM

# Travel Arrangements for JEFFREY A LIPPS

**Record Locator** XVHTGM

Trip ID 1204823323??
CARPENTER AND LIPPS
280 N HIGH ST STE 1300
COLUMBUS,OH 43215

**Agent ID: WC**
84 PRATT ST - 3rd flr - hartford, ct 06103
Phone: (800) 327-2737 / Fax: (313) 203-3822

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/18/2013 |
| Ticket Number | 7314088885 | Invoice | 0225647 |
| Check Digit | 1 | Electronic | Yes |

### Charges

| | |
|---|---|
| Ticket Base Fare | 1,183.80 |
| Ticket Tax Fare | 110.58 |
| Total (USD) Ticket Amount | 1,294.38 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| **Total** | 1,329.38 |

## Travel Details

Monday October 21, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 46 minutes |
| Flight | 5396<br>OPERATED BY EXPRESSJET DBA DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | Canadair RegionalJet |
| Departing | 3:48 PM | | |
| Arriving | 5:34 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Seat | 06C | | |
| Class | Coach | | |

### Hotel Information

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>NEW YORK MARRIOTT EAST SIDE |
| Hotel Address | 525 LEXINGTON AVE AT 49TH STRE<br>NEW YORK NY 10017 |
| Confirmation Number | 86964274 |
| Check in Date | 10/21/2013 |
| Check out Date | 10/22/2013 |
| Hotel Rate | 429.00 USD per night |
| Phone Number | 1-212-7554000 |
| Fax Number | 1-212-7154296<br>Late Arrival Guarantee - Credit Card |
| Frequent Guest | 166152769 |

CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Tuesday October 22, 2013

EXPERIENCE MATTERS



**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 0 minutes |
| Flight | 5998<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:25 PM | | |
| Arriving | 10:25 PM | | |
| Departure Terminal | TERMINAL D | | |
| Class | Coach | | |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 0 minutes |
| Flight | 5998<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:25 PM | | |
| Arriving | 10.25 PM | | |
| Departure Terminal | TERMINAL D | | |
| Class | First | | |

## Travel Details

Wednesday February 19, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

**Loyalty Programs**

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| HL7BAB | DELTA AIR LINES |

**Additional Messages**

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4436
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872 3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
**********************************************

PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL IMPOSED CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY. YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
**********************************************

PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,

NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO
CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges:** In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit: TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf for more information.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

**CALIFORNIA**: This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

**WASHINGTON**: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**
**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**
You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702 486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775 688.1803, e-mail: ncad@fyiconsumer.org

**California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.**






Generated: October 24, 2013 2:49 PM

# Travel Arrangements for JEFFREY A LIPPS

| | | | |
|---|---|---|---|
| Record Locator | YGDAMS | Agent ID: M7 | |
| Trip ID | 12083344148<br>CARPENTER AND LIPPS<br>280 N HIGH ST STE 1300<br>COLUMBUS,OH 43215 | 64 PRATT ST - 3rd flr - hartford, ct 06103<br>Phone: (800) 327-2737 / Fax: (313) 203-3822 | |

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/24/2013 |
| Ticket Number | 7315348809 | Invoice | 0229831 |
| Check Digit | 2 | Electronic | Yes |

### Charges

| | |
|---|---|
| Ticket Base Fare | 1,349.57 |
| Ticket Tax Fare | 123.02 |
| Total (USD) Ticket Amount | 1,472.59 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| Total | 1,507.59 |

## Travel Details

Sunday October 27, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7330<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 11:14 AM | | |
| Arriving | 12:59 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | Coach | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 45 minutes |
| Flight | 7330<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | E70 |
| Departing | 11:14 AM | | |
| Arriving | 12:59 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | ~~First~~ free upgrade | | |

### Hotel Information

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>NEW YORK MARRIOTT EAST SIDE |
| Hotel Address | 525 LEXINGTON AVE AT 49TH STRE<br>NEW YORK NY 10017 |
| Confirmation Number | 90164000 |

| | |
|---|---|
| Check out Date | 11/1/2013 |
| Hotel Rate | 254.00 USD per night |
| Phone Number | 1-212-7554000 |
| Fax Number | 1-212-7154296 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | NSRM KING |
| Frequent Guest | 166152769 |

CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Friday November 1, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 13 minutes |
| Flight | 5980 | Distance | 478 Miles |
| | OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | | |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:25 AM | | |
| Arriving | 10.38 AM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 07B | | |
| Class | Coach | | |

Changed 10/31 to

## Travel Details

Saturday March 1, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| HLUC6W | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
************************************************************
PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL-IMPOSED CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY. YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
************************************************************
PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE, NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO

CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.






