# OCTOBER HOTEL DOCUMENTATION

The Hotel Minneapolis
AUTOGRAPH COLLECTION

GUEST FOLIO

215 4th Street, Minneapolis, MN 55401 • 612.340.2000 • 612.215.5400 • Marriott.com/MSPAK

### THE HOTEL MINNEAPOLIS

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 528 | LIPPS/JEFFREY/MR | 309.99 | 10/16/13 | 12:00 | 4789 |
| Type DX | | | Arrival 10/15/13 | 11:10 | |
| 43 | | | | | |

Room Clerk    Address    Payment    MRW#: XXXXX2769

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/15 | ROOM | 528, 1   309.99 | | |
| 10/15 | ROOM TAX | 528, 1    41.54 | | |
| 10/16 | AX CARD | | $351.53 | |

TO BE SETTLED TO:    AMERICAN EXPRESS    CURRENT BALANCE   .00

THANK YOU FOR CHOOSING THE HOTEL MINNEAPOLIS! TO EXPEDITE
YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK.

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

® Contains 30% post consumer fibers         To secure your next stay, go to Marriott.com



**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 1224 | BATTLE/JENNIFER/MRS | 299.00 | DUPLICATE | 11:18 | 13889 |

| TYPE | | | ARRIVE | TIME | |
|---|---|---|---|---|---|
| GK | | | 10/15/13 | | |

| ROOM CLERK | ADDRESS | PAYMENT | MR#: |
|---|---|---|---|
| 432355115 | 1256 ROSEBANK DR COLUMBUS OH | VSXXXXXXXXXXXX2036 | 568145742 |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/14 | TELECOMM HSIABASE | 10.95 | | |
| 10/14 | TELTAX   HSIABASE | .75 | | |
| 10/14 | LOCAL TX HSIABASE | .71 | | |
| 10/15 | RM SERV  57911224 | 14.30 | | |
| 10/15 | ROOM     1224, 1 | 299.00 | | |
| 10/15 | STATE TX 1224, 1 | 20.56 | | |
| 10/15 | LOCAL TX 1224, 1 | 19.51 | | |
| 10/16 | RM SERV  57991224 | 24.60 | | |
| 10/16 | CCARD-VS VSXXXXXXXXXXXX2036 | | 390.38 | |
| | | | | .00 |



This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**Debra Gaunder**

| | |
|---|---|
| From: | Thanks for staying! [efolio@marriott.com] |
| Sent: | Wednesday, November 06, 2013 12:12 PM |
| To: | Debra Gaunder |
| Subject: | Your Oct 28, 2013 - Oct 29, 2013 stay at the New York Marriott East Side |

Thank you for choosing the New York Marriott East Side for your recent stay.

As requested, below is a billing summary or adjustment for your stay. If you have questions about your bill, please contact us at (212) 755-4000 or NYEastSideAccounting@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

## Summary of Your Stay

**Hotel:** New York Marriott East Side
525 Lexington Avenue at 49th Street
New York, New York 10017
USA
(212) 755-4000

**Guest:** BATTLE/JENNIFER/MRS
1256 ROSEBANK DR
COLUMBUS, OH 432355115
USA

**Dates of stay:** Oct 28, 2013 - Oct 29, 2013
**Guest number:** 15074
**Marriott Rewards number:** XXXXX5742

**Room number:** 409
**Group number:**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10/27/13 | TELECOMM | BASEHSIA | 0.00 | |
| 10/28/13 | LOBBY | 5304 | 73.09 | |
| 10/28/13 | LOBBY | 5304 | 7.00 | |
| 10/28/13 | GIFTSHOP | X2375898 | 10.00 | |
| 10/28/13 | TELECOMM | BASEHSIA | 0.00 | |
| 10/28/13 | ROOM TR | 409, 1 | 415.00 | |
| 10/28/13 | RM TX | 409, 1 | 64.71 | |
| 10/29/13 | Payment - Visa XXXXXXXXXXXX2036 | | | 569.80 |

**Total balance**                                                                                     0.00 USD

How was your stay? Share your experiences on Marriott Rewards Insiders.

