# EXHIBIT F

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE FINAL APPLICATION PERIOD

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Lipps *(1981)* | Litigation – Ohio | $360.00 (2012) $400.00 (2013) | 700.90 (2012) 1,276.00 (2013) | $252,324.00 (2012) $510,400.00 (2013) |
| David A. Wallace *(1985)* | Litigation – Ohio, Maryland | $260.00 (2012) $300.00 (2013) | 680.70 (2012) 167.60 (2013) | $176,982.00 (2012) $50,280.00 (2013) |
| Jennifer A.L. Battle *(1999)* | Litigation – Ohio, New York, Pennsylvania | $250.00 (2012) $300.00 (2013) | 1,071.40 (2012) 1,044.20 (2013) | $267,850.00 (2012) $313,260.00 (2013) |
| Angela M. Paul *(1997)* | Litigation – Ohio, Florida | $250.00 (2012) $275.00 (2013) | 944.80 (2012) 1,304.70 (2013) | $236,200.00 (2012) $358,792.50 (2013) |
| Joel E. Sechler *(2003)* | Litigation – Ohio | $190.00 (2012) $220.00 (2013) | 541.10 (2012) 414.30 (2013) | $102,809.00 (2012) $91,146.00 (2013) |
| **Associates and Of Counsel** | | | | |
| Michael N. Beekhuizen *(1995)* | Litigation – Ohio | $250.00 (2012) $280.00 (2013) | 210.80 (2012) 339.00 (2013) | $52,700.00 (2012) $94,920.00 (2013) |
| David A. Beck *(2000)* | Litigation – Ohio | $230.00 (2012) $280.00 (2013) | 1,218.30 (2012) 1,962.20 (2013) | $280,209.00 (2012) $549,416.00 (2013) |
| Kelly M. Burke *(1992)* | Litigation – Illinois | $250.00 (2013) | 92.20 (2013) | $23,050.00 (2013) |
| Heather L Buchanan *(2000)* | Litigation – Ohio, Pennsylvania | $240.00 (2012) $240.00 (2013) | 72.40 (2012) 557.30 (2013) | $17,376.00 (2012) $133,752.00 (2013) |
| Suzanne S. Whisler *(2006)* | Litigation – Ohio | $220.00 (2013) | 159.50 (2013) | $35,090.00 (2013) |
| Steven C. Moeller *(2006)* | Litigation – Illinois, New York (scheduled to be sworn in March 11, 2014) | $200.00 (2012) $220.00 (2013) | 246.40 (2012) 288.40 (2013) | $49,280.00 (2012) $64,890.00 (2013) |
| Segev Phillips *(2008)* | Litigation – Massachusetts, Ohio | $220.00 (2012) $220.00 (2013) | 913.80 (2012) 412.10 (2013) | $201,036.00 (2012) $90,662.00 (2013) |
| A. Benjamin Winkler *(2005)* | Litigation – Ohio | $220.00 (2012) $220.00 (2013) | 43.90 (2012) 91.80 (2013) | $9,658.00 (2012) $20,196.00 (2013) |
| David J. Barthel *(2005)* | Litigation – Ohio | $210.00 (2012) $210.00 (2013) | 1,088.90 (2012) 515.90 (2013) | $228,669.00 (2012) $108,339.00 (2013) |
| Anthony J. Molnar *(2006)* | Litigation – Ohio | $210.00 (2012) | 606.60 (2012) 169.40 (2013) | $127,386.00 (2012) $35,574.00 (2013) |

---

[1] Rates for 2012 and 2013 are listed for professionals who performed services for Applicant in both years.

