# EXHIBIT G

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE FINAL FEE APPLICATION

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 932-050 | Restructuring | 155.30 | $32,827.50 |
| 932-051 | Stay Motion | 214.40 | $58,030.00 |
| 932-052 | Creditor Claims | 0.80 | $240.00 |
| 932-053 | Administrative[1] | 150.50 | $36,458.50 |
| 932-054 | SEC Post-Petition | 2,330.70 | $452,431.00 |
| 932-055 | DOJ Post-Petition | 7.70 | $2,123.00 |
| 932-056 | SIGTARP | 0.10 | $25.00 |
| 932-057 | RMBS Trust Settlement[2] | 2,462.00 | $549,523.00 |
| 932-058 | Securities Claims | 530.50 | $136,731.00 |
| 932-059 | Monoline Claims[3] | 2,039.80 | $531,285.50 |
| 932-060 | ResCap Discovery Issues | 4,966.40 | $1,039,208.00 |
| 932-061 | Indemnification Issues | 2.00 | $577.00 |
| 932-062 | Automatic Stay Issues | 84.80 | $17,462.00 |
| 932-063 | 2004 Examiner | 213.40 | $36,942.50 |
| 932-064 | Examiner[4] | 10,789.50 | $2,314,045.50 |
| 932-065 | Plan Confirmation | 830.90 | $250,934.50 |
| 932-066 | Whole Loan Claims Advice | 0.60 | $168.00 |
| 932-067 | Affirmative Claims Advice | 666.60 | $163,486.00 |
| 621-1120 | Lois M. Blank | 46.80 | $12,234.00 |

---

[1] These totals reflect a Court-Order reduction on the 1st Fee Application of 25.40 hours and $5,860.00 from the amount on the monthly invoices based on the Court's requirement that firms not bill for time spent preparing invoices.

[2] These totals reflect the Debtors' request for a reduction of $168.00 associated with this matter in January 2013. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[3] These totals reflect the Debtors' request for a reduction of $196.00 associated with this matter in January 2013. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[4] These totals reflect the Applicants' voluntary reduction of 0.6 hours and $96.00 associated with this matter in January 2013.

| | | | |
|---|---|---|---|
| 621-1122 | Michael A. Fox[5] | 4.30 | $1,040.00 |
| 621-1124 | Nicholas Stincic | 19.00 | $5,174.00 |
| 621-1126 | Lamar A. Bridges | 0.30 | $71.00 |
| 621-1127 | Diane E. Clark[6] | 4.80 | $1,209.00 |
| 621-1128 | David Long | 23.60 | $5,764.00 |
| 621-1140 | Freddie Hoop | 2.60 | $673.00 |
| 621-1145 | James Walton, Jr.[7] | 22.60 | $5,803.00 |
| 621-1155 | National Remediation Project[8] | 231.00 | $50,949.00 |
| 096-1005 | Cheryl Ann Thyne | 1.40 | $284.00 |
| 096-1006 | City of Cleveland | 12.10 | $3,025.00 |
| 096-1009 | Deborah A. Charity | 31.40 | $6,893.00 |
| 096-1011 | Emily Bradac | 123.50 | $27,983.50 |
| 096-1012 | Eric C. Rogers | 41.50 | $8,671.50 |
| 096-1029 | Lamar Bridges[9] | 4.30 | $1,222.00 |
| 096-1030 | Larry J. King | 8.80 | $1,822.50 |
| 096-1041 | Patricia Joanne McNerney | 7.40 | $1,732.00 |
| 096-1044 | Ray E. Potter | 5.60 | $1,070.00 |
| 096-1045 | Raymond Thomas | 11.60 | $3,113.00 |
| 096-1048 | Ronald McGinn | 17.20 | $3,532.00 |
| 096-1051 | Sharon J. Kran | 4.80 | $995.00 |
| 096-1054 | Sulama Sapozhnik | 2.40 | $600.00 |
| 096-1058 | Timothy Bryant[10] | 81.80 | $18,602.00 |

---

[5] These totals reflect the Debtors' request for a reduction of .20 hours and $52.00 associated with this matter in October 2012.

