# EXHIBIT H

## SUMMARY OF EXPENSES INCURRED BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE FINAL FEE APPLICATION

| **Expense Category**[1] | **Amount** |
|---|---|
| Federal Express | $13,958.57 |
| Mileage | $8,290.02 |
| Parking | $3,313.53 |
| Hotel | $57,707.22 |
| Rental Car/Gas | $880.65 |
| Train | $1,069.75 |
| Travel Food/Beverage | $7,198.82 |
| Airfare | $104,392.81 |
| American Express Business Travel | $66.00 |
| Bellman | $219.50 |
| Excess Baggage | $120.00 |
| Conference Room Rental | $1,275.24 |
| Taxi/Car | $7,605.73 |
| WiFi | $181.39 |
| Witness Fees | $1,598.30 |
| Litigation Support Vendors | $2,213,522.62 |
| Lazare Potter | $307.00 |
| Court Fees | $1,703.50 |
| Deposition Transcripts | $2,054.25 |
| Outside Copying | $188,442.82 |
| Fax | $61.40 |
| Telephone Conferencing | $99.54 |
| Expense Credit For Travel Expenses To New York City Paid Under The Fourth Fee Order Given As Credit On November Fee Statement | -$4,119.77 |
| Less Expense Amounts Written Off Pursuant To First Interim Fee Order | -890.00 |
| **Total** | **$2,609,058.89** |

---

[1] This chart reflects Applicant's request for final allowance of expenses previously approved by the Court on an interim basis plus the interim expenses for which approval of reimbursement is requested for the Fifth Compensation Period.