CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, New York 10036
Phone: (212) 837-1110
Fax: (212) 837-1108
Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle
David A. Beck (admitted *pro hac vice*)

*Special Litigation Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 28, 2014, I electronically filed the Fifth And Final Application Of Carpenter Lipps & Leland LLP As Special Litigation Counsel For The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period September 1, 2013 Through December 17, 2013 And The Final Period Of May 14, 2012 Through December 17, 2013 [Docket No. 6543] (the "**Application**") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

   I further certify that copies of the **Application** were sent via overnight delivery on February 28, 2014 to the parties listed on the attached Exhibit A at the addresses listed on Exhibit A.

Dated: March 3, 2014                    CARPENTER LIPPS & LELAND LLP

/s/ David A. Beck
Jeffrey A. Lipps (admitted *pro hac vice*)
lipps@carpenterlipps.com
Jennifer A.L. Battle
battle@carpenterlipps.com
David A. Beck (admitted *pro hac vice*)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, New York 10036
Phone:  (212) 837-1110

*Special Litigation Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky,
Gary S. Lee and Lorenzo Marinuzzi

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY 12601
Attn:  Eric J. Small

ResCap Liquidating Trust
c/o Quest Turnaround Advisors, LLC
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Brian S. Masumoto and Michael Driscoll

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Residential Capital LLC
1100 Virginia Drive
Ft. Washington, PA 19034
Attn:  Tammy Hamzehpour