**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Certification Regarding Compliance with Local Guidelines by Katharine I. Crost, a Partner in Orrick, Herrington & Sutcliffe LLP |
| B | Retention Order of Orrick, Herrington & Sutcliffe LLP |
| C | Summary of Fees by Project Category for the Fifth Interim Fee Period of September 1, 2013 through December 31, 2013 ("Fifth Interim Period") |
| D | Summary of Fees by Professional for the Fifth Interim Period |
| E | Summary of Expenses for the Fifth Interim Period |
| F-1 | Orrick Monthly Fee Statement for the Period September 1-30, 2013 |
| F-2 | Orrick Monthly Fee Statement for the Period October 1-31, 2013 |
| F-3 | Orrick Monthly Fee Statement for the Period November 1-30, 2013 |
| F-4 | Orrick Monthly Fee Statement for the Period December 1-31, 2013 |
| G | Summary of Fees by Project Category for the Final Application Period of May 14, 2012 through December 17, 2013 ("Final Application Period") |
| H | Summary of Fees by Professional for the Final Application Period |
| I | Summary of Expenses for the Final Application Period |