# EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
DURING THE FIFTH INTERIM FEE PERIOD
SEPTEMBER 1, 2013 - DECEMBER 17, 2013**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 144 | Compensation | 34.20 | $17,746.00 |
| 146 | Securitization Questions | 17.70 | $8,913.41 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 163.00 | $93,359.53 |
| **Total Hours & Fees Incurred** | | **214.90** | **$120,018.94** |