# EXHIBIT D

## SUMMARY OF PROFESSIONAL SERVICES RENDERED
## BY PROFESSIONAL FOR THE FIFTH INTERIM FEE PERIOD
## SEPTEMBER 1, 2013 - DECEMBER 17, 2013

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance 1978 | $874.00 | 2.50 | $2,185.00 |
| Martin B. Howard | Structured Finance 1986 | $731.50 | 40.40 | $29,552.60 |
| Stephen J. Jackson | Tax 1996 | $736.25 | 10.70 | $7,877.90 |
| **Name of Professional** | **Department and Licensure** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| **Associates** | | | | |
| Duane K. Beasley | Structured Finance 2000 | $612.75 | 50.30 | $30,821.41 |
| Dennis M. Bent | Structured Finance 2005 | $451.25 | 64.70 | $29,195.97 |
| Debra L. Felder | Restructuring 2002 | $617.50 | 24.70 | $15,252.25 |
| Sarah R. Weissman | Emerging Companies 2009 | $190.00 | 7.70 | $1,463.00 |
| Boris Volodarsky | Structured Finance 2009 | $427.50 | .60 | $256.50 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 7.50 | $1,923.75 |
| Margaret A. Goetz | Paralegal | $242.25 | 3.80 | $920.56 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 2.00 | $570.00 |
| **Total Professional Hours and Fees** | | | **214.90** | **$120,018.94** |
| **Total Hourly Blended Rate** **(excluding paralegals/paraprofessionals)** | | | | **$578.40** ($116,604.64/ 201.60 hrs = $578.40) |