# EXHIBIT E

**SUMMARY OF EXPENSES INCURRED DURING THE**
**FIFTH INTERIM FEE PERIOD**
**SEPTEMBER 1, 2013 - DECEMBER 17, 2013**

| Expense Category | Amount |
|---|---:|
| Consultant - Regulatory Advice | $2,140.00 |
| CourtCall | $51.00 |
| Hand Delivery | $42.50 |
| Pacer | $57.30 |
| **Total** | **$2,290.80** |