# EXHIBIT F-3

## MONTHLY FEE APPLICATION FOR NOVEMBER 1-30, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

December 23, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

**Re: In re Residential Capital, LLC, et al., Case No. 12-12020: Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP for the time period November 1, 2013 through November 30, 2013**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period November 1, 2013 through November 30, 2013 (the "Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on December 23, 2013 (the "Monthly Fee Statement").[1]

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1*



December 23, 2013
Page 2

In the absence of a timely objection, the Debtors shall pay $26,031.51, consisting of the sum of (a) $25,977.21, an amount equal to 80% of the fees ($25,977.21= $32,471.51 x 0.80) and (b) 100% of the expenses ($54.30) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by January 13, 2014 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

*Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.





Compensation (Matter 144)

Orrick prepared, revised and finalized its September and October 2013 monthly fee statements and its fourth quarterly interim application for the period May 1, 2013 through August 31, 2013. In connection with this matter, Orrick devoted 15.90 hours resulting in fees of $6,770.65 and $54.30 in expenses.[3]

Securitization Questions (Matter 146)

Orrick communicated with the Debtors regarding a direction letter, reviewed and revised an engagement letter and researched issues regarding mortgage loan purchase agreements. In connection with this matter, Orrick devoted 3.00 hours resulting in fees of $1,353.75 and no expenses.

Resolution of Pre-Bankruptcy Transaction (Matter 148)

Orrick conducted numerous telephone conferences with the Debtors to advise them in connection with certain mortgage insurance policy agreements. Orrick also advised the Debtors regarding disposition options for FHA loans and the liquidation of GMACM 2010-1. In addition, Orrick advised the Debtors on FHA regulations and dissolution strategies. Orrick researched certain HUD and FHA regulations and responded to questions from the Debtors regarding the same. Orrick also reviewed and provided comments on certain FHA provisions from Kramer Levin. In connection with this matter, Orrick devoted 43.70 hours resulting in fees of $24,347.11 and no expenses.

[3] Orrick devoted an additional 1.50 hours resulting in fees of $926.25 in connection with reviewing, revising and finalizing its monthly time records. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that reviewing and editing time records is not compensable. Accordingly, Orrick is not seeking compensation from the Debtors' estates for these fees.






**COMPENSATION SUMMARY**

**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Katharine I. Crost | Partner | $874.00 | 0.50 | $437.00 |
| Martin B. Howard | Partner | $731.50 | 14.20 | $10,387.30 |
| Stephen J. Jackson | Partner | $736.25 | 0.60 | $441.75 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 14.10 | $8,639.81 |
| Dennis M. Bent | Contract Associate | $451.25 | 9.60 | $4,332.00 |
| Debra L. Felder | Senior Associate | $617.50 | 7.30 | $4,507.75 |
| Sarah R. Weissman | Career Associate | $190.00 | 7.70 | $1,463.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 6.60 | $1,692.90 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 2.00 | $570.00 |
| **TOTAL:** | | | **62.60** | **$32,471.51** |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | **$559.42**<br>$30,208.61/54.00 hrs = $559.42 | |





**COMPENSATION BY PROJECT CATEGORY**

**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Matter 144: Compensation | 15.90 | $6,770.65 |
| Matter 146: Securitization Questions | 3.00 | $1,353.75 |
| Matter 148: Resolution of Pre-Bankruptcy Transaction | 43.70 | $24,347.11 |
| **TOTAL:** | **62.60** | **$32,471.51** |

**EXPENSE SUMMARY**

**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| **Expense Category** | **Total** |
|---|---|
| Pacer | $54.30 |
| **TOTAL:** | **$54.30** |






## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of December 20, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $311,868.09 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $204,264.07 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $163,734.03 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | See above (May 1, 2012 - Aug. 31, 2012) |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $195,456.74 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $305,849.57 |
| Nov. 1, 2012 – Nov. 20, 2012 Sixth Monthly Fee Statement | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $100,108.80 |
| Dec. 1, 2012 – Dec. 31, 2012 Seventh Monthly Fee Statement | $70,462.47 | $56,369.98 | $0.00 | $56,369.98 | $70,462.47 |
| Sept. 1, 2012 – Dec. 31, 2012 Second Interim Fee Application | $674,764.98 | $539,811.98 | $611.43 | $540,423.41 | See above (Sept. 1, 2012 - Dec. 31, 2012) |
| Jan. 1, 2013 – Jan. 31, 2013 Eighth Monthly Fee Statement | $108,904.07 | $87,123.26 | $335.50 | $87,458.76 | $88,389.56 |






