# EXHIBIT G

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY DURING THE FINAL FEE PERIOD
### MAY 14, 2012 - DECEMBER 17, 2013

| TASK CODE | TASK CATEGORY | HOURS BILLED | TOTAL BILLED |
|---|---|---|---|
| 141 | PSA Amendments | 2,266.20 | $1,098,264.31 |
| 142 | General Bankruptcy Administration | 56.70 | $26,015.56 |
| 143 | Retention | 170.90 | $111,062.12[1] |
| 144 | Compensation | 289.30 | $156,813.90[2] |
| 146 | Securitization Questions | 438.30 | $214,868.67 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 500.50 | $275,843.52 |
| 149 | SEC Investigation Assistance | 4.20 | $3,532.10 |
| 150 | Non-Securitization Issues | 9.20 | $6,099.97 |
| 151 | Termination of Servicing Contracts | 27.70 | $22,364.85 |
| | **SUB-TOTAL:** | **3,763.00** | **$1,914,865.00** |
| | **Agreed Reduction per U.S. Trustee and Bankruptcy Court for the First, Second, Third and Fourth Interim Fee Periods:** | -- | **$69,962.81** |
| | **TOTAL (less agreed reduction noted above):** | -- | **$1,844,902.19** |

---

[1] As stated in Orrick's First, Second, Third and Fourth Interim Fee Applications, Orrick voluntarily reduced its hours by an aggregate amount of $13,731.30 for fees incurred in connection with this Project Category.

[2] As stated in Orrick's First, Second, Third and Fourth Interim Fee Applications, Orrick voluntarily reduced its hours by an aggregate amount of $133,866.13 for fees incurred in connection with this Project Category.