# EXHIBIT H

### SUMMARY OF PROFESSIONAL SERVICES RENDERED
### BY PROFESSIONAL FOR THE FINAL FEE PERIOD
### MAY 14, 2012 - DECEMBER 17, 2013

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Katharine I. Crost | Structured Finance 1978 | $874.00 | 127.60 | $111,522.40 |
| Daniel J. Dunne | Securities Litigation & Regulatory Enforcement 1985 | $741.00 | 29.00 | $21,489.00 |
| Elyse D. Echtman | Commercial Litigation 1993 | $666.00 | 1.50 | $999.00 |
| Robert J. Gloistein | Corporate 1966 | $736.00 | 3.80 | $2,796.80 |
| Martin B. Howard | Structured Finance 1986 | $731.50 | 359.50 | $262,974.25 |
| Stephen J. Jackson | Tax 1996 | $736.25 | 80.80 | $59,489.14 |

---

[3] The fee totals for each professional and paraprofessional do not account for the reductions agreed upon with the U.S. Trustee and approved by the Bankruptcy Court in connection with Orrick's First, Second, Third and Fourth Interim Fee Applications.

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| Dora Y. Mao | Structured Finance 1987 | $660.25 | 12.70 | $8,385.21 |
| Lorraine S. McGowen | Restructuring 1986 | $875.00 | 29.90 | $26,162.50 |
| Thomas C. Mitchell | Restructuring 1985 | $790.00 | 24.90 | $19,671.00 |
| John Narducci | Tax 1988 | $850.25 | 1.20 | $1,020.30 |
| Leah P. Sanzari | Structured Finance 1995 | $755.00 | 4.20 | $3,171.00 |
| Thomas J. Welsh | Insurance 1989 | $703.00 | 2.60 | $1,827.80 |
| Kenneth Whyburn | Tax 1980 | $755.24 | 1.60 | $1,208.39 |
| Simon Willis | Commercial Litigation 1991 | $812.25 | 1.30 | $1,055.93 |
| **Associates** | | | | |
| Spencer Barrowes | Banking & Debt Capital Markets 2005 | $451.25 | 138.60 | $62,543.36 |
| Kristen Bartlett | Securities Litigation & Regulatory Enforcement 2010 | $370.50 | .80 | $296.40 |

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| Duane K. Beasley | Structured Finance 2000 | $612.75 | 706.10 | $432,696.64 |
| Dennis Bent | Structured Finance 2005 | $451.25 | 638.00 | $287,898.32 |
| Sarah Breisinger | Litigation 2008 | $247.00 | 4.40 | $1,086.80 |
| Paul Clancy III | Structured Finance 2011 | $165.00 | 12.70 | $2,095.50 |
| Amie Davis | Structured Finance 2005 | $530.00 | 10.30 | $5,459.00 |
| James Drury-Smith | Emerging Companies 2002 | $489.25 | 3.50 | $1,712.39 |
| James Duff | Structured Finance 2006 | $517.75 | 23.60 | $12,218.92 |
| John Farmer | Banking & Debt Capital Markets 2004 | $342.00 | 293.60 | $100,411.20 |
| Debra Felder | Restructuring 2002 | $617.50 | 326.90 | $201,860.75 |
| Njoki Gatimu | Structured Finance 2008 | $495.00 | 103.80 | $51,381.00 |
| Christopher Giles | Practice & Client Services 2006 | $152.00 | 37.50 | $5,700.00 |

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| Mary Knutsen | Practice & Client Services 1999 | $152.00 | 2.50 | $380.00 |
| James M. Larkin | Tax 2002 | $641.25 | 9.10 | $5,835.39 |
| Stephen C. Lessard | Tax 2007 | $546.25 | 6.10 | $3,332.13 |
| S. Chris Min | Structured Finance 2006 | $510.00 | 91.10 | $46,461.00 |
| Kara Moskowitz | Structured Finance 2005 | $530.00 | 7.90 | $4,187.00 |
| Scott Pearsall | Restructuring 2009 | $451.24 | 1.80 | $812.23 |
| David L. Ridenour | Structured Finance 2005 | $515.00 | 42.80 | $22,042.00 |
| Brandson Skosnik | Emerging Companies 2007 | $209.00 | 2.90 | $606.10 |
| Benita Sumey | Practice & Client Services 1992 | $237.50 | .60 | $142.50 |
| Lyndsay M. Sullivan | Global Corporate Solutions 2002 | $90.25 | 4.30 | $388.08 |
| Boris Volodarsky | Structured Finance 2009 | $427.50 | 79.60 | $34,029.00 |

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| Sarah Weissman | Emerging Companies 2009 | $190.00 | 52.20 | $9,918.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Norman Coliane | Document Review Specialist | $76.00 | 31.00 | $2,356.00 |
| Michael DiBartolomeo | Document Review Specialist | $76.00 | 17.60 | $1,337.60 |
| Michael Fillinger | Senior Research Specialist | $232.75 | 3.50 | $814.63 |
| Debra Fullem | Bankruptcy Research Specialist | $256.50 | 99.20 | $25,444.80 |
| Renee Gray | Document Reviewer | $76.00 | 1.00 | $76.00 |
| Margaret Goetz | Paralegal | $242.25 | 79.80 | $19,331.66 |
| Bala Kumar | Document Review Specialist | $76.00 | 20.00 | $1,520.00 |
| Colin Lounsberry | Paralegal | $152.00 | .30 | 45.60 |
| Francis McKeown | Research Specialist | $232.76 | 1.50 | $349.13 |
| Hannah Rizor | Paralegal | $76.00 | .70 | $53.20 |
| Michelle Rodriguez | Senior Paralegal | $199.75 | 14.00 | $2,796.52 |
| Christina Rose | Lead Paralegal Document Review | $80.00 | 22.50 | $1,800.00 |
| Sherwin Sabado | Research & Information Resource Assistant | $185.86 | .50 | $92.63 |

| Name of Professional Person | Position Department & Licensure | Hourly Billing Rate | Total Hours Billed | Total Fees[3] |
|---|---|---|---|---|
| Linda Santos | Senior Paralegal | $266.00 | 23.40 | $6,224.40 |
| Nicholas Schafer | Document Review Specialist | $76.00 | 22.50 | $1,710.00 |
| Jaime Updegraff | Document Review Specialist | $76.00 | 27.00 | $2,052.00 |
| Elizabeth Walker | Senior Paralegal | $261.25 | 97.30 | $25,419.66 |
| Gerald Willey | Senior Paralegal | $285.00 | 12.80 | $3,648.00 |
| **SUB-TOTAL** | | | **3,763.00** | **$1,914,865.00** |
| **Agreed Reduction per U.S. Trustee and Bankruptcy Court for the First, Second, Third and Fourth Interim Fee Periods:** | | | -- | **$69,962.81** |
| **GRAND TOTAL (less agreed reduction noted above):** | | | -- | **$1,844,902.19** |
| **Total Hourly Blended Rate Based on Grand Total (excluding paralegals/ paraprofessionals):** | | | | **$547.73**<br><br>($1,801,158.98/ 3,288.40 hrs = $547.73) |