# EXHIBIT I

### SUMMARY OF EXPENSES INCURRED DURING THE FINAL FEE PERIOD
### MAY 14, 2012 - DECEMBER 17, 2013

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Consultants | $2,675.00 |
| CourtCall | $338.00 |
| Filing Fees | $604.00 |
| Hand-Delivery | $390.50 |
| Pacer | $500.40 |
| Taxi | $299.35 |
| **TOTAL EXPENSES** | **$4,807.25** |