# **EXHIBIT B**

2041985v.6



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033155

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    <u>$3,950.92</u>

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

### Analysis/Strategy

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/13/13 | Confer with K. Morehouse re status of monthly fee reports. | BAR | 0.10 | 26.40 |
| 09/16/13 | Work on July fee statement to Notice Parties. | BAR | 2.10 | 554.40 |
| | | | **2.20** | **$580.80** |

### Pleadings

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Review of draft status report regarding status of GMACM bankruptcy for Plymouth County Iowa case and emails re same. | TJC | 0.40 | 234.00 |
| 09/17/13 | Review draft order and schedule approving interim fee application and disbursements of holdback fees. | JMG | 0.30 | 137.40 |
| 09/19/13 | Review proposed draft order for interim fee applications (.4); email T. Cunningham re same (.1). | BAR | 0.50 | 132.00 |
| | | | **1.20** | **$503.40** |

### Court Mandated Conferences

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/10/13 | Travel to New York for fee hearing. NO CHARGE | BAR | 6.00 | 1,584.00 |
| 09/11/13 | Prepare for and attend hearing for Third Interim Fee Application (2.5). | BAR | 2.50 | 660.00 |
| 09/11/13 | Travel from New York to Chicago (5.7) NO CHARGE | BAR | 5.70 | 1,504.80 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: October 22, 2013
Invoice No.: 1033155
Page: 2

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/20/13 | Emails from and to Brian Raynor re hearing on third interim fee petition. | TJC | 0.20 | 117.00 |
| | | | **14.40** | **$3,865.80** |

**Less NO CHARGE entries**                                    **($3,088.80)**

**TOTAL ADJUSTED FEES**                                    **$1,861.20**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 2.20 | $580.80 |
| | | | **2.20** | **$580.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| B. A. Raynor | Associate | $264.00 | 0.50 | $132.00 |
| | | | **1.20** | **$503.40** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| B. A. Raynor | Associate | $264.00 | 14.20 | $3,748.80 |
| | | | **14.40** | **$3,865.80** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$4,950.00**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 09/09/13 | FedEx Shipments | 23.07 |
| 09/09/13 | FedEx Shipments | 35.07 |
| 09/09/13 | FedEx Shipments | 23.07 |
| 09/09/13 | FedEx Shipments | 23.07 |
| 09/09/13 | FedEx Shipments | 23.07 |
| 09/25/13 | Travel expenses of Brian Raynor for trip to to New York to attend hearing on Locke Lord's third fee petition (including coach airfare) | 1,962.37 |
| | TOTAL | $2,089.72 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: October 22, 2013
Invoice No.:  1033155
Page:  3

| | |
|---|---|
| TOTAL FEES | $4,950.00 |
| Less NO CHARGE entries | ($3,088.80) |
| TOTAL ADJUSTED FEES | $1,861.20 |
| TOTAL EXPENSES | $2,089.72 |
| TOTAL FEES AND EXPENSES | $3,950.92 |
| **TOTAL BALANCE DUE** | **$3,950.92** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033157

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $5625.84

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/09/13 | Exchange e-mails with Norm Rosenbaum regarding status of settlement negotiations and adversary proceeding. | PRP | 0.20 | 96.80 |
| 09/12/13 | Emails re proposed objection to Nora's claim. | TJC | 0.20 | 117.00 |
| 09/16/13 | Analyze bankruptcy court order to determine deadline to respond to adversary complaint (0.2); e-mails with litigation team regarding pretrial conference in adversary action (0.1). | JCW | 0.30 | 88.50 |
| 09/27/13 | Emails re status of upcoming pretrial conference and what bankruptcy counsel expects to happen at that conference. | TJC | 0.20 | 117.00 |
| 09/30/13 | Emails re plan for upcoming pretrial conference in bankruptcy adversary proceeding. | TJC | 0.20 | 117.00 |
| | | | 1.10 | $536.30 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Emails re revisions to draft settlement agreement and status of effort to negotiate terms with Nora. | TJC | 0.20 | 117.00 |
| 09/04/13 | Emails re status of settlement proposal and scope of proposed release, and emails re status of appeal and our plan. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: October 22, 2013
Invoice No.: 1033157
Page: 2

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Analyze latest revisions to proposed settlement agreement (.20); prepare Stipulation for Dismissal of appeal (.40); e-mails with foreclosure counsel requesting draft Notice of Dismissal of state court appeals (.20); e-mails to Ally and MERS regarding Nora's failure to file reply in 7th Circuit Appeal (.20); review e-mails from counsel for co-defendants regarding status of settlement discussions (.30). | JCW | 1.30 | 383.50 |
| 09/04/13 | Review and revise draft settlement agreement. | PRP | 1.50 | 726.00 |
| 09/06/13 | Exchange e-mails with team at MoFo regarding Nora's most recent settlement demands. | PRP | 0.80 | 387.20 |
| 09/06/13 | Emails re status of settlement discussions with Nora. | TJC | 0.20 | 117.00 |
| 09/07/13 | Emails re status of settlement negotiation and plan in light of apparent breakdown in settlement discussions. | TJC | 0.30 | 175.50 |
| 09/09/13 | Emails re status of settlement and strategy. | TJC | 0.20 | 117.00 |
| | | | 4.80 | $2,198.70 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/09/13 | E-mails with counsel for co-defendants regarding conclusion of settlement discussions and plan for proceeding with adversary action and appeal. | JCW | 0.30 | 88.50 |
| | | | 0.30 | $88.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/06/13 | Review of draft progress report to bankruptcy court and emails re same. | TJC | 0.30 | 175.50 |
| 09/10/13 | Revise draft objection to Nora's proofs of claim. | PRP | 1.80 | 871.20 |
| 09/10/13 | Review of draft objection to Nora's claim and emails re same. | TJC | 0.50 | 292.50 |
| 09/11/13 | Review of draft objection to Nora's claim and emails re same. | TJC | 0.40 | 234.00 |
| 09/16/13 | Review of order setting procedures for adversary proceedings in the GMACM bankruptcy case and emails regarding status of Nora's adversary proceeding. | TJC | 0.30 | 175.50 |
| 09/20/13 | Revise objection to Nora's proofs of claim. | PRP | 1.20 | 580.80 |
| | | | 4.50 | $2,329.50 |

| | Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/13 | Emails from Wisconsin counsel re denial of Nora's petition for review before the Wisconsin Supreme court. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

