

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037163

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                          <u>$926.10</u>

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| B160 Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/30/13  Work on August monthly fee report; confer with K. Morehouse re same. | BAR | 2.00 | 528.00 |
| | | 2.00 | $528.00 |

| L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/01/13  Confer with J. Webb re hearing protocol. | BAR | 0.40 | 105.60 |
| 10/11/13  Review of notices received today from KCC. | TJC | 0.10 | 58.50 |
| 10/23/13  Review of order setting deadline for next interim fee petition and emails re same. | TJC | 0.20 | 117.00 |
| | | 0.70 | $281.10 |

| L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/31/13  Emails re notice of hearing on motion to disqualify Judge Glenn and to consolidate Debtors' objection to Nora's proofs of claim. | TJC | 0.20 | 117.00 |
| | | 0.20 | $117.00 |

| **TOTAL FEES** | | | **$926.10** |
|---|---|---|---|

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: November 13, 2013
Invoice No.: 1037163
Page: 2

### TIMEKEEPER SUMMARY:

**B160    Fee/Employment App**

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 2.00 | $528.00 |
| | | | **2.00** | **$528.00** |

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| B. A. Raynor | Associate | $264.00 | 0.40 | $105.60 |
| | | | **0.70** | **$281.10** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                    **2.90        $926.10**

TOTAL FEES                                                          $926.10

**TOTAL BALANCE DUE**                                          **$926.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037162

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                   $10,774.07

File Number:          1000304.00174
Re:                   Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/13 | Review docket to determine details of 10/9 hearing in adversary action. | JCW | 0.30 | 88.50 |
| 10/01/13 | Research agents for service of process for GMAC related entities and MERS. | JCW | 0.50 | 147.50 |
| 10/02/13 | E-mail to GMAC related defendants and MERS regarding proposed plan for adversary proceeding. | JCW | 0.20 | 59.00 |
| 10/21/13 | E-mails with litigation team regarding issues raised by Nora's motion to consolidate adversary action with proof of claim. | JCW | 0.40 | 118.00 |
| 10/22/13 | E-mails with litigation team and counsel for debtors regarding Wisconsin law issues raised by Nora's response. | JCW | 0.30 | 88.50 |
| 10/24/13 | E-mails with counsel for the debtors' regarding cases to cite to refute Nora's arguments. | JCW | 0.40 | 118.00 |
| 10/30/13 | Review adversary action docket to determine status of Nora's motion to consolidate and motion to disqualify Judge Glenn. | JCW | 0.20 | 59.00 |
| 10/30/13 | Telephone call with Southern District of New York clerk regarding hearing date on Nora's motions. | JCW | 0.20 | 59.00 |
| | | | 2.50 | $737.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: November 13, 2013
Invoice No.: 1037162
Page: 2

| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/01/13 | Analyze sufficiency of service of process in Nora adversary action. | JCW | 2.50 | 737.50 |
| 10/01/13 | E-mails re upcoming pretrial conference; Review of chart of all defendants and analysis of whether purported service of process was proper and effective. | TJC | 0.30 | 175.50 |
| 10/02/13 | Review status of service and plan for appearance for various defendants at upcoming status conference. | PRP | 0.20 | 96.80 |
| 10/03/13 | Review of research results re proper method and procedure for challenging service of process. | TJC | 0.30 | 175.50 |
| 10/03/13 | E-mails re status and strategy for motion to dismiss adversary proceeding. | TJC | 0.20 | 117.00 |
| 10/04/13 | E-mails re possible arguments for motion to dismiss adversary proceeding and proposed course of action. | TJC | 0.30 | 175.50 |
| 10/04/13 | Develop strategy regarding service of process arguments. | JCW | 0.30 | 88.50 |
| 10/09/13 | Outline plan for pre-trial conference in adversary proceeding. | PRP | 0.10 | 48.40 |
| 10/09/13 | E-mails from and to Julie Webb regarding today's pretrial conference in the bankruptcy adversary proceeding. | TJC | 0.20 | 117.00 |
| 10/10/13 | Conference with Julie Webb and Rusty Perdew re yesterday's pretrial conference and overall status and strategy of adversary and Seventh Circuit appeal; Review of e-mails to Lauren Delehey and other clients related to GMACM reporting yesterday's pretrial conference and our takeaways. | TJC | 0.70 | 409.50 |
| 10/10/13 | Review outcome of status hearing in adversary proceeding and plan response to amended complaint. | PRP | 0.30 | 145.20 |
| 10/10/13 | Draft e-mails to L. Delehey and A. Marmion at MERS regarding 10/9 hearing results and analysis of Judge's comments. | JCW | 0.40 | 118.00 |
| 10/11/13 | Analyze order to show cause entered against Nora in ResCap bankruptcy action with attention to references to 7th Circuit appeal and adversary action. | JCW | 0.30 | 88.50 |
| 10/14/13 | Analyze Nora's motion to disqualify Judge Glenn and motion to vacate order to show cause. | JCW | 0.60 | 177.00 |
| 10/22/13 | E-mails re evaluation of Nora's proof of claim and communications with counsel at MoFo re same. | TJC | 0.20 | 117.00 |
| 10/22/13 | Review and analysis of Nora's response to GMACM's objection to her proofs of claim. | TJC | 0.50 | 292.50 |
| 10/22/13 | E-mails re plans for response to motion to disqualify. | TJC | 0.20 | 117.00 |
| 10/24/13 | Analyze cases cited by Nora in her response to the debtors' objection for the proposition that the judgment of foreclosure was not a final order because it was procured by fraud. | JCW | 0.60 | 177.00 |
| 10/24/13 | Exchange e-mails with Morrison & Foerster attorneys regarding Nora's response to claim objections. | PRP | 0.20 | 96.80 |
| | | | **8.40** | **$3,470.20** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: November 13, 2013
Invoice No.: 1037162
Page: 3

| | L190 Other Case Assessment | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | Review procedures for appearing pro hac vice in the Southern District of New York Bankruptcy Court. | JCW | 0.40 | 118.00 |
| 10/03/13 | Research whether filing a general appearance raises objections to service in the Southern District of New York. | JCW | 0.80 | 236.00 |
| 10/07/13 | Prepare courtesy copies of pro hac motions and proposed orders. | JCW | 0.10 | 29.50 |
| 10/10/13 | Discuss salient learnings from 10/9 hearing with litigation team. | JCW | 0.50 | 147.50 |
| 10/10/13 | Telephone call with 7th Circuit Clerk regarding status of appellate review. | JCW | 0.20 | 59.00 |
| | | | 2.00 | $590.00 |

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | Prepare draft pro hac motions and proposed orders for Julie Webb, Tom Cunningham and Rusty Perdew. | JCW | 0.60 | 177.00 |
| 10/02/13 | E-mails re filing appearances in adversary proceeding and issues related to upcoming pretrial conference. | TJC | 0.20 | 117.00 |
| 10/07/13 | File pro hac motions for Julie Webb, Tom Cunningham and Rusty Perdew. | JCW | 0.80 | 236.00 |
| 10/11/13 | Review of order entered regarding rule to show cause and emails re same; Review of ECF notice from Wisconsin. | TJC | 0.50 | 292.50 |
| 10/13/13 | Review and analysis of Wendy Nora's motion to disqualify Judge Glenn. | TJC | 0.50 | 292.50 |
| 10/14/13 | Review and analysis of Wendy Nora's motion for Judge Glenn to recuse himself and conferences with Julie Webb re same; Review and analysis of Wendy Nora's emergency motion to vacate the court's orders regarding rule to show cause and e-mails and conferences with Julie Webb and Rusty Perdew re same. | TJC | 1.00 | 585.00 |
| 10/15/13 | Review court's rule to show cause why Nora's pro hac vice admission should not be stricken (.2); review Nora's motion to disqualify Judge Glenn (.2). | PRP | 0.40 | 193.60 |
| 10/15/13 | Review Nora's amended motion to disqualify Judge Glenn. | JCW | 0.30 | 88.50 |
| 10/16/13 | Review of ECF notice from the Seventh Circuit received today. | TJC | 0.10 | 58.50 |
| 10/18/13 | Review latest brief filed by Nora in bankruptcy action to monitor statements regarding adversary action. | JCW | 0.30 | 88.50 |
| 10/21/13 | Analyze Nora's Motion to Consolidate, Response to Debtors' Objection to her Proof of Claim and Motion to Disqualify Judge Glenn. | JCW | 0.80 | 236.00 |
| 10/21/13 | Review Nora's motion to consolidate objections to claims and amended motion to disqualify judge. | PRP | 0.50 | 242.00 |
| 10/22/13 | Review Nora's response to claim objection and exchange e-mails with MoFo regarding potential reply. | PRP | 0.70 | 338.80 |
| 10/22/13 | Analyze Nora's Response to Debtors' Objection to her Proof of Claim. | JCW | 0.20 | 59.00 |
| 10/22/13 | Review of motion to consolidate objections to her claims with the adversary proceeding and e-mails re same. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: November 13, 2013
Invoice No.: 1037162
Page: 4

