

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044783

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $4,249.12

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 11/13/13 | Review of notice and agenda for November 15 matters and e-mail to Julie Webb re same. | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |
| **L140 Document/File Management** | | **ATTY** | **HOURS** | **VALUE** |
| 10/24/13 | Preparation of invoices for monthly report to notice parties (NO CHARGE). | TBT | 1.70 | 404.60 |
| | | | 1.70 | $404.60 |
| **L210 Pleadings** | | **ATTY** | **HOURS** | **VALUE** |
| 11/01/13 | Emails re upcoming hearing on Nora's motion to disqualify Judge Glenn and motion to consolidate debtor's objection to Nora's proof of claim, including plan for response and hearing. | TJC | 0.30 | 175.50 |
| 11/01/13 | Analyze documents for fourth interim fee application; confer with K. Morehouse re same. | BAR | 1.00 | 264.00 |
| 11/04/13 | Work on fourth interim fee application; confer with K. Morehouse re same. | BAR | 0.80 | 211.20 |
| 11/05/13 | Work on fourth interim fee application. | BAR | 1.00 | 264.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

| **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/05/13 | E-mails re status of preparation of interim fee petition. | TJC | 0.10 | 58.50 |
| 11/06/13 | Preparation of interim fee petition. | JMG | 0.30 | 137.40 |
| 11/06/13 | Continue preparation of fourth interim fee application; confer with K. Morehouse re same. | BAR | 1.00 | 264.00 |
| 11/09/13 | Review of Debtor's objection to Wendy Nora's motion to disqualify Judge Glenn. | TJC | 0.40 | 234.00 |
| 11/09/13 | Review of Debtor's objection to Wendy Nora's motion to consolidate objection to claim with adversary proceeding. | TJC | 0.40 | 234.00 |
| 11/12/13 | Continue review of fourth interim fee application. | BAR | 2.10 | 554.40 |
| 11/13/13 | Continue work on fourth interim fee application. | BAR | 1.30 | 343.20 |
| 11/14/13 | Finalize fourth interim fee applications; work with K. Morehouse on same. | BAR | 1.20 | 316.80 |
| 11/14/13 | Preparation of fourth interim fee application. | TJC | 0.50 | 292.50 |
| 11/16/13 | Confer with K. Morehouse re service issues; review court orders re same. | BAR | 0.60 | 158.40 |
| 11/27/13 | Confer with K. Morehouse re fee issues. | BAR | 0.30 | 79.20 |
| | | | **11.30** | **$3,587.10** |

| **L230 Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/14/13 | Emails re revised agenda for tomorrow's matters. | TJC | 0.10 | 58.50 |
| 11/14/13 | Email from Erica Richards re upcoming hearing to approve interim fee petitions. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

| **L440 Other Preparation/Support** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/17/13 | Prepare Fourth Interim Fee Application for redactions. | TBT | 0.20 | 47.60 |
| | | | **0.20** | **$47.60** |

| **Less NO CHARGE entry** | | | **($404.60)** |
|---|---|---|---|
| **TOTAL ADJUSTED FEES** | | | **$3,810.20** |

## TIMEKEEPER SUMMARY:

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: December 18, 2013
Invoice No.:  1044783
Page:  3

### L140    Document/File Mana

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.70 | $404.60 |
| | | | **1.70** | **$404.60** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 1.70 | $994.50 |
| B. A. Raynor | Associate | $264.00 | 9.30 | $2,455.20 |
| | | | **11.30** | **$3,587.10** |

### L230    Court Mandated Con

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

### L440    Other Preparation/

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

## TIMEKEEPER SUMMARY TOTALS

**13.50    $4,214.80**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 10/25/13 | FedEx Shipments | 12.77 |
| 10/25/13 | FedEx Shipments | 12.77 |
| 10/25/13 | FedEx Shipments | 12.77 |
| 10/25/13 | FedEx Shipments | 24.77 |
| 10/25/13 | FedEx Shipments | 12.77 |
| 10/31/13 | FedEx Shipments | 23.28 |
| 10/31/13 | FedEx Shipments | 23.28 |
| 10/31/13 | FedEx Shipments | 23.28 |
| 10/31/13 | FedEx Shipments | 23.28 |
| 10/31/13 | FedEx Shipments | 35.28 |
| 11/18/13 | FedEx Shipments | 31.14 |
| 11/18/13 | FedEx Shipments | 28.44 |
| 11/18/13 | FedEx Shipments | 31.14 |
| 11/18/13 | FedEx Shipments | 31.14 |
| 11/18/13 | FedEx Shipments | 38.53 |
| 11/18/13 | FedEx Shipments | 31.14 |
| 11/18/13 | FedEx Shipments | 43.14 |
| | TOTAL | $438.92 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: December 18, 2013
Invoice No.: 1044783
Page: 4

| | |
|---|---|
| TOTAL FEES | $4,214.80 |
| Less NO CHARGE entry | ($404.60) |
| TOTAL ADJUSTED FEES | $3,810.20 |
| TOTAL EXPENSES | $438.92 |
| TOTAL FEES AND EXPENSES | $4,249.12 |
| **TOTAL BALANCE DUE** | **$4,249.12** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044786

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $4,786.62

File Number:         1000304.00174
Re:                  Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/13 | Review various documents filed in Rescap Bankruptcy relating to Nora's claims. | JCW | 0.30 | 88.50 |
| 11/21/13 | Update client on 11/15 hearing and apparent settlement of adversary action and 7th Circuit appeal. | JCW | 0.30 | 88.50 |
| 11/25/13 | Review e-mail from Nora regarding dismissal of 7th Circuit appeal without costs. | JCW | 0.10 | 29.50 |
| 11/25/13 | Review Notice of Dismissal of Adversary Action filed by Nora. | JCW | 0.20 | 59.00 |
| 11/26/13 | Telephone call with Judge Glenn's clerk regarding whether or not order will be entered regarding Nora's Notice of Dismissal of adversary action. | JCW | 0.20 | 59.00 |
| 11/26/13 | E-mails to GMACM and MERS regarding dismissal of adversary action and status of discussions with Nora regarding dismissal of 7th Circuit Appeal. | JCW | 0.20 | 59.00 |
| 11/29/13 | E-mails with litigation team regarding notifying individual GMAC-related defendants of dismissals. | JCW | 0.20 | 59.00 |
| | | | **1.50** | **$442.50** |
| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
| 10/28/13 | Review Nora's objection to release of third parties as part of Chapter 11 plan. | PRP | 0.30 | 145.20 |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: December 18, 2013
Invoice No.:  1044786
Page: 2

### L120 Analysis/Strategy

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/31/13 | Review notice of hearing regarding Nora's motion to disqualify and motion to consolidate objections to proofs of claim. | PRP | 0.10 | 48.40 |
| 11/11/13 | Review debtors' response to plaintiff's motion to disqualify judge and to consolidate objections with adversary complaint. | PRP | 0.20 | 96.80 |
| 11/11/13 | E-mails re upcoming hearing on Nora motions and plans for same. | TJC | 0.10 | 58.50 |
| 11/14/13 | Review report of settlement between debtors and Nora. | PRP | 0.10 | 48.40 |
| 11/20/13 | Review debtors' settlement agreement with Nora to determine impact of settlement on non-debtors. | PRP | 0.20 | 96.80 |
| 11/20/13 | Analyze settlement agreement received from Debtors' counsel to determine whether Nora is required to dismiss claims against non-debtor defendants in adversary action and 7th Circuit appeal. | JCW | 0.40 | 118.00 |
| 11/21/13 | Exchange e-mails with co-defendants' counsel regarding settlement of Nora's claims. | PRP | 0.10 | 48.40 |
| 11/25/13 | Exchange e-mails with Wendy Nora regarding dismissal of appeals and bankruptcy adversary. | PRP | 0.20 | 96.80 |
| 11/26/13 | Review order affirming dismissal of appeal (.2); draft e-mail to Lauren Delehey regarding dismissal (.3). | PRP | 0.50 | 242.00 |
| | | | **2.20** | **$999.30** |

### L160 Settlement/Non-binding ADR

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Emails re purported settlement with Wendy Nora and what the terms are of the agreement apparently negotiated by MoFo and conference with R. Perdew re same, emails re tomorrow's hearing, and review of joint progress report. | TJC | 0.60 | 351.00 |
| 11/18/13 | Conference with Julie Webb re Friday's hearing on Nora's adversary matter and status of obtaining settlement agreement and determining its impact on the Seventh Circuit appeal. | TJC | 0.20 | 117.00 |
| 11/20/13 | Review and analysis of settlement agreement with Wendy Nora and follow up emails re same. | TJC | 0.30 | 175.50 |
| 11/21/13 | Emails to GMACM and MERS re status of settlement with Nora and proposed dismissal of GMACM and MERS from all pending litigation; similar emails to individual clients (former GMACM employees). | TJC | 0.20 | 117.00 |
| 11/29/13 | Emails re providing notice of settlement and dismissals to former employees. | TJC | 0.10 | 58.50 |
| | | | **1.40** | **$819.00** |

### L190 Other Case Assessment

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Travel from Chicago to New York City (NO CHARGE). | JCW | 2.00 | 590.00 |
| 11/15/13 | Travel from New York City to Chicago (NO CHARGE). | JCW | 2.00 | 590.00 |
| 11/15/13 | Review revised agenda for today's hearing. | JCW | 0.20 | 59.00 |
| 11/25/13 | Review settlement agreement to determine if claims against Potteiger and/or Amy Nelson were released. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

### L190 Other Case Assessment

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/25/13 | E-mails to GMACM and MERS regarding Nora request for agreement to dismissal of 7th Circuit appeal without costs. | JCW | 0.20 | 59.00 |
| 11/25/13 | Leave voicemail for bankruptcy court clerk regarding whether or not separate order dismissing adversary action will be entered. | JCW | 0.10 | 29.50 |
| | | | **4.70** | **$1,386.50** |

### L210 Pleadings

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Analyze progress report filed by Debtors' counsel to determine scope of settlement with Nora. | JCW | 0.40 | 118.00 |
| 11/15/13 | Circulate file-stamped Motions for Admission to Practice, Pro Hac Vice filed on behalf of T. Cunningham, R. Perdew, and J. Webb. | TBT | 0.10 | 23.80 |
| 11/25/13 | Review of proposed joint progress report prepared by Wendy Nora and emails re same. | TJC | 0.20 | 117.00 |
| 11/26/13 | Review of ECF notice re per curiam affirmance and conference with Rusty Perdew re same. | TJC | 0.30 | 175.50 |
| | | | **1.00** | **$434.30** |

### L250 Other Written Motions/Submissio

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/13 | Review Notice of Hearing on Nora's Motions related to adversary proceeding. | JCW | 0.20 | 59.00 |
| 11/11/13 | Analyze debtors' responses to Nora's motion to disqualify and motion to consolidate in preparation for 11/15 hearing. | JCW | 0.50 | 147.50 |
| 11/14/13 | Review Nora's four motions set for hearing 11/15. | JCW | 0.40 | 118.00 |
| 11/15/13 | Attend hearing on Nora adversary proceeding and Nora's various motions. | JCW | 2.30 | 678.50 |
| | | | **3.40** | **$1,003.00** |

### L510 Appellate Motions/Submissions

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/26/13 | Emails re status of dismissal of Seventh Circuit appeal. | TJC | 0.10 | 58.50 |
| 11/26/13 | Follow up emails re per curiam affirmance of Seventh Circuit. | TJC | 0.20 | 117.00 |
| | | | **0.30** | **$175.50** |

**Less NO CHARGE entries**      **($1,180.00)**

**TOTAL ADJUSTED FEES**      **$4,080.10**

### TIMEKEEPER SUMMARY:

**L110    Fact Investigation**

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: December 18, 2013
Invoice No.: 1044786
Page: 4

### L110    Fact Investigation

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.50 | $442.50 |
| | | | **1.50** | **$442.50** |

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.70 | $822.80 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **2.20** | **$999.30** |

### L160    Settlement/Non-bin

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |
| | | | **1.40** | **$819.00** |

### L190    Other Case Assessm

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 4.70 | $1,386.50 |
| | | | **4.70** | **$1,386.50** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **1.00** | **$434.30** |

### L250    Other Written Moti

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.40 | $1,003.00 |
| | | | **3.40** | **$1,003.00** |

### L510    Appellate Motions/

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                  **14.50**    **$5,260.10**

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: December 18, 2013
Invoice No.:  1044786
Page: 5

| | VALUE |
|---|---|
| **EXPENSES** | |
| Proportionate share of travel expenses of Julie Webb for trip to New York to attend hearing on Nora adversary action (including coach airfare, hotel, meals). | 706.52 |
| **TOTAL EXPENSES** | **$706.52** |

| | |
|---|---|
| TOTAL FEES | $5,260.10 |
| Less NO CHARGE entries | ($1,180.00) |
| TOTAL ADJUSTED FEES | $4,080.10 |
| TOTAL EXPENSES | $706.52 |
| TOTAL FEES AND EXPENSES | $4,786.62 |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal -  Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

December 18, 2013
Invoice No.: 1044788

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $2,437.40

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L160 Settlement/Non-binding ADR** | | | | |
| 11/01/13 | Emails to/from J. Wishnew re circulation of agreement to creditors' committee, et al. | JMG | 0.20 | 91.60 |
| 11/01/13 | Review MoFo revisions to settlement agreement and follow-up with C. Shetty re updated draft. | JMG | 0.40 | 183.20 |
| 11/04/13 | Telephone conference with plaintiffs' counsel. | JMG | 0.20 | 91.60 |
| 11/04/13 | Email to W. Thompson and D. Booth re revision of settlement agreement. | JMG | 0.20 | 91.60 |
| 11/04/13 | Review, revision of settlement agreement. | JMG | 0.40 | 183.20 |
| 11/04/13 | Review of proposed amended settlement agreement and e-mails re same. | TJC | 0.20 | 117.00 |
| 11/05/13 | E-mails re possible revisions to terms of the Amended Settlement Agreement with regard to escrow agent. | TJC | 0.10 | 58.50 |
| 11/05/13 | Various emails from/to B. Thompson and J. Wishnew re revisions to amended settlement agreement and revise same. | JMG | 0.80 | 366.40 |
| 11/06/13 | Emails from/to W. Thompson approving amended settlement agreement. | JMG | 0.10 | 45.80 |
| 11/06/13 | Prepare email to plaintiff's counsel forwarding draft amended settlement agreement and compare same to original agreement. | JMG | 0.30 | 137.40 |
| 11/06/13 | Email from plaintiff's counsel proposing restructure of class relief and cy pres provision. | JMG | 0.20 | 91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: December 18, 2013
Invoice No.: 1044788
Page: 2

### L160 Settlement/Non-binding ADR

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/13 | Follow up with litigation team re preparation of notices and approval order (exhibits to settlement agreement). | JMG | 0.20 | 91.60 |
| 11/06/13 | E-mails re proposed amendments to settlement agreement. | TJC | 0.20 | 117.00 |
| 11/07/13 | Conference with Matt Goodin re Plaintiff's proposals for amendment of settlement agreement and issues pertaining thereto. | TJC | 0.20 | 117.00 |
| 11/07/13 | E-mails re proposed amendment of settlement agreement. | TJC | 0.10 | 58.50 |
| 11/07/13 | Prepare for and conduct telephone conference with plaintiffs' counsel re open issues concerning settlement and follow up emails re same. | JMG | 0.50 | 229.00 |
| 11/12/13 | Emails to/from plaintiff's counsel re settlement terms. | JMG | 0.10 | 45.80 |
| 11/15/13 | Telephone conference with plaintiffs' counsel re settlement terms. | JMG | 0.20 | 91.60 |
| 11/25/13 | Review proposed revisions to amended settlement agreement and emails from plaintiff's counsel re same. | JMG | 0.30 | 137.40 |
| 11/25/13 | Email to W. Thompson and D. Booth re same. | JMG | 0.20 | 91.60 |
| | | | **5.10** | **$2,437.40** |

**TOTAL FEES**            **$2,437.40**

### TIMEKEEPER SUMMARY:

#### L160    Settlement/Non-bin

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 4.30 | $1,969.40 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **5.10** | **$2,437.40** |

**TIMEKEEPER SUMMARY TOTALS**      **5.10**     **$2,437.40**

TOTAL FEES            $2,437.40

**TOTAL BALANCE DUE**            **$2,437.40**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

December 18, 2013
Invoice No.: 1044790

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                                $3,242.90

File Number:          1000304.00179
Re:                   Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/13 | Emails re remaining tasks to be completed in this matter. | TJC | 0.20 | 117.00 |
| 11/05/13 | Review bankruptcy counsel's revisions to settlement agreement. | CGS | 0.20 | 51.00 |
| | | | **0.40** | **$168.00** |

| | **L160 Settlement/Non-binding ADR** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/13 | Review, MoFo revisions to settlement agreement and follow up with C. Shetty re updated draft. | JMG | 0.40 | 183.20 |
| 11/01/13 | Emails to/from J. Wishnew re circulation of agreement to creditors' committee, et al. | JMG | 0.20 | 91.60 |
| 11/01/13 | Revise settlement agreement. | CGS | 2.30 | 586.50 |
| 11/04/13 | Revise settlement agreement. | CGS | 0.20 | 51.00 |
| 11/04/13 | Email to W. Thompson and D. Booth re revision of settlement agreement. | JMG | 0.20 | 91.60 |
| 11/04/13 | Telephone conference with plaintiffs' counsel. | JMG | 0.20 | 91.60 |
| 11/04/13 | Review, revision of settlement agreement. | JMG | 0.40 | 183.20 |
| 11/04/13 | Review of proposed amended settlement agreement and e-mails re same. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: December 18, 2013
Invoice No.: 1044790
Page: 2

| | L160 Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/13 | E-mails re possible revisions to terms of the Amended Settlement Agreement with regard to escrow agent. | TJC | 0.10 | 58.50 |
| 11/05/13 | Various emails from/to B. Thompson and J. Wishnew re revisions to amended settlement agreement and revise same. | JMG | 0.80 | 366.40 |
| 11/06/13 | Email from plaintiff's counsel proposing restructure of class relief and cy pres provision. | JMG | 0.20 | 91.60 |
| 11/06/13 | Follow up with litigation team re preparation of notices and approval order (exhibits to settlement agreement). | JMG | 0.20 | 91.60 |
| 11/06/13 | Prepare email to plaintiff's counsel forwarding draft amended settlement agreement and compare same to original agreement. | JMG | 0.30 | 137.40 |
| 11/06/13 | Emails from/to W. Thompson approving amended settlement agreement. | JMG | 0.10 | 45.80 |
| 11/06/13 | E-mails re proposed amendments to settlement agreement. | TJC | 0.20 | 117.00 |
| 11/07/13 | Conference with Matt Goodin re Plaintiff's proposals for amendment of settlement agreement and issues pertaining thereto. | TJC | 0.20 | 117.00 |
| 11/07/13 | E-mails re proposed amendment of settlement agreement. | TJC | 0.10 | 58.50 |
| 11/07/13 | Prepare for and conduct telephone conference with plaintiffs' counsel re open issues concerning settlement and follow up emails re same. | JMG | 0.50 | 229.00 |
| 11/12/13 | Emails to/from plaintiff's counsel re settlement terms. | JMG | 0.10 | 45.80 |
| 11/15/13 | Telephone conference with plaintiffs' counsel re settlement terms. | JMG | 0.20 | 91.60 |
| 11/25/13 | Email to W. Thompson and D. Booth re same. | JMG | 0.20 | 91.60 |
| 11/25/13 | Review proposed revisions to amended settlement agreement and emails from plaintiff's counsel re same. | JMG | 0.30 | 137.40 |
| | | | **7.60** | **$3,074.90** |

**TOTAL FEES**                                                                      **$3,242.90**

TIMEKEEPER SUMMARY:

    L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 0.20 | $51.00 |
| | | | **0.40** | **$168.00** |

    L160    Settlement/Non-bin

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 4.30 | $1,969.40 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: December 18, 2013
Invoice No.: 1044790
Page: 3

**L160    Settlement/Non-bin**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 2.50 | $637.50 |
| | | | 7.60 | $3,074.90 |

| | | | |
|---|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | | 8.00 | $3,242.90 |

TOTAL FEES  $3,242.90

**TOTAL BALANCE DUE**  **$3,242.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044792

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                      $1,223.50

File Number:         1000304.00195
Re:                  NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/06/13 | Monitor and review ECF notices re JPML filings. | JMG | 0.20 | 91.60 |
| 11/09/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 11/12/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/13/13 | Review relevant JPML filings. | JMG | 0.10 | 45.80 |
| 11/14/13 | Review of ECF notices received today. | TJC | 0.30 | 175.50 |
| 11/19/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/20/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: December 18, 2013
Invoice No.: 1044792
Page: 2

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/21/13 | Monitor and review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| 11/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/27/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 2.10 | $1,165.00 |

**TOTAL FEES**                                                                                     **$1,223.50**

**TIMEKEEPER SUMMARY:**

### L120   Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

### L210   Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| | | | 2.10 | $1,165.00 |

**TIMEKEEPER SUMMARY TOTALS**                                              **2.20**    **$1,223.50**

TOTAL FEES                                                                                         $1,223.50

**TOTAL BALANCE DUE**                                                                          **$1,223.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044793

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013

<u>$742.80</u>

File Number:          1000304.00196
Re:                         NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/13 | Review of ECF notices received today. | TJC | 0.30 | 175.50 |
| 11/01/13 | Monitor and review ECF notices re docket activity in district court and before JPML. | JMG | 0.30 | 137.40 |
| 11/04/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/13/13 | Review of ECF notice related to filing of petition for writ of certiorari and other ECF notices received today. | TJC | 0.20 | 117.00 |
| 11/13/13 | Review relevant JPML filings. | JMG | 0.10 | 45.80 |
| | | | 1.20 | $651.20 |

| | L250 Other Written Motions/Submissio | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/13 | Monitor and review ECF notices re JPML filings. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

**TOTAL FEES**                                                                           **$742.80**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00196

Invoice Date: December 18, 2013
Invoice No.:  1044793
Page:  2

## TIMEKEEPER SUMMARY:

### L210    Pleadings

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **1.20** | **$651.20** |

### L250    Other Written Moti

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                          **1.40**    **$742.80**

TOTAL FEES                                                                              $742.80

**TOTAL BALANCE DUE**                                                                **$742.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044794

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $1,053.00

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/13 | E-mails between and among joint defense counsel re draft joint case management conference statement and plan for upcoming case management conference. | TJC | 0.10 | 58.50 |
| 11/05/13 | E-mails between and among joint defense counsel regarding suggested revisions to draft case management report in preparation for upcoming case management conference. | TJC | 0.20 | 117.00 |
| 11/06/13 | E-mails between and among joint defense counsel re proposed case management conference report. | TJC | 0.30 | 175.50 |
| 11/07/13 | E-mails between and among joint defense counsel re upcoming case management conference. | TJC | 0.10 | 58.50 |
| 11/07/13 | E-mails between and among joint defense counsel re supplemental production of documents from Plaintiff today. | TJC | 0.10 | 58.50 |
| 11/08/13 | Emails re filing of case management conference statement today. | TJC | 0.10 | 58.50 |
| 11/19/13 | Emails between and among joint defense counsel re Schwab's document production and various issues related thereto. | TJC | 0.20 | 117.00 |
| 11/20/13 | Emails between and among joint defense counsel re plaintiff's document production and issues with same. | TJC | 0.20 | 117.00 |
| 11/21/13 | Emails between and among joint defense counsel re document review protocol, and emails between and among joint defense counsel re subpoena served on Sovereign Mortgage. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: December 18, 2013
Invoice No.: 1044794
Page: 2

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/25/13 | Emails between and among joint defense counsel re Corelogic subpoena. | TJC | 0.10 | 58.50 |
| 11/27/13 | Emails between and among joint defense counsel re proposed document review guide for discovery process. | TJC | 0.10 | 58.50 |
| | | | **1.70** | **$994.50** |

| **L210 Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                     **$1,053.00**

**TIMEKEEPER SUMMARY:**

| **L120    Analysis/Strategy** | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.70 | $994.50 |
| | | | **1.70** | **$994.50** |

| **L210    Pleadings** | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                    **1.80**    **$1,053.00**

TOTAL FEES                                                                         $1,053.00

**TOTAL BALANCE DUE**                                                          **$1,053.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044795

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $1,294.70

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number: 713113

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/06/13 | E-mails between and among joint defense counsel re possible request for an extension of time to respond to complaint. | TJC | 0.10 | 58.50 |
| 11/07/13 | E-mails between and among joint defense counsel re possible extension of time to respond to complaint and status and strategy generally. | TJC | 0.10 | 58.50 |
| 11/11/13 | E-mails between and among joint defense counsel re status and proposed stipulation for extension of time to respond to complaint. | TJC | 0.10 | 58.50 |
| 11/13/13 | E-mails between and among joint defense counsel re stipulation for extension of time to respond to complaint and upcoming joint defense group call. | TJC | 0.10 | 58.50 |
| 11/14/13 | Emails between and among joint defense counsel re joint defense call later today, and emails between and among joint defense counsel re proposed draft documents including draft protective order, draft ESI stipulation, draft stipulation re electronic service, etc. | TJC | 0.20 | 117.00 |
| 11/15/13 | Emails between and among joint defense counsel re agreement by Goldman Sachs to settle in principle. | TJC | 0.20 | 117.00 |
| 11/22/13 | Emails between and among joint defense counsel re voluntary dismissals of Bank of America/Merrill Lynch defendants and Wells Fargo defendants. | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.:  1000304.00219

Invoice Date: December 18, 2013
Invoice No.:  1044795
Page:  2

| **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/22/13 | Emails between and among joint defense counsel re proposed answers and affirmative defenses for various defendants. | TJC | 0.20 | 117.00 |
| | | | 1.30 | $760.50 |

| **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/01/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/01/13 | Monitor and review ECF notices re docket activity. | JMG | 0.10 | 45.80 |
| 11/12/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/13/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 11/21/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/21/13 | Monitor and review ECF notices re docket activity. | JMG | 0.10 | 45.80 |
| 11/25/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 11/26/13 | Monitor and review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| | | | 1.00 | $534.20 |

**TOTAL FEES**                                                    $1,294.70

**TIMEKEEPER SUMMARY:**

**L120    Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
|---|---|---|---|---|
| | | | 1.30 | $760.50 |

**L210    Pleadings**

| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | 1.00 | $534.20 |

**TIMEKEEPER SUMMARY TOTALS**                          2.30    $1,294.70

**TOTAL FEES**                                                          $1,294.70

**TOTAL BALANCE DUE**                                              $1,294.70

PLEASE REMIT PAYMENT TO:



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044796

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                                    $559.60

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/01/13 | Emails between and among joint defense counsel re production of documents to plaintiff. | TJC | 0.20 | 117.00 |
| 11/08/13 | E-mails between and among joint defense counsel re status and strategy and extension of time to respond to complaint. | TJC | 0.10 | 58.50 |
| 11/11/13 | E-mails between and among joint defense counsel re status of Plaintiff's third-party discovery | TJC | 0.10 | 58.50 |
| 11/13/13 | E-mails between and among joint defense counsel re plaintiff's request for agreement on ESI search protocols. | TJC | 0.10 | 58.50 |
| 11/14/13 | Emails between and among joint defense counsel re request from plaintiff regarding ESI search protocols. | TJC | 0.10 | 58.50 |
| 11/18/13 | Emails between and among joint defense counsel re proposed search protocols. | TJC | 0.10 | 58.50 |
| 11/22/13 | Emails between and among joint defense counsel re voluntary dismissals of Bank of America/Merrill Lynch defendants and Wells Fargo defendants. | TJC | 0.10 | 58.50 |
| | | | **0.80** | **$468.00** |

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/22/13 | Monitor and review joint defense emails re voluntary dismissals. | JMG | 0.20 | 91.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: December 18, 2013
Invoice No.: 1044796
Page: 2

| | ATTY | HOURS | VALUE |
|---|---|---|---|
| **L210 Pleadings** | | | |
| | | 0.20 | $91.60 |
| **TOTAL FEES** | | | **$559.60** |

**TIMEKEEPER SUMMARY:**

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **0.80** | **$468.00** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

| | | | | |
|---|---|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | | | **1.00** | **$559.60** |
| TOTAL FEES | | | | $559.60 |
| **TOTAL BALANCE DUE** | | | | **$559.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044798

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                                    $348.90

File Number:      1000304.00230
Re:               Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/25/13 | Review order granting motion to dismiss (.4); draft e-mail to Lauren Delehey regarding dismissal (.2). | PRP | 0.60 | 290.40 |
| 11/25/13 | Email re dismissal of case last week. | TJC | 0.10 | 58.50 |
| | | | 0.70 | $348.90 |

**TOTAL FEES**                                                                     **$348.90**

**TIMEKEEPER SUMMARY:**

| | L120   Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | P. R. Perdew | Partner | $484.00 | 0.60 | $290.40 |
| | T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | | 0.70 | $348.90 |

**TIMEKEEPER SUMMARY TOTALS**                                          **0.70**    **$348.90**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00230

Invoice Date: December 18, 2013
Invoice No.:  1044798
Page:  2

TOTAL FEES                                                                                    $348.90

**TOTAL BALANCE DUE**                                                             **$348.90**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

December 18, 2013
Invoice No.: 1044799

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    **$4,224.00**

| | |
|---|---|
| File Number: | 1000304.00246 |
| Re: | Hairston v. Residential Capital, LLC, et al., 728660 |

Your File Number:  728660

| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/11/13 | Analyze California Claimants' loan histories and status for possible use in objections to amended proofs of claim. | RJM | 2.30 | 1,214.40 |
| 11/19/13 | Analyze new complaint filed in Los Angeles Superior Court. | RJM | 0.60 | 316.80 |
| 11/25/13 | Multiple correspondence with Morrison & Foerster counsel re strategy for possible resolution of California claimants' claims, declaration in support of objection to claims. | RJM | 1.20 | 633.60 |
| | | | **4.10** | **$2,164.80** |

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/11/13 | Draft declaration in support of objections to amended proof of claim. | RJM | 1.80 | 950.40 |
| 11/11/13 | Drafting of objection to California Claimants' amended proofs of claim. | RJM | 1.70 | 897.60 |
| 11/27/13 | Review court order re briefing schedule and hearing date for California litigation claimants. | RJM | 0.40 | 211.20 |
| | | | **3.90** | **$2,059.20** |

**TOTAL FEES**                                                      **$4,224.00**

**TIMEKEEPER SUMMARY:**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00246

Invoice Date: December 18, 2013
Invoice No.:  1044799
Page:  2

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 4.10 | $2,164.80 |
| | | | **4.10** | **$2,164.80** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 3.90 | $2,059.20 |
| | | | **3.90** | **$2,059.20** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **8.00** | **$4,224.00** |

TOTAL FEES | | $4,224.00

**TOTAL BALANCE DUE** | | **$4,224.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

December 18, 2013
Invoice No.: 1044804

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $58.50

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), 2013-08-EH3032

Your File Number:  2013-08-EH3032

| | L120 Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/12/13 | Emails re current status and strategy. | | TJC | 0.10 | 58.50 |
| | | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                    **$58.50**

**TIMEKEEPER SUMMARY:**

L120    Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.10 | $58.50 |
| | | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                          **0.10**  **$58.50**

TOTAL FEES                                                      $58.50

**TOTAL BALANCE DUE**                                           **$58.50**

PLEASE REMIT PAYMENT TO:

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

December 18, 2013
Invoice No.: 1044814

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                          $13,269.60

File Number:        1000304.00267
Re:                 GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| **L320 Document Production** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/07/13   Analyze Concordance database documents, including references to Patrick Lerch; determine files over the size of 200 pages and electronically review these documents; specifically locate all references to Patrick Lerch's involvement in the 1800 N. Clybourn property for attorney assessment by Ryan Holz. | CCN | 3.40 | 693.60 |
| 11/08/13   Work with Litigation Support to discuss request for blowbacks of all Patrick Lerch-related documents in Concordance database that are less than 200 pages and without redactions applied to final production set. | CCN | 0.80 | 163.20 |
| 11/11/13   Begin removing duplicates from all one and two-page letters and emails from the Concordance database materials pertaining to Mr. Lerch, in connection with assistance with deposition preparation for Ryan Holz. | CCN | 1.60 | 326.40 |
| | | **5.80** | **$1,183.20** |

| **L330 Depositions** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 10/29/13   Exchange e-mails with Mark Fields regarding deposition. | PRP | 0.10 | 48.40 |
| 10/31/13   Confer with P. Lerch regarding his availability for a deposition (.1); contact opposing counsel to discuss depositions (.1) | RMH | 0.20 | 59.00 |
| 11/01/13   Consider email from opposing counsel regarding depositions of Lerch and Fields. | RMH | 0.10 | 29.50 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: December 18, 2013
Invoice No.: 1044814
Page: 2

| | **L330 Depositions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 11/04/13 | Review plans for defending deposition of Mark Fields and Patrick Lerch. | PRP | 0.40 | 193.60 |
| 11/04/13 | Confer with opposing counsel regarding setting depositions for P. Lerch and M. Fields. | RMH | 0.20 | 59.00 |
| 11/04/13 | Confer with M. Fields and P. Lerch regarding their upcoming depositions. | RMH | 0.20 | 59.00 |
| 11/05/13 | Confer and finalize deposition with opposing counsel. | RMH | 0.10 | 29.50 |
| 11/05/13 | Communicate with P. Lerch, Mark Fields, and L. Delehey regarding plan for upcoming depositions. | RMH | 0.30 | 88.50 |
| 11/05/13 | Outline plan for preparation and depositions of Mark Fields and Patrick Lerch. | PRP | 0.50 | 242.00 |
| 11/08/13 | Format Concordance database to identify all attachments to parent documents for Ryan Holz in connection with November 2013 deposition of Mr. Lerch. | CCN | 1.50 | 306.00 |
| 11/08/13 | Meet and confer with Ryan Holz to determine how to prepare all attachments to relevant emails to and from Patrick Lerch regarding 1800 N. Clybourn property in connection with deposition preparation for Patrick Lerch's November 2013 deposition. | CCN | 0.40 | 81.60 |
| 11/08/13 | Begin work on analysis and annotation of all hard copies of materials responsive to search for Patrick Lerch in Concordance database; organize and annotate references to Patrick Lerch and 1800 N. Clybourn property for analysis by attorney, Ryan Holz, in connection with November 2013 deposition of Mr. Lerch. | CCN | 3.80 | 775.20 |
| 11/08/13 | Work with C. Natali on accessing and preparing potentially relevant documents to discuss with P. Lerch during deposition preparation. | RMH | 0.30 | 88.50 |
| 11/11/13 | Draft outline of issues to discuss with P. Lerch to prepare him for his deposition. | RMH | 1.40 | 413.00 |
| 11/11/13 | Continue work on analysis and annotation of all hard copies of materials responsive to search for Patrick Lerch in Concordance database; organize and annotate references to Patrick Lerch and 1800 N. Clybourn property for analysis by attorney, Ryan Holz, in connection with November 2013 deposition of Mr. Lerch. | CCN | 2.40 | 489.60 |
| 11/12/13 | Continue draft outline to prepare Patrick Lerch for upcoming deposition. | RMH | 0.40 | 118.00 |
| 11/12/13 | Continue work on analysis and annotation of all hard copies of materials responsive to search from Patrick Lerch in Concordance database; organize and annotate references to Patrick Lerch and 1800 N. Clybourn property for analysis by attorney, Ryan Holz, in connection with November 2013 deposition of Mr. Lerch. | CCN | 3.20 | 652.80 |
| 11/12/13 | Finalize removal of all duplicate 1 to 12-page documents already in draft deposition preparation set for Ryan Holz's review in connection with November 2013 deposition of Patrick Lerch regarding his involvement in the 1800 N. Clybourn property. | CCN | 2.30 | 469.20 |
| 11/13/13 | Continue work on analysis and annotation of all hard copies of materials responsive to search for Patrick Lerch in Concordance database; organize and annotate references to Patrick Lerch and 1800 N. Clybourn property for analysis by attorney, Ryan Holz, in connection with November 2013 deposition of Mr. Lerch. | CCN | 4.10 | 836.40 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: December 18, 2013
Invoice No.: 1044814
Page: 3

| | L330 Depositions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/13 | Continue removing duplicate project update reports, the draft notice letters and correspondence to and from Patrick Lerch concerning the 1800 N. Clybourn property in connection with November 2013 deposition of Mr. Lerch. | CCN | 1.10 | 224.40 |
| 11/14/13 | Finalize analysis and annotation of all hard copies of materials responsive to search for Patrick Lerch in Concordance database; organize and annotate references to Patrick Lerch and 1800 N. Clybourn property for analysis by Ryan Holz in connection with November 2013 deposition of Mr. Lerch. | CCN | 3.30 | 673.20 |
| 11/14/13 | Revise and finalize draft deposition preparation materials for Ryan Holz; create binder with relevant materials concerning Mr. Lerch and his involvement with the 1800 N. Clybourn property for Mr. Lerch's November 2013 deposition. | CCN | 1.70 | 346.80 |
| 11/15/13 | Continue preparing for upcoming deposition with focus on finalizing binder of relevant documents to use during preparation session with P. Lerch. | RMH | 0.80 | 236.00 |
| 11/15/13 | Work with Litigation Support to locate the missing eight attachments to eight documents pertaining to Patrick Lerch from 2009 for Ryan Holz's deposition preparation materials. | CCN | 1.80 | 367.20 |
| 11/15/13 | Revise draft deposition preparation binder concerning Patrick Lerch; run additional Concordance database searches for certain attachments to emails identified by Ryan Holz, and add to binder for attorney review. | CCN | 3.80 | 775.20 |
| 11/15/13 | Meet and confer with Ryan Holz concerning addition of certain attachments to email correspondence to and from Patrick Lerch in connection with November 2013 deposition of Mr. Lerch. | CCN | 0.40 | 81.60 |
| 11/16/13 | Continue preparing for upcoming deposition of P. Lerch with focus on analyzing emails and other communications involving Lerch during relevant time periods. | RMH | 2.30 | 678.50 |
| 11/18/13 | Work with C. Natali to supplement binder of relevant communications involving Patrick Lerch with attachments and other relevant materials in advance of upcoming deposition. | RMH | 0.40 | 118.00 |
| 11/19/13 | Revise and supplement draft outline for presentment of Patrick Lerch for deposition and send same to R. Perdew for his review (1.3); analyze updated binder of relevant documents to assist in deposition preparation (.3). | RMH | 1.60 | 472.00 |
| 11/22/13 | Edit and revise deposition preparation binder with production set materials concerning 1800 N. Clybourn not previously incorporated into materials for attorney Ryan Holz. | CCN | 3.30 | 673.20 |
| 11/22/13 | Edit and revise deposition preparation binder with certain redacted materials concerning 1800 North Clybourn property into materials for attorney Ryan Holz. | CCN | 2.70 | 550.80 |
| 11/22/13 | Analyze additional documents from our document production to continue to prepare for upcoming deposition of P. Lerch. | RMH | 0.50 | 147.50 |
| 11/23/13 | Analyze file materials related to P. Lerch, highlight critical documents to show P. Lerch, and otherwise prepare to defend P. Lerch's upcoming deposition. | RMH | 1.60 | 472.00 |
| 11/25/13 | Update draft deposition preparation outline per suggestions from R. Perdew. | RMH | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: December 18, 2013
Invoice No.: 1044814
Page: 4

| | L330 Depositions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/25/13 | Review and revise outline for deposition preparation of Patrick Lerch. | PRP | 2.30 | 1,113.20 |
| 11/27/13 | Revise draft outline for deposition preparation of P. Lerch. | RMH | 0.20 | 59.00 |
| | | | 49.90 | $12,086.40 |

**TOTAL FEES**        **$13,269.60**

### TIMEKEEPER SUMMARY:

**L320    Document Productio**

| | | | | |
|---|---|---|---|---|
| C.C. Natali | Paralegal | $204.00 | 5.80 | $1,183.20 |
| | | | 5.80 | $1,183.20 |

**L330    Depositions**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 3.30 | $1,597.20 |
| R.M. Holz | Associate | $295.00 | 10.80 | $3,186.00 |
| C.C. Natali | Paralegal | $204.00 | 35.80 | $7,303.20 |
| | | | 49.90 | $12,086.40 |

**TIMEKEEPER SUMMARY TOTALS**      **55.70**
**$13,269.60**

TOTAL FEES        $13,269.60

**TOTAL BALANCE DUE**        **$13,269.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

December 19, 2013
Invoice No.: 1045070

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                              $117.30

| | |
|---|---|
| File Number: | 1000304.00283 |
| Re: | Lugo, Sandra v. GMAC Mortgage, LLC, #734282 |

Your File Number:  734282

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/18/13 | Emails re motion to dismiss and order of dismissal. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| P280 Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/18/13 | Telephone call with opposing counsel regarding dismissal of GMACM from lawsuit. | MDC | 0.30 | 58.80 |
| | | | **0.30** | **$58.80** |

**TOTAL FEES**                                                                          **$117.30**

**TIMEKEEPER SUMMARY:**

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: December 19, 2013
Invoice No.: 1045070
Page: 2

P280   Other

| M. D. Cabrera | Associate | $196.00 | 0.30 | $58.80 |
| | | | 0.30 | $58.80 |
| **TIMEKEEPER SUMMARY TOTALS** | | | **0.40** | **$117.30** |

| TOTAL FEES | $117.30 |
|---|---|
| **TOTAL BALANCE DUE** | **$117.30** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045071

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    <u>$463.60</u>

| | | |
|---|---|---|
| File Number: | 1000304.00293 | |
| Re: | Combs v. Residential Funding Company, et al., 736621 | |

Your File Number:  736621

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L110 Fact Investigation/Development** | | ATTY | HOURS | VALUE |
| 11/04/13 | Exchange correspondence with Wells Fargo counsel regarding effect of lift stay motion on litigation. | CBH | 0.40 | 188.80 |
| | | | 0.40 | $188.80 |
| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 11/04/13 | Various emails from/to D. Booth and C. Howard re status, review docket and review stipulation filed in bankruptcy proceeding. | JMG | 0.60 | 274.80 |
| | | | 0.60 | $274.80 |

**TOTAL FEES**                                                                $463.60

**TIMEKEEPER SUMMARY:**

| L110 | Fact Investigation | | | | |
|---|---|---|---|---|---|
| C.B. Howard | | Partner | $472.00 | 0.40 | $188.80 |
| | | | | 0.40 | $188.80 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00293

Invoice Date: December 19, 2013
Invoice No.: 1045071
Page: 2

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| | | | 0.60 | $274.80 |
| **TIMEKEEPER SUMMARY TOTALS** | | | 1.00 | $463.60 |

TOTAL FEES                                                                $463.60

**TOTAL BALANCE DUE**                                          **$463.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045072

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013     <u>$512.20</u>

File Number:     1000304.00295
Re:     REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number: 736885

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L110 Fact Investigation/Development** | | | | |
| 11/05/13 | Various emails from/to C. Howard and D. Booth re entry of stipulated order. | JMG | 0.30 | 137.40 |
| | | | 0.30 | **$137.40** |
| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 11/05/13 | Correspond with adversary counsel requesting status of entry of order resolving litigation. | CBH | 0.20 | 94.40 |
| 11/05/13 | Draft email to client updating them on status of issuance of order resolving case. | CBH | 0.10 | 47.20 |
| | | | 0.30 | **$141.60** |
| **L210 Pleadings** | | ATTY | HOURS | VALUE |
| 11/14/13 | Review file-stamped order and emails re same. | JMG | 0.20 | 91.60 |
| | | | 0.20 | **$91.60** |
| **L430 Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 11/14/13 | Review final order resolving case, as entered for forwarding to client. | CBH | 0.30 | 141.60 |
| | | | 0.30 | **$141.60** |

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: December 19, 2013
Invoice No.: 1045072
Page: 2

**TOTAL FEES**          **$512.20**

### TIMEKEEPER SUMMARY:

**L110    Fact Investigation**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | **0.30** | **$141.60** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**L430    Written Motions/Su**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | **0.30** | **$141.60** |

**TIMEKEEPER SUMMARY TOTALS**      **1.10**    **$512.20**

TOTAL FEES        $512.20

**TOTAL BALANCE DUE**        **$512.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

December 19, 2013
Invoice No.: 1045074

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $1,142.10

| File Number: | 1000304.00303 |
| Re: | 6046 N Monitor (Lapalio-Lakin), 737737 |

Your File Number:  737737

### L110 Fact Investigation/Development

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Conduct search via the Cook County Recorder of Deeds to determine whether anything has been recorded since our last search on April 1 (.1); retrieve recorded Mortgage as needed for case assessment (.1). | TBT | 0.20 | 47.60 |
| 11/19/13 | E-mails with litigation team regarding status of property and basis for motion to dismiss. | JCW | 0.30 | 88.50 |
| | | | 0.50 | $136.10 |

### L120 Analysis/Strategy

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Research and draft motion to dismiss complaint. | CGS | 1.20 | 306.00 |
| | | | 1.20 | $306.00 |

### L210 Pleadings

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Review file in housing court case, do not have a copy of our mortgage, review title search to find mortgage, receive mortgage, prepare motion to dismiss in housing court | CJN | 1.00 | 280.00 |
| 11/20/13 | Revise pleading (1.00), assemble and redact exhibits (.5) | CJN | 1.50 | 420.00 |
| | | | 2.50 | $700.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00303

Invoice Date: December 19, 2013
Invoice No.: 1045074
Page: 2

## TOTAL FEES                                                                         $1,142.10

### TIMEKEEPER SUMMARY:

**L110    Fact Investigation**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.50** | **$136.10** |

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.20 | $306.00 |
| | | | **1.20** | **$306.00** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| C. J. Nogar | Staff Counsel | $280.00 | 2.50 | $700.00 |
| | | | **2.50** | **$700.00** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **4.20** | **$1,142.10** |

TOTAL FEES                                                                                 $1,142.10

**TOTAL BALANCE DUE**                                                                **$1,142.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045075

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                              $117.30

| File Number: | 1000304.00305 |
| Re: | Gonzalez, Gualberto v GMAC Mortgage, LLC, 2013-05-EP5861 |

Your File Number:  2013-05-EP5861

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/14/13 | Emails re status. | TJC | 0.10 | 58.50 |
| 11/14/13 | Review and respond to e-mail from Mr. Booth regarding case status; telephone call to clerk's office regarding case filings; telephone call to counsel for GreenTree regarding case status. | MDC | 0.30 | 58.80 |
| | | | 0.40 | $117.30 |

| **TOTAL FEES** | | | | $117.30 |

**TIMEKEEPER SUMMARY:**

**L120   Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 0.30 | $58.80 |
| | | | 0.40 | $117.30 |

| **TIMEKEEPER SUMMARY TOTALS** | | | 0.40 | $117.30 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00305

Invoice Date: December 19, 2013
Invoice No.:  1045075
Page: 2

TOTAL FEES                                                                              $117.30

**TOTAL BALANCE DUE**                                                         **$117.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045076

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $175.50

File Number:        1000304.00306
Re:                 Nobles, Hunt v. GMAC Mortgage, LLC, 2013-05-EP8431

Your File Number:  2013-05-EP8431

| L210 Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/27/13 | Review of report and recommendation of magistrate judge regarding dismissal of case. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                      **$175.50**

**TIMEKEEPER SUMMARY:**

**L210   Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS**                         **0.30**    **$175.50**

TOTAL FEES                                                          $175.50

**TOTAL BALANCE DUE**                                              **$175.50**



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045077

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    <u>$117.30</u>

File Number:        1000304.00307
Re:                 Dunson, Gilda v. GMAC Mortgage, LLC, 2013-05EP4329

Your File Number:  2013-05-EP4329

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 11/13/13 | Emails re status. | TJC | 0.10 | 58.50 |
| 11/13/13 | Review and respond to e-mail from J. Sanders regarding status update. | MDC | 0.10 | 19.60 |
| | | | 0.20 | **$78.10** |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L210 Pleadings** | | | | |
| 11/15/13 | Review notice of dismissal (.1); e-mail Mr. Booth regarding case status (.1). | MDC | 0.20 | 39.20 |
| | | | 0.20 | **$39.20** |

**TOTAL FEES**                                                          **$117.30**

**TIMEKEEPER SUMMARY:**

**L120   Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| M. D. Cabrera | Associate | $196.00 | 0.10 | $19.60 |

GMAC Mortgage, LLC
File No.: 1000304.00307

Invoice Date: December 19, 2013
Invoice No.: 1045077
Page: 2

| | | | | | |
|---|---|---|---|---|---|
| **L120** | **Analysis/Strategy** | | | | |
| | | | | 0.20 | $78.10 |
| **L210** | **Pleadings** | | | | |
| | M. D. Cabrera | Associate | $196.00 | 0.20 | $39.20 |
| | | | | 0.20 | $39.20 |
| **TIMEKEEPER SUMMARY TOTALS** | | | | **0.40** | **$117.30** |

TOTAL FEES                                                                                  $117.30

**TOTAL BALANCE DUE**                                                      **$117.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore                                                    December 19, 2013
Residential Capital, LLC                                       Invoice No.: 1045078
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    <u>$392.00</u>

| File Number: | 1000304.00312 |
| Re: | 6541 S Parnell (Wilmington), 2013-05-EX6100 |

Your File Number:  2013-05-EX6100

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/13 | Review file and docket (.2), Draft motion and order for default (.5), revise Motion for Default (.1) | CJN | 0.80 | 224.00 |
| 11/18/13 | Check docket for answer (.10), revise motion for default judgment (.40), file motion for default (.10) | CJN | 0.60 | 168.00 |
| | | | **1.40** | **$392.00** |

**TOTAL FEES**                                                      **$392.00**

**TIMEKEEPER SUMMARY:**

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| C. J. Nogar | Staff Counsel | $280.00 | 1.40 | $392.00 |
| | | | **1.40** | **$392.00** |
| **TIMEKEEPER SUMMARY TOTALS** | | | **1.40** | **$392.00** |

TOTAL FEES                                                          $392.00

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00312

Invoice Date: December 19, 2013
Invoice No.:  1045078
Page:  2

## TOTAL BALANCE DUE                                                                    $392.00

PLEASE REMIT PAYMENT TO:

| Via US Mail and Courier: | Via Wire Transfer: | Via EFT or ACH Trasfer: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045079

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                                    $58.50

| | |
|---|---|
| File Number: | 1000304.00317 |
| Re: | Perez, Paul Anthony v. GMAC Mortgage,  2013-08-EK2230 |

Your File Number:  2013-08-EK2230

| | **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/13 | E-mails re notice of voluntary non-suit of Rescap entities. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                        **$58.50**

**TIMEKEEPER SUMMARY:**

| | L210    Pleadings | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                             **0.10**    **$58.50**

TOTAL FEES                                                                            $58.50

**TOTAL BALANCE DUE**                                                                 **$58.50**

PLEASE REMIT PAYMENT TO:

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045080

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                    $480.00

File Number:       1000304.00318
Re:                Balusek v. GMAC Mortgage, LLC, 2013-08-ES8630

Your File Number:  2013-08-ES8630

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/24/13 | Review notice of bankruptcy; draft correspondence re same. | ARW | 0.60 | 160.80 |
| 11/05/13 | Evaluate possible strategy for motion to dismiss in severed and stayed action against GMACM in light of Judge Sparks's order. | AEA | 0.40 | 212.80 |
| | | | 1.00 | $373.60 |

| | **L240 Dispositive Motions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/26/13 | Evaluate strategy for pursuing motion to dismiss in severed action against ResCap entities. | AEA | 0.20 | 106.40 |
| | | | 0.20 | $106.40 |

**TOTAL FEES**                                                    $480.00

### TIMEKEEPER SUMMARY:

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.40 | $212.80 |
| A. R. Watt | Associate | $268.00 | 0.60 | $160.80 |

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00318

Invoice Date: December 19, 2013
Invoice No.: 1045080
Page: 2

| | | | | | |
|---|---|---|---|---|---|
| **L120** | **Analysis/Strategy** | | | | |
| | | | | 1.00 | $373.60 |
| **L240** | **Dispositive Motion** | | | | |
| | A. E. Anthony | Partner | $532.00 | 0.20 | $106.40 |
| | | | | 0.20 | $106.40 |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **1.20** | **$480.00** |

| | |
|---|---|
| TOTAL FEES | $480.00 |
| **TOTAL BALANCE DUE** | **$480.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045082

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                              $159.60

File Number:        1000304.00321
Re:                 Scott, Leo v. GMAC Mortgage, 2013-10-ED5538

Your File Number:  2013-10-ED5538

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/13 | Research bankruptcy assignment in light of Court's prior order, and review court standing order regarding adversary proceedings in consideration of next steps. | AEA | 0.30 | 159.60 |
| | | | 0.30 | $159.60 |

**TOTAL FEES**                                                                 **$159.60**

**TIMEKEEPER SUMMARY:**

L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.30 | $159.60 |
| | | | 0.30 | $159.60 |

**TIMEKEEPER SUMMARY TOTALS**                                      **0.30**   **$159.60**

TOTAL FEES                                                                      $159.60

**TOTAL BALANCE DUE**                                                          **$159.60**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

December 19, 2013
Invoice No.: 1045083

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through November 30, 2013                          $1,658.60

| File Number: | 1000304.00323 |
| Re: | Roberson, Allen v. Residential Funding Company |
| | 2013-11-EE2225 |

Your File Number: 2013-11-EE2225

**L120 Analysis/Strategy**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/05/13 | Evaluate possible NOB issues, and removal considerations in connection with review of original petition. | AEA | 0.70 | 372.40 |
| 11/05/13 | E-mails re new matter and strategy for same. | TJC | 0.20 | 117.00 |
| 11/05/13 | Review pleading and calendar answer date. | ARW | 0.20 | 53.60 |
| 11/25/13 | Evaluate plaintiff's counsel's request for severance and strategy for dismissing GMAC. | AEA | 0.20 | 106.40 |
| 11/25/13 | Emails re plaintiff's request for our consent to severance of GMACM from the case. | TJC | 0.10 | 58.50 |
| 11/25/13 | Draft correspondence to opposing counsel and to Don Booth regarding co-defendant's motion to sever. | ARW | 0.10 | 26.80 |
| | | | **1.50** | **$734.70** |

**L210 Pleadings**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/11/13 | E-mails re draft notice of bankruptcy and proposed revisions to same. | TJC | 0.20 | 117.00 |
| 11/11/13 | Evaluate strategy issues regarding quiet title and related claim following review draft of notice of bankruptcy. | AEA | 0.50 | 266.00 |
| 11/19/13 | Emails re filing of notice of bankruptcy. | TJC | 0.10 | 58.50 |
| | | | **0.80** | **$441.50** |

---

GMAC Mortgage, LLC
File No.:  1000304.00323

Invoice Date: December 19, 2013
Invoice No.:  1045083
Page:  2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L240 Dispositive Motions** | | | | |
| 11/18/13 | Revise notice of bankruptcy for filing. | ARW | 0.20 | 53.60 |
| | | | **0.20** | **$53.60** |
| **L430 Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 11/08/13 | Draft notice of bankruptcy (.6); review pleadings, documents, and docket in connection with notice of bankruptcy (.5). | ARW | 1.10 | 294.80 |
| 11/11/13 | Revise notice of bankruptcy and correspondence in connection with notice of bankruptcy. | ARW | 0.40 | 107.20 |
| | | | **1.50** | **$402.00** |
| **P280 Other** | | ATTY | HOURS | VALUE |
| 11/19/13 | Draft correspondence regarding notice of bankruptcy. | ARW | 0.10 | 26.80 |
| | | | **0.10** | **$26.80** |

## TOTAL FEES                                                                        $1,658.60

## TIMEKEEPER SUMMARY:

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.90 | $478.80 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| A. R. Watt | Associate | $268.00 | 0.30 | $80.40 |
| | | | **1.50** | **$734.70** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.50 | $266.00 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.80** | **$441.50** |

### L240    Dispositive Motion

| | | | | |
|---|---|---|---|---|
| A. R. Watt | Associate | $268.00 | 0.20 | $53.60 |
| | | | **0.20** | **$53.60** |

GMAC Mortgage, LLC
File No.: 1000304.00323

Invoice Date: December 19, 2013
Invoice No.: 1045083
Page: 3

**L430    Written Motions/Su**

| | | | | |
|---|---|---|---|---|
| A. R. Watt | Associate | $268.00 | 1.50 | $402.00 |
| | | | **1.50** | **$402.00** |

**P280    Other**

| | | | | |
|---|---|---|---|---|
| A. R. Watt | Associate | $268.00 | 0.10 | $26.80 |
| | | | **0.10** | **$26.80** |

**TIMEKEEPER SUMMARY TOTALS**                                    **4.10**    **$1,658.60**

TOTAL FEES                                                      $1,658.60

**TOTAL BALANCE DUE**                                            **$1,658.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**          **Via Wire Transfer:**              **Via EFT or ACH Trasfer:**
Locke Lord LLP                    JPMorgan Chase                   JP Morgan Chase
111 South Wacker Drive            712 Miain Street                 712 Main Street
Chicago, IL  60606-4410           Houston, Texas 77002             Houston, Texas 77002
                                  Acct Name:  Locke Lord  LLP IOLTA IL   Acct Name:  Locke Lord LLP
                                  Acct #:  403187896    ABA # 021000021  Acct #:  403187896
                                  International Wires Only:  Swift Code - CHASUS33   ABA #:111000614
                                  Locke Lord Contact:
                                  Helen Ruffolo  1.312.528.9511
                                  Email:  hruffolo@lockeord.com

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.