

# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048881

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    <u>$643.50</u>

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/10/13 | Review and analysis of US Trustee's objection to Fourth Interim Fee Petition and e-mails re resolving issues pertaining to redactions (.7) (NO CHARGE) | TJC | 0.70 | 409.50 |
| 12/10/13 | Review of transcript from previous hearing on fee petitions (.5). | TJC | 0.50 | 292.50 |
| 12/16/13 | E-mails to and from counsel for the Debtor regarding Locke Lord's Fourth Interim Fee Petition and efforts to resolve UST's objections (NO CHARGE). | TJC | 0.40 | 234.00 |
| 12/16/13 | E-mails re Trustee's agreement to proposed resolution of objection and filing of notice of resolution (NO CHARGE). | TJC | 0.20 | 117.00 |
| | | | 1.80 | $1,053.00 |

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/09/13 | Review trustee's objection to fee application and follow-up re: same. (NO CHARGE) | JMG | 0.30 | 137.40 |
| 12/09/13 | Review of UST's objection to the Fourth Interim Fee Petition and e-mails re same. (NO CHARGE) | TJC | 0.40 | 234.00 |
| 12/10/13 | Research possible response to Trustee's objection to Fourth Interim Fee Application; confer with T. Cunningham re same. (NO CHARGE) | BAR | 3.90 | 1,029.60 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: January 21, 2014
Invoice No.: 1048881
Page: 2

| | **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/13 | Work on supplying unredacted invoices to Court in compliance with U.S. Trustee Objection to Fourth Interim Fee Application; draft cover letter to court re same. (NO CHARGE) | BAR | 1.80 | 475.20 |
| 12/13/13 | Confer with T. Cunningham re objection to fourth interim fee application; draft proposed notice of resolution to objection. (NO CHARGE) | BAR | 1.80 | 475.20 |
| 12/13/13 | E-mails to and from Eric Small at the UST's office regarding proposal for resolution of UST's objection to Fourth Interim Fee Petition (.3) (NO CHARGE) | TJC | 0.30 | 175.50 |
| 12/13/13 | Emails to and from Brian Raynor re preparation and filing of statement of resolution of UST's objection (.2) (NO CHARGE) | TJC | 0.20 | 117.00 |
| 12/13/13 | E-mails from and to Lorenzo Marinuzzi re need for quick approval of draft order next week in order to get fees approved on Tuesday paid by the end of the year (.2). | TJC | 0.20 | 117.00 |
| 12/14/13 | Preparation of statement of resolution of UST objection to Fourth Interim Fee Petition (NO CHARGE). | TJC | 0.30 | 175.50 |
| 12/14/13 | E-mails to and from Eric Small at UST regarding proposed statement of resolution of UST objection (NO CHARGE). | TJC | 0.20 | 117.00 |
| 12/14/13 | E-mails to and from Brian Raynor re review of replies of other firms in support of their interim fee petitions and possibility of filing a reply this weekend or on Monday (NO CHARGE) | TJC | 0.20 | 117.00 |
| 12/14/13 | Analyze responses to Trustee objection to fourth interim fee applications; emails with T. Cunningham re same. (NO CHARGE) | BAR | 2.10 | 554.40 |
| 12/15/13 | Draft response to Trustee objection to Fourth Interim Fee Application. (NO CHARGE) | BAR | 4.40 | 1,161.60 |
| 12/15/13 | Preparation of response to US Trustee's objection to Locke Lord's Fourth Amended Fee Petition and e-mails re same. (NO CHARGE) | TJC | 0.30 | 175.50 |
| 12/16/13 | Preparation of response to UST's objections to Locke Lord's Fourth Interim Fee Petition and e-mails re same (NO CHARGE). | TJC | 0.50 | 292.50 |
| 12/16/13 | Emails with T. Cunningham re status of Trustee objection; edit notice of resolution; email to Debtors' counsel re resolution of objection. (NO CHARGE) | BAR | 0.80 | 211.20 |
| | | | **17.70** | **$5,565.60** |

| | **L230 Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/16/13 | Review of proposed agenda for tomorrow's hearing and preparation for same. | TJC | 0.40 | 234.00 |
| 12/16/13 | Travel to New York for hearing on Locke Lord's Fourth Interim Fee Petition (NO CHARGE). | TJC | 5.00 | 2,925.00 |
| | | | **5.40** | **$3,159.00** |

| | | |
|---|---|---|
| **Less NO CHARGE entries** | | **($9,134.10)** |
| **TOTAL ADJUSTED FEES** | | **$643.50** |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: January 21, 2014
Invoice No.:  1048881
Page:  3

## TIMEKEEPER SUMMARY:

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.80 | $1,053.00 |
| | | | **1.80** | **$1,053.00** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 2.60 | $1,521.00 |
| B. A. Raynor | Associate | $264.00 | 14.80 | $3,907.20 |
| | | | **17.70** | **$5,565.60** |

**L230    Court Mandated Con**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 5.40 | $3,159.00 |
| | | | **5.40** | **$3,159.00** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **24.90** | **$9,777.60** |
| TOTAL FEES | | $9,777.60 |
| Less NO CHARGE entries | | ($9,134.10) |
| TOTAL ADJUSTED FEES | | $643.50 |
| **TOTAL BALANCE DUE** | | **$643.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Maain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Maain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048882

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    $264.00

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | E-mail re completion of Nora litigation. | TJC | 0.10 | 58.50 |
| 12/04/13 | E-mails re draft letter to Judy Faber re completion of matter. | TJC | 0.20 | 117.00 |
| | | | **0.30** | **$175.50** |

| | **L190 Other Case Assessment** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/13 | Prepare letter notifying Judge Faber of dismissal of adversary action. | JCW | 0.30 | 88.50 |
| | | | **0.30** | **$88.50** |

**TOTAL FEES**                                                    **$264.00**

## TIMEKEEPER SUMMARY:

| L120   Analysis/Strategy | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: January 21, 2014
Invoice No.:  1048882
Page: 2

### L190    Other Case Assessm

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | $88.50 |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **0.60** | **$264.00** |

| | |
|---|---|
| TOTAL FEES | $264.00 |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

January 21, 2014
Invoice No.: 1048883

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    $1,328.20

File Number:        1000304.00178
Re:                 Smith, Tiffany v. Homecomings Financial, #711686

Your File Number: 711686

**L120 Analysis/Strategy**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/13 | E-mails to/from ResCap bankruptcy counsel, W. Thompson and plaintiffs' counsel re: fully executed settlement agreement and bankruptcy court approval. | JMG | 0.20 | 91.60 |
| | | | 0.20 | **$91.60** |

**L160 Settlement/Non-binding ADR**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | E-mails to/from B. Thompson and D. Booth following up re: settlement agreement. | JMG | 0.20 | 91.60 |
| 12/03/13 | Review status of exhibits to amended settlement agreement and e-mail to Plaintiffs' counsel re: same and approval of final revisions. | JMG | 0.20 | 91.60 |
| 12/03/13 | Emails from B. Thompson. | JMG | 0.10 | 45.80 |
| 12/05/13 | Emails to/from C. Shetty re same. | JMG | 0.10 | 45.80 |
| 12/05/13 | Review and revise exhibits to amended settlement agreement - preliminary approval order, short form and long form notice, and final approval order. | JMG | 0.40 | 183.20 |
| 12/06/13 | Review updated drafts of preliminary approval order, short form and long form notice, and final approval order. | JMG | 0.40 | 183.20 |
| 12/09/13 | E-mails re: approval procedures and revisions to PI and FA order and notices. | JMG | 0.30 | 137.40 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: January 21, 2014
Invoice No.: 1048883
Page: 2

| L160 Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/13 | E-mails from/to J. Wishnew (MoFo) and plaintiffs' counsel re: motion for relief in bankruptcy proceeding. | JMG | 0.20 | 91.60 |
| 12/11/13 | E-mails circulating execution copy of Amended Settlement Agreement. | JMG | 0.20 | 91.60 |
| 12/12/13 | Various e-mails re: execution of settlement agreement and timing of application for bankruptcy court approval. | JMG | 0.20 | 91.60 |
| 12/16/13 | E-mails from/to W. Thompson et al coordinating wire transfer to fund settlement. | JMG | 0.20 | 91.60 |
| 12/16/13 | E-mails from/to bankruptcy counsel re: motion to approve settlement in bankruptcy court. | JMG | 0.20 | 91.60 |
| | | | 2.70 | $1,236.60 |

**TOTAL FEES**                                                                                       $1,328.20

### TIMEKEEPER SUMMARY:

| L120 | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.20 | $91.60 |
| | | | | 0.20 | $91.60 |
| L160 | Settlement/Non-bin | | | | |
| J. M. Goodin | | Partner | $458.00 | 2.70 | $1,236.60 |
| | | | | 2.70 | $1,236.60 |

**TIMEKEEPER SUMMARY TOTALS**                                              2.90    $1,328.20

TOTAL FEES                                                                                          $1,328.20

**TOTAL BALANCE DUE**                                                                      $1,328.20

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 21, 2014
Invoice No.: 1048884

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                          **$3,890.20**

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:   703565

| | **L160 Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/02/13 | E-mails to/from B. Thompson and D. Booth following up re: settlement agreement. | JMG | 0.20 | 91.60 |
| 12/03/13 | Review status of exhibits to amended settlement agreement and e-mail to Plaintiffs' counsel re: same and approval of final revisions. | JMG | 0.20 | 91.60 |
| 12/03/13 | Email from B. Thompson. | JMG | 0.10 | 45.80 |
| 12/04/13 | Draft and revise amended settlement agreement, long form class notice, final approval order, and revise short form notice, opt-out notice, and preliminary approval order. | CGS | 6.30 | 1,606.50 |
| 12/05/13 | Revise amended settlement agreement and exhibits to reflect impact of bankruptcy filing. | CGS | 1.70 | 433.50 |
| 12/05/13 | Review and revise exhibits to amended settlement agreement - preliminary approval order, short form and long form notice, and final approval order. | JMG | 0.40 | 183.20 |
| 12/05/13 | Emails to/from C. Shetty re same. | JMG | 0.10 | 45.80 |
| 12/06/13 | Review updated drafts of preliminary approval order, short form and long form notice, and final approval order. | JMG | 0.40 | 183.20 |
| 12/09/13 | E-mails re: approval procedures and revisions to PI and FA order and notices. | JMG | 0.30 | 137.40 |
| 12/09/13 | Make final revisions to amended settlement agreement exhibits. | CGS | 0.90 | 229.50 |
| 12/11/13 | E-mails re execution of settlement agreement. | TJC | 0.10 | 58.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: January 21, 2014
Invoice No.: 1048884
Page: 2

| | L160 Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/11/13 | E-mails circulating execution copy of Amended Settlement Agreement. | JMG | 0.20 | 91.60 |
| 12/11/13 | E-mails from/to J. Wishnew (MoFo) and plaintiffs' counsel re: motion for relief in bankruptcy proceeding. | JMG | 0.20 | 91.60 |
| 12/12/13 | Various e-mails re: execution of settlement agreement and timing of application for bankruptcy court approval. | JMG | 0.20 | 91.60 |
| 12/13/13 | Emails to/from ResCap bankruptcy counsel, W. Thompson and plaintiffs' counsel re fully executed settlement agreement and bankruptcy court approval. | JMG | 0.20 | 91.60 |
| 12/13/13 | E-mails re execution of settlement agreement. | TJC | 0.10 | 58.50 |
| 12/15/13 | Emails re execution and delivery to settlement check. | TJC | 0.20 | 117.00 |
| 12/16/13 | E-mails re inbound wire transfer of settlement proceeds and handling same. | TJC | 0.10 | 58.50 |
| 12/16/13 | E-mails from/to W. Thompson et al coordinating wire transfer to fund settlement. | JMG | 0.20 | 91.60 |
| 12/16/13 | E-mails from/to bankruptcy counsel re: motion to approve settlement in bankruptcy court. | JMG | 0.20 | 91.60 |
| | | | **12.30** | **$3,890.20** |

**TOTAL FEES** $3,890.20

**TIMEKEEPER SUMMARY:**

L160    Settlement/Non-bin

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.90 | $1,328.20 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| C. G. Shetty | Associate | $255.00 | 8.90 | $2,269.50 |
| | | | **12.30** | **$3,890.20** |

**TIMEKEEPER SUMMARY TOTALS** **12.30** **$3,890.20**

**TOTAL FEES** $3,890.20

**TOTAL BALANCE DUE** **$3,890.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048885

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                    $391.80

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | L160 Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | Review and analysis of bankruptcy filings, declarations, and orders addressing settlement of claims by NCUA. | JMG | 0.50 | 229.00 |
| 12/02/13 | E-mail to W. Thompson and D. Booth re: same. | JMG | 0.10 | 45.80 |
| 12/02/13 | Review of settlement agreement recently approved by bankruptcy court re Rescap's individual settlement of the NCUAB litigation. | TJC | 0.10 | 58.50 |
| 12/02/13 | Conference with Matt Goodin re discontinuing monitoring of litigation in light of settlement and closing matters and follow up e-mail re same. | TJC | 0.10 | 58.50 |
| | | | 0.80 | $391.80 |

**TOTAL FEES**                                                                          $391.80

### TIMEKEEPER SUMMARY:

| L160 | Settlement/Non-bin | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | | Partner | $585.00 | 0.20 | $117.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00195

Invoice Date: January 21, 2014
Invoice No.:  1048885
Page: 2

L160    Settlement/Non-bin

0.80    $391.80

**TIMEKEEPER SUMMARY TOTALS**              0.80    $391.80

TOTAL FEES                                          $391.80

**TOTAL BALANCE DUE**                           **$391.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048886

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013 <u>$391.80</u>

| | |
|---|---|
| File Number: | 1000304.00196 |
| Re: | NCUA v. GMAC Mortgage (Kansas), #714943 |

Your File Number: 714943

| | **L160 Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/02/13 | Review and analysis of bankruptcy filings, declarations, and orders addressing settlement of claims by NCUA. | JMG | 0.50 | 229.00 |
| 12/02/13 | Review of settlement agreement recently approved by bankruptcy court re Rescap's individual settlement of the NCUAB litigation. | TJC | 0.10 | 58.50 |
| 12/02/13 | Conference with Matt Goodin re discontinuing monitoring of litigation in light of settlement and closing matters and e-mails re same. | TJC | 0.10 | 58.50 |
| | | | 0.70 | $346.00 |

| | **L190 Other Case Assessment** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/02/13 | E-mail to W. Thompson and D. Booth re: same. | JMG | 0.10 | 45.80 |
| | | | 0.10 | $45.80 |

**TOTAL FEES** $391.80

<u>**TIMEKEEPER SUMMARY:**</u>

L160    Settlement/Non-bin

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: January 21, 2014
Invoice No.: 1048886
Page: 2

**L160    Settlement/Non-bin**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.70** | **$346.00** |

**L190    Other Case Assessm**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| | | | **0.10** | **$45.80** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **0.80** | **$391.80** |
| TOTAL FEES | | $391.80 |
| **TOTAL BALANCE DUE** | | **$391.80** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048887

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                              <u>$1,223.50</u>

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/13 | E-mails between and among joint defense counsel re preparation of case management statement for upcoming case management conference. | TJC | 0.10 | 58.50 |
| 12/05/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 12/05/13 | E-mails between and among joint defense counsel re this afternoon's call with Plaintiff's counsel to discuss case management and proposed schedule. | TJC | 0.10 | 58.50 |
| 12/06/13 | E-mails between and among joint defense counsel re conference call to discuss case management. | TJC | 0.10 | 58.50 |
| 12/09/13 | E-mails between and among joint defense counsel re proposal for case management conference and case management statement. | TJC | 0.20 | 117.00 |
| 12/09/13 | Monitor and review joint defense e-mails re: discovery. | JMG | 0.20 | 91.60 |
| 12/10/13 | Monitor and review joint defense correspondence re: scheduling and bellweather trial strategy. | JMG | 0.30 | 137.40 |
| 12/10/13 | E-mails between and among joint defense counsel re case management proposal. | TJC | 0.40 | 234.00 |
| 12/11/13 | E-mails re draft proposed case management statement (.1); E-mails between and among joint defense counsel re CoreLogic responses and objections to Defendants' merits subpoena; Review of ECF notice received today (.1). | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: January 21, 2014
Invoice No.:  1048887
Page:  2

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/13 | E-mails between and among joint defense counsel re call to discuss strategy. | TJC | 0.30 | 175.50 |
| | | | **2.00** | **$1,106.50** |

| **L210 Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/10/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 12/16/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                                                       **$1,223.50**

**TIMEKEEPER SUMMARY:**

**L120    Analysis/Strategy**

| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | **2.00** | **$1,106.50** |

**L210    Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **2.20**    **$1,223.50**

TOTAL FEES                                                                                    $1,223.50

**TOTAL BALANCE DUE**                                                             **$1,223.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048888

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013

$351.00

File Number:        1000304.00219
Re:                 FHLB Boston v. Residential, #713113

Your File Number:  713113

| L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/14/13  E-mails between and among joint defense counsel re responses to complaint. | TJC | 0.10 | 58.50 |
| | | 0.10 | $58.50 |

| L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/10/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 12/11/13  E-mails between and among joint defense counsel re proposed answer to complaint. | TJC | 0.10 | 58.50 |
| 12/16/13  Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | 0.30 | $175.50 |

| P500 Negotiation/Revision/Responses | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/13/13  E-mails between and among joint defense counsel re proposed responses to complaint. | TJC | 0.20 | 117.00 |
| | | 0.20 | $117.00 |

| **TOTAL FEES** | | | **$351.00** |

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: January 21, 2014
Invoice No.: 1048888
Page: 2

## TIMEKEEPER SUMMARY:

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

### P500    Negotiation/Revisi

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                **0.60    $351.00**

TOTAL FEES                                                                    $351.00

**TOTAL BALANCE DUE**                                                **$351.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048889

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                      $137.40

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L250 Other Written Motions/Submissio** | | | | |
| 12/05/13 | Review ECF notice of filing activity. | JMG | 0.10 | 45.80 |
| 12/06/13 | Review ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                       **$137.40**

**TIMEKEEPER SUMMARY:**

**L250    Other Written Moti**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | 0.30 | $137.40 |

**TIMEKEEPER SUMMARY TOTALS**                              **0.30**    **$137.40**

TOTAL FEES                                                              $137.40

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: January 21, 2014
Invoice No.:  1048889
Page:  2

## TOTAL BALANCE DUE                                                        **$137.40**

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail and Courier:</u>**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**<u>Via Wire Transfer:</u>**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**<u>Via EFT or ACH Trasfer:</u>**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048890

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                   $58.50

File Number:          1000304.00230
Re:                   Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | L510 Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/16/13 | E-mails between and among joint defense counsel re status of notice of appeal. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                                    **$58.50**

**TIMEKEEPER SUMMARY:**

L510    Appellate Motions/

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                           **0.10**   **$58.50**

TOTAL FEES                                                                         $58.50

**TOTAL BALANCE DUE**                                                             **$58.50**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

January 21, 2014
Invoice No.: 1048891

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                              $950.40

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| L250 Other Written Motions/Submissio | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/08/13 | Draft objections to California Litigation Claimants' amended claims. | RJM | 1.80 | 950.40 |
| | | | 1.80 | **$950.40** |

**TOTAL FEES**                                                              **$950.40**

**TIMEKEEPER SUMMARY:**

**L250    Other Written Moti**

| R. J. McClendon | Senior Counsel | $528.00 | 1.80 | $950.40 |
|---|---|---|---|---|
| | | | 1.80 | **$950.40** |

**TIMEKEEPER SUMMARY TOTALS**                                   **1.80**    **$950.40**

TOTAL FEES                                                                  $950.40

**TOTAL BALANCE DUE**                                                       **$950.40**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

January 21, 2014
Invoice No.: 1048892

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013          $5,144.93

File Number:        1000304.00267
Re:                 GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/09/13 | Review of current status and strategy. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

| | L330 Depositions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | Review preparation for Patrick Lerch deposition. | PRP | 0.30 | 145.20 |
| 12/02/13 | Finalize preparations for upcoming deposition of P. Lerch, including conferring with parties involved and preparing documents to use during preparation session. | RMH | 0.50 | 147.50 |
| 12/03/13 | Prepare for meeting with P. Lerch with focus on reviewing relevant materials and considering issues that need clarification and explanation (1.6); participate in deposition preparation with P. Lerch (5.4). | RMH | 7.00 | 2,065.00 |
| 12/04/13 | Prepare for deposition of P. Lerch (.9); attend and participate in deposition of P. Lerch (2.6); consider issues raised by opposing counsel at deposition and consider how those issues may affect summary judgment briefing (.4). | RMH | 3.90 | 1,150.50 |
| 12/05/13 | Draft update to L. Delehey and K. Priore regarding Lerch deposition. | RMH | 0.30 | 88.50 |
| 12/10/13 | Confer with opposing counsel, clients and Mark Fields regarding Koenig & Strey's decision to cancel the Fields deposition. | RMH | 0.30 | 88.50 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: January 21, 2014
Invoice No.: 1048892
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L330 Depositions** | | | | |
| | | | 12.30 | $3,685.20 |

**TOTAL FEES** $3,860.70

**TIMEKEEPER SUMMARY:**

**L120   Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | **$175.50** |

**L330   Depositions**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| R.M. Holz | Associate | $295.00 | 12.00 | $3,540.00 |
| | | | 12.30 | **$3,685.20** |

**TIMEKEEPER SUMMARY TOTALS** 12.60 **$3,860.70**

| **EXPENSES** | **VALUE** |
|---|---|
| Travel expenses of Ryan Holz to and from Philadelphia for deposition of P. Lerch | 1,284.23 |
| **TOTAL EXPENSES** | **$1,284.23** |

| | |
|---|---|
| TOTAL FEES | $3,860.70 |
| TOTAL EXPENSES | $1,284.23 |
| TOTAL FEES AND EXPENSES | $5,144.93 |
| **TOTAL BALANCE DUE** | **$5,144.93** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

January 21, 2014
Invoice No.: 1048893

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                              $580.80

| | |
|---|---|
| File Number: | 1000304.00290 |
| Re: | Singh, James v. ETS Services LLC, 735143 |

Your File Number: 735143

| | L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/13 | Correspondence with ETS bankruptcy attorney J. Whisnew re status of BK for report to Ninth Circuit. | RJM | 0.20 | 105.60 |
| 12/06/13 | Correspondence with D. Harris re effect of bankruptcy plan approval on pending litigation against ETS. | RJM | 0.20 | 105.60 |
| | | | 0.40 | $211.20 |

| | L210 Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/13 | Begin drafting status report regarding ETS bankruptcy requested by Ninth Circuit. | RJM | 0.30 | 158.40 |
| 12/06/13 | Further drafting of status report re ETS bankruptcy to Ninth Circuit. | RJM | 0.40 | 211.20 |
| | | | 0.70 | $369.60 |

**TOTAL FEES**                                                              $580.80

**TIMEKEEPER SUMMARY:**

L110    Fact Investigation

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00290

Invoice Date: January 21, 2014
Invoice No.: 1048893
Page: 2

**L110    Fact Investigation**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | **0.40** | **$211.20** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.70 | $369.60 |
| | | | **0.70** | **$369.60** |

**TIMEKEEPER SUMMARY TOTALS**                                         **1.10**    **$580.80**

TOTAL FEES                                                                              $580.80

**TOTAL BALANCE DUE**                                                       **$580.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

January 21, 2014
Invoice No.: 1048894

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    $1,281.50

| | File Number: | 1000304.00303 |
| | Re: | 6046 N Monitor (Lapalio-Lakin), 737737 |

Your File Number: 737737

| | L240 Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/13 | Draft motion to dismiss complaint. | CGS | 1.40 | 357.00 |
| 12/11/13 | Draft and revise motion to dismiss complaint. | CGS | 1.20 | 306.00 |
| 12/12/13 | Revise motion to dismiss and draft supporting affidavit. | CGS | 1.50 | 382.50 |
| | | | 4.10 | $1,045.50 |

| | L250 Other Written Motions/Submissio | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/13 | Develop strategy for motion to dismiss. | JCW | 0.20 | 59.00 |
| 12/16/13 | Revise draft motion to dismiss and accompanying affidavit. | JCW | 0.60 | 177.00 |
| | | | 0.80 | $236.00 |

**TOTAL FEES**                                                     **$1,281.50**

**TIMEKEEPER SUMMARY:**

    **L240   Dispositive Motion**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00303

Invoice Date: January 21, 2014
Invoice No.: 1048894
Page: 2

| L240 | Dispositive Motion | | | | |
|---|---|---|---|---|---|
| C. G. Shetty | | Associate | $255.00 | 4.10 | $1,045.50 |
| | | | | **4.10** | **$1,045.50** |
| L250 | Other Written Moti | | | | |
| J.C. Webb | | Associate | $295.00 | 0.80 | $236.00 |
| | | | | **0.80** | **$236.00** |

| **TIMEKEEPER SUMMARY TOTALS** | **4.90** | **$1,281.50** |
|---|---|---|

| TOTAL FEES | | $1,281.50 |
|---|---|---|

| **TOTAL BALANCE DUE** | | **$1,281.50** |
|---|---|---|

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048895

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                $367.90

File Number:        1000304.00306
Re:                 Nobles, Hunt v. GMAC Mortgage, LLC, 2013-05-EP8431

Your File Number:  2013-05-EP8431

| | **L120 Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/10/13 | Work on case strategy. | JLS | 0.10 | 37.40 |
| 12/11/13 | Work on case strategy. | JLS | 0.10 | 37.40 |
| 12/11/13 | Review findings, conclusions, and recommendation of magistrate judge (.2); e-mail Client regarding same (.1). | MDC | 0.30 | 58.80 |
| 12/13/13 | Review of order approving magistrate judge's report and recommendation. | TJC | 0.20 | 117.00 |
| | | | **0.70** | **$250.60** |

| | **L210 Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 12/11/13 | E-mail re magistrate judge's report and recommendation regarding dismissal of GMACM. | TJC | 0.10 | 58.50 |
| 12/13/13 | Review order adopting recommendations of magistrate judge (.2); e-mail Mr. Booth regarding same (.1). | MDC | 0.30 | 58.80 |
| | | | **0.40** | **$117.30** |

**TOTAL FEES**                                                                   **$367.90**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00306

Invoice Date: January 21, 2014
Invoice No.: 1048895
Page: 2

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.20 | $74.80 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| M. D. Cabrera | Associate | $196.00 | 0.30 | $58.80 |
| | | | **0.70** | **$250.60** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| M. D. Cabrera | Associate | $196.00 | 0.30 | $58.80 |
| | | | **0.40** | **$117.30** |

| | | |
|---|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **1.10** | **$367.90** |

| | |
|---|---|
| TOTAL FEES | $367.90 |

| | |
|---|---|
| **TOTAL BALANCE DUE** | **$367.90** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

January 21, 2014
Invoice No.: 1048896

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                          $382.50

File Number:      1000304.00312
Re:               6541 S Parnell (Wilmington), 2013-05-EX6100

Your File Number: 2013-05-EX6100

| **L450 Trial and Hearing Attendance** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/16/13 | Attend hearing on motion for default judgment. | CGS | 1.50 | 382.50 |
| | | | **1.50** | **$382.50** |

**TOTAL FEES**                                                           **$382.50**

### TIMEKEEPER SUMMARY:

L450    Trial and Hearing

| C. G. Shetty | Associate | $255.00 | 1.50 | $382.50 |
|---|---|---|---|---|
| | | | **1.50** | **$382.50** |

**TIMEKEEPER SUMMARY TOTALS**                          **1.50**    **$382.50**

TOTAL FEES                                                        $382.50

**TOTAL BALANCE DUE**                                              **$382.50**

PLEASE REMIT PAYMENT TO:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048897

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                          <u>$383.00</u>

File Number:        1000304.00318
Re:                 Balusek v. GMAC Mortgage, LLC, 2013-08-ES8630

Your File Number:  2013-08-ES8630

| | **L120 Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | E-mails re status of case and nonsuit of GMACM. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | **L210 Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/13 | Review of order received today dismissing GMACM without prejudice. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | **L240 Dispositive Motions** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/02/13 | Coordinate status report to the client following review notice of dismissal in connection with severed action and evaluation of next steps. | AEA | 0.50 | 266.00 |
| | | | **0.50** | **$266.00** |

**TOTAL FEES**                                                                          **$383.00**

<u>TIMEKEEPER SUMMARY:</u>

GMAC Mortgage, LLC
File No.:  1000304.00318

Invoice Date: January 21, 2014
Invoice No.:  1048897
Page:  2

**L120    Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**L210    Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**L240    Dispositive Motion**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.50 | $266.00 |
| | | | **0.50** | **$266.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **0.70    $383.00**

TOTAL FEES                                                                              $383.00

**TOTAL BALANCE DUE**                                                        **$383.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048898

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                              $2,238.70

File Number:        1000304.00321
Re:                 Scott, Leo v. GMAC Mortgage, 2013-10-ED5538

Your File Number:  2013-10-ED5538

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **B110 Case Administration** | | | | |
| 12/10/13 | Follow-up consideration of strategy regarding scheduling order and possible strategy to dismiss ResCap entities, in anticipation of conference with plaintiff's counsel.. | AEA | 0.30 | 159.60 |
| | | | 0.30 | $159.60 |
| | | | | |
| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 12/05/13 | Formulate litigation strategy in light of adversary proceeding (.7); analyze court order regarding adversary proceeding (.1). | MKH | 0.80 | 186.40 |
| 12/05/13 | Conference with opposing counsel to explore various settlement alternatives. | MKH | 0.10 | 23.30 |
| 12/05/13 | Further consideration of motion to dismiss strategy, following review and calendaring of initial deadlines pursuant to court order. | AEA | 0.60 | 319.20 |
| 12/09/13 | Further consideration of strategy with regard to possible agreed scheduling order and motion to dismiss, and communication with plaintiffs' counsel to explore dismissal of case in light of bankruptcy referral. | AEA | 0.40 | 212.80 |
| 12/09/13 | Address issues related to proposed scheduling order and motion to dismiss in bankruptcy proceeding (.1); formulate litigation and settlement strategy (.1). | MKH | 0.20 | 46.60 |
| 12/10/13 | Conference with opposing counsel to meet conference requirements in Court's order; address related issues. | MKH | 0.10 | 23.30 |

GMAC Mortgage, LLC
File No.:  1000304.00321

Invoice Date: January 21, 2014
Invoice No.:  1048898
Page:  2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **L120 Analysis/Strategy** | | | | |
| 12/11/13 | Conference with opposing counsel to address issues related to motion to extend response deadline and enter scheduling order and address issues related to potential resolution. | MKH | 0.30 | 69.90 |
| 12/11/13 | Address issues related to motion to extend response deadline and enter scheduling order and address issues related to potential resolution. | MKH | 0.10 | 23.30 |
| 12/12/13 | Address issues related to motion to propose scheduling order and extend response deadline. | MKH | 0.10 | 23.30 |
| 12/13/13 | Address issues related to motion to extend response deadline, continue trial setting, and enter proposed order. | MKH | 0.10 | 23.30 |
| 12/16/13 | Address issues related to finalizing joint motion for continuance and entry of scheduling order (.1); address issues related to filing the same (.5). | MKH | 0.60 | 139.80 |
| 12/16/13 | Conference with opposing counsel regarding joint motion for continuance and to enter scheduling order. | MKH | 0.10 | 23.30 |
| | | | 3.50 | $1,114.50 |
| **L160 Settlement/Non-binding ADR** | | ATTY | HOURS | VALUE |
| 12/11/13 | Extended conference call with opposing counsel regarding scheduling order in bankruptcy case, and possibility of voluntary dismissal of ResCap entities. | AEA | 0.50 | 266.00 |
| | | | 0.50 | $266.00 |
| **L250 Other Written Motions/Submissio** | | ATTY | HOURS | VALUE |
| 12/16/13 | Review motion and proposed order in connection with continuance of trial date, and entry of scheduling order. | AEA | 0.70 | 372.40 |
| | | | 0.70 | $372.40 |
| **L430 Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 12/16/13 | Draft joint motion for continuance and to enter scheduling order and corresponding order. | MKH | 1.40 | 326.20 |
| | | | 1.40 | $326.20 |

## TOTAL FEES                                                                          $2,238.70

### TIMEKEEPER SUMMARY:

**B110    Case Administratio**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.30 | $159.60 |
| | | | 0.30 | $159.60 |

GMAC Mortgage, LLC
File No.:  1000304.00321

Invoice Date: January 21, 2014
Invoice No.:  1048898
Page:  3

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 1.00 | $532.00 |
| M. K. Hansen | Associate | $233.00 | 2.50 | $582.50 |
| | | | **3.50** | **$1,114.50** |

### L160    Settlement/Non-bin

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.50 | $266.00 |
| | | | **0.50** | **$266.00** |

### L250    Other Written Moti

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 0.70 | $372.40 |
| | | | **0.70** | **$372.40** |

### L430    Written Motions/Su

| | | | | |
|---|---|---|---|---|
| M. K. Hansen | Associate | $233.00 | 1.40 | $326.20 |
| | | | **1.40** | **$326.20** |

**TIMEKEEPER SUMMARY TOTALS**                                      **6.40**    **$2,238.70**

TOTAL FEES                                                                   $2,238.70

**TOTAL BALANCE DUE**                                                      **$2,238.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048899

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    $58.78

|  |  |
|---|---|
| File Number: | 1000304.00323 |
| Re: | Roberson, Allen v. Residential Funding Company, 2013-11-EE2225 |

Your File Number: 2013-11-EE2225

| L120 Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/04/13 | Review notice of hearing and draft correspondence regarding same. | ARW | 0.10 | 26.80 |
| | | | 0.10 | $26.80 |

**TOTAL FEES**                                                      $26.80

**TIMEKEEPER SUMMARY:**

| L120  Analysis/Strategy | | | | |
|---|---|---|---|---|
| A. R. Watt | Associate | $268.00 | 0.10 | $26.80 |
| | | | 0.10 | $26.80 |

**TIMEKEEPER SUMMARY TOTALS**                          0.10    $26.80

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Online Research Service | 31.98 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00323

Invoice Date: January 21, 2014
Invoice No.: 1048899
Page: 2

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | TOTAL EXPENSES | $31.98 |

| | | |
|------|----------|-------|
| **TOTAL FEES** | | $26.80 |
| **TOTAL EXPENSES** | | $31.98 |
| **TOTAL FEES AND EXPENSES** | | $58.78 |
| **TOTAL BALANCE DUE** | | **$58.78** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048900

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                                    $183.20

File Number:          1000304.00324
Re:                   Seidel, Robert and Marsha v. Residential Funding Company,
                      2013-12-EB2615

Your File Number:  2013-12-EB2615

| L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 12/04/13   Review pleadings and teleconference w/ D. Booth | JMG | 0.40 | 183.20 |
| | | 0.40 | **$183.20** |

**TOTAL FEES**                                                                      **$183.20**

**TIMEKEEPER SUMMARY:**

L110    Fact Investigation

| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
|---|---|---|---|---|
| | | | 0.40 | $183.20 |

**TIMEKEEPER SUMMARY TOTALS**                                         **0.40**    **$183.20**

TOTAL FEES                                                                           $183.20

**TOTAL BALANCE DUE**                                                               **$183.20**

---

Atlanta ⬧ Austin ⬧ Chicago ⬧ Dallas ⬧ Houston ⬧ London ⬧ Los Angeles ⬧ New Orleans ⬧ New York ⬧ Sacramento ⬧ San Francisco ⬧ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

January 21, 2014
Invoice No.: 1048901

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through December 16, 2013                    $1,282.40

File Number:        1000304.00325
Re:                 7025 S Winchester (Armstrong), 2013-11-ES9536

Your File Number:  2013-11-ES9536

| L110 Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/20/13 | Briefly review pleadings received from GMAC Mortgage to identify any immediate deadlines. | JCW | 0.20 | 59.00 |
| 11/21/13 | Initial investigation of status of property. | NO | 0.70 | 196.00 |
| 11/27/13 | Conduct search via the City of Chicago Vacant Buildings database to determine whether the subject property is registered as vacant, and to add this property to my watch list as needed to obtain electronic notifications from the city pertaining to the demolition case updates or 311 service requests for the property (.3); conduct search via the Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject owner/property (.2); conduct search via the Cook County Assessor to retrieve assessor data for the subject property (.1); conduct search via the Cook County Treasurer to retrieve property tax and payment information (.1); conduct search via the Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower (.1); conduct search via the City of Chicago's Department of Buildings to retrieve the Building Data Warehouse Report for the subject property (.1); conduct search via PACER to determine whether the subject borrower has filed for bankruptcy (.1); e-mail research findings to litigation team (.3). | TBT | 1.30 | 309.40 |
| | | | 2.20 | $564.40 |

| L120 Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 11/20/13 | E-mails with Nick O'Conner regarding initial case analysis. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00325

Invoice Date: January 21, 2014
Invoice No.: 1048901
Page: 2

| **L120 Analysis/Strategy** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/13 | Review of emails and related documents re new matter. | TJC | 0.40 | 234.00 |
| 11/25/13 | Analyze file and case status. | NO | 0.70 | 196.00 |
| 11/27/13 | Emails re research into property history and status. | TJC | 0.20 | 117.00 |
| 12/06/13 | Email correspondence with City of Chicago regarding status of property. | NO | 0.20 | 56.00 |
| | | | **1.70** | **$662.00** |

| **L210 Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/25/13 | Email correspondence with counsel for City of Chicago regarding rule to show cause. | NO | 0.20 | 56.00 |
| | | | **0.20** | **$56.00** |

**TOTAL FEES**                                                                 **$1,282.40**

## TIMEKEEPER SUMMARY:

### L110    Fact Investigation

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| N. O'Conner | Associate | $280.00 | 0.70 | $196.00 |
| T. B. Till | Paralegal | $238.00 | 1.30 | $309.40 |
| | | | **2.20** | **$564.40** |

### L120    Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| N. O'Conner | Associate | $280.00 | 0.90 | $252.00 |
| | | | **1.70** | **$662.00** |

### L210    Pleadings

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 0.20 | $56.00 |
| | | | **0.20** | **$56.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **4.10**    **$1,282.40**

GMAC Mortgage, LLC
File No.: 1000304.00325

Invoice Date: January 21, 2014
Invoice No.: 1048901
Page: 3

| | |
|---|---|
| TOTAL FEES | $1,282.40 |
| **TOTAL BALANCE DUE** | **$1,282.40** |

PLEASE REMIT PAYMENT TO:

**<u>Via US Mail and Courier:</u>**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**<u>Via Wire Transfer:</u>**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**<u>Via EFT or ACH Trasfer:</u>**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.