Richard M. Cieri
Ray C. Schrock
Noah J. Ornstein
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**RESPONSE OF ALLY FINANCIAL
INC. TO THE MOTION FOR ENTRY OF ORDER
APPROVING PROCEDURES FOR COMPLIANCE WITH DISCHARGE
ORDER REGARDING FEDERAL SUBPOENA SERVED ON THE EXAMINER**

**TO THE HONORABLE JUDGE GLENN,**
**UNITED STATES BANKRUPTCY JUDGE:**

Ally Financial Inc., together with its non-debtor subsidiaries and affiliates, including Ally Bank (collectively "***Ally***"), submits this brief response (this "***Response***") to the Examiner's *Motion For Entry of an Order Approving Procedures For Compliance With Discharge Order Regarding Federal Subpoena Served on the Examiner* [ECF No. 6525] (the "***Motion***").[1] In support of this Response, Ally respectfully states as follows:

---

[1] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion.

**Response**

Ally does not object to the procedures detailed in the Proposed Order for the sharing of the "transcripts and recordings of the witness interviews" identified on pages II-10-11 of the Examiner's Report with the USAO-CDCA. Ally was apprised of the Subpoena only upon the filing of this motion and shortly thereafter informed the Examiner it did not object to the procedures in the Proposed Order.

Ally does suggest and request that the Court add a decretal paragraph to the Order to ensure the production of the transcripts and recordings to the USAO-CDCA does not otherwise become an end-run around this Court's Discharge Order. Ally requests the addition of the following paragraph: "ORDERED that this production is authorized by the Court with the understandings (a) that the United States will use the Subpoenaed Materials for its investigation only and will not provide to any other party except in party-discovery under a protective order in civil litigation; and, (b) that, should the United States receive a subpoena or other process (a "*Third-Party Subpoena*") calling on it to make a production of any of the Subpoenaed Materials, the United States will (i) object on the basis of the Discharge Order and this Order; (ii) provide notice of the Third-Party Subpoena to the Examiner for routing to those Interviewees whose testimony the Third-Party Subpoena seeks; and, (iii) not produce materials sought by the Third-Party Subpoena for 30 days after giving such notice to the Examiner except as ordered by a court." This limited language provides the USAO-CDCA the requested materials while maintaining the policies and protections of the Discharge Order, as well as protecting both the USAO-CDCA and the Examiner from the burden of requests for the Subpoenaed Materials from other parties. As described in Paragraph 8 of the Motion, the requested language also safeguards

the expectation of confidentiality that many witnesses held when they voluntarily agreed to be interviewed by the Examiner.

[*Remainder of page intentionally left blank*]

WHEREFORE, Ally respectfully requests that the Court enter the Proposed Order, as modified to include the additional paragraph suggested by Ally, and for such other and related relief as the Court deems appropriate.

March, 3 2014
New York, New York

 _/s/ Ray C. Schrock_ _____
Richard M. Cieri
Ray C. Schrock
Noah Ornstein
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel to Ally Financial Inc.*