# EXHIBIT E

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Morrison Cohen LLP | March 3, 2014, ECF No. ____ | $4,212,750.50 | | $105,565.95 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |