L. Stephens Tilghman
Tilghman & Co., P.C.
P.O. Box 11250
(3415 Independence Drive, Suite 102)
Birmingham, Alabama 35202 (35209)
Telephone: (205) 414-1470
Facsimile: (205) 414-9394
stilghman@aol.com

**Hearing Date: T.B.D.**
**Objection Deadline: T.B.D.**

Noticing Agent for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :    Case No. 12-12020 (MG)
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Chapter 11
                                                             :
                              Debtors.                       :    Jointly Administered
------------------------------------------------------------ x

**COVERSHEET FOR FINAL FEE APPLICATION OF TILGHMAN & CO., P.C. AS
NOTICING AGENT TO DEBTOR IN CONNECTION WITH THE KESSLER
SETTLEMENT AGREEMENT, FOR ALLOWANCE OF COMPENSATION FOR THE
<u>PERIOD OF MAY 14, 2012 THROUGH DECEMBER 17, 2013</u>**

{00041456.DOCX . 2}

This is a(n):   ___ monthly        ___ interim        _X_ final application

| Name of Applicant: | | Tilghman & Co., P.C. ("**Applicant**") |
|---|---|---|
| Authorized to Provide Professional Services to: | | Residential Capital, LLC, et al. (collectively, the "**Debtors**") |
| Role in the Case: | | Noticing Agent to Debtors in Connection with Settlement Agreement stemming from class action litigation styled In re Community bank of Northern Virginia Mortgage Lending Practices Litigation, MDL 1674 in U.S. District Court for Western District of Pennsylvania |
| Date of Retention: | | Order entered on August 13, 2013 retaining Applicant nunc pro tunc to May 14, 2012 |
| Period for which Compensation is Sought: | | May 14, 2012 through December 17, 2013 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | | $11,507.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | | $29,046.14 |
| Total Compensation and Expenses Previously Requested: | | $0.00 |

## SUMMARY OF PREVIOUS MONTHLY APPLICATIONS
## FOR APPLICATION PERIOD:

**SUMMARY OF PREVIOUS INTERIM APPLICATIONS:**

L. Stephens Tilghman                                          **Hearing Date: T.B.D.**
Tilghman & Co., P.C.                                   **Objection Deadline: T.B.D.**
P.O. Box 11250
(3415 Independence Drive, Suite 102)
Birmingham, Alabama 35202 (35209)
Telephone: (205) 414-1470
Facsimile: (205) 414-9394
stilghman@aol.com


Noticing Agent for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**


--------------------------------------------------------------- x
In re                                            :          Case No. 12-12020 (MG)
                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                :          Chapter 11
                                                 :
                      Debtors.                   :          Jointly Administered
--------------------------------------------------------------- x

**FINAL FEE APPLICATION OF TILGHMAN & CO., P.C. AS**
**NOTICING AGENT TO DEBTOR IN CONNECTION WITH THE KESSLER**
**SETTLEMENT AGREEMENT, FOR ALLOWANCE OF COMPENSATION FOR THE**
**<u>PERIOD OF MAY 14, 2012 THROUGH DECEMBER 17, 2013</u>**

For its Final Application for compensation and reimbursement of expenses (the "**Application**") for the period May 14, 2012 through December 17, 2013 (the "**Application Period**"), Tilghman & Co., P.C. ("**Applicant**"), noticing agent for Residential Capital, LLC, et al., (collectively, the "**Debtors**") as it relates to the settlement agreement (the "**Settlement Agreement**") to resolve class action claims asserted against, inter alia, the Debtors in the multi-district litigation captioned as In re Community Bank of Northern Virginia Mortgage Lending Practices Litigation, MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688 and 05-1386 (the "**Class Action**"), pending in the United States District Court for the Western District of Pennsylvania (the "**District Court**"), respectfully represents as follows:

{00041456.DOCX . 2}                        1

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Application has been prepared in accordance with General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective as of January 29, 2013 (the "**Local Guidelines**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 effective January 30, 1996 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**"). Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

## BACKGROUND

### A. The Chapter 11 Cases and Applicant Retention

3.      On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases (the "**Chapter 11 Cases**").

4.      The Debtors are parties to the Class Action pending in the District Court and as a result of the Settlement Agreement reached therein, the Debtors and the Applicant are parties to

that certain Administration Agreement dated August 5, 2013 (the "**Administration Agreement**") whereby the Debtors sought to retain the Applicant as noticing agent to act on behalf of the Debtors to provide notice of the Settlement Agreement to class members and related administrative and ministerial services.

5.    On August 6, 2013, the Debtors submitted *Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Authorization to Employ and Retain Tilghman & Co., P.C. as Noticing Agent in Connection with the Kessler Settlement Agreement* and accompanying *Declaration of L. Stephens Tilghman in Support of Debtors' Application* [Docket No. 4525], which was approved by the Court pursuant to its *Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Employment and Retention of Tilghman & Co., P.C. as Debtors' Noticing Agent in Connection with the Kessler Settlement Agreement* (the "**Applicant Employment Order**") [Docket No. 4620] for submission of any fees and expenses incurred after the Petition Date.

6.    The Court entered its *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* dated December 11, 2013 [Docket No. 6065] with various dates resulting therefrom being reflected in the *Debtors' Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date* [Docket No. 6137] providing that professionals such as the Applicant shall submit any final fee applications allowed pursuant to the Applicant Employment Order on or before March 3, 2014.

**B. Applicant's Interim Compensation**

7.    The Applicant has not submitted any interim applications for fees and expenses incurred in Applicant's retention by the Debtors and services rendered by the Applicant in connection with the Class Action settled via the Settlement Agreement submitted in the District Court.

8.      Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors. These records are maintained in the ordinary course of Applicant's business. For the convenience of this Court and all parties in interest, attached hereto as <u>Exhibit B</u> is a billing summary for the Application Period, setting forth the name of each professional who rendered services during the Application Period, the aggregate time expended by each professional, the hourly billing rate for each professional at Applicant's current billing rates, and the individual amounts requested for each professional. Additionally, the Applicant has provided an aggregate blended hourly rate for the Application Period as well as for each month in which services were rendered by the Applicant during the Application Period.

9.      Further, a detailed account of fees incurred by the Applicant set forth by date, timekeeper, description of services rendered by date and time expended is attached hereto as <u>Exhibit C</u>.

10.     The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases.

11.     Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services. A summary of the amounts and categories of expenses for which reimbursements are sought is attached hereto as <u>Exhibit D</u>.

12.     There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

## <u>DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED</u>

13.     The Applicant's scope of services rendered for the Debtor has been narrowly and specifically focused as it relates to providing notice to members of the class identified in the Class Action as it relates to the Settlement Agreement.  Expenses incurred by the applicant are

directly related to said notice (i.e., postage, research of contact information, etc.) and the Applicant's fees and expenses do not expand beyond this narrow scope.[1]

14.     A summary of the fees and expenses incurred by the Applicant during the Application Period as set forth in the Applicant's internal computerized system is:

> **(a) Litigation Consulting / Notice to Class Members of Class Action and Settlement Agreement:**
>
> Fees:  **$11,507.50**          Expenses:   **$29,046.17**

15.     This category includes time spent by Applicant's professionals devoted to providing notice to parties identified in the Class Action pursuant to the Settlement Agreement as required by Debtors as set forth in the Administration Agreement between Debtors and Applicant. Said notice included expenses for research of proper addresses where necessary, engaging third parties for segregation and efficiency in postage, actual postage costs and printing.

## NO PRIOR REQUEST

16.     The Applicant has made no prior request for reimbursement of fees and expenses as it relates to the Class Action on behalf of the Debtors pursuant to the Application Employment Order.  This Final Fee Application is the sole request for reimbursement of fees and expenses by the Applicant for fees and expenses incurred from the Petition Date through the Effective Date.[2]

## CONCLUSION

17.     Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code

---

[1] The Applicant incurred fees and expenses, including but not limited to retention of the law firm of Walding, LLC in Birmingham, Alabama, in connection with preparation of the instant Final Fee Application; however, any cost of fees and expenses related thereto were incurred after the Effective Date and will be submitted to the Liquidating Trust as an ordinary expense thereof.

[2] The Applicant anticipates post-Effective Date requests for reimbursement of fees and expenses to be submitted to the Liquidating Trust and does anticipate further applications for fees and expenses related to its retention related to the Settlement Agreement entered in the Class Action.

section 330. Further, the expenses requested were actual and necessary to the performance of Applicant's services.

18.     Applicant therefore requests a final order (i) approving compensation in the amount of $11,507.50 and reimbursement of expenses in the amount of $29,046.14, and (ii) granting such other and further relief as may be just and proper.

Dated:  March 3, 2014

TILGHMAN & CO., P.C.

L. Stephens Tilghman
TILGMAN & CO., P.C.
P.O. Box 11250
(3415 Independence Drive, Suite 102)
Birmingham, Alabama 35202 (35209)
Telephone: (205) 414-1470
Facsimile: (205) 414-9394
stilghman@aol.com


Noticing Agent for Chapter 11 Debtor

As prepared by:

Brian R. Wading
WALDING, LLC
Attorneys at Law
505 20th Street North
Suite 620
Birmingham, Alabama 35203
Telephone: (205) 307-5050
Facsimile: (205) 307-5051
bwalding@waldinglaw.com

**<u>Final Fee Application Exhibit Index</u>**

Exhibit A       Certification
Exhibit B       Billing Summary
Exhibit C       Time Detail
Exhibit D       Expenses

## **EXHIBIT A**

**to the Final Fee
Application**

**Certification**

L. Stephens Tilghman                                            **Hearing Date: T.B.D.**
Tilghman & Co., P.C.                                    **Objection Deadline: T.B.D.**
P.O. Box 11250
(3415 Independence Drive, Suite 102)
Birmingham, Alabama 35202 (35209)
Telephone: (205) 414-1470
Facsimile: (205) 414-9394

Noticing Agent for Chapter 11 Debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                  :        Case No. 12-12020 (MG)
                                       :
RESIDENTIAL CAPITAL, LLC., et al.,     :        Chapter 11
                                       :
                    Debtors.           :        Jointly Administered
------------------------------------------------------------ x
```

**CERTIFICATION UNDER GUIDELINES FOR FES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF THE FINAL FEE APPLICATION OF TILGHMAN
& CO., P.C. AS NOTICING AGENT TO DEBTOR IN CONNECTION WITH THE
KESSLER SETTLEMENT AGREEMENT, FOR ALLOWANCE OF COMPENSATION
<u>FOR THE PERIOD OF MAY 14, 2012 THROUGH DECEMBER 17, 2013</u>**

I, L. Stephens Tilghman, hereby certify that:

      1.      I am the managing shareholder with the applicant firm, Tilghman & Co., P.C. (the

"**Firm**"), which serves as noticing agent for Residential Capital, LLC., et al., as debtors and

debtors in possession (collectively, the "**Debtors**") as it relates to the settlement agreement (the

"**Settlement Agreement**") to resolve class action claims asserted against, inter alia, the Debtors

in the multi-district litigation captioned as In re Community Bank of Northern Virginia Mortgage

Lending Practices Litigation, MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688 and 05-

1386 (the "**Class Action**"), pending in the United States District Court for the Western District

of Pennsylvania (the "**District Court**").

{00041456.DOCX . 2}

2.      This certification is made in respect of the Firm's compliance with General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective as of January 29, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 effective January 30, 1996 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**"), and the Order to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation Order**") [Docket No. 172], in accordance with the Guidelines.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

   a. I have read the Application;
   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;
   c. the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and
   d. in submitting any reimbursable services as expenses reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.      In respect of Section B.3 of the Amended Local Guidelines, I certify that the Debtors, their attorneys, and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application.

Dated:  March 3, 2014

TILGHMAN & CO., P.C.

L. Stephens Tilghman
TILGMAN & CO., P.C.
P.O. Box 11250
(3415 Independence Drive, Suite 102)
Birmingham, Alabama 35202 (35209)
Telephone: (205) 414-1470
Facsimile: (205) 414-9394

Noticing Agent for Chapter 11 Debtor

{00041456.DOCX . 2}

Exhibit A – Page 3

# **EXHIBIT B**

**to the Final Fee
Application**

**Billing Summary**

{00041456.DOCX . 2}

<u>Summary of Fees: Total Hours Expended over Application Period by Professional
and Aggregate Blended Rate over Application Period</u>

**Hourly Rate, Experience, Total Hours and Experience by Professional**

| Professional | | Professional Title / Experience | Hourly Rate | Total Hours | | Total Compensation |
|---|---|---|---|---|---|---|
| Tilghman, L. Stephens | | President & Settlement Administrator (20 years) | $ 200.00 | 31.00 | | $ 6,200.00 |
| Thomason, Michael A. | | Project Supervisor & Assistant Administrator (18 years) | $ 105.00 | 31.50 | | $ 3,307.50 |
| Peoples, Sharon | | Project Administration (12 years) | $ 40.00 | 50.00 | | $2,000.00 |
| | | | | | | |
| | | | **TOTAL** | **112.50** | | **$11,507.50** |

**Blended Rate over Application Period**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $    102.29 | 112.50 | $   11,507.50 |

{00041456.DOCX . 2}

Exhibit B – Page 1

Summary of Fees: Blended Rate and Total Hours Expended over Application Period
by Month Worked

**June 1, 2013 - June 30, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $ 200.00 | 5.75 | $ 1,150.00 |

**July 1, 2013 - July 31, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $ 200.00 | 0.75 | $ 150.00 |

**August 1, 2013 - August 31, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $ 170.39 | 19.25 | $ 3,280.00 |

**September 1, 2013 - September 30, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $ 75.07 | 53.25 | $ 3,997.50 |

**October 1, 2013 - October 31, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $    79.36 | 31.25 | $  2,480.00 |

**November 1, 2013 - November 30, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $    200.00 | 2.00 | $    400.00 |

**December 1, 2013 - December 31, 2013**

| Activity | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Noticing Agent / Settlement Administration | $    200.00 | 0.25 | $    50.00 |

# **EXHIBIT C**

**to the Final Fee
Application**


**Time Detail**

{00041456.DOCX . 2}

| Date | Hours | Professional | Fee Amount | | Description |
|---|---|---|---|---|---|
| 6/20/2013 | 1.50 | Tilghman, L. Stephens | $300.00 | | Worked up budget & assumptions for proposed settlement admin. activities per request of MGB |
| 6/21/2013 | 2.50 | Tilghman, L. Stephens | $500.00 | | Located prior Kessler settlement data files; set-up new database files |
| 6/24/2013 | 0.50 | Tilghman, L. Stephens | $100.00 | | Sending data files for NCOA update, updating addresses in data files |
| 6/27/2013 | 1.00 | Tilghman, L. Stephens | $200.00 | | Downloaded NCOA address updates, updated new Kessler database file |
| 6/28/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Reviewed list of parties in interest; no conflicts |
| 7/12/2013 | 0.75 | Tilghman, L. Stephens | $150.00 | | Updated budget with new assumptions for settlement administration |
| 8/5/2013 | 1.50 | Tilghman, L. Stephens | $300.00 | | Signed Administration Agreement, Declaration of LST in support of Debtors' Application |
| 8/8/2013 | 2.25 | Tilghman, L. Stephens | $450.00 | | Sending data files to LexisNexis for additional address updates; updating addresses in data files |
| 8/19/2013 | 5.75 | Tilghman, L. Stephens | $1,150.00 | | Worked on layout of noitce for mailing; sent datafiles to LexisNexis for address updates; updated data files with address updates from LexisNexis; prepared mail list for mailhouse to use in notice mailing |
| 8/20/2013 | 5.00 | Thomason, Michael | $525.00 | | Set-up database file. |
| 8/20/2013 | 1.25 | Tilghman, L. Stephens | $250.00 | | Worked on layout of noitce for mailing; sent layout to attorneys for review |
| 8/21/2013 | 1.00 | Thomason, Michael | $105.00 | | Set-up database file |
| 8/21/2013 | 0.50 | Tilghman, L. Stephens | $100.00 | | Made edits from attorneys to notice; resent layout of notice to attorneys |
| 8/22/2013 | 0.50 | Tilghman, L. Stephens | $100.00 | | Made edits from attorneys to notice; resent layout of notice to attorneys |

{00041456.DOCX . 2}

Exhibit C – Page 1

| Date | Hours | Professional | Fee Amount | | Description |
|------|-------|--------------|------------|--|-------------|
| 8/23/2013 | 0.75 | Tilghman, L. Stephens | $150.00 | | Finalized notice layout; sent pdf of notice to printer |
| 8/26/2013 | 0.75 | Tilghman, L. Stephens | $150.00 | | Reviewed printer proof of notice; gave okay to start printing |
| 9/3/2013 | 1.00 | Peoples, Sharon | $40.00 | | Review, discuss instructions & case details |
| 9/3/2013 | 1.00 | Thomason, Michael | $105.00 | | Set-up database on Mike's and Sharon's computer work stations.  Provide instructions to Sharon |
| 9/3/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Informed parties notices mailed. |
| 9/4/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns |
| 9/4/2013 | 2.00 | Thomason, Michael | $210.00 | | Set-up Scan file to enable scanning of USPS returned mail. Put on Mike's & Sharon's computer work stations |
| 9/4/2013 | 1.50 | Tilghman, L. Stephens | $300.00 | | Worked on class list file for MFB; sent CD of class list |
| 9/5/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/5/2013 | 1.00 | Thomason, Michael | $105.00 | | Read notice for understanding of case |
| 9/6/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/6/2013 | 1.00 | Thomason, Michael | $105.00 | | Update database for Undeliverable mail |
| 9/9/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/9/2013 | 2.00 | Thomason, Michael | $210.00 | | Assist with mail sorting. Update addresses |

| Date | Hours | Professional | Fee Amount | | Description |
|---|---|---|---|---|---|
| 9/10/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/11/2013 | 2.00 | Peoples, Sharon | $80.00 | | Remailed notices; return mail |
| 9/11/2013 | 1.00 | Thomason, Michael | $105.00 | | Remailed notices |
| 9/12/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/12/2013 | 2.00 | Thomason, Michael | $210.00 | | Enter case details for internal company worksheet to be mindful of pertinent dates Update Addresses |
| 9/13/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/13/2013 | 1.00 | Thomason, Michael | $105.00 | | Assist with mail sorting. Update new addresses |
| 9/14/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/14/2013 | 1.00 | Thomason, Michael | $105.00 | | Collect billing info-time/copies/stamps |
| 9/17/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/17/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |
| 9/18/2013 | 2.00 | Peoples, Sharon | $80.00 | | Remailed notices; sorted mail, Updated Addresses |
| 9/18/2013 | 1.00 | Thomason, Michael | $105.00 | | Remailed notices |

| Date | Hours | Professional | Fee Amount | | Description |
|---|---|---|---|---|---|
| 9/19/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/20/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/20/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |
| 9/20/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | General review of return mail |
| 9/21/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/21/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |
| 9/24/2013 | 1.00 | Thomason, Michael | $105.00 | | Update database for Undeliverable mail |
| 9/25/2013 | 1.00 | Peoples, Sharon | $40.00 | | Remailed notices; sorted mail, Updated Addresses |
| 9/25/2013 | 0.50 | Thomason, Michael | $52.50 | | Enter new addresses & update database for undeliverable mail |
| 9/25/2013 | 1.75 | Tilghman, L. Stephens | $350.00 | | File to LexisNexis of undelivered notices; updated addresses; sent file to mailhouse to remail notices |
| 9/26/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/26/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses |
| 9/27/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |

| Date | Hours | Professional | Fee Amount | | Description |
|---|---|---|---|---|---|
| 9/28/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 9/28/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |
| 10/1/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/2/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/2/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |
| 10/3/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/3/2013 | 1.00 | Thomason, Michael | $105.00 | | Collect billing info-time/copies/stamps |
| 10/4/2013 | 2.00 | Peoples, Sharon | $80.00 | | Labeled & remailed notices; scanned USPS return mail |
| 10/4/2013 | 0.50 | Thomason, Michael | $52.50 | | Remailed notices |
| 10/4/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Status review of return mail |
| 10/7/2013 | 2.00 | Peoples, Sharon | $80.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/7/2013 | 1.00 | Thomason, Michael | $105.00 | | Update database for Undeliverable mail |
| 10/8/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/8/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses & update database for undeliverable mail |

| Date | Hours | Professional | Fee Amount | | Description |
|------|-------|--------------|------------|--|-------------|
| 10/9/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/9/2013 | 0.50 | Thomason, Michael | $52.50 | | Assist with re-mails to better addresses |
| 10/9/2013 | 1.25 | Tilghman, L. Stephens | $250.00 | | File to LexisNexis of undelivered notices; updated addresses; prepared mailing labels to mail notices |
| 10/10/2013 | 2.00 | Peoples, Sharon | $80.00 | | Labeled & remailed notices |
| 10/11/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/14/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/15/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/15/2013 | 1.00 | Thomason, Michael | $105.00 | | Enter new addresses. Determine if Opt-Outs received. |
| 10/15/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Status review of return mail |
| 10/16/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/17/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/18/2013 | 1.00 | Peoples, Sharon | $40.00 | | Sorted mail.Scanned USPS mail returns, Updated Addresses, updated database for undeliverable mail. |
| 10/22/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Status review of return mail |

| Date | Hours | Professional | Fee Amount | | Description |
|------|-------|--------------|------------|--|-------------|
| 10/28/2013 | 1.75 | Tilghman, L. Stephens | $350.00 | | Draft of affidavit for hearing including statistics related to delivered and undelivered notices |
| 10/30/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Edits to draft affidavit |
| 10/31/2013 | 1.25 | Tilghman, L. Stephens | $250.00 | | Finalized affidavit; signed and forwarded to attorneys for filing. |
| 11/18/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Discussion about Court hearing via conference call |
| 11/25/2013 | 0.50 | Tilghman, L. Stephens | $100.00 | | Working with Court Conference Call to get set up |
| 11/26/2013 | 1.25 | Tilghman, L. Stephens | $250.00 | | At Court hearing via Court Conference Call |
| 12/3/2013 | 0.25 | Tilghman, L. Stephens | $50.00 | | Review of Order, communications with MFB |
| **TOTAL** | | | $11,507.50 | | |

{00041456.DOCX . 2}

Exhibit C – Page 7

## **EXHIBIT D**

**to the Final Fee
Application**


**Expenses**

**(Invoices or More Detail Available Upon Request)**

| | |
|---|---|
| Address Update | $2,679.92 |
| Mailhouse (address & mail notices) | $3,146.51 |
| Photocopies | $7.70 |
| Postage | $17,485.11 |
| Telephone (Court Conference call) | $30.00 |
| Notice Printing | $5,696.90 |
| | |
| **TOTAL** | **$29,046.14** |

{00041456.DOCX . 2}