# EXHIBIT C

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Robert D. Nosek
Justin S. Krell

*Special Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                              Chapter 11
                                                                    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC a/k/a
RESIDENTIAL CAPITAL CORPORATION, et al.                             (Jointly Administered)

                            Debtors.
-------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN CONNECTION WITH FOURTH AND FINAL APPLICATION OF SILVERMANACAMPORA LLP, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM SEPTEMBER 1, 2013 THROUGH DECEMBER 16, 2013**

Ronald J. Friedman, a member of the firm of SilvermanAcampora LLP ("**Applicant**"), hereby submits this certification in compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, adopted on January 30, 1996 (the "**UST Guidelines**"), Administrative Order M-447, dated January 29, 2013 Re: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "**Administrative Order**"), and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, collectively with the Administrative Order and the UST Guidelines, the "**Guidelines**").

1.     Applicant served as special counsel to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (the "**Debtors**").

2.     On behalf of Applicant, I submit that I have read Applicant's Fourth and Final Application for the Allowance of Compensation and Reimbursement of Expenses dated March 3, 2014 (the "**Application**") and to the best of my knowledge, information and belief, formed after reasonable inquiry, the Application is in compliance with the mandatory guidelines set forth in the Administrative Order.  Moreover, to the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought within the Application fall within the requirements set forth in the Guidelines.

3.     Additionally, this Certification is submitted pursuant to Rule 2016(a) of the Federal Rules of Bankruptcy Procedure in support of the Application.

4.     All services for which Applicant seeks compensation are professional and para-professional services performed for and on behalf of the Committee and not on behalf of any other person or entity.

5.     The Committee, the Debtors, and the United States Trustee have been provided a copy of the Application including all exhibits to the Application.

6.     In accordance with 18 U.S.C. §155, neither I nor any partner, associate or counsel of Applicant has entered into any agreement, express or implied, with any other party in interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' estate.

7.     In accordance with section 504 of Title 11, United States Code (the "**Bankruptcy Code**"), no agreement or understanding exists between me, Applicant, or any partner, associate or counsel thereof, on the one hand, and any other person or entity, on the other hand, for the division of the compensation the Applicant may receive or has received for services rendered in connection with this case, nor will any division of fees prohibited by Bankruptcy Code §504 be made by me or any partner, associate or counsel of Applicant.

8. The fees and disbursements sought in the Application are billed at the rates in accordance with the practice customarily employed by Applicant and generally accepted by Applicant's clients in bankruptcy and non-bankruptcy matters.

9. I further certify that Applicant does not make a profit on its reimbursable services. Applicant, in seeking reimbursement for a service justifiably purchased or contracted for, requests reimbursement only for the amount billed and paid by Applicant.

10. With respect to section B.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Applicant has substantially complied with the provision requiring it to provide the appropriate notice parties with a statement of Applicant's fees and disbursements accrued each month.

11. A copy of the Application has been provided to the Debtors, the United States Trustee for the Southern District of New York and the Committee.

Dated: Jericho, New York
      March 3, 2013                                     **SILVERMANACAMPORA LLP**

By:   *s/ Ronald J. Friedman*
       Ronald J. Friedman
       Member of the Firm
       100 Jericho Quadrangle, Suite 300
       Jericho, New York 11753
       (516) 479-6300
       RFriedman@SilvermanAcampora.com

*Special Counsel for the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al*