# EXHIBIT D

## EXHIBIT D – VOLUNTARY REDUCTIONS

### TRANSITORY TIMEKEEPER FEE REDUCTIONS

|   | MONTH | DESCRIPTION OF REDUCTION | HOURS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | September | Reduction of transitory timekeeper entries of Cooper J Macco | 0.20 | $40.00 |
| 2 | October | Reduction of transitory timekeeper entries of Gerard R. Luckman. | 0.90 | $450.00 |
|   | **Total:** |   | **1.10** | **$490.00** |

### FEE APPLICATION COMPLIANCE FEE REDUCTIONS

|   | MONTH | DESCRIPTION OF REDUCTION | HOURS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | September | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 1.50 | $292.50 |
| 2 | October | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 0.10 | $19.50 |
| 3 | December | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 0.10 | $19.50 |
|   | **Total:** |   | **1.70** | **$331.50** |

### REDUCTIONS FOR INTERNAL MEETINGS WITH MORE THAN THREE (3) ATTENDEES[1]

|   | MEETING DATE | TIME BILLED | TIMEKEEPERS BILLING | TOTAL AMOUNT BILLED | TIME KEEPERS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|---|---|
| 1 | 9/17/13 | 0.60 | JSK, BP, MPG, DPR, JM | $531.00 | DPR, JM | $132.00 |
| 2 | 10/4/13 | 0.50 | JSK, BWP, MPG, NYK, MWS, JWB, DPR | $582.50 | NYK, MWS, JWB, DPR | $250.00 |
| 3 | 10/28/13 | 0.30 | RDN, JSK, BP, CR | $349.50 | CR | $60.00 |
|   | **Total:** | **1.40** |   | **$1,463.00** |   | **$442.00** |

---

[1] In addition to the internal meetings listed in this exhibit, four SilvermanAcampora attorneys attended an internal meeting on October 25, 2013. SilvermanAcampora's bill, however, only reflects charges for the time of three of those attorneys, and therefore that meeting is not listed herein.

## EXPENSE REDUCTIONS

|   | MONTH | DESCRIPTION OF REDUCTION | ORIGINAL CHARGE | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | September | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $546.20 | $273.10 |
| 2 | October | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $551.70 | $275.85 |
| 3 | November | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $368.10 | $184.05 |
| 4 | December | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $0.60 | $0.30 |
|   |   | **Total Expense Reduction:** |   | **$733.30** |
|   |   | **Total Fee Reduction:** |   | **$1,263.50** |
|   |   | **Total Voluntary Reduction:** |   | **$1,996.80** |