Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
|                                           )
In re:                                      )     Case No. 12-12020 (MG)
|                                           )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    )     Chapter 11
|                                           )
|                         Debtors.          )     Jointly Administered
|                                           )
-------------------------------------------------------------------

**<u>FINAL FEE APPLICATION</u>**

**SUMMARY OF**
**FINAL APPLICATION OF TROUTMAN SANDERS LLP FOR AN AWARD OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL**
**FOR THE DEBTORS FOR THE PERIOD OF**
**MAY 14, 2012 THROUGH DECEMBER 17, 2013**

| Name of Applicant: | Troutman Sanders LLP ("**Applicant**") |
|---|---|
| Authorized to Provide<br>Professional Services to: | Debtors and Debtors in Possession, as ordinary<br>course professional |
| Date of Retention: | October 2006 |
| Application Periods: | May 14, 2012 through December 17, 2013 |

**<u>Previously Approved
Compensation and Expenses
For First Interim Fee Period
(May 14, 2012 – Aug. 31, 2012)</u>**

| | |
|---|---|
| Compensation and Expenses Previously Approved: | Compensation of $217,746.96 and expenses of $3,061.82 were approved by Order of this Court entered on December 28, 2012 (Docket No. 2530) |
| Previously Approved Compensation That Has Been Paid: | $208,152.84 |
| Previously Approved Compensation That Remains Unpaid: | $9,594.12 |
| Previously Approved Expenses That Have Been Paid: | $1,489.81 |
| Previously Approved Expenses That Remain Unpaid: | $1,572.01 |

**<u>Previously Approved
Compensation and Expenses
For Second Interim Fee Period
(Sept. 1, 2012 – Dec. 31, 2012)</u>**

| | |
|---|---|
| Compensation and Expenses Previously Approved: | Compensation of $495,750.00 and expenses of $9,645.92 were approved by Order of this Court entered on April 29, 2013 (Docket No. 3556) |
| Previously Approved Compensation That Has Been Paid: | $484,332.22 |
| Previously Approved Compensation That Remains Unpaid: | $11,417.78 |
| Previously Approved Expenses That Have Been Paid: | $9,614.01 |
| Previously Approved Expenses That Remain Unpaid: | $31.91 |

**<u>Previously Approved
Compensation and Expenses
For Third Interim Fee Period
(Jan. 1, 2013 – Apr. 30, 2013)</u>**

| | |
|---|---|
| Compensation and Expenses Previously Approved: | Compensation of $330,452.00 and expenses of $4,115.63 were approved by Order of this Court entered on September 25, 2013 (Docket No. 5205) |
| Previously Approved Compensation That Has Been Paid: | $260,484.90 |
| Previously Approved Compensation That Remains Unpaid: | $69,967.10 |
| Previously Approved Expenses That Have Been Paid: | $18.62 |
| Previously Approved Expenses That Remain Unpaid: | $4,097.01 |

**<u>Total Approved
Compensation and Expenses
For Final Fee Period
(May 14, 2012 – Dec. 17, 2013)</u>**

| | |
|---|---|
| Compensation and Expenses Previously Approved: | Compensation of $1,043,948.96 and expenses of $16,823.37 were approved by the Court. |
| Previously Approved Compensation That Has Been Paid: | **$952,969.96** |
| Previously Approved Compensation That Remains Unpaid: | **$90,979.00** |
| Previously Approved Expenses That Have Been Paid: | **$11,122.44** |
| Previously Approved Expenses That Remain Unpaid: | **$5,700.93** |

This is a:                                    __Monthly __ Interim **X** Final Application

## SUMMARY OF PREVIOUSLY FILED INTERIM FEE APPLICATIONS

### Summary of Fees and Expenses for
### First, Second, and Third Interim Periods

| Fee Period / Docket Entry | Compensation Period | Requested Fees | Requested Expenses | Fees Approved / Paid | Expenses Approved / Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| First (1894) | 5/14/12-8/31/12 | $218,509.74 | $3,714.82 | $217,746.96 / $208,152.84 | $3,061.82 / $1,489.81 | $0.00* |
| Second (3195) | 9/01/12-12/31/12 | $498,063.00 | $9,645.92 | $495,750.00 / $484,332.22 | $9,645.92 / $9,614.01 | $0.00* |
| Third (4547) | 1/01/13-4/30/13 | $333,753.00 | $4,115.63 | $330,452.00 / $260,484.90 | $4,115.63 / $18.62 | $66,750.60 |
| **TOTAL** | | $1,050,325.74 | $17,476.37 | $1,043,948.96 / $952,969.96 | $16,823.37 / $11,122.44 | $66,750.60 |

* The Court's Order dated September 25, 2013 (ECF No. 5205) allowed payment of the holdback balance on the first and second interim fee periods.

**FIRST INTERIM PERIOD**

## Summary of Fees and Expenses for First Interim Period

## May 14, 2012 - August 31, 2012

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| n/a | 05/14/12-06/30/12 | $3,294.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| n/a | 07/01/12-07/31/12 | $39,675.24 | $627.85 | $33,592.24 | $406.39 | $0.00 |
| 10/19/12 | 08/01/12-08/31/12 | $175,540.50 | $3,086.97 | $97,897.50 | $44.90 | $35,108.10 |
| **TOTAL** | 05/14/12-08/31/12 | $218,509.74 | $3,714.82 | $131,489.74 | $451.29 | $35,108.10 |

## Timekeeper Summary for First Interim Period

## May 14, 2012 – August 31, 2012

| Name of Professional Individual | Position | Department | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brooks, Matthew Ray | Associate | Financial Services Litigation | 2008 | $275.00 | 30.2 | $8,155.08 |
| Cheshire, Harrilee | Paralegal | Business Litigation | n/a | $290.00 | 2.9 | $805.72 |
| Derby, Erin Rigney | Paralegal | Financial Services Litigation | n/a | $120.00 | 62.3 | $8,061.68 |
| Flowers, Elizabeth Spain | Associate | Financial Services Litigation | 2009 | $230.00 | 20.5 | $4,715.00 |
| Jones, Maryia Y. | Associate | Financial Services Litigation | 2009 | $230.00 | 0.7 | $193.55 |
| Loeffler, A. William | Partner | Financial Services | 1989 | $450.00 | 4.7 | $2,144.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Litigation | | | | |
| Lynch, John C. | Partner | Financial Services Litigation | 1995 | $400.00 | 4.4 | $1,910.41 |
| Manning, Jason E. | Partner | Financial Services Litigation | 2004 | $365.00 | 69.5 | $28,010.52 |
| Ostroff, Ethan G. | Associate | Financial Services Litigation | 2005 | $265.00 | 16.8 | $4,452.00 |
| Pittman, Andrew B. | Associate | Financial Services Litigation | 2001 | $290.00 | 122.4 | $34,294.63 |
| Poole, Alan G. | Summer Clerk | Financial Services Litigation | n/a | $200.00 | 8.7 | $0.00 |
| Reyes, Alexandria J. | Associate | Financial Services Litigation | 2009 | $285.00 | 168.3 | $46,622.86 |
| Ruhling, Bill B. | Associate | Business Litigation | 2000 | $265.00 | 0.8 | $212.00 |
| Russell, Karen L. | Paralegal | Financial Services Litigation | n/a | $175.00 | 0.3 | $52.50 |
| Schlesinger, Mark I. | Of Counsel | Financial Services Litigation | 1975 | $400.00 | 2.8 | $1,120.00 |
| Windham, Mark J. | Associate | Business Litigation | 2008 | $275.00 | 333.9 | $77,759.04 |
| Professionals Totals | | | | Blended Rate | | |
| Total Fees Incurred | | | | $257.31 | 849.2 | $218,509.74 |

## Billing Category Summary for First Interim Period

## May 14, 2012 – August 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| C200 | Researching Law | 30.0 | $1,688.52 |
| C300 | Analysis and Advice | 28.3 | $1,940.23 |
| C400 | Third Party Communications | 0.7 | $280.00 |
| L110 | Fact Investigation/Development | 71.1 | $16,521.01 |
| L120 | Analysis/Strategy | 177.2 | $50,242.95 |
| L130 | Experts/Consultants | 2.8 | $770.00 |
| L160 | Settlement/Non-Binding ADR | 21.5 | $6,453.02 |
| L190 | Other Case Assessment, Development & Administration | 126.7 | $35,434.04 |

| L210 | Pleadings | 194.1 | $52,688.43 |
|---|---|---|---|
| L230 | Court Mandated Conferences | 0.2 | $57.00 |
| L240 | Dispositive Motions | 11.9 | $3,361.37 |
| L250 | Other Written Motions/Submissions | 50.0 | $13,595.04 |
| L310 | Written Discovery | 16.8 | $4,678.46 |
| L320 | Document Production | 0.6 | $72.00 |
| L330 | Depositions | 2.9 | $801.34 |
| L350 | Discovery Motions | 6.4 | $1,635.72 |
| L390 | Other Discovery | 1.4 | $394.00 |
| L410 | Fact Witnesses | 0.1 | $27.50 |
| L430 | Written Motions/Submission | 4.6 | $1,449.00 |
| L440 | Other Trial Preparation/Support | 6.9 | $1,865.50 |
| L450 | Trial and Hearing Attendance | 8.3 | $2,232.50 |
| L460 | Post-Trial Motions/Submission | 2.0 | $132.40 |
| L510 | Appellate Motions/Submissions | 36.6 | $10,385.15 |
| L520 | Appellate Briefs | 35.9 | $9,876.00 |
| P500 | Negotiation/Revision/Responses | 0.8 | $262.00 |
| P600 | Completion/Closing | 1.2 | $319.00 |
| P700 | Post-Completion/Post-Closing | 1.4 | $765.00 |
| R102 | Replevin/Sequestration Complaint | 8.8 | $582.56 |
| **Total Fees Incurred** | | **849.2** | **$218,509.74** |

## Expense Category Summary for First Interim Period

## May 14, 2012 – August 31, 2012

| Expense Category | Amount |
|---|---|
| Associate Counsel Fees & Expenses | $1,562.50 |
| Copies - Court/Governmental Entities | $13.05 |
| Court Reporter/Deposition Costs | $20.00 |
| Filing Fees | $426.00 |
| Outside Courier Services | $1,307.92 |
| Professional Services | $6.80 |
| Meals and Entertainment | $129.09 |
| Personal Car Mileage | $216.46 |
| Taxi/Train/Parking | $33.00 |
| **Total** | **$3,714.82** |

## <u>SECOND INTERIM PERIOD</u>

## September 1, 2012 – December 31, 2012

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| n/a | 09/01/12-09/30/12 | $61,879.00 | $0.00 | $61,157.00 | $0.00 | $0.00 |
| 11/30/12 | 10/01/12-10/31/12 | $168,909.50 | $3,534.80 | $110,303.00 | $814.16 | $33,781.90 |
| 12/28/12 | 11/01/12-11/30/12 | $95,778.00 | $2,783.32 | $49,063.75 | $1,770.38 | $19,155.60 |
| 01/31/13 | 12/01/12-12/31/12 | $171,496.50 | $3,327.80 | $59,365.50 | $446.64 | $34,299.30 |
| **TOTAL** | 09/01/12-12/31/12 | $498,063.00 | $9,645.92 | $279,889.25 | $3,031.18 | $87,236.80 |

**Timekeeper Summary for Second Interim Period**

**September 1, 2012 – December 31, 2012**

| Name of Professional Individual | Position | Department | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony, David N. | | | | | 0.9 | $481.50 |
| Brooks, Matthew Ray | Associate | Financial Services Litigation | 2008 | $275.00 | 18.8 | $5,170.00 |
| Cheshire, Harrilee | Paralegal | Business Litigation | n/a | $290.00 | 0.5 | $145.00 |
| Cohen, Harriet Ellen | Paralegal | Bankruptcy | n/a | $265.00 | 0.3 | $79.50 |
| Cohen, Hollace Topol | Partner | Bankruptcy | 1973 | $795.00 | 1.1 | $874.50 |
| Collins, Lori Krezel | Paralegal | Financial Services Litigation | n/a | $180.00 | 23.7 | $4,266.00 |
| Davis, Bradley M. | Associate | Energy and Industry Regulation | 2004 | $375.00 | 0.6 | $225.00 |
| Derby, Erin Rigney | Paralegal | Financial Services Litigation | n/a | $120.00 | 106.1 | $12,732.00 |
| Elkins, Craig W. | Associate | Business Law | 2009 | $275.00 | 101.6 | $24,302.70 |
| Fitzgerald, Paige S. | Of Counsel | Class Action Litigation | 2000 | $380.00 | 18.1 | $6,153.30 |
| Flowers, Elizabeth Spain | Associate | Financial Services Litigation | 2009 | $230.00 | 39.3 | $9,039.00 |
| Gartrell, Holly | Paralegal | Financial Services Litigation | n/a | $90.00 | 2.0 | $180.00 |
| Harrison, Nicola | Associate | Financial Services Litigation | 2011 | $235.00 | 7.5 | $1,762.50 |
| Loeffler, A. William | Partner | Financial Services Litigation | 1989 | $450.00 | 1.1 | $495.00 |
| Lynch, John C. | Partner | Financial Services Litigation | 1995 | $400.00 | 20.3 | $8,120.00 |
| Manning, Jason E. | Partner | Financial Services Litigation | 2004 | $365.00 | 151.4 | $55,261.00 |
| McLellan, Matthew T. | | | | | 8.1 | $2,187.00 |
| Ostroff, Ethan G. | Associate | Financial Services Litigation | 2005 | $265.00 | 80.7 | $21,385.50 |
| Pittman, Andrew B. | Associate | Financial Services Litigation | 2001 | $290.00 | 266.6 | $77,314.00 |
| Reyes, Alexandria J. | Associate | Financial Services Litigation | 2009 | $285.00 | 414.6 | $118,161.00 |
| Reza, Mohsin | Associate | Financial Services Litigation | 2007 | $300 | 3.9 | $1,170.00 |
| Ruhling, Bill B. | Associate | Business Litigation | 2000 | $265.00 | 15.2 | $4,028.00 |
| Rumanek, Eric | Associate | Litigation | 2007 | $325.00 | 0.7 | $227.50 |
| Russell, Karen L. | Paralegal | Financial Services Litigation | n/a | $175.00 | 2.9 | $507.50 |
| Schlesinger, Mark I. | Of Counsel | Financial Services Litigation | 1975 | $400.00 | 1.2 | $480.00 |
| Sherman, Chelsea M. | Paralegal | Financial Services Litigation | n/a | $180.00 | 8.0 | $1,440.00 |
| St. George, Timothy J. | Associate | Financial Services Litigation | 2008 | $300.00 | 4.6 | $1,380.00 |
| Windham, Mark J. | Associate | Business Litigation | 2008 | $275.00 | 524.2 | $144,155.00 |
| (Fee Reduction) | | | | | | - $3,659.00 |
| **Professionals Totals** | | | | **Blended Rate** | | |
| **Total Fees Incurred** | | | | **$275.07** | **1824.0** | **$498,063.00** |

## Billing Category Summary for Second Interim Period

## September 1, 2012 – December 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| C100 | Fact Gathering | 2.8 | $451.38 |
| C200 | Researching Law | 106.1 | $25,861.41 |
| C300 | Analysis and Advice | 12.3 | $4,150.99 |
| C312 | Client Counsel – Stat/Reg/Judicial | 0.4 | $137.43 |
| C400 | Third Party Communications | 0.4 | $160.00 |
| L110 | Fact Investigation/Development | 436.1 | $119,506.50 |
| L120 | Analysis/Strategy | 428.2 | $123,388.00 |
| L160 | Settlement/Non-Binding ADR | 70.0 | $21,311.50 |
| L190 | Other Case Assessment, Development & Administration | 198.2 | $55,964.50 |
| L210 | Pleadings | 316.0 | $81,049.50 |
| L220 | Preliminary Injunctions | 0.1 | $27.50 |
| L230 | Court Mandated Conferences | 2.5 | $706.50 |
| L240 | Dispositive Motions | 97.0 | $26,492.00 |
| L250 | Other Written Motions/Submissions | 29.0 | $8,119.00 |
| L310 | Written Discovery | 48.0 | $12,739.50 |
| L330 | Depositions | 8.8 | $2,476.00 |
| L350 | Discovery Motions | 3.2 | $880.00 |
| L390 | Other Discovery | 3.6 | $972.50 |
| L410 | Fact Witnesses | 1.0 | $365.00 |
| L430 | Written Motions/Submission | 1.6 | $456.00 |
| L440 | Other Trial Preparation/Support | 15.0 | $3,847.00 |
| L450 | Trial and Hearing Attendance | 32.8 | $9,448.50 |
| L510 | Appellate Motions/Submissions | 7.6 | $2,170.50 |
| P100 | Project Administration | 0.1 | $34.79 |
| P500 | Negotiation/Revision/Responses | 0.6 | $219.00 |
| P600 | Completion/Closing | 2.0 | $568.50 |
| P700 | Post-Completion/Post-Closing | 0.6 | $219.00 |
|  | (Fee Reduction) |  | - $3,659.00 |
| **Total Fees Incurred** | | **1824** | **$498,063.00** |

## Expense Category Summary for Second Interim Period

## September 1, 2012 – December 31, 2012

| Expense Category | Amount |
| --- | --- |
| Associate Counsel Fees & Expenses | $2,551.30 |
| Copies - Court/Governmental Entities | $107.00 |
| Court Reporter/Deposition Costs | $674.74 |
| Filing Fees | $2,170.00 |
| Litigation Costs | $943.70 |
| Outside Courier Services | $2,723.05 |
| Professional Services | $11.30 |
| Refund of Overpayment | -$170.00 |
| Travel Expenses | $4.16 |
| Personal Car Mileage | $620.61 |
| Taxi/Train/Parking | $10.06 |
| **Total** | **$9,645.92** |

## THIRD INTERIM PERIOD

## Summary of Fees and Expenses for Third Interim Period

## January 1, 2013 – April 30, 2013

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| 3/06/13 | 1/01/13-1/31/13 | $95,531.50 | $144.98 | $87,577.00 | $83.98 | $19,106.30 |
| 4/01/13 | 2/01/13-2/28/13 | $151,572.00 | $2,329.46 | $76,645.99 | $901.40 | $30,314.40 |
| n/a | 3/01/13-3/31/13 | $9,817.00 | $0.00 | $9,111.50 | $0.00 | $1,963.40 |
| 6/26/13 | 4/01/13-4/30/13 | $76,832.50 | $1,641.19 | $13,329.00 | $125.00 | $15,366.50 |
| **TOTAL** | 1/01/13-4/30/13 | $333,753.00 | $4,115.63 | $186,663.49 | $1,110.38 | $66,750.60 |

## Timekeeper Summary for Third Interim Period

## January 1, 2013 – April 30, 2013

| Name of Professional Individual | Position | Department | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brooks, Matthew Ray | Associate | Financial Services Litigation | 2008 | $275.00 | 37.4 | $9,900.00 |
| Cheshire, Harrilee | Paralegal | Business Litigation | n/a | $290.00 | 0.3 | $87.00 |
| Cohen, Harriet Ellen | Paralegal | Bankruptcy | n/a | $265.00 | 1.6 | $424.00 |
| Collins, Lori Krezel | Paralegal | Financial Services Litigation | n/a | $180.00 | 55.2 | $9,864.00 |
| Crump, Alexander G. | Paralegal | Financial Services Litigation | n/a | $200.00 | 1.0 | $200.00 |
| Derby, Erin Rigney | Paralegal | Financial Services Litigation | n/a | $120.00 | 0.5 | $60.00 |
| Flowers, Elizabeth Spain | Associate | Financial Services Litigation | 2009 | $230.00 | 17.7 | $4,071.00 |
| Goodman, Brett | Associate | Financial Services Litigation | 2006 | $435.00 | 1.2 | $522.00 |
| Jones, Maryia Y. | Associate | Financial Services Litigation | 2009 | $230.00 | 2.4 | $552.00 |
| Lynch, John C. | Partner | Financial Services Litigation | 1995 | $400.00 | 15.3 | $6,120.00 |
| Manning, Jason E. | Partner | Financial Services Litigation | 2004 | $365.00 | 87.5 | $31,937.50 |
| Ostroff, Ethan G. | Associate | Financial Services Litigation | 2005 | $265.00 | 98.3 | $26,049.50 |
| Pittman, Andrew B. | Associate | Financial Services Litigation | 2001 | $290.00 | 161.4 | $48,256.00 |
| Reyes, Alexandria J. | Associate | Financial Services Litigation | 2009 | $285.00 | 322.5 | $91,656.00 |
| Reza, Mohsin | Associate | Financial Services Litigation | 2007 | $300.00 | 9.9 | $2,970.00 |
| Ruhling, Bill B. | Associate | Business Litigation | 2000 | $265.00 | 0.2 | $53.00 |
| Russell, Karen L. | Paralegal | Financial Services Litigation | n/a | $175.00 | 5.9 | $1,032.50 |
| Sherman, Chelsea M. | Paralegal | Financial Services Litigation | n/a | $180.00 | 5.7 | $1,026.00 |
| Windham, Mark J. | Associate | Business Litigation | 2008 | $275.00 | 359.9 | $98,972.50 |
| Professionals Totals | | | | Blended Rate | | |
| Total Fees Incurred | | | | $280.72 | 1,188.90 | $333,753.00 |

## Billing Category Summary for Third Interim Period

## January 1, 2013 – April 30, 2013

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| C200 | Researching Law | 19.0 | $4,757.50 |
| C300 | Analysis and Advice | 8.6 | $2,365.00 |
| C400 | Third Party Communications | 0.3 | $82.50 |
| L110 | Fact Investigation/Development | 309.9 | $86,211.50 |
| L120 | Analysis/Strategy | 155.2 | $44,433.50 |
| L160 | Settlement/Non-Binding ADR | 44.2 | $13,080.50 |
| L190 | Other Case Assessment, Development & Administration | 148.1 | $42,010.50 |
| L210 | Pleadings | 171.1 | $47,836.00 |
| L230 | Court Mandated Conferences | 0.8 | $186.00 |
| L240 | Dispositive Motions | 126.5 | $35,689.50 |
| L250 | Other Written Motions/Submissions | 23.3 | $6,300.00 |
| L310 | Written Discovery | 20.6 | $4,787.50 |
| L320 | Document Production | 4.6 | $828.00 |
| L330 | Depositions | 14.1 | $2,852.00 |
| L340 | Expert Discovery | 3.8 | $684.00 |
| L350 | Discovery Motions | 1.0 | $201.00 |
| L390 | Other Discovery | 1.7 | $399.50 |
| L410 | Fact Witnesses | 21.7 | $6,184.50 |
| L430 | Written Motions and Submissions | 1.2 | $342.00 |
| L440 | Other Trial Preparation and Support | 9.5 | $2,707.50 |
| L450 | Trial and Hearing Attendance | 64.6 | $20,999.00 |
| L460 | Post-Trial Motions and Submissions | 14.0 | $3,990.00 |
| L510 | Appellate Motions/Submissions | 7.1 | $2,023.50 |
| L520 | Appellate Briefs | 4.8 | $1,320.00 |
| P100 | Project Administration | 1.2 | $330.00 |
| P400 | Initial Document Preparation/Filing | 1.1 | $302.50 |
| P500 | Negotiation/Revision/Responses | 0.7 | $255.50 |
| P600 | Completion/Closing | 2.0 | $569.00 |
| R102 | Primary Document Preparation | 9.0 | $2,475.00 |
| **Total Fees Incurred** | | **1,188.9** | **$333,753.00** |

## Expense Category Summary for Third Interim Period

## January 1, 2013 – April 30, 2013

| Expense Category | Amount |
|---|---|
| Airfare Costs | $643.33 |
| Associate Counsel Fees & Expenses | $250.00 |
| Court Reporter/Deposition Costs | $60.00 |
| Filing Fees | $1,594.00 |
| Hotel | $219.54 |
| Meals and Entertainment | $30.32 |
| Outside Courier Services | $920.73 |
| Personal Car Mileage | $195.98 |
| Professional Services | $56.70 |
| Taxi/Train/Parking | $98.30 |
| **Total** | **$4,115.63** |

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------------

**<u>FINAL FEE APPLICATION</u>**

**SUMMARY OF**
**FINAL APPLICATION OF TROUTMAN SANDERS LLP FOR AN AWARD OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL**
**FOR THE DEBTORS FOR THE PERIOD OF**
**MAY 14, 2012 THROUGH DECEMBER 17, 2013**

By this application (the "**Application**") pursuant to Sections 327, 330 and 331 of title 11

of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of the United

States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), and the

Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014

Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business

*Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012 (the "**OCP Order**"),

as amended by Order dated February 7, 2013 [Docket No. 2857], Troutman Sanders LLP ("**Applicant**"), an ordinary course professional for the above-captioned debtors (the "**Debtors**"), hereby seeks final approval of reasonable compensation for professional legal services in the following amounts:

First Interim Period

Applicant seeks final approval of reasonable compensation for professional legal services in the amount of $217,746.96 for the First Interim Period, together with reimbursement for actual and necessary expenses incurred in the amount of $3,061.82 for the period of May 14, 2014 through August 31, 2012. These amounts reflect reductions resulting from an agreement between Applicant and the U.S. Trustee resolving limited objections set forth by the Trustee. These amounts were approved by the Court by Order dated December 28, 2012 (Docket No. 2530).

Second Interim Period

Applicant seeks final approval of reasonable compensation for professional legal services in the amount of $495,750.00 for the First Interim Period, together with reimbursement for actual and necessary expenses incurred in the amount of $9,645.92 for the period of September 1, 2012 through December 31, 2012. These amounts reflect reductions resulting from an agreement between Applicant and the U.S. Trustee resolving limited objections set forth by the Trustee. These amounts were approved by the Court by Order dated April 29, 2013 (Docket No. 3556).

Third Interim Period

Applicant seeks final approval of reasonable compensation for professional legal services in the amount of $330,452.00 for the Third Interim Period, together with reimbursement for actual and necessary expenses incurred in the amount of $4,115.63 for the period of January 1,

2013 through April 30, 2013. These amounts reflect reductions resulting from an agreement between Applicant and the U.S. Trustee resolving limited objections set forth by the Trustee. These amounts were approved by the Court by Order dated September 25, 2013 (Docket No. 5205).

Final Fee Period

Applicant seeks final approval of reasonable compensation for professional legal services in the total amount of $1,043,948.96 for the Third Interim Period, together with reimbursement for actual and necessary expenses incurred in the amount of $16,823.37 for the period of May 14, 2012 through December 17, 2013. These amounts reflect reductions resulting from agreements between Applicant and the U.S. Trustee resolving limited objections set forth by the Trustee. These amounts were previously approved by the Court in its prior interim fee approval orders.[1]

In support of this Application, Applicant respectfully represents as follows:

**JURISDICTION**

1.      This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This Application has been prepared by Jason E. Manning in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on February 5, 2013 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, adopted on January 30, 1996 (the

---

[1]  Applicant's fees for the months of May through December 2013, which comprise the Fourth and Fifth Interim Fee Periods, were beneath the OCP Order's $75,000 monthly cap for each month. Accordingly, Applicant is entitled to payment in the full amount of its fees for reasonable compensation for professional legal services for those months upon the Debtors' approval without Court approval.

"UST Guidelines"), and the OCP Order.  Pursuant to the Local Guidelines, a certification regarding compliance with same is attached hereto as **Exhibit 1**.

## BACKGROUND

3.     On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code Sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

4.     On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine-member official committee of unsecured creditors (the "**Creditors' Committee**").

5.     On June 20, 2012, the Court directed that an examiner be appointed [Docket No. 454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket No. 674].

6.     The Debtors are a leading residential real estate finance company indirectly owned by Ally Financial Inc. ("**AFI**"), which is not a Debtor.  The Debtors and their non-debtor affiliates operate the fifth largest mortgage servicing business and the tenth largest mortgage origination business in the United States.  A more detailed description of the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the Whitlinger Affidavit.

7.     On August 14, 2012, pursuant to Paragraph No. 3(b) of the OCP Order, the Debtors filed the Affidavit of Disinterestedness sworn to by John C. Lynch, a partner of Applicant, on August 7, 2012 (the "**Applicant Affidavit**"), along with the accompanying Retention Questionnaire [Docket No. 1127].  Pursuant to the Applicant Affidavit, the Debtors

sought to retain Applicant as an ordinary course professional under the OCP Order to provide legal services to the Debtors, including regarding defense of claims brought by individual borrowers pertaining to consumer lending issues, *nunc pro tunc* to the Petition Date.  Because no objections to the employment of Applicant as an ordinary course professional were filed, under the OCP Order, the retention of Applicant was deemed approved.

8.      On October 19, 2012, Applicant filed its First Interim Fee Application for the May 14, 2012 through August 31, 2012 Interim Period.  [Docket No. 1894].  In the First Interim Fee Application, Applicant requested the approval of compensation in the amount of $218,509.74 and reimbursement of expenses in the amount of $3,714.82.  In her Omnibus Objection Regarding Fee Applications for First Interim Compensation and Reimbursement of Expenses, the U.S. Trustee asserted limited objections to the First Interim Application.  On December 20, 2012, Applicant and the U.S. Trustee came before this Court for hearing on the First Interim Application.  Prior to the hearing, Applicant and the U.S. Trustee reached an agreement resolving the U.S. Trustee's objections.  Accordingly, on December 28, 2012, this Court entered its Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses, allowing Applicant fees in the reduced amount of $217,746.96 and expenses in the reduced amount of $3,061.82.  [Docket No. 2530].

9.      On March 14, 2013, Applicant filed its Second Interim Fee Application for the September 1, 2012 through December 31, 2012 Interim Period.  [Docket No. 3195].  In the Second Interim Fee Application, Applicant requested the approval of compensation in the amount of $498,063.00 and reimbursement of expenses in the amount of $9,645.92.  In her Omnibus Objection Regarding Fee Applications for Second Interim Compensation and Reimbursement of Expenses, the U.S. Trustee asserted limited objections to the Second Interim

Application.  On April 11, 2013, Applicant and the U.S. Trustee came before this Court for hearing on the Second Interim Application.  Prior to the hearing, Applicant and the U.S. Trustee reached an agreement resolving the U.S. Trustee's objections.  Accordingly, on April 29, 2013, this Court entered its Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses, allowing Applicant fees in the reduced amount of $495,750.00 and expenses in the full amount of $9,645.92.  [Docket No. 3556].

10.     On August 7, 2013, Applicant filed its Third Interim Fee Application for the January 1, 2013 through April 30, 2013 Interim Period.  [Docket No. 4547].  In the Third Interim Fee Application, Applicant requested the approval of compensation in the amount of $333,753.00 and reimbursement of expenses in the amount of $4,115.63.  By agreement, Applicant and the U.S. Trustee subsequently resolved limited objections set forth by the Trustee. Accordingly, on September 25, 2013, this Court entered its Order Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses, allowing Applicant fees in the reduced amount of $330,452.00 and expenses in the full amount of $4,115.63.  [Docket No. 5205].

11.     Pursuant to Paragraph No. 3(c) of the OCP Order, the Debtors may pay Applicant without prior application to the Court 100% of its fees and disbursements incurred, upon submission to, and approval by, the Debtors of invoices setting forth in reasonable detail the nature of the services rendered and disbursements actually incurred up to $75,000 per month ("**OCP Monthly Limit**").  Applicant's fees were below the OCP Monthly Limit for each month comprising the Fourth and Fifth Interim Fee Application Periods, May through December 2013. Applicant submitted invoices for its fees and expenses to Debtors for those time periods.

12.    Paragraph No. 3(c) of the OCP Order also provides that if an ordinary course professional's monthly invoice exceeds the OCP Monthly Limit, then payments to such ordinary course professional for any such excess amounts shall be subject to the prior approval of the Court in accordance with sections 330 and 331 of the Bankruptcy Code as well as the applicable provisions of the Bankruptcy Rules and the Local Rules.

### RELIEF REQUESTED

13.    Accordingly, Applicant submits this Application in accordance with the OCP Order.  All services for which Applicant requests compensation were performed for, or on behalf of, the Debtors.  Applicant seeks reimbursement of all amounts exceeding the $75,000 OCP Monthly Limit.

14.    This Application is the Final Application filed by Applicant in these chapter 11 cases.  In connection with the professional services rendered, by this Application Applicant seeks final approval for compensation in the amount of $1,043,948.96, and reimbursement of expenses in the amount of $16,823.37, for a total of $1,060,772.33.  Per the OCP Order, Applicant has submitted its invoices to the Debtors for payment.

15.    The invoices that comprise the First, Second, and Third Interim Fee Periods were submitted and filed with the applications for those periods.  The invoices contain detailed statements of hours spent rendering legal services to the Debtors in support of Applicant's request of compensation for fees incurred during these periods.  The monthly fee invoices identify the professionals who rendered services, describe each service such professional or paraprofessional performed, and set forth the number of hours in increments of one-tenth of an hour spent by each individual providing the services.  Applicant maintains computerized records of the time spent by all of Applicant's professionals in connection with its representation of the

Debtors.  The rates described in the invoices are Applicant's customary hourly rates for services of this type.

## SERVICES RENDERED BY APPLICANT

16.    During the Final Fee Period, Applicant performed work defending the Debtors in litigation in various jurisdictions including Virginia, West Virginia and Georgia.  In general, Applicant defended Debtor against claims brought by individual borrowers pertaining to consumer lending issues, including, but not limited to, allegations of wrongful foreclosure, irregularities in the foreclosure process, violation of applicable statutes related to foreclosure requirements, breach of alleged oral modification, breach of promises to forbear from foreclosing, quiet title, partition actions, unfair business practices claims, state statutory consumer protection violations, loan origination claims, loan servicing claims, and other claims related to mortgage lending and servicing.

17.    A summary of the work performed is set forth below:

**First Interim Fee Period:**

(a)  Researching Law – Task Code C200

**Fees:  $1,688.52; Total Hours:  30.0**

(b)  Analysis and Advice – Task Code C300

**Fees:  $1,940.23; Total Hours:  28.3**

(c)  Third Party Communication – Task Code C400

**Fees:  $280.00; Total Hours:  0.7**

(d)  Fact Investigation/Development – Task Code L110

**Fees:  $16,521.01; Total Hours:  71.1**

(e)  Analysis/Strategy – Task Code L210

**Fees:  $50,242.95; Total Hours:  177.2**

(f)  Experts/Consultants – Task Code L130

**Fees:  $770.00; Total Hours:  2.8**

(g)  Settlement/Non-Binding ADR – Task Code L160

**Fees:  $6,453.02; Total Hours:  21.5**

(h)  Other Case Assessment, Development & Administration – Task Code L190

**Fees:  $35,434.04; Total Hours:  126.7**

(i)  Pleadings – Task Code L210

**Fees:  $52,688.43; Total Hours:  194.1**

(j)  Court Mandated Conferences – Task Code L230

**Fees:  $57.00; Total Hours:  0.2**

(k)  Dispositive Motions – Task Code L240

**Fees:  $3.361.37; Total Hours:  11.9**

(l)  Other Written Motions/Submissions – Task Code L250

**Fees:  $13,595.04; Total Hours:  50.0**

(m) Written Discovery – Task Code L310

**Fees:  $4,678.46; Total Hours:  16.8**

(n)  Document Production – Task Code L320

**Fees:  $72.00; Total Hours:  0.6**

(o)  Depositions – Task Code L330

**Fees:  $801.34; Total Hours:  2.9**

(p)  Discovery Motions – Task Code L350

**Fees:  $1.635.72; Total Hours:  6.4**

(q)  Other Discovery – Task Code L390

**Fees: $394.00; Total Hours:  1.4**

(r)  Fact Witnesses – Task Code L410

**Fees: $27.50; Total Hours:  0.1**

(s)  Written Motions/Submission – Task Code L430

**Fees: $1,449.00; Total Hours:  4.6**

(t)  Other Trial Preparation/Support – Task Code L440

**Fees: $1,865.50; Total Hours:  6.9**

(u)  Trial and Hearing Attendance – Task Code L450

**Fees: $2,232.50; Total Hours:  8.3**

(v)  Post-Trial Motions/Submission – Task Code L460

**Fees: $132.40; Total Hours:  2.0**

(w) Appellate Motions/Submissions – Task Code L510

**Fees: $10,385.15; Total Hours:  36.6**

(x)  Appellate Briefs – Task Code L520

**Fees: $9,876.00; Total Hours:  35.9**

(y)  Negotiation/Revisions/Responses – Task Code P500

**Fees: $262.00; Total Hours:  0.8**

(z)  Completion/Closing – Task Code P600

**Fees: $319.00; Total Hours:  1.2**

(aa)        Post-Completion/Post-Closing – Task Code P700

**Fees: $765.00; Total Hours:  1.4**

(bb)        Replevin/Sequestration Complaint – Task Code R102

**Fees: $582.56; Total Hours:  8.8**

**Second Interim Fee Period:**

(a)  Fact Gathering – Task Code C100

**Fees:  $451.38; Total Hours:  2.8**

(b)  Researching Law – Task Code C200

**Fees:  $25,861.41; Total Hours:  106.1**

(c)  Analysis and Advice – Task Code C300

**Fees:  $4,150.99; Total Hours:  12.3**

(d)  Client Counsel – Stat/Reg/Judicial – Task Code C312

**Fees:  $137.43; Total Hours:  0.4**

(e)  Third Party Communication – Task Code C400

**Fees:  $160.00; Total Hours:  0.4**

(f)  Fact Investigation/Development – Task Code L110

**Fees:  $119,506.50; Total Hours:  436.1**

(g)  Analysis/Strategy – Task Code L120

**Fees:  $123,388.00; Total Hours:  428.2**

(h)  Settlement/Non-Binding ADR – Task Code L160

**Fees:  $21,311.50; Total Hours:  70.0**

(i)  Other Case Assessment, Development & Administration – Task Code L190

**Fees:  $55,964.50; Total Hours:  198.2**

(j)  Pleadings – Task Code L210

**Fees:  $81,049.50; Total Hours:  316.0**

(k)  Preliminary Injunctions – Task Code L220

**Fees:  $27.50; Total Hours:  0.1**

(l)  Court Mandated Conferences – Task Code L230

**Fees:  $706.50; Total Hours:  2.5**

(m) Dispositive Motions – Task Code L240

**Fees:  $26,492.00; Total Hours:  97.0**

(n)  Other Written Motions/Submissions – Task Code L250

**Fees:  $8,119.00; Total Hours:  29.0**

(o)  Written Discovery – Task Code L310

**Fees:  $12,739.50; Total Hours:  48.0**

(p)  Depositions – Task Code L330

**Fees:  $2,476.00; Total Hours:  8.8**

(q)  Discovery Motions – Task Code L350

**Fees:  $880.00; Total Hours:  3.2**

(r)  Other Discovery – Task Code L390

**Fees:  $972.50; Total Hours:  3.6**

(s)  Fact Witnesses – Task Code L410

**Fees:  $365.00; Total Hours:  1.0**

(t)  Written Motions/Submission – Task Code L430

**Fees:  $456.00; Total Hours:  1.6**

(u)  Other Trial Preparation/Support – Task Code L440

**Fees:  $3,847.00; Total Hours:  15.0**

(v)  Trial and Hearing Attendance – Task Code L450

**Fees:  $9,448.50; Total Hours:  32.8**

(w) Appellate Motions/Submissions – Task Code L510

**Fees:  $2,170.50; Total Hours:  7.6**

(x)  Project Administration – Task Code P100

**Fees:  $34.79; Total Hours:  0.1**

(y)  Negotiation/Revisions/Responses – Task Code P500

**Fees:  $219.00; Total Hours:  0.6**

(z)  Completion/Closing – Task Code P600

**Fees:  $568.50; Total Hours:  2.0**

(aa)        Post-Completion/Post-Closing – Task Code P700

**Fees:  $219.00; Total Hours:  0.6**

**<u>Third Interim Fee Period</u>:**

(a)  Researching Law – Task Code C200

**Fees:  $4,757.50; Total Hours:  19.0**

(b)  Analysis and Advice – Task Code C300

**Fees:  $2,365.00; Total Hours:  8.6**

(c)  Third Party Communication – Task Code C400

**Fees:  $82.50; Total Hours:  .3**

(d)  Fact Investigation/Development – Task Code L110

**Fees:  $86,211.50; Total Hours:  309.9**

(e)  Analysis/Strategy – Task Code L120

**Fees:  $44,433.50; Total Hours:  155.2**

(f)  Settlement/Non-Binding ADR – Task Code L160

**Fees:  $13,080.50; Total Hours:  44.2**

(g)  Other Case Assessment, Development & Administration – Task Code L190

**Fees:  $42,010.50; Total Hours:  148.1**

(h)  Pleadings – Task Code L210

**Fees:  $47,836.00; Total Hours:  171.1**

(i)  Court Mandated Conferences – Task Code L230

**Fees:  $186.00; Total Hours:  .8**

(j)  Dispositive Motions – Task Code L240

**Fees:  $35,689.50; Total Hours:  126.5**

(k)  Other Written Motions/Submissions – Task Code L250

**Fees:  $6,300.00; Total Hours:  23.3**

(l)  Written Discovery – Task Code L310

**Fees:  $4,787.50; Total Hours:  20.6**

(m) Document Production – Task Code L320

**Fees:  $828.00; Total Hours:  4.6**

(n)  Depositions – Task Code L330

**Fees:  $2,852.00; Total Hours:  14.1**

(o)  Expert Discovery – Task Code L340

**Fees:  $684.00; Total Hours:  3.8**

(p)  Discovery Motions – Task Code L350

**Fees:  $201.00; Total Hours:  1.0**

(q)  Other Discovery – Task Code L390

**Fees:  $399.50; Total Hours:  1.7**

(r)  Fact Witnesses – Task Code L410

**Fees:  $6,184.50; Total Hours:  21.7**

(s)  Written Motions/Submission – Task Code L430

**Fees:  $342.00; Total Hours:  1.2**

(t)  Other Trial Preparation/Support – Task Code L440

**Fees:  $2,707.50; Total Hours:  9.5**

(u)  Trial and Hearing Attendance – Task Code L450

**Fees:  $20,999.00; Total Hours: 64.6**

(v)  Post-Trial Motions and Submissions – Task Code L460

**Fees:  $3,990.00; Total Hours:  14.0**

(w) Appellate Motions/Submissions – Task Code L510

**Fees:  $2,023.50; Total Hours: 7.1**

(x)  Appellate Briefs – Task Code L520

**Fees:  $1,320.00; Total Hours:  4.8**

(y)  Project Administration – Task Code P100

**Fees:  $330.00; Total Hours:  1.2**

(z)  Initial Document Preparation/Filing – Task Code P400

**Fees:  $302.50; Total Hours:  1.1**

(aa) Negotiation/Revisions/Responses – Task Code P500

**Fees:  $255.50; Total Hours:  .7**

(bb) Completion/Closing – Task Code P600

**Fees:  $569.00; Total Hours:  2.0**

(cc) Primary Document Preparation – Task Code R102

**Fees:  $2,475.00; Total Hours:  9.0**

18.     The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the various litigation matters in which Applicant has performed services on behalf of one or more of the Debtor entities.

19.     The Summary to this Application provides information regarding Applicant's billing attorneys and law clerks and a summary of the hours and services rendered by each attorney and law clerk and the hourly rates of each individual during the applicable periods.

20.     The rates charged by Applicant for services rendered by attorneys and law clerks in this case are the same as rates charged by Applicant's attorneys and law clerks on similar matters, without considering the size and degree of responsibility, difficulty, complexity, and results achieved.  Accordingly, and based on such rates, the value of Applicant's professional services for the Final Fee Period totals $1,043,948.96, representing a total of 3,862.1 hours expended by Applicant's attorneys.

21.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.  *See, e.g.*, *In re Borders Group, Inc.*, 456 B.R. 195, 211 (Bankr. S.D.N.Y. 2011); *In re Mesa Air Group, Inc.*, 449 B.R. 441, 444 (Bankr. S.D.N.Y. 2011); *In re Moss*, 320 B.R. 143, 156-57 (Bankr. E.D. Mich. 2005); *In re Ray*, 314 B.R. 643, 662-63 (Bankr. M.D. Tenn. 2004).

## AMOUNTS REQUESTED

22.     Applicant seeks final approval of reasonable compensation for professional legal services in the total amount of $1,043,948.96 for the Application Period, together with

reimbursement for actual and necessary expenses incurred in the amount of $16,823.37 for the period of May 14, 2012 through December 17, 2013, in connection with the professional services detailed in Applicant's prior interim fee applications, and which were previously approved in this Court previous interim approval orders.

23.    It is Applicant's policy to charge its clients in all areas of practice the amounts incurred by Applicant for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.

## CONCLUSION

24.    Applicant believes that the services rendered on behalf of Debtor were reasonable and necessary within the meaning of Bankruptcy Code Section 330. Further, the expenses requested were actual and necessary to the performance of Applicant's services.

25.    By this Application, Applicant requests final approval of reasonable compensation for professional legal services in the total amount of $1,043,948.96 for the Application Period, together with reimbursement for actual and necessary expenses incurred in the amount of $16,823.37 for the period of May 14, 2012 through December 17, 2013.

26.    Applicant requests the Court to direct payment of all compensation held back in connection with monthly fee applications, and to award Applicant such other and further relief as may be just and proper.

WHEREFORE, Applicant respectfully requests the entry of an order (a) allowing an administrative expense claim for Applicant's compensation and reimbursement for its fees and expenses incurred during the Application Period, (b) authorizing and directing payment of such amounts and (c) granting such other and further relief as is just and proper.

Dated: March 3, 2014

TROUTMAN SANDERS LLP

By:＿＿＿＿＿/s/ Jason E. Manning＿＿＿＿＿＿＿
　　　Jason E. Manning (NY Bar #4207288)
　　　TROUTMAN SANDERS LLP
　　　222 Central Park Avenue
　　　Suite 2000
　　　Virginia Beach, VA  23462
　　　Telephone: (757) 687-7500
　　　Facsimile: (757) 687-7510
　　　Email:  jason.manning@troutmansanders.com

**Ordinary Course Professional For The Debtors
and Debtors in Possession**

**Exhibit 1**

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
|                                        )
In re:                                   )   Case No. 12-12020 (MG)
|                                        )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, )   Chapter 11
|                                        )
|                    Debtors.            )   Jointly Administered
---------------------------------------------------------------------  )

**CERTIFICATION OF TROUTMAN SANDERS LLP IN SUPPORT OF**

**FINAL APPLICATION OF TROUTMAN SANDERS LLP FOR AN AWARD OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL
FOR THE DEBTORS FOR THE PERIOD OF
MAY 14, 2012 THROUGH DECEMBER 17, 2013**

I, Jason E. Manning, hereby certify that:

1.      I am a member of the applicant firm, Troutman Sanders LLP ("**Applicant**"), with

responsibility for compliance with the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on

February 5, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code

Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012, as amended, (the "**OCP Order**"), and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2.      This certification is made in respect of Applicant's final fee application, dated March 3, 2014 (the "**Application**"), for final approval of compensation and reimbursement of expenses for the periods of May 14, 2012 through December 17, 2013.

3.      I certify that:

a.      I have read the Application;

b.      to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

c.      the fees and disbursements sought are billed at rates in accordance with those customarily charged by Applicant and generally accepted by Applicant's clients; and

d.      in providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by Applicant in-house or through a third party.

21777405v1

4.    I certify that the Debtors, the Creditors Committee and the United States Trustee
for the Southern District of New York are each being provided with a copy of the Application,
along with the parties entitled to receive the Application.

Dated:  March 3, 2014

TROUTMAN SANDERS LLP


By:_____/s/ Jason E. Manning_____
        Jason E. Manning (NY Bar #4207288)
        TROUTMAN SANDERS LLP
        222 Central Park Avenue
        Suite 2000
        Virginia Beach, VA  23462
        Telephone: (757) 687-7500
        Facsimile: (757) 687-7510
        Email:  jason.manning@troutmansanders.com

        **Ordinary Course Professional For The Debtors
        and Debtors in Possession**