## EXHIBIT A

<u>**EXHIBIT A**</u>

SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Duane M. Geck (Admitted *Pro Hac Vice*)
dmg@severson.com
Donald H. Cram (Admitted *Pro Hac Vice*)
dhc@severson.com

*Special California Litigation Counsel to the*
*Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al.,, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FINAL APPLICATION**
**OF SEVERSON & WERSON, P.C. AS SPECIAL CALIFORNIA LITIGATION**
**COUNSEL FOR DEBTORS FOR ALLOWANCE OF PRIOR INTERIM FEES AND**
**EXPENSES (FROM MAY 14, 2012 THROUGH AUGUST 31, 2013) ON A FINAL BASIS**
**AND FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE TIME PERIOD BETWEEN**
<u>**SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**</u>

I, Donald H. Cram, hereby certify that:

1.      I am a member with the applicant firm, Severson & Werson, P.C. (the **"Firm"**),

which serves as Special California Litigation Counsel to Residential Capital, LLC., *et al.*, as

debtors and debtors in possession (collectively, the **"Debtors"**).

2.      This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-447, adopted by the Court on January 29, 2013 (the

"**Local Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with the Firm's final application, dated February 28, 2014 (the "**Application**"), seeking allowance of prior interim fees and expenses (from May 14, 2012 through August 31, 2013) on a final basis and seeking compensation and reimbursement of expenses for the period commencing September 1, 2013 through and including December 17, 2013, in accordance with the Guidelines.

3.    In respect of Section B(1) of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Amended Guidelines;

(c)    the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)    in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.    In respect of Section B(2) of the Local Guidelines and as required by the Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and their attorneys with a statement of the Firm's fees and expenses accrued during the previous months.

5.     In respect of Section B(3) of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.

6.     I certify that any airfare for which reimbursement is sought was coach class.


DATED: February 28, 2014                    SEVERSON & WERSON
                                            A Professional Corporation



                                   By:   /s/ Donald H. Cram
                                         _____
                                         Donald H. Cram
                                         *Special California Litigation Counsel for
                                         Residential Capital, LLC, et al.*