## **EXHIBIT B**

# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| L110 | Fact Investigation/Development | 35.8 | $ 9,487.00 |
| L120 | Analysis/Strategy | 121.2 | $ 32,118.00 |
| L140 | Document/File Management | 8.7 | $ 1,305.00 |
| L160 | Settlement/Non-Binding ADR | 43.6 | $ 12,208.00 |
| L190 | Other Case Assessment | 30.6 | $ 9,486.00 |
| L210 | Pleadings | 59.7 | $ 14,925.00 |
| L230 | Court Mandated Conferenced | 17.7 | $ 4,637.40 |
| L240 | Dispositive Motions | 95.1 | $ 25,201.50 |
| L250 | Other Written Motions | 52.6 | $ 14,728.00 |
| L310 | Written Discovery | 11.6 | $ 2,958.00 |
| L350 | Discovery Motions | 1.9 | $ 570.00 |
| L390 | Other Discovery | 1.1 | $ 115.50 |
| L410 | Fact Witnesses | 12.8 | $ 3,417.60 |
| L430 | Written Motions/Submissions | 3.4 | $ 952.00 |
| L440 | Other Trial Preparation | 29.8 | $ 8,433.40 |
| L450 | Trial and Hearing Attendance | 31.8 | $ 8,586.00 |
| L460 | Post-Trial Motions and Submissions | 34.8 | $ 10,962.00 |
| L510 | Appellate Motions & Submissions | 2.2 | $ 605.00 |
| L520 | Appellate Briefs | 17.8 | $ 4,976.15 |
| **Total Fees Incurred** | | **612.2** | **$165,671.55** |