## **EXHIBIT C**

## EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Chilton, Jan | Appellate 1971 | $490.50 | 4.9 | $2,403.45 |
| Cram, Donald | Bankruptcy 1992 | $337.50 | 44.9 | $15,153.75 |
| Hankins, Suzanne | Financial Svcs. 1992 | $333.00 | .6 | $199.80 |
| Sullivan, John | Financial Svcs. 1980 | $427.50 | 5.8 | $2,479.50 |
| Sullivan, Mary Kate | Financial Svcs. 1995 | $270.00 | 33.8 | $9,126.00 |
| | | | | |
| Abbott, Thomas | Financial Svcs. 2006 | $270.00 | 6.5 | $ 1,755.00 |
| Babcock, Daska P. | Financial Svcs. 2001 | $288.00 | 45.1 | $ 11,771.10 |
| Barasch, Adam | Bankruptcy 2008 | $292.50 | 15.3 | $ 4,406.40 |
| Buell, Edward | Financial Svcs. 2005 | $279.00 | 0.8 | $ 234.00 |
| Curran, Jarlath | Financial Svcs. 2005 | $247.50 | 11.2 | $ 3,124.80 |
| Campbell, J. Owen | Financial Svcs. 2004 | $279.00 | 6.2 | $ 1,729.80 |
| Esposito, Matthew | Financial Svcs. 2002 | $279.00 | 40.4 | $ 9,635.40 |
| Franich, Kerry | Financial Svcs. 2006 | $270.00 | 5.4 | $ 1,506.60 |
| Gandy, Robert | Financial Svcs. 2003 | $274.50 | 15.7 | $ 4,239.00 |
| Givental, Alisa | Financial Svcs. 2010 | $238.50 | 5.4 | $ 1,482.30 |
| Grewal, Gurinder S. | Financial Svcs. 2011 | $234.00 | 49 | $ 11,686.50 |
| Andrews, M. Elizabeth | Appellate 2009 | $261.00 | 5.6 | $ 1,310.40 |
| Ito, Ryan | Financial Svcs. 2007 | $247.50 | 5.7 | $ 1,410.75 |
| Kelly, Megan | Financial Svcs. 2007 | $234.00 | 13.1 | $ 3,065.40 |
| Kemp, Erik | Financial Svcs. 2006 | $274.50 | 7.7 | $ 2,113.65 |
| Kornberg, Bernard | Bankruptcy 2007 | $234.00 | 6.1 | $ 1,427.40 |
| Ladi, Laszlo | Financial Svcs. 2012 | $256.50 | 10.7 | $ 2,744.55 |
| Liu, David | Financial Svcs. 2001 | $288.00 | 31.7 | $ 9,129.60 |
| McTigue, Sean R. | Financial Svcs. 2012 | $225.00 | 5.1 | $ 1,147.50 |
| Meyer, Charles T. | Financial Svcs. 2009 | $285.00 | 8.6 | $ 2,451.00 |
| Miller, Kenneth S. | Financial Svcs. 2012 | $256.50 | 5.8 | $ 1,487.70 |
| Nowlin, Marlene | Financial Svcs. 1991 | $306.00 | 12.1 | $ 3,702.60 |
| Roman, Eleanor | Financial Svcs. 1995 | $306.00 | 30.4 | $ 9,245.40 |
| Saelao, Rebecca | Financial Svcs. 2002 | $288.00 | 96.2 | $ 27,705.60 |
| Schindler, Maria | Financial Svcs. 2011 | $216.00 | 1 | $ 216.00 |
| Shaham, Yaron | Financial Svcs. 2001 | $238.50 | 49.4 | $ 11,781.90 |
| Wendlenner, Kurt S. | Financial Svcs. 2005 | $265.50 | 7.1 | $ 1,885.05 |
| Whittemore, Brian | Financial Svcs. 2006 | $265.50 | 6.2 | $ 1,646.10 |
| | | | | |
| Feldfeber, Edward | Financial Svcs. N/A | $130.50 | 1.4 | $182.70 |
| Li, Shan | Financial Svcs. N/A | $130.50 | 4.1 | $535.05 |
| Romell, Clair | Financial Svcs. N/A | $130.50 | 4.7 | $613.35 |
| Philips, Maria C. | Financial Svcs. N/A | $130.50 | 3.9 | $508.95 |
| Johnson, Betty J. | Financial Svcs. N/A | $130.50 | .4 | $52.20 |
| Lee, Kristina P. | Financial Svcs. N/A | $ 76.50 | 2.7 | $206.55 |
| Firoozabadi, Rozie | Financial Svcs. N/A | $112.50 | 1.5 | $168.75 |
| **Professionals Totals** | | **Blended Rate** | | |
| **Total Fees Incurred** | | **$252.46** | **612.2** | **$165,671.55** |

19000.9997/3129634.1