# **EXHIBIT D**

# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013[1]

| Expense Category | Amount |
|---|---|
| Court & Filing Fees | $2,695.50 |
| Court Conference Call Service | $1,062.00 |
| Court Services | |
| Data Search | $259.75 |
| Deposition Transcripts | $2,146.50 |
| Messenger | $28.98 |
| Outside Copy Services | $499.70 |
| Process Service | |
| Professional Services | |
| Subpoena Fees | |
| Transmittal Filing to Court | |
| Travel Expenses | $5,694.01 |
| **Total** | **$12,386.44** |

---

[1] A spreadsheet of all expenses requested for this period, categorized by invoice number, follows this summary.

Client: 24064-RESCAP/GMAC
Matter: All Matters

| Code | Date | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|
| Expense Code: 0005 | | | | |
| 0588 | 9/24/2013 | 359598 | $493.33 | Superior Court of California County of Sonoma; Court and Filing Fees; Reporter Fees; 9/4/13 |
| 0017 | ###### | 362337 | $22.57 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/25/13 (Mary C. Card 3188) |
| 0017 | ###### | 362337 | $67.50 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/25/13 (Mary C. Card 3188) |
| 0017 | ###### | 362337 | $7.50 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/30/13 (Mary C. Card 3188) |
| 0017 | ###### | 362337 | $68.20 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 10/01/13 (Mary C. Card 3188) |
| | | | SUM=$659.10 | |
| Expense Code: 0006 | | | | |
| 0588 | 9/9/2013 | 359598 | $1,781.00 | Mary Kate Sullivan; Deposition Transcript; Court reporter transcript costs. 9/4/13 |
| 1519 | ###### | 368713 | $365.50 | Henjum Goucher Reporting Services LP; Deposition Transcript; Original Transcript Of: Hearings - Demurrer 11/19/13 |
| | | | SUM=$2,146.50 | |
| Expense Code: 0009 | | | | |
| 0588 | 9/13/2013 | 359598 | $175.33 | Rebecca S. Saelao; Lodging; Trial in Sonoma Superior Court, Santa Rosa. 8/29/13 |
| | | | SUM=$175.33 | |
| Expense Code: 0013 | | | | |
| 1270 | 9/16/2013 | 359841 | $13.80 | NORCO Delivery Services; Messenger; US District Court Central, Los Angeles, Ca. 8/22/13 |
| 1270 | ###### | 362581 | $15.18 | NORCO Delivery Services; Messenger; Marilyn Lawrence, Los Angeles, CA. 9/26/13 |
| | | | SUM=$28.98 | |
| Expense Code: 0015 | | | | |
| 0655 | 9/11/2013 | 359599 | $10.25 | First Legal Network, LLC; Court Services; Order No. 287429. CACOA- San Francisco 6/26/13 |
| 0588 | 9/12/2013 | 359598 | $128.00 | First Legal Network, LLC; Court Services; Order No. 6946596. Sonoma County Superior Court. Advance ck. 23.00 8/16/13 |
| 1270 | 10/7/2013 | 362581 | $13.68 | NORCO Delivery Services;Court Services ; US District Court Central, Los Angeles, CA. 9/6/13 |
| 1270 | 10/7/2013 | 362581 | $13.68 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, CA. 9/12/13 |
| 1270 | ###### | 362581 | $13.68 | NORCO Delivery Services; Court Services; U District Court Central, Los Angeles, CA. 9/26/13 |
| 0588 | ###### | 363890 | $160.10 | First Legal Network, LLC; Court Services; Order No. 6971130 OBTAIN CURRENT DOCKET. Adv Ck $30 10/28/13 |
| 1561 | ###### | 363899 | $490.25 | First Legal Network, LLC; Court Services; Order No. 6972844 Notice, Mpa, Pos. Adv Ck First Appearance $480. 10/31/13 |
| 1393 | 12/3/2013 | 367177 | $65.90 | One Legal, Inc.; Court Services; Retrieval Document at Superior Court of California, Tulare County 11/13/13 |
| | | | SUM=$895.54 | |
| Expense Code: 0018 | | | | |
| 9997 | 10/1/2013 | 362385 | $180.40 | Golden State Legal Copy; Outside Copies; Desc: GMAC September Invoices, Litigation Copies, Scanning/ Imaging 09/30/13 |
| 9997 | ###### | 363903 | $175.82 | Golden State Legal Copy; Outside Copies; Litigation Copies Staple/Clip Copies as Originals Re-Staple/Re-Clip Originals, Scanning Coding per Document CDs Titled: GMAC_INVOICE_OCTOBER_2013_CD_One Multi-Page PDF per Invoice Customer CD/DVD Label CD/DVD Jewel Case 11/01/13 |
| 9997 | ###### | 366044 | $143.48 | Golden State Legal Copy; Outside Copies; Desc: GMAC NOVEMBER INVOICES Litigation Copies Re-Staple/Re-Clip Originals Staple/Clip Copies as Originals, Scanning/Imaging Coding per Document CDs Titled: GMAC_INVOICES_NOVEMBER_2013_(2)_CDs- One Multi-Page PDF (1) CD- Multi-Page PDF per Invoice Custom CD/DVD Label CD/DVD Jewel Case 11/30/13 |
| | | | SUM=$499.70 | |
| Expense Code: 0026 | | | | |

| Code | Date | Ref | Amount | Description |
|---|---|---|---|---|
| 0588 | 9/13/2013 | 359598 | $116.55 | Mary Kate Sullivan; Transportation; Attend Trail Call/First day of Trial, Santa Rosa, 8/30/13 |

**Expense Code: 0050 — SUM=$116.55**

| Code | Date | Ref | Amount | Description |
|---|---|---|---|---|
| 1519 | 9/11/2013 | 360150 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6928254 SJMC- Stockton 6/25/13 |
| 1519 | 9/12/2013 | 360150 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6950754 SJMC- Stockton 8/28/13 |
| 1519 | 9/12/2013 | 360150 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6950930. SJMC- Stockton, Ca. 8/29/13 |
| 1519 | 9/27/2013 | 360150 | $99.99 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6953639. SJMC- Stockton Ca. Advance Ck. $60. 9/9/13 |
| 1521 | 10/9/2013 | 364240 | $490.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy including Court Filing Fee $435 1st App Fee GMAC 09/05/13 |
| 1558 | 10/9/2013 | 362587 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Stay and Suggestion of Automatic Stay 09/27/13 |
| 1519 | 11/8/2013 | 362343 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6959629 SJMC Stockton , Ca. 9/25/13 |
| 1519 | ###### | 362343 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6962054 SJMC Stockton, Ca. 10/1/13 |
| 1519 | ###### | 362343 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6962054 SJMC Stockton Ca. 10/1/13 |
| 1556 | ###### | 362586 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6964922 SCSC San Jose Ca. 10/9/13 |
| 0704 | 11/8/2013 | 364236 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Summons on Second Amended Complaint, Second Amended Complaint, Proof of Service by Mail. 10/21/13 |
| 0704 | 11/8/2013 | 364236 | $4.97 | One Legal, Inc.; Transmittal of filing to court Proof of Service. 10/24/13 |
| 1561 | 12/9/2013 | 367181 | $61.20 | One Legal, Inc.; Transmittal of filing to court; Reply in Support of GMAC Mortgage LLC's Demurrer to Plaintiff's Complaint 11/20/13 |
| 1519 | ###### | 368713 | $74.20 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6966985 POS; RJN; MPA. 10/15/13 |

**Expense Code: 0056 — SUM=$1,140.86**

| Code | Date | Ref | Amount | Description |
|---|---|---|---|---|
| 0588 | 9/9/2013 | 359598 | $167.13 | Mary Kate Sullivan; Travel and Expenses to; Trial, Santa Rosa 9/3/13 - 9/4/13 |
| 0588 | 9/13/2013 | 359598 | $1,444.68 | Rebecca S. Saelao;Travel and Expenses to ; Trial in Sonoma County Superior Court. Santa Rosa. 9/1/13 - 9/4/13 |
| 9997 | 10/8/2013 | 362385 | $2,293.03 | Donald H. Cram III; Travel and Expenses to; Attend Hearing on Third Interim Fee Application, New York City. 9/10/13 - 9/12/13 |
| 0017 | ###### | 366241 | $1,497.29 | Jonathan Dykstra; Travel and Expenses to; Travel from Irvine Office to Long Beach Airport for flight to New York to meet with Local Counsel for GMAC to prepare for and attend hearing in the United States Bankruptcy Court, Southern District of New York, regarding the claims filed by Robert Sweeting, New York. 10/01/13 - 10/03/13 |

**SUM=$5,402.13**

| Code | Date | Ref | Amount | Description |
|---|---|---|---|---|
| 1315 | 9/5/2013 | 359842 | $17.75 | Cardmember Service /Chase (Acct 7898); Data Search; 455 Almond St, Parlier, CA, 93648, Fresno 08/26/13 |
| 1516 | ###### | 362342 | $32.00 | Cardmember Service /Chase (Acct 7898); Data Search; 695 Crow Canyon Rd, San Ramon, CA, 94582, Contra Costa 09/11/13 |
| 1558 | ###### | 362587 | $17.75 | Cardmember Service /Chase (Acct 7898); Data Search; 127 S Matthisen Ave, Compton, CA, 90220, Los Angeles 09/17/13 |
| 1558 | ###### | 362587 | $33.50 | Cardmember Service /Chase (Acct 7898); Data Search; 127 S Matthisen Ave, Compton, CA, 90220, Los Angeles 09/25/13 |
| 0704 | ###### | 364236 | $13.00 | Cardmember Service /Chase (Acct 7898); Data Search; 408 E Chestnut Ave, CA, Orange 10/31/13 |
| 1007 | ###### | 364237 | $13.00 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 10/16/13 |
| 1007 | ###### | 364237 | $17.75 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 10/14/13 |
| 1546 | ###### | 363897 | $17.75 | Cardmember Service /Chase (Acct 7898); Data Search; 1743 11th St, CA, San Luis Obispo 10/22/13 |
| 1561 | ###### | 363899 | $8.25 | Cardmember Service /Chase (Acct 7898); Data Search; 2344 Van Ness Ave, CA, San Francisco 10/31/13 |
| 1561 | ###### | 363899 | $16.50 | Cardmember Service /Chase (Acct 7898); Data Search; 1835 Franklin St #1003, CA, San Francisco 10/31/13 |
| 1007 | 12/9/2013 | 367175 | $26.00 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 11/07/13 |

**Expense Code: 0060**

| | | | |
|---|---|---|---|
| 1007 | 12/9/2013 | 367175 | $8.25 Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 11/07/13 |
| 1568 | 12/9/2013 | 366331 | $38.25 Cardmember Service /Chase (Acct 7898); Data Search; 15730 Ramona Dr, CA, San Bernardino 11/21/13 |
| | | | SUM=$259.75 |
| Expense Code: 0076 | | | |
| 1546 | 9/5/2013 | 359602 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 09/10/13 |
| 1509 | 9/11/2013 | 360144 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 09/17/13 |
| 1527 | 9/11/2013 | 359911 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 09/16/13 |
| 1519 | 10/2/2013 | 362343 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 10/08/13 |
| 1548 | ###### | 362583 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 10/24/13 |
| 1053 | 11/5/2013 | 367176 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 11/04/13 |
| 1519 | ###### | 363895 | $86.00 CourtCall, LLC; CourtCall - Conference Service; 12/10/13 |
| 0704 | 12/2/2013 | 367172 | $86.00 CourtCall, LLC; CourtCall Appearance Fee; 12/06/13 |
| 0355 | ###### | 367169 | $86.00 CourtCall, LLC; CourtCall Appearance Fee; 12/12/13 |
| 1074 | ###### | 366329 | $86.00 CourtCall, LLC; CourtCall Appearance Fee; 12/17/13 |
| 1546 | ###### | 366245 | $86.00 CourtCall, LLC; CourtCall Appearance Fee; 12/16/13 |
| 1053 | ###### | 367176 | $116.00 CourtCall, LLC; CourtCall Appearance Fee; 02/10/14 |
| | | | SUM=$1,062.00 |
| | | | SUM=$12,386.44 |