# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359838    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0651    Corrado, Paul A.
GMAC Matter No.: 705154

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 08/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 08/30/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 09/12/13 | Telephone conference with plaintiff's counsel regarding status of client's bankruptcy | L190 | A103 | 0.20 | 238.50 | 47.70 |
| JOC | 09/24/13 | Attend case management conference and OSC re status of bankruptcy. | L230 | A109 | 0.90 | 279.00 | 251.10 |
| YS | 09/26/13 | Receipt, review and analysis of plaintiff's case management statement | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 09/27/13 | Draft correspondence to client regarding status of the case and viability of the stayed claims in light of possible challenge to plaintiff's proof of claim before the Bankruptcy Court | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 09/30/13 | Draft correspondence to client regarding the state court litigation and how it has progressed in light of client's bankruptcy filing | L190 | A103 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | | **2.00** | | **$513.45** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/02/13 | CourtCall, LLC; CourtCall - Conference Service; 09/24/13 | 86.00 |
| | **TOTAL COSTS & EXPENSES** | **$86.00** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No. 359838    **CLIENT** RESCAP/GMAC                    Page        2
                      **MATTER** Corrado, Paul A.

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L230 | Court Mandated Conferences | 0.90 | $251.10 |
| | **TOTAL** | **2.00** | **$513.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Campbell, J. Owen | JOC | Associate | 0.90 | 279.00 | $251.10 |
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | **Total** | | **2.00** | | **$513.45** |

| | | |
|---|---|---|
| FEES | | $513.45 |
| COSTS & EXPENSES | | $86.00 |
| **TOTAL THIS INVOICE** | | $599.45 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359839    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0683    Burnett (Daniels)
GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          $3,614.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359839    JBS    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 09/01/13 | Attend mediation and exchange correspondence with client re settlement of action. | L160 | A109 | 8.50 | 288.00 | 2,448.00 |
| DL | 09/01/13 | Exchange correspondence with parties re documents needed to finalize settlement. | L160 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 09/04/13 | Exchange correspondence with client and parties re Ocwen's signature for settlement and other items needed to finalize settlement. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| RMI | 09/16/13 | Correspondence with D.Liu re trial setting conference and case history. | L120 | A105 | 0.30 | 247.50 | 74.25 |
| DL | 09/16/13 | Exchange correspondence with parties re status of petition to confirm settlement. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| RMI | 09/19/13 | Correspondence with D.Liu re settlement status.  Review and analyze settlement/release re preparation for TSC. | L120 | A104 | 0.30 | 247.50 | 74.25 |
| DL | 09/19/13 | Analyze probate notes for upcoming trial setting conference. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| RMI | 09/20/13 | Attention to case file and history re preparation for trial setting conference. Prepare outline of case history and strategy re preparation for trial setting conference. | L230 | A101 | 0.40 | 247.50 | 99.00 |
| DL | 09/20/13 | Analyze results of trial setting conference. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| RMI | 09/23/13 | Prepare memoranda re court ruling and update re Trial Setting Conference. | L230 | A103 | 0.30 | 247.50 | 74.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359839 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RMI | 09/23/13 | Appear for Trial Setting Conference. | L230 | A109 | 1.90 | 247.50 | | 470.25 |
| DL | 09/29/13 | Exchange correspondence with plaintiff and client re waiving confidentiality provision in settlement agreement. | L110 | A106 | 0.20 | 288.00 | | 57.60 |
| | | **TOTAL** | | | 13.00 | | | **$3,614.40** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $316.80 |
| L120 | Analysis/Strategy | 0.60 | $148.50 |
| L160 | Settlement/Non-Binding ADR | 8.70 | $2,505.60 |
| L230 | Court Mandated Conferences | 2.60 | $643.50 |
| | **TOTAL** | **13.00** | **$3,614.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 9.80 | 288.00 | $2,822.40 |
| Ito, Ryan | RMI | Associate | 3.20 | 247.50 | $792.00 |
| | **Total** | | **13.00** | | **$3,614.40** |

| | |
|---|---|
| PRIOR FEES | $5,210.10 |
| PRIOR COSTS & EXPENSES | $1,041.76 |

| | |
|---|---|
| FEES | $3,614.40 |
| **TOTAL THIS INVOICE** | **$3,614.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359840    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**        **$1,909.35**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359840     JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0711     Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 09/13/13 | Analysis and evaluation of settlement discussions | L120 | A104 | 0.50 | 427.50 | 213.75 |
| RSS | 09/13/13 | Draft and revise settlement agreement and stipulation of dismissal. | L160 | A103 | 3.90 | 288.00 | 1,123.20 |
| JBS | 09/16/13 | Review and revise Settlement Agreement | L160 | A104 | 0.50 | 427.50 | 213.75 |
| RSS | 09/16/13 | Revise and circulate settlement agreement. | L160 | A103 | 0.30 | 288.00 | 86.40 |
| JBS | 09/17/13 | Analysis and evaluation of change to Settlement Agreement | L120 | A104 | 0.30 | 427.50 | 128.25 |
| RSS | 09/17/13 | Draft and revise settlement agreement. | L160 | A103 | 0.50 | 288.00 | 144.00 |
| | | TOTAL | | | 6.00 | | $1,909.35 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $342.00 |
| L160 | Settlement/Non-Binding ADR | 5.20 | $1,567.35 |
| | TOTAL | 6.00 | $1,909.35 |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, John | JBS | Member | 1.30 | 427.50 | $555.75 |
| Saelao, Rebecca | RSS | Special Counsel | 4.70 | 288.00 | $1,353.60 |
| | Total | | 6.00 | | $1,909.35 |

PRIOR FEES                    $19,624.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359840    CLIENT    RESCAP/GMAC                              Page        2
                        MATTER   Peel, Timothy & Cheryl, et al.

PRIOR COSTS & EXPENSES              $73.94

FEES                    $1,909.35
TOTAL THIS INVOICE      $1,909.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359841    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1270    Lawrence, Marilyn
GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**        $2,015.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359841    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1270    Lawrence, Marilyn
GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 08/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 08/20/13 | Draft and prepare clients certificate and notice of interested parties | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 08/30/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 09/06/13 | Draft notice of non-opposition to the motion to dismiss in light of plaintiff's failure to file any opposition | L210 | A103 | 0.30 | 238.50 | 71.55 |
| CTM | 09/06/13 | Prepare for our Motion to Dismiss. | L240 | A101 | 0.40 | 256.50 | 102.60 |
| CTM | 09/09/13 | Prepare summary of court hearing and ruling. | L240 | A103 | 0.30 | 256.50 | 76.95 |
| CTM | 09/09/13 | Appear for our Motion to Dismiss in US District Court, Central District California. (Downtown, Los Angeles). | L240 | A109 | 4.30 | 256.50 | 1,102.95 |
| YS | 09/11/13 | Draft notice of continued hearing on client's motion to dismiss the plaintiff's first amended complaint | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 09/16/13 | Receipt, review and analysis of the Court's minute order on client's motion to dismiss | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 09/26/13 | Draft client's reply brief in light of opposition received to the motion to dismiss | L210 | A103 | 1.30 | 238.50 | 310.05 |
| YS | 09/26/13 | Review and analysis of plaintiff's copposition to Defendant Ileama Peterson's motion to dismiss and determine how to respond | L120 | A104 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | | 7.90 | | **$1,974.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 359841 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- |
| | MATTER | Lawrence, Marilyn | | |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/05/13 | Cardmember Service /Chase (Acct 7898); Data Search; 5851 7th Ave, Los Angeles, CA, 90043, Los Angeles 07/23/13 | 8.25 |
| 08/08/13 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, CA. 7/24/13 | 19.35 |
| 09/16/13 | NORCO Delivery Services; Messenger; US District Court Central, Los Angeles, Ca. 8/22/13 | 13.80 |
| | **TOTAL COSTS & EXPENSES** | **$41.40** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.50 | $119.25 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 2.20 | $524.70 |
| L240 | Dispositive Motions | 5.00 | $1,282.50 |
| | **TOTAL** | **7.90** | **$1,974.15** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Meyer, Charles T. | CTM | Associate | 5.00 | 256.50 | $1,282.50 |
| Shaham, Yaron | YS | Special Counsel | 2.90 | 238.50 | $691.65 |
| | **Total** | | **7.90** | | **$1,974.15** |

| | |
| --- | --- |
| PRIOR FEES | $2,263.05 |
| PRIOR COSTS & EXPENSES | $19.62 |

| | |
| --- | --- |
| FEES | $1,974.15 |
| COSTS & EXPENSES | $41.40 |
| **TOTAL THIS INVOICE** | **$2,015.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson & Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359842    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1315       Bentancourt, Ruben and Rosa
                       E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$321.95**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359842    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 09/05/13 | Review correspondence regarding discovery schedule. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 09/05/13 | Review dismissal of party. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 09/13/13 | Correspondence to client re: strategy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 09/13/13 | Review and analysis of correspondence regarding settlement conference and discovery schedule. | L120 | A104 | 0.40 | 234.00 | 93.60 |
| MCK | 09/19/13 | Review Plaintiffs' correspondence and motion re: sanctions. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 09/27/13 | Review Plaintiff's motion for order shortening time re: sanctions motion. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **1.30** | | **$304.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 09/05/13 | Cardmember Service /Chase (Acct 7898); Data Search; 455 Almond St, Parlier, CA, 93648, Fresno 08/26/13 | 17.75 |

**TOTAL COSTS & EXPENSES**    **$17.75**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.30 | $304.20 |
| **TOTAL** | **1.30** | **$304.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kelly, Megan | MCK | Special Counsel | 1.30 | 234.00 | $304.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359842 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Bentancourt, Ruben & Rosa | | |

|  | **Total** | **1.30** | **$304.20** |
| --- | --- | --- | --- |

PRIOR FEES                              $2,464.65

|  |  |
| --- | --- |
| FEES | $304.20 |
| COSTS & EXPENSES | $17.75 |
| **TOTAL THIS INVOICE** | **$321.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359843    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1391    Winick, Daniel S. & Claire
                           C/M# 733788

**TOTAL AMOUNT DUE**            **$1,202.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359843    JBS                                      October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1391    Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 09/05/13 | Exchange correspondence with plaintiff re status of recording withdrawal of lis pendens. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 09/09/13 | Work on recording withdrawal of lis pendens. | L110 | A103 | 0.20 | 288.00 | 57.60 |
| DL | 09/30/13 | Exchange correspondence with plaintiff re recording withdrawal of lis pendens. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **0.60** | | **$172.80** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 02/19/13 | One Legal, Inc.; Transmittal of filing to court; Motion to Enforce Settlement, Request for Judicial Notice including Court Filing Fee $60 01/23/13 | | 109.95 |
| 02/19/13 | One Legal, Inc.; Transmittal of filing to court; Answer, Notice of Withdrawal of Notice of BK including Court Filing Fee $870 1st App Fees GMAC ETS MERS was already paid  when DMR was filed. 02/05/13 | | 919.95 |
| | **TOTAL COSTS & EXPENSES** | | **$1,029.90** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.60 | $172.80 |
| TOTAL | 0.60 | $172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359843 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Winick, Daniel S. & Claire | | | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|------------|----|----------|---|-------|------|-------|---|
| Liu, David | DL | Associate | | 0.60 | 288.00 | $172.80 | |
| | Total | | | **0.60** | | **$172.80** | |

| | | |
|---|---|---|
| PRIOR FEES | $9,657.00 | |
| PRIOR COSTS & EXPENSES | $145.40 | |

| | |
|---|---|
| FEES | $172.80 |
| COSTS & EXPENSES | $1,029.90 |
| **TOTAL THIS INVOICE** | **$1,202.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement





**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 2099883 |
| Inv. Date: | 1/23/13 |
| Due Date: | 2/7/13 |
| Total: | $109.95 |
| Terms: | Net 15 |

| INVOICE No. | | |
|---|---|---|
| | 2099883 | |
| Date: | 1/23/13 | |
| Cust. No.: | 0000562 | |

Law Firm Contact:    David Liu

Client File No.:    19000-1391

Case Short Title:    Winick, Daniel V. ETS

Documents:    Motion to Enforce Settlement, Request for Judicial Notice

One Legal Branch:    San Diego

Court: Description:    Superior Court of California, San Diego County

| | |
|---|---|
| COURT FILING FEE | $60.00 |
| COURT FILING SERVICE FEE | $49.95 |

| Due Date | 2/7/13 | Total This Invoice | $109.95 |
|---|---|---|---|





26-0259046

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

OK
RJB

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| Cust. No.: 0000562 |
| Invoice No.: 2099671 |
| Inv. Date: 2/5/13 |
| Due Date: 2/20/13 |
| Total: $919.95 |
| Terms: Net 15 |

| INVOICE No. | | |
| --- | --- | --- |
| · 2099671 | | |
| Date: | 2/5/13 | |
| Cust. No.: | 0000562 | |

| Law Firm Contact: | David Liu |
| Client File No.: | 19000-1391 |
| Case Short Title: | Winick, Daniel V. Executive Trustee Services |
| Documents: | Answer, Notice of Withdrawal of Ntc of BK |
| One Legal Branch: | San Diego |
| Court Description: | Superior Court of California, San Diego County |

| COURT FILING FEE | $870.00 |
| COURT FILING SERVICE FEE | $49.95 |

— 1st DPP Fees
EMAC
ETS

(MERS was already pd)
when DNR was Filed.

| Due Date | 2/20/13 | Total This Invoice | $919.95 |



# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359844    JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1393     Stovall, Ahn
                   GMAC Matter No.: 737831

**TOTAL AMOUNT DUE**            $429.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359844    JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1393    Stovall, Ahn
                        GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 09/13/13 | Attend the case management conference hearing and determine how to proceed based on the dates and deadlines set by the Court | L230 | A109 | 1.70 | 238.50 | 405.45 |
| YS | 09/26/13 | Receipt, review and analysis of correspondence from Thomas Simonian regarding setting up mediation of the case | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.80** | | **$429.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L230 | Court Mandated Conferences | 1.70 | $405.45 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **1.80** | | **$429.30** |

| PRIOR FEES | $891.45 |
|------------|---------|
| PRIOR COSTS & EXPENSES | $236.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359844 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | |

| | | |
|---|---|---|
| | FEES | $429.30 |
| | **TOTAL THIS INVOICE** | **$429.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359844     JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1393     Stovall, Ahn
GMAC Matter No.: 737831

**TOTAL AMOUNT DUE**          $429.30

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359844   JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1393   Stovall, Ahn
GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 09/13/13 | Attend the case management conference hearing and determine how to proceed based on the dates and deadlines set by the Court | L230 | A109 | 1.70 | 238.50 | 405.45 |
| YS | 09/26/13 | Receipt, review and analysis of correspondence from Thomas Simonian regarding setting up mediation of the case | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.80** | | **$429.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $23.85 |
| L230 | Court Mandated Conferences | 1.70 | $405.45 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Shaham, Yaron | YS   Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | **1.80** | | **$429.30** |

| | |
|--|--|
| PRIOR FEES | $891.45 |
| PRIOR COSTS & EXPENSES | $236.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359844 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Stovall, Ahn | | |

| | | |
| --- | --- | --- |
| | FEES | $429.30 |
| | **TOTAL THIS INVOICE** | **$429.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359845    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1507    Patterson, Trina
GMAC Matter No.: 2013-05-EM7877

**TOTAL AMOUNT DUE**         $1,004.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359845     JBS                                          October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1507    Patterson, Trina
                        GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 09/04/13 | Discussions with Plaintiff re meet and confer re Motion to Dismiss | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/10/13 | Draft and revision of 12b6 Motion to Dismiss FAC, revised proposed order and draft of Request for Judicial Notice in support of MTD. | L240 | A103 | 2.60 | 279.00 | 725.40 |
| MJE | 09/12/13 | Finalized Motion to Dismiss and all associated documents | L240 | A103 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | | **3.60** | | **$1,004.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L240    Dispositive Motions | | 3.60 | $1,004.40 |
| **TOTAL** | | **3.60** | **$1,004.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 3.60 | 279.00 | $1,004.40 |
| | **Total** | | **3.60** | | **$1,004.40** |

| | |
|---|---|
| PRIOR FEES | $7,088.40 |
| PRIOR COSTS & EXPENSES | $97.83 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359845 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Patterson, Trina | | |

| | | |
|---|---|---|
| | FEES | $1,004.40 |
| | **TOTAL THIS INVOICE** | **$1,004.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359845    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1507    Patterson, Trina
GMAC Matter No.: 2013-05-EM7877

**TOTAL AMOUNT DUE**          $1,004.40

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359845    JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1507    Patterson, Trina
                        GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 09/04/13 | Discussions with Plaintiff re meet and confer re Motion to Dismiss | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/10/13 | Draft and revision of 12b6 Motion to Dismiss FAC, revised proposed order and draft of Request for Judicial Notice in support of MTD. | L240 | A103 | 2.60 | 279.00 | 725.40 |
| MJE | 09/12/13 | Finalized Motion to Dismiss and all associated documents | L240 | A103 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | | **3.60** | | **$1,004.40** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L240 | Dispositive Motions | 3.60 | $1,004.40 | | |
| | **TOTAL** | **3.60** | **$1,004.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 3.60 | 279.00 | $1,004.40 |
| | **Total** | | **3.60** | | **$1,004.40** |

| | |
|---|---|
| PRIOR FEES | $7,088.40 |
| PRIOR COSTS & EXPENSES | $97.83 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359845 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Patterson, Trina | | | |

| | FEES | $1,004.40 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,004.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359846    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

**TOTAL AMOUNT DUE**        **$502.20**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    359846    JBS | October 21, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 09/03/13 | Review of Court's tentative ruling and call to counsel for co-Defendants | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/03/13 | Phone call to Court re hearing and call to Plaintiff's counsel re possible dismissal | L140 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/04/13 | Draft of email to co-Defendants' counsel re status of hearing on demurrer | L240 | A108 | 0.20 | 279.00 | 55.80 |
| MJE | 09/05/13 | Draft of email to Plaintiff's counsel and phone call requesting dismissal | L140 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 09/13/13 | Receipt and review of co-Defendants MJOP and phone call to Plaintiff's counsel re same and possible dismissal | L190 | A108 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | | **1.80** | | **$502.20** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.70 | $195.30 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L240 | Dispositive Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.80** | **$502.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 1.80 | 279.00 | $502.20 |
| | Total | | **1.80** | | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359846 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Calderon, Maria | | |

| | |
|---|---|
| PRIOR FEES | $3,057.30 |
| PRIOR COSTS & EXPENSES | $99.90 |

| | |
|---|---|
| FEES | $502.20 |
| **TOTAL THIS INVOICE** | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359846    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

**TOTAL AMOUNT DUE**        **$502.20**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    359846    JBS | | October 21, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| MJE | 09/03/13 | Review of Court's tentative ruling and call to counsel for co-Defendants | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/03/13 | Phone call to Court re hearing and call to Plaintiff's counsel re possible dismissal | L140 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/04/13 | Draft of email to co-Defendants' counsel re status of hearing on demurrer | L240 | A108 | 0.20 | 279.00 | 55.80 |
| MJE | 09/05/13 | Draft of email to Plaintiff's counsel and phone call requesting dismissal | L140 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 09/13/13 | Receipt and review of co-Defendants MJOP and phone call to Plaintiff's counsel re same and possible dismissal | L190 | A108 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | | **1.80** | | **$502.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.70 | $195.30 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L240 | Dispositive Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.80** | **$502.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 1.80 | 279.00 | $502.20 |
| | Total | | **1.80** | | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.  359846 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Calderon, Maria | | |

| | |
|---|---|
| PRIOR FEES | $3,057.30 |
| PRIOR COSTS & EXPENSES | $99.90 |

| | |
|---|---|
| FEES | $502.20 |
| **TOTAL THIS INVOICE** | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359846    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

**TOTAL AMOUNT DUE**          **$502.20**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | |
|---|---|
| Invoice No.    359846    JBS | October 21, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 09/03/13 | Review of Court's tentative ruling and call to counsel for co-Defendants | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/03/13 | Phone call to Court re hearing and call to Plaintiff's counsel re possible dismissal | L140 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 09/04/13 | Draft of email to co-Defendants' counsel re status of hearing on demurrer | L240 | A108 | 0.20 | 279.00 | 55.80 |
| MJE | 09/05/13 | Draft of email to Plaintiff's counsel and phone call requesting dismissal | L140 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 09/13/13 | Receipt and review of co-Defendants MJOP and phone call to Plaintiff's counsel re same and possible dismissal | L190 | A108 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | | **1.80** | | **$502.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.70 | $195.30 |
| L190 | Other Case Assessment | 0.50 | $139.50 |
| L240 | Dispositive Motions | 0.60 | $167.40 |
| | **TOTAL** | **1.80** | **$502.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 1.80 | 279.00 | $502.20 |
| | Total | | **1.80** | | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359846 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Calderon, Maria | | |

| | |
|---|---|
| PRIOR FEES | $3,057.30 |
| PRIOR COSTS & EXPENSES | $99.90 |

| | |
|---|---|
| FEES | $502.20 |
| **TOTAL THIS INVOICE** | **$502.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359847    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1520    Ruiz, Ramona (II)
                  GMAC Matter No.: 2013-05-EQ8020

**TOTAL AMOUNT DUE**        **$201.60**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359847     JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064  1520     Ruiz, Ramona (II)
                           GMAC Matter No.: 2013-05-EQ8020

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 09/05/13 | Revise notice of bankruptcy and letter and prepare correspondence to client re same. | L430 | A103 | 0.40 | 288.00 | 115.20 |
| DL | 09/09/13 | Finalize amended notice of bankruptcy stay and letter to plaintiff. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **0.70** | | **$201.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L430 | Written Motions/Submissions | 0.70 | $201.60 | | |
| | **TOTAL** | **0.70** | **$201.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| | **Total** | | **0.70** | | **$201.60** |

PRIOR FEES                    $594.00

|  | FEES | $201.60 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$201.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&* Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      359848      JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1552      Richards, Kevin and Shelly
GMAC Matter No.: 2013-08-EM5548

**TOTAL AMOUNT DUE**          **$459.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359848    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1552    Richards, Kevin and Shelly
GMAC Matter No.: 2013-08-EM5548

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MCN | 09/13/13 | Draft Notice of Bankruptcy and communications with Booth regarding strategy for completing same. | L250 | A106 | 0.50 | 306.00 | 153.00 |
| MCN | 09/17/13 | Communication with Booth regarding stay of entire action based on ETS bankruptcy and strategy in view of Court's rejection of demurrer on behalf of ETS due to stay of entire case. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| MCN | 09/17/13 | Communication with Court regarding stay of entire action based on ETS bankruptcy and analysis of strategy in view of Court's rejection of demurrrer. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| MCN | 09/19/13 | Draft letter to Plaintiff advising of bankruptcy stay and enclosing notice of bankruptcy. | L120 | A107 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | | **1.50** | | **$459.00** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $122.40 |
| L240 | Dispositive Motions | 0.60 | $183.60 |
| L250 | Other Written Motions | 0.50 | $153.00 |
| | **TOTAL** | **1.50** | **$459.00** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359848    CLIENT   RESCAP/GMAC                                    Page        2
                        MATTER   Richards, Kevin & Shelly

| Nowlin, Marlene | MCN | Special Counsel | 1.50 | 306.00 | $459.00 |
|---|---|---|---|---|---|
|  | Total |  | 1.50 |  | $459.00 |

PRIOR FEES                          $809.55

                                        FEES              $459.00
                        TOTAL THIS INVOICE                 $459.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359849    JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1558    Martinez, Leonard and Guadalupe
                  GMAC Matter No.: 2013-09-EP8872




**TOTAL AMOUNT DUE**              **$1,210.95**




*** *REMITTANCE COPY* ***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359849    JBS                                    October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1558    Martinez, Leonard and Guadalupe
GMAC Matter No.: 2013-09-EP8872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 09/17/13 | Review and evaluate new matter, D. Booth email re NOB. | L110 | A104 | 0.30 | 333.00 | 99.90 |
| CHR | 09/17/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket, Review Title and obtain Assignment and Notice of Default per Client's request. Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.50 | 130.50 | 65.25 |
| YS | 09/23/13 | Review and analysis of plaintiff's complaint, the allegations contained therein, and title history to determine client's available legal remedies and defenses | L120 | A104 | 1.90 | 238.50 | 453.15 |
| MCP | 09/24/13 | Research title records and prepare chronology. | L110 | A102 | 0.30 | 130.50 | 39.15 |
| YS | 09/25/13 | Draft correspondence to plaintiffs' counsel regarding client's notice of bankruptcy stay in response to plaintiffs' first amended complaint | L190 | A103 | 0.60 | 238.50 | 143.10 |
| YS | 09/25/13 | Draft client's notice of bankruptcy stay in response to plaintiffs' first amended complaint | L210 | A103 | 0.80 | 238.50 | 190.80 |
| MCP | 09/25/13 | Research PACER to ascertain bankruptcy filings by plaintiffs. | L110 | A102 | 0.20 | 130.50 | 26.10 |
| MCP | 09/25/13 | Continued review of title records and preparation of chronology | L110 | A102 | 1.30 | 130.50 | 169.65 |
| YS | 09/27/13 | Receipt, review and analysis of correspondence from client regarding | L120 | A104 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359849       CLIENT   RESCAP/GMAC                              Page        2
                          MATTER   Martinez, Leonard & Guadalupe

its interest in the subject loan
**TOTAL**                                              6.00            $1,210.95

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.10 | $334.80 |
| L120 | Analysis/Strategy | 2.00 | $477.00 |
| L140 | Document/File Management | 0.50 | $65.25 |
| L190 | Other Case Assessment | 0.60 | $143.10 |
| L210 | Pleadings | 0.80 | $190.80 |
| | **TOTAL** | **6.00** | **$1,210.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.50 | 130.50 | $65.25 |
| Phillips, Maria C. | MCP | Paralegal | 1.80 | 130.50 | $234.90 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| Shaham, Yaron | YS | Special Counsel | 3.40 | 238.50 | $810.90 |
| | **Total** | | **6.00** | | **$1,210.95** |

|  |  |
|---|---|
| FEES | $1,210.95 |
| **TOTAL THIS INVOICE** | $1,210.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359850    JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

**TOTAL AMOUNT DUE**          **$960.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359850     JBS

October 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MCN | 09/12/13 | Assess complaint to determine whether pre or post-petition conduct is alleged in order to discuss with client and prepare notice of bankruptcy. | L120 | A104 | 0.50 | 306.00 | 153.00 |
| MCN | 09/12/13 | Communication with Booth to assess complaint and prepare notice of bankruptcy. | L120 | A104 | 0.30 | 306.00 | 91.80 |
| MCN | 09/13/13 | Draft notice of bankruptcy and analysis of procedures for filing same. | L120 | A108 | 0.50 | 306.00 | 153.00 |
| MCN | 09/13/13 | Communication with court regarding notice of bankruptcy and analysis of procedures for filing same. | L120 | A108 | 0.30 | 306.00 | 91.80 |
| MCN | 09/18/13 | Draft letter to Plaintiff advising of bankruptcy and impact of automatic stay on case. | L120 | A107 | 0.50 | 306.00 | 153.00 |
| CHR | 09/23/13 | Review Client Correspondence and Initial Pleadings, Upload Client Documents, Review Court Docket, Review Title to Determine Existence of Lis Pendens, Prepare Case Information Form, and Prepare Transmittal to Assigned Handling Attorney. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| ERB | 09/27/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | | **3.40** | | **$960.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 359850 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Matchynski, Mark | | |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.10 | $921.60 |
| L140 | Document/File Management | 0.30 | $39.15 |
| | TOTAL | 3.40 | $960.75 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Nowlin, Marlene | MCN | Special Counsel | 2.10 | 306.00 | $642.60 |
| | Total | | 3.40 | | $960.75 |

|  |  |  |
|---|---|---|
| | FEES | $960.75 |
| | TOTAL THIS INVOICE | $960.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359907    JBS

October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0844    Nguyen, Diem T.
GMAC Matter No.: 712197

**TOTAL AMOUNT DUE**        $234.90

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

### Severson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359907   JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0844   Nguyen, Diem T.
GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 09/18/13 | Review/analyze plaintiff's bankruptcy status update filed in state appellate action. | L510 | A104 | 0.30 | 261.00 | 78.30 |
| MEH | 09/20/13 | Draft bankruptcy status update letter to appellate court. | L510 | A103 | 0.40 | 261.00 | 104.40 |
| MEH | 09/26/13 | Review order setting deadline for next bankruptcy status update. | L520 | A101 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **0.90** | | **$234.90** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L510 | Appellate Motions & Submission | 0.70 | $182.70 | | |
| L520 | Appellate Briefs | 0.20 | $52.20 | | |
| | **TOTAL** | **0.90** | **$234.90** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Andrews, Elizabeth H. | MEH | Associate | 0.90 | 261.00 | $234.90 |
| | **Total** | | **0.90** | | **$234.90** |

PRIOR FEES                    $4,927.05
PRIOR COSTS & EXPENSES        $20.98

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|

Invoice No.   359907      CLIENT      RESCAP/GMAC
                          MATTER      Nguyen, Diem T.

| | | |
|---|---|---|
| **FEES** | | $234.90 |
| **TOTAL THIS INVOICE** | | **$234.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359908    JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER     1001     Hayomyom LLC (Zygleman)
                    GMAC Matter No.: 716183
                    Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**         **$777.60**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359908    JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1001    Hayomyom LLC (Zygleman)
GMAC Matter No.: 716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 08/22/13 | Exchange correspondence with client re review of loan file to substantiate plaintiff's claims. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 08/27/13 | Review and analyze loan file for sending to client and prepare correspondence re status of bankruptcy stay. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 09/03/13 | Analyze plaintiff's case management statement re status of action and bankruptcy. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 09/04/13 | Analyze bankruptcy docket re status of bankruptcy and prepare status report to state court re same. | L430 | A103 | 0.50 | 288.00 | 144.00 |
| DL | 09/06/13 | Exchange correspondence with client re review of loan file re merit in plaintiff's claims. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 09/09/13 | Attend case management conference and advise client of results of same. | L230 | A109 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | | 2.70 | | $777.60 |

**COSTS & EXPENSES**

**BILLING SUMMARY**

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 1.00 | $288.00 |
| L230    Court Mandated Conferences | 1.20 | $345.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359908 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Hayomyom LLC (Zygleman) | | | |

| L430 | Written Motions/Submissions | | 0.50 | $144.00 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.70** | **$777.60** | | |

| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 2.70 | 288.00 | $777.60 |
| | **Total** | | | **2.70** | | **$777.60** |

PRIOR FEES                    $1,271.70
PRIOR COSTS & EXPENSES        $49.95

| | FEES | $777.60 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$777.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359909    JBS

October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1053    Crnic, Carol Ann and Terry
GMAC Matter No.: 718068

**TOTAL AMOUNT DUE**        $639.00

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359909    JBS                                  October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1053    Crnic, Carol Ann and Terry
GMAC Matter No.: 718068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 09/06/13 | Receipt, review and analysis of the Court's notice of taking the pending case management conference off calendar | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 09/09/13 | Draft correspondence to client regarding status of the case, result from case management conference hearing, and proceeding with client's defense in the case | L190 | A103 | 0.30 | 238.50 | 71.55 |
| RMI | 09/09/13 | Appear for mandatory case management conference. | L450 | A109 | 2.10 | 247.50 | 519.75 |
| YS | 09/18/13 | Receipt, review and analysis of the notice of ruling following the court's case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **2.60** | | **$639.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L450 | Trial and Hearing Attendance | 2.10 | $519.75 |
| | **TOTAL** | **2.60** | **$639.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Ito, Ryan | RMI | Associate | 2.10 | 247.50 | $519.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 359909 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Crnic, Carol Ann & Terry | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Shaham, Yaron | | YS | Special Counsel | 0.50 | 238.50 | $119.25 | |
| | | **Total** | | **2.60** | | **$639.00** | |

| PRIOR FEES | $461.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $82.50 |

| | |
|---|---|
| FEES | $639.00 |
| **TOTAL THIS INVOICE** | **$639.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359910    JBS                                October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1333    Tikhonov, Albina (3)
                  GMAC Matter No.: 737481

**TOTAL AMOUNT DUE**          **$667.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359910    JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1333    Tikhonov, Albina (3)
                         GMAC Matter No.: 737481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 09/03/13 | Draft clients case management statement in light of pending case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 09/18/13 | Review and analysis of case file, pleadings, etc. in preparation for hearing on clients' demurrer and discovery motions | L120 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 09/20/13 | Draft correspondence to client regarding dismissal of the case by plaintiff | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 09/20/13 | Receipt, review and analysis of plaintiff's dismissal of the case with prejudice | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 09/20/13 | Attend the hearing on clients demurrer, discovery motions, and the Court's case management conference hearing, and determine how to proceed based on the outcome | L450 | A109 | 1.80 | 238.50 | 429.30 |
| | | **TOTAL** | | | **2.80** | | **$667.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $95.40 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.30 | $71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  359910 | CLIENT  RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER  Tikhonov, Albina (3) | | | | | |

| L450 | Trial and Hearing Attendance | | 1.80 | $429.30 | | |
|---|---|---|---|---|---|---|
| | **TOTAL** | | **2.80** | **$667.80** | | |

| Timekeeper | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 2.80 | 238.50 | $667.80 | |
| | Total | | **2.80** | | **$667.80** | |

| PRIOR FEES | $4,506.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $66.20 |

| FEES | $667.80 |
|---|---|
| **TOTAL THIS INVOICE** | **$667.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson
### &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359911    JBS

October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1527    Fenwick, Gary and Nancy
                  GMAC Matter No.: 2013-05-EW3227

**TOTAL AMOUNT DUE**          **$393.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359911    JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1527    Fenwick, Gary and Nancy
GMAC Matter No.: 2013-05-EW3227

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| KSM | 09/16/13 | Attended case management conference.  L230 | A109 | 1.20 | 256.50 | 307.80 |
| | | **TOTAL** | | **1.20** | | **$307.80** |

### COSTS & EXPENSES

| | | | | |
|---|---|---|---|---|
| 09/11/13 | CourtCall, LLC; CourtCall - Conference Service; 09/16/13 | | | 86.00 |
| | **TOTAL COSTS & EXPENSES** | | **$86.00** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L230    Court Mandated Conferences | | 1.20 | $307.80 |
| **TOTAL** | | **1.20** | **$307.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Miller, Kenneth S. | KSM | Associate | 1.20 | 256.50 | $307.80 |
| | **Total** | | **1.20** | | **$307.80** |

| | | |
|---|---|---|
| PRIOR FEES | $432.90 | |
| PRIOR COSTS & EXPENSES | $49.95 | |

| | |
|---|---|
| FEES | $307.80 |
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$393.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     359912     JBS                                    October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1557      Ellis, Nadine and Vernette
                     GMAC Matter No.: 2013-09-EK8420

**TOTAL AMOUNT DUE**                    **$445.95**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359912    JBS

October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 ·1557    Ellis, Nadine and Vernette
GMAC Matter No.: 2013-09-EK8420

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 09/11/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| RJG | 09/11/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 09/11/13 | Analysis of Plaintiff's complaint and attention to preliminary case investigation and strategy. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 09/11/13 | Prepared notice of bankruptcy and letter to counsel. | L240 | A103 | 1.00 | 256.50 | 256.50 |
| | | **TOTAL** | | | **1.90** | | **$445.95** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L240 | Dispositive Motions | 1.00 | $256.50 |
| | **TOTAL** | **1.90** | **$445.95** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   359912 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Ellis, Nadine & Vernette | | | | | |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 | | |
| Miller, Kenneth S. | KSM | Associate | 1.00 | 256.50 | $256.50 | | |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 | | |
| | Total | | 1.90 | | $445.95 | | |

|  | FEES | $445.95 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$445.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359913    JBS                                     October 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1559     Cedeno (Palacios)
                     GMAC Matter No.: 2013-09-ER3418

**TOTAL AMOUNT DUE**              $317.70

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    359913    JBS | | October 22, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1559    Cedeno (Palacios)
GMAC Matter No.: 2013-09-ER3418

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RJG | 09/18/13 | Correspondence with our client to advise regarding preliminary case strategy. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 09/18/13 | Analysis of complaint and pending case issues and attention to preliminary case strategy. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 09/18/13 | Prepared notice of bankruptcy and suggestion of automatic stay and letter to counsel regarding the same. | L210 | A109 | 0.40 | 256.50 | 102.60 |
| CHR | 09/19/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| KSM | 09/19/13 | Revised notice of bankruptcy and letter to counsel. | L210 | A109 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **1.40** | | **$317.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L210 | Pleadings | 0.50 | $128.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 359913 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Cedeno (Palacios) | | | | |

| | | TOTAL | **1.40** | **$317.70** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 | |
| Miller, Kenneth S. | KSM | Associate | 0.50 | 256.50 | $128.25 | |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 | |
| | Total | | **1.40** | | **$317.70** | |
| | | | FEES | | $317.70 | |
| | | TOTAL THIS INVOICE | | | $317.70 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   359957   JBS

October 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1547     Bishop, Julie Marie
                   GMAC Matter No.: 2013-07-EI4649

**TOTAL AMOUNT DUE**          **$256.50**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    359957    JBS                                          October 23, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1547    Bishop, Julie Marie
                          GMAC Matter No.: 2013-07-EI4649

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| TSH | 08/05/13 | Communication with client regarding Settlement Agreement and settlement funds. | L160 | A106 | 0.10 | 225.00 | 22.50 |
| ANB | 08/07/13 | Review fully executed Settlement Agreement and Release, forward to Debtors counsel and advise check will be sent to his office once received. | L120 | A108 | 0.30 | 292.50 | 87.75 |
| ANB | 08/19/13 | Follow up with Debtor's counsel on filing of Satisfaction of Judgment. | L120 | A108 | 0.20 | 292.50 | 58.50 |
| ANB | 09/03/13 | Review filed Satisfaction of Judgment, forward to client and advise unless any further assistance is needed this file can be closed. | L120 | A106 | 0.30 | 292.50 | 87.75 |
| | | **TOTAL** | | | **0.90** | | **$256.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.80 | $234.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $22.50 |
| | **TOTAL** | **0.90** | **$256.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 0.80 | 292.50 | $234.00 |
| Holmes, Toriana | TSH | Associate | 0.10 | 225.00 | $22.50 |
| | **Total** | | **0.90** | | **$256.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 359957 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Bishop, Julie Marie | | |

PRIOR FEES                                     $3,045.15

FEES                          $256.50
**TOTAL THIS INVOICE**        **$256.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360143    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1115    Nguyen, Luan
GMAC Matter No.: 707072

**TOTAL AMOUNT DUE**          **$218.70**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360143    JBS                           October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1115    Nguyen, Luan
                        GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 09/10/13 | Draft correspondence to client regarding proposed settlement offer and how to proceed with the litigation | L160 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 09/10/13 | Receipt, review and analysis of plaintiff's settlement offer | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 09/11/13 | Telephone conference with UD counsel regarding proposed global settlement proposal | L160 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 09/11/13 | Draft correspondence to client regarding settling the case with plaintiff on a cash for keys basis | L160 | A103 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **0.90** | | **$218.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $51.75 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $166.95 |
| | **TOTAL** | **0.90** | **$218.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **0.90** | | **$218.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|
| Invoice No.    360143 | CLIENT | RESCAP/GMAC | | | |
| | MATTER | Nguyen, Luan | | | |

| | |
|---|---|
| PRIOR FEES | $1,443.60 |
| PRIOR COSTS & EXPENSES | $49.95 |

| | |
|---|---|
| FEES | $218.70 |
| **TOTAL THIS INVOICE** | **$218.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360144    JBS                                    October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1509    Dumalanta, Dwayne and Ria
GMAC Matter No.: 2013-05-EN2407


**TOTAL AMOUNT DUE**            $303.80



*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360144    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1509    Dumalanta, Dwayne and Ria
GMAC Matter No.: 2013-05-EN2407

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 05/06/13 | Call with client re strategy for filing Notice of Bankruptcy and potential dismissal of action based on rescission of notice of default. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| SRM | 05/23/13 | Communications with client re filing deadline extension. | L160 | A106 | 0.10 | 225.00 | 22.50 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | TOTAL | | | 0.80 | | $217.80 |

### COSTS & EXPENSES

09/11/13  CourtCall, LLC; CourtCall - Conference Service; 09/17/13                          86.00

**TOTAL COSTS & EXPENSES**                          $86.00

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $22.50 |
| | TOTAL | 0.80 | $217.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360144      CLIENT    RESCAP/GMAC                                    Page      2
                           MATTER    Dumalanta, Dwayne & Ria

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| McTigue, Sean R. | SRM | Associate | 0.10 | 225.00 | $22.50 |
| | Total | | 0.80 | | $217.80 |

PRIOR FEES                                    $655.65

|  |  |
|---|---|
| FEES | $217.80 |
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$303.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360145    JBS                                   October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1548    Chapman, Mary  (Harrison)
GMAC Matter No.: 2013-07-EL4482

**TOTAL AMOUNT DUE**          **$319.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360145    JBS                                      October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1548    Chapman, Mary (Harrison)
GMAC Matter No.: 2013-07-EL4482

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| KCW | 09/17/13 | Draft status-summary email to client and review and respond to responsive-email from client re notice of appearance and service list | L120 | A106 | 0.50 | 265.50 | 132.75 |
| KCW | 09/17/13 | Participate in telephone conversation with co-defendant's counsel re status of demurrer and case management hearings, and discuss litigation strategy | L120 | A107 | 0.60 | 265.50 | 159.30 |
| | | **TOTAL** | | | **1.20** | | **$319.95** |

**COSTS & EXPENSES**

**BILLING SUMMARY**

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120    Analysis/Strategy | | 1.20 | $319.95 |
| **TOTAL** | | **1.20** | **$319.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Wendlenner, Kurt | KCW | Associate | 1.10 | 265.50 | $292.05 |
| | **Total** | | **1.20** | | **$319.95** |

PRIOR FEES                                      $1,636.65
PRIOR COSTS & EXPENSES                          $443.25

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 360145 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Chapman, Mary  (Harrison) | | |

|  | FEES | $319.95 |
|---|---|---|
| TOTAL THIS INVOICE | | $319.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360146    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1556 | Dixon, Osric |
| | | GMAC Matter No.: 2013-09-EJ1580 |

**TOTAL AMOUNT DUE**                    **$993.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360146    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1556    Dixon, Osric
.GMAC Matter No.: 2013-09-EJ1580

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 09/10/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| ERB | 09/11/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| DPB | 09/11/13 | Review assigning e-mail from client. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DPB | 09/13/13 | Prepare notice of bankruptcy. | L250 | A103 | 0.70 | 288.00 | 201.60 |
| DPB | 09/17/13 | E-mail to D. Booth regarding draft notice of bankruptcy. | L250 | A106 | 0.10 | 288.00 | 28.80 |
| DPB | 09/18/13 | Draft letter to M. Ruiz regarding Homecomings' bankruptcy. | L110 | A103 | 0.50 | 288.00 | 144.00 |
| DPB | 09/18/13 | E-mail communications with D. Booth regarding his revisions to draft notice of bankruptcy for Homecomings. | L250 | A106 | 0.20 | 288.00 | 57.60 |
| DPB | 09/18/13 | Revise draft notice of bankruptcy to incorporate D. Booth's revisions. | L250 | A103 | 0.40 | 288.00 | 115.20 |
| DPB | 09/25/13 | E-mail from D. Booth regarding plaintiffs' filing of a lis pendens. | L250 | A106 | 0.10 | 288.00 | 28.80 |
| DPB | 09/25/13 | E-mail to D. Booth regarding endorsed notice of bankruptcy. | L250 | A106 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | 3.70 | | **$993.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  360146 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | MATTER | Dixon, Osric | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L120 | Analysis/Strategy | 1.00 | $279.00 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L250 | Other Written Motions | 1.60 | $460.80 |
| | **TOTAL** | **3.70** | **$993.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Babcock, Daska | DPB | Special Counsel | 2.30 | 288.00 | $662.40 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | Total | | 3.70 | | $993.60 |

| | FEES | $993.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | $993.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360147    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0433    Haroutunian, Hedeya
C/M# 697640

**TOTAL AMOUNT DUE**        **$6,707.70**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360147    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 02/21/13 | Review/analyze appellant's opening brief. | L520 | A101 | 1.20 | 261.00 | 313.20 |
| MEH | 02/25/13 | Draft applicattion for extension of time to file respondent's brief. | L510 | A101 | 1.40 | 261.00 | 365.40 |
| MEH | 03/25/13 | Continue drafting respondent's brief. | L520 | A101 | 9.60 | 261.00 | 2,505.60 |
| MEH | 03/26/13 | Continue drafting respondent's brief. | L520 | A101 | 6.80 | 261.00 | 1,774.80 |
| MEH | 03/27/13 | Continue drafting respondent's brief. | L520 | A101 | 5.20 | 261.00 | 1,357.20 |
| MEH | 03/27/13 | Draft request re: extension of appellate briefing schedule. | L510 | A101 | 0.90 | 261.00 | 234.90 |
| MEH | 03/27/13 | Exchange emails with opposing counsel J. Mazur re: extending of briefing schedule. | L510 | A101 | 0.30 | 261.00 | 78.30 |
| MEH | 03/28/13 | Finalize request to extend briefing schedule. | L510 | A101 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **25.70** | | **$6,707.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L510 | Appellate Motions & Submission | 2.90 | $756.90 |
| L520 | Appellate Briefs | 22.80 | $5,950.80 |
| | **TOTAL** | **25.70** | **$6,707.70** |

| Timekeeper | Position | | Hours | Rate | Value |
|-----------|----------|---|-------|------|-------|
| Andrews, Elizabeth H. | MEH | Associate | 25.70 | 261.00 | $6,707.70 |
| | Total | | 25.70 | | $6,707.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 360147 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Haroutunian, Hedeya | | |

| | |
|---|---|
| PRIOR FEES | $6,819.30 |
| PRIOR COSTS & EXPENSES | $86.27 |

| | |
|---|---|
| FEES | $6,707.70 |
| **TOTAL THIS INVOICE** | **$6,707.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360148    JBS                          October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

TOTAL AMOUNT DUE          $6,710.85

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360148    JBS                                    October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| LXL | 09/03/13 | Draft and prepare opposition to LSI's demurrer to FAC. | L210 | A103 | 6.10 | 256.50 | 1,564.65 |
| RSS | 09/06/13 | Review and revise opposition to demurrer. | L240 | A103 | 1.50 | 288.00 | 432.00 |
| LXL | 09/06/13 | Draft and prepare stipulation to continue hearing date for demurrer and case management conference. | L210 | A103 | 0.50 | 256.50 | 128.25 |
| LXL | 09/06/13 | Phone call to counsel for ULLICO regarding movement of case management conference hearing. | L210 | A107 | 0.10 | 256.50 | 25.65 |
| LXL | 09/06/13 | Phone call to court regarding movement of demurrer and case management conference hearing dates. | L210 | A108 | 0.10 | 256.50 | 25.65 |
| LXL | 09/06/13 | Correspondence to LSI's counsel regarding moving hearing date one week. | L210 | A107 | 0.10 | 256.50 | 25.65 |
| AAG | 09/09/13 | Follow up with defendant Casas's attorney regarding settlement. | L160 | A107 | 0.30 | 238.50 | 71.55 |
| AAG | 09/09/13 | Communicate with counsel for ULLICO regarding settlement and procedural posture of action. | L160 | A107 | 0.80 | 238.50 | 190.80 |
| AAG | 09/09/13 | Revise opposition to LSI Title's demurrer. | L240 | A103 | 3.70 | 238.50 | 882.45 |
| RSS | 09/09/13 | Review and analyze pleadings and related correspondence. | L210 | A104 | 0.30 | 288.00 | 86.40 |
| LXL | 09/09/13 | Correspondence to LSI's counsel regarding continuing demurrer and call to clerk's office to confirm. | L240 | A107 | 0.10 | 256.50 | 25.65 |
| LXL | 09/09/13 | Correspondence to counsel for ULLICO and LSI regarding status of | L240 | A107 | 0.20 | 256.50 | 51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 360148 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Casas, Hermina | | | | | | |

| | | continuance of CMC and demurrer. | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| LXL | 09/09/13 | Phone call to counsel for ULLICO regarding continuance of CMC. | L240 | A107 | 0.10 | 256.50 | 25.65 |
| LXL | 09/09/13 | Correspondence to LSI's counsel and ULLICO's counsel regarding stipulation to continue demurrer and CMC. | L210 | A107 | 0.20 | 256.50 | 51.30 |
| AAG | 09/10/13 | Draft and revise breach of contract section of opposition to LSI's demurrer. | L240 | A103 | 1.20 | 238.50 | 286.20 |
| AAG | 09/10/13 | Revise negligence section of opposition to LSI's demurrer. | L240 | A103 | 0.70 | 238.50 | 166.95 |
| AAG | 09/10/13 | Revise malice section of Opposition to LSI's demurrer. | L240 | A103 | 2.10 | 238.50 | 500.85 |
| AAG | 09/10/13 | Review legal authorities discussing proof of malice in the context of a slander of title claim. | L110 | A102 | 0.80 | 238.50 | 190.80 |
| AAG | 09/10/13 | Revise settlement agreement. | L160 | A104 | 0.80 | 238.50 | 190.80 |
| AAG | 09/10/13 | Communicate with client's bankruptcy attorney regarding how bankruptcy affects settlement agreement. | L160 | A107 | 0.30 | 238.50 | 71.55 |
| AAG | 09/10/13 | Participate in conference call with client regarding status of settlement. | L160 | A106 | 0.20 | 238.50 | 47.70 |
| RSS | 09/10/13 | Confer with client and bankruptcy counsel regarding possible settlement with borrower and draft agreement relating thereto. | L160 | A105 | 0.40 | 288.00 | 115 20 |
| AAG | 09/11/13 | Communicate with defendant Casas's attorney regarding settlement. | L160 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 09/11/13 | Revise Opposition to LSI's demurrer. | L240 | A103 | 2.80 | 238.50 | 667.80 |
| LXL | 09/12/13 | Review final draft of opposition to LSI's demurrer. | L230 | A104 | 0.30 | 256.50 | 76.95 |
| LXL | 09/17/13 | Email to counsel for ULLICO regarding CMC hearing date. | L230 | A107 | 0.10 | 256.50 | 25.65 |
| AAG | 09/19/13 | Communicate with attorney for Herminia Casas regarding settlement. | L160 | A107 | 0.20 | 238.50 | 47.70 |
| RSS | 09/19/13 | Review and update client regarding correspondence from borrower's attorney relating to proposed settlement. | L160 | A103 | 0.30 | 288.00 | 86.40 |
| LXL | 09/20/13 | Review and evaluate LSI's reply in support of demurrer. | L210 | A104 | 0.20 | 256.50 | 51.30 |
| AAG | 09/26/13 | Review and analyze court's tentative ruling on LSI's demurrer. | L240 | A104 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 360148 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RSS | 09/27/13 | Review and analyze order on demurrer and update client regarding same. | L240 | A104 | 0.60 | 288.00 | | 172.80 |
| LXL | 09/27/13 | Appear at demurrer hearing to first amended complaint. | L240 | A109 | 0.60 | 256.50 | | 153.90 |
| LXL | 09/27/13 | Prepare for hearing on demurrer to first amended complaint. | L240 | A101 | 0.50 | 256.50 | | 128.25 |
| | | **TOTAL** | | | **26.80** | | | **$6,710.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $190.80 |
| L160 | Settlement/Non-Binding ADR | 3.50 | $869.40 |
| L210 | Pleadings | 7.60 | $1,958.85 |
| L230 | Court Mandated Conferences | 0.40 | $102.60 |
| L240 | Dispositive Motions | 14.50 | $3,589.20 |
| | **TOTAL** | **26.80** | **$6,710.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 14.50 | 238.50 | $3,458.25 |
| Ladi, Laszlo | LXL | Associate | 9.20 | 256.50 | $2,359.80 |
| Saelao, Rebecca | RSS | Special Counsel | 3.10 | 288.00 | $892.80 |
| | **Total** | | **26.80** | | **$6,710.85** |

| | |
|---|---|
| PRIOR FEES | $17,950.50 |
| PRIOR COSTS & EXPENSES | $1,908.92 |

| | |
|---|---|
| FEES | $6,710.85 |
| **TOTAL THIS INVOICE** | **$6,710.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360149    JBS

October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0917    Kinworthy, David and Leslie
GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**            **$1,235.70**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     360149     JBS

October 24, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0917     Kinworthy, David and Leslie
GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 09/03/13 | Review email from J. Dzialo re settlement and draft reply to same | L160 | A108 | 0.10 | 274.50 | 27.45 |
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 09/09/13 | Draft email to J. Dzialo re settlement issues | L160 | A103 | 0.40 | 274.50 | 109.80 |
| EK | 09/09/13 | Analysis and evaluation of settlement strategy | L160 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 09/09/13 | Draft email to L. Delehey updating on settlement discussions | L160 | A104 | 0.40 | 274.50 | 109.80 |
| EK | 09/09/13 | Call to J. Dzialo re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 09/19/13 | Begin drafting settlement agreement and release and stipulation to dismiss | L160 | A103 | 1.40 | 274.50 | 384.30 |
| EK | 09/19/13 | Draft email to J. Dzialo re settlement issues and status conference | L160 | A108 | 0.30 | 274.50 | 82.35 |
| EK | 09/19/13 | Appear for status conference via CourtCall | L160 | A109 | 0.40 | 274.50 | 109.80 |
| EK | 09/20/13 | Finish drafting settlement agreement and release and stipulation to dismiss | L160 | A103 | 0.90 | 274.50 | 247.05 |
| EK | 09/20/13 | Email to S. Martin re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 09/20/13 | Further emails with plaintiffs' counsel, J. Dzialo, re settlement | L160 | A108 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **4.50** | | **$1,235.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   360149     CLIENT   RESCAP/GMAC                        Page        2
                         MATTER   Kinworthy, David & Leslie

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 4.40 | $1,207.80 |
| | TOTAL | 4.50 | $1,235.70 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 4.40 | 274.50 | $1,207.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | 4.50 | | $1,235.70 |

PRIOR FEES                          $8,055.00

                                            FEES            $1,235.70
                                    TOTAL THIS INVOICE      $1,235.70

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360150    JBS                                October 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1519    Bubar, Ronald and Richard
                  GMAC Matter No.: 2013-05-EP1505

**TOTAL AMOUNT DUE**            **$4,163.94**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    360150    JBS

October 24, 2013

**GMAC Mortgage, LLC**
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    09/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| EMR | 09/04/13 | Attention to deadlines set by Court at case management conference. | L230 | A104 | 0.20 | 306.00 | 61.20 |
| EMR | 09/04/13 | Attend case management conference. | L230 | A109 | 0.80 | 306.00 | 244.80 |
| EMR | 09/05/13 | Prepare memorandum of points and authorities in support of demurrer to first amended complaint. | L240 | A103 | 3.20 | 306.00 | 979.20 |
| EMR | 09/05/13 | Prepare notice of demurrer and demurrer to first amended complaint. | L240 | A103 | 0.80 | 306.00 | 244.80 |
| SL | 09/06/13 | Draft Request for Judicial Notice in Support of RFC's Demurrer to Plaintiff's First Amended Complaint and prepare exhibits for the RJN. | L210 | A103 | 0.70 | 130.50 | 91.35 |
| EMR | 09/06/13 | Complete preparation of request for judicial notice in support of demurrer to first amended complaint. | L240 | A103 | 0.30 | 306.00 | 91.80 |
| DHC | 09/17/13 | Review Order sustaining Richland's demurrer | L120 | A104 | 0.30 | 337.50 | 101.25 |
| DHC | 09/24/13 | Review plaintiff's counsel's proposed non-opposition to demurrer and request for stipulation to further amend complaint. | L210 | A104 | 0.30 | 337.50 | 101.25 |
| DHC | 09/24/13 | Conference with Ellie Roman re plaintiff's counsel's proposal. | L190 | A105 | 0.30 | 337.50 | 101.25 |
| EMR | 09/24/13 | Review correspondence and proposed stipulation received from plaintiff's counsel in response to demurrer of W. Tyson and D. Marquardt to first amended complaint. | L240 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 09/24/13 | Prepare responsive correspondence to plaintiff's counsel regarding proposed | L240 | A103 | 0.40 | 306.00 | 122.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 360150 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Bubar, Ronald & Richard | | | | | |

| | | | | | | | |
|------|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|------|--------|--------|
| | | stipulation. | | | | | |
| EMR | 09/25/13 | Conversation with plaintiff's counsel regarding his proposed stipulation, and regarding Richland defendants' allegations pertaining to ownership of the pumps. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| EMR | 09/25/13 | Follow up with new servicer, J. Curzan, Residential Credit Solutions re defense of matter. | L220 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 09/30/13 | E-mail memorandum to K. Priore and J. Sprecken re plaintiffs' response to demurrer, proposed second amended complaint, status of claims against W. Tyson and D. Marquardt. | L240 | A106 | 0.60 | 306.00 | 183.60 |
| EMR | 09/30/13 | Review and analysis of plaintiffs' motion to for leave to file second amended complaint, proposed second amended complaint and declaration in support, as needed in conjunction with preparation of reply in support of demurrer and opposition to motion for leave to amend. | L240 | A104 | 1.30 | 306.00 | 397.80 |
| EMR | 09/30/13 | Prepare reply memorandum of points and authorities in support of W. Tyson and D. Marquardt's demurrer to plaintiffs' first amended complaint. | L240 | A103 | 1.80 | 306.00 | 550.80 |
| EMR | 09/30/13 | Review and analysis of court's order sustaining the Richland Defendants' demurrer, as need to support W. Tyson and D. Marquardt's demurrer to plaintiffs' first amended complaint. | L240 | A103 | 0.20 | 306.00 | 61.20 |
| EMR | 09/30/13 | Prepare request for judicial notice in support of demurrer to plaintiffs' complaint. | L240 | A103 | 0.60 | 306.00 | 183.60 |
| EMR | 09/30/13 | Prepare declaration in support of defendants' demurrer to plaintiffs' first amended complaint. | L240 | A103 | 0.60 | 306.00 | 183.60 |
| | | **TOTAL** | | | **13.10** | | **$3,914.10** |

## COSTS & EXPENSES

| | | | |
|----------|------------------------------------------------------------|---|-------|
| 09/11/13 | First Legal Network, LLC; Transmittal of filing | | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    360150 | CLIENT    RESCAP/GMAC | Page    3 |
|---|---|---|
| | MATTER    Bubar, Ronald & Richard | |

| | | |
|---|---|---|
| | to court; Order No. 6928254 SJMC- Stockton 6/25/13 | |
| 09/12/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6950754 SJMC- Stockton 8/28/13 | 49.95 |
| 09/12/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6950930. SJMC- Stockton, Ca. 8/29/13 | 49.95 |
| 09/27/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6953639. SJMC- Stockton Ca. Advance Ck. $60. 9/9/13 | 99.99 |
| | **TOTAL COSTS & EXPENSES** | **$249.84** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $101.25 |
| L190 | Other Case Assessment | 0.30 | $101.25 |
| L210 | Pleadings | 1.00 | $192.60 |
| L220 | Preliminary Injunctions/Provis | 0.10 | $30.60 |
| L230 | Court Mandated Conferences | 1.00 | $306.00 |
| L240 | Dispositive Motions | 10.40 | $3,182.40 |
| | **TOTAL** | **13.10** | **$3,914.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.90 | 337.50 | $303.75 |
| Roman, Eleanor | EMR | Special Counsel | 11.50 | 306.00 | $3,519.00 |
| Li, Shan | SL | Paralegal | 0.70 | 130.50 | $91.35 |
| | **Total** | | **13.10** | | **$3,914.10** |

| | |
|---|---|
| PRIOR FEES | $10,354.95 |
| PRIOR COSTS & EXPENSES | $1,101.70 |

| | |
|---|---|
| FEES | $3,914.10 |
| COSTS & EXPENSES | $249.84 |
| **TOTAL THIS INVOICE** | **$4,163.94** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement