## EXHIBIT E (PART 2 OF 4)

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362337    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0017    Sweeting, Robert
GMAC Matter No.: 733485

**TOTAL AMOUNT DUE**           $6,557.57

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362337    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0017    Sweeting, Robert
GMAC Matter No.: 733485

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JD | 10/01/13 | Prepare for Bankruptcy hearing. | L120 | A101 | 9.80 | 238.50 | 2,337.30 |
| JD | 10/01/13 | Strategize with Bankruptcy counsel regarding hearing. | L120 | A107 | 2.50 | 238.50 | 596.25 |
| JD | 10/02/13 | Prepare for and attend Bankruptcy hearing. | L250 | A109 | 5.40 | 238.50 | 1,287.90 |
| JD | 10/03/13 | Return travel from Bankruptcy hearing. | L250 | A109 | 9.10 | 238.50 | 2,170.35 |
| | | **TOTAL** | | | **26.80** | | **$6,391.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/29/13 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/25/13 (Mary C. Card 3188) | 22.57 |
| 10/29/13 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/25/13 (Mary C. Card 3188) | 67.50 |
| 10/29/13 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 09/30/13 (Mary C. Card 3188) | 7.50 |
| 10/29/13 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Orange Co Superior Court WE CA 10/01/13 (Mary C. Card 3188) | 68.20 |

**TOTAL COSTS & EXPENSES**    $165.77

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362337 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Sweeting, Robert | | | | |

| L120 | Analysis/Strategy | | 12.30 | $2,933.55 | | | |
| L250 | Other Written Motions | | 14.50 | $3,458.25 | | | |
| | **TOTAL** | | **26.80** | **$6,391.80** | | | |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Dykstra, Jonathan | JD | Associate | 26.80 | 238.50 | $6,391.80 |
| | **Total** | | **26.80** | | **$6,391.80** |

| | | FEES | $6,391.80 |
|---|---|---|---|
| | | COSTS & EXPENSES | $165.77 |
| | | **TOTAL THIS INVOICE** | **$6,557.57** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      362338      JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0588 | Inoue, Hitoshi and Wakana |
| | | GMAC Matter No.: 703325 |
| | | Time and expenses must be split between Ally and Rescap |

**TOTAL AMOUNT DUE**          **$5,032.35**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362338    JBS                                      November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 10/03/13 | Draft and revise post trial reply brief. | L460 | A103 | 5.30 | 288.00 | 1,526.40 |
| JTC | 10/04/13 | Review and revise reply post-trial brief. | L460 | A103 | 0.40 | 490.50 | 196.20 |
| JBS | 10/04/13 | Review and revise post-trial brief | L440 | A104 | 0.60 | 427.50 | 256.50 |
| RSS | 10/04/13 | Draft, revise, finalize and file post-trial reply brief. | L460 | A103 | 1.40 | 288.00 | 403.20 |
| RSS | 10/04/13 | Review and analyze other parties' post-trial briefs. | L460 | A104 | 0.60 | 288.00 | 172.80 |
| RSS | 10/04/13 | Coordinate with co-defendant's counsel regarding filing of post-trial briefs. | L460 | A108 | 0.20 | 288.00 | 57.60 |
| MKS | 10/07/13 | Study and review tentative ruling on plaintiff's motion to compel. | L210 | A104 | 0.20 | 270.00 | 54.00 |
| RSS | 10/07/13 | Draft objection to improper citations to evidence in plaintiff's post-trial brief. | L460 | A103 | 0.90 | 288.00 | 259.20 |
| JBS | 10/08/13 | Analysis and evaluation of post-trial briefing | L120 | A104 | 0.40 | 427.50 | 171.00 |
| RSS | 10/14/13 | Draft opposition to motion to compel. | L250 | A103 | 5.10 | 288.00 | 1,468.80 |
| MKS | 10/15/13 | Review and revise draft opposition to plaintiffs motion to compel further responses, production of documents and for sanctions. | L350 | A103 | 0.40 | 270.00 | 108.00 |
| RSS | 10/29/13 | Draft proposed order denying motion to compel and for sanctions, per court's ruling in favor of client. | L350 | A103 | 0.50 | 288.00 | 144.00 |
| JBS | 10/30/13 | Analysis and evaluation of order denying plaintiff's motion to compel | L120 | A104 | 0.30 | 427.50 | 128.25 |
| RSS | 10/30/13 | Circulate proposed order to plaintiff to approve as to form and review correspondence relating to same. | L350 | A104 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **16.60** | | **$5,032.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   362338 | CLIENT   RESCAP/GMAC | | Page | 2 |
| | MATTER   Inoue, Hitoshi & Wakana | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $299.25 |
| L210 | Pleadings | 0.20 | $54.00 |
| L250 | Other Written Motions | 5.10 | $1,468.80 |
| L350 | Discovery Motions | 1.20 | $338.40 |
| L440 | Other Trial Preparation | 0.60 | $256.50 |
| L460 | Post-Trial Motions & Submissio | 8.80 | $2,615.40 |
| | TOTAL | 16.60 | $5,032.35 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 1.30 | 427.50 | $555.75 |
| Chilton, Jan T. | JTC | Member | 0.40 | 490.50 | $196.20 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| Saelao, Rebecca | RSS | Special Counsel | 14.30 | 288.00 | $4,118.40 |
| | Total | | 16.60 | | $5,032.35 |

| | |
|---|---|
| PRIOR FEES | $161,988.75 |
| PRIOR COSTS & EXPENSES | $16,635.55 |

| | |
|---|---|
| FEES | $5,032.35 |
| **TOTAL THIS INVOICE** | **$5,032.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362339    JBS                                      November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0711    Peel, Timothy and Cheryl, et al.
                  GMAC Matter No.: 707366


**TOTAL AMOUNT DUE**            $472.95


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362339    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| JBS | 10/09/13 | Review and revise settlement agreement | L160 | A104 | 0.50 | 427.50 | 213.75 |
| RSS | 10/09/13 | Review and offer comments on revised settlement agreement. | L160 | A104 | 0.90 | 288.00 | 259.20 |
| | | **TOTAL** | | | **1.40** | | **$472.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.40 | $472.95 |
| | **TOTAL** | **1.40** | **$472.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.50 | 427.50 | $213.75 |
| Saelao, Rebecca | RSS | Special Counsel | 0.90 | 288.00 | $259.20 |
| | **Total** | | **1.40** | | **$472.95** |

PRIOR FEES                       $21,534.30
PRIOR COSTS & EXPENSES           $73.94

| | |
|---|---|
| FEES | $472.95 |
| **TOTAL THIS INVOICE** | **$472.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362340    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1173 | Liguori, Lisa |
| | | GMAC Matter No.: 723336 |

**TOTAL AMOUNT DUE**          $244.80

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362340    JBS                                    November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1173    Liguori, Lisa
                        GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| BJK | 10/16/13 | Revised settlement agreement | L160 | A103 | 0.20 | 234.00 | 46.80 |
| BJK | 10/16/13 | Conference call with client regarding execution of settlement agreement and approval by bankruptcty court | L160 | A106 | 0.50 | 234.00 | 117.00 |
| KWF | 10/16/13 | Call with L. Delehey re: settlement and bankruptcy. | L120 | A106 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.00** | | **$244.80** |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $81.00 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $163.80 |
| | **TOTAL** | **1.00** | **$244.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Kornberg, Bernard | BJK | Associate | 0.70 | 234.00 | $163.80 |
| Franich, Kerry | KWF | Associate | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.00** | | **$244.80** |

| | |
|--|--|
| PRIOR FEES | $4,748.40 |
| PRIOR COSTS & EXPENSES | $465.88 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362340 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Liguori, Lisa | | | |

| | | |
|---|---|---|
| FEES | | $244.80 |
| **TOTAL THIS INVOICE** | | **$244.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362341    JBS                                       November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1315    Bentancourt, Ruben and Rosa
                  E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**              **$655.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362341    JBS                                    November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 10/07/13 | Review Plaintiffs' motion for sanctions. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 10/11/13 | Review oppositions to motion for summary judgment. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| MCK | 10/17/13 | Review Opposition to Motion for Sanctions. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 10/22/13 | Review Proposed Pre-Trial Order. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 10/23/13 | Review Court's tentative ruling on Builder's Concrete Motion for Summary Judgment. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 10/23/13 | Correspondence to client re: pending motions and strategy. | L120 | A106 | 0.50 | 234.00 | 117.00 |
| MCK | 10/24/13 | Review reply to opposition to motion for sanctions and discovery correspondence. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| MCK | 10/28/13 | Review correspondence re: discovery conference. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 10/30/13 | Review tentative ruling and counsel's correspondence re: same. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **2.80** | | **$655.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.80 | $655.20 |
| | **TOTAL** | **2.80** | **$655.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   362341 | CLIENT    RESCAP/GMAC | | Page | 2 |
| | MATTER    Bentancourt, Ruben & Rosa | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.80 | 234.00 | $655.20 |
| | **Total** | | **2.80** | | **$655.20** |

| | |
|---|---|
| PRIOR FEES | $2,768.85 |
| PRIOR COSTS & EXPENSES | $17.75 |

| | | |
|---|---|---|
| | FEES | $655.20 |
| | **TOTAL THIS INVOICE** | **$655.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362342    JBS                                November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1516    Ravipaty, Srinivas
                  GMAC Matter No.: 2013-05-EO5175


**TOTAL AMOUNT DUE**              $266.00


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362342    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1516    Ravipaty, Srinivas
GMAC Matter No.: 2013-05-EO5175

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| GSG | 10/02/13 | Correspondence with opposing counsel re executed settlement agreement and release. | L160 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 10/02/13 | Correspondence with Don Booth re executed settlement agreement and release. | L160 | A106 | 0.10 | 234.00 | 23.40 |
| GSG | 10/07/13 | Correspondence with opposing counsel re receipt of executed settlement agreement and release. | L160 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 10/07/13 | Correspondence with Don Booth re executed settlement agreement and release. | L160 | A106 | 0.10 | 234.00 | 23.40 |
| GSG | 10/08/13 | Correspondence with opposing counsel re executed copy of settlement agreement and dismissal of case. | L160 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 10/09/13 | Correspondence with Don Booth re Notice of Dismissal of GMAC with prejudice. | L210 | A106 | 0.10 | 234.00 | 23.40 |
| GSG | 10/09/13 | Review Notice of Dismissal of GMAC. | L210 | A104 | 0.10 | 234.00 | 23.40 |
| GSG | 10/29/13 | Prepare memo re status of compliance hearing since dismissal of GMAC. | L210 | A103 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | | **1.00** | | **$234.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/10/13 | Cardmember Service /Chase (Acct 7898); Data Search; 695 Crow Canyon Rd, San Ramon, CA, 94582, Contra Costa 09/11/13 | 32.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   362342 | CLIENT   RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER   Ravipaty, Srinivas | | |

**TOTAL COSTS & EXPENSES**                                **$32.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.50 | $117.00 | | | |
| L210 | Pleadings | 0.50 | $117.00 | | | |
| | **TOTAL** | **1.00** | **$234.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grewal, Gurinder S. | GSG | Associate | 1.00 | 234.00 | $234.00 |
| | **Total** | | **1.00** | | **$234.00** |

PRIOR FEES                          $2,381.40

FEES                    $234.00
COSTS & EXPENSES        $32.00
**TOTAL THIS INVOICE**      **$266.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362343    JBS                                    November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1519 | Bubar, Ronald and Richard |
| | | GMAC Matter No.: 2013-05-EP1505 |

**TOTAL AMOUNT DUE**          $5,330.75

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362343    JBS                                November 21, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SL | 10/01/13 | Prepare exhibit for Declaration of Eleanor M. Roman in support of Defendants' Demurrer to First Amended Complaint to be filed with the Court. | L210 | A101 | 0.50 | 130.50 | 65.25 |
| SL | 10/01/13 | Prepare exhibits for Supplemental Request for Judicial Notice in support of Defendants' Demurrer to First Amended Complaint to be filed with the Court. | L210 | A101 | 0.90 | 130.50 | 117.45 |
| SL | 10/01/13 | Draft Supplemental Request for Judicial Notice in support of Defendants' Demurrer to First Amended Complaint to be filed with the Court. | L210 | A103 | 1.00 | 130.50 | 130.50 |
| EMR | 10/01/13 | Review notice of deposition and document request served by counsel for the Richland defendants. | L330 | A104 | 0.10 | 306.00 | 30.60 |
| EMR | 10/01/13 | Complete and file request for judicial notice in support of demurrer to plaintiffs' first amended complaint. | L240 | A103 | 0.60 | 306.00 | 183.60 |
| EMR | 10/01/13 | Complete and file declaration in support of demurrer to plaintiffs' first amended complaint. | L240 | A103 | 0.40 | 306.00 | 122.40 |
| EMR | 10/01/13 | Complete reply memorandum of points and authorities in support of demurrer to plaintiffs' first amended complaint. | L240 | A103 | 2.40 | 306.00 | 734.40 |
| SL | 10/03/13 | Assist with reviewing client documents and other relevant documents in order to locate a settlement agreement that address the pumps for attorney use and | L390 | A102 | 1.00 | 130.50 | 130.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362343 | CLIENT | RESCAP/GMAC | | | | Page | ? |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | |

| | | reference. | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 10/07/13 | Prepare notice of court's continuance of demurrer hearing pursuant to court's tentative ruling and order to defendants. | L240 | A103 | 0.30 | 306.00 | 91.80 |
| EMR | 10/07/13 | Obtain and review tentative ruling on demurrer of D. Marquardt and W. Tyson, as needed to prepare for demurrer hearing. | L240 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 10/08/13 | E-mail update to K. Priore and J. Sprecken re Court's continuance of demurrer hearing and hearing of plaintiff's motion to amend. | L240 | A106 | 0.30 | 306.00 | 91.80 |
| EMR | 10/08/13 | E-mail communications with M. Williams, counsel for Richland defendants regarding deposition of plaintiff, R. Bubar. | L330 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 10/11/13 | Reveiw and analysis of case law confirming that court has discretion to deny leave to amend if proposed amended complaint does not state any cause of action against defendants, as needed for memorandum of points and authorities in opposition to plaintiffs' motion to amend. | L240 | A104 | 1.30 | 306.00 | 397.80 |
| EMR | 10/14/13 | Prepare memorandum of points and authorities in opposition to plaintiffs' motion to amend. | L240 | A103 | 2.30 | 306.00 | 703.80 |
| EMR | 10/14/13 | Analyze and brief additional allegations contained in plaintiffs' proposed second amended complaint, as needed for opposition to plaintiffs' motion to amend. | L240 | A103 | 0.80 | 306.00 | 244.80 |
| EMR | 10/14/13 | Prepare request for judicial notice in support of opposition to plaintiffs' motion to amend. | L240 | A103 | 0.60 | 306.00 | 183.60 |
| EMR | 10/14/13 | Review and analysis of case law supporting that person who is not a party to the contract, cannot allege reasonable reliance to support a negligent misrepresentation claim, as needed for memorandum of points and authorities in opposition to plaintiffs' motion for leave to file second amended complaint. | L240 | A104 | 1.60 | 306.00 | 489.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362343 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 10/15/13 | Review and respond to e-mail from counsel for the Richland Defendants regarding deposition of plaintiff, R. Bubar. | L330 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 10/16/13 | E-mail update to K. Priore and J. Sprecken re Bubar deposition and opposition to plaintiffs' motion to amend. | L240 | A106 | 0.20 | 306.00 | 61.20 |
| EMR | 10/28/13 | E-mail communications with court reporter in preparation for transcription of hearing of demurrer and of plaintiffs' motion for leave to file second amended complaint. | L240 | A108 | 0.30 | 306.00 | 91.80 |
| EMR | 10/28/13 | Prepare for hearing of W. Tyson and D. Marquardt's demurrer and plaintiffs' motion for leave to file second amended complaint. | L240 | A104 | 1.30 | 306.00 | 397.80 |
| EMR | 10/28/13 | Obtain and review Court's tentative ruling on W. Tyson's and D. Marquardt's demurrer, and on plaintiffs' motion for leave to file second amended complaint. | L240 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 10/29/13 | Attend hearing on W. Tyson's and D. Marquardt's demurrer to plaintiffs' first amended complaint, and on Plaintiffs' motion for leave to file second amended complaint. | L240 | A109 | 1.30 | 306.00 | 397.80 |
| EMR | 10/30/13 | E-mail communications with court reporter re transcript of hearing of demurrer and plaintiffs' motion for leave to amend. | L240 | A108 | 0.20 | 306.00 | 61.20 |
| EMR | 10/30/13 | E-mail to M. Williams regarding deposition of R. Bubar, as needed to prepare for same. | L330 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 10/31/13 | Review letter from M. Babitzke re deposition of R. Bubar. | L330 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 10/31/13 | Review responsive e-mail from M. Williams re deposition of R. Bubar. | L330 | A107 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | | **18.60** | | **$5,094.90** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   362343     CLIENT   RESCAP/GMAC                        Page      4
                         MATTER  Bubar, Ronald & Richard

| Date | Description | Amount |
|---|---|---|
| 10/02/13 | CourtCall, LLC; CourtCall - Conference Service; 10/08/13 | 86.00 |
| 10/14/13 | First Legal Network, LLC; Transmittal of filing to court;  Order No. 6959629 SJMC Stockton , Ca. 9/25/13 | 49.95 |
| 10/14/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6962054 SJMC Stockton, Ca. 10/1/13 | 49.95 |
| 10/23/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6962054 SJMC Stockton Ca. 10/1/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$235.85** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 2.40 | $313.20 |
| L240 | Dispositive Motions | 14.50 | $4,437.00 |
| L330 | Depositions | 0.70 | $214.20 |
| L390 | Other Discovery | 1.00 | $130.50 |
| | **TOTAL** | **18.60** | **$5,094.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 15.20 | 306.00 | $4,651.20 |
| Li, Shan | SL | Paralegal | 3.40 | 130.50 | $443.70 |
| | **Total** | | **18.60** | | **$5,094.90** |

| | |
|---|---|
| PRIOR FEES | $14,269.05 |
| PRIOR COSTS & EXPENSES | $1,351.54 |

| | |
|---|---|
| FEES | $5,094.90 |
| COSTS & EXPENSES | $235.85 |
| **TOTAL THIS INVOICE** | **$5,330.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362344    JBS                                    November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1544    General Estate Advice
                  GMAC Matter No.: 2013-07-EB4547

**TOTAL AMOUNT DUE**          **$10,890.45**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     362344     JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1544     General Estate Advice
GMAC Matter No.: 2013-07-EB4547

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JD | 09/18/13 | Review Sweeting's opposition to objection to proof of claim. | L120 | A104 | 2.80 | 238.50 | 667.80 |
| JD | 09/24/13 | Review outline of Sweeting reply. | L250 | A104 | 0.50 | 238.50 | 119.25 |
| JD | 09/24/13 | Strategize regarding Sweeting Bankruptcy hearing. | L250 | A105 | 0.30 | 238.50 | 71.55 |
| JD | 09/25/13 | Prepare for and attend conference call regarding Sweeting proof of claim hearing. | L250 | A107 | 1.80 | 238.50 | 429.30 |
| MEH | 09/25/13 | Strategize re pro se appellant's proof of claim in RESCAP bankruptcy proceedings. | L120 | A101 | 0.40 | 261.00 | 104.40 |
| JD | 09/26/13 | Analyze case history and draft timeline of title and UD actions. | L120 | A104 | 3.50 | 238.50 | 834.75 |
| MEH | 09/26/13 | Review order setting deadline for next bankruptcy status update. | L520 | A101 | 0.20 | 261.00 | 52.20 |
| JD | 09/30/13 | Review history and files for all lawsuits in preparation for BK hearing. | L250 | A101 | 4.30 | 238.50 | 1,025.55 |
| JD | 09/30/13 | Strategize with Bankruptcy counsel. | L120 | A107 | 0.40 | 238.50 | 95.40 |
| MEH | 10/14/13 | Telephone call with bankruptcy counsel J. Petts re plaintiff's proof of claim | L120 | A101 | 0.30 | 261.00 | 78.30 |
| MEH | 10/14/13 | Research allegations of plaintiffs' proof of bankruptcy claim | L120 | A102 | 1.10 | 261.00 | 287.10 |
| MEH | 10/14/13 | Exchange emails with J. Petts re merits of plaintiffs' proof of claim | L120 | A107 | 0.30 | 261.00 | 78.30 |
| MEH | 10/16/13 | At request of J. Petts, research multiple factual and legal issues associated with analyzing plaintiffs Vachagan and Susie Abed-Stephens' proof of claim. | L110 | A102 | 7.40 | 261.00 | 1,931.40 |
| MEH | 10/16/13 | Perform legal research for client project on assignee liability under various | L120 | A102 | 1.70 | 261.00 | 443.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362344 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | General Estate Advice | | | | | | |

| | | | | | | | | |
|-----|----------|--------------------------------------------------------|------|------|------|--------|-----------|
| | | California statutes. | | | | | |
| MEH | 10/17/13 | Continue drafting research memorandum re assignee liability under various California statutes. | L120 | A102 | 7.70 | 261.00 | 2,009.70 |
| KPL | 10/18/13 | Communicated with Los Angeles County Superior Court re demurrer hearing transcript. | L140 | A108 | 0.30 | 76.50 | 22.95 |
| MEH | 10/18/13 | Continue drafting research memorandum re assignee liability. | L120 | A102 | 3.90 | 261.00 | 1,017.90 |
| KPL | 10/21/13 | Communicated with Los Angeles County Superior Court re demurrer hearing transcript. | L140 | A108 | 0.30 | 76.50 | 22.95 |
| KPL | 10/22/13 | Communicated with court reporter, Anne Stewart re 01-10-2012 demurrer hearing transcript. | L140 | A108 | 0.30 | 76.50 | 22.95 |
| TNA | 10/23/13 | Initial analysis of issues regarding proof of claim based on purported  wrongful denial of a loan modification. | L120 | A108 | 0.30 | 270.00 | 81.00 |
| MKS | 10/24/13 | Attention to request by client to provide research to be used to challenge POC claiming wrongful denial of loan modification. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| TNA | 10/24/13 | Review and revise draft opposition to claim. | L120 | A102 | 3.30 | 270.00 | 891.00 |
| MEH | 10/28/13 | At request of K. Priore, conduct research into applicable limitations periods for various claims based on California statutes used in proofs of claim. | L120 | A102 | 2.00 | 261.00 | 522.00 |
| | | **TOTAL** | | | **43.40** | | **$10,890.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|---------------------------------|-------|-------------|
| L110 | Fact Investigation/Development | 7.40 | $1,931.40 |
| L120 | Analysis/Strategy | 28.00 | $7,192.35 |
| L140 | Document/File Management | 0.90 | $68.85 |
| L250 | Other Written Motions | 6.90 | $1,645.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   362344 | CLIENT | RESCAP/GMAC | | Page | 3 |
| | MATTER | General Estate Advice | | | |

| | | | | | |
|---|---|---|---|---|---|
| L520 | Appellate Briefs | | 0.20 | $52.20 | |
| | **TOTAL** | | **43.40** | **$10,890.45** | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Dykstra, Jonathan | JD | Associate | 13.60 | 238.50 | $3,243.60 |
| Lee, Kristina | KPL | Paralegal | 0.90 | 76.50 | $68.85 |
| Andrews, Elizabeth H. | MEH | Associate | 25.00 | 261.00 | $6,525.00 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Abbott, Thomas | TNA | Associate | 3.60 | 270.00 | $972.00 |
| | | **Total** | **43.40** | | **$10,890.45** |

PRIOR FEES                              $8,049.15

|  | FEES | $10,890.45 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$10,890.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     362345     JBS                                      November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT     24064     RESCAP/GMAC
MATTER     1546     Parks, Dennis
                    GMAC Matter No.: 2013-06-EZ3828



**TOTAL AMOUNT DUE**                    **$304.20**



## *** REMITTANCE COPY ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362345    JBS

November 21, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1546    Parks, Dennis
GMAC Matter No.: 2013-06-EZ3828

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 10/16/13 | Voicemail from counsel for DiModica party re: pending bankruptcy. | L120 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 10/22/13 | Research regarding assignment of beneficial interest and correspondence to client re: same. | L120 | A106 | 0.60 | 234.00 | 140.40 |
| MCK | 10/23/13 | Correspondence with client and opposing counsel regarding assignment of beneficial interest in loan. | L120 | A106 | 0.30 | 234.00 | 70.20 |
| MCK | 10/28/13 | Correspondence with Cross-Claimants Counsel re: assignment of deed of trust. | L120 | A108 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | | **1.30** | | **$304.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $304.20 |
| | **TOTAL** | **1.30** | **$304.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kelly, Megan | MCK | Special Counsel | 1.30 | 234.00 | $304.20 |
| | **Total** | | **1.30** | | **$304.20** |

| | |
|---|---|
| PRIOR FEES | $1,659.15 |
| PRIOR COSTS & EXPENSES | $969.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362345 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Parks, Dennis | | |

|  | | |
|---|---|---|
| FEES | | $304.20 |
| **TOTAL THIS INVOICE** | | **$304.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362349    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**          $405.45

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362349    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 09/16/13 | Draft correspondence to client regarding plaintiff's settlement offer | L160 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 09/16/13 | Telephone conference with plaintiff regarding her offer to settle the case | L160 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 09/23/13 | Telephone conference with plaintiff regarding status of settlement negotiations | L160 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 10/02/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 10/03/13 | Telephone conference with plaintiff regarding her settlement offer | L160 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 10/07/13 | Telephone conference with plaintiff regarding client's rejection of plaintiff's settlement offer | L160 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 10/07/13 | Draft correspondence to client regarding plaintiff's most recent settlement offer | L160 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 10/07/13 | Telephone conference with plaintiff regarding her recent settlement offer | L160 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 10/29/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.70** | | **$405.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.50 | $357.75 |
| L190 | Other Case Assessment | 0.20 | $47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   362349 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Guynes, Verta C. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL** | | **1.70** | **$405.45** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.70 | 238.50 | $405.45 |
| | **Total** | | **1.70** | | **$405.45** |

| | | |
|---|---|---|
| PRIOR FEES | $1,299.60 | |
| PRIOR COSTS & EXPENSES | $108.00 | |

| | | |
|---|---|---|
| FEES | | $405.45 |
| **TOTAL THIS INVOICE** | | **$405.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362350    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0433    Haroutunian, Hedeya
C/M# 697640

**TOTAL AMOUNT DUE**        $4,023.00

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362350    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KWF | 10/18/13 | Review appellate briefs, commence preparation of argument outline. | L120 | A104 | 2.50 | 270.00 | 675.00 |
| KWF | 10/21/13 | Prepare for oral argument on appeal. | L520 | A109 | 6.00 | 270.00 | 1,620.00 |
| KWF | 10/22/13 | Prepare email to K. Priore re: oral argument. | L120 | A106 | 0.40 | 270.00 | 108.00 |
| KWF | 10/22/13 | Appear at oral argument on appeal. | L520 | A109 | 6.00 | 270.00 | 1,620.00 |
| | | **TOTAL** | | | **14.90** | | **$4,023.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.90 | $783.00 |
| L520 | Appellate Briefs | 12.00 | $3,240.00 |
| | **TOTAL** | **14.90** | **$4,023.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 14.90 | 270.00 | $4,023.00 |
| | **Total** | | **14.90** | | **$4,023.00** |

| | |
|---|---|
| PRIOR FEES | $13,527.00 |
| PRIOR COSTS & EXPENSES | $86.27 |

| | |
|---|---|
| FEES | $4,023.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362350 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | |

|  | **TOTAL THIS INVOICE** | **$4,023.00** |
|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      362351      JBS                                November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      24064      RESCAP/GMAC
MATTER      0628      Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149


**TOTAL AMOUNT DUE**                          **$328.50**


### *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362351    JBS                                    November 22, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED · 01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 09/30/13 | Draft bankruptcy status update letter to appeals court. | L520 | A103 | 0.30 | 261.00 | 78.30 |
| MEH | 09/30/13 | Exchange emails with client C. DiCicco re draft status update letter. | L520 | A106 | 0.30 | 261.00 | 78.30 |
| MEH | 10/01/13 | Exchange emails with client D. Booth re edits to bankruptcy status update letter to appeals court. | L520 | A106 | 0.30 | 261.00 | 78.30 |
| MEH | 10/04/13 | Exchange emails with MERS contact J. Murphy re bankruptcy status update letter. | L510 | A106 | 0.30 | 261.00 | 78.30 |
| KPL | 10/09/13 | Review dockets re bankruptcy status update for attorney reference. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| | | **TOTAL** | | | **1.40** | | **$328.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $15.30 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| L520 | Appellate Briefs | 0.90 | $234.90 |
| | **TOTAL** | **1.40** | **$328.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Lee, Kristina | KPL | Paralegal | 0.20 | 76.50 | $15.30 |
| Andrews, Elizabeth H. | MEH | Associate | 1.20 | 261.00 | $313.20 |
| | **Total** | | **1.40** | | **$328.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362351 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Gjurovich, Alan | | |

PRIOR FEES                                    $672.30

| | FEES | $328.50 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$328.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362352    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**        $5,184.90

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362352    JBS                                        November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 08/15/13 | Strategize with A. Giventhal regarding next steps in light of settlement offer from borrower, and follow up regarding same. | L120 | A105 | 0.50 | 288.00 | 144.00 |
| AAG | 10/03/13 | Communicate with Herminia Casas's attorney regarding status of settlement. | L160 | A107 | 0.20 | 238.50 | 47.70 |
| RSS | 10/03/13 | Analyze settlement offer from borrower and prepare recommendation to client in light of same. | L160 | A104 | 0.90 | 288.00 | 259.20 |
| AAG | 10/08/13 | Review case law regarding title insurer liability to third parties. | L210 | A104 | 1.00 | 238.50 | 238.50 |
| AAG | 10/08/13 | Review case law pertaining to escrow holder's liability to third parties. | L210 | A104 | 0.80 | 238.50 | 190.80 |
| AAG | 10/08/13 | Review documents produced by LSI that serve to demonstrate that LSI acted outside the scope of its duties as escrow holder and/or title insurer. | L210 | A104 | 1.80 | 238.50 | 429.30 |
| AAG | 10/09/13 | Draft second amended complaint pursuant to court's order on LSI's demurrer to first amended complaint. | L210 | A103 | 1.90 | 238.50 | 453.15 |
| AAG | 10/09/13 | Review case law and statutes describing trustee as the party whose duty it is to record a reconveyance. | L210 | A104 | 0.90 | 238.50 | 214.65 |
| AAG | 10/09/13 | Review documents produced by ULLICO and MetLife. | L210 | A104 | 0.70 | 238.50 | 166.95 |
| AAG | 10/10/13 | Draft breach of contract section of second amended complaint. | L210 | A103 | 2.50 | 238.50 | 596.25 |
| MXS | 10/10/13 | Review and evaluate various duties of title company, escrow agent, role of escrow instructions as contract in | L210 | A104 | 0.40 | 216.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362352 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | negligence claim. | | | | | | |
| AAG | 10/11/13 | Review cases supporting creditor beneficiary as third party beneficiary of a contract. | L210 | A104 | 0.70 | 238.50 | | 166.95 |
| AAG | 10/11/13 | Draft negligent interference and breach of contract sections of second amended complaint. | L210 | A103 | 2.70 | 238.50 | | 643.95 |
| AAG | 10/15/13 | Review edits to second amended complaint. | L210 | A104 | 0.20 | 238.50 | | 47.70 |
| RSS | 10/15/13 | Review and revise second amended complaint. | L210 | A104 | 1.20 | 288.00 | | 345.60 |
| AAG | 10/16/13 | Communicate with ULLICO's attorney regarding status of case and settlement. | L160 | A107 | 0.20 | 238.50 | | 47.70 |
| AAG | 10/16/13 | Communicate with Casas's attorney regarding settlement. | L160 | A107 | 0.20 | 238.50 | | 47.70 |
| RSS | 10/16/13 | Correspond with client and E. Richards regarding borrower's revised settlement proposal. | L160 | A108 | 0.30 | 288.00 | | 86.40 |
| RSS | 10/16/13 | Confer with E. Richards regarding borrower's settlement proposal. | L160 | A108 | 0.10 | 288.00 | | 28.80 |
| RSS | 10/16/13 | Review, revise, and send to client second amended complaint. | L210 | A104 | 0.50 | 288.00 | | 144.00 |
| AAG | 10/17/13 | Finalize second amended complaint and documents needed to be filed concurrently. | L210 | A101 | 0.80 | 238.50 | | 190.80 |
| AAG | 10/17/13 | Investigate agent for service of process for MetLife. | L110 | A102 | 0.30 | 238.50 | | 71.55 |
| AAG | 10/24/13 | Follow up with Herminia Casas' attorney regarding settlement offer. | L160 | A107 | 0.10 | 238.50 | | 23.85 |
| RSS | 10/24/13 | Strategize with A. Giventhal regarding settlement status and strategy. | L160 | A105 | 0.30 | 288.00 | | 86.40 |
| BJJ | 10/31/13 | Review county recorder records for newly recorded documents effecting title to property at issue at request of attorney | L190 | A101 | 0.40 | 130.50 | | 52.20 |
| RSS | 10/31/13 | Review and revise settlement agreement. | L160 | A103 | 0.70 | 288.00 | | 201.60 |
| RSS | 10/31/13 | Review and respond to correspondence from borrower's counsel. | L160 | A103 | 0.30 | 288.00 | | 86.40 |
| RSS | 10/31/13 | Confer with borrower's counsel regarding settlement. | L160 | A108 | 0.30 | 288.00 | | 86.40 |
| | | **TOTAL** | | | **20.90** | | | **$5,184.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362352 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $71.55 |
| L120 | Analysis/Strategy | 0.50 | $144.00 |
| L160 | Settlement/Non-Binding ADR | 3.60 | $1,002.15 |
| L190 | Other Case Assessment | 0.40 | $52.20 |
| L210 | Pleadings | 16.10 | $3,915.00 |
| | **TOTAL** | **20.90** | **$5,184.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 15.00 | 238.50 | $3,577.50 |
| Johnson, Betty | BJJ | Paralegal | 0.40 | 130.50 | $52.20 |
| Schindler, Maria | MXS | Associate | 0.40 | 216.00 | $86.40 |
| Saelao, Rebecca | RSS | Special Counsel | 5.10 | 288.00 | $1,468.80 |
| | | **Total** | **20.90** | | **$5,184.90** |

| | |
|---|---|
| PRIOR FEES | $24,661.35 |
| PRIOR COSTS & EXPENSES | $1,908.92 |

| | |
|---|---|
| FEES | $5,184.90 |
| **TOTAL THIS INVOICE** | **$5,184.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362353    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1001    Hayomyom LLC (Zygleman)
GMAC Matter No.:  716183
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**            **$316.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362353    JBS                                    November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1001    Hayomyom LLC (Zygleman)
GMAC Matter No.: 716183
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 10/18/13 | Analyze loan file re facts supporting plaintiff's claims against GMAC. | L110 | A104 | 1.10 | 288.00 | 316.80 |
| | | **TOTAL** | | | **1.10** | | **$316.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.10 | $316.80 |
| | **TOTAL** | **1.10** | **$316.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Liu, David | DL    Associate | 1.10 | 288.00 | $316.80 |
| | **Total** | **1.10** | | **$316.80** |

PRIOR FEES                        $2,049.30
PRIOR COSTS & EXPENSES              $49.95

|  |  |
|--|--|
| FEES | $316.80 |
| **TOTAL THIS INVOICE** | **$316.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362354    JBS                                November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**          $276.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

**TAX ID 94-2774518**

Invoice No.      362354      JBS                                      November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1007      Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KPL | 10/09/13 | Review dockets re bankruptcy status update for attorney reference. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| MEH | 10/18/13 | Exchange multiple emails with ResCap bankruptcy counsel J. Petts re proof of claim by borrowers, including hearing transcripts of demurrers. | L120 | A107 | 0.40 | 261.00 | 104.40 |
| MEH | 10/21/13 | Exchange emails with client K. Priore re bankruptcy status update. | L510 | A106 | 0.30 | 261.00 | 78.30 |
| MEH | 10/22/13 | Exchange emails with bankruptcy counsel J. Petts re reporter's transcript on demurrer hearing for use in analyzing proof of claim. | L120 | A107 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **1.20** | | **$276.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $198.00 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| | **TOTAL** | **1.20** | **$276.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Lee, Kristina | KPL | Paralegal | 0.20 | 76.50 | $15.30 |
| Andrews, Elizabeth H. | MEH | Associate | 1.00 | 261.00 | $261.00 |
| | | **Total** | **1.20** | | **$276.30** |

PRIOR FEES                              $1,808.55
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362354 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Abed-Stephen, Vachagan | | |

|  | FEES | $276.30 |
| **TOTAL THIS INVOICE** | | **$276.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362355    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1386    Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**          **$230.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt .
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362355    JBS                                November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1386    Wesbrook, Frank and Tabitha
                        GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 10/08/13 | Attend status conference, advise client of continuance of same and prepare notice re same. | L230 | A109 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | | **0.80** | | **$230.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L230 | Court Mandated Conferences | 0.80 | $230.40 | | |
| | **TOTAL** | **0.80** | **$230.40** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| | **Total** | | **0.80** | | **$230.40** |

| PRIOR FEES | $1,568.25 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $255.90 |

| | FEES | $230.40 |
|---|------|---------|
| | **TOTAL THIS INVOICE** | **$230.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362356    JBS

November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1393 | Stovall, Ahn |
| | | GMAC Matter No.: 737831 |

**TOTAL AMOUNT DUE**        $2,296.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     362356     JBS                                             November 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1393     Stovall, Ahn
                          GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 10/02/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 10/17/13 | Draft client's tender to the title insurance company in an effort to clear the cloud on title | L190 | A103 | 1.20 | 238.50 | 286.20 |
| YS | 10/17/13 | Review and analysis of client's title policy in light of determining whether a viable title claim may be made | L120 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 10/17/13 | Review and analysis of title history, loan documents, and client file to determine litigation strategy going forward in order to quiet title to the subject property | L120 | A104 | 1.80 | 238.50 | 429.30 |
| YS | 10/18/13 | Draft correspondence to client regarding tender to the title insurer and the proposed assignment of deed of trust | L190 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 10/18/13 | Further drafting and revising of assignment of deed of trust | L210 | A103 | 0.20 | 238.50 | 47.70 |
| MCP | 10/18/13 | Prepared Assignment of Deed of Trust | L210 | A103 | 0.60 | 130.50 | 78.30 |
| YS | 10/22/13 | Draft client's responses to defendant's first set of form interrogatories | L310 | A103 | 1.80 | 238.50 | 429.30 |
| YS | 10/22/13 | Draft client's responses to defendant Ahn Stovall's first set of requests for admissions | L310 | A103 | 1.60 | 238.50 | 381.60 |
| YS | 10/22/13 | Draft client's responses to defendant Ahn Stovall's first set of requests for production of documents | L310 | A103 | 1.30 | 238.50 | 310.05 |
| YS | 10/28/13 | Draft correspondence to client regarding the assignment of the deed of trust and status of tender to the title | L190 | A103 | 0.20 | 238.50 | 47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362356 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Stovall, Ahn | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | insurer | | | | | | |
| YS | 10/29/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | | 23.85 |
| YS | 10/29/13 | Draft correspondence to Stovall's counsel regarding extension provided to client to respond to written discovery | L310 | A103 | 0.30 | 238.50 | | 71.55 |
| YS | 10/29/13 | Telephone conference with Stovall's counsel regarding obtaining an extension of time to respond to Stovall's written discovery | L310 | A108 | 0.20 | 238.50 | | 47.70 |
| | | **TOTAL** | | | **9.90** | | | **$2,296.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $500.85 | | | |
| L190 | Other Case Assessment | 1.80 | $429.30 | | | |
| L210 | Pleadings | 0.80 | $126.00 | | | |
| L310 | Written Discovery | 5.20 | $1,240.20 | | | |
| | **TOTAL** | **9.90** | **$2,296.35** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Phillips, Maria C. | MCP | Paralegal | 0.60 | 130.50 | $78.30 |
| Shaham, Yaron | YS | Special Counsel | 9.30 | 238.50 | $2,218.05 |
| | | **Total** | **9.90** | | **$2,296.35** |

| | | |
|---|---|---|
| PRIOR FEES | $1,320.75 | |
| PRIOR COSTS & EXPENSES | $236.70 | |

| | | |
|---|---|---|
| | FEES | $2,296.35 |
| | **TOTAL THIS INVOICE** | **$2,296.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362385    JBS                                  November 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    9997    ResCap Bankruptcy Issues
                  GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**            $3,350.93

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362385    JBS                                    November 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
                        GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DHC | 10/01/13 | Drafting of Monthly Statement for Interim Compensation for August, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 10/01/13 | Drafting of Cover Letter to Noticed Parties re Monthly Statement for Interim Compensation for August, 2013 | L190 | A107 | 1.00 | 337.50 | 337.50 |
| DHC | 10/23/13 | Attention to Calendaring deadline for filing 4th Interim Fee Application and hearing date for approval. | L250 | A104 | 0.30 | 337.50 | 101.25 |
| DHC | 10/23/13 | Review Notice of deadline for filing 4th Interim Fee Application and hearing date on approval. | L250 | A104 | 0.30 | 337.50 | 101.25 |
| | | **TOTAL** | | | **2.60** | | **$877.50** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 10/01/13 | Golden State Legal Copy; Outside Copies; Desc: GMAC September Invoices, Litigation Copies, Scanning/ Imaging 09/30/13 | 180.40 |
| 10/08/13 | Donald H. Cram III; Travel and Expenses to; Attend Hearing on Third interim Fee Application, New York City. 9/10/13 - 9/12/13 | 2,293.03 |

**TOTAL COSTS & EXPENSES**                        **$2,473.43**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L190    Other Case Assessment | 2.00 | $675.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**INVOICE**

| Date | Invoice # |
|------|-----------|
| 9/30/2013 | 41283 |

Your Trusted Source for Litigation Support!

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

| Billing # | Contact |
|-----------|---------|
| ~~XXXXXXXXXXXXXXXXX~~ | Joe Pongassam |

| QTY | Description 24064 .9997 | Rate | Amount |
|-----|-------------------------|------|--------|
| | Desc.: GMAC SEPTEMBER INVOICES | | |
| | ***5 COPY SETS*** | | |
| 635 | Litigation Copies | 0.145 | 92.08 |
| | Staple/Clip Copies as Originals | | |
| | Re-Staple/Re-Clip Originals | | |
| | ***SCAN/ CODE*** | | |
| 127 | Scanning/Imaging | 0.15 | 19.05 |
| 38 | Coding per Document | 0.65 | 24.70 |
| 4 | CD Titled: GMAC INVOICES SEPTEMBER 2013 | 10.00 | 40.00 |
| | (3) CDs: One Multi-Page PDF | | |
| | (1) CD: Multi-Page PDF per Invoice | | |
| 4 | Custom CD/DVD Label | 0.45 | 1.80T |
| 4 | CD/DVD Jewel Case | 0.60 | 2.40T |
| | Due: Monday | 09/30/2013 | 9AM | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

OK
to
pay

Joe
– P –

| | Sales Tax (8.5%) | $0.37 |
|--|------------------|-------|

| Received By: | | **Total** | $180.40 |
|--------------|--|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached.  (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Donald H. Cram | | | | Attorney No: | 9008 |
| Client/Matter Name: | 24064 | | | | Client/Matter No.: | 9997 |

| Date of Departure | Date of Return | Total Days Away | | No. days away due to business | | |
| --- | --- | --- | --- | --- | --- | --- |
| 9/10/13 | 9/12/13 | 2 | | 2 | | |

| Destination of trip: | From: | San Francisco | To: | New York City |
| --- | --- | --- | --- | --- |

**Purpose of Trip:** (i.e. list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge)  Note - this is an unlimited expanding field, it will word wrap as you type.

Attend Hearing on Third Interim Fee Application

| *Type of Expense: | *Select one item from drop down list: | | | Client Expense-charge client | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 881.80 | 0 | 0 | 0 | 0 | $ 881.80 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| Taxicab | 0 | 0 | 117.50 | 0 | 124.50 | 0 | 0 | $ 242.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 1051.56 | 0 | 0 | $1,051.56 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| Misc. Tips | 0 | 0 | 5.00 | 0 | 5.00 | 0 | 0 | $ 10.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 15.74 | 0 | 19.57 | 0 | 0 | $ 35.31 |
| Lunch | 0 | 0 | 0 | 18.46 | 0 | 0 | 0 | $ 18.46 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $  0.00 |
| **Other** | 0 | 0 | 26.95 | 0 | 26.95 | 0 | 0 | $ 53.90 |
| **TOTALS** | $  0.00 | $  0.00 | $1,046.99 | $ 18.46 | $1,227.58 | $  0.00 | $  0.00 | $2,293.03 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total expense paid by employee: | $2,293.03 |
| --- | --- | --- |

I certify that the above  expenses were incurred by me for authorized firm business.

| Signature: | | Date: | 9/19/13 |
| --- | --- | --- | --- |
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

# Marriott.
## NEW YORK DOWNTOWN

**GUEST FOLIO**

85 West Street at Albany Street, New York, NY 10006 • 212.385.4900 • Marriott.com/NYCW5

| 1508 | CRAM/DONALD/MR | 449.00 | 09/12/13 | 11:00 | 7224 |
|------|----------------|--------|----------|-------|------|
| Room | Name | Rate | Depart | Time | ACCT# |
| **DBDB** | | | 09/10/13 | 17:27 | |
| Type | | | Arrive | Time | |
| 3 | | | | | |

| Room Clerk | Address | | Payment | | |

**MRW#: XXXXX3415**

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 09/10 TELECOMM | WFB | 12.95 | | |
| 09/10 STATETAX | WFB | 1.15 | | |
| 09/10 ROOM | 1508, 1 | 449.00 | | |
| 09/10 ROOMTX | 1508, 1 | 39.85 | | |
| 09/10 CITYTAX | 1508, 1 | 26.38 | | |
| 09/10 OCC JAV | OCC TAX | 3.50 | | |
| 09/11 ROOM | 1508, 1 | 449.00 | | |
| 09/11 ROOMTX | 1508, 1 | 39.85 | | |
| 09/11 CITYTAX | 1508, 1 | 26.38 | | |
| 09/11 OCC JAV | OCC TAX | 3.50 | | |
| 09/12 AX CARD | | | $1051.56 | |

SETTLED TO:       AMERICAN EXPRESS CURRENT BALANCE    .00

IF THERE ARE NO ADDITIONAL CHARGES,THIS IS YOUR FINAL BILL.
YOU DO NOT NEED TO STOP BY THE FRONT DESK TO CHECK OUT.
THANK YOU FOR CHOOSING THE NEW YORK MARRIOTT DOWNTOWN

---------------- EXP. REPORT SUMMARY ----------------

| 09/10 TELECOMM | 12.95 |
|----------------|-------|
| STATETAX | 1.15 |
| ROOM&TAX | 518.73 |
| 09/11 ROOM&TAX | 518.73 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
DHC@SEVERSON.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earings
will be credited to your account. Check your
Rewards Account Statement for update activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

♲ Contains 30% post consumer fibers                    To secure your next stay, go to Marriott.com

## Donald H. Cram

24064-9997

| | |
|---|---|
| **From:** | Personal <doncram@comcast.net> |
| **Sent:** | Thursday, September 05, 2013 6:05 PM |
| **To:** | Donald H. Cram |
| **Subject:** | Fwd: Virgin America Reservation LAIYMR |

Donald H. Cram
Severson & Werson, PC
Direct: 415.677.5536
Email: dhc@severson.com

Begin forwarded message:

**From:** "Virgin America" <virginamerica@elevate.virginamerica.com>
**Date:** September 5, 2013, 1:37:16 PM PDT
**To:** doncram@comcast.net
**Subject: Virgin America Reservation LAIYMR**
**Reply-To:** "Virgin America" <reply@elevate.virginamerica.com>

Virgin America Reservation



| Book Flight | Check In | Change Flight | Cancel Flight | Flight Status |

# Booking Confirmation.
## Ready. Set. Fly.

**GRAB A MOBILE
BOARDING PASS**

Learn more

**Hi,**

Here's your flight itinerary. Please retain this confirmation code to reference
your booking. We look forward to seeing you onboard.

## Your Confirmation Code: **LAIYMR**

## Who's Flying

| Traveler(s) | Frequent Flyer # | Seats |
|---|---|---|
| DONALD CRAM | 36907950750 | 13B 09A |

## Where You're Going

| Date | Flight | From | To | Stops |
|---|---|---|---|---|

1

| 10-Sep-2013 | VX 12 | San Francisco, CA (SFO)<br>7:00 AM | New York City, New York, NY (JFK)<br>3:35 PM | 0 |
| 12-Sep-2013 | VX 11 | New York City, New York, NY (JFK)<br>7:40 AM | San Francisco, CA (SFO)<br>10:55 AM | 0 |

## What It Costs

This total is for **1 Traveler(s)** in US Dollars:

| | |
|---|---:|
| **Base Fare (x1):** | $624.19 |
| Federal Tax: | $46.81 |
| Other Fees: | $21.80 |
| Passenger Facility Tax: | $9.00 |
| Security Fee: | $5.00 |
| Segment Fee: | $7.80 |
| U.S. Customs User Fee: | $0.00 |
| Travel Insurance Fee: | $0.00 |
| **Fare:** | **$692.80** |
| *Special Service Requests: | $30.00 |
| **Grand Total:** | **$722.80** |

## Traveler Contact

**DONALD CRAM**
949 Rhode Island
San Francisco, CA 94107

## Travel Deals



**TAKE UP TO 35% OFF AND EARN TRIPLE POINTS WITH AVIS AND BUDGET.**
Whether your next flight is all business or just a joyride, you'll need a reliable set of wheels once you land. Book with Avis or Budget to take up to 35% off your rental and drive away with triple points, now through December 31[1].
Book Now >>



**EARN DOUBLE POINTS AND TAKE UP TO 35% OFF WITH HERTZ.**
Get more from your getaway car when you rent with Hertz anywhere in the U.S., Puerto Rico, Canada, or Mexico. Book by September 30 and rent for at least two days to take 35% off and earn twice the points[2].
Book Now >>



**EARN UP TO 1000 POINTS FOR STAYS WITH MORGANS HOTEL GROUP.**
Get closer to flights on us when you stay at hip properties like Clift in San Francisco, Mondrian in Los Angeles, Ames in Boston, Hudson, Royalton, and Mondrian Soho in New York, and more.
Book Now >>

## Traveler Services

If you have any questions about your reservation, no matter how big or small, please visit our extensive Help section at virginamerica.com. It is available 24 hours a day, 365 days a year.

SSP America
**Panopolis A**
JFK Int'l. Airport
Terminal 4
718-751-4800

237 PRABHAWA

-------------------------------------
Chk 125          Sep12'13 06:38A  Gst  0
-------------------------------------
**\*\*TO GO\*\***
1 EggChzBacCrois                  6.99
  Cash                           10.00

  Food                            6.99
  Tax                             0.62
  Payment                         7.61
  Change Due                      2.39

Mystery Shoppers/Market Research
    Get paid to eat and shop
Sign up today no fees required
Openings throughout US & Canada
      www.applymarketforce.com
Long standing member of the BBB
Select SSP on your application
For where you heard about us
Our company www.marketforce.com

        FEEDBACK
Dish Up Your Experience.

  We appreciate feedback
    about your visit.
Please call us 1 877 325 8777
        Or email
feedback@foodtravelexperts.com

---

4442345018BZ
MASTERPIECE PIZZA
2 RECTOR-STREET
NEW YORK, NY 10006
212-349-4500

Term ID: 001
Shift N: 0                    Ref #: 016

        **Sale**

XXXXXXXXXX1007
AMEX                   Entry Method: Swiped

09/11/13                          06:59:50
Inv #: 000016
Apprvd: Online          Appr Code: 562836
                           Batch#: 000552

Amount:           $      13.45
Tip:

Total:

        Customer Copy
        THANK YOU!

---

--ORIGINAL--
   Royal T:

MED#        0019
DRVR#    2240163
CUSTOMER COPY
09/12/13 TR 4573
START  END MILES
11:07 11:38 14.5
Regular Fare
RATE 1:$   47.50
EXTRA: $    2.00
SURCH: $    0.00
TIP:   $   12.00
TOTAL:$    61.50

CARD TYPE: AMEX
XXXXXXXXXX1007
AUTH:587293

    THANKS
www.sfmta.com

Peets Coffee
San Francisco Intl Airport
San Francisco, CA 94128
(650) 821-0608

**PEET'S 58**

133 TYRONE A

Chk 6905        Sep10'13 05:50A  Gst  1

**TO GO**
1 LG LATTE                      5.05
  Cash                          6.00

  BEVERAGE                      5.05
  TAX                           0.46
  EE Surcharge                  0.05
  TENDER                        5.56
  Change Due                    0.44

Thank You.

---

SSP America
Peet's Coffee & Tea A
JFK Int'l. Airport
Terminal 4
718-751-4800

256 GOUTAIME

Chk 7432        Sep12'13 06:43A  Gst  0

**\*\*TO GO\*\***
1 Latte LRG                     5.15
  Cash                          6.00

  NA Bev                        5.15
  Tax                           0.46
  Payment                       5.61
  Change Due                    0.39

FEEDBACK
Dish Up Your Experience.

We appreciate feedback
about your visit.
Please call us 1 877 325 8777
Or email
feedback@foodtravelexperts.com

---



*Hudson News*

JFK International Airport Termi
Jamaica, NY 11430
STORE: 01272  REG: 001 CASHIER: BE
WALL STREET JOURNAL DLY
078908631411    1 @ 2.00
GLACEAU SMART WATER 20 0
786162200433    1 @ 3.99
SUBTOTAL
SALES TAX (8.87500%)
TOTAL
AMOUNT TENDERED
Cash

TOTAL PAYMENT
CHANGE
Transaction: 89495        9/12/2
    Comments\Inquiries? (800) 32
    or Comments@Hudsongroup.c
    Thank you for shopping with

\*\*\* ANY BOOK ANYWHERE \*
    www.hudsonbooksellers.
40 Percent Off Your First
    Coupon Code: JUSTLAND
    \*excludes ebooks

08949501272001091220

---

Date _____

Amount $ 50

Passenger _____

From _____

To _____

Cab# 2087  Driver KHAN

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      362577      JBS

November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0683      Burnett (Daniels)
GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          $2,505.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362577    JBS                                    November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 10/02/13 | Exchange correspondence with parties and client re waiver of confidentiality provision. | L160 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 10/03/13 | Exchange multiple correspondence with parties re ex parte to void confidentiality provision. making loan payments and prepare correspondence to client re same. | L110 | A106 | 0.50 | 288.00 | 144.00 |
| DL | 10/04/13 | Exchange correspondence with client and parties re partial waiver of confidentiality clause. | L160 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 10/07/13 | Prepare correspondence to client re delaying deadline for October payment based on settlement. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 10/07/13 | Analyze addendum to settlement re limiting confidentiality provision. | L430 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 10/08/13 | Exchange correspondence with parties re addendum to settlement and review revised addendum. | L160 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 10/09/13 | Analyze further amended addendum and exchange correspondence with parties re same. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 10/10/13 | Exchange addendum to settlement agreement with parties, review further revisions and advise client of same. | L110 | A107 | 0.50 | 288.00 | 144.00 |
| DL | 10/14/13 | Exchange correspondence with parties re borrower continuing with payments on property pending confirmation of settlement and changes to settlement agreement. | L110 | A107 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    362577 | CLIENT    RESCAP/GMAC | | | | | Page    2 |
| MATTER    Burnett (Daniels) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DL | 10/15/13 | Analyze motion to confirm settlement as to Wells Fargo properties. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 10/15/13 | Exchange further correspondence with parties re borrower making payments pending settlement approval. | L110 | A107 | 0.40 | 288.00 | 115.20 |
| DL | 10/21/13 | Exchange correspondence with parties and client re review of addendum to settlement agreement. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 10/23/13 | Exchange correspondence with client and parties re approval of addendum and status of execution of same. | L160 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 10/28/13 | Exchange correspondence with client re status of finalizing settlement addendum. | L160 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 10/28/13 | Exchange correspondence with parties re status of finalizing settlement addendum and preparing for hearing on petition to confirm settlement. | L160 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 10/29/13 | Exchange further correspondence with client re finalizing settlement addendum. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 10/30/13 | Exchange correspondence with parties re proceeding with petition to confirm settlement and review amended petition re same. | L110 | A107 | 0.50 | 288.00 | 144.00 |
| DL | 10/31/13 | Attend hearing on petition to confirm settlement and advise client of order approving settlement. | L110 | A109 | 3.50 | 288.00 | 1,008.00 |
| | | **TOTAL** | | | **8.70** | | **$2,505.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 6.90 | $1,987.20 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $460.80 |
| L430 | Written Motions/Submissions | 0.20 | $57.60 |
| | **TOTAL** | **8.70** | **$2,505.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362577 | CLIENT | RESCAP/GMAC | | Page | 3 |
| | | MATTER | Burnett (Daniels) | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Liu, David | DL | Associate | | 8.70 | 288.00 | $2,505.60 |
| | **Total** | | | **8.70** | | **$2,505.60** |

PRIOR FEES                    $8,824.50
PRIOR COSTS & EXPENSES        $1,041.76

FEES                    $2,505.60
**TOTAL THIS INVOICE**       **$2,505.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      362579      JBS                                    November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0917      Kinworthy, David and Leslie
                      GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**                    $631.80

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    362579    JBS                                    November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0917    Kinworthy, David and Leslie
GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| EK | 10/07/13 | Draft email to plaintiffs' counsel, J. Dzialo, re settlement issues | L160 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 10/07/13 | Review and revise settlement agreement | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 10/07/13 | Draft email to S. Martin and L. Delehey re revisions to settlement agreement | L160 | A106 | 0.10 | 274.50 | 27.45 |
| ERB | 10/10/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 10/11/13 | Draft email to J. Dzialo re settlement and joint status conference statement | L230 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 10/11/13 | Draft updated joint status conference statement | L230 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 10/16/13 | Analysis and evaluation of status conference issues and confer with A. Minegar re same | L230 | A104 | 0.30 | 274.50 | 82.35 |
| EK | 10/17/13 | Analysis and evaluation of notice of ruling and further status conference issues | L160 | A104 | 0.10 | 274.50 | 27.45 |
| EK | 10/17/13 | Emails to J. Dzialo re signatures on settlement agreement | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 10/17/13 | Emails with S. Martin re settlement issues | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 10/18/13 | Draft email to L. Delehey re settlement agreement and issuance of check | L160 | A106 | 0.20 | 274.50 | 54.90 |
| EK | 10/18/13 | Emails with plaintiffs' counsel, J. Dzialo, re settlement agreement | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 10/29/13 | Email to P. Zellman re settlement agreement | L520 | A104 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **2.30** | | **$631.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  362579 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Kinworthy, David & Leslie | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.40 | $384.30 |
| L230 | Court Mandated Conferences | 0.70 | $192.15 |
| L520 | Appellate Briefs | 0.10 | $27.45 |
| | TOTAL | 2.30 | $631.80 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 2.20 | 274.50 | $603.90 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | Total | | 2.30 | | $631.80 |

PRIOR FEES                                $9,290.70

|  |  |  |
|---|---|---|
| | FEES | $631.80 |
| | TOTAL THIS INVOICE | $631.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362580    JBS                                  November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1115    Nguyen, Luan
GMAC Matter No.: 707072

**TOTAL AMOUNT DUE**          **$605.25**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362580    JBS

November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1115    Nguyen, Luan
GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 10/02/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| ERB | 10/11/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 10/15/13 | Draft correspondence to and review of correspondence from client's unlawful detainer counsel regarding stipulation for plaintiff to move out of the subject property and pending resolution of the case | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 10/16/13 | Receipt, review and analysis of the stipulated judgment in the unlawful detainer case | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 10/16/13 | Draft notice of continued case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| JOC | 10/16/13 | Attend case management conference hearing. | L230 | A109 | 1.30 | 279.00 | 362.70 |
| YS | 10/29/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **2.30** | | **$605.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $51.75 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 1.30 | $362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362580 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Nguyen, Luan | | | | |

| TOTAL | | 2.30 | **$605.25** | | |
|---|---|---|---|---|---|

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Campbell, J. Owen | JOC | Associate | 1.30 | 279.00 | $362.70 |
| Shaham, Yaron | YS | Special Counsel | 0.90 | 238.50 | $214.65 |
| | Total | | 2.30 | | **$605.25** |

| PRIOR FEES | $1,662.30 |
|---|---|
| PRIOR COSTS & EXPENSES | $49.95 |

| FEES | $605.25 |
|---|---|
| **TOTAL THIS INVOICE** | **$605.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362581    JBS                                November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1270    Lawrence, Marilyn
                  GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**            $1,218.12

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362581    JBS                                      November 26, 2013

· GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1270    Lawrence, Marilyn
GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 10/02/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| CTM | 10/18/13 | Prepare for Motion to Dismiss Plaintiff's First Amended Complaint. | L240 | A101 | 0.40 | 256.50 | 102.60 |
| CTM | 10/21/13 | Appear for Motion to Dismiss Plaintiff's First Amended Complaint. **Personal Appearance Required. | L240 | A109 | 3.20 | 256.50 | 820.80 |
| YS | 10/24/13 | Draft client's quarterly bankruptcy status report per the Court's minute order | L210 | A103 | 0.40 | 238.50 | 95.40 |
| YS | 10/24/13 | Draft correspondence to client regarding the Court's order granting Illeana Peterson's motion to dismiss with prejudice | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 10/24/13 | Review and analysis of the Court's orer granting Illeana Peterson's motion to dismiss with prejudice | L120 | A104 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **4.60** | | **$1,161.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/07/13 | NORCO Delivery Services;Court Services ; US District Court Central, Los Angeles, CA. 9/6/13 | 13.68 |
| 10/07/13 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, CA. 9/12/13 | 13.68 |
| 10/18/13 | NORCO Delivery Services; Messenger; Marilyn Lawrence, Los Angeles, CA. 9/26/13 | 15.18 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.  362581 | CLIENT    RESCAP/GMAC | Page | 2 |
| | MATTER  Lawrence, Marilyn | | |

| | | |
|---|---|---|
| 10/18/13  NORCO Delivery Services; Court Services; U District Court Central, Los Angeles, CA. 9/26/13 | | 13.68 |
| **TOTAL COSTS & EXPENSES** | **$56.22** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.40 | $95.40 |
| L240 | Dispositive Motions | 3.60 | $923.40 |
| | **TOTAL** | **4.60** | **$1,161.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Meyer, Charles T. | CTM | Associate | 3.60 | 256.50 | $923.40 |
| Shaham, Yaron | YS | Special Counsel | 1.00 | 238.50 | $238.50 |
| | | **Total** | **4.60** | | **$1,161.90** |

| | |
|---|---|
| PRIOR FEES | $4,237.20 |
| PRIOR COSTS & EXPENSES | $61.02 |

| | |
|---|---|
| FEES | $1,161.90 |
| COSTS & EXPENSES | $56.22 |
| **TOTAL THIS INVOICE** | **$1,218.12** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362582    JBS                                    November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1524    Greene, Rosemary
GMAC Matter No.: 2013-05-EU1744

**TOTAL AMOUNT DUE**            **$342.45**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   362582   JBS

November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1524   Greene, Rosemary
GMAC Matter No.: 2013-05-EU1744

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| LXL | 09/02/13 | Review and evaluate court docket for further activity. | L120 | A102 | 0.20 | 256.50 | 51.30 |
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| LXL | 09/23/13 | Phone calls to court clerk regarding case management hearing. | L230 | A108 | 0.20 | 256.50 | 51.30 |
| LXL | 09/30/13 | Research and review docket and review order on motion to dismiss. | L120 | A102 | 0.20 | 256.50 | 51.30 |
| ERB | 10/01/13 | Communications with client re status of matter. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| LXL | 10/01/13 | Email exchange with client regarding judgment and dismissal without prejudice. | L120 | A106 | 0.10 | 256.50 | 25.65 |
| ERB | 10/10/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| LXL | 10/14/13 | Email to client regarding status of district court case and lack of appeal. | L120 | A106 | 0.10 | 256.50 | 25.65 |
| LXL | 10/14/13 | Review and evaluate court docket related to possible appeal. | L120 | A102 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **1.30** | | **$342.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $291.15 |
| L230 | Court Mandated Conferences | 0.20 | $51.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   362582      **CLIENT**   RESCAP/GMAC                              Page        2
                          **MATTER**   Greene, Rosemary

|                  | **TOTAL** |            | **1.30** | **$342.45** |         |            |
|------------------|-----------|------------|----------|-------------|---------|------------|
| **Timekeeper**   |           | **Position** |        | **Hours**   | **Rate** | **Value** |
| Buell, Edward    | ERB       | Associate  |          | 0.40        | 279.00  | $111.60    |
| Ladi, Laszlo     | LXL       | Associate  |          | 0.90        | 256.50  | $230.85    |
|                  | **Total** |            |          | **1.30**    |         | **$342.45** |

PRIOR FEES                           $1,557.00
PRIOR COSTS & EXPENSES                 $89.36


                                          FEES              $342.45
                               **TOTAL THIS INVOICE**       **$342.45**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362583    JBS                                November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1548    Chapman, Mary  (Harrison)
                        GMAC Matter No.: 2013-07-EL4482

**TOTAL AMOUNT DUE**            $741.20

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362583    JBS

November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1548    Chapman, Mary (Harrison)
GMAC Matter No.: 2013-07-EL4482

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KCW | 10/04/13 | Participate in telephone conversation with opposing counsel re status of bankruptcy and civil action in preparation for upcoming case management conference | L120 | A107 | 0.40 | 265.50 | 106.20 |
| KCW | 10/08/13 | Draft case management conference statement | L210 | A103 | 0.50 | 265.50 | 132.75 |
| KCW | 10/08/13 | Draft email to client re strategy for filing case management conference statement | L120 | A106 | 0.10 | 265.50 | 26.55 |
| KCW | 10/08/13 | Meet and confer with co-defendant's counsel in preparation for case management conference | L120 | A107 | 0.20 | 265.50 | 53.10 |
| ERB | 10/11/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| KCW | 10/14/13 | Review docket and orders in preparation for attendance of case management conference | L210 | A104 | 0.10 | 265.50 | 26.55 |
| KCW | 10/17/13 | Draft strategy memo | L230 | A103 | 0.50 | 265.50 | 132.75 |
| MXS | 10/17/13 | Prepared to cover case management conference hearing. | L230 | A101 | 0.20 | 216.00 | 43.20 |
| KCW | 10/21/13 | Participate in telephone conversation with opposing counsel in preparation for attendance of case management conference | L230 | A107 | 0.20 | 265.50 | 53.10 |
| KCW | 10/23/13 | Review tentative ruling re case management conference and participate in telephone conversation with opposing counsel re same | L210 | A104 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **2.50** | | **$655.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 362583 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Chapman, Mary (Harrison) | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/17/13 | CourtCall, LLC; CourtCall - Conference Service; 10/24/13 | 86.00 |
| | **TOTAL COSTS & EXPENSES** | **$86.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $213.75 |
| L210 | Pleadings | 0.80 | $212.40 |
| L230 | Court Mandated Conferences | 0.90 | $229.05 |
| | **TOTAL** | **2.50** | **$655.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Wendlenner, Kurt | KCW | Associate | 2.20 | 265.50 | $584.10 |
| Schindler, Maria | MXS | Associate | 0.20 | 216.00 | $43.20 |
| | **Total** | | **2.50** | | **$655.20** |

| | |
|---|---|
| PRIOR FEES | $1,956.60 |
| PRIOR COSTS & EXPENSES | $443.25 |

| | |
|---|---|
| FEES | $655.20 |
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$741.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362584    JBS                                    November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1552 | Richards, Kevin and Shelly |
| | | GMAC Matter No.: 2013-08-EM5548 |

**TOTAL AMOUNT DUE**                $336.60

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
**(415) 398-3344**

**TAX ID 94-2774518**

Invoice No.     362584          JBS                                          November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1552     Richards, Kevin and Shelly
                         GMAC Matter No.: 2013-08-EM5548

FOR PROFESSIONAL SERVICES RENDERED          01/01/1994          10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MCN | 10/04/13 | Assess status of case and recommendation for early resolution and prepare status report to cleint | L120 | A104 | 0.40 | 306.00 | 122.40 |
| MCN | 10/29/13 | Revise settlement agreement and terms of stipulation judgment for possession of property upon agreed upon vacate date. | L160 | A103 | 0.50 | 306.00 | 153.00 |
| MCN | 10/31/13 | Draft release and settlement agreement and analysis of impact on GMAC. | L160 | A103 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | | **1.10** | | **$336.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $122.40 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $214.20 |
| | **TOTAL** | **1.10** | **$336.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Nowlin, Marlene     MCN | Special Counsel | 1.10 | 306.00 | $336.60 |
| | **Total** | **1.10** | | **$336.60** |

PRIOR FEES                              $1,268.55

                                        FEES                    $336.60
                                        **TOTAL THIS INVOICE**   **$336.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362585    JBS                                November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1555    Kassel, Gregory
                  WF Matter No.: 2013-08-EU1513

**TOTAL AMOUNT DUE**              **$162.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362585    JBS                                        November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1555    Kassel, Gregory
                        WF Matter No.: 2013-08-EU1513

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KAP | 09/02/13 | Receipt and review correspondence from client re approval of draft letter to borrowers re pending bankruptcy and impact of stay on claims in the civil action. | L110 | A104 | 0.10 | 265.50 | 26.55 |
| KAP | 09/02/13 | Draft correspondence to client re as-filed notice of stay, letter to borrower re notice of bankruptcy and filing of declaration of non-monetary status. | L110 | A103 | 0.20 | 265.50 | 53.10 |
| KAP | 09/02/13 | Revise letter to borrowers re notice of bankruptcy. | L110 | A103 | 0.10 | 265.50 | 26.55 |
| ERB | 09/05/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 10/10/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.60** | | **$162.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---------------------------|---|-------|--------|---|---|
| L110 | Fact Investigation/Development | 0.40 | $106.20 | | |
| L120 | Analysis/Strategy | 0.20 | $55.80 | | |
| | **TOTAL** | **0.60** | **$162.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   362585 | CLIENT   RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER   Kassel, Gregory | | | | | |

| Paese, Kimberly A. | KAP | Associate | 0.40 | 265.50 | $106.20 |
|---|---|---|---|---|---|
| | **Total** | | **0.60** | | **$162.00** |

PRIOR FEES                           $1,173.15

|  | FEES | $162.00 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$162.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     362586     JBS                                November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1556     Dixon, Osric
                    GMAC Matter No.: 2013-09-EJ1580

**TOTAL AMOUNT DUE**          **$536.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   362586   JBS                                   November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1556   Dixon, Osric
GMAC Matter No.: 2013-09-EJ1580

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 10/08/13 | Attention to Courts rejection of notice of BK filing and requirement to use local form. | L250 | A104 | 0.20 | 279.00 | 55.80 |
| DPB | 10/08/13 | Review notice of striking of Homecomings' notice of bankruptcy. | L250 | A104 | 0.20 | 288.00 | 57.60 |
| DPB | 10/08/13 | Prepare notice of stay of proceedings on Judicial Council form, with attachments. | L210 | A103 | 0.50 | 288.00 | 144.00 |
| DPB | 10/08/13 | Communications with client regarding plaintiffs' complaint to the California Department of Business Oversight. | L250 | A106 | 0.30 | 288.00 | 86.40 |
| DPB | 10/08/13 | Strategize regarding stricken notice of bankruptcy. | L250 | A105 | 0.20 | 288.00 | 57.60 |
| DPB | 10/09/13 | Telephone call to court clerk regarding correcting my firm/contact information in court's computer system. | L210 | A108 | 0.10 | 288.00 | 28.80 |
| DPB | 10/09/13 | E-mail endorsed notice of stay of proceedings to D. Booth. | L250 | A106 | 0.10 | 288.00 | 28.80 |
| ERB | 10/10/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **1.70** | | **$486.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 10/23/13 | First Legal Network, LLC; Transmittal of filing to court; Order No. 6964922 SCSC San Jose Ca. 10/9/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$49.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362586 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Dixon, Osric | | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.60 | $172.80 |
| L250 | Other Written Motions | 1.00 | $286.20 |
| | **TOTAL** | **1.70** | **$486.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 1.40 | 288.00 | $403.20 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **1.70** | | **$486.90** |

PRIOR FEES                    $993.60

| | | |
|---|---|---|
| | FEES | $486.90 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$536.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362587    JBS                                           November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1558     Martinez, Leonard and Guadalupe
                     GMAC Matter No.: 2013-09-EP8872

**TOTAL AMOUNT DUE**                    **$148.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362587    JBS                               November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1558    Martinez, Leonard and Guadalupe
GMAC Matter No.: 2013-09-EP8872

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 10/24/13 | Review and analysis of the notice of the court's scheduling order | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 10/25/13 | Review and analysis of plaintiff's dismissal of co-defendant Pacifica Seacove LLP | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **0.20** | | **$47.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 10/09/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Stay and Suggestion of Automatic Stay 09/27/13 | 49.95 |
| 10/10/13 | Cardmember Service /Chase (Acct 7898); Data Search; 127 S Matthisen Ave, Compton, CA, 90220, Los Angeles 09/17/13 | 17.~5 |
| 10/10/13 | Cardmember Service /Chase (Acct 7898); Data Search; 127 S Matthisen Ave, Compton, CA, 90220, Los Angeles 09/25/13 | 33.50 |
| | **TOTAL COSTS & EXPENSES** | **$101.20** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $47.70 |
| | **TOTAL** | **0.20** | **$47.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.20 | 238.50 | $47.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 362587 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | | MATTER | Martinez, Leonard & Guadalupe | | | |

| | Total | | 0.20 | $47.70 |
| --- | --- | --- | --- | --- |

PRIOR FEES                    $1,210.95

| | |
| --- | --- |
| FEES | $47.70 |
| COSTS & EXPENSES | $101.20 |
| **TOTAL THIS INVOICE** | **$148.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362588    JBS                              November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1560    Matchynski, Mark
                  Loan: 602967039
                  5402 Balboa Arms Drive, Unit #324,
                  San Diego, CA. 92117
                  GMAC Matter No.: 2013-09-EL5995

**TOTAL AMOUNT DUE**          **$856.80**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    362588    JBS

November 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    10/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCN | 10/02/13 | Correspondence from Booth regarding Plaintiff's filed proof of claim and rejection thereof by bankruptcy Court to determine strategy. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| MCN | 10/04/13 | Review of minute orders issued by the District court regarding pending motions to dismiss claims. | L240 | A104 | 0.20 | 306.00 | 61.20 |
| MCN | 10/04/13 | Assess status of case and recommendation for early resolution and prepare status report to client | L120 | A104 | 0.40 | 306.00 | 122.40 |
| MCN | 10/24/13 | Analysis of res judicata effect of bankruptcy order disallowing Plaintiff's claim in Rescap bankruptcy proceeding. | L240 | A104 | 0.30 | 306.00 | 91.80 |
| MCN | 10/25/13 | Assessment of complaint regarding GMAC's involvement in case and allegations regarding GMAC in order to provide assessment to Booth regarding same | L120 | A107 | 0.40 | 306.00 | 122.40 |
| MCN | 10/25/13 | Communication with Booth regarding GMAC's involvement in case due ambiguous allegations regarding same in order to provide assessment to Booth regarding same | L120 | A107 | 0.30 | 306.00 | 91.80 |
| MCN | 10/29/13 | Assess status of Court's ruling on motion to dismiss in view of pending written discovery responses. | L310 | A104 | 0.30 | 306.00 | 91.80 |
| MCN | 10/29/13 | Communication with Braugh providing | L310 | A106 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement