**<u>EXHIBIT E (PART 3 OF 4)</u>**

# Severson
## &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     363888      JBS                                         December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
                  GMAC Matter No.: 694566


**TOTAL AMOUNT DUE**               **$576.00**


***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363888    JBS                          December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 11/08/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 11/13/13 | Draft bankruptcy status update for appeals court. | L520 | A103 | 0.50 | 261.00 | 130.50 |
| MEH | 11/13/13 | Draft email to client C. DiCicco enclosing appellate status update with comments. | L520 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 11/14/13 | Strategize re oral argument date, stipulation to lift stay for purposes of appeal. | L120 | A101 | 0.20 | 261.00 | 52.20 |
| MEH | 11/21/13 | Revise stipulation to lift automatic stay for purposes of appellate oral argument. | L510 | A103 | 0.40 | 261.00 | 104.40 |
| MEH | 11/25/13 | Exchange emails with client K. Priore re plaintiff's proposed edits to stipulation to lift bankruptcy stay for purposes of appeal. | L120 | A106 | 0.50 | 261.00 | 130.50 |
| MEH | 11/26/13 | Exchange emails with client, bankruptcy counsel re plaintiff's proposed edits to stipulation to lift stay. | L120 | A107 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **2.20** | | **$576.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.10 | $288.90 |
| L510 | Appellate Motions & Submission | 0.40 | $104.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363888    CLIENT    RESCAP/GMAC                              Page      2
                        MATTER    Passaretti, Jr. (II), Albert

| L520 | Appellate Briefs | | | 0.70 | $182.70 | | |
|------|------------------|---|---|------|---------|---|---|
| | **TOTAL** | | | **2.20** | **$576.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Andrews, Elizabeth H. | MEH | Associate | 2.10 | 261.00 | $548.10 |
| | **Total** | | **2.20** | | **$576.00** |

PRIOR FEES                              $765.00

| | FEES | $576.00 |
|---|------|---------|
| **TOTAL THIS INVOICE** | | **$576.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363889    JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0452    Washington, Manya
                  GMAC Matter No.: 699353

**TOTAL AMOUNT DUE**          **$210.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363889    JBS                                        December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0452    Washington, Manya
                        GMAC Matter No.: 699353

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 11/08/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 11/13/13 | Draft bankruptcy status update for appeals court. | L520 | A103 | 0.50 | 261.00 | 130.50 |
| MEH | 11/13/13 | Draft email to client L. Delehey enclosing appellate status update with comments. | L520 | A106 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **0.80** | | **$210.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L520 | Appellate Briefs | 0.70 | $182.70 |
| | **TOTAL** | **0.80** | **$210.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Andrews, Elizabeth H. | MEH | Associate | 0.70 | 261.00 | $182.70 |
| | **Total** | | **0.80** | | **$210.60** |

PRIOR FEES                    $811.80

FEES        210.60
**TOTAL THIS INVOICE**        **$210.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      363890      JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          $214.10

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     363890     JBS                                December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0588     Inoue, Hitoshi and Wakana
                          GMAC Matter No.: 703325
                          Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 11/27/13 | Attention to staus of post trial briefing and action by court on same. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.20** | | **$54.00** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 11/15/13 | First Legal Network, LLC; Court Services; Order No. 6971130 OBTAIN CURRENT DOCKET. Adv Ck $30 10/28/13 | | 160.10 |
| | **TOTAL COSTS & EXPENSES** | **$160.10** | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| | **TOTAL** | **0.20** | **$54.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.20** | | **$54.00** |

| | |
|---|---|
| PRIOR FEES | $167,021.10 |
| PRIOR COSTS & EXPENSES | $16,635.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363890        CLIENT    RESCAP/GMAC                                    Page        2
                            MATTER    Inoue, Hitoshi & Wakana

|  |  |
|---|---|
| FEES | $54.00 |
| COSTS & EXPENSES | $160.10 |
| **TOTAL THIS INVOICE** | **$214.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

YK LLC

S ANGELES, CA 90084--4250

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 295929 | 82035 |
| Invoice Date | Bal Due |
| 10/31/13 | 160.10 |

SON & WERSON
EMBARCADERO CENTER
ITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 295929 | 10/31/13 | 160.10 | 1 |

| Date | Order No. | Syc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/28/13 | 6971130 | ARS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Teri McEnery<br>SCV248256<br>INOUE GMAC MORTGAGE ATALL<br>OBTAIN CURRENT DOCKET | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA    CA 95403-2818 | Base.Chg : 110.00<br>Atmpt/Stko: 20.10<br>Adv/Wit Ck: 30.00 | 160.10 |
| ESEARCH-ASAP | | | OBTAIN DOCKET ON CAS<br>E ASAP<br>PDF DOCKET ASAP<br>Signed: OBTAINED | Ref: 24064.0588 | | |

Invoice Amount:    130.10
Fees Advanced:     30.00
Total Amount Due:   160.10

OK
RSS

*** REPRINT ***                Total        160.10

## INVOICE PAYMENT DUE UPON RECEIPT



**Severson**
***&Werson***
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363891    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**            $486.90

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363891    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 11/04/13 | Analysis and evaluation of settlement issues | L160 | A104 | 0.30 | 427.50 | 128.25 |
| JBS | 11/06/13 | Analysis and evaluation of emails regarding settlement | L160 | A104 | 0.30 | 427.50 | 128.25 |
| RSS | 11/06/13 | Review and offer comments on revised draft of settlement agreement. | L160 | A104 | 0.80 | 288.00 | 230.40 |
| | | **TOTAL** | | | **1.40** | | **$486.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 1.40 | $486.90 |
| | **TOTAL** | **1.40** | **$486.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, John | JBS | Member | 0.60 | 427.50 | $256.50 |
| Saelao, Rebecca | RSS | Special Counsel | 0.80 | 288.00 | $230.40 |
| | **Total** | | **1.40** | | **$486.90** |

PRIOR FEES                          $22,007.25
PRIOR COSTS & EXPENSES              $73.94

| | | |
|---|---|---|
| FEES | | $486.90 |
| **TOTAL THIS INVOICE** | | **$486.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363891 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Peel, Timothy & Cheryl, et al. | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363892    JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     0917     Kinworthy, David and Leslie
                    GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**              $329.85

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363892 | JBS | December 9, 2013 |
|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0917   Kinworthy, David and Leslie
GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| EK | 11/06/13 | Draft email to P. Zellman re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 11/06/13 | Draft email to J. Dzialo re settlement agreement and stipulation to dismiss | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 11/06/13 | Draft stipulation to dismiss and proposed order re same | L160 | A103 | 0.30 | 274.50 | 82.35 |
| EK | 11/07/13 | Draft email to J. Dzialo re withdrawal of Kinworthys' bankruptcy claims | L160 | A104 | 0.10 | 274.50 | 27.45 |
| EK | 11/08/13 | Draft email to plaintiff's counsel and Judge Wu's clerk re case status conference | L160 | A103 | 0.10 | 274.50 | 27.45 |
| ERB | 11/08/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 11/12/13 | Analysis and evaluation of withdrawal of proof of claim and email to L. Delehey and S. Martin re same | L160 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 11/14/13 | Draft email to L. Delehey and S. Martin re dismissal of case and closing of file | L160 | A106 | 0.10 | 274.50 | 27.45 |
| | | **TOTAL** | | | **1.20** | | **$329 85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $301.95 |
| | **TOTAL** | **1.20** | **$329.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363892 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 1.10 | 274.50 | $301.95 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **1.20** | | **$329.85** |

PRIOR FEES                          $9,922.50

|  | FEES | $329.85 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$329.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     363893     JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1315      Bentancourt, Ruben and Rosa
                     E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          **$631.80**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363893    JBS                                      December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 11/01/13 | Review discovery correspondence. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/04/13 | Review discovery notices propounded by parties. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/05/13 | Review ex parte application re: discovery stay and other notices re: discovery. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| MCK | 11/06/13 | Review discovery correspondence among parties. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 11/07/13 | Review parties' correspondence re: discovery and trial continuance. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 11/11/13 | Review discovery and trial setting correspondence amongst the parties. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/12/13 | Review of motion for summary judgment as to cross-defendant. | L240 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 11/12/13 | Review of discovery and trial continuance correspondence among parties. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 11/14/13 | Review correspondence regarding discovery and pending motions. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 11/18/13 | Review discovery correspondence. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/19/13 | Review discovery correspondence among the parties. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/20/13 | Review correspondence regarding discovery proceedings and continued ex parte hearing. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 11/25/13 | Review and analysis of correspondence re: dismissal of Builders' Concrete. | L120 | A104 | 0.40 | 234.00 | 93.60 |
| | | **TOTAL** | | | **2.70** | | **$631.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   363893 | CLIENT   RESCAP/GMAC | | Page | 2 |
| | MATTER   Bentancourt, Ruben & Rosa | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120   Analysis/Strategy | 2.50 | $585.00 |
| L240   Dispositive Motions | 0.20 | $46.80 |
| **TOTAL** | **2.70** | **$631.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 2.70 | 234.00 | $631.80 |
| | **Total** | | **2.70** | | **$631.80** |

| | |
|---|---|
| PRIOR FEES | $3,424.05 |
| PRIOR COSTS & EXPENSES | $17.75 |

| | |
|---|---|
| FEES | $631.80 |
| **TOTAL THIS INVOICE** | **$631.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363894    JBS                                          December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   1492    Gonzalez, Ramona A.
                 OCWEN Loan No.: 736701

**TOTAL AMOUNT DUE**          **$1,357.20**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363894    JBS                                          December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1492    Gonzalez, Ramona A.
OCWEN Loan No.: 736701

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 11/08/13 | Correspondence to client re: Plaintiff's intent to appear ex parte re: lis pendens. | L120 | A106 | 0.50 | 234.00 | 117.00 |
| MCK | 11/08/13 | Correspondence to borrower regarding proposed ex parte appearance. | L120 | A108 | 0.10 | 234.00 | 23.40 |
| MCK | 11/11/13 | Correspondence with pro per plaintiff in regard to ex parte application. | L120 | A108 | 0.30 | 234.00 | 70.20 |
| MCK | 11/12/13 | Correspondence to client regarding ex parte application and strategy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 11/12/13 | Appearance for Plaintiff's ex parte application. | L250 | A109 | 4.00 | 234.00 | 936.00 |
| MCK | 11/15/13 | Draft case management conference statement. | L230 | A103 | 0.30 | 234.00 | 70.20 |
| MCK | 11/25/13 | Correspondence with client regarding strategy and updated non-judicial foreclosure proceedings. | L120 | A106 | 0.50 | 234.00 | 117.00 |
| | | **TOTAL** | | | **5.80** | | **$1,357.20** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $351.00 |
| L230 | Court Mandated Conferences | 0.30 | $70.20 |
| L250 | Other Written Motions | 4.00 | $936.00 |
| | **TOTAL** | **5.80** | **$1,357.20** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363894 | CLIENT<br>MATTER | RESCAP/GMAC<br>Gonzalez, Ramona A. | | | Page | 2 |
|---|---|---|---|---|---|---|---|

| Kelly, Megan | | MCK | Special Counsel | 5.80 | 234.00 | $1,357.20 |
|---|---|---|---|---|---|---|
| | Total | | | 5.80 | | $1,357.20 |

PRIOR FEES                          $1,034.10

|  | FEES | $1,357.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,357.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363895    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1519    Bubar, Ronald and Richard
                  GMAC Matter No.: 2013-05-EP1505

**TOTAL AMOUNT DUE**         $676.85

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   363895   JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1519   Bubar, Ronald and Richard
GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EMR | 11/07/13 | E-mail communications with court reporter regarding hearing transcript. | L240 | A108 | 0.20 | 306.00 | 61.20 |
| EMR | 11/11/13 | Prepare e-mail update to K. Priore and J. Sprecken re hearing of defendants' demurrer to plaintiffs' first amended complaint, and re further briefing schedule and hearing set by Court. | L240 | A106 | 0.50 | 306.00 | 153.00 |
| EMR | 11/11/13 | Attention to deadlines set by Court regarding further briefing and continued hearing of demurrer to plaintiffs' first amended complaint. | L240 | A104 | 0.20 | 306.00 | 61.20 |
| EMR | 11/18/13 | Review and respond to e-mail from D. Booth regarding plaintiff's response to demurrer, and filing of first amended complaint. | L120 | A106 | 0.30 | 306.00 | 91.80 |
| DHC | 11/22/13 | Review plaintiff's request for dismissal of individual defendants. | L190 | A104 | 0.30 | 337.50 | 101.25 |
| EMR | 11/22/13 | Review request for dismissal received from plaintiffs' counsel. | L240 | A104 | 0.20 | 306.00 | 61.20 |
| EMR | 11/25/13 | E-mail communications with K. Priore and J. Sprecken regarding plaintiffs' dismissal of action against D. Marquart and W. Tyson. | L240 | A106 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | | **1.90** | | **$590.85** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/18/13 | CourtCall, LLC; CourtCall - Conference Service; 12/10/13 | 86.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  363895      CLIENT   RESCAP/GMAC                          Page        2
                         MATTER   Bubar, Ronald & Richard

TOTAL COSTS & EXPENSES                                    $86.00

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $91.80 |
| L190 | Other Case Assessment | 0.30 | $101.25 |
| L240 | Dispositive Motions | 1.30 | $397.80 |
| | TOTAL | 1.90 | $590.85 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 |
| Roman, Eleanor | EMR | Special Counsel | 1.60 | 306.00 | $489.60 |
| | Total | | 1.90 | | $590.85 |

PRIOR FEES                      $19,363.95
PRIOR COSTS & EXPENSES           $1,587.39

FEES                 $590.85
COSTS & EXPENSES      $86.00
TOTAL THIS INVOICE   $676.85

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      363896      JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     1544       General Estate Advice
                              GMAC Matter No.: 2013-07-EB4547

**TOTAL AMOUNT DUE**          **$2,067.30**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363896    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1544    General Estate Advice
GMAC Matter No.: 2013-07-EB4547

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEH | 11/04/13 | Research various questions of fact and law in aid of drafting objection to ResCap bankruptcy proof of claim filed by Vachagan and Susie Abed-Stephen. | L120 | A102 | 1.20 | 261.00 | 313.20 |
| MEH | 11/04/13 | Exchange multiple emails and telephone calls with J. Petts, ResCap bankruptcy counsel, re edits to objection to Abed-Stephen proof of claim. | L120 | A107 | 1.00 | 261.00 | 261.00 |
| MEH | 11/06/13 | Exchange emails with bankruptcy counsel J. Petts re edits to objection to proof of claim. | L120 | A107 | 0.30 | 261.00 | 78.30 |
| MEH | 11/07/13 | Revise objection to proof of claim and accompanying client declaration (re: Vachagan & Susie Abed-Stephen). | L250 | A103 | 4.20 | 261.00 | 1,096.20 |
| MEH | 11/07/13 | Telephone call with bankruptcy counsel J. Petts re revisions to proof of claim objection (Abed-Stephen). | L250 | A107 | 0.30 | 261.00 | 78.30 |
| MKS | 11/08/13 | Telephone call with Kathy Priore re: additional assistance needed to support responses to POC. | L120 | A106 | 0.30 | 270.00 | 81.00 |
| MEH | 11/13/13 | Telephone call with bankruptcy counsel J. Petts re ResCap bankruptcy status, filing of amended plan, exclusivity periods. | L250 | A107 | 0.30 | 261.00 | 78.30 |
| MKS | 11/25/13 | Assist with response to request for recommendation for responding to demands from plaintiff in case where client contemplates stipulation to lift automatic stay for purposes of allowing | L120 | A106 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson & Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363896 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | General Estate Advice | | |

appeal to proceed.

| | | | |
|---|---|---|---|
| **TOTAL** | | 7.90 | $2,067.30 |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.10 | $814.50 |
| L250 | Other Written Motions | 4.80 | $1,252.80 |
| | **TOTAL** | **7.90** | **$2,067.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Andrews, Elizabeth H. | MEH | Associate | 7.30 | 261.00 | $1,905.30 |
| Sullivan, Mary Kate | MKS | Member | 0.60 | 270.00 | $162.00 |
| | **Total** | | **7.90** | | **$2,067.30** |

| PRIOR FEES | $18,939.60 | |
|---|---|---|
| | FEES | $2,067.30 |
| | **TOTAL THIS INVOICE** | **$2,067.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363897    JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1546    Parks, Dennis
                 GMAC Matter No.: 2013-06-EZ3828



**TOTAL AMOUNT DUE**                    **$345.35**



### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363897    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1546    Parks, Dennis
GMAC Matter No.: 2013-06-EZ3828

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 11/14/13 | Correspondence with opposing counsel re: mediation. | L120 | A108 | 0.30 | 234.00 | 70.20 |
| MCK | 11/18/13 | Analysis regarding mediation proposal and correspondence to client re: same. | L120 | A106 | 0.80 | 234.00 | 187.20 |
| MCK | 11/18/13 | Draft Case Management Conference Statement. | L230 | A103 | 0.20 | 234.00 | 46.80 |
| MCK | 11/19/13 | Correspondence from client re: strategy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **1.40** | | **$327.60** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1743 11th St, CA, San Luis Obispo 10/22/13 | 17.75 |

**TOTAL COSTS & EXPENSES**    **$17.75**

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.20 | $280.80 |
| L230    Court Mandated Conferences | 0.20 | $46.80 |
| **TOTAL** | **1.40** | **$327.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Kelly, Megan | MCK | Special Counsel | 1.40 | 234.00 | $327.60 |
| | **Total** | | **1.40** | | **$327.60** |

PRIOR FEES    $1,963.35

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 363897 | CLIENT RESCAP/GMAC | Page 2 |
|---|---|---|
| | MATTER Parks, Dennis | |

| PRIOR COSTS & EXPENSES | $969.00 |
|---|---|

| | |
|---|---|
| FEES | $327.60 |
| COSTS & EXPENSES | $17.75 |
| **TOTAL THIS INVOICE** | **$345.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363898    JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1549    CA Capital Insurance (Dowling)
                  GMAC Matter No.: 2013-07-EX3487

**TOTAL AMOUNT DUE**            **$209.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363898    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1549    CA Capital Insurance (Dowling)
GMAC Matter No.: 2013-07-EX3487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 10/10/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| LXL | 10/21/13 | Email to plaintiff's counsel asking for courtesy copy of amended complaint. | L120 | A107 | 0.10 | 256.50 | 25.65 |
| LXL | 10/21/13 | Review and evaluate court docket for any further activity. | L120 | A104 | 0.10 | 256.50 | 25.65 |
| LXL | 10/30/13 | Email exchange with plaintiff's counsel regarding request for loan files in exchange for dismissal. | L160 | A107 | 0.20 | 256.50 | 51.30 |
| ERB | 11/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| LXL | 11/20/13 | Review court docket regarding further activity after notice of bankruptcy. | L120 | A102 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **0.80** | | **$209.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $158.40 | | | |
| L160 | Settlement/Non-Binding ADR | 0.20 | $51.30 | | | |
| | **TOTAL** | **0.80** | **$209.70** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Ladi, Laszlo | LXL | Associate | 0.60 | 256.50 | $153.90 |
| | | **Total** | **0.80** | | **$209.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363898 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | CA Capital Insurance (Dowling) | | |

PRIOR FEES                          $954.90

|  |  |
|---|---|
| FEES | $209.70 |
| **TOTAL THIS INVOICE** | **$209.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363899    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1561      Hess, Linda
                     Loan: GMAC: 0292095202 / OLN: 7392479648
                     2556 Franklin Street
                     San Francisco, CA. 91432
                     GMAC Matter No.: 2013-09-EP3898


**TOTAL AMOUNT DUE**          **$1,750.70**


### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363899    JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1561    Hess, Linda
Loan: GMAC: 0292095202 / OLN: 7392479648
2556 Franklin Street
San Francisco, CA. 91432
GMAC Matter No.: 2013-09-EP3898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DPB | 11/01/13 | E-mail to B. Smith regarding endorsed demurrer papers. | L240 | A106 | 0.10 | 288.00 | 28.80 |
| ERB | 11/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| DPB | 11/07/13 | Review Target's notice of plaintiff's non-opposition to demurrer. | L240 | A104 | 0.10 | 288.00 | 28.80 |
| DPB | 11/14/13 | Review TransUnion's written discovery requests to plaintiff. | L310 | A104 | 0.20 | 288.00 | 57.60 |
| DPB | 11/15/13 | Telephone calls with plaintiff regarding her opposition to our demurrer. | L240 | A107 | 0.30 | 288.00 | 86.40 |
| DPB | 11/15/13 | Review Bank of America's reply in support of its demurrer to plaintiff's complaint. | L240 | A104 | 0.20 | 288.00 | 57.60 |
| DPB | 11/16/13 | Telephone call from counsel for co-defendant inquiring whether we received plaintiff's opposition to their demurrer. | L240 | A107 | 0.10 | 288.00 | 23.80 |
| DPB | 11/16/13 | Telephone calls to and from plaintiff regarding nonreceipt of her opposition to our demurrer. | L240 | A107 | 0.20 | 288.00 | 57.60 |
| DPB | 11/18/13 | Review plaintiff's opposition to GMACM's demurrer to complaint. | L240 | A104 | 0.20 | 288.00 | 57.60 |
| DPB | 11/19/13 | E-mail from C. Nguyen, counsel for Bank of America, regarding intent to contest tentative ruling on demurrer to complaint. | L240 | A107 | 0.10 | 288.00 | 28.80 |
| DPB | 11/19/13 | Review court's tentative ruling on Bank | L240 | A104 | 0.10 | 288.00 | 28.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363899 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Hess, Linda | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | of America's demurrer, with focus on court's statement of elements of cause of action for an accounting. | | | | | | |
| DPB | 11/20/13 | Draft reply to plaintiff's opposition to our demurrer. | L240 | A103 | 1.50 | 288.00 | 432.00 |
| ERB | 11/26/13 | Attention to tentative ruling and strategize re contesting. | L210 | A104 | 0.20 | 279.00 | 55.80 |
| DPB | 11/26/13 | Review/analyze court's tentative ruling on our demurrer to complaint. | L240 | A104 | 0.10 | 288.00 | 28.80 |
| DPB | 11/26/13 | Communications to B. Smith regarding court's tentative ruling. | L240 | A107 | 0.20 | 288.00 | 57.60 |
| DPB | 11/26/13 | Draft proposed order reflecting court's tentative ruling. | L240 | A103 | 0.40 | 288.00 | 115.20 |
| DPB | 11/27/13 | E-mail proposed order to court clerk. | L240 | A108 | 0.10 | 288.00 | 28.80 |
| DPB | 11/27/13 | Review court's docket for entry regarding order sustaining demurrer, in part. | L240 | A104 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **4.30** | | **$1,235.70** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 2344 Van Ness Ave, CA, San Francisco 10/31/13 | 8.25 |
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1835 Frankin St #1003, CA, San Francisco 10/31/13 | 16.50 |
| 11/15/13 | First Legal Network, LLC; Court Services; Order No. 6972844 Notice, Mpa, Pos. Adv Ck First Appearance $480. 10/31/13 | 490.25 |
| | **TOTAL COSTS & EXPENSES** | **$515.00** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.20 | $55.80 |
| L240 | Dispositive Motions | 3.80 | $1,094.40 |
| L310 | Written Discovery | 0.20 | $57.60 |
| | **TOTAL** | **4.30** | **$1,235.70** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363899 | CLIENT | RESCAP/GMAC | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Hess, Linda | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Babcock, Daska | DPB | Special Counsel | 4.00 | 288.00 | $1,152.00 |
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | **Total** | | **4.30** | | **$1,235.70** |

PRIOR FEES                              $2,222.55

|  |  |
|---|---|
| FEES | $1,235.70 |
| COSTS & EXPENSES | $515.00 |
| **TOTAL THIS INVOICE** | **$1,750.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**LLC**

**LOS ANGELES, CA 90084—4250**

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 295963 | 82035 |
| Invoice Date | Total Due |
| 10/31/13 | 490.25 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|
| 82035 | 295963 | 10/31/13 | 490.25 | 1 |

| Date | Ord. No. | Svc. | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/31/13 | 6972844 | SDF | SEVERSON & WERSON          SFSC-SAN FRANCISCO | Base Chg :    10.25 | | 490.25 |
| FILING SAME DAY-DAILY | | RUN | 1 EMBARCADERO CENTER       400 MCALLISTER STREET | Adv/Wit Ck:   480.00 | | |
| | | | SAN FRANCISCO    CA 94111  SAN FRANCISCO    CA 94102 | | | |
| | | | Caller: Teri McEnery | *First Appearance* | | |
| | | | cgc13 533741 | *Fee* | | |
| | | | hess v experian | | | |
| | | | notice,mps,pos | | | |
| | | | FILE/CONFORM/RETURN | | | |
| | | | ADVANCE FEES | | | |
| | | | Signed: FILED              Ref: 24064.1561 | | | |
| | | | Invoice Amount:    10.25 | | | |
| | | | Fees Advanced:   480.00 | | | |
| | | | **Total  Amount Due:   490.25** | | | |

*** REPRINT ***    **Total**       490.25

## INVOICE PAYMENT DUE UPON RECEIPT



# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      363900      JBS                                      December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1563 | Fitzsimmons, Erin |
| | | GMAC.: 2013-10-EW~~3671~~ 8621 |

**TOTAL AMOUNT DUE**          $334.80

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363900    JBS                                    December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1563    Fitzsimmons, Erin
                        GMAC.: 2013-10-EW3671

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 10/23/13 | Initial review and analysis of complaint and role of client based on allegations. | L120 | A104 | 0.70 | 279.00 | 195.30 |
| ERB | 11/01/13 | Communications with client re strategy for responding to complaint based on review of complaint, docket and service issues. | L120 | A106 | 0.30 | 279.00 | 85.70 |
| ERB | 11/04/13 | Communications with client re strategy. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **1.20** | | **$334.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.20 | $334.80 |
| | **TOTAL** | **1.20** | **$334.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.20 | 279.00 | $334.80 |
| | Total | | **1.20** | | **$334.80** |

|  | | FEES | $334.80 |
|--|--|------|---------|
| | **TOTAL THIS INVOICE** | | **$334.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363901    JBS

December 9, 2013

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT    24064    RESCAP/GMAC
MATTER    1564    Achterberg, Jerald
~~GMAC: 2013-10-EW3671~~

2017-10-EW8421

**TOTAL AMOUNT DUE**        $729.00

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     363901      JBS                                    December 9, 2013

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

Matter    24064 1564     Achterberg, Jerald
GMAC: 2013-10-EW3671

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 11/13/13 | Strategize re bankruptcy issues based on ambiguity of pleading. | L120 | A104 | 0.30 | 279.00 | 83.70 |
| ERB | 11/14/13 | Communications with client re strategy for responding and BK issues. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| SRM | 11/14/13 | Communications re notice of bankruptcy stay. | L210 | A106 | 0.20 | 225.00 | 45.00 |
| SRM | 11/14/13 | Draft Notice of Bankruptcy Stay. | L210 | A103 | 1.30 | 225.00 | 292.50 |
| SRM | 11/14/13 | Draft Cover letter to Plaintiff re Bankruptcy Stay. | L210 | A103 | 0.50 | 225.00 | 112.50 |
| ERB | 11/18/13 | Attention to strategy following CMC and trial setting. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| ERB | 11/20/13 | Attention to discovery plan and strategy based on trial setting. | L310 | A104 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | | **3.00** | | **$729.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L210 | Pleadings | 2.00 | $450.00 |
| L310 | Written Discovery | 0.30 | $83.70 |
| | **TOTAL** | **3.00** | **$729.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| McTigue, Sean R. | SRM | Associate | 2.00 | 225.00 | $450.00 |
| | | **Total** | **3.00** | | **$729.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 363901 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Achterberg, Jerald | | |

| PRIOR FEES | $331.20 | | |
|---|---|---|---|
| | | FEES | $729.00 |
| | **TOTAL THIS INVOICE** | | **$729.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363902    JBS

December 9, 2013

**GMAC RESCAP**
rescapestateinvoice@GMACRescap.com

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1566 | Abu, Felix O. |
| | | OCWEN No.: 2013-10-EZ-9345 |

**TOTAL AMOUNT DUE**          **$357.75**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      363902      JBS                                        December 9, 2013

GMAC RESCAP

rescapestateinvoice@GMACRescap.com

Matter    24064 1566      Abu, Felix O.
OCWEN No.: 2013-10-EZ-9345

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 10/29/13 | Prepare Confirmation of Receipt to Client,  Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| ERB | 10/30/13 | Attention to background and issues on file being transferred from prior counsel for handling. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| BSW | 11/22/13 | Communicate with opposing counsel regarding extension of time to respond to Complaint. | L140 | A107 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | | 1.50 | | $357.75 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 1.00 | $279.00 | | |
| L140 | Document/File Management | 0.50 | $78.75 | | |
| | **TOTAL** | **1.50** | **$357.75** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Whittemore, Brian | BSW | Associate | 0.10 | 265.50 | $26.55 |
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **1.50** | | **$357.75** |

|  | FEES | $357.75 |
|--|------|---------|
| | **TOTAL THIS INVOICE** | **$357.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     363903     JBS

December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     9997      ResCap Bankruptcy Issues
                     GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**          **$4,225.82**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    363903    JBS                                          December 9, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 11/01/13 | Drafting of Monthly Statement for Fees and Expense for September 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 11/07/13 | Drafting of Fourth Interim Fee Application. | L190 | A103 | 2.00 | 337.50 | 675.00 |
| DHC | 11/11/13 | Review and revise Fourth Interim Fee Application. | L190 | A104 | 2.00 | 337.50 | 675.00 |
| DHC | 11/11/13 | Drafting of Summary of Fourth Interim Fee Application. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 11/12/13 | Drafting of Exhibits to 4th Interim Fee Application. | L190 | A103 | 2.00 | 337.50 | 675.00 |
| DHC | 11/15/13 | Review and revise Fourth Interim Fee Application. | L190 | A104 | 4.00 | 337.50 | 1,350.00 |
| | | **TOTAL** | | | **12.00** | | **$4,050.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/12/13 | Golden State Legal Copy; Outside Copies; Litigation Copies Staple/Clip Copies as Originals Re-Staple/Re-Clip Originals, Scanning/Imaging Coding per Document CDs Titled: GMAC_INVOICE_OCTOBER_2013 (3) CDs: One Multi-Page. PDFs (1) CDs: Multi-Page PDF per Invoice Customer CD/DVD Label CD/DVD Jewel Case 11/01/13 | 175.82 |

**TOTAL COSTS & EXPENSES**                    **$175.82**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.   363903 | **CLIENT** | RESCAP/GMAC | | | Page | 2 |
| | **MATTER** | ResCap Bankruptcy Issues | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L190    Other Case Assessment | | 12.00 | $4,050.00 | | | |
| **TOTAL** | | **12.00** | **$4,050.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 12.00 | 337.50 | $4,050.00 |
| | **Total** | | **12.00** | | **$4,050.00** |

PRIOR FEES                        $27,915.75
PRIOR COSTS & EXPENSES            $6,190.25

| | |
|---|---|
| FEES | $4,050.00 |
| COSTS & EXPENSES | $175.82 |
| **TOTAL THIS INVOICE** | **$4,225.82** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**L E G A L**

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/1/2013 | 41548 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| GMAC | Joe Pongassam |

| QTY | Description  24064.9997 | Rate | Amount |
|-----|-------------|------|--------|
| | ***5 COPY SETS*** | | |
| 620 | Litigation Copies | 0.145 | 89.90 |
| | Staple/Clip Copies as Originals | | 0.00 |
| | Re-Staple/Re-Clip Originals | | 0.00 |
| | ***SCAN/ CODE*** | | |
| 124 | Scanning/Imaging | 0.15 | 18.60 |
| 35 | Coding per Document | 0.65 | 22.75 |
| 4 | CDs Titled: GMAC_INVOICES_OCTOBER_2013 | 10.00 | 40.00 |
| | (3) CDs: One Multi-Page.PDFs | | |
| | (1) CD: Multi-Page PDF per Invoice | | |
| 4 | Custom CD/DVD Label | 0.45 | 1.30T |
| 4 | CD/DVD Jewel Case | 0.60 | 2.40T |

*OK to pay*
*— Joc — P*

Due: Friday | 11/01/2013 | 10AM

THANK YOU FOR YOUR BUSINESS!!!

| | (8.75%) | | $0.37 |
|--|---------|--|-------|

| Received By: | | **Total** | $175.82 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue
accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the
collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364235    JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0683    Burnett (Daniels)
GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $633.60

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364235    JBS                                    December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 11/01/13 | Analyze order for petition approving settlement and exchange correspondence with parties re same. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 11/04/13 | Exchange correspondence with parties re order for settlement and timing of paying off loan. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 11/05/13 | Exchange further correspondence with parties re payoff of loan. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 11/06/13 | Check court docket re status of order on settlement. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 11/07/13 | Exchange correspondence with parties re status of order on petition for settlement. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 11/14/13 | Exchange multiple correspondence with parties re finalizing settlement. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 11/19/13 | Exchange further correspondence with client and parties re payoff statement and finalizing settlement. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 11/22/13 | Exchange correspondence with parties re payoff of loan and reconveyance of action. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 11/26/13 | Exchange correspondence with petitioner re status of sending payoff funds. | L160 | A107 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **2.20** | | **$633.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   364235      CLIENT    RESCAP/GMAC                              Page        2
                          MATTER    Burnett (Daniels)

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.00 | $576.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **2.20** | **$633.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.20 | 288.00 | $633.60 |
| | **Total** | | **2.20** | | **$633.60** |

PRIOR FEES                           $11,330.10
PRIOR COSTS & EXPENSES               $1,041.76

FEES                    $633.60
**TOTAL THIS INVOICE**            **$633.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364236    JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**          $6,566.42

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364236    JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 11/01/13 | Revise and circulate settlement agreement to client, bankruptcy counsel, and borrower's counsel. | L160 | A103 | 0.70 | 288.00 | 201.60 |
| AAG | 11/11/13 | Follow up with Casas's attorney regarding status of settlement. | L160 | A107 | 0.10 | 238.50 | 23.85 |
| AAG | 11/15/13 | Follow up with Herminia Casas's attorney regarding status of settlement. | L160 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 11/18/13 | Review case law regarding duty of care owed by escrow holder. | L240 | A104 | 1.20 | 238.50 | 286.20 |
| AAG | 11/18/13 | Review case law regarding duty of care owed by title insurer. | L240 | A104 | 1.20 | 238.50 | 286.20 |
| AAG | 11/18/13 | Review obligations of trustees, beneficiaries, and title insurers with regard to reconveyance and release of obligation. | L240 | A104 | 1.00 | 238.50 | 238.50 |
| AAG | 11/18/13 | Review statutes establishing qualified privilege in the non-judicial foreclosure context and case law interpreting same. | L240 | A104 | 0.70 | 238.50 | 166.95 |
| AAG | 11/18/13 | Draft opposition to LSI's demurrer to GMAC's second amended complaint. | L240 | A103 | 3.20 | 238.50 | 763.20 |
| AAG | 11/19/13 | Review case law regarding elements necessary for creditor beneficiary to state a cause of action for breach of contract. | L240 | A104 | 0.80 | 238.50 | 190.80 |
| AAG | 11/19/13 | Draft section of opposition to demurrer responding to challenge to breach of contract cause of action. | L240 | A103 | 1.10 | 238.50 | 262.35 |
| AAG | 11/19/13 | Review case law regarding malice requirement to state slander of title cause of action. | L240 | A104 | 0.50 | 238.50 | 119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. 364236 | | CLIENT RESCAP/GMAC | | | | Page | 2 |
| | | MATTER Casas, Hermina | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAG | 11/19/13 | Review authorities establishing elements of cancellation of instrument claim. | L240 | A104 | 0.40 | 238.50 | 95.40 |
| AAG | 11/19/13 | Review cases establishing elements of professional negligent cause of action. | L240 | A104 | 0.60 | 238.50 | 143.10 |
| AAG | 11/19/13 | Revise duty section of opposition to LSI's demurrer. | L240 | A103 | 2.00 | 238.50 | 477.00 |
| AAG | 11/19/13 | Draft introduction to opposition to LSI's demurrer. | L240 | A103 | 1.10 | 238.50 | 262.35 |
| AAG | 11/19/13 | Draft slander of title section of opposition to LSI's demurrer. | L240 | A103 | 0.90 | 238.50 | 214.65 |
| AAG | 11/19/13 | Revise opposition to LSI's demurrer. | L240 | A103 | 1.20 | 238.50 | 286.20 |
| RSS | 11/19/13 | Review and revise opposition to demurrer. | L240 | A104 | 2.40 | 288.00 | 691.20 |
| RSS | 11/19/13 | Call counsel for Metlife regarding agreed 15 day extension of time to respond to complaint per CRC 3.110(d). | L210 | A108 | 0.10 | 288.00 | 28.80 |
| RSS | 11/20/13 | Draft and revise opposition to demurrer. | L240 | A103 | 4.10 | 288.00 | 1,180.80 |
| AAG | 11/21/13 | Revise opposition to LSI's demurrer. | L240 | A103 | 2.40 | 238.50 | 572.40 |
| | | **TOTAL** | | | **25.90** | | **$6,538.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/08/13 | One Legal, Inc.; Transmittal of filing to court; Summons on Second Amended Complaint, Second Amended Complaint, Proof of Service by Mail. 10/21/13 | 9.95 |
| 11/08/13 | One Legal, Inc.; Transmittal of filing to court Proof of Service. 10/24/13 | 4.97 |
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 408 E Chestnut Ave, CA, Orange 10/31/13 | 13.00 |
| | **TOTAL COSTS & EXPENSES** | **$27.92** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.00 | $273.15 |
| L210 | Pleadings | 0.10 | $28.80 |
| L240 | Dispositive Motions | 24.80 | $6,236.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX-ID 94-2774518

| Invoice No.   364236 | CLIENT | RESCAP/GMAC | | | Page | 3 |
|---|---|---|---|---|---|---|
| | MATTER | Casas, Hermina | | | | |

| TOTAL | | | 25.90 | **$6,538.50** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Givental, Alisa | AAG | Associate | 18.60 | 238.50 | $4,436.10 | |
| Saelao, Rebecca | RSS | Special Counsel | 7.30 | 288.00 | $2,102.40 | |
| | Total | | **25.90** | | **$6,538.50** | |

| PRIOR FEES | $29,846.25 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,908.92 |

| | |
|---|---|
| FEES | $6,538.50 |
| COSTS & EXPENSES | $27.92 |
| **TOTAL THIS INVOICE** | **$6,566.42** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      364237      JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1007     Abed-Stephen, Vachagan and Susie
                     GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**              $366.90

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364237    JBS                                    December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KPL | 11/04/13 | Communicated with LA Superior Court clerks re 2011 demurrer hearing. | L120 | A108 | 0.30 | 76.50 | 22.95 |
| MEH | 11/11/13 | Receive telephone call from bankruptcy counsel J. Petts re additional edits to proof of claim objection. | L250 | A107 | 0.30 | 261.00 | 78.30 |
| MEH | 11/11/13 | Research title documents in response to questions re proof of claim objection. | L110 | A102 | 0.30 | 261.00 | 78.30 |
| MEH | 11/11/13 | Exchange followup emails with bankruptcy counsel J. Petts re title document research. | L250 | A107 | 0.30 | 261.00 | 78.30 |
| MEH | 11/14/13 | Exchange multiple emails with bankruptcy counsel J. Petts re ownership of borrower's note. | L120 | A107 | 0.30 | 261.00 | 73.30 |
| | | **TOTAL** | | | **1.50** | | **$336.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glemmont Dr, CA, Los Angeles 10/16/13 | 13.00 |
| 11/13/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 10/14/13 | 17.75 |
| | **TOTAL COSTS & EXPENSES** | **$30.75** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   364237 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Abed-Stephen, Vachagan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | | 0.30 | $78.30 | | |
| L120 | Analysis/Strategy | | 0.60 | $101.25 | | |
| L250 | Other Written Motions | | 0.60 | $156.60 | | |
| | **TOTAL** | | **1.50** | **$336.15** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Paralegal | 0.30 | 76.50 | $22.95 |
| Andrews, Elizabeth H. | MEH | Associate | 1.20 | 261.00 | $313.20 |
| | **Total** | | **1.50** | | **$336.15** |

PRIOR FEES                              $2,084.85

|  | | |
|---|---|---|
| | FEES | $336.15 |
| | COSTS & EXPENSES | $30.75 |
| | **TOTAL THIS INVOICE** | **$366.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     364238     JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1337     Pichardo, Julio
                    GMAC Matter No.: 730487

**TOTAL AMOUNT DUE**          **$1,287.90**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 364238 | JBS | | December 12, 2013 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1337    Pichardo, Julio
GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| YS | 11/05/13 | Review and analysis of correspondence from plaintiff regarding amending the subject complaint to include Ocwen as a defendant | L120 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 11/07/13 | Draft Ocwen's notice of demurrer, demurrer, and memorandum of points and authorities in response to plaintiff's complaint | L210 | A103 | 3.90 | 238.50 | 930.15 |
| YS | 11/07/13 | Draft Ocwen's request for judicial notice in support of its demurrer to plaintiff's complaint | L210 | A103 | 0.50 | 238.50 | 119.25 |
| YS | 11/07/13 | Draft Ocwen's proposed order on its demurrer to the plaintiff's complaint | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 11/19/13 | Review and analysis of plaintiff's opposition to Ocwen's demurrer and determine how to reply | L120 | A104 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | | **5.40** | | **$1,287.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $166.95 |
| L210 | Pleadings | 4.70 | $1,120.95 |
| | **TOTAL** | **5.40** | **$1,287.90** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 364238 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Pichardo, Julio | | | | | |
| Shaham, Yaron | YS | Special Counsel | 5.40 | 238.50 | $1,287.90 | | |
| | **Total** | | **5.40** | | **$1,287.90** | | |

PRIOR FEES                     $643.95
PRIOR COSTS & EXPENSES         $86.00

|  | | |
|---|---|---|
| FEES | $1,287.90 |
| **TOTAL THIS INVOICE** | **$1,287.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364239    JBS                                    December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1393    Stovall, Ahn
                  GMAC Matter No.: 737831

**TOTAL AMOUNT DUE**            **$1,884.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      364239      JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1393      Stovall, Ahn
GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 11/04/13 | Further drafting of client's responses to defendant's first set of written discovery | L310 | A103 | 0.90 | 238.50 | 214.65 |
| YS | 11/05/13 | Draft correspondence to the title insurer to determine status of client's title claim | L190 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 11/05/13 | Further drafting of client's responses to Ahn Stovall's first set of form interrogatories | L310 | A103 | 1.90 | 238.50 | 453.15 |
| YS | 11/05/13 | Draft correspondence to client to determine status of obtaining executed Assignment of Deed of Trust | L190 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 11/08/13 | Review and analysis of initial response received to the title insurance tender by the title company | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 11/08/13 | Draft correspondence to the title insurer regarding pleadings filed in the civil action | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 11/12/13 | Further drafting and finalizing of client's responses to defendant's first set of written discovery | L310 | A103 | 0.80 | 238.50 | 190.80 |
| YS | 11/12/13 | Draft correspondence to client regarding draft responses to defendant's written discovery in light of ongoing litigation | L310 | A103 | 0.40 | 238.50 | 95.40 |
| YS | 11/15/13 | Draft correspondence to the title insurer regarding documents in support of the title claim | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 11/15/13 | Review and analysis of client's documents in order to determine what to produce per the title insurer's request | L120 | A104 | 1.20 | 238.50 | 286.20 |
| YS | 11/18/13 | Draft correspondence to Stovall's | L190 | A103 | 0.40 | 238.50 | 95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 364239 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Stovall, Ahn | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | counsel regarding replacing MERS as the plaintiff in light of recently recorded assignment of deed of trust | | | | | | |
| YS | 11/25/13 | Draft stipulation to replace MERS as the plaintiff of record with Deutsche Bank in light of recent recordation of assignment of deed of trust | L210 | A103 | 0.90 | 238.50 | 214.65 |
| YS | 11/25/13 | Draft correspondence to Stovall's counsel regarding proposed stipulation to substitute in Deutsche Bank as the new plaintiff of record | L190 | A103 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **7.90** | | **$1,884.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.40 | $333.90 |
| L190 | Other Case Assessment | 1.60 | $381.60 |
| L210 | Pleadings | 0.90 | $214.65 |
| L310 | Written Discovery | 4.00 | $954.00 |
| | **TOTAL** | **7.90** | **$1,884.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 7.90 | 238.50 | $1,884.15 |
| | **Total** | | **7.90** | | **$1,884.15** |

| PRIOR FEES | $3,617.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $236.70 |

| | FEES | $1,884.15 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$1,884.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364240    JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1521    Mena, Felix
GMAC Matter No.: 2013-05-EQ7114

**TOTAL AMOUNT DUE**        **$548.55**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364240    JBS                                    December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1521    Mena, Felix
GMAC Matter No.: 2013-05-EQ7114

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| DL | 10/25/13 | Exchange correspondence with client re L110    A106 status of litigation and settlement. | 0.20 | 288.00 | 57.60 |
|  |  | **TOTAL** | **0.20** |  | **$57.60** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 10/09/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy including Court Filing Fee $435 1st App Fee GMAC 09/05/13 | | 490.95 |
| | **TOTAL COSTS & EXPENSES** | **$490.95** | |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.20 | $57.60 |
| **TOTAL** | **0.20** | **$57.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Liu, David    DL | Associate | 0.20 | 288.00 | $57.60 |
| **Total** | | **0.20** | | **$57.60** |

| | | |
|--|--|--|
| PRIOR FEES | $1,011.60 | |
| | FEES | $57.60 |
| | COSTS & EXPENSES | $490.95 |
| | **TOTAL THIS INVOICE** | **$548.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

OK
RJB

| Cust. No.: | 0000562 |
| Invoice No.: | 7711441-R1 |
| Inv. Date: | 9/5/13 |
| Due Date: | 9/20/13 |
| Total: | $490.95 |
| Terms: | Net 15 |

| INVOICE No. | |
| 7711441-R1 | |
| Date: | 9/5/13 |
| Cust. No.: | 0000562 |

| Law Firm Contact: | David Liu |
| Client File No.: | 24064-1521 |
| Case Short Title: | Mena, Felix V. GMAC |
| Documents: | Notice of Bankruptcy |
| One Legal Branch: | Los Angeles |
| Court Description: | Superior Court of California, Los Angeles County |

| COURT FILING FEE | |
| COURT FILING SERVICE FEE | $435.00 |
| COURT FILING COPY CHARGE | $49.95 |
| | $6.00 |

— 1st app Fee:
GMAC

| Due Date | 9/20/13 | Total This Invoice | $490.95 |



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      364241      JBS                                    December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1560      Matchynski, Mark
                     Loan: 602967039
                     5402 Balboa Arms Drive, Unit #324,
                     San Diego, CA. 92117
                     GMAC Matter No.: 2013-09-EL5995

**TOTAL AMOUNT DUE**                      **$840.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364241    JBS

December 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 11/02/13 | Analysis and evaluation of defense strategy | L120 | A104 | 0.30 | 427.50 | 128.25 |
| MCN | 11/04/13 | Final review and revise objections and responses to Plaintiffs' requests for production to Fannie Mae. | L310 | A103 | 0.40 | 306.00 | 122.40 |
| MCN | 11/04/13 | Multiple communications with Braugh, Hartshorn and Frieman regarding final draft of responses and objections to Plaintiffs' requests for production to Fannie Mae. | L310 | A103 | 0.40 | 306.00 | 122.40 |
| MCN | 11/08/13 | Review status of case and draft matter summary. | L120 | A103 | 0.40 | 306.00 | 122.40 |
| MCN | 11/08/13 | Meet and confer conference with Matchynski regarding Fannie Mae's written discovery responses. | L310 | A108 | 0.20 | 306.00 | 61.20 |
| SMH | 11/19/13 | Review and evaluate new complaint. | L210 | A104 | 0.30 | 333.00 | 99.90 |
| MCN | 11/21/13 | Meet and confer conferree with Matchynski regarding status of case and possible resolution. | L160 | A107 | 0.30 | 306.00 | 91.80 |
| MCN | 11/21/13 | Assess strategy for resolution in view of Court's delay in deciding motion to dismiss. | L160 | A104 | 0.30 | 306.00 | 91.80 |
| | | **TOTAL** | | | **2.60** | | **$840.15** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 364241 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Matchynski, Mark | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $250.65 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $183.60 |
| L210 | Pleadings | 0.30 | $99.90 |
| L310 | Written Discovery | 1.00 | $306.00 |
| | **TOTAL** | **2.60** | **$840.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Nowlin, Marlene | MCN | Special Counsel | 2.00 | 306.00 | $612.00 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **2.60** | | **$840.15** |

| PRIOR FEES | | $1,817.55 | | |
|---|---|---|---|---|
| | | | FEES | $840.15 |
| | | **TOTAL THIS INVOICE** | | $840.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        364242        JBS                                               December 12, 2013

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT      24064      RESCAP/GMAC
MATTER      1567      Reyes, Magda L.
GMAC No.: 2013-11-EF8231

**TOTAL AMOUNT DUE**                    **$562.95**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    364242    JBS                                    December 12, 2013

**GMAC RESCAP**

rescapestateinvoice@GMACRescap.com

Matter    24064 1567    Reyes, Magda L.
GMAC No.: 2013-11-EF8231

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    11/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 11/07/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 11/07/13 | Analysis of complaint claims and attention to preliminary case investigation and strategy. | L120 | A104 | 0.40 | 274.50 | 109.80 |
| CHR | 11/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KSM | 11/11/13 | Prepared notice of bankruptcy and letter to counsel regarding same. | L240 | A103 | 1.40 | 256.50 | 359.10 |
| | | **TOTAL** | | | **2.30** | | **$562.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L240 | Dispositive Motions | 1.40 | $359.10 |
| | **TOTAL** | **2.30** | **$562.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Miller, Kenneth S. | KSM | Associate | 1.40 | 256.50 | $359.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    364242 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Reyes, Magda L. | | | | | |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 | | |
| | **Total** | | **2.30** | | **$562.95** | | |

|  | FEES | $562.95 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$562.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement