## EXHIBIT E (PART 4 OF 4)



# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      366042      JBS                                                                January 10, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0433      Haroutunian, Hedeya
                              C/M# 697640

**TOTAL AMOUNT DUE**                          **$452.25**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366042    JBS                                    January 10, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0433    Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KWF | 12/05/13 | Prepare email to K. Priore re: status of appeal. | L120 | A104 | 0.10 | 270.00 | 27.00 |
| KWF | 12/19/13 | Prepare email to D. Cram re: decision on appeal. | L520 | A105 | 0.20 | 270.00 | 54.00 |
| KWF | 12/19/13 | Review and analyze decision on appeal. | L520 | A104 | 0.50 | 270.00 | 135.00 |
| DHC | 12/23/13 | Conference with Kerry Franich re effect of Plan Confirmation in ResCap Case on appeal. | L120 | A105 | 0.30 | 337.50 | 101.25 |
| KWF | 12/26/13 | Call with A. Shagzho re: settlement demand. | L120 | A107 | 0.20 | 270.00 | 54.00 |
| KWF | 12/31/13 | Prepare email to client advising of 998 offer. | L120 | A106 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.60** | | **$452.25** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $263.25 |
| L520 | Appellate Briefs | 0.70 | $189.00 |
| | **TOTAL** | **1.60** | **$452.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 |
| Franich, Kerry | KWF | Associate | 1.30 | 270.00 | $351.00 |
| | **Total** | | **1.60** | | **$452.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 366042 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Haroutunian, Hedeya | | | |

| PRIOR FEES | $17,550.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $86.27 |

|  | FEES | $452.25 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$452.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     366044     JBS                                    January 10, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 9997 | ResCap Bankruptcy Issues |
| | | GMAC Matter No.: 733619 |

**TOTAL AMOUNT DUE**          $5,735.90

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366044    JBS                                     January 10, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 12/03/13 | Drafting of cover Letter to Noticed Parties re Monthly Fee Statement for October, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 12/03/13 | Drafting of Monthly Statement for Fees and costs for October, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 12/09/13 | Review U.S. Trustee's opposition to fee application. | L100 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 12/09/13 | Drafting of Reply to U.S. Trustee's opposition to fee application. | L250 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 12/10/13 | Review and revise reply to U.S. Trustee's opposition to 4th interim fee application | L250 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 12/11/13 | Correspondence with counsel for debtor regarding resolution of UST objections to fee application | L120 | A108 | 0.30 | 337.50 | 101.25 |
| DHC | 12/11/13 | Correspondence with counsel for UST regarding resolution of objections | L120 | A108 | 0.30 | 337.50 | 101.25 |
| DHC | 12/12/13 | Review Creditor's Committee's limited objection to fee application. | L190 | A104 | 0.50 | 337.50 | 168.75 |
| DHC | 12/12/13 | Correspondence with debtor's counsel re resolving Creditor's Committee's limited objection to fee application. | L190 | A107 | 0.30 | 337.50 | 101.25 |
| DHC | 12/12/13 | Review and revise Response to U.S. Trustee's objection to fourth interim fee application. | L190 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 12/16/13 | Prepare for court appearance at hearing on 4th Interim Fee Application. | L250 | A103 | 2.00 | 337.50 | 675.00 |
| DHC | 12/17/13 | Correspondence with debtor's counsel re comments to proposed form of order on fee application. | L190 | A107 | 0.30 | 337.50 | 101.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   366044     CLIENT    RESCAP/GMAC                         Page      2
                         MATTER    ResCap Bankruptcy Issues

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DHC | 12/17/13 | Review proposed form of order approving fee application. | L190 | A104 | 0.50 | 337.50 | 168.75 |
| DHC | 12/17/13 | Court appearance at 4th Interim Fee Application. | L110 | A109 | 4.00 | 337.50 | 1,350.00 |
| DHC | 12/19/13 | Drafting of Cover Letter re November, 2013 Monthly Statement. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 12/19/13 | Drafting of Monthly Statement for Compensation for November, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | | **16.20** | | **$5,467.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/12/13 | Golden State Legal Copy; Outside Copies; Desc: GMAC NOVEMBER INVOICES Litigation Copies Re-Staple/Re-Clip Originals Staple/Clip Copies as Originals, Scanning/Imaging Coding per Document CDs Titled: GMAC INVOICES NOVEMBER 2013 (2) CDs: One Multi-Page PDF (1) CD: Multi-Pgae PDF per Invoice Custom CD/DVD Label CD/DVD Jewel Case 11/29/13 | 143.48 |
| 12/18/13 | Golden State Legal Copy; Outside Copies; Litigation Copies GMAC Invoices Staple/Clip Copies as Originals Re-Staple/Re-Clip Originals, Scanning/Imaging in Black & White ..etc.. 12/18/13 | 124.92 |
| | **TOTAL COSTS & EXPENSES** | **$268.40** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 1.00 | $337.50 |
| L110 | Fact Investigation/Development | 4.00 | $1,350.00 |
| L120 | Analysis/Strategy | 0.60 | $202.50 |
| L190 | Other Case Assessment | 6.60 | $2,227.50 |
| L250 | Other Written Motions | 4.00 | $1,350.00 |
| | **TOTAL** | **16.20** | **$5,467.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 16.20 | 337.50 | $5,467.50 |
| | | **Total** | **16.20** | | **$5,467.50** |

PRIOR FEES                              $31,965.75
                  Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
                  will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 366044 | CLIENT | RESCAP/GMAC | | Page | 3 |
|---|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | | |

PRIOR COSTS & EXPENSES                    $6,366.07

|  |  |
|---|---|
| FEES | $5,467.50 |
| COSTS & EXPENSES | $268.40 |
| **TOTAL THIS INVOICE** | **$5,735.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Your Trusted Source for Litigation Support!**

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/29/2013 | 41747 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | | Contact |
|-----------|--|---------|
| ~~30024~~ GMAC INVOICES | | Joe Pongassam |

| QTY | Description  24064.9997 | Rate | Amount |
|-----|-------------|------|--------|
| | Desc:  GMAC NOVEMBER INVOICES | | |
| | | | |
| | *** 5 COPY SETS *** | | |
| 510 | Litigation Copies | 0.145 | 73.95 |
| | Re-Staple/Re-Clip Originals | | |
| | Staple/Clip Copies as Originals | | |
| | | | |
| | *** SCAN/CODE *** | | |
| 102 | Scanning/Imaging | 0.15 | 15.30 |
| 32 | Coding per Document | 0.65 | 20.80 |
| 3 | CDs Titled:  GMAC INVOICES NOVEMBER 2013 | 10.00 | 30.00 |
| | (2) CDs:  One Multi-Page PDF | | |
| | (1) CD: Multi-Page PDF per Invoice | | |
| 3 | Custom CD/DVD Label | 0.45 | 1.35T |
| 3 | CD/DVD Jewel Case | 0.60 | 1.80T |
| | | | |
| | Due: Monday | December 2, 2013 | 9 A.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |
| | | | |
| | | **(8.75%)** | $0.28 |

| Received By: | | **Total** | $143.48 |
|--------------|--|-----------|---------|

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**L E G A L**

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|---|---|
| 12/18/2013 | 41890 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

| | Billing # | Contact |
|---|---|---|
| | GMAC INVOICES | Joe Pongassam |

| QTY | Description  24064 9997 | Rate | Amount |
|---|---|---|---|
| | Re.: DECEMBER GMAC INVOICES | | |
| | ***5 COPY SETS*** | | |
| 370 | Litigation Copies | 0.145 | 53.65 |
| | Staple/Clip Copies as Originals | | |
| | Re-Staple/Re-Clip Originals | | |
| | ***SCAN/ CODE*** | | |
| 74 | Scanning/Imaging in Black & White | 0.15 | 11.10 |
| 24 | Coding per Document | 0.65 | 15.60 |
| 4 | CDs Titled With The Following: GMAC_INVOICES_ | 10.00 | 40.00 |
| | DECEMBER | | |
| | (2) CDs: One Multi-Page.PDF | | |
| | (1) CD: Multi-Page.PDFs | | |
| 4 | Custom CD/DVD Label | 0.45 | 1.80T |
| 4 | CD/DVD Jewel Case | 0.60 | 2.40T |
| | Due: Wednesday | 12/18/2013 | 3PM | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

*(handwritten: OK to pay Joe P)*

| | | (8.75%) | $0.37 |
|---|---|---|---|
| Received By: | | **Total** | $124.92 |

**TERMS:** This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      366241      JBS

January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0017      Sweeting, Robert
                     GMAC Matter No.: 733485

**TOTAL AMOUNT DUE**                **$1,713.29**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366241    JBS                                   January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0017    Sweeting, Robert
GMAC Matter No.: 733485

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 09/26/13 | Assistance with preparation of attorney to appear in bankrucptcy court in support of objection to proof of claim. | L120 | A104 | 0.80 | 270.00 | 216.00 |
| | | **TOTAL** | | | **0.80** | | **$216.00** |

## COSTS & EXPENSES

| | | | Amount |
|--|--|--|--------|
| | 12/11/13 | Jonathan Dykstra; Travel and Expenses to; Travel from Irvine Office to Long Beach Airport for flight to New York to meet with Local Counsel for GMAC to prepare for and attend hearing in the United States Bankruptcy Court, Southern District of New York regarding the claims filed by Robert Sweeting. New York. 10/01/13 - 10/03/13 | 1,497.29 |
| | | **TOTAL COSTS & EXPENSES** | **$1,497.29** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120    Analysis/Strategy | | 0.80 | $216.00 |
| | **TOTAL** | **0.80** | **$216.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **0.80** | | **$216.00** |

PRIOR FEES                    $6,391.80
PRIOR COSTS & EXPENSES        $165.77

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 366241 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Sweeting, Robert | | |

|  |  |
|---|---|
| FEES | $216.00 |
| COSTS & EXPENSES | $1,497.29 |
| **TOTAL THIS INVOICE** | **$1,713.29** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# EXPENSE REPORT FORM
### For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Jonathan Dykstra | | Attorney No.: | 9218 |
| --- | --- | --- | --- | --- |
| Client/Matter Name: | Sweeting v. GMAC | | Client/Matter No.: | 24064.0017 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
| --- | --- | --- | --- |
| 10/1/13 | 10/3/13. | 3 | 3 |

| Destination of trip: | | From: | Irvine Office | To: | New York |
| --- | --- | --- | --- | --- | --- |

**Purpose of Trip:** (i.e. list company & persons re Bus Promotion, name of education seminar, state purpose of trip re client charge) Note: this is an unlimited expanding field, it will word wrap as you type.

Travel from Irvine Office to Long Beach Airport for flight to New York to meet with Local Counsel for GMAC to prepare for and attend hearing in the United States Bankruptcy Court, Southern District of New York regarding the claims filed by Robert Sweeting

| Type of Expense | *Select one item from drop down list: | | | Client Expense-charge client | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 70.00 | 0 | 0 | 0 | 0 | $ 70.00 |
| Mileage – 56.5¢/mi | 0 | 0 | 35.09 | 0 | 35.09 | 0 | 0 | $ 70.18 |
| Auto Rental | 0 | 0 | 0 | 0 | 0.00 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 60.50 | 0 | 60.50 | 0 | 0 | $ 121.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 57.00 | 0 | 0 | $ 57.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 1006.53 | 0 | 0 | 0 | $1,006.53 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 20.00 | 0 | 0 | 0 | $ 20.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 13.82 | 10.08 | 10.00 | 0 | 0 | $ 33.90 |
| Lunch | 0 | 0 | 14.56 | 14.15 | 16.31 | 0 | 0 | $ 45.02 |
| Dinner | 0 | 0 | 19.73 | 20.77 | 33.16 | 0 | 0 | $ 73.66 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 213.70 | $1,071.53 | $ 212.06 | $ 0.00 | $ 0.00 | $1,497.29 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total expense paid by employee: | 1497.29 |
| --- | --- | --- |

I certify that the above expenses were incurred by me for authorized firm business

| Signature: | | Date: | 12/3/13 |
| --- | --- | --- | --- |
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

**NEW YORK HILTON MIDTOWN**
1335 Avenue of the Americas | New York, NY | 10019
T: 212 586 7000   |   F: 212 315 1374
W: hilton.com

von Karman Avenue
Suite 700
Irvine, CA 92612
US

| | |
|---|---|
| Room: | 4109/D2TK |
| Arrival Date: | 10/1/2013    11:05:00PM |
| Departure Date: | 10/3/2013    12:50:00PM I |
| Adult/Child: | 1/0 |
| Room Rate: | 429.00 |

RATE PLAN        LV3

HH#
AL:
BONUS AL:        CAR:

CONFIRMATION NUMBER : 3538738180

10/3/2013     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/1/2013 | GUEST ROOM | WLEUNG | 22400863 | $429.00 | | |
| 10/1/2013 | STATE ROOM TAX 8.875% | WLEUNG | 22400863 | $38.07 | | |
| 10/1/2013 | ROOM OCCUPANCY TAX 5.875% | WLEUNG | 22400863 | $25.20 | | |
| 10/1/2013 | $2.00 CITY TAX | WLEUNG | 22400863 | $2.00 | | |
| 10/1/2013 | JAVITS CTR FEE | WLEUNG | 22400863 | $1.50 | | |
| 10/2/2013 | INTERNET ACCESS | LINTR | 22402635 | $14.99 | | |
| 10/2/2013 | GUEST ROOM | LRIVAS | 22405257 | $429.00 | | |
| 10/2/2013 | STATE ROOM TAX-8.875% | LRIVAS | 22405257 | $38.07 | | |
| 10/2/2013 | ROOM OCCUPANCY TAX 5.875% | LRIVAS | 22405257 | $25.20 | | |
| 10/2/2013 | $2.00 CITY TAX | LRIVAS | 22405257 | $2.00 | | |
| 10/2/2013 | JAVITS CTR FEE | LRIVAS | 22405257 | $1.50 | | |
| 10/3/2013 | VS *8232 | GBERNA | 22407096 | | $1,006.53 | |
| | BALANCE | | | | | $0.00 |

| | |
|---|---|
| ACCOUNT NO. | DATE OF CHARGE      FOLIO NO./CHECK NO |
| VS *8232 | 10/01/2013        3873738 A |
| CARD MEMBER NAME | AUTHORIZATION        INITIAL |
| Dykstra, Jonathan | 03146D |
| ESTABLISHMENT NO. & LOCATION      ESTABLISHMENT ADRESS TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES |
| | TAXES |
| | TIPS & MISC. |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT |

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

WELCOME TO
**THE PORT AUTHORITY** OF NY & NJ

John F. Kennedy
International Airport

# T A X I

COMMENTS, COMPLAINTS, COMPLIMENTS AND
LOST PROPERTY DIAL 3-1-1 (in New York City)
DIAL (212) 692-8294 (outside New York City)

TAXI TAXI TAXI TAXI **INFORMATION**

Medallion
Medallón
Médaillon
Konzzession
公認

Date
Fecha
Date
Datum
日付

Terminal
Terminal
Terminal
Terminal
ターミナル

5

THANK YOU *for choosing*
*John F. Kennedy International Airport*
*Where America Greets The World*

Serial :
Code :

*Flat Rate Fare Information on back side of this receipt.*

---

Restaurant Copy

Uncle Jack's Steakhouse
44 West 56th Street
New York, NY 10019
(212)245-1550

Check: 141338

Gianii  TABLE:1
Date 10/03/13  Time 02:43pm

Visa***********8232

Auth.Number:00258D

SALE      $27.16

TIP  6        $0.00

TOTAL:  33.16

x
Signature:DYKSTRA,JONATHAN

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)



**Long Beach Airport (LGB)**
4100 E Donald Douglas Dr
Long Beach, CA 90808
(562) 570-2600
21.86 miles / 27 minutes



| | | |
|---|---|---|
| (A) 19100 Von Karman Ave, Irvine, CA 92612-1539 | | Download Free App |
| ● | 1. Start out going southwest on Von Karman Ave toward Campus Dr. Map | 0.08 MI · 0.08 Mi Total |
| ↱ | 2. Take the 1st right onto Campus Dr. Map | 1.2 MI · 1.3 Mi Total |
| ↱ | 3. Turn right onto Bristol St N. Map | 0.09 MI · 1.4 Mi Total |
| ↑↗ (73) | 4. Merge onto CA-73 N via the ramp on the left toward CA-55 N / I-405 N. Map | 2.3 MI · 3.6 Mi Total |
| ↑↗ (405) | 5. Merge onto I-405 N via the exit on the left toward Long Beach. Map | 16.8 MI · 20.4 Mi Total |
| (19) | 6. Merge onto N Lakewood Blvd / CA-19 N via EXIT 27 toward Long Beach Airport. Map | 1.3 MI · 21.7 Mi Total |
| ↰ | 7. Turn left onto Douglas Dr / E Donald Douglas Dr. Map | 0.2 MI · 21.9 Mi Total |
| ■ | 8. 4100 E DONALD DOUGLAS DR. Map | |

**Long Beach Airport (LGB)**
Recorded General Information
4100 E Donald Douglas Dr, Long Beach, CA 90808
(562) 570-2600

43.72 RT
X 56.5
70.18
$  2
= 35.09



h Airport (LGB) in L...    Page 2 of 2



©2013 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366242    JBS                                    January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0061    Carino, Dena Crisotomo, et al. and Allan Cristopher Diwa v. Standard Pacific
                  Corp., et al.
                  GMAC Matter No.: 32118 & 691857

**TOTAL AMOUNT DUE**                **$216.00**

### \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366242    JBS                                    January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0061    Carino, Dena Crisotomo, et al. and Allan Cristopher Diwa v. Standard Pacific
Corp., et al.
GMAC Matter No.: 32118 & 691857

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 11/20/13 | Multiple calls and correspondences with parties to this litigation which is becoming active following a long stay awaiting arbitration. Draft and revise inserts into joint status conference stating position that the matter is stayed as to defendant Homecomings. | L230 | A108 | 0.40 | 270.00 | 108.00 |
| MKS | 11/27/13 | Study and review final draft of Joint Status Conference Statement. | L230 | A104 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | | **0.80** | | **$216.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L230 | Court Mandated Conferences | 0.80 | $216.00 |
| | **TOTAL** | **0.80** | **$216.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **0.80** | | **$216.00** |

| | | | | FEES | $216.00 |
|---|---|---|---|------|---------|
| | | | **TOTAL THIS INVOICE** | | **$216.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366245    JBS                                    January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1546    Parks, Dennis
GMAC Matter No.: 2013-06-EZ3828


**TOTAL AMOUNT DUE**                $437.00


***REMITTANCE COPY***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366245    JBS

January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1546    Parks, Dennis
GMAC Matter No.: 2013-06-EZ3828

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 12/02/13 | Review Plaintiff's case management statement. | L230 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/11/13 | Review Defendant/Cross-Claimant's case management statement. | L230 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/16/13 | Correspondence to counsel regarding misrepresentation that GMAC is an interested party. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 12/16/13 | Appear by court call for case management conference. | L230 | A109 | 0.50 | 234.00 | 117.00 |
| MCK | 12/20/13 | Review Court's case management order and referral to mediation. | L230 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/26/13 | Correspondence to client re: dismissal and strategy. | L120 | A106 | 0.30 | 234.00 | 70.20 |
| MCK | 12/26/13 | Review dismissal and amendment to complaint. | L120 | A106 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **1.50** | | **$351.00** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/13 | CourtCall, LLC; CourtCall Appearance Fee; 12/16/13 | 86.00 |

**TOTAL COSTS & EXPENSES**    $86.00

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $163.80 |
| L230 | Court Mandated Conferences | 0.80 | $187.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   366245 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Parks, Dennis | | | | |

| | TOTAL | | 1.50 | **$351.00** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** | |
| Kelly, Megan | MCK | Special Counsel | 1.50 | 234.00 | $351.00 | |
| | **Total** | | **1.50** | | **$351.00** | |

| PRIOR FEES | $2,290.95 |
|---|---|
| PRIOR COSTS & EXPENSES | $986.75 |

| | |
|---|---|
| FEES | $351.00 |
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$437.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   366243   JBS                                    January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064   RESCAP/GMAC
MATTER     1315    Bentancourt, Ruben and Rosa
                   GMAC Matter No.: 2013-07-EH3851
                   E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          **$514.80**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

**TAX ID 94-2774518**

Invoice No.    366243    JBS                                          January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
GMAC Matter No.: 2013-07-EH3851
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 12/02/13 | Review correspondence amongst parties re: final mediation. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/03/13 | Correspondence with opposing counsel and client re: dismissal of cross-complaint. | L120 | A108 | 0.50 | 234.00 | 117.00 |
| MCK | 12/05/13 | Review Court order re: discovery. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/09/13 | Review of requests for dismissals filed as to two lender cross-defendants. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 12/11/13 | Correspondence with cross-complainant and client regarding dismissal. | L120 | A108 | 0.70 | 234.00 | 163.80 |
| MCK | 12/12/13 | Correspondence with opposing counsel re: dismissal. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 12/17/13 | Review notices of request for dismissal as to GMAC and Homecomings. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 12/23/13 | Correspondence to client regarding requests for dismissal. | L120 | A106 | 0.30 | 234.00 | 70.20 |
| | | **TOTAL** | | | **2.20** | | **$514.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 2.20 | $514.80 |
| | **TOTAL** | **2.20** | **$514.80** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 366243 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Bentancourt, Ruben & Rosa | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kelly, Megan | | MCK | Special Counsel | 2.20 | 234.00 | $514.80 | |
| | | Total | | 2.20 | | $514.80 | |

PRIOR FEES                              $4,055.85
PRIOR COSTS & EXPENSES          $17.75

| | FEES | $514.80 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$514.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366244    JBS                                             January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1544    General Estate Advice
GMAC Matter No.: 2013-07-EB4547


**TOTAL AMOUNT DUE**                    **$1,159.20**




**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*




Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366244    JBS                                    January 15, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1544    General Estate Advice
GMAC Matter No.: 2013-07-EB4547

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 12/16/13 | Review portions of confirmation order to determine impact on currently stayed appeals being monitored by the firm. Correspondence with client re: same. | L120 | A104 | 0.80 | 270.00 | 216.00 |
| MEH | 12/18/13 | Strategize re effect of plan confirmation on stayed appeals. | L120 | A101 | 0.50 | 261.00 | 130.50 |
| MEH | 12/18/13 | Exchange multiple emails with client K. Priore re effect of plan confirmation on stayed appeals. | L120 | A106 | 0.60 | 261.00 | 156.60 |
| MKS | 12/19/13 | Prepare for and participate in conference call with multiple in-house counsel regarding inpact of confirmation on stayed appellate matters. | L120 | A106 | 0.40 | 270.00 | 108.00 |
| MEH | 12/19/13 | Emails and phone call with client K. Priore re changes to bankruptcy status update language in light of plan confirmation. | L120 | A106 | 0.60 | 261.00 | 156.60 |
| MEH | 12/19/13 | Revise standard bankruptcy update language to reflect plan confirmation. | L120 | A103 | 0.40 | 261.00 | 104.40 |
| MEH | 12/20/13 | Marshall comprehensive list of stayed appeals that will be affected by plan confirmation. | L120 | A101 | 1.10 | 261.00 | 287.10 |
| | | **TOTAL** | | | **4.40** | | **$1,159.20** |

## COSTS & EXPENSES

## BILLING SUMMARY
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 366244 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | General Estate Advice | | | |

| Task Code and Description | | | Hours | Amount | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 4.40 | $1,159.20 | | |
| | TOTAL | | 4.40 | $1,159.20 | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Andrews, Elizabeth H. | MEH | Associate | | 3.20 | 261.00 | $835.20 |
| Sullivan, Mary Kate | MKS | Member | | 1.20 | 270.00 | $324.00 |
| | Total | | | 4.40 | | $1,159.20 |

| PRIOR FEES | $21,006.90 | | |
|---|---|---|---|
| | | FEES | $1,159.20 |
| | TOTAL THIS INVOICE | | $1,159.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      366329      JBS

January 17, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1074      Smith, Tia
                      GMAC Matter No.: 719188

**TOTAL AMOUNT DUE**          **$798.35**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    366329    JBS | | | January 17, 2014 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
GMAC Matter No.:  719188

**FOR PROFESSIONAL SERVICES RENDERED**    01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| DL | 11/04/13 | Review Aurora's notice of ruling denying plaintiff's motion for reconsideration. | L430 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 11/19/13 | Analyze plaintiff's notice of appeal from order on Aurora's demurrer. | L110 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 12/03/13 | Prepare case management statement. | L430 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 12/03/13 | Analyze plaintiff's appeal information statement re appeal from Aurora's demurrer. | L430 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 12/17/13 | Attend status conference and advise client of continuance of same. | L230 | A109 | 1.20 | 288.00 | 345.60 |
| | | **TOTAL** | | | **2.30** | | **$662.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/13 | CourtCall, LLC; CourtCall Appearance Fee; 12/17/13 | 86.00 |
| 12/19/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 12/04/13 | 49.95 |
| **TOTAL COSTS & EXPENSES** | | **$135.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---|---|---|
| L110    Fact Investigation/Development | 0.40 | $115.20 |
| L230    Court Mandated Conferences | 1.20 | $345.60 |
| L430    Written Motions/Submissions | 0.70 | $201.60 |
| **TOTAL** | **2.30** | **$662.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366329        CLIENT    RESCAP/GMAC                                Page        2
                             MATTER    Smith, Tia

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.30 | 288.00 | $662.40 |
| | **Total** | | **2.30** | | **$662.40** |

PRIOR FEES                              $1,836.90
PRIOR COSTS & EXPENSES                    $127.95

FEES                    $662.40
COSTS & EXPENSES        $135.95
**TOTAL THIS INVOICE**        **$798.35**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366330    JBS

January 17, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1500      Darby, Leanetha
                     GMAC Matter No.: 2013-05-EJ4940

**TOTAL AMOUNT DUE**          **$446.85**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     366330     JBS                                      January 17, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1500     Darby, Leanetha
                          GMAC Matter No.: 2013-05-EJ4940

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 12/02/13 | Exchange correspondence with client re plaintiff's motion for relief from stay and issues alleged in complaint. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 12/04/13 | Analyze servicing notes re defenses to claim and for motion for relief and attend conference call with client re same. | L110 | A106 | 0.90 | 288.00 | 259.20 |
| DHC | 12/10/13 | Correspondence with David Liu and Suzanne Hankins re ResCap debtor's opposition to Plaintiff's motion for relief from stay. | L120 | A105 | 0.30 | 337.50 | 101.25 |
| | | **TOTAL** | | | **1.50** | | **$446.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 1.20 | $345.60 |
| L120 | Analysis/Strategy | 0.30 | $101.25 |
| | **TOTAL** | **1.50** | **$446.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.30 | 337.50 | $101.25 |
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | | **Total** | **1.50** | | **$446.85** |

PRIOR FEES                        $3,054.60
PRIOR COSTS & EXPENSES            $680.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   366330 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Darby, Leanetha | | |

|  |  |
|---|---|
| FEES | $446.85 |
| **TOTAL THIS INVOICE** | **$446.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366331    JBS                                                   January 17, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT    24064    RESCAP/GMAC
MATTER    1568     Murillo, Carlos
                   GMAC No.: 2013-11-ES2923

**TOTAL AMOUNT DUE**            $629.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    366331    JBS                          January 17, 2014

GMAC RESCAP

rescapestateinvoice@GMACRescap.com

Matter    24064 1568    Murillo, Carlos
GMAC No.: 2013-11-ES2923

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCP | 11/21/13 | Research PACER to ascertain possible bankruptcy filings | L110 | A102 | 0.10 | 130.50 | 13.05 |
| MCP | 11/21/13 | Research title records and prepare chronology | L110 | A102 | 1.40 | 130.50 | 182.70 |
| DL | 12/01/13 | Analyze complaint, court docket and title chronology. | L110 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 12/02/13 | Draft and revise notice of bankruptcy, letter re same and prepare correspondence to client re same. | L430 | A103 | 0.50 | 288.00 | 144.00 |
| DL | 12/04/13 | Exchange correspondence with client and finalize notice of bankruptcy and letter. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **2.70** | | **$541.35** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/09/13 | Cardmember Service /Chase (Acct 7898); Data Search; 15730 Ramona Dr, CA, San Bernardino 11/21/13 | 38.25 |
| 12/19/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 12/05/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$88.20** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $310.95 |
| L430 | Written Motions/Submissions | 0.80 | $230.40 |
| | **TOTAL** | **2.70** | **$541.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   366331 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | MATTER | Murillo, Carlos | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| Phillips, Maria C. | MCP | Paralegal | 1.50 | 130.50 | $195.75 |
| | Total | | 2.70 | | $541.35 |

| | | |
|---|---|---|
| | FEES | $541.35 |
| | COSTS & EXPENSES | $88.20 |
| | TOTAL THIS INVOICE | $629.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      367168      JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     0325      Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**          **$684.45**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     367168     JBS                                              January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0325     Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 12/02/13 | Review/analyze plaintiff's proposed changes to bankruptcy stipulation. | L520 | A104 | 0.80 | 261.00 | 208.80 |
| MEH | 12/02/13 | Exchange emails with client K. Priore with comments re plaintiff's proposed changes to bankruptcy stipulation. | L120 | A106 | 0.40 | 261.00 | 104.40 |
| MEH | 12/04/13 | Strategize re additional edits to stipulation to lift bankruptcy stay. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| KPL | 12/17/13 | Per direction of Elizabeth Andrews, arrange with trial court to obtain case documents not served by pro se appellant. | L140 | A108 | 0.30 | 76.50 | 22.95 |
| KPL | 12/17/13 | Research court dockets re plaintiff's notice of appeal. | L140 | A102 | 0.80 | 76.50 | 61.20 |
| MEH | 12/18/13 | Exchange multiple emails with client K. Priore, bankruptcy counsel J. Wishnew re notice of appeal, stipulation to lift stay re appeal. | L120 | A106 | 0.60 | 261.00 | 156.60 |
| MEH | 12/22/13 | Exchange emails with bankruptcy counsel J. Wishnew re notice of appeal. | L120 | A107 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **3.40** | | **$684.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.50 | $391.50 |
| L140 | Document/File Management | 1.10 | $84.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367168 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Passaretti, Jr. (II), Albert | | | | |

| L520 | Appellate Briefs | | | 0.80 | $208.80 | | |
| | **TOTAL** | | | **3.40** | **$684.45** | | |

| **Timekeeper** | | | **Position** | | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|---|---|
| Lee, Kristina | | KPL | Paralegal | | 1.10 | 76.50 | $84.15 |
| Andrews, Elizabeth H. | | MEH | Associate | | 2.30 | 261.00 | $600.30 |
| | | **Total** | | | **3.40** | | **$684.45** |

PRIOR FEES                    $1,341.00

|  |  |  |
|---|---|---|
| | FEES | $684.45 |
| **TOTAL THIS INVOICE** | | **$684.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367169    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**            **$515.30**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 367169 | JBS | January 29, 2014 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| YS | 12/12/13 | Draft notice of order to show cause hearing regarding client's bankruptcy status and dismissal, and the pending case management conference | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 12/12/13 | Attend the Court's status conference regarding status of GMAC Mortgage's bankruptcy case and affect on the subject litigation | L450 | A109 | 1.40 | 238.50 | 333.90 |
| YS | 12/13/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.80** | | **$429.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 12/11/13 | CourtCall, LLC; CourtCall Appearance Fee; 12/12/13 | 86.00 |

**TOTAL COSTS & EXPENSES**    **$86.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L190 | Other Case Assessment | 0.10 | $23.85 |
| L210 | Pleadings | 0.30 | $71.55 |
| L450 | Trial and Hearing Attendance | 1.40 | $333.90 |
| | **TOTAL** | **1.80** | **$429.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 1.80 | 238.50 | $429.30 |
| | **Total** | | **1.80** | | **$429.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.   367169 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | MATTER | Guynes, Verta C. | | | |

| | |
|---|---|
| PRIOR FEES | $1,705.05 |
| PRIOR COSTS & EXPENSES | $108.00 |

| | |
|---|---|
| FEES | $429.30 |
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$515.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367170    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          **$2,478.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367170    JBS                                          January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
                         GMAC Matter No.: 703325
                         Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 12/20/13 | Review and analyze rules regarding timing of decision on trial and next steps after decision. | L460 | A104 | 0.80 | 288.00 | 230.40 |
| JBS | 12/23/13 | Analysis and evaluation of potential Phase II of trial and avoiding same | L120 | A104 | 0.40 | 427.50 | 171.00 |
| JBS | 12/26/13 | Analysis and evaluation of order from Court on Phase I of trial | L120 | A104 | 0.50 | 427.50 | 213.75 |
| MKS | 12/26/13 | Study and review courts ruling following trial of equitable claims. | L460 | A104 | 0.50 | 270.00 | 135.00 |
| RSS | 12/26/13 | Review and analyze court's ruling finding in favor of defendants on all equitable claims and update client and team regarding same. | L460 | A104 | 0.80 | 288.00 | 230.40 |
| RSS | 12/27/13 | Confer with co-defendants' counsel regarding decision in defendants' favor and preparation of judgment. | L460 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 12/27/13 | Conduct research and analysis regarding cutting off phase two of trial and entering final judgment on phase one. | L460 | A102 | 2.40 | 288.00 | 691.20 |
| RSS | 12/30/13 | Prepare draft judgment and analyze case materials, court's ruling, and authorities in light of same. | L460 | A104 | 2.40 | 288.00 | 691.20 |
| | | **TOTAL** | | | **8.20** | | **$2,478.15** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   367170 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Inoue, Hitoshi & Wakana | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.90 | $384.75 | | |
| L460 | Post-Trial Motions & Submissio | 7.30 | $2,093.40 | | |
| | **TOTAL** | **8.20** | **$2,478.15** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 0.90 | 427.50 | $384.75 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Saelao, Rebecca | RSS | Special Counsel | 6.80 | 288.00 | $1,958.40 |
| | **Total** | | **8.20** | | **$2,478.15** |

| | | |
|---|---|---|
| PRIOR FEES | $167,075.10 | |
| PRIOR COSTS & EXPENSES | $16,795.65 | |

| | | |
|---|---|---|
| FEES | $2,478.15 |
| **TOTAL THIS INVOICE** | **$2,478.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367171    JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0683    Burnett (Daniels)
                  GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**                    **$374.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      367171      JBS                                                January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0683      Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 12/02/13 | Exchange correspondence with client re receipt of payoff funds. | L160 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 12/03/13 | Prepare letter to client with payoff and exchange correspondence with parties re status of payoff. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 12/09/13 | Exchange correspondence with client and parties re status of payoff of loan. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 12/20/13 | Exchange correspondence with parties re status of reconveyance. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 12/23/13 | Exchange correspondence with borrower's counsel re damage to credit rating based on borrower and conservator's failure to make payments after settlement. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **1.30** | | **$374.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.10 | $316.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| | **TOTAL** | **1.30** | **$374.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| | **Total** | | **1.30** | | **$374.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367171 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | | |

PRIOR FEES                          $11,963.70
PRIOR COSTS & EXPENSES              $1,041.76


                                    FEES                $374.40
                        **TOTAL THIS INVOICE**        $374.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      367172      JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704     Casas, Hermina
                   GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**              **$621.50**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367172 | JBS | | January 29, 2014 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| AAG | 12/03/13 | Communicate with MetLife's attorney regarding stipulation to postpone response deadline. | L210 | A107 | 0.10 | 238.50 | 23.85 |
| AAG | 12/03/13 | Review MetLife's proposed stipulation to postpone response deadline. | L210 | A104 | 0.20 | 238.50 | 47.70 |
| AAG | 12/04/13 | Communicate with new attorney for Herminia Casas regarding status of settlement and status of litigation. | L160 | A107 | 0.60 | 238.50 | 143.10 |
| RSS | 12/06/13 | Confer with borrower's counsel regarding settlement status and correspond with client regarding same. | L160 | A108 | 0.70 | 288.00 | 201.60 |
| AAG | 12/19/13 | Follow up with attorney for Herminia Casas regarding status of settlement. | L160 | A107 | 0.10 | 238.50 | 23.85 |
| AAG | 12/23/13 | Draft case management statement. | L230 | A103 | 0.40 | 238.50 | 95.40 |
| | | **TOTAL** | | | **2.10** | | **$535.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/02/13 | CourtCall, LLC; CourtCall Appearance Fee; 12/06/13 | 86.00 |

**TOTAL COSTS & EXPENSES**    **$86.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.40 | $368.55 |
| L210 | Pleadings | 0.30 | $71.55 |
| L230 | Court Mandated Conferences | 0.40 | $95.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 367172 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Casas, Hermina | | | | |

| TOTAL | | 2.10 | **$535.50** | | | |
|---|---|---|---|---|---|---|

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.40 | 238.50 | $333.90 |
| Saelao, Rebecca | RSS | Special Counsel | 0.70 | 288.00 | $201.60 |
| | Total | | **2.10** | | **$535.50** |

| PRIOR FEES | $36,384.75 |
|---|---|
| PRIOR COSTS & EXPENSES | $1,936.84 |

| FEES | $535.50 |
|---|---|
| COSTS & EXPENSES | $86.00 |
| **TOTAL THIS INVOICE** | **$621.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      367173      JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0844      Nguyen, Diem T.
GMAC Matter No.:  712197

**TOTAL AMOUNT DUE**                    **$678.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   367173   JBS                                        January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0844   Nguyen, Diem T.
                      GMAC Matter No.:  712197

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 12/02/13 | Strategize re upcoming bankruptcy status update letter due in Ninth Circuit. | L520 | A101 | 0.30 | 261.00 | 78.30 |
| MEH | 12/05/13 | Draft bankruptcy status update. | L510 | A103 | 0.50 | 261.00 | 130.50 |
| MEH | 12/05/13 | Draft email to client L. Delehey enclosing bankruptcy status update with comments. | L520 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 12/16/13 | Draft bankruptcy status update. | L520 | A103 | 0.30 | 261.00 | 78.30 |
| MEH | 12/16/13 | Exchange multiple emails with client L. Delehey re draft bankruptcy status update. | L520 | A106 | 0.50 | 261.00 | 130.50 |
| MEH | 12/16/13 | Revise status update in light of client edits. | L520 | A103 | 0.30 | 261.00 | 78.30 |
| MEH | 12/16/13 | Strategize re effect of plan confirmation on appellate court's stay. | L120 | A101 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | | **2.60** | | **$678.60** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $130.50 |
| L510 | Appellate Motions & Submission | 0.50 | $130.50 |
| L520 | Appellate Briefs | 1.60 | $417.60 |
| | **TOTAL** | **2.60** | **$678.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Andrews, Elizabeth H. | MEH | Associate | 2.60 | 261.00 | $678.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   367173      CLIENT   RESCAP/GMAC                                    Page        2
                          MATTER   Nguyen, Diem T.

|  | | |
|---|---|---|
| **Total** | 2.60 | $678.60 |

PRIOR FEES                        $5,161.95
PRIOR COSTS & EXPENSES            $20.98

|  |  |
|---|---|
| FEES | $678.60 |
| **TOTAL THIS INVOICE** | **$678.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
*&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367175    JBS                                      January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1007    Abed-Stephen, Vachagan and Susie
                        GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**                **$582.35**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367175    JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEH | 12/13/13 | At request of bankruptcy counsel J. Petts, perform research to assist with reply to plaintiff's opposition to proof of claim objection. | L120 | A102 | 1.00 | 261.00 | 261.00 |
| MEH | 12/18/13 | Telephone call and multiple emails with bankruptcy counsel J. Petts re reply in support of objection to borrower's proof of claim. | L120 | A106 | 1.10 | 261.00 | 287.10 |
| | | **TOTAL** | | | **2.10** | | **$548.10** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 12/09/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 11/07/13 | 26.00 |
| 12/09/13 | Cardmember Service /Chase (Acct 7898); Data Search; 1606 Glenmont Dr, CA, Los Angeles 11/07/13 | 8.25 |
| **TOTAL COSTS & EXPENSES** | | **$34.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 2.10 | $548.10 |
| | **TOTAL** | **2.10** | **$548.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Andrews, Elizabeth H. | MEH | Associate | 2.10 | 261.00 | $548.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 367175 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Abed-Stephen, Vachagan | | | |

| | | | |
|---|---|---|---|
| **Total** | | 2.10 | $548.10 |

| PRIOR FEES | $2,421.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $30.75 |

| FEES | $548.10 |
|---|---|
| COSTS & EXPENSES | $34.25 |
| **TOTAL THIS INVOICE** | **$582.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367176    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1053    Crnic, Carol Ann and Terry
                  GMAC Matter No.: 718068

**TOTAL AMOUNT DUE**            **$297.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     367176     JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1053     Crnic, Carol Ann and Terry
GMAC Matter No.: 718068

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 11/04/13 | Receipt, review and analysis of the Court's minute order continuing the case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 11/11/13 | Receipt, review and analysis of the Court's notice of continued case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 12/13/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 12/16/13 | Receipt, review and analysis of the Court's tentative ruling on the pending case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **0.40** | | **$95.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 11/05/13 | CourtCall, LLC; CourtCall - Conference Service; 11/04/13 | 86.00 |
| 12/16/13 | CourtCall, LLC; CourtCall Appearance Fee; 02/10/14 | 116.00 |
| | **TOTAL COSTS & EXPENSES** | **$202.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $71.55 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **0.40** | **$95.40** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 367176 | CLIENT MATTER | RESCAP/GMAC Crnic, Carol Ann & Terry | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 | | |
| | Total | | 0.40 | | $95.40 | | |

PRIOR FEES                        $1,100.25
PRIOR COSTS & EXPENSES        $82.50

| | |
|---|---|
| FEES | $95.40 |
| COSTS & EXPENSES | $202.00 |
| **TOTAL THIS INVOICE** | **$297.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Debit Account Number CCDA-01-378

| DATE | COURT | JUDGE | CASE NAME/NUMBER | VIDEO / LATE FEE | FEE / LATE FEE | TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|
| 994900 | San Mateo County Superior Court | Judge Gerald Buchwald (L&M) | Bernardo R. Carrera, et al vs. Fremont Investment & Loan, et al/514498 | | Refund | $86.00 | ($10,302.70) |
| 12/12/13 Thomas Abbott | Placer County Superior Court | Comr. Michael A. Jacques (L&M) | Stacy Deanne Johnson vs. Green Tree Servicing, et al/SCV0033308 | | Refund | $86.00 | ($10,388.70) |
| 12/11/13 Andrew Wood | San Bernardino Superior Court-San Bernardino District | Judge Donna Gunnell Garza | Barron vs. Bank of America/CIVDS1306572 | | $86.00 | $116.00 | ($10,272.70) |
| Reference # 70000-1352 - Barron | | | | | | | |
| 12/12/13  11/19/13  Adam Barasch | U.S. Bankruptcy Court-C.D. California (Los Angeles) | Honorable Julia W. Brand | Bellpoulice/12-27665 (ALL) | | $57.50 | $57.50 | ($10,215.20) |
| Reference # 11293.0296 | | | | | $0.00 | | |
| 12/12/13  2/19/14  Gurinder Grewal | Santa Cruz County Superior Court | Judge Paul M. Mangonda | Torrecillas vs. Onewest Bank, F.S.B., et al/CV175522 | | $86.00 | $86.00 | ($10,129.20) |
| Reference # 21000.0032 | | | | | $0.00 | | |
| 12/12/13  12/16/13  Yaron Shaham | Orange County Superior Court-Santa Ana | Judge Robert Moss | Pichardo v GMAC Mortgage/302012200581642 | | $86.00 | $116.00 | ($10,013.20) |
| Reference # 24064.1357 | | | | | $30.00 | | |
| 12/12/13  12/16/13  Yaron Shaham | Orange County Superior Court-Santa Ana | Judge Robert Moss | Julio Pichardo vs. GMAC Mortgage/30-2012-00581642 | | $86.00 | $116.00 | ($9,897.20) |
| Reference # 24064.1337 | | | | | $30.00 | | |
| 12/12/13  2/10/14  Yaron Shaham | Ventura County Superior Court-Ventura | Pro Tem Judge Miles Lang | Carol Ann Cmic vs. Deutsche Bank National Trust/2011004402904 | | $86.00 | $116.00 | ($9,781.20) |
| Reference # 24064.1053 | | | | | $30.00 | | |

2012

From Auto Debit Send on 12/15/13 at 11:12 PM

Page (



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     367177     JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1393      Stovall, Ahn
                     GMAC Matter No.: 737831

**TOTAL AMOUNT DUE**          **$3,340.40**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   367177   JBS                                          January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1393   Stovall, Ahn
                      GMAC Matter No.: 737831

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 12/02/13 | Telephone conference with Stovall's counsel regarding stipulation to replace Deutsche Bank as new plaintiff of record | L190 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 12/02/13 | Review and analysis of title company's response to title insurance tender | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 12/02/13 | Draft correspondence to Stovall's counsel regarding his client's comments on the proposed stipulation to change the plaintiff from MERS to Deutsche Bank | L190 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 12/03/13 | Draft proposed order on ex parte application to substitute in Deutsche Bank as new plaintiff of record in place of MERS | L210 | A103 | 0.50 | 238.50 | 119.25 |
| YS | 12/03/13 | Draft ex parte application to substitute in Deutsche Bank as new plaintiff of record in place of MERS, and declaration of Yaron Shaham in support thereof | L210 | A103 | 2.40 | 238.50 | 572.40 |
| YS | 12/05/13 | Attend the hearing on client's ex parte application to substitute in Deutsche Bank as new plaintiff of record in the case going forward | L450 | A109 | 1.50 | 238.50 | 357.75 |
| EMF | 12/09/13 | Research entities. Draft DOE Amendments to Complaint. | L210 | A103 | 0.80 | 130.50 | 104.40 |
| YS | 12/09/13 | Further drafting and revising of necessary pleadings to support default judgment prove up package concerning defendant Chase Merritt | L210 | A103 | 2.30 | 238.50 | 548.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367177 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMF | 12/11/13 | Download DOE Amendments and Complaint. Research location of defendants. Draft instructions to attorney service re service. | L210 | A103 | 0.40 | 130.50 | | 52.20 |
| YS | 12/11/13 | Draft correspondence to Stovall's counsel regarding possible continuation of the trial date, new defendants, and mediation dates | L190 | A103 | 0.30 | 238.50 | | 71.55 |
| YS | 12/11/13 | Draft notice of order on ex parte application to substitute in Deutsche Bank as plaintiff of record | L210 | A103 | 0.30 | 238.50 | | 71.55 |
| YS | 12/12/13 | Telephone conference with mediator regarding continuing the mediation to a later date in light of two new defendants being added to the case | L160 | A108 | 0.20 | 238.50 | | 47.70 |
| YS | 12/13/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | | 23.85 |
| EMF | 12/16/13 | Communicate with attorney service re service on Jasco. Forward information to counsel. | L210 | A108 | 0.20 | 130.50 | | 26.10 |
| YS | 12/19/13 | Draft correspondence to Stovall's counsel regarding proposed revisions to the proposed stipulation to continue the trial date and related dates and deadlines | L190 | A103 | 0.20 | 238.50 | | 47.70 |
| YS | 12/19/13 | Review and analysis of proposed stipulation to continue the trial date and related dates and deadlines | L120 | A104 | 0.20 | 238.50 | | 47.70 |
| YS | 12/19/13 | Draft correspondence to client regarding status of the case, and continuance of mediation and trial date due to addition of two new defendants | L190 | A103 | 0.30 | 238.50 | | 71.55 |
| YS | 12/19/13 | Telephone conference with T. Simonian regarding rescheduling pending mediation | L160 | A108 | 0.20 | 238.50 | | 47.70 |
| YS | 12/19/13 | Draft correspondence to Stovall's counsel regarding continuing the trial date | L190 | A103 | 0.20 | 238.50 | | 47.70 |
| YS | 12/20/13 | Review and analysis of the ex parte application to continue the trial date | L120 | A104 | 0.20 | 238.50 | | 47.70 |
| YS | 12/23/13 | Attend hearing on ex parte application to continue trial date and determine how to proceed with prosecution of the case | L450 | A109 | 2.20 | 238.50 | | 524.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367177 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Stovall, Ahn | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMF | 12/24/13 | Receive information re service on Green Eagle. Research new address. Forward information to counsel. | L210 | A108 | 0.30 | 130.50 | | 39.15 |
| YS | 12/26/13 | Draft correspondence to client regarding status of the case, pending hearing dates, and result from hearing on ex parte to continue the trial date | L190 | A103 | 0.30 | 238.50 | | 71.55 |
| | | **TOTAL** | | | 13.70 | | | $3,083.85 |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 12/03/13 | One Legal, Inc.; Court Services;  Retrieval Document at Superior Court of California, Tulare County 11/13/13 | 65.90 |
| 12/19/13 | One Legal, Inc.; Transmittal of filing to court; Ex-Parte Application, Proposed Order including Court Filing Fee $90 12/04/13 | 140.70 |
| 12/19/13 | One Legal, Inc.; Transmittal of filing to court; First Doe Amendment to Complaint, Second Doe Amendment to Complaint 12/11/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$256.55** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $143.10 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $95.40 |
| L190 | Other Case Assessment | 1.80 | $429.30 |
| L210 | Pleadings | 7.20 | $1,533.60 |
| L450 | Trial and Hearing Attendance | 3.70 | $882.45 |
| | **TOTAL** | **13.70** | **$3,083.85** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Feldfeber, Edward | EMF | Paralegal | 1.70 | 130.50 | $221.85 |
| Shaham, Yaron | YS | Special Counsel | 12.00 | 238.50 | $2,862.00 |
| | **Total** | | **13.70** | | **$3,083.85** |

| | |
|---|---|
| PRIOR FEES | $5,501.25 |
| PRIOR COSTS & EXPENSES | $236.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367177 | CLIENT | RESCAP/GMAC | | Page | 4 |
| | | MATTER | Stovall, Ahn | | | |

|  |  |
| --- | --- |
| FEES | $3,083.85 |
| COSTS & EXPENSES | $256.55 |
| **TOTAL THIS INVOICE** | **$3,340.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



26-0259046

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA 94111

| INVOICE No. | |
|---|---|
| 0308462 | |
| Date: | 12/4/13 |
| Cust. No.: | 0000562 |

| | |
|---|---|
| Cust. No.: | 0000562 |
| Invoice No.: | 0308462 |
| Inv. Date: | 12/4/13 |
| Due Date: | 12/19/13 |
| Total: | $140.70 |
| Terms: | Net 15 |

Law Firm Contact:    Yaron Shaham

Client File No.:    24064.1393

Case Short Title:    Mortgage Electronic Registration Systems V. Anh Stovall

Documents:    Ex-Parte Application, Proposed Order

One Legal Branch:    Fresno

Court:    Superior Court of California, Tulare County
Description:

| | |
|---|---|
| COURT FILING FEE | $90.00 |
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $0.75 |

| Due Date | 12/19/13 | Total This Invoice | $140.70 |
|---|---|---|---|





# Severson *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367178    JBS                                     January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1531    Gonzalves, Joseph
                  GMAC Matter No.: 2013-06-ED6682

**TOTAL AMOUNT DUE**            **$698.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367178    JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1531    Gonzalves, Joseph
GMAC Matter No.: 2013-06-ED6682

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EMR | 12/05/13 | E-mail to D. Booth re draft amended notice of bankruptcy. | L240 | A106 | 0.10 | 306.00 | 30.60 |
| EMR | 12/05/13 | Prepare amended notice of bankruptcy pertaining to the causes of action alleged in plaintiff's first amended complaint. | L240 | A103 | 1.20 | 306.00 | 367.20 |
| ERB | 12/06/13 | Attention to status and strategy based on amended pleading. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| EMR | 12/10/13 | Prepare letter to C. Sims re effect of automatic stay on claims alleged in the first amended complaint. | L250 | A103 | 0.80 | 306.00 | 244.80 |
| | | **TOTAL** | | | **2.30** | | **$698.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L240 | Dispositive Motions | 1.30 | $397.80 |
| L250 | Other Written Motions | 0.80 | $244.80 |
| | **TOTAL** | **2.30** | **$698.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 2.10 | 306.00 | $642.60 |
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **2.30** | | **$698.40** |

PRIOR FEES                          $3,558.15
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   367178 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Gonzalves, Joseph | | |

PRIOR COSTS & EXPENSES                    $82.95

FEES _____ $698.40
**TOTAL THIS INVOICE**          **$698.40**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367179    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1556    Dixon, Osric
GMAC Matter No.: 2013-09-EJ1580

**TOTAL AMOUNT DUE**          **$259.20**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      367179      JBS                                January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1556    Dixon, Osric
                        GMAC Matter No.: 2013-09-EJ1580

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DPB | 12/24/13 | Review/analyze docket in ResCap bankruptcy case to determine whether plaintiffs filed any proof of claim against Homecomings, in order to complete case management statement. | L230 | A104 | 0.30 | 288.00 | 86.40 |
| DPB | 12/24/13 | Telephone call to plaintiffs in pro per in effort to meet and confer, in preparation for CMC, about plaintiffs' intent to proceed against Homecomings. | L230 | A107 | 0.10 | 288.00 | 28.80 |
| DPB | 12/24/13 | Draft case management statement. | L230 | A103 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | | **0.90** | | **$259.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L230      Court Mandated Conferences | 0.90 | $259.20 |
| **TOTAL** | **0.90** | **$259.20** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Babcock, Daska      DPB | Special Counsel | 0.90 | 288.00 | $259.20 |
| **Total** | | **0.90** | | **$259.20** |

| PRIOR FEES | $1,480.50 |
|------------|-----------|
| PRIOR COSTS & EXPENSES | $49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367179 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Dixon, Osric | | |

|  |  |
|---|---|
| FEES | $259.20 |
| **TOTAL THIS INVOICE** | **$259.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367180    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

**TOTAL AMOUNT DUE**         $1,071.00

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367180    JBS                                    January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1560    Matchynski, Mark
Loan: 602967039
5402 Balboa Arms Drive, Unit #324,
San Diego, CA. 92117
GMAC Matter No.: 2013-09-EL5995

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCN | 12/09/13 | Communication with Court regarding status of ruling on Motion to Dismiss and assess strategy in view of delay in ruling. | L120 | A108 | 0.30 | 306.00 | 91.80 |
| MCN | 12/09/13 | Communication with Court regarding status of ruling on Motion to Dismiss and assess strategy in view of delay in ruling. | L120 | A108 | 0.30 | 306.00 | 91.80 |
| MCN | 12/09/13 | Communication with MERS, GMAC and Ocwen regarding status of case and Court's ruling on Motion to Dismiss. | L120 | A106 | 0.30 | 306.00 | 91.80 |
| MCN | 12/26/13 | Assess Plaintiffs "Qualified Written Request" under RESPA in order to draft response and assess authorities regarding same. | L120 | A104 | 1.10 | 306.00 | 336.60 |
| MCN | 12/26/13 | Draft detailed response to Plaintiffs "Qualified Written Request" under RESPA and assess case law in support of same. | L120 | A104 | 1.30 | 306.00 | 397.80 |
| MCN | 12/27/13 | Communication with Braugh,  Davis, Booth and Hartshorn regarding Plaintiffs "Qualified Written Request" under RESPA and proposed response. | L120 | A104 | 0.20 | 306.00 | 61.20 |
| | | **TOTAL** | | | **3.50** | | **$1,071.00** |

## COSTS & EXPENSES
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367180    CLIENT    RESCAP/GMAC                    Page        2
                        MATTER    Matchynski, Mark

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.50 | $1,071.00 | | | |
| | TOTAL | 3.50 | $1,071.00 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Nowlin, Marlene | MCN | Special Counsel | 3.50 | 306.00 | $1,071.00 |
| | Total | | 3.50 | | $1,071.00 |

| | | | |
|---|---|---|---|
| PRIOR FEES | $2,657.70 | | |
| | | FEES | $1,071.00 |
| | TOTAL THIS INVOICE | | $1,071.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367181    JBS

January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1561 | Hess, Linda |
| | | Loan: GMAC: 0292095202 / OLN: 7392479648 |
| | | 2556 Franklin Street |
| | | San Francisco, CA. 91432 |
| | | GMAC Matter No.: 2013-09-EP3898 |

**TOTAL AMOUNT DUE**          **$262.80**

**\*\*\* REMITTANCE COPY \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367181    JBS                                         January 29, 2014

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1561    Hess, Linda
                         Loan: GMAC: 0292095202 / OLN: 7392479648
                         2556 Franklin Street
                         San Francisco, CA. 91432
                         GMAC Matter No.: 2013-09-EP3898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DPB | 12/02/13 | Telephone call from counsel for co-defendant TransUnion regarding demurrer hearings held to date. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DPB | 12/03/13 | Review court's register of actions for order sustaining our demurrer. | L240 | A104 | 0.10 | 288.00 | 28.80 |
| DPB | 12/04/13 | Review endorsed order sustaining our demurrer to complaint, in part, with leave to amend. | L240 | A104 | 0.10 | 288.00 | 28.80 |
| DPB | 12/05/13 | Draft notice of entry of order sustaining GMAC's demurrer, in part, with leave to amend. | L240 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **0.70** | | **$201.60** |

### COSTS & EXPENSES

| | | | |
|---|---|---|---|
| | 12/09/13 | One Legal, Inc.; Transmittal of filing to court; Reply in Support of GMAC Mortgage LLC's Demurrer to Plaintiff's Complaint 11/20/13 | 61.20 |
| | **TOTAL COSTS & EXPENSES** | | **$61.20** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.20 | $57.60 |
| L240    Dispositive Motions | 0.50 | $144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| Invoice No. 367181 | CLIENT | RESCAP/GMAC | | | | | |
| | MATTER | Hess, Linda | | | | | |

| | | **TOTAL** | **0.70** | **$201.60** | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** | |
| Babcock, Daska | DPB | Special Counsel | | 0.70 | 288.00 | $201.60 | |
| | **Total** | | | **0.70** | | **$201.60** | |

PRIOR FEES                                    $3,458.25
PRIOR COSTS & EXPENSES              $515.00

| | |
|---|---|
| FEES | $201.60 |
| COSTS & EXPENSES | $61.20 |
| **TOTAL THIS INVOICE** | **$262.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367182    JBS

January 29, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1566 | Abu, Felix O. |
| | | GMAC No.: 2013-10-EZ-9345 |

**TOTAL AMOUNT DUE**          **$610.65**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367182    JBS                                    January 29, 2014

GMAC RESCAP

rescapestateinvoice@GMACRescap.com

Matter    24064 1566    Abu, Felix O.
GMAC No.: 2013-10-EZ-9345

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BSW | 12/04/13 | Review and analyze adversary proceeding Complaint and related documents in prior bankruptcy action. | L140 | A104 | 0.60 | 265.50 | 159.30 |
| BSW | 12/04/13 | Communicate with opposing counsel regarding ETS Services bankruptcy. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 12/05/13 | Draft Motion to Strike Portions of Plaintiff's Complaint. | L250 | A103 | 0.60 | 265.50 | 159.30 |
| BSW | 12/05/13 | Communicate with opposing counsel regarding dismissal. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 12/12/13 | Communicate with opposing counsel regarding status of dismissal. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 12/20/13 | Communicate with opposing counsel regarding status of dismissal. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 12/30/13 | Communicate with client regarding dismissal of ETS. | L140 | A106 | 0.10 | 265.50 | 26.55 |
| BSW | 12/30/13 | Receipt and review dismissal of ETS. | L140 | A104 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **2.30** | | **$610.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L140 | Document/File Management | 1.70 | $451.35 |
| L250 | Other Written Motions | 0.60 | $159.30 |
| | **TOTAL** | **2.30** | **$610.65** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Whittemore, Brian    BSW | Associate | 2.30 | 265.50 | $610.65 |
| | **Total** | **2.30** | | **$610.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 367182 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | MATTER | Abu, Felix O. | | | |

| | | |
|---|---|---|
| PRIOR FEES | $357.75 | |
| | FEES | $610.65 |
| | **TOTAL THIS INVOICE** | **$610.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367183    JBS                                    January 29, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT      24064    RESCAP/GMAC
MATTER     1569     Avila, Lorenzo (Gomez)
                    GMAC No.: 2013-11-EY5504

**TOTAL AMOUNT DUE**              **$648.00**

### *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



### Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367183    JBS

January 29, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

Matter    24064 1569    Avila, Lorenzo (Gomez)
GMAC No.: 2013-11-EY5504

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| CHR | 11/25/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| KSM | 11/25/13 | Prepared notice of bankruptcies for GMAC and ETS and letter to opposing counsel regarding same. | L240 | A103 | 1.50 | 256.50 | 384.75 |
| KSM | 11/26/13 | Revised and finalized notices of bankruptcy and letter to opposing counsel. | L240 | A103 | 0.20 | 256.50 | 51.30 |
| RJG | 11/25/13 | Correspondence with our client to advise regarding preliminary case strategy | L120 | A104 | 0.20 | 274.50 | 54.90 |
| RJG | 11/25/13 | Analysis of case status and pending case issues and attention to preliminary case strategy. | L120 | A104 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **2.50** | | **$598.05** |

### COSTS & EXPENSES

12/19/13    One Legal, Inc.; Transmittal of filing to court;    49.95
GMAC's Notice of BK, Executive Trustee
Service's Notice of BK 12/03/13

**TOTAL COSTS & EXPENSES**    **$49.95**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   367183      CLIENT   RESCAP/GMAC                                    Page        2
                          MATTER   Avila, Lorenzo (Gomez)

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $109.80 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L240 | Dispositive Motions | 1.70 | $436.05 |
| | **TOTAL** | **2.50** | **$598.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Miller, Kenneth S. | KSM | Associate | 1.70 | 256.50 | $436.05 |
| Gandy, Robert | RJG | Special Counsel | 0.40 | 274.50 | $109.80 |
| | **Total** | | **2.50** | | **$598.05** |

|  |  |
|---|---|
| FEES | $598.05 |
| COSTS & EXPENSES | $49.95 |
| **TOTAL THIS INVOICE** | **$648.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



**Severson**
**&Werson**

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367184    JBS                                                     January 29, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT    24064    RESCAP/GMAC
MATTER    1570    Stall, Michelle (MacKenzie)
                  GMAC No.: 2013-11-EZ1718

**TOTAL AMOUNT DUE**              **$621.90**

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367184    JBS                                    January 29, 2014

**GMAC RESCAP**

rescapestateinvoice@GMACRescap.com

Matter    24064 1570    Stall, Michelle (MacKenzie)
GMAC No.: 2013-11-EZ1718

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JMC | 12/02/13 | Analysis and evaluation of complaint. | L210 | A104 | 0.20 | 247.50 | 49.50 |
| CHR | 12/02/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| MCN | 12/05/13 | Initial draft Notice of Bankruptcy and correspondence to Plaintiff regarding allegations and assessment of multiple GMAC entities named in the complaint. | L120 | A104 | 0.30 | 306.00 | 91.80 |
| MCN | 12/05/13 | Assess multiple GMAC entities named in the complaint to determine status of service of process and strategy for Notice of Bankruptcy. | L120 | A104 | 0.30 | 306.00 | 91.80 |
| MCN | 12/05/13 | Assess allegations in complaint in order to draft Notice of Bankruptcy. | L120 | A104 | 0.40 | 306.00 | 122.40 |
| MCN | 12/13/13 | Correspondence with Booth regarding proposed Notice of Bankruptcy and assessment of strategy for responsive pleading | L120 | A106 | 0.30 | 306.00 | 91.80 |
| MCN | 12/13/13 | Review and finalize Notice of Bankruptcy and correspondence to Plaintiff regarding same. | L120 | A104 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | | **2.30** | | **$621.90** |

## COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   367184 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Stall, Michelle (MacKenzie) | | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $520.20 | | |
| L140 | Document/File Management | 0.40 | $52.20 | | |
| L210 | Pleadings | 0.20 | $49.50 | | |
| | **TOTAL** | **2.30** | **$621.90** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | | Paralegal | 0.40 | 130.50 | $52.20 |
| Curran, Jarlath | JMC | | Associate | 0.20 | 247.50 | $49.50 |
| Nowlin, Marlene | MCN | | Special Counsel | 1.70 | 306.00 | $520.20 |
| | **Total** | | | **2.30** | | **$621.90** |

| | FEES | $621.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$621.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367185    JBS                                      January 29, 2014

GMAC RESCAP
rescapestateinvoice@GMACRescap.com

CLIENT    24064    RESCAP/GMAC
MATTER    1571    Tidwell, James
                  GMAC No.: 2013-11-EZ5457

**TOTAL AMOUNT DUE**            $874.35

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    367185    JBS                                January 29, 2014

**GMAC RESCAP**

rescapestateinvoice@GMACRescap.com

Matter    24064 1571    Tidwell, James
GMAC No.: 2013-11-EZ5457

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    12/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 12/02/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| ERB | 12/06/13 | Initial review and analysis of complaint. | L210 | A104 | 1.00 | 279.00 | 279.00 |
| ERB | 12/23/13 | Communications with client re notice of bankruptcy. | L210 | A106 | 0.20 | 279.00 | 55.80 |
| LXL | 12/23/13 | Email to client regarding notice of bankruptcy and | L120 | A106 | 0.30 | 256.50 | 76.95 |
| LXL | 12/23/13 | Draft and prepare notice of bankruptcy. | L210 | A103 | 0.40 | 256.50 | 102.60 |
| LXL | 12/23/13 | Letter to plaintiffs regarding notice of bankruptcy. | L210 | A108 | 0.30 | 256.50 | 76.95 |
| LXL | 12/23/13 | Review court docket related to service and other activity. | L120 | A102 | 0.20 | 256.50 | 51.30 |
| LXL | 12/23/13 | Review and evaluate complaint and proof of service. | L120 | A104 | 0.50 | 256.50 | 123.25 |
| LXL | 12/30/13 | Revise and finalize notice of bankruptcy. | L210 | A103 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **3.50** | | **$874.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $256.50 |
| L140 | Document/File Management | 0.40 | $52.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 367185 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Tidwell, James | | | | |

| L210 | Pleadings | | | 2.10 | $565.65 | | |
|---|---|---|---|---|---|---|---|
| | **TOTAL** | | | **3.50** | **$874.35** | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | | ERB | Associate | 1.20 | 279.00 | $334.80 |
| Ladi, Laszlo | | LXL | Associate | 1.90 | 256.50 | $487.35 |
| | **Total** | | | **3.50** | | **$874.35** |

|  |  | FEES | $874.35 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$874.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement