IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 12-12020(MG) |
| Residential Capital, LLC, et al.., | : | Jointly Administered |
| | : | |
| Debtors. | : | Hearing Date: May 15, 2014, 10:00 a.m. |
| | : | Objection Deadline: March 24, 2014 |

**SUMMARY OF THE FIRST AND FINAL APPLICATION OF WEIR & PARTNERS LLP, SPECIAL COUNSEL FOR DEBTORS, FOR ALLOWANCE AND DISBURSEMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 14, 2012 THROUGH DECEMBER 17, 2013**

| | |
|---|---|
| Name of Applicant: | Weir & Partners LLP |
| Scope of retention: | Special Counsel to Debtors |
| Date of retention: | July 17, 2012 *nunc pro tunc* to May 14, 2012 |
| Application period: | May 14, 2012 through December 17, 2013 |
| Fees requested: | $2,583.00 |
| Expenses requested: | $159.28 |
| Total amount requested: | $2,742.28 |

This is a first and final Application.