IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 12-12020(MG) |
| Residential Capital, LLC, et al.., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application of Weir & Partners LLP for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing May 14, 2012 through December 17, 2013; and a hearing having been held before this Court to consider the Application on May 15, 2014; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Application is granted to the extent set forth in Schedule A.


New York, New York

Dated: _____

                                                         _____
                                                         Honorable Martin Glenn
                                                         United States Bankruptcy Judge

Case No.:12-12020

Case Name: Residential Capital, LLC, et al.

## FINAL FEE APPLICATION TOTALS
[5/14/12-12/17/13]

Schedule B

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Weir & Partners LLP | $2,583.00 | $0.00 | $159.28 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Revised September 2011

DATE ON WHICH ORDER WAS SIGNED: _____

INITIALS: _____ USBJ