## Exhibit A

Residential Capital, LLC et al.
Summary of Services by Project Category
May 14, 2012 through December 17, 2013

| Project Category | Hours | Fees Requested |
|---|---|---|
| Litigation | 7.2 | $2,583.00 |
| **TOTAL** | **7.2** | **$2,583.00** |