**Exhibit B**

| Name | Hourly Rate | Hours | Total |
|------|-------------|-------|-------|
| Bonnie R. Golub, Partner | $375 (2012) | 2.4 | $900.00 |
| | $390 (2013) | 4.1 | $1,599.00 |
| Janice Lazar, Paralegal | $120 (2013) | .7 | $84.00 |
| **Total** | | **7.2** | **$2,583.00** |

447239_1