## Exhibit C
Services Performed
May 14, 2012 through December 17, 2013

LAW OFFICES
# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

August 12, 2013

GMAC RESCAP/ALLY BANK
c/o NATASHA CAMPBELL
1100 VIRGINIA DRIVE
MAIL CODE: 190-FTW-L95
FORT WASHINGTON, PA  19034
Re:    3044    0001

JONES V. ABN AMRO MORTGAGE GROUP, INC., ET AL
RFG Case/Matter No. 732904

Do not bill until Bankruptcy Approval - See BRG
Bill Number:    88886962

Professional Services through    July 31, 2013

| Atty | Service Date | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| BRG | 07/10/2013 | 0.50 | 390.00 | EMAILS FROM D BOOTH RE STATUS REPORT; REVIEW FILE RE CLAIM | $195.00 |
| BRG | 07/11/2013 | 0.50 | 390.00 | PREPARE SUMMARY RE GMAC /TRUSTEE LITIGATION | $195.00 |
| BRG | 07/11/2013 | 0.20 | 390.00 | CALL DONALD BOOTH | $78.00 |
| BRG | 07/19/2013 | 1.30 | 390.00 | PREPARE IMAGE MASTERS SUMMARY; PREPARE PLEADINGS AND REVIEW SEARCHES RE BENFIELD AND FAUGHNER LOANS; REVIEW LOAN DOCUMENTS | $507.00 |
| BRG | 07/19/2013 | 0.10 | 390.00 | EMAIL DONALD BOOTH RE IMAGE MASTERS | $39.00 |
| JL | 07/19/2013 | 0.30 | 120.00 | REVIEW SCHEDULE F AND CLAIMS REGISTER IN IMAGE MASTERS BANKRUPTCY FOR INFORMATION REGARDING DONALD FAUGHNER | $36.00 |
| JL | 07/19/2013 | 0.40 | 120.00 | SEARCH REPORT ON BENFIELD AND FLAUGHNER IN BERKS COUNTY RECORDER OF DEEDS, IMAGE MASTERS | $48.00 |
| | | | | | $1,098.00 |

| | | | | |
|---|---|---|---|---|
| BRG | 2.60 hrs at | 390.00 /hour | $1,014.00 | |
| JL | 0.70 hrs at | 120.00 /hour | $84.00 | |

LAW OFFICES
# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

February 15, 2013

GMAC RESCAP/ALLY BANK
c/o NATASHA CAMPBELL
1100 VIRGINIA DRIVE
MAIL CODE: 190-FTW-L95
FORT WASHINGTON, PA  19034
Re:    3044    0001

JONES V. ABN AMRO MORTGAGE GROUP, INC., ET AL
RFG Case/Matter No. 732904

Do not bill until Bankruptcy Approval - See BRG
Bill Number:    88885298
Professional Services through    January 31, 2013

| Atty | Service Date | Hours | Rate | Description | Amount |
|------|--------------|-------|------|-------------|--------|
| BRG | 05/15/2012 | 0.30 | 375.00 | REVIEW NOTICE RE BR FILING; CALL STACY MOLISON RE FILING AND SUGGESTION OF BANKRUPTCY | $112.50 |
| BRG | 05/16/2012 | 0.20 | 375.00 | PREPARE NOTICE OF BR FILING | $75.00 |
| BRG | 05/23/2012 | 0.20 | 375.00 | PREPARE AND FILE SUGGESTION OF BANKRUPTCY IN DISTRICT AND BR COURTS | $75.00 |
| BRG | 09/25/2012 | 0.10 | 375.00 | EMAIL FROM N CAMPBELL RE STATUS REPORT | $37.50 |
| BRG | 10/03/2012 | 0.40 | 375.00 | EMAIL N CAMPBELL; PREPARE STATUS REPORT RE IMAGE MASTERS | $150.00 |
| BRG | 10/09/2012 | 0.50 | 375.00 | PREPARE CERTIFICATION FOR BR COUNSEL | $187.50 |
| BRG | 10/09/2012 | 0.40 | 375.00 | EMAILS N CAMPBELL; PREPARE POC | $150.00 |
| BRG | 10/23/2012 | 0.10 | 375.00 | REVIEW DOCKET RE OPINION STATUS | $37.50 |
| BRG | 11/21/2012 | 0.10 | 375.00 | EMAIL N CAMPBELL RE CASE STATUS | $37.50 |
| BRG | 12/05/2012 | 0.10 | 375.00 | EMAIL N CAMPBELL | $37.50 |

$900.00

BRG            2.40 hrs at        375.00 /hour        $900.00

LAW OFFICES

# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

March 3, 2014

GMAC RESCAP/ALLY BANK
c/o NATASHA CAMPBELL
1100 VIRGINIA DRIVE
MAIL CODE: 190-FTW-L95
FORT WASHINGTON, PA   19034
Re:    3044       0001
JONES V. ABN AMRO MORTGAGE GROUP, INC., ET AL
RFG Case/Matter No. 732904
FAX BILLS TO: AQUA LOAN SERVICE 1-319-236-5167
CHAPTER 11 - MAY 14, 2012
Bill Number:       88890402

Professional Services through    January 31, 2014

| Atty | Service Date | Hours | Rate | Description | Amount |
|------|--------------|-------|------|-------------|--------|
| BRG  | 12/02/2013   | 0.30  | 390.00 | EMAILS AND CALL D BOOTH RE SETTLEMENT PROPOSAL | $117.00 |
| BRG  | 12/06/2013   | 0.50  | 390.00 | EMAIL L. KOTLER, TRUSTEE COUNSEL/ CALL KOTLER RE SETTLEMENT PROPOSAL | $195.00 |
|      |              |       |      |             | $312.00 |

| BRG | 0.80 hrs at | 390.00 /hour | $312.00 |
|-----|-------------|--------------|---------|

Disbursements through    January 31, 2014
  Total Disbursements                                                                                    $0.00


Total Services                                                                                          $312.00
Total Services and Disbursements                                                                        $312.00

Balance Due                                                                                             $312.00

LAW OFFICES

# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

September 13, 2013

GMAC RESCAP/ALLY BANK
c/o NATASHA CAMPBELL
1100 VIRGINIA DRIVE
MAIL CODE: 190-FTW-L95
FORT WASHINGTON, PA  19034
Re:    3044    0001

JONES V. ABN AMRO MORTGAGE GROUP, INC., ET AL
RFG Case/Matter No. 732904

Do not bill until Bankruptcy Approval - See BRG
Bill Number:    88887491

Professional Services through    August 31, 2013

| Atty | Service Date | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| BRG | 08/15/2013 | 0.10 | 390.00 | EMAIL D BOOTH RE CASE STATUS | $39.00 |
| | | | | | $39.00 |

BRG         0.10 hrs at       390.00 /hour         $39.00

Disbursements through    August 31, 2013
    Total Disbursements                                                                 $0.00

Total Services                                                                          $39.00
Total Services and Disbursements                                                        $39.00

Balance Forward (see details attached)                                              $4,815.88
Balance Due                                                                         $4,854.88

LAW OFFICES
# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

December 13, 2013

GMAC RESCAP/ALLY BANK
c/o NATASHA CAMPBELL
1100 VIRGINIA DRIVE
MAIL CODE: 190-FTW-L95
FORT WASHINGTON, PA  19034
Re:    3044       0001
JONES V. ABN AMRO MORTGAGE GROUP, INC., ET AL
RFG Case/Matter No. 732904
FAX BILLS TO: AQUA LOAN SERVICE 1-319-236-5167
Bill Number:         88889100

Professional Services through    November 30, 2013

| Atty | Service Date | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| BRG | 11/04/2013 | 0.20 | 390.00 | CALL DON BOOTH AT RESCAP RE POC AND SETTLEMENT PROPOSAL | $78.00 |
| BRG | 11/19/2013 | 0.10 | 390.00 | EMAIL FROM D BOOTH RE GMAC POC | $39.00 |
| BRG | 11/21/2013 | 0.20 | 390.00 | EMAILS D BOOTH RE GMAC SETTLEMENT PROPOSAL; REVIEW TRUSTEE DAMAGES | $78.00 |
| BRG | 11/26/2013 | 0.10 | 390.00 | EMAIL FROM D BOOTH RE GMAC SETTLEMENT DISCUSSIONS | $39.00 |
| | | | | | $234.00 |

BRG        0.60 hrs at        390.00 /hour        $234.00

Disbursements through        November 30, 2013
| | | |
|---|---|---|
| 11/30/2013 | PACER On Line Research | $4.00 |
| 11/30/2013 | Telephone | $0.60 |
| | Total Disbursements | $4.60 |

Total Services                                                                                                    $234.00