## Exhibit D
Summary of Expenses Incurred
May 14, 2012 through December 17, 2013

| Disbursement | Amount |
|---|---|
| Pacer Online Research | $37.20 |
| Printing and duplication | $64.75 |
| Postage | $17.81 |
| Telephone | $1.80 |
| Travel | $5.00 |
| Federal Express | $32.72 |
| **TOTAL** | **$159.28** |