**Exhibit E**
Certification of Bonnie R. Golub, Esquire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 12-12020(MG) |
| Residential Capital, LLC, et al.., | : | Jointly Administered |
| | : | |
| Debtors. | : | Hearing Date: May 15, 2014, 10:00 a.m. |
| | : | Objection Deadline |

**CERTIFICATION OF BONNIE R. GOLUB IN RESPECT OF FIRST AND FINAL APPLICATION OF WEIR & PARTNERS LLP, SPECIAL COUNSEL FOR DEBTORS, FOR ALLOWANCE AND DISBURSEMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 14, 2012 THROUGH <u>DECEMBER 17, 2013</u>**

Bonnie R. Golub, on behalf of Weir & Partners LLP, special counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies, pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases effective as of February 5, 2013 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines"), that:

1.  I am a partner with Weir & Partners LLP ("W&P"), special counsel for the Debtors in these Chapter 11 cases, and am the professional designated by the applicant, W&P, for compliance with these Guidelines.

2.  This certification is made in respect of the final fee application of W&P for an allowance of compensation and reimbursement of expenses for the period from May 14, 2012 through and including December 17, 2013 (the "Application") in accordance with the Guidelines.

3.  I certify that:

    a.  I have read the Application;

      b.      to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

      c.      the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by W&P and generally accepted by W&P's clients.

4.    I certify that the Debtors, counsel to the Debtors, counsel to the Official Committee of Unsecured Creditors and the U.S. Trustee, are each being provided with a copy of the Application at least fourteen (14) days before the hearing on the Application.

5.    To the best of my knowledge, information and belief, with respect to the disbursements for which reimbursement is sought, W&P does not make a profit on such disbursement, and W&P requests reimbursement only for the amount billed to W&P by the third-party vendor and paid by it to such vendor.

6.    In seeking reimbursement for all services billed by a third party such as outside professional services, W&P bills its clients at the actual costs incurred.

7.    By this Certification, W&P does not waive or release any rights or entitlements it has under the Order of this Court entered December 27, 2012, approving, under Section 327(a) of the Bankruptcy Code, W&P's retention by the Debtors pursuant to W&P's normal billing rates and customary reimbursement and disbursement practices.

Dated: March 3, 2014

                                                              /s/ Bonnie R. Golub
                                                              Bonnie R. Golub

447239_1