# EXHIBIT B-1

### SUMMARY OF SERVICES BY PROJECT CATEGORY
### FOR THE PERIOD FROM SEPTEMBER 19, 2012 THROUGH DECEMBER 17, 2013

| Project Category | Total Hours | Total Fees[*] |
|---|---:|---:|
| Asset Disposition | 11.80 | $ 9,505.00 |
| Bankruptcy Litigation | 6632.60 | $4,531,712.50 |
| Case Administration | 77.50 | $ 24,070.00 |
| Compensation of Professionals/Others | 23.10 | $ 17,820.50 |
| Financing | 0.50 | $ 487.50 |
| Hearings | 201.00 | $ 145,969.00 |
| Meeting of Creditors | 54.10 | $ 47,934.50 |
| Non-working Travel | 29.10 | $ 17,108.75 |
| Plan & Disclosure Statements | 10.80 | $ 8,850.00 |
| PSZ&J Compensation | 52.90 | $ 29,062.50 |
| PSZ&J Retention | 39.50 | $ 28,870.50 |
| Retention of Professionals | 24.20 | $ 17,205.00 |
| **TOTAL SERVICES:** | **7157.10** | **$4,878,595.75** |

---

[*] These amounts do not reflect write-offs taken pursuant to the Interim Compensation Orders.