# EXHIBIT B-2

### SUMMARY OF SERVICES BY PROJECT CATEGORY
### FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 2502.40 | $ 1,676,843.50 |
| Case Administration | 16.70 | $ 4,091.50 |
| Compensation of Professionals/Others | 20.50 | $ 16,125.50 |
| Hearings | 159.90 | $ 114,440.00 |
| Meeting of Creditors | 17.20 | $ 14,292.00 |
| Non-working Travel | 10.60 | $ 9,010.00 |
| Plan & Disclosure Statements | 5.70 | $ 5,347.50 |
| PSZ&J Compensation | 15.00 | $ 8,368.50 |
| Retention of Professionals | 23.90 | $ 16,912.50 |
| **TOTAL SERVICES:** | **2771.90** | **$ 1,865,431.00** |