# EXHIBIT C-1

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL
FOR PERIOD SEPTEMBER 19, 2012 THROUGH DECEMBER 17, 2013**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals[*] |
|---|---|---|---|---|
| **Partners** | | | | |
| Dean A. Ziehl | 1978 | $ 975.00 | 81.90 | $ 79,852.50 |
| Dean A. Ziehl | 1978 | $ 955.00 | 32.90 | $ 31,419.50 |
| Dean A. Ziehl | 1978 | $ 487.50 | 7.00 | $ 3,412.50 |
| Robert J. Feinstein | 1982 | $ 975.00 | 579.10 | $ 564,622.50 |
| Robert J. Feinstein | 1982 | $ 955.00 | 68.10 | $ 65,035.50 |
| Robert B. Orgel | 1981 | $ 915.00 | 69.10 | $ 63,226.50 |
| Robert B. Orgel | 1981 | $ 875.00 | 19.20 | $ 16,800.00 |
| Jeremy V. Richards | 1982 | $ 875.00 | 1.20 | $ 1,050.00 |
| Alan J. Kornfeld | 1987 | $ 860.00 | 5.70 | $ 4,902.00 |
| Henry C. Kevane | 1986 | $ 850.00 | 600.40 | $ 510,340.00 |
| Henry C. Kevane | 1986 | $ 815.00 | 85.20 | $ 69,438.00 |
| Henry C. Kevane | 1986 | $ 407.50 | 11.50 | $ 4,686.25 |
| John A. Morris | 1991 | $ 835.00 | 1217.10 | $ 1,016,278.50 |
| John A. Morris | 1991 | $ 815.00 | 89.90 | $ 73,268.50 |
| Linda F. Cantor | 1991 | $ 835.00 | 93.40 | $ 77,989.00 |
| David J. Barton | 1981 | $ 795.00 | 3.00 | $ 2,385.00 |
| Iain A. W. Nasatir | 1983 | $ 795.00 | 78.50 | $ 62,407.50 |
| Stanley E. Goldich | 1980 | $ 795.00 | 5.30 | $ 4,213.50 |
| Ellen M. Bender | 1984 | $ 775.00 | 173.90 | $ 134,772.50 |
| Bruce Grohsgal | 1990 | $ 750.00 | 51.50 | $ 38,625.00 |
| Maxim B. Litvak | 1997 | $ 750.00 | 21.00 | $ 15,750.00 |
| James E. O'Neill | 1985 | $ 695.00 | 47.00 | $ 32,665.00 |
| Harry D. Hochman | 1987 | $ 695.00 | 27.00 | $ 18,765.00 |
| Nina L. Hong | 1996 | $ 625.00 | 230.10 | $ 143,812.50 |
| Ilan D. Scharf | 2001 | $ 595.00 | 11.70 | $ 6,961.50 |
| Ilan D. Scharf | 2001 | $ 575.00 | 70.90 | $ 40,767.50 |
| **Partners Total:** | | | **3681.60** | **$ 3,083,446.25** |
| **Of Counsel** | | | | |
| Daryl G. Parker | 1970 | $ 775.00 | 49.10 | $ 38,052.50 |
| James K. T Hunter | 1976 | $ 775.00 | 75.70 | $ 58,667.50 |

---

[*] These amounts do not reflect write-offs taken pursuant to the Interim Compensation Orders.

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals[*] |
|---|---|---|---|---|
| Steven J. Kahn | 1977 | $ 745.00 | 0.10 | $ 74.50 |
| Victoria A. Newmark | 1996 | $ 695.00 | 136.80 | $ 95,076.00 |
| Maria A. Bove | 2001 | $ 675.00 | 191.80 | $ 129,465.00 |
| Maria A Bove | 2001 | $ 645.00 | 4.70 | $ 3,031.50 |
| Jonathan J. Kim | 1996 | $ 645.00 | 154.60 | $ 99,717.00 |
| Gina F. Brandt | 1976 | $ 645.00 | 74.70 | $ 48,181.50 |
| Gina F. Brandt | 1976 | $ 615.00 | 11.30 | $ 6,949.50 |
| Robert M. Saunders | 1984 | $ 625.00 | 177.60 | $ 111,000.00 |
| Gail S. Greenwood | 1994 | $ 625.00 | 189.30 | $ 118,312.50 |
| Erin E, Gray | 1992 | $ 625.00 | 66.70 | $ 41,687.50 |
| Jeffrey P. Nolan | 1992 | $ 625.00 | 62.80 | $ 39,250.00 |
| Gabrielle A. Rohwer | 1997 | $ 625.00 | 9.20 | $ 5,750.00 |
| Gabrielle A. Rohwer | 1997 | $ 595.00 | 12.50 | $ 7,437.50 |
| Jeffrey Kandel | 1984 | $ 615.00 | 8.30 | $ 5,104.50 |
| Scotta E. McFarland | 1993 | $ 615.00 | 2.30 | $ 1,414.50 |
| William L. Ramseyer | 1980 | $ 595.00 | 110.90 | $ 65,985.50 |
| Cia H. Mackle | 2006 | $ 475.00 | 374.50 | $ 177,887.50 |
| Cia H. Mackle | 2006 | $ 450.00 | 2.10 | $ 945.00 |
| **Of Counsel Total:** | | | **1715.00** | **$ 1,053,989.50** |
| **Associates** | | | | |
| Teddy M. Kapur | 2004 | $ 525.00 | 122.90 | $ 64,522.50 |
| Jason H. Rosell | 2010 | $ 450.00 | 1326.10 | $ 596,745.00 |
| Jason H. Rosell | 2010 | $ 425.00 | 3.20 | $ 1,360.00 |
| **Associates Total:** | | | **1452.20** | **$ 662,627.50** |
| **Paralegals** | | | | |
| Leslie A. Forrester | N/A | $ 295.00 | 6.30 | $ 1,858.50 |
| Patricia J. Jeffries | N/A | $ 295.00 | 5.40 | $ 1,593.00 |
| Denise A. Harris | N/A | $ 285.00 | 62.60 | $ 17,841.00 |
| Denise A. Harris | N/A | $ 265.00 | 0.50 | $ 132.50 |
| Thomas J. Brown | N/A | $ 245.00 | 229.50 | $ 56,227.50 |
| Thomas J. Brown | N/A | $ 220.00 | 4.00 | $ 880.00 |
| **Paralegal Total:** | | | **308.30** | **$ 78,532.50** |
| | | | | |
| **TIME CHARGES TOTAL:** | | | **7,157.10** | **$ 4,878,595.75** |
| **Blended Hourly Rate (Attorneys and Paras.)** | | | | **$ 681.64** |
| **Blended Hourly Rate (Attorneys)** | | | | **$ 700.86** |

DOCS_NY:30846.2                                2