# EXHIBIT C-2

**SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL FOR PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| **Partners** | | | | |
| Robert J. Feinstein | 1982 | $ 975.00 | 323.70 | $ 315,607.50 |
| Henry C. Kevane | 1986 | $ 850.00 | 309.20 | $ 262,820.00 |
| John A. Morris | 1991 | $ 835.00 | 584.60 | $ 488,141.00 |
| Linda F. Cantor | 1991 | $ 835.00 | 9.70 | $ 8,099.50 |
| Ellen M. Bender | 1984 | $ 775.00 | 93.50 | $ 72,462.50 |
| Maxim B. Litvak | 1997 | $ 750.00 | 21.00 | $ 15,750.00 |
| Nina L. Hong | 1996 | $ 625.00 | 168.40 | $ 105,250.00 |
| **Of Counsel** | | | | |
| Victoria A. Newmark | 1996 | $ 695.00 | 24.60 | $ 17,097.00 |
| Maria A. Bove | 2001 | $ 675.00 | 123.80 | $ 83,565.00 |
| Robert M. Saunders | 1984 | $ 625.00 | 12.10 | $ 7,562.50 |
| Gail S. Greenwood | 1994 | $ 625.00 | 122.00 | $ 76,250.00 |
| Gabrielle A. Rohwer | 1997 | $ 625.00 | 9.20 | $ 5,750.00 |
| Cia H. Mackle | 2006 | $ 475.00 | 109.90 | $ 52,202.50 |
| **Associates** | | | | |
| Jason H. Rosell | 2010 | $ 450.00 | 691.30 | $ 311,085.00 |
| **Paralegals** | | | | |
| Denise A. Harris | N/A | $ 285.00 | 60.20 | $ 17,157.00 |
| Thomas J. Brown | N/A | $ 245.00 | 108.70 | $ 26,631.50 |
| **TIME CHARGES TOTAL:** | | | 2771.90 | $1,865,431.00 |
| **Blended Hourly Rate (Attorneys and Paralegals)** | | | | **$672.98** |
| **Blended Hourly Rate (Attorneys)** | | | | **$699.82** |

DOCS_NY:30846.2