# EXHIBIT D-1

## SUMMARY OF EXPENSE CATEGORIES
## FOR PERIOD SEPTEMBER 19, 2012 THROUGH DECEMBER 17, 2013

| Expense Category | Total Expenses[*] |
|---|---|
| Air Fare | $9279.40 |
| Auto Travel Expense | $1627.45 |
| Bloomberg | $495.50 |
| Conference Call | $809.66 |
| Federal Express | $2,653.11 |
| Filing Fee | $493.00 |
| Hotel Expense | $3,150.00 |
| Lexis/Nexis- Legal Research | $10,020.68 |
| Outside Services | $1,764.57 |
| Pacer – Court Research | $1,930.30 |
| Reproduction Expense | $868.90 |
| Reproduction/Scan Copy | $6,379.70 |
| Research | $150.00 |
| Transcript | $11,465.71 |
| Travel Expense | $41.00 |
| Westlaw Legal Research | $43,552.44 |
| Working Meals | $3,614.74 |
| **TOTAL DISBURSEMENTS:** | **$98,296.16** |

---

[*] These amounts do not reflect write-offs taken pursuant to the Interim Compensation Orders.

DOCS_NY:30846.2