# EXHIBIT D-2

## SUMMARY OF EXPENSE CATEGORIES
## FOR PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

| Expense Category | Total Expenses |
|---|---|
| Air Fare | $7293.60 |
| Auto Travel Expense | $1232.90 |
| Bloomberg | $ 81.00 |
| Conference Call | $648.44 |
| Federal Express | $561.56 |
| Hotel Expense | $2,200.00 |
| Lexis/Nexis- Legal Research | $1,400.21 |
| Outside Services | $177.28 |
| Pacer – Court Research | $489.50 |
| Reproduction Expense | $244.40 |
| ~~Reproduction/Scan Copy~~ | ~~$1,689.50~~ |
| Transcript | $9,594.56 |
| Travel Expense | $41.00 |
| Westlaw Legal Research | $24,061.95 |
| Working Meals | $2,417.67 |
| **TOTAL DISBURSEMENTS:** | **$50,444.07** |