# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 12-12020(MG) |
| Residential Capital, LLC, et al.., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## AFFIDAVIT OF SERVICE

I, Bonnie R. Golub, Esquire, hereby certify that on March 3, 2014, I caused the following document, along with all supporting documents, to be served via federal-express and electronic mail to those parties identified on the following page.

414634-1

**Via Federal Express**

ResCap Liquidating Trust
c/o Quest Turnaround Advisors, LLC
800 Westchester Avenue, Suite S-520
Rye Brook, N 10573
Attention:  Jeffrey Brodsky


**Via Electronic Mail:**

**lnashelsky@mofo.com**;
**glee@mofo.com**;
**lmarinuzzi@mofo.com**
**smolison@mofo.com**
**keckstein@kramerlevin.com**
**dmannal@kramerlevin.com**
**michael.driscoll@usdoj.gov**
**eric.j.small@usdoj.gov**
**tracy.davis2@usdoj.gov**
**brian.masumoto@usdoj.gov**
**linda.riffkin@usdoj.gov**
**richard.cieri@kirkland.com**
**ray.schrock@kirkland.com**
**erichrds@mofo.com**

/s/ Bonnie R. Golub, Esquire
Bonnie R. Golub, Esquire

Dated: March 3, 2014

414634-1