## EXHIBIT B

| Task Code | Matter Description | Fifth (September 1, 2013 through December 17, 2013) | | Final (May 14, 2012 through December 17, 2013) | |
|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees |
| 1 | Asset Analysis and Recovery | 793.1 | $499,302.50 | 928.2 | $596,903.50 |
| 2 | Asset Disposition/Sales | 682.6 | $459,184.50 | 10,980.1 | $7,609,589.00 |
| 3 | Business Operations and Advice | 504.4 | $448,652.00 | 4,161.4 | $3,388,571.50 |
| 4 | Case Administration | 261.6 | $123,980.00 | 2,054.3 | $1,099,147.50 |
| 5 | Claims Administration and Objection | 5,275.6 | $3,311,664.00 | 17,964 | $11,784,843.50 |
| 6 | Executory Contracts | 199.6 | $123,322.00 | 3,201.7 | $1,911,288.00 |
| 7 | Fee/Employment Applications | 166.5 | $93,008.50 | 1,752.4 | $999,562.00 |
| 8 | Fee/Employment Objections | 20.6 | $9,707.50 | 249.3 | $156,120.50 |
| 9 | Financing | 36.6 | $26,227.00 | 1,532.4 | $1,007,233.50 |
| 10 | Plan, Disclosure Statement and Confirmation Matters | 9,972.8 | $6,995,481.50 | 17,794.7 | $12,536,522.50 |
| 11 | Plan Supplement Documents | 239.6 | $162,696.00 | 269.2 | $181,972.00 |
| 12 | Relief from Stay Proceedings | 235.0 | $124,068.50 | 4,367.8 | $2,521,535.50 |
| 13 | Hearings | 1,541.2 | $989,402.50 | 5,384 | $3,273,218.50 |
| 14 | Tax Matters | 258.2 | $180,156.00 | 1,155.6 | $786,440.50 |
| 15 | Valuation | 0 | $0.00 | 0 | $0.00 |
| 16 | Plan Support Agreement Matters | 0 | $0.00 | 721.6 | $510,397.00 |
| 17 | PLS Litigation | 0 | $0.00 | 12,531.9 | $8,188,913.00 |
| 18 | Litigation (Other) | 5,268.5 | $3,562,438.00 | 13,109 | $8,558,794.40 |
| 19 | Government/Regulatory | 468.8 | $261,630.00 | 4,294.3 | $2,921,749.50 |
| 20 | Customer and Vendor Matters | 0 | $0.00 | 151.9 | $90,932.00 |
| 21 | Insurance Matters | 25.8 | $20,133.50 | 617.8 | $491,910.00 |
| 22 | Communication with Creditors | 16.2 | $10,249.50 | 489.8 | $367,985.50 |
| 23 | Meetings of Creditors | 28.6 | $24,749.00 | 446.0 | $356,451.00 |
| 24 | Employee Matters | 80.6 | $64,285.00 | 3,060.5 | $2,292,705.50 |
| 25 | Discovery or Rule 2004 Requests | 1,872.3 | $979,127.40 | 31,663.6 | $15,385,297.40 |
| 26 | Schedules and Statements | 0 | $0.00 | 283.6 | $192,042.00 |
| 27 | First Day Motions and Hearings | 0 | $0.00 | 1,880.0 | $1,311,334.00 |
| 28 | Other Motions and Applications | 271.5 | $142,038.50 | 2,814.7 | $1,809,947.50 |
| 29 | Non-Working Travel | 39.0 | $25,675.00 | 1,104.8 | $699,107.50 |
| 30 | Monthly Fee Statements (Non-Billable) | 539.9 | $341,487.00 | 1,203.8 | $750,914.50 |
| 31 | Ally Reimbursable Legal Support | 0 | $0.00 | 0.4 | $278.00 |
| 32 | Ally Settlement | 0 | $0.00 | 38.2 | $32,671.00 |
| 33 | Examiner | 15.8 | $10,182.00 | 10,599.9 | $6,079,010.50 |
| 34 | Insurer Termination | 0 | $0.00 | 7.5 | $5,008.00 |
| 35 | Minimal Hours | 0 | $0.00 | 399.3 | $233,687.50[16] |
| 36 | Borrower Matters - Taggart | 0 | $0.00 | 0 | $0.00 |
| 37 | Mediation | 16.1 | $11,090.00 | 2,033.4 | $1,711,552.50 |
| | **Total Incurred** | **28,830.5** | **$18,999,937.40** | **159,247.1** | **$99,843,636.30** |

---

[16] The total fees requested for the Final Application Period reflect an additional deduction in the amount of $44,929.00 incurred by minimal hour associate timekeepers during the Final Application Period, as indicated in the "Minimal Hour Associates" row of the "Less Client Accommodations" section in this chart.

|    | **Less Client Accommodations for:** |  |  |  |  |
|----|-------------------------------------|--|--------------|--|------------------|
| 29 | Non-Working Travel (50%)            |  | $12,837.50   |  | $(356,977.50)    |
| 30 | Monthly Fee Statements (100%)       |  | $341,487.00  |  | $(750,914.50)    |
| 35 | Minimal Hour Associates (100%)      |  | $18,945.00   |  | $(278,616.50)    |
|    | **Total Requested**                 |  | **$18,626,667.90** |  | **$98,457,127.80** |