**EXHIBIT D**

|  | Fifth<br>(September 1, 2013 through<br>December 17, 2013) | Final<br>(May 14, 2012 through<br>December 17, 2013) |
|---|---|---|
| **Category of Expenses** | **Amount** | **Amount** |
| Air Freight | $1,700.01 | $13,316.27 |
| Color Copies | $448.60 | $17,679.6 |
| Court Filing Service | $2,295.00 | $4,668.00 |
| Court Messenger Service | $0.00 | $272.77 |
| Delivery Fees | $0.00 | $618.15 |
| Document Retrieval Service | $187.99 | $7,641.37 |
| EDiscovery Fees | $219,721.26 | $449,294.97 |
| Expert Fees | $436,529.57 | $1,272,841.10 |
| Filing Fees | $1,262.40 | $10,630.22 |
| Long Distance Telephone | $242.00 | $390.95 |
| Maintenance Fee | $0.00 | $279.90 |
| Meals | $22,345.43 | $111,692.16 |
| Messenger Service | $5,286.81 | $14,711.47 |
| Miscellaneous Disbursement | $638.27 | $100,019.11 |
| Online Legal Research | $0.00 | $38.84 |
| Outside Copying Service | $169,946.79 | $259,840.60 |
| Outside Temp. Services | $210.00 | $12,446.48 |
| Photocopies (Black & White) | $15,009.40 | $80,496.71 |
| Postage | $6.52 | $841.41 |
| Reporting Fees | $213,320.17 | $353,138.26 |
| Search Fees | $0.00 | $11,938.45 |
| Transportation | $0.00 | $742.38 |
| Travel | $29,289.32 | $319,243.23 |
| Video Conferencing | $30.00 | $30.00 |
| Witness Fees | $200.42 | $200.42 |
| **Total Requested** | **$1,118,669.96** | **$3,043,012.82** |

ny-1128092