## EXHIBIT D-1

## **September 2013**

# EDISCOVERY FEES



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time - CS | 9/2/213<br>OLKS03421 - Updating custom tracking report | 1.25 | hr | 150.00 | 187.50 |
| Tech Time - CS | 9/4/13<br>OLKS03421 - Updating the custom tracking report | 1 | hr | 150.00 | 150.00 |
| Tech Time - CS | OLKS03421 - Investigating a discrepancy between the OPT files and the number of images delivered | 2 | hr | 150.00 | 300.00 |
| Tech Time - CS | OLKS03421 - Running searches to compile document and image counts | 1 | hr | 150.00 | 150.00 |
| Tech Time - CS | 9/5/13<br>OLKS03421 - Renaming workspace; Renaming a folder; Creating new folders; Sending client a list of documents with no images. | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | OLKS03421 - Compiling a list of all permission assigned to Admin group for client. | 1 | hr | 150.00 | 150.00 |
| Tech Time - CS | 9/06/13<br>OLKS03421 - Compiling a chart listing number of documents with and without images; Added a column listing sum of images loaded per prefix using the  Relativity Image Count  field.; Sending file to client. | 1 | hr | 150.00 | 150.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St, Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

Sales Tax (8.875%)

Total

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time - CS | OLKS03421 - Manually drafting a list of Mofo Admin group permissions | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | 9/10/13<br>OLKS03421 - Creating a spreadsheet listing all users and corresponding groups. Spreadsheet will contain a tab for all parties/firms with users listed. | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | 9/11/13<br>OLKS03421 - Communication with V. Bergelson regarding how to search documents using DOCID's. | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | 9/12/13<br>OLKS03421 - Updating master tracking chart which lists all data received and the loading status; Updating the report containing document and image counts by prefix | 1.25 | hr | 150.00 | 187.50 |
| Tech Time - CS | 9/13/13<br>OLKS03421 - Updating the custom report listing the number of documents, images loaded and documents missing images by prefix | 0.75 | hr | 150.00 | 112.50 |
| Tech Time - CS | OLKS03421 - Running searches in Relativity to confirm the number of documents missing images - Requested by V Bergelson | 0.5 | hr | 150.00 | 75.00 |

| | |
|---|---|
| Sales Tax (8.875%) | |
| Total | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services - Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

**Invoice #:** 12034210016
**Invoice Date:** 9/30/2013
**Due Date:** 10/30/2013
**Terms:** Net 30
**Client Matter:** 21981-0000083
**P.O. Number:**

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Tech Time - CS | OLKS03421 - Creating a manual gap report of documents loaded | 1 | hr | 150.00 | 150.00 |
| Tech Time - CS | 9/16/13<br>OLKS03421 - Updating the master tracking chart listing all data received, bates ranges, data size and document counts | 1.25 | hr | 150.00 | 187.50 |
| Tech Time - CS | OLKS03421.T050 - Updating  custom user tracking report | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | 9/17/13<br>OLKS03421 - Setting up a list of fields and a coding form; securing several fields coding forms and views in Relativity | 1.5 | hr | 150.00 | 225.00 |
| Tech Time - CS | 9/19/13<br>OLKS03421 - Updating the custom project tracking chart | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | OLKS03421 - Updating the DOCID_BegATT for documents with a family range instead of a BegAttach value | 0.75 | hr | 150.00 | 112.50 |
| Tech Time - CS | OLKS03421 - Updating the All Metadata view to include additional coding fields | 0.5 | hr | 150.00 | 75.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

**Sales Tax (8.875%)**

**Total**

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time - CS | 9/20/13<br>OLKS03421 - Updating the project user tracking log | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | OLKS03421.T059 - Updating custom user tracking report | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | OLKS03421 - Requesting clarification on a clawback document from S Tice | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | OLKS03421 - Call with V Bergelson explaining highlighting functionality | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | 9/23/13<br>OLKS03421 - Updating master tracking chart, which include records of all data received; document counts and bates ranges. | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | OLKS03421 - Confirming the security on the coding form with V Bergelson | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | 9/24/13<br>OLKS03421 - Looking through the tracking logs to identify the volume for one document | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | OLKS03421 - Investigating a document set for loading sent without load files | 0.5 | hr | 150.00 | 75.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

Sales Tax (8.875%)

Total

**Balance Due**



**Iris Data Services -
Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time - CS | OLKS03421 - Calls with V Bergelson discussing adding additional permissions for the Admin groups | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | 9/25/13 OLKS03421 - Updating the permissions for the Admin groups | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | OLKS03421 - Creating a view for Search Terms Reports Batch Sets and Batches and securing them to the firm's Admin group | 1.5 | hr | 150.00 | 225.00 |
| Tech Time - CS | 9/27/2013 OLKS03421.T069 - Communication with S. Tice about documents that were sent to Iris in error for overlay | 0.25 | hr | 150.00 | 37.50 |
| Tech Time - CS | OLKS03421 - Creating a new coding field and adding choices for V. Bergelson; Setting field security so that only Morrison & Foerster users can access field | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - CS | OLKS03421 - Communication with V. Bergelson about methods for running searches in the From and Recipient fields. | 0.25 | hr | 150.00 | 37.50 |

SOW: OLKS03421.M033

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Sales Tax (8.875%)**

Total

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

Invoice #: 12034210016
Invoice Date: 9/30/2013
Due Date: 10/30/2013
Terms: Net 30
Client Matter: 21981-0000083
P.O. Number:

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Native Processing... | Native Processing, OCR<br>Del Vol: REL033<br>DOCID:<br>CTRL00000001-CTRL00000114<br>Del: 9/12/2013 | 1 | | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T021<br>Loaded Metadata, Images, Natives,<br>and OCR into Relativity (There are<br>some missing data into couple of<br>volumes and needs to load using<br>separate Ticket) | 12 | hr | 80.00 | 960.00 |
| Tech Time-DBS | SOW: OLKS03421.T023<br>BATES range:EXAM1 1297612 -<br>EXAM40076033<br>Delivered: 09/01/2013 | 2 | hr | 80.00 | 160.00 |
| Tech Time-DBS | SOW: OLKS03421.T028<br>Load data into 3421 - ResCap and<br>update dtindex | 2 | hr | 80.00 | 160.00 |
| Tech Time-DBS | SOW: OLKS03421.T029<br>Overlay metadata, natives and<br>images to 3421 - ResCap | 1 | hr | 80.00 | 80.00 |
| Tech Time-DBS | SOW: OLKS03421.T035<br>Data has been loaded into 3421 -<br>ResCap Plan Discovery Repository<br>workspace. | 2 | hr | 80.00 | 160.00 |
| | SOW: OLKS03421.T037 | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Sales Tax (8.875%)

Total

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time-DBS | Load data to 3421 - ResCap Plan Discovery Repository\RCUC CJSN | 0.5 | hr | 80.00 | 40.00 |
| Tech Time-DBS | SOW: OLKS03421.T038 Data has been loaded into 3421 - ResCap Plan Discovery Repository\RCUCCJ SN. | 2 | hr | 80.00 | 160.00 |
| Tech Time-DBS | SOW: OLKS03421.T039 Deleted the requested 25 documents & associated files from the 3421 workspace. | 0.25 | hr | 150.00 | 37.50 |
| Tech Time-DBS | SOW: OLKS03421.T040 Deleted documents in notes | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T041 Deleted docs in above ranges | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T042 Inserted placehoders for all images in given bates ranges, and blanked out all metadata | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T043 Loaded documents for Production_Peterson_part1 & Production_Peterson_part2 | 1 | hr | 150.00 | 150.00 |
| | SOW: OLKS03421.T044 | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

Sales Tax (8.875%)

Total

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

**Invoice #:** 12034210016
**Invoice Date:** 9/30/2013
**Due Date:** 10/30/2013
**Terms:** Net 30
**Client Matter:** 21981-0000083
**P.O. Number:**

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Tech Time-DBS | Loaded Metadata and Images for bates range EXAM12434726-EXAM12454577 | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T045 Deleted the requested docs w/ the 4 following ranges from the 3421 workspace: RC00016434 - RC00016477 RC00023663 - RC00026541 RC00028255 - RC00028305 RC00067790 - RC00067899 | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T046 Loaded Metadata, Images, Natives, and Text for Bates Range RCUCCJSN00050429-RCUCCJSN00 050430 | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T047 Deleted 7 Documents from the 3421 workspace | 0.25 | hr | 150.00 | 37.50 |
| Tech Time-DBS | SOW: OLKS03421.T048 Load data to workspace 3421 - ResCap Plan Discovery Repository\RCUCCJSN\RCUCCJSN1 SOW: OLKS03421.T049 | 1 | hr | 150.00 | 150.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

Sales Tax (8.875%)

Total

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Tech Time-DBS | Overlay'd metadata & images for doc RCUCCJSN11696105 in the 3421 Workspace:<br>Delivered On: 9/16/2013<br>Bates Range: RCUCCJSN11696105 - RCUCCJSN11696105.002.tif | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T051<br>Loaded Metadata, Text, and Images for Bates Range RCUCCJSN12067823 - RCUCCJSN12069006 | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T053<br>Overlaid Supplemental Production - W&C_Akin_Millstein - Part2, Metadata, Images, and OCR into Relativity | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T054<br>Slipsheeted and Nulled out Metadata for DOCID: EXAM00345244 | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T055<br>Overlaid Metadata, Images, OCR for Bates Range RCUCCJSN30046149 - RCUCCJSN30047088 | 0.5 | hr | 150.00 | 75.00 |
| | SOW: OLKS03421.T057 | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---|
| Sales Tax (8.875%) | |
| Total | |
| **Balance Due** | |



**Iris Data Services -
Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Tech Time-DBS | Loaded Metadata, Natives, OCR, Images for Bates Range RCUCCJSN12069007 - RCUCCJSN12074854 | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T058 Loaded Metadata, Images, Text, and Natives for Bates Range RCUCCJSN10012892 - RCUCCJSN30038631 | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T060 Data has been overlay/loaded into 3421 - ResCap Relativity workspace. | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T061 Load data to folder RCUCCJSN\RCUC CJSN1 and update dtIndex | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T062 Overlayed Metadata, OCR, Images and Natives into the 3421 Workspace Del Vol: Supplemental Production - Additional Documents - Part 4 Bates Range: RCUCCJSN10680189 - RCUCCJSN11919409 Delivered On: 9/23/2013 | 1 | hr | 150.00 | 150.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---|
| **Sales Tax (8.875%)** | |
| **Total** | |
| **Balance Due** | |



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Tech Time-DBS | SOW: OLKS03421.T063 Loaded Images, Metadata, OCR, Natives for Bates Range RCUCCJSN00050431 - RCUCCJSN00050437; Loaded Metadata, Images, OCR for Bates Range RCUCCJSN20094965 - RCUCCJSN20099249; Overlaid Metadata, Images, OCR for Bates Range RCUCCJSN20091237 - RCUCCJSN20094654 | 2 | hr | 150.00 | 300.00 |
| Scan L2 | SOW: OLKS03421.T065 Project Date: 9/23/13 Job Requestor: Susan Tice Scan Level 2 - B&W | 6,086 | PAGE | 0.12 | 730.32 |
| OCR | Optical Character Recognition | 6,086 | PAGE | 0.03 | 182.58 |
| Tech Time-DBS | SOW: OLKS03421.T066 Loaded data to following folder: 3421 - ResCap Plan Discovery Repository\RCUCCJSN\RCUCCJSN1 3421 - ResCap Plan Discovery Repository\RCUCCJSN\RCUCCJSN3 Also updated dtIndex | 3 | hr | 150.00 | 450.00 |
| Tech Time-DBS | SOW: OLKS03421.T067 Data has been loaded into 3421 - ResCap Plan Discovery Repository\RCUCCJSN\RCUCCJSN0 | 0.5 | hr | 150.00 | 75.00 |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Sales Tax (8.875%)

Total

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

**Invoice #:** 12034210016
**Invoice Date:** 9/30/2013
**Due Date:** 10/30/2013
**Terms:** Net 30
**Client Matter:** 21981-0000083
**P.O. Number:**

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| Shipping | SOW: OLKS03421.T068 Ship original evidence to client per request. FedEx Standard Overnight TRKG: 796783488114 | | | 71.78 | 71.78 |
| Tech Time-DBS | SOW: OLKS03421.T069 Data has been loaded into 3421 - ResCap Plan Discovery Repository\RCJSNII Bates: RCJSNII00000001 - RCJSNII00000123 Overlaid the images and text for RCUCCJSN3 Production Request 20130925-CON & RCUCCJSN3 Production Request 20130925-PEO | 0.5 | hr | 150.00 | 75.00 |
| Tech Time-DBS | SOW: OLKS03421.T070 Overlaid Metadata, Images, and OCR into Relativity Del Vol: RCUCCJSN Bates Range: RCUCCJSN30002284 - RCUCCJSN30047748 Del Date: 9/27/2013 | 1 | hr | 150.00 | 150.00 |
| Tech Time-DBS | SOW: OLKS03421.T073 Exported images | 1 | hr | 150.00 | 150.00 |
| | SOW: OLKS03421.T074 Project Date: 9/30/2013 Job Requestor: Vadim Bergelson | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Sales Tax (8.875%)

Total

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210016 |
| **Invoice Date:** | 9/30/2013 |
| **Due Date:** | 10/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| Blowback L2 | Blowback Level 2 Black and White | 3,068 | PAGE | 0.06 | 184.08 |
| Slipsheets | Slipsheets | 88 | PAGE | 0.04 | 3.52 |
| | SOW: OLKS03421.T075<br>Project Date: 9/30/2013<br>Job Requestor: Vadim Bergelson | | | | |
| Blowback L2 | Blowback Level 2 Black and White | 5,079 | PAGE | 0.06 | 304.74 |
| Slipsheets | Slipsheets | 1,108 | PAGE | 0.04 | 44.32 |
| Hosted Relativity ... | Monthly Online Hosting - Relativity-<br>September 2013 | 2,039.4 | GB | 5.00 | 10,197.00 |
| Relativity User Ac... | Monthly user access to Relativity -<br>September 2013 | 19 | USER | 75.00 | 1,425.00 |

Project Name: ResCap

Account Manager: Jeff Hirvela
646-596-4356 jhirvela@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| **Total** | **$21,725.84** |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**    **$21,725.84**

## October 2013

# EDISCOVERY FEES

# Firmex

**Payable To:**    Firmex Corp.

**Invoice To:**    ATTENTION: Vadim Bergelson
Morrison & Foerster LLP
425 Market Sreet
San Francisco CA, 94105-2482
United States

| Invoice Details | | 26-Oct-2013 | |
| --- | --- | --- | --- |
| Invoice #: | 12056 | Users: | 5 |
| Description: | Firmex Subscription | Currency: | USD |
| Order Start Date: | 26-Oct-2013 | Amount: | 2,500.00 |
| Frequency: | Monthly - In Advance | Tax: | 0.00 |
| Payment: | 30 days | **Balance Due:** | **2,500.00** |

Notes: Monthly fee for administration of data room Depository set up by Examiner, administration of which was transferred to the estate.

Client/Matter: 21981/0000083"

Thank you; we really appreciate your business. Please send payment within 30 days of the date on this invoice.

You may use any of the following methods to make your payment:

    1. Cheque - please remit to the address at the bottom of this invoice

    2. Credit Card - please contact us with your credit card details

    3. We now accept ACH payments!

        Beneficiary bank:    RBC
        Beneficiary bank code:    003
        Beneficiary account #:    000854001806
        ABA:    026004093

    4. Bank/Wire Transfers – please contact us for details

If you have any questions regarding this invoice, please reply to this email or call us at (416) 840-4241 ext 13.

Sincerely,

NORTH AMERICA  1 888 688 4042    |    EUROPE  44(0) 20 3371 8476    |    INTERNATIONAL  1 416 840 4241
110 Spadina Ave.    Suite 700   Toronto  ON   Canada    M5V 2K4



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210018 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T078 | | | | |
| | Project Date: 10/1/2013 | | | | |
| | Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 Black and White | 948 | PAGE | 0.09 | 85.32 |
| Redwelds | Redwelds | 3 | ea | 4.80 | 14.40 |
| Tabs | Stock Tabs | 30 | ea | 0.35 | 10.50 |
| | SOW: OLKS03421.T081 | | | | |
| | Project Date: 10/3/2013 | | | | |
| | Job Requestor: Vadim Bergelson | | | | |
| Blowback L2 | Blowback Level 2 Black and White | 70,676 | PAGE | 0.06 | 4,240.56 |
| Slipsheets | Slipsheets | 2,938 | PAGE | 0.04 | 117.52 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $4,468.30 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due    $4,468.30**



**Iris Data Services -
Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210019 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T085 | | | | |
| | Project Date: 10/07/2013 | | | | |
| | Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 6,570 | PAGE | 0.09 | 591.30 |
| Tabs | Stock tabs | 260 | ea | 0.35 | 91.00 |
| Binders | Binders | 5 | ea | 30.00 | 150.00 |
| | SOW: OLKS03421.T090 | | | | |
| | Project Date: 10/10/2013 | | | | |
| | Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 1,260 | PAGE | 0.09 | 113.40 |
| Tabs | Stock tabs | 196 | ea | 0.35 | 68.60 |
| Binders | 2" Binders | 4 | ea | 15.00 | 60.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

| | | |
|---|---|---|
| Please remit to: | Sales Tax (8.875%) | $0.00 |
| Iris Data Services, Inc | | |
| 17795 W 106th St., Ste 201 | **Total** | **$1,074.30** |
| Olathe, KS 66061 | | |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**        **$1,074.30**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| Invoice #: | 12034210021 |
| Invoice Date: | 10/31/2013 |
| Due Date: | 11/30/2013 |
| Terms: | Net 30 |
| Client Matter: | 21981-0000083 |
| P.O. Number: | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T089 Project Date: 10/05/2013 Job Requestor: Reema Abdelhamid Part 2 of 5 | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 49,263 | PAGE | 0.09 | 4,433.67 |
| E Branding | Endorsing | 26,841 | LABEL | 0.02 | 536.82 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $4,970.49 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**     **$4,970.49**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| Invoice #: | 12034210022 |
| Invoice Date: | 10/31/2013 |
| Due Date: | 11/30/2013 |
| Terms: | Net 30 |
| Client Matter: | 21981-0000083 |
| P.O. Number: | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T089 | | | | |
| | Project Date: 10/05/2013 | | | | |
| | Job Requestor: Reema Abdelhamid | | | | |
| | Part 3 of 5 | | | | |
| Manila Folders | Folders | 758 | ea | 1.50 | 1,137.00 |
| Redwelds | Redwelds | 52 | ea | 4.80 | 249.60 |
| E Branding | Stamping | 372 | LABEL | 0.25 | 93.00 |
| OCR | Optical Character Recognition | 26,837 | PAGE | 0.03 | 805.11 |
| PDF Conversion | PDF Conversion | 26,841 | PAGE | 0.03 | 805.23 |
| Hard Drive | External USB Hard Drive | 2 | ea | 250.00 | 500.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $3,589.94 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**    **$3,589.94**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210023 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T089<br>Project Date: 10/05/2013<br>Job Requestor: Reema Abdelhamid<br>Part 4 of 5 | | | | |
| USB Flash Drive | Thumb drives | 12 | DRIVE | 50.00 | 600.00 |
| Media Master DVD | DVD | 28 | ea | 45.00 | 1,260.00 |
| Tech Time - Prod | Preparing sample for client's approval | 2 | hr | 150.00 | 300.00 |
| Tech Time - Prod | Setting up and formatting exhibits for stamping | 4 | hr | 150.00 | 600.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $2,760.00 |

**Balance Due     $2,760.00**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

**Invoice #:** 12034210024
**Invoice Date:** 10/31/2013
**Due Date:** 11/30/2013
**Terms:** Net 30
**Client Matter:** 21981-0000083
**P.O. Number:**

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| | SOW: OLKS03421.T089 Project Date: 10/05/2013 Job Requestor: Reema Abdelhamid Part 5 of 5 | | | | |
| Tech Time - Prod | Fixing Issues | 15 | hr | 150.00 | 2,250.00 |
| Tech Time - Prod | Incorporate series of changes to the project by the client and re-stamp the same revised and new exhibit | 9 | hr | 150.00 | 1,350.00 |
| | Project Name: ResCap | | | | |
| | Account Manager: Christian Schuster 646-306-0836 cschuster@irisds.com | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $3,600.00 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due    $3,600.00**

 **IRIS**

**Iris Data Services -
Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

**Invoice #:** 12034210025
**Invoice Date:** 10/31/2013
**Due Date:** 11/30/2013
**Terms:** Net 30
**Client Matter:** 21981-0000083
**P.O. Number:**

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|---------:|-----|-----:|-------:|
| | SOW: OLKS03421.T096 | | | | |
| | Project Date: 10/12/2013 | | | | |
| | Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 27,930 | PAGE | 0.09 | 2,513.70 |
| Tabs | Stock Tabs | 216 | ea | 0.35 | 75.60 |
| Tabs | Custom Tabs | 12 | ea | 0.70 | 8.40 |
| Binders | 3" Binders | 6 | ea | 25.00 | 150.00 |
| Binders | 4" Binders | 6 | ea | 30.00 | 180.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---:|
| Sales Tax (8.875%) | $0.00 |
| Total | $2,927.70 |

**Balance Due    $2,927.70**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210027 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T113 Project Date: 10/21/2013 Job Requestor: Corey J. Russ | | | | |
| Copy L2 | Copy Level 2 - B&W | 3,016 | PAGE | 0.12 | 361.92 |
| Blowback L2 | Blowback Level 2 - Color | 3,432 | PAGE | 0.79 | 2,711.28 |
| Tabs-custom | Custom Tabs | 120 | ea | 0.70 | 84.00 |
| Binders | 4" Binders | 8 | ea | 30.00 | 240.00 |
| Media Master DVD | DVD | 8 | ea | 45.00 | 360.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $3,757.20 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**      **$3,757.20**



**Iris Data Services -
Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

Invoice #: 12034210029
Invoice Date: 10/31/2013
Due Date: 11/30/2013
Terms: Net 30
Client Matter: 21981-0000083
P.O. Number:

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T110<br>Project Date: 10/18/2013<br>Job Requestor: Reema Abdelhamid | | | | |
| E Branding | Endorsing | 3,246 | LABEL | 0.02 | 64.92 |
| E Branding | Stamping | 56 | LABEL | 0.25 | 14.00 |
| OCR | Optical Character Recognition | 3,246 | PAGE | 0.03 | 97.38 |
| Tech Time | Tech Time | 17.25 | hr | 150.00 | 2,587.50 |
| Tech Time | Setting up and formatting exhibits for stamping | 10 | hr | 150.00 | 1,500.00 |
| | SOW: OLKS03421.T130<br>Project Date: 10/31/2013<br>Job Requestor: Reema Abdelhamid | | | | |
| E Branding | Electronic Branding - Bates Label or Message | 13 | LABEL | 0.02 | 0.26 |
| E Branding | Stamping | 2 | LABEL | 0.25 | 0.50 |
| OCR | Optical Character Recognition | 13 | PAGE | 0.03 | 0.39 |
| Tech Time - Prod | Setting up and formatting exhibits for stamping | 0.5 | hr | 150.00 | 75.00 |
| Tech Time - Prod | Tech Time - Production | 0.5 | hr | 150.00 | 75.00 |

Project Name: ResCap

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Sales Tax (8.875%)

Total

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

Invoice #: 12034210029
Invoice Date: 10/31/2013
Due Date: 11/30/2013
Terms: Net 30
Client Matter: 21981-0000083
P.O. Number:

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|------|-------------|----------|-----|------|--------|
| | Account Manager: Christian Schuster 646-306-0836 cschuster@irisds.com | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $4,414.95 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---|
| **Balance Due** | **$4,414.95** |



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210020 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY 10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T089 Project Date: 10/05/2013 Job Requestor: Reema Abdelhamid Part 1 of 5 | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 49,263 | PAGE | 0.09 | 4,433.67 |
| | Project Name: ResCap | | | | |
| | Account Manager: Christian Schuster 646-306-0836 cschuster@irisds.com | | | | |

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $4,433.67 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due**     **$4,433.67**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| Invoice #: | 12034210026 |
| Invoice Date: | 10/31/2013 |
| Due Date: | 11/30/2013 |
| Terms: | Net 30 |
| Client Matter: | 21981-0000083 |
| P.O. Number: | |

**Bill To:**
Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW:  OLKS03421.T097 Project Date: 10/12/2013 Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 17,712 | PAGE | 0.09 | 1,594.08 |
| Tabs | Stock Tabs | 102 | ea | 0.35 | 35.70 |
| Tabs | Custom Tabs | 12 | ea | 0.70 | 8.40 |
| Binders | 4" Binders | 6 | ea | 30.00 | 180.00 |
| Binders | 5" Binders | 6 | ea | 35.00 | 210.00 |
| | SOW:  OLKS03421.T098 Project Date: 10/13/2013 Job Requestor: Blake Miller | | | | |
| Blowback L2 | Blowback Level 2 - B&W | 1,319 | PAGE | 0.09 | 118.71 |
| Blowback L2 | Blowback Level 2 - Color | 790 | PAGE | 0.79 | 624.10 |
| Tabs-Std | Stock tabs | 22 | ea | 0.35 | 7.70 |
| Tabs-custom | Custom tabs | 12 | ea | 0.70 | 8.40 |
| Binders | 5" Binders | 2 | ea | 35.00 | 70.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $2,857.09 |

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

**Balance Due    $2,857.09**



**Iris Data Services -**
**Finance Department**
17795 W 106th St., Suite 201
Olathe, KS 66061

# Invoice

| | |
|---|---|
| **Invoice #:** | 12034210028 |
| **Invoice Date:** | 10/31/2013 |
| **Due Date:** | 11/30/2013 |
| **Terms:** | Net 30 |
| **Client Matter:** | 21981-0000083 |
| **P.O. Number:** | |

**Bill To:**

Morrison Foerster
Vadim Bergelson
1290 Ave of Americas
New York, NY  10104

| Item | Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|---|
| | SOW: OLKS03421.T114 Project Date: 10/21/2013 Job Requestor: Corey J. Russ | | | | |
| Copy L2 | Copy Level 2 - B&W | 9,224 | PAGE | 0.12 | 1,106.88 |
| Blowback L2 | Blowback Level 2 - Color | 144 | PAGE | 0.79 | 113.76 |
| Tabs-custom | Custom Tabs | 144 | ea | 0.70 | 100.80 |
| Binders | 4" Binders | 8 | ea | 30.00 | 240.00 |

Project Name: ResCap

Account Manager: Christian Schuster
646-306-0836 cschuster@irisds.com

Please remit to:
Iris Data Services, Inc
17795 W 106th St., Ste 201
Olathe, KS 66061

Tax ID# 27-4202882
For billing questions, please contact Anne Spillman:
(913) 937-0593 or aspillman@irisds.com

| | |
|---|---|
| Sales Tax (8.875%) | $0.00 |
| Total | $1,561.44 |

**Balance Due**     **$1,561.44**