**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK            )
                                                   )ss:
COUNTY OF NEW YORK       )

David Rivera, being duly sworn, affirms, deposes and says:  I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein.  On March 3, 2014, I caused to be served via Federal Express, an overnight courier, true and correct copies of the *Fourth and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the (I) Fourth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and (II) Final Compensation Period From September 19, 2012 Through December 17, 2013* upon those parties listed on the attached service list.

*/s/ David Rivera*
David Rivera

SWORN TO AND SUBSCRIBED before me this
3rd day of March, 2014

*/s/ Thomas J. Brown*
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 12, 2014

## Service List

Morrison & Foerster LLP
Attn:   Larren M. Nashelsky
        Gary S. Lee
        Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York  10104-0050

Office of the United States Trustee
for the Southern District of New York
Attn:   Tracy Hope Davis
        Linda A. Riffkin
        Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004

Office of the United States Trustee
Attn:   Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

Kramer Levin Naftalis & Frankel LLP
Attn:   Kenneth H. Eckstein
        Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

Kirkland & Ellis
Attn:   Richard M. Cieri
        Ray C. Schrock
601 Lexington Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Kenneth S. Ziman
        Jonathan H. Hofer
4 Times Square
New York, New York  10036