# EXHIBIT 2

## SUMMARY OF PROFESSIONALS

7391711.3

## SUMMARY OF FIRST AND FINAL APPLICATION OF CARTER LEDYARD & MILBURN FOR SERVICES RENDERED AS A CONSULTANT TO THE COMMITTEE

| Name of Professional | Title | Department | Year Admitted to the NY Bar | 2013 Hourly Rate[4] | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|---|
| James Gadsden | Partner | Insolvency and Creditors' Rights | 1975 | 825[5] | 85.50 | $69,147.50 |
| Jayun Koo | Associate | Corporate | 2011 | 270 | 64.90 | $17,523.00 |
| Madelyn K. White | Associate | Litigation | 2012 | 260 | 13.20 | $3,432.00 |
| Laura A. Zaccone | Associate | Litigation | 2013 | 260 | 103.90 | $27,018.00 |
| Katherine A. Mirett | Associate | Corporate | 2013 | 260 | 2.80 | $700.00 |
| Brandon J. Isaacson | Associate | Litigation | 2013 | 250 | 36.80 | $9,200.00 |
| Jennifer M. Einersen | Associate | Litigation | 2013 | 250 | 0.80 | $200.00 |
| Iliza F. Bershad | Associate | Litigation | N/A | 250 | 3.00 | $750.00 |
| Hugo E. Arenas | Associate | Litigation | N/A | 250 | 4.10 | $1,025.00 |
| Gabrielle Dimino | Paralegal | Paralegal | N/A | 215 | 4.75 | $1,021.25 |
| Emily Moog | Librarian | Law Library | N/A | 200 | 0.30 | $60.00 |
| | | | | Write-offs and Adjustments | | ($-8,975.00) |
| | | | | TOTAL | 320.05 | $121,101.75 |

---

4 All time spent in 2014 has been billed at 2013 hourly rates.
5 For a portion of the professional services rendered through September 30, 2013, Mr. Gadsden billed at an hourly rate of $725.00. The firm's engagement letter provided for an hourly rate of $825.00.

2-1

7391711.3