# EXHIBIT 3

## SUMMARY OF EXPENSES FOR THE RETENTION PERIOD

| Description of Expense | Retention Period 8/21/2013 – 11/20/2013 |
|---|---|
| Photocopying[6] | $12.00 |
| Legal Research | $499.87 |
| Document Delivery | $65.25 |
| Overtime Meals[7] | $67.02 |
| Court Fees | $8.93 |
| Overtime[8] | $53.94 |
| **TOTAL** | **$707.01** |

---

6    A downward adjustment of $7.20 has been made to the amounts requested under this Application to reduce photocopying charges to 10 cents per page.

7    A downward adjustment of $3.47 has been made to the amounts requested under this Application to bring meal charges in-line with the $20.00 per meal limit set forth in the Guidelines.

8    Represents overtime secretarial work necessary to finalize James Gadsden's expert witness report for submission in accordance with the accelerated schedule.

3-1

73917113

## EXHIBIT 3-A

### DETAIL OF EXPENSES
### FOR THE RETENTION PERIOD

| Date | Description | | Amount |
|---|---|---|---:|
| 9/30/2013 | Photocopying | | 6.00 |
| | Photocopying | | 6.00 |
| | | Total Photocopying | $12.00 |
| 9/6/2013 | Legal Research | | 395.59 |
| 10/9/2013 | Legal Research | | 104.28 |
| | | Total Legal Research | $499.87 |
| 11/30/2013 | Document Delivery | | 65.25 |
| | | Total Document Delivery | $65.25 |
| 9/3/2013 | Overtime Meal – L. Zaccone | | 23.47 |
| 9/9/2013 | Overtime Meal – J. Koo | | 13.27 |
| 9/15/2013 | Overtime Meal – J. Koo | | 13.78 |
| 9/17/2013 | Overtime Meal – J. Koo | | 16.50 |
| | | Total Overtime Meals | $67.02 |
| 10/30/2013 | Court Fees | | 8.93 |
| | | Total Court Fees | $8.93 |
| 9/30/2013 | Overtime | | 53.94 |
| | | Total Overtime | $53.94 |
| **Total Expenses** | | | **$707.01** |

3-2

73917l1.3