# EXHIBIT 4

## SUMMARY OF TIME BY BILLING
## CATEGORY FOR THE TOTAL COMPENSATION PERIOD

| Invoice Numbers | Project Category | Hours | Fees |
|---|---|---|---|
| 1135288 | Retention | 124.95 | $38,818.75 |
| 1134965　1135367 | Litigation Consulting | 146.30 | $74,515.50 |
| 1135550　1135951 | Fee Statements | 5.00 | $1767.50 |
| 1138037 | Post-Retention Fee Application | 43.80 | $6,000.00 |
| | TOTAL | 320.05 | $121,101.75 |

4-1

7391711.3