## EXHIBIT 5

### TIME DETAIL FOR THE TOTAL COMPENSATION PERIOD

# CARTER LEDYARD & MILBURN LLP

Counselors at Law
www.clm.com
(Taxpayer I.D. No. 13-4986540)

2 Wall Street
New York, NY 10005

Tel: (212) 732-3200
Fax: (212) 732-3232

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

October 7, 2013
Invoice #:  1135288

---

## INVOICE SUMMARY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through September 30, 2013:

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 42,640.05** |
| Total Fees | $ 38,818.75 |
| Total Disbursements | $ .00 |
| **INVOICE TOTAL** | **$ 38,818.75** |
| **TOTAL NOW DUE** | **$ 81,458.80** |

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                                    October 7, 2013
780 Third Avenue                                                     Invoice #:  1135288
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

## REMITTANCE COPY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001      Residential Capital LLC

For professional services rendered through September 30, 2013:

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 42,640.05** |
| **INVOICE TOTAL** | **$ 38,818.75** |
| **TOTAL NOW DUE** | **$ 81,458.80** |

**To ensure proper credit to your account please return this remittance with your payment.**

Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

73917113

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                                    October 7, 2013
780 Third Avenue                                            Invoice #  1135288
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:      001    Residential Capital LLC


For professional services rendered through September 30, 2013:

**FEES**

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/22/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results (5.5). | 5.70 | 260.00 | 1,482.00 |
| 8/23/13 | GD | Review conflict check per J. Gadsden. | 2.00 | 215.00 | 430.00 |
| 8/23/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results (6.4). | 6.80 | 260.00 | 1,768.00 |
| 8/25/13 | LAZ | Reviewed conflict check results. | 5.40 | 260.00 | 1,404.00 |
| 8/26/13 | GD | Review conflict check per J. Gadsden. | 1.75 | 215.00 | 376.25 |
| 8/26/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results and prepared tracking spreadsheet (7.1) | 7.10 | 260.00 | 1,846.00 |
| 8/27/13 | GD | Review conflict check per J. Gadsden. | 1.00 | 215.00 | 215.00 |
| 8/27/13 | LAZ | Reviewed conflict check results; updated tracking spreadsheet. | 7.10 | 260.00 | 1,846.00 |
| 8/28/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.3); reviewed conflict check results; updated tracking spreadsheet (8.1) | 7.40 | 260.00 | 1,924.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                    October 7, 2013
PAC20.001                                                    Invoice #: 1135288

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|--------------------------------|-------|------|--------|
| 8/29/13 | JG | Conference with Ms. Zaconne regarding conflicts checks. | .20 | 725.00 | 145.00 |
| 8/29/13 | LAZ | Reviewed conflict check results; updated tracking spreadsheet (4.9); confer with J. Gadsden re: conflict check process. (0.2) | 4.10 | 260.00 | 1,066.00 |
| 8/30/13 | JME | Review conflicts checks and update spreadsheet at request of L. Zaccone. Update conflict checks spreadsheet at the reqeust of L. Zaccone. | .80 | 250.00 | 200.00 |
| 8/30/13 | JG | Conference with Ms. Zaccone regarding conflicts search | .60 | 725.00 | 435.00 |
| 8/30/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results; updated tracking spreadsheet (6.7) | 5.90 | 260.00 | 1,534.00 |
| 8/31/13 | JG | Review conflict check for ResCap. | .40 | 725.00 | 290.00 |
| 9/02/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.1); reviewed conflict check results; updated tracking spreadsheen (5.8) | 5.90 | 260.00 | 1,534.00 |
| 9/03/13 | LAZ | Reviewed conflict check results and updated tracking spreadsheet (6.1); conferred w/ J. Gadsden about conflict-check process (0.1) | 6.20 | 260.00 | 1,612.00 |
| 9/04/13 | LAZ | Reviewed conflict check results and updated tracking spreadsheet (6.5); conferred w/ J. Gadsden about review process (0.1) | 5.60 | 260.00 | 1,456.00 |
| 9/05/13 | JG | Conference with Ms. Zaccone regarding conflict check | .10 | 725.00 | 72.50 |
| 9/05/13 | LAZ | Reviewed conflict check results and updated tracking spreadsheet (6.3); conferred w/ J. Gadsden about conflict check process (0.1) | 6.40 | 260.00 | 1,664.00 |
| 9/06/13 | JG | Conference with Ms. Zaccone regarding conflict check | .20 | 725.00 | 145.00 |
| 9/06/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results and updated | 2.40 | 260.00 | 624.00 |

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                        October 7, 2013
PAC20.001                                                           Invoice #:  1135288

| <u>Date</u> | <u>Atty</u> | <u>Description of Services Rendered</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| | | tracking spreadsheet (3.2) | | | |
| 9/07/13 | JK | Searched, reviewed and summarized indentures and security agreements treatment of collateral that was excluded when it becomes no longer excluded | 8.60 | 270.00 | 2,322.00 |
| 9/07/13 | JG | Review conflicts and telephone call and e-mail with Ms. Zaccone regarding analysis of conflicts | 4.80 | 725.00 | 3,480.00 |
| 9/07/13 | LAZ | Conferred w/ J. Gadsden about conflict check review. | .10 | 300.00 | 30.00 |
| 9/09/13 | JG | Conference with Ms. Zaccone regarding conflict check | .10 | 725.00 | 72.50 |
| 9/09/13 | LAZ | Continued to review conflict check results and updated tracking spreadsheet;  conferred w/ J. Gadsden about conflict check review | 6.80 | 260.00 | 1,768.00 |
| 9/10/13 | LAZ | Reviewed conflict check results and updated tracking spreadsheet (6.2); E-mail conversation w/ J. Gadsden regarding conflict-check process (0.2) | 6.40 | 260.00 | 1,664.00 |
| 9/11/13 | JG | E-mails with Pachulski regarding engagement letter and retention (.20 hr); review and execute confidentiality agreement (.30 hrs); review pattern retention papers and supporting affidavit (.20 hrs); review and revise survey (.60 hrs); conference with Ms. Koo to review survey (.30 hrs); revise report and forward draft to Pachulski (1.20 hrs). | 2.50 | 725.00 | 1,812.50 |
| 9/12/13 | JG | conference with Ms. Zaccone to review conflict checks (.60 hrs). | .60 | 725.00 | 435.00 |
| 9/12/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.4); reviewed conflict check results and updated tracking spreadsheet (6.0) | 6.40 | 260.00 | 1,664.00 |
| 9/13/13 | LAZ | Completed conflict check review, finalized tracking spreadsheet (1.1); e-mailed J. Gadsden results of review (0.1) | 1.20 | 260.00 | 312.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                        October 7, 2013
PAC20.001                                                      Invoice #:  1135288

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|--------------------------------|-------|------|--------|
| 9/17/13 | JG | review and revise retention application and forward with comments to Pachulski Stang (1.20 hrs); | 1.20 | 725.00 | 870.00 |
| 9/18/13 | JG | Review Pachulski comments on retention papers - two rounds (.50 hrs); revise retention papers and forward to Pachulski (.90 hrs). | .90 | 725.00 | 652.50 |
| 9/23/13 | JG | Review and revise retention papers and response to mark-up from Pachulski Stang (.70 hrs); revise engagement letter in response to mark-up from Pachulski Stang (.60 hrs). | 2.10 | 725.00 | 1,522.50 |
| 9/27/13 | JG | Follow-up on engagement letter and retention papers | .20 | 725.00 | 145.00 |

**TOTAL HOURS**                                                              **124.95**
**TOTAL FEES**                                                          **$ 38,818.75**

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gadsden, James | 13.90 | 725.00 | 10,077.50 |
| Einersen, Jennifer M. | .80 | 250.00 | 200.00 |
| Koo, Jayun | 8.60 | 270.00 | 2,322.00 |
| Zaccone, Laura A. | 96.80 | 260.00 | 25,168.00 |
| Zaccone, Laura A. | .10 | 300.00 | 30.00 |
| Dimino, Gabrielle | 4.75 | 215.00 | 1,021.25 |
| TOTALS | 124.95 | | $38,818.75 |

**INVOICE TOTAL**                                                      **$ 38,818.75**

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE# | DATE | AMOUNT | PAYMENTS | BALANCE |
|----------|------|--------|----------|---------|
| 1134965 | 10/07/13 | 42,640.05 | .00 | 42,640.05 |

**PREVIOUS BALANCE**                                              **$ 42,640.05**

**TOTAL NOW DUE**                                                **$ 81,458.80**

5-6

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                          October 7, 2013
780 Third Avenue                                    Invoice #: 1134965
36th Floor
New York, NY  10017-2024
Attn.: John Morris, Esq.

---

### INVOICE SUMMARY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001      Residential Capital LLC


For professional services rendered through September 30, 2013:

| | |
|---|---|
| Total Fees | $ 42,117.50 |
| Total Disbursements | $ 522.55 |
| **INVOICE TOTAL** | **$ 42,640.05** |

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street<br>New York, NY 10005 | www.clm.com<br>(Taxpayer I.D. No. 13-4986540) | Tel: (212) 732-3200<br>Fax: (212) 732-3232 |

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

October 7, 2013
Invoice #:  1134965

## REMITTANCE COPY

Client:   PAC20   Pachulski Stang Ziehl & Jones LLP
Matter:   001   Residential Capital LLC

For professional services rendered through September 30, 2013:

**INVOICE TOTAL**                    **$ 42,640.05**

**To ensure proper credit to your account please return this remittance with your payment.**

Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel:  (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                                    October 7, 2013
780 Third Avenue                                              Invoice #  1134965
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

Client:   PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:      001    Residential Capital LLC

For professional services rendered through September 30, 2013:

### FEES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/21/13 | JG | Re: ResCap - Review complaint and exhibits and review motion to dismiss and answer and reply briefs addressing relevant counts for analysis. | 1.10 | 825.00 | 907.50 |
| 8/22/13 | JG | Re: ResCap - E-mail regarding revised schedule for report and hearing. | .10 | 825.00 | 82.50 |
| 8/30/13 | JK | Conferred w/ J. Gadsden re project (0.3); reviewed pleadings (0.8). | 1.10 | 270.00 | 297.00 |
| 8/30/13 | JG | Prepare for and telephone call with Mr. Feinstein and Mr. Morris regarding expert assignment (.30 hrs); conference with Ms. Koo for assignment research for competing patterns for treatment of excluded assets returned to the collateral pool (.30 hrs); | .40 | 825.00 | 330.00 |
| 9/03/13 | JK | Conferred w/ J. Gadsden re project on the treatment of collateral that was excluded when it becomes no longer excluded | .10 | 270.00 | 27.00 |
| 9/03/13 | JG | Conference with Ms. Koo regarding investigation for pattern transaction documents involving excluded assets. | .10 | 825.00 | 82.50 |
| 9/04/13 | JK | Research on treatment of collateral that was excluded when it becomes no longer excluded | 3.10 | 270.00 | 837.00 |

5-9

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                   October 7, 2013
PAC20.001                                                   Invoice #: 1134965

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|--------------------------------|-------|------|--------|
| 9/05/13 | JK | Searched, reviewed and summarized indentures and security agreements treatment of collateral that was excluded when it becomes no longer excluded | 6.50 | 270.00 | 1,755.00 |
| 9/05/13 | JG | Review available literature on second lien and excluded assets including model inter creditor agreement (.70 hrs); telephone call and e-mails with Mr. Ganatra for his thoughts on identifying universe of agreements and available literature (.30 hrs); conference with Ms. Koo and telephone call with Mr. Morris regarding assistance in identifying universe and literature (.40 hrs);; follow-up conferences with Ms. Koo regarding definition of universe and review of transaction documents for survey (.40 hrs). | 1.80 | 825.00 | 1,485.00 |
| 9/06/13 | HTD | E-mail to Mr. J. Gadsden regarding extension of trademark intent to use applications from agreement, conference with Ms. Koo. | .30 | 725.00 | N/C |
| 9/06/13 | EM | Researched a firm's website for partner's publication; researched NYLI catalogue & arranged to borrow materials.  J. Gadsden | .10 | 200.00 | 20.00 |
| 9/06/13 | JK | Searched, reviewed and summarized indentures and security agreements treatment of collateral that was excluded when it becomes no longer excluded | 8.30 | 270.00 | 2,241.00 |
| 9/06/13 | MKW | Review secondary sources (1.5) security agreements and indentures for clauses pertaining to excluded collateral (3.1) | 4.60 | 260.00 | 1,196.00 |
| 9/06/13 | JG | E-mails with Mr. Ganatra with suggestions on identifying relevant transactions for survey (.10 hr); e-mail from Pachulski Stang with suggestions on relevant resources and sources of comparable transactions (.10 hr); telephone call and e-mails with Ms. Koo and Mr. Davis regarding special treatment of IP collateral on excluded collateral (.20 hrs); follow-up with Ms. Koo regarding status of investigation and summary of | .50 | 825.00 | 412.50 |

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                          October 7, 2013
PAC20.001                                                          Invoice #: 1134965

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|--------------------------------|-------|------|--------|
|      |      | Universal comparable transactions (.10 hr). | | | |
| 9/08/13 | JK | Searched, reviewed and summarized indentures and security agreements treatment of collateral that was excluded when it becomes no longer excluded | 3.60 | 270.00 | 972.00 |
| 9/08/13 | JG | Follow-up e-mails with Mr. Morris and Ms. Koo regarding original security agreement and analysis of additional models for period of initial security agreement. | .10 | 825.00 | 82.50 |
| 9/09/13 | JK | Conferred w/ J. Gadsden re draft summary and memo (0.3); search for 2008 indentures and security agreements (7.1) conferred w/ M. White re project (0.8) | 8.20 | 270.00 | 2,214.00 |
| 9/09/13 | MKW | Search for and review security agreements and indentures for provisions relating to excluded collateral. | 3.80 | 260.00 | 988.00 |
| 9/09/13 | KAM | Created chart that summarizes excluded property/assets/collateral provisions of similar indentures and security agreements. | 2.50 | 250.00 | 625.00 |
| 9/09/13 | JG | Review survey (1.00); conference with J. Koo (.30); continue drafting report to incorporate results of survey (2.10) | 3.40 | 825.00 | 2,805.00 |
| 9/10/13 | JK | Reviewed relevant indentures and security agreements; revised memo | 5.50 | 270.00 | 1,485.00 |
| 9/10/13 | KAM | Discussion with J. Koo re: summary chart. Reviewed chart. | .30 | 250.00 | 75.00 |
| 9/10/13 | JG | Review article on secured bonds (.10 hr); conference with Ms. White regarding her research (.10 hr); conference with Ms. Koo regarding her work on the survey (.20 hrs); revise draft report (.90 hr). | 1.30 | 825.00 | 1,072.50 |
| 9/11/13 | JK | Reviewed draft report; revised summary of reviewed documents | 3.60 | 270.00 | 972.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                           October 7, 2013
PAC20.001                                                              Invoice #:  1134965

| **Date** | **Atty** | **Description of Services Rendered** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 9/11/13 | LAZ | Conferred w/ J. Gadsden about conflict-check process (0.2); reviewed conflict check results and updated tracking spreadsheet (0.1) | 7.00 | 260.00 | 1,820.00 |
| 9/12/13 | JK | Correspondence re Count IV from survey. | .10 | 270.00 | 27.00 |
| 9/12/13 | JG | Review and revise survey summary (.50 hrs); prepare affidavit in support of application for retention (.60 hrs); telephone call from Mr. Morris regarding scope of report and follow-up e-mail to Ms. Koo (.20 hrs); respond to Mr. Morris's request for transcript of prior testimony and depositions (.10 hr). | 1.40 | 825.00 | 1,155.00 |
| 9/13/13 | JK | Conferred w/ J. Gadsden re Count IV (0.2); reviewed pleadings (1.6) | 1.80 | 270.00 | 486.00 |
| 9/13/13 | JG | Review Mr. Morris's suggested revisions to report (.20 hrs); revise report and redistribute (.50 hrs); assignment to Ms. Koo for investigation of Point II on released collateral (.20 hrs). | .80 | 825.00 | 660.00 |
| 9/15/13 | JK | Reviewed pleadings re Count IV (0.5); reviewed sample Security Agreement from Practical Law Company (1.3) | 1.80 | 270.00 | 486.00 |
| 9/16/13 | JK | Reviewed pleadings; reviewed indentures & security agreements | 7.50 | 270.00 | 2,025.00 |
| 9/16/13 | JG | Conference with Ms. Koo to review development of arguments on point II for report (.40 hrs); begin revisions of draft report (.30 hrs); follow-up conference with Ms. Koo and review indenture transaction documents for patterns for treatment of Point II on recapturing release collateral (1.50 hrs). | 2.20 | 825.00 | 1,815.00 |
| 9/17/13 | JK | Review indenture | 3.30 | 270.00 | 891.00 |
| 9/17/13 | JG | Review schedule of released collateral (.10 hr); conferences with Ms. Koo to report update on her work on summary and granting new security interest in | 1.20 | 825.00 | 990.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                    October 7, 2013
PAC20.001                                                   Invoice #: 1134965

| <u>Date</u> | <u>Atty</u> | <u>Description of Services Rendered</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|------|------|------|------|------|
| | | released collateral (.20 hrs); review inter creditor agreement and revise report to address release collateral (.90 hr). | | | |
| 9/18/13 | JG | Report Mr. Morris on progress on Point II (.10 hr); conference with Ms. Koo and review additional documents identified for inclusion in summary on Point II (.20 hrs); revise report to address Point II (1.30 hrs); forward revised report to Mr. Morris (.10 hr); e-mails with Pachulski regarding lack of need for changes to engagement letter (.10 hr); e-mails with Pachulski regarding running terms of engagement by US Trustee (.10 hr). | 1.90 | 825.00 | 1,567.50 |
| 9/19/13 | JK | Conferred w/ J. Gadsden re further search terms re Count IV | .50 | 270.00 | 135.00 |
| 9/19/13 | JG | Conferences with Ms. Koo regarding identification of additional of additional releases addressing required collateral (.20 hrs); e-mails with Pachulski Stang regarding delivery of filing report and designation of expert by junior secured notes (.10 hr); review mark up of report prepared by Mr. Morris (.30 hrs). | .60 | 825.00 | 495.00 |
| 9/20/13 | JK | Reviewed and revised expert report (.5); provided reviewed documents (0.8) | 1.30 | 270.00 | 351.00 |
| 9/20/13 | JG | Review proposed revisions to report suggested by Pachulski Stang (.30 hrs); conference with Ms. Koo regarding finalizing survey reports (.10 hr); arrangements for delivery of documents  reviewed to Pachulski (.10 hr); revisions to report to respond to Pachulski comments (.20 hrs); re-circulate report and follow-up with Pachulski regarding comments (.30 hrs); final revisions to report including corrections of references in summary of survey in Texas report (.70 hrs); distribute report for filing and follow-up communications with Pachulski Stang (.20 hrs); review opinion dismissing counter claims in adversary proceeding (.20 hrs). | 2.30 | 825.00 | 1,897.50 |

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                    October 7, 2013
PAC20.001                                  Invoice #: 1134965

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| 9/21/13 | JG | Distribution of expert reports from adversaries by Pachulski and review Ronald Mann report. | .40 | 825.00 | 330.00 |
| 9/22/13 | JG | Review expert report by Mr. Fazio on preference analysis and Mr. Siegent on debt exchange tendered by defendants in litigation. | .60 | 825.00 | 495.00 |
| 9/24/13 | JG | Schedule deposition and arrange for review of schedules underlying report. | .10 | 825.00 | 82.50 |
| 9/26/13 | JG | E-mails to schedule deposition and deposition preparation. | .10 | 825.00 | 82.50 |
| 9/27/13 | JG | Telephone call and e-mails with Pachulski Stang to schedule deposition and deposition preparation sessions (.30 hrs); review indentures and security agreements in survey and update summary of survey (1.90 hrs). | 2.20 | 825.00 | 1,815.00 |
| 9/30/13 | JG | Revise and update schedules to expert report (1.30 hrs); meeting with Mr. Morris and, Mr. Feinstein at Pachulski to prepare for deposition (3.00 hrs). | 4.30 | 825.00 | 3,547.50 |

**TOTAL HOURS**     **101.80**
**TOTAL FEES**     **$ 42,117.50**

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gadsden, James | 26.90 | 825.00 | 22,192.50 |
| Koo, Jayun | 56.30 | 270.00 | 15,201.00 |
| Mirett, Katherine A. | 2.80 | 250.00 | 700.00 |
| White, Madelyn K. | 8.40 | 260.00 | 2,184.00 |
| Zaccone, Laura A. | 7.00 | 260.00 | 1,820.00 |
| Moog, Emily | .10 | 200.00 | 20.00 |
| TOTALS | 101.50 | | $42,117.50 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                October 7, 2013
PAC20.001                                               Invoice #:  1134965

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 9/30/13 | Reproduction, CONSOLIDATED RECORD #: 1527038 | 6.00 |
| 9/30/13 | CARTER LEDYARD & MIL Check # - 000077338 CARTER LEDYARD & MILBURN LLP, 09302013 OT R.CASTALDO | 53.94 |
| 9/08/13 | SEAMLESS NORTH AMERI Check # - 000077232 SEAMLESS NORTH AMERICA, LLC, 1526479 OTMEAL ON 09/03/13 L.ZACCONE | 23.47 |
| 9/15/13 | SEAMLESS NORTH AMERI Check # - 000077258 SEAMLESS NORTH AMERICA, LLC, 1531595 OTMEAL ON 09/09/13 J.KOO | 13.27 |
| 9/22/13 | SEAMLESS NORTH AMERI Check # - 000077278 SEAMLESS NORTH AMERICA, LLC, 1532921 OTMEAL ON 09/16/13 J.KOO | 13.78 |
| 9/22/13 | SEAMLESS NORTH AMERI Check # - 000077278 SEAMLESS NORTH AMERICA, LLC, 1532921 OTMEAL ON 09/17/13 J.KOO | 16.50 |
| 9/30/13 | Legal Research, Date of Search: 09/06/2013, User Name - WHITE,MADELYN K | 395.59 |

**TOTAL DISBURSEMENTS**                                    **$ 522.55**

**INVOICE TOTAL**                                         **$ 42,640.05**

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

2 Wall Street                              www.clm.com                        Tel:  (212) 732-3200
New York, NY 10005              (Taxpayer I.D. No. 13-4986540)      Fax: (212) 732-3232

---

Pachulski Stang Ziehl & Jones LLP                        November 25, 2013
780 Third Avenue                                                Invoice #:  1135367
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

### INVOICE SUMMARY

Client:   PAC20     Pachulski Stang Ziehl & Jones LLP
Matter:      001     Residential Capital LLC


For professional services rendered through October 31, 2013:

|  |  |
|---|---|
| **PREVIOUS BALANCE** | **$ 81,458.80** |
| Total Fees | $ 32,398.00 |
| Total Disbursements | $ 119.21 |
| **INVOICE TOTAL** | **$ 32,517.21** |
| **TOTAL NOW DUE** | **$ 113,976.01** |

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

2 Wall Street
New York, NY 10005

www.clm.com
(Taxpayer I.D. No. 13-4986540)

Tel: (212) 732-3200
Fax: (212) 732-3232

---

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.: John Morris, Esq.

November 25, 2013
Invoice #:  1135367

---

## REMITTANCE COPY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through October 31, 2013:

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 81,458.80** |
| **INVOICE TOTAL** | **$ 32,517.21** |
| **TOTAL NOW DUE** | **$ 113,976.01** |

**To ensure proper credit to your account please return this remittance with your payment.**

Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

2 Wall Street
New York, NY 10005

www.clm.com
(Taxpayer I.D. No. 13-4986540)

Tel:  (212) 732-3200
Fax: (212) 732-3232

---

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.: John Morris, Esq.

November 25, 2013
Invoice #  1135367

---

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through October 31, 2013:

## FEES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| 10/01/13 | JG | Update chart and summaries of schedules to report (1.20 hrs); schedule deposition preparation (.20 hrs); revise appendices to report to emphasize additional material and recirculate to Pachulski Stang (1.70 hrs). | 3.10 | 825.00 | 2,557.50 |
| 10/02/13 | JG | Review report and revise summary in preparation for deposition (.70 hrs); meeting with Mr. Feinstein and Mr. Morris to prepare for deposition (1.30 hrs); appear at deposition at Akin Gump and return to the office (7.90 hrs); follow-up calls and e-mails to pursue junior secured noteholdings of Talcott Franklin Group (.10 hr). | 10.00 | 825.00 | 8,250.00 |
| 10/03/13 | JG | Review and correct errors in transcript of deposition (2.80 hrs); compare original and amended definition of excluded property in third priority pledge agreement (.20 hrs). | 3.00 | 825.00 | 2,475.00 |
| 10/04/13 | JG | Prepare and distribute e-mail to Pachulski with edits to deposition transcript (.60 hrs); at Pachulski's request review report and respond to Pachulski with revisions (.50 hrs). | 1.10 | 825.00 | 907.50 |
| 10/06/13 | JG | Exchange e-mails with Pachulski regarding signature page to errata on deposition; review of direct testimony | .20 | 825.00 | 165.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP
PAC20.001

November 25, 2013
Invoice #: 1135367

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| | | for trial in affidavit form and retention papers. | | | |
| 10/07/13 | JG | Forward errata sheet to Pachulski (.30 hrs); review draft direct testimony and forward comments to Pachulski (.50 hrs). | .80 | 825.00 | 660.00 |
| 10/08/13 | JG | Review motion to exclude testimony (.40 hrs); finalize and execute testimony for submission in writing (.20 hrs). | .60 | 825.00 | 495.00 |
| 10/09/13 | EM | Researched web, Westlaw & Lexis for law reviews. J. Gadsden | .20 | 200.00 | 40.00 |
| 10/09/13 | MKW | Review and summarize language re: excluded collateral in credit and security agreements. | 4.60 | 260.00 | 1,196.00 |
| 10/09/13 | JG | Review motion to exclude my testimony and authority cited on all assets security interest (.60 hrs); assignment to Ms. White for review of additional security agreements not associated with indentures for period prior to initial JSN security agreement (.30 hrs); schedule and participate in call with Mr. Feinstein and colleague at Pachulski regarding response to motion in limine (.50 hrs); e-mail to Pachulski with material on all assets security agreement (.20 hrs); review testimony and supporting exhibits as submitted to the court (.20 hrs); report from Ms. White regarding her research on security agreements not associated with indentures and review report (.30 hrs); investigate impact of recovery in adversary proceeding on relevant counts to overall recovery of noteholders and RBS security holders in the chapter 11 plan and report to Pachulski for incorporation under response to motion in limine (.80 hrs); review transcript of main ResCap witness on operation of collateral controls and revolver (1 hrs); review direct testimony of Mr. Landy as being submitted by committee (.20 hrs); review pre-trial order and exhibits as submitted by committee (.30 hrs). | 4.40 | 825.00 | 3,630.00 |
| 10/09/13 | IFB | Search and summarize Credit and Security Agreement | 3.00 | 250.00 | 750.00 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                                     November 25, 2013
PAC20.001                                                            Invoice #: 1135367

| **Date** | **Atty** | **Description of Services Rendered** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | filings from 3/1/2008 to 6/9/2008. | | | |
| 10/10/13 | JG | Review draft response to motion in limine, investigate citations to material on all assets pledge and impact of litigation on recoveries of unsecured creditors and supplied material to Pachulski. | .60 | 825.00 | 495.00 |
| 10/11/13 | JG | Review retention application and engagement letters as signed and filed (.10 hr); | .10 | 825.00 | 82.50 |
| 10/11/13 | JG | Review redrafts of response to motion in limine, distribute comments to Pachulski (.50 hrs); execution of declaration in support of response to motion in limine (.10 hr). | .60 | 825.00 | 495.00 |
| 10/14/13 | MKW | Find security agreement. | .20 | 260.00 | 52.00 |
| 10/14/13 | JG | Review response to motion in limine as served (.10 hr); review reply on motion in limine as served by UMB's counsel (.10 hr); schedule preparation for trial testimony (.10 hr); investigate all assets security agreement literature (.90 hr); review and revise summary of pattern personal property security agreements (.80 hrs); review transcript of deposition to prepare for trial preparation (.30 hrs). | 2.30 | 825.00 | 1,897.50 |
| 10/15/13 | JG | Prepare summary of personal property security interests reviewed (4.00 hrs); prepare for and participate in session at Kramer Levin to prepare for cross examination at hearing (2.50 hrs). | 4.50 | 825.00 | 3,712.50 |
| 10/16/13 | JG | Gather material for testimony on tomorrow (.90 hr); at the request of Mr. Morris calculate estimate of fee to flow to firm and to me as a result of success in the adversary proceeding (.30 hr); telephone calls with Mr. Morris to prepare for testimony tomorrow (.40 hrs). | 1.60 | 825.00 | 1,320.00 |
| 10/17/13 | JG | Prepare for appearance at hearing (.20 hrs); appearance at hearing and testimony (3.70 hrs). | 3.90 | 825.00 | 3,217.50 |

7391711.3

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP                          November 25, 2013
PAC20.001                                                  Invoice #:  1135367

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|-------------------------------|-------|------|--------|

**TOTAL HOURS** 44.80

**TOTAL FEES** $ 32,398.00

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gadsden, James | 36.80 | 825.00 | 30,360.00 |
| Bershad, Iliza F. | 3.00 | 250.00 | 750.00 |
| White, Madelyn K. | 4.80 | 260.00 | 1,248.00 |
| Moog, Emily | .20 | 200.00 | 40.00 |
| TOTALS | 44.80 | | $32,398.00 |

### DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Reproduction | 6.00 |
| Legal Research | 104.28 |
| Court Fees | 8.93 |

**TOTAL DISBURSEMENTS** $ 119.21

**INVOICE TOTAL** $ 32,517.21

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE# | DATE | AMOUNT | PAYMENTS | BALANCE |
|----------|------|--------|----------|---------|
| 1134965 | 10/07/13 | 42,640.05 | .00 | 42,640.05 |
| 1135288 | 10/07/13 | 38,818.75 | .00 | 38,818.75 |

**PREVIOUS BALANCE** $ 81,458.80

**TOTAL NOW DUE** $ 113,976.01

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street<br>New York, NY 10005 | www.clm.com<br>(Taxpayer I.D. No. 13-4986540) | Tel: (212) 732-3200<br>Fax: (212) 732-3232 |

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017-2024
Attn.: John Morris, Esq.

December 12, 2013
Invoice #: 1135951

## INVOICE SUMMARY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through November 30, 2013:

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 22,782.35** |
| Total Fees | $ 1,190.00 |
| Total Disbursements | $ 65.25 |
| **INVOICE TOTAL** | **$ 1,255.25** |
| **TOTAL NOW DUE** | **$ 24,037.60** |

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                                December 12, 2013
780 Third Avenue                                                 Invoice #:  1135951
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

### REMITTANCE COPY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001      Residential Capital LLC


For professional services rendered through November 30, 2013:


| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 22,782.35** |
| **INVOICE TOTAL** | **$ 1,255.25** |
| **TOTAL NOW DUE** | **$ 24,037.60** |


**To ensure proper credit to your account please return this remittance with your payment.**


Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

73917711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street<br>New York, NY 10005 | www.clm.com<br>(Taxpayer I.D. No. 13-4986540) | Tel: (212) 732-3200<br>Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.: John Morris, Esq.

December 12, 2013
Invoice #  1135951

---

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through November 30, 2013:

## FEES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/13 | JG | Conferences with Mr. Arenas regarding fee submission including re-coding of entries to respond to Pachulski's comments. | .20 | 825.00 | 165.00 |
| 11/08/13 | HEA | Identify entries in the September and October Invoice Summaries that need to be edited. | 1.00 | 250.00 | 250.00 |
| 11/08/13 | HEA | Meet with Ms. Zaccone, Ms. White, Ms. Koo, and Ms. Einersen to ask them to make their respective edits to their entries in the September and October Invoice Summaries. | .50 | 250.00 | 125.00 |
| 11/08/13 | HEA | Meet with Ms. DeFilippo in the Comptroller's Department to discuss the changes that need to be made to the September and October Invoice Summaries. | .30 | 250.00 | 75.00 |
| 11/08/13 | HEA | Divide the entries in the September and October Invoice Summaries between "expert" and "retainer" services. | 1.00 | 250.00 | 250.00 |
| 11/08/13 | HEA | Provide Mr. Gadsden with the revised September and October Invoice Summaries and discuss whether the entries were properly divided between "expert" and "retainer" services. | .10 | 250.00 | 25.00 |
| 11/08/13 | HEA | Provide Comptroller's Department with the edits made by Ms. Zaccone, Ms. Koo, Ms. White, and Ms. Einersen and discuss further changes that need to be made to the September and October Invoice Summaries. | .30 | 250.00 | 75.00 |

5-24

Carter Ledyard & Milburn LLP

Pachulski Stang Ziehl & Jones LLP
PAC20.001

December 12, 2013
Invoice #:  1135951

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| 11/12/13 | HEA | Speak with Comptroller's Department to find out the status of the revision to the September and October Invoice Summaries and update Mr. Gadsden of the progress. | .50 | 250.00 | 125.00 |
| 11/15/13 | HEA | Meet with Mr. DeFilippo in the Comptroller's Department to discuss the status of the revisions to the September Invoice Summary and inform Mr. Gadsden of the progress. | .40 | 250.00 | 100.00 |

**TOTAL HOURS**     **4.30**
**TOTAL FEES**     **$ 1,190.00**

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gadsden, James | .20 | 825.00 | 165.00 |
| Arenas, Hugo E. | 4.10 | 250.00 | 1,025.00 |
| TOTALS | 4.30 | | $1,190.00 |

### DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Document Delivery | 65.25 |

**TOTAL DISBURSEMENTS**     **$ 65.25**

**INVOICE TOTAL**     **$ 1,255.25**

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE# | DATE | AMOUNT | PAYMENTS | BALANCE |
|----------|------|--------|----------|---------|
| 1135367 | 11/25/13 | 32,517.21 | 10,312.36 | 22,204.85 |
| 1135550 | 11/25/13 | 577.50 | .00 | 577.50 |

**PREVIOUS BALANCE**     **$ 22,782.35**

**TOTAL NOW DUE**     **$ 24,037.60**

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                              November 25, 2013
780 Third Avenue                                             Invoice #:  1135550
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

## INVOICE SUMMARY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC


For professional services rendered through October 31, 2013:

|  |  |
|---|---|
| **PREVIOUS BALANCE** | **$ 113,976.01** |
| Total Fees | $ 577.50 |
| Total Disbursements | $ .00 |
| **INVOICE TOTAL** | **$ 577.50** |
| **TOTAL NOW DUE** | **$ 114,553.51** |

5-26

# CARTER LEDYARD & MILBURN LLP

### Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP                        November 25, 2013
780 Third Avenue                                         Invoice #:  1135550
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

### REMITTANCE COPY

Client:   PAC20   Pachulski Stang Ziehl & Jones LLP
Matter:     001   Residential Capital LLC

For professional services rendered through October 31, 2013:

| | |
|---|---|
| **PREVIOUS BALANCE** | **$ 113,976.01** |
| **INVOICE TOTAL** | **$ 577.50** |
| **TOTAL NOW DUE** | **$ 114,553.51** |

**To ensure proper credit to your account please return this remittance with your payment.**

Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

73917113

# CARTER LEDYARD & MILBURN LLP

Counselors at Law
www.clm.com
(Taxpayer I.D. No. 13-4986540)

2 Wall Street
New York, NY 10005

Tel: (212) 732-3200
Fax: (212) 732-3232

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

November 25, 2013
Invoice #  1135550

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001      Residential Capital LLC

For professional services rendered through October 31, 2013:

## FEES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amoun |
|------|------|----------------------------------|-------|------|-------|
| 10/26/13 | JG | Notice of fee application procedures in deadlines. | .10 | 825.00 | 82.50 |
| 10/28/13 | JG | Assignment to Mr. Arenas to assist in preparing fee application and prepare draft letter to submit monthly fees pursuant to fee procedure order. | .60 | 825.00 | 495.00 |

|  |  |  |
|--|--|--|
| **TOTAL HOURS** | | **.70** |
| **TOTAL FEES** | | **$ 577.50** |

### TIMEKEEPER SUMMARY

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Gadsden, James | .70 | 825.00 | 577.50 |
| TOTALS | .70 | | $577.50 |

**INVOICE TOTAL**                                **$ 577.50**

### OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE# | DATE | AMOUNT | PAYMENTS | BALANCE |
|----------|------|--------|----------|---------|
| 1134965 | 10/07/13 | 42,640.05 | .00 | 42,640.05 |
| 1135288 | 10/07/13 | 38,818.75 | .00 | 38,818.75 |
| 1135367 | 11/25/13 | 32,517.21 | .00 | 32,517.21 |

**PREVIOUS BALANCE**                    **$ 113,976.01**

**TOTAL NOW DUE**                        **$ 114,553.51**

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel:  (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

March 3, 2014
Invoice #:  1138037

---

## INVOICE SUMMARY

Client:   PAC20   Pachulski Stang Ziehl & Jones LLP
Matter:     001   Residential Capital LLC

For professional services rendered through March 3, 2014:

| | |
|---|---|
| Total Fees | $ 14,975.00 |
| Less Voluntary Write-Off | $-8,975.00 |
| Net Fees | $6,000.00 |
| Total Disbursements | $ .00 |
| **INVOICE TOTAL** | **$ 6,000.00** |
| **TOTAL NOW DUE** | **$ 6,000.00** |

5-29

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

| | | |
|---|---|---|
| 2 Wall Street | www.clm.com | Tel: (212) 732-3200 |
| New York, NY 10005 | (Taxpayer I.D. No. 13-4986540) | Fax: (212) 732-3232 |

---

Pachulski Stang Ziehl & Jones LLP          March 3, 2014
780 Third Avenue                                                        Invoice #:  1138037
36th Floor
New York, NY  10017-2024
Attn.:  John Morris, Esq.

---

## REMITTANCE COPY

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:      001      Residential Capital LLC


For professional services rendered through March 3, 2014:


**INVOICE TOTAL**              **$ 6,000.00**

**TOTAL NOW DUE**          **$ 6,000.00**


**To ensure proper credit to your account please return this remittance with your payment.**


Here are wire transfer instructions for your convenience in making payment:

Wells Fargo Bank
New York, NY
Swift Code WFBIUS6S
ABA# 121000248
For credit to the account of Carter Ledyard & Milburn LLP
Account # 2000038437850
Ref. No. PAC20.001

7391711.3

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

2 Wall Street
New York, NY 10005

www.clm.com
(Taxpayer I.D. No. 13-4986540)

Tel: (212) 732-3200
Fax: (212) 732-3232

Pachulski Stang Ziehl & Jones LLP          March 3, 2014
780 Third Avenue
36th Floor
New York, NY  10017-2024
Attn.: John Morris, Esq.

Invoice #  1138037

Client:    PAC20    Pachulski Stang Ziehl & Jones LLP
Matter:    001    Residential Capital LLC

For professional services rendered through March 3, 2014:

## FEES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| 2/19/14 | JG | E-mail from Kramer Levin regarding deadline for final fee application (.10 hr); assignment to Mr. Isaacson to draft fee application (.30 hrs); gather guidelines and other materials on final fee application (.30 hrs). | .70 | 825.00 | 577.50 |
| 2/19/14 | BJI | Consulted with J. Gadsden re: Carter Ledyard and Milburn fee application (0.3).  Conducted research re: application requirements and began drafting application (5.9). | 6.20 | 250.00 | 1,550.00 |
| 2/20/14 | BJI | Continued drafting Carter Ledyard and Milburn LLP final fee application. | 5.50 | 250.00 | 1,375.00 |
| 2/21/14 | JG | Conference with Mr. Isaacson regarding draft of fee application. | .20 | 825.00 | 165.00 |
| 2/21/14 | BJI | Continued drafting CLM final fee application (3.4).  Consulted with J. Gadsden regarding same (0.2). | 3.60 | 250.00 | 900.00 |
| 2/24/14 | JG | Conference with Mr. Isaacson regarding draft of fee application. | .10 | 825.00 | 82.50 |
| 2/24/14 | BJI | Incorporated J. Gadsden's edits to final fee | .80 | 250.00 | 200.00 |

5-31

73917113

# CARTER LEDYARD & MILBURN LLP

Counselors at Law

2 Wall Street
New York, NY 10005

www.clm.com
(Taxpayer I.D. No. 13-4986540)

Tel: (212) 732-3200
Fax: (212) 732-3232

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|------|------|----------------------------------|-------|------|--------|
| | | application (0.6). Consulted with J. Gadsden regarding same (0.2). | | | |
| 2/25/14 | JG | Email regarding compromise of fee claims. | .10 | 825.00 | 82.50 |
| 2/25/14 | BJI | Continued drafting first and final fee application of CLM. | 1.00 | 250.00 | 250.00 |
| 2/26/14 | BJI | Continued drafting first and final fee application of CLM. | .90 | 250.00 | 225.00 |
| 2/27/14 | JG | Review draft and conference with Mr. Isaacson to review comments. | .60 | 825.00 | 495.00 |
| 2/27/14 | BJI | Continued drafting CLM's first and final fee application (7.0). Consulted with J. Gadsden regarding same (0.2). | 7.20 | 250.00 | 1,800.00 |
| 2/28/14 | JG | Review transcript of hearing testimony (0.6); revise draft application (2.2). | 2.8 | 825.00 | 2310.00 |
| 2/28/14 | BJI | Consulted with J. Gadsden regarding final fee application (0.3). Revised CLM's final fee application and cross-checked with Amended Guidelines (5.8). | 6.10 | 250.00 | 1,525.00 |
| 3/01/14 | JG | Revise draft application (1.3); review guidelines and follow up questions for Mr. Isaacson (0.2). | 1.50 | 825.00 | 1237.50 |
| 3/02/14 | BJI | Incorporated J. Gadsden comments to CLM's final fee application and completed Exhibits. | 3.00 | 250.00 | 750.00 |
| 3/03/14 | JG | Finalized application. | 1.00 | 825.00 | 825.00 |
| 3/03/14 | BJI | Conducted final review of fee application and sent to J. Gadsden for approval and filing. | 2.50 | 250.00 | 625.00 |

5-32

7391711.3

# CARTER LEDYARD & MILBURN LLP

### Counselors at Law

<table>
<tr><td>2 Wall Street<br>New York, NY 10005</td><td>www.clm.com<br>(Taxpayer I.D. No. 13-4986540)</td><td>Tel: (212) 732-3200<br>Fax: (212) 732-3232</td></tr>
</table>

| **Date** | **Atty** | **Description of Services Rendered** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|

**TOTAL HOURS** — 43.80

**TOTAL FEES** — $ 14,975.00

### TIMEKEEPER SUMMARY

| **Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Gadsden, James | 7.00 | 825.00 | 5,775.00 |
| Isaacson, Brandon J. | 36.80 | 250.00 | 9,200.00 |
| TOTALS | 43.80 | | $14,975.00 |

**TOTAL FEES**                $14,975.00

**VOLUNTARY WRITE-OFF**                <u>-8,975.00</u>
                                               $-8,975.00

**INVOICE TOTAL**                <u>$ 6,000.00</u>

7391711.3