Hearing Date:    [TBD] at [TBD] [a.m.][p.m.] (ET)
Objection Deadline:    [June 2, 2014] at 4:00 p.m. (ET)

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266
310-545-4548
Frank Sillman

*Consultant to the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUMMARY OF FIFTH AND FINAL FEE APPLICATION OF FORTACE LLC AS
CONSULTANT FOR THE DEBTORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FROM <u>July 6, 2012 THROUGH
December 17, 2013</u>**

This is the fifth and final fee application[1].

| | |
|---|---|
| Name of Applicant: | Fortace LLC ("Applicant") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al.* (collectively, the "Debtors") |
| Date of Retention: | Order entered on July 6, 2012 retaining Applicant *nunc pro tunc* to May 21, 2012 |
| Fifth Application Period for which Compensation and Reimbursement is sought: | September 01, 2013 through December 17, 2013 (the "Fifth Application Period") |
| Amount of Compensation Sought for the Fifth Application Period as Actual, Reasonable and Necessary: | $154,052.00 |
| Amount of Expense Reimbursement Sought for the Fifth Application Period as Actual, Reasonable and Necessary: | $372,849.29 |

---

[1] Fortace intends to submit an amended fifth and final application to provide additional data and schedules for the first through the fourth interim fee applications.

Summary of Monthly Applications for Fifth Application Period:

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 12/16/13 | 09/01/13 – 09/30/13 | $12,403.00 | $0.00 | $9,922.40 | $0.00 | $2,480.60 |
| 12/16/13 | 10/01/13 – 10/31/13 | $109,336.00 | $0.00 | $87,468.80 | $0.00 | $21,867.20 |
| 12/16/13 | 11/01/13 – 11/30/13 | $32,313.00 | $372,849.29 | $25,850.40 | $372,849.29 | $6,462.60 |
| TOTAL | 09/01/13 – 12/17/13 | $154,052.00 | $372,849.29 | $123,241.60 | $372,849.29 | $30,810.40 |

<u>Summary of Previous Interim Fee Applications</u>:

| Interim Application # | Application Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | Amounts Disallowed | Fees and Expenses Awarded by the Court | Amounts Remaining Unpaid |
|---|---|---|---|---|---|---|---|---|
| First | 05/21/12 – 08/31/12 | $337,939.00 | $119,073.93 | $319,659.00 | $119,073.93 | $18,280.00 | $438,732,93 | $0.00 |
| Second | 09/01/12 – 12/31/12 | $1,491,871.00 | $17,822.75 | $1,491,871.00 | $17,822.75 | $0.00 | $1,509,693.75 | $0.00 |
| Third | 01/01/13 – 08/31/13 | $238,597.50 | $150,000.00 | $214,737.75 | $150,000.00 | $0.00 | $388,597.50 | $23,859.75 |

ny-1056533

## Individuals on Project during the Fifth Application Period:

| Name of Professional Individual | Title | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank Sillman | Consultant | $386.18 | 273.00 | $105,427.50 |
| Michelle Minier | Consultant | $395.00 | 123.10 | $48,624.50 |
| **Total Fees Incurred** | | **$388.92** | **396.10** | **$154,052.00** |

3

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266
310-545-4548
Frank Sillman

*Consultant to the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

FIFTH AND FINAL APPLICATION OF FORTACE LLC AS CONSULTANT FOR THE
DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>INCURRED FOR THE PERIOD July 06, 2012 THROUGH December 17, 2013</u>

     1.     For its fifth and final fee applications for compensation and reimbursement of

expenses (the "Application"), Fortace LLC ("Applicant"), Consultant to Residential Capital,

LLC., *et al.*, as debtors and debtors in possession (collectively, the "Debtors"), respectfully

represents as follows: (a) allowance of compensation for professional services rendered by

Fortace for the period from September 1, 2013 through December 17, 2013 (the "Fifth

Application Period"); (b) reimbursement of its actual and necessary expenses incurred during

the Fifth Application Period; and (c) final allowance of compensation for professional services

rendered by Fortace and reimbursement of actual and necessary expenses incurred for the period

from July 06, 2012 through December 17, 2013 (the "Final Application Period"). In support of

this Final Application, Fortace respectfully states as follows:

<u>JURISDICTION, VENUE AND STATUTORY PREDICATES</u>

2.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). This Application has been prepared in accordance with General Order M-447, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, entered January 29, 2013 (the "Local Guidelines"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996  (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as <u>Exhibit A</u>.

<u>BACKGROUND</u>

A.      <u>The Chapter 11 Cases</u>

4.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

2

5.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

6.      On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

B.      **Applicant's Retention and Interim Compensation**

7.      On July 25, 2012, the Court entered the *Order authorizing Employment and Retention of Fortace LLC as Consultant to the Debtors NUNC PRO TUNC to May 21, 2012* [Docket No. 0900], approving Applicant's retention.

8.      On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 797].  Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "Notice Parties").

9.      On December 16, 2013, Applicant served its September 2013 monthly fee application covering the period from September 01, 2013 through September 30, 2013 (the "September 2013 Monthly Fee Application") on the Notice Parties.  On December 16, 2013, Applicant served its October 2013 monthly fee application covering the period from October 01, 2013 through October 31, 2013 (the "October 2013 Monthly Fee Application") on the Notice Parties.  On December 16, 2013,  Applicant served its November 2013 monthly fee application covering the period from November 01, 2013 through November 30, 2013 (the "November

3

2013 Monthly Fee Application") together the ("Monthly Fee Applications") on the Notice Parties.  Applicant did not receive any objections to the Monthly Fee Applications.

10.    For the convenience of this Court and all parties in interest, attached hereto as Exhibit B is a schedule of the total amount of fees incurred under each of Applicant's internal task codes during the Application Period.

11.    The total payments received by Applicant as of the date hereof are equal to: (i) 80% of requested compensation from the Monthly Fee Applications and (ii) 100% of requested expenses from the Monthly Fee Applications.  Specifically, to date, the Applicant has received payments totaling $496,090.89, representing $123,241.60 in fees and $372,849.29 in expenses.

12.    Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors.  These records are maintained in the ordinary course of Applicant's practice.  For the convenience of this Court and all parties in interest, attached hereto as Exhibit C is a billing summary for the Application Period, setting forth the name of each professional who rendered services during the Application Period, the aggregate time expended by each professional, the hourly billing rate for each professional at Applicant's current billing rates, and the individual amounts requested for each professional. The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

13.    Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services.  A summary of the amounts and categories of expenses for which reimbursement is sought is attached hereto as Exhibit D.

ny-1056533

14.     Copies of Applicant's computerized records of fees and expenses in the format specified by the Guidelines have been served on the Notice Parties with each of the Monthly Fee Applications and are attached hereto as Exhibit E.

15.     There is no agreement or understanding between Applicant and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

16.     The Monthly Fee Applications submitted by Applicant are subject to a 20% holdback (as is customary in this District) imposed by the Court on the allowance of fees.  The aggregate amount of Applicant's holdback during the Application Period is $30,810.40. Applicant respectfully requests, in connection with the relief requested herein, that the Court allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the Bankruptcy Code and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

17.     In general, Applicant has represented the Debtors in connection with the following aspects of the Chapter 11 Cases:

(a)     As a consultant and potential expert witness.

18.     To provide an orderly and meaningful summary of the services rendered by Applicant on behalf of the Debtors during the Application Period, Applicant established, in accordance with the Guidelines and its internal billing procedures, separate task codes in connection with the Chapter 11 Cases.  The following is a summary of the most significant professional services rendered by Applicant during the Application Period organized in accordance with Applicant's internal system of task codes:

ny-1056533

      (a)      Expert Report Project.

Fees:  $115,814.00; Total Hours:  293.3

      (b)      Deposition Preparation.

Fees:  $37,288.00; Total Hours:  100.9

19.    Applicant is providing an independent assessment of the Total Allowed Claim as defined in the RMBS Trust Settlement Agreements and its reasonableness.

20.    The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit E</u> present more completely the work performed by Applicant in each billing category during the Application Period.

C O N C L U S I O N

21.    Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

22.    Applicant therefore requests an order (i) approving interim compensation in the amount of $154,052.00 and interim reimbursement of expenses in the amount of $372,849.29,[1] (ii) directing payment of all compensation held back in connection with the Monthly Fee Applications and (iii) granting such other and further relief as may be just and proper.

---

[1]    The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

ny-1056533

Dated: 03/03/14

_____

FRANK SILLMAN

*Consultant for Residential Capital, LLC, et al.*

E X H I B I T A

*Consultant to the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
FIFTH AND FINAL FEE APPLICATION OF FORTACE LLC AS CONSULTANT FOR
THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>INCURRED FOR THE PERIOD July 6, 2013 THROUGH December 17, 2013</u>

I, Frank Sillman, hereby certify that:

      1.     I am a Managing Partner with the applicant firm, Fortace LLC (the "Firm"),

which serves as Consultant to Residential Capital, LLC., *et al.*, as debtors and debtors in

possession (collectively, the "Debtors").

      2.     This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-447, adopted by the Court on January 29, 2013 (the

"Local Guidelines"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on*

*January 30, 1996* (the "UST Guidelines") and the *Order to Establish Procedures for Interim*

*Monthly Compensation and Reimbursement of Expenses of Professionals* (the "Interim

Compensation Order") [Docket No. 172], and collectively with the Local Guidelines and UST

Guidelines, the "Guidelines"), in connection with the Firm's application, dated May 21, 2012

(the "Application"), for interim compensation and reimbursement of expenses for the period

commencing September 01, 2013 through and including December 17, 2013, in accordance with

the Guidelines.

3. In respect of Section B.1 of the Local Guidelines, I certify that:

(a) I have read the Application;

(b) to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within these Amended Guidelines, except as specifically noted in the certification and described in the fee application;

(c) the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d) in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

(e) the airline travel expenses are coach class or coach class equivalent, such as economy class, if the airline doesn't market their coach equivalent fares as coach class travel.

4. In respect of Section B.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that the Firm has complied with the provisions requiring it to

provide the United States Trustee for the Southern District of New York and the Debtors and

their attorneys with a statement of the Firm's fees and expenses accrued during the previous

month within the prescribed timeframes.

5. In respect of Section B.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application within the prescribed timeframes.

Dated: 03/03/14

_____

FRANK SILLMAN

*Consultant for Residential Capital, LLC, et al.*

EXHIBIT B

SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY FORTACE LLC ON BEHALF OF THE DEBTORS FOR THE PERIOD September
01, 2013 THROUGH December17, 2013

Compensation by Matter

| Project Category | Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation Consulting | 001 | Expert Report Project filed 10/18/13 - the development, drafting and review of the supplemental of the expert report regarding the confirmation of the proposed Chapter 11 plan. | 293.2 | $115,814.00 |
| Litigation Consulting | 003 | Deposition Preparation – Expert's review of filed materials and additional loss analysis and reconciliation in preparation for the direct testimony. | 100.9 | $37,288.00 |
| Litigation Consulting | 004 | Deposition & Court Testimony on 11/12/13 – Expert's time in deposition. | 2.0 | $950.00 |
| | | Total Fees Incurred | 396.10 | $154,052.00 |

## EXHIBIT C

SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY FORTACE LLC ON BEHALF OF THE DEBTORS FOR THE PERIOD September 01, 2013 THROUGH December 17, 2013

| Name of Professional Individual | Title | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank Sillman | Consultant | $386.18 | 273.00 | $105,427.50 |
| Michelle Minier | Consultant | $395.00 | 123.10 | $48,624.50 |
| **Total Fees Incurred** | | **$388.92** | **396.10** | **$154,052.00** |

<u>EXHIBIT D</u>

SUMMARY OF EXPENSES INCURRED BY FORTACE LLC
ON BEHALF OF THE DEBTORS FOR THE PERIOD
September 01, 2013 THROUGH December 17, 2013

| Expense Category | Amount |
|---|---|
| Update of Estimated Lifetime Loss Model for Settlement | $369,850.00 |
| Travel to/from New York for in person testimony – Hotel | $1,159.49 |
| Travel to/from New York for in person testimony – Airfare | $1,839.80 |
| Total | $372,849.29 |

E X H I B I T  E



**Monthly Statement**

**Case No. 12-12020**

**Residential Capital LLC**

| | |
|---|---|
| **Retained Professional:** | *Fortace LLC* |
| **Mailing Address:** | *1601 N. Sepulveda Blvd, Suite 146* |
| | *Manhattan Beach, CA 90266* |
| **Phone:** | *310-545-4548* |
| **Email:** | ar@fortace.com |

| | |
|---|---|
| *DATE:* | 12/16/13 |
| *INVOICE #:* | 11 |
| *PERIOD:* | 9/1/13 - 9/30/13 |
| *BILL TO:* | **Noticed Parties** |
| *FOR:* | **Work Performed** |

| Type | Project | Personnel | Title | Sum of Hours | Average of Billing Rate | Sum of Fees |
|---|---|---|---|---|---|---|
| Fee | [014-100] October 2013 Expert Report | Frank Sillman | Managing Partner | 31.4 | $395.00 | $ 12,403.00 |
| | [014-100] October 2013 Expert Report Total | | | 31.4 | $395.00 | $ 12,403.00 |
| Grand Total | | | | 31.4 | $395.00 | $ 12,403.00 |

ResCap Invoice 2013#21E719C.xls Summary



| Retained Professional: | Fortace LLC |
| Mailing Address: | 1601 N. Sepulveda Blvd, Suite 146 |
| | Manhattan Beach, CA 90266 |
| Phone: | 310-545-4548 |
| Email: | ar@fortace.com |

PERIOD: 9/1/13 - 9/30/13

| Date | Client | Project | Type | Task | Note | Personnel | Title | Hours | Billing Rate | Fees |
|------|--------|---------|------|------|------|-----------|-------|-------|--------------|------|
| 21-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the spreadsheet sent my Kayvan Sadeghi with the trust level breakdown for each of the three settlement populations. | Frank Sillman | Managing Partner | 1.20 | $ 395.00 | $ 474.00 |
| 23-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Developed the email based on the Trust level spreadsheet received from MoFo to identify the three trust populations. Send the spreadsheet to Jim Griffin at Illumination so they could investigate theavailability of the remittance data for each of the Trusts and Cusips. | Frank Sillman | Managing Partner | 1.60 | $ 395.00 | $ 632.00 |
| 23-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A105 * Meetings & Conference Calls in Firm | Conference call with Jim Griffin from Illumination to discuss the model engagement requirements. | Frank Sillman | Managing Partner | 0.80 | $ 395.00 | $ 316.00 |
| 23-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Developed the assumptions for the Estimated Lifetime Loss model for the meeting with the Illumination model team and Jim Griffin. | Frank Sillman | Managing Partner | 2.70 | $ 395.00 | $ 1,066.50 |
| 24-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the proposed settlement terms and conditions including the Debtor Sponsored Non Wrapped Trusts, the Debtor Sponsored Wrapped Trusts and the Non Debtor Sponsored Trusts. | Frank Sillman | Managing Partner | 3.60 | $ 395.00 | $ 1,422.00 |
| 24-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | I developed and sent the updated assumptions for the Estimated Lifetime Loss Models. | Frank Sillman | Managing Partner | 2.50 | $ 395.00 | $ 987.50 |
| 24-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the Plan schedules and and servicing declaration for the Non Debtor Servicing related Trusts. | Frank Sillman | Managing Partner | 1.80 | $ 395.00 | $ 711.00 |
| 24-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Conference call with Darryl Raines and Kayvan Sedeghi from MoFo to discuss the Estimated Lifetime Loss engagement requirements. | Frank Sillman | Managing Partner | 1.00 | $ 395.00 | $ 395.00 |
| 25-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | I had a call with James Griffin from Illumination to discuss the Trusts included in the different settlement populations. | Frank Sillman | Managing Partner | 0.50 | $ 395.00 | $ 197.50 |
| 25-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Conference call with Darryl Raines, Kayvan Sedeghi, Charles Kerr and Gary Lee from MoFo to have more detailed discussions rearding the engagement requirements of each of the three settlements. | Frank Sillman | Managing Partner | 1.00 | $ 395.00 | $ 395.00 |
| 26-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the trust level name and cusip level clarification spreadsheet sent by Kayvan Sedeghi from MoFo. | Frank Sillman | Managing Partner | 0.90 | $ 395.00 | $ 355.50 |
| 27-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Further review of August Plan schedules to allocate the Turst results into the various plan settlement groups. | Frank Sillman | Managing Partner | 2.30 | $ 395.00 | $ 908.50 |
| 30-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Developed the list of additional Trusts or Cusips that we still needed clarification from MoFo. An email to Kayvan Sedeghi requesting further clarification. | Frank Sillman | Managing Partner | 1.50 | $ 395.00 | $ 592.50 |
| 30-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed approximately a fourth of Monoline Trusts from the first draft of the Estimated Lifetime Losses and the Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 4.50 | $ 395.00 | $ 1,777.50 |
| 30-Sep-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Drafting of Initial Expert Report - I developed the outline for the upcoming expert report and began drafting the report. | Frank Sillman | Managing Partner | 5.50 | $ 395.00 | $ 2,172.50 |

**Total** 31.40   $ 12,403.00



**Monthly Statement**

**Case No. 12-12020**

**Residential Capital LLC**

| | |
|---|---|
| Retained Professional: | *Fortace LLC* |
| Mailing Address: | *1601 N. Sepulveda Blvd, Suite 146* |
| | *Manhattan Beach, CA 90266* |
| Phone: | *310-545-4548* |
| Email: | ar@fortace.com |

| | |
|---|---|
| *DATE:* | **12/16/13** |
| *INVOICE #:* | **12** |
| *PERIOD:* | **10/1/13 - 10/31/13** |
| *BILL TO:* | **Noticed Parties** |
| *FOR:* | **Work Performed** |

| Type | Project | Personnel | Title | Sum of Hours | Average of Billing Rate | Sum of Fees |
|---|---|---|---|---|---|---|
| Fee | [014-100] Direct Testimony Examination Nov 2013 | Michelle Minier | Managing Partner | 63.2 | | |
| | [014-100] Direct Testimony Examination Nov 2013 Total | | | 63.2 | $395.00 | $ 24,964.00 |
| | [014-100] October 2013 Expert Report | Frank Sillman | Managing Partner | 159.5 | $395.00 | $ 63,002.50 |
| | | Michelle Minier | Managing Partner | 54.1 | $395.00 | $ 21,369.50 |
| | [014-100] October 2013 Expert Report Total | | | 213.6 | $395.00 | $ 84,372.00 |
| Grand Total | | | | 276.8 | $395.00 | $ 109,336.00 |

INVOICE DETAIL

# FORTACE
FILED MITIGATION

| Retained Professional: | Fortace LLC |
| Mailing Address: | 1601 N. Sepulveda Blvd, Suite 146 |
| | Manhattan Beach, CA 90266 |
| Phone: | 310-545-4548 |
| Email: | ar@fortace.com |

DATE: 12/16/13
INVOICE #:     12
PERIOD: 10/1/13 - 10/31/13

| Date | Client | Project | Type | Task | Note | Personnel | Title | Hours | Billing Rate | Fees |
|------|--------|---------|------|------|------|-----------|-------|-------|--------------|------|
| 1-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the next 25% of Monoline Trusts from the first draft of the Estimated Lifetime Losses and the Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 5.30 | $395.00 | $2,093.50 |
| 2-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the next quarter of the Monoline Trusts from the first draft of the Estimated Lifetime Losses and the Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 4.00 | $395.00 | $1,580.00 |
| 3-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I finished the review of the last 25% of the Monoline Trusts from the first draft of the Estimated Lifetime Losses and the Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 4.80 | $395.00 | $1,896.00 |
| 4-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reconciled the deals with missing cusips and coordinated with MOFO to get the missing cusips. | Frank Sillman | Managing Partner | 1.50 | $395.00 | $592.50 |
| 7-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reconcile and validate the Monoline estimated model losses. | Michelle Minier | Managing Partner | 2.10 | $395.00 | $829.50 |
| 7-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the Performance Summary reports from the Ocwen Vision Website to prepare for the Pre-2004 Defect Rate analysis. | Frank Sillman | Managing Partner | 4.00 | $395.00 | $1,580.00 |
| 8-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I received the revised draft Monoline Estimated Lifetime Losses and the Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 6.70 | $395.00 | $2,646.50 |
| 8-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the Performance Summary reports from the Ocwen Vision Website to prepare for the Pre-2004 Defect Rate analysis. | Frank Sillman | Managing Partner | 2.50 | $395.00 | $987.50 |
| 8-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Conference call with Kayvan at MoFo to discuss comments on the expert report. | Frank Sillman | Managing Partner | 1.00 | $395.00 | $395.00 |
| 8-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reconcile Monoline trusts vs. Client provided trusts and provide spreadsheets for top 4 insurers. | Michelle Minier | Managing Partner | 4.60 | $395.00 | $1,817.00 |
| 9-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I received and began reviewing the first 25% of Non Wrapped Trusts Estimated Lifetime Losses and the Non Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 6.50 | $395.00 | $2,567.50 |
| 9-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the supplemental Monoline Estimated Lifetime losses models runs. | Frank Sillman | Managing Partner | 3.50 | $395.00 | $1,382.50 |
| 10-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I continued to review the supplemental Monoline Estimated Lifetime loss models runs. | Frank Sillman | Managing Partner | 2.30 | $395.00 | $908.50 |
| 10-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I received and began reviewing the second 25% of Non Wrapped Trusts Estimated Lifetime Losses and the Non Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 6.00 | $395.00 | $2,370.00 |
| 11-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I further revised my draft expert report based on the initial estimated loss results. | Frank Sillman | Managing Partner | 3.00 | $395.00 | $1,185.00 |
| 11-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I received and began reviewing the next quarter of Non Wrapped Trusts Estimated Lifetime Losses and the Non Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 5.30 | $395.00 | $2,093.50 |
| 11-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Conference call with Kayvan from MoFo to review the latest version of the draft expert report and the accompanying schedules. | Frank Sillman | Managing Partner | 1.00 | $395.00 | $395.00 |
| 12-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I further revised my draft expert report based on the latest model results. | Frank Sillman | Managing Partner | 2.00 | $395.00 | $790.00 |
| 12-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the last 25% of Non Wrapped Trusts Estimated Lifetime Losses and the Non Wrapped bond losses spreadsheet from Illumination. | Frank Sillman | Managing Partner | 5.30 | $395.00 | $2,093.50 |
| 13-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the Monoline trust results for the Estimated Lifetime Loss model at the Cusip level. | Frank Sillman | Managing Partner | 4.50 | $395.00 | $1,777.50 |
| 13-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Revised the draft expert report with preliminary numbers and results from the Monoline and Non Wrapped Trusts. | Frank Sillman | Managing Partner | 4.80 | $395.00 | $1,896.00 |
| 14-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Review and provide comments on expert report draft. | Michelle Minier | Managing Partner | 1.90 | $395.00 | $750.50 |
| 14-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed and developed questions for Illumination regarding the results of the Cusip level Monoline Trust Estimated Lifetime Loss models. | Frank Sillman | Managing Partner | 4.00 | $395.00 | $1,580.00 |
| 14-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the Indemnification and Insurance agreements and the related MPLA agreements for the Monoline Wrapped trusts. | Frank Sillman | Managing Partner | 6.30 | $395.00 | $2,488.50 |
| 15-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Analyze and prepare schedules for expert report - defect rates by product, shelf and vintage. | Michelle Minier | Managing Partner | 7.90 | $395.00 | $3,120.50 |
| 15-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Developed and reviewed the excel spreadsheets for the Defect Rate analysis for the Monolines. | Frank Sillman | Managing Partner | 4.70 | $395.00 | $1,856.50 |
| 15-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Developed and reviewed the excel spreadsheets for the Defect Rate analysis for the pre 2004 trusts from the Performance Summary data. | Frank Sillman | Managing Partner | 3.40 | $395.00 | $1,343.00 |
| 15-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the Indemnification and Insurance agreements and the related MLPA agreements for the Monoline Wrapped trusts. | Frank Sillman | Managing Partner | 3.50 | $395.00 | $1,382.50 |
| 16-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review, prepare, analyze and provide numbers for expert report based on model results for monoline trusts. | Michelle Minier | Managing Partner | 10.60 | $395.00 | $4,187.00 |
| 16-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the monoline estimated lifetime loss resutls and schedules. | Frank Sillman | Managing Partner | 4.70 | $395.00 | $1,856.50 |
| 16-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed and revised the latest version of my expert report. | Frank Sillman | Managing Partner | 4.60 | $395.00 | $1,817.00 |
| 17-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review, update and prepare detail schedules for final expert report related to monoline, non-monoline and Non-Debtor Sponsored Trusts. | Michelle Minier | Managing Partner | 15.80 | $395.00 | $6,241.00 |
| 17-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the Expert report.  Reconciled the report numbers to the supporting schedules. | Frank Sillman | Managing Partner | 6.50 | $395.00 | $2,567.50 |
| 17-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the Non Debtor Sponsored trust schedules. | Frank Sillman | Managing Partner | 4.10 | $395.00 | $1,619.50 |
| 17-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed the Debtor Sponsored Trust schedules. | Frank Sillman | Managing Partner | 2.50 | $395.00 | $987.50 |
| 17-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Review, update and edit Expert report draft. | Michelle Minier | Managing Partner | 1.30 | $395.00 | $513.50 |
| 18-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Developed and reviewed the schedule of documents relied upon for the Expert report. | Frank Sillman | Managing Partner | 1.80 | $395.00 | $711.00 |
| 18-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Reviewed and revised the final draft of the Expert report. | Frank Sillman | Managing Partner | 3.00 | $395.00 | $1,185.00 |

INVOICE DETAIL

**FORTACE**
FILE LITIGATION

| | |
|---|---|
| Retained Professional: | Fortace LLC |
| Mailing Address: | 1601 N. Sepulveda Blvd, Suite 146 |
| | Manhattan Beach, CA 90266 |
| Phone: | 310-545-4548 |
| Email: | ar@fortace.com |

DATE: 12/16/13
INVOICE #:     12
PERIOD: 10/1/13 - 10/31/13

| Date | Client | Project | Type | Task | Note | Personnel | Title | Hours | Billing Rate | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 18-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review, provide edits and update to analysis requested for final expert report. | Michelle Minier | Managing Partner | 9.30 | $395.00 | $3,673.50 |
| 18-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Completed and organized the final schedules relied upon for the expert report. | Frank Sillman | Managing Partner | 3.30 | $395.00 | $1,303.50 |
| 21-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | I reviewed the October 11th plan schedules and developed the reconciliation format. | Frank Sillman | Managing Partner | 4.40 | $395.00 | $1,738.00 |
| 21-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Begin reconciling 10/18 Expert Report scheduled to Plan Schedule Oct 11 | Michelle Minier | Managing Partner | 4.70 | $395.00 | $1,856.50 |
| 22-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewing the reconciliation of monoline wrapped and non wrapped bonds to the October 11th plan schedule and the individual monoline provided schedules. | Frank Sillman | Managing Partner | 4.00 | $395.00 | $1,580.00 |
| 22-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Reviewing the reconciliation of monoline wrapped and non wrapped bonds to the October 11th plan schedule and the individual monoline provided schedules. | Michelle Minier | Managing Partner | 6.80 | $395.00 | $2,686.00 |
| 23-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Report Preparation and Review | Provided updated Non-Debtor Trusts Report Schedule for Annex to 10/18 expert report. | Michelle Minier | Managing Partner | 0.60 | $395.00 | $237.00 |
| 23-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewing the reconciliation of monoline wrapped and non wrapped bonds to the October 11th plan schedule and the individual monoline provided schedules. | Michelle Minier | Managing Partner | 6.30 | $395.00 | $2,488.50 |
| 23-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Reconcile Ambac & Assured wrapped bonds to monoline confirmations.  Identified differences, researched and evaluated additional model runs.  Provided Ambac reconciliation to MoFo. | Michelle Minier | Managing Partner | 8.80 | $395.00 | $3,476.00 |
| 24-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Finalize and provide Assured reconciliation to MoFo.  Reconcile and research MBIA wrapped bonds per MBIA schedule verses expert report. | Michelle Minier | Managing Partner | 6.90 | $395.00 | $2,725.50 |
| 24-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review and researched the MBIA reconciliation results. | Frank Sillman | Managing Partner | 3.80 | $395.00 | $1,501.00 |
| 25-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Finalized the MBIA cusp and trust reconciliation. | Michelle Minier | Managing Partner | 2.10 | $395.00 | $829.50 |
| 25-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Preliminary review and reconciliation discussion with Michelle Minier regarding the FGIC list of wrapped deals. | Frank Sillman | Managing Partner | 1.80 | $395.00 | $711.00 |
| 25-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Finalize and send MBIA wrapped bonds reconciliation to MoFo.  Received FGIC confirmation and begin reconciliation. | Michelle Minier | Managing Partner | 4.80 | $395.00 | $1,896.00 |
| 25-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Call with Kayvan to review monoline reconciliations for Assured and MBIA. | Michelle Minier | Managing Partner | 0.50 | $395.00 | $197.50 |
| 25-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Call with Kayvan Sadeghi to review the monoline reconciliation results. | Frank Sillman | Managing Partner | 0.50 | $395.00 | $197.50 |
| 27-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Reconcile and research differences between FGIC confirmation of wrapped bonds and the 10/18 expert report. | Michelle Minier | Managing Partner | 4.50 | $395.00 | $1,777.50 |
| 28-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Finalize MBIA research and reconciliation.  Provide MoFo with MBIA reconciliation.  Respond to MoFo questions regarding reconciliations.  Work with Illumination on FGIC reconciling items. | Michelle Minier | Managing Partner | 6.50 | $395.00 | $2,567.50 |
| 28-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review the MBIA and FGIC reconciliation of insured deals and certain prosupps to verify the bonds with insurance. | Frank Sillman | Managing Partner | 3.60 | $395.00 | $1,422.00 |
| 29-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewing the FGIC reconciliation and prosupps to validate which bonds were insured. | Frank Sillman | Managing Partner | 3.40 | $395.00 | $1,343.00 |
| 29-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Evaluate Illumination responses to FGIC reconciling items.  Provide updated reconciliation to MoFo.  Evaluate response from Ambac. | Michelle Minier | Managing Partner | 6.40 | $395.00 | $2,528.00 |
| 30-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the Assured reconciliation. | Frank Sillman | Managing Partner | 0.50 | $395.00 | $197.50 |
| 30-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Research Ambac responses regarding 18 classes.  Reconcile and research variances in the Debtor Sponsored-Non Wrapped Trusts & Non-Debtor-Sponsored Trusts identified between the expert report and Schedules 2 & 3 of the Oct 11 Plan Schedule. | Michelle Minier | Managing Partner | 8.60 | $395.00 | $3,397.00 |
| 31-Oct-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reconciliation of the Monoline schedules provided by the Monoline companies to the Oct 11th Plan Schedules 2 & 3. | Frank Sillman | Managing Partner | 2.70 | $395.00 | $1,066.50 |
| 31-Oct-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Reconcile and research differences between Oct 11 Plan Schedules 2 & 3 vs. expert report. | Michelle Minier | Managing Partner | 4.70 | $395.00 | $1,856.50 |
| **Total** | | | | | | | | 276.80 | | $109,336.00 |



**Monthly Statement**

**Case No. 12-12020**

**Residential Capital LLC**

| | | |
|---|---|---|
| Retained Professional: | *Fortace LLC* | |
| Mailing Address: | *1601 N. Sepulveda Blvd, Suite 146* | |
| | *Manhattan Beach, CA 90266* | |
| Phone: | *310-545-4548* | |
| Email: | ar@fortace.com | |

| | |
|---|---|
| DATE: | **12/16/13** |
| INVOICE #: | **13** |
| PERIOD: | **11/1/13 - 11/30/13** |
| BILL TO: | **Noticed Parties** |
| FOR: | **Work Performed** |

| Type | Project | Personnel | Title | Sum of Hours | Average of Billing Rate | Sum of Fees |
|---|---|---|---|---|---|---|
| Expense Reimbursement | Estimated Lifetime Loss Modeling | Illumination | n/a | | | $ 369,850.00 |
| | Estimated Lifetime Loss Modeling Total | | | | | $ 369,850.00 |
| | Hotel Stay | Frank Sillman | Managing Partner | | | $ 1,159.49 |
| | Hotel Stay Total | | | | | $ 1,159.49 |
| | Travel Airline - Main Cabin | Frank Sillman | Managing Partner | | | $ 1,839.80 |
| | Travel Airline - Main Cabin Total | | | | | $ 1,839.80 |
| **Expense Reimbursement Total** | | | | | | $ 372,849.29 |
| Fee | [014-100] Deposition & Court Testimony | Frank Sillman | Managing Partner | 2.00 | $475.00 | $ 950.00 |
| | [014-100] Deposition & Court Testimony Total | | | 2.00 | $475.00 | $ 950.00 |
| | [014-100] Deposition Preparation | Frank Sillman | Managing Partner | 11.80 | $395.00 | $ 4,661.00 |
| | [014-100] Deposition Preparation Total | | | 11.80 | $395.00 | $ 4,661.00 |
| | [014-100] Direct Testimony Examination Nov 2013 | Frank Sillman | Managing Partner | 7.10 | $395.00 | $ 2,804.50 |
| | | Michelle Minier | Managing Partner | 5.80 | $395.00 | $ 2,291.00 |
| | [014-100] Direct Testimony Examination Nov 2013 Total | | | 12.90 | $395.00 | $ 5,095.50 |
| | [014-100] October 2013 Expert Report | Frank Sillman | Managing Partner | 48.20 | $395.00 | $ 19,039.00 |
| | [014-100] October 2013 Expert Report Total | | | 48.20 | $395.00 | $ 19,039.00 |
| | Travel Time | Frank Sillman | Managing Partner | 13.00 | $197.50 | $ 2,567.50 |
| | Travel Time Total | | | 13.00 | $197.50 | $ 2,567.50 |
| **Fee Total** | | | | **87.90** | **$372.72** | $ **32,313.00** |
| **Grand Total** | | | | **87.90** | | $ **405,162.29** |



INVOICE DETAIL

| | |
|---|---|
| Retained Professional: | Fortace LLC |
| Mailing Address: | 1601 N. Sepulveda Blvd, Suite 146 |
| | Manhattan Beach, CA 90266 |
| Phone: | 310-545-4548 |
| Email: | ar@fortace.com |

DATE: 12/16/13
INVOICE #: 13
PERIOD: 11/1/13 - 11/30/13

| Date | Client | Project | Type | Task | Note | Personnel | Title | Hours | Billing Rate | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reconciliation of Debtor Sponsored Trusts to Plan schedules 2 & 3 from October 11 schedules. | Frank Sillman | Managing Partner | 3.60 | $395.00 | $1,422.00 |
| 1-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review of the Sillman related references in the draft UCC brief. | Frank Sillman | Managing Partner | 1.00 | $395.00 | $395.00 |
| 1-Nov-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Evaluate results of additional model runs for the non-Debtor-sponsored trusts.  Correspond with MoFo on questions regarding certain trusts. | Michelle Minier | Managing Partner | 5.80 | $395.00 | $2,291.00 |
| 2-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the Non Debtor Sponsored Trust reconciliation between my expert report and October plan schedules. | Frank Sillman | Managing Partner | 4.90 | $395.00 | $1,935.50 |
| 3-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Continued the review of the Non Debtor sponsored trusts from my expert report and the October plan schedules. | Frank Sillman | Managing Partner | 3.10 | $395.00 | $1,224.50 |
| 4-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review the Debtor Sponsored trusts on my expert report to the October plan schedules. | Frank Sillman | Managing Partner | 4.70 | $395.00 | $1,856.50 |
| 5-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the reconciliation of the 4 monoline trusts, the Non Debtor Sponsored Trusts and Debtor Sponsored Trusts before emailing the MoFo for their follow up with the monolines and the plan schedule coordinators. | Frank Sillman | Managing Partner | 3.60 | $395.00 | $1,422.00 |
| 5-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Developed and reviewed the Defect rate sensitivity of the various monolines vs the likely coverages. | Frank Sillman | Managing Partner | 6.70 | $395.00 | $2,646.50 |
| 6-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed some prosupps, loan level reports from the Ocwen Vision Investor reporting website. | Frank Sillman | Managing Partner | 2.80 | $395.00 | $1,106.00 |
| 6-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Updated my draft direct testimony document due November 12th. | Frank Sillman | Managing Partner | 3.80 | $395.00 | $1,501.00 |
| 6-Nov-13 | ResCap | Estimated Lifetime Loss Modeling | Expense Reimbursement | | Estimated Lifetime Loss Modeling for Settlement run by Illumination | Illumination | n/a | | | $369,850.00 |
| 7-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed the updated schedules and the related source documents for my direct testimony. | Frank Sillman | Managing Partner | 3.50 | $395.00 | $1,382.50 |
| 7-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Drafted and reviewed direct testimony for filing November 12th. | Frank Sillman | Managing Partner | 3.70 | $395.00 | $1,461.50 |
| 8-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Reviewed an updated draft of my direct testimony due November 12th including the updated schedules. | Frank Sillman | Managing Partner | 2.30 | $395.00 | $908.50 |
| 13-Nov-13 | ResCap | [014-100] October 2013 Expert Report | Fee | L130 * Expert Review of Report Materials | Review of my expert reports, supplemental reports and direct testimony in preparation of my in court testimony. | Frank Sillman | Managing Partner | 4.50 | $395.00 | $1,777.50 |
| 13-Nov-13 | ResCap | Travel Airline - Main Cabin | Expense Reimbursement | A107 * Meetings & Conference Calls with Outside Counsel | Roundtrip main cabin airline travel for in person court testimony | Frank Sillman | Managing Partner | | | $1,839.80 |
| 14-Nov-13 | ResCap | [014-100] Deposition Preparation | Fee | L130 * Expert Review of Report Materials | Reviewing my prior expert report materials in preparation for my court testimony. | Frank Sillman | Managing Partner | 5.80 | $395.00 | $2,291.00 |
| 17-Nov-13 | ResCap | [014-100] Deposition Preparation | Fee | L130 * Expert Review of Report Materials | I reviewed my previous expert reports and deposition in preparation of my court testimony. | Frank Sillman | Managing Partner | 1.90 | $395.00 | $750.50 |
| 18-Nov-13 | ResCap | [014-100] Deposition Preparation | Fee | L130 * Expert Review of Report Materials | Reviewing my expert reports, supplemental reports and depositions in preparation for my court testimony. | Frank Sillman | Managing Partner | 4.10 | $395.00 | $1,619.50 |
| 18-Nov-13 | ResCap | Travel Time | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Travel from Los Angeles to New York for in person court testimony. | Frank Sillman | Managing Partner | 6.10 | $197.50 | $1,204.75 |
| 19-Nov-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Review of my expert reports, supplemental report and direct testimony in preparation for my court testimony. | Frank Sillman | Managing Partner | 4.10 | $395.00 | $1,619.50 |
| 19-Nov-13 | ResCap | [014-100] Direct Testimony Examination Nov 2013 | Fee | L130 * Expert Report Preparation and Review | Preparation with Kayvan Sadeyki and Darrel Raines for Court Testimony, | Frank Sillman | Managing Partner | 3.00 | $395.00 | $1,185.00 |
| 20-Nov-13 | ResCap | [014-100] Deposition & Court Testimony | Fee | L420 * Expert Court Testimony | Time spent at the US Bankruptcy court waiting for my scheduled court testimony. | Frank Sillman | Managing Partner | 2.00 | $475.00 | $950.00 |
| 20-Nov-13 | ResCap | Travel Time | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Travel time from the Federal Bankruptcy Court to JFK | Frank Sillman | Managing Partner | 1.00 | $197.50 | $197.50 |
| 20-Nov-13 | ResCap | Travel Time | Fee | A107 * Meetings & Conference Calls with Outside Counsel | Airline travel time from JFK to LAX | Frank Sillman | Managing Partner | 5.90 | $197.50 | $1,165.25 |
| 20-Nov-13 | ResCap | Hotel Stay | Expense Reimbursement | A107 * Meetings & Conference Calls with Outside Counsel | Two nights hotel stay for in person court testimony | Frank Sillman | Managing Partner | | | $1,159.49 |
| **Total** | | | | | | | | 87.90 | | $405,162.29 |