# EXHIBIT 1

# Time Detail
## September 1, 2013 to December 17, 2013

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B. | 5-Sep-13 | 1.00 | $783.00 | Prepare for compensation committee meeting (1.0). |
| Dempsey  John B. | 6-Sep-13 | 2.00 | $1,566.00 | Prepare for compensation committee meeting regarding CRO compensation (1.0); attend same (1.0). |
| Dempsey  John B. | 9-Sep-13 | 1.00 | $783.00 | Revisions to compensation committee deck regarding CRO comparables (1.0). |
| Dluhy  Bryan M. | 10-Sep-13 | 1.00 | $359.60 | Update CRO analysis and deck (1.0). |
| Dempsey  John B. | 11-Sep-13 | 2.00 | $1,566.00 | Prepare for compensation committee meeting (1.0); attend same (1.0). |
| Dluhy  Bryan M. | 11-Sep-13 | 2.00 | $719.20 | Review and prepare for fee application hearing (0.5); attend same (1.5). |
| Dluhy  Bryan M. | 12-Sep-13 | 4.00 | $1,438.40 | Update CRO analysis and deck for next board meeting (4.0). |
| Kulkarni  Nikhil | 12-Sep-13 | 7.00 | $1,908.20 | Research CRO compensation issues (7.0). |
| Dluhy  Bryan M. | 13-Sep-13 | 7.00 | $2,517.20 | Update CRO analysis and deck based upon additional research (6.0); conferences with Nikhil Kulkarni regarding same (1.0). |
| Kulkarni  Nikhil | 13-Sep-13 | 5.25 | $1,431.16 | Additional research for CRO compensation issues (4.25); conference with Bryan Dluhy regarding same (1.0). |
| Dluhy  Bryan M. | 14-Sep-13 | 3.00 | $1,078.80 | Additional revisions to CRO analysis and deck for board meeting (3.0). |
| Dempsey  John B. | 16-Sep-13 | 2.00 | $1,566.00 | Prepare for ResCap special board meeting (1.0); attend same (1.0). |
| Dluhy  Bryan M. | 16-Sep-13 | 3.50 | $1,258.60 | Revise CRO compensation deck for board meeting (3.0); update Dempsey declaration based upon same (0.5). |
| Kulkarni  Nikhil | 16-Sep-13 | 2.00 | $545.20 | Additional research on CRO compensation issues (2.0). |
| Dempsey  John B. | 19-Sep-13 | 2.00 | $1,566.00 | Prepare declaration for CRO success fee request (2.0). |
| Dluhy  Bryan M. | 19-Sep-13 | 1.50 | $539.40 | Revise CRO comp deck for BOD meeting  (1.0); revise declaration of John Dempsey based upon same (0.5). |
| Dempsey  John B. | 20-Sep-13 | 2.00 | $1,566.00 | Revise declaration in support of CRO success fee request (2.0). |
| Dluhy  Bryan M. | 20-Sep-13 | 0.50 | $179.80 | Revise CRO comp deck in connection with CRO success fee request (0.5). |
| Dempsey  John B. | 23-Sep-13 | 1.00 | $783.00 | Additional revisions to declaration for CRO success fee request (1.0). |
| Dluhy  Bryan M. | 23-Sep-13 | 2.00 | $719.20 | Revise CRO success fee analysis and report for same (2.0). |
| Dempsey  John B. | 24-Sep-13 | 1.00 | $783.00 | Review and revise declaration for CRO success fee request based upon updated analysis (1.0). |
| Dluhy  Bryan M. | 24-Sep-13 | 0.50 | $179.80 | Additional research regarding CRO success fee issues (0.5). |
| Dempsey  John B. | 25-Sep-13 | 2.00 | $1,566.00 | Telephone conference with Naomi Moss and Lorenzo Marinuzzi (counsel for debtors) regarding declaration for CRO success fee request (0.5); update draft declaration regarding CRO success fee request based upon same (1.5). |

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dluhy Bryan M. | 25-Sep-13 | 2.50 | $899.00 | Research for CRO success fee analysis (2.0): revise Dempsey declaration for same (0.5). |
| Baker Bret A. | 26-Sep-13 | 0.50 | $232.00 | Regression analysis for CRO success fee issues (0.5). |
| Dempsey John B. | 26-Sep-13 | 1.00 | $783.00 | Draft declaration regarding CRO success fee (1.0). |
| Dluhy Bryan M. | 26-Sep-13 | 6.00 | $2,157.60 | Additional revisions to declaration in support of request for CRO success fee (1.5); additional research and analysis for same (4.5). |
| Kulkarni Nikhil | 26-Sep-13 | 4.00 | $1,090.40 | Prepare deck for compensation committee (4.0). |
| Dempsey John B. | 27-Sep-13 | 2.00 | $1,566.00 | Telephone conference with Meryl Rothchild (MoFo) regarding ResCap Declaration (1.0); draft declaration regarding CRO success fee (1.0). |
| Dluhy Bryan M. | 27-Sep-13 | 2.50 | $899.00 | Revise CRO success fee analysis and report in connection with same (2.5). |
| Moy Stan W. | 1-Oct-13 | 4.00 | $2,041.60 | Research and analysis regarding CRO success fee issues (4.0). |
| Dempsey John B. | 7-Oct-13 | 1.00 | $783.00 | Prepare for CRO success fee hearing (1.0). |
| Dempsey John B. | 8-Oct-13 | 2.00 | $1,566.00 | Additional preparation for CRO success fee hearing (1.0); attend same (1.0). |
| Mayer Julie J. | 21-Oct-13 | 5.75 | $433.55 | Research for compensation plan issues (5.75). |
| Dluhy Bryan M. | 11-Nov-13 | 1.00 | $359.60 | Update estate market pricing information (0.5); prepare compensation proposals based upon same (0.5). |
| Dempsey John B. | 12-Nov-13 | 1.50 | $1,174.50 | Prepare market data for 2014 compensation analysis (1.0); conference with Bryan Dluhy regarding same (0.5). |
| Dluhy Bryan M. | 12-Nov-13 | 2.50 | $899.00 | Update estate market pricing and prepare comp proposals (2.0); conference with Bryan Dluhy regarding same (0.5). |
| Kulkarni Nikhil | 12-Nov-13 | 0.50 | $136.30 | Research regarding market pricing (0.5). |
| Dempsey John B. | 13-Nov-13 | 1.00 | $783.00 | Prepare market data for 2014 compensation proposals (1.0). |
| Dluhy Bryan M. | 13-Nov-13 | 2.50 | $899.00 | Update estate market pricing for preparation of compensation proposals (2.5). |
| Kulkarni Nikhil | 13-Nov-13 | 5.00 | $1,363.00 | Research for preparing 2014 compensation proposals (5.0). |
| Dempsey John B. | 14-Nov-13 | 1.75 | $1,370.25 | Review market data for 2014 compensation proposals (1.0); conference with Tim McDonaugh, Jordan Wishnew, and Nikhil Kulkarni regarding 2014 proposals (0.75). |
| Kulkarni Nikhil | 14-Nov-13 | 1.50 | $408.90 | Additional research for 2014 compensation proposals (0.75); conference with Tim McDonaugh, Jordan Wishnew, and John Dempsey regarding same (0.75). |
| Dempsey John B. | 15-Nov-13 | 1.50 | $1,174.50 | Telephone conference with Tim McDonaugh regarding KEIP Compensation issues (0.5); revise market data for 2014 compensation based upon same (1.0). |
| Mayer Julie J. | 18-Nov-13 | 1.00 | $75.40 | Research for compensation plan issues (1.0). |
| | **Totals:** | **106.25** | **$46,497.16** | |