# EXHIBIT 2

**Expense Detail**
**September 1, 2013 to December 17, 2013**

| Date | Amount | Description |
|---|---|---|
| 9/26/2013 | $19.27 | Late Work - Dinner - Sahil Mehta - September 18, 2013. |
| 9/26/2013 | $19.74 | Late Work - Taxi - Sahil Mehta - September 18, 2013. |
| 9/30/2013 | $663.30 | Legal Fees (detail attached). |
| 10/2/2013 | $18.00 | Late Work - Taxi - Nikhil Kulkarni - September 13, 2013, 9:00 p.m. |
| 10/2/2013 | $20.00 | Late Work - Dinner - Nikhil Kulkarni (capped at $20.00) - September 12, 2013, 8:00 p.m. |
| 10/2/2013 | $19.70 | Late Work - Taxi - Nikhil Kulkarni - September 12, 2013, 9:30 p.m. |
| 10/2/2013 | $20.00 | Late Work - Dinner - Nikhil Kulkarni (capped at $20.00) - September 26, 2013, 8:30 p.m. |
| 10/2/2013 | $21.90 | Late Work - Taxi - Nikhil Kulkarni - September 26, 2013, 10:00 p.m. |
| 10/4/2013 | $10.00 | Late Work - Taxi - Bryan M. Dluhy - September 13, 2013, 9:00 p.m. |
| 10/31/2013 | $265.45 | Legal Fees (detail attached). |
| 11/30/2013 | $1,295.10 | Legal Fees (detail attached). |
| 12/17/2013 | $2,682.00 | Legal Fees (detail attached). |
|  | **$5,054.46** |  |

# Freeborn

FREEBORN & PETERS LLP

2            October 18, 2013

No: 100110146

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Sep 9, 2013* | **Sheldon, Kathryn C.** Edit supplement to third interim fee application (0.6); file same (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.90 | 193.50 |
| *Sep 10, 2013* | **Eggert, Devon J.** Telephone conference with Bryan Dluhy in preparation for September 11 fee application hearing (0.2). | 0.20 | 61.00 |
| *Sep 11, 2013* | **Eggert, Devon J.** Review and prepare for hearing on third interim fee application (0.4); attend same (0.4). | 0.80 | 244.00 |
| *Sep 11, 2013* | **Sheldon, Kathryn C.** Draft and edit fee application status chart (0.4). | 0.40 | 86.00 |
| *Sep 18, 2013* | **Eggert, Devon J.** Review draft order regarding approval of third interim fee application and payment of holdbacks from prior fee applications (0.2); telephone conference with Sonya Park of Mercer regarding information for same (0.2); e-mail correspondence to Erica Richards (counsel for debtors) regarding same (0.1). | 0.50 | 152.50 |
| Total [L120] Analysis/Strategy | | 2.80 | 737.00 |



FREEBORN & PETERS LLP

3                                                                October 18, 2013

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 1.50 | 305.00 | $457.50 |
| Sheldon, Kathryn C. | 1.30 | 215.00 | $279.50 |
| TOTAL HOURS | 2.80 | | |

TOTAL FEES                                                                                    $737.00


TOTAL FEES AND DISBURSEMENTS                                                  $737.00

c:\bills\621016.bil

2954299v1/06774-0072

# Freeborn

FREEBORN & PETERS LLP

2                                                                    November 7, 2013

No: 100112790

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| *Oct 22, 2013* | *Sheldon, Kathryn C.* | Review correspondence from client regarding rate changes (0.1); draft supplemental declaration in support of Mercer's retention relating to same (0.2); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.40 | 86.00 |
| *Oct 23, 2013* | *Sheldon, Kathryn C.* | Revise supplemental declaration in support of Mercer's retention (0.1); e-mail correspondence with Devon Eggert regarding same (0.1). | 0.20 | 43.00 |
| *Oct 23, 2013* | *Eggert, Devon J.* | E-mail correspondence from Erica Richards (counsel for debtors) regarding timeline for submitting fourth interim fee application (0.1); e-mail correspondence to John Dempsey regarding same (0.1); telephone conference with Sonya Park regarding same (0.1). | 0.30 | 91.50 |
| Total [L120] Analysis/Strategy | | | 0.90 | 220.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 305.00 | $91.50 |
| Sheldon, Kathryn C. | 0.60 | 215.00 | $129.00 |
| TOTAL HOURS | 0.90 | | |

2969526v1/06774-0072



FREEBORN & PETERS LLP

3                                                                                          November 7, 2013

|                                   |          |
|-----------------------------------|---------:|
| TOTAL FEES                        | $220.50  |

**DISBURSEMENTS**

**DISBURSEMENT SUMMARY**

|                          |         |
|--------------------------|--------:|
| Appearance fee           | 67.00   |
| TOTAL DISBURSEMENTS      | $67.00  |

|                                   |          |
|-----------------------------------|---------:|
| TOTAL FEES AND DISBURSEMENTS      | $287.50  |

c:\bills\623660.bil

2969526v1/06774-0072

# Freeborn

FREEBORN & PETERS LLP

2                                                                                           December 18, 2013

No: 100116514

For professional services rendered with regard to:

Re: *Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Nov 11, 2013* | **Eggert, Devon J.**<br>E-mail correspondence to Katie Sheldon regarding preparation of interim fee application for May through August 2013 (0.1). | 0.10 | 30.50 |
| *Nov 11, 2013* | **Sheldon, Kathryn C.**<br>Draft fourth interim fee application (3.3); e-mail correspondence with Devon Eggert regarding same (0.2). | 3.50 | 752.50 |
| *Nov 14, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with John Dempsey regarding fee application and rate increase issues (0.2); conference with Katie Sheldon regarding fourth supplemental declaration in support of Mercer retention (0.1). | 0.30 | 91.50 |
| *Nov 14, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence to Devon Eggert regarding fourth interim fee application (0.2); revise supplemental declaration in support of retention (0.2); conference with Devon Eggert regarding same (0.1). | 0.50 | 107.50 |
| *Nov 18, 2013* | **Eggert, Devon J.**<br>Review and revise draft fee application (0.1); conference with Katie Sheldon regarding finalizing and filing same (0.2). | 0.30 | 91.50 |
| *Nov 18, 2013* | **Sheldon, Kathryn C.**<br>Conference with Devon Eggert regarding fourth interim fee application (0.2); final edits to same (0.7); file same (0.2); coordinate service of same 0.2). | 1.30 | 279.50 |

# Freeborn

FREEBORN & PETERS LLP

3                                                                           December 18, 2013

| | | | |
|---|---|---|---|
| *Nov 22, 2013* | ***Sheldon, Kathryn C.***<br>File supplemental declaration in support of retention (0.2); multiple e-mail correspondence with Devon Eggert regarding same (0.2). | 0.40 | 86.00 |
| Total [L120] Analysis/Strategy | | 6.40 | 1,439.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.70 | 305.00 | $213.50 |
| Sheldon, Kathryn C. | 5.70 | 215.00 | $1,225.50 |
| TOTAL HOURS | 6.40 | | |
| TOTAL FEES | | | $1,439.00 |

TOTAL FEES AND DISBURSEMENTS                                         $1,439.00

c:\bills\627384.bil

# Freeborn

FREEBORN & PETERS LLP

2                                                                                           December 18, 2013

No: 100116514

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Nov 11, 2013* | ***Eggert, Devon J.*** <br> E-mail correspondence to Katie Sheldon regarding preparation of interim fee application for May through August 2013 (0.1). | 0.10 | 30.50 |
| *Nov 11, 2013* | ***Sheldon, Kathryn C.*** <br> Draft fourth interim fee application (3.3); e-mail correspondence with Devon Eggert regarding same (0.2). | 3.50 | 752.50 |
| *Nov 14, 2013* | ***Eggert, Devon J.*** <br> Multiple e-mail correspondence with John Dempsey regarding fee application and rate increase issues (0.2); conference with Katie Sheldon regarding fourth supplemental declaration in support of Mercer retention (0.1). | 0.30 | 91.50 |
| *Nov 14, 2013* | ***Sheldon, Kathryn C.*** <br> E-mail correspondence to Devon Eggert regarding fourth interim fee application (0.2); revise supplemental declaration in support of retention (0.2); conference with Devon Eggert regarding same (0.1). | 0.50 | 107.50 |
| *Nov 18, 2013* | ***Eggert, Devon J.*** <br> Review and revise draft fee application (0.1); conference with Katie Sheldon regarding finalizing and filing same (0.2). | 0.30 | 91.50 |
| *Nov 18, 2013* | ***Sheldon, Kathryn C.*** <br> Conference with Devon Eggert regarding fourth interim fee application (0.2); final edits to same (0.7); file same (0.2); coordinate service of same 0.2). | 1.30 | 279.50 |



FREEBORN & PETERS LLP

3                               December 18, 2013

| | | | |
|---|---|---|---|
| *Nov 22, 2013* | ***Sheldon, Kathryn C.*** <br> File supplemental declaration in support of retention (0.2); multiple e-mail correspondence with Devon Eggert regarding same (0.2). | 0.40 | 86.00 |
| Total [L120] Analysis/Strategy | | 6.40 | 1,439.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.70 | 305.00 | $213.50 |
| Sheldon, Kathryn C. | 5.70 | 215.00 | $1,225.50 |
| TOTAL HOURS | 6.40 | | |
| TOTAL FEES | | | $1,439.00 |

TOTAL FEES AND DISBURSEMENTS                                $1,439.00

c:\bills\627384.bil

# Freeborn

FREEBORN & PETERS LLP

2                                                                         January 17, 2014

No: 100118876

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Dec 9, 2013* | **Eggert, Devon J.**<br>Review U.S. Trustee's omnibus fee application objection (0.1); e-mail correspondence to John Dempsey regarding same (0.1). | 0.20 | 61.00 |
| *Dec 9, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence with Devon Eggert regarding US Trustee's omnibus objection to fee application (0.2). | 0.20 | 43.00 |
| *Dec 10, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with Erica Richards (counsel for debtors) regarding hearing on fourth interim fee application (0.2). | 0.20 | 61.00 |
| *Dec 10, 2013* | **Sheldon, Kathryn C.**<br>Begin drafting final fee application (1.3) multiple e-mail correspondence and conference with Devon Eggert regarding same (0.2). | 1.50 | 322.50 |
| *Dec 11, 2013* | **Eggert, Devon J.**<br>E-mail correspondence to John Dempsey regarding preparation of final fee application based upon entry of confirmation order (0.2). | 0.20 | 61.00 |
| *Dec 11, 2013* | **Sheldon, Kathryn C.**<br>Revise draft final fee application (0.4). | 0.40 | 86.00 |
| *Dec 11, 2013* | **Fawkes, Thomas R.**<br>Conference with Devon Eggert regarding issues concerning hearing on interim fee application of Mercer and US Trustee objections to same (0.3). | 0.30 | 139.50 |

3022910v1/06774-0072

# Freeborn

FREEBORN & PETERS LLP                        3                        January 17, 2014

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Dec 12, 2013* | **Sheldon, Kathryn C.**<br>Edit final fee application (0.5); telephone conference with Nathanial Asher (Judge Glenn's chambers) regarding appearance on December 17 fee hearing (0.1); draft notice of adjournment of same (0.3). | 0.90 | 193.50 |
| *Dec 13, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with Erica Richards regarding adjournment of Mercer fee application (0.1); multiple e-mail correspondence with Katie Sheldon regarding finalizing and filing notice of adjournment (0.1). | 0.20 | 61.00 |
| *Dec 13, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence with Devon Eggert regarding notice of adjournment of fee hearing (0.1); file same (0.1). | 0.20 | 43.00 |
| *Dec 16, 2013* | **Sheldon, Kathryn C.**<br>Continue drafting final fee application (1.5); multiple e-mail correspondence with Devon Eggert regarding hearing on fourth interim fee application (0.3). | 1.80 | 387.00 |
| *Dec 17, 2013* | **Eggert, Devon J.**<br>Telephone conference with Katie Sheldon regarding open items for preparing final fee application (0.1); review and revise draft fee application (1.1); e-mail correspondence to John Dempsey regarding open items for completing final fee application (0.2). | 1.40 | 427.00 |
| *Dec 17, 2013* | **Sheldon, Kathryn C.**<br>Continue drafting final fee application (3.5). | 3.50 | 752.50 |
| *Dec 17, 2013* | **Jackiw, Brian J.**<br>Attend ResCap hearing telephonically on fourth interim fee applications (1.2). | 1.20 | 342.00 |
| Total [L120] Analysis/Strategy | | 12.20 | 2,980.00 |



FREEBORN & PETERS LLP

4                                                  January 17, 2014

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.30 | 465.00 | $139.50 |
| Eggert, Devon J. | 2.20 | 305.00 | $671.00 |
| Jackiw, Brian J. | 1.20 | 285.00 | $342.00 |
| Sheldon, Kathryn C. | 8.50 | 215.00 | $1,827.50 |
| TOTAL HOURS | 12.20 | | |

TOTAL FEES                                                                 $2,980.00


TOTAL FEES AND DISBURSEMENTS                                               $2,980.00


c:\bills\629746.bil

3022910v1/06774-0072