Thomas R. Fawkes
Devon J. Eggert
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freeborn.com
deggert@freeborn.com

*Counsel for Mercer (US) Inc.*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------
                                                    )
In re:                                              )        Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,   )        Chapter 11
                                                    )
            Debtors.                           )        Jointly Administered
-------------------------------------------------------

## **CERTIFICATE OF SERVICE**

I, Devon J. Eggert, hereby certify that on March 3, 2014 I caused a copy of the *Fifth Interim and Final Application of Mercer (US) Inc. as Compensation Consultant to the Debtors for the Interim Period from September 1, 2013 through December 17, 2013 and for the Final Period of May 14, 2012 through December 17, 2013* to be filed with the Court and served via ECF on all registered filers and also upon the following parties by the manner listed.

                                                                    /s/ Devon J. Eggert

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
*Counsel for the Debtors*

Office of the United States Trustee
Attn: Brian Masumoto and Michael Driscoll
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(Two hard copies and two searchable electronic copies)

Office of the United States Trustee
Attn: Eric J. Small
355 Main Street – First Floor
Poughkeepsie, New York 12601
(One hard copy and one searchable electronic copy)

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Creditors' Committee*

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022
*Counsel for Ally Financial Inc.*

Deanna Marie Anderson
Courtroom Deputy to the Honorable Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
(One hard copy and two searchable electronic copies)

ResCap Liquidating Trust
c/o Quest Turnaround Advisors, LLC
Attn: Jeffrey Brodsky
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573