SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Duane M. Geck (Admitted *Pro Hac Vice*)
dmg@severson.com
Donald H. Cram (Admitted *Pro Hac Vice*)
dhc@severson.com

*Special California Litigation Counsel to the
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

I. Linda K. Han, depose and say that I am employed by Severson & Werson, PC, the Special California Litigation Counsel to the Debtors and Debtors In Possession.

A    On March 3, 2014, at the direction of a member of the bar of this Court, I caused the following documents, with exhibits, to be served by enclosing said documents in an envelope or package addressed to the persons at the addresses listed and provided by the delivery method indicated on the Service List attached hereto as Exhibit A.

**SUMMARY OF FINAL APPLICATION OF SEVERSON & WERSON, P.C. AS SPECIAL CALIFORNIA LITIGATION COUNSEL FOR DEBTORS FOR ALLOWANCE OF PRIOR INTERIM FEES AND EXPENSES (FROM MAY 14, 2012 THROUGH AUGUST 31, 2013) ON A FINAL BASIS AND FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
TIME PERIOD BETWEEN SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

Executed on March 3, 2014, at San Francisco, California.

_____
Linda K. Han

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this March 3, 2014, by Linda K. Han, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Marilyn Li, Notary
Commission No. 1953533
Commission Expires:  October 21, 2015

MARILYN LI
Commission # 1953533
Notary Public - California
San Francisco County
My Comm. Expires Oct 21, 2015

**EXHIBIT A**

## SERVICE LIST

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

**Office of the United States Trustee**
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

**United States Trustee**
Office of the U.S. Trustee
U.S. Federal Office Building
Attn: Brian S. Masumoto and Michael Driscoll
201 Varick Street, Suite 1006
New York, NY 10014

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**ResCap Liquidating Trust**
c/o Quest Turnaround Advisors, LLC
Attn: Jeffrey Brodsky
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573