Generated: October 29, 2013 12:49 PM

## Travel Arrangements for JEFFREY A LIPPS

Record Locator: YCDAMS
Trip ID: 12023346140
CARPENTER AND LIPPS
280 N HIGH ST STE 1300
COLUMBUS,OH 43215

Agent ID: M7
Phone: .. / Fax: ..

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 10/29/2013 |
| Ticket Number | 7316229901 | Invoice | 0232914 |
| Check Digit | 4 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 0.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 0.00 |
| Current Fare | 1,472.59 |
| Prior ticket 0067315348809 credit | -1,472.59 |
| Exchange Fee | 0.00 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| **Total** | 35.00 |

## Travel Details

OPEN

## Travel Details

Thursday October 31, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 13 minutes |
| Flight | 5980<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:25 AM | | |
| Arriving | 10:38 AM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 07B | | |
| Class | Coach | | |

## Travel Details

Saturday March 1, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

**Loyalty Programs**

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003634375 | JEFFREY A LIPPS |

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| HLUC6W | DELTA AIR LINES |

**Additional Messages**

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
S4****************************************
S4****************************************
S6****************************************
S6****************************************
PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO
CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
TICKET EXCHANGE FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges**: In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit: TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf for more information.

**Liability Statement.** American Express Travel Related Services Company, Inc and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend

**CALIFORNIA**: This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

**WASHINGTON**: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**

**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**

You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

**California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.**

# NOVEMBER AIRFARE DOCUMENTATION

**Debra Gaunder**

**From:** Delta Air Lines [DeltaAirLines@e.delta.com]
**Sent:** Wednesday, November 20, 2013 9:42 AM
**To:** Debra Gaunder
**Subject:** Your Delta Refund Confirmation is Enclosed

Comment/Complaint ›




delta.com My Trips Earn Miles



# REFUND CONFIRMATION

**JENNIFER A BATTLE**

**Refund Confirmation for Psgr: JENNIFER A BATTLE**
SkyMiles® Account:
Retain this refund confirmation for your records.

**Refund Confirmation Information**

**Ticket**

**Refund Number:** 0060794272979 | Issued 11/20/13

**The amount 717.90 USD has been refunded to VI ************2036**

**Document submitted for Refund:** 0062345874107
**See Refund Information below

| | Amount | SkyMiles |
|---|---|---|
| **Ticket Value:** | 1435.80 USD | N/A |
| **Portion Flown/Used:** | -717.90 USD | |
| **Cancellation Fee:** | -0.00 USD | |
| **Total Refund Amt:** | 717.90 USD | N/A |

**Base Fare:** 657.67 USD
**Tax:** 60.23 USD
**Tax Breakdown:** US 49.33 ZP 3.90 AY 2.50 XF 4.50

****Refund Information:**
Your Refund has been processed. Refund eligibility and amounts are based on the rules of the fare purchased or SkyMiles program Ticket Rules. All applicable cancellation or other fees have been applied.

**Additional Information:**
Credit Card Refunds could take up to two billing cycles to appear on your credit card account. Refunds

for eligible tickets purchased with cash or check will be processed within 20 business days. Retain this refund confirmation for your records.

**Questions About Your Refund?**
Your Refund Number will be needed for any inquiries about your refund.

- Submit questions at www.delta.com/talktous
- Call 1-800-847-0578
- Send questions via postal service to:
  Delta Air Lines Inc.
  Passenger Refunds
  P.O. Box 20537
  Atlanta, GA 30320-2537 USA




BUY GIFT TRANSFER › Need more miles? Buy and transfer miles on Delta.com.



AMERICAN EXPRESS › First checked bag free with the Gold Delta SkyMiles® Credit Card. Apply Now




HERTZ › Save up to 40% on car rentals worldwide, plus SkyMiles members earn up to 200 miles per day.




TRIP INSURANCE › Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage
- Claim restrictions, including time periods within which you must file a claim or bring an action against us
- Our right to change terms of the contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service, including schedule changes, substitution of alternative air carriers or aircraft, and rerouting
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com , or by requesting a copy from Delta.

All SkyMiles program rules apply to SkyMiles program membership, miles, offers, mile accrual, mile redemption and travel benefits. To review the rules, please visit delta.com/memberguide. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Seats are limited and may not be available on all flights or in all markets. All Delta Sky Club rules apply to Delta Sky Club membership and use. To review the rules, please visit delta.com/skyclub. Delta, SkyMiles, and the Delta logo are registered service marks of Delta Air Lines, Inc. Delta is not responsible for goods or services offered by any companies participating in offers or miles promotions. All offers subject to the terms and conditions of each individual offer. See individual offers for details. Prices, rules, offers, and benefits subject to change without notice. Offers and benefits void where prohibited by law. Other restrictions may apply.

**Privacy Policy:**
Your privacy is important to us. Please review our Privacy Policy.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd , P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

Chg. Flight from Delta to USAir

**Debra Gaunder**

**From:** reservations@email-usairways.com
**Sent:** Wednesday, November 20, 2013 9:04 AM
**To:** Debra Gaunder
**Subject:** Your US Airways flight




You're confirmed

Date issued: Wednesday, November 20, 2013

Confirmation code:

AZVJBQ US Airways

Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Jennifer A Battle | 8B782X6 (US) | 03723361147461 | |

Day of departure phone: (614) 301-1438 Email for receipt: gaunder@carpenterlipps.com

Trip details Download to Outlook

**Depart:** Philadelphia, PA (PHL) Columbus, OH (CMH)
**Date:** Thursday, November 21, 2013
**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 3284 | 06.05 PM PHL | 07 44 PM CMH | 1h 39m | – | E175 | Coach | 9A |

*Operated by Republic Airlines dba US Airways Express*



US AIRWAYS CLUB

LIMOS.COM
BOOK NOW!

## Total travel cost (1 passengers)

| Your fare (Refundable) | Adult |
|---|---|
| PHL to CMH (B6) | $761.86 |
| Taxes and fees | $68 04 |
| Subtotal | $829.90 |
| Number of passengers | x 1 |
| Total by passenger type | $829.90 |
| **Total fare (All passengers)** | **$829.90** |

↳Charged to Jennifer A Battie
************2036 (Visa)

**You paid $829.90**

## Helpful links

**Travel tools and tips**

Airport information
US Airways Club
Airport security
Seated in an exit row?
About Gogo Wi-Fi

**Trip information**

Manage your reservation
Change your seats
Join Dividend Miles
Baggage policies
TSA regulations
Buy Gogo Wi-Fi

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | $0 | $0 |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | $25 | $35 |
| Transatlantic | $0 | $100 |
| Transpacific / Brazil (except Hawaii) | $0 | $0 |

AMERICAN EXPRESS® BUSINESS TRAVEL



Generated: November 25, 2013 12:08 PM

# Travel Arrangements for JEFFREY A LIPPS

Record Locator BZJBNE
Trip ID 10724816058
CARPENTER AND LIPPS
280 N HIGH ST STE 1300
COLUMBUS,OH 43215

Agent ID: VO
64 PRATT ST - 3rd flr - hartford, ct 06103
Phone: (800) 327-2737 / Fax: (313) 203-3822

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 11/25/2013 |
| Ticket Number | 7365307603 | Invoice | 0251862 |
| Check Digit | 6 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 0.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 0.00 |
| Current Fare | 1,294.39 |
| Prior ticket 0067318259506 credit | -1,314.38 |
| Exchange Fee | 0.00 |
| Transaction Fee | 35.00 |
| Airfare charged to American Express | |
| Billing Account: | AX XXXXXXXXXXX2007 |
| **Total** | 15.01 |

## Travel Details

Monday November 25, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 6 minutes |
| Flight | 5978<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Embraer 175 JET |
| Departing | 7:00 PM | | |
| Arriving | 9:06 PM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 10B | | |
| Class | Coach | | |

## Travel Details

Thursday March 27, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

**Loyalty Programs**

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| GPSXC2 | DELTA AIR LINES |

**Additional Messages**





FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE,
NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO
CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND
ONLY VALID ON SAME CARRIER
TICKET EXCHANGE FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

AMERICAN EXPRESS® BUSINESS TRAVEL



Generated: November 12, 2013 12:48 PM

# Travel Arrangements for JEFFREY A LIPPS

**Record Locator** BZJBNE
Trip ID 10724816058
CARPENTER AND LIPPS
280 N HIGH ST STE 1300
COLUMBUS,OH 43215

**Agent ID: VO**
64 PRATT ST - 3rd flr - hartford, ct 06103
Phone: (800) 327-2737 / Fax: (313) 203-3822

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 11/12/2013 |
| Ticket Number | 7319259506 | Invoice | 0243272 |
| Check Digit | 2 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 1,202.40 |
| Ticket Tax Fare | 111.98 |
| Total (USD) Ticket Amount | 1,314.38 |

Airfare charged to American Express
Billing Account: AX XXXXXXXXXXX2007

**Total** 1,314.38

## Travel Details

Saturday November 16, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 40 minutes |
| Flight | 5500<br>OPERATED BY EXPRESSJET DBA DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | Canadair RegionalJet |
| Departing | 3:30 PM | | |
| Arriving | 5:10 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | Coach | | |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 40 minutes |
| Flight | 5500<br>OPERATED BY EXPRESSJET DBA DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | Canadair RegionalJet |
| Departing | 3:30 PM | | |
| Arriving | 5:10 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Class | First free upgrade | | |

**Hotel Information**

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>JW MARRIOTT ESSEX HOUSE |
| Hotel Address | 160 CENTRAL PARK SOUTH<br>NEW YORK NY 10019 |

| | |
|---|---|
| Confirmation Number | 86710107 |
| Check in Date | 11/16/2013 |
| Check out Date | 11/27/2013 |
| Hotel Rate | 754.00 USD per night |
| Phone Number | 1-212-2470300 |
| Fax Number | 1-212-3151839 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | NSRM KING |
| Frequent Guest | 166152769 |

CANCEL 01 DAYS BEFORE ARRIVAL
GUARANTEED RESERVATION-CANCEL 24 HOURS PRIOR-BY
FRI 15NOV-LOCAL HOTEL TIME-TO AVOID ROOM/TAX CHARGES
RATE IS 449.00 1ST NIGHT
RATE IS 524.00 2ND NIGHT
RATE IS 724.00 3RD NIGHT
RATE IS 754.00 NEXT 3 NIGHTS
RATE IS 499.00 NEXT 2 NIGHTS
RATE IS 474.00 LAST 3 NIGHTS

## Travel Details

Wednesday November 27, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 2 hours 6 minutes |
| Flight | 5980<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:30 AM | | |
| Arriving | 10:36 AM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 07B | | |
| Class | Coach | | |

## Travel Details

Thursday March 27, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 2003694375 | JEFFREY A LIPPS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GPSXC2 | DELTA AIR LINES |

### Additional Messages

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
**************************************************

PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL-IMPOSED CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY. YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
**************************************************

PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE, NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND ONLY VALID ON SAME CARRIER

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

AMERICAN EXPRESS® BUSINESS TRAVEL



Generated: November 15, 2013 3:57 PM

## Travel Arrangements for DAVID BECK

| | |
|---|---|
| Record Locator | EXKGDH |
| Trip ID | 10902908133<br>CARPENTER AND LIPPS<br>280 N HIGH ST STE 1300<br>COLUMBUS,OH 43215 |

**Agent ID: M6**
64 PRATT ST - 3rd flr - hartford, ct 06103
Phone: (800) 327-2737 / Fax (313) 203-3822

### Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 006 | Ticket Date | 11/15/2013 |
| Ticket Number | 7320089850 | Invoice | 0246443 |
| Check Digit | 6 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 1,183.80 |
| Ticket Tax Fare | 110.58 |
| Total (USD) Ticket Amount | 1,294.38 |
| Transaction Fee | 35.00 |
| Airfare charged to Visa | |
| Billing Account: | VI XXXXXXXXXXXX3672 |
| **Total** | 1,329.38 |

### Travel Details

Monday November 18, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 43 minutes |
| Flight | 5500<br>OPERATED BY EXPRESSJET DBA DELTA CONNECTION | Distance | 478 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | New York Lga, NY | Plane | Canadair RegionalJet |
| Departing | 3:59 PM | | |
| Arriving | 5:42 PM | | |
| Arrival Terminal | TERMINAL D | | |
| Seat | 08D | | |
| Class | Coach | | |

**Hotel Information**

| | |
|---|---|
| Hotel | MARRIOTT HOTELS<br>JW MARRIOTT ESSEX HOUSE |
| Hotel Address | 160 CENTRAL PARK SOUTH<br>NEW YORK NY 10019 |
| Confirmation Number | 89217184 |
| Check In Date | 11/18/2013 |
| Check out Date | 11/22/2013 |
| Hotel Rate | 574.00 USD per night |
| Phone Number | 1-212-2470300 |
| Fax Number | 1-212-3151839<br>Late Arrival Guarantee - Credit Card |
| Special Info | KING, NSRM |
| Frequent Guest | 915484216 |

CANCEL 01 DAYS BEFORE ARRIVAL

## Travel Details

Friday November 22, 2013

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 1 hour 59 minutes |
| Flight | 5998<br>OPERATED BY SHUTTLE AMERICA - DELTA CONNECTION | Distance | 478 Miles |
| Origin | New York Lga, NY | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | E70 |
| Departing | 8:30 PM | | |
| Arriving | 10:29 PM | | |
| Departure Terminal | TERMINAL D | | |
| Seat | 07A | | |
| Class | Coach | | |

## Travel Details

Saturday March 22, 2014

THANK YOU FOR CHOOSING AMERICAN EXPRESS

**Loyalty Programs**

| Vendor | Account | Traveler |
|---|---|---|
| DELTA AIR LINES | 9402633706 | DAVID BECK |

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| F6KGIE | DELTA AIR LINES |

**Additional Messages**

FOR TRAVEL RESERVATIONS/ASSISTANCE 8A-8P ET M-F
PLEASE CALL 800-848-4438
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-800-872-3057 - ACCESS CODE - S-4PVA
FOR EMERGENCIES WHILE TRAVELING OVERSEAS,PLEASE CALL
336-291-0107, CODE S-4PVA
**************************************************

PLEASE BE ADVISED THAT CERTAIN MANDATORY HOTEL-IMPOSED CHARGES, INCLUDING, BUT NOT LIMITED TO, DAILY RESORT OR FACILITY FEES, MAY BE APPLICABLE TO YOUR STAY AND PAYABLE TO THE HOTEL OPERATOR AT CHECK-OUT FROM THE PROPERTY. YOU MAY WISH TO INQUIRE WITH THE HOTEL BEFORE YOUR TRIP REGARDING THE EXISTENCE AND AMOUNT OF SUCH CHARGES.
**************************************************

PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
CONTACT THE ABOVE NUMBER FOR COMPLETE TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS FOR DETAILS.
TICKETS MAY BE NON-REFUNDABLE, NON-ENDORSEABLE, NON-CHANGEABLE OR REQUIRE ADVANCE NOTICE TO CHANGE, SUBJECT TO PENALTY/TRANSACTION FEE, AND ONLY VALID ON SAME CARRIER
AIR RAIL TRANSACTION OR BOOKING FEE 35.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

All services covered by this itinerary are subject to the terms and conditions specified by the suppliers. Customer agrees to the terms and conditions set forth on any brochures or advertisements describing any tour, cruise, accommodations, transportation or other services, and to any and all conditions contained in documents for any such services including, without limitation, all cancellation and change fees. No employee of American Express and its affiliates, subsidiary companies or representatives has authority to vary the terms and conditions.

**Hotel Charges:** In addition to the quoted rate(s) above, mandatory hotel charges may apply at check-out from the property; consult with the hotel for details and your company to determine whether such charges comply with your company's travel polices.

**Air Transportation.** Important airline ticket terms and conditions and other important notices apply to air transportation. Please visit: TICKET TERMS AND CONDITIONS AND OTHER IMPORTANT NOTICES.pdf for more information.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbooking's, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

**Intermediary Disclosure.** Amex assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers to you and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability and your preferences. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

**CALIFORNIA:** This transaction is covered by the California Travel Consumer Restitution Fund (TCRF) if the seller of travel was registered and participating in the TCRF at the time of sale and the passenger is located in California at the time of payment. Eligible passengers may file a claim with TCRF if the passenger is owed a refund of more than $50 for transportation or travel services which the seller of travel failed to forward to a proper provider or such money was not refunded to you when required. The maximum amount which may be paid by the TCRF to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted to the TCRF within 12 months after the scheduled completion date of the travel. A claim must include sufficient documentation to prove your claim and a $35 processing fee. Claimants must agree to waive their right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a TCRF claim. You may request a claim form by writing to: Travel Consumer Restitution Corporation; P.O. Box 6001; Larkspur, CA 94977-6001; or by visiting TCRC's website at: www.tcrcinfo.org.

**WASHINGTON:** If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty (30) days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen (14) days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

**NEVADA:**
**RECOVERY FUND FOR CONSUMERS DAMAGED BY SELLERS OF TRAVEL**
You may be eligible for payment from the Recovery Fund if you have paid money to a seller of travel registered in Nevada for the purchase of travel services or a vacation certificate and you have suffered certain financial damages as a result of the transaction. To obtain information relating to your rights under the Recovery Fund and the filing of a claim for recovery from the Recovery Fund, you may contact the Consumer Affairs Division of the Department of Business and Industry at the following locations:

SOUTHERN NEVADA: 1850 East Sahara Avenue, Suite 101, Las Vegas, Nevada 89104, Phone: 702.486.7355, Fax: 702.486.7371, e-mail: ncad@fyiconsumer.org

NORTHERN NEVADA: 4600 Kietzke Lane, Building B, Suite 113, Reno, Nevada 89502, Phone: 775.688.1800, Fax: 775.688.1803, e-mail: ncad@fyiconsumer.org

**California CST#1022318-10, Rhode Island ML#1192, Washington UBI#600-469-694, Iowa TA#002, Nevada NV#2001-0126.**

# DECEMBER AIRFARE DOCUMENTATION

CARPENTER LIPPS & LELAND LLP
ATTORNEYS AT LAW
280 PLAZA SUITE 1300
280 NORTH HIGH STREET
COLUMBUS, OHIO 43215
WWW.CARPENTERLIPPS.COM

TELEPHONE (614) 365-4100

180 NORTH LASALLE
SUITE 2640
CHICAGO, ILLINOIS 60601
TELEPHONE (312) 777-4300

1025 CONNECTICUT AVENUE N.W.
SUITE 1000
WASHINGTON, DC 20036-5417
TELEPHONE (202) 365-2808

WRITER'S DIRECT NUMBER

**Reimbursement for Expenses**

Date: 1/09/14
Name: Bruce Paradis
Address: 12530 Beach Cir.
Eden Prairie, MN 55344
SSN: 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
Case No: 1239-004
Re: Reimbursement for cost of increase of airline ticket and change fee when deposition was cancelled

| ITEM | DATE | AMT |
|---|---|---|
| | | |
| Airline ticket increase | 11/11/13 – 11/13/13 | $ 410.00 |
| Airline ticket penalty | 11/11/13 -011/13/13 | $ 140.00 |
| | | |
| TOTAL | | $ 550.00 |

375831

# SEPTEMBER HOTEL DOCUMENTATION




**GUEST FOLIO**

10700 Pear Tree Lane, St. Louis, MO 63134 • 314.423.9700 • Marriott.com/STLAP

```
Room  Name                  Rate    Depart          Time
7207  LIPPS/JEFFREY/MR      199.00  09/13/13        13:00   8131
Type                                                        ACCT#
NCK                                 Arrive          Time
                                    09/12/13        19:59
105
Room Clerk   Address                Payment
                                                            RWD#: XXXXX2760
DATE      REFERENCE                 CHARGES      CREDITS      BALANCE DUE

09/12 RR GRILL       19877207      73.00     9/12 Dinner JTL
09/12 ROOM            7207, 1     199.00
09/12 ROOMTAX         7207, 1      35.67                  A
09/13 AX CARD                              $307.67

SETTLED TO      :    AMERICAN EXPRESS CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! IF YOU ARE PARKING A
VEHICLE, PLEASE USE YOUR ROOM KEY TO EXIT THE PARKING LOT.
LIKE US ON FACEBOOK @ FACEBOOK.COM/#!/MARRIOTTSTLAIRPORT.COM

------------------- SUMMARY OF TAXES -------------------
   DESCRIPTION                    TAXED AMOUNT          TAX
E  DATA_SVC TAX                            .00          .00

      NET CHARGES           TAX        CREDITS        FOLIO
           307.67           .00            .00       307.67
------------------- EXP. REPORT SUMMARY -------------------
09/12 RR GRILL                 73.00
      ROOM&TAX                234.67

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM
```

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X______________________________

Contains 30% post consumer fibers

To secure your next stay, go to Marriott.com

**Fairfield Inn by Marriott**
**Detroit West**
**Canton**

5700 Haggerty Road
Canton Mi 48187
734.981.2440




J. Lipps

Room: 343
Room Type: KING
Number of Guests. 1
Rate. $94 00 Clerk:

Arrive: 11Sep13 Time 12 20AM Depart. 12Sep13 Time Folio Number. 67888

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11Sep13 | Room Charge | 94.00 | |
| 11Sep13 | State Occupancy Tax | 5.64 | |
| 11Sep13 | County Tax | 4.23 | |
| 12Sep13 | American Express<br>*Card #: AXXXXXXXXXXXX2007/XXXX*<br>*Amount: 103.87 Autn: 507713 Signature on File*<br>*This card was electronically swiped on 12Sep13* | | 103 87 |
| | **Balance:** | 0.00 | |

**Rewards Account # XXXXX2769.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

Marriott.
HOTELS & RESORTS

GUEST FOLIO

| Room | Name | Rate | Depart | Time | |
|---|---|---|---|---|---|
| 3109 | LIPPS/JEFFREY/MR | | 09/18/13 | 12:00 | 14860 ACCT# |

Type: SNKG — Arrive: 09/17/13 — Time: 18:11

234

Room Clerk — Address — Payment — RWD#: XXXXX2769

| DATE | REFERENCE | | CHARGES | CREDITS | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 09/17 | ROOM TR | 3109, 1 | 579.00 | | | |
| 09/17 | RM TX | 3109, 1 | 51.39 | | A | |
| 09/17 | NYC TAX | 3109, 1 | 34.02 | | B | |
| 09/17 | OCC/JAV | 3109, 1 | 3.50 | | D | |
| 09/18 | AX CARD | | | $667.91 | | |

TO BE SETTLED TO: AMERICAN EXPRESS CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,

PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

------------------- SUMMARY OF TAXES -------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| K | 8.875% SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 667.91 | .00 | .00 | 667.91 |

------------------- EXP. REPORT SUMMARY -------------------

09/17 ROOM&TAX 667.91

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X______________________________

© Contains 30% post consumer fibers

To secure your next stay, go to Marriott.com




Residence Inn by Marriott | 148 East 48th St, New York, Ny 10017 | T 212.980.1003

D. Beck

Room: 1631
Room Type: CNEX
Number of Guests: 1
Rate: $549.00 Clerk:

Arrive: 10Sep13 Time: 05:58PM Depart: 11Sep13 Time: Folio Number: 70676

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10Sep13 | Room Charge | 549.00 | |
| 10Sep13 | Occupancy Sales Tax | 3.50 | |
| 10Sep13 | State Occupancy Tax | 48.72 | |
| 10Sep13 | City Tax | 32.25 | |
| 11Sep13 | American Express | | 633.47 |
| | *Card #: AXXXXXXXXXXXX1002/XXXX*<br>*Amount: 633.47 Auth: 520640 Signature on File*<br>*This card was electronically swiped on 10Sep13* | | |
| | Balance: | 0.00 | |

**Rewards Account # XXXXX4216.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: BECK@CARPENTERLIPPS COM. See "Internet Privacy Statement" on Marriott.com.

To plan your next stay, visit residenceinn.com