Write a review

Was that the best night's sleep you've ever had? How about a repeat performance at your place!

1



**Marriott HOTELS & RESORTS**   GUEST FOLIO

```
1708   LIPPS/JEFFREY/MR        476.00  10/09/13  11:51   4519
Room   Name                    Rate    Depart    Time    ACCT#
SNDB                                   10/06/13  13:37
Type                                   Arrive    Time

 23    3052 MANN RD            PASSPORT:
Room   BLACKLICK   OH 43004    AXXXXXXXXXXXXX2007
Clerk  Address         8722    Payment                  RWD#: XXXXX2769
```

| DATE  | REFERENCE | #       | CHARGES | CREDITS | BALANCE DUE |
|-------|-----------|---------|---------|---------|-------------|
| 10/06 | ROOM TR   | 1708, 1 | 269.00  |         |             |
| 10/06 | RM TX     | 1708, 1 | 23.87   |         | A           |
| 10/06 | NYC TAX   | 1708, 1 | 15.80   |         | B           |
| 10/06 | OCC/JAV   | 1708, 1 | 3.50    |         | D           |
| 10/07 | ROOM TR   | 1708, 1 | 476.00  |         |             |
| 10/07 | RM TX     | 1708, 1 | 42.25   |         | A           |
| 10/07 | NYC TAX   | 1708, 1 | 27.97   |         | B           |
| 10/07 | OCC/JAV   | 1708, 1 | 3.50    |         | D           |
| 10/08 | ROOM TR   | 1708, 1 | 476.00  |         |             |
| 10/08 | RM TX     | 1708, 1 | 42.25   |         | A           |
| 10/08 | NYC TAX   | 1708, 1 | 27.97   |         | B           |
| 10/08 | OCC/JAV   | 1708, 1 | 3.50    |         | D           |
| 10/09 | CCARD-AX  |         |         | 1411.61 |             |

PAYMENT RECEIVED BY AMERICAN EXPRESS XXXXXXXXXXXX2007
                                                                        .00

---------------------- SUMMARY OF TAXES ----------------------
    DESCRIPTION                TAXED AMOUNT              TAX
K   8.875% SALES TAX                    .00              .00

        NET CHARGES      TAX           CREDITS       FOLIO
          1411.61        .00           1411.61        .00
---------------------- EXP. REPORT SUMMARY -----------------

10/06  ROOM&TAX         312.17

10/07  ROOM&TAX         549.72

10/08  ROOM&TAX         549.72


GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM


Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr Jeffrey Lipps  
3052 Mann Rd  
Blacklick OH 43004  
United States

Room Number: 0656  
Arrival Date: 10-14-13  
Departure Date: 10-15-13  
CRS Number: 82035907  
Rewards No: XXXXX2769  
Page No: 1 of 2

**INFORMATION INVOICE**

Folio No:

10-15-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10-14-13 | Bus Center Fax | 10pg fax rec'd | 2.00 | |
| 10-14-13 | Tel - Phone Sales Tax 8.875% | | 0.18 | |
| 10-14-13 | Bus Center Fax | 28pg fax rec'd | 11.00 | |
| 10-14-13 | Tel - Phone Sales Tax 8.875% | | 0.98 | |
| 10-14-13 | Executive Lounge Honor Bar | Cabernet | 16.00 | |
| 10-14-13 | Executive Lounge Honor Bar Tax | | 1.42 | |
| 10-14-13 | Room Rate | | 599.00 | |
| 10-14-13 | Sales Tax 8.875% | | 53.16 | |
| 10-14-13 | City Occ Tax 5.875% | | 35.19 | |
| 10-14-13 | City Occ Tax per Rm Night | | 2.00 | |
| 10-14-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 10-15-13 | Minibar IFC A-Beverage | Room# 0656 : JACK DANIELS | 9.50 | |
| 10-15-13 | Minibar IFC Tax | | 0.84 | |
| 10-15-13 | Minibar IFC A-Beverage | Room# 0656 : J. WALKER BLACK | 12.50 | |
| 10-15-13 | Minibar IFC Tax | | 1.11 | |
| 10-15-13 | Minibar IFC A-Beverage | Room# 0656 : REMY MARTIN | 12.50 | |
| 10-15-13 | Minibar IFC Tax | | 1.11 | |
| 10-15-13 | American Express | XXXXXXXXXXX2007    XX/XX | | 759.99 |

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019  
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



**Marriott**
WASHINGTON

For billing inquiries kindly contact
waswe.billing@marriott.com

**GUEST FOLIO**

1221 22nd Street NW, Washington, DC 20037 · 202.872.1500 · Marriott.com/WASWE

```
Room  245    Name  LIPPS/JEFFREY/MR    Rate 289.00   Depart 10/17/13   Time 12:00   11087
                                                                                    ACCT#
Type  SK                                              Arrive 10/16/13   Time 17:17
      69
```

Room Clerk    Address                   Payment                        MRW#: XXXXX2769

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|

```
10/16  ROOM       245, 1   289.00
10/16  ROOMTAX    245, 1    41.91
10/17  AX CARD                        330.91
```

TO BE SETTLED TO:    AMERICAN EXPRESS    CURRENT BALANCE    .00

IF WE EXCEEDED EXPECTATIONS DURING YOUR STAY OR IF YOU WOULD
LIKE TO RECOGNIZE ONE OF OUR TEAM MEMBERS FOR THEIR
BRILLIANT SERVICE, SHARE IT WITH US AT WWW.TRIPADVISOR.COM

------------------ EXP. REPORT SUMMARY ------------------
10/16  ROOM&TAX          330.91

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

**Marriott**
HOTELS & RESORTS

GUEST FOLIO

| 2409 | LIPPS/JEFFREY/MR | 429.00 | 10/22/13 | 12:00 | 12844 |
| Room | Name | Rate | Depart | Time | ACCT# |
| SNKG | | | 10/21/13 | 17:57 | |
| Type | | | Arrive | Time | |
| 234 | | | | | |

Room Clerk    Address    Payment    RWD#: XXXXX2769

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/21 | ROOM TR | 2409, 1 | 429.00 | | |
| 10/21 | RM TX | 2409, 1 | 38.07 | | A |
| 10/21 | NYC TAX | 2409, 1 | 25.20 | | B |
| 10/21 | OCC/JAV | 2409, 1 | 3.50 | | D |
| 10/22 | AX CARD | | | $495.77 | |

TO BE SETTLED TO:    AMERICAN EXPRESS    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

----------------- SUMMARY OF TAXES -----------------
| DESCRIPTION | TAXED AMOUNT | TAX |
| K 8.875% SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
| 495.77 | .00 | .00 | 495.77 |

----------------- EXP. REPORT SUMMARY -----------------
10/21 ROOM&TAX    495.77

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

**Marriott**
HOTELS & RESORTS

GUEST FOLIO

| Room | Name | Rate | Depart | Thru | ACCT# |
|---|---|---|---|---|---|
| 2310 | LIPPS/JEFFREY/MR | 359.00 | 10/31/13 | 12:00 | 15001 |

Type: DNKG
Arrive: 10/27/13 13:12

36

Room Clerk / Address / Payment

RWD#: XXXXX2769

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 10/27 | HONORBAR | CONCIERG | 8.50 | | |
| 10/27 | ROOM TR | 2310, 1 | 212.00 | | |
| 10/27 | RM TX | 2310, 1 | 18.82 | | A |
| 10/27 | NYC TAX | 2310, 1 | 12.46 | | B |
| 10/27 | OCC/JAV | 2310, 1 | 3.50 | | D |
| 10/28 | ROOM TR | 2310, 1 | 359.00 | | |
| 10/28 | RM TX | 2310, 1 | 31.86 | | A |
| 10/28 | NYC TAX | 2310, 1 | 21.09 | | B |
| 10/28 | OCC/JAV | 2310, 1 | 3.50 | | D |
| 10/29 | LOBBY | 54692310 | 27.25 | | |
| 10/29 | ROOM TR | 2310, 1 | 359.00 | | |
| 10/29 | RM TX | 2310, 1 | 31.86 | | A |
| 10/29 | NYC TAX | 2310, 1 | 21.09 | | B |
| 10/29 | OCC/JAV | 2310, 1 | 3.50 | | D |
| 10/30 | LOBBY | 56262310 | 21.68 | | |
| 10/30 | ROOM TR | 2310, 1 | 359.00 | | |
| 10/30 | RM TX | 2310, 1 | 31.86 | | A |
| 10/30 | NYC TAX | 2310, 1 | 21.09 | | B |
| 10/30 | OCC/JAV | 2310, 1 | 3.50 | | D |
| 10/31 | AX CARD | | | $1550.56 | |

TO BE SETTLED TO:   AMERICAN EXPRESS CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------
| DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|
| K  8.875% SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 1550.56 | .00 | .00 | 1550.56 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM
Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

# NOVEMBER HOTEL DOCUMENTATION



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mrs Jennifer Battle
1256 Rosebank Dr
Columbus OH 43235
United States

Room Number: 1734
Arrival Date: 11-18-13
Departure Date: 11-21-13
CRS Number: 87918113
Rewards No: XXXXX5742
Page No: 1 of 2

**INFORMATION INVOICE**
Folio No: 101349

11-22-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11-18-13 | Tel - Internet Charge | Room | 19.95 | |
| 11-18-13 | Tel - Internet Tax 8.875% | | 1.77 | |
| 11-18-13 | Room Service Dinner | CHECK# 2251 | 22.03 | |
| 11-18-13 | Room Rate | | 579.00 | |
| 11-18-13 | Sales Tax 8.875% | | 51.39 | |
| 11-18-13 | City Occ Tax 5.875% | | 34.02 | |
| 11-18-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-18-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-19-13 | Tel - Internet Charge | Room | 19.95 | |
| 11-19-13 | Tel - Internet Tax 8.875% | | 1.77 | |
| 11-19-13 | Minibar IFC Non-A-Beverage | Room# 1734 : FIJI WATER | 6.00 | |
| 11-19-13 | Minibar IFC Tax | | 0.53 | |
| 11-19-13 | Room Rate | | 579.00 | |
| 11-19-13 | Sales Tax 8.875% | | 51.39 | |
| 11-19-13 | City Occ Tax 5.875% | | 34.02 | |
| 11-19-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-19-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-20-13 | Minibar IFC Non-A-Beverage | Room# 1734 : CRANBERRY JUICE | 6.00 | |
| 11-20-13 | Minibar IFC Tax | | 0.53 | |
| 11-20-13 | Tel - Internet Charge | Room | 19.95 | |
| 11-20-13 | Tel - Internet Tax 8.875% | | 1.77 | |
| 11-20-13 | Room Service Dinner | CHECK# 2486 | 98.20 | |
| 11-20-13 | Room Rate | | 579.00 | |
| 11-20-13 | Sales Tax 8.875% | | 51.39 | |
| 11-20-13 | City Occ Tax 5.875% | | 34.02 | |
| 11-20-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-20-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-21-13 | Visa | XXXXXXXXXXXX2036    XX/XX | | 2,202.18 |

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mrs Jennifer Battle
1256 Rosebank Dr
Columbus OH 43235
United States

| | |
|---|---|
| Room Number: | 1734 |
| Arrival Date: | 11-18-13 |
| Departure Date: | 11-21-13 |
| CRS Number: | 87918113 |
| Rewards No: | XXXXX5742 |
| Page No: | 2 of 2 |

**INFORMATION INVOICE**
Folio No: 101349

11-22-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | | Total | 2,202.18 | 2,202.18 |
| | | Balance | 0.00 | |

Your Marriott Rewards Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.



# JW MARRIOTT
## ESSEX HOUSE NEW YORK

Mr Jeffrey Lipps
3052 Mann Rd
Blacklick OH 43004
United States

Room Number:   3614
Arrival Date:   11-16-13
Departure Date:   11-25-13
CRS Number:   86710107
Rewards No:   XXXXX2769
Page No:   1 of 3

**INVOICE**
Folio No: 102201

11-25-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11-16-13 | Room Rate | | 449.00 | |
| 11-16-13 | Sales Tax 8.875% | | 39.85 | |
| 11-16-13 | City Occ Tax 5.875% | | 26.38 | |
| 11-16-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-16-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-17-13 | South Gate Rest. Dinner | CHECK# 4778 | 39.00 | |
| 11-17-13 | Room Rate | | 524.00 | |
| 11-17-13 | Sales Tax 8.875% | | 46.51 | |
| 11-17-13 | City Occ Tax 5.875% | | 30.79 | |
| 11-17-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-17-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-18-13 | South Gate Rest. Dinner | CHECK# 4002 | 34.00 | |
| 11-18-13 | Room Rate | | 724.00 | |
| 11-18-13 | Sales Tax 8.875% | | 64.26 | |
| 11-18-13 | City Occ Tax 5.875% | | 42.54 | |
| 11-18-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-18-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-19-13 | South Gate Rest. Breakfast | CHECK# 4016 | 85.00 | |
| 11-19-13 | South Gate Rest. Dinner | CHECK# 4151 | 34.00 | |
| 11-19-13 | Room Rate | | 754.00 | |
| 11-19-13 | Sales Tax 8.875% | | 66.92 | |
| 11-19-13 | City Occ Tax 5.875% | | 44.30 | |
| 11-19-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-19-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-20-13 | Room Rate | | 754.00 | |
| 11-20-13 | Sales Tax 8.875% | | 66.92 | |
| 11-20-13 | City Occ Tax 5.875% | | 44.30 | |
| 11-20-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-20-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr Jeffrey Lipps
3052 Mann Rd
Blacklick OH 43004
United States

| | |
|---|---|
| Room Number: | 3614 |
| Arrival Date: | 11-16-13 |
| Departure Date: | 11-25-13 |
| CRS Number: | 86710107 |
| Rewards No: | XXXXX2769 |
| Page No: | 2 of 3 |

**INVOICE**
Folio No: 102201

11-25-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11-21-13 | Room Rate | | 754.00 | |
| 11-21-13 | Sales Tax 8.875% | | 66.92 | |
| 11-21-13 | City Occ Tax 5.875% | | 44.30 | |
| 11-21-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-21-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-22-13 | Room Rate | | 499.00 | |
| 11-22-13 | Sales Tax 8.875% | | 44.29 | |
| 11-22-13 | City Occ Tax 5.875% | | 29.32 | |
| 11-22-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-22-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-23-13 | Room Rate | | 499.00 | |
| 11-23-13 | Sales Tax 8.875% | | 44.29 | |
| 11-23-13 | City Occ Tax 5.875% | | 29.32 | |
| 11-23-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-23-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-24-13 | South Gate Rest. Lunch (BRUNCH) | CHECK# 4098 | 19.50 | |
| 11-24-13 | South Gate Rest. Dinner | CHECK# 4163 | 41.50 | |
| 11-24-13 | Room Rate | | 474.00 | |
| 11-24-13 | Sales Tax 8.875% | | 42.07 | |
| 11-24-13 | City Occ Tax 5.875% | | 27.85 | |
| 11-24-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-24-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-25-13 | American Express | XXXXXXXXXXXX2007   XX/XX | | 6,516.63 |

Handwritten annotations: "JTL — BRKFST", "— DINNER JTL", "$2"

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr Jeffrey Lipps  
3052 Mann Rd  
Blacklick OH 43004  
United States  

Room Number: 3614  
Arrival Date: 11-16-13  
Departure Date: 11-25-13  
CRS Number: 86710107  
Rewards No: XXXXX2769  
Page No: 3 of 3  

**INVOICE**  
Folio No: 102201  

11-25-13

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
|      |             | Total     | 6,516.63 | 6,516.63 |
|      |             | Balance   | 0.00    |         |

Your Marriott Rewards Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019  
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr David Beck
280 Plaza
Suite 1300
Columbus OH 43215

| | |
|---|---|
| Room Number: | 0814 |
| Arrival Date: | 11-18-13 |
| Departure Date: | 11-22-13 |
| CRS Number: | 89217184 |
| Rewards No: | XXXXX4216 |
| Page No: | 1 of 2 |

**INFORMATION INVOICE**
Folio No:

11-21-13

| Date | Description | Reference | | Charges | Credits |
|---|---|---|---|---|---|
| 11-18-13 | Room Rate | | | 574.00 | |
| 11-18-13 | Sales Tax 8.875% | | | 50.94 | |
| 11-18-13 | City Occ Tax 5.875% | | | 33.72 | |
| 11-18-13 | City Occ Tax per Rm Night | | | 2.00 | |
| 11-18-13 | Conv Ctr Tax $1.50 Rm Night | | | 1.50 | |
| 11-19-13 | Visa | XXXXXXXXXXXX3672 | XX/XX | | 662.16 |
| 11-19-13 | Tel - Internet Charge | Room | | 16.95 | |
| 11-19-13 | Tel - Internet Tax 8.875% | | | 1.50 | |
| 11-19-13 | Room Rate | | | 574.00 | |
| 11-19-13 | Sales Tax 8.875% | | | 50.94 | |
| 11-19-13 | City Occ Tax 5.875% | | | 33.72 | |
| 11-19-13 | City Occ Tax per Rm Night | | | 2.00 | |
| 11-19-13 | Conv Ctr Tax $1.50 Rm Night | | | 1.50 | |
| 11-20-13 | Room Rate | | | 574.00 | |
| 11-20-13 | Sales Tax 8.875% | | | 50.94 | |
| 11-20-13 | City Occ Tax 5.875% | | | 33.72 | |
| 11-20-13 | City Occ Tax per Rm Night | | | 2.00 | |
| 11-20-13 | Conv Ctr Tax $1.50 Rm Night | | | 1.50 | |
| 11-21-13 | American Express | XXXXXXXXXXXX1002 | XX/XX | | 1,342.77 |

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr David Beck
280 Plaza
Suite 1300
Columbus OH 43215

Room Number: 0814
Arrival Date: 11-18-13
Departure Date: 11-22-13
CRS Number: 89217184
Rewards No: XXXXX4216
Page No: 2 of 2

**INFORMATION INVOICE**
Folio No:

11-21-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
|  |  | Total | 2,004.93 | 2,004.93 |
|  |  | Balance | 0.00 |  |

Your Marriott Rewards Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com



## JW MARRIOTT
### ESSEX HOUSE NEW YORK

Mr David Beck
280 Plaza
Suite 1300
Columbus OH 43215

Room Number: 0814
Arrival Date: 11-18-13
Departure Date: 11-22-13
CRS Number: 89217184
Rewards No: XXXXX4216
Page No: 1 of 1

**INVOICE**
Folio No: 101634

11-22-13

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 11-21-13 | Room Rate | | 574.00 | |
| 11-21-13 | Sales Tax 8.875% | | 50.94 | |
| 11-21-13 | City Occ Tax 5.875% | | 33.72 | |
| 11-21-13 | City Occ Tax per Rm Night | | 2.00 | |
| 11-21-13 | Conv Ctr Tax $1.50 Rm Night | | 1.50 | |
| 11-22-13 | Visa | XXXXXXXXXXXX3672   XX/XX | | 662.16 |
| | Total | | 662.16 | 662.16 |
| | Balance | | 0.00 | |

Your Marriott Rewards Points/Frequent Flyer Miles earned will be credited to your account and will appear on your next statement.

160 CENTRAL PARK SOUTH, NEW YORK, NEW YORK 10019
tel. (212) 484-5197  fax (212) 484-4636  www.marriott.com