| | | | | |
|---|---|---|---|---|
| Colleen A. Check *(2009)* | Litigation – Illinois | $200.00 (2012)<br>$200.00 (2013) | 138.30 (2012)<br>231.70 (2013) | $27,660.00 (2012)<br>$46,340.00 (2013) |
| Rebecca L. Hussey *(2005)* | Litigation – Ohio | $200.00 (2013) | 8.50 (2013) | $1,700.00 (2013) |
| Karen M. Cadieux *(2005)* | Litigation – Ohio | $180.00 (2012)<br>$200.00 (2013) | 930.00 (2012)<br>130.40 (2013) | $167,400.00 (2012)<br>$26,080.00 (2013) |
| Michael J. Boyle *(2008)* | Litigation – Ohio, California | $180.00 (2012)<br>$180.00 (2013) | 91.60 (2012)<br>127.70 (2013) | $16,488.00 (2012)<br>$22,986.00 (2013) |
| Lynanne W. Sabatino *(2011)* | Litigation – Ohio | $180.00 (2013) | 27.00 (2013) | $4,860.00 (2013) |
| Jeffrey R. Corcoran *(2011)* | Litigation – Ohio | $180.00 (2012)<br>$180.00 (2013) | 865.40 (2012)<br>585.60 (2013) | $155,772.00 (2012)<br>$105,408.00 (2013) |
| Katie P. Weitzman *(2013)* | Litigation – New York | $180.00 (2013) | 314.00 (2013) | $56,520.00 (2013) |
| Gretchen N. Marty *(2010)* | Litigation – Ohio | $150.00 (2012)<br>$175.00 (2013) | 1,321.40 (2012)<br>1,762.80 (2013) | $198,210.00 (2012)<br>$308,490.00 (2013) |
| Mallory M. Mohler *(2012)* | Litigation – Ohio | $110.00 (2012)<br>$160.00 (2012)<br>$160.00 (2013) | 39.40 (2012)<br>479.00 (2012)<br>434.00 (2013) | $4,334.00 (2012)<br>$76,640.00 (2012)<br>$69,440.00 (2013) |
| Jacob D. Rhode *(2012)* | Litigation – Ohio | $160.00 (2012)<br>$160.00 (2013) | 555.20 (2012)<br>453.90 (2013) | $88,832.00 (2012)<br>$72,624.00 (2013) |
| Erik P. Henry *(2009)* | Litigation – Ohio | $160.00 (2012) | 31.30 (2012) | $5,008.00 (2012) |
| Amanda E. George *(2012)* | Litigation – Ohio | $160.00 (2012) | 0.40 (2012)<br>171.90 (2013) | $64.00 (2012)<br>$27,504.00 (2013) |
| Amberle Houghton *(2013)* | Litigation – Ohio | $160.00 (2013) | 7.50 (2013) | $1,200 (2013) |
| Tyler K. Ibom *(2010)* | Litigation – Ohio | $150.00 (2012)<br>$150.00 (2013) | 161.10 (2012)<br>93.70 (2013) | $24,165.00 (2012)<br>$14,055.00 (2013) |
| **Professionals Totals** | | **Blended Rate** | | |
| | | **$230.07** | **26,096.40** | **$6,004,026.50** |

| **Paraprofessionals** | | | | |
|---|---|---|---|---|
| Veronica L. Sholl | Litigation | $75.00 (2012)<br>$100.00 (2013) | 690.30 (2012)<br>959.80 (2013) | $51,772.50 (2012)<br>$95,980.00 (2013) |
| Robert B. Samson | Litigation | $75.00 (2012)<br>$100.00 (2013) | 149.70 (2012)<br>107.60 (2013) | $11,227.50 (2012)<br>$10,760.00 (2013) |
| Brittany N. Stone | Litigation | $75.00 (2012) | 4.00 (2012) | $300.00 (2012) |
| **Paraprofessionals Totals** | | **Blended Rate** | | |
| | | **$88.96** | **1,911.40** | **$170,040.00** |
| **Less Fee Amounts Written Off Pursuant To First Interim Fee Order[2]** | | | | **-$4,705.00** |
| **Less Fee Amounts Written Off Pursuant To Second Interim Fee Order** | | | | **-$4,047.50** |
| **Les Fee Amounts Written Off Pursuant To Third Interim Fee Order** | | | | **-$1,495.00** |
| **Less Unknown January 2013 Fee Reduction** | | | | **-$394.00** |
| **Total Fees Incurred** | | **Blended Rate** | | |
| | | **$220.06** | **28,007.80[3]** | **$6,163,425.00** |

---

[2] The totals for the fee amounts written off pursuant to Interim Orders are for amounts disallowed that were not specifically allocated to particular timekeepers in a way that allowed for particular timekeepers' hours to be adjusted.

[3] It is unknown which attorney had their hours reduced as part of a $394.00 fee reduction requested by the Debtors in January 2013.  Therefore, the hours shown do not reflect a reduction of hours for any attorneys with regard to the January 2013 invoices.