[6] These totals reflect the Debtors' request for a reduction of .10 hours and $18.00 associated with this matter in July 2012.

[7] These totals reflect the Debtors' request for a reduction of .70 hours and $134.00 associated with this matter in August 2012.

[8] These totals reflect the Debtors' request for a reduction of $30.00 associated with this matter in January 2013. It is unknown how many hours were reduced, therefore the hours listed reflect the original total hours submitted.

[9] These totals reflect the Debtors' request for a reduction of 1.4 hours and $420.00 associated with this matter in February 2013.

[10] These totals reflect the Debtors' request for a reduction of .50 hours and $130.00 associated with this matter in May/June 2012, the Debtors' request for a reduction of 2.30 hours and $414.00 associated with this matter in August 2012, the Debtors' request for a reduction of 1.3 hours and $242.00 associated with this matter in September 2012 and the Debtors' request for a reduction of .20 hours and $38.00 associated with this matter in October 2012.

| | | | |
|---|---|---|---|
| 096-1061 | Cleveland Housing Renewal Project | 5.30 | $1,382.00 |
| 096-1062 | Jamie L. Gindele | 5.10 | $1,065.00 |
| 096-1072 | Melvin Albing | 0.20 | $50.00 |
| 096-1075 | Cheryl Dickson | 0.80 | $152.00 |
| 096-1078 | Ronald L. Markus[11] | 27.50 | $5,283.00 |
| 096-1095 | Jeffrey T. Purcell | 1.10 | $230.00 |
| 096-1097 | Richard M. Guiliano[12] | 2.90 | $655.00 |
| 096-1107 | Jack Kitson | 1.60 | $288.00 |
| 096-1112 | Thang Nguyen | 22.40 | $4,429.00 |
| 096-1114 | Mardean Bridges | 46.60 | $9,061.00 |
| 096-1115 | Mark A. Smith | 11.30 | $2,259.00 |
| 096-1116 | Jack H. Donnelly | 6.00 | $1,206.00 |
| 096-1124 | James Olwick | 8.90 | $2,225.00 |
| 096-1127 | Rebecca L. Folden | 4.70 | $1,007.00 |
| 096-1128 | City of Cleveland Municipal Court Action | 24.00 | $6,000.00 |
| 096-1133 | Shawn W. Ferrell | 0.80 | $208.00 |
| 096-1134 | Jeffrey A. Seacrest | 32.90 | $7,546.00 |
| 096-1140 | Steven T. Biermann | 9.80 | $1,824.00 |
| 096-1142 | Jack Blake, Sr. | 0.70 | $133.00 |
| 096-1143 | Jeanette Jordon[13] | 36.70 | $9,494.00 |
| 096-1145 | Niesreen Abdalla | 56.80 | $12,814.00 |
| 096-1146 | Vicki J. Mayse | 5.60 | $1,008.00 |
| 096-1148 | James M. Unger | 36.50 | $8,120.00 |
| 096-1149 | Rosie Hart | 1.40 | $260.00 |
| 096-1150 | Melissa D. Lallo[14] | 125.70 | $25,814.00 |
| 096-1151 | David P. Joyce | 1.70 | $442.00 |
| 096-1153 | Danna Rogers | 6.90 | $1,336.00 |

---

[11] These totals reflect the Debtors' request for a reduction of .20 hours and $52.00 associated with this matter in November 2012.

[12] These totals reflect the Debtors' request for a reduction of .40 hours and $104.00 associated with this matter in August 2012.

[13] These totals reflect the Debtors' request for a reduction of .40 hours and $72.00 associated with this matter in May/June 2012.

[14] These totals reflect the Debtors' request for a reduction of .20 hours and $38.00 associated with this matter in May/June 2012.

| | | | |
|---|---|---|---|
| 096-1154 | John W. Beitzel | 2.60 | $492.00 |
| 096-1157 | Stephanie J. Ramm | 3.70 | $702.00 |
| 096-1159 | Deborah Ann Shanks | 0.40 | $72.00 |
| 096-1160 | Linda R. Heeter | 13.60 | $2,254.00 |
| 096-1161 | Estate of Shari Fitzsimmons | 1.40 | $260.00 |
| 096-1162 | Susan E. Noel | 2.60 | $552.00 |
| 096-1163 | Elizabeth Campbell | 13.80 | $2,581.00 |
| 096-1165 | Jessica Little | 0.40 | $104.00 |
| 096-1169 | Theodore Klotz II | 1.10 | $206.00 |
| 096-1170 | H. Marc Chrysler | 1.70 | $322.00 |
| 096-1171 | Jon G. Paglio | 116.70 | $23,918.00 |
| 096-1172 | William J. Barrett | 9.80 | $2,054.00 |
| 096-1173 | Price Hill Will | 178.40 | $40,270.00 |
| 096-1174 | Harold W. Rapp | 10.20 | $1,936.00 |
| 096-1175 | Melissa Fox | 23.10 | $4,548.00 |
| 096-1176 | Mark R. Bernard | 2.60 | $514.00 |
| 096-1177 | Marcia Garcia | 1.50 | $286.00 |
| 096-1179 | Bertha O. Cameron | 0.40 | $90.00 |
| 096-1180 | Christopher M. Weber | 15.70 | $2,805.50 |
| 096-1181 | Louise R. Young-Berdalla | 7.30 | $1,469.00 |
| 096-1182 | Tyrone McIntyre | 39.70 | $10,234.00 |
| 096-1183 | Jamah Jackson[15] | 76.20 | $20,716.00 |
| 096-1184 | Ngozi Nkemere[16] | 19.60 | $4,792.00 |
| 096-1185 | Lisa M. Ramey | 51.20 | $10,186.00 |
| 096-1186 | George W. Roberts | 8.10 | $2,106.00 |
| 096-1187 | Martha A. Richner | 19.20 | $3,920.00 |
| 096-1188 | Sandra L. Johnson | 2.30 | $444.00 |
| 096-1189 | Bernard Turzynski | 43.50 | $8,044.00 |
| 096-1190 | Richard J. Chang | 2.30 | $426.00 |
| 096-1191 | Evan D. Morgan | 1.10 | $208.00 |
| 096-1192 | Judith G. Bigelow | 35.80 | $6,778.00 |

---

[15] These totals reflect the Debtors' request for a reduction of 2.20 hours and $572.00 associated with this matter in August 2012.

[16] These totals reflect the Debtors' request for a reduction of 2.20 hours and $572.00 associated with this matter in August 2012.

| 096-1193 | Lolita Hite | 3.60 | $672.00 |
| --- | --- | --- | --- |
| 096-1194 | Anthony J. Schilero[17] | 12.60 | $2,516.00 |
| 096-1195 | William A. Thorman III | 3.80 | $716.00 |
| 096-1196 | Kevin B. Shetzer | 6.80 | $1,296.00 |
| 096-1197 | Michael W. Richmond | 12.90 | $2,466.00 |
| 096-1198 | Nancy M. Pannell | 24.10 | $4,646.00 |
| 096-1199 | Larry Crosser | 35.60 | $6,814.00 |
| 096-1200 | Euronda F. Powell | 1.50 | $302.00 |
| 096-1201 | Robert D. Kehoe[18] | 4.10 | $796.00 |
| 096-1202 | Kirksey Property | 14.00 | $3,482.00 |
| 096-1203 | Caley Coleff | 54.30 | $10,263.00 |
| 096-1204 | Carolyn J. Huffman | 4.20 | $772.00 |
| 096-1205 | Charles M. Loudermilk | 8.70 | $1,870.00 |
| 096-1206 | Kevin D. Edwards | 53.90 | $9,213.00 |
| 096-1207 | Orlinda Beatty | 29.00 | $5,480.00 |
| 096-1208 | Michael J. Schuessler | 21.70 | $4,085.00 |
| 096-1209 | Jesus Laboy | 5.90 | $1,096.00 |
| 096-1210 | Kevin W. Bolds, Jr. | 8.90 | $1,629.50 |
| 096-1211 | Michael A. Marinin | 7.50 | $1,406.00 |
| 096-1212 | Felix R. Aponte | 39.20 | $7,616.00 |
| 096-1213 | Robert L. Rhodes | 5.80 | $1,128.00 |
| 096-1214 | George M. Sari | 3.30 | $618.00 |
| 096-1215 | John V. Seel | 4.80 | $904.00 |
| 096-1216 | Robert H. Denny | 68.60 | $13,230.00 |
| 096-1217 | John Cummings | 12.80 | $2,432.00 |
| 096-1218 | Shawn D. Hindall | 0.50 | $98.00 |
| 096-1219 | Nancy George | 6.00 | $1,200.00 |
| 096-1220 | Robert C. Luft | 5.80 | $1,116.00 |
| 096-1221 | Richard E. Jackson | 6.30 | $1,202.00 |
| 096-1222 | John M. Wysocki | 6.90 | $1,302.00 |
| 096-1223 | Christopher C. Dubay | 10.40 | $1,930.00 |
| 096-1124 | Ronald E. Sanders | 7.20 | $1,379.00 |

---

[17] These totals reflect the Debtors' request for a reduction of .10 hours and $18.00 associated with this matter in August 2012.

[18] These totals reflect the Debtors' request for a reduction of .10 hours and $30.00 associated with this matter in February 2013.

| | | | |
|---|---|---|---|
| 096-1225 | Gene Bucnaventura McKinley | 12.00 | $2,312.00 |
| 096-1226 | Amy Jo Abner[19] | 3.80 | $790.00 |
| 096-1227 | Charles M. Lawler | 11.50 | $2,288.00 |
| 096-1228 | Robert J. Baker | 12.00 | $2,357.00 |
| 096-1229 | Mae Huggins | 5.30 | $1,089.00 |
| 096-1230 | Christine M. Falkosky | 1.30 | $256.00 |
| 096-1231 | Robert S. Dinkins | 8.20 | $1,784.00 |
| 096-1232 | Dale R. Earl | 6.90 | $1,678.00 |
| 096-1233 | John T. Walker | 5.20 | $1,132.00 |
| 096-1234 | Kellie J. Boyer | 7.20 | $1,506.00 |
| 096-1235 | Stanley Jackson | 27.20 | $5,570.00 |
| 096-1236 | Chester Fitzsimmons | 0.50 | $140.00 |
| 096-1237 | Charles Waller | 8.90 | $1,980.00 |
| 096-1238 | Mary Hentley | 6.60 | $1,690.00 |
| 096-1239 | William E. Hittle | 2.40 | $580.00 |
| 096-1240 | DeAndre Cook | 19.70 | $3,812.00 |
| 096-1241 | Bobby J. McDowell | 26.30 | $6,840.00 |
| 096-1242 | Blase J. Mahon | 7.40 | $1,652.00 |
| Less Fee Amounts Written Off Pursuant To First Interim Fee Order | | | -$4,705.00 |
| Less Fee Amounts Written Off Pursuant To Second Interim Fee Order | | | -$4,047.50 |
| Less Fee Amounts Written Off Pursuant to Third Interim Fee Order | | | -$1,495.00 |
| **Total Fees Incurred** | | 28,007.80[20] | $6,163,425.00 |

---

[19] These totals reflect the Debtors' request for a reduction of 0.90 hours and $270.00 associated with this matter in March 2013.

[20] It is unknown which attorneys had their hours reduced as part of a $394.00 fee reduction requested by the Debtors in January 2013. Therefore the totals hours shown do not reflect a reduction of hours for any attorneys with regard to the January 2013 invoices.