| **Monthly/Interim Period** | **Fees at 100%** | **Fees at 80%** | **Expenses at 100%** | **Total Fees at 80% and 100% of Expenses** | **Payments Received as of December 20, 2013** |
|---|---|---|---|---|---|
| Feb. 1 – Feb. 28, 2013<br>Ninth Monthly Fee Statement | $107,837.98 | $86,270.38 | $79.40 | $86,349.78 | $97,125.65 |
| March 1 – March 31, 2013<br>Tenth Monthly Fee Statement | $16,069.74 | $12,855.79 | $78.00 | $12,933.79 | $14,532.97 |
| April 1 – April 30, 2013<br>Eleventh Monthly Fee Statement | $8,807.94 | $7,046.35 | $65.50 | $7,111.85 | $7,999.20 |
| Jan. 1, 2013 – April 30, 2013<br>Third Interim Fee Application | 241,619.73 | $193,295.78 | 558.40 | $193,854.18 | See above (Jan. 1, 2013 - April 30, 2013) |
| May 1 – May 31, 2013<br>Twelfth Monthly Fee Statement | $16,196.40 | $12,957.12 | $46.40 | $13,003.52 | $12,994.23 |
| June 1 – June 30, 2013<br>Thirteenth Monthly Fee Statement | $35,659.43 | $28,527.54 | 0.00 | $28,527.54 | $28,527.54 |
| July 1 – July 31, 2013<br>Fourteenth Monthly Fee Statement | $73,629.47 | $58,903.58 | $535.00 | $59,438.58 | $14,790.51 |
| August 1 – August 31, 2013<br>Fifteenth Monthly Fee Statement | $19,618.98 | $15,695.18 | $87.10 | $15,782.28 | $3,307.31 |
| May 1, 2013 – August 31, 2013<br>Fourth Interim Fee Application | $145,104.28 | $116,083.42 | $668.50 | $116,751.92 | See above (May 1, 2013 - August 31, 2013) |
| Sept. 1, 2013 – Sept. 30, 2013<br>Sixteenth Monthly Fee Statement | $12,578.03 | $10,062.42 | $2,205.50 | $12,267.92 | $0.00 |





| **Monthly/Interim Period** | **Fees at 100%** | **Fees at 80%** | **Expenses at 100%** | **Total Fees at 80% and 100% of Expenses** | **Payments Received as of December 20 , 2013** |
|---|---|---|---|---|---|
| Oct. 1, 2013 – Oct. 31, 2013 Seventeenth Monthly Fee Statement | $18,510.30 | $14,808.24 | $3.00 | $14,811.24 | $0.00 |

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

December 20, 2013
Client No. 11474
Invoice No. 1453097

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2013 in connection with the matters described on the attached pages: | $ | 32,471.51 |
| DISBURSEMENTS as per attached pages: | | 54.30 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **32,525.81** |

Matter(s): 11474/144, 146, 148
732844

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$116,927.03
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 11474/ Invoice: 1453097*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 11474/ Invoice: 1453097*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 11474/ Invoice: 1453097*

Residential Capital
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437
Attn: John G. Ruckdaschel, Esq.

December 20, 2013
Client No. 11474
Invoice No. 1453097

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 144 - Compensation**
**Matter: 732844**

| | | | |
|---|---|---|---|
| 11/01/13 | D. Fullem | Begin draft of Orrick's fourth quarterly fee application for May 1-August 31, 2013. | 1.00 |
| 11/03/13 | D. Fullem | Prepare schedule of fees/expenses and related information for Orrick's 4th quarterly fee application. | 1.20 |
| 11/04/13 | D. Fullem | Revise Orrick's 4th quarterly fee application. | 1.70 |
| 11/07/13 | D. Fullem | Confer with D. Felder regarding status and timing of filing Orrick's quarterly fee application for May-August 2013 and follow-up regarding same. | 0.20 |
| 11/11/13 | D. Felder | Conference with P. Reyes regarding revisions to quarterly fee application (.2); follow-up conference with D. Fullem regarding same (.1). | 0.30 |
| 11/13/13 | D. Felder | Revise quarterly fee application. | 1.00 |
| 11/14/13 | D. Felder | Revise fourth quarterly fee application (1.0); email correspondence with M. Howard and K. Crost regarding same (.1); email correspondence with G. Willey and D. Fullem regarding same (.2). | 1.30 |
| 11/14/13 | D. Felder | Email correspondence with D. Fullem regarding status of fourth quarterly interim fee application. | 0.20 |
| 11/15/13 | D. Fullem | Revise exhibits to Orrick's fourth interim fee application for electronic filing. | 0.70 |
| 11/18/13 | D. Fullem | Assist with finalizing fourth quarterly fee application for May-August 2013 (.8); coordinate electronic filing (.4); service on notice parties (.2). | 1.40 |
| 11/18/13 | D. Fullem | Email correspondence to D. Felder regarding status of filing/serving of Orrick's fourth quarterly fee application. | 0.20 |
| 11/18/13 | G. Willey | Finalize fourth interim fee application and related documents for electronic filing (.5); electronic filing of same (.5); prepare letter to Judge Glenn regarding same (.5); prepare CDs regarding same (.5). | 2.00 |

| | | | |
|---|---|---|---|
| 11/18/13 | D. Felder | Review quarterly fee application and exhibits (.5); finalize same for filing and service (.5); email correspondence with D. Fullem regarding same (.5). | 1.50 |
| 11/19/13 | D. Felder | Draft September monthly fee statement (1.0); email correspondence with S. Vucelick regarding same (.5). | 1.50 |
| 11/22/13 | D. Fullem | Review email from D. Felder with Orrick's September monthly fee statement. | 0.20 |
| 11/22/13 | D. Felder | Revise September monthly fee statement (.5); telephone conference with T. Mitchell regarding final fee application issues and follow-up regarding same (.2). | 0.70 |
| 11/27/13 | D. Felder | Prepare October monthly fee statement. | 0.80 |

| | | |
|---|---|---|
| Total Hours | 15.90 | |
| Total For Services | | $6,770.65 |

| **Timekeeper Summary** | **Hours** | **Base Rate** | **Base Amount** | **Billed Rate** | **Billed Amount** |
|---|---|---|---|---|---|
| Debra Felder | 7.30 | 650.00 | 4,745.00 | 617.50 | 4,507.75 |
| Debra O. Fullem | 6.60 | 270.00 | 1,782.00 | 256.50 | 1,692.90 |
| Gerald L. Willey | 2.00 | 300.00 | 600.00 | 285.00 | 570.00 |
| Total All Timekeepers | 15.90 | | $7,127.00 | | $6,770.65 |

Disbursements

| | | |
|---|---|---|
| PACER | 54.30 | |
| | Total Disbursements | $54.30 |

| | |
|---|---|
| **Total For This Matter** | **$6,824.95** |

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 146 - Securitization questions**
**Matter: 732846**

| | | | |
|---|---|---|---|
| 11/14/13 | D. Bent | Telephone conference with M. Schoffelen (ResCap) regarding Direction Letter. | 0.10 |
| 11/15/13 | D. Bent | Review Mountain View Engagement Letter. | 0.50 |
| 11/19/13 | D. Bent | Research question presented by K. Chopra (Centerview) regarding Servicer Participation Agreement representations in Form of Mortgage Loan Purchase Agreement (0.5); provide comments on SLS Side Letter (0.5). | 1.00 |
| 11/21/13 | D. Bent | Note additional issues regarding the Mountain View Engagement Letter. | 0.70 |
| 11/22/13 | D. Bent | Review revised draft of Mountain View Engagement Letter (0.1); telephone conference with M. Schoffelen (ResCap) regarding the same (0.1). | 0.20 |
| 11/25/13 | D. Bent | Provide comments on revised Mountain View Engagement Letter (0.2); telephone conference with M. Schoffelen (ResCap) regarding the same (0.2); telephone conference with W. Tyson (ResCap) regarding potential residual sale (0.1) | 0.50 |

| | | |
|---|---|---|
| Total Hours | 3.00 | |
| Total For Services | | $1,353.75 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis M. Bent | 3.00 | 650.00 | 1,950.00 | 451.25 | 1,353.75 |
| Total All Timekeepers | 3.00 | | $1,950.00 | | $1,353.75 |

**Total For This Matter** **$1,353.75**

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| | | | |
|---|---|---|---|
| 11/05/13 | M. Howard | Teleconference with T. Farley (ResCap) and J. Ruckdaschel (ResCap) on mortgage insurance policy agreements. | 0.80 |
| 11/06/13 | D. Beasley | Respond to questions from T. Farley (ResCap) and J. Ruckdaschel regarding disposition options for FHA loans and liquidation of GMACM 2010-1. | 0.50 |
| 11/06/13 | M. Howard | Follow-up teleconference with T. Farley (ResCap), J. Ruckdaschel (ResCap) and K. Crost (Orrick Senior Partner) on mortgage insurance policy agreements (.5); review follow-up notes regarding same (.2). | 0.70 |
| 11/06/13 | K. Crost | Conference call with T. Farley (ResCap) and M. Howard (Orrick) regarding mortgage insurance policies. | 0.50 |
| 11/07/13 | D. Beasley | Respond to questions from T. Farley (ResCap) regarding FHA regulations (0.8); research regarding FHA regulations (0.4). | 1.20 |
| 11/07/13 | M. Howard | Teleconference with T. Farley (ResCap) and J. Ruckdaschel (ResCap) on FHA requirements. | 0.90 |
| 11/08/13 | S. Jackson | Telephone conference with M. Howard to discuss liquidating trust issues for FHA loans. | 0.30 |
| 11/08/13 | M. Howard | Follow-up teleconference with T. Farley (ResCap) and J. Ruckdaschel (ResCap) regarding FHA issues and liquidating trust. | 0.70 |
| 11/11/13 | D. Beasley | Telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Senior Partner) and D. Bent (Orrick Senior Associate) regarding FHA requirements in connection with transfer of loans to a liquidating trust (1.0); respond to questions from T. Farley (ResCap) and J. Ruckdaschel (ResCap) regarding FHA regulations and dissolution strategies (1.2). | 2.20 |
| 11/11/13 | D. Bent | Telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Senior Partner) and D. Beasley (Orrick Senior Associate) regarding FHA requirements in connection with transfer of loans to a liquidating trust. | 1.00 |

| | | | |
|---|---|---|---|
| 11/11/13 | M. Howard | Telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), D. Beasley (Orrick Senior Associate) and D. Bent (Orrick Associate) regarding FHA requirements in connection with transfer of loans to a liquidating trust (1.0); follow-up regarding same (.4). | 1.40 |
| 11/12/13 | S. Weissman | Research under HUD regulations to determine what happens to the mortgage insurance in the event the mortgagee is no longer approved under HUD regulations and to determine whether an approved mortgagee under HUD who fails to get recertified can transfer the insured loans without losing the insurance policy. | 5.90 |
| 11/12/13 | D. Beasley | Research regarding FHA regulations (0.5); respond to questions from T. Farley (ResCap) regarding liquidating trust and structural options for transfer of FHA loans (1.0); respond to questions from B. Tyson (ResCap) regarding GMACM 2010-1 transaction (1.0). | 2.50 |
| 11/12/13 | D. Bent | Draft Direction Letter (1.5); draft liquidating trust provisions for FHA Mortgage Loans (1.3); telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), T. Goren (Morrison & Foerster Partner), L. Marinuzzi (Morrison & Forester Partner) and M. Howard (Orrick Senior Partner) regarding FHA requirements in connection with transfer of loans to a liquidating trust (0.7); communication with A. Dienstag (Kramer & Levin) regarding the same (0.2); telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap), T. Goren (Morrison & Foerster Partner), S. Martin (Morrison & Forester Associate), C. Damast (Morrison & Foerster Associate), K. Chopra (Centerview), R. Kielty (Centerview) and J. Mattern (Centerview) regarding possible sale of FHA loans (0.7); telephone conference with J. Ruckdaschel (ResCap In-House Attorney) regarding the same (0.1). | 4.50 |
| 11/12/13 | M. Howard | Telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), T. Goren (Morrison & Foerster Partner), L. Marinuzzi (Morrison & Forester Partner) and D. Bent (Orrick associate) regarding FHA requirements in connection with transfer of loans to a liquidating trust (0.7); follow-up review of issues regarding same (0.7); telephone conference with Kramer Levin (Creditor's counsel) on FHA loans (0.4). | 1.80 |
| 11/13/13 | S. Weissman | Research to determine the effect of termination of a contract of insurance under HUD Title II mortgages for purposes of advising client whether the mortgage insurance will lapse on federally-insured loans if the mortgagee loses or abandons HUD approval (1.6); conference with D. Bent regarding same (0.2). | 1.80 |
| 11/13/13 | M. Howard | Telephone conference with W. Tyson (ResCap), T. Farley (ResCap) and J. Ruckdaschel (ResCap In-House Attorney) regarding FHA approval of liquidating trust. | 0.90 |

| | | | |
|---|---|---|---|
| 11/14/13 | D. Beasley | Respond to questions from T. Farley (ResCap) and J. Ruckdaschel (ResCap In-house Counsel) regarding risks concerning using a liquidating trust to transfer FHA loans (1.5); respond to questions from M. Schoffelen (ResCap) regarding mortgage loan purchase agreement discussions (0.5); telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), M. Howard (Orrick Senior Partner) and D. Bent (Orrick Senior Associate) regarding FHA approval of liquidating trust (0.7) | 2.70 |
| 11/14/13 | M. Howard | Follow-up telephone conference with W. Tyson (ResCap), T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Attorney), D. Bent (Orrick Senior Associate) and D. Beasley (Orrick Senior Associate) regarding FHA approval of liquidating trust (0.7); review of issues and strategy regarding same (1.1). | 1.80 |
| 11/15/13 | S. Jackson | Review tax query from J. Ruckdaschel regarding VFN transfer restrictions. | 0.30 |
| 11/15/13 | M. Howard | Follow-up telephone conference with W. Tyson (ResCap), T. Farley (ResCap) and J. Ruckdaschel (ResCap In-House Attorney) regarding liquidating trust issues and FHA approval. | 0.90 |
| 11/18/13 | D. Beasley | Respond to questions from W. Tyson (ResCap) regarding FHA loans (0.5); research regarding FHA regulations and approval requirements (1.0). | 1.50 |
| 11/18/13 | M. Howard | Telephone conference with W. Tyson (ResCap), T. Hamzehpour (ResCap) and A. Dienstag (Kramer Levin) regarding FHA approval of liquidating trust. | 1.30 |
| 11/19/13 | M. Howard | Teleconference with T. Farley (ResCap), W. Tyson (ResCap) and J. Ruckdaschel (ResCap) on FHA approvals. | 1.20 |
| 11/21/13 | D. Beasley | Telephone conference with Kramer Levin regarding FHA provisions added to liquidating trust document. | 1.50 |
| 11/21/13 | D. Bent | Telephone conference with A. Dienstag (Kramer & Levin), M. Howard (Orrick Senior Partner) and D. Beasley (Orrick Senior Associate) regarding FHA provisions for Liquidating Trust Agreement. | 0.50 |
| 11/21/13 | M. Howard | Teleconference with A. Dienstag (Kramer Levin), D. Bent (Orrick Senior Associate) and D. Beasley (Orrick Senior Associate) on FHA approvals (0.5); follow-up issues regarding same (0.7). | 1.20 |
| 11/22/13 | D. Beasley | Respond to questions from W. Tyson (ResCap) regarding strategy concerning FHA approval. | 0.50 |
| 11/24/13 | D. Bent | Review FHA Provisions distributed by A. Dienstag (Kramer & Levin). | 0.60 |
| 11/25/13 | M. Howard | Review of language sent by A. Dienstag (Kramer Levin) for FHA provisions in Liquidating Trust Agreement. | 0.60 |
| 11/27/13 | D. Beasley | Respond to questions from W. Tyson (ResCap) regarding disposition of FHA loans. | 0.50 |
| 11/29/13 | D. Beasley | Email correspondence with W. Tyson (ResCap) and T. Farley (ResCap) regarding disposition of FHA loans and servicing advance sale transaction. | 1.00 |

Total Hours 43.70

Total For Services $24,347.11

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 14.10 | 650.00 | 9,165.00 | 612.75 | 8,639.81 |
| Dennis M. Bent | 6.60 | 650.00 | 4,290.00 | 451.25 | 2,978.25 |
| Katharine I. Crost | 0.50 | 895.00 | 447.50 | 874.00 | 437.00 |
| Martin B. Howard | 14.20 | 795.00 | 11,289.00 | 731.50 | 10,387.30 |
| Stephen J. Jackson | 0.60 | 775.00 | 465.00 | 736.25 | 441.75 |
| Sarah R. Weissman | 7.70 | 230.00 | 1,771.00 | 190.00 | 1,463.00 |
| Total All Timekeepers | 43.70 | | $27,427.50 | | $24,347.11 |

**Total For This Matter** **$24,347.11**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 62.60 | |
| Total Fees, all Matters | | $32,471.51 |
| Total Disbursements, all Matters | | $54.30 |
| Total Amount Due | | $32,525.81 |