**TOTAL FEES**                                                                                    **$5,270.00**

 **TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: October 22, 2013
Invoice No.:  1033157
Page:  3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **1.10** | **$536.30** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 2.30 | $1,113.20 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| J.C. Webb | Associate | $295.00 | 1.30 | $383.50 |
| | | | **4.80** | **$2,198.70** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 3.00 | $1,452.00 |
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | **4.50** | **$2,329.50** |

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$5,270.00**

| **EXPENSES** | **VALUE** |
|---|---|
| Services Rendered - Counsel Press LLC - Proportionate share of printing, filing and service expense for appellate brief. | 355.84 |
| **TOTAL EXPENSES** | **$355.84** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: October 22, 2013
Invoice No.: 1033157
Page: 4

| | |
|---|---|
| TOTAL FEES | $5,270.00 |
| TOTAL EXPENSES | $355.84 |
| TOTAL FEES AND EXPENSES | $5,625.84 |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

October 22, 2013
Invoice No.: 1033158

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013          $1,099.20

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Review disclosure statement and emails from/to plaintiffs' counsel re borrower claims trust. | JMG | 0.30 | 137.40 |
| 09/09/13 | Review revisions to amended settlement agreement and follow up re procedure and implementation. | JMG | 0.50 | 229.00 |
| 09/11/13 | Emails to N. Rosenbaum re settlement procedures. | JMG | 0.20 | 91.60 |
| 09/11/13 | Emails from/to plaintiffs' counsel re status of amended settlement agreement. | JMG | 0.20 | 91.60 |
| 09/12/13 | Prepare for and conduct telephone conference with N. Rosenbaum (MoFo) re settlement procedures and approvals needed from bankruptcy court. | JMG | 0.20 | 91.60 |
| 09/13/13 | Various emails re same to litigation team and MoFo. | JMG | 0.20 | 91.60 |
| 09/13/13 | Review updated draft amended settlement agreement and further revision of same. | JMG | 0.70 | 320.60 |
| 09/23/13 | Email to N. Rosenbaum and J. Wishnew re status of revisions to settlement agreement. | JMG | 0.10 | 45.80 |
| | | | 2.40 | $1,099.20 |

**TOTAL FEES**                                            $1,099.20

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: October 22, 2013
Invoice No.: 1033158
Page: 2

## TIMEKEEPER SUMMARY:

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.40 | $1,099.20 |
| | | | **2.40** | **$1,099.20** |

**TIMEKEEPER SUMMARY TOTALS**           **$1,099.20**

TOTAL FEES           $1,099.20

**TOTAL BALANCE DUE**           **$1,099.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

October 22, 2013
Invoice No.: 1033159

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                     $1,915.20

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Review disclosure statement and emails from/to plaintiffs' counsel re borrower claims trust. | JMG | 0.30 | 137.40 |
| 09/09/13 | Review revisions to amended settlement agreement and follow up re procedure and implementation. | JMG | 0.50 | 229.00 |
| 09/11/13 | Emails from/to plaintiffs' counsel re status of amended settlement agreement. | JMG | 0.20 | 91.60 |
| 09/11/13 | Emails to N. Rosenbaum re settlement procedures. | JMG | 0.20 | 91.60 |
| 09/12/13 | Prepare for and conduct telephone conference with N. Rosenbaum (MoFo) re settlement procedures and approvals needed from bankruptcy court. | JMG | 0.20 | 91.60 |
| 09/13/13 | Review updated draft amended settlement agreement and further revision of same. | JMG | 0.70 | 320.60 |
| 09/13/13 | Various emails re same to litigation team and MoFo. | JMG | 0.20 | 91.60 |
| 09/13/13 | Revise settlement agreement to reflect bankruptcy action. | CGS | 3.20 | 816.00 |
| 09/23/13 | Email to N. Rosenbaum and J. Wishnew re status of revisions to settlement agreement. | JMG | 0.10 | 45.80 |
| | | | 5.60 | $1,915.20 |

**TOTAL FEES**                                                         $1,915.20

---

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: October 22, 2013
Invoice No.: 1033159
Page: 2

## TIMEKEEPER SUMMARY:

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.40 | $1,099.20 |
| C. G. Shetty | Associate | $255.00 | 3.20 | $816.00 |
| | | | **5.60** | **$1,915.20** |

**TIMEKEEPER SUMMARY TOTALS**      **$1,915.20**

TOTAL FEES      $1,915.20

**TOTAL BALANCE DUE**      **$1,915.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033160

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                                    $859.80

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/30/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/03/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/07/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 09/09/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/12/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/19/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 09/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.00** | **$585.00** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Monitor and review relevant docket activity. | JMG | 0.20 | 91.60 |
| 09/05/13 | Monitor and review relevant docket activity. | JMG | 0.20 | 91.60 |
| | | | **0.40** | **$183.20** |

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: October 22, 2013
Invoice No.: 1033160
Page: 2

| | Class Action Certification and Notice | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/12/13 | Monitor docket activity re discovery. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**          **$859.80**

### TIMEKEEPER SUMMARY:

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| | | | **1.00** | **$585.00** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**Class Action Certification and Notice**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**      **$859.80**

TOTAL FEES      $859.80

**TOTAL BALANCE DUE**      **$859.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033161

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013          $1,172.70

File Number:          1000304.00196
Re:                   NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number: 714943

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/12/13 | Review of order denying motion to dismiss and emails re same. | TJC | 0.50 | 292.50 |
| 09/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/18/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/23/13 | Monitor and review ECF notices of docket activity. | JMG | 0.20 | 91.60 |
| 09/23/13 | Monitor and review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| 09/23/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/24/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/30/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 1.60 | $885.20 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Monitor and review relevant docket activity. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: October 22, 2013
Invoice No.: 1033161
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Class Action Certification and Notice** | | ATTY | HOURS | VALUE |
| 09/12/13 | Monitor docket activity in and review ruling on dispositive motions. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |
| | | | | |
| **Appellate Motions/Submissions** | | ATTY | HOURS | VALUE |
| 09/19/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                                  **$1,172.70**


**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| | | | **1.60** | **$885.20** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Class Action Certification and Notice**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,172.70**

TOTAL FEES                                                                              $1,172.70

**TOTAL BALANCE DUE**                                                               **$1,172.70**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033162

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                              $1,612.60

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Emails between and among joint defense counsel re proposed revisions to draft cost sharing agreement, and emails between and among joint defense counsel re defendants' responses and objections to plaintiff's second set of interrogatories. | TJC | 0.20 | 117.00 |
| 09/04/13 | Monitor and review service emails re discovery responses. | JMG | 0.20 | 91.60 |
| 09/05/13 | Emails between and among joint defense counsel re defendants' responses and objections to plaintiff's second set of interrogatories. | TJC | 0.10 | 58.50 |
| 09/07/13 | Emails between and among joint defense counsel re discovery protocols. | TJC | 0.20 | 117.00 |
| 09/09/13 | Emails between and among joint defense counsel re scheduling upcoming case management conference. | TJC | 0.10 | 58.50 |
| 09/10/13 | Emails between and among joint defense counsel re cost sharing arrangements related to discovery, draft objections and responses to plaintiff's discovery, and upcoming case management conference. | TJC | 0.30 | 175.50 |
| 09/11/13 | Emails between and among joint defense counsel re cost sharing arrangements related to discovery. | TJC | 0.20 | 117.00 |
| 09/12/13 | Emails between and among joint defense counsel re cost sharing arrangements pertaining to discovery. | TJC | 0.20 | 117.00 |
| 09/13/13 | Emails between and among joint defense counsel re defendants' responses and objections to plaintiff's second set of interrogatories. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: October 22, 2013
Invoice No.: 1033162
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Emails between and among joint defense counsel re proposed joint defense call. | TJC | 0.20 | 117.00 |
| 09/18/13 | Emails between and among joint defense counsel re plaintiff's objections and responses to defendants' second set of requests for production of documents; emails between and among joint defense counsel re proposed joint defense call tomorrow. | TJC | 0.20 | 117.00 |
| 09/20/13 | E-mails between and among joint defense counsel re defendants' responses and objections to Plaintiff's second set of interrogatories. | TJC | 0.10 | 58.50 |
| 09/20/13 | E-mails between and among joint defense counsel re proposed coordinated document review and cost sharing arrangement. | TJC | 0.10 | 58.50 |
| 09/24/13 | E-mails re subpoenas issued by plaintiffs today. | TJC | 0.20 | 117.00 |
| 09/24/13 | E-mails between and among joint defense counsel re proposed "meet and confer" with Plaintiffs regarding discovery issues. | TJC | 0.10 | 58.50 |
| 09/25/13 | Emails between and among joint defense counsel re call following conference with Plaintiff's counsel. | TJC | 0.10 | 58.50 |
| | | | **2.60** | **$1,495.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/05/13 | Review ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES** — **$1,612.60**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 2.40 | $1,404.00 |
| | | | **2.60** | **$1,495.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS** — **$1,612.60**

TOTAL FEES — $1,612.60

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: October 22, 2013
Invoice No.:  1033162
Page:: 3

## TOTAL BALANCE DUE                                                    **$1,612.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033163

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013

<u>$292.50</u>

| File Number: | 1000304.00219 |
| Re: | FHLB Boston v. Residential, #713113 |

Your File Number: 713113

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/10/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 09/20/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 09/30/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                        **$292.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: October 22, 2013
Invoice No.: 1033163
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                     **$292.50**

TOTAL FEES                                                         $292.50

**TOTAL BALANCE DUE**                                             **$292.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033164

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $1,798.50

File Number:         1000304.00220
Re:                  FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Emails between and among joint defense counsel re call to discuss upcoming status conference. | TJC | 0.20 | 117.00 |
| 09/04/13 | Emails between and among joint defense counsel re defendants' responses and objections to plaintiff's first set of interrogatories, emails between and among joint defense counsel summarizing today's joint defense conference call. | TJC | 0.20 | 117.00 |
| 09/04/13 | Monitor and review service emails re discovery responses. | JMG | 0.20 | 91.60 |
| 09/05/13 | Emails between and among joint defense counsel re draft protective order and discussions with plaintiff's counsel re draft protective order. | TJC | 0.10 | 58.50 |
| 09/06/13 | Emails between and among joint defense counsel re proposed protective order. | TJC | 0.10 | 58.50 |
| 09/09/13 | Emails between and among joint defense counsel re discovery protocols. | TJC | 0.10 | 58.50 |
| 09/13/13 | Emails between and among joint defense counsel regarding call to discuss discovery search protocols and follow up emails re proposed draft search protocol. | TJC | 0.20 | 117.00 |
| 09/16/13 | Emails re co-defendant's draft responses and objections to plaintiff's first set of interrogatories. | TJC | 0.10 | 58.50 |
| 09/18/13 | Emails between and among joint defense counsel re proposed search protocols. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: October 22, 2013
Invoice No.: 1033164
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/18/13 | Monitor and review relevant service emails re written discovery responses. | JMG | 0.20 | 91.60 |
| 09/19/13 | Monitor and review service emails re responses to written discovery. | JMG | 0.30 | 137.40 |
| 09/27/13 | Monitor and review filings re third party discovery. | JMG | 0.10 | 45.80 |
| 09/30/13 | Review emails between and among joint defense counsel re proposed search protocol for electronic discovery. | TJC | 0.30 | 175.50 |
| | | | **2.20** | **$1,185.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/10/13 | Emails between and among joint defense counsel re entry of protective order. | TJC | 0.10 | 58.50 |
| 09/16/13 | Monitor and review docket activity. | JMG | 0.30 | 137.40 |
| 09/19/13 | Emails re defendants' responses and objections to plaintiffs interrogatories. | TJC | 0.20 | 117.00 |
| 09/20/13 | E-mails between and among joint defense counsel re proposed responses and objections to plaintiff's interrogatories. | TJC | 0.20 | 117.00 |
| 09/20/13 | Review and analysis of response to motion to dismiss; email to R. Tolton re same and schedule for reply; outline reply arguments and begin research. | JMG | 0.40 | 183.20 |
| | | | **1.20** | **$613.10** |

**TOTAL FEES**                                                                                    **$1,798.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |
| | | | **2.20** | **$1,185.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **1.20** | **$613.10** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,798.50**

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: October 22, 2013
Invoice No.:  1033164
Page: 3

TOTAL FEES                                                                                          $1,798.50

**TOTAL BALANCE DUE**                                                                      **$1,798.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033165

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                         <u>$234.00</u>

File Number:        1000304.00230
Re:                 Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/03/13 | Review of emails between and among joint defense counsel and plans for upcoming hearing on motion to dismiss. | TJC | 0.10 | 58.50 |
| 09/04/13 | Review of emails between and among joint defense counsel re upcoming hearing. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/30/13 | Review of ECF notice received today and emails between and among joint defense counsel re same. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                                   **$234.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: October 22, 2013
Invoice No.: 1033165
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**          **$234.00**

TOTAL FEES          $234.00

**TOTAL BALANCE DUE**          **$234.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

October 22, 2013
Invoice No.: 1033177

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013

$8,184.77

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Fact Investigation/Development** | | | | |
| 09/08/13 | Correspondence with D. Booth re loan documents needed to respond to amended proof of claim. | RJM | 0.30 | 158.40 |
| 09/09/13 | Correspondence with D. Booth re borrower loan files needed, timing of same. | RJM | 0.30 | 158.40 |
| 09/11/13 | Correspondence with D. Booth re additional evidence needed for objections to proof of claim. | RJM | 0.30 | 158.40 |
| | | | **0.90** | **$475.20** |
| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 09/11/13 | Correspondence with D. Harris re conference with claimants' counsel. | RJM | 0.20 | 105.60 |
| 09/11/13 | Various emails from/to R. McClendon and D. Booth re preparation of objections to amended POCs and information needed for same. | JMG | 0.30 | 137.40 |
| 09/16/13 | Conference call with claimants' counsel and bankruptcy counsel re amended proofs of claim. | RJM | 0.80 | 422.40 |
| | | | **1.30** | **$665.40** |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 09/06/13 | Analyze strategy for opposing amended proofs of claim. | RJM | 1.20 | 633.60 |

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: October 22, 2013
Invoice No.: 1033177
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/08/13 | Draft objections to amended proof of claim, including briefing on 24 legal claims for relief. | RJM | 6.50 | 3,432.00 |
| 09/09/13 | Various emails from/to D. Booth and R. McClendon re amended POCs and objections to same. | JMG | 0.30 | 137.40 |
| | | | 8.00 | $4,203.00 |

**TOTAL FEES**      **$5,343.60**

**TIMEKEEPER SUMMARY:**

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.90 | $475.20 |
| | | | 0.90 | $475.20 |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.00 | $528.00 |
| | | | 1.30 | $665.40 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| R. J. McClendon | Senior Counsel | $528.00 | 7.70 | $4,065.60 |
| | | | 8.00 | $4,203.00 |

**TIMEKEEPER SUMMARY TOTALS**      **$5,343.60**

| **EXPENSES** | **VALUE** |
|---|---|
| Expense of trip of Regina J. McClendon on 8-23 - Coach Airfare for travel to NY for hearing on California claimants' proofs of claim totalling approx. $700 million - Transportation to and from airport and hotel - Lodging - Airport Parking | 2,841.17 |
| **TOTAL EXPENSES** | **$2,841.17** |

TOTAL FEES      $5,343.60

GMAC Mortgage, LLC
File No.:  1000304.00246

Invoice Date: October 22, 2013
Invoice No.:  1033177
Page:  3

| TOTAL EXPENSES | $2,841.17 |
|---|---|
| TOTAL FEES AND EXPENSES | $8,184.77 |
| **TOTAL BALANCE DUE** | **$8,184.77** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

October 22, 2013
Invoice No.: 1033178

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $706.00

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), 2013-08-EH3032

Your File Number:  2013-08-EH3032

| | **Fact Investigation/Development** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/19/13 | Telephone call with L. Gregerson regarding status of property and latest administrative judgment. | JCW | 0.30 | 88.50 |
| | | | **0.30** | **$88.50** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/15/13 | Analyze Administrative Judgment received from L. Gregerson (.20); review status of LL involvement in property (.10); e-mail to L. Gregerson regarding same (.10). | JCW | 0.40 | 118.00 |
| 09/15/13 | Email from Linda Gregerson re apparent new notice of administrative violation related to this property. | TJC | 0.10 | 58.50 |
| 09/16/13 | Emails re possible subsequent notice of administrative action. | TJC | 0.20 | 117.00 |
| 09/25/13 | Emails re draft letter to City re violation of the automatic stay. | TJC | 0.10 | 58.50 |
| | | | **0.80** | **$352.00** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/16/13 | Listen to voicemail from L. Gregerson (0.1); e-mail to Tom Cunningham to confirm whether he has done any work relating to this property since April 2013 (0.1). | JCW | 0.20 | 59.00 |
| 09/23/13 | Review collection notice received from GMAC Mortgage. | JCW | 0.20 | 59.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00257

Invoice Date: October 22, 2013
Invoice No.: 1033178
Page: 2

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Other** | | | | |
| 09/25/13 | Prepare letter to City regarding Collection Notice. | | JCW | 0.50 | 147.50 |
| | | | | **0.90** | **$265.50** |

**TOTAL FEES**                                                                                    **$706.00**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 0.30 | $88.50 |
| | | | | **0.30** | **$88.50** |

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.40 | $234.00 |
| J.C. Webb | | Associate | $295.00 | 0.40 | $118.00 |
| | | | | **0.80** | **$352.00** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 0.90 | $265.50 |
| | | | | **0.90** | **$265.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$706.00**

TOTAL FEES                                                                                   $706.00

**TOTAL BALANCE DUE**                                                                **$706.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

October 22, 2013
Invoice No.: 1033179

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                          $3,969.50

File Number:        1000304.00267
Re:                 GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/17/13 | Exchange e-mails with Lauren Delehey regarding need to expedite affidavit regarding attorneys' fees from K&L Gates. | PRP | 0.20 | 96.80 |
| 09/18/13 | Review of status and strategy. | TJC | 0.30 | 175.50 |
| | | | 0.50 | $272.30 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/26/13 | Continue revising motion for summary judgment. | PRP | 1.30 | 629.20 |
| | | | 1.30 | $629.20 |

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/02/13 | Revise and supplement draft motion for summary judgment with focus on preparing exhibits and ensuring accuracy of case and exhibit citations in draft motion. | RMH | 2.40 | 708.00 |
| 09/05/13 | Follow-up with K & L Gates regarding the status of the attorneys' fee affidavit. | RMH | 0.10 | 29.50 |
| 09/06/13 | Evaluate executed Priore affidavit and prepare same for filing with motion for summary judgment. | RMH | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: October 22, 2013
Invoice No.: 1033179
Page: 2

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/12/13 | Follow-up with counsel for K&L Gates regarding finalizing attorneys' fees affidavit. | RMH | 0.10 | 29.50 |
| 09/13/13 | Conduct read-through of draft motion for summary judgment with focus on affirming accuracy of record and legal citations in advance of filing. | RMH | 1.90 | 560.50 |
| 09/16/13 | Revise and supplement draft motion for summary judgment to incorporate previous revisions to affidavit of Patrick Lerch. | RMH | 0.90 | 265.50 |
| 09/17/13 | Follow-up with counsel for K&L Gates regarding the attorneys' fee affidavit. | RMH | 0.10 | 29.50 |
| 09/20/13 | Evaluate response from K&L Gates regarding attorneys' fees affidavit. | RMH | 0.10 | 29.50 |
| 09/25/13 | Confer with A. Moore of K&L Gates regarding affidavit in support of attorneys' fees (.3); review said executed affidavit received from K&L Gates (.2); redact records detailing K&L Gates's time entries on the file (.9); confer with K. Priore, L. Delehey and R. Perdew regarding loose ends on attorneys' fee issue (.2); revise motion for summary judgment given addition of attorneys' fee affidavit (.1); conduct read-through of draft motion (.6) | RMH | 2.30 | 678.50 |
| 09/26/13 | Confer with counsel at K&L Gates regarding go-ahead to file redacted time-sheet entries (.2); conduct final read-through of motion for summary judgment and finalize motion for filing (1.7); draft notice of motion (.2). | RMH | 2.10 | 619.50 |
| 09/27/13 | Attend to filing and serving motion for summary judgment and update clients regarding same. | RMH | 0.30 | 88.50 |
| | | | **10.40** | **$3,068.00** |

**TOTAL FEES**                                                    **$3,969.50**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.50** | **$272.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.30 | $629.20 |
| | | | **1.30** | **$629.20** |

**Dispositive Motions**

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: October 22, 2013
Invoice No.: 1033179
Page: 3

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 10.40 | $3,068.00 |
| | | | **10.40** | **$3,068.00** |

**TIMEKEEPER SUMMARY TOTALS** — **$3,969.50**

TOTAL FEES — $3,969.50

**TOTAL BALANCE DUE** — **$3,969.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

October 22, 2013
Invoice No.: 1033180

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013

$617.60

| | |
|---|---|
| File Number: | 1000304.00283 |
| Re: | Lugo, Sandra v. GMAC Mortgage, LLC, #734282 |

Your File Number: 734282

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/06/13 | Confer with D. Booth regarding status of settlement of lawsuit (.2); confer with co-defendant's counsel regarding settlement (.2). | JKP | 0.40 | 124.80 |
| 09/11/13 | Work on settlement issues. | JLS | 0.10 | 37.40 |
| 09/11/13 | Evaluate proposed settlement agreement. | JKP | 0.50 | 156.00 |
| 09/16/13 | Work on settlement issues. | JLS | 0.10 | 37.40 |
| 09/18/13 | Work on settlement issues. | JLS | 0.20 | 74.80 |
| 09/18/13 | Confer with client regarding settlement issues. | JKP | 0.30 | 93.60 |
| 09/19/13 | Confer with co-defendant's counsel regarding settlement agreement. | JKP | 0.30 | 93.60 |
| | | | 1.90 | $617.60 |

**TOTAL FEES**                                                                    **$617.60**

<u>TIMEKEEPER SUMMARY:</u>

Settlement/Non-binding ADR

| | | | |
|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.40 | $149.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00283

Invoice Date: October 22, 2013
Invoice No.:  1033180
Page:  2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney Parnell | Associate | $312.00 | 1.50 | $468.00 |
| | | | 1.90 | **$617.60** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$617.60** |
| TOTAL FEES | $617.60 |
| **TOTAL BALANCE DUE** | **$617.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033187

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                                    $183.20

File Number:        1000304.00293
Re:                 Combs v. Residential Funding Company, et al., 736621

Your File Number:  736621

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/17/13 | Review status and follow up. | JMG | 0.30 | 137.40 |
| 09/25/13 | Emails re status. | JMG | 0.10 | 45.80 |
| | | | 0.40 | $183.20 |

**TOTAL FEES**                                                                      **$183.20**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | 0.40 | $183.20 |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$183.20**

TOTAL FEES                                                                          $183.20

**TOTAL BALANCE DUE**                                                               **$183.20**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033188

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                        $508.00

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number:  736885

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/13 | Finalize stipulation to order and judgment with Plaintiff's counsel. | CBH | 0.30 | 141.60 |
| | | | **0.30** | **$141.60** |

| | **Settlement/Non-binding ADR** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/09/13 | Review and follow up on status of stipulation and order. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/05/13 | Review and follow up on status of stipulation. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | **Dispositive Motions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Review plaintiff's RJI and related filings and email to D. Booth re same. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

**TOTAL FEES**                                                          **$508.00**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: October 22, 2013
Invoice No.:  1033188
Page:  2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | **0.30** | **$141.60** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$508.00** |
| TOTAL FEES | $508.00 |
| **TOTAL BALANCE DUE** | **$508.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

October 22, 2013
Invoice No.: 1033189

---

Total amount due for the legal fees and expenses rendered in connection with the referenced matter through September 30, 2013                                          <u>$1,329.00</u>

File Number:        1000304.00300
Re:                 6346 S Ellis (Samuels), 2013-05-EO7866

Your File Number:  2013-05-EO7866

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/03/13 | Emails re status of obtaining affidavit to support motion to dismiss. | TJC | 0.10 | 58.50 |
| 09/04/13 | Emails related to Green Tree's decision to release mortgage and next steps; emails re status and strategy. | TJC | 0.20 | 117.00 |
| 09/04/13 | Analyze case status in light of upcoming response date. | NO | 0.30 | 84.00 |
| 09/05/13 | Finalize motion for extension of time (.2); file motion for extension of time and notice of motion (.2). | NO | 0.40 | 112.00 |
| 09/06/13 | Emails re motion for extension of time, status and strategy. | TJC | 0.10 | 58.50 |
| 09/09/13 | Analyze release of mortgage received from Green Tree (.20); e-mail to GMAC Mortgage regarding issues with release and plan for 10/8 hearing (.20). | JCW | 0.40 | 118.00 |
| | | | **1.50** | **$548.00** |

| | **Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 09/05/13 | Emails re draft release of mortgage. | TJC | 0.10 | 58.50 |
| 09/09/13 | Review of release prepared by Green Tree and sent for recordation and emails re status and strategy in light of release prepared and signed by Green Tree without our input. | TJC | 0.30 | 175.50 |
| | | | **0.40** | **$234.00** |

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: October 22, 2013
Invoice No.: 1033189
Page: 2

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/03/13  E-mails with L. Gregerson regarding upcoming deadline to respond to complaint. | JCW | 0.30 | 88.50 |
|  |  | **0.30** | **$88.50** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/05/13  E-mails with counsel for Green Tree requesting proposed release (.20); revise Motion for Extension of Time to Respond to Complaint (.40); e-mail to GMAC Mortgage enclosing file-stamped motion for extension of time (.10). | JCW | 0.70 | 206.50 |
|  |  | **0.70** | **$206.50** |

| Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 09/04/13  Draft motion for extension of time to answer or otherwise plead. | NO | 0.90 | 252.00 |
|  |  | **0.90** | **$252.00** |

## TOTAL FEES                                                    $1,329.00

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| N. O'Conner | Associate | $280.00 | 0.70 | $196.00 |
| | | | **1.50** | **$548.00** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

### Pleadings

GMAC Mortgage, LLC
File No.:  1000304.00300

Invoice Date: October 22, 2013
Invoice No.:  1033189
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **0.70** | **$206.50** |

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 0.90 | $252.00 |
| | | | **0.90** | **$252.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                        **$1,329.00**

TOTAL FEES                                                                                $1,329.00

**TOTAL BALANCE DUE**                                                                   **$1,329.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

October 22, 2013
Invoice No.: 1033190

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                                     $339.50

     File Number:       1000304.00303
     Re:                 6046 N Monitor (Lapalio-Lakin), 737737

     Your File Number:  737737

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Review sale documents re: second mortgage. | CGS | 0.70 | 178.50 |
| 09/17/13 | Review public records to determine ownership of second mortgage. | CGS | 0.40 | 102.00 |
| | | | **1.10** | **$280.50** |

| | **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | E-mails with Chethan Shetty regarding case status and action plan. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

**TOTAL FEES**                                                                                                      **$339.50**

**TIMEKEEPER SUMMARY:**

     **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.10 | $280.50 |
| | | | **1.10** | **$280.50** |

GMAC Mortgage, LLC
File No.: 1000304.00303

Invoice Date: October 22, 2013
Invoice No.: 1033190
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                           **$339.50**

TOTAL FEES                                                                                             $339.50

**TOTAL BALANCE DUE**                                                                         **$339.50**

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail and Courier:</u>**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**<u>Via Wire Transfer:</u>**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**<u>Via EFT or ACH Trasfer:</u>**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033191

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                          $117.00

File Number:        1000304.00306
Re:                 Nobles, Hunt v. GMAC Mortgage, LLC, 2013-05-EP8431

Your File Number:  2013-05-EP8431

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/30/13 | Review of ECF notice received today. | | TJC | 0.10 | 58.50 |
| 09/12/13 | Review of ECF notices received today. | | TJC | 0.10 | 58.50 |
| | | | | 0.20 | $117.00 |

**TOTAL FEES**                                                            **$117.00**

**TIMEKEEPER SUMMARY:**

| | Pleadings | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | | 0.20 | $117.00 |

**TIMEKEEPER SUMMARY TOTALS**                                             **$117.00**

TOTAL FEES                                                                $117.00

**TOTAL BALANCE DUE**                                                     **$117.00**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033192

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                               <u>$247.40</u>

File Number:        1000304.00308
Re:                 Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number:  2013-05-EP5514

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/27/13 | Update client on case status. | MN | 0.50 | 110.00 |
| | | | **0.50** | **$110.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/27/13 | Review docket and email to D. Booth updating on status. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

**TOTAL FEES**                                                                         **$247.40**

## TIMEKEEPER SUMMARY:

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| M. Nazareth | Associate | $220.00 | 0.50 | $110.00 |
| | | | **0.50** | **$110.00** |

---

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                                 **$247.40**

TOTAL FEES                                                                                                         $247.40

**TOTAL BALANCE DUE**                                                                                       **$247.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

October 22, 2013
Invoice No.: 1033194

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                        $739.00

File Number:        1000304.00311
Re:                 4139 W Leland (Ivanovic), 2013-05-EV8735

Your File Number:  2013-05-EV8735

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | E-mails with Chethan Shetty regarding case status and plan for 9/23 hearing. | JCW | 0.30 | 88.50 |
| 09/23/13 | E-mails with Chethan Shetty regarding today's hearing. | JCW | 0.20 | 59.00 |
| 09/23/13 | E-mail to GMAC Mortgage regarding dismissal of GMAC Mortgage as a defendant. | JCW | 0.20 | 59.00 |
| | | | **0.70** | **$206.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/13 | Review of order dismissing GMACM and emails re same. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/13 | Attend case management conference. | CGS | 1.40 | 357.00 |
| | | | **1.40** | **$357.00** |

**TOTAL FEES**                                                          **$739.00**

 **TIMEKEEPER SUMMARY:**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00311

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **0.70** | **$206.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.40 | $357.00 |
| | | | **1.40** | **$357.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$739.00**

TOTAL FEES                                                                     $739.00

**TOTAL BALANCE DUE**                                                          **$739.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

October 22, 2013
Invoice No.: 1033195

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $340.20

File Number:          1000304.00312
Re:                   6541 S Parnell (Wilmington), 2013-05-EX6100

Your File Number:  2013-05-EX6100

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/24/13 | Phone call with process server regarding tracing location of defendant for service. | DFS | 0.30 | 79.20 |
| 09/25/13 | Draft and issue alias summons. | DFS | 0.50 | 132.00 |
| | | | **0.80** | **$211.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | E-mails with David Standa regarding status of service of declaratory judgment action. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |

**TOTAL FEES**                                                    **$270.20**

TIMEKEEPER SUMMARY:

Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| D. F. Standa | | Associate | $264.00 | 0.80 | $211.20 |
| | | | | **0.80** | **$211.20** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00312

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                         **$270.20**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 09/25/13 | Acquire copies of documents recorded against property | 9.00 |
| 09/26/13 | Clerk of the Circuit Court of Cook County - Filing fee for Alias Summons. | 6.00 |
| 09/30/13 | ATG LegalServe - Skiptrace infor for Nicole Wilmington. | 55.00 |
| | TOTAL EXPENSES | $70.00 |

| | |
|---|---|
| TOTAL FEES | $270.20 |
| TOTAL EXPENSES | $70.00 |
| TOTAL FEES AND EXPENSES | $340.20 |
| **TOTAL BALANCE DUE** | **$340.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Linda Gregorson
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033196

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $1,826.00

File Number:    1000304.00315
Re:             Estate of Nena Scott v. GMAC Mortgage, LLC, 2013-07-EQ1745

Your File Number:  2013-07-EQ1745

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Emails re new matter and draft notice of bankruptcy. | TJC | 0.30 | 175.50 |
| 09/06/13 | Develop strategy for responding to proposed settlement agreement circulated by counsel for plaintiff and counsel for co-defendant. | JCW | 0.40 | 118.00 |
| | | | 0.70 | $293.50 |

| | **Settlement/Non-binding ADR** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/05/13 | Emails re draft proposed settlement agreement and release. | TJC | 0.20 | 117.00 |
| 09/05/13 | Analyze proposed settlement agreement received from counsel for plaintiff and counsel for co-defendant (.40); e-mail to Tom Cunningham with proposed response strategy (.10). | JCW | 0.50 | 147.50 |
| 09/19/13 | Revise proposed settlement agreement. | JCW | 0.50 | 147.50 |
| 09/19/13 | Review of draft settlement agreement and emails re same. | TJC | 0.30 | 175.50 |
| 09/24/13 | E-mails re status of settlement agreement. | TJC | 0.20 | 117.00 |
| 09/24/13 | E-mails with opposing counsel regarding suggested edits to proposed settlement agreement. | JCW | 0.30 | 88.50 |
| 09/25/13 | E-mails with opposing counsel regarding settlement. | JCW | 0.20 | 59.00 |
| 09/25/13 | E-mails with GMAC Mortgage regarding proposed settlement. | JCW | 0.30 | 88.50 |
| 09/25/13 | E-mails re revisions to draft settlement agreement. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: October 22, 2013
Invoice No.: 1033196
Page: 2

| | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | **Settlement/Non-binding ADR** | | | | |
| 09/26/13 | Review of proposed revisions to draft settlement agreement and emails re same. | | TJC | 0.20 | 117.00 |
| 09/27/13 | Emails re status of final draft of settlement agreement. | | TJC | 0.20 | 117.00 |
| 09/27/13 | E-mails with opposing counsel regarding settlement agreement. | | JCW | 0.20 | 59.00 |
| 09/30/13 | Emails re executed settlement agreement. | | TJC | 0.20 | 117.00 |
| | | | | **3.60** | **$1,526.00** |

**TOTAL FEES**                                                                                      **$1,819.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.70** | **$293.50** |

**Settlement/Non-binding ADR**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| J.C. Webb | Associate | $295.00 | 2.00 | $590.00 |
| | | | **3.60** | **$1,526.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$1,819.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 09/25/13 | Acquire copies of documents recorded against property | 6.50 |
| | TOTAL EXPENSES | $6.50 |

**TOTAL FEES**                                                                                      **$1,819.50**

**TOTAL EXPENSES**                                                                                **$6.50**

**TOTAL FEES AND EXPENSES**                                                               **$1,826.00**

**TOTAL BALANCE DUE**                                                                        **$1,826.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**                    **Via Wire Transfer:**                    **Via EFT or ACH Trasfer:**



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 22, 2013
Invoice No.: 1033197

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $1,546.80

File Number:        1000304.00316
Re:                 4218 W Adams (Rice Montgomery), 2013-07-EZ3783

Your File Number:  2013-07-EZ3783

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/05/13 | Emails re continuing violation of automatic stay by the City of Chicago with respect to subject property and proposed letter to City regarding violations of stay. | TJC | 0.40 | 234.00 |
| 09/16/13 | Review, revise letter to City of Chicago re violations of the stay and emails re same. | TJC | 0.50 | 292.50 |
| | | | 0.90 | $526.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/01/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 09/16/13 | E-mail to Tom Cunningham regarding status of review of latest letter to the City. | JCW | 0.10 | 29.50 |
| 09/19/13 | Revise letter to City regarding second collection notice. | JCW | 0.30 | 88.50 |
| | | | 0.50 | $141.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/04/13 | Revise Notice of Bankruptcy (.30); prepare Appearance (.20); file Notice of Bankruptcy and Appearance (.30). | JCW | 0.80 | 236.00 |
| 09/04/13 | Review of latest notice of administrative violation and emails re same. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.:  1000304.00316

| | | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 09/05/13 | | E-mail to GMAC Mortgage enclosing file-stamped Notice of Bankruptcy (.10); draft letter to City in response to latest improper collection notice (.50). | JCW | 0.60 | 177.00 |
| 09/06/13 | | Emails re notice of bankruptcy. | TJC | 0.10 | 58.50 |
| | | | | **1.80** | **$647.00** |

**TOTAL FEES**                                                                                          **$1,315.30**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **0.90** | **$526.50** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.50** | **$141.80** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| J.C. Webb | Associate | $295.00 | 1.40 | $413.00 |
| | | | **1.80** | **$647.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$1,315.30**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 09/04/13 | Clerk of the Circuit Court of Cook County - Fee for filing appearance | 206.00 |
| 09/25/13 | Acquire copies of documents recorded against property | 9.00 |
| 09/25/13 | Acquire copies of documents recorded against property | 16.50 |
| | TOTAL EXPENSES | $231.50 |

**TOTAL FEES**                                                                                          **$1,315.30**

**TOTAL EXPENSES**                                                                                  **$231.50**

GMAC Mortgage, LLC
File No.: 1000304.00316

Invoice Date: October 22, 2013
Invoice No.: 1033197
Page: 3

TOTAL FEES AND EXPENSES                                                          $1,546.80

**TOTAL BALANCE DUE**                                                           **$1,546.80**

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail and Courier:</u>**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**<u>Via Wire Transfer:</u>**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**<u>Via EFT or ACH Trasfer:</u>**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 23, 2013
Invoice No.: 1033301

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                         **$2,425.80**

File Number:        1000304.00317
Re:                 Perez, Paul Anthony v. GMAC Mortgage,  2013-08-EK2230

Your File Number:  2013-08-EK2230

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Evaluate status of service of process on GMACM entities as it relates to bankruptcy issues. | AEA | 0.40 | 212.80 |
| 09/03/13 | Emails re status of service of process. | TJC | 0.10 | 58.50 |
| 09/05/13 | Evaluate service of process on Deutsche Bank in the light of strategy with regard to possible NOB filing for GMACM. | AEA | 0.30 | 159.60 |
| 09/09/13 | Further evaluation regarding strategy in connection with bankruptcy issues involving both Homecomings and GMACM, including brief research regarding banrktupcy automatic stay violation (1.40) | AEA | 1.40 | 744.80 |
| 09/09/13 | Correspondence with Rescap contact regarding strategy in connection with correspondence to plaintiff's counsel regarding bankruptcy issues. | AEA | 0.20 | 106.40 |
| 09/09/13 | Emails re preparation of letter re violation of stay. | TJC | 0.20 | 117.00 |
| 09/10/13 | Emails re draft letter regarding stay violations and review of same. | TJC | 0.20 | 117.00 |
| | | | **2.80** | **$1,516.10** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/09/13 | Further preparation of formal letter to plaintiff's counsel regarding Homecomings and GMACM bankruptcy issues. | AEA | 0.50 | 266.00 |
| | | | **0.50** | **$266.00** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00317

Invoice Date: October 23, 2013
Invoice No.: 1033301
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Emails re notice of bankruptcy filed today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/03/13 | Telephone conference with plaintiff's counsel regarding status of service on GMACM, and possibility of voluntary dismissal in light of bankruptcy issues. | AEA | 0.80 | 425.60 |
| 09/10/13 | Further revision to letter to counsel regarding bankruptcy. | AEA | 0.30 | 159.60 |
| | | | **1.10** | **$585.20** |

**TOTAL FEES**                                                                                    **$2,425.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 2.30 | $1,223.60 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **2.80** | **$1,516.10** |

**Other**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.50 | $266.00 |
| | | | **0.50** | **$266.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 1.10 | $585.20 |
| | | | **1.10** | **$585.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$2,425.80**

TOTAL FEES                                                                              $2,425.80

GMAC Mortgage, LLC
File No.: 1000304.00317

Invoice Date: October 23, 2013
Invoice No.: 1033301
Page: 3

## TOTAL BALANCE DUE

**$2,425.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 23, 2013
Invoice No.: 1033302

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013

**$1,851.20**

File Number:      1000304.00318
Re:               Balusek v. GMAC Mortgage, LLC, 2013-08-ES8630

Your File Number:  2013-08-ES8630

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Extended telephone call with plaintiffs' counsel regarding petition, and claims against GMAC in light of bankruptcy filing. | AEA | 0.40 | 212.80 |
| 09/16/13 | Emails re status. | TJC | 0.20 | 117.00 |
| 09/24/13 | E-mails re status of effort to get Plaintiff to voluntarily dismiss GMACM. | TJC | 0.20 | 117.00 |
| 09/24/13 | Communicate with client regarding status of case/discussion with opposing counsel regarding bankruptcy issues, and strategy on bankruptcy issues; begin preparation of correspondence regarding bankruptcy issues to opposing counsel. | AEA | 0.80 | 425.60 |
| 09/25/13 | E-mails re draft letter to plaintiffs' counsel re bankruptcy. | TJC | 0.20 | 117.00 |
| 09/26/13 | E-mails re draft letter regarding request for dismissal given the automatic stay. | TJC | 0.20 | 117.00 |
| 09/26/13 | Final revisions to notice letter regarding bankruptcy, and coordinate delivery of same to plaintiff's counsel. | AEA | 0.40 | 212.80 |
| | | | **2.40** | **$1,319.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/16/13 | Evaluate pleadings in Balusek, and status of service, in connection with evaluation of bankruptcy issues. | AEA | 0.70 | 372.40 |
| | | | **0.70** | **$372.40** |

---

GMAC Mortgage, LLC
File No.: 1000304.00318

Invoice Date: October 23, 2013
Invoice No.: 1033302
Page: 2

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 09/25/13 | Revisions to proposed letter regarding bankruptcy issues to opposing counsel, per client request. | | AEA | 0.30 | 159.60 |
| | | | | 0.30 | $159.60 |

**TOTAL FEES** — **$1,851.20**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| A. E. Anthony | | Partner | $532.00 | 1.60 | $851.20 |
| T.J. Cunningham | | Partner | $585.00 | 0.80 | $468.00 |
| | | | | 2.40 | $1,319.20 |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| A. E. Anthony | | Partner | $532.00 | 0.70 | $372.40 |
| | | | | 0.70 | $372.40 |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| A. E. Anthony | | Partner | $532.00 | 0.30 | $159.60 |
| | | | | 0.30 | $159.60 |

**TIMEKEEPER SUMMARY TOTALS** — **$1,851.20**

TOTAL FEES — $1,851.20

**TOTAL BALANCE DUE** — **$1,851.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614


# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 23, 2013
Invoice No.: 1033303

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                    $519.20

File Number:        1000304.00319
Re:                 Prachack v. GMAC Mortgage, LLC, 2013-09-EJ9481

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/10/13 | Email D. Booth regarding status of case. | DFS | 0.30 | 79.20 |
| 09/11/13 | Review initial case materials and begin outlining strategy for initial handling. | PRP | 0.20 | 96.80 |
| 09/13/13 | Email foreclosure counsel requesting file-stamped copy of motion to dismiss. | DFS | 0.10 | 26.40 |
| 09/17/13 | Draft notice of bankruptcy. | DFS | 0.70 | 184.80 |
| 09/23/13 | Finalize and file notice of bankruptcy. | DFS | 0.50 | 132.00 |
| | | | 1.80 | $519.20 |

**TOTAL FEES**                                                        **$519.20**

**TIMEKEEPER SUMMARY:**

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| D. F. Standa | Associate | $264.00 | 1.60 | $422.40 |
| | | | 1.80 | $519.20 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00319

Invoice Date: October 23, 2013
Invoice No.:  1033303
Page:  2

**TIMEKEEPER SUMMARY TOTALS**                                                    **$519.20**

TOTAL FEES                                                                          $519.20

**TOTAL BALANCE DUE**                                                            **$519.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail and Courier:**</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>**Via Wire Transfer:**</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>**Via EFT or ACH Trasfer:**</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

October 23, 2013
Invoice No.: 1033304

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through September 30, 2013                                    $750.50

| File Number: | 1000304.00320 |
| Re: | Howard, Barbara v. Residential Funding Company, 736587 |

Your File Number: 736587

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/26/13 | Review of complaint and materials related to new matter and emails re same. | TJC | 0.50 | 292.50 |
| 09/26/13 | Review complaint and telephone conference with D. Booth; obtain and review docket and judgment order; various emails re same. | JMG | 1.00 | 458.00 |
| | | | 1.50 | $750.50 |

**TOTAL FEES**                                                                     $750.50

**TIMEKEEPER SUMMARY:**

L120   **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 1.50 | $750.50 |

**TIMEKEEPER SUMMARY TOTALS**                                     1.50      $750.50

GMAC Mortgage, LLC
File No.: 1000304.00320

Invoice Date: October 23, 2013
Invoice No.: 1033304
Page: 2

| | |
|---|---|
| TOTAL FEES | $750.50 |
| **TOTAL BALANCE DUE** | **$750.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.