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/24/13 | Review of research re cases cited by Nora in her response to the Debtor's objection. | TJC | 0.40 | 234.00 |
| 10/24/13 | Review of notice regarding change in the next omnibus hearing date and hearing on the Debtors' objections to Nora's proofs of claim. | TJC | 0.10 | 58.50 |
| 10/28/13 | Review of Nora's partial joinder in objection to confirmation of chapter 11 plan and e-mails re same. | TJC | 0.30 | 175.50 |
| 10/28/13 | Review Nora's partial joinder in the U.S. Trustee's objection to debtors' proposed Chapter 11 plan to analyze whether it requires a response to allegations relating to adversary action. | JCW | 0.40 | 118.00 |
| | | | **8.40** | **$3,766.40** |

| | **L230 Court Mandated Conferences** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/03/13 | Continue planning for upcoming status in adversary proceeding, including plan to appear for defendants who have not been properly served. | PRP | 0.20 | 96.80 |
| 10/07/13 | Prepare for 10/9 hearing in Nora adversary action. | JCW | 0.30 | 88.50 |
| 10/07/13 | Conference with Julie Webb re this week's pretrial conference in the adversary proceeding and e-mails re same. | TJC | 0.30 | 175.50 |
| 10/09/13 | Omnibus hearing in ResCap bankruptcy action, including pre-trial conference for Nora adversary action. | JCW | 3.40 | 1,003.00 |
| 10/22/13 | Conference with Julie Webb re attending the hearing on November 7 and plan for same. | TJC | 0.20 | 117.00 |
| | | | **4.40** | **$1,480.80** |

| | **L510 Appellate Motions/Submissions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/16/13 | Review and analyze Record on Appeal filed with the 7th Circuit. | JCW | 0.80 | 236.00 |
| | | | **0.80** | **$236.00** |

## TOTAL FEES

$10,280.90

## TIMEKEEPER SUMMARY:

**L110   Fact Investigation**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.50 | $737.50 |
| | | | **2.50** | **$737.50** |

**L120   Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.80 | $387.20 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: November 13, 2013
Invoice No.: 1037162
Page: 5

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.90 | $1,696.50 |
| J.C. Webb | Associate | $295.00 | 4.70 | $1,386.50 |
| | | | **8.40** | **$3,470.20** |

**L190    Other Case Assessm**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.00 | $590.00 |
| | | | **2.00** | **$590.00** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.60 | $774.40 |
| T.J. Cunningham | Partner | $585.00 | 3.40 | $1,989.00 |
| J.C. Webb | Associate | $295.00 | 3.40 | $1,003.00 |
| | | | **8.40** | **$3,766.40** |

**L230    Court Mandated Con**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J.C. Webb | Associate | $295.00 | 3.70 | $1,091.50 |
| | | | **4.40** | **$1,480.80** |

**L510    Appellate Motions/**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

**TIMEKEEPER SUMMARY TOTALS**                    **26.50**
**$10,280.90**

| EXPENSES | VALUE |
|---|---|
| Proportionate share of travel expense to New York to attend hearing on Nora adversary action (includles hotel, meals, local transportation). | 493.17 |
| **TOTAL EXPENSES** | **$493.17** |

TOTAL FEES                                                          $10,280.90

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: November 13, 2013
Invoice No.:  1037162
Page:  6

**TOTAL EXPENSES**                                                              $493.17

**TOTAL FEES AND EXPENSES**                                                 $10,774.07

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal -  Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

November 13, 2013
Invoice No.: 1037167

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                        $300.20

File Number:          1000304.00178
Re:                   Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:   711686

| L120 Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | Review of status of settlement process. | TJC | 0.20 | 117.00 |
| 10/28/13 | Review status and follow up. | JMG | 0.10 | 45.80 |
| | | | **0.30** | **$162.80** |

| L160 Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/13 | Email to N. Rosenbaum, et al. following up re settlement agreement. | JMG | 0.10 | 45.80 |
| 10/31/13 | Emails from/to W. Thompson re budgeting issues. | JMG | 0.10 | 45.80 |
| 10/31/13 | Email from MoFo re revised settlement agreement. | JMG | 0.10 | 45.80 |
| | | | **0.30** | **$137.40** |

**TOTAL FEES**                                                    **$300.20**

**TIMEKEEPER SUMMARY:**

       L120    Analysis/Strategy

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: November 13, 2013
Invoice No.: 1037167
Page: 2

### L120    Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

### L160    Settlement/Non-bin

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                          **0.60**    **$300.20**

TOTAL FEES                                                                                 $300.20

**TOTAL BALANCE DUE**                                                                **$300.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

November 13, 2013
Invoice No.: 1037168

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                    $300.20

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:   703565

| L120 Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | Review of status of settlement process. | TJC | 0.20 | 117.00 |
| 10/28/13 | Review status and follow up. | JMG | 0.10 | 45.80 |
| | | | 0.30 | $162.80 |

| L160 Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/13 | Email to N. Rosenbaum, et al. following up re settlement agreement. | JMG | 0.10 | 45.80 |
| 10/31/13 | Emails from/to W. Thompson re budgeting issues. | JMG | 0.10 | 45.80 |
| 10/31/13 | Email from MoFo re revised settlement agreement. | JMG | 0.10 | 45.80 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                      **$300.20**

**TIMEKEEPER SUMMARY:**

        L120    Analysis/Strategy

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: November 13, 2013
Invoice No.: 1037168
Page: 2

**L120    Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

**L160    Settlement/Non-bin**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    **0.60    $300.20**

TOTAL FEES                                                                      $300.20

**TOTAL BALANCE DUE**                                                    **$300.20**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037169

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                      $658.90

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number: 718805

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/13 | Monitor and review docket activity. | JMG | 0.30 | 137.40 |
| 10/11/13 | Review filings related to application to establish MDL proceeding. | JMG | 0.20 | 91.60 |
| 10/17/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/24/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/28/13 | Review ECF notices re interlocutory appeal. | JMG | 0.30 | 137.40 |
| 10/29/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/30/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 10/31/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 1.30 | $658.90 |

**TOTAL FEES**                                                      **$658.90**


**TIMEKEEPER SUMMARY:**

        L210   Pleadings

---

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: November 13, 2013
Invoice No.:  1037169
Page: 2

### L210    Pleadings

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 1.30 | $658.90 |

**TIMEKEEPER SUMMARY TOTALS**                         1.30       $658.90

TOTAL FEES                                                          $658.90

**TOTAL BALANCE DUE**                                        **$658.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037170

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013          $1,114.20

File Number:       1000304.00196
Re:                NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/11/13  Review of motion to transfer other NCUAB cases to causes for consolidation with existing cases and emails between and among joint defense counsel re same. | TJC | 0.10 | 58.50 |
| | | 0.10 | $58.50 |

| L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/03/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/04/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/11/13  Review filings related to application to establish MDL proceeding. | JMG | 0.20 | 91.60 |
| 10/15/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/16/13  Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 10/17/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/24/13  Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 10/28/13  Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 10/28/13  Monitor and review ECF notices and orders re MDL proceedings. | JMG | 0.20 | 91.60 |
| 10/30/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/31/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |

---

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: November 13, 2013
Invoice No.: 1037170
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L210 Pleadings** | | | | |
| | | | 1.50 | $826.70 |
| | | | | |
| **L250 Other Written Motions/Submissio** | | ATTY | HOURS | VALUE |
| 10/16/13 | Monitor and review ECF filings re request of JPML to establish MDL proceeding in Kansas. | JMG | 0.50 | 229.00 |
| | | | 0.50 | $229.00 |

**TOTAL FEES** $1,114.20

**TIMEKEEPER SUMMARY:**

| | | | | HOURS | VALUE |
|---|---|---|---|---|---|
| **L120    Analysis/Strategy** | | | | | |
| T.J. Cunningham | Partner | $585.00 | | 0.10 | $58.50 |
| | | | | 0.10 | $58.50 |
| **L210    Pleadings** | | | | | |
| J. M. Goodin | Partner | $458.00 | | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | | 1.10 | $643.50 |
| | | | | 1.50 | $826.70 |
| **L250    Other Written Moti** | | | | | |
| J. M. Goodin | Partner | $458.00 | | 0.50 | $229.00 |
| | | | | 0.50 | $229.00 |

**TIMEKEEPER SUMMARY TOTALS** 2.10    $1,114.20

**TOTAL FEES** $1,114.20

**TOTAL BALANCE DUE** $1,114.20

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Locke
Lord LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037171

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    <u>$643.50</u>

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/13 | E-mails between and among joint defense counsel re subpoena issued to PNC. | TJC | 0.10 | 58.50 |
| 10/09/13 | E-mails between and among joint defense counsel re contact from judge's chamber re cancellation of upcoming case management conference. | TJC | 0.30 | 175.50 |
| 10/10/13 | E-mails between and among joint defense counsel re responses and objections to Plaintiffs' subpoena to Mortgage IT. | TJC | 0.20 | 117.00 |
| 10/16/13 | Emails between and among joint defense counsel re scheduling case management conference. | TJC | 0.20 | 117.00 |
| 10/30/13 | Emails between and among joint defense counsel re coordinated document review process and emails between and among joint defense counsel re status of CoreLogic subpoena response. | TJC | 0.20 | 117.00 |
| | | | **1.00** | **$585.00** |

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                    **$643.50**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00217

Invoice Date: November 13, 2013
Invoice No.:  1037171
Page: 2

## TIMEKEEPER SUMMARY:

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| | | | **1.00** | **$585.00** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                **1.10    $643.50**

TOTAL FEES                                                                                    $643.50

**TOTAL BALANCE DUE**                                                            **$643.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037172

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                      $1,841.60

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/02/13 | E-mails between and among joint defense counsel re Plaintiff's stipulation to extension of time for responses to complaint and strategy for next steps in litigation. | TJC | 0.40 | 234.00 |
| 10/03/13 | Emails between and among joint defense counsel re extension of time for answer. | TJC | 0.10 | 58.50 |
| 10/07/13 | E-mails between and among joint defense counsel re proposed stipulation and order extending deadline for responding to complaint. | TJC | 0.10 | 58.50 |
| 10/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/09/13 | Review of ECF notices received today | TJC | 0.10 | 58.50 |
| 10/25/13 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 10/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.10** | **$643.50** |

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/01/13 | Review of ECF notice re opinion and order entered today denying motions to dismiss and review and analysis of opinion and orders (.5); Review of additional ECF notices received today (.1); E-mails between and among joint defense counsel regarding today's opinion and orders and schedule/strategy for preparing and filing answers to complaint (.2) | TJC | 0.80 | 468.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: November 13, 2013
Invoice No.:  1037172
Page: 2

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 10/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/21/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/22/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 10/24/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 10/31/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.50** | **$877.50** |

| L240 Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/13 | Review ECF notices and various memorandum opinions granting in part and denying in part defendants' motions to dismiss, and email to W. Thompson and P. Zellman re same. | JMG | 0.70 | 320.60 |
| | | | **0.70** | **$320.60** |

**TOTAL FEES**                                                                 **$1,841.60**

## TIMEKEEPER SUMMARY:

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| | | | **1.10** | **$643.50** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | **1.50** | **$877.50** |

**L240    Dispositive Motion**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **3.30**    **$1,841.60**

**TOTAL FEES**                                                                 $1,841.60

**TOTAL BALANCE DUE**                                                   **$1,841.60**



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037173

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $3,151.70

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **L120 Analysis/Strategy** | | | |
| 10/01/13 | E-mails between and among joint defense counsel re proposed draft search protocols for responding to plaintiff's discovery. | TJC | 0.40 | 234.00 |
| 10/02/13 | E-mails between and among joint defense counsel re communications from Plaintiff's counsel regarding a "meet and confer" related to defendants' discovery responses and objections. | TJC | 0.30 | 175.50 |
| 10/03/13 | E-mails between and among joint defense counsel re defendants' proposed search term protocols for ESI . | TJC | 0.20 | 117.00 |
| 10/04/13 | E-mails between and among joint defense counsel re Plaintiff's counsel's communication regarding Plaintiff's forthcoming document production. | TJC | 0.20 | 117.00 |
| 10/09/13 | Emails between and among joint defense counsel re draft ESI search protocols. | TJC | 0.20 | 117.00 |
| 10/09/13 | Monitor and review joint defense emails re discovery issues. | JMG | 0.30 | 137.40 |
| 10/10/13 | E-mails between and among joint defense counsel re draft search protocols for Defendants' ESI and e-mails between and among joint defense counsel re today's meet and confer with Plaintiff's counsel re discovery objections and responses. | TJC | 0.50 | 292.50 |
| 10/11/13 | E-mails between and among joint defense counsel re proposed responses to Plaintiff's discovery requests. | TJC | 0.20 | 117.00 |
| 10/11/13 | E-mails between and among joint defense counsel re proposed ESI protocols. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: November 13, 2013
Invoice No.:  1037173
Page:  2

### L120 Analysis/Strategy

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/11/13 | Review service emails re discovery-related correspondence. | JMG | 0.30 | 137.40 |
| 10/16/13 | Joint defense emails and docket activity re issues impacting discovery and PO designation of production. | JMG | 0.30 | 137.40 |
| 10/16/13 | Emails between and among joint defense counsel re designated recipients for plaintiff's pending document production and discussions with plaintiff's counsel regarding document production. | TJC | 0.20 | 117.00 |
| 10/21/13 | E-mails between and among joint defense counsel re status and strategy, proposed document productions, etc. | TJC | 0.20 | 117.00 |
| 10/22/13 | Emails between and among joint defense counsel re emails from Plaintiffs counsel re Plaintiff's production of documents. | TJC | 0.20 | 117.00 |
| 10/23/13 | E-mails between and among joint defense counsel re status of plaintiff's requests for production. | TJC | 0.30 | 175.50 |
| 10/24/13 | Emails between and among joint defense counsel re Plaintiff's document production and privilege log. | TJC | 0.20 | 117.00 |
| 10/24/13 | Review relevant emails from/to plaintiffs' counsel and joint defense counsel re issues concerning protection and screening of confidential materials. | JMG | 0.50 | 229.00 |
| 10/25/13 | E-mails between and among joint defense counsel re issues related to disclosure of witnesses. | TJC | 0.10 | 58.50 |
| 10/25/13 | E-mails re production of documents. | TJC | 0.10 | 58.50 |
| 10/31/13 | Emails re co-defendant's production of documents to plaintiff. | TJC | 0.10 | 58.50 |
| | | | **5.10** | **$2,805.70** |

### L210 Pleadings

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/13 | Emails between and among joint defense counsel re possible breaches of protective order. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

### L310 Written Discovery

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/07/13 | Email to joint defense counsel re service of discovery. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

### L390 Other Discovery

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/13 | Monitor and review relevant joint defense correspondence re discovery and document production issues. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

## TOTAL FEES $3,151.70

## TIMEKEEPER SUMMARY:

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: November 13, 2013
Invoice No.: 1037173
Page: 3

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.40 | $641.20 |
| T.J. Cunningham | Partner | $585.00 | 3.70 | $2,164.50 |
| | | | **5.10** | **$2,805.70** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

### L310    Written Discovery

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

### L390    Other Discovery

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                    **5.80**    **$3,151.70**

TOTAL FEES                                                                $3,151.70

**TOTAL BALANCE DUE**                                                **$3,151.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037174

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                        <u>$193.60</u>

| | | |
|---|---|---|
| File Number: | 1000304.00222 | |
| Re: | Plymouth County, Iowa (Raymond) v. GMAC, 725977 | |

Your File Number: 725977

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 10/01/13 | Exchange e-mails with Lauren Delehey regarding status of appeal. | PRP | 0.40 | 193.60 |
| | | | 0.40 | **$193.60** |

**TOTAL FEES**                                                                  **$193.60**

<u>**TIMEKEEPER SUMMARY:**</u>

| L120 | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 0.40 | $193.60 |
| | | | | 0.40 | **$193.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **0.40**    **$193.60**

TOTAL FEES                                                                        $193.60

**TOTAL BALANCE DUE**                                                    **$193.60**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037175

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                    $603.10

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| L120 Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/13 | Exchange e-mails with Lauren Delehey regarding status of appeal. | PRP | 0.40 | 193.60 |
| 10/08/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/22/13 | Emails re proposed required status report to court. | TJC | 0.10 | 58.50 |
| 10/29/13 | Emails re bankruptcy status report filed this week. | TJC | 0.10 | 58.50 |
| | | | 0.70 | $369.10 |

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 10/22/13 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| 10/23/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 0.40 | $234.00 |

**TOTAL FEES**                                                    **$603.10**

 **TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: November 13, 2013
Invoice No.: 1037175
Page: 2

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.40 | $193.60 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.70** | **$369.10** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                       **1.10    $603.10**

TOTAL FEES                                                                        $603.10

**TOTAL BALANCE DUE**                                                     **$603.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

November 13, 2013
Invoice No.: 1037176

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                      $105.60

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 10/03/13 | Correspondence with D. Harris re proposed stipulation re briefing schedule on California litigation claimants' claims. | RJM | 0.20 | 105.60 |
| | | | **0.20** | **$105.60** |

**TOTAL FEES**                                                                      **$105.60**

**TIMEKEEPER SUMMARY:**

| L120 | Analysis/Strategy | | | |
|---|---|---|---|---|
| R. J. McClendon | | Senior Counsel | $528.00 | 0.20 | $105.60 |

(alignment)

| | | | | HOURS | VALUE |
|---|---|---|---|---|---|
| R. J. McClendon | | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | | **0.20** | **$105.60** |

**TIMEKEEPER SUMMARY TOTALS**                                      **0.20**    **$105.60**

**TOTAL FEES**                                                                      $105.60

**TOTAL BALANCE DUE**                                                              **$105.60**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

November 13, 2013
Invoice No.: 1037177

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $705.00

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), 2013-08-EH3032

Your File Number:  2013-08-EH3032

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L110 Fact Investigation/Development** | | | | |
| 10/15/13 | Prepare letter to City regarding second improper collection letter. | JCW | 0.70 | 206.50 |
| 10/15/13 | E-mail to GMAC Mortgage enclosing copy of letter to the City. | JCW | 0.10 | 29.50 |
| 10/15/13 | Telephone call with counsel for the City regarding latest improper collection notice. | JCW | 0.20 | 59.00 |
| | | | 1.00 | $295.00 |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 10/15/13 | Analyze latest collection letter received by GMAC. | JCW | 0.20 | 59.00 |
| 10/15/13 | Email re contact with City regarding most recent notice of administrative violation. | TJC | 0.10 | 58.50 |
| 10/15/13 | Review of letter from City re collection attempt. | TJC | 0.10 | 58.50 |
| 10/15/13 | Emails re City's continued willful violation of the automatic stay and various options for dealing with it. | TJC | 0.10 | 58.50 |
| | | | 0.50 | $234.50 |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L210 Pleadings** | | | | |
| 10/14/13 | E-mails re new Administrative Violation notice received in relation to this property and review of same. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: November 13, 2013
Invoice No.:  1037177
Page:  2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **L210 Pleadings** | | | |
| | | 0.30 | $175.50 |
| **TOTAL FEES** | | | **$705.00** |

### TIMEKEEPER SUMMARY:

| L110    Fact Investigation | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.00 | $295.00 |
| | | | 1.00 | $295.00 |
| **L120    Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | 0.50 | $234.50 |
| **L210    Pleadings** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | $175.50 |

| | | HOURS | VALUE |
|---|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | | **1.80** | **$705.00** |
| TOTAL FEES | | | $705.00 |
| **TOTAL BALANCE DUE** | | | **$705.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

November 13, 2013
Invoice No.: 1037178

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $1,431.60

| File Number: | 1000304.00267 |
| Re: | GMAC Mortgage v. Koenig & Strey, #722926 |

Your File Number:  722926

### L110 Fact Investigation/Development

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/13 | Email L. Delehey regarding yesterday's hearing and strategy with regards to depositions (.2); investigate present position of Mark Fields and call him to discuss deposition (.2); email Patrick Lerch to discuss depositions (.1). | RMH | 0.50 | 147.50 |
| | | | 0.50 | $147.50 |

### L120 Analysis/Strategy

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | Review of current status and strategy. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

### L230 Court Mandated Conferences

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/09/13 | Attend and participate in hearing for the presentment of our motion for summary judgment (1.0); update L. Delehey regarding same (.2). | RMH | 1.20 | 354.00 |
| 10/23/13 | Analyze Rule 191(b) affidavit filed by Koenig & Strey (.4); attend and participate in status conference (1.0). | RMH | 1.40 | 413.00 |
| 10/23/13 | Prepare for status hearing by discussing response to Koenig & Strey request. | PRP | 0.40 | 193.60 |
| | | | 3.00 | $960.60 |

GMAC Mortgage, LLC
File No.:  1000304.00267

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L240 Dispositive Motions** | | ATTY | HOURS | VALUE |
| 10/01/13 | Draft letter to Judge Powell and ensure that letter and courtesy copy of motion for summary judgment were properly delivered. | RMH | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |
| **L330 Depositions** | | ATTY | HOURS | VALUE |
| 10/29/13 | Follow up with P. Lerch regarding his deposition (.1); confer with M. Field regarding his deposition and scheduling same (.2); update L. Delehey and confer with R. Perdew regarding plan to represent Fields and likely Lerch (.2). | RMH | 0.50 | 147.50 |
| | | | **0.50** | **$147.50** |

**TOTAL FEES**                                                                                           **$1,431.60**

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| **L110    Fact Investigation** | | | | |
| R.M. Holz | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |
| **L120    Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |
| **L230    Court Mandated Con** | | | | |
| P. R. Perdew | Partner | $484.00 | 0.40 | $193.60 |
| R.M. Holz | Associate | $295.00 | 2.60 | $767.00 |
| | | | **3.00** | **$960.60** |
| **L240    Dispositive Motion** | | | | |
| R.M. Holz | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |
| **L330    Depositions** | | | | |
| R.M. Holz | Associate | $295.00 | 0.50 | $147.50 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: November 13, 2013
Invoice No.: 1037178
Page: 3

L330    Depositions

|  | 0.50 | $147.50 |
|---|---|---|

**TIMEKEEPER SUMMARY TOTALS**    4.40    **$1,431.60**

TOTAL FEES    $1,431.60

**TOTAL BALANCE DUE**    **$1,431.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

November 13, 2013
Invoice No.: 1037179

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013          $19.60

File Number:          1000304.00283
Re:                   Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | **L190 Other Case Assessment** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/13 | Conference with J. Sanders regarding case status. | MDC | 0.10 | 19.60 |
| | | | 0.10 | $19.60 |

**TOTAL FEES**                                                                    $19.60

**TIMEKEEPER SUMMARY:**

| | L190  Other Case Assessm | | | | |
|---|---|---|---|---|---|
| M. D. Cabrera | | Associate | $196.00 | 0.10 | $19.60 |
| | | | | 0.10 | $19.60 |

| **TIMEKEEPER SUMMARY TOTALS** | 0.10 | $19.60 |
|---|---|---|

TOTAL FEES                                                                         $19.60

**TOTAL BALANCE DUE**                                                          **$19.60**

---



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

November 13, 2013
Invoice No.: 1037180

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $878.80

File Number:        1000304.00288
Re:                 Mays, Matthew v. GMAC Mortgage, LLC, 734852

Your File Number:  734852

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | Work on case strategy. | JLS | 0.10 | 37.40 |
| 10/05/13 | Review of draft status report and emails re same. | TJC | 0.30 | 175.50 |
| 10/07/13 | E-mails re draft status report. | TJC | 0.20 | 117.00 |
| 10/09/13 | Review e-mails and ECF filings regarding reset of deadlines and notice of status report due. | PNR | 0.10 | 21.60 |
| 10/13/13 | E-mails re status report filed with the court regarding status of GMACM bankruptcy and continued application of automatic stay. | TJC | 0.20 | 117.00 |
| 10/13/13 | E-mail Status Report to Mr. Booth. | JLS | 0.10 | 37.40 |
| | | | **1.00** | **$505.90** |

| | **L190 Other Case Assessment** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | Review docket to determine status of case (.2); e-mail J. Sanders regarding same (.1). | MDC | 0.30 | 58.80 |
| 10/04/13 | Review and respond to e-mail from J. Sanders regarding status report. | MDC | 0.10 | 19.60 |
| 10/07/13 | Revise bankruptcy status report. | MDC | 0.20 | 39.20 |
| 10/09/13 | Review minute entry setting status report deadline. | MDC | 0.10 | 19.60 |

GMAC Mortgage, LLC
File No.: 1000304.00288

Invoice Date: November 13, 2013
Invoice No.: 1037180
Page: 2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **L190 Other Case Assessment** | | | |
| 10/14/13 Review and respond to e-mail from J. Sanders regarding status report. | MDC | 0.10 | 19.60 |
| | | **0.80** | **$156.80** |
| | | | |
| **L210 Pleadings** | ATTY | HOURS | VALUE |
| 10/09/13 Review of order received today regarding status report. | TJC | 0.10 | 58.50 |
| 10/10/13 Docket deadline for filing Defendant's status report pursuant to notice received from Court. | SES | 0.20 | 40.00 |
| | | **0.30** | **$98.50** |
| | | | |
| **L430 Written Motions/Submissions** | ATTY | HOURS | VALUE |
| 10/03/13 Draft bankruptcy status report. | MDC | 0.60 | 117.60 |
| | | **0.60** | **$117.60** |

## TOTAL FEES                                                      $878.80

## TIMEKEEPER SUMMARY:

### L120   Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| P. N. Richards | Paralegal | $216.00 | 0.10 | $21.60 |
| | | | **1.00** | **$505.90** |

### L190   Other Case Assessm

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 0.80 | $156.80 |
| | | | **0.80** | **$156.80** |

### L210   Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| S. E. Sheets | Paralegal | $200.00 | 0.20 | $40.00 |
| | | | **0.30** | **$98.50** |

### L430   Written Motions/Su

GMAC Mortgage, LLC
File No.:  1000304.00288

Invoice Date: November 13, 2013
Invoice No.:  1037180
Page:  3

| L430 | Written Motions/Su | | | | |
|---|---|---|---|---|---|
| | M. D. Cabrera | Associate | $196.00 | 0.60 | $117.60 |
| | | | | 0.60 | $117.60 |

| **TIMEKEEPER SUMMARY TOTALS** | | 2.70 | $878.80 |
|---|---|---|---|

| TOTAL FEES | $878.80 |
|---|---|

| **TOTAL BALANCE DUE** | **$878.80** |
|---|---|

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037181

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $141.60

File Number:     1000304.00293
Re:              Combs v. Residential Funding Company, et al., 736621

Your File Number:  736621

| L110 Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/13 | Participate in conference call with co-defendant counsel regarding status of motion to renew. | CBH | 0.30 | 141.60 |
| | | | 0.30 | $141.60 |

**TOTAL FEES**                                                                     $141.60

**TIMEKEEPER SUMMARY:**

| L110 | Fact Investigation | | | | |
|---|---|---|---|---|---|
| | C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | | 0.30 | $141.60 |
| **TIMEKEEPER SUMMARY TOTALS** | | | | 0.30 | $141.60 |

TOTAL FEES                                                                         $141.60

**TOTAL BALANCE DUE**                                                              $141.60



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037182

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    <u>$105.60</u>

File Number:        1000304.00294
Re:                 Gerona, Emmanuel v. Homecomings Financial, LLC, 736407

Your File Number:  736407

| | **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/02/13 | Correspondence with D. Booth re case status. | | RJM | 0.20 | 105.60 |
| | | | | 0.20 | **$105.60** |

**TOTAL FEES**                                                                    **$105.60**

**TIMEKEEPER SUMMARY:**

| | L120    Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | | 0.20 | **$105.60** |

**TIMEKEEPER SUMMARY TOTALS**                                          **0.20**    **$105.60**

TOTAL FEES                                                                           $105.60

**TOTAL BALANCE DUE**                                                               **$105.60**

---



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037183

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                              <u>$277.60</u>

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number:  736885

| | **L160 Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/30/13 | Emails re entry of stipulated order and closure of file. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/15/13 | Review and follow up re status of judgment. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | **L430 Written Motions/Submissions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 10/16/13 | Draft email to M. Goodin addressing status of proposed order resolving case. | CBH | 0.20 | 94.40 |
| | | | **0.20** | **$94.40** |

**TOTAL FEES**                                                              **$277.60**

 **TIMEKEEPER SUMMARY:**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: November 13, 2013
Invoice No.: 1037183
Page: 2

**L160    Settlement/Non-bin**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**L430    Written Motions/Su**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.20 | $94.40 |
| | | | **0.20** | **$94.40** |

**TIMEKEEPER SUMMARY TOTALS**                                              **0.60    $277.60**

TOTAL FEES                                                                              $277.60

**TOTAL BALANCE DUE**                                                           **$277.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037184

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                          **$433.10**

File Number:        1000304.00297
Re:                 Rozier, Karen v. GMAC Mortgage LLC, 737375

Your File Number:  737375

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/13 | Draft case status report. | CL | 0.10 | 23.60 |
| 10/24/13 | E-mails re current status of all Rozier litigation and confirmation that all debtors and employees have been dismissed and all appeal periods have expired. | TJC | 0.30 | 175.50 |
| 10/26/13 | E-mails from and to Chris Lee and Nina Huerta re status of Rozier's cases and confirmation all claims against Rescap-related entities and individuals have been dismissed and status of Rozier's threat to initiate new case for conspiracy. | TJC | 0.20 | 117.00 |
| 10/26/13 | E-mail to Kathy Priore re status of Rozier cases and objection to Rozier claim. | TJC | 0.20 | 117.00 |
| | | | 0.80 | $433.10 |

**TOTAL FEES**                                                                          **$433.10**

**TIMEKEEPER SUMMARY:**

| L120    Analysis/Strategy | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00297

Invoice Date: November 13, 2013
Invoice No.:  1037184
Page:  2

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 0.10 | $23.60 |
| | | | 0.80 | $433.10 |

**TIMEKEEPER SUMMARY TOTALS**                              0.80        $433.10

TOTAL FEES                                                                $433.10

**TOTAL BALANCE DUE**                                                **$433.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

November 13, 2013
Invoice No.: 1037185

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                              <u>$761.50</u>

File Number:          1000304.00300
Re:                   6346 S Ellis (Samuels), 2013-05-EO7866

Your File Number: 2013-05-EO7866

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/07/13 | Review case status; update J. Webb. re case status. | NO | 0.20 | 56.00 |
| | | | **0.20** | **$56.00** |

| | **L190 Other Case Assessment** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/09/13 | Review order dismissing GMAC Mortgage as a defendant. | JCW | 0.10 | 29.50 |
| 10/09/13 | E-mail to GMAC Mortgage enclosing order dismissing GMAC Mortgage as a defendant. | JCW | 0.10 | 29.50 |
| | | | **0.20** | **$59.00** |

| | **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/13 | Email from Nick O'Conner re dismissal of GMACM this morning. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | **L450 Trial and Hearing Attendance** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/13 | Preparation for case management hearing; attend case management hearing in which GMACM was dismissed; attend brief trial regarding property in connection with case management; brief memo to file regarding case management hearing. | NO | 2.10 | 588.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: November 13, 2013
Invoice No.:  1037185
Page: 2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **L450 Trial and Hearing Attendance** | | **2.10** | **$588.00** |
| | | | |
| **TOTAL FEES** | | | **$761.50** |

### TIMEKEEPER SUMMARY:

| | | | | |
|---|---|---|---|---|
| **L120    Analysis/Strategy** | | | | |
| N. O'Conner | Associate | $280.00 | 0.20 | $56.00 |
| | | | **0.20** | **$56.00** |
| **L190    Other Case Assessm** | | | | |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |
| **L210    Pleadings** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |
| **L450    Trial and Hearing** | | | | |
| N. O'Conner | Associate | $280.00 | 2.10 | $588.00 |
| | | | **2.10** | **$588.00** |
| | | | | |
| **TIMEKEEPER SUMMARY TOTALS** | | | **2.60** | **$761.50** |

| | |
|---|---|
| TOTAL FEES | $761.50 |
| **TOTAL BALANCE DUE** | **$761.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

November 13, 2013
Invoice No.: 1037186

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                    $1,072.50

File Number:        1000304.00303
Re:                 6046 N Monitor (Lapalio-Lakin), 737737

Your File Number:  737737

### L120 Analysis/Strategy

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 10/16/13 | Emails re status of obtaining assignment of mortgage. | TJC | 0.20 | 117.00 |
| 10/16/13 | Draft status update. | CGS | 0.20 | 51.00 |
| 10/22/13 | Emails re current status and strategy. | TJC | 0.20 | 117.00 |
| 10/28/13 | E-mail re this morning's status conference and current status and strategy for resolution. | TJC | 0.20 | 117.00 |
| | | | 0.80 | $402.00 |

### L450 Trial and Hearing Attendance

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 10/28/13 | Attend case management conference. | CGS | 1.90 | 484.50 |
| | | | 1.90 | $484.50 |

**TOTAL FEES**                                                        **$886.50**

### TIMEKEEPER SUMMARY:

L120    Analysis/Strategy

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00303

Invoice Date: November 13, 2013
Invoice No.: 1037186
Page: 2

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| C. G. Shetty | Associate | $255.00 | 0.20 | $51.00 |
| | | | **0.80** | **$402.00** |

### L450    Trial and Hearing

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.90 | $484.50 |
| | | | **1.90** | **$484.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **2.70    $886.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 10/30/13 | Circuit Court Clerk - File appearance for GMAC | 186.00 |
| | TOTAL EXPENSES | $186.00 |

| | |
|---|---|
| TOTAL FEES | $886.50 |
| TOTAL EXPENSES | $186.00 |
| TOTAL FEES AND EXPENSES | $1,072.50 |
| **TOTAL BALANCE DUE** | **$1,072.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mialn Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037187

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                          $269.40

File Number:      1000304.00308
Re:               Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number:  2013-05-EP5514

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/13 | Check case status, pull and circulate dismissal documents. | MN | 0.60 | 132.00 |
| | | | **0.60** | **$132.00** |

| **L210 Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/30/13 | Review dismissal order and emails to/from D. Booth re same. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

**TOTAL FEES**                                                          **$269.40**

### TIMEKEEPER SUMMARY:

| L120   Analysis/Strategy | | | | |
|---|---|---|---|---|
| M. Nazareth | Associate | $220.00 | 0.60 | $132.00 |
| | | | **0.60** | **$132.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00308

Invoice Date: November 13, 2013
Invoice No.:  1037187
Page: 2

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | $137.40 |
| **TIMEKEEPER SUMMARY TOTALS** | | | 0.90 | $269.40 |

| | |
|---|---|
| TOTAL FEES | $269.40 |
| **TOTAL BALANCE DUE** | **$269.40** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

November 13, 2013
Invoice No.: 1037188

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $79.20

| File Number: | 1000304.00312 |
| Re: | 6541 S Parnell (Wilmington), 2013-05-EX6100 |

Your File Number:  2013-05-EX6100

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/16/13 | Email L. Gregerson update on status of service. | DFS | 0.10 | 26.40 |
| | | | **0.10** | **$26.40** |

| **L190 Other Case Assessment** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/15/13 | Phone call with process server regarding affidavit of service. | DFS | 0.20 | 52.80 |
| | | | **0.20** | **$52.80** |

**TOTAL FEES**                                                                    **$79.20**

### TIMEKEEPER SUMMARY:

**L120   Analysis/Strategy**

| D. F. Standa | Associate | $264.00 | 0.10 | $26.40 |
|---|---|---|---|---|
| | | | **0.10** | **$26.40** |

GMAC Mortgage, LLC
File No.: 1000304.00312

Invoice Date: November 13, 2013
Invoice No.: 1037188
Page: 2

**L190    Other Case Assessm**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | 0.20 | **$52.80** |

**TIMEKEEPER SUMMARY TOTALS** — 0.30  **$79.20**

TOTAL FEES — $79.20

**TOTAL BALANCE DUE** — **$79.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Linda Gregorson
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037189

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013

$1,471.00

File Number:      1000304.00315
Re:               Estate of Nena Scott v. GMAC Mortgage, LLC, 2013-07-EQ1745

Your File Number:  2013-07-EQ1745

| | **L110 Fact Investigation/Development** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/28/13 | Prepare for 10/29 hearing. | JCW | 0.30 | 88.50 |
| | | | **0.30** | **$88.50** |

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | Emails re status of settlement agreement. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

| | **L160 Settlement/Non-binding ADR** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/10/13 | E-mails with opposing counsel regarding status of settlement agreement. | JCW | 0.20 | 59.00 |
| 10/17/13 | Emails re status of buttoning up settlement agreement. | TJC | 0.10 | 58.50 |
| 10/22/13 | Emails re status of execution of settlement agreement. | TJC | 0.10 | 58.50 |
| 10/22/13 | E-mails with GMAC Mortgage regarding fully executed settlement agreement and plan for dismissal of claims against Homecomings. | JCW | 0.20 | 59.00 |
| 10/23/13 | E-mails with opposing counsel regarding fully executed settlement agreement and timing of dismissal of claims against Homecomings. | JCW | 0.30 | 88.50 |
| 10/23/13 | Revise proposed order for dismissal. | JCW | 0.30 | 88.50 |
| 10/23/13 | Review fully executed settlement agreement. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: November 13, 2013
Invoice No.: 1037189
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L160 Settlement/Non-binding ADR** | | | | |
| 10/23/13 | E-mails re status of execution of settlement agreement and dismissal of case and proposed order of dismissal. | TJC | 0.20 | 117.00 |
| | | | **1.60** | **$588.00** |
| **L210 Pleadings** | | ATTY | HOURS | VALUE |
| 10/29/13 | Email re dismissal of case this morning and review of order. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |
| **L230 Court Mandated Conferences** | | ATTY | HOURS | VALUE |
| 10/29/13 | Attend case management conference and obtain dismissal with prejudice pursuant to settlement agreement. | JCW | 1.90 | 560.50 |
| | | | **1.90** | **$560.50** |

**TOTAL FEES**                                                                 **$1,471.00**

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| **L110   Fact Investigation** | | | | |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |
| **L120   Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |
| **L160   Settlement/Non-bin** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| J.C. Webb | Associate | $295.00 | 1.20 | $354.00 |
| | | | **1.60** | **$588.00** |
| **L210   Pleadings** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: November 13, 2013
Invoice No.: 1037189
Page: 3

**L230     Court Mandated Con**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.90 | $560.50 |
| | | | **1.90** | **$560.50** |
| **TIMEKEEPER SUMMARY TOTALS** | | | **4.20** | **$1,471.00** |
| TOTAL FEES | | | | $1,471.00 |
| **TOTAL BALANCE DUE** | | | | **$1,471.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037190

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                    $176.00

File Number:        1000304.00316
Re:                 4218 W Adams (Rice Montgomery), 2013-07-EZ3783

Your File Number:  2013-07-EZ3783

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L110 Fact Investigation/Development** | | ATTY | HOURS | VALUE |
| 10/24/13 | E-mail to GMAC Mortgage regarding latest letter to the City and conversations with counsel for the City. | JCW | 0.20 | 59.00 |
| | | | **0.20** | **$59.00** |
| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 10/24/13 | E-mails re letter to the City of Chicago regarding its collection notices violating the automatic stay and current status of matter. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |
| **TOTAL FEES** | | | | **$176.00** |

### TIMEKEEPER SUMMARY:

L110    Fact Investigation

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00316

Invoice Date: November 13, 2013
Invoice No.: 1037190
Page: 2

### L120    Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **0.40** | **$176.00** |

| | |
|---|---|
| TOTAL FEES | $176.00 |
| **TOTAL BALANCE DUE** | **$176.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

# Locke
# Lord LLP
### Attorneys & Counselors

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037191

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                    $494.70

File Number:        1000304.00317
Re:                 Perez, Paul Anthony v. GMAC Mortgage,  2013-08-EK2230

Your File Number:  2013-08-EK2230

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B110 Case Administration** | | | | |
| 10/23/13 | Follow-up regarding report to the client concerning notice of nonsuit regarding GMACM. | AEA | 0.10 | 53.20 |
| | | | **0.10** | **$53.20** |
| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 10/09/13 | Evaluate whether preparation of notice of bankruptcy in state court following service of discovery would prompt amendments to pleading. | AEA | 0.20 | 106.40 |
| | | | **0.20** | **$106.40** |
| **L190 Other Case Assessment** | | ATTY | HOURS | VALUE |
| 10/22/13 | Review notice of nonsuit, and prepare status report to the client regarding same. | AEA | 0.30 | 159.60 |
| | | | **0.30** | **$159.60** |
| **L210 Pleadings** | | ATTY | HOURS | VALUE |
| 10/22/13 | Review of notice of nonsuit against debtor defendants and emails re same. | TJC | 0.20 | 117.00 |
| 10/23/13 | Emails re dismissal of debtor entries. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00317

Invoice Date: November 13, 2013
Invoice No.: 1037191
Page: 2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **L210 Pleadings** | | | |
| | | **0.30** | **$175.50** |
| | | | |
| **TOTAL FEES** | | | **$494.70** |

### TIMEKEEPER SUMMARY:

**B110    Case Administratio**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.10 | $53.20 |
| | | | **0.10** | **$53.20** |

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.20 | $106.40 |
| | | | **0.20** | **$106.40** |

**L190    Other Case Assessm**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.30 | $159.60 |
| | | | **0.30** | **$159.60** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

| | | | | |
|---|---|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | | | **0.90** | **$494.70** |
| | | | | |
| TOTAL FEES | | | | $494.70 |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$494.70** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037193

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013

$3,191.80

File Number:    1000304.00318
Re:    Balusek v. GMAC Mortgage, LLC, 2013-08-ES8630

Your File Number:  2013-08-ES8630

### L120 Analysis/Strategy

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/08/13 | Evaluate benefit of notice of bankruptcy prior to following removal of case. | AEA | 0.20 | 106.40 |
| 10/09/13 | Emails re status and strategy. | TJC | 0.10 | 58.50 |
| 10/22/13 | E-mails re status of two individuals named as defendants and whether they are still Rescap-related employees and if so whether Rescap owes them a duty to defend. | TJC | 0.20 | 117.00 |
| 10/22/13 | E-mails re plan for dealing with establishing diversity. | TJC | 0.20 | 117.00 |
| 10/31/13 | Communicate status following receipt and review of order staying case with respect to GMACM, and possible follow-up. | AEA | 0.30 | 159.60 |
| | | | **1.00** | **$558.50** |

### L210 Pleadings

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/09/13 | Preparation of notice of bankruptcy, in conjunction with evaluate of removal strategy. | AEA | 1.00 | 532.00 |
| 10/16/13 | Emails re status of preparation of draft notice of bankruptcy. | TJC | 0.10 | 58.50 |
| 10/17/13 | Further revisions to GMACM notice of bankruptcy, following review of comments from Mr. Booth. | AEA | 0.40 | 212.80 |
| 10/25/13 | Emails re revised draft of notice of bankruptcy. | TJC | 0.20 | 117.00 |
| 10/29/13 | Emails re filing of removal papers and notice of bankruptcy. | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00318

Invoice Date: November 13, 2013
Invoice No.: 1037193
Page: 2

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/13 | Coordinate filing of notice of bankruptcy and attachments, and report to the client. | AEA | 0.50 | 266.00 |
| 10/31/13 | Emails re notice of bankruptcy and order staying and severing claims related to GMACM. | TJC | 0.10 | 58.50 |
| | | | **2.40** | **$1,303.30** |

| L250 Other Written Motions/Submissio | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/16/13 | Further revisions to draft notice of bankruptcy, in light of removal strategy. | AEA | 0.70 | 372.40 |
| 10/22/13 | Further evaluation of revisions to notice of bankruptcy, and related consideration; and representation of GMACM employees multiple e-mail communications regarding same to D. Booth. | AEA | 0.80 | 425.60 |
| 10/23/13 | Further revisions o notice of bankruptcy, following comments from Mr. Booth. | AEA | 0.40 | 212.80 |
| | | | **1.90** | **$1,010.80** |

| L430 Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/25/13 | Final revisions to notice of bankruptcy, and follow-up correspondence to Mr. Booth regarding same; evaluate timing of notice of bankruptcy filing. | AEA | 0.60 | 319.20 |
| | | | **0.60** | **$319.20** |

## TOTAL FEES                                                                $3,191.80

## TIMEKEEPER SUMMARY:

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.50 | $266.00 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **1.00** | **$558.50** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 1.90 | $1,010.80 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **2.40** | **$1,303.30** |

### L250    Other Written Moti

GMAC Mortgage, LLC
File No.:  1000304.00318

| L250 | Other Written Moti | | | | |
|------|-----|------|--------|------|----------|
| A. E. Anthony | | Partner | $532.00 | 1.90 | $1,010.80 |
| | | | | **1.90** | **$1,010.80** |

| L430 | Written Motions/Su | | | | |
|------|-----|------|--------|------|----------|
| A. E. Anthony | | Partner | $532.00 | 0.60 | $319.20 |
| | | | | **0.60** | **$319.20** |

**TIMEKEEPER SUMMARY TOTALS**                                      **5.90**    **$3,191.80**

TOTAL FEES                                                                     $3,191.80

**TOTAL BALANCE DUE**                                                          **$3,191.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037194

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013                                     $71.40

File Number:        1000304.00320
Re:                 Howard, Barbara v. Residential Funding Company, 736587

Your File Number:  736587

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L210 Pleadings** | | | | |
| 09/26/13 | Retrieve docket report and Final Journal Entry of Judgment from the Tulsa County District Court. | TBT | 0.30 | 71.40 |
| | | | 0.30 | $71.40 |

**TOTAL FEES**                                                                   **$71.40**

**TIMEKEEPER SUMMARY:**

**L210   Pleadings**

| | | | HOURS | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | 0.30 | $71.40 |

**TIMEKEEPER SUMMARY TOTALS**                                       **0.30**   **$71.40**

TOTAL FEES                                                                           $71.40

**TOTAL BALANCE DUE**                                                            **$71.40**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00320

Invoice Date: November 13, 2013
Invoice No.: 1037194
Page: 2

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037195

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013               **$5,829.30**

File Number:        1000304.00321
Re:                 Scott, Leo v. GMAC Mortgage, LLC

Your File Number:  2013-10-ED5538

### L120 Analysis/Strategy

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/13 | Multiple correspondence with Don Booth regarding issues potential raised in connection with bankruptcy; evaluate bankruptcy strategy in light of information gathered following service of file. | AEA | 1.20 | 638.40 |
| 10/03/13 | Address issues related to filing notice of bankruptcy; formulate litigation and removal strategy in light of need to file notice of bankruptcy. | MKH | 0.60 | 139.80 |
| 10/03/13 | Conference with D. Booth to address issues related to filing notice of bankruptcy. | MKH | 0.20 | 46.60 |
| 10/07/13 | Conference with D. Booth regarding service of process and filing notice of bankruptcy; address related issues. | MKH | 0.10 | 23.30 |
| 10/09/13 | Address issues related to filing notice of bankruptcy after removal. | MKH | 0.10 | 23.30 |
| 10/16/13 | Address issues related to filing notice of bankruptcy. | MKH | 0.10 | 23.30 |
| 10/18/13 | Address issues related to filing notice of bankruptcy. | MKH | 0.20 | 46.60 |
| 10/21/13 | Address issues related to filing notice of bankruptcy but allowing Ocwen to continue to take measures to secure the property. | MKH | 0.20 | 46.60 |
| 10/21/13 | Conference with D. Booth regarding issues related to filing notice of bankruptcy but allowing Ocwen to continue to take measures to secure the property. | MKH | 0.20 | 46.60 |
| 10/23/13 | Conference with D. Booth to address issues related to removal and filing notice of bankruptcy (.2); conference with N. Gierlich regarding filing notice of bankruptcy and related issues (.2). | MKH | 0.40 | 93.20 |

GMAC Mortgage, LLC
File No.:  1000304.00321

Invoice Date: November 13, 2013
Invoice No.:  1037195
Page:  2

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/13 | Address issues related to revising and filing notice of bankruptcy. | MKH | 0.20 | 46.60 |
| 10/29/13 | Address issues related to court granting close cases and transferring lawsuit to bankruptcy court. | MKH | 0.10 | 23.30 |
| 10/30/13 | Address issues related to transfer of lawsuit to bankruptcy court and closing of case by district court. | MKH | 0.10 | 23.30 |
| | | | 3.70 | $1,220.90 |

| **L160 Settlement/Non-binding ADR** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/16/13 | Emails re status of execution of settlement agreement. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| **L210 Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/03/13 | E-mails to and from Don Booth re preparation and filing of notice of bankruptcy and e-mails with Art Anthony re same. | TJC | 0.30 | 175.50 |
| 10/17/13 | Analyze petition in connection with preparation of notice of bankruptcy; begin preparation of notice of bankruptcy in anticipation of removal. | AEA | 1.50 | 798.00 |
| 10/21/13 | Emails re draft notice of bankruptcy and status. | TJC | 0.10 | 58.50 |
| 10/21/13 | Emails re draft notice of removal and citizenship of various related Rescap entities. | TJC | 0.20 | 117.00 |
| 10/23/13 | Emails re notice of removal and notice of bankruptcy and status. | TJC | 0.30 | 175.50 |
| 10/29/13 | Review notice of order transferring lawsuit to bankruptcy court. | MKH | 0.10 | 23.30 |
| 10/29/13 | Evaluate court order following filing of notice of bankruptcy, and next steps. | AEA | 0.30 | 159.60 |
| 10/30/13 | Review order transferring lawsuit to bankruptcy court and closing case. | MKH | 0.20 | 46.60 |
| 10/30/13 | Review of additional order from Judge Bryce in connection with transfer of matter to bankruptcy, in consideration of next steps. | AEA | 0.30 | 159.60 |
| | | | 3.30 | $1,713.60 |

| **L250 Other Written Motions/Submissio** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/13 | Evaluate inclusion of named defendants in notice of bankruptcy; further substantive revisions to notice of bankruptcy; evaluate strategy for protesting ResCap interests in bankruptcy in view of pendency of eviction, and related considerations. | AEA | 1.30 | 691.60 |
| 10/21/13 | Further revisions to notice of bankruptcy, and outline status and thoughts regarding same to Mr. Booth by e-mail; teleconference with Mr. Booth regarding removal issues and related matters; review draft of Debtors' notice of removal and related papers, and identify issues to confirm or for follow-up. | AEA | 2.70 | 1,436.40 |
| 10/23/13 | Coordinate follow-up communication regarding NOB to Mr. Booth. | AEA | 0.20 | 106.40 |

GMAC Mortgage, LLC
File No.: 1000304.00321

Invoice Date: November 13, 2013
Invoice No.: 1037195
Page: 3

| L250 Other Written Motions/Submissio | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/23/13 | Further revisions to notice of bankruptcy following filing of removal papers. | AEA | 0.40 | 212.80 |
| 10/24/13 | Coordinate filing of notice of bankruptcy pursuant to, and following review of, court's standing orders, following removal of case. | AEA | 0.60 | 319.20 |
| | | | 5.20 | $2,766.40 |

| L430 Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/13 | Revise notice of bankruptcy. | MKH | 0.20 | 46.60 |
| 10/24/13 | Address issues related to filing notice of bankruptcy. | MKH | 0.10 | 23.30 |
| | | | 0.30 | $69.90 |

## TOTAL FEES

$5,829.30

## TIMEKEEPER SUMMARY:

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 1.20 | $638.40 |
| M. K. Hansen | Associate | $233.00 | 2.50 | $582.50 |
| | | | 3.70 | $1,220.90 |

### L160    Settlement/Non-bin

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 2.10 | $1,117.20 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| M. K. Hansen | Associate | $233.00 | 0.30 | $69.90 |
| | | | 3.30 | $1,713.60 |

### L250    Other Written Moti

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 5.20 | $2,766.40 |
| | | | 5.20 | $2,766.40 |

GMAC Mortgage, LLC
File No.:  1000304.00321

Invoice Date: November 13, 2013
Invoice No.:  1037195
Page:  4

**L430    Written Motions/Su**

| | | | | |
|---|---|---|---|---|
| M. K. Hansen | Associate | $233.00 | 0.30 | $69.90 |
| | | | 0.30 | **$69.90** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **12.60** | **$5,829.30** |

| | |
|---|---|
| TOTAL FEES | $5,829.30 |
| **TOTAL BALANCE DUE** | **$5,829.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

November 13, 2013
Invoice No.: 1037165

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through October 31, 2013

$2,122.62

File Number:       1000304.00322
Re:                1212 W 112th (David Gerald)

Your File Number:  2013-10-EB5480

| | L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/13 | E-mail to GMAC Mortgage regarding plan of action for Notice of Bankruptcy and 10/16 hearing. | JCW | 0.10 | 29.50 |
| 10/15/13 | E-mails with counsel for the City confirming that Citation to Discover Assets will be dismissed as to GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 10/15/13 | Respond to e-mail from L. Gregerson regarding various administrative judgments related to this property. | JCW | 0.20 | 59.00 |
| 10/15/13 | Telephone call with counsel for the City regarding Citation to Discover Assets set for 10/16. | JCW | 0.30 | 88.50 |
| | | | 0.80 | $236.00 |

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/01/13 | E-mails from and to Julie Webb re responding to Citation to Discover Assets and Notice of Administrative Violation. | TJC | 0.30 | 175.50 |
| 10/01/13 | Analyze administrative judgments and citation to discover assets received from GMAC Mortgage. | JCW | 0.50 | 147.50 |
| 10/04/13 | Review bankruptcy docket regarding whether GMAC Mortgage, Inc. is a debtor. | DFS | 0.20 | 52.80 |
| 10/07/13 | Gerald - Emails re filing of notice of bankruptcy today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00322

Invoice Date: November 13, 2013
Invoice No.: 1037165
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 10/15/13 | Analyze "paid-in-full" letter received from GMAC Mortgage to determine if it applies to same administrative judgment as Citation to Discover Assets. | JCW | 0.20 | 59.00 |
| | | | **1.30** | **$493.30** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L190 Other Case Assessment** | | | | |
| 10/04/13 | E-mails with litigation team regarding discrepancy between administrative judgment and collection action. | JCW | 0.30 | 88.50 |
| 10/07/13 | Draft letter to counsel for the City requesting withdrawal of Citation to Discover Assets. | JCW | 0.30 | 88.50 |
| 10/07/13 | File appearance and notice of bankruptcy. | JCW | 0.40 | 118.00 |
| 10/18/13 | E-mail to GMAC Mortgage enclosing order dismissing GMAC Mortgage and advising that matter can now be closed. | JCW | 0.20 | 59.00 |
| | | | **1.20** | **$354.00** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L210 Pleadings** | | | | |
| 10/01/13 | Review of Citation to Discover Assets and Notices of Administrative Violation. | TJC | 0.30 | 175.50 |
| 10/02/13 | E-mails re notices of administrative violation and proposal for responding to same, as well as citation to discover assets; Review of draft notice of bankruptcy. | TJC | 0.60 | 351.00 |
| 10/02/13 | Prepare Notice of Bankruptcy. | JCW | 0.40 | 118.00 |
| 10/07/13 | Prepare appearance. | JCW | 0.20 | 59.00 |
| 10/07/13 | Revise Notice of Bankruptcy. | JCW | 0.10 | 29.50 |
| 10/17/13 | Emails re order entered yesterday. | TJC | 0.10 | 58.50 |
| | | | **1.70** | **$791.50** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L230 Court Mandated Conferences** | | | | |
| 10/15/13 | Emails re proposal to dismiss GMACM at tomorrow' hearing. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                          **$1,933.30**

**TIMEKEEPER SUMMARY:**

**L110    Fact Investigation**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| | | | **0.80** | **$236.00** |

GMAC Mortgage, LLC
File No.:  1000304.00322

Invoice Date: November 13, 2013
Invoice No.:  1037165
Page:  3

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **1.30** | **$493.30** |

### L190    Other Case Assessm

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.20 | $354.00 |
| | | | **1.20** | **$354.00** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| | | | **1.70** | **$791.50** |

### L230    Court Mandated Con

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

## TIMEKEEPER SUMMARY TOTALS

| | |
|---|---|
| **5.10** | **$1,933.30** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 10/15/13 | Fee for filing appearance in City of Chicago v GMAC Mortgage (Gerald). | 189.32 |
| | TOTAL EXPENSES | $189.32 |

| | |
|---|---|
| TOTAL FEES | $1,933.30 |
| TOTAL EXPENSES | $189.32 |
| TOTAL FEES AND EXPENSES | $2,122.62 |
| **TOTAL BALANCE DUE** | **$2,122.62** |

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |