CENTERVIEW PARTNERS LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019
Telephone:    (212) 380-2650
Facsimile:    (212) 380-2651

*Investment Banker to the Debtors and*
*Debtors-in-Possession*

**(Hearing Date: TBD)**
**(Objection Deadline: TBD)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

**SUMMARY OF FIFTH INTERIM AND FINAL APPLICATION OF CENTERVIEW**
**PARTNERS LLC AS INVESTMENT BANKER FOR THE DEBTORS FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE**
**PERIOD MAY 14, 2012 THROUGH DECEMBER 17, 2013**

| | |
|---|---|
| Name of Applicant: | Centerview Partners LLC ("**Applicant**" or "**Centerview**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al.* (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on July 26, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Interim Compensation and Reimbursement is sought: | September 1, 2013 through December 17, 2013 |
| Amount of Interim Monthly Compensation Sought as Actual, Reasonable and Necessary: | $1,200,000.00[1] |
| Amount of Interim Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7,121.41[2] |
| **Total Amount of Interim Compensation and Expense Reimbursement:** | **$1,207,121.41** |

---

Note: Capitalized terms not defined herein are defined in Centerview's engagement letter with the Debtors (see Section B).

[1] Includes 20% Monthly Fee holdback over the Fifth Interim Application Period.

[2] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night.

| | |
|---|---|
| Period for which Final Compensation and Reimbursement is sought: | May 14, 2012 through December 17, 2013 (the "**Application Period**") |
| Amount of Final Monthly Compensation Sought as Actual, Reasonable and Necessary: | $5,700,000.00[1] |
| Amount of In-Court Transaction Fee Compensation Sought as Actual, Reasonable and Necessary: | $3,800,000.00[2] |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $68,853.16[3] |
| **Total Amount of Final Compensation and Expense Reimbursement:** | **$9,568,853.16** |

This is a(n):  ___  monthly  _X_  interim  _X_  final application.

---

[1] Includes 20% Monthly Fee holdback over the Application Period.

[2] Net of $2,000,000.00 crediting of DIP fees and $450,000.00 crediting of Monthly Advisory Fees. Paid by the Debtors on December 17, 2013 upon the Effective Date of the Plan pursuant to the Confirmation Order.

[3] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night. Adjusted for disallowed expenses.

## Summary of Monthly Applications for Application Period:

| Date Served | Compensation Period | Requested Fees | Requested Expenses[2] | Fees Paid | Expenses Paid | Amount of Fees in Holdback |
|---|---|---|---|---|---|---|
| First Monthly Fee Application 8/19/12[1] | 5/14/12 – 7/31/12 | $600,000.00 | $16,422.97[3] | $600,000.00 | $16,422.97 | - |
| Second Monthly Fee Application 9/25/12[1] | 8/1/12 – 8/31/12 | $300,000.00 | $1,616.22[3] | $300,000.00 | $1,616.22 | - |
| Third Monthly Fee Application 10/31/12[1] | 9/1/12 – 9/30/12 | $300,000.00 | $1,826.76[3] | $300,000.00 | $1,826.76 | - |
| Fourth Monthly Fee Application 11/28/12[1] | 10/1/12 – 10/31/12 | $300,000.00 | $10,840.90[3] | $300,000.00 | $10,840.90 | - |
| Fifth Monthly Fee Application 1/3/13[1] | 11/1/12 – 11/30/12 | $300,000.00 | $11,345.39[3] | $300,000.00 | $11,345.39 | - |
| Sixth Monthly Fee Application 2/5/12[1] | 12/1/12 – 12/31/12 | $300,000.00 | $4,420.87[3] | $300,000.00 | $4,420.87 | - |

---

[1] Objection deadline has expired.

[2] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night. Adjusted for disallowed expenses.

[3] Expense amount was credited against the $50,000.00 expense retainer.

| | | | | | | |
|---|---|---|---|---|---|---|
| Seventh Monthly Fee Application 2/27/13[1] | 1/1/13 – 1/31/13 | $300,000.00 | $6,329.72[2] | $240,000.00 | $6,329.72 | $30,000.00 |
| Eighth Monthly Fee Application 4/4/13[1] | 2/1/13 – 2/28/13 | $300,000.00 | $1,800.68 | $240,000.00 | $1,800.68 | $30,000.00 |
| Ninth Monthly Fee Application 5/7/13[1] | 3/1/13 – 3/31/13 | $300,000.00 | $3,597.05 | $240,000.00 | $3,597.05 | $30,000.00 |
| Tenth Monthly Fee Application 6/5/13[1] | 4/1/13 – 4/30/13 | $300,000.00 | $411.91 | $240,000.00 | $411.91 | $30,000.00 |
| Eleventh Monthly Fee Application 7/9/13[1] | 5/1/13 – 5/31/13 | $300,000.00 | $238.14 | $240,000.00 | $238.14 | $30,000.00 |
| Twelfth Monthly Fee Application 8/15/13[1] | 6/1/13 – 6/30/13 | $300,000.00 | $345.39 | $240,000.00 | $345.39 | $30,000.00 |
| Thirteenth Monthly Fee Application 9/10/13[1] | 7/1/13 – 7/31/13 | $300,000.00 | $2,067.57 | $240,000.00 | $2,067.57 | $30,000.00 |

---

[1] Objection deadline has expired.

[2] After adjusting for disallowed expenses, $3,526.89 of expenses was credited against the $50,000.00 expense retainer, fully depleting the retainer.

| Fourteenth Monthly Fee Application 10/11/13[1] | 8/1/13 – 8/31/13 | $300,000.00 | $468.18 | $240,000.00 | $468.18 | $30,000.00 |
|---|---|---|---|---|---|---|
| Fifteenth Monthly Fee Application 10/28/13[1] | 9/1/13 – 9/30/13 | $300,000.00 | $1,018.18 | $240,000.00 | $1,018.18 | $60,000.00 |
| Sixteenth Monthly Fee Application 11/21/13[1] | 10/1/13 – 10/31/13 | $300,000.00 | $1,040.96 | $240,000.00 | $1,040.96 | $60,000.00 |
| Seventeenth Monthly Fee Application 1/6/14[1] | 11/1/13 – 11/30/13 | $300,000.00 | $5,001.45 | $240,000.00 | - | $60,000.00 |
| Eighteenth Monthly Fee Application 2/4/13[1] | 12/1/13 – 12/17/13 | $300,000.00 | $60.82 | $210,000.00 | - | $90,000.00 |

---

[1] Objection deadline has expired.

**<u>Summary of Interim Fee Applications</u>:**

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Allowed | Fees Paid[1] | Expenses Allowed |
|---|---|---|---|---|---|---|
| First Interim Fee Application 10/19/12 | 5/14/12 – 8/31/12 | $900,000.00 | $18,761.48 | $900,000.00 | $900,000.00[2,3] | $18,039.19 |
| Second Interim Fee Application 3/14/13 | 9/1/12 – 12/31/12 | $1,200,000.00 | $29,452.59 | $1,200,000.00 | $1,198,981.31[3] | $28,433.92 |
| Third Interim Fee Application 8/7/13 | 1/1/13 – 4/30/13 | $1,200,000.00 | $12,630.14 | $1,200,000.00 | $1,079,543.32 | $12,173.46 |
| Fourth Interim Fee Application 11/18/13 | 5/1/13 – 8/31/13 | $1,200,000.00 | $3,878.62 | $1,200,000.00 | $1,079,240.66 | $3,119.28 |

---

[1] Reflects allowed fees, less 10% holdback, less reductions in expenses.

[2] Reduction in expenses credited against prepetition expense retainer.

[3] 10% holdback was released to Centerview on September 26, 2013.

4

CENTERVIEW PARTNERS LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019
Telephone:    (212) 380-2650
Facsimile:    (212) 380-2651

*Investment Banker to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------

**FIFTH INTERIM AND FINAL APPLICATION OF CENTERVIEW PARTNERS LLC
AS INVESTMENT BANKER FOR THE DEBTORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
MAY 14, 2012 THROUGH DECEMBER 17, 2013**

For its fifth interim and final application for compensation and reimbursement of

expenses (the "**Application**"), for the interim period September 1, 2013 through December 17,

2013 (the "**Fifth Interim Application Period**") and for the entire case period May 14, 2012

through December 17, 2013 (the "**Application Period**"), Centerview Partners LLC

("**Applicant**" or "**Centerview**"), investment banker to Residential Capital, LLC., *et al.*, as

debtors and debtors-in-possession (collectively, the "**Debtors**"), respectfully represents as

follows:

**JURISDICTION, VENUE AND STATUTORY PREDICATES**

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 328, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Application has been prepared in accordance with General Order M-447, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, effective as of January 29, 2013 (the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996  (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

## BACKGROUND

### A.      The Chapter 11 Cases

3.      On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors managed and operated their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases (the "**Chapter 11 Cases**") were jointly administered pursuant to Bankruptcy Rule 1015(b).

4.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

2

5.      On June 20, 2012, the Court directed that an examiner be appointed and on July

3, 2012, the Court approved Arthur J. Gonzalez as the examiner (Docket Nos. 454, 674).

6.      On December 20, 2012, the Court approved Judge James Peck as mediator for

negotiations involving a potential settlement with Ally Financial Inc. ("**AFI**" or "**Ally**").

7.      On March 3, 2013, the Court approved Lewis Kruger as Chief Restructuring

Officer to assist in developing a consensual Plan of Reorganization.

8.      On May 13, 2013, the Examiner's Report was filed with the Court under seal.  On

June 26, 2013, the Examiner's Report was released by the Court.

9.      On July 3, 2013, the Debtors filed a Plan of Reorganization (the "**Plan**" or the

"**Debtors' Plan**") and accompanying Disclosure Statement with the Court.

10.     On December 11, 2013, the Debtors' Plan was confirmed by the Court, and the

Plan went effective on December 17, 2013 (the "**Effective Date**").

**B.      Applicant's Retention**

11.     On June 26, 2012, the Debtors filed an Application (the "**Centerview Retention**

**Application**") for an Order pursuant to Sections 327(a), 328(a) and 1103 of the Bankruptcy

Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York seeking authorization to retain

Centerview as its investment banker and financial advisor *nunc pro tunc* to May 14, 2012.

12.     On June 26, 2012, as an annex to the Centerview Retention Application,

Centerview filed its engagement letter with the Debtors, dated as of October 18, 2011, (the

"**Original Engagement Letter**") along with the first amendment to the Original Engagement

Letter, dated as of March 13, 2012 (the "**First Engagement Letter Amendment**").  The

Centerview Retention Application, along with the Original Engagement Letter and the First

Engagement Letter Amendment, are annexed hereto as Exhibit B.

13.     On July 26, 2012, the Court entered the *Order Under Bankruptcy Code Sections*

*327(a) and 328(a) Authorizing Employment and Retention of Centerview Partners LLC as*

*Debtors' Investment Banker Nunc Pro Tunc to the Petition Date* (the "**Centerview Retention**

**Order**"), approving Applicant's retention.

14.     On January 24, 2013, Centerview filed a second amendment to the Original

Engagement Letter, dated as of January 17, 2013 (the "**Second Engagement Letter**

**Amendment**").  The Second Engagement Letter Amendment, annexed hereto as Exhibit C, was

approved by the Court on January 31, 2013.

15.     On October 15, 2013, Centerview filed a third amendment to the Original

Engagement Letter, dated as of October 10, 2013 (the "**Third Engagement Letter**

**Amendment**", together with the Original Engagement Letter, the First Engagement Letter

Amendment and the Second Engagement Letter Amendment, the "**Engagement Letter**").  The

Third Engagement Letter Amendment, annexed hereto as Exhibit D, was approved by the Court

on October 30, 2013.

## C.     Compensation[1]

16.     Pursuant to the Engagement Letter, in consideration for the services provided

during these Chapter 11 Cases, the Debtors have agreed to pay Centerview, pursuant to Section

328 of the Bankruptcy Code, and subject to the final approval of the Bankruptcy Court, (a) a

Monthly Advisory Fee equal to $300,000.00 payable each calendar month; and (b) an In-Court

---

[1] Capitalized terms not defined herein are defined in the Engagement Letter.

Transaction Fee equal to $12,500,000.00, payable 50% upon entering into a definitive agreement or receiving commitments with respect to a sale or a restructuring and 50% upon consummation of a sale or restructuring. Centerview was paid 50% of the In-Court Transaction Fee ($6,250,000.00) prior to the Petition Date, pursuant to the Engagement Letter. The portion of the In-Court Transaction Fee not paid prior to the Petition Date is subject to applicable crediting. Pursuant to the Engagement Letter, 50% of any Debtor-in-Possession Financing Fees ("**DIP Fees**") above $1,000,000 ($500,000 minimum for each of two DIP facilities) and 50% of three Monthly Advisory Fees are requested to be credited against the In-Court Transaction Fee.  As a result, 50% of $4,000,000.00 of DIP Fees and 50% of three Monthly Advisory Fees are subject to crediting against the In-Court Transaction Fee ($2,450,000.00 of total crediting). The portion of the In-Court Transaction Fee not paid prior to the Petition Date, as described above, was fully earned upon consummation of the sales of the Platform Assets and the Legacy Portfolio Assets (as such terms are defined herein), and due and payable on the Effective Date.

17.     Additionally, Centerview is also entitled to reimbursement for all court-approved out-of-pocket expenses (including reasonable fees and expenses of its counsel) incurred by Centerview in connection with the engagement, other than counsel fees for services provided to Centerview that are duplicative of services provided by counsel to the Debtors and which do not relate to issues affecting Centerview.

18.     Centerview now files this Application asking that the Court allow compensation for professional services rendered to the Debtors during the Application Period on a final basis in

the aggregate amount of $9,500,000.00[1] and allowance of actual expenses incurred in

connection with rendering such services in the aggregate amount of $68,853.16.[2]

### D.    Interim Compensation

19.    On July 17, 2012, the Court entered the *Order Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim**

**Compensation Order**") (Docket No. 797).  Pursuant to the terms of the Interim Compensation

Order, Centerview, among others, is authorized to file and submit monthly fee applications to the

Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally, counsel for

Barclays Bank PLC and the United States Trustee (collectively, the "**Notice Parties**").

20.    On August 19, 2012, Centerview served its first monthly fee application covering

the period from May 14, 2012 through July 31, 2012 (the "**First Monthly Fee Application**") on

the Notice Parties.  On September 25, 2012, Centerview served its second monthly fee

application covering the period from August 1, 2012 through August 31, 2012 (the "**Second**

**Monthly Fee Application**") on the Notice Parties.  Centerview did not receive any objections to

the First Monthly Fee Application or the Second Monthly Fee Application (collectively, the

**"First Interim Period Monthly Fee Applications"**).

21.    On October 19, 2012, Centerview served its first interim fee application covering

the period from May 14, 2012 through August 31, 2012 (the **"First Interim Fee Application"**)

on the Notice Parties.  Centerview received an objection filed by the United States Trustee for

---

[1] Includes 20% Monthly Fee holdback over the Application Period and In-Court Transaction Fee, net of
$2,000,000 crediting of DIP Fees and $450,000 crediting of Monthly Advisory Fees.

[2] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per
night.  Adjusted for disallowed expenses.  $50,000.00 of such expense balance credited against the entire
$50,000.00 prepetition expense retainer.

the Southern District of New York (the **"U.S. Trustee"**), pursuant to the Omnibus Objection of

the United States Trustee Regarding Fee Applications for First Interim Compensation of

Reimbursement of Expenses, and resolved such objection.  The Court approved the First Interim

Fee Application pursuant to the *Order Granting First Interim Fee Application*, but maintained

that a 10% holdback of requested fees from the First Interim Period Monthly Fee Applications

be left in place.  Centerview received payment for the remaining 10% holdback for the First

Interim Fee Application on September 26, 2013.

22.     On October 31, 2012, Centerview served its third monthly fee application

covering the period from September 1, 2012 through September 30, 2012 (the **"Third Monthly**

**Fee Application"**) on the Notice Parties.  On November 28, 2012, Centerview served its fourth

monthly fee application covering the period from October 1, 2012 through October 31, 2012 (the

**"Fourth Monthly Fee Application"**) on the Notice Parties.  On January 3, 2013, Centerview

served its fifth monthly fee application covering the period from November 1, 2012 through

November 30, 2012 (the **"Fifth Monthly Fee Application"**) on the Notice Parties.  On February

5, 2013, Centerview served its sixth monthly fee application covering the period from December

1, 2012 through December 31, 2012 (the **"Sixth Monthly Fee Application"**) on the Notice

Parties.  Centerview did not receive any objections to the Third Monthly Fee Application, the

Fourth Monthly Fee Application, the Fifth Monthly Fee Application or the Sixth Monthly Fee

Application (collectively, the **"Second Interim Period Monthly Fee Applications"**).

23.     On March 14, 2013, Centerview served its second interim fee application

covering the period from September 1, 2012 through December 31, 2012 (the **"Second Interim**

**Fee Application"**) on the Notice Parties.  Centerview received an objection filed by the U.S.

Trustee, pursuant to the Omnibus Objection of the United States Trustee Regarding Fee

Applications for Second Interim Compensation of Reimbursement of Expenses, and resolved

such objection.  The Court approved the Second Interim Fee Application pursuant to the *Order

Granting Second Interim Fee Application*, but maintained that a 10% holdback of requested fees

from the Second Interim Period Monthly Fee Applications be left in place.  Centerview received

payment for the remaining 10% holdback for the Second Interim Fee Application on September

26, 2013.

24.    On February 27, 2013, Centerview served its seventh monthly fee application

covering the period from January 1, 2013 through January 31, 2013 (the **"Seventh Monthly Fee

Application"**) on the Notice Parties.  On April 4, 2013, Centerview served its eighth monthly

fee application covering the period from February 1, 2013 through February 28, 2013 (the

**"Eighth Monthly Fee Application"**) on the Notice Parties.  On May 7, 2013, Centerview

served its ninth monthly fee application covering the period from March 1, 2013 through March

31, 2013 (the **"Ninth Monthly Fee Application"**) on the Notice Parties.  On June 5, 2013,

Centerview served its tenth monthly fee application covering the period from April 1, 2013

through April 30, 2013 (the **"Tenth Monthly Fee Application"**) on the Notice Parties.

Centerview did not receive any objections to the Seventh Monthly Fee Application, the Eighth

Monthly Fee Application, the Ninth Monthly Fee Application or the Tenth Monthly Fee

Application (collectively, the **"Third Interim Period Monthly Fee Applications"**).

25.    On August 7, 2013, Centerview served its third interim fee application covering

the period from January 1, 2013 through April 30, 2013 (the **"Third Interim Fee Application"**)

on the Notice Parties.  Centerview received an objection filed by the U.S. Trustee, pursuant to

the Omnibus Objection of the United States Trustee Regarding Fee Applications for Third

Interim Compensation of Reimbursement of Expenses, and resolved such objection.  The Court

8

approved the Third Interim Fee Application pursuant to the *Order Granting Third Interim Fee Application*, but maintained that a 10% holdback of requested fees from the Third Interim Period Monthly Fee Applications be left in place.  This 10% holdback for the Third Interim Fee Application remains outstanding.

26.    On July 9, 2013, Centerview served its eleventh monthly fee application covering the period from May 1, 2013 through May 31, 2013 (the **"Eleventh Monthly Fee Application"**) on the Notice Parties.  On August 15, 2013, Centerview served its twelfth monthly fee application covering the period from June 1, 2013 through June 30, 2013 (the **"Twelfth Monthly Fee Application"**) on the Notice Parties.  On September 10, 2013, Centerview served its thirteenth monthly fee application covering the period from July 1, 2013 through July 31, 2013 (the **"Thirteenth Monthly Fee Application"**) on the Notice Parties.  On October 11, 2013, Centerview served its fourteenth monthly fee application covering the period from August 1, 2013 through August 31, 2013 (the **"Fourteenth Monthly Fee Application"**) on the Notice Parties.  Centerview did not receive any objections to the Eleventh Monthly Fee Application, the Twelfth Monthly Fee Application, the Thirteenth Monthly Fee Application or the Fourteenth Monthly Fee Application (collectively, the **"Fourth Interim Period Monthly Fee Applications"**).

27.    On November 18, 2013, Centerview served its fourth interim fee application covering the period from May 1, 2013 through August 31, 2013 (the **"Fourth Interim Fee Application"**) on the Notice Parties.  Centerview received an objection filed by the U.S. Trustee, pursuant to the Omnibus Objection of the United States Trustee Regarding Fee Applications for Fourth Interim Compensation of Reimbursement of Expenses, and resolved such objection.  The Court approved the Fourth Interim Fee Application pursuant to the *Order*

*Granting Fourth Interim Fee Application*, but maintained that a 10% holdback of requested fees from the Fourth Interim Period Monthly Fee Applications be left in place.  This 10% holdback for the Fourth Interim Fee Application remains outstanding.

28.    On October 28, 2013, Centerview served its fifteenth monthly fee application covering the period from September 1, 2013 through September 30, 2013 (the **"Fifteenth Monthly Fee Application"**) on the Notice Parties.  On November 21, 2013, Centerview served its sixteenth monthly fee application covering the period from October 1, 2013 through October 31, 2013 (the **"Sixteenth Monthly Fee Application"**) on the Notice Parties.  On January 6, 2014, Centerview served its seventeenth monthly fee application covering the period from November 1, 2013 through November 30, 2013 (the **"Seventeenth Monthly Fee Application"**) on the Notice Parties.  On February 4, 2014, Centerview served its eighteenth monthly fee application covering the period from December 1, 2013 through December 17, 2013 (the **"Eighteenth Monthly Fee Application"**) on the Notice Parties.  Centerview did not receive any objections to the Fifteenth Monthly Fee Application, the Sixteenth Monthly Fee Application, the Seventeenth Monthly Fee Application or the Eighteenth Monthly Fee Application (collectively, the **"Fifth Interim Period Monthly Fee Applications"**).

29.    To date, Centerview has received payments totaling $4,730,000.00[1] for fees accrued from September 1, 2013 through December 17, 2013 (the "**Fifth Interim Application Period**"); $270,000.00 of fees accrued during the Fifth Interim Application Period remain outstanding.  Centerview's expense balance for the Fifth Interim Application Period was $7,121.41.  This expense balance was not credited against the expense retainer established prior to the Petition Date because the retainer was depleted prior to the commencement of the Fifth

---

[1] Includes $3,800,000.00 In-Court Transaction Fee, net of applicable crediting.

Interim Application Period. Centerview has not previously requested fees for the Fifth Interim

Application Period.

30.     To date, Centerview has received fees totaling $8,990,000.00[1] for its services

provided during the Application Period, from May 14, 2012 through December 17, 2013.

Centerview's total expense balance for the Application Period was $68,853.16,[2] of which

$50,000.00 was credited against the expense retainer established prior to the Petition Date.

31.     The amounts payable to Centerview for services rendered during the Application

Period are set forth on the following page.

---

[1] Net of $240,000.00 remaining holdback (10%) from January 1, 2013 to August 31, 2013 and $270,000.00 holdback from September 1, 2013 to December 17, 2013.  Includes $3,800,000.00 In-Court Transaction Fee, which is net of $2,000,000.00 crediting of DIP Fees and $450,000.00 crediting of Monthly Advisory Fees.

[2] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night.  Adjusted for disallowed expenses.  $50,000.00 credited against the prepetition expense retainer.

| Category | Requested Fees (100%) | Requested Expenses[1] (100%) | Total Requested | Fees Previously Paid | Expenses Previously Paid[1] | Net Amount Outstanding |
|---|---|---|---|---|---|---|
| First Interim Period (5/14/12 – 8/31/12) | $900,000.00 | $18,039.19 | $918,039.19 | $900,000.00 | $18,039.19 | - |
| Second Interim Period (9/1/12 – 12/31/12) | $1,200,000.00 | $28,433.92 | $1,228,433.92 | $1,200,000.00 | $28,433.92 | - |
| Third Interim Period (1/1/13 – 4/30/13) | $1,200,000.00 | $12,139.36 | $1,212,139.36 | $1,080,000.00 | $12,139.36 | $120,000.00 |
| Fourth Interim Period (5/1/13 – 8/31/13) | $1,200,000.00 | $3,119.28 | $1,203,119.28 | $1,080,000.00 | $3,119.28 | $120,000.00 |
| Fifth Interim Period (9/1/13 – 12/17/13) | $1,200,000.00 | $7,121.41 | $1,207,121.41 | $930,000.00 | $2,059.14 | $275,062.27 |
| In-Court Transaction Fee | $3,800,000.00 | - | $3,800,000.00 | $3,800,000.00 | - | - |
| **Total** | **$9,500,000.00** | **$68,853.16** | **$9,568,853.16** | **$8,990,000.00** | **$63,790.89** | **$515,062.27** |

E.    **RELIEF REQUESTED**

32.    By this Application, Centerview seeks entry of an order (i) granting final

allowance and award of compensation for the professional services rendered by it as investment

banker and financial advisor for the Debtors during the Application Period, consisting of fees in

the amount of $9,500,000.00, plus reimbursement of actual and necessary expenses incurred by

---

[1] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night.  Adjusted for disallowed expenses.  $50,000.00 credited against the prepetition expense retainer.

12

Centerview during the Application in the amount of $68,853.16, for a total of $9,568,853.16; and (ii) authorizing the Debtors to make payment in respect of 100% of such fees and expenses.

33.     Pursuant to Bankruptcy Rule 2016(b), there is no agreement or understanding between Centerview and any other person for the sharing of compensation to be received for services rendered in these cases.

34.     Centerview does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals.  However, Centerview has maintained written records in half-hour increments of the time expended by its professionals in the rendition of professional services to the Debtors in the Fee Period in accordance with the terms of the Retention Order.  Such time records were made contemporaneously with the rendition of services by the person rendering such services.  Subject to redaction for confidential information where necessary to protect the Debtors' estates, detailed copies of these written records have been furnished to this Court and the U.S. Trustee.

35.     Pursuant to the UST Guidelines, annexed hereto as <u>Exhibit E</u> is a schedule setting forth all Centerview professionals who have performed services in these Chapter 11 Cases during the Application Period, the capacities in which Centerview employs each individual and the aggregate number of hours expended in this matter.

36.     Pursuant to Section II.D of the UST Guidelines, annexed hereto as <u>Exhibit F</u> is a summary by project categories of the services performed by Centerview during the Application Period.

37.     Annexed hereto as <u>Exhibit G</u> is a schedule specifying the categories of expenses for which Centerview is seeking reimbursement and the total amount for each such

expense category.

38.    Annexed hereto as <u>Exhibit H</u> is a schedule specifying on a detailed basis the hours expended by Centerview professionals who have performed services in these Chapter 11 Cases during the Application Period.

39.    Annexed hereto as <u>Exhibit I</u> is a schedule specifying on a detailed basis the expenses for which Centerview is seeking reimbursement.

40.    Annexed hereto as <u>Exhibit J</u> is an auxiliary schedule of invoices for certain expenses incurred by Centerview during the Application period for which Centerview is seeking reimbursements.

41.    Centerview has not received any payments from the Debtors other than those sought by this Application; those requested in the First Interim Fee Application, in the Second Interim Fee Application, in the Third Interim Fee Application and in the Fourth Interim Fee Application; and those set forth in the Centerview Retention Application.

## F.    <u>DESCRIPTION OF SERVICES</u>

42.    The Debtors' Chapter 11 Cases were large and complex. Centerview dedicated significant resources to help the Debtors reorganize and sell their businesses and finance their operations during these Chapter 11 Cases. Centerview's work did not begin on the Petition Date. Between the execution of the Engagement Letter in October 2011 and the Petition Date, Centerview worked tirelessly to explore the Debtors' strategic alternatives and expended thousands of hours sourcing and negotiating the terms of post-petition financing and running a sale process for the Debtors' assets which ultimately resulted in the selection of two stalking horse bidders.

43.     The following summary of services rendered during the Application Period is not intended to be a detailed description of the work performed. A summary description of the post-petition work performed during the Application Period, categorized by project code, and those day-to-day services and the time expended in performing such services is set forth in Exhibit F. The following summary highlights certain key areas in which Applicant provided services to the Debtors during the Application Period.  In general, Centerview has represented the Debtors in connection with the following aspects of the Chapter 11 Cases:

DIP Financing

44.     Leading up to the Petition Date, Centerview assisted the Debtors in evaluating and securing post-petition debtor-in-possession financing from two difference sources, AFI and Barclays Bank PLC ("**Barclays**") (the "**DIP Facilities**").  The Debtors and Centerview determined that it was essential to secure the DIP Facilities in order to allow the Debtors to continue to operate their businesses in the ordinary course during the Chapter 11 Cases. In particular, the DIP Facilities allowed the Debtors to continue making servicing advances, a key obligation of the Debtors required to retain servicing contracts and to maintain relationships with the government-sponsored agencies Fannie Mae, Freddie Mac and Ginnie Mae.  During the Application Period, Centerview supported the Debtors with a number of tasks in connection with the DIP financing processes, including:

(a)     analyzing the Debtors' liquidity and projected cash flows;

(b)     contacting and communicating frequently with potential lenders, including AFI, Barclays, other prepetition providers of debt capital to the Debtors and certain potential other third party capital providers;

(c)     evaluating key terms of DIP financing arrangements proposed by potential capital providers, including structure, collateral to be pledged, principal amount, pricing and fee structure;

15

(d)     assisting the Debtors and their other advisors in restructuring the Debtors' cash management system into "islands," which allowed for the partitioning of cash flow and collateral required to consummate the DIP Facilities;

(e)     engaged with AFI and Barclays in extensive diligence and negotiations regarding the DIP Facilities; and

(f)     prepared motions and declarations in support of the DIP Facilities.

Sale Activities

45.     Upon the Court's approval of the stalking horse APAs (the "**Nationstar APA**" for the "**Platform**" assets and the "**Berkshire APA**" for the "**Legacy Portfolio**" assets), Centerview assisted the Debtors and their other advisors in launching and completing sale processes for the Debtors' servicing and origination platforms and related assets (the "**Platform Assets**") and the Debtors' whole loan and trading securities portfolio (the "**Legacy Portfolio Assets**"). These processes culminated in a successful auction during the period October 23, 2012 through October 25, 2012, which resulted in an increase in value from the stalking horse agreements of approximately $900 million. The sale of the Platform Assets closed on January 31, 2013 to Walter Investment Management Corp. ("**Walter**") and on February 15, 2013 to Ocwen Financial Corp. ("**Ocwen**") and the sale of the Legacy Portfolio Assets closed on January 31, 2013 to Berkshire Hathaway Inc. ("**Berkshire**"). Centerview then assisted the Debtors, Walter, Ocwen and Berkshire during the subsequent true-up periods pursuant to the Ocwen/Walter and Berkshire APAs. Additionally, Centerview assisted the Debtors in the sale of certain Platform Assets excluded from the sale to Ocwen and Walter due to cure objections previously asserted by certain counterparties. During the Application Period, Centerview supported the Debtors in many different activities in connection with these asset sales, including:

(a)     assisting the Debtors in evaluating competing stalking horse bids which the
        Debtors received on the eve of the hearing to approve Sale Procedures;

(b)     assisting the Debtors and their other advisors in negotiating with competing
        stalking horse bidders, ultimately resulting in $175 million of incremental value
        generated for the Debtors;

(c)     developing a list of potentially interested strategic and financial buyers, and
        contacting such potential buyers;

(d)     facilitating the negotiation of NDAs with interested potential buyers;

(e)     providing significant due diligence materials to potential buyers, their potential
        lenders and their advisors, including managing and populating a virtual data room
        with volumes of critical documents (comprising approximately 72 gigabytes of
        data);

(f)     assisting the Debtors in drafting and developing marketing materials, including a
        confidential information memorandum, a management presentation for potential
        Platform bidders and a revised business plan, among other items;

(g)     coordinating the Debtor's key operational and financial personnel for in-person
        management presentations with interested potential Platform bidders;

(h)     communicating regularly with governmental agencies including Fannie Mae,
        Freddie Mac and Ginnie Mae, among others;

(i)     coordinating on-site diligence sessions at multiple of the Debtors' facilities with
        various bidder consortia and preparing materials in connection therewith;

(j)     assisting the Debtor in preparing monthly reporting schedules as required under
        the Nationstar APA;

(k)     evaluating the financial wherewithal of each bidder, including reviewing their
        financing commitment letters, balance sheets and ability to commit capital to a
        purchase;

(l)     assisting the Debtors in quantifying non-purchase related APA adjustments,
        including the likelihood of amending the financing language in certain of the
        Debtors' pooling and servicing agreements, the cost of transferring loans off the
        Debtors' servicing platform and the cost of severing the Debtors employees;

(m)     developing analysis to address the runoff of master servicing advances and
        conducting calls with the Creditors' Committee (the "**UCC**") on such topic;

(n)     negotiating APA language with Ocwen post-auction to reflect in the APA
        accommodations made by Ocwen during the auction;

17

(o)    negotiating with Fannie Mae and Freddie Mac on behalf of the Debtors over its cure claim, thus helping to enable the close of the asset sale to Walter and Ocwen, respectively; and

(p)    assisting the Debtors and Ocwen, Walter and Berkshire with various closing-related items, including preparation and finalization of purchase price schedules, analysis of flow of funds to the Debtors' Estate and sale proceeds allocation, and the transfer of funds from the Purchasers to the Debtors' Estate.

Plan of Reorganization / Litigation Settlement

46.    Centerview, the Debtors and their other advisors spent meaningful time building consensus towards what ultimately became the Debtors' Plan of Reorganization. Centerview's involvement with the Debtors' Plan of Reorganization included (i) participating in many hours of mediation sessions, (ii) assisting in the development of the methodology used to determine unit distribution to the various constituents under a proposed Plan of Reorganization, (iii) analyzing the structure and amount of unit distribution under the various proposed Plan of Reorganization structures and explaining such analysis to all parties participating in the mediation and, (iv) participating in due diligence sessions with the various constituents to understand and evaluate their claims across the various Debtor entities, among other items.

Creditor Constituencies

47.    Centerview, the Debtors and their other advisors dedicated significant time to facilitating due diligence, responding to questions and discussing key case issues with the Debtors' creditor constituencies, including the UCC, advisors to the 9.625% Junior Secured Noteholders (the "**JSNs**") and AFI, among others.  Centerview's involvement with the Debtors' creditor constituencies has included but was not limited to the following:

(a)    developing and providing informational materials weekly on progress of the Platform and Legacy Portfolio sale processes;

(b)    preparing materials outlining potential strategies for monetizing certain of the Debtors' assets and furnishing diligence materials with respect to such assets;

(c)    participating in frequent calls with various creditor constituencies with respect to diligence inquiries, sale updates, case administration and discussions pertaining to various procedural matters;

(d)    assisting the Debtors and their other advisors in analyzing a variety of issues with respect to the collateral of certain creditor constituencies and liens on Debtor assets, including adequate protection/diminution in value and issues related to intercompany claims among Debtor entities;

(e)    preparing an expert report, and testifying to such report, to address issues with respect to the JSNs' collateral (the "**Expert Report**");

(f)    performing significant incremental diligence on the Debtors regarding Petition Date asset balances and other related items in connection with the Expert Report;

(g)    with respect to the Expert Report, preparing and analyzing Petition Date assessments of the Debtors' assets and specifically the JSNs' collateral;

(h)    reviewing and analyzing expert reports submitted by the JSNs' advisors, and preparing rebuttal analyses in response to those reports for the benefit of counsel during litigation;

(i)    attending mediation sessions with the advisors to the UCC and the JSNs; and

(j)    preparing materials outlining potential strategies for monetizing certain of the Debtors' assets and furnishing diligence materials with respect to such assets.

Case Administration

48.    Centerview assisted the Debtors and their other advisors with respect to a significant number of case-related matters pertaining to the sale process; post-petition operating activities; the plan of reorganization; the Disclosure Statement; plan mediation; testimonies, depositions and other preparation for the adversary proceedings; and other related issues. Centerview's case-related administration activities included, among other tasks:

(a)    preparing for and attending court hearings and other sessions, including:

i.    the November 19, 2012 through November 20, 2012 sale hearing,

19

ii.       the April 22, 2013 through April 23, 2013 Global Mediation sessions,

iii.      the May 7, 2013 exclusivity hearing,

iv.      the May 9, 2013 and June 26, 2013 Mediation Sessions led by Judge Peck,

v.       the May 14, 2013 cash collateral hearing,

vi.      the August 21, 2013 Disclosure Statement Hearing,

vii.     various sessions relating to Phase I of the JSN adversary proceedings,

viii.    the October 20, 2013 through October 25, 2013 Plan confirmation hearing, and

ix.      the December 11, 2013 Plan closing arguments and final confirmation.

(b)      assisting in the drafting of motions and declarations related to the Debtors' post-petition financing process, the Debtors' Platform and Legacy Portfolio sales, the Debtors' FHA Sale Process and the Debtors' use of cash collateral;

(c)      preparing for and participating in depositions on a variety of case-related topics;

(d)      reviewing and providing comments to the Debtors' declarations with respect to post-petition operations;

(e)      assisting the Debtors and their other advisors in drafting and preparing key case filings, including the Disclosure Statement and the Plan of Reorganization; and

(f)      assisting in the drafting of testimony and statements of fact for key witnesses on behalf of the Debtors in the adversary proceedings.

FHA Sale Process

49.      Centerview assisted the Debtors and their other advisors in formulating a sale process beginning January 2013 for a portion of whole loans remaining in the Debtors' estates that is insured by the Federal Housing Association (the "**FHA Sale Process**" for the "**FHA Portfolio**").  After the January 2013 FHA Sale Process concluded, Centerview assisted the Debtors in continuing to market the FHA Portfolio.  Centerview advised the Debtors in various capacities related to the FHA Sale Process during the Application Period, including:

    (a)       coordinating with the Debtors and their other advisors in revising and analyzing the population of FHA loans to be marketed;

    (b)       assisting the Debtors in drafting and revising the Mortgage Loan Purchase and Interim Servicing Agreement;

    (c)       assisting the Debtors in drafting an offering memorandum and in assembling loan level data tapes to provide to bidders executing non-disclosure agreements; and

    (d)       analyzing bids received and drafting presentations with respect to such analysis for the Debtors' Board of Directors.

50.     The foregoing description of services rendered by Applicant in specific areas is not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit H</u> present more completely the work performed by Applicant in each billing category during the Application Period.

51.     The professional services performed by Applicant were necessary and beneficial to the administration of the Debtors' Chapter 11 Cases and in the best interests of the Debtors and other parties in interest. Compensation for the services described above is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.

**G.    CALCULATION OF CENTERVIEWS' FEES FOR PROFESSIONAL SERVICES RENDERED TO THE DEBTORS DURING THE APPLICATION PERIOD**

52.     Pursuant to the Engagement Letter, Centerview is entitled to (a) a Monthly Advisory Fee equal to $300,000.00 per month ($5,700,000.00 in aggregate), and (b) an In-Court Transaction Fee equal to $12,500,000.00, 50% of which was paid by the Debtors prior to the Petition Date.  The remaining 50% of the In-Court Transaction Fee ($6,250,000.00), which was fully earned upon consummation of the sales of the Platform Assets and the Legacy Portfolio Assets, and due and payable on the Effective Date, is subject to crediting of 50% of DIP Fees

over $1,000,000 ($500,000 minimum for each of two DIP Fees) and 50% of three Monthly

Advisory Fees.

53.     Centerview credited the sum of (a) $2,000,000.00 in connection with DIP Fees

and (b) 50% of three Monthly Advisory Fees ($450,000.00) against 50% of the $12,500,000.00

In-Court Transaction Fee, resulting in a net In-Court Transaction Fee of $3,800,000.00

($12,500,000.00 x 50% = $6,250,000.00; $6,250,000.00 – $2,450,000.00 = $3,800,000.00).


**H.    NOTICE**

54.     In accordance with the Interim Compensation Order, Centerview will provide

copies of this Application to (i) this Court, (ii) the Office of the United States Trustee for the

Southern District of New York, (iii) the Debtors and their counsel, (iv) counsel to the Creditors'

Committee, (v) counsel to AFI, (vi) the liquidating trustee for the Debtors (the "**Liquidating**

**Trustee**") and (vii) the parties-in-interest who have formally requested notice by filing a written

request pursuant to Bankruptcy Rule 2002 and the Local Rules.

I.      **CONCLUSION**

55.     Based on the foregoing, Applicant requests an order (i) approving final

compensation in the amount of $9,500,000.00[1] and reimbursement of expenses in the amount of

$68,853.16[2], (ii) directing payment of all compensation currently held back in connection with

the Third, Fourth and Fifth Interim Period Monthly Fee Applications, and (iii) granting such

other and further relief as may be just and proper.

Dated: March 3, 2014

*Marc Puntus*

Marc D. Puntus
Partner

*Investment Banker for Residential Capital, LLC, et al.*

Centerview Partners LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019
Telephone: (212) 380-2650
Facsimile: (212) 380-2651

---

[1] Includes In-Court Transaction Fee of $3,800,000.00, which is net of applicable crediting.

[2] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night.  Adjusted for disallowed expenses. $50,000.00 of expenses credited against pre-petition expense retainer.

## EXHIBIT A

CENTERVIEW PARTNERS LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019
Telephone:   (212) 380-2650
Facsimile:   (212) 380-2651

*Investment Banker to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF**
**FIFTH INTERIM AND FINAL APPLICATION OF CENTERVIEW PARTNERS LLC**
**AS INVESTMENT BANKER FOR THE DEBTORS FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD MAY 14, 2012 THROUGH DECEMBER 17, 2013**

I, Marc D. Puntus, hereby certify that:

1.      I am a partner with the applicant firm, Centerview Partners LLC (the "**Firm**"),

which serves as Investment Banker to Residential Capital, LLC., *et al.*, as debtors and debtors in

possession (collectively, the "**Debtors**").

2.      This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-447, effective as of January 29, 2013 (the "**Local**

**Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on*

*January 30, 1996* (the "**UST Guidelines**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") (Docket No. 797), and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated March 3, 2014, for interim compensation and reimbursement of expenses for the interim period commencing September 1, 2013 through and including December 17, 2013, and final compensation and reimbursement of expenses for the period commencing May 14, 2012 through and including December 17, 2013 (the "**Application**"), in accordance with the Guidelines.

3.        In respect of Section B.1 of the Local Guidelines, I certify that:

    (a)        I have read the Application;

    (b)        to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

    (c)        the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

    (d)        in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.        In respect of Section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and their attorneys with a statement of the Firm's fees and expenses accrued during the previous month.

5.        To the extent the Application requests reimbursement for airfare expenses, I certify that all airfares are coach or economy class.

6.       In respect of Section A.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.


Dated: March 3, 2014


Marc D. Puntus
Partner

*Investment Banker for Residential Capital, LLC, et al.*


Centerview Partners LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019
Telephone: (212) 380-2650
Facsimile: (212) 380-2651

## EXHIBIT B

**RETENTION APPLICATION OF CENTERVIEW PARTNERS LLC, ENGAGEMENT LETTER BETWEEN CENTERVIEW PARTNERS LLC AND THE DEBTORS DATED OCTOBER 18, 2011 AND FIRST AMENDMENT TO THE ENGAGEMENT LETTER BETWEEN CENTERVIEW PARTNERS LLC AND THE DEBTORS DATED MARCH 13, 2012; FILED JUNE 26, 2012**

12-12020-mg    Doc 6573    Filed 03/03/14    Entered 03/03/14 47:84:60    Main Document
12-12020-mg    Doc 507    Filed 06/26/12    Pg 1 of 79
Pg 34 of 79

Docket #0507  Date Filed: 6/26/2012

**Hearing Date: July 13, 2012 at 10:00 a.m. (ET)**
**Objection Deadline: July 6, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi

*Proposed Counsel for the*
*  Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------
                                          )
In re:                                    )
                                          )
                                          )   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,       )
                                          )   Chapter 11
                      Debtors.            )
                                          )   Jointly Administered
                                          )
                                          )
-------------------------------------------------------------  )

**DEBTORS' APPLICATION FOR ORDER UNDER**
**BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) AUTHORIZING**
**EMPLOYMENT AND RETENTION OF CENTERVIEW PARTNERS LLC**
**<u>AS INVESTMENT BANKER</u>**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

        The debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors")[1] hereby apply (the "Application")[2] for entry of an order, the

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on
       <u>Exhibit 1</u> to the Whitlinger Affidavit (defined below).

[2]    Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the
       relief requested in this Application may refer to http://www.kccllc.net/rescap for additional information.

1212020120626000000000018

proposed form of which is attached as Exhibit 1, under sections 327(a) and 328(a) of title 11

of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of

the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District

of New York (the "Local Rules"), authorizing the employment and retention of Centerview

Partners LLC ("Centerview") as investment banker for the Debtors.  In support of this

Application, the Debtors rely on the Declaration of Marc D. Puntus (the "Puntus

Declaration"), a partner of Centerview and the co-head of its Restructuring Group, attached

hereto as Exhibit 2.  In further support of this Application, the Debtors respectfully state as

follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider the Application under 28 U.S.C. §§ 157

and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this

Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory

predicates for the relief requested herein are Bankruptcy Code sections 327(a) and 328 as

supplemented by Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1.

## BACKGROUND

2.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases; however,

the Court has directed that an examiner be appointed.

ny-1011934

3.     On May 16, 2012, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a nine member official committee of unsecured creditors (the "Creditors' Committee").

4.     The Debtors are a leading residential real estate finance company indirectly owned by Ally Financial Inc., which is not a Debtor.  The Debtors and their non-debtor affiliates operate the fifth largest mortgage loan servicing business and the tenth largest residential mortgage loan origination business in the United States.  A more detailed description of the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings (D.E. No. 6) (the "Whitlinger Affidavit").

**RELIEF REQUESTED**

5.     By this Application, the Debtors seek entry of an order authorizing the employment and retention of Centerview as the Debtors' investment banker, *nunc pro tunc* to the Petition Date, in accordance with the provisions of this Application, the Engagement Letter (as defined herein), and the proposed order submitted herewith.

**BASIS FOR RELIEF**

6.     Centerview's services will be rendered upon the terms and conditions of an engagement letter dated October 18, 2011, by and between Centerview and the Debtors, as amended on March 13, 2012 (the "Engagement Letter"), a copy of which is attached hereto with the above-mentioned amendment as Exhibit 3 and incorporated by reference herein.

7.     Established in 2006, Centerview is a full-service investment banking boutique providing financial advisory services, including mergers and acquisitions and restructuring

3

ny-1011934

advice, across a broad range of industries, including financial institutions. Centerview serves
a diverse set of clients around the world from its offices in New York, Los Angeles, San
Francisco and London. Centerview's Restructuring Group, which was founded in 2011, has
expertise in designing and managing complex restructuring processes among a wide range of
stakeholders, and a demonstrated track record of designing, negotiating and implementing
amendments, exchange offers, financings, distressed merger and acquisitions transactions and
out-of-court and in-court restructurings. Centerview and its principals have advised debtors,
lenders, committees and acquirors in many complex financial reorganizations. The Firm's
professionals have been involved in transactions representing over $100 billion in restructured
debt.

8.      The Debtors selected Centerview as their investment banker based upon,
among other things, the Debtors' need to retain an investment banking firm to provide advice
with respect to the Debtors' restructuring activities and the extensive experience and excellent
reputation of Centerview's professionals in providing investment banking services in complex
chapter 11 cases.

9.      On October 18, 2011, prior to the Petition Date, the Debtors engaged
Centerview to provide general restructuring advice in connection with the Debtors' attempts
to complete a strategic restructuring, reorganization, recapitalization and/or M&A transaction
and, if necessary, to prepare for the Debtors' commencement of chapter 11 cases.

10.     In providing prepetition services to the Debtors in connection with these
matters, Centerview's professionals have worked closely with the Debtors' management and
other professionals and have become well-acquainted with the Debtors' financial history, debt
structure, creditors, business and operations and related matters. Accordingly, Centerview has

ny-1011934

developed significant relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in these cases.

11.     Specifically, Centerview's professionals, including while employed at other firms, have provided financial advisory, investment banking and other services in connection with the in-court restructuring of numerous companies, including: Acterna Corporation, Case No. 03-12837 (BRL) (Bankr. S.D.N.Y.); Amtrol Holdings, Inc., Case No. 06-11446 (KG) (Bankr. D. Del.); Bruno's Inc., Case Nos. 98-212 (SLR) through 98-223 (SLR) (Bankr. N.D. Ala.); Calpine Corporation, Case No. 05-60200 (BRL) (Bankr. S.D.N.Y.); Charter Communications, Inc., Case No. 09-11435 (JMP) (Bankr. S.D.N.Y.); Dana Corporation, Case No. 06-10354 (BRL) (Bankr. S.D.N.Y.); Dura Automotive Systems, Inc., Case No. 06-11202 (KJC) (Bankr. D. Del.); Fairpoint Communications Inc., 09-16335 (BRL) (Bankr. S.D.N.Y.); General Growth Properties, Inc., Case No. 09-11977 (ALG) (Bankr. S.D.N.Y.); GW Limited 51, Inc., f/k/a GWLS Holdings, Inc., et al., Case No. 08-12430 (PJW) (Bankr. D. Del.); Interstate Bakeries Corporation, Case No. 04-45814 (JWV) (Bankr. W.D.Mo.); Lear Corporation, Case No. 09-14326 (ALG) (Bankr. S.D.N.Y.); Magna Entertainment Corp., Case No. 09-10720 (MFW) (Bankr. D. Del.); MagnaChip Semiconductor Finance Company, et al., Case No. 09-12008 (PJW) (Bankr. D. Del.); McLeodUSA Incorporated, Case No. 05-63230 (JHS) (Bankr. D. Del.); Mirant Corporation, Case No. 03-46590 (DML) (Bankr. N.D. Tex.); Pegasus Satellite Television, Inc., Case No. 04-20878 (JBH) (Bankr. D. Me.); PSI Net Inc., 01-13213 (REG) (Bankr. S.D.N.Y.); The Reader's Digest Association, Inc., Case No. 09-23529 (RDD) (Bankr. S.D.N.Y.); Simmons Bedding Company, Case No. 09-14037 (MFW) (Bankr. D. Del.); and Stallion Oilfield Services Ltd., Case No. 09-13562 (BLS) (Bankr. D. Del.).  Centerview's professionals have also provided such services in the out-of-court

5

restructurings of numerous companies, including: Autocam Corporation; Broder Bros Co.;

DS Waters of America, Inc.; Gate Gourmet, Inc.; Isola Group Ltd.; Keystone Automotive

Operations, Inc.; Mashantucket Pequot Gaming Enterprise, Inc. / Foxwoods Inc.; OSI

Restaurant Partners; LLC; PlayPower; and Vonage Holdings Corporation.

12.     The experienced professionals at an investment bank such as Centerview fulfill

a critical need that complements the services offered by the Debtors' other restructuring

professionals. The Debtors believe they require the services of a capable and experienced

investment banking firm such as Centerview and that Centerview is crucial to the Debtors'

success in these Chapter 11 cases.

### SERVICES TO BE PROVIDED

13.     The terms and conditions of Centerview's engagement are governed by the

Engagement Letter, which reflects the substantial efforts that have been and will continue to

be required of Centerview in this engagement. Pursuant to the terms of the Engagement

Letter, Centerview has and will continue to advise the Debtors in a variety of matters,

including, as reasonably requested:[3]

> (a)     reviewing and analyzing the Debtors' business, operations, and financial projections;
>
> (b)     evaluating the Debtors' potential debt capacity in light of its projected cash flows;
>
> (c)     assisting in the determination of a capital structure for the Debtors;
>
> (d)     assisting in the determination of a range of estimated values for the Debtors on a going concern basis;

---

[3]     This summary is solely for the convenience of the Court and parties in interest. To the extent that this summary and the terms of the Engagement Letter are inconsistent, the terms of the Engagement Letter shall control.

ny-1011934

(e)     advising the Debtors on tactics and strategies for negotiating with the Stakeholders (defined below);

(f)     rendering financial advice to the Debtors and participating in meetings or negotiations with the Stakeholders and/or rating agencies or other appropriate parties in connection with any Restructuring;[4]

(g)     advising the Debtors on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to a Restructuring;

(h)     advising and assisting the Debtors in evaluating potential Financing[5] transactions by the Debtors, and, subject to Centerview's agreement to so act and the execution of appropriate agreements, contacting potential sources of capital as the Debtors may designate and assisting the Debtors in implementing such a Financing;

(i)     assisting the Debtors in preparing documentation within Centerview's area of expertise that is required in connection with a Restructuring;

(j)     assisting the Debtors in identifying and evaluating candidates for a potential Sale Transaction[6], advising the Debtors in connection with

---

[4]     As used in the Engagement Letter and this Application, the term "Restructuring" means any restructuring, reorganization (whether or not pursuant to chapter 11 of the Bankruptcy Code) and/or recapitalization transaction or series of related transactions in respect of all or a significant portion of the Debtors' outstanding indebtedness (including any debt to an affiliate, bank debt, bond debt, and other on and off balance sheet indebtedness), and which may also include trade claims, leases (both on and off balance sheet), litigation-related claims and obligations, unfunded pension and retiree medical liabilities, and other liabilities (collectively, the "Existing Obligations") that is achieved, without limitation, through (i) a solicitation of waivers and consents from the holders of Existing Obligations (collectively, the "Stakeholders"); (ii) rescheduling of the maturities of Existing Obligations; (iii) a change in interest rates; (iv) repurchase, settlement, or forgiveness of Existing Obligations; (v) conversion of Existing Obligations into equity; (vi) an exchange offer involving the issuance of new securities in exchange for Existing Obligations; or (vii) the issuance of new securities, sale or disposition of assets, sale of debt or equity securities or other interests.

[5]     As used in the Engagement Letter and this Application, the term "Financing" means any transaction or series of transactions involving the public or private issuance, sale, or placement of equity, equity-linked, or debt securities, instruments, or obligations of the Debtors entailing debtor-in-possession financing or exit financing in connection with a case under the Bankruptcy Code.

[6]     As used in the Engagement Letter and this Application, the term "Sale Transaction" means any transaction or series of transactions consummated following a chapter 11 filing and involving (i) an acquisition, merger, consolidation, or other business combination pursuant to which the business or assets of the Debtors are, directly or indirectly, combined with another company; (ii) the acquisition, directly or indirectly, by a buyer or buyers (which term shall include a "group" of persons as defined in Section 13(d) of the Securities Exchange Act of 1934, as amended), of equity interests or options, or any combination thereof constituting a majority of the then outstanding stock of the Debtors or possessing a majority of the outstanding voting power of the Debtors (except as may occur with current Stakeholders as a result of a Restructuring); (iii) any other purchase or acquisition, directly or indirectly, by a buyer or buyers of significant assets,

*(cont'd)*

negotiations and aiding in the consummation of one or more Sale
Transactions;

(k)    attending meetings of the Debtors' Board of Directors and its
committees with respect to matters on which Centerview has been
engaged to advise the Debtors;

(l)    providing testimony, as necessary, with respect to matters on which
Centerview has been engaged to advise the Debtors in any proceeding
before the Bankruptcy Court; and

(m)    providing (but only to the extent permitted by further orders of this
Court) the Debtors with other financial restructuring advice as may be
specifically agreed upon in writing by the Debtors and Centerview.

14.    Centerview will not, without further order of this Court, provide underwriting

services to the Debtors in these Chapter 11 Cases (underwriting being understood as

assumption of the risk of buying a new issue of securities and selling or reselling such

securities).

## PROFESSIONAL COMPENSATION

15.    Centerview's decision to continue with its engagement to advise and assist the

Debtors is conditioned upon its ability to be retained in accordance with its customary terms

and conditions of employment and to be compensated for its services and reimbursed for the

expenses it incurs in accordance with its customary billing practices.

16.    Centerview intends to apply for compensation for professional services

rendered and reimbursement of expenses incurred in connection with these Chapter 11 cases,

subject to the Court's approval and in compliance with applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable

---

*(cont'd from previous page)*

securities, or other interests of the Debtors; or (iv) the formation of a joint venture or partnership with the
Debtors or direct investment in the Debtors for the purpose of effecting a transfer of all or substantially all
of the interests in the Debtors to a third party.

8

procedures and orders of the Court and consistent with the proposed terms of compensation

set forth in the Engagement Letter (the "Fee Structure").  Further, because the Debtors are

seeking to retain Centerview under Bankruptcy Code section 328(a), the Debtors believe that

Centerview's compensation should not be subject to any additional standard of review under

Bankruptcy Code section 330 and should not constitute a "bonus" under applicable law.

Notwithstanding anything herein to the contrary, the United States Trustee for the Southern

District of New York shall retain all rights to respond or object to Centerview's interim and

final applications for compensation and reimbursement of expenses on all grounds including,

but not limited to, reasonableness, pursuant to section 330 of the Bankruptcy Code, and in the

event the U.S. Trustee objects, the Court retains the right to review such interim and final

applications pursuant to section 330 of the Bankruptcy Code.

      17.     In summary, the Fee Structure provides for the following post-petition

compensation to Centerview:

      (a)     A monthly financial advisory fee (the "Monthly Advisory Fee")[7] of $300,000, payable on the first day of each month through the conclusion of the engagement; provided, that 50% of Monthly Advisory Fees paid subsequent to the Petition Date shall be credited against a Transaction Fee (defined below); provided further, that such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court.

      (b)     A fee of $12,500,000, payable upon the consummation of a Restructuring or Sale Transaction that is consummated in Bankruptcy Court (the "Transaction Fee");[8] provided; that with respect to any Restructuring or Sale Transaction that is intended to be effected, in whole or in part, as a sale pursuant to Bankruptcy Code section 363 with a stalking horse bidder, or as a prepackaged, partial prepackaged,

---

[7]    Prior to the Petition Date, the Monthly Advisory Fee fluctuated between $300,000 and $400,000, as set forth in the Engagement Letter.

[8]    The Engagement Letter also provides for payment of a transaction fee in connection with a Restructuring or Sale Transaction consummated outside of the Bankruptcy Court.

ny-1011934

or prearranged plan of reorganization, which plan may include a Sale Transaction (a "Prearranged Plan") the Transaction Fee shall be earned and payable (i) 50% upon, in the case of a sale pursuant to Bankruptcy Code section 363, execution of a stalking horse asset purchase agreement, or, in the case of a Prearranged Plan, upon obtaining indications of support from certain of the Company's key creditors that in the good faith judgment of the Board of Directors of the Company are sufficient to justify filing such Prearranged Plan, and (ii) 50% upon consummation of such Restructuring or Sale Transaction.

(c)    If the Debtors consummate any Financing, the Debtors will pay Centerview the following (the "Financing Fee"):

    (i)    1.0% of the aggregate amount of any indebtedness issued that is secured by a first lien;

    (ii)    3.0% of the aggregate amount of any indebtedness issued that (x) is secured by a second or junior lien, (y) is unsecured and/or (z) is subordinated;

    (iii)    5.0% of the aggregate amount of any equity or equity-linked securities or obligations issued; and

    (iv)    0.5% of the aggregate amount of any debtor-in-possession financing issued, plus 1.0% of the aggregate amount of any debtor-in-possession financing issued by new lenders, not to exceed $5,000,000 in the aggregate.

Any fee(s) paid under subparagraphs (c)(i), (ii) or (iii) shall be 50% credited (but only once) against a Transaction Fee subsequently paid under paragraph (b).

Any fee in excess of $500,000 paid out under subparagraph (c)(iv) shall be 50% credited against a Transaction Fee subsequently paid under paragraph (b).

(d)    If at any time during the term of Centerview's engagement or within the nine full months following the termination of the engagement the Debtors (i) receive a letter of intent to purchase all or substantially all of the Debtors' assets or (ii) receive a debtor-in-possession financing proposal, in either case, satisfactory to the Debtors, Centerview shall be due and paid a transaction fee equal to $1,200,000 (the "Interim Transaction Fee").

(e)    In addition to any fees that may be payable to Centerview and, regardless of whether any transaction occurs, the Debtors shall promptly reimburse Centerview for all: (A) reasonable documented production charges and out-of-pocket expenses (including travel and

lodging, data processing and communications charges, courier services
and other appropriate expenditures) and (B) other reasonably incurred
fees and expenses, including expenses of counsel if engaged with the
prior approval of the Debtors, which approval shall not be unreasonably
withheld.

(f)    As part of the compensation payable to Centerview, the Debtors agree
to the indemnification, contribution and other provisions (the
"Indemnification Provisions") attached to the Engagement Letter as
Exhibit B.

(g)    For the avoidance of doubt, if both a Restructuring and a Sale
Transaction occur (in separate transactions or through a single
transaction that meets both the definitions), the Company will be
obligated to pay only one Transaction Fee.  One or more fees pursuant
to paragraph (c) (as described above) may be payable in addition to a
Restructuring Fee (subject to crediting as set forth above).

18.    The Fee Structure is consistent with and typical of compensation arrangements

entered into by Centerview and its restructuring professionals and other comparable firms in

connection with the rendering of similar services under similar circumstances.  Centerview

and the Debtors believe that the foregoing compensation arrangements are both reasonable

and market-based and consistent with Centerview's normal and customary billing practices

for comparably sized and complex restructuring cases, both in- and out-of-court.

19.    In determining the level of compensation to be paid to Centerview and its

reasonableness, the Debtors compared Centerview's fee proposal to the other proposals

received by the Debtors in the investment banking selection process.  The Debtors also

compared Centerview's proposed fees with the range of investment banking fees in other

large and complex chapter 11 cases.  In both instances, the Debtors found Centerview's

proposed fees to be reasonable and within the range of other comparable transactions.

20.    Centerview's strategic and financial expertise as well as its capital markets

knowledge, financing skills, expertise in financial institution transactions, restructuring

capabilities and mergers and acquisitions expertise, all of which have been and will continue

11

to be required by the Debtors during the term of Centerview's engagement, were all important

factors in determining the Fee Structure.  The Debtors believe that the ultimate benefit of

Centerview's services hereunder cannot be measured by reference to the number of hours

expended by Centerview's professionals in the performance of such services.  Indeed, the

Debtors and Centerview agreed upon the Fee Structure in anticipation that a substantial

commitment of professional time and effort would be required of Centerview and its

professionals prior to and in connection with these chapter 11 cases and in light of the fact

that such commitment would foreclose other opportunities for Centerview, and the actual time

and commitment required of Centerview and its professionals to perform its services under

the Engagement Letter would vary substantially from week to week and month to month,

creating "peak load" issues for Centerview.

21.    The Debtors are advised by Centerview that it is not the general practice of

investment banking and financial services firms to keep detailed time records similar to those

customarily kept by attorneys.  Notwithstanding the foregoing, Centerview intends to file

interim and final fee applications for the allowance of compensation for services rendered and

reimbursement of expenses incurred in accordance with applicable provisions of the

Bankruptcy Code, the Guidelines, the Bankruptcy Rules and any applicable orders of this

Court.  Such applications will include time records setting forth, in a summary format, a

description of the services rendered by each professional, and the amount of time spent on

each date by each such individual in rendering services on behalf of the Debtors.  Because

Centerview does not ordinarily maintain contemporaneous time records in one-tenth hour (.1)

increments or provide or conform to a schedule of hourly rates for its professionals,

Centerview intends to file time records in one half (.5) hour increments.  Centerview will also

12

maintain detailed records of any actual and necessary costs and expenses incurred in

connection with the services discussed above. Centerview's applications for compensation

and expenses will be paid by the Debtors, pursuant to the terms of the Engagement Letter

upon approval by this Court.

## TERMINATION OF ENGAGEMENT

22.    Centerview's engagement may be terminated by the Debtors or Centerview at

any time without liability or continuing obligation to the Debtors or Centerview except that

following such termination and any automatic termination upon termination of these Chapter

11 cases, Centerview shall remain entitled to any fees accrued but not yet paid prior to such

termination and to reimbursement of expenses. If the Debtors terminate Centerview's

engagement or the engagement automatically terminates upon termination of these Chapter 11

cases, Centerview shall remain entitled to full payment of all fees contemplated by the

Engagement Letter in respect of any Restructuring, any Financing, and any Sale Transaction,

including fees that may be payable pursuant to the nine month "tail" provisions in the

Engagement Letter.

## INDEMNIFICATION AND CONTRIBUTION PROVISIONS

23.    The Debtors have agreed to indemnify, to make certain contributions to, and to

reimburse Centerview in accordance with the provisions set forth in the Indemnification

Provisions. The Indemnification Provisions provide, among other things, that the Debtors

will indemnify Centerview and other Indemnified Persons (as defined therein), except to the

extent that any loss, claim, damage, demand, liability (joint or several) or action or proceeding

is finally judicially determined to have resulted from such Indemnified Person's willful

misconduct or gross negligence.

13

ny-1011934

24.    As set forth in more detail below, the indemnification, contribution and reimbursement provisions reflected in the Indemnification Provisions are customary and reasonable provisions included in engagement letters for investment bankers such as Centerview for proceedings both out of court and in Chapter 11.

25.    The terms of the Indemnification Provisions were fully negotiated between the Debtors and Centerview at arm's-length, and the Debtors respectfully submit that the Indemnification Provisions, as modified by the Order requested herein, are reasonable and in the best interests of the Debtors, their estates, and creditors. Accordingly, as part of this Application, the Debtors request that this Court approve the Indemnification Provisions.

## NO DUPLICATION OF SERVICES

26.    The Debtors intend for Centerview's services to complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 cases. Centerview understands that the Debtors have retained and may retain additional professionals during the term of the engagement, Centerview has worked and will continue to work cooperatively, as requested by the Debtors, with other professionals retained by the Debtors to integrate any respective work conducted by the professionals on behalf of the Debtors.

## CENTERVIEW'S DISINTERESTEDNESS

27.    To the best of the Debtors' knowledge and except to the extent disclosed herein and in the Puntus Declaration, Centerview (a) is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), (b) does not hold or represent an interest adverse to the Debtors' estates, and (c) has no connection to the Debtors, their creditors, or their related parties.

14

ny-1011934

28.     Prior to the Petition Date, the Debtors paid Centerview an aggregate of
$2,900,000 in full payment of the Monthly Advisory Fees (for the months of October 2011
through May 2012) and $54,155 as reimbursement for Centerview's expenses billed through
May 13, 2012.  In addition, the Debtors paid Centerview $5,000,000 for the Financing Fee
associated with the $1.45 billion and $150 million debtor-in-possession financings obtained
by the Debtors, an Interim Transaction Fee of $1,200,000 and 50% of the Transaction Fee
($6,250,000), all pursuant to the terms of the Engagement Letter.  Centerview also received
an expense retainer of $50,000.

29.     Upon the completion of the proposed sales of the Debtors' legacy loan
portfolio and mortgage loan origination and servicing businesses and assets,[9] and/or other
Restructuring, Centerview will be entitled to receive the remaining 50% of the Transaction
Fee ($6,250,000), which amount is subject to crediting of certain amounts pursuant to the
terms of the Engagement Letter.

30.     Centerview has received no other compensation from the Debtors pursuant to
the Engagement Letter.  As of the Petition Date, Centerview did not hold a prepetition claim
against the Debtors for fees or expenses related to services rendered in connection with the
engagement.

31.     Centerview will conduct an ongoing review of its files to ensure that no
conflicts or other disqualifying circumstances exist or arise.  To the extent that any new

---

[9]    See *Debtors' Motion Pursuant to 11 U.S.C.  §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (D.E. 61).

ny-1011934

relevant facts or relationships bearing on the matters described herein during the period of

Centerview's retention are discovered or arise, Centerview will use reasonable efforts to file

promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## **BASIS FOR RELIEF**

32.     The Debtors seek approval of the Engagement Letter, including the Fee

Structure contained therein, pursuant to Bankruptcy Code sections 327 and 328(a).  Section

328(a) provides, in relevant part, that the Debtors "with the court's approval, may employ or

authorize the employment of a professional person under section 327 . . . on any reasonable

terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or

percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).  Accordingly,

section 328(a) permits the compensation of professionals, including investment bankers, on

flexible terms that reflect the nature of their services and prevailing market conditions for

those services.

33.     As set forth above, notwithstanding approval of the Engagement Letter under

Bankruptcy Code section 328(a), Centerview intends to apply for compensation for

professional services rendered and reimbursement of expenses incurred in connection with

these cases, subject to the Court's approval and in compliance with applicable provisions of

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for

Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy

Cases M-389 (Nov. 25, 2009), and the United States Trustee Guidelines currently in effect,

and any other applicable procedures and orders of the Court and consistent with the Fee

Structure set forth in the Engagement Letter.

ny-1011934

34.     The Debtors believe that the Fee Structure appropriately reflects the nature and

scope of services to be provided by Centerview in these complex chapter 11 cases,

Centerview's substantial experience with respect to investment banking services, and the fee

structures typically utilized by Centerview and other leading investment banks that do not bill

their clients on an hourly basis.

35.     Courts in this district have approved similar arrangements that contain

reasonable terms and conditions under section 328 of the Bankruptcy Code in other large

chapter 11 cases.  See, e.g., In re AMR Corp., Case No. 11-15463 (SHL) (Bankr. S.D.N.Y.

March 2, 2012) (ECF No. 1557); In re Penton Business Media Holdings, Inc., Case No. 10-

10689 (AJG) (Bankr. S.D.N.Y. Mar. 5, 2010) (ECF No. 83); In re FairPoint Communications,

Inc., Case No. 09-16335 (BRL) (Bankr. S.D.N.Y. Jan 11, 2010) (ECF No. 328); In re Mark

IV Indus., Inc., No. 09-12795 (SMB) (Bankr. S.D.N.Y. May 27, 2009) (ECF No. 167); In re

Charter Communications, Inc., Case No. 09-11435 (JMP) (Bankr. S.D.N.Y. Apr. 15, 2009)

(ECF No. 183); In re Calpine Corp., Case No. 05-60200 (Bankr. S.D.N.Y. April 26, 2006)

(ECF No. 1370); and In re Delphi Corp., Case No. 05-44481 (Bankr. S.D.N.Y. Nov. 30,

2005) (ECF No. 1363).

36.     Likewise, similar indemnification arrangements have been approved and

implemented in other large chapter 11 cases by courts in this District.  See, e.g., In re AMR

Corp., Case No. 11-15463 (SHL) (Bankr. S.D.N.Y. March 2, 2012) (ECF No. 1557); In re

Penton Business Media Holdings, Inc., Case No. 10-10689 (AJG) (Bankr. S.D.N.Y. Mar. 5,

2010) (ECF No. 83); In re FairPoint Commc'ns, Inc., Case No. 09-16335 (BRL) (Bankr.

S.D.N.Y. Jan 11, 2010) (ECF No. 328); In re Mark IV Indus., Inc., No. 09-12795 (SMB)

(Bankr. S.D.N.Y. May 27, 2009) (ECF No. 167); In re Charter Commc'ns, Inc., Case No. 09-

17

ny-1011934

11435 (JMP) (Bankr. S.D.N.Y. Apr. 15, 2009) (ECF No. 183); <u>In re Calpine Corp.</u>, Case No.

05-60200 (Bankr. S.D.N.Y. April 26, 2006) (ECF No. 1370); and <u>In re Delphi Corp.</u>, Case

No. 05-44481 (Bankr. S.D.N.Y. Nov. 30, 2005) (ECF No. 1363).

37.     In the light of the foregoing, and given the numerous matters that Centerview

may be required to address in the performance of its services hereunder, Centerview's

commitment to the variable level of time and effort necessary to address all such issues as

they arise and the market rate charged for comparable services both in and out of chapter 11,

the Debtors believe that the terms and conditions of the Engagement Letter are fair and

reasonable under the standards set forth in Bankruptcy Code section 328(a).  In particular, the

Debtors believe the Fee Structure creates a proper balance between fixed, monthly fees and

contingency fees based on the successful raises of new capital and the overall success of these

Chapter 11 cases.  Moreover, Centerview's substantial experience with respect to investment

banking services, coupled with the nature and scope of work already performed by

Centerview before the commencement of these chapter 11 proceedings, further suggest the

reasonableness of the Fee Structure.

38.     Denial of the relief requested herein will deprive the Debtors of the assistance

of uniquely qualified investment banking advisors and would effect an unjust disadvantage to

the Debtors and all parties in interest.  Indeed, the Debtors would be forced to engage new

investment bankers who lack a thorough understanding of the Debtors' business and the

restructuring initiatives that have been implemented over the course of the last few months

and which will continue through the pendency of these cases.  It would require the

commitment of significant resources for a newly retained investment banking advisor to get

ny-1011934

up to speed given the steep learning curve involved.  Moreover, comparable investment

bankers would charge an equivalent level of fees.

## **NOTICE**

39.    Notice of this Application will be given to the following parties, or in lieu

thereof, to their counsel: (a) the Office of the United States Trustee for the Southern District

of New York; (b) the Office of the United States Attorney General; (c) the Office of the New

York Attorney General; (d) the Office of the United States Attorney for the Southern District

of New York; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission;

(g) each of the Debtors' prepetition lenders, or their agents, if applicable; (h) each of the

indenture trustees for the Debtors' outstanding notes issuances; (i) Ally Financial Inc.;

(j) Barclays Bank PLC, as administrative agent for the lenders under the debtor in possession

financing facility; (k) Nationstar Mortgage LLC and its counsel; (l) the Committee; (m) the

parties included on the Debtors' list of fifty (50) largest unsecured creditors; and (n) all parties

requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in view of the

facts and circumstances, such notice is sufficient and no other or further notice need be

provided.

19

12-12020-mg    Doc 507    Filed 06/26/12    Entered 06/26/12 13:46:49    Main Document
Pg 20 of 79

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) substantially in the form attached hereto as Exhibit 1, granting the relief requested in the Application, (ii) approving the terms of the Engagement Letter, and (iii) granting such other and further relief to the Debtors as the Court may deem just and proper.

Dated:  June 26, 2012

RESIDENTIAL CAPITAL, LLC,
　　on behalf of itself and each of its
　　Debtor subsidiaries


By:  /s/ James Whitlinger
　　Name:  James Whitlinger
　　Title:  Chief Financial Officer

20

ny-1011934

12-12020-mg    Doc 507    Filed 06/26/12    Entered 06/26/12 9:46:43    Main Document
Pg 55 of 471

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )    Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                                )    Chapter 11
                                                                 )
                                          Debtors.               )    Jointly Administered
                                                                 )
---------------------------------------------------------------- )

### ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) AUTHORIZING EMPLOYMENT AND RETENTION OF CENTERVIEW PARTNERS LLC AS DEBTORS' INVESTMENT BANKER *NUNC PRO TUNC* TO PETITION DATE

Upon the application, dated June 26, 2012 (the "Application"),[1] of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

(the "Order"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the

"Bankruptcy Code"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules for the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules"), authorizing the

Debtors to employ and retain Centerview Partners LLC ("Centerview") as investment banker to

the Debtors on the terms set forth in its engagement letter dated as of October 18, 2011, as

amended March 13, 2012 (the "Engagement Letter"), as more fully set forth in the Application;

and upon consideration of the Declaration of Marc Puntus in support of the Application (the

"Puntus Declaration"); and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431 dated

January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
       Application.  Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11
       cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the terms and conditions of

Centerview's employment, including but not limited to the Fee Structure as set forth in the

Engagement Letter, being reasonable as required by section 328(a) of the Bankruptcy Code; and

Centerview not holding or representing any interest adverse to the Debtors' estates; and

Centerview being a "disinterested person," as that term is defined in Bankruptcy Code section

101(14), as modified by section 1107(b), of the Bankruptcy Code; and this Court having found

that the relief requested herein is in the best interests of the Debtors' estates, their creditors and

other parties in interest; and due and proper notice of the Application having been provided, and

it appearing that no other or further notice need be provided; and a hearing having been held on

June 18, 2012 to consider the relief requested in the Application; and upon the record of the

hearing, and of all of the proceedings had before the Court; and any objections to the Application

having been withdrawn, resolved or overruled; and the Court having found and determined that

the legal and factual bases set forth in the Application establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a) and Bankruptcy

Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ

and retain Centerview as their investment banker in accordance with the terms and conditions set

forth in the Application and the Engagement Letter, effective nunc pro tunc to the Petition Date.

3.      Notwithstanding anything to the contrary in the Engagement Letter, the

Application or the Puntus Declaration, to the extent that the Debtors request that Centerview

2

perform any services other than (a) those detailed in the Engagement Letter and (b) such other

investment banking services directly related to services detailed in the Engagement Letter, the

Debtors shall seek further approval by the Court, including any related modifications to the

Engagement Letter, and the application seeking such approval shall set forth, in addition to the

additional services to be performed, any additional fees sought to be paid.

4.      Centerview shall be compensated in accordance with the applicable provisions of

the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any applicable orders of the Court,

the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District

of New York Bankruptcy Cases M-389 (Nov. 25, 2009), and the United States Trustee

Guidelines currently in effect (collectively, the "Compensation Guidelines").

5.      Notwithstanding the prior paragraph and subject to paragraph 12 hereof, the fees

payable to Centerview pursuant to the Engagement Letter shall be subject to review only

pursuant to the standards set forth in section 328(a) of the Bankruptcy Code and shall not be

subject to the standard of review set forth in section 330 of the Bankruptcy Code.

6.      Centerview shall file fee applications for monthly, interim and final allowance of

compensation and reimbursement of expenses pursuant to the procedures set forth in the

Compensation Guidelines and any other applicable procedures and orders of the Court.

Notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, orders

of this Court or any guidelines regarding submission and approval of fee applications, in light of

services to be provided by Centerview and the structure of Centerview's compensation pursuant

to the Engagement Letter, Centerview and its professionals shall be excused from maintaining

time records as set forth in the Compensation Guidelines in connection with the services to be

rendered pursuant to the Engagement Letter; provided, however, that Centerview shall instead

ny-1011936

present to the Court reasonably detailed time records in one half (.5) hour increments containing

descriptions of those services provided on behalf of the Debtors, the approximate time expended

in providing those services and the individuals who provided professional services on behalf of

the Debtors.

7.      Pursuant to the terms of the Engagement Letter, and in accordance with the Fee

Guidelines, Centerview is entitled to reimbursement by the Debtors for reasonable expenses

incurred in connection with the performance of its engagement under the Engagement Letter,

including, without limitation, the fees, disbursements and other charges of Centerview's counsel

(which counsel shall not be required to be retained pursuant to section 327 of the Bankruptcy

Code or otherwise).

8.      The Engagement Letter, including, without limitation, the Indemnification

Provisions, is incorporated herein by reference and approved in all respects except as otherwise

set forth herein.

9.      All requests by Indemnified Persons for the payment of indemnification as set

forth in the Engagement Letter shall be made by means of an application to the Court and shall

be subject to review by the Court to ensure that payment of such indemnity conforms to the

terms of the Engagement Letter and is reasonable under the circumstances of the litigation or

settlement in respect of which indemnity is sought; provided, however, that in no event shall an

Indemnified Person be indemnified to the extent that any loss or expense for which

indemnification is sought resulted from the own bad faith, self-dealing, breach of fiduciary duty

(if any), gross negligence, willful misconduct or fraud of that or any other Indemnified Person.

10.     In the event that an Indemnified Person seeks reimbursement from the Debtors for

attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to

4

the Engagement Letter, the invoices and supporting time records from such attorneys shall be

included in Centerview's own applications, both interim and final, and such invoices and time

records shall be subject to the Fee Guidelines and the approval of the Bankruptcy Court pursuant

to sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have

been retained under section 327 of the Bankruptcy Code and without regard to whether such

attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

11.    To the extent that there may be any inconsistency between the terms of this Order

and either the Application, the Puntus Declaration, and/or the Engagement Letter, the terms of

this Order shall govern.

12.    Notwithstanding anything in this Order to the contrary, the United States Trustee

for the Southern District of New York shall retain all rights to respond or object to Centerview's

interim and final applications for compensation and reimbursement of expenses on all grounds,

including, but not limited to, reasonableness, pursuant to section 330 of the Bankruptcy Code,

and in the event the U.S. Trustee objects, the Court retains the right to review such interim and

final applications pursuant to section 330 of the Bankruptcy Code.

13.    Centerview shall use its reasonable efforts to avoid any duplication of services

provided by any of the Debtors' other retained professionals in these chapter 11 cases.

14.    The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order in accordance with the Application.

15.    Notwithstanding anything herein to the contrary, this Order shall not modify or

affect the terms and provisions of, nor the rights and obligations under, (a) the Board of

Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal

5

Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

16.     The relief granted herein shall be binding upon any chapter 11 trustee appointed in any of these chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of any of these chapter 11 cases to cases under chapter 7.

17.     Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062 or 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

18.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:          New York, New York
                      , 2012


                                            _____
                                            THE HONORABLE MARTIN GLENN
                                            UNITED STATES BANKRUPTCY JUDGE

ny-1011936

12-12020-mg    Doc 507    Filed 06/26/12    Entered 06/26/12 9:46:45    Main Document
Pg 29 of 79

## EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------    )
                                                      )
In re:                                                )    Case No. 12-12020 (MG)
                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,                     )    Chapter 11
                                                      )
                                  Debtors.            )    Jointly Administered
                                                      )
                                                      )
                                                      )
                                                      )
-------------------------------------------------    )
```

## DECLARATION OF MARC D. PUNTUS IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) AUTHORIZING EMPLOYMENT AND RETENTION OF CENTERVIEW PARTNERS LLC AS INVESTMENT BANKER

I, Marc D. Puntus, under penalty of perjury, declares as follows:

1.    I am a Partner and co-head of the Restructuring Group of Centerview Partners

LLC ("Centerview" or the "Firm"), which has its principal office at 31 West 52nd Street, New

York, NY 10019.  I am authorized to make this declaration on behalf of Centerview and in

support of the application (the "Application")[1] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to employ

and retain Centerview as investment banker for the Debtors in connection with the above-

captioned chapter 11 cases (the "Chapter 11 Cases") pursuant to that certain engagement letter,

dated as of October 18, 2011, by and between Centerview and the Debtors, as amended on

March 9, 2012 (the "Engagement Letter"), a copy of which is attached as Exhibit 3 to the

Application.  I submit this declaration in accordance with sections 327(a) and 328(a) of title 11

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application or the Engagement Letter, as appropriate.

of the United States Code (the "Bankruptcy Code"), Rules 2014(a), 2016 and 5002 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the

Local Rules for the United States Bankruptcy Court for the Southern District of New York (the

"Local Rules").  Unless otherwise stated in this declaration, I have personal knowledge of the

matters set forth herein.

### Centerview's Qualifications

2.      Established in 2006, Centerview is a full-service investment banking boutique

providing financial advisory services, including mergers and acquisitions and restructuring

advice, across a broad range of industries, including Financial Institutions.  Centerview serves a

diverse set of clients around the world from its offices in New York, Los Angeles, San Francisco

and London. Centerview's Restructuring Group, which was founded in 2011, has expertise in

designing and managing complex restructuring processes among a wide range of stakeholders,

and a demonstrated track record of designing, negotiating and implementing amendments,

exchange offers, financings, distressed merger and acquisitions transactions and out-of-court and

in-court restructurings.  Centerview and its principals have advised debtors, lenders, committees

and acquirors in many complex financial reorganizations.  The Firm's professionals have been

involved in transactions representing over $100 billion in restructured debt.

3.      Specifically, Centerview's professionals, including while employed at other firms,

have provided financial advisory, investment banking and other services in connection with the

in-court restructuring of numerous companies, including: Acterna Corporation, Case No. 03-

12837 (BRL) (Bankr. S.D.N.Y.); Amtrol Holdings, Inc., Case No. 06-11446 (KG) (Bankr. D.

Del.); Bruno's Inc., Case Nos. 98-212 (SLR) through 98-223 (SLR) (Bankr. N.D. Ala.); Calpine

Corporation, Case No. 05-60200 (BRL) (Bankr. S.D.N.Y.); Charter Communications, Inc., Case

No. 09-11435 (JMP) (Bankr. S.D.N.Y.); Dana Corporation, Case No. 06-10354 (BRL) (Bankr.

2

S.D.N.Y.); Dura Automotive Systems, Inc., Case No. 06-11202 (KJC) (Bankr. D. Del.);

Fairpoint Communications Inc., 09-16335 (BRL) (Bankr. S.D.N.Y.); General Growth Properties,

Inc., Case No. 09-11977 (ALG) (Bankr. S.D.N.Y.); GW Limited 51, Inc., f/k/a GWLS Holdings,

Inc., et al., Case No. 08-12430 (PJW) (Bankr. D. Del.); Interstate Bakeries Corporation, Case No.

04-45814 (JWV) (Bankr. W.D.Mo.); Lear Corporation, Case No. 09-14326 (ALG) (Bankr.

S.D.N.Y.); Magna Entertainment Corp., Case  No. 09-10720 (MFW) (Bankr. D. Del.);

MagnaChip Semiconductor Finance Company, et al., Case No. 09-12008 (PJW) (Bankr. D. Del.);

McLeodUSA Incorporated, Case No. 05-63230 (JHS) (Bankr. D. Del.); Mirant Corporation,

Case No. 03-46590 (DML) (Bankr. N.D. Tex.); Pegasus Satellite Television, Inc., Case No. 04-

20878 (JBH) (Bankr. D. Me.); PSI Net Inc., 01-13213 (REG) (Bankr. S.D.N.Y.); The Reader's

Digest Association, Inc., Case No. 09-23529 (RDD) (Bankr. S.D.N.Y.); Simmons Bedding

Company, Case No. 09-14037 (MFW) (Bankr. D. Del.); and Stallion Oilfield Services Ltd., Case

No. 09-13562 (BLS) (Bankr. D. Del.).  Centerview's professionals have also provided such

services in the out-of-court restructurings of numerous companies, including: Autocam

Corporation; Broder Bros Co.; DS Waters of America, Inc.; Gate Gourmet, Inc.; Isola Group

Ltd.; Keystone Automotive Operations, Inc.; Mashantucket Pequot Gaming Enterprise, Inc. /

Foxwoods Inc.; OSI Restaurant Partners, LLC; PlayPower; and Vonage Holdings Corporation.

    4.    Since the Debtors retained Centerview on October 18, 2011, Centerview has

employed a "Core Team" of seven professionals in connection with the subject engagement for

the Debtors. The team includes me, Samuel Greene, Stephen Crawford, Karn Chopra, Dan

Dunay, Ryan Kielty and Ben Weingarten. Centerview has provided a broad range of financial

advisory services to the Debtors, including: (i) evaluation of out-of-court alternatives;

(ii) conducting asset sale processes; (iii) leading the Debtors' debtor-in-possession financing

3

process and other financing-related processes; (iv) negotiations with, among others, the Debtors'

parent, Ally Financial Inc. ("AFI"), the advisors to and members of the ad hoc committee of

Junior Secured Bondholders, investors in securitization deals and their representatives,

government-related organizations and other key constituencies; (v) leading pre-petition

negotiations to revise and restructure the Debtors' various secured credit facilities; and (vi)

assisting the Debtors in preparing for these proceedings, including assisting in preparation of first

day motions and discussions regarding operational readiness.

5.       Upon Centerview's retention in October 2011, Centerview conducted significant

due diligence, including multiple on-site and telephonic meetings, in an effort to become familiar

with the Debtors' businesses and prior sale/restructuring processes, including the 2010 sale

process for Ally's mortgage operations. After familiarizing itself with the Debtors' operations,

Centerview assisted the Debtors in evaluating strategic alternatives, including out-of-court

transaction alternatives. In exploring out-of-court transaction alternatives, Centerview assisted

the Debtors in:

(a)       analyzing the merits and challenges of continuing to operate the "status quo" business, including analyzing the Debtors' cash flows and the capital required for the Debtors to operate without a liquidity enhancing or other transformational transaction;

(b)       developing a complex and flexible servicing and origination financial model that allowed the Debtors to toggle variables in an effort to evaluate out-of-court solutions;

(c)       evaluating a sale of the Debtors both as a whole and in pieces through one or more out-of-court sale transactions, including assisting the Debtors in developing business plans and financial models illustrating the potential financial performance of such asset combinations as well as analyzing the capital required to support such business plans; and

(d)       exploring an out-of-court sale to a third-party, including facilitating extensive due diligence with several in-person meetings, negotiating the structure of a potential transaction and assisting the Company in developing multiple presentation documents in connection therewith.

4

<u>Sale Activities</u>

6.      When out-of-court alternatives proved unworkable, Centerview shifted its focus

to assisting the Debtors in evaluating in-court transaction alternatives, including coordinating a

marketing process to sell substantially all of the Debtors' assets through an in-court transaction.

In connection with such effort, Centerview assisted the Debtors with a broad range of matters,

including the following:

(a)      evaluating each of the Debtors' assets and developing presentation
materials for the Debtors and their Board of Directors describing the
highlights and challenges of marketing certain asset combinations;

(b)      evaluating capital required to support a pro forma business based on
various asset combinations;

(c)      developing a marketing strategy for the Debtors' assets, including
developing a list of potentially interested buyers, and contacting and
negotiating confidentiality agreements with such potential buyers;

(d)      assisting the Debtors' in developing financial projections and
comprehensive marketing materials;

(e)      assisting the Debtors' in developing a management presentation for
delivery to bidders;

(f)      facilitating extensive bidder due diligence over the course of eight weeks,
including attending over 80 hours of in-person meetings, developing and
populating an electronic data room with over 1.2 million pages of
electronic diligence, assisting the Debtors in creating presentation
materials describing certain of their operations and assets, responding to
bidder due diligence questions and coordinating multiple on-site diligence
sessions for bidders and their potential debt financing sources;

(g)      preparing presentation materials for the Debtors and their Board of
Directors comparing non-binding indications of interest;

(h)      assisting the Debtors and their other advisors in drafting and negotiating
the terms of asset purchase agreements and accompanying documents;

(i)      participating in multiple conversations with bidders about transaction
structure; and

(j)      negotiating the exclusion or inclusion of various assets (e.g., servicing
advances, whole loan portfolio) based on buyer diligence, availability of

5

financing, fit within broader platform, etc. to determine best transaction(s) to maximize value.

<u>Financing Activities</u>

7.        In parallel with the Debtors' marketing process, Centerview assisted the Debtors in several financing-related matters, including conducting a process to raise debtor-in-possession financing to support the Debtors' reorganization and negotiating to refinance, revise and restructure certain pre-petition credit facilities to provide the Debtors with additional time to negotiate the terms of their restructuring. In connection with such financing-related matters, Centerview assisted the Debtors with a broad range of matters, including the following:

(a)        negotiating the restructuring of the GSAP Facility with Barclays Capital (increased financing from $350 million to $800 million and extended maturity);

(b)        negotiating an extension of the maturity of the Debtors' Citi MSR Facility;

(c)        negotiating an extension of the Debtors' Ally LOC and Revolving Credit Facilities;

(d)        evaluating the Debtors' pre-petition capital structure and organizational structure, together with FTI Consulting, to determine the optimal structure and collateral package for a potential debtor-in-possession financing facility;

(e)        assisting the Debtors and their other advisors, specifically FTI Consulting, in determining the Debtors' need for post-petition financing and subsequently analyzing the requisite size of a debtor-in-possession financing facility;

(f)        assisting the Debtors in developing a list of potential debtor-in-possession financing sources, including incumbent pre-petition creditors and third-party financing sources, approaching said potential financing sources and negotiating confidentiality agreements with interested potential financing sources;

(g)        facilitating the due diligence process of potential financing sources and their respective advisors;

(h)        assisting the Debtors and Barclays Capital in preparation of syndication materials, including a lender presentation, bank book and rating agency presentation;

6

(i)    subsequent to running an initial financing process to select a lead arranger, conducting a secondary process to assess the cost/benefits of adding a co-lead arranger;

(j)    developing presentation materials for the Debtors and their Board of Directors describing debtor-in-possession financing proposals received by the Debtors in connection with their financing process and comparing the benefits, challenges and relative all-in yield of each proposal;

(k)    assisting the Debtors and their other advisors in negotiating the terms of a debtor-in-possession commitment letter and subsequent credit agreement with Barclays; and

(l)    assisting the Debtors and their other advisors in negotiating the terms of a separate debtor-in-possession financing facility with AFI to fund post-petition Ginnie Mae buybacks.

<u>Settlement Activities</u>

8.    In advance of and during the Debtors' marketing and debtor-in-possession financing processes, the Debtors and their advisors approached certain of the Debtors' key constituents to build consensus and support for a transaction.  The Debtors' key constituents include secured and unsecured creditor constituencies, the Debtors' parent, AFI, key customers, government-related organizations and certain litigation claimants and their representatives, among others. Discussions with the Debtors' parent, AFI, have been ongoing since Centerview was retained, including discussions relating to, among other things, providing capital support for an out-of-court sale transaction, potentially acquiring the Debtors or certain of their assets through an out-of-court transaction, providing debtor-in-possession financing to support a restructuring process, and the terms of an AFI settlement and asset purchase agreement for the Debtors' legacy loan portfolio.  Various normal course operational negotiations were also conducted, including with respect to reorganizing the mortgage origination pipeline/Ginnie Mae loan purchase and sale arrangement between AFI and ResCap.  Contemporaneously with the AFI discussions, the Debtors and their advisors spent significant time with the governmental

7

organizations with which the Debtors' conduct business, including, but not limited to, Fannie

Mae, Freddie Mac, Ginnie Mae, Federal Housing Finance Agency, and the United Services

Automobile Association in an effort to obtain their support for a transaction.  In order to obtain

the support of such organizations, the Debtors and their advisors engaged in constant dialogue,

through multiple weekly meetings, in-person management presentations and substantive

discussions, including with the bidder for the Debtors' assets.  Ultimately, after the Debtors

selected an exclusive bidder and debtor-in-possession financing lead-arranger, the Debtors and

their advisors approached certain of the Debtors' creditor constituencies to negotiate the terms of

a restructuring transaction.  Centerview was and remains an active participant in

conversations/negotiations with many of the Debtors' key constituents, specifically assisting the

Debtors with a broad range of matters, including the following:

> (a)    developing presentation materials to support the Debtors' communications
> with government-related organizations;
>
> (b)    facilitating the on-going due diligence of government-related
> organizations, including by participating in several in-person meetings;
>
> (c)    participating in weekly update and strategy calls with Fannie Mae, Freddie
> Mac and/or Ginnie Mae (collectively, the "Governmental Associations")
> and frequent update calls with other government-related organizations;
>
> (d)    assisting the Debtors in drafting the terms of Governmental Association
> support letters and negotiating Governmental Association support letters,
> in some cases;
>
> (e)    assisting the Debtors, FTI Consulting and the Debtors' other advisors in
> developing a waterfall analysis to provide a framework for restructuring
> negotiations with key constituencies;
>
> (f)    assisting the Debtors' independent directors in negotiating the terms of a
> settlement with AFI;
>
> (g)    facilitating the due diligence processes of advisors to certain key creditor
> constituencies, including participating in frequent meetings and calls with
> such advisors;

8

(h)    assisting the Debtors and their other advisors in negotiations with respect to the restructuring of the Debtors' Mexican affiliate, GMAC Financiera S.A.; and

(i)    assisting the Debtors in negotiating the terms of various restructuring support agreements.

9.    In providing professional services to the Debtors, Centerview has become familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations and related matters. Having worked with the Debtors' management and their other advisors for over seven months, Centerview has developed relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in these Chapter 11 Cases. Accordingly, Centerview is both well qualified and uniquely able to represent the Debtors in these Chapter 11 Cases in an efficient and timely manner.

## Services to Be Provided[2]

10.    The terms and the conditions of the Engagement Letter were negotiated between the Debtors and Centerview, and they reflect the parties' mutual agreement as to the substantial efforts that have been and will continue to be required of Centerview in this engagement. Subject to further order of this Court and consistent with the Engagement Letter, Centerview will continue to provide a broad range of necessary financial advisory and investment banking services as Centerview and the Debtors shall deem necessary in order to advise the Debtors in the course of these Chapter 11 Cases, which may include:

(a)    reviewing and analyzing the Debtors' business, operations, and financial projections;

(b)    evaluating the Debtors' potential debt capacity in light of their projected cash flows;

---

[2]    The summaries of the Engagement Letter contained herein are provided for purposes of convenience only. In the event of any inconsistency between the summaries contained herein and the terms and provisions of the Engagement Letter, the terms of the Engagement Letter shall control.

9

(c)     assisting in the determination of a capital structure for the Debtors;

(d)     assisting in the determination of a range of estimated values for the Debtors on a going concern basis;

(e)     advising the Debtors on tactics and strategies for negotiating with their stakeholders;

(f)     rendering financial advice to the Debtors and participating in meetings or negotiations with their stakeholders and/or rating agencies or other appropriate parties in connection with any Restructuring;

(g)     advising the Debtors on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to a Restructuring;

(h)     advising and assisting the Debtors in evaluating potential financing transactions by the Debtors, and, subject to Centerview's agreement to so act and the execution of appropriate third party agreements, contacting potential sources of capital as the Debtors may designate and assisting the Debtors in implementing such a Financing;

(i)     assisting the Debtors in preparing documentation within Centerview's area of expertise that is required in connection with a Restructuring;

(j)     assisting the Debtors in identifying and evaluating candidates for a potential Sale Transaction, advising the Debtors in connection with negotiations and aiding in the consummation of one or more Sale Transactions;

(k)     attending meetings of the Debtors' Board of Directors and its committees with respect to matters on which Centerview has been engaged to advise the Debtors;

(l)     providing testimony, as necessary, with respect to matters on which Centerview has been engaged to advise the Debtors in any proceeding before the Bankruptcy Court; and

(m)     providing (but only to the extent permitted by further orders of this Court) the Debtors with other financial restructuring advice as may be specifically agreed upon in writing by the Debtors and Centerview.

11.     Centerview will not, without further order of this Court, provide underwriting

services to the Debtors in these Chapter 11 Cases (underwriting being understood as assumption

of the risk of buying a new issue of securities and selling or reselling such securities).

ny-1011935

12.     The services that Centerview will provide to the Debtors are necessary to enable
the Debtors to maximize the value of their estates.  All of the services that Centerview will
provide to the Debtors will be undertaken at the request of the Debtors and will be appropriately
directed by the Debtors so as to avoid duplicative efforts among the professionals retained in
these Chapter 11 Cases.  Centerview will use reasonable efforts to coordinate with the Debtors'
other retained professionals to avoid the unnecessary duplication of services.

**Professional Compensation**

13.     Subject to Court approval, and in compliance with the applicable provisions of the
Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Fee Guidelines and any other
applicable procedures and orders of this Court, the Debtors will compensate Centerview in
accordance with the terms and conditions of the Engagement Letter, which provides in relevant
part for the following compensation structure (the "Fee Structure"):

(a)     A monthly financial advisory fee (the "Monthly Advisory Fee")[3] of
$300,000, due and payable on the first day of each month through the
conclusion of the engagement; provided, that 50% of Monthly Advisory
Fees paid subsequent to the Petition Date shall be credited against a
Transaction Fee (defined below); provided further, that such credit will
only apply proportionately to the extent that such fees are approved by the
Bankruptcy Court.

(b)     A fee of $12,500,000, payable upon the consummation of a Restructuring
or Sale Transaction that is consummated in Bankruptcy Court (the
"Transaction Fee");[4] provided; that with respect to any Restructuring or
Sale Transaction that is intended to be effected, in whole or in part, as a
sale pursuant to Bankruptcy Code section 363 with a stalking horse bidder,
or as a prepackaged, partial prepackaged, or prearranged plan of
reorganization, which plan may include a Sale Transaction (a
"Prearranged Plan") the Transaction Fee shall be earned and payable

---

[3]     Prior to the Petition Date, the Monthly Advisory Fee fluctuated between $300,000 and $400,000, as set forth in
the Engagement Letter.

[4]     The Engagement Letter also provides for payment of a Transaction Fee in connection with a Restructuring or
Sale Transaction consummated outside of the Bankruptcy Court.

11

(i) 50% upon, in the case of a sale pursuant to Bankruptcy Code section 363, execution of a stalking horse asset purchase agreement, or, in the case of a Prearranged Plan, upon obtaining indications of support from certain of the Company's key creditors that in the good faith judgment of the Board of Directors of the Company are sufficient to justify filing such Prearranged Plan, and (ii) 50% upon consummation of such Restructuring or Sale Transaction.

(c)     If the Debtors consummate any Financing, the Debtors will pay Centerview the following (the "Financing Fee"):

   (i)      1.0% of the aggregate amount of any indebtedness issued that is secured by a first lien;

   (ii)     3.0% of the aggregate amount of any indebtedness issued that (x) is secured by a second or junior lien, (y) is unsecured and/or (z) is subordinated;

   (iii)    5.0% of the aggregate amount of any equity or equity-linked securities or obligations issued; and

   (iv)     0.5% of the aggregate amount of any debtor-in-possession financing issued, plus 1.0% of the aggregate amount of any debtor-in-possession financing issued by new lenders, not to exceed $5,000,000 in the aggregate.

Any fee(s) paid under subparagraphs (c)(i), (ii) or (iii) shall be 50% credited (but only once) against a Transaction Fee subsequently paid under paragraph (b).

Any fee in excess of $500,000 paid out under subparagraph (c)(iv) shall be 50% credited against a Transaction Fee subsequently paid under paragraph (b).

(d)     If at any time during the term of Centerview's engagement or within the nine full months following the termination of the engagement the Debtors (i) receive a letter of intent to purchase all or substantially all of the Debtors' assets or (ii) receive a debtor-in-possession financing proposal, in either case, satisfactory to the Debtors, Centerview shall be due and paid a transaction fee equal to $1,200,000 (the "Interim Transaction Fee").

(e)     In addition to any fees that may be payable to Centerview and, regardless of whether any transaction occurs, the Debtors shall promptly reimburse Centerview for all: (A) reasonable documented production charges and out-of-pocket expenses (including travel and lodging, data processing and communications charges, courier services and other appropriate expenditures) and (B) other reasonably incurred fees and expenses,

12

including expenses of counsel if engaged with the prior approval of the Debtors, which approval shall not be unreasonably withheld.

(f)     As part of the compensation payable to Centerview, the Debtors agree to the indemnification, contribution and other provisions (the "Indemnification Provisions") attached to the Engagement Letter as Exhibit B.

(g)     For the avoidance of doubt, if both a Restructuring and a Sale Transaction occur (in separate transactions or through a single transaction that meets both the definitions), the Company will be obligated to pay only one Transaction Fee. One or more fees pursuant to paragraph (c) (as described herein) may be payable in addition to a Restructuring Fee (subject to crediting as set forth above).

14.     The Fee Structure is consistent with and typical of compensation arrangements entered into by Centerview and its restructuring professionals and other comparable firms in connection with the rendering of similar services under similar circumstances. Centerview and the Debtors believe that the foregoing compensation arrangements are both reasonable and market-based and consistent with Centerview's normal and customary billing practices for comparably sized and complex restructuring cases, both in- and out-of-court.

15.     In providing pre-petition services to the Debtors in connection with these matters, Centerview's professionals have worked closely with the Debtors' management and other professionals and have become well-acquainted with the Debtors' financial history, debt structure, creditors, business and operations and related matters. Accordingly, Centerview has developed significant relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in these cases.

16.     It is not the general practice of investment banking and financial services firms, including Centerview, to keep detailed time records similar to those customarily kept by attorneys. Notwithstanding the foregoing, Centerview intends to file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of

13

expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the

Guidelines, the Bankruptcy Rules and any applicable orders of this Court.  Such applications will

include time records setting forth, in a summary format, a description of the services rendered by

each professional, and the amount of time spent on each date by each such individual in

rendering services on behalf of the Debtors.  Because Centerview does not ordinarily maintain

contemporaneous time records in one-tenth hour (.1) increments or provide or conform to a

schedule of hourly rates for its professionals, Centerview intends to file time records in one half

(.5) hour increments.  Centerview will also maintain detailed records of any actual and necessary

costs and expenses incurred in connection with the services discussed above.  Centerview's

applications for compensation and expenses will be paid by the Debtors, pursuant to the terms of

the Engagement Letter upon approval of the Engagement Letter by this Court.

17.    The Fee Structure has been agreed upon in anticipation that a substantial

commitment of professional time and effort will be required of Centerview and its professionals

in connection with these cases and in light of the fact that such commitment may foreclose other

opportunities for Centerview.  The actual time and commitment required of Centerview and its

professionals to perform its services under the Engagement Letter may vary substantially from

week to week and month to month, creating "peak load" issues for Centerview.

18.    The Debtors and Centerview negotiated the Fee Structure to function as and be an

interrelated, integrated unit, in correspondence with Centerview's services, which Centerview

renders not in parts, but as a whole. It would be contrary to the intention of Centerview and the

Debtors for any isolated component of the entire Fee Structure to be treated as sufficient

consideration for any isolated portion of Centerview's services.  Instead, the Debtors and

ny-1011935

Centerview intend that Centerview's services be considered as a whole, for which Centerview is to be compensated by the Fee Structure in its entirety.

19.     Centerview's strategic and financial expertise as well as its capital markets knowledge, financing skills, expertise in Financial Institution transactions, restructuring capabilities and mergers and acquisitions expertise, all of which has been and will continue to be required by the Debtors during the term of Centerview's engagement, were all important factors in determining the Fee Structure.  Centerview believes that the ultimate benefit of Centerview's services hereunder cannot be measured by reference to the number of hours to be expended by Centerview's professionals in the performance of such services.

20.     In sum, in the light of the foregoing and given the numerous matters which Centerview may be required to address in the performance of its services hereunder and Centerview's commitment to the variable level of time and effort necessary to address all such issues as they arise and the market prices for Centerview's services for engagements of this nature both out-of-court and in a chapter 11 context, Centerview believes that the Fee Structure is fair and reasonable under the standards set forth in section 328(a) of the Bankruptcy Code.

21.     Accordingly, as more fully described below, Centerview believes that this Court should approve its retention subject to the standard of review set forth in section 328(a) of the Bankruptcy Code and that its compensation should not be subject to any additional standard of review under section 330 of the Bankruptcy Code.

22.     Centerview has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.

### Indemnification

23.     As part of the overall compensation payable to Centerview under the terms of the Engagement Letter, and as more fully described in Exhibit B thereto, the Debtors have agreed to

15

certain indemnification, contribution and reimbursement obligations as described in the

Engagement Letter and Exhibit B thereto (the "Indemnification Provisions").  Specifically, the

Indemnification Provisions state that the Debtors will indemnify and hold Centerview and each

of its affiliates, their respective members, directors, officers, employees and controlling persons,

and each of their respective successors and assigns (the "Indemnified Persons") harmless against

liabilities arising out of or in connection with its engagement by the Debtors, except for any

liability for losses, claims, damages, demand and liabilities (joint or several), or actions or

proceedings in respect thereof that is or are finally, judicially determined to have resulted from

the willful misconduct or gross negligence of an Indemnified Person.

24.    The Indemnification Provisions reflected in the Engagement Letter are customary

and reasonable terms of consideration for financial advisors and investment bankers such as

Centerview for engagements both out-of-court and in chapter 11.  The terms of the Engagement

Letter, including the Indemnification Provisions, were fully negotiated between the Debtors and

Centerview at arm's-length, and Centerview respectfully submits that the Indemnification

Provisions are reasonable and in the best interests of the Debtors, their estates and creditors.

## Centerview's Disinterestedness

25.    In connection with its proposed retention by the Debtors in these Chapter 11

Cases, Centerview undertook to determine whether it had any conflicts or other relationships that

might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  In

connection with this inquiry, Centerview obtained from the Debtors and their professionals the

names of individuals and entities that may be parties-in-interest in these Chapter 11 Cases (the

"Potential Parties-in-Interest").  A categorized summary of the Potential Parties-in-Interest is

provided on Schedule 1 annexed hereto.

ny-1011935

26.     As part of its diverse practice, Centerview appears in numerous cases, proceedings and transactions involving many different attorneys, accountants, investment bankers and financial consultants, some of whom may represent Potential Parties-in-Interest in these Chapter 11 Cases.  Further, Centerview has in the past, and may in the future, be represented by attorneys and law firms, some of whom may be involved in these proceedings.  In addition, Centerview has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or against or has mutual clients with other professionals involved in these Chapter 11 Cases.  Based on our current knowledge of the professionals listed as Potential Parties-in-Interest in these Chapter 11 Cases, and to the best of my knowledge, none of these business relations constitute interests adverse to the Debtors.

27.     Centerview has researched its electronic client files and records to determine its commercial or other professional connections with the Debtors and any Potential Parties-in-Interest.  To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, Centerview has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these Chapter 11 Cases.

28.     Furthermore, to the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the principals or employees of Centerview working on or connected to this engagement on the Debtors' behalf has had, or will have in the future, direct contact concerning these Chapter 11 Cases with the Potential Parties-in-Interest herein, the United States Trustee, or anyone employed in the Office of the United States Trustee, other than in connection with this engagement for the Debtors.

ny-1011935

29.     To the extent that I have been able to ascertain that Centerview has been retained within the last three years to represent any of the Potential Parties-in-Interest in matters unrelated to these cases, such parties are referenced on Schedule 2 annexed hereto.  Centerview's representation of each entity referenced on Schedule 2 is only in connection with matters that are unrelated to the Debtors or these Chapter 11 Cases.

30.     Other than as referenced on Schedule 2, I am unaware of any client relationships that Centerview has had with the Potential Parties-in-Interest herein.  If Centerview's proposed retention by the Debtors is approved by this Court, Centerview will not accept any engagement or perform any service for any entity or person other than the Debtors in the Chapter 11 Cases. Given the size of the Firm and the breadth of Centerview's client base, it is possible that Centerview may now or in the future be retained by one or more of the Potential Parties-in-Interest in matters unrelated to the Debtors or these Chapter 11 Cases without my knowledge. In addition, the Debtors may have customers, creditors, competitors and other parties with whom they maintain business relationships that are not listed as Potential Parties-in-Interest and with whom Centerview may now or in the future maintain commercial or other professional relationships.  To the extent that Centerview discovers any, or enters into any new, material commercial or other professional relationship with Potential Parties-in-Interest, it will supplement this disclosure to the Court promptly.

31.     I am not related or connected to and, insofar as I have been able to ascertain after reasonable inquiry, no other professional of Centerview is related or connected to, any United States Bankruptcy Judge for the Southern District of New York, any of the District Judges for the Southern District of New York, the U.S. Trustee for the Southern District of New York or any employee in the Office of the U.S. Trustee for the Southern District of New York.

18

32.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the professionals of Centerview has had, or will have in the future, direct contact concerning the Chapter 11 Cases with the Debtors' creditors, other parties in interest, the U.S. Trustee or anyone employed in the Office of the U.S. Trustee other than in connection with performing financial advisory and investment banking services on behalf of the Debtors.

33.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, Centerview has no agreement with any other entity to share with such entity any compensation received by Centerview in connection with these Chapter 11 Cases.  No promises have been received by Centerview as to compensation for Centerview in connection with these Chapter 11 Cases other than in accordance with the Engagement Letter.

34.     Prior to the Petition Date, the Debtors paid Centerview an aggregate of $2,900,000 in full payment of the Monthly Advisory Fees for the months of October 2011 through May 2012 and $54,155 as reimbursement for Centerview's expenses billed through May 13, 2012.  In addition, the Debtors paid Centerview $5,000,000 for the Financing Fee associated with the $1.45 billion and $150 million debtor-in-possession financings obtained by the Debtors, an Interim Transaction Fee of $1,200,000 and 50% of the Restructuring Fee ($6,250,000), all pursuant to the terms of the Engagement Letter. Centerview also received an expense retainer of $50,000.

35.     Upon the completion of the proposed sales of the Debtors' legacy loan portfolio and mortgage loan origination and servicing businesses and assets,[5] and/or other Restructuring,

---

[5]     See *Debtors' Motion Pursuant to 11 U.S.C.  §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form*
*(cont'd)*

ny-1011935

Centerview will be entitled to receive the remaining 50% of the Transaction Fee ($6,250,000),

which amount is subject to crediting of certain amounts pursuant to the terms of the Engagement

Letter.

36.    Centerview has received no other compensation from the Debtors pursuant to the

Engagement Letter.  As of the Petition Date, Centerview did not hold a prepetition claim against

the Debtors for fees or expenses related to services rendered in connection with the engagement.

37.    Accordingly, other than as disclosed herein, and insofar as I have been able to

determine after reasonable inquiry, Centerview has no relationship with the Debtors of which I

am aware.  Based upon the foregoing, I believe that Centerview is a "disinterested person" as

that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b)

of the Bankruptcy Code, in that Centerview and its professionals:

(a)    are not creditors, equity security holders or insiders of the Debtors;

(b)    were not, within two years before the Petition Date, a director, officer or
employee of the Debtors; and

(c)    do not have an interest materially adverse to the Debtors, their respective
estates or any class of creditors or equity security holders by reason of any
direct or indirect relationship to, connection with, or interest in the
Debtors, or for any other reason.

38.    Centerview will conduct an ongoing review of its files to ensure that no conflicts

or other disqualifying circumstances exist or arise.  To the extent that any new relevant facts or

relationships bearing on the matters described herein during the period of Centerview's retention

_____

*(cont'd from previous page)*

*and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain
Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving
Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory
Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (D.E. 61).*

ny-1011935

are discovered or arise, Centerview will use reasonable efforts to file promptly a supplemental

declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the

foregoing is true and correct.

Executed on June 26, 2012

CENTERVIEW PARTNERS LLC

By:   /s/ Marc Puntus            
        Marc Puntus
        Partner

ny-1011935

**SCHEDULE 1**

**RESIDENTIAL CAPITAL, LLC ET AL.**
**Case No. 12-12020 (MG)**

**List of Parties Searched**

**Debtors and Subsidiaries**
ditech, LLC
DOA Holding Properties, LLC
DOA Properties IX (Lots-Other), LLC
EPRE LLC
Equity Investment I, LLC
ETS of Virginia, Inc.
ETS of Washington, Inc.
Executive Trustee Services LLC
GMAC – RFC Holding Company, LLC
GMAC Model Home Finance I, LLC
GMAC Mortgage USA Corporation
GMAC Mortgage, LLC
GMAC Residential Holding Company, LLC
GMAC RH Settlement Service, LLC
GMACM Borrower LLC
GMACM REO LLC
GMACR Mortgage Products, LLC
HFN REO SUB II, LLC
Home Connects Lending Services, LLC
Homecomings Financial Real Estate Holdings, LLC
Homecomings Financial, LLC
Ladue Associates, Inc.
Passive Asset Transactions, LLC
PATI A, LLC
PATI B, LLC
PATI Real Estate Holdings, LLC
RAHI A, LLC
RAHI B, LLC
RAHI Real Estate Holdings, LLC
RCSFJV2004, LLC
Residential Accredit Loans, Inc.
Residential Asset Mortgage Products, Inc.
Residential Asset Securities Corporation
Residential Capital, LLC
Residential Consumer Services of Alabama, LLC
Residential Consumer Services of Ohio, LLC
Residential Consumer Services of Texas, LLC
Residential Consumer Services, LLC
Residential Funding Company, LLC
Residential Funding Mortgage Exchange, LLC
Residential Funding Mortgage Securities I, Inc.
Residential Funding Mortgage Securities II, Inc.
Residential Funding Real Estate Holdings, LLC
Residential Mortgage Real Estate Holdings, LLC
RFC – GSAP Servicer Advance, LLC
RFC Asset Holdings II, LLC
RFC Asset Management, LLC
RFC Borrower LLC
RFC Construction Funding, LLC
RFC REO LLC
RFC SFJV-2002, LLC

**Foreign Subsidiaries**
Canada Mortgage Acceptance Corporation
Foreign Obligation Exchange, Inc. 2003-H12
Foreign Obligation Exchange, Inc. 2003-H14
Foreign Obligation Exchange, Inc. 2004-H11
Foreign Obligation Export, Inc.
GMAC Financiera S.A. de C.V. Sociedad
    Financiera de Objecto Multiple
GMAC Residential Funding of Canada Limited
GMAC-RFC (No. 2) Limited
GMAC-RFC Auritec, S.A.
GMAC-RFC Direct Limited
GMAC-RFC Espana Hipotecas SL
GMAC-RFC Europe Limited
GMAC-RFC Holdings Limited
GMAC-RFC Property Finance Limited
High Street Home Loans Limited
MCA Finance Limited
National Guarantee plc
Private Label Group Limited
Private Label Mortgage Services Limited

**Officers and Directors**
Abreu, Steven M.
Aretakis, James
Dondzila, Catherine M.
Fleming, Patrick
Hamzehpour, Tammy
Harney, Anthony J.
Hills, Garry
Horner, Jill M.
III, Edward F. Smith,
Ilany, Jonathan
Mack, John E.
Marano, Thomas
Meyer, Darsi
Nees, Louis A.
Pensabene, Joseph A.
Riddle, Mindy
Strauss, Thomas M.
Tyson, William N.
West, Pamela E.
Whitlinger, James
Wilkinson, Winston Carlos

**Parties to Funding Agreements**
Ally Financial Inc (f/k/a GMAC Inc.)
Barclays Bank PLC
Citibank, N.A.
Wells Fargo Bank, N.A.
BMMZ Holdings LLC

1

US Bank National Association
Deutsche Bank Trust Company Americas

**Bondholders**
AllianceBernstein Advisors
American Enterprise Investment Services Inc.
Appaloosa Management L.P.
Bank of New York Mellon, (The)/Barclays Capital - London
Bank of Nova Scotia/CDS
BARC/FIXED
Barclays Capital Inc. /LE
Berkshire Hathaway Inc.
BlackRock Global Investors
Charles Schwab & Co., Inc.
CITIBK/GRP
Citigroup Global Markets Inc.
Citigroup Global Markets Inc. /Salomon Brothers
Credit Suisse Securities (USA) LLC
David Lerner Associates, Inc.
Deutsche Bank Securities, Inc.
E*Trade Clearing LLC
Edward D. Jones & Co.
First Clearing, LLC
First Southwest Company
Goldman Sachs International
Goldman, Sachs & Co.
Interactive Brokers Retail Equity Clearing
J.P. Morgan Clearing Corp.
J.P. Morgan Securities LLC
Janney Montgomery Scott Inc.
Loomis Sayles & Company
LPL Financial Corporation
Merrill Lynch Safekeeping
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
National Financial Services LLC
Oppenheimer & Co. Inc.
OptionXpress, Inc
P. Schoenfeld Asset Management
Paulson & Co. Inc.
Penson Financial Services, Inc./Ridge.
Pershing LLC
Pentwater Capital Management
Putnam Investment Management
Raymond, James & Associates, Inc.
RBC Capital Markets, LLC
Scottrade, Inc.
Security Investors LLC
Silver Point Capital, L.P.
Stifel, Nicolaus & Company Incorporated
Taconic Capital Advisors, L.P.
TD Ameritrade Clearing, Inc.
Timber Hill LLC
UBS Financial Services LLC
UBS Securities LLC
Vanguard Marketing Corporation
Western Asset Management Company

**Landlords and Tenants**
2155 Northpark Lane LLC
2255 Partners, L.P. c/o M. David Paul Development LLC
Avenel Realty Company d / b / a Avenel at Montgomery Square
Brandywine Cityplace LP
BREOF Convergence LP c/o Brookfield Real Estate Opportunity Fund
Business Suites (Texas) LTD
Center Township of Marion County
Del Amo Financial Center, LP
DRA CLP Esplanade LP c/o Colonial Properties Services Ltd Partnership
Euclid Plaza Associates, LLC
GBM Properties, LLC
Homeowners Alliance
Liberty Property Limited Partnership
National Default Servicing, LLC
New Towne Center Inc.
PBC San Jose, LLC
PBC Walnut Creek, LLC
Realty World - Graham/Grubbs and Associates
Regus Management Group LLC
Teachers Insurance and Annuity Association of America c/o Northmarq RES
The Irvine Company LLC
The Office Annex, Inc.
Veridian Credit Union f/k/a John Deere Community Credit Union
W.E.G., Jr., Inc. d / b / a Highland-March Beverly Suites

**Parties to Litigation**
Acacia Life Insurance Company
Allstate Bank (f/k/a Allstate Federal Savings Bank)
Allstate Insurance Company
Allstate Life Insurance Company
Allstate Life Insurance Company of New York, Allstate Retirement Plan
Allstate New Jersey Insurance Company
American Heritage Life Insurance Company
Ameritas Life Insurance Corp.
Assured Guaranty Municipal Corp.
Boilermaker Blacksmith National Pension Trust
Brown County, Ohio
Cambridge Place Investment Management Inc.
Church-Dellinger, Victoria Jean
Columbus Life Insurance Company
Deutsche Zentral-genossenschaftsbank, New York Branch, d/b/a DZ Bank AG, New York Branch
DG Holding Trust
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Home Loan Mortgage Corporation
Federal Housing Finance Agency
Financial Guaranty Insurance Company
First Colonial Insurance Company
Fort Washington Active Fixed Income LLC

2

Fort Washington Investment Advisors, Inc.
HSH Nordbank AG
HSH Nordbank AG, Luxembourg Branch
HSH Nordbank AG, New York Branch
HSH Nordbank Securities S.A.
Huntington Bancshares Inc.
IKB Deutche Industriebank AG
IKB International S.A. (in Liquidation)
Integrity Life Insurance Company
Kennett Capital, Inc.
Kral, Kenneth L.
Laster, Marteal
Massachusetts Mutual Life Insurance Company
MBIA Insurance Corporation
Mitchell, Ruth
Mitchell, Steven
National Credit Union Administration Board
National Integrity Life Insurance Company
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Rio Debt Holdings (Ireland) Limited
Sall, Mohammed A.
Sealink Funding Ltd.
State of Ohio
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
The Western and Southern Life Insurance Company
Thrivent Balanced Fund
Thrivent Balanced Portfolio
Thrivent Bond Index Portfolio
Thrivent Core Bond Fund
Thrivent Financial Defined Benefits Plan Trust
Thrivent Financial for Lutherans
Thrivent Income Fund
Thrivent Limited Maturity Bond Fund
Thrivent Limited Maturity Bond Portfolio
U.S. Central Federal Credit Union
West Virginia Investment Management Board
Western Corporate Federal Credit Union
Western-Southern Life Assurance Company

**U.S. Trustee's Office (Region 2 Trial Attorneys)**
Davis, Tracy Hope
Driscoll, Michael
Gasparini, Elisabetta
Golden, Susan
Khodorovsky, Nazar
Masumoto, Brian S.
Morrissey, Richard C.
Nakano, Serene
Riffkin, Linda A.
Schwartz, Andrea B.
Schwartzberg, Paul K.
Velez-Rivera, Andy
Zipes, Greg M.

**Bankruptcy Judges (New York)**
Bernstein, Stuart M.
Chapman, Shelley C.

Drain, Robert
Gerber, Robert E.
Glenn, Martin
Gropper, Allan L.
Lane, Sean H.
Lifland, Burton R.
Morris, Cecelia G.
Peck, James M.

**District Court Judges (New York)**
Baer, Harold
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Buchwald, Naomi Reice
Carter, Andrew L.
Castel, P. Kevin
Cedarbaum, Miriam Goldman
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Duffy, Kevin T.
Engelmayer, Paul A.
Forrest, Katherine B.
Gardephe, Paul G.
Griesa, Thomas P.
Haight, Charles S.
Hellerstein, Alvin K.
Jones, Barbara S.
Kaplan, Lewis A.
Karas, Kenneth M.
Koeltl, John G.
Marrero, Victor
McKenna, Lawrence M.
McMahon, Colleen
Nathan, Alison J.
Oetken, J. Paul
Owen, Richard
Patterson, Robert P.
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Sand, Leonard B.
Scheindlin, Shira A.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Sweet, Robert W.
Wood, Kimba M.

**Depositing Banks**
Ally Bank
Bank of America, N.A.
Bank of New York Mellon
Citibank, N.A.
Deutsche Bank Trust Company Americas
JPMorgan Chase Bank, N.A.

M&T Bank
State Street Bank and Trust Company
U.S. Bank National Association
Wachovia Bank, National Association

**Consultants & Professionals**
Barclays Bank PLC
Centerview Partners LLC
Deloitte & Touche
Evercore
Fortress Investment Group, LLC
FTI Consulting, Inc.
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
Mayer Brown LLP
Mercer
Nationstar Mortgage, LLC
PricewaterhouseCoopers
Rubenstein Associates, Inc.
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP

**HELOC Investors**
5th 3rd bank
Aurora Loan Services LLC
Bank One, Texas N.A.
Deutsche Bank National Trust Co.
Everbank
JP Morgan Chase
Macquarie Mortgages USA Inc
Suntrust
The Bank of New York Mellon
Treasury Bank, N.A.
Us Bank, N.A.
Wachovia Bank Na
Wells Fargo Bank, N.A.

**Servicing Counterparties**

**Government Entities and GSEs**
Federal Home Loan Mortgage Corporation (Freddie Mac)
Federal Housing Administration (FHA)
Federal National Mortgage Association (Fannie Mae)
Government National Mortgage Association (Ginnie Mae)

**Housing and Local Agencies**
California Housing Finance Agency
CitiMortgage, Inc., as administrator for Texas Veterans Land Board
Connecticut Housing Finance Authority
Delaware Housing Authority
Hawaii Housing (Hula Mae)
Housing Opportunities Commission of Montgomery County, Maryland
Mississippi Home Corporation
Neighborhood Housing Services of America and Philadelphia N.H.S.

Oregon Housing and Community Services Department
Redevelopment Authority of the County of Berks
Rural Housing
The Housing and Redevelopment Authority in and for the City of Minneapolis
The Industrial Commission of North Dakota

**Mortgage and Monoline Insurers**
The ACE Group
Ambac
Assured Guaranty Corp.
Cuna Mutual Group Mortgage Insurance Company
FGIC
Financial Security Assurance Inc
Federal Insurance Group (a subsidiary of the Chubb Group of Insurance Companies)
General Electric Mortgage Insurance Corporation
Genworth Mortgage Insurance Corporation
MBIA
Mortgage Guaranty Insurance Corp.
PMI Mortgage Insurance Co.
Radian Asset Assurance Inc.
Radian Guaranty Inc.
Republic Mortgage Insurance Company
Triad Guaranty Insurance Corporation
United Guaranty Residential Insurance Company

**Trustees**
Bank One, National Association
BNY Midwest Trust Company
Chase Bank of Texas, N.A.
Citibank, N.A.
Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas
HSBC Bank USA, National Association
JPMorgan Chase Bank, N.A.
LaSalle Bank National Association
Security Pacific National Company
The Bank of New York Mellon
U.S. Bank National Association
US National Association
Wells Fargo Bank Minnesota, N.A.
Wells Fargo Bank, National Association
Wilmington Trust Company

**Other Counterparties to Servicing Agreements**
50 BY 50, LLC
ABN AMRO Mortgage Croup, Inc.
Access National Mortgage Corporation
Ace Home Equity Loan Trust, Series 2007-SL3
ACE Securities Corp.
ACT Mortgage Capital
Advantage Bank
Aegis Mortgage Corporation
Aegon USA Realty Advisors
Alliance Bancorp
Alliance Securities Corp.
Ally Bank
Ally Financial Inc.

4

Ally Investment Management LLC
Alternative Finance Corporation
Amalgamated Bank of New York
American Equity Mortgage, Inc.
American Home Mortgage
American Home Mortgage Acceptance, Inc.
American Home Mortgage Investment Trust 2005-2
American Home Mortgage Investment Trust 2005-
   4A
American Home Mortgage Investment Trust 2006-2
American Home Mortgage Investment Trust 2007-
   A
American Home Mortgage Servicing, Inc.
American Home Mortgage Trust 2004-4
American Home Mortgage Trust 2005-1
American Home Mortgage Trust 2005-2
American Home Mortgage Trust 2005-4A
American Residential Equities XXVII, LLC
American Residential Equities, LLC
Ameriquest Mortgage Company
Andover Bank
Arbor Commercial Mortgage, LLC
Asset Management Holding of South Florida, LLC
Assured Guaranty Municipal Corp
Atlantic Financial Federal
Audobon Savings Bank
Aurora Loan Services Inc.
Aurora Loan Services LLC
Banc of America Funding 2005-3 Trust
Banc of America Funding 2005-8 Trust
Banc of America Funding 2006-1 Trust
Banc of America Funding 2006-4 Trust
Banc of America Funding Corporation
Banc of America Mortgage Capital Corporation
Bancap
Banco Mortgage Company
Banco Popular North America
Bank of America, National Association
Bank of Hawaii
Bank One, Texas, N.A.
Bank Rhode Island
Bank United, FSB
Bankatlantic, A Federal Savings Bank
Bankers Saving
Bankers Trust Company
Banknorth Mortgage
Bay Atlantic Federal Credit Union
Bay Financial Savings Bank, FSB
Bayrock Mortgage Corporation
Bayview Acquisitions, LLC
Bayview Financial Asset Trust
Bayview Financial Property Trust
Bayview Financial Securities Company, LLC
Bayview Financial Trading Group, L.P.
Bayview Financial, L.P.
Bear Stearns Asset Backed Securities I, LLC
Bear Stearns Mortgage Capital Corporation
Bear Stearns Second Lien Trust 2007-1
Bear Stearns Second Lien Trust 2007-SV1
Bell Federal Savings and Loan Association

BellaVista Funding Corporation
Belvedere Trust Finance Corporation
Bluebonnet Savings Bank FSB
BMMZ Holdings LLC
Broadway Federal Bank, FSB
Brothers Bank, FSB
Butte Savings and Loan Association
Caliber Funding, LLC
California Banking Association
California Federal Bank, FSB
California Public Employees' Retirement System
Cambridge Place Collateral Management LLC
Canada Mortgage Acceptance Corporation
Capital Crossing Bank
Capitol Federal Savings and Loan Association
Capstead Mortgage Corporation
CDC Mortgage Capital Inc. (Natixis)
Cenfed Bank, a Federal Savings Bank
Cenlar FSB
CenterState Bank of Florida, N.A.
Central Bank of Jefferson County, Inc.
Century Bank, FSB
CFX Bank
Charter One Bank, FSB
Charter One Bank, N.A.
Chase Manhattan Mortgage Corporation
Chemical Mortgage Company
Citi Financial Mortgage Co., Inc
Citibank (West), FSB
Citigroup Global Markets Realty Corp.
Citigroup Mortgage Loan Trust Inc.
CitiMortgage, Inc.
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank, N.A.
Citizens Federal Bank, FSB
Clayton Fixed Income Services Inc.
Clayton National, Inc.
CMC Investment Partnership
Coastal Banc Capital Corporation
Coastal Banc SSB
Coastal States Mortgage Corporation
Collective Federal Savings Bank
Colonial Mortgage Service Company
Comerica Bank
Community Lending, Incorporated
Communityone Bank, N.A.
ComUnity Lending, Incorporated
Copperfield
Core, Cap Inc.
Corona Asset Management III, LLC
Countrywide Bank, N.A.
Countrywide Home Loans Servicing, LP
Countrywide Home Loans, Inc.
Credit Suisse First Boston Mortgage Securities
   Corp.
CSX
CTCE Federal Credit Union

CTX Mortgage Company, LLC
DB Structured Products, Inc.
Deutsche Alt-A Securities, Inc.
Deutsche Bank AG New York Branch
Deutsche Mortgage Securities, Inc.
DLJ Mortgage Acceptance Corp.
DLJ Mortgage Capital, Inc.
Dollar Bank, FSB
Drawbridge Consumer Funding Ltd
Dynex Securities Corporation
E*Trade Bank
E*Trade Mortgage
E*Trade Wholesale Lending Corp.
EAB Mortgage Company, Inc.
EMC Mortgage Corporation
Empire Mortgage X, Inc.
Encore Bank and National Association
Encore Savings Bank
Erie Savings Bank
Eurekabank
EverBank
Fairbanks Capital Corp.
Fairfax Savings Bank
Family Bank, FSB
Family Lending Services, Inc.
FBS Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Trust Bank, FSB
Fidelity Federal Bank
Fidelity Savings and Loan
Fifth Third Bank
Financial Asset Securities Corp.
First Bank Incorporated
First Bank, Inc.
First Cap Holdings, Inc.
First Citizens Bank and Trust Company
First Citizens Mortgage Company
First Community Bank N.A.
First Federal of Michigan
First Federal Savings and Loan Association of
    Storm Lake
First Guaranty Mortgage Corporation
First Horizon Home Loan Corporation
First Indiana Bank
First Internet Bank of Indiana
First Massachusetts Bank, N.A.
First National Bank and Trust Company
First National Bank of Arizona
First National Bank of El Dorado
First Nationwide Mortgage Corporation
First NLC
First Rate Capital Corporation
First Savings Mortgage Corporation
First Tennessee Bank National Association
First Tennessee Capital Assets Corporation
First Trust Savings Bank
First Union National Bank
First-Citizens Bank & Trust Company
Firstrust Bank
Fleet National Bank

Flex Point Funding Corporation
Flick Mortgage Investors, Inc.
FNBA
Fortress Credit Corp.
FPA Corporation
Franklin Bank, SSB
Franklin Credit
Franklin Credit Management Corporation
Gateway Credit Union
Gateway Funding Diversified Mortgage Services,
    LP
GE Capital Consumer Card Co.
GE Mortgage Services, LLC
Geneva Mortgage Corporation
Germantown Savings Bank
Gibraltar Savings Association
Ginn Financial Services, LLC
Goldman Sachs Mortgage Company
Gonzalo Residential Asset Trust
Great American First Savings Bank
Great American Savings Bank
Green Planet Servicing, LLC
Green Tree Servicing LLC
GreenPoint Mortgage Funding Trust 2005-HE4
GreenPoint Mortgage Funding Trust 2006-HE1
GreenPoint Mortgage Funding, Inc.
Greenwich Capital Acceptance, Inc.
Greenwich Capital Financial Products, Inc.
Greenwich Universal Portfolio
GS Mortgage Securities Corp.
GSAA Home Equity Trust 2005-9
GSMPS Mortgage Loan Trust 2005-LT1
GSR Mortgage Loan Trust 2006-AR2
GSR Trust 2007-HEL1
Guardian Savings Bank
Hanover Capital Mortgage Holdings, Inc.
HarborView Mortgage Loan trust 2004-10
Healthcare Employees Federal Credit Union
Home Equity Loan Trust 2005-HS2
Home Equity Loan Trust 2006-HSA2
Home Equity Loan Trust 2006-HSA3
Home Equity Loan Trust 2006-HSA5
Home Equity Loan Trust 2007-HSA1
Home Equity Loan Trust 2007-HSA3
Home Federal Savings & Loan Association of
    Rome, Ga.
Home Loan Corporation
Home Loan Series 09-2028
HomeBanc Mortgage
HomEq Servicing Corporation
Horsham Funding Inc.
HSI Asset Securitization Corporation
Hudson & Keyse, LLC
Hudson City Savings Bank
Huntington Federal Savings & Loan Association
Hyperion Capital Group LLC
IMPAC CMB Trust Series 2005-6
IMPAC Funding Companies
IMPAC Funding Corporation
IMPAC Mortgage Holdings, Inc.

IMPAC Secured Assets Corp.
Imperial Credit Industries, Inc.
Independent Bank East Michigan
IndyMac Bank, FSB (now OneWest Bank, FSB)
IndyMac MBS, Inc.
IndyMac Mortgage Holdings, Inc.
ING Bank, FSB
Investment Capital Group
Irwin Union Bank and Trust Company
Ixis Real Estate Capital Inc
Jackson Federal Bank
Just Mortgage, Inc.
Kaiser Federal Bank
Keystone Nazareth Bank & Trust Company
Kidder Peabody Mortgage Capital Corporation
Lacera
Lebank
Lehman Brothers Bank, FSB
Lehman Brothers Holdings Inc.
Lehman Capital, a division of Lehman Brothers
    Holdings Inc.
Liberty Home Lending, Inc.
Liberty Savings Bank, FSB
Linden Assemblers Federal Credit Union
Litton Loan Servicing, LP
LNV Corporation
Loan Center of California
Loan Link Financial Services
Local #38 and Associates Credit Union
Lomas Mortgage USA, Inc.
Los Angeles County Employees Retirement
    Association
Los Angeles Federal Savings
LPP Mortgage Ltd.
Luminent Mortgage Capital, Inc.
Lydian Private Bank
Macquarie Mortgage Funding Trust 2007-1
Macquarie Mortgages USA, Inc.
MAIA Mortgage Finance Statutory Trust
Marine Bank
Market Street Mortgage Corporation
Massachusetts Mutual Life Insurance Co.
Matrix Capital Bank
MB Financial Bank N.A.
Medway Savings Bank
Mellon Bank
Mellon/McMahon Real Estate Advisors Inc.
Merck Sharp & Dohme Federal Credit Union
Mercury Mortgage Finance Statutory Trust
Meridian Mortgage Corporation
Merrill Lynch Bank & Co.
Merrill Lynch Hunton Paige
Merrill Lynch Mortgage Capital Inc.
Merrill Lynch Mortgage Holdings, Inc.
Merrill Lynch Mortgage Investors, Inc.
Merrill Lynch Mortgage Lending, Inc.
Metlife Bank, N.A.
Metrocities Mortgage Corp., LLC
Metropolitan Life Insurance Company
Mid America Bank, FSB

MidFirst Bank
Midland Financial Savings and Loan Association
Mint I, LLC
Mint II, LLC
Money Bank Investment Corporation
Monterey I Holdings
Morgan Stanley Capital I Inc.
Morgan Stanley Mortgage Capital Inc.
Morgan Stanley Mortgage Loan Trust 2005-3AR
Mortgage Asset Securitization Transactions, Inc.
Mortgage Asset Securitization Trust
Mortgage Interest Networking Trust II
Mortgage Investors Corporation
MortgageIT Holdings Inc.
MortgageIT Securities Corp.
MortgageIT Trust 2005-4
MortgageIT, Inc
MRF 3 LLC
Mrit Securities Corporation
Mutual Savings & Loan Association of Charlotte,
    N.C.
Mutual Savings Bank
National Bank of Commerce
NETBANK
Network Funding L.P.
Neuwest Equity Partners
New Century Mortgage Securities, Inc.
New Cumberland Federal Credit Union
New Penn Financial, LLC
New York Life Insurance and Annuity Corporation
New York Life Insurance Company
Nomura Asset Acceptance Corporation
Nomura Credit & Capital, Inc.
Nomura Home Equity Loan, Inc.
North Jersey Federal Credit Union, Inc.
Northwest Funding, Inc.
Northwestern National Bank of Minneapolis
Norwest Bank Minnesota, National Association
Norwest Mortgage, Inc.
Ocwen Federal Bank FSB
Ocwen Loan Servicing, LLC
Ohio Savings Bank
Opteum Financial Services, LLC
Option One Mortgage Corporation
Paine Webber Real Estate Securities Inc.
Parkside Lending, LLC
Parkvale Savings Bank
Paul Financial, LLC
People Savings Bank, Inc., SSB
Peoples Heritage Savings Bank
PHH Mortgage
Philadelphia Federal Credit Union
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation
Plaza Home Mortgage, Inc.
PMC Bancorp
PNC Bank, N.A.
PNC Mortgage Securities Corp.
Pomona First Federal Bank and Trust
Principal Asset Markets, Inc.

Principal Bank
Principal Mutual Life Insurance Company
Private Capital Group
Quaker City Bank
Quicken Loans Inc.
RBS Citizens, National Association
Real Time Resolutions, Inc.
Real Time Solutions
Realty Mortgage Corporation
Redlands Federal Bank, FSB
Redwood Trust, Inc.
Reliance Federal Credit Union
Residential Mortgage Assistance Enterprise, LLC
Resolution Capital Advisors, LLC
Ridgewood Savings Bank
Riggs Bank N.A.
Rochester Community Savings Bank
Roosevelt Management Company, LLC
RWT Holdings, Inc.
Ryland Acceptance Corporation Four
SACO I Trust 2005-GP1
SACO I Trust 2006-8
Salomon Brothers Realty Corp.
Saxon Mortgage Funding Corporation
Sea Breeze Financial Services, Inc.
Sebring Capital
Secured Bankers Mortgage Company
Security National
Security Pacific National Bank
Select Portfolio Servicing Inc.
Sequoia Funding Trust
Sequoia Residential Funding, Inc.
Shearson Lehman Government Securities, Inc.
Shellpoint Mortgage LLC
Sierra Pacific Mortgage, Inc
Silver State Financial Services, Inc.
Silvergate Bank
Skyline Financial Corp.
SMFC Funding Corporation
SN Servicing Corporation
SNBOA, LLC
Southbank
Southern Pacific Thrift and Loan Association
SouthStar Funding, LLC
Southwest Savings and Loan Association
Sovereign Bank, FSB
Specialized Loan Servicing LLC
St. Paul Federal Bank for Savings
Stanwich Mortgage Acquisition Company, LLC
Sterling Savings Bank
Steward Financial, Inc.
Stonebridge Bank
Structured Asset Mortgage Investments II Inc.
Structured Asset Mortgage Investments, Inc.
Structured Asset Securities Corporation
Structured Mortgage Investments II Inc.
Summit Savings & Loan Association
Suntrust Asset Funding, LLC
Superior Bank
Susquehanna Bank

Syncora Guarantee Inc.
Taylor, Bean Whitaker
TCF National Bank
TCIF, LLC
TeleBank
Terwin Advisors LLC
Terwin Mortgage Trust 2006-6
Terwin Securitization LLC
The Canada Trust Company
The Chase Manhattan Bank
The First Boston Corporation
The First National Bank of Glens Falls
The Frost National Bank
The Mortgage Store Financial, Inc.
The New York Mortgage Company, LLC
The Travelers Indemnity Company
The Winter Group
Treasury Bank, N.A.
Tri Counties Bank
Tri Country Area Federal Credit Union
Truman Capital Securitization LLC
UBS Real Estate Securities Inc.
UBS Warburg Real Estate Securities Inc.
UBS Warburg, LLC
United Capital Mortgage, LLC
United Federal Savings Bank
United Financial Mortgage Corporation
United Savings Association of Texas, FSB
Unity Bank
Universal Master Servicing, LLC
US Bank Home Mortgage
USAA Federal Savings Bank
Valley Independent Bank
Vermont Mortgage Group, Inc.
Wachovia Bank, National Association
Wachovia Mortgage Corporation
Walter Mortgage Company
Washington Mutual Bank
Washington Mutual Mortgage Securities Corp.
Webster Bank
Western Financial Savings Bank, FSB
WestStar Mortgage, Inc.
Wilshire Credit Corporation
Winter Group
Witmer Funding LLC
WMCC Clayton / Washington Mutual Bank
WMD Capital Markets, LLC

**Utilities**
Abovenet Communications Inc.
AT&T
AT&T Mobility
Center Point Energy
CenturyLink
Cisco Systems Capital Corporation
City of Eden Prairie
Comcast
Dish Network
Genesys Conferencing
Global Capacity Group Inc.

IEX Corporation
Inova Solutions
Intercall
Intervoice Inc.
Level 3 Communications LLC
MediaCom
Micro-Tel Center
MidAmerican Energy
Sprint
Time Warner Cable
Time Warner Telecom
Verizon
Verizon Business
Verizon California
Verizon Wireless
Waste Management
Waterloo Water Works
Xcel Energy

**Consolidated Top 50 Creditors**
Aegis Usa Inc.
Alan Gardner
Allstate Insurance
Ambac Assurance Corp
Assured Guaranty Corp.
BNYMellon
Boilermaker Blacksmith National Pension Trust
Brian Kessler, et al
Cambridge Place Investment Management Inc.
Credstar
Deutsche Bank AG, New York
Deutsche Bank Trust Company Americas
Don E. Diane M. Patterson
Donna Moore
Emortgage Logic
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago
Federal Home Loan Bank of Indianapolis
Federal Housing Finance Agency
Financial Guaranty Insurance Co.
Huntington Bancshares Inc.
Indecomm Global Services
Iowa Public Employees Retirement System
Lehman Brothers Holdings, Inc.
Loan Value Group
Massachusetts Mutual Life Insurance Company
MBIA, Inc.
Midwest Operating Engineers Pension Trust Fund
National Credit Union Administration Board
New Jersey Carpenters Health Fund
New Jersey Carpenters Vacation Fund
Orange County Employees Retirement System
Police and Fire Retirement System of the City of
    Detroit
Sealink Funding Limited
Steven And Ruth Mitchell
Stichting Pensioenfonds ABP
The Charles Schwab Corporation
The Union Central Life Insurance Company
Thrivent Financial for Lutherans

Tiffany Smith
US Bank
Wells Fargo & Company
Wells Fargo Bank N.A
West Virginia Investment Management Board
Western & Southern

**Members of the Creditors' Committee**
Allstate Life Insurance Company
AIG Asset Management (U.S.), LLC
The Bank of New York Mellon Trust Company,
    N.A.
Deutsche Bank Trust Company Americas
Drennen, Rowena L.
Financial Guaranty Insurance Company
MBIA Insurance Corporation
U.S. Bank National Association
Wilmington Trust, N.A.

**Rule 2004 Motion Parties**
AlixPartners
Cerberus Capital Management, L.P.
Cerberus FIM Investors LLC
Cerberus FIM, LLC
FIM Holdings LLC
General Motors Company
Gibbs & Bruns, LLP
GMAC Bank
GMAC Commercial Finance, LLC
GMAC LLC
GMAC Mortgage Group, LLC
Houlihan Lokey
IB Finance Holding Company, LLC
Kelly Drye & Warren LLP
Kramer Levin et al
Moelis & Company
Morrison & Foerster LLP
Morrison Cohen LLP
National Motors Bank FSB
Ropes & Gray LLP
White & Case

## <u>SCHEDULE 2</u>

### <u>Centerview Relationships with Potential Parties-in-Interest</u>

Centerview has represented each of the Potential Parties-in-Interest listed below in connection with matters completely unrelated to the Debtors' Chapter 11 Cases:

Ambac Assurance Corporation

Cisco Systems, Inc.

Citigroup, Inc. / Phibro LLC

GMAC Common Equity Trust I (owns 132,280 shares of Ally Financial, Inc.)

HSBC Bank USA

ING Bank

12-12020-mg    Doc 507   Filed 06/26/12   Entered 06/26/12 13:46:45    Main Document
Pg 60 of 79

**EXHIBIT 3**

C E N T E R | V I E W  P A R T N E R S

October 18, 2011

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention:    Thomas Marano
              Chief Executive Officer

Ladies and Gentlemen:

        This letter agreement (the "Agreement") confirms the understanding and agreement
between Centerview Partners LLC (the "Advisor" or "Centerview") and Residential Capital,
LLC and its controlled subsidiaries (collectively with any entity formed or used for the purposes
set forth herein, the "Company").

*Assignment Scope*:

        1.        The Company hereby retains Advisor as its investment banker to provide the
Company with general restructuring advice and to advise it in connection with any Restructuring,
Sale Transaction and/or Financing (each as defined below) on the terms and conditions set forth
herein.  By signing this Agreement, we hereby accept our appointment as your investment
banker under the terms hereof.  The individuals listed on Exhibit A will constitute the core team
(the "Core Team"), and we agree that the Core Team will, as appropriate, devote its full time and
attention to this engagement.

As used in this Agreement:

        (a)        "Restructuring" shall mean any restructuring, reorganization (whether or not
                pursuant to Chapter 11 of the United States Bankruptcy Code) and/or
                recapitalization transaction or series of related transactions in respect of all or a
                significant portion of the Company's outstanding indebtedness (including any
                debt to an affiliate, bank debt, bond debt, and other on and off balance sheet
                indebtedness), and which may also include trade claims, leases (both on and off
                balance sheet), litigation-related claims and obligations, unfunded pension and
                retiree medical liabilities, and other liabilities (collectively, the "Existing
                Obligations"), and that is achieved, without limitation, through (i) a solicitation of
                waivers and consents from the holders of Existing Obligations (collectively, the
                "Stakeholders"); (ii) rescheduling of the maturities of Existing Obligations; (iii) a
                change in interest rates; (iv) repurchase, settlement or forgiveness of Existing
                Obligations; (v) conversion of Existing Obligations into equity; (vi) an exchange
                offer involving the issuance of new securities in exchange for Existing

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650    FAX: (212) 380-2651    WWW.CENTERVIEWPARTNERS.COM

NEW YORK  •  LONDON  •  SAN FRANCISCO  •  LOS ANGELES.

Obligations; or (vii) the issuance of new securities, sale or disposition of assets, sale of debt or equity securities or other interests. Notwithstanding the foregoing, neither (1) settlements of the matters described on Exhibit C hereto nor (2) capital contributions by the member of the Company, affiliates of the member, or the U.S government in the ordinary course of business, including for the purpose of satisfying the Company's financial covenants under its debt facilities or agreements with Fannie Mae or other government sponsored or owned entity, and which do not otherwise involve a Restructuring, Sale Transaction or Financing shall be deemed a Restructuring.

(b)     "Financing" means any transaction or series of transactions involving the public or private issuance, sale, or placement of equity, equity-linked, or debt securities, instruments, or obligations of the Company entailing debtor-in-possession financing or exit financing in connection with a case under the Bankruptcy Code. Notwithstanding the foregoing, capital contributions by the member of the Company, affiliates of the member, or the U.S. government shall not be deemed a Financing, except if the member of the Company or affiliates of the member provide debtor-in-possession financing.

(c)     "Sale Transaction" means any transaction or series of transactions, whether consummated before or after a filing pursuant to Chapter 11 of the United States Bankruptcy Code, and involving (i) an acquisition, merger, consolidation, or other business combination pursuant to which all or substantially all of the business or assets of the Company are, directly or indirectly, combined with another company; (ii) the acquisition, directly or indirectly, by a buyer or buyers (which term shall include a "group" of persons as defined in Section 13(d) of the Securities Exchange Act of 1934, as amended), of equity interests or options, or any combination thereof constituting a majority of the then outstanding stock of the Company or possessing a majority of the then outstanding voting power of the Company (except as may occur with current Stakeholders as a result of a Restructuring); (iii) any other purchase or acquisition, directly or indirectly, by a buyer or buyers of all or substantially all of the assets, securities or other interests of the Company or (iv) the formation of a joint venture or partnership with the Company or direct investment in the Company for the purpose of effecting a transfer of all or substantially all of the interests in the Company to a third party.

*Description of Services*:

2.      Advisor agrees, in consideration of the compensation provided in Section 3 below, to perform such of the following investment banking services as the Company may reasonably request:

(a)     Reviewing and analyzing the Company's business, operations and financial projections;

2

(b)     Evaluating the Company's potential debt capacity in light of its projected cash flows;

(c)     Assisting in the determination of a capital structure for the Company;

(d)     Assisting in the determination of a range of values for the Company on a going concern basis;

(e)     Advising the Company on tactics and strategies for negotiating with the Stakeholders;

(f)     Rendering financial advice to the Company and participating in meetings or negotiations with the Stakeholders and/or rating agencies or other appropriate parties in connection with any Restructuring;

(g)     Advising the Company on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to the Restructuring;

(h)     Advising and assisting the Company in evaluating potential Financing transactions by the Company, and, subject to our agreement to so act and the execution of appropriate agreements in the case of any public issuance of securities or other circumstances where additional agreements may be customary between the Company and Advisor or an entity described in Section 13 below that is acting as underwriter or placement agent therefor, contacting potential sources of capital as the Company may designate and assisting the Company in implementing such a Financing;

(i)     Assisting the Company in preparing documentation within our area of expertise that is required in connection with the Restructuring;

(j)     Assisting the Company in identifying and evaluating candidates for a potential Sale Transaction, advising the Company in connection with negotiations and aiding in the consummation of one or more Sale Transactions;

(k)     Attending meetings of the Company's Board of Directors and its committees with respect to matters on which we have been engaged to advise you;

(l)     Providing testimony, as necessary, with respect to matters on which we have been engaged to advise you in any proceeding before the Bankruptcy Court; and

(m)    Providing the Company with other financial restructuring advice as may be specifically agreed upon in writing by the Company and the Advisor.

3

_Fees and Expense Reimbursement; Indemnification_:

3.        As consideration for the services to be provided, the Company shall pay Advisor the following fees:

(a)        A monthly financial advisory fee of $300,000 (the "Monthly Advisory Fee"), the first payment of which shall be due and paid by the Company upon execution of this Agreement and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid in excess of $1,800,000 shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

(b)        If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further, that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in

whole or in part, as a prepackaged, partial prepackaged or prearranged plan of reorganization anticipated to involve the solicitation of acceptances of such plan in compliance with the Bankruptcy Code, by or on behalf of the Company, from holders of any class of the Company's securities, indebtedness or obligations (a "Prepackaged Plan") the Transaction Fee shall be earned and payable (x) 50% upon the earlier of (i) execution of definitive agreements with respect to such plan and (ii) delivery of binding consents to such plan by a sufficient number of creditors and/or bondholders, as the case may be, to the plan and (y) 50% upon consummation of such Restructuring or Sale Transaction; provided, however, that if the Advisor is paid 50% of the Transaction fee in connection with a Prepackaged Plan and a plan of reorganization is not consummated, the Advisor will return such fee to the Company.

(c)     If at any time during the Fee Period, the Company consummates any Financing, the Company will pay Advisor the following:

    i.     1.0% of the aggregate amount of any indebtedness issued that is secured by a first lien;

    ii.     3.0% of the aggregate amount of any indebtedness issued that (x) is secured by a second or junior lien, (y) is unsecured and/or (z) is subordinated;

    iii.     5.0% of the aggregate amount of any equity or equity-linked securities or obligations issued; and

    iv.     0.5% of the aggregate amount of any debtor-in-possession financing issued, plus 1.0% of the aggregate amount of any debtor-in-possession financing issued to new lenders, not to exceed $5,000,000 in the aggregate (or, if such financing is provided by a member of the Company, affiliates of the member, the U.S. government or by the Disclosed Party, not to exceed $500,000).

Any fee(s) paid under subparagraphs 3(c)(i), 3(c)(ii) and 3(c)(iii) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

Any fee in excess of $500,000, paid under subparagraph 3(c)(iv) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

(d)     In addition to any fees that may be payable to Advisor and, regardless of whether any transaction occurs, the Company shall promptly reimburse Advisor for all:

(A) reasonable documented production charges and out-of-pocket expenses (including travel and lodging, data processing and communications charges, courier services and other appropriate expenditures) and (B) other reasonably incurred fees and expenses, including reasonable expenses of counsel if engaged with the prior approval of the Company, which approval shall not be unreasonably withheld.

(e)    As part of the compensation payable to Advisor hereunder, the Company agrees to the indemnification, contribution and related provisions (the "Indemnification Provisions") attached to this Agreement as Exhibit B and incorporated herein in their entirety. Nothing contained in this Paragraph 3 shall be deemed to limit in any manner the Company's obligations under the Indemnification Provisions.

(f)    All amounts referenced hereunder reflect United States currency and shall be paid promptly in cash after such amounts accrue hereunder.

For the avoidance of doubt, if both a Restructuring and a Sale Transaction occur (in separate transactions or through a single transaction that meets both definitions) the Company will be obligated to pay the Advisor either an Out-of-Court Transaction Fee or an In-Court Transaction Fee but not both.  One or more fees pursuant to subparagraph 3(c) may be payable in addition to an In-Court Transaction Fee (subject to the crediting set forth above).

*Retention in Chapter 11 Proceedings*:

4.    In the event of the commencement of proceedings pursuant to Chapter 11 of the United States Bankruptcy Code during the term of this Agreement or during the period until nine months following any termination of this Agreement by the Company, the Company agrees that it will use commercially reasonable efforts to obtain prompt authorization from the Bankruptcy Court to retain Advisor on the terms and conditions set forth in this Agreement under the provisions of Section 328(a) of the Bankruptcy Code.  Subject to being so retained, Advisor agrees that during the pendency of any such proceedings, it shall continue to perform its obligations under this Agreement and that it shall file interim and final applications for allowance of the fees and expenses payable to it under the terms of this Agreement pursuant to the applicable Federal Rules of Bankruptcy Procedure, and the local rules and order of the Bankruptcy Court.  The Company shall supply Advisor with a draft of the application and proposed retention order authorizing Advisor's retention sufficiently in advance of the filing of such application and proposed order to enable Advisor and its counsel to review and comment thereon.  Advisor shall be under no obligation to provide any services under this agreement in the event that the Company becomes a debtor under the Bankruptcy Code unless Advisor's retention under the terms of this Agreement is approved under section 328(a) of the Bankruptcy Code by final order of the Bankruptcy Court, which order is acceptable to Advisor.  In so agreeing to seek Advisor's retention under Section 328(a) of the Bankruptcy Code, the Company acknowledges that it believes that Advisor's general restructuring experience and expertise, its knowledge of the capital markets and its merger and acquisition capabilities will inure to the

benefit of the Company in pursuing any Restructuring, Sale Transaction or Financing, that the value to the Company of Advisor's services hereunder derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of the various contingent fees set forth herein are reasonable regardless of the number of hours to be expended by Advisor's professionals in the performance of the services to be provided hereunder.

*Other*:

5.       No fee payable to any other person, by the Company or by any other party, shall reduce or otherwise affect any fee payable or expense reimbursement hereunder to the Advisor.

6.       The Company will furnish or cause to be furnished to Advisor such current and historical financial information and other information regarding the business of the Company as Advisor may request in connection with this engagement.  The Company will keep Advisor advised of all developments materially affecting the Company or its financial position.  In performing its services pursuant to this Agreement, including in connection with any valuation of the Company, Advisor shall be entitled to rely upon information furnished to it by the Company or that is publicly available, may assume the accuracy and completeness of such information and shall not assume any responsibility for independent verification of any such information.  Advisor will not, as part of its engagement, undertake any independent valuation or appraisal of any of the assets or liabilities of the Company or of any third party, or opine or give advice to the Board of Directors, the Company or management or shareholders with respect thereto.  With respect to any forecasts or projections that may be furnished to Centerview by the Company Centerview will assume that they have been reasonably prepared on bases reflecting the best then currently available estimates and judgments of the management of the Company as to the matters covered thereby.  In connection with the services described above, the Company authorizes us to transmit any memorandum prepared by the Company describing the Company and its assets, properties, or businesses in connection with a Sale Transaction or Financing to potential parties to a Sale Transaction or Financing.  The Company will be solely responsible for the contents of any such memorandum.

7.       In performing its services pursuant to this Agreement, Advisor is not assuming any responsibility for the decision of the Company or any other party to pursue (or not to pursue) any business strategy or to effect (or not to effect) any Restructuring, Sale Transaction, Financing, or other transaction.  Advisor shall not have any obligation or responsibility to provide "crisis management" for or business consultant services to the Company, and shall have no responsibility for designing or implementing operating, organizational, administrative, cash management or liquidity improvements; nor shall Advisor be responsible for providing any tax, legal or other specialist advice.

8.       It is understood and agreed that nothing contained in this Agreement shall constitute an express or implied commitment by Advisor or any of its affiliates to underwrite, place or purchase any securities in a financing or otherwise, which commitment shall only be set forth in a separate underwriting, placement agency or purchase agreement, as applicable, relating to the financing.

9.    In order to coordinate our efforts on behalf of the Company during the period of our engagement hereunder, the Company will promptly inform Advisor of any discussions, negotiations, or inquiries regarding a potential Restructuring, Sale Transaction or Financing, including any such material discussions or inquiries that have occurred during the six-month period prior to the date of this Agreement to the extent relevant to this engagement.  In the event that Advisor receives an inquiry concerning any transaction, we will promptly inform the Company of such inquiry.

10.    The Company agrees that neither Centerview nor any of its affiliates, their respective members, directors, officers, employees and  controlling persons, and each of their respective successors and assigns (collectively, the "Centerview Persons" and each individually, a "Centerview Person") shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with this engagement or any transactions or conduct in connection herewith, except to the extent that any losses, claims, damages or liabilities incurred by the Company are finally judicially determined to have resulted directly from the willful misconduct or gross negligence of such Centerview Person.

11.    Advisor's engagement hereunder will automatically terminate upon termination of any Chapter 11 proceedings involving the Company and may be terminated by you or us at any time without liability or continuing obligation to you or us, except that following any such termination (a) Advisor shall remain entitled to any fees accrued pursuant to Section 3 but not yet paid prior to such termination, and to reimbursement of reasonable documented production charges and out-of- pocket expenses incurred prior to such termination as provided in subparagraph 3(d) hereof, (b) the Indemnification Provisions shall survive termination indefinitely and (c) in the case of automatic termination or termination by the Company, Advisor shall remain entitled to full payment of all fees contemplated by Section 3 hereof in respect to any Restructuring, any Sale Transaction and any Financing.

12.    The Company recognizes that Advisor has been engaged only by the Company with duties solely to the Company, and that the Company's engagement of Advisor is not deemed to be on behalf of and is not intended to confer rights upon any member, shareholder, partner or other owner of the Company, any creditor, lender or any other person not a party hereto as against Advisor or any of its affiliates or any of their respective directors, officers, members, agents, employees or representatives.  No one, other than senior management or the Board of Directors of the Company is authorized to rely upon the Company's engagement of Advisor or use or rely upon (in their capacities as such and not in any individual capacities) any statements, advice, opinions or conduct by Advisor.  Without limiting the foregoing, any advice, written or oral, rendered to the Company's Board of Directors or management in the course of the Company's engagement of Advisor are solely for the purpose of assisting senior management or the Board of Directors of the Company, as the case may be, in evaluating any Restructuring, Sale Transaction or Financing, as the case may be, and does not constitute a recommendation to any stakeholder of the Company that such stakeholder might or should take in connection with the Restructuring, Sale Transaction or Financing.  Any advice, written or oral, rendered by Advisor may not be reproduced, disseminated, disclosed publicly or made available to third

parties at any time, in any manner or for any purpose, without the prior written consent of Advisor. Notwithstanding the foregoing, nothing herein shall prohibit you from disclosing to any and all persons the tax treatment and tax structure of any transaction and the portions of any materials that relate to such tax treatment or tax structure. Advisor's role herein is that of an independent contractor; nothing herein is intended to create or shall be construed as creating a fiduciary or agency relationship between Advisor and the Company or its Board of Directors or any other party. Centerview is not assuming any duties or obligations other than those expressly set forth in this Agreement

13.     In connection with the services to be provided hereunder, Advisor may employ the services of its affiliates and may share with any such entity any information concerning the Company, *provided* that Advisor and such entities shall hold any non- public information confidential in accordance with the Confidentiality Agreement, dated October 12, 2011 (the "Confidentiality Agreement") and their respective customary policies relating to nonpublic information. Any such entity so employed shall be entitled to all of the benefits afforded to Advisor hereunder, including the Indemnification Provisions and shall be entitled to be reimbursed for its costs and expenses on the same basis as Advisor.

14.     The provisions hereof and the Indemnification Provisions shall inure to the benefits of and be binding upon the successors and assigns of the Company, Advisor and any other person entitled to indemnity under the Indemnification Provisions. The Company's obligations pursuant to this Agreement are joint and several. This Agreement, including the Indemnification Provisions, and the Confidentiality Agreement embody the entire agreement and understanding among the parties hereto and supersedes any and all prior agreements, arrangements, and understandings, related to the matters provided for herein. No waiver, amendment or other modification of this Agreement, including the Indemnification Provisions, shall be effective unless in writing and signed by each party to be bound thereby.

15.     This Agreement and any claim related directly or indirectly to this Agreement (including any claim concerning advice provided pursuant to this Agreement) and the Indemnification Provisions shall be governed by and construed in accordance with the laws of the State of New York without regard to the principle of conflicts of law. No such claim shall be commenced, prosecuted or continued in any forum other than the courts of the State of New York located in the City and County of New York or in the United States District Court for the Southern District of New York, and each of the parties hereby submits to the jurisdiction of such courts. The Company hereby waives on behalf of itself and its successors and assigns any and all right to argue that the choice of forum provision is or has become unreasonable in any legal proceeding. The Company waives all right to trial by jury in any action, proceeding or counterclaim (whether based upon contract, tort or otherwise) related to or arising out of the engagement of Advisor pursuant to, or the performance by Advisor of the services contemplated by, this Agreement.

If the foregoing Agreement is in accordance with your understanding of the terms of our engagement, please sign and return to us the enclosed duplicate hereof.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: 

Marc Puntus
Partner

Accepted and Agreed to as of the date first written above.

RESIDENTIAL CAPITAL, LLC, on behalf of itself
and its controlled subsidiaries

By: 

Thomas Marano
Chief Executive Officer

**Exhibit A**
**Core Team**

Stephen Crawford – Partner
Samuel Greene - Partner
Marc Puntus – Partner
1 Managing Director
1-2 Principals
2 Associates
2-3 Analysts

12-12020-mg    Doc 507    Filed 06/26/12    Entered 06/26/12 9:46:49    Main Document
Pg 72 of 73

**Exhibit B**
**Indemnification Provisions**

**Attached Hereto**

## Exhibit C
## Litigation and Claims

The settlement or compromise of any of the following matters will not be deemed to constitute a "Restructuring" for purposes of this Engagement:

1.  Pending investigations, lawsuits or claims by any state attorney general, state banking department, US Department of Justice, US Department for Housing and Urban Development, or similar bodies or agencies relating to mortgage servicing and related issues

2.  Pending lawsuits or claims by the Federal Housing Finance Authority in respect of mortgage loan repurchase or mortgage-backed securities claims

CENTER|VIEW PARTNERS

## Exhibit B

October 18, 2011

Centerview Partners LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019

Gentlemen:

In connection with the engagement (the "Engagement") of Centerview Partners LLC ("Centerview") by the undersigned (the "Company") to render financial advisory services to the Company pursuant to a letter agreement dated the date hereof (the "Engagement Agreement"), the Company hereby agrees as follows:

1.  Except as provided in paragraph 3. below, the Company agrees to indemnify and hold harmless Centerview and each of its affiliates, their respective members, directors, officers, employees and controlling persons, and each of their respective successors and assigns (collectively, the "Indemnified Persons" and each individually, an "Indemnified Person") from and against any and all losses, claims, damages, demands and liabilities, joint or several, or actions or proceedings in respect thereof, brought by or against any person (collectively, "Losses"), which are related to or arise out of the Engagement or any matter or transaction contemplated thereby.

2.  The Company agrees to reimburse each Indemnified Person promptly upon request for all costs and expenses (including fees, disbursements and other charges of legal counsel) as they are incurred in connection with investigating, preparing for, pursuing, defending against or providing evidence in, any pending or threatened action, claim, suit, investigation or other proceeding brought by or against any person in any jurisdiction related to or arising out of the Engagement or any matter or transaction contemplated thereby (whether or not Centerview or any other Indemnified Person is a named party or witness, and whether or not any liability to any person results therefrom), including in connection with enforcing the terms hereof.

3.  Notwithstanding the foregoing, the Company shall have no obligation to indemnify and hold harmless any Indemnified Person under this letter agreement in respect of any Losses to the extent that such Losses are finally judicially determined to have resulted from the willful misconduct or gross negligence of such Indemnified Person.

4.  The Company agrees that it will not, without Centerview's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any pending or threatened action, claim, suit, investigation or proceeding in respect of which indemnification or contribution may be sought hereunder (whether or not Centerview or any other Indemnified Person is an actual or potential party thereto) unless such settlement, compromise, consent or termination includes an unconditional release of each Indemnified Person from all liability arising out of such action, claim, suit, investigation or proceeding and does not impose any monetary or financial obligation on any Indemnified Person or contain any admission of culpability or liability on the part of any Indemnified Person. No Indemnified Person seeking indemnification, reimbursement or contribution under this letter agreement will, without the Company's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any action, claim, suit, investigation or proceeding referred to herein.

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650   FAX: (212) 380-2651   WWW.CENTERVIEWPARTNERS.COM

NEW YORK  •  LONDON  •  SAN FRANCISCO  •  LOS ANGELES.

5. If the foregoing indemnification provided for herein is determined to be unavailable to an Indemnified Person for any reason (other than as specified in paragraph 3. hereof) or is insufficient to hold it harmless in respect of any Losses referred to herein, then, in lieu of indemnifying such Indemnified Person hereunder, the Company shall contribute to the amount paid or payable by such Indemnified Person as a result of such Losses (and expenses related thereto) (i) in such proportion as is appropriate to reflect the relative benefits to the Company, on the one hand, and to Centerview, on the other hand, with respect to the Engagement or (ii) if the allocation provided by clause (i) of this paragraph is not available, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the fault of the Company and Centerview and any other relevant and equitable considerations; provided, however, that in no event shall the aggregate contribution of the Indemnified Persons to the amounts so paid or payable exceed the aggregate amount of all fees actually received by Centerview from the Company in connection with the Engagement (excluding any amounts received by Centerview as reimbursement of expenses pursuant to the Engagement Agreement). For purposes of this letter agreement, the relative benefit to the Company and Centerview of the Engagement shall be deemed to be in the same proportion as (a) the total value paid or contemplated to be paid or received or contemplated to be received by the Company in the transaction or transactions that are the subject of the Engagement, whether or not such transaction is proposed or completed, bears to (b) the fees paid or to be paid to Centerview under the Engagement Agreement.

6. The Company agrees that neither Centerview nor any other Indemnified Person shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with the Engagement or any transactions or conduct in connection therewith, except to the extent that any losses, claims, damages or liabilities incurred by the Company are finally judicially determined to have resulted from the willful misconduct or gross negligence of such Indemnified Person.

7. This letter agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to principles of conflicts of laws. Solely for purposes of enforcing this letter agreement, the Company hereby consents to personal jurisdiction of, service in and waives any objection to venue in any court in which any claim or proceeding which is subject to, or which may give rise to a claim for indemnification or contribution under, this letter agreement is brought against Centerview or any other Indemnified Person. ANY RIGHTS OF TRIAL BY JURY WITH RESPECT TO ANY CLAIM, COUNTERCLAIM OR ACTION ARISING OUT OF THIS LETTER AGREEMENT OR THE ENGAGEMENT IS HEREBY WAIVED.

8. The indemnity, contribution, reimbursement and other obligations of the Company hereunder shall be in addition to any liability that the Company may have, at common law or otherwise, and shall be binding on its successors and permitted assigns. The obligations of the Company hereunder cannot be assigned without the prior written consent of Centerview.

9. Prior to or at the time a public announcement is made concerning the Company entering into any agreement or arrangement with respect to, or effecting, any merger, statutory exchange or other business combination or proposed sale or exchange, dividend or other distribution or liquidation of all or a significant portion of its assets in one or a series of transactions or any significant recapitalization or reclassification of its outstanding securities that does not directly or indirectly provide for the assumption of the obligations of the Company set forth herein, the Company will notify Centerview in writing thereof and, if requested by Centerview, shall use commercially reasonable efforts to arrange in connection therewith alternative means of providing for the obligations of the Company set forth herein.

10. The terms of this letter agreement shall apply to all services provided by Centerview to the Company in connection with the matters contemplated by the Engagement, including those provided prior to the date of this letter agreement. The provisions of this letter agreement shall apply to any subsequent amendment to or modification of the Engagement Agreement, and shall survive the termination or completion of the Engagement.

Very truly yours

Residential Capital, LLC

By:

Thomas Marano
Chief Executive Officer

Accepted:

CENTERVIEW PARTNERS LLC

By:

Marc Puntus
Partner

March 13, 2012

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention: Thomas Marano
Chief Executive Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 (the "Engagement Letter"), between Centerview Partners LLC ("Centerview") and the Company (as such term is defined in the Engagement Letter). This agreement (the "Amendment") amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) and 3(b) of the Engagement Letter are hereby replaced with the following:

(a)     A monthly financial advisory fee (the "Monthly Advisory Fee") of $300,000, the first payment of which shall be due and paid by the Company upon execution of the Engagement Letter and thereafter on each monthly anniversary thereof through January 1, 2012. Thereafter, a Monthly Advisory Fee of $400,000, the first payment of which shall be due and paid by the Company on January 1, 2012 ("Revised Monthly Invoice Date") and thereafter on each monthly anniversary thereof through the earlier of the date the Company files chapter 11 (the "Petition Date") and the conclusion of this engagement. Subsequent to the Petition Date, a Monthly Advisory Fee of $300,000, the first payment of which shall be due and paid by the Company on the first monthly anniversary of the Revised Monthly Invoice Date occurring after the Petition Date, and thereafter on each monthly anniversary thereof during the term of this engagement. Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee. 50% of Monthly Advisory Fees paid subsequent to the Petition Date shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

(b)     If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a

Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further, that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in whole or in part, as a §363 sale with a stalking horse bidder, or as a prepackaged, partial prepackaged or prearranged plan of reorganization, which plan may include a sale transaction (a "Prearranged Plan"), the Transaction Fee shall be earned and payable (x) 50% upon, in the case of a §363 sale, execution of a stalking horse asset purchase agreement, or, in the case of a Prearranged Plan, upon obtaining indications of support from certain of the Company's key creditors that in the good faith judgment of the Board of Directors of the Company are sufficient to justify filing such Prearranged Plan, and (y) 50% upon consummation of such Restructuring or Sale Transaction.

Centerview and the Company mutually agree that the following paragraph shall be added to section 3:

(g)     If at any time during the Fee Period the Company (x) receives a letter of intent to purchase all or substantially all of the Company's assets or (y) receives a debtor-in-possession financing proposal, in either case, satisfactory to the Company, Centerview shall be due and paid a transaction fee ("Interim Transaction Fee") equal to $1,200,000.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement").

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the Engagement Letter. This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.


Very truly yours,

CENTERVIEW PARTNERS LLC


By: _____
Name:  Marc Puntus
Title:   Partner



ACCEPTED AND AGREED TO:

Residential Capital LLC


By: _____
Name:  Thomas Marano
Title:   CEO

## <u>EXHIBIT C</u>

**SECOND AMENDMENT TO THE ENGAGEMENT LETTER BETWEEN
CENTERVIEW PARTNERS LLC AND THE DEBTORS DATED JANUARY 17, 2013;
FILED JANUARY 24, 2013**

Docket #2700  Date Filed: 1/24/2013

Presentment Date: January 31, 2013 at 12:00 p.m. (ET)
Objection Deadline: January 30, 2013 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------------- ) | |

### NOTICE OF PRESENTMENT OF DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) APPROVING AMENDMENT TO ENGAGEMENT LETTER WITH CENTERVIEW PARTNERS LLC

**PLEASE TAKE NOTICE** that the undersigned will present the attached *Debtors'*

*Motion for Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving Amendment to*

*Engagement Letter with Centerview Partners LLC* (the "Motion"), to the Honorable Martin

Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One

Bowling Green, New York, New York 10004, Room 501, for signature on **January 31, 2013 at**

**12:00 p.m. (Prevailing Eastern Time)**.

1212020130124000000000001

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be

made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy

Rules for the Southern District of New York, and the Notice, Case Management, and

Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed

electronically by registered users of the Bankruptcy Court's electronic case filing system, and be

served, so as to be received no later than **January 30, 2013 at 4:00 p.m. (Prevailing Eastern

Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the

Americas, New York, NY 10104 (Attention: Gary S. Lee, Todd M. Goren and Naomi Moss); (b)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, NY 10004 (Attention: Tracy Hope Davis, Linda A. Riffkin, and

Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of

Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney

General, Eric H. Holder, Jr.); (d)  Office of the New York State Attorney General, The Capitol,

Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of

the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY

10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis

LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to

Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher

& Flom LLP, Four Times Square, New York, NY 10036 (Attention: Ken Ziman & Jonathan H.

Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein & Greg

Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd

Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel

for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los

Angeles, CA 90071 (Attention:  Thomas Walper and Seth Goldman); (k) Internal Revenue

ny-1074400                                   2

Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market

Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange

Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY

10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Motion are timely

filed, served and received in accordance with this Notice, the Court may enter the Order without

further notice or hearing.


Dated: January 24, 2013           Respectfully submitted,
      New York, New York


/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
Naomi Moss
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

**Presentment Date: January 31, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: January 30, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and*
 *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
|                                               )
In re:                                          )
                                                )    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,        )
                                                )    Chapter 11
                              Debtors.          )
                                                )    Jointly Administered
------------------------------------------------------------ )

**DEBTORS' MOTION FOR ORDER UNDER**
**BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) APPROVING AMENDMENT**
**TO ENGAGEMENT LETTER WITH CENTERVIEW PARTNERS LLC**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases

(collectively, the "<u>Debtors</u>")[1] hereby move (the "<u>Motion</u>") for entry of an order, the proposed

form of which is attached as <u>Exhibit 1</u>, under sections 327(a) and 328(a) of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on
<u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in
Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6] (the "<u>Whitlinger Affidavit</u>").

Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

York (the "Local Rules"), approving an amendment (the "Amendment"), attached hereto as

Exhibit 2, to the Engagement Letter (as defined below) with Centerview Partners LLC

("Centerview"), investment banker for the Debtors.  In support of this Motion, the Debtors

rely on the Declaration of Marc D. Puntus (the "Puntus Declaration"), a partner of Centerview

and the co-head of its Restructuring Group, attached hereto as Exhibit 3.  In further support of

this Motion, the Debtors respectfully state as follows:

## INTRODUCTION

1.      When the Debtors filed these Chapter 11 cases, they set out to accomplish

what no other mortgage lender had done before – sell an operating mortgage business in

bankruptcy.  With the assistance of Centerview, the Debtors met this goal and successfully

conducted auctions for the sales of the Debtors' loan platform and legacy loan portfolio,

which upon closing are expected to yield approximately $4.5 billion in cash for these estates

(the "Asset Sales").

2.      Now that the Asset Sales have been approved by the Court, the Debtors have

begun to market and sell certain remaining assets.  Based on Centerview's extensive

knowledge of the Debtors' business and assets, the Debtors have asked Centerview to advise

them in connection with the sales of certain loans or receivables in the Debtors' portfolio that

are insured by the Federal Housing Administration (the "FHA"), as described in the FHA Sale

Motion (defined below), with an unpaid principal balance of $127 million (the "FHA Loans").

Although the separate sale of loans was not addressed in the Engagement Letter (defined

below), the Debtors believe that Centerview's extensive knowledge of the Debtors' business

and previous experience selling the Debtors' assets and whole loan portfolio, will help them

2

market and sell the FHA Loans successfully.  Therefore, the Amendment seeks to expand

Centerview's retention to include sales of the FHA Loans and to compensate Centerview

accordingly.

3.    Additionally, pursuant to the Engagement Letter, Centerview is required to

credit 50% of certain Monthly Advisory Fees against the Transaction Fee[2] earned upon the

closing of the Asset Sales.  Originally, the Transaction Fee was to be earned and paid at the

closing of the Asset Sales.  See Puntus Declaration ¶ 10.  During negotiations with the

Creditors' Committee concerning Centerview's retention, Centerview agreed that the

Transaction Fee would continue to be earned upon closing of the Asset Sales but payment

would be deferred until the effective date of a confirmed plan.  See Puntus Declaration ¶ 10.

The Debtors, the Creditors' Committee and Centerview did not address how crediting would

be structured post-closing of the Asset Sales as part of those discussions. See Puntus

Declaration ¶ 10.   As such, the parties chose to clarify this provision in the Amendment (the

"Crediting Provision").  See Puntus Declaration ¶ 10.  Following extensive negotiations

between the Debtors, the Creditors' Committee and Centerview regarding the Crediting

Provision, and in light of substantial additional restructuring-related services required of

Centerview post-closing, the Amendment reflects that Centerview will continue crediting its

Monthly Advisory Fees through the closing of the Debtors' servicing and origination platform

(the "Platform Closing Date"), but will not be required to credit Monthly Advisory Fees

following the Platform Closing Date through June 30, 2013.  From and after July 1, 2013,

Centerview will credit 50% of Monthly Advisory Fees, subject to the rights of Centerview to

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Engagement
Letter or the Amendment.

ny-1071518

renegotiate the appropriate amount of crediting following such date with the reasonable

consent of the Creditors' Committee.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and

1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this

Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates

for the relief requested herein are Bankruptcy Code sections 327(a) and 328 as supplemented

by Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1.

## BACKGROUND

5.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

6.      On the Petition Date, the Debtors filed the Sale Motion[3], and on June 28, 2012,

the Court entered an order approving the sale and bid procedures for the sale of the Debtors'

assets [Docket No. 62].

---

[3]   *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f) and (m), 365 and 1123 and Fed R. Bank. P. 2002, 6004, 6006 and 9014 for Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Hearing and Sale Deadline; (III) Approving Form and Manner of Notice Thereof and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (the "Sale Motion") [Docket No. 61].

ny-1071518

7.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "U.S. Trustee") appointed a nine member official committee of unsecured creditors

(the "Creditors' Committee").

8.      On June 20, 2012, the Court directed that an examiner be appointed [Docket

No. 454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner

[Docket No. 674] (the "Examiner").

9.      On June 26, 2012, the Debtors filed the *Debtors' Application for Order Under*

*Bankruptcy Code Sections 327(a) and 328(a) Authorizing Employment and Retention of*

*Centerview Partners LLC as Investment Banker* [Docket No. 507] (the "Retention

Application").  On July 26, 2012, the Court approved the retention of Centerview as

investment banker to the Debtors [Docket No. 920] (the "Retention Order").

10.     On October 23, 2012 and October 24, 2012, the Debtors successfully

conducted an auction for the sale of the Debtors' mortgage loan origination and servicing

businesses to Ocwen Loan Servicing, LLC ("Ocwen") for $3 billion.

11.     On October 25, 2012, the Debtors successfully conducted an auction for the

sale of the Debtors' "legacy" portfolio consisting mainly of mortgage loans and other residual

financial assets to Berkshire Hathaway Inc. ("Berkshire") for $1.5 billion.

12.     At a hearing held on November 19, 2012, the Court approved the Sale Motion

on the record.  On November 21, 2012, the Court entered orders approving the sales to Ocwen

and Berkshire [Docket Nos. 2246 and 2247].

13.     On January 2, 2013, the Debtors filed the *Debtors' Motion Pursuant to 11*

*U.S.C. §§ 105, 363(b), (f) and (m) and Fed. R. Bankr. P. 2002, 6004 and 9007 for Orders:*

*(A)(I) Authorizing and Approving Sale Procedures; (II) Scheduling Bid Deadline and Sale*

*Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related*

*Relief and (B)(I) Authorizing the Sale of Certain FHA Loans Free and Clear of Liens, Claims,*

*Encumbrances and Other Interests; (II) Authorizing and Approving Mortgage Loan Purchase*

*and Interim Servicing Agreement; and (III) Granting Related Relief* [Docket No. 2544] (the

"FHA Sale Motion").

14.     On January 16, 2013, the Court approved the FHA Sale Motion on the record.

On January 17, 2013, the Court entered an order approving the FHA Sale Motion [Docket No.

2649].

## RELIEF REQUESTED

15.     By this Motion, the Debtors seek entry of an order approving the Amendment,

which seeks to (i) expand the scope of Centerview's retention to include services related to

the sale of the FHA Loans, and (ii) clarify that Centerview is not required to credit Monthly

Advisory Fees against the Transaction Fee following the Platform Closing Date through June

30, 2013.

## BASIS FOR RELIEF

16.     Centerview's services, as investment banker to the Debtors, have been

rendered upon the terms and conditions of an engagement letter dated October 18, 2011, by

and between Centerview and the Debtors, as amended on March 13, 2012 (the "Engagement

Letter"), a copy of which is attached hereto as Exhibit 2 and incorporated by reference herein.

**A.     The FHA Sale Motion Compensation**

17.     The Engagement Letter provides for the retention of Centerview as investment

banker to assist the Debtors on a variety of matters, including sale and restructuring related

services.  See Retention Application ¶ 13.  Although the Engagement Letter specifically

6

contemplates the sale of substantially all of the Debtors' assets (i.e. the Assets Sales), it does not address the separate sale of discrete assets, such as the FHA Loans remaining in the Debtors' estates.

18.     Pursuant to the Retention Order, modifications and amendments to the Engagement Letter must be approved by the Court.  Retention Order ¶ 3.  Because the Debtors believe that it is in their best interests to have Centerview provide assistance with the sale of the FHA Loans they have modified the terms of the Engagement Letter as described in the Amendment.

19.     Specifically, the Debtors have requested that Centerview oversee the marketing and sale of the FHA Loans.  In preparation for the sale of the FHA Loans, Centerview has assisted the Debtors with identifying those loans that will be attractive to a number of prospective bidders and formulating sale procedures approved by the Court pursuant to the FHA Sale Motion that will allow the Debtors to realize the highest and best bid for such FHA Loans.  Centerview will assist the Debtors and their other advisors with the sale process through a broad range of activities, including: (i) developing a list of potential buyers and contacting such buyers, (ii) assisting the Debtors with the dual-stage due diligence process, (iii) evaluation of bids, (iv) discussions with creditors, and (v) facilitating the negotiation of sale related documents.

20.     The Debtors seek to modify the terms of the Engagement Letter, pursuant to the Amendment to include services provided in connection with the sale of the FHA Loans.  If the Debtors consummate any transactions for the sale of the FHA Loans, the Amendment provides for the payment to Centerview of 1% of the aggregate sale price of the FHA Loans to buyers other than Ginnie Mae or its affiliates upon the closing of the applicable loan sale or

7

sales (the "FHA Sale Motion Compensation").  Centerview will also assist with the continued

monetization of other remaining estate assets and reserves the right to seek additional fees for

subsequent sales of loans and other assets, subject to the reasonable consent of the Creditors'

Committee.

21.     The FHA Sale Motion Compensation is consistent with and typical of

compensation arrangements entered into by Centerview and its restructuring professionals and

other comparable firms in connection with the rendering of similar services under similar

circumstances.  See Puntus Declaration ¶ 9.  Centerview believes that the foregoing

compensation arrangements are both reasonable and market-based and consistent with

Centerview's normal and customary billing practices for comparably sized transactions.  See

Puntus Declaration ¶ 9.

**B.      Clarification of the Crediting Provision**

22.     In addition to providing for the FHA Sale Motion Compensation, the

Amendment clarifies the Crediting Provision contained in the Engagement Letter.  Pursuant to

the Engagement Letter, Centerview is required to credit 50 % of certain Monthly Advisory

Fees against the Transaction Fee.  The Engagement Letter does not specify whether

Centerview is required to continue crediting upon the closing of the Asset Sales, at which

time the Transaction Fee will have been fully earned.  See Retention Order ¶ 9.

23.     The Debtors filed these cases with the hope of exiting Chapter 11 shortly after

the closing of the Asset Sales.   The complexity of the issues pervading these cases has

slowed the pace and prolonged the conclusion of these Chapter 11 case.  While the expected

timeline of these Chapter 11 cases has changed, Centerview has nonetheless continued to

provide the Debtors with invaluable restructuring-related services, including acting as a

8

critical sounding board to the Debtors' management and Board of Directors on day-to-day

issues.  Additionally, Centerview continues spending considerable time with interested parties

analyzing and discussing the terms and working towards confirmation of a Chapter 11 plan.

Centerview has and will continue to play an integral role in helping the Debtors prosecute and

negotiate a Chapter 11 plan, as well as assisting the Debtors with the myriad of restructuring

related matters and analyses.

24.     The Debtors, Centerview and the Creditors' Committee engaged in arm's-

length negotiations regarding the duration and scope of the Crediting Provision.  Following

those negotiations, the parties agreed that Centerview will not be required to credit the

Monthly Advisory Fees from the Platform Closing Date through June 30, 2013.  From and

after July 1, 2013, Centerview will credit 50% of Monthly Advisory Fees.  Centerview

reserves the right to seek to renegotiate the appropriate amount of crediting with the Debtors

based on the facts and circumstances extant at that point in time, subject to the reasonable

consent of the Creditors' Committee.

25.     The experienced professionals at an investment bank such as Centerview fulfill

a critical need that complements the services offered by the Debtors' other restructuring

professionals.  The Debtors believe they continue to require the services of a capable and

experienced investment banking firm such as Centerview in connection with the monetization

of their remaining assets and the prosecution of a Chapter 11 plan, and that Centerview is

crucial to the Debtors' continued success in these Chapter 11 cases.  The Creditors'

Committee played an active role in the negotiations regarding the Amendment recognizing

the value that Centerview's services add to these cases.

ny-1071518

26.    Centerview has and will continue to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 797] and consistent with the proposed terms of compensation set forth in the Engagement Letter. Further, because the Debtors retained Centerview under Bankruptcy Code section 328(a), the Debtors believe that Centerview's compensation should not be subject to any additional standard of review under Bankruptcy Code section 330 and should not constitute a "bonus" under applicable law.  Notwithstanding anything herein to the contrary, the United States Trustee for the Southern District of New York shall retain all rights to respond or object to Centerview's interim and final applications for compensation and reimbursement of expenses on all grounds including, but not limited to, reasonableness, pursuant to section 330 of the Bankruptcy Code, and in the event the U.S. Trustee objects, the Court retains the right to review such interim and final applications pursuant to section 330 of the Bankruptcy Code.

27.    In the light of the foregoing, and given the matters that Centerview may be required to address in the performance of its services hereunder, Centerview's commitment to the variable level of time and effort necessary to address all such issues as they arise and the market rate charged for comparable services both in and out of Chapter 11, the Debtors believe that the terms and conditions of the Amendment are fair and reasonable under the standards set forth in Bankruptcy Code section 328(a).  Centerview's substantial experience with respect to sale and restructuring-related investment banking services, coupled with the

10

ny-1071518

nature and scope of work already performed by Centerview during the course of these cases,

further support approval of the Amendment.

## NOTICE

28.     The Debtors have provided notice of this Motion in accordance with the Case

Management Procedures Order, approved by this Court on May 23, 2012 [Docket No. 141].

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order

(i) substantially in the form attached hereto as Exhibit 1, granting the relief requested in the

Motion, (ii) approving the Amendment and (iii) granting such other and further relief to the

Debtors as the Court may deem just and proper.

New York, New York                    /s/ Gary S. Lee
Dated: January 24, 2013                Gary S. Lee
                                       Todd M. Goren
                                       Naomi Moss
                                       MORRISON & FOERSTER LLP
                                       1290 Avenue of the Americas
                                       New York, New York 10104
                                       Telephone: (212) 468-8000
                                       Facsimile: (212) 468-7900

                                       *Counsel to the Debtors
                                       and Debtors in Possession*

## **EXHIBIT 1**

(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------

|                              |   |                           |
|------------------------------|---|---------------------------|
|                              | ) |                           |
| In re:                       | ) | Case No. 12-12020 (MG)    |
|                              | ) |                           |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11        |
|                              | ) |                           |
|                   Debtors.   | ) | Jointly Administered      |
|                              | ) |                           |

-------------------------------------------------------------------

**ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a)**
**APPROVING AMENDMENT TO ENGAGEMENT LETTER WITH**
<u>**CENTERVIEW PARTNERS LLC**</u>

Upon the motion, (the "<u>Motion</u>"),[1] of the above-captioned debtors and

debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (the "Order"),

pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the

"Bankruptcy Code"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy

Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules for

the United States Bankruptcy Court for the Southern District of New York (the "Local

Rules"), approving the Amendment to the Engagement Letter with Centerview Partners

LLC, investment banker to the Debtors; as more fully set forth in the Motion; and upon

consideration of the declaration of Marc Puntus in support of the Motion (the "<u>Puntus</u>

<u>Declaration</u>"); and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431 dated

January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found

that the relief requested herein is in the best interests of the Debtors' estates, their

creditors and other parties in interest; and due and proper notice of the Motion having

been provided, and it appearing that no other or further notice need be provided; and a

hearing having been held on January 29, 2013 to consider the relief requested in the

Motion; and upon the record of the hearing, and of all of the proceedings had before the

Court; and any objections to the Motion having been withdrawn, resolved or overruled;

and the Court having found and determined that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is granted as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a) and

Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Amendment is

approved.

3.      The Debtors' employment and retention of Centerview pursuant to the

Retention Order is hereby amended in accordance with the Amendment.

4.      In all other respects, the provisions of the Retention Order remain

unchanged and in full force and effect.

5.      To the extent that there may be any inconsistency between the terms of

this Order and the Retention Order, the terms of this Order shall govern,

6.      The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

2

7.       Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

8.       This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:          New York, New York
                      , 2013


_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 2**

(Engagement Letter)

January 17, 2013

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention: Thomas Marano
Chief Executive Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 as amended on
March 14, 2012 (the "Engagement Letter"), between Centerview Partners LLC
("Centerview") and the Company (as such term is defined in the Engagement Letter), and
that certain order of the Bankruptcy Court dated July 26, 2012 (the "Retention Order"),
authorizing and approving Centerview's retention on the terms set forth in the Engagement
Letter, as amended and supplemented by the Retention Order. This agreement (the
"Amendment") amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) of the Engagement Letter
is hereby replaced with the following:

> (c)   A monthly financial advisory fee (the "Monthly Advisory Fee") of
> $300,000, the first payment of which shall be due and paid by the Company
> upon execution of the Engagement Letter and thereafter on each monthly
> anniversary thereof through January 1, 2012.   Thereafter, a Monthly
> Advisory Fee of $400,000, the first payment of which shall be due and paid
> by the Company on January 1, 2012 ("Revised Monthly Invoice Date") and
> thereafter on each monthly anniversary thereof through the earlier of the
> date the Company files chapter 11 (the "Petition Date") and the conclusion
> of this engagement.  Subsequent to the Petition Date, a Monthly Advisory
> Fee of $300,000, the first payment of which shall be due and paid by the
> Company on the first monthly anniversary of the Revised Monthly Invoice
> Date occurring after the Petition Date, and thereafter on each monthly
> anniversary thereof during the term of this engagement. Advisor will issue
> a written invoice to the Company for the initial and each subsequent
> Monthly Advisory Fee.  50% of Monthly Advisory Fees paid for the periods
> subsequent to the Petition Date through the date on which the sale of
> ResCap's servicing and origination platform closes (the "Platform Sale
> Closing Date") and after July 1, 2013 shall be credited (but only once)
> against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a
> Limited Transaction Fee (each as defined below) payable; provided, that in
> the event of a Chapter 11 filing such credit will only apply proportionately
> to the extent that such fees are approved by the Bankruptcy Court, if
> applicable. For the avoidance of doubt, Monthly Advisory Fees paid for the
> period from the Platform Sale Closing Date through June 30, 2013 shall not
> be credited. Centerview reserves the right to renegotiate with the Company,

subject to the reasonable consent of the official committee of unsecured creditors (the "UCC"), the appropriate amount of crediting of Monthly Advisory Fees paid for the period from and after July 1, 2013 based on the facts and circumstances extant at that point in time.

Centerview and the Company mutually agree that the following paragraph shall be added to section 1:

    (d)    "FHA Sale Transaction" means any transaction or series of transactions involving a sale to a buyer or buyers of whole loans or receivables insured by the Federal Housing Administration ("FHA") as described in the Company's Motion to Approve Sale Procedures to sell Certain FHA Loans (Docket #2544), which may be executed as a whole or in parts. For the purposes of this definition, the term buyer shall exclude Ginnie Mae and its affiliates.

Centerview and the Company mutually agree that the following paragraph shall be added to section 3:

    (h)    If at any time during the Fee Period, the Company consummates the FHA Sale Transaction, the Company will pay Centerview 1.0% of the aggregate sale price of the FHA Sale Transaction, which amount shall be due and paid upon closing. Centerview reserves the right to negotiate with the Company, subject to the reasonable consent of the UCC, additional fees for subsequent FHA Loan and other asset sales.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement"), as such terms were amended and supplemented pursuant to the Retention Order.

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the Engagement Letter. This

Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____
Name:  Marc Puntus
Title:   Partner

ACCEPTED AND AGREED TO:

Residential Capital LLC

By: _____
Name:  Thomas Marano
Title:   Chief Executive Officer

CENTER|VIEW PARTNERS

October 18, 2011

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention:    Thomas Marano
              Chief Executive Officer

Ladies and Gentlemen:

This letter agreement (the "Agreement") confirms the understanding and agreement between Centerview Partners LLC (the "Advisor" or "Centerview") and Residential Capital, LLC and its controlled subsidiaries (collectively with any entity formed or used for the purposes set forth herein, the "Company").

_Assignment Scope_:

1.    The Company hereby retains Advisor as its investment banker to provide the Company with general restructuring advice and to advise it in connection with any Restructuring, Sale Transaction and/or Financing (each as defined below) on the terms and conditions set forth herein.  By signing this Agreement, we hereby accept our appointment as your investment banker under the terms hereof.  The individuals listed on Exhibit A will constitute the core team (the "Core Team"), and we agree that the Core Team will, as appropriate, devote its full time and attention to this engagement.

As used in this Agreement:

(a)    "Restructuring" shall mean any restructuring, reorganization (whether or not pursuant to Chapter 11 of the United States Bankruptcy Code) and/or recapitalization transaction or series of related transactions in respect of all or a significant portion of the Company's outstanding indebtedness (including any debt to an affiliate, bank debt, bond debt, and other on and off balance sheet indebtedness), and which may also include trade claims, leases (both on and off balance sheet), litigation-related claims and obligations, unfunded pension and retiree medical liabilities, and other liabilities (collectively, the "Existing Obligations"), and that is achieved, without limitation, through (i) a solicitation of waivers and consents from the holders of Existing Obligations (collectively, the "Stakeholders"); (ii) rescheduling of the maturities of Existing Obligations; (iii) a change in interest rates; (iv) repurchase, settlement or forgiveness of Existing Obligations; (v) conversion of Existing Obligations into equity; (vi) an exchange offer involving the issuance of new securities in exchange for Existing

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650    FAX: (212) 380-2651    WWW.CENTERVIEWPARTNERS.COM

NEW YORK  •  LONDON  •  SAN FRANCISCO  •  LOS ANGELES.

Obligations; or (vii) the issuance of new securities, sale or disposition of assets, sale of debt or equity securities or other interests. Notwithstanding the foregoing, neither (1) settlements of the matters described on Exhibit C hereto nor (2) capital contributions by the member of the Company, affiliates of the member, or the U.S government in the ordinary course of business, including for the purpose of satisfying the Company's financial covenants under its debt facilities or agreements with Fannie Mae or other government sponsored or owned entity, and which do not otherwise involve a Restructuring, Sale Transaction or Financing shall be deemed a Restructuring.

(b)     "Financing" means any transaction or series of transactions involving the public or private issuance, sale, or placement of equity, equity-linked, or debt securities, instruments, or obligations of the Company entailing debtor-in-possession financing or exit financing in connection with a case under the Bankruptcy Code. Notwithstanding the foregoing, capital contributions by the member of the Company, affiliates of the member, or the U.S. government shall not be deemed a Financing, except if the member of the Company or affiliates of the member provide debtor-in-possession financing.

(c)     "Sale Transaction" means any transaction or series of transactions, whether consummated before or after a filing pursuant to Chapter 11 of the United States Bankruptcy Code, and involving (i) an acquisition, merger, consolidation, or other business combination pursuant to which all or substantially all of the business or assets of the Company are, directly or indirectly, combined with another company; (ii) the acquisition, directly or indirectly, by a buyer or buyers (which term shall include a "group" of persons as defined in Section 13(d) of the Securities Exchange Act of 1934, as amended), of equity interests or options, or any combination thereof constituting a majority of the then outstanding stock of the Company or possessing a majority of the then outstanding voting power of the Company (except as may occur with current Stakeholders as a result of a Restructuring); (iii) any other purchase or acquisition, directly or indirectly, by a buyer or buyers of all or substantially all of the assets, securities or other interests of the Company or (iv) the formation of a joint venture or partnership with the Company or direct investment in the Company for the purpose of effecting a transfer of all or substantially all of the interests in the Company to a third party.

*Description of Services*:

2.      Advisor agrees, in consideration of the compensation provided in Section 3 below, to perform such of the following investment banking services as the Company may reasonably request:

(a)     Reviewing and analyzing the Company's business, operations and financial projections;

(b)    Evaluating the Company's potential debt capacity in light of its projected cash flows;

(c)    Assisting in the determination of a capital structure for the Company;

(d)    Assisting in the determination of a range of values for the Company on a going concern basis;

(e)    Advising the Company on tactics and strategies for negotiating with the Stakeholders;

(f)    Rendering financial advice to the Company and participating in meetings or negotiations with the Stakeholders and/or rating agencies or other appropriate parties in connection with any Restructuring;

(g)    Advising the Company on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to the Restructuring;

(h)    Advising and assisting the Company in evaluating potential Financing transactions by the Company, and, subject to our agreement to so act and the execution of appropriate agreements in the case of any public issuance of securities or other circumstances where additional agreements may be customary between the Company and Advisor or an entity described in Section 13 below that is acting as underwriter or placement agent therefor, contacting potential sources of capital as the Company may designate and assisting the Company in implementing such a Financing;

(i)    Assisting the Company in preparing documentation within our area of expertise that is required in connection with the Restructuring;

(j)    Assisting the Company in identifying and evaluating candidates for a potential Sale Transaction, advising the Company in connection with negotiations and aiding in the consummation of one or more Sale Transactions;

(k)    Attending meetings of the Company's Board of Directors and its committees with respect to matters on which we have been engaged to advise you;

(l)    Providing testimony, as necessary, with respect to matters on which we have been engaged to advise you in any proceeding before the Bankruptcy Court; and

(m)    Providing the Company with other financial restructuring advice as may be specifically agreed upon in writing by the Company and the Advisor.

<u>*Fees and Expense Reimbursement; Indemnification*</u>:

3.       As consideration for the services to be provided, the Company shall pay Advisor the following fees:

(a)      A monthly financial advisory fee of $300,000 (the "Monthly Advisory Fee"), the first payment of which shall be due and paid by the Company upon execution of this Agreement and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid in excess of $1,800,000 shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

(b)      If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further,  that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in

4

whole or in part, as a prepackaged, partial prepackaged or prearranged plan of reorganization anticipated to involve the solicitation of acceptances of such plan in compliance with the Bankruptcy Code, by or on behalf of the Company, from holders of any class of the Company's securities, indebtedness or obligations (a "Prepackaged Plan") the Transaction Fee shall be earned and payable (x) 50% upon the earlier of (i) execution of definitive agreements with respect to such plan and (ii) delivery of binding consents to such plan by a sufficient number of creditors and/or bondholders, as the case may be, to the plan and (y) 50% upon consummation of such Restructuring or Sale Transaction; provided, however, that if the Advisor is paid 50% of the Transaction fee in connection with a Prepackaged Plan and a plan of reorganization is not consummated, the Advisor will return such fee to the Company.

(c)  If at any time during the Fee Period, the Company consummates any Financing, the Company will pay Advisor the following:

i.   1.0% of the aggregate amount of any indebtedness issued that is secured by a first lien;

ii.  3.0% of the aggregate amount of any indebtedness issued that (x) is secured by a second or junior lien, (y) is unsecured and/or (z) is subordinated;

iii. 5.0% of the aggregate amount of any equity or equity-linked securities or obligations issued; and

iv.  0.5% of the aggregate amount of any debtor-in-possession financing issued, plus 1.0% of the aggregate amount of any debtor-in-possession financing issued to new lenders, not to exceed $5,000,000 in the aggregate (or, if such financing is provided by a member of the Company, affiliates of the member, the U.S. government or by the Disclosed Party, not to exceed $500,000).

Any fee(s) paid under subparagraphs 3(c)(i), 3(c)(ii) and 3(c)(iii) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

Any fee in excess of $500,000, paid under subparagraph 3(c)(iv) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

(d)  In addition to any fees that may be payable to Advisor and, regardless of whether any transaction occurs, the Company shall promptly reimburse Advisor for all:

(A) reasonable documented production charges and out-of-pocket expenses (including travel and lodging, data processing and communications charges, courier services and other appropriate expenditures) and (B) other reasonably incurred fees and expenses, including reasonable expenses of counsel if engaged with the prior approval of the Company, which approval shall not be unreasonably withheld.

(e)     As part of the compensation payable to Advisor hereunder, the Company agrees to the indemnification, contribution and related provisions (the "Indemnification Provisions") attached to this Agreement as Exhibit B and incorporated herein in their entirety. Nothing contained in this Paragraph 3 shall be deemed to limit in any manner the Company's obligations under the Indemnification Provisions.

(f)     All amounts referenced hereunder reflect United States currency and shall be paid promptly in cash after such amounts accrue hereunder.

For the avoidance of doubt, if both a Restructuring and a Sale Transaction occur (in separate transactions or through a single transaction that meets both definitions) the Company will be obligated to pay the Advisor either an Out-of-Court Transaction Fee or an In-Court Transaction Fee but not both. One or more fees pursuant to subparagraph 3(c) may be payable in addition to an In-Court Transaction Fee (subject to the crediting set forth above).

*Retention in Chapter 11 Proceedings*:

4.     In the event of the commencement of proceedings pursuant to Chapter 11 of the United States Bankruptcy Code during the term of this Agreement or during the period until nine months following any termination of this Agreement by the Company, the Company agrees that it will use commercially reasonable efforts to obtain prompt authorization from the Bankruptcy Court to retain Advisor on the terms and conditions set forth in this Agreement under the provisions of Section 328(a) of the Bankruptcy Code. Subject to being so retained, Advisor agrees that during the pendency of any such proceedings, it shall continue to perform its obligations under this Agreement and that it shall file interim and final applications for allowance of the fees and expenses payable to it under the terms of this Agreement pursuant to the applicable Federal Rules of Bankruptcy Procedure, and the local rules and order of the Bankruptcy Court. The Company shall supply Advisor with a draft of the application and proposed retention order authorizing Advisor's retention sufficiently in advance of the filing of such application and proposed order to enable Advisor and its counsel to review and comment thereon. Advisor shall be under no obligation to provide any services under this agreement in the event that the Company becomes a debtor under the Bankruptcy Code unless Advisor's retention under the terms of this Agreement is approved under section 328(a) of the Bankruptcy Code by final order of the Bankruptcy Court, which order is acceptable to Advisor. In so agreeing to seek Advisor's retention under Section 328(a) of the Bankruptcy Code, the Company acknowledges that it believes that Advisor's general restructuring experience and expertise, its knowledge of the capital markets and its merger and acquisition capabilities will inure to the

benefit of the Company in pursuing any Restructuring, Sale Transaction or Financing, that the value to the Company of Advisor's services hereunder derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of the various contingent fees set forth herein are reasonable regardless of the number of hours to be expended by Advisor's professionals in the performance of the services to be provided hereunder.

*Other*:

5.     No fee payable to any other person, by the Company or by any other party, shall reduce or otherwise affect any fee payable or expense reimbursement hereunder to the Advisor.

6.     The Company will furnish or cause to be furnished to Advisor such current and historical financial information and other information regarding the business of the Company as Advisor may request in connection with this engagement.  The Company will keep Advisor advised of all developments materially affecting the Company or its financial position.  In performing its services pursuant to this Agreement, including in connection with any valuation of the Company, Advisor shall be entitled to rely upon information furnished to it by the Company or that is publicly available, may assume the accuracy and completeness of such information and shall not assume any responsibility for independent verification of any such information.  Advisor will not, as part of its engagement, undertake any independent valuation or appraisal of any of the assets or liabilities of the Company or of any third party, or opine or give advice to the Board of Directors, the Company or management or shareholders with respect thereto.  With respect to any forecasts or projections that may be furnished to Centerview by the Company Centerview will assume that they have been reasonably prepared on bases reflecting the best then currently available estimates and judgments of the management of the Company as to the matters covered thereby.  In connection with the services described above, the Company authorizes us to transmit any memorandum prepared by the Company describing the Company and its assets, properties, or businesses in connection with a Sale Transaction or Financing to potential parties to a Sale Transaction or Financing.  The Company will be solely responsible for the contents of any such memorandum.

7.     In performing its services pursuant to this Agreement, Advisor is not assuming any responsibility for the decision of the Company or any other party to pursue (or not to pursue) any business strategy or to effect (or not to effect) any Restructuring, Sale Transaction, Financing, or other transaction.  Advisor shall not have any obligation or responsibility to provide "crisis management" for or business consultant services to the Company, and shall have no responsibility for designing or implementing operating, organizational, administrative, cash management or liquidity improvements; nor shall Advisor be responsible for providing any tax, legal or other specialist advice.

8.     It is understood and agreed that nothing contained in this Agreement shall constitute an express or implied commitment by Advisor or any of its affiliates to underwrite, place or purchase any securities in a financing or otherwise, which commitment shall only be set forth in a separate underwriting, placement agency or purchase agreement, as applicable, relating to the financing.

7

9.     In order to coordinate our efforts on behalf of the Company during the period of our engagement hereunder, the Company will promptly inform Advisor of any discussions, negotiations, or inquiries regarding a potential Restructuring, Sale Transaction or Financing, including any such material discussions or inquiries that have occurred during the six-month period prior to the date of this Agreement to the extent relevant to this engagement. In the event that Advisor receives an inquiry concerning any transaction, we will promptly inform the Company of such inquiry.

10.     The Company agrees that neither Centerview nor any of its affiliates, their respective members, directors, officers, employees and  controlling persons, and each of their respective successors and assigns (collectively, the "Centerview Persons" and each individually, a "Centerview Person") shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with this engagement or any transactions or conduct in connection herewith, except to the extent that any losses, claims, damages or liabilities incurred by the Company are finally judicially determined to have resulted directly from the willful misconduct or gross negligence of such Centerview Person.

11.     Advisor's engagement hereunder will automatically terminate upon termination of any Chapter 11 proceedings involving the Company and may be terminated by you or us at any time without liability or continuing obligation to you or us, except that following any such termination (a) Advisor shall remain entitled to any fees accrued pursuant to Section 3 but not yet paid prior to such termination, and to reimbursement of reasonable documented production charges and out-of- pocket expenses incurred prior to such termination as provided in subparagraph 3(d) hereof, (b) the Indemnification Provisions shall survive termination indefinitely and (c) in the case of automatic termination or termination by the Company, Advisor shall remain entitled to full payment of all fees contemplated by Section 3 hereof in respect to any Restructuring, any Sale Transaction and any Financing.

12.     The Company recognizes that Advisor has been engaged only by the Company with duties solely to the Company, and that the Company's engagement of Advisor is not deemed to be on behalf of and is not intended to confer rights upon any member, shareholder, partner or other owner of the Company, any creditor, lender or any other person not a party hereto as against Advisor or any of its affiliates or any of their respective directors, officers, members, agents, employees or representatives. No one, other than senior management or the Board of Directors of the Company is authorized to rely upon the Company's engagement of Advisor or use or rely upon (in their capacities as such and not in any individual capacities) any statements, advice, opinions or conduct by Advisor. Without limiting the foregoing, any advice, written or oral, rendered to the Company's Board of Directors or management in the course of the Company's engagement of Advisor are solely for the purpose of assisting senior management or the Board of Directors of the Company, as the case may be, in evaluating any Restructuring, Sale Transaction or Financing, as the case may be, and does not constitute a recommendation to any stakeholder of the Company that such stakeholder might or should take in connection with the Restructuring, Sale Transaction or Financing. Any advice, written or oral, rendered by Advisor may not be reproduced, disseminated, disclosed publicly or made available to third

8

parties at any time, in any manner or for any purpose, without the prior written consent of Advisor. Notwithstanding the foregoing, nothing herein shall prohibit you from disclosing to any and all persons the tax treatment and tax structure of any transaction and the portions of any materials that relate to such tax treatment or tax structure. Advisor's role herein is that of an independent contractor; nothing herein is intended to create or shall be construed as creating a fiduciary or agency relationship between Advisor and the Company or its Board of Directors or any other party. Centerview is not assuming any duties or obligations other than those expressly set forth in this Agreement

13.    In connection with the services to be provided hereunder, Advisor may employ the services of its affiliates and may share with any such entity any information concerning the Company, *provided* that Advisor and such entities shall hold any non- public information confidential in accordance with the Confidentiality Agreement, dated October 12, 2011 (the "Confidentiality Agreement") and their respective customary policies relating to nonpublic information. Any such entity so employed shall be entitled to all of the benefits afforded to Advisor hereunder, including the Indemnification Provisions and shall be entitled to be reimbursed for its costs and expenses on the same basis as Advisor.

14.    The provisions hereof and the Indemnification Provisions shall inure to the benefits of and be binding upon the successors and assigns of the Company, Advisor and any other person entitled to indemnity under the Indemnification Provisions. The Company's obligations pursuant to this Agreement are joint and several. This Agreement, including the Indemnification Provisions, and the Confidentiality Agreement embody the entire agreement and understanding among the parties hereto and supersedes any and all prior agreements, arrangements, and understandings, related to the matters provided for herein. No waiver, amendment or other modification of this Agreement, including the Indemnification Provisions, shall be effective unless in writing and signed by each party to be bound thereby.

15.    This Agreement and any claim related directly or indirectly to this Agreement (including any claim concerning advice provided pursuant to this Agreement) and the Indemnification Provisions shall be governed by and construed in accordance with the laws of the State of New York without regard to the principle of conflicts of law. No such claim shall be commenced, prosecuted or continued in any forum other than the courts of the State of New York located in the City and County of New York or in the United States District Court for the Southern District of New York, and each of the parties hereby submits to the jurisdiction of such courts. The Company hereby waives on behalf of itself and its successors and assigns any and all right to argue that the choice of forum provision is or has become unreasonable in any legal proceeding. The Company waives all right to trial by jury in any action, proceeding or counterclaim (whether based upon contract, tort or otherwise) related to or arising out of the engagement of Advisor pursuant to, or the performance by Advisor of the services contemplated by, this Agreement.

If the foregoing Agreement is in accordance with your understanding of the terms of our engagement, please sign and return to us the enclosed duplicate hereof.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____

Marc Puntus
Partner

Accepted and Agreed to as of the date first written above.

RESIDENTIAL CAPITAL, LLC, on behalf of itself
and its controlled subsidiaries

By: _____

Thomas Marano
Chief Executive Officer

10

**Exhibit A**
**Core Team**

Stephen Crawford – Partner
Samuel Greene - Partner
Marc Puntus – Partner
1 Managing Director
1-2 Principals
2 Associates
2-3 Analysts

**Exhibit B**
**Indemnification Provisions**

**Attached Hereto**

**Exhibit C**
**Litigation and Claims**

The settlement or compromise of any of the following matters will not be deemed to constitute a "Restructuring" for purposes of this Engagement:

1. Pending investigations, lawsuits or claims by any state attorney general, state banking department, US Department of Justice, US Department for Housing and Urban Development, or similar bodies or agencies relating to mortgage servicing and related issues

2. Pending lawsuits or claims by the Federal Housing Finance Authority in respect of mortgage loan repurchase or mortgage-backed securities claims



CENTER|VIEW PARTNERS

**Exhibit B**

October 18, 2011

Centerview Partners LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019

Gentlemen:

In connection with the engagement (the "Engagement") of Centerview Partners LLC ("Centerview") by the undersigned (the "Company") to render financial advisory services to the Company pursuant to a letter agreement dated the date hereof (the "Engagement Agreement"), the Company hereby agrees as follows:

1. Except as provided in paragraph 3. below, the Company agrees to indemnify and hold harmless Centerview and each of its affiliates, their respective members, directors, officers, employees and controlling persons, and each of their respective successors and assigns (collectively, the "Indemnified Persons" and each individually, an "Indemnified Person") from and against any and all losses, claims, damages, demands and liabilities, joint or several, or actions or proceedings in respect thereof, brought by or against any person (collectively, "Losses"), which are related to or arise out of the Engagement or any matter or transaction contemplated thereby.

2. The Company agrees to reimburse each Indemnified Person promptly upon request for all costs and expenses (including fees, disbursements and other charges of legal counsel) as they are incurred in connection with investigating, preparing for, pursuing, defending against or providing evidence in, any pending or threatened action, claim, suit, investigation or other proceeding brought by or against any person in any jurisdiction related to or arising out of the Engagement or any matter or transaction contemplated thereby (whether or not Centerview or any other Indemnified Person is a named party or witness, and whether or not any liability to any person results therefrom), including in connection with enforcing the terms hereof.

3. Notwithstanding the foregoing, the Company shall have no obligation to indemnify and hold harmless any Indemnified Person under this letter agreement in respect of any Losses to the extent that such Losses are finally judicially determined to have resulted from the willful misconduct or gross negligence of such Indemnified Person.

4. The Company agrees that it will not, without Centerview's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any pending or threatened action, claim, suit, investigation or proceeding in respect of which indemnification or contribution may be sought hereunder (whether or not Centerview or any other Indemnified Person is an actual or potential party thereto) unless such settlement, compromise, consent or termination includes an unconditional release of each Indemnified Person from all liability arising out of such action, claim, suit, investigation or proceeding and does not impose any monetary or financial obligation on any Indemnified Person or contain any admission of culpability or liability on the part of any Indemnified Person. No Indemnified Person seeking indemnification, reimbursement or contribution under this letter agreement will, without the Company's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any action, claim, suit, investigation or proceeding referred to herein.

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650    FAX: (212) 380-2651    WWW.CENTERVIEWPARTNERS.COM

NEW YORK  •  LONDON  •  SAN FRANCISCO  •  LOS ANGELES

5.  If the foregoing indemnification provided for herein is determined to be unavailable to an Indemnified Person for any reason (other than as specified in paragraph 3. hereof) or is insufficient to hold it harmless in respect of any Losses referred to herein, then, in lieu of indemnifying such Indemnified Person hereunder, the Company shall contribute to the amount paid or payable by such Indemnified Person as a result of such Losses (and expenses related thereto) (i) in such proportion as is appropriate to reflect the relative benefits to the Company, on the one hand, and to Centerview, on the other hand, with respect to the Engagement or (ii) if the allocation provided by clause (i) of this paragraph is not available, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the fault of the Company and Centerview and any other relevant and equitable considerations; provided, however, that in no event shall the aggregate contribution of the Indemnified Persons to the amounts so paid or payable exceed the aggregate amount of all fees actually received by Centerview from the Company in connection with the Engagement (excluding any amounts received by Centerview as reimbursement of expenses pursuant to the Engagement Agreement).  For purposes of this letter agreement, the relative benefit to the Company and Centerview of the Engagement shall be deemed to be in the same proportion as (a) the total value paid or contemplated to be paid or received or contemplated to be received by the Company in the transaction or transactions that are the subject of the Engagement, whether or not such transaction is proposed or completed, bears to (b) the fees paid or to be paid to Centerview under the Engagement Agreement.

6.  The Company agrees that neither Centerview nor any other Indemnified Person shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with the Engagement or any transactions or conduct in connection therewith,   except to the extent that any losses, claims, damages or liabilities incurred by the Company  are finally judicially determined to have resulted from the willful misconduct or gross negligence of such  Indemnified Person.

7.   This letter agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to principles of conflicts of laws. Solely for purposes of enforcing this letter agreement, the Company hereby consents to personal jurisdiction of, service in and waives any objection to venue in any court in which any claim or proceeding which is subject to, or which may give rise to a claim for indemnification or contribution under, this letter agreement is brought against Centerview or any other Indemnified Person.   ANY RIGHTS OF TRIAL BY JURY WITH RESPECT TO ANY CLAIM, COUNTERCLAIM OR ACTION ARISING OUT OF THIS LETTER AGREEMENT OR THE ENGAGEMENT IS HEREBY WAIVED.

8.  The indemnity, contribution, reimbursement and other obligations of the Company hereunder shall be in addition to any liability that the Company may have, at common law or otherwise, and shall be binding on its successors and permitted assigns.  The obligations of the Company hereunder cannot be assigned without the prior written consent of Centerview.

9.  Prior to or at the time a public announcement is made concerning the Company entering into any agreement or arrangement with respect to, or effecting, any merger, statutory exchange or other business combination or proposed sale or exchange, dividend or other distribution or liquidation of all or a significant portion of its assets in one or a series of transactions or any significant recapitalization or reclassification of its outstanding securities that does not directly or indirectly provide for the assumption of the obligations of the Company set forth herein, the Company will notify Centerview in writing thereof and, if requested by Centerview, shall use commercially reasonable efforts to arrange in connection therewith alternative means of providing for the obligations of the Company set forth herein.

10. The terms of this letter agreement shall apply to all services provided by Centerview to the Company in connection with the matters contemplated by the Engagement, including those provided prior to the date of this letter agreement. The provisions of this letter agreement shall apply to any subsequent amendment to or modification of the Engagement Agreement, and shall survive the termination or completion of the Engagement.

Very truly yours

Residential Capital, LLC

By: _____
Thomas Marano
Chief Executive Officer

Accepted:

CENTERVIEW PARTNERS LLC

By: _____
Marc Puntus
Partner

March 13, 2012

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention: Thomas Marano
Chief Executive Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 (the "Engagement Letter"), between Centerview Partners LLC ("Centerview") and the Company (as such term is defined in the Engagement Letter). This agreement (the "Amendment") amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) and 3(b) of the Engagement Letter are hereby replaced with the following:

  (a)    A monthly financial advisory fee (the "Monthly Advisory Fee") of $300,000, the first payment of which shall be due and paid by the Company upon execution of the Engagement Letter and thereafter on each monthly anniversary thereof through January 1, 2012.  Thereafter, a Monthly Advisory Fee of $400,000, the first payment of which shall be due and paid by the Company on January 1, 2012 ("Revised Monthly Invoice Date") and thereafter on each monthly anniversary thereof through the earlier of the date the Company files chapter 11 (the "Petition Date") and the conclusion of this engagement.  Subsequent to the Petition Date, a Monthly Advisory Fee of $300,000, the first payment of which shall be due and paid by the Company on the first monthly anniversary of the Revised Monthly Invoice Date occurring after the Petition Date, and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid subsequent to the Petition Date shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

  (b)    If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a

Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further, that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in whole or in part, as a §363 sale with a stalking horse bidder, or as a prepackaged, partial prepackaged or prearranged plan of reorganization, which plan may include a sale transaction (a "Prearranged Plan"), the Transaction Fee shall be earned and payable (x) 50% upon, in the case of a §363 sale, execution of a stalking horse asset purchase agreement, or, in the case of a Prearranged Plan, upon obtaining indications of support from certain of the Company's key creditors that in the good faith judgment of the Board of Directors of the Company are sufficient to justify filing such Prearranged Plan, and (y) 50% upon consummation of such Restructuring or Sale Transaction.

Centerview and the Company mutually agree that the following paragraph shall be added to section 3:

(g)      If at any time during the Fee Period the Company (x) receives a letter of intent to purchase all or substantially all of the Company's assets or (y) receives a debtor-in-possession financing proposal, in either case, satisfactory to the Company, Centerview shall be due and paid a transaction fee ("Interim Transaction Fee") equal to $1,200,000.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement").

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the Engagement Letter. This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____

Name: Marc Puntus
Title:  Partner

ACCEPTED AND AGREED TO:

Residential Capital LLC

By: _____
Name: Thomas Marano
Title:  CEO

## **EXHIBIT 3**

(Puntus Declaration)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF MARC D. PUNTUS IN SUPPORT OF
DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS
327(a) AND 328(a) APPROVING AMENDMENT TO ENGAGEMENT LETTER
WITH CENTERVIEW PARTNERS LLC**

I, Marc D. Puntus, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1.      I am a Partner and co-head of the Restructuring Group at Centerview Partners LLC ("Centerview"), financial advisor to Residential Capital LLC ("ResCap") and the other above-captioned debtors and debtors in possession (collectively the "Debtors").[1]  I submit this declaration in support of the *Debtors' Motion For Order*

---

[1]      The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Whitlinger Affidavit filed on the first day of these Chapter 11 cases.

*Under Bankruptcy Code Sections 327(a) and 328 (a) Approving Amendment to
Engagement Letter with Centerview Partners LLC  (the "Motion").*[2]

## QUALIFICATIONS

2.    I previously have conveyed to the Court my qualifications and
Centerview's qualifications in my Declarations in support of the application for
Centerview's retention (the "Retention Declarations"), my Declaration in support of the
motion for approval of the Debtors' debtor in possession financing facilities and my
Declaration in support of the motion for approval of certain amendments to the Barclays
debtor in possession financing facility, as well as my Declaration in support of the
Debtors' motion for approval of the Asset Sales [Docket Nos. 20, 1784, and 2137
respectively].

3.    Rather than repeat the information contained in the Retention Declarations
here, they are incorporated by reference.

## BASIS FOR APPROVAL OF THE AMENDMENT

4.    The Debtors have requested that Centerview perform additional services
in these Chapter 11 cases, including the marketing and selling of loans insured by the
FHA, which were not contemplated under Centerview's initial retention application.

5.    Centerview has worked closely with the Debtors in the development and
management of the sale procedures in connection with the FHA Sale Motion in an effort
to maximize value for the Debtors' estates and stakeholders. Additionally Centerview has
assisted the Debtors in preparing the list of potential purchasers for the FHA Loans,
drawing on Centerview's experience in the sale of the Debtors' whole loan portfolio.
Centerview will assist the Debtors and their other advisors through the sale process

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

through a broad range of activities, including: (i) developing a list of potential buyers and contacting such buyers, (ii) assisting the Debtors with the dual-stage due diligence process, (iii) evaluation of bids, (iv) discussions with creditors, and (v) facilitate the negotiation of any sale related documents.

6.     The complexity of the issues pervading these cases has slowed the pace and prolonged the conclusion of these Chapter 11 cases.  While the expected timeline of these cases has changed, Centerview has nonetheless continued to provide the Debtors with invaluable restructuring-related services.  Centerview continues spending considerable time with stakeholders analyzing and discussing the terms and working towards a confirmation of a Chapter 11 plan, as well as but not limited to providing a critical sounding board to the Debtors' management and Board of Directors on a day-to-day issues. Centerview has and will continue to play an integral role in helping the Debtors prosecute and negotiate a Chapter 11 plan and assisting the Debtors with a myriad of restructuring-related matters and analyses.

## **COMPENSATION**

7.     Pursuant to the Amendment, the Debtors propose to pay Centerview a fee equal to 1% of the aggregate sale price if the Debtors consummate any transactions for the sale of the FHA Loans to buyers other than Ginnie Mae or its affiliates upon the closing of the applicable loan sale or sales.  In addition to the sale of the FHA Loans, Centerview will also assist with the continued monetization of other remaining estate assets.  The Amendment reserves Centerview's right to seek additional fees for subsequent sales of loans and other assets, including loans insured and/or guaranteed by the government, subject to the reasonable consent of the Creditors' Committee.

3

8.      The Debtors and Centerview have agreed upon the FHA Sale Motion
Compensation in anticipation that a substantial commitment of professional time and
effort will be required of Centerview and its professionals in connection with the sale of
the FHA Loans.

9.      The FHA Sale Motion Compensation is consistent with, and typical of,
compensation arrangements entered into by Centerview and other comparable firms in
connection with the rendering of similar services under similar circumstances.  The FHA
Sale Motion Compensation is reasonable and market-based and consistent with
Centerview's normal and customary billing practices for comparably sized transactions.

10.      The Amendment also clarifies the Crediting Provision contained in the
Engagement Letter.  Pursuant to the Engagement Letter, the Transaction Fee was to be
earned and paid at the closing of the Asset Sales.  During negotiations with the Creditors'
Committee concerning Centerview's retention in these cases, the parties agreed that the
Transaction Fee would continue to be earned upon the closing of the Asset Sales, but
payment of would be deferred until the effective date of a confirmed Chapter 11 plan.  At
that time, the Debtors, the Creditors' Committee and Centerview did not address how
crediting would be structured post-closing of the Asset Sales.  As such, the parties chose
to clarify the Crediting Provision in the Amendment.

11.      Following extensive arm's-length negotiations between the Debtors,
Centerview and the Creditors' Committee, regarding the scope and duration of the
Crediting Provision, the parties agreed that Centerview will continue crediting through
the Platform Closing Date.  Centerview will not be required to credit the Monthly
Advisory Fees following the Platform Closing Date through June 30, 2013.  From and

4

after July 1, 2013, Centerview will credit 50% of Monthly Advisory Fees.  Centerview

reserves the right to seek to renegotiate the appropriate amount of crediting with the

Debtors based on the facts and circumstances extant at that point in time, subject to the

reasonable consent of the Creditors' Committee.

12.     For the reasons set forth herein, I believe that the Amendment should be

approved in all respects.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my

knowledge.

Dated: January 24, 2013
        New York, New York

                                                /s/ Marc D. Puntus
                                                Marc D. Puntus

5

# <u>EXHIBIT D</u>

**THIRD AMENDMENT TO THE ENGAGEMENT LETTER BETWEEN CENTERVIEW
PARTNERS LLC AND THE DEBTORS DATED OCTOBER 10, 2013; FILED
OCTOBER 15, 2013**

**Presentment Date and Time: October 29, 2013, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: October 22, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------
|                                    )
In re:                              )   Case No. 12-12020 (MG)
                                    )
RESIDENTIAL CAPITAL, LLC, et al.,   )   Chapter 11
                                    )
                        Debtors.    )   Jointly Administered
                                    )
----------------------------------------------------------

**NOTICE OF PRESENTMENT OF DEBTORS' MOTION FOR ORDER UNDER**
**BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) APPROVING AMENDMENT**
**TO ENGAGEMENT LETTER WITH CENTERVIEW PARTNERS LLC**

**PLEASE TAKE NOTICE** that the undersigned will present the attached *Motion for*
*Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving Amendment to*
*Engagement Letter with Centerview Partners LLC* (the "Motion"), to the Honorable Martin
Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern
District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One
Bowling Green, New York, New York 10004, Room 501, for signature on **October 29, 2013 at**
**12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be
made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy

1212020131015000000000003

Rules for the Southern District of New York, and the Notice, Case Management, and

Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed

electronically by registered users of the Bankruptcy Court's electronic case filing system, and be

served, so as to be received no later than **October 22, 2013 at 4:00 p.m. (Prevailing Eastern**

**Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the

Americas, New York, NY 10104 (Attention:  Gary S. Lee, Todd M. Goren and Naomi Moss);

(b) the Office of the United States Trustee for the Southern District of New York, 201 Varick

Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and

Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of

Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney

General, Eric H. Holder, Jr.); (d)  Office of the New York State Attorney General, The Capitol,

Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of

the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY

10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis

LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray

Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and

Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31

West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman);

(i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand

Avenue, Los Angeles, CA 90071 (Attention:  Thomas Walper and Seth Goldman); (j) Internal

Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970

Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (k) Securities and

Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New

York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

ny-1112180

11-12020-mg    Doc 5353-1    Filed 10/15/13    Entered 10/15/13 10:55:19    Main Document
Pg 165 of 471

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Motion are timely

filed, served and received in accordance with this Notice, the Court may enter the Order without

further notice or hearing.

Dated:  October 15, 2013                    Respectfully submitted,
        New York, New York

                                            /s/ Gary S. Lee
                                            Gary S. Lee
                                            Todd M. Goren
                                            Naomi Moss
                                            MORRISON & FOERSTER LLP
                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900

                                            *Counsel for the Debtors and
                                            Debtors in Possession*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
In re:

RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,

                              Debtors.
------------------------------------------------------------

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**DEBTORS' MOTION FOR ORDER UNDER
BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) APPROVING AMENDMENT
TO ENGAGEMENT LETTER WITH CENTERVIEW PARTNERS LLC**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases

(collectively, the "<u>Debtors</u>")[1] hereby move (the "<u>Motion</u>") for entry of an order, the proposed

form of which is attached as <u>Exhibit 1</u>, under sections 327(a) and 328(a) of title 11 of the

United States Code (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6] (the "<u>Whitlinger Affidavit</u>").

Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), approving an amendment (the "Amendment"), attached hereto as Exhibit 2, to the Engagement Letter (as defined below) with Centerview Partners LLC ("Centerview"), investment banker for the Debtors. In support of this Motion, the Debtors rely on the Declaration of Marc D. Puntus (the "Puntus Decl."), a partner of Centerview and the co-head of its Restructuring Group, attached hereto as Exhibit 4. In further support of this Motion, the Debtors respectfully state as follows:

## **INTRODUCTION**

1.       Following the sales of the Debtors' loan platform and legacy loan portfolio, which closed in February 2013 (the "Asset Sales"), the Debtors began to market and sell certain of their remaining assets. Because Centerview played an integral role in advising the Debtors in connection with the Asset Sales, the Debtors asked Centerview to assist them with the sales of certain loans or receivables in the Debtors' portfolio that are insured by the Federal Housing Administration (the "FHA") with an unpaid principal balance of $127 million (the "FHA Loans").[2]

2.       Because the separate sale of loans was not addressed in the Engagement Letter,[3] the Debtors decided to amend the Engagement Letter (the "First Centerview Amendment"). The First Centerview Amendment provided for compensation to Centerview for the sale of FHA Loans made pursuant to the FHA Sale Motion. Because no acceptable bid for the FHA Loans was submitted, the Debtors elected to terminate the FHA Loan Sale.

---

[2]    On January 2, 2013, the Debtors filed the FHA Sale Motion (defined below). The hearing on sale of the FHA Loans (the "FHA Loan Sale") under the FHA Sale Motion was scheduled for April 11, 2013. On February 21, 2013, the Debtors terminated the FHA Loan Sale [Docket No. 3003].

[3]    Capitalized terms otherwise not defined in the introduction shall have the meanings ascribed to them later on in the Motion.

ny-1107996

The Debtors, however, through the services of Centerview have continued to engage in discussions with potential purchasers of FHA Loans.  Although it was expected that Centerview would assist the Debtors to monetize and sell the FHA Loans through any process, the First Centerview Amendment only referenced sales made pursuant to the FHA Sale Motion.  Therefore, because the FHA Loan Sale was terminated, the Debtors and Centerview, in consultation with the Creditors' Committee, determined to enter into the Amendment.  The Amendment seeks to clarify Centerview's retention to include sales of the FHA Loans as described in the Amendment and to compensate Centerview accordingly.

3.      Additionally, pursuant to the Engagement Letter, Centerview is required to credit 50% of certain Monthly Advisory Fees against the Transaction Fee[4] earned upon the closing of the Asset Sales.  Originally, the Transaction Fee was to be earned and paid at the closing of the Asset Sales.  See Puntus Decl. ¶ 12.  During negotiations with the Creditors' Committee concerning Centerview's retention, Centerview agreed that the Transaction Fee would continue to be earned upon closing of the Asset Sales but payment would be deferred until the effective date of a confirmed plan.  See Puntus Decl. ¶ 12.  The Debtors, the Creditors' Committee and Centerview did not address how crediting would be structured post-closing of the Asset Sales as part of those discussions. See Puntus Decl. ¶ 12.   As such, the parties chose to clarify this provision in the First Centerview Amendment (the "Crediting Provision").  See Puntus Decl. ¶ 13.  As described in the Supplemental Retention Motion, the Debtors, the Creditors' Committee and Centerview engaged in extensive negotiations regarding the Crediting Provision.  As a result of those discussions, the First Centerview Amendment amended the Engagement Letter to provide that Centerview is not required to

---

[4]     As defined in the Engagement Letter.

credit Monthly Advisory Fees from the closing of the Debtors' servicing and origination

platform (the "Platform Closing Date") through June 30, 2013. Pursuant to the First

Centerview Amendment, from and after July 1, 2013, Centerview was to credit 50% of

Monthly Advisory Fees, subject to the rights of Centerview to renegotiate the appropriate

amount of crediting. In negotiating the First Centerview Amendment, the parties expressly

contemplated that the issue of the Crediting Provision would be revisited as the case

progressed.

       4.      Following recent extensive negotiations between the Debtors, the Creditors'

Committee and Centerview regarding the Crediting Provision and in light of substantial

additional services, including but not limited to services related to confirmation of the Plan

and the litigation with the Junior Secured Noteholders, required of Centerview, the parties

renegotiated the Crediting Provision through the Amendment. Pursuant to the Amendment,

Centerview will credit Monthly Advisory Fees from the Petition Date through the Platform

Closing Date and after October 31, 2013. The Amendment further provides that Centerview

is not required to credit seven additional Monthly Advisory Fees, as set forth below, which

results in the elimination of an additional $1,050,000 in crediting.

## JURISDICTION AND VENUE

       5.      This Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and

1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this

Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates

for the relief requested herein are Bankruptcy Code sections 327(a) and 328 as supplemented

by Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1.

4

## **BACKGROUND**

6.      On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

7.      On the Petition Date, the Debtors filed the Sale Motion[5], and on June 28, 2012,

the Court entered an order approving the sale and bid procedures for the sale of the Debtors'

assets [Docket No. 62].

8.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "U.S. Trustee") appointed a nine member official committee of unsecured creditors

(the "Creditors' Committee").

9.      On June 20, 2012, the Court directed that an examiner be appointed [Docket

No. 454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner

[Docket No. 674] (the "Examiner").

10.      On June 26, 2012, the Debtors filed the *Debtors' Application for Order Under*

*Bankruptcy Code Sections 327(a) and 328(a) Authorizing Employment and Retention of*

*Centerview Partners LLC as Investment Banker* [Docket No. 507] (the "Retention

---

[5]      *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f) and (m), 365 and 1123 and Fed R. Bank. P. 2002,*
*6004, 6006 and 9014 for Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up*
*Fee and Expense Reimbursement; (II) Scheduling Bid Hearing and Sale Deadline; (III) Approving Form*
*and Manner of Notice Thereof and (IV) Granting Related Relief and (B)(I)  Authorizing the Sale of Certain*
*Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving*
*Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory*
*Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief (the "Sale Motion")*
*[Docket No. 61].*

ny-1107996

Application"). On July 26, 2012, the Court approved the retention of Centerview as

investment banker to the Debtors [Docket No. 920] (the "Retention Order").

11.     On October 23, 2012 and October 24, 2012, the Debtors successfully

conducted an auction for the sale of the Debtors' mortgage loan origination and servicing

businesses to Ocwen Loan Servicing, LLC ("Ocwen") for $3 billion.

12.     On October 25, 2012, the Debtors successfully conducted an auction for the

sale of the Debtors' "legacy" portfolio consisting mainly of mortgage loans and other residual

financial assets to Berkshire Hathaway Inc. ("Berkshire") for $1.5 billion.

13.     At a hearing held on November 19, 2012, the Court approved the Sale Motion

on the record. On November 21, 2012, the Court entered orders approving the sales to Ocwen

and Berkshire [Docket Nos. 2246 and 2247].

14.     On January 2, 2013, the Debtors filed the *Debtors' Motion Pursuant to 11*

*U.S.C. §§ 105, 363(b), (f) and (m) and Fed. R. Bankr. P. 2002, 6004 and 9007 for Orders:*

*(A)(I) Authorizing and Approving Sale Procedures; (II) Scheduling Bid Deadline and Sale*

*Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related*

*Relief and (B)(I) Authorizing the Sale of Certain FHA Loans Free and Clear of Liens, Claims,*

*Encumbrances and Other Interests; (II) Authorizing and Approving Mortgage Loan Purchase*

*and Interim Servicing Agreement; and (III) Granting Related Relief* [Docket No. 2544] (the

"FHA Sale Motion").

15.     On January 16, 2013, the Court approved the FHA Sale Motion on the record.

On January 17, 2013, the Court entered an order approving the FHA Sale Motion [Docket No.

2649].

ny-1107996

16.     On January 24, 2013, the Debtors filed the *Debtors' Motion for Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving Amendment to Engagement Letter with Centerview Partners LLC* [Docket No. 2700] (the "<u>Supplemental Retention Motion</u>").

17.     On January 31, 2013, the Court entered the *Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving Amendment to Engagement Letter with Centerview Partners LLC* [Docket No. 2778] (the "<u>Supplemental Retention Order</u>").

18.     On February 21, 2013, the Debtors terminated the FHA Loan Sale [Docket No. 3003].

## <u>RELIEF REQUESTED</u>

19.     By this Motion, the Debtors seek entry of an order approving the Amendment, which seeks to (i) clarify the compensation earned by Centerview for services related to the sale of the FHA Loans, and (ii) clarify the Crediting Provision contained in the Engagement Letter, and as amended by the First Centerview Amendment.

## <u>BASIS FOR RELIEF</u>

20.     Centerview's services, as investment banker to the Debtors, have been rendered upon the terms and conditions of an engagement letter dated October 18, 2011, by and between Centerview and the Debtors, as amended on March 13, 2012 and on January 17, 2013 (the "<u>Engagement Letter</u>"), a copy of which is attached hereto as <u>Exhibit 3</u> and incorporated by reference herein.

**A.     The FHA Loan Fees**

21.     The Engagement Letter provides for the retention of Centerview as investment banker to assist the Debtors on a variety of matters, including sale and restructuring related services.  See Retention Application ¶ 13.  Although the Engagement Letter specifically

ny-1107996

contemplates the sale of substantially all of the Debtors' assets (i.e. the Assets Sales), it does

not address the separate sale of discrete assets, such as the FHA Loans remaining in the

Debtors' estates.

22.     Pursuant to the Retention Order, modifications and amendments to the

Engagement Letter must be approved by the Court.  Retention Order ¶ 3.  Because the

Debtors believe that it is in their best interests to have Centerview provide assistance with the

sale of the FHA Loans they have clarified the terms of the Engagement Letter, as amended by

the First Centerview Amendment, and as described in the Amendment.

23.     Pursuant to the Amendment, the Debtors propose to pay Centerview a fee

equal to .65% of the purchase price of the unpaid principal balance of FHA Loans (the "FHA

Fees") if the Debtors consummate any transactions for the sale of the FHA Loans to buyers

other than Ginnie Mae or its affiliates upon the closing of the applicable loan sale or sales.

The Amendment provides that Centerview shall earn the FHA Fees if the Debtors (i)

consummate an FHA Loan Transaction prior to the effective date of a plan (the "Effective

Date"), or (ii) execute a  purchase agreement to consummate an FHA Loan Transaction prior

to the Effective Date and the sale is consummated subsequent to the Effective Date, or (iii)

has reached an agreement in principle to effectuate or consummate an FHA Loan Transaction

prior to the Effective Date, and a definitive agreement with respect to such transaction is not

executed prior to the Effective Date because the Creditors' Committee has not consented to

such transaction, and thereafter, prior to the date that is three months from and after the

Effective Date, the Liquidating Trust consummates a substantially similar FHA Loan

Transaction.

ny-1107996

24.     Centerview will also assist with the continued monetization of other remaining estate assets and reserves the right to seek additional fees for subsequent sales of loans and other assets, subject to the reasonable consent of the Creditors' Committee.

25.     The FHA Loan Fees are consistent with and typical of compensation arrangements entered into by Centerview and its restructuring professionals and other comparable firms in connection with the rendering of similar services under similar circumstances.  See Puntus Decl. ¶ 11.  Centerview believes that the foregoing compensation arrangements are both reasonable and market-based and consistent with Centerview's normal and customary billing practices for comparably sized transactions.  See Puntus Decl. ¶ 11.

**B.     Clarification of the Crediting Provision**

26.     In addition to providing for the FHA Loan Fees, the Amendment clarifies the Crediting Provision contained in the Engagement Letter, and as amended by the First Centerview Amendment.  Pursuant to the Engagement Letter, Centerview is required to credit 50 % of certain Monthly Advisory Fees against the Transaction Fee.  The Engagement Letter does not specify whether Centerview is required to continue crediting upon the closing of the Asset Sales, at which time the Transaction Fee will have been fully earned.  See Retention Order ¶ 9.

27.     The Debtors, the Creditors' Committee and Centerview did not address how crediting would be structured post-closing of the Asset Sales.  As such, the parties chose to clarify the Crediting Provision in the First Centerview Amendment.  Following those negotiations, the parties agreed that Centerview will not be required to credit the Monthly Advisory Fees from the Platform Closing Date through June 30, 2013.  From and after July 1, 2013, Centerview would be required to credit 50% of Monthly Advisory Fees.  The First

9

Centerview Amendment expressly contemplated that the issue of the Crediting Provision

would be revisited as the case progressed further.

28.     Because the complexity of the issues pervading these cases has slowed the

pace and prolonged the conclusion of the cases, and in light of the additional services

provided by Centerview in connection with confirmation of the Plan[6] and the ongoing

litigation with the Junior Secured Noteholders,[7] the Debtors, Centerview and the Creditors'

Committee engaged in arm's-length negotiations and renegotiated the duration and scope of

the Crediting Provision.

29.     The Amendment states that from the Petition Date through the Platform

Closing Date and after October 31, 2013, Centerview will credit 50% of Monthly Advisory

Fees.  The Amendment further provides that Centerview is not required to credit seven

additional Monthly Advisory Fees, which elimination of crediting shall be applied first to

Monthly Advisory Fees for the period of November 1, 2013 through the Effective Date and

second, to the extent necessary, to Monthly Advisory Fees for the period from the Petition

Date through the Platform Closing Date, such that $1,050,000 of crediting is eliminated.

30.     The experienced professionals at an investment bank such as Centerview fulfill

a critical need that complements the services offered by the Debtors' other restructuring

professionals.  The Debtors believe they continue to require the services of a capable and

---

[6]    On July 3, 2013, the Debtors and the Creditors' Committee filed the Joint Chapter 11 Plan Proposed by
       Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4153] (the
       "Plan") and the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et
       al. and the Official Committee of Unsecured Creditors [Docket No. 4157] (the "Disclosure Statement").
       The Court approved the Disclosure Statement on August 23, 2013 [Docket No. 4809].  The hearing on
       confirmation of the Plan is scheduled to commence on November 19, 2013.

[7]    Two actions were commenced against the Junior Secured Noteholders, which have been consolidated by the
       Court. On February 28, 2013, the Creditors' Committee commenced an adversary proceeding against UMB
       Bank, N.A. and Wells Fargo, N.A. (Bankr. S.D.N.Y. Adv. Pro. 13-01277 [Docket No. 1]). On May 3, 2013,
       the Debtors commenced an adversary proceeding against UMB Bank, N.A., Wells Fargo Bank, N.A. and the
       Ad Hoc Group of Junior Secured Noteholders (Bankr. S.D.N.Y. Adv. Pro. No. 13-01343 [Docket No. 1].

ny-1107996

experienced investment banking firm such as Centerview in connection with the monetization

of their remaining assets and the prosecution of the Plan through confirmation and that

Centerview is crucial to the Debtors' continued success in these Chapter 11 cases. The

Creditors' Committee played an active role in the negotiations regarding the Amendment

recognizing the value that Centerview's services add to these cases.

31.    Centerview has and will continue to apply for compensation for professional

services rendered and reimbursement of expenses incurred in connection with these Chapter

11 cases, subject to the Court's approval and in compliance with applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 797]

and consistent with the proposed terms of compensation set forth in the Engagement Letter.

Further, because the Debtors retained Centerview under Bankruptcy Code section 328(a), the

Debtors believe that Centerview's compensation should not be subject to any additional

standard of review under Bankruptcy Code section 330 and should not constitute a "bonus"

under applicable law. Notwithstanding anything herein to the contrary, the United States

Trustee for the Southern District of New York shall retain all rights to respond or object to

Centerview's interim and final applications for compensation and reimbursement of expenses

on all grounds including, but not limited to, reasonableness, pursuant to section 330 of the

Bankruptcy Code, and in the event the U.S. Trustee objects, the Court retains the right to

review such interim and final applications pursuant to section 330 of the Bankruptcy Code.

32.    In the light of the foregoing, and given the matters that Centerview may be

required to address in the performance of its services hereunder, Centerview's commitment to

the variable level of time and effort necessary to address all such issues as they arise and the

ny-1107996

market rate charged for comparable services both in and out of Chapter 11, the Debtors

believe that the terms and conditions of the Amendment are fair and reasonable under the

standards set forth in Bankruptcy Code section 328(a).  Centerview's substantial experience

with respect to sale and restructuring-related investment banking services, coupled with the

nature and scope of work already performed by Centerview during the course of these cases,

further support approval of the Amendment.

## NOTICE

33.    The Debtors have provided notice of this Motion in accordance with the Case

Management Procedures Order, approved by this Court on May 23, 2012 [Docket No. 141].

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order

(i) substantially in the form attached hereto as Exhibit 1, granting the relief requested in the

Motion, (ii) approving the Amendment and (iii) granting such other and further relief to the

Debtors as the Court may deem just and proper.


New York, New York                          /s/ Gary S. Lee
Dated: October 15, 2013                     Gary S. Lee
                                            Todd M. Goren
                                            Naomi Moss
                                            MORRISON & FOERSTER LLP
                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900

                                            *Counsel to the Debtors*
                                            *and Debtors in Possession*

ny-1107996

## EXHIBIT 1

(Proposed Order)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a) AND 328(a) APPROVING AMENDMENT TO ENGAGEMENT LETTER WITH CENTERVIEW PARTNERS LLC

Upon the motion, (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (the "Order"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), approving the Amendment to the Engagement Letter with Centerview Partners LLC, investment banker to the Debtors; as more fully set forth in the Motion; and upon consideration of the declaration of Marc Puntus in support of the Motion (the "Puntus Declaration"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found
that the relief requested herein is in the best interests of the Debtors' estates, their
creditors and other parties in interest; and due and proper notice of the Motion having
been provided, and it appearing that no other or further notice need be provided; and any
objections to the Motion having been withdrawn, resolved or overruled; and the Court
having found and determined that the legal and factual bases set forth in the Motion
establish just cause for the relief granted herein; and after due deliberation and sufficient
cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is granted as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a) and
Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Amendment is
approved.

3.      The Debtors' employment and retention of Centerview pursuant to the
Retention Order and the Supplemental Retention Order is hereby amended in accordance
with the Amendment.

4.      In all other respects, the provisions of the Retention Order and the
Supplemental Retention Order remain unchanged and in full force and effect.

5.      To the extent that there may be any inconsistency between the terms of
this Order and the Retention Order or the Supplemental Retention Order, the terms of this
Order shall govern,

6.      The Debtors are authorized and empowered to take all actions necessary to
implement the relief granted in this Order.

ny-1107996

7.      Notwithstanding anything herein to the contrary, this Order shall not
modify or affect the terms and provisions of, nor the rights and obligations under, (a) the
Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011,
by and among Ally Financial Inc., Ally Bank, ResCap, GMAC Mortgage, LLC, the
Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance
Corporation as amended by that certain amendment dated July 26, 2013, (b) the consent
judgment entered April 5, 2012 by the United States District Court for the District of
Columbia, dated February 9, 2012, and (c) the Order of Assessment of a Civil Money
Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended,
dated February 10, 2012.

8.      This Court shall retain jurisdiction with respect to all matters relating to
the interpretation or implementation of this Order.

Dated:        New York, New York
                    , 2013


_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

ny-1107996

**<u>Exhibit 2</u>**

**(Amendment)**

October 10, 2013

Residential Capital, LLC
8400 Normandale Lake Blvd
Suite 175
Minneapolis, MN 55437

Attention: Tammy Hamzehpour
Chief Business Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 as amended on March 14, 2012 and January 17, 2013 (the "Engagement Letter"), between Centerview Partners LLC ("Centerview") and the Company (as such term is defined in the Engagement Letter), and that certain order of the Bankruptcy Court dated July 26, 2012 (the "Retention Order"), authorizing and approving Centerview's retention on the terms set forth in the Engagement Letter, as amended and supplemented by the Retention Order. This agreement (the "Amendment") (i) supersedes any prior agreements or engagement letter provisions relating to the sale of whole loans or receivables insured by the Federal Housing Administration ("FHA"), and (ii) amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) of the Engagement Letter is hereby replaced with the following:

(a)     A monthly financial advisory fee (the "Monthly Advisory Fee") of $300,000, the first payment of which shall be due and paid by the Company upon execution of the Engagement Letter and thereafter on each monthly anniversary thereof through January 1, 2012.  Thereafter, a Monthly Advisory Fee of $400,000, the first payment of which shall be due and paid by the Company on January 1, 2012 ("Revised Monthly Invoice Date")  and thereafter on each monthly anniversary thereof through the earlier of the date the Company files chapter 11 (the "Petition Date") and the conclusion of this engagement.  Subsequent to the Petition Date, a Monthly Advisory Fee of $300,000, the first payment of which shall be due and paid by the Company on the first monthly anniversary of the Revised Monthly Invoice Date occurring after the Petition Date, and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid for the periods subsequent to the Petition Date through the date on which the sale of ResCap's servicing and origination platform closes (the "Platform Sale Closing Date") and after October 31, 2013 shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable. In addition, 50% of an additional seven Monthly Advisory Fees shall not be credited, which

elimination of crediting shall be applied first to Monthly Advisory Fees for the period of November 1, 2013 through the effective date of a plan (the "Effective Date") and second to Monthly Advisory Fees for the period of the Petition Date through the Platform Sale Closing Date, such that $1,050,000 of total crediting is eliminated.

Centerview and the Company mutually agree that the definition of FHA Sale Transaction in the Engagement Letter is hereby replaced with the following:

(d)     "FHA Sale Transaction" means any transaction or series of transactions involving a sale to a buyer or buyers of whole loans or receivables insured by the Federal Housing Administration ("FHA"), which may be executed as a whole or in parts. For the purposes of this definition, the term buyer shall exclude Ginnie Mae and its affiliates.

Centerview and the Company mutually agree that Paragraph 3(h) of the Engagement Letter is hereby replaced with the following:

(h)     If the Company (i) consummates the FHA Sale Transaction prior to the Effective Date, or (ii) executes a definitive purchase agreement to consummate the FHA Sale Transaction prior to the Effective Date and the transaction is consummated subsequent to the Effective Date, or (iii) has reached an agreement or agreement in principle to effectuate or consummate the FHA Sale Transaction prior to the Effective Date, and a definitive agreement with respect to such transaction is not executed prior to the Effective Date because the official committee of unsecured creditors (the "UCC") has not consented to such transaction, and, thereafter, prior to the date that is three months from and after the Effective Date, the liquidating trust contemplated in the Company's Chapter 11 Plan to be the successor in interest to the Company (the "Liquidating Trust") consummates a substantially similar FHA Sale Transaction with the party or parties to such agreement or agreement in principle, the Company will pay Centerview 0.65% of the final purchase price of the unpaid principal balance of loans in the FHA Sale Transaction, which amount shall be due and paid upon closing. Centerview reserves the right to negotiate with the Company, subject to the reasonable consent of the UCC, additional fees for subsequent asset sales.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement"), as such terms were amended and supplemented pursuant to the Retention Order.

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns, including the Liquidating Trust. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the

Engagement Letter.  This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.

Very truly yours,

CENTERVIEW PARTNERS LLC

By:

Name:  Marc Puntus

Title:   Partner

ACCEPTED AND AGREED TO:

Residential Capital, LLC

By:

Name:

Title:

**Exhibit 3**

(Engagement Letter)

# CENTER|VIEW PARTNERS

October 18, 2011

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention:   Thomas Marano
              Chief Executive Officer

Ladies and Gentlemen:

This letter agreement (the "Agreement") confirms the understanding and agreement between Centerview Partners LLC (the "Advisor" or "Centerview") and Residential Capital, LLC and its controlled subsidiaries (collectively with any entity formed or used for the purposes set forth herein, the "Company").

*Assignment Scope:*

1.    The Company hereby retains Advisor as its investment banker to provide the Company with general restructuring advice and to advise it in connection with any Restructuring, Sale Transaction and/or Financing (each as defined below) on the terms and conditions set forth herein.  By signing this Agreement, we hereby accept our appointment as your investment banker under the terms hereof.  The individuals listed on Exhibit A will constitute the core team (the "Core Team"), and we agree that the Core Team will, as appropriate, devote its full time and attention to this engagement.

As used in this Agreement:

(a)    "Restructuring" shall mean any restructuring, reorganization (whether or not pursuant to Chapter 11 of the United States Bankruptcy Code) and/or recapitalization transaction or series of related transactions in respect of all or a significant portion of the Company's outstanding indebtedness (including any debt to an affiliate, bank debt, bond debt, and other on and off balance sheet indebtedness), and which may also include trade claims, leases (both on and off balance sheet), litigation-related claims and obligations, unfunded pension and retiree medical liabilities, and other liabilities (collectively, the "Existing Obligations"), and that is achieved, without limitation, through (i) a solicitation of waivers and consents from the holders of Existing Obligations (collectively, the "Stakeholders"); (ii) rescheduling of the maturities of Existing Obligations; (iii) a change in interest rates; (iv) repurchase, settlement or forgiveness of Existing Obligations; (v) conversion of Existing Obligations into equity; (vi) an exchange offer involving the issuance of new securities in exchange for Existing

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650   FAX: (212) 380-2651   WWW.CENTERVIEWPARTNERS.COM

NEW YORK  •  LONDON  •  SAN FRANCISCO  •  LOS ANGELES.

Obligations; or (vii) the issuance of new securities, sale or disposition of assets, sale of debt or equity securities or other interests. Notwithstanding the foregoing, neither (1) settlements of the matters described on Exhibit C hereto nor (2) capital contributions by the member of the Company, affiliates of the member, or the U.S government in the ordinary course of business, including for the purpose of satisfying the Company's financial covenants under its debt facilities or agreements with Fannie Mae or other government sponsored or owned entity, and which do not otherwise involve a Restructuring, Sale Transaction or Financing shall be deemed a Restructuring.

(b)    "Financing" means any transaction or series of transactions involving the public or private issuance, sale, or placement of equity, equity-linked, or debt securities, instruments, or obligations of the Company entailing debtor-in-possession financing or exit financing in connection with a case under the Bankruptcy Code. Notwithstanding the foregoing, capital contributions by the member of the Company, affiliates of the member, or the U.S. government shall not be deemed a Financing, except if the member of the Company or affiliates of the member provide debtor-in-possession financing.

(c)    "Sale Transaction" means any transaction or series of transactions, whether consummated before or after a filing pursuant to Chapter 11 of the United States Bankruptcy Code, and involving (i) an acquisition, merger, consolidation, or other business combination pursuant to which all or substantially all of the business or assets of the Company are, directly or indirectly, combined with another company; (ii) the acquisition, directly or indirectly, by a buyer or buyers (which term shall include a "group" of persons as defined in Section 13(d) of the Securities Exchange Act of 1934, as amended), of equity interests or options, or any combination thereof constituting a majority of the then outstanding stock of the Company or possessing a majority of the then outstanding voting power of the Company (except as may occur with current Stakeholders as a result of a Restructuring); (iii) any other purchase or acquisition, directly or indirectly, by a buyer or buyers of all or substantially all of the assets, securities or other interests of the Company or (iv) the formation of a joint venture or partnership with the Company or direct investment in the Company for the purpose of effecting a transfer of all or substantially all of the interests in the Company to a third party.

*Description of Services*:

2.    Advisor agrees, in consideration of the compensation provided in Section 3 below, to perform such of the following investment banking services as the Company may reasonably request:

(a)    Reviewing and analyzing the Company's business, operations and financial projections;

(b)   Evaluating the Company's potential debt capacity in light of its projected cash flows;

(c)   Assisting in the determination of a capital structure for the Company;

(d)   Assisting in the determination of a range of values for the Company on a going concern basis;

(e)   Advising the Company on tactics and strategies for negotiating with the Stakeholders;

(f)   Rendering financial advice to the Company and participating in meetings or negotiations with the Stakeholders and/or rating agencies or other appropriate parties in connection with any Restructuring;

(g)   Advising the Company on the timing, nature, and terms of new securities, other consideration or other inducements to be offered pursuant to the Restructuring;

(h)   Advising and assisting the Company in evaluating potential Financing transactions by the Company, and, subject to our agreement to so act and the execution of appropriate agreements in the case of any public issuance of securities or other circumstances where additional agreements may be customary between the Company and Advisor or an entity described in Section 13 below that is acting as underwriter or placement agent therefor, contacting potential sources of capital as the Company may designate and assisting the Company in implementing such a Financing;

(i)   Assisting the Company in preparing documentation within our area of expertise that is required in connection with the Restructuring;

(j)   Assisting the Company in identifying and evaluating candidates for a potential Sale Transaction, advising the Company in connection with negotiations and aiding in the consummation of one or more Sale Transactions;

(k)   Attending meetings of the Company's Board of Directors and its committees with respect to matters on which we have been engaged to advise you;

(l)   Providing testimony, as necessary, with respect to matters on which we have been engaged to advise you in any proceeding before the Bankruptcy Court; and

(m)   Providing the Company with other financial restructuring advice as may be specifically agreed upon in writing by the Company and the Advisor.

_Fees and Expense Reimbursement; Indemnification_:

     3.    As consideration for the services to be provided, the Company shall pay Advisor the following fees:

     (a)    A monthly financial advisory fee of $300,000 (the "Monthly Advisory Fee"), the first payment of which shall be due and paid by the Company upon execution of this Agreement and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid in excess of $1,800,000 shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

     (b)    If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further, that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in

whole or in part, as a prepackaged, partial prepackaged or prearranged plan of reorganization anticipated to involve the solicitation of acceptances of such plan in compliance with the Bankruptcy Code, by or on behalf of the Company, from holders of any class of the Company's securities, indebtedness or obligations (a "Prepackaged Plan") the Transaction Fee shall be earned and payable (x) 50% upon the earlier of (i) execution of definitive agreements with respect to such plan and (ii) delivery of binding consents to such plan by a sufficient number of creditors and/or bondholders, as the case may be, to the plan and (y) 50% upon consummation of such Restructuring or Sale Transaction; provided, however, that if the Advisor is paid 50% of the Transaction fee in connection with a Prepackaged Plan and a plan of reorganization is not consummated, the Advisor will return such fee to the Company.

(c)    If at any time during the Fee Period, the Company consummates any Financing, the Company will pay Advisor the following:

    i.    1.0% of the aggregate amount of any indebtedness issued that is secured by a first lien;

    ii.    3.0% of the aggregate amount of any indebtedness issued that (x) is secured by a second or junior lien, (y) is unsecured and/or (z) is subordinated;

    iii.    5.0% of the aggregate amount of any equity or equity-linked securities or obligations issued; and

    iv.    0.5% of the aggregate amount of any debtor-in-possession financing issued, plus 1.0% of the aggregate amount of any debtor-in-possession financing issued to new lenders, not to exceed $5,000,000 in the aggregate (or, if such financing is provided by a member of the Company, affiliates of the member, the U.S. government or by the Disclosed Party, not to exceed $500,000).

Any fee(s) paid under subparagraphs 3(c)(i), 3(c)(ii) and 3(c)(iii) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

Any fee in excess of $500,000, paid under subparagraph 3(c)(iv) shall be 50% credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee subsequently paid under subparagraph 3(b).

(d)    In addition to any fees that may be payable to Advisor and, regardless of whether any transaction occurs, the Company shall promptly reimburse Advisor for all:

(A) reasonable documented production charges and out-of-pocket expenses (including travel and lodging, data processing and communications charges, courier services and other appropriate expenditures) and (B) other reasonably incurred fees and expenses, including reasonable expenses of counsel if engaged with the prior approval of the Company, which approval shall not be unreasonably withheld.

(e)     As part of the compensation payable to Advisor hereunder, the Company agrees to the indemnification, contribution and related provisions (the "Indemnification Provisions") attached to this Agreement as Exhibit B and incorporated herein in their entirety. Nothing contained in this Paragraph 3 shall be deemed to limit in any manner the Company's obligations under the Indemnification Provisions.

(f)     All amounts referenced hereunder reflect United States currency and shall be paid promptly in cash after such amounts accrue hereunder.

For the avoidance of doubt, if both a Restructuring and a Sale Transaction occur (in separate transactions or through a single transaction that meets both definitions) the Company will be obligated to pay the Advisor either an Out-of-Court Transaction Fee or an In-Court Transaction Fee but not both.  One or more fees pursuant to subparagraph 3(c) may be payable in addition to an In-Court Transaction Fee (subject to the crediting set forth above).

*Retention in Chapter 11 Proceedings*:

4.     In the event of the commencement of proceedings pursuant to Chapter 11 of the United States Bankruptcy Code during the term of this Agreement or during the period until nine months following any termination of this Agreement by the Company, the Company agrees that it will use commercially reasonable efforts to obtain prompt authorization from the Bankruptcy Court to retain Advisor on the terms and conditions set forth in this Agreement under the provisions of Section 328(a) of the Bankruptcy Code.  Subject to being so retained, Advisor agrees that during the pendency of any such proceedings, it shall continue to perform its obligations under this Agreement and that it shall file interim and final applications for allowance of the fees and expenses payable to it under the terms of this Agreement pursuant to the applicable Federal Rules of Bankruptcy Procedure, and the local rules and order of the Bankruptcy Court.  The Company shall supply Advisor with a draft of the application and proposed retention order authorizing Advisor's retention sufficiently in advance of the filing of such application and proposed order to enable Advisor and its counsel to review and comment thereon.  Advisor shall be under no obligation to provide any services under this agreement in the event that the Company becomes a debtor under the Bankruptcy Code unless Advisor's retention under the terms of this Agreement is approved under section 328(a) of the Bankruptcy Code by final order of the Bankruptcy Court, which order is acceptable to Advisor.  In so agreeing to seek Advisor's retention under Section 328(a) of the Bankruptcy Code, the Company acknowledges that it believes that Advisor's general restructuring experience and expertise, its knowledge of the capital markets and its merger and acquisition capabilities will inure to the

benefit of the Company in pursuing any Restructuring, Sale Transaction or Financing, that the value to the Company of Advisor's services hereunder derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of the various contingent fees set forth herein are reasonable regardless of the number of hours to be expended by Advisor's professionals in the performance of the services to be provided hereunder.

*Other*:

5.     No fee payable to any other person, by the Company or by any other party, shall reduce or otherwise affect any fee payable or expense reimbursement hereunder to the Advisor.

6.     The Company will furnish or cause to be furnished to Advisor such current and historical financial information and other information regarding the business of the Company as Advisor may request in connection with this engagement.  The Company will keep Advisor advised of all developments materially affecting the Company or its financial position.  In performing its services pursuant to this Agreement, including in connection with any valuation of the Company, Advisor shall be entitled to rely upon information furnished to it by the Company or that is publicly available, may assume the accuracy and completeness of such information and shall not assume any responsibility for independent verification of any such information.  Advisor will not, as part of its engagement, undertake any independent valuation or appraisal of any of the assets or liabilities of the Company or of any third party, or opine or give advice to the Board of Directors, the Company or management or shareholders with respect thereto.  With respect to any forecasts or projections that may be furnished to Centerview by the Company Centerview will assume that they have been reasonably prepared on bases reflecting the best then currently available estimates and judgments of the management of the Company as to the matters covered thereby.  In connection with the services described above, the Company authorizes us to transmit any memorandum prepared by the Company describing the Company and its assets, properties, or businesses in connection with a Sale Transaction or Financing to potential parties to a Sale Transaction or Financing.  The Company will be solely responsible for the contents of any such memorandum.

7.     In performing its services pursuant to this Agreement, Advisor is not assuming any responsibility for the decision of the Company or any other party to pursue (or not to pursue) any business strategy or to effect (or not to effect) any Restructuring, Sale Transaction, Financing, or other transaction.  Advisor shall not have any obligation or responsibility to provide "crisis management" for or business consultant services to the Company, and shall have no responsibility for designing or implementing operating, organizational, administrative, cash management or liquidity improvements; nor shall Advisor be responsible for providing any tax, legal or other specialist advice.

8.     It is understood and agreed that nothing contained in this Agreement shall constitute an express or implied commitment by Advisor or any of its affiliates to underwrite, place or purchase any securities in a financing or otherwise, which commitment shall only be set forth in a separate underwriting, placement agency or purchase agreement, as applicable, relating to the financing.

9. In order to coordinate our efforts on behalf of the Company during the period of our engagement hereunder, the Company will promptly inform Advisor of any discussions, negotiations, or inquiries regarding a potential Restructuring, Sale Transaction or Financing, including any such material discussions or inquiries that have occurred during the six-month period prior to the date of this Agreement to the extent relevant to this engagement. In the event that Advisor receives an inquiry concerning any transaction, we will promptly inform the Company of such inquiry.

10. The Company agrees that neither Centerview nor any of its affiliates, their respective members, directors, officers, employees and controlling persons, and each of their respective successors and assigns (collectively, the "Centerview Persons" and each individually, a "Centerview Person") shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with this engagement or any transactions or conduct in connection herewith, except to the extent that any losses, claims, damages or liabilities incurred by the Company are finally judicially determined to have resulted directly from the willful misconduct or gross negligence of such Centerview Person.

11. Advisor's engagement hereunder will automatically terminate upon termination of any Chapter 11 proceedings involving the Company and may be terminated by you or us at any time without liability or continuing obligation to you or us, except that following any such termination (a) Advisor shall remain entitled to any fees accrued pursuant to Section 3 but not yet paid prior to such termination, and to reimbursement of reasonable documented production charges and out-of-pocket expenses incurred prior to such termination as provided in subparagraph 3(d) hereof, (b) the Indemnification Provisions shall survive termination indefinitely and (c) in the case of automatic termination or termination by the Company, Advisor shall remain entitled to full payment of all fees contemplated by Section 3 hereof in respect to any Restructuring, any Sale Transaction and any Financing.

12. The Company recognizes that Advisor has been engaged only by the Company with duties solely to the Company, and that the Company's engagement of Advisor is not deemed to be on behalf of and is not intended to confer rights upon any member, shareholder, partner or other owner of the Company, any creditor, lender or any other person not a party hereto as against Advisor or any of its affiliates or any of their respective directors, officers, members, agents, employees or representatives. No one, other than senior management or the Board of Directors of the Company is authorized to rely upon the Company's engagement of Advisor or use or rely upon (in their capacities as such and not in any individual capacities) any statements, advice, opinions or conduct by Advisor. Without limiting the foregoing, any advice, written or oral, rendered to the Company's Board of Directors or management in the course of the Company's engagement of Advisor are solely for the purpose of assisting senior management or the Board of Directors of the Company, as the case may be, in evaluating any Restructuring, Sale Transaction or Financing, as the case may be, and does not constitute a recommendation to any stakeholder of the Company that such stakeholder might or should take in connection with the Restructuring, Sale Transaction or Financing. Any advice, written or oral, rendered by Advisor may not be reproduced, disseminated, disclosed publicly or made available to third

8

parties at any time, in any manner or for any purpose, without the prior written consent of Advisor. Notwithstanding the foregoing, nothing herein shall prohibit you from disclosing to any and all persons the tax treatment and tax structure of any transaction and the portions of any materials that relate to such tax treatment or tax structure. Advisor's role herein is that of an independent contractor; nothing herein is intended to create or shall be construed as creating a fiduciary or agency relationship between Advisor and the Company or its Board of Directors or any other party. Centerview is not assuming any duties or obligations other than those expressly set forth in this Agreement

13.     In connection with the services to be provided hereunder, Advisor may employ the services of its affiliates and may share with any such entity any information concerning the Company, *provided* that Advisor and such entities shall hold any non- public information confidential in accordance with the Confidentiality Agreement, dated October 12, 2011 (the "Confidentiality Agreement") and their respective customary policies relating to nonpublic information. Any such entity so employed shall be entitled to all of the benefits afforded to Advisor hereunder, including the Indemnification Provisions and shall be entitled to be reimbursed for its costs and expenses on the same basis as Advisor.

14.     The provisions hereof and the Indemnification Provisions shall inure to the benefits of and be binding upon the successors and assigns of the Company, Advisor and any other person entitled to indemnity under the Indemnification Provisions. The Company's obligations pursuant to this Agreement are joint and several. This Agreement, including the Indemnification Provisions, and the Confidentiality Agreement embody the entire agreement and understanding among the parties hereto and supersedes any and all prior agreements, arrangements, and understandings, related to the matters provided for herein. No waiver, amendment or other modification of this Agreement, including the Indemnification Provisions, shall be effective unless in writing and signed by each party to be bound thereby.

15.     This Agreement and any claim related directly or indirectly to this Agreement (including any claim concerning advice provided pursuant to this Agreement) and the Indemnification Provisions shall be governed by and construed in accordance with the laws of the State of New York without regard to the principle of conflicts of law. No such claim shall be commenced, prosecuted or continued in any forum other than the courts of the State of New York located in the City and County of New York or in the United States District Court for the Southern District of New York, and each of the parties hereby submits to the jurisdiction of such courts. The Company hereby waives on behalf of itself and its successors and assigns any and all right to argue that the choice of forum provision is or has become unreasonable in any legal proceeding. The Company waives all right to trial by jury in any action, proceeding or counterclaim (whether based upon contract, tort or otherwise) related to or arising out of the engagement of Advisor pursuant to, or the performance by Advisor of the services contemplated by, this Agreement.

If the foregoing Agreement is in accordance with your understanding of the terms of our engagement, please sign and return to us the enclosed duplicate hereof.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____

Marc Puntus
Partner

Accepted and Agreed to as of the date first written above.

RESIDENTIAL CAPITAL, LLC, on behalf of itself
and its controlled subsidiaries

By: _____

Thomas Marano
Chief Executive Officer

10

**Exhibit A**
**Core Team**


Stephen Crawford – Partner
Samuel Greene - Partner
Marc Puntus – Partner
1 Managing Director
1-2 Principals
2 Associates
2-3 Analysts

**Exhibit B**
**Indemnification Provisions**

**Attached Hereto**

NY2-693937

## Exhibit C
## Litigation and Claims

The settlement or compromise of any of the following matters will not be deemed to constitute a "Restructuring" for purposes of this Engagement:

1. Pending investigations, lawsuits or claims by any state attorney general, state banking department, US Department of Justice, US Department for Housing and Urban Development, or similar bodies or agencies relating to mortgage servicing and related issues

2. Pending lawsuits or claims by the Federal Housing Finance Authority in respect of mortgage loan repurchase or mortgage-backed securities claims

CENTER VIEW PARTNERS

## Exhibit B

October 18, 2011

Centerview Partners LLC
31 West 52nd Street, 22nd Floor
New York, NY 10019

Gentlemen:

In connection with the engagement (the "Engagement") of Centerview Partners LLC ("Centerview") by the undersigned (the "Company") to render financial advisory services to the Company pursuant to a letter agreement dated the date hereof (the "Engagement Agreement"), the Company hereby agrees as follows:

1. Except as provided in paragraph 3. below, the Company agrees to indemnify and hold harmless Centerview and each of its affiliates, their respective members, directors, officers, employees and controlling persons, and each of their respective successors and assigns (collectively, the "Indemnified Persons" and each individually, an "Indemnified Person") from and against any and all losses, claims, damages, demands and liabilities, joint or several, or actions or proceedings in respect thereof, brought by or against any person (collectively, "Losses"), which are related to or arise out of the Engagement or any matter or transaction contemplated thereby.

2. The Company agrees to reimburse each Indemnified Person promptly upon request for all costs and expenses (including fees, disbursements and other charges of legal counsel) as they are incurred in connection with investigating, preparing for, pursuing, defending against or providing evidence in, any pending or threatened action, claim, suit, investigation or other proceeding brought by or against any person in any jurisdiction related to or arising out of the Engagement or any matter or transaction contemplated thereby (whether or not Centerview or any other Indemnified Person is a named party or witness, and whether or not any liability to any person results therefrom), including in connection with enforcing the terms hereof.

3. Notwithstanding the foregoing, the Company shall have no obligation to indemnify and hold harmless any Indemnified Person under this letter agreement in respect of any Losses to the extent that such Losses are finally judicially determined to have resulted from the willful misconduct or gross negligence of such Indemnified Person.

4. The Company agrees that it will not, without Centerview's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any pending or threatened action, claim, suit, investigation or proceeding in respect of which indemnification or contribution may be sought hereunder (whether or not Centerview or any other Indemnified Person is an actual or potential party thereto) unless such settlement, compromise, consent or termination includes an unconditional release of each Indemnified Person from all liability arising out of such action, claim, suit, investigation or proceeding and does not impose any monetary or financial obligation on any Indemnified Person or contain any admission of culpability or liability on the part of any Indemnified Person. No Indemnified Person seeking indemnification, reimbursement or contribution under this letter agreement will, without the Company's prior written consent (which consent shall not be unreasonably withheld or delayed), settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any action, claim, suit, investigation or proceeding referred to herein.

31 WEST 52ND STREET, 22ND FLOOR, NEW YORK, NY 10019
PHONE: (212) 380-2650   FAX: (212) 380-2651   WWW.CENTERVIEWPARTNERS.COM

NEW YORK   •   LONDON   •   SAN FRANCISCO   •   LOS ANGELES

5.  If the foregoing indemnification provided for herein is determined to be unavailable to an Indemnified Person for any reason (other than as specified in paragraph 3. hereof) or is insufficient to hold it harmless in respect of any Losses referred to herein, then, in lieu of indemnifying such Indemnified Person hereunder, the Company shall contribute to the amount paid or payable by such Indemnified Person as a result of such Losses (and expenses related thereto) (i) in such proportion as is appropriate to reflect the relative benefits to the Company, on the one hand, and to Centerview, on the other hand, with respect to the Engagement or (ii) if the allocation provided by clause (i) of this paragraph is not available, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the fault of the Company and Centerview and any other relevant and equitable considerations; provided, however, that in no event shall the aggregate contribution of the Indemnified Persons to the amounts so paid or payable exceed the aggregate amount of all fees actually received by Centerview from the Company in connection with the Engagement (excluding any amounts received by Centerview as reimbursement of expenses pursuant to the Engagement Agreement).  For purposes of this letter agreement, the relative benefit to the Company and Centerview of the Engagement shall be deemed to be in the same proportion as (a) the total value paid or contemplated to be paid or received or contemplated to be received by the Company in the transaction or transactions that are the subject of the Engagement, whether or not such transaction is proposed or completed, bears to (b) the fees paid or to be paid to Centerview under the Engagement Agreement.

6.  The Company agrees that neither Centerview nor any other Indemnified Person shall have any liability (whether direct or indirect, in contract, tort or otherwise) to the Company or any person asserting claims on behalf of or in right of the Company for or in connection with the Engagement or any transactions or conduct in connection therewith,   except to the extent that any losses, claims, damages or liabilities incurred by the Company  are finally judicially determined to have resulted from the willful misconduct or gross negligence of  such  Indemnified Person.

7.  This letter agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to principles of conflicts of laws. Solely for purposes of enforcing this letter agreement, the Company hereby consents to personal jurisdiction of, service in and waives any objection to venue in any court in which any claim or proceeding which is subject to, or which may give rise to a claim for indemnification or contribution under, this letter agreement is brought against Centerview or any other Indemnified Person.   ANY RIGHTS OF TRIAL BY JURY WITH RESPECT TO ANY CLAIM, COUNTERCLAIM OR ACTION ARISING OUT OF THIS LETTER AGREEMENT OR THE ENGAGEMENT IS HEREBY WAIVED.

8.  The indemnity, contribution, reimbursement and other obligations of the Company hereunder shall be in addition to any liability that the Company may have, at common law or otherwise, and shall be binding on its successors and permitted assigns.  The obligations of the Company hereunder cannot be assigned without the prior written consent of Centerview.

9.  Prior to or at the time a public announcement is made concerning the Company entering into any agreement or arrangement with respect to, or effecting, any merger, statutory exchange or other business combination or proposed sale or exchange, dividend or other distribution or liquidation of all or a significant portion of its assets in one or a series of transactions or any significant recapitalization or reclassification of its outstanding securities that does not directly or indirectly provide for the assumption of the obligations of the Company set forth herein, the Company will notify Centerview in writing thereof and, if requested by Centerview, shall use commercially reasonable efforts to arrange in connection therewith alternative means of providing for the obligations of the Company set forth herein.

10. The terms of this letter agreement shall apply to all services provided by Centerview to the Company in connection with the matters contemplated by the Engagement, including those provided prior to the date of this letter agreement. The provisions of this letter agreement shall apply to any subsequent amendment to or modification of the Engagement Agreement, and shall survive the termination or completion of the Engagement.

Very truly yours

Residential Capital, LLC

By: _____
Thomas Marano
Chief Executive Officer

Accepted:

CENTERVIEW PARTNERS LLC

By: _____
Marc Puntus
Partner

March 13, 2012

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention: Thomas Marano
Chief Executive Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 (the "Engagement Letter"), between Centerview Partners LLC ("Centerview") and the Company (as such term is defined in the Engagement Letter). This agreement (the "Amendment") amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) and 3(b) of the Engagement Letter are hereby replaced with the following:

(a)     A monthly financial advisory fee (the "Monthly Advisory Fee") of $300,000, the first payment of which shall be due and paid by the Company upon execution of the Engagement Letter and thereafter on each monthly anniversary thereof through January 1, 2012. Thereafter, a Monthly Advisory Fee of $400,000, the first payment of which shall be due and paid by the Company on January 1, 2012 ("Revised Monthly Invoice Date") and thereafter on each monthly anniversary thereof through the earlier of the date the Company files chapter 11 (the "Petition Date") and the conclusion of this engagement. Subsequent to the Petition Date, a Monthly Advisory Fee of $300,000, the first payment of which shall be due and paid by the Company on the first monthly anniversary of the Revised Monthly Invoice Date occurring after the Petition Date, and thereafter on each monthly anniversary thereof during the term of this engagement. Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee. 50% of Monthly Advisory Fees paid subsequent to the Petition Date shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable.

(b)     If at any time during the term of this engagement or within the nine full months following the termination of this engagement (including the term of this engagement, the "Fee Period"), (x) any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a

Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated outside of Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "Out-Of-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $15,000,000; provided, however, that if (x) any Restructuring or Sale Transaction is consummated in Bankruptcy Court or (y)(1) an agreement in principle, definitive agreement or plan to effect a Restructuring or Sale Transaction is entered into and (2) concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Restructuring or Sale Transaction is consummated in Bankruptcy Court, Centerview shall be entitled to receive a transaction fee (an "In-Court Transaction Fee"), contingent upon the consummation of a Restructuring or Sale Transaction and payable at the closing thereof equal to $12,500,000; provided, further, that if an agreement in principle or definitive agreement to effect a Sale Transaction is entered into prior to the six month anniversary of this Agreement and concurrently therewith or at any time thereafter (including following the expiration of the Fee Period), any Sale Transaction is consummated (i) outside of Bankruptcy Court; and (ii) with the party disclosed separately to Centerview on the date hereof with whom the Company is currently engaged in pending negotiations (the "Disclosed Party"), Centerview shall be entitled to receive a transaction fee (a "Limited Transaction Fee") equal to $7,500,000. Notwithstanding anything to the contrary in this subparagraph 3(b), in connection with any Restructuring or Sale Transaction that is intended to be effected, in whole or in part, as a §363 sale with a stalking horse bidder, or as a prepackaged, partial prepackaged or prearranged plan of reorganization, which plan may include a sale transaction (a "Prearranged Plan"), the Transaction Fee shall be earned and payable (x) 50% upon, in the case of a §363 sale, execution of a stalking horse asset purchase agreement, or, in the case of a Prearranged Plan, upon obtaining indications of support from certain of the Company's key creditors that in the good faith judgment of the Board of Directors of the Company are sufficient to justify filing such Prearranged Plan, and (y) 50% upon consummation of such Restructuring or Sale Transaction.

Centerview and the Company mutually agree that the following paragraph shall be added to section 3:

(g)     If at any time during the Fee Period the Company (x) receives a letter of intent to purchase all or substantially all of the Company's assets or (y) receives a debtor-in-possession financing proposal, in either case, satisfactory to the Company, Centerview shall be due and paid a transaction fee ("Interim Transaction Fee") equal to $1,200,000.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement").

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the Engagement Letter. This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____

Name:  Marc Puntus
Title:   Partner

ACCEPTED AND AGREED TO:

Residential Capital LLC

By: _____
Name:  Thomas Marano
Title:   CEO

January 17, 2013

Residential Capital, LLC
1177 Avenue of the Americas
16th Floor
New York, NY 10036

Attention: Thomas Marano
Chief Executive Officer

Ladies and Gentlemen:

Reference is made to that certain engagement letter dated October 18, 2011 as amended on March 14, 2012 (the "Engagement Letter"), between Centerview Partners LLC ("Centerview") and the Company (as such term is defined in the Engagement Letter), and that certain order of the Bankruptcy Court dated July 26, 2012 (the "Retention Order"), authorizing and approving Centerview's retention on the terms set forth in the Engagement Letter, as amended and supplemented by the Retention Order. This agreement (the "Amendment") amends the Engagement Letter as follows:

Centerview and the Company mutually agree that Paragraph 3(a) of the Engagement Letter is hereby replaced with the following:

(c)     A monthly financial advisory fee (the "Monthly Advisory Fee") of $300,000, the first payment of which shall be due and paid by the Company upon execution of the Engagement Letter and thereafter on each monthly anniversary thereof through January 1, 2012.  Thereafter, a Monthly Advisory Fee of $400,000, the first payment of which shall be due and paid by the Company on January 1, 2012 ("Revised Monthly Invoice Date") and thereafter on each monthly anniversary thereof through the earlier of the date the Company files chapter 11 (the "Petition Date") and the conclusion of this engagement.  Subsequent to the Petition Date, a Monthly Advisory Fee of $300,000, the first payment of which shall be due and paid by the Company on the first monthly anniversary of the Revised Monthly Invoice Date occurring after the Petition Date, and thereafter on each monthly anniversary thereof during the term of this engagement.  Advisor will issue a written invoice to the Company for the initial and each subsequent Monthly Advisory Fee.  50% of Monthly Advisory Fees paid for the periods subsequent to the Petition Date through the date on which the sale of ResCap's servicing and origination platform closes (the "Platform Sale Closing Date") and after July 1, 2013 shall be credited (but only once) against an Out-of-Court Transaction Fee, an In-Court Transaction Fee or a Limited Transaction Fee (each as defined below) payable; provided, that in the event of a Chapter 11 filing such credit will only apply proportionately to the extent that such fees are approved by the Bankruptcy Court, if applicable. For the avoidance of doubt, Monthly Advisory Fees paid for the period from the Platform Sale Closing Date through June 30, 2013 shall not be credited. Centerview reserves the right to renegotiate with the Company,

subject to the reasonable consent of the official committee of unsecured creditors (the "UCC"), the appropriate amount of crediting of Monthly Advisory Fees paid for the period from and after July 1, 2013 based on the facts and circumstances extant at that point in time.

Centerview and the Company mutually agree that the following paragraph shall be added to section 1:

(d)    "FHA Sale Transaction" means any transaction or series of transactions involving a sale to a buyer or buyers of whole loans or receivables insured by the Federal Housing Administration ("FHA") as described in the Company's Motion to Approve Sale Procedures to sell Certain FHA Loans (Docket #2544), which may be executed as a whole or in parts. For the purposes of this definition, the term buyer shall exclude Ginnie Mae and its affiliates.

Centerview and the Company mutually agree that the following paragraph shall be added to section 3:

(h)    If at any time during the Fee Period, the Company consummates the FHA Sale Transaction, the Company will pay Centerview 1.0% of the aggregate sale price of the FHA Sale Transaction, which amount shall be due and paid upon closing. Centerview reserves the right to negotiate with the Company, subject to the reasonable consent of the UCC, additional fees for subsequent FHA Loan and other asset sales.

The Company and Centerview hereby agree that except as specifically set forth above, nothing contained in this Amendment shall affect any of the terms of the Engagement Letter, or any of the terms of the separate indemnification agreement, dated October 18, 2011 and referenced in paragraph 3(e) of the Engagement Letter (the "Indemnification Agreement"), as such terms were amended and supplemented pursuant to the Retention Order.

This Amendment may be executed in counterparts, each of which together shall be considered a single document. This Amendment shall be binding on Centerview and the Company and their respective successors and assigns. This Amendment is not intended to confer any rights upon any shareholder, creditor, owner or partner of the Company, or on any other person not a party hereto other than the indemnified persons referenced in the Indemnification Agreement referenced in paragraph 3(e) of the Engagement Letter. This

Amendment shall be governed by and construed in accordance with the laws of the State of New York.

Please confirm that the foregoing is in accordance with your understanding by signing and returning to us the enclosed duplicate of this Amendment, which shall thereupon constitute a binding agreement between the Company and Centerview.

Very truly yours,

CENTERVIEW PARTNERS LLC

By: _____

Name:  Marc Puntus
Title:   Partner

ACCEPTED AND AGREED TO:

Residential Capital LLC

By: _____

Name:  Thomas Marano
Title:   Chief Executive Officer

## EXHIBIT 4

(Puntus Declaration)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Todd M. Goren
Naomi Moss

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                             )
In re:                                       )   Case No. 12-12020 (MG)
                                             )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,     )   Chapter 11
                                             )
                            Debtors.         )   Jointly Administered
                                             )
---------------------------------------------------------------

**DECLARATION OF MARC D. PUNTUS IN SUPPORT OF
DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS
327(a) AND 328(a) APPROVING AMENDMENT TO ENGAGEMENT LETTER
WITH CENTERVIEW PARTNERS LLC**

I, Marc D. Puntus, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of
perjury:

1.          I am a Partner and co-head of the Restructuring Group at Centerview

Partners LLC ("<u>Centerview</u>"), financial advisor to Residential Capital LLC ("<u>ResCap</u>")

and the other above-captioned debtors and debtors in possession (collectively the

"<u>Debtors</u>").[1]  I submit this declaration in support of the *Debtors' Motion For Order*

---

[1]      The names of the Debtors in these cases and their respective tax identification numbers are identified
         on Exhibit 1 to the Whitlinger Affidavit filed on the first day of these Chapter 11 cases.

ny-1107284

*Under Bankruptcy Code Sections 327(a) and 328 (a) Approving Amendment to*

*Engagement Letter with Centerview Partners LLC* (the "<u>Motion</u>").[2]

## <u>QUALIFICATIONS</u>

2.      I previously have conveyed to the Court my qualifications and
Centerview's qualifications in my Declarations in support of the application for
Centerview's retention (the "<u>Retention Declarations</u>"), my Declaration in support of the
motion for approval of an amendment to the Engagement Letter (the "<u>First Amendment
Declaration</u>"), my Declaration in support of the motion for approval of the Debtors'
debtor in possession financing facilities and my Declaration in support of the motion for
approval of certain amendments to the Barclays debtor in possession financing facility,
my Declaration in support of the Debtors' motion for approval of the Asset Sales, my
Declaration in support of the Debtors' motion to continue use of cash collateral, as well
as my declaration in support of the Debtors' motion to partially satisfy certain secured
claims [Docket Nos. 20, 368, 831, 1784, 2137, 2545, 3375, 3671 and 3873].

3.      Rather than repeat the information contained in the Retention Declarations
and the First Amendment Declaration here, they are incorporated by reference.

## <u>BASIS FOR APPROVAL OF THE AMENDMENT</u>

4.      As described in the First Amendment Declaration, the Debtors have
requested that Centerview perform additional services in these Chapter 11 cases,
including the marketing and selling of loans insured by the FHA, which were not
contemplated under Centerview's initial retention application.

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion
or the Amendment.

2

5.      In connection with the sale of the FHA Loans, the Debtors filed the FHA

Sale Motion.[3]  Because no acceptable bid for the FHA Loans was submitted pursuant to

the FHA Loan Sale Procedures, the Debtors elected to terminate the FHA Loan Sale.

6.      The Debtors however, through the services of Centerview have continued

to engage in discussions with potential purchasers of FHA Loans.  Although the parties

expected that Centerview would assist the Debtors to monetize and sell the FHA Loans

through any process, the First Centerview Amendment only referenced sales made

pursuant to the FHA Sale Motion.  Because the FHA Loan Sale was terminated, the

parties determined to enter into the Amendment and clarify that Centerview will receive

compensation in the event the FHA Loans are sold as described in the Amendment.

7.      Additionally, as described in the First Amendment Declaration, the First

Centerview Amendment also modified the crediting provision contained in the

Engagement Letter due to extended duration of these Chapter 11 cases.  The First

Centerview Amendment reserved the right to further modify the crediting provision.

After extensive negotiations among Centerview, the Debtors and the Creditors'

Committee, the parties have agreed to further modify the crediting provision, as described

below.

## COMPENSATION

8.      Pursuant to the Amendment, the Debtors propose to pay Centerview a fee

equal to .65% of the purchase price of the unpaid principal balance of FHA Loans (the

"FHA Fees") if the Debtors consummate any transactions for the sale of the FHA Loans

to buyers other than Ginnie Mae or its affiliates upon the closing of the applicable loan

---

[3]  On January 16, 2013, the Court approved the FHA Sale Motion on the record.  On January 17, 2013, the
Court entered an order approving the FHA Sale Motion [Docket No. 2649].

3

12-12020-mg   Doc 5383-5   Filed 10/15/13   Entered 10/15/13 10:55:19   Exhibit 4
Pg 213 of 471

sale or sales. The Amendment provides that Centerview shall earn the FHA Fees if the Debtors (i) consummate an FHA Loan Transaction prior to the effective date of a Plan (the "Effective Date"), or (ii) execute a purchase agreement to consummate an FHA Loan Transaction prior to the Effective Date and the sale is consummated subsequent to the Effective Date, or (iii) has reached an agreement in principle to effectuate or consummate an FHA Loan Transaction prior to the Effective Date, and a definitive agreement with respect to such transaction is not executed prior to the Effective Date because the Creditors' Committee has not consented to such transaction, and thereafter, prior to the date that is three months from and after the Effective Date, the Liquidating Trust consummates a substantially similar FHA Loan Transaction.

9. In addition to the sale of the FHA Loans, Centerview will also assist with the continued monetization of other remaining estate assets. The Amendment reserves Centerview's right to seek additional fees for subsequent sales of loans and other assets, including loans insured and/or guaranteed by the government, subject to the reasonable consent of the Creditors' Committee.

10. The Debtors and Centerview have agreed upon the FHA Fees in anticipation that a substantial commitment of professional time and effort will be required of Centerview and its professionals in connection with the sale of the FHA Loans.

11. The FHA Fees are consistent with, and typical of, compensation arrangements entered into by Centerview and other comparable firms in connection with the rendering of similar services under similar circumstances. The FHA Fees are reasonable and market-based and consistent with Centerview's normal and customary billing practices for comparably sized transactions.

ny-1107284

12.     The Amendment also clarifies the Crediting Provision contained in the Engagement Letter and the First Centerview Amendment.  Pursuant to the Engagement Letter, the Transaction Fee was to be earned and paid at the closing of the Asset Sales.  During negotiations with the Creditors' Committee concerning Centerview's retention in these cases, the parties agreed that the Transaction Fee would continue to be earned upon the closing of the Asset Sales, but payment would be deferred until the Effective Date.  At that time, the Debtors, the Creditors' Committee and Centerview did not address how crediting would be structured post-closing of the Asset Sales.

13.     As such, the parties chose to clarify the Crediting Provision in the First Centerview Amendment.  The parties agreed that Centerview was not required to credit the Monthly Advisory Fees following the Platform Closing Date through June 30, 2013.  From and after July 1, 2013, Centerview would be required to credit 50% of Monthly Advisory Fees.  Pursuant to the First Centerview Amendment, Centerview reserved the right to seek to renegotiate the appropriate amount of crediting with the Debtors based on the facts and circumstances extant at that point in time, subject to the reasonable consent of the Creditors' Committee.

14.     Because the complexity of the issues pervading these cases has prolonged their conclusion, and in light of the additional services required of Centerview in connection with confirmation of the Plan and the ongoing litigation with the Junior Secured Noteholders, the parties renegotiated the duration and scope of the Crediting Provision.

15.     Following extensive arm's-length negotiations between the Debtors, Centerview and the Creditors' Committee, the parties renegotiated the Crediting

5

12-12020-mg    Doc 5363-5    Filed 10/15/13    Entered 10/15/13 16:55:19    Exhibit 4 -
Pg 215 of 471

Provision through the Amendment.  The Amendment states that Centerview is required to credit 50% of Monthly Advisory Fees from the Petition Date through the Platform Closing Date and after October 31, 2013.  The Amendment further provides that Centerview will not be required to credit seven additional Monthly Advisory Fees, which elimination of crediting shall be applied first to Monthly Advisory Fees for the period of November 1, 2013 through the Effective Date and second, to the extent necessary, to Monthly Advisory Fees for the period from the Petition Date through the Platform Closing Date, such that $1,050,000 of crediting is eliminated.

        16.    For the reasons set forth herein, I believe that the Amendment should be approved in all respects.


I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge.

Dated: October 15, 2013
        New York, New York

                                                        /s/ Marc D. Puntus
                                                        Marc D. Puntus

6

<u>**EXHIBIT E**</u>

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL
BY CENTERVIEW PARTNERS LLC ON BEHALF OF THE DEBTORS FOR THE
PERIOD MAY 14, 2012 THROUGH DECEMBER 17, 2013**

<u>**Hours by Professional**</u>

| Name of Professional Individual | 5/14 – 7/31 | 8/1 – 8/31 |
|---|---|---|
| **Partners** | | |
| Marc D. Puntus | 198.0 | 95.0 |
| Samuel M. Greene | 212.0 | 46.5 |
| **Principal** | | |
| Karn S. Chopra | 462.5 | 192.0 |
| **Associate** | | |
| Ryan Kielty | 441.5 | 243.5 |
| **Analyst** | | |
| Benjamin H. Weingarten | 513.5 | 216.0 |
| **Total** | **1,827.5** | **793.0** |

| Name of Professional Individual | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/31 |
|---|---|---|---|---|
| **Partners** | | | | |
| Marc D. Puntus | 161.5 | 306.5 | 157.5 | 113.0 |
| Samuel M. Greene | 15.5 | - | - | - |
| **Principal** | | | | |
| Karn S. Chopra | 199.0 | 394.0 | 176.0 | 146.0 |
| **Associate** | | | | |
| Ryan Kielty | 255.5 | 462.5 | 202.0 | 117.5 |
| **Analysts** | | | | |
| Benjamin H. Weingarten | 229.5 | 438.5 | 172.0 | 79.5 |
| Jonathan R. Mattern | - | 344.0 | 142.0 | 89.5 |
| **Total** | **861.0** | **1,945.5** | **849.5** | **545.5** |

| Name of Professional Individual | 1/1 – 1/31 | 2/1 – 2/28 | 3/1 – 3/31 | 4/1 – 4/30 |
|---|---|---|---|---|
| **Partner** | | | | |
| Marc D. Puntus | 165.5 | 124.0 | 80.5 | 122.5 |
| **Principal** | | | | |
| Karn S. Chopra | 204.0 | 163.0 | 99.0 | 149.5 |
| **Associate** | | | | |
| Ryan Kielty | 176.5 | 147.0 | 89.0 | 126.5 |
| **Analysts** | | | | |
| Benjamin H. Weingarten | 161.0 | 126.5 | 57.5 | 90.5 |
| Jonathan R. Mattern | 144.0 | 89.5 | 57.0 | 50.5 |
| **Total** | **851.0** | **650.0** | **383.0** | **539.5** |

| Name of Professional Individual | 5/1 – 5/31 | 6/1 – 6/30 | 7/1 – 7/31 | 8/1 – 8/31 |
|---|---|---|---|---|
| **Partner** | | | | |
| Marc D. Puntus | 94.5 | 76.0 | 77.0 | 58.0 |
| **Principal** | | | | |
| Karn S. Chopra | 127.5 | 116.5 | 126.0 | 114.0 |
| **Associate** | | | | |
| Ryan Kielty | 103.0 | 102.0 | 122.0 | 105.5 |
| **Analysts** | | | | |
| Benjamin H. Weingarten | 50.0 | 84.0 | 112.5 | - |
| Jonathan R. Mattern | 44.0 | 102.0 | 136.5 | 154.5 |
| **Total** | **419.0** | **480.5** | **574.0** | **432.0** |

| Name of Professional Individual | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/17 |
|---|---|---|---|---|
| **Partner** | | | | |
| Marc D. Puntus | 74.0 | 113.0 | 56.5 | 14.0 |
| **Principal** | | | | |
| Karn S. Chopra | 119.5 | 143.5 | 78.5 | 25.5 |
| **Associate** | | | | |
| Ryan Kielty | 101.5 | 105.5 | 92.5 | 34.0 |
| **Analyst** | | | | |
| Jonathan R. Mattern | 136.0 | 117.0 | 76.5 | 29.5 |
| **Total** | **431.0** | **479.0** | **304.0** | **103.0** |

| Name of Professional Individual | Total Hours |
|---|---|
| **Partners** | |
| Marc D. Puntus | 2,089.0 |
| Samuel M. Greene | 274.0 |
| **Principal** | |
| Karn S. Chopra | 3,038.0 |
| **Associate** | |
| Ryan Kielty | 3,029.5 |
| **Analysts** | |
| Benjamin H. Weingarten | 2,331.0 |
| Jonathan R. Mattern | 1,714.5 |
| **Total** | **12,476.0** |

## EXHIBIT F

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CENTERVIEW PARTNERS LLC ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 14, 2012 THROUGH DECEMBER 17, 2013

#### Hours by Matter

| Task Code | Matter Description | 5/14 – 7/31 | 8/1 – 8/31 |
|---|---|---|---|
| 1 | Case Administration / General | 207.0 | 110.0 |
| 2 | Sale Process | 640.0 | 424.0 |
| 3 | Creditor Communication | 355.0 | 58.0 |
| 4 | Debtor Communication | 212.0 | 101.5 |
| 5 | DIP Financing | 109.5 | 8.5 |
| 6 | Testimony Preparation | 78.0 | 0.0 |
| 7 | Plan of Reorganization | 9.0 | 16.5 |
| 8 | Travel | 2.0 | 0.0 |
| 9 | Centerview Due Diligence | 75.5 | 0.0 |
| 10 | Business Plan | 59.0 | 19.0 |
| 11 | Case Strategy | 80.5 | 55.5 |
| **Total** | | **1,827.5** | **793.0** |

| Task Code | Matter Description | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/31 |
|---|---|---|---|---|---|
| 1 | Case Administration / General | 70.5 | 78.5 | 35.5 | 45.0 |
| 2 | Sale Process | 346.0 | 1,252.0 | 384.5 | 117.5 |
| 3 | Creditor Communication | 144.5 | 162.0 | 64.0 | 92.5 |
| 4 | Debtor Communication | 81.0 | 148.5 | 100.5 | 113.0 |
| 5 | DIP Financing | 32.0 | 94.0 | 37.5 | 7.5 |
| 6 | Testimony Preparation | - | 3.0 | 18.0 | - |
| 7 | Plan of Reorganization | 42.0 | 64.5 | 71.5 | 22.5 |
| 8 | Travel | 29.0 | - | 5.0 | - |
| 9 | Centerview Due Diligence | - | - | - | - |
| 10 | Business Plan | 102.0 | 21.0 | - | 8.0 |
| 11 | Case Strategy | 14.0 | 122.0 | 133.0 | 37.5 |
| 12 | FHA Sale Process | - | - | - | 102.0 |
| **Total** | | **861.0** | **1,945.5** | **849.5** | **545.5** |

| Task Code | Matter Description | 1/1 – 1/31 | 2/1 – 2/28 | 3/1 – 3/31 | 4/1 – 4/30 |
|---|---|---|---|---|---|
| 1 | Case Administration / General | 15.0 | 9.0 | 38.5 | 22.0 |
| 2 | Sale Process | 473.5 | 370.0 | 107.5 | 80.0 |
| 3 | Creditor Communication | 149.5 | 71.5 | 54.5 | 40.5 |
| 4 | Debtor Communication | 139.0 | 93.5 | 70.5 | 63.5 |
| 5 | DIP Financing | 22.0 | 6.0 | 32.0 | 11.0 |
| 6 | Testimony Preparation | - | 5.0 | - | - |
| 7 | Plan of Reorganization | 19.0 | 25.0 | 15.5 | 266.0 |
| 8 | Travel | - | - | - | - |
| 9 | Centerview Due Diligence | - | - | - | - |
| 10 | Business Plan | - | - | - | - |
| 11 | Case Strategy | 18.0 | 70.0 | 64.5 | 56.5 |
| 12 | FHA Sale Process | 15.0 | - | - | - |
| **Total** | | **851.0** | **650.0** | **383.0** | **539.5** |

| Task Code | Matter Description | 5/1 – 5/31 | 6/1 – 6/30 | 7/1 – 7/31 | 8/1 – 8/31 |
|---|---|---|---|---|---|
| 1 | Case Administration / General | 28.5 | 45.5 | 7.5 | 27.0 |
| 2 | Sale Process | 39.5 | 72.5 | 37.0 | 36.5 |
| 3 | Creditor Communication | 115.5 | 83.5 | 87.5 | 73.5 |
| 4 | Debtor Communication | 71.5 | 53.5 | 46.5 | 39.5 |
| 5 | DIP Financing[1] | 9.5 | 6.0 | 8.0 | - |
| 6 | Testimony Preparation | 29.0 | 86.5 | 206.5 | 162.0 |
| 7 | Plan of Reorganization | 93.5 | 62.0 | 50.0 | 15.0 |
| 8 | Travel | - | - | - | - |
| 9 | Centerview Due Diligence | - | - | - | - |
| 10 | Business Plan | - | - | - | - |
| 11 | Case Strategy | 32.0 | 46.0 | 75.0 | 11.0 |
| 12 | FHA Sale Process | - | 25.0 | 56.0 | 67.5 |
| **Total** | | **419.0** | **480.5** | **574.0** | **432.0** |

---

[1] Consists of time spent addressing issues with regards to the Debtors' use of cash collateral.

| Task Code | Matter Description | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/17 | Total Hours |
|---|---|---|---|---|---|---|
| 1 | Case Administration / General | - | 3.0 | 79.0 | - | 821.5 |
| 2 | Sale Process | 22.5 | - | 10.5 | - | 4,413.5 |
| 3 | Creditor Communication | 18.0 | 41.5 | 33.0 | 12.0 | 1,656.5 |
| 4 | Debtor Communication | 19.0 | 11.0 | 38.0 | - | 1,402.0 |
| 5 | DIP Financing | - | - | - | - | 383.5 |
| 6 | Testimony Preparation | 332.5 | 385.5 | 66.5 | - | 1,380.5 |
| 7 | Plan of Reorganization | - | - | - | 4.0 | 776.0 |
| 8 | Travel | - | - | - | - | 36.0 |
| 9 | Centerview Due Diligence | - | - | - | - | 75.5 |
| 10 | Business Plan | - | - | - | - | 209.0 |
| 11 | Case Strategy | 4.5 | 4.5 | - | - | 824.5 |
| 12 | FHA Sale Process | 34.5 | 33.5 | 77.0 | 87.0 | 497.5 |
| **Total** | | **431.0** | **479.0** | **304.0** | **103.0** | **12,476.0** |

## EXHIBIT G

### SUMMARY OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC
### ON BEHALF OF THE DEBTORS FOR THE PERIOD
### MAY 14, 2012 THROUGH DECEMBER 17, 2013

### Expenses by Category

| Expense Category | 5/14 – 7/31 | 8/1 – 8/31 |
|---|---|---|
| Transportation | $3,263.59 | $971.43 |
| Meals[1] | 2,048.57 | 448.28 |
| Communication & Other: Conference Calls | 10,816.41 | 163.50 |
| Communication & Other: FedEx / Shipping | 187.57 | 33.01 |
| Communication & Other: Presentation | 71.83 | - |
| Communication & Other: Other Expenses | 35.00 | - |
| **Total** | **$16,422.97** | **$1,616.22** |

| Expense Category | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/31 |
|---|---|---|---|---|
| Transportation | $400.00 | $5,542.44 | $4,428.68 | $2,280.01 |
| Hotels & Meals[1] | 440.75 | 4,091.72 | 4,088.92 | 1,008.49 |
| Communication & Other: Conference Calls | 969.07 | 1,206.74 | 2,769.21 | 907.80 |
| Communication & Other: FedEx / Shipping | 16.94 | - | 10.18 | - |
| Communication & Other: Other Expenses | - | - | 48.40 | 224.57 |
| **Total** | **$1,826.76** | **$10,840.90** | **$11,345.39** | **$4,420.87** |

---

[1] Adjusted for overtime meal costs above $20.00 per meal.

| Expense Category | 1/1 – 1/31 | 2/1 – 2/28 | 3/1 – 3/31 | 4/1 – 4/30 |
|---|---|---|---|---|
| Transportation | $3,622.15 | $693.91 | $533.04 | $201.90 |
| Hotels & Meals[1] | 793.06 | 1,016.82 | 691.46 | 180.00 |
| Communication & Other: Conference Calls | 1,914.51 | 50.00 | 2,361.67 | 30.01 |
| Communication & Other: FedEx / Shipping | - | - | - | - |
| Communication & Other: Other Expenses | - | 39.95 | 10.88 | - |
| **Total** | **$6,329.72** | **$1,800.68** | **$3,597.05** | **$411.91** |

| Expense Category | 5/1 – 5/31 | 6/1 – 6/30 | 7/1 – 7/31 | 8/1 – 8/31 |
|---|---|---|---|---|
| Transportation | $91.70 | $190.00 | $571.27 | $95.08 |
| Hotels & Meals[1] | 146.44 | 155.39 | 518.36 | 120.00 |
| Communication & Other: Conference Calls | - | - | 477.94 | 253.10 |
| Communication & Other: FedEx / Shipping | - | - | - | - |
| Communication & Other: Other Expenses | - | - | 500.00 | - |
| **Total** | **$238.14** | **$345.49** | **$2,067.57** | **$468.18** |

| Expense Category | 9/1 – 9/30 | 10/1 – 10/31 | 11/1 – 11/30 | 12/1 – 12/17 | Total Expenses[3] |
|---|---|---|---|---|---|
| Transportation | $227.36 | $489.76 | $363.65 | $27.50 | $23,993.47 |
| Hotels & Meals[1] | 277.78 | 551.20 | 100.00 | 33.32 | 16,710.56 |
| Communication & Other: Conference Calls | 513.04 | - | 602.80 | - | 23,035.80 |
| Communication & Other: FedEx / Shipping | - | - | - | - | 247.70 |
| Communication & Other: Other Expenses | - | - | 3,935.00[2] | - | 4,865.63 |
| **Total** | **$1,018.18** | **$1,040.96** | **$5,001.45** | **$60.82** | **$68,853.16** |

[1] Adjusted for overtime meal costs above $20.00 per person per meal and hotel costs above $500.00 per night.

[2] Expenses incurred for consulting services rendered by Ernst & Young for the benefit of Centerview's Expert Witness testimony preparation in connection with Phase I of JSN litigation. Please see additional invoice detail attached in Exhibit J.

[3] Adjusted for disallowed expenses.

## <u>EXHIBIT H</u>

**DETAIL OF PROFESSIONAL SERVICES RENDERED BY CENTERVIEW
PARTNERS LLC ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH DECEMBER 17, 2013**

**Centerview Partners  LLC**

**Residential Capital, LLC**
Time Records by Legend #
5/14/2012 through 12/17/2013

| Legend # | Description | Hours Worked |
|---|---|---|
| 1 | Case Administration/General | 821.5 |
| 2 | Sale Process | 4413.5 |
| 3 | Creditor Communication | 1656.5 |
| 4 | Debtor Communication | 1402.0 |
| 5 | DIP Financing | 383.5 |
| 6 | Testimony Preparation | 1380.5 |
| 7 | Plan of Reorganization | 776.0 |
| 8 | Travel | 36.0 |
| 9 | Centerview Due Diligence | 75.5 |
| 10 | Business Plan | 209.0 |
| 11 | Case Strategy | 824.5 |
| 12 | FHA Sale Process | 497.5 |
| Total | | **12476.0** |

**Centerview Partners  LLC**

*By Professional*                                                                                                     2/24/2014

**Residential Capital, LLC**
Time Records by Professional
5/14/2012 through 12/17/2013

| Professional | Title | Hours Worked |
|---|---|---|
| Benjamin H. Weingarten | Analyst | 2331.0 |
| Jonathan R. Mattern | Analyst | 1714.5 |
| Karn S. Chopra | Principal | 3038.0 |
| Marc D. Puntus | Partner | 2089.0 |
| Ryan Kielty | Principal | 3029.5 |
| Samuel M. Greene | Partner | 274.0 |
| Total | | **12476.0** |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/17/2013 | Karn S. Chopra | 1.0 | 12 | Internal call to discuss interim servicing of FHA assets post-close |
| 12/17/2013 | Marc D. Puntus | 1.0 | 12 | Internal call to discuss interim servicing of FHA assets post-close |
| 12/17/2013 | Ryan Kielty | 1.0 | 12 | Internal call to discuss interim servicing of FHA assets post-close |
| 12/16/2013 | Jonathan R. Mattern | 2.5 | 12 | Prepared materials for presentation on FHA sale process to Liquidating Trust Board |
| 12/16/2013 | Karn S. Chopra | 2.5 | 12 | Prepared materials for presentation on FHA sale process to Liquidating Trust Board |
| 12/16/2013 | Ryan Kielty | 2.5 | 12 | Prepared materials for presentation on FHA sale process to Liquidating Trust Board |
| 12/12/2013 | Karn S. Chopra | 0.5 | 3 | Call with creditor about plan effective date |
| 12/12/2013 | Marc D. Puntus | 0.5 | 3 | Call with creditor about plan effective date |
| 12/12/2013 | Ryan Kielty | 0.5 | 3 | Call with creditor about plan effective date |
| 12/11/2013 | Jonathan R. Mattern | 4.0 | 12 | Call with FHA bidder and Debtors advisors to walk through mark-up of MLPISA |
| 12/11/2013 | Jonathan R. Mattern | 1.5 | 12 | Discussion with Estate over reimbursement of advances under various recovery scenarios |
| 12/11/2013 | Jonathan R. Mattern | 2.5 | 12 | Revised FHA analyses with new recovery information |
| 12/11/2013 | Karn S. Chopra | 2.0 | 7 | Attended closing arguments for confirmation hearing |
| 12/11/2013 | Karn S. Chopra | 4.0 | 12 | Call with FHA bidder and Debtors advisors to walk through mark-up of MLPISA |
| 12/11/2013 | Marc D. Puntus | 2.0 | 7 | Attended closing arguments for confirmation hearing |
| 12/11/2013 | Ryan Kielty | 4.0 | 12 | Call with FHA bidder and Debtors advisors to walk through mark-up of MLPISA |
| 12/11/2013 | Ryan Kielty | 1.5 | 12 | Discussion with Estate over reimbursement of advances under various recovery scenarios |
| 12/10/2013 | Jonathan R. Mattern | 3.0 | 12 | Prepared FHA bid comparison analysis |
| 12/09/2013 | Jonathan R. Mattern | 2.5 | 12 | Updated FHA Recovery & Bid model for revised loan pool and loan-level bids |
| 12/09/2013 | Karn S. Chopra | 2.0 | 12 | Call with FHA bidder to discuss merits on in-court vs. out-of-court sale process |
| 12/09/2013 | Marc D. Puntus | 2.0 | 12 | Call with FHA bidder to discuss merits on in-court vs. out-of-court sale process |
| 12/07/2013 | Ryan Kielty | 4.5 | 12 | Reviewed FHA Recovery & Bid model and corresponding output analyses |
| 12/06/2013 | Jonathan R. Mattern | 1.5 | 12 | Call amongst UCC and Debtors advisors to coordinate next steps on FHA sale process |
| 12/06/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with FHA bidder to discuss stalking horse process |
| 12/06/2013 | Jonathan R. Mattern | 1.0 | 12 | Reviewed FHA Recovery & Bid model |
| 12/06/2013 | Jonathan R. Mattern | 2.0 | 12 | Worked on FHA Recovery & Bid model |
| 12/06/2013 | Karn S. Chopra | 1.5 | 12 | Call amongst UCC and Debtors advisors to coordinate next steps on FHA sale process |
| 12/06/2013 | Karn S. Chopra | 0.5 | 12 | Call with FHA bidder to discuss stalking horse process |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/06/2013 | Marc D. Puntus | 1.5 | 12 | Call amongst UCC and Debtors advisors to coordinate next steps on FHA sale process |
| 12/06/2013 | Ryan Kielty | 1.5 | 12 | Call amongst UCC and Debtors advisors to coordinate next steps on FHA sale process |
| 12/06/2013 | Ryan Kielty | 0.5 | 12 | Call with FHA bidder to discuss stalking horse process |
| 12/06/2013 | Ryan Kielty | 1.0 | 12 | Reviewed FHA Recovery & Bid model |
| 12/06/2013 | Ryan Kielty | 2.0 | 12 | Worked on FHA Recovery & Bid model |
| 12/05/2013 | Jonathan R. Mattern | 2.5 | 12 | Call with FHA bidder about servicing advances after 10/31 |
| 12/05/2013 | Jonathan R. Mattern | 3.5 | 12 | Worked on FHA Recovery & Bid model |
| 12/05/2013 | Karn S. Chopra | 2.5 | 12 | Call with FHA bidder about servicing advances after 10/31 |
| 12/05/2013 | Ryan Kielty | 2.5 | 12 | Call with FHA bidder about servicing advances after 10/31 |
| 12/05/2013 | Ryan Kielty | 3.5 | 12 | Worked on FHA Recovery & Bid model |
| 12/04/2013 | Karn S. Chopra | 1.0 | 12 | Call with UCC re: FHA sale process |
| 12/04/2013 | Marc D. Puntus | 1.0 | 12 | Call with UCC re: FHA sale process |
| 12/04/2013 | Ryan Kielty | 1.0 | 12 | Call with UCC re: FHA sale process |
| 12/03/2013 | Karn S. Chopra | 2.0 | 12 | Call with Debtors and advisors to discuss FHA bids and mark up to MLPISA |
| 12/03/2013 | Ryan Kielty | 2.0 | 12 | Call with Debtors and advisors to discuss FHA bids and mark up to MLPISA |
| 12/02/2013 | Jonathan R. Mattern | 1.5 | 12 | Call with Debtors to discuss next steps with FHA Bidder |
| 12/02/2013 | Jonathan R. Mattern | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 12/02/2013 | Karn S. Chopra | 3.5 | 3 | Call with various creditors about unit distribution mechanics |
| 12/02/2013 | Karn S. Chopra | 1.5 | 12 | Call with Debtors to discuss next steps with FHA Bidder |
| 12/02/2013 | Karn S. Chopra | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 12/02/2013 | Marc D. Puntus | 3.5 | 3 | Call with various creditors about unit distribution mechanics |
| 12/02/2013 | Marc D. Puntus | 1.5 | 12 | Call with Debtors to discuss next steps with FHA Bidder |
| 12/02/2013 | Marc D. Puntus | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 12/02/2013 | Ryan Kielty | 3.5 | 3 | Call with various creditors about unit distribution mechanics |
| 12/02/2013 | Ryan Kielty | 1.5 | 12 | Call with Debtors to discuss next steps with FHA Bidder |
| 12/02/2013 | Ryan Kielty | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 11/26/2013 | Jonathan R. Mattern | 2.0 | 1 | Handled request from co-advisor concerning Impac loan list and purchase price detail |
| 11/26/2013 | Karn S. Chopra | 1.0 | 3 | Call with counsel to discuss post-trail submission |
| 11/26/2013 | Marc D. Puntus | 1.0 | 3 | Call with counsel to discuss post-trail submission |
| 11/26/2013 | Ryan Kielty | 1.0 | 3 | Call with counsel to discuss post-trail submission |
| 11/25/2013 | Jonathan R. Mattern | 2.0 | 3 | Follow up call to discuss revised FHA bid |
| 11/25/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with bidder to discuss next round of diligence |
| 11/25/2013 | Karn S. Chopra | 2.0 | 1 | Attended final day of confirmation hearing |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/25/2013 | Karn S. Chopra | 2.0 | 3 | Follow up call to discuss revised FHA bid |
| 11/25/2013 | Karn S. Chopra | 0.5 | 12 | Call with bidder to discuss next round of diligence |
| 11/25/2013 | Marc D. Puntus | 2.0 | 1 | Attended final day of confirmation hearing |
| 11/25/2013 | Marc D. Puntus | 2.0 | 3 | Follow up call to discuss revised FHA bid |
| 11/25/2013 | Ryan Kielty | 2.0 | 1 | Attended final day of confirmation hearing |
| 11/25/2013 | Ryan Kielty | 2.0 | 3 | Follow up call to discuss revised FHA bid |
| 11/25/2013 | Ryan Kielty | 0.5 | 12 | Call with bidder to discuss next round of diligence |
| 11/23/2013 | Jonathan R. Mattern | 4.0 | 12 | Handled various diligence requests from FHA bidders |
| 11/23/2013 | Ryan Kielty | 4.0 | 12 | Handled various diligence requests from FHA bidders |
| 11/22/2013 | Jonathan R. Mattern | 2.5 | 2 | Multiple calls with Debtors' Estate regarding Walter true-up |
| 11/22/2013 | Jonathan R. Mattern | 1.0 | 3 | Call with UCC advisors to discuss next steps in FHA sale process |
| 11/22/2013 | Jonathan R. Mattern | 2.5 | 12 | Handled various diligence requests from FHA bidders |
| 11/22/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss next steps in FHA sale process |
| 11/22/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss next steps in FHA sale process |
| 11/22/2013 | Ryan Kielty | 2.5 | 2 | Multiple calls with Debtors' Estate regarding Walter true-up |
| 11/22/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss next steps in FHA sale process |
| 11/22/2013 | Ryan Kielty | 2.5 | 12 | Handled various diligence requests from FHA bidders |
| 11/21/2013 | Jonathan R. Mattern | 1.5 | 4 | Call with Debtors to discuss next steps in FHA sale process |
| 11/21/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with bidder to discuss revised bid |
| 11/21/2013 | Karn S. Chopra | 1.5 | 4 | Call with Debtors to discuss next steps in FHA sale process |
| 11/21/2013 | Karn S. Chopra | 0.5 | 12 | Call with bidder to discuss revised bid |
| 11/21/2013 | Karn S. Chopra | 4.0 | 12 | Various diligence meetings with FHA bidders |
| 11/21/2013 | Marc D. Puntus | 1.5 | 4 | Call with Debtors to discuss next steps in FHA sale process |
| 11/21/2013 | Ryan Kielty | 1.5 | 4 | Call with Debtors to discuss next steps in FHA sale process |
| 11/21/2013 | Ryan Kielty | 0.5 | 12 | Call with bidder to discuss revised bid |
| 11/21/2013 | Ryan Kielty | 4.0 | 12 | Various diligence meetings with FHA bidders |
| 11/20/2013 | Jonathan R. Mattern | 2.5 | 1 | Attended confirmation hearing |
| 11/20/2013 | Karn S. Chopra | 2.5 | 1 | Attended confirmation hearing |
| 11/20/2013 | Marc D. Puntus | 2.5 | 1 | Attended confirmation hearing |
| 11/20/2013 | Ryan Kielty | 2.5 | 1 | Attended confirmation hearing |
| 11/19/2013 | Jonathan R. Mattern | 8.0 | 1 | Attended confirmation hearing |
| 11/19/2013 | Jonathan R. Mattern | 1.0 | 1 | Compiled Ocwen purchase price and true-up schedules for co-advisor |
| 11/19/2013 | Jonathan R. Mattern | 2.0 | 2 | Walter True-up reconciliation work |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/19/2013 | Karn S. Chopra | 8.0 | 1 | Attended confirmation hearing |
| 11/19/2013 | Marc D. Puntus | 8.0 | 1 | Attended confirmation hearing |
| 11/19/2013 | Ryan Kielty | 8.0 | 1 | Attended confirmation hearing |
| 11/18/2013 | Karn S. Chopra | 4.5 | 6 | Attended various meetings in preparation for confirmation hearing |
| 11/18/2013 | Marc D. Puntus | 4.5 | 6 | Attended various meetings in preparation for confirmation hearing |
| 11/18/2013 | Ryan Kielty | 4.5 | 6 | Attended various meetings in preparation for confirmation hearing |
| 11/15/2013 | Jonathan R. Mattern | 3.0 | 12 | Assisted Debtors with various FHA diligence requests |
| 11/15/2013 | Karn S. Chopra | 1.5 | 4 | Participated in board meeting |
| 11/15/2013 | Marc D. Puntus | 1.5 | 4 | Participated in board meeting |
| 11/15/2013 | Ryan Kielty | 1.5 | 4 | Participated in board meeting |
| 11/15/2013 | Ryan Kielty | 3.0 | 12 | Assisted Debtors with various FHA diligence requests |
| 11/14/2013 | Jonathan R. Mattern | 1.0 | 12 | Diligence call with bidder to discuss FHA corporate advances |
| 11/14/2013 | Karn S. Chopra | 2.0 | 4 | Prepared materials for board presentation |
| 11/14/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 11/14/2013 | Karn S. Chopra | 1.0 | 12 | Diligence call with bidder to discuss FHA corporate advances |
| 11/14/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 11/14/2013 | Ryan Kielty | 2.0 | 4 | Prepared materials for board presentation |
| 11/14/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 11/14/2013 | Ryan Kielty | 1.0 | 12 | Diligence call with bidder to discuss FHA corporate advances |
| 11/13/2013 | Jonathan R. Mattern | 3.5 | 2 | Walter True-up reconciliation work |
| 11/13/2013 | Jonathan R. Mattern | 1.5 | 12 | Reviewed Collateral Exceptions reports and other FHA diligence materials |
| 11/13/2013 | Karn S. Chopra | 4.0 | 4 | Multiple calls with Debtors to discuss issues related to confirmation hearing |
| 11/13/2013 | Marc D. Puntus | 4.0 | 4 | Multiple calls with Debtors to discuss issues related to confirmation hearing |
| 11/13/2013 | Ryan Kielty | 4.0 | 4 | Multiple calls with Debtors to discuss issues related to confirmation hearing |
| 11/13/2013 | Ryan Kielty | 1.5 | 12 | Reviewed Collateral Exceptions reports and other FHA diligence materials |
| 11/12/2013 | Jonathan R. Mattern | 2.0 | 4 | Call with Debtors to discuss diligence materials for FHA sale |
| 11/12/2013 | Jonathan R. Mattern | 1.0 | 4 | Regular update call with Debtor and advisors |
| 11/12/2013 | Jonathan R. Mattern | 3.0 | 12 | Diligence call with bidder to discuss FHA accrued interest |
| 11/12/2013 | Karn S. Chopra | 2.0 | 4 | Call with Debtors to discuss diligence materials for FHA sale |
| 11/12/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 11/12/2013 | Karn S. Chopra | 3.0 | 12 | Diligence call with bidder to discuss FHA accrued interest |
| 11/12/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/12/2013 | Ryan Kielty | 2.0 | 4 | Call with Debtors to discuss diligence materials for FHA sale |
| 11/12/2013 | Ryan Kielty | 1.0 | 4 | Regular update call with Debtor and advisors |
| 11/12/2013 | Ryan Kielty | 3.0 | 12 | Diligence call with bidder to discuss FHA accrued interest |
| 11/11/2013 | Jonathan R. Mattern | 2.0 | 12 | Assisted Debtors' with various FHA diligence requests |
| 11/11/2013 | Jonathan R. Mattern | 2.5 | 12 | Call with FHA bidders to discuss diligence |
| 11/11/2013 | Karn S. Chopra | 2.5 | 12 | Call with FHA bidders to discuss diligence |
| 11/11/2013 | Ryan Kielty | 2.0 | 12 | Assisted Debtors' with various FHA diligence requests |
| 11/11/2013 | Ryan Kielty | 2.5 | 12 | Call with FHA bidders to discuss diligence |
| 11/08/2013 | Jonathan R. Mattern | 1.5 | 6 | Revised Collateral valuation comparison slides for submission to Court as follow-up to Closing Arguments |
| 11/08/2013 | Jonathan R. Mattern | 2.0 | 12 | Call with FHA bidders to discuss next steps |
| 11/08/2013 | Jonathan R. Mattern | 2.0 | 12 | Prepared FHA loan tapes for bidders |
| 11/08/2013 | Karn S. Chopra | 2.0 | 12 | Call with FHA bidders to discuss next steps |
| 11/08/2013 | Ryan Kielty | 2.0 | 12 | Call with FHA bidders to discuss next steps |
| 11/07/2013 | Jonathan R. Mattern | 1.5 | 6 | Prepared Collateral valuation comparison slides for submission to Court as follow-up to Closing Arguments |
| 11/07/2013 | Karn S. Chopra | 4.0 | 3 | Attended monthly UCC meeting |
| 11/07/2013 | Marc D. Puntus | 4.0 | 3 | Attended monthly UCC meeting |
| 11/07/2013 | Ryan Kielty | 4.0 | 3 | Attended monthly UCC meeting |
| 11/07/2013 | Ryan Kielty | 1.5 | 6 | Prepared Collateral valuation comparison slides for submission to Court as follow-up to Closing Arguments |
| 11/06/2013 | Jonathan R. Mattern | 1.0 | 1 | Reviewed 2019 filing for JSNs |
| 11/06/2013 | Karn S. Chopra | 8.0 | 1 | Attended closing arguments in court |
| 11/06/2013 | Karn S. Chopra | 1.0 | 1 | Reviewed 2019 filing for JSNs |
| 11/06/2013 | Karn S. Chopra | 1.0 | 12 | Finalized FHA presentation for UCC |
| 11/06/2013 | Marc D. Puntus | 8.0 | 1 | Attended closing arguments in court |
| 11/06/2013 | Marc D. Puntus | 1.0 | 1 | Reviewed 2019 filing for JSNs |
| 11/06/2013 | Ryan Kielty | 8.0 | 1 | Attended closing arguments in court |
| 11/06/2013 | Ryan Kielty | 1.0 | 1 | Reviewed 2019 filing for JSNs |
| 11/06/2013 | Ryan Kielty | 1.0 | 12 | Finalized FHA presentation for UCC |
| 11/05/2013 | Jonathan R. Mattern | 4.5 | 6 | Prepared JSN Collateral analysis for Closing Arguments |
| 11/05/2013 | Karn S. Chopra | 6.5 | 6 | Meeting with attorneys to prepare for closing arguments |
| 11/05/2013 | Karn S. Chopra | 1.0 | 6 | Reviewed JSN Collateral analysis for Closing Arguments |
| 11/05/2013 | Marc D. Puntus | 6.5 | 6 | Meeting with attorneys to prepare for closing arguments |
| 11/05/2013 | Marc D. Puntus | 1.0 | 6 | Reviewed JSN Collateral analysis for Closing Arguments |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/04/2013 | Jonathan R. Mattern | 1.5 | 3 | Call with UCC advisors regarding FHA presentation |
| 11/04/2013 | Jonathan R. Mattern | 2.5 | 6 | Worked on slides for Closing Arguments |
| 11/04/2013 | Jonathan R. Mattern | 3.5 | 12 | Preparation of FHA presentation for UCC |
| 11/04/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors regarding FHA presentation |
| 11/04/2013 | Karn S. Chopra | 1.0 | 6 | Reviewed slides for Closing Arguments |
| 11/04/2013 | Karn S. Chopra | 3.5 | 12 | Preparation of FHA presentation for UCC |
| 11/04/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors regarding FHA presentation |
| 11/04/2013 | Marc D. Puntus | 1.0 | 6 | Reviewed slides for Closing Arguments |
| 11/04/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors regarding FHA presentation |
| 11/04/2013 | Ryan Kielty | 2.5 | 6 | Worked on slides for Closing Arguments |
| 11/04/2013 | Ryan Kielty | 3.5 | 12 | Preparation of FHA presentation for UCC |
| 11/01/2013 | Jonathan R. Mattern | 1.5 | 6 | Call with counsel to discuss post-trail submission |
| 11/01/2013 | Jonathan R. Mattern | 2.5 | 6 | Reviewed post-trial submissions |
| 11/01/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on slides for Closing Arguments |
| 11/01/2013 | Karn S. Chopra | 1.5 | 6 | Call with counsel to discuss post-trail submission |
| 11/01/2013 | Karn S. Chopra | 2.5 | 6 | Reviewed post-trial submissions |
| 11/01/2013 | Marc D. Puntus | 1.5 | 6 | Call with counsel to discuss post-trail submission |
| 11/01/2013 | Marc D. Puntus | 2.5 | 6 | Reviewed post-trial submissions |
| 11/01/2013 | Ryan Kielty | 1.5 | 6 | Call with counsel to discuss post-trail submission |
| 11/01/2013 | Ryan Kielty | 2.5 | 6 | Reviewed post-trial submissions |
| 11/01/2013 | Ryan Kielty | 3.0 | 6 | Worked on slides for Closing Arguments |
| 10/30/2013 | Jonathan R. Mattern | 4.0 | 6 | Reviewed and provided comments to revised draft of post-trial briefs |
| 10/30/2013 | Karn S. Chopra | 4.0 | 6 | Reviewed and provided comments to revised draft of post-trial briefs |
| 10/30/2013 | Marc D. Puntus | 4.0 | 6 | Reviewed and provided comments to revised draft of post-trial briefs |
| 10/30/2013 | Ryan Kielty | 4.0 | 6 | Reviewed and provided comments to revised draft of post-trial briefs |
| 10/29/2013 | Jonathan R. Mattern | 4.5 | 6 | Reviewed and provided comments to first draft of post-trial briefs |
| 10/29/2013 | Jonathan R. Mattern | 2.5 | 12 | Yield analysis on FHA bid pools |
| 10/29/2013 | Karn S. Chopra | 4.5 | 6 | Reviewed and provided comments to first draft of post-trial briefs |
| 10/29/2013 | Karn S. Chopra | 0.5 | 12 | Reviewed yeild analysis on FHA bid pools |
| 10/29/2013 | Marc D. Puntus | 4.5 | 6 | Reviewed and provided comments to first draft of post-trial briefs |
| 10/29/2013 | Ryan Kielty | 4.5 | 6 | Reviewed and provided comments to first draft of post-trial briefs |
| 10/29/2013 | Ryan Kielty | 0.5 | 12 | Reviewed yeild analysis on FHA bid pools |
| 10/28/2013 | Jonathan R. Mattern | 2.0 | 3 | Call with UCC advisors to discuss FHA bid |
| 10/28/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC advisors to discuss FHA bid |
| 10/28/2013 | Karn S. Chopra | 2.5 | 6 | Attended meeting with counsel to discuss post-trail briefing |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/28/2013 | Karn S. Chopra | 1.5 | 11 | Internal meeting to discuss post-trial briefing |
| 10/28/2013 | Marc D. Puntus | 2.5 | 6 | Attended meeting with counsel to discuss post-trail briefing |
| 10/28/2013 | Marc D. Puntus | 1.5 | 11 | Internal meeting to discuss post-trial briefing |
| 10/28/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC advisors to discuss FHA bid |
| 10/28/2013 | Ryan Kielty | 1.5 | 11 | Internal meeting to discuss post-trial briefing |
| 10/25/2013 | Jonathan R. Mattern | 1.5 | 6 | Research bankruptcy valuation treatises |
| 10/25/2013 | Jonathan R. Mattern | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 10/25/2013 | Karn S. Chopra | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 10/25/2013 | Ryan Kielty | 1.5 | 6 | Research bankruptcy valuation treatises |
| 10/25/2013 | Ryan Kielty | 1.0 | 12 | Call with FHA bidder to discuss next steps |
| 10/24/2013 | Jonathan R. Mattern | 3.0 | 6 | Research bankruptcy valuation treatises |
| 10/24/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/24/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/24/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/23/2013 | Jonathan R. Mattern | 3.0 | 3 | Furnish documents and analysis in preparation for FHA diligence discussion with UCC advisors |
| 10/23/2013 | Jonathan R. Mattern | 1.5 | 6 | Prepared a series of backpocket valuation analyses for JSN trial |
| 10/23/2013 | Jonathan R. Mattern | 1.0 | 12 | Prepared FHA recovery model for review by the Debtors |
| 10/23/2013 | Karn S. Chopra | 6.5 | 6 | Attended JSN trial |
| 10/23/2013 | Marc D. Puntus | 6.5 | 6 | Attended JSN trial |
| 10/23/2013 | Ryan Kielty | 3.0 | 3 | Furnish documents and analysis in preparation for FHA diligence discussion with UCC advisors |
| 10/22/2013 | Jonathan R. Mattern | 2.0 | 3 | FHA diligence requests for UCC advisors |
| 10/22/2013 | Karn S. Chopra | 8.0 | 6 | Attended JSN trial |
| 10/22/2013 | Marc D. Puntus | 8.0 | 6 | Attended JSN trial |
| 10/22/2013 | Ryan Kielty | 2.0 | 3 | FHA diligence requests for UCC advisors |
| 10/21/2013 | Jonathan R. Mattern | 6.0 | 6 | Reviewed additional expert reports from JSNs |
| 10/21/2013 | Karn S. Chopra | 2.5 | 6 | Call with counsel to discuss cross examination outlines |
| 10/21/2013 | Karn S. Chopra | 6.0 | 6 | Reviewed additional expert reports from JSNs |
| 10/21/2013 | Marc D. Puntus | 6.0 | 6 | Reviewed additional expert reports from JSNs |
| 10/21/2013 | Ryan Kielty | 6.0 | 6 | Reviewed additional expert reports from JSNs |
| 10/20/2013 | Karn S. Chopra | 3.5 | 6 | Attended meeting to prepare for cross-examination |
| 10/20/2013 | Marc D. Puntus | 3.5 | 6 | Attended meeting to prepare for cross-examination |
| 10/20/2013 | Ryan Kielty | 3.5 | 6 | Attended meeting to prepare for cross-examination |
| 10/18/2013 | Jonathan R. Mattern | 1.5 | 4 | Participated in board meeting |
| 10/18/2013 | Jonathan R. Mattern | 1.5 | 6 | Call with counsel to prepare for Houlihan testimony |
| 10/18/2013 | Karn S. Chopra | 1.5 | 4 | Participated in board meeting |
| 10/18/2013 | Karn S. Chopra | 1.0 | 6 | Attended JSN trial |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/18/2013 | Karn S. Chopra | 1.5 | 6 | Call with counsel to prepare for Houlihan testimony |
| 10/18/2013 | Marc D. Puntus | 1.5 | 4 | Participated in board meeting |
| 10/18/2013 | Marc D. Puntus | 1.0 | 6 | Attended JSN trial |
| 10/18/2013 | Marc D. Puntus | 1.5 | 6 | Call with counsel to prepare for Houlihan testimony |
| 10/18/2013 | Ryan Kielty | 1.5 | 4 | Participated in board meeting |
| 10/18/2013 | Ryan Kielty | 1.5 | 6 | Call with counsel to prepare for Houlihan testimony |
| 10/17/2013 | Jonathan R. Mattern | 3.5 | 12 | Continued to work on revised FHA bid analysis |
| 10/17/2013 | Karn S. Chopra | 2.5 | 6 | Attended JSN trial |
| 10/17/2013 | Karn S. Chopra | 2.0 | 12 | Prepared presentation on FHA pool bid for board of directors |
| 10/17/2013 | Marc D. Puntus | 2.5 | 6 | Attended JSN trial |
| 10/17/2013 | Marc D. Puntus | 2.0 | 12 | Prepared presentation on FHA pool bid for board of directors |
| 10/17/2013 | Ryan Kielty | 2.0 | 12 | Prepared presentation on FHA pool bid for board of directors |
| 10/16/2013 | Karn S. Chopra | 5.0 | 6 | Prepared for and attended JSN trial |
| 10/16/2013 | Marc D. Puntus | 5.0 | 6 | Prepared for and attended JSN trial |
| 10/15/2013 | Karn S. Chopra | 7.5 | 6 | Prepared for and attended JSN trial |
| 10/15/2013 | Marc D. Puntus | 7.5 | 6 | Prepared for and attended JSN trial |
| 10/14/2013 | Jonathan R. Mattern | 4.5 | 6 | Attended Puntus's trial preparation |
| 10/14/2013 | Karn S. Chopra | 4.5 | 6 | Attended Puntus's trial preparation |
| 10/14/2013 | Karn S. Chopra | 6.5 | 6 | Meeting with counsel to prepare for trial |
| 10/14/2013 | Marc D. Puntus | 4.5 | 6 | Attended Puntus's trial preparation |
| 10/14/2013 | Marc D. Puntus | 6.5 | 6 | Meeting with counsel to prepare for trial |
| 10/14/2013 | Ryan Kielty | 4.5 | 6 | Attended Puntus's trial preparation |
| 10/11/2013 | Jonathan R. Mattern | 1.5 | 12 | Prepared revised FHA bid analysis |
| 10/11/2013 | Karn S. Chopra | 3.5 | 6 | Attended John Taylor deposition |
| 10/11/2013 | Ryan Kielty | 1.5 | 12 | Prepared revised FHA bid analysis |
| 10/10/2013 | Jonathan R. Mattern | 1.0 | 12 | FHA update call with interested bidder |
| 10/10/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/10/2013 | Karn S. Chopra | 6.0 | 6 | Attended Michael Fazio deposition |
| 10/10/2013 | Karn S. Chopra | 1.0 | 12 | FHA update call with interested bidder |
| 10/10/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/10/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 10/10/2013 | Ryan Kielty | 6.0 | 6 | Attended Michael Fazio deposition |
| 10/09/2013 | Jonathan R. Mattern | 1.5 | 3 | Call with UCC advisors to discuss Syncora settlement proposal |
| 10/09/2013 | Jonathan R. Mattern | 0.5 | 4 | Call with counsel and Debtor to discuss Syncora settlement proposal |
| 10/09/2013 | Jonathan R. Mattern | 3.5 | 6 | Meeting with counsel to discuss quesitons for Fazio deposition |
| 10/09/2013 | Jonathan R. Mattern | 2.5 | 6 | Prepared analyses in preparation for JSN trial |
| 10/09/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss Syncora settlement proposal |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/09/2013 | Karn S. Chopra | 0.5 | 4 | Call with counsel and Debtor to discuss Syncora settlement proposal |
| 10/09/2013 | Karn S. Chopra | 3.5 | 6 | Meeting with counsel to discuss quesitons for Fazio deposition |
| 10/09/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors to discuss Syncora settlement proposal |
| 10/09/2013 | Marc D. Puntus | 0.5 | 4 | Call with counsel and Debtor to discuss Syncora settlement proposal |
| 10/09/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss Syncora settlement proposal |
| 10/09/2013 | Ryan Kielty | 0.5 | 4 | Call with counsel and Debtor to discuss Syncora settlement proposal |
| 10/09/2013 | Ryan Kielty | 4.0 | 6 | Attended Eric Jefferey Levine deposition |
| 10/09/2013 | Ryan Kielty | 3.5 | 6 | Meeting with counsel to discuss quesitons for Fazio deposition |
| 10/08/2013 | Jonathan R. Mattern | 1.0 | 6 | Revised Puntus's declaration |
| 10/08/2013 | Jonathan R. Mattern | 1.0 | 12 | FHA update call |
| 10/08/2013 | Jonathan R. Mattern | 2.0 | 12 | Worked on FHA update slides |
| 10/08/2013 | Karn S. Chopra | 9.5 | 6 | Attended Puntus's deposition |
| 10/08/2013 | Karn S. Chopra | 1.0 | 12 | FHA update call |
| 10/08/2013 | Marc D. Puntus | 9.5 | 6 | Attended Puntus's deposition |
| 10/08/2013 | Ryan Kielty | 9.5 | 6 | Attended Puntus's deposition |
| 10/08/2013 | Ryan Kielty | 1.0 | 6 | Revised Puntus's declaration |
| 10/08/2013 | Ryan Kielty | 1.0 | 12 | FHA update call |
| 10/08/2013 | Ryan Kielty | 2.0 | 12 | Worked on FHA update slides |
| 10/07/2013 | Jonathan R. Mattern | 2.5 | 6 | Attended follow-up Puntus deposition preparation |
| 10/07/2013 | Jonathan R. Mattern | 2.5 | 6 | Revised Puntus's declaration |
| 10/07/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analyses to rebut Houlihan reports |
| 10/07/2013 | Karn S. Chopra | 5.0 | 6 | Attended Eric Seigert deposition |
| 10/07/2013 | Karn S. Chopra | 2.5 | 6 | Attended follow-up Puntus deposition preparation |
| 10/07/2013 | Marc D. Puntus | 2.5 | 6 | Attended follow-up Puntus deposition preparation |
| 10/06/2013 | Jonathan R. Mattern | 2.0 | 6 | Call with counsel to discuss potential quesitons for Houlihan depositions |
| 10/06/2013 | Jonathan R. Mattern | 5.5 | 6 | Reviewed Houlihan reports and prepared for Houlihan's depositions |
| 10/06/2013 | Jonathan R. Mattern | 4.5 | 6 | Worked on analyses to rebut Houlihan reports |
| 10/06/2013 | Karn S. Chopra | 2.0 | 6 | Call with counsel to discuss potential quesitons for Houlihan depositions |
| 10/06/2013 | Karn S. Chopra | 5.5 | 6 | Reviewed Houlihan reports and prepared for Houlihan's depositions |
| 10/06/2013 | Marc D. Puntus | 2.0 | 6 | Call with counsel to discuss potential quesitons for Houlihan depositions |
| 10/06/2013 | Marc D. Puntus | 5.5 | 6 | Reviewed Houlihan reports and prepared for Houlihan's depositions |
| 10/06/2013 | Ryan Kielty | 2.0 | 6 | Call with counsel to discuss potential quesitons for Houlihan depositions |
| 10/06/2013 | Ryan Kielty | 5.5 | 6 | Reviewed Houlihan reports and prepared for Houlihan's depositions |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/05/2013 | Karn S. Chopra | 1.5 | 6 | Call with counsel to discuss Puntus's deposition |
| 10/05/2013 | Marc D. Puntus | 1.5 | 6 | Call with counsel to discuss Puntus's deposition |
| 10/05/2013 | Ryan Kielty | 1.5 | 6 | Call with counsel to discuss Puntus's deposition |
| 10/04/2013 | Jonathan R. Mattern | 3.0 | 1 | Reviewed Houlihan data submissions |
| 10/04/2013 | Jonathan R. Mattern | 9.0 | 6 | Attended Puntus deposition preparation session |
| 10/04/2013 | Jonathan R. Mattern | 1.5 | 6 | Revised Puntus's declaration |
| 10/04/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on Puntus Rebuttal Report |
| 10/04/2013 | Karn S. Chopra | 9.0 | 6 | Attended Puntus deposition preparation session |
| 10/04/2013 | Marc D. Puntus | 9.0 | 6 | Attended Puntus deposition preparation session |
| 10/04/2013 | Ryan Kielty | 9.0 | 6 | Attended Puntus deposition preparation session |
| 10/03/2013 | Jonathan R. Mattern | 1.0 | 6 | Call with counsel to discuss Puntus's declaration |
| 10/03/2013 | Jonathan R. Mattern | 4.5 | 6 | Revised Puntus's declaration |
| 10/03/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on Puntus Rebuttal Report |
| 10/03/2013 | Karn S. Chopra | 1.0 | 6 | Call with counsel to discuss Puntus's declaration |
| 10/03/2013 | Karn S. Chopra | 4.5 | 6 | Revised Puntus's declaration |
| 10/03/2013 | Marc D. Puntus | 1.0 | 6 | Call with counsel to discuss Puntus's declaration |
| 10/03/2013 | Marc D. Puntus | 4.5 | 6 | Revised Puntus's declaration |
| 10/03/2013 | Ryan Kielty | 1.0 | 6 | Call with counsel to discuss Puntus's declaration |
| 10/03/2013 | Ryan Kielty | 4.5 | 6 | Revised Puntus's declaration |
| 10/02/2013 | Jonathan R. Mattern | 3.0 | 3 | Attended UCC meeting |
| 10/02/2013 | Jonathan R. Mattern | 3.0 | 6 | Prepare materials for Puntus's deposition |
| 10/02/2013 | Jonathan R. Mattern | 3.0 | 6 | Revised rebuttal analyses |
| 10/02/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with bidder to discuss UCC reaction to bid |
| 10/02/2013 | Karn S. Chopra | 3.0 | 3 | Attended UCC meeting |
| 10/02/2013 | Karn S. Chopra | 3.0 | 6 | Prepare materials for Puntus's deposition |
| 10/02/2013 | Karn S. Chopra | 0.5 | 12 | Call with bidder to discuss UCC reaction to bid |
| 10/02/2013 | Marc D. Puntus | 3.0 | 3 | Attended UCC meeting |
| 10/02/2013 | Marc D. Puntus | 3.0 | 6 | Prepare materials for Puntus's deposition |
| 10/02/2013 | Ryan Kielty | 3.0 | 3 | Attended UCC meeting |
| 10/02/2013 | Ryan Kielty | 3.0 | 6 | Prepare materials for Puntus's deposition |
| 10/02/2013 | Ryan Kielty | 0.5 | 12 | Call with bidder to discuss UCC reaction to bid |
| 10/01/2013 | Jonathan R. Mattern | 2.5 | 3 | Prepared slides for UCC Meeting |
| 10/01/2013 | Jonathan R. Mattern | 2.0 | 6 | Call with counsel to discuss Houlihan expert reports |
| 10/01/2013 | Jonathan R. Mattern | 1.0 | 6 | Call with third-party accountants regarding goodwill in MSR transactions |
| 10/01/2013 | Jonathan R. Mattern | 3.5 | 6 | Performed analyses on FHA/VA recoveries and advances runoff for purpose of rebutting Houlihan reports |
| 10/01/2013 | Karn S. Chopra | 2.5 | 3 | Prepared slides for UCC Meeting |
| 10/01/2013 | Karn S. Chopra | 2.0 | 6 | Call with counsel to discuss Houlihan expert reports |
| 10/01/2013 | Karn S. Chopra | 1.5 | 12 | Call with Debtor to discuss revised MLPISA |
| 10/01/2013 | Marc D. Puntus | 2.0 | 6 | Call with counsel to discuss Houlihan expert reports |
| 10/01/2013 | Ryan Kielty | 2.5 | 3 | Prepared slides for UCC Meeting |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                   2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/01/2013 | Ryan Kielty | 2.0 | 6 | Call with counsel to discuss Houlihan expert reports |
| 10/01/2013 | Ryan Kielty | 1.0 | 6 | Call with third-party accountants regarding goodwill in MSR transactions |
| 10/01/2013 | Ryan Kielty | 1.5 | 12 | Call with Debtor to discuss revised MLPISA |
| 09/30/2013 | Jonathan R. Mattern | 4.0 | 6 | Call with counsel about draft Puntus Rebuttal Report |
| 09/30/2013 | Jonathan R. Mattern | 1.5 | 6 | Call with FTI regarding rebuttal reports |
| 09/30/2013 | Karn S. Chopra | 4.0 | 6 | Call with counsel about draft Puntus Rebuttal Report |
| 09/30/2013 | Karn S. Chopra | 1.5 | 6 | Call with FTI regarding rebuttal reports |
| 09/30/2013 | Marc D. Puntus | 4.0 | 6 | Call with counsel about draft Puntus Rebuttal Report |
| 09/30/2013 | Ryan Kielty | 4.0 | 6 | Call with counsel about draft Puntus Rebuttal Report |
| 09/30/2013 | Ryan Kielty | 1.5 | 6 | Call with FTI regarding rebuttal reports |
| 09/28/2013 | Jonathan R. Mattern | 2.5 | 6 | Call with counsel to discuss JSN expert reports |
| 09/28/2013 | Karn S. Chopra | 2.5 | 6 | Call with counsel to discuss JSN expert reports |
| 09/28/2013 | Marc D. Puntus | 2.5 | 6 | Call with counsel to discuss JSN expert reports |
| 09/28/2013 | Ryan Kielty | 2.5 | 6 | Call with counsel to discuss JSN expert reports |
| 09/27/2013 | Jonathan R. Mattern | 2.5 | 6 | Updated slides for Puntus Rebuttal Report |
| 09/27/2013 | Karn S. Chopra | 2.5 | 6 | Updated slides for Puntus Rebuttal Report |
| 09/27/2013 | Ryan Kielty | 2.5 | 6 | Updated slides for Puntus Rebuttal Report |
| 09/26/2013 | Jonathan R. Mattern | 3.0 | 6 | Call with counsel to discuss preliminary draft of Puntus Rebuttal Report |
| 09/26/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on Puntus Rebuttal Report |
| 09/26/2013 | Karn S. Chopra | 3.0 | 6 | Call with counsel to discuss preliminary draft of Puntus Rebuttal Report |
| 09/26/2013 | Marc D. Puntus | 3.0 | 6 | Call with counsel to discuss preliminary draft of Puntus Rebuttal Report |
| 09/26/2013 | Ryan Kielty | 3.0 | 6 | Call with counsel to discuss preliminary draft of Puntus Rebuttal Report |
| 09/25/2013 | Jonathan R. Mattern | 4.0 | 6 | Drafted slides for Puntus Rebuttal Report |
| 09/25/2013 | Jonathan R. Mattern | 3.5 | 6 | Internal meeting to discuss Puntus Rebuttal Report |
| 09/25/2013 | Karn S. Chopra | 4.0 | 6 | Drafted slides for Puntus Rebuttal Report |
| 09/25/2013 | Karn S. Chopra | 3.5 | 6 | Internal meeting to discuss Puntus Rebuttal Report |
| 09/25/2013 | Marc D. Puntus | 3.5 | 6 | Internal meeting to discuss Puntus Rebuttal Report |
| 09/25/2013 | Ryan Kielty | 3.5 | 6 | Internal meeting to discuss Puntus Rebuttal Report |
| 09/24/2013 | Jonathan R. Mattern | 3.0 | 2 | Prepared diligence requests for APA/sale items |
| 09/24/2013 | Jonathan R. Mattern | 5.5 | 6 | Group meeting with counsel to discuss JSN expert reports |
| 09/24/2013 | Jonathan R. Mattern | 1.0 | 6 | Prepared diligence requests for Puntus Expert Report |
| 09/24/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on Puntus Rebuttal Report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/24/2013 | Karn S. Chopra | 5.5 | 6 | Group meeting with counsel to discuss JSN expert reports |
| 09/24/2013 | Karn S. Chopra | 1.0 | 12 | Call to discuss reconciliation of accrued interest |
| 09/24/2013 | Karn S. Chopra | 1.0 | 12 | Call with bidder to discuss mark-up of MLPISA |
| 09/24/2013 | Marc D. Puntus | 5.5 | 6 | Group meeting with counsel to discuss JSN expert reports |
| 09/23/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared illustrative Ambac cure objection sale purchase price analysis for counsel and Ambac |
| 09/23/2013 | Jonathan R. Mattern | 6.0 | 6 | Internal meeting to discuss JSN expert reports |
| 09/23/2013 | Jonathan R. Mattern | 4.5 | 6 | Prepared presentation on JSN expert reports |
| 09/23/2013 | Karn S. Chopra | 6.0 | 6 | Internal meeting to discuss JSN expert reports |
| 09/23/2013 | Karn S. Chopra | 4.5 | 6 | Prepared presentation on JSN expert reports |
| 09/23/2013 | Marc D. Puntus | 6.0 | 6 | Internal meeting to discuss JSN expert reports |
| 09/23/2013 | Ryan Kielty | 6.0 | 6 | Internal meeting to discuss JSN expert reports |
| 09/21/2013 | Jonathan R. Mattern | 9.0 | 6 | Read and took notes on JSN expert reports |
| 09/21/2013 | Karn S. Chopra | 9.0 | 6 | Read and took notes on JSN expert reports |
| 09/21/2013 | Ryan Kielty | 9.0 | 6 | Read and took notes on JSN expert reports |
| 09/20/2013 | Jonathan R. Mattern | 1.5 | 6 | Call with counsel to discuss RAHI liabilities |
| 09/20/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on Puntus Expert Report |
| 09/20/2013 | Jonathan R. Mattern | 1.5 | 12 | Call with bidder to discuss their revised bid on accrued interest |
| 09/20/2013 | Karn S. Chopra | 1.5 | 6 | Call with counsel to discuss RAHI liabilities |
| 09/20/2013 | Karn S. Chopra | 1.5 | 12 | Call with bidder to discuss their revised bid on accrued interest |
| 09/20/2013 | Karn S. Chopra | 2.0 | 12 | Call with Debtors to discuss next steps in sale process |
| 09/20/2013 | Marc D. Puntus | 2.0 | 12 | Call with Debtors to discuss next steps in sale process |
| 09/19/2013 | Jonathan R. Mattern | 5.0 | 6 | Worked on Puntus Expert Report |
| 09/19/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 09/19/2013 | Karn S. Chopra | 1.0 | 12 | Call with counsel to discuss next steps in sale process |
| 09/19/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |
| 09/19/2013 | Marc D. Puntus | 1.0 | 12 | Call with counsel to discuss next steps in sale process |
| 09/18/2013 | Jonathan R. Mattern | 1.0 | 2 | Walter true-up call |
| 09/18/2013 | Jonathan R. Mattern | 6.0 | 6 | Worked on Puntus Expert Report |
| 09/18/2013 | Karn S. Chopra | 5.0 | 6 | Meeting to help prepare witnesses for testimony |
| 09/18/2013 | Karn S. Chopra | 2.5 | 12 | Call with bidder to discuss mark-up of MLPISA |
| 09/18/2013 | Marc D. Puntus | 5.0 | 6 | Meeting to help prepare witnesses for testimony |
| 09/18/2013 | Marc D. Puntus | 2.5 | 12 | Call with bidder to discuss mark-up of MLPISA |
| 09/18/2013 | Ryan Kielty | 1.0 | 2 | Walter true-up call |
| 09/18/2013 | Ryan Kielty | 6.0 | 6 | Worked on Puntus Expert Report |
| 09/17/2013 | Jonathan R. Mattern | 5.0 | 6 | Worked on Puntus Expert Report |
| 09/17/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 09/17/2013 | Karn S. Chopra | 2.0 | 6 | Call to discuss upcoming depositions and prepare witnesses |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/17/2013 | Karn S. Chopra | 1.0 | 12 | Call with counsel to discuss our mark-up of MLPISA |
| 09/17/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 09/17/2013 | Marc D. Puntus | 2.0 | 6 | Call to discuss upcoming depositions and prepare witnesses |
| 09/17/2013 | Marc D. Puntus | 1.0 | 12 | Call with counsel to discuss our mark-up of MLPISA |
| 09/17/2013 | Ryan Kielty | 5.0 | 6 | Worked on Puntus Expert Report |
| 09/16/2013 | Jonathan R. Mattern | 4.0 | 6 | Internal meeting to finalize Puntus Expert Report |
| 09/16/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on Puntus Expert Report |
| 09/16/2013 | Karn S. Chopra | 4.0 | 6 | Internal meeting to finalize Puntus Expert Report |
| 09/16/2013 | Marc D. Puntus | 4.0 | 6 | Internal meeting to finalize Puntus Expert Report |
| 09/16/2013 | Ryan Kielty | 3.0 | 6 | Worked on Puntus Expert Report |
| 09/13/2013 | Jonathan R. Mattern | 4.0 | 6 | Worked on Puntus Expert Report |
| 09/13/2013 | Karn S. Chopra | 2.0 | 6 | Updated RMBS analysis for Puntus Expert Report |
| 09/13/2013 | Ryan Kielty | 2.0 | 6 | Updated RMBS analysis for Puntus Expert Report |
| 09/13/2013 | Ryan Kielty | 4.0 | 6 | Worked on Puntus Expert Report |
| 09/12/2013 | Jonathan R. Mattern | 1.5 | 2 | Participated in Walter true-up call |
| 09/12/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared for Walter true-up call |
| 09/12/2013 | Jonathan R. Mattern | 1.0 | 6 | Call with the Debtors re: Servicing transfer fees for the Puntus Expert Report |
| 09/12/2013 | Jonathan R. Mattern | 8.0 | 6 | Worked on Puntus Expert Report |
| 09/12/2013 | Karn S. Chopra | 1.5 | 2 | Participated in Walter true-up call |
| 09/12/2013 | Karn S. Chopra | 1.0 | 2 | Prepared for Walter true-up call |
| 09/12/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 09/12/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |
| 09/12/2013 | Ryan Kielty | 1.5 | 2 | Participated in Walter true-up call |
| 09/12/2013 | Ryan Kielty | 1.0 | 2 | Prepared for Walter true-up call |
| 09/12/2013 | Ryan Kielty | 1.0 | 4 | Regular update call with Debtor and advisors |
| 09/12/2013 | Ryan Kielty | 1.0 | 6 | Call with the Debtors re: Servicing transfer fees for the Puntus Expert Report |
| 09/11/2013 | Jonathan R. Mattern | 1.5 | 2 | Walter true-up call |
| 09/11/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on Puntus Expert Report |
| 09/11/2013 | Karn S. Chopra | 3.5 | 3 | Attended UCC meeting |
| 09/11/2013 | Karn S. Chopra | 3.0 | 6 | Reviewed latest draft of Puntus Expert Report |
| 09/11/2013 | Marc D. Puntus | 3.5 | 3 | Attended UCC meeting |
| 09/11/2013 | Marc D. Puntus | 3.0 | 6 | Reviewed latest draft of Puntus Expert Report |
| 09/11/2013 | Ryan Kielty | 1.5 | 2 | Walter true-up call |
| 09/11/2013 | Ryan Kielty | 3.5 | 3 | Attended UCC meeting |
| 09/10/2013 | Jonathan R. Mattern | 2.5 | 3 | Prepare slides for UCC meeting |
| 09/10/2013 | Jonathan R. Mattern | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 09/10/2013 | Jonathan R. Mattern | 2.5 | 6 | Worked on Puntus Expert Report |
| 09/10/2013 | Karn S. Chopra | 2.5 | 3 | Prepare slides for UCC meeting |
| 09/10/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/10/2013 | Karn S. Chopra | 4.5 | 6 | Meeting to help prepare witnesses for testimony |
| 09/10/2013 | Karn S. Chopra | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 09/10/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 09/10/2013 | Marc D. Puntus | 4.5 | 6 | Meeting to help prepare witnesses for testimony |
| 09/10/2013 | Marc D. Puntus | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 09/10/2013 | Ryan Kielty | 0.5 | 2 | Assisted Ambac with purchase price calculation for cure objection sale |
| 09/10/2013 | Ryan Kielty | 1.5 | 2 | Walter true-up work |
| 09/10/2013 | Ryan Kielty | 2.5 | 3 | Prepare slides for UCC meeting |
| 09/10/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 09/10/2013 | Ryan Kielty | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 09/09/2013 | Jonathan R. Mattern | 1.0 | 6 | Internal meeting to discuss thoughts on model support Puntus Expert Report |
| 09/09/2013 | Jonathan R. Mattern | 1.0 | 6 | Worked on Puntus Expert Report |
| 09/09/2013 | Karn S. Chopra | 1.0 | 6 | Internal meeting to discuss thoughts on model support Puntus Expert Report |
| 09/09/2013 | Karn S. Chopra | 5.5 | 6 | Review model supporting Puntus Expert Report |
| 09/09/2013 | Marc D. Puntus | 1.0 | 6 | Internal meeting to discuss thoughts on model support Puntus Expert Report |
| 09/09/2013 | Ryan Kielty | 1.0 | 6 | Internal meeting to discuss thoughts on model support Puntus Expert Report |
| 09/09/2013 | Ryan Kielty | 5.5 | 6 | Review model supporting Puntus Expert Report |
| 09/07/2013 | Jonathan R. Mattern | 1.0 | 2 | Reviewed schedules and loan files for Walter true-up |
| 09/07/2013 | Jonathan R. Mattern | 1.0 | 6 | Revised analysis concerning JSN advances and yields to buyers |
| 09/07/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with bidder to discuss FHA corporate advances |
| 09/07/2013 | Karn S. Chopra | 0.5 | 12 | Call with bidder to discuss FHA corporate advances |
| 09/07/2013 | Ryan Kielty | 1.0 | 2 | Reviewed schedules and loan files for Walter true-up |
| 09/07/2013 | Ryan Kielty | 1.0 | 6 | Revised analysis concerning JSN advances and yields to buyers |
| 09/07/2013 | Ryan Kielty | 0.5 | 12 | Call with bidder to discuss FHA corporate advances |
| 09/06/2013 | Jonathan R. Mattern | 1.5 | 4 | Participated in board meeting |
| 09/06/2013 | Jonathan R. Mattern | 1.0 | 6 | Prepared analysis concerning JSN advances and yields to buyers |
| 09/06/2013 | Jonathan R. Mattern | 2.5 | 6 | Worked on Puntus Expert Report |
| 09/06/2013 | Jonathan R. Mattern | 0.5 | 12 | Call with bidder to discuss FHA servicing advances |
| 09/06/2013 | Karn S. Chopra | 1.5 | 4 | Participated in board meeting |
| 09/06/2013 | Karn S. Chopra | 1.0 | 4 | Prepared slides for Board meeting |
| 09/06/2013 | Karn S. Chopra | 0.5 | 12 | Call with bidder to discuss FHA servicing advances |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/06/2013 | Marc D. Puntus | 1.5 | 4 | Participated in board meeting |
| 09/06/2013 | Ryan Kielty | 1.5 | 4 | Participated in board meeting |
| 09/06/2013 | Ryan Kielty | 0.5 | 12 | Call with bidder to discuss FHA servicing advances |
| 09/05/2013 | Jonathan R. Mattern | 1.0 | 2 | Walter true-up call |
| 09/05/2013 | Jonathan R. Mattern | 2.0 | 6 | Updated Puntus expert report for changes suggested at internal meeting |
| 09/05/2013 | Jonathan R. Mattern | 2.5 | 12 | Call with Debtors to discuss FHA servicing advances |
| 09/05/2013 | Karn S. Chopra | 2.0 | 6 | Updated Puntus expert report for changes suggested at internal meeting |
| 09/05/2013 | Karn S. Chopra | 2.5 | 12 | Call with Debtors to discuss FHA servicing advances |
| 09/05/2013 | Ryan Kielty | 1.0 | 2 | Walter true-up call |
| 09/05/2013 | Ryan Kielty | 2.0 | 6 | Updated Puntus expert report for changes suggested at internal meeting |
| 09/05/2013 | Ryan Kielty | 2.5 | 12 | Call with Debtors to discuss FHA servicing advances |
| 09/04/2013 | Jonathan R. Mattern | 4.5 | 6 | Internal meeting to discuss Puntus expert report |
| 09/04/2013 | Karn S. Chopra | 4.5 | 6 | Internal meeting to discuss Puntus expert report |
| 09/04/2013 | Karn S. Chopra | 2.0 | 12 | Call with counsel to discuss draft MLPISA and servicing advances |
| 09/04/2013 | Marc D. Puntus | 4.5 | 6 | Internal meeting to discuss Puntus expert report |
| 09/04/2013 | Marc D. Puntus | 2.0 | 12 | Call with counsel to discuss draft MLPISA and servicing advances |
| 09/04/2013 | Ryan Kielty | 4.5 | 6 | Internal meeting to discuss Puntus expert report |
| 09/04/2013 | Ryan Kielty | 2.0 | 12 | Call with counsel to discuss draft MLPISA and servicing advances |
| 09/03/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on Puntus Expert Report |
| 09/03/2013 | Karn S. Chopra | 1.5 | 4 | Regular update call with Debtor and advisors |
| 09/03/2013 | Karn S. Chopra | 3.5 | 6 | Read JSN hearing transcript |
| 09/03/2013 | Karn S. Chopra | 1.5 | 11 | Call with counsel to discuss implications of JSN hearing |
| 09/03/2013 | Marc D. Puntus | 1.5 | 4 | Regular update call with Debtor and advisors |
| 09/03/2013 | Marc D. Puntus | 3.5 | 6 | Read JSN hearing transcript |
| 09/03/2013 | Marc D. Puntus | 1.5 | 11 | Call with counsel to discuss implications of JSN hearing |
| 09/03/2013 | Ryan Kielty | 1.5 | 4 | Regular update call with Debtor and advisors |
| 09/03/2013 | Ryan Kielty | 3.5 | 6 | Read JSN hearing transcript |
| 09/03/2013 | Ryan Kielty | 2.0 | 6 | Worked on Puntus Expert Report |
| 09/03/2013 | Ryan Kielty | 1.5 | 11 | Call with counsel to discuss implications of JSN hearing |
| 08/30/2013 | Jonathan R. Mattern | 4.5 | 6 | Internal meeting to discuss run-off assumptions and RMBS set-off in Puntus expert report |
| 08/30/2013 | Karn S. Chopra | 4.5 | 6 | Internal meeting to discuss run-off assumptions and RMBS set-off in Puntus expert report |
| 08/30/2013 | Marc D. Puntus | 4.5 | 6 | Internal meeting to discuss run-off assumptions and RMBS set-off in Puntus expert report |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/30/2013 | Ryan Kielty | 4.5 | 6 | Internal meeting to discuss run-off assumptions and RMBS set-off in Puntus expert report |
| 08/29/2013 | Jonathan R. Mattern | 1.5 | 2 | Cure objection sale work |
| 08/29/2013 | Jonathan R. Mattern | 4.0 | 6 | Worked on Puntus Expert Report |
| 08/29/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/29/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/29/2013 | Ryan Kielty | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/29/2013 | Ryan Kielty | 4.0 | 6 | Worked on Puntus Expert Report |
| 08/28/2013 | Jonathan R. Mattern | 3.0 | 2 | Prepared and reviewed pricing of cure objection sale for FGIC deals |
| 08/28/2013 | Jonathan R. Mattern | 0.5 | 2 | Walter true-up call |
| 08/28/2013 | Jonathan R. Mattern | 2.5 | 6 | Worked on Puntus Expert Report |
| 08/28/2013 | Jonathan R. Mattern | 1.5 | 12 | Call with FHA pool bidder about next steps regarding collateral exceptions |
| 08/28/2013 | Karn S. Chopra | 1.0 | 12 | Call with counsel re: MLPISA issue list |
| 08/28/2013 | Karn S. Chopra | 1.5 | 12 | Call with FHA pool bidder about next steps regarding collateral exceptions |
| 08/28/2013 | Karn S. Chopra | 1.0 | 12 | Reviewed counsel's MLPISA issue list |
| 08/28/2013 | Karn S. Chopra | 1.5 | 12 | Reviwed bidders schedule on collateral exceptions |
| 08/28/2013 | Ryan Kielty | 2.5 | 6 | Worked on Puntus Expert Report |
| 08/28/2013 | Ryan Kielty | 1.0 | 12 | Call with counsel re: MLPISA issue list |
| 08/28/2013 | Ryan Kielty | 1.5 | 12 | Call with FHA pool bidder about next steps regarding collateral exceptions |
| 08/28/2013 | Ryan Kielty | 1.0 | 12 | Reviewed counsel's MLPISA issue list |
| 08/28/2013 | Ryan Kielty | 1.5 | 12 | Reviwed bidders schedule on collateral exceptions |
| 08/27/2013 | Jonathan R. Mattern | 6.0 | 6 | Reviewed precedent expert reports to gather concepts/ideas for the Puntus Expert Report |
| 08/27/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on Puntus Expert Report |
| 08/27/2013 | Jonathan R. Mattern | 2.5 | 12 | Call with FHA pool bidder re: collateral exceptions |
| 08/27/2013 | Jonathan R. Mattern | 1.0 | 12 | Follow up call with Debtors to discuss collateral exception options |
| 08/27/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/27/2013 | Karn S. Chopra | 2.5 | 12 | Call with FHA pool bidder re: collateral exceptions |
| 08/27/2013 | Karn S. Chopra | 1.0 | 12 | Follow up call with Debtors to discuss collateral exception options |
| 08/27/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/27/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/27/2013 | Ryan Kielty | 2.5 | 12 | Call with FHA pool bidder re: collateral exceptions |
| 08/27/2013 | Ryan Kielty | 1.0 | 12 | Follow up call with Debtors to discuss collateral exception options |
| 08/26/2013 | Jonathan R. Mattern | 3.0 | 3 | Worked on Puntus Expert Report |
| 08/26/2013 | Karn S. Chopra | 3.0 | 6 | Updated Puntus expert report for changes suggested on call with counsel |
| 08/26/2013 | Marc D. Puntus | 3.0 | 6 | Updated Puntus expert report for changes suggested on call with counsel |
| 08/26/2013 | Ryan Kielty | 3.0 | 3 | Worked on Puntus Expert Report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/26/2013 | Ryan Kielty | 3.0 | 6 | Updated Puntus expert report for changes suggested on call with counsel |
| 08/23/2013 | Jonathan R. Mattern | 2.0 | 4 | Participated in board meeting |
| 08/23/2013 | Jonathan R. Mattern | 4.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/23/2013 | Jonathan R. Mattern | 5.0 | 6 | Worked on Puntus Expert Report |
| 08/23/2013 | Karn S. Chopra | 2.0 | 4 | Participated in board meeting |
| 08/23/2013 | Karn S. Chopra | 4.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/23/2013 | Marc D. Puntus | 2.0 | 4 | Participated in board meeting |
| 08/23/2013 | Marc D. Puntus | 4.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/23/2013 | Ryan Kielty | 2.0 | 4 | Participated in board meeting |
| 08/23/2013 | Ryan Kielty | 4.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/22/2013 | Jonathan R. Mattern | 2.0 | 3 | Call with Houlihan regarding petition date asset balances |
| 08/22/2013 | Jonathan R. Mattern | 1.0 | 6 | Reviewed run-off and cash flow analysis porion of Puntus Expert Report |
| 08/22/2013 | Jonathan R. Mattern | 6.0 | 6 | Worked on Puntus Expert Report |
| 08/22/2013 | Karn S. Chopra | 2.0 | 3 | Call with Houlihan regarding petition date asset balances |
| 08/22/2013 | Karn S. Chopra | 2.5 | 4 | Prepared slides for Board meeting |
| 08/22/2013 | Karn S. Chopra | 1.5 | 4 | Regular update call with Debtor and advisors |
| 08/22/2013 | Karn S. Chopra | 3.0 | 6 | Review and comment on latest draft of Puntus Expert Report |
| 08/22/2013 | Marc D. Puntus | 1.5 | 4 | Regular update call with Debtor and advisors |
| 08/22/2013 | Marc D. Puntus | 3.0 | 6 | Review and comment on latest draft of Puntus Expert Report |
| 08/22/2013 | Ryan Kielty | 2.0 | 3 | Call with Houlihan regarding petition date asset balances |
| 08/22/2013 | Ryan Kielty | 1.5 | 4 | Regular update call with Debtor and advisors |
| 08/22/2013 | Ryan Kielty | 3.0 | 6 | Review and comment on latest draft of Puntus Expert Report |
| 08/22/2013 | Ryan Kielty | 1.0 | 6 | Reviewed run-off and cash flow analysis porion of Puntus Expert Report |
| 08/21/2013 | Jonathan R. Mattern | 6.5 | 1 | Attended Disclosure Statement hearing |
| 08/21/2013 | Jonathan R. Mattern | 6.5 | 6 | Worked on Puntus Expert Report |
| 08/21/2013 | Karn S. Chopra | 6.5 | 1 | Attended Disclosure Statement hearing |
| 08/21/2013 | Karn S. Chopra | 1.5 | 11 | Met with Debtors advisors to prepare for Disclosure Statement hearing |
| 08/21/2013 | Marc D. Puntus | 6.5 | 1 | Attended Disclosure Statement hearing |
| 08/21/2013 | Marc D. Puntus | 1.5 | 11 | Met with Debtors advisors to prepare for Disclosure Statement hearing |
| 08/21/2013 | Ryan Kielty | 6.5 | 1 | Attended Disclosure Statement hearing |
| 08/20/2013 | Jonathan R. Mattern | 1.5 | 2 | Call with Walter to discuss true up process |
| 08/20/2013 | Jonathan R. Mattern | 1.5 | 2 | Internal meeting to discuss Walter true up |
| 08/20/2013 | Jonathan R. Mattern | 0.5 | 3 | Call with UCC re: Walter true up |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                 2/24/2014

Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 08/20/2013 | Jonathan R. Mattern | 5.5 | 6 | Worked on Puntus Expert Report |
| 08/20/2013 | Jonathan R. Mattern | 2.5 | 7 | Call with Debtors and advisors to discuss unit distribution in advance of DS hearing |
| 08/20/2013 | Karn S. Chopra | 1.5 | 2 | Call with Walter to discuss true up process |
| 08/20/2013 | Karn S. Chopra | 1.5 | 2 | Internal meeting to discuss Walter true up |
| 08/20/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC re: Walter true up |
| 08/20/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/20/2013 | Karn S. Chopra | 2.5 | 7 | Call with Debtors and advisors to discuss unit distribution in advance of DS hearing |
| 08/20/2013 | Karn S. Chopra | 1.5 | 7 | Prepared analysis on unit distribution for DS hearing |
| 08/20/2013 | Marc D. Puntus | 1.5 | 2 | Internal meeting to discuss Walter true up |
| 08/20/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/20/2013 | Ryan Kielty | 1.5 | 2 | Call with Walter to discuss true up process |
| 08/20/2013 | Ryan Kielty | 1.5 | 2 | Internal meeting to discuss Walter true up |
| 08/20/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC re: Walter true up |
| 08/20/2013 | Ryan Kielty | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/20/2013 | Ryan Kielty | 2.5 | 7 | Call with Debtors and advisors to discuss unit distribution in advance of DS hearing |
| 08/19/2013 | Jonathan R. Mattern | 1.0 | 3 | Diligence call with Houlihan (JSN advisor) |
| 08/19/2013 | Jonathan R. Mattern | 6.0 | 6 | Worked on Puntus Expert Report |
| 08/19/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss mark-up of MLPISA |
| 08/19/2013 | Karn S. Chopra | 1.0 | 12 | Call with bidder to discuss their mark-up to MLPISA |
| 08/19/2013 | Karn S. Chopra | 2.5 | 12 | Reviewed MLPISA |
| 08/19/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss mark-up of MLPISA |
| 08/19/2013 | Ryan Kielty | 1.0 | 3 | Diligence call with Houlihan (JSN advisor) |
| 08/19/2013 | Ryan Kielty | 1.0 | 12 | Call with bidder to discuss their mark-up to MLPISA |
| 08/19/2013 | Ryan Kielty | 2.5 | 12 | Reviewed MLPISA |
| 08/18/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on Puntus Expert Report |
| 08/17/2013 | Jonathan R. Mattern | 4.0 | 6 | Worked on Puntus Expert Report |
| 08/16/2013 | Jonathan R. Mattern | 1.5 | 3 | Diligence call with Houlihan (JSN advisor) |
| 08/16/2013 | Jonathan R. Mattern | 3.0 | 3 | Prepared and arranged for transfer of diligence data to Houlihan (JSN advisor) |
| 08/16/2013 | Karn S. Chopra | 1.5 | 3 | Diligence call with Houlihan (JSN advisor) |
| 08/16/2013 | Karn S. Chopra | 1.0 | 12 | Call with Debtors to discuss FHA pool accured interest |
| 08/16/2013 | Karn S. Chopra | 1.5 | 12 | Prepared presentation outlining Debtors' view of FHA pool accrued interest |
| 08/16/2013 | Karn S. Chopra | 1.0 | 12 | Reviewed latest analysis of FHA pool accrued interest |
| 08/16/2013 | Ryan Kielty | 1.5 | 3 | Diligence call with Houlihan (JSN advisor) |
| 08/16/2013 | Ryan Kielty | 1.0 | 12 | Call with Debtors to discuss FHA pool accured interest |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/16/2013 | Ryan Kielty | 1.5 | 12 | Prepared presentation outlining Debtors' view of FHA pool accrued interest |
| 08/16/2013 | Ryan Kielty | 1.0 | 12 | Reviewed latest analysis of FHA pool accrued interest |
| 08/15/2013 | Jonathan R. Mattern | 1.0 | 2 | Finalization of Ocwen true-up schedules |
| 08/15/2013 | Jonathan R. Mattern | 2.0 | 3 | Responded to various requests from UCC advisors |
| 08/15/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about JSN litigation |
| 08/15/2013 | Karn S. Chopra | 0.5 | 4 | Follow up call about JSN litigation |
| 08/15/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/15/2013 | Karn S. Chopra | 2.5 | 6 | Reviewed prior presentations and files to inform Puntus expert report |
| 08/15/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors about JSN litigation |
| 08/15/2013 | Marc D. Puntus | 0.5 | 4 | Follow up call about JSN litigation |
| 08/15/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/15/2013 | Ryan Kielty | 1.0 | 2 | Finalization of Ocwen true-up schedules |
| 08/15/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors about JSN litigation |
| 08/15/2013 | Ryan Kielty | 0.5 | 4 | Follow up call about JSN litigation |
| 08/15/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/14/2013 | Jonathan R. Mattern | 1.5 | 2 | Ocwen true-up work |
| 08/14/2013 | Jonathan R. Mattern | 1.0 | 2 | Walter true-up call |
| 08/14/2013 | Jonathan R. Mattern | 1.0 | 3 | Call with UCC advisors regarding Ocwen/Walter true-ups |
| 08/14/2013 | Jonathan R. Mattern | 3.5 | 3 | Prepared diligence responses for UCC advisors regarding Ocwen/Walter true-ups |
| 08/14/2013 | Jonathan R. Mattern | 4.0 | 6 | Worked on Puntus Expert Report |
| 08/14/2013 | Jonathan R. Mattern | 2.0 | 12 | Call with Debtors regarding FHA loan sale |
| 08/14/2013 | Karn S. Chopra | 5.5 | 6 | Drafted slides for Puntus expert report |
| 08/14/2013 | Karn S. Chopra | 2.0 | 12 | Call with Debtors regarding FHA loan sale |
| 08/14/2013 | Marc D. Puntus | 2.0 | 12 | Call with Debtors regarding FHA loan sale |
| 08/14/2013 | Ryan Kielty | 1.5 | 2 | Ocwen true-up work |
| 08/14/2013 | Ryan Kielty | 1.0 | 2 | Walter true-up call |
| 08/14/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors regarding Ocwen/Walter true-ups |
| 08/14/2013 | Ryan Kielty | 2.0 | 12 | Call with Debtors regarding FHA loan sale |
| 08/13/2013 | Jonathan R. Mattern | 1.5 | 2 | Ocwen true-up call |
| 08/13/2013 | Jonathan R. Mattern | 4.0 | 2 | Ocwen true-up work |
| 08/13/2013 | Jonathan R. Mattern | 3.0 | 2 | Worked with the Debtors to prepare Ocwen true-up analyses |
| 08/13/2013 | Jonathan R. Mattern | 0.5 | 3 | Facilitated FHA diligence request for UCC advisors |
| 08/13/2013 | Karn S. Chopra | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/13/2013 | Karn S. Chopra | 1.5 | 6 | Reviewed run-off anlayis to be included in Puntus expert report |
| 08/13/2013 | Karn S. Chopra | 1.0 | 11 | Call with counsel to discuss memo on AFI tax benefits |
| 08/13/2013 | Karn S. Chopra | 3.0 | 11 | Reviwed memo and prepared comments on AFI tax benefits |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/13/2013 | Karn S. Chopra | 1.5 | 12 | Call with FHA pool bidder re: accrued interest |
| 08/13/2013 | Karn S. Chopra | 2.5 | 12 | Reviewed and prepared analysis on FHA accrued interest calculations |
| 08/13/2013 | Marc D. Puntus | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/13/2013 | Ryan Kielty | 1.5 | 2 | Ocwen true-up call |
| 08/13/2013 | Ryan Kielty | 0.5 | 4 | Regular update call with Debtor and advisors |
| 08/13/2013 | Ryan Kielty | 1.5 | 6 | Reviewed run-off anlayis to be included in Puntus expert report |
| 08/13/2013 | Ryan Kielty | 1.0 | 11 | Call with counsel to discuss memo on AFI tax benefits |
| 08/13/2013 | Ryan Kielty | 3.0 | 11 | Reviwed memo and prepared comments on AFI tax benefits |
| 08/13/2013 | Ryan Kielty | 1.5 | 12 | Call with FHA pool bidder re: accrued interest |
| 08/13/2013 | Ryan Kielty | 2.5 | 12 | Reviewed and prepared analysis on FHA accrued interest calculations |
| 08/12/2013 | Jonathan R. Mattern | 2.0 | 2 | Worked with the Debtors to prepare Ocwen true-up analyses |
| 08/12/2013 | Jonathan R. Mattern | 2.0 | 3 | Facilitated data request for Houlihan (JSN advisor) |
| 08/12/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on Puntus Expert Report |
| 08/09/2013 | Jonathan R. Mattern | 3.0 | 3 | Call with Houlihan to discuss source materials provided for their expert reports |
| 08/09/2013 | Jonathan R. Mattern | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/09/2013 | Karn S. Chopra | 3.0 | 3 | Call with Houlihan to discuss source materials provided for their expert reports |
| 08/09/2013 | Karn S. Chopra | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/09/2013 | Marc D. Puntus | 2.5 | 6 | Meeting with counsel to discuss Puntus expert report |
| 08/09/2013 | Ryan Kielty | 3.0 | 3 | Call with Houlihan to discuss source materials provided for their expert reports |
| 08/08/2013 | Jonathan R. Mattern | 2.0 | 6 | Reviewed latest draft of Puntus expert report |
| 08/08/2013 | Jonathan R. Mattern | 1.5 | 12 | Reviewed updated FHA loan tape |
| 08/08/2013 | Karn S. Chopra | 2.0 | 6 | Reviewed latest draft of Puntus expert report |
| 08/08/2013 | Marc D. Puntus | 2.0 | 6 | Reviewed latest draft of Puntus expert report |
| 08/08/2013 | Ryan Kielty | 2.0 | 6 | Reviewed latest draft of Puntus expert report |
| 08/07/2013 | Jonathan R. Mattern | 1.0 | 1 | Dataroom transfer work |
| 08/07/2013 | Jonathan R. Mattern | 1.5 | 4 | Call with Debtors advisors to discuss Other Monoline claims |
| 08/07/2013 | Jonathan R. Mattern | 2.0 | 7 | Reviewed materials prepared on Other Monoline claims |
| 08/07/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss reaction of FHA pool bidder to feedback |
| 08/07/2013 | Karn S. Chopra | 1.5 | 4 | Call with Debtors advisors to discuss Other Monoline claims |
| 08/07/2013 | Karn S. Chopra | 2.0 | 7 | Reviewed materials prepared on Other Monoline claims |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/07/2013 | Marc D. Puntus | 1.5 | 4 | Call with Debtors advisors to discuss Other Monoline claims |
| 08/07/2013 | Marc D. Puntus | 2.0 | 7 | Reviewed materials prepared on Other Monoline claims |
| 08/06/2013 | Karn S. Chopra | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/06/2013 | Marc D. Puntus | 1.0 | 4 | Regular update call with Debtor and advisors |
| 08/05/2013 | Jonathan R. Mattern | 5.0 | 6 | Internal meeting to disucss Puntus expert report |
| 08/05/2013 | Karn S. Chopra | 5.0 | 6 | Internal meeting to disucss Puntus expert report |
| 08/05/2013 | Marc D. Puntus | 5.0 | 6 | Internal meeting to disucss Puntus expert report |
| 08/04/2013 | Karn S. Chopra | 0.5 | 12 | Follow up call with bidder on FHA pool |
| 08/04/2013 | Ryan Kielty | 0.5 | 12 | Follow up call with bidder on FHA pool |
| 08/02/2013 | Jonathan R. Mattern | 1.0 | 2 | Walter true-up call |
| 08/02/2013 | Jonathan R. Mattern | 1.0 | 12 | Internal meeting to discuss FHA bid strategy |
| 08/02/2013 | Jonathan R. Mattern | 0.5 | 12 | Reviwed revised FHA bid stratification |
| 08/02/2013 | Karn S. Chopra | 3.0 | 12 | Call with bidder to disucss UCC feedback, MLPISA comments and next steps |
| 08/02/2013 | Karn S. Chopra | 0.5 | 12 | Call with counsel to discuss draft MLPISA |
| 08/02/2013 | Karn S. Chopra | 1.0 | 12 | Internal meeting to discuss FHA bid strategy |
| 08/02/2013 | Karn S. Chopra | 0.5 | 12 | Reviwed revised FHA bid stratification |
| 08/02/2013 | Marc D. Puntus | 1.0 | 12 | Internal meeting to discuss FHA bid strategy |
| 08/02/2013 | Marc D. Puntus | 0.5 | 12 | Reviwed revised FHA bid stratification |
| 08/02/2013 | Ryan Kielty | 1.0 | 2 | Walter true-up call |
| 08/02/2013 | Ryan Kielty | 3.0 | 12 | Call with bidder to disucss UCC feedback, MLPISA comments and next steps |
| 08/02/2013 | Ryan Kielty | 0.5 | 12 | Call with counsel to discuss draft MLPISA |
| 08/02/2013 | Ryan Kielty | 1.0 | 12 | Internal meeting to discuss FHA bid strategy |
| 08/02/2013 | Ryan Kielty | 0.5 | 12 | Reviwed revised FHA bid stratification |
| 08/01/2013 | Jonathan R. Mattern | 3.5 | 3 | Attended UCC update meeting |
| 08/01/2013 | Jonathan R. Mattern | 2.0 | 3 | Prepared presentation materials for UCC meeting. |
| 08/01/2013 | Karn S. Chopra | 3.5 | 3 | Attended UCC update meeting |
| 08/01/2013 | Karn S. Chopra | 1.5 | 3 | Participated in follow-up meetings with UCC advisors re: FHA bid |
| 08/01/2013 | Karn S. Chopra | 2.0 | 3 | Prepared presentation materials for UCC meeting. |
| 08/01/2013 | Karn S. Chopra | 2.0 | 4 | Meeting with Debtor to discuss FHA bid and next steps |
| 08/01/2013 | Marc D. Puntus | 3.5 | 3 | Attended UCC update meeting |
| 08/01/2013 | Marc D. Puntus | 1.5 | 3 | Participated in follow-up meetings with UCC advisors re: FHA bid |
| 08/01/2013 | Marc D. Puntus | 2.0 | 4 | Meeting with Debtor to discuss FHA bid and next steps |
| 08/01/2013 | Ryan Kielty | 3.5 | 3 | Attended UCC update meeting |
| 08/01/2013 | Ryan Kielty | 1.5 | 3 | Participated in follow-up meetings with UCC advisors re: FHA bid |
| 08/01/2013 | Ryan Kielty | 2.0 | 3 | Prepared presentation materials for UCC meeting. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/01/2013 | Ryan Kielty | 2.0 | 4 | Meeting with Debtor to discuss FHA bid and next steps |
| 07/30/2013 | Jonathan R. Mattern | 2.0 | 11 | Prepared backpocket for JSN mediation presentation |
| 07/30/2013 | Karn S. Chopra | 2.5 | 1 | Attended ResCap hearing |
| 07/30/2013 | Karn S. Chopra | 5.5 | 11 | Attended JSN mediation session |
| 07/30/2013 | Marc D. Puntus | 2.5 | 1 | Attended ResCap hearing |
| 07/30/2013 | Marc D. Puntus | 5.5 | 11 | Attended JSN mediation session |
| 07/30/2013 | Ryan Kielty | 2.5 | 1 | Attended ResCap hearing |
| 07/30/2013 | Ryan Kielty | 5.5 | 11 | Attended JSN mediation session |
| 07/29/2013 | Jonathan R. Mattern | 1.0 | 2 | Walter True-Up call |
| 07/29/2013 | Jonathan R. Mattern | 3.0 | 3 | Call with UCC advisors to finalize JSN mediation presentation |
| 07/29/2013 | Jonathan R. Mattern | 1.5 | 11 | Internal meeting to discuss JSN mediation presentation |
| 07/29/2013 | Jonathan R. Mattern | 4.0 | 11 | Worked on JSN mediation presentation |
| 07/29/2013 | Karn S. Chopra | 3.0 | 3 | Call with UCC advisors to finalize JSN mediation presentation |
| 07/29/2013 | Karn S. Chopra | 1.5 | 11 | Internal meeting to discuss JSN mediation presentation |
| 07/29/2013 | Marc D. Puntus | 3.0 | 3 | Call with UCC advisors to finalize JSN mediation presentation |
| 07/29/2013 | Marc D. Puntus | 1.5 | 11 | Internal meeting to discuss JSN mediation presentation |
| 07/29/2013 | Ryan Kielty | 1.0 | 2 | Walter True-Up call |
| 07/29/2013 | Ryan Kielty | 3.0 | 3 | Call with UCC advisors to finalize JSN mediation presentation |
| 07/29/2013 | Ryan Kielty | 1.5 | 11 | Internal meeting to discuss JSN mediation presentation |
| 07/29/2013 | Ryan Kielty | 4.0 | 11 | Worked on JSN mediation presentation |
| 07/28/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/28/2013 | Karn S. Chopra | 2.5 | 11 | Reviewed JSN mediation presentation |
| 07/28/2013 | Marc D. Puntus | 2.5 | 11 | Reviewed JSN mediation presentation |
| 07/28/2013 | Ryan Kielty | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/27/2013 | Jonathan R. Mattern | 0.5 | 6 | Call to discuss comments to revised JSN expert report |
| 07/27/2013 | Karn S. Chopra | 0.5 | 6 | Call to discuss comments to revised JSN expert report |
| 07/27/2013 | Ryan Kielty | 0.5 | 6 | Call to discuss comments to revised JSN expert report |
| 07/26/2013 | Benjamin H. Weingarten | 2.0 | 2 | Various calls to discuss Walter True-Up |
| 07/26/2013 | Benjamin H. Weingarten | 6.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/26/2013 | Jonathan R. Mattern | 2.0 | 2 | Various calls to discuss Walter True-Up |
| 07/26/2013 | Jonathan R. Mattern | 6.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/26/2013 | Karn S. Chopra | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |
| 07/26/2013 | Marc D. Puntus | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

### Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/26/2013 | Ryan Kielty | 2.0 | 2 | Various calls to discuss Walter True-Up |
| 07/26/2013 | Ryan Kielty | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |
| 07/25/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with Walter about true up |
| 07/25/2013 | Benjamin H. Weingarten | 5.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/25/2013 | Benjamin H. Weingarten | 2.0 | 11 | Call with UCC advisors to review revised JSN mediation presentation |
| 07/25/2013 | Benjamin H. Weingarten | 1.5 | 11 | Worked on JSN mediation presentation |
| 07/25/2013 | Benjamin H. Weingarten | 1.5 | 12 | Internal meeting to discuss FHA presentation for UCC |
| 07/25/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with Walter about true up |
| 07/25/2013 | Jonathan R. Mattern | 1.5 | 2 | Walter True-Up work |
| 07/25/2013 | Jonathan R. Mattern | 5.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/25/2013 | Jonathan R. Mattern | 2.0 | 11 | Call with UCC advisors to review revised JSN mediation presentation |
| 07/25/2013 | Jonathan R. Mattern | 1.5 | 11 | Worked on JSN mediation presentation |
| 07/25/2013 | Jonathan R. Mattern | 1.5 | 12 | Internal meeting to discuss FHA presentation for UCC |
| 07/25/2013 | Karn S. Chopra | 1.0 | 2 | Call with Walter about true up |
| 07/25/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss FHA bid and next steps |
| 07/25/2013 | Karn S. Chopra | 2.0 | 11 | Call with UCC advisors to review revised JSN mediation presentation |
| 07/25/2013 | Karn S. Chopra | 1.5 | 12 | Internal meeting to discuss FHA presentation for UCC |
| 07/25/2013 | Marc D. Puntus | 1.5 | 12 | Internal meeting to discuss FHA presentation for UCC |
| 07/25/2013 | Ryan Kielty | 1.0 | 2 | Call with Walter about true up |
| 07/25/2013 | Ryan Kielty | 1.5 | 2 | Walter True-Up work |
| 07/25/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss FHA bid and next steps |
| 07/25/2013 | Ryan Kielty | 2.0 | 11 | Call with UCC advisors to review revised JSN mediation presentation |
| 07/25/2013 | Ryan Kielty | 2.0 | 11 | Performed analysis on JSN OID calculation for UCC |
| 07/25/2013 | Ryan Kielty | 1.5 | 12 | Internal meeting to discuss FHA presentation for UCC |
| 07/24/2013 | Benjamin H. Weingarten | 3.0 | 3 | Call with UCC advisors to walk through JSN mediation presentation |
| 07/24/2013 | Benjamin H. Weingarten | 2.5 | 6 | Internal discussion about "other assets" as of the petition date |
| 07/24/2013 | Benjamin H. Weingarten | 3.0 | 6 | Various calls to discuss composition and pricing of Other Assets for the analysis underlying the JSN expert report |
| 07/24/2013 | Benjamin H. Weingarten | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/24/2013 | Benjamin H. Weingarten | 2.0 | 11 | Worked on JSN mediation presentation |
| 07/24/2013 | Jonathan R. Mattern | 3.0 | 3 | Call with UCC advisors to walk through JSN mediation presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                             2/24/2014

## Residential Capital, LLC
### Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/24/2013 | Jonathan R. Mattern | 2.5 | 6 | Internal discussion about "other assets" as of the petition date |
| 07/24/2013 | Jonathan R. Mattern | 3.0 | 6 | Various calls to discuss composition and pricing of Other Assets for the analysis underlying the JSN expert report |
| 07/24/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/24/2013 | Jonathan R. Mattern | 4.5 | 11 | Prepared slides for JSN mediation presentation |
| 07/24/2013 | Jonathan R. Mattern | 2.0 | 11 | Worked on JSN mediation presentation |
| 07/24/2013 | Karn S. Chopra | 3.0 | 3 | Call with UCC advisors to walk through JSN mediation presentation |
| 07/24/2013 | Karn S. Chopra | 2.5 | 6 | Internal discussion about "other assets" as of the petition date |
| 07/24/2013 | Karn S. Chopra | 4.5 | 11 | Prepared slides for JSN mediation presentation |
| 07/24/2013 | Marc D. Puntus | 3.0 | 3 | Call with UCC advisors to walk through JSN mediation presentation |
| 07/24/2013 | Marc D. Puntus | 2.5 | 6 | Internal discussion about "other assets" as of the petition date |
| 07/24/2013 | Ryan Kielty | 3.0 | 3 | Call with UCC advisors to walk through JSN mediation presentation |
| 07/24/2013 | Ryan Kielty | 2.5 | 6 | Internal discussion about "other assets" as of the petition date |
| 07/24/2013 | Ryan Kielty | 3.0 | 6 | Various calls to discuss composition and pricing of Other Assets for the analysis underlying the JSN expert report |
| 07/23/2013 | Benjamin H. Weingarten | 1.0 | 6 | Call concerning Consumer Relief analysis as part of the JSN expert report |
| 07/23/2013 | Benjamin H. Weingarten | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/23/2013 | Benjamin H. Weingarten | 1.5 | 11 | Internal meeting to discuss JSN analysis for mediation |
| 07/23/2013 | Benjamin H. Weingarten | 2.0 | 11 | Worked on JSN mediation presentation |
| 07/23/2013 | Jonathan R. Mattern | 1.0 | 6 | Call concerning Consumer Relief analysis as part of the JSN expert report |
| 07/23/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/23/2013 | Jonathan R. Mattern | 1.5 | 11 | Internal meeting to discuss JSN analysis for mediation |
| 07/23/2013 | Jonathan R. Mattern | 2.0 | 11 | Worked on JSN mediation presentation |
| 07/23/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss value of JSN collateral as of petition date |
| 07/23/2013 | Karn S. Chopra | 1.5 | 11 | Internal meeting to discuss JSN analysis for mediation |
| 07/23/2013 | Marc D. Puntus | 1.5 | 11 | Internal meeting to discuss JSN analysis for mediation |
| 07/23/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss value of JSN collateral as of petition date |
| 07/23/2013 | Ryan Kielty | 1.0 | 6 | Call concerning Consumer Relief analysis as part of the JSN expert report |
| 07/23/2013 | Ryan Kielty | 1.5 | 11 | Internal meeting to discuss JSN analysis for mediation |
| 07/22/2013 | Benjamin H. Weingarten | 0.5 | 6 | Call concerning RMBS Trusts setoff analysis as part of the JSN expert report |

**Centerview Partners  LLC**

*Detail Report (by Date)* 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/22/2013 | Benjamin H. Weingarten | 1.5 | 6 | Various other calls concerning analysis underlying JSN expert report |
| 07/22/2013 | Benjamin H. Weingarten | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/22/2013 | Jonathan R. Mattern | 0.5 | 6 | Call concerning RMBS Trusts setoff analysis as part of the JSN expert report |
| 07/22/2013 | Jonathan R. Mattern | 1.5 | 6 | Various other calls concerning analysis underlying JSN expert report |
| 07/22/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/22/2013 | Jonathan R. Mattern | 2.0 | 12 | Prepared stratification of FHA loan population considered for sale |
| 07/22/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to further discuss FHA bid |
| 07/22/2013 | Karn S. Chopra | 1.5 | 6 | Various other calls concerning analysis underlying JSN expert report |
| 07/22/2013 | Karn S. Chopra | 0.5 | 12 | Call with FHA bidder to discuss next steps |
| 07/22/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to further discuss FHA bid |
| 07/22/2013 | Ryan Kielty | 0.5 | 6 | Call concerning RMBS Trusts setoff analysis as part of the JSN expert report |
| 07/22/2013 | Ryan Kielty | 1.5 | 6 | Various other calls concerning analysis underlying JSN expert report |
| 07/22/2013 | Ryan Kielty | 0.5 | 12 | Call with FHA bidder to discuss next steps |
| 07/19/2013 | Karn S. Chopra | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |
| 07/19/2013 | Karn S. Chopra | 4.0 | 4 | Call with mgmt to discuss impact of RMBS settlement on monetization of servicing advances |
| 07/19/2013 | Karn S. Chopra | 0.5 | 4 | Call with mgmt to discuss run-off analysis |
| 07/19/2013 | Marc D. Puntus | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |
| 07/19/2013 | Marc D. Puntus | 4.0 | 4 | Call with mgmt to discuss impact of RMBS settlement on monetization of servicing advances |
| 07/19/2013 | Marc D. Puntus | 0.5 | 4 | Call with mgmt to discuss run-off analysis |
| 07/19/2013 | Ryan Kielty | 1.0 | 4 | Call with mgmt to discuss impact of Consent Order/DOJ settlement on monetization of assets |
| 07/19/2013 | Ryan Kielty | 4.0 | 4 | Call with mgmt to discuss impact of RMBS settlement on monetization of servicing advances |
| 07/19/2013 | Ryan Kielty | 0.5 | 4 | Call with mgmt to discuss run-off analysis |
| 07/18/2013 | Benjamin H. Weingarten | 2.0 | 2 | Review DB cure objection sale closing schedule submitted by Ocwen |
| 07/18/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/18/2013 | Benjamin H. Weingarten | 2.5 | 6 | Internal meeting to discuss necessary revisions to draft JSN expert report |
| 07/18/2013 | Jonathan R. Mattern | 2.0 | 2 | Review DB cure objection sale closing schedule submitted by Ocwen |
| 07/18/2013 | Jonathan R. Mattern | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/18/2013 | Jonathan R. Mattern | 2.5 | 6 | Internal meeting to discuss necessary revisions to draft JSN expert report |
| 07/18/2013 | Karn S. Chopra | 3.5 | 4 | Call with mgmt team to discuss status of advances as of the petition date |
| 07/18/2013 | Karn S. Chopra | 2.5 | 6 | Internal meeting to discuss necessary revisions to draft JSN expert report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/18/2013 | Marc D. Puntus | 3.5 | 4 | Call with mgmt team to discuss status of advances as of the petition date |
| 07/18/2013 | Marc D. Puntus | 2.5 | 6 | Internal meeting to discuss necessary revisions to draft JSN expert report |
| 07/18/2013 | Ryan Kielty | 2.0 | 2 | Review DB cure objection sale closing schedule submitted by Ocwen |
| 07/18/2013 | Ryan Kielty | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/18/2013 | Ryan Kielty | 3.5 | 4 | Call with mgmt team to discuss status of advances as of the petition date |
| 07/18/2013 | Ryan Kielty | 2.5 | 6 | Internal meeting to discuss necessary revisions to draft JSN expert report |
| 07/17/2013 | Benjamin H. Weingarten | 6.5 | 3 | Meeting with UCC advisors to discuss draft FHA bid analysis and draft JSN expert report |
| 07/17/2013 | Benjamin H. Weingarten | 2.0 | 3 | Preparation for UCC meeting |
| 07/17/2013 | Jonathan R. Mattern | 6.5 | 3 | Meeting with UCC advisors to discuss draft FHA bid analysis and draft JSN expert report |
| 07/17/2013 | Jonathan R. Mattern | 2.0 | 3 | Preparation for UCC meeting |
| 07/17/2013 | Karn S. Chopra | 6.5 | 3 | Meeting with UCC advisors to discuss draft FHA bid analysis and draft JSN expert report |
| 07/17/2013 | Marc D. Puntus | 6.5 | 3 | Meeting with UCC advisors to discuss draft FHA bid analysis and draft JSN expert report |
| 07/17/2013 | Ryan Kielty | 6.5 | 3 | Meeting with UCC advisors to discuss draft FHA bid analysis and draft JSN expert report |
| 07/16/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/16/2013 | Benjamin H. Weingarten | 3.0 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/16/2013 | Benjamin H. Weingarten | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/16/2013 | Benjamin H. Weingarten | 1.5 | 12 | Internal meeting to discuss FHA bid |
| 07/16/2013 | Jonathan R. Mattern | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/16/2013 | Jonathan R. Mattern | 3.0 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/16/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/16/2013 | Jonathan R. Mattern | 1.0 | 12 | Call with the Estate concerning FHA pricing |
| 07/16/2013 | Jonathan R. Mattern | 1.5 | 12 | Internal meeting to discuss FHA bid |
| 07/16/2013 | Karn S. Chopra | 3.0 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/16/2013 | Karn S. Chopra | 1.5 | 12 | Drafted slides to explain FHA bid to third parties |
| 07/16/2013 | Karn S. Chopra | 1.5 | 12 | Internal meeting to discuss FHA bid |
| 07/16/2013 | Karn S. Chopra | 2.5 | 12 | Prepared analyses to explain FHA bid to third parties |
| 07/16/2013 | Marc D. Puntus | 3.0 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/16/2013 | Marc D. Puntus | 1.5 | 12 | Internal meeting to discuss FHA bid |
| 07/16/2013 | Ryan Kielty | 1.0 | 2 | True-Up call with Walter and the Estate |
| 07/16/2013 | Ryan Kielty | 3.0 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/16/2013 | Ryan Kielty | 1.0 | 12 | Call with the Estate concerning FHA pricing |
| 07/16/2013 | Ryan Kielty | 1.5 | 12 | Drafted slides to explain FHA bid to third parties |
| 07/16/2013 | Ryan Kielty | 1.5 | 12 | Internal meeting to discuss FHA bid |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/16/2013 | Ryan Kielty | 2.5 | 12 | Prepared analyses to explain FHA bid to third parties |
| 07/15/2013 | Benjamin H. Weingarten | 2.0 | 6 | Drafted slides for JSN draft expert report |
| 07/15/2013 | Benjamin H. Weingarten | 1.0 | 6 | Prepared analysis to explain JSN trading |
| 07/15/2013 | Benjamin H. Weingarten | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/15/2013 | Jonathan R. Mattern | 2.0 | 6 | Drafted slides for JSN draft expert report |
| 07/15/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/15/2013 | Karn S. Chopra | 0.5 | 3 | Call with JSN member to discuss recent trading activity |
| 07/15/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss recent JSN trading activity |
| 07/15/2013 | Karn S. Chopra | 2.0 | 6 | Drafted slides for JSN draft expert report |
| 07/15/2013 | Karn S. Chopra | 1.0 | 6 | Prepared analysis to explain JSN trading |
| 07/15/2013 | Marc D. Puntus | 0.5 | 3 | Call with JSN member to discuss recent trading activity |
| 07/15/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to discuss recent JSN trading activity |
| 07/15/2013 | Ryan Kielty | 0.5 | 3 | Call with JSN member to discuss recent trading activity |
| 07/15/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss recent JSN trading activity |
| 07/15/2013 | Ryan Kielty | 1.0 | 6 | Prepared analysis to explain JSN trading |
| 07/14/2013 | Benjamin H. Weingarten | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/14/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/14/2013 | Jonathan R. Mattern | 2.5 | 12 | Prepared FHA sale process update presentation |
| 07/14/2013 | Ryan Kielty | 2.5 | 12 | Prepared FHA sale process update presentation |
| 07/12/2013 | Benjamin H. Weingarten | 2.5 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/12/2013 | Jonathan R. Mattern | 2.5 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/12/2013 | Karn S. Chopra | 2.5 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/12/2013 | Marc D. Puntus | 2.5 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/12/2013 | Ryan Kielty | 2.5 | 6 | Internal meeting to discuss revised JSN draft expert report |
| 07/11/2013 | Benjamin H. Weingarten | 1.5 | 4 | Internal call to discuss FHA bid |
| 07/11/2013 | Benjamin H. Weingarten | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/11/2013 | Benjamin H. Weingarten | 2.5 | 12 | Reviewed bidders loan level bid |
| 07/11/2013 | Jonathan R. Mattern | 1.5 | 4 | Internal call to discuss FHA bid |
| 07/11/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 07/11/2013 | Jonathan R. Mattern | 2.5 | 12 | Reviewed bidders loan level bid |
| 07/11/2013 | Karn S. Chopra | 1.5 | 4 | Internal call to discuss FHA bid |
| 07/11/2013 | Karn S. Chopra | 2.5 | 12 | Reviewed bidders loan level bid |
| 07/11/2013 | Marc D. Puntus | 1.5 | 4 | Internal call to discuss FHA bid |
| 07/11/2013 | Ryan Kielty | 1.5 | 4 | Internal call to discuss FHA bid |
| 07/11/2013 | Ryan Kielty | 2.5 | 12 | Reviewed bidders loan level bid |
| 07/10/2013 | Benjamin H. Weingarten | 2.5 | 2 | Attended ResCap hearing |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 07/10/2013 | Benjamin H. Weingarten | 1.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/10/2013 | Jonathan R. Mattern | 1.0 | 3 | Compiled and produced diligence materials for JSNs |
| 07/10/2013 | Jonathan R. Mattern | 1.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/10/2013 | Jonathan R. Mattern | 1.0 | 12 | Reviewed FHA data tape and prepared preliminary analysis |
| 07/10/2013 | Karn S. Chopra | 2.5 | 2 | Attended ResCap hearing |
| 07/10/2013 | Karn S. Chopra | 1.5 | 12 | Call with potential bidder re: bid evaluation |
| 07/10/2013 | Marc D. Puntus | 2.5 | 2 | Attended ResCap hearing |
| 07/10/2013 | Ryan Kielty | 2.5 | 2 | Attended ResCap hearing |
| 07/10/2013 | Ryan Kielty | 1.5 | 12 | Call with potential bidder re: bid evaluation |
| 07/10/2013 | Ryan Kielty | 1.0 | 12 | Reviewed FHA data tape and prepared preliminary analysis |
| 07/09/2013 | Benjamin H. Weingarten | 2.0 | 6 | Various calls concerning necessary data underlying JSN expert report |
| 07/09/2013 | Benjamin H. Weingarten | 1.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/09/2013 | Jonathan R. Mattern | 2.0 | 6 | Various calls concerning necessary data underlying JSN expert report |
| 07/09/2013 | Jonathan R. Mattern | 1.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/09/2013 | Karn S. Chopra | 2.5 | 6 | Reviewed and commented on preliminary draft of JSN expert report |
| 07/09/2013 | Karn S. Chopra | 1.5 | 6 | Reviewed various cash collateral files to prepare for potential testimony on cash collateral motion |
| 07/09/2013 | Marc D. Puntus | 2.5 | 6 | Reviewed and commented on preliminary draft of JSN expert report |
| 07/09/2013 | Ryan Kielty | 2.0 | 6 | Various calls concerning necessary data underlying JSN expert report |
| 07/08/2013 | Benjamin H. Weingarten | 2.0 | 5 | Call with various creditor advisors regarding cash collateral motion |
| 07/08/2013 | Benjamin H. Weingarten | 1.5 | 6 | Internal meeting to discuss JSN expert report |
| 07/08/2013 | Benjamin H. Weingarten | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/08/2013 | Jonathan R. Mattern | 1.5 | 6 | Internal meeting to discuss JSN expert report |
| 07/08/2013 | Jonathan R. Mattern | 3.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/08/2013 | Karn S. Chopra | 2.0 | 5 | Call with various creditor advisors regarding cash collateral motion |
| 07/08/2013 | Karn S. Chopra | 1.5 | 6 | Internal meeting to discuss JSN expert report |
| 07/08/2013 | Karn S. Chopra | 3.0 | 6 | Reviewed various cash collateral files to prepare for potential testimony on cash collateral motion |
| 07/08/2013 | Marc D. Puntus | 2.0 | 5 | Call with various creditor advisors regarding cash collateral motion |
| 07/08/2013 | Marc D. Puntus | 1.5 | 6 | Internal meeting to discuss JSN expert report |
| 07/08/2013 | Ryan Kielty | 2.0 | 5 | Call with various creditor advisors regarding cash collateral motion |
| 07/08/2013 | Ryan Kielty | 1.5 | 6 | Internal meeting to discuss JSN expert report |
| 07/07/2013 | Benjamin H. Weingarten | 2.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/07/2013 | Jonathan R. Mattern | 2.5 | 6 | Worked on analysis underlying JSN expert report |
| 07/07/2013 | Jonathan R. Mattern | 2.0 | 12 | Prepared FHA sale process update presentation |
| 07/07/2013 | Ryan Kielty | 2.0 | 12 | Prepared FHA sale process update presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/05/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/05/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/05/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/03/2013 | Benjamin H. Weingarten | 1.5 | 4 | Participated in ResCap board call |
| 07/03/2013 | Benjamin H. Weingarten | 4.0 | 7 | Reviewed revised POR and Disclosure Statements |
| 07/03/2013 | Jonathan R. Mattern | 1.5 | 4 | Participated in ResCap board call |
| 07/03/2013 | Jonathan R. Mattern | 4.0 | 7 | Reviewed revised POR and Disclosure Statements |
| 07/03/2013 | Karn S. Chopra | 1.5 | 4 | Participated in ResCap board call |
| 07/03/2013 | Karn S. Chopra | 1.5 | 4 | Prepared slides for board call |
| 07/03/2013 | Karn S. Chopra | 10.0 | 7 | All hands meeting to finalize POR and Disclosure Statements |
| 07/03/2013 | Karn S. Chopra | 4.0 | 7 | Reviewed revised POR and Disclosure Statements |
| 07/03/2013 | Marc D. Puntus | 1.5 | 4 | Participated in ResCap board call |
| 07/03/2013 | Marc D. Puntus | 4.0 | 7 | Reviewed revised POR and Disclosure Statements |
| 07/03/2013 | Ryan Kielty | 1.5 | 4 | Participated in ResCap board call |
| 07/03/2013 | Ryan Kielty | 4.0 | 7 | Reviewed revised POR and Disclosure Statements |
| 07/02/2013 | Benjamin H. Weingarten | 3.0 | 6 | Internal meeting to discuss underlying assumptions for JSN expert report |
| 07/02/2013 | Jonathan R. Mattern | 3.0 | 6 | Internal meeting to discuss underlying assumptions for JSN expert report |
| 07/02/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/02/2013 | Karn S. Chopra | 3.0 | 6 | Internal meeting to discuss underlying assumptions for JSN expert report |
| 07/02/2013 | Karn S. Chopra | 1.0 | 6 | Reviewed revised analyses to be included in JSN expert report |
| 07/02/2013 | Karn S. Chopra | 3.5 | 7 | Updated analyses to support POR distribution mechanics |
| 07/02/2013 | Karn S. Chopra | 2.5 | 7 | Various calls with UCC members and advisors regarding distribution mechanics |
| 07/02/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/02/2013 | Marc D. Puntus | 3.0 | 6 | Internal meeting to discuss underlying assumptions for JSN expert report |
| 07/02/2013 | Marc D. Puntus | 2.5 | 7 | Various calls with UCC members and advisors regarding distribution mechanics |
| 07/02/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors about POR distributions mechanics |
| 07/02/2013 | Ryan Kielty | 3.0 | 6 | Internal meeting to discuss underlying assumptions for JSN expert report |
| 07/02/2013 | Ryan Kielty | 2.5 | 7 | Various calls with UCC members and advisors regarding distribution mechanics |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 07/01/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed revised Disclosure Statement |
| 07/01/2013 | Jonathan R. Mattern | 1.5 | 7 | Reviewed revised Disclosure Statement |
| 07/01/2013 | Karn S. Chopra | 2.5 | 3 | Meeting with UCC advisors to discuss POR language |
| 07/01/2013 | Karn S. Chopra | 1.5 | 7 | Prepared slides to support POR distributions mechanics |
| 07/01/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed revised Disclosure Statement |
| 07/01/2013 | Karn S. Chopra | 2.0 | 12 | Call with bidder about process to sell FHA loans |
| 07/01/2013 | Marc D. Puntus | 2.5 | 3 | Meeting with UCC advisors to discuss POR language |
| 07/01/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed revised Disclosure Statement |
| 07/01/2013 | Ryan Kielty | 2.5 | 3 | Meeting with UCC advisors to discuss POR language |
| 07/01/2013 | Ryan Kielty | 1.5 | 7 | Reviewed revised Disclosure Statement |
| 07/01/2013 | Ryan Kielty | 2.0 | 12 | Call with bidder about process to sell FHA loans |
| 06/30/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC advisors to discuss POR distribution mechanics |
| 06/30/2013 | Marc D. Puntus | 2.5 | 3 | Call with UCC advisors to discuss POR distribution mechanics |
| 06/30/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC advisors to discuss POR distribution mechanics |
| 06/29/2013 | Benjamin H. Weingarten | 3.5 | 11 | RMBS Trust purchase price analysis |
| 06/29/2013 | Jonathan R. Mattern | 3.5 | 11 | RMBS Trust purchase price analysis |
| 06/29/2013 | Karn S. Chopra | 4.5 | 7 | Prepared analysis to support potential POR distribution mechanics |
| 06/28/2013 | Benjamin H. Weingarten | 1.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/28/2013 | Jonathan R. Mattern | 1.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/28/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC adivsors to discuss POR distribution mechanics |
| 06/28/2013 | Karn S. Chopra | 4.0 | 3 | Call with UCC advisors to discuss POR in detail |
| 06/28/2013 | Marc D. Puntus | 2.0 | 3 | Call with UCC adivsors to discuss POR distribution mechanics |
| 06/28/2013 | Marc D. Puntus | 4.0 | 3 | Call with UCC advisors to discuss POR in detail |
| 06/28/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC adivsors to discuss POR distribution mechanics |
| 06/28/2013 | Ryan Kielty | 4.0 | 3 | Call with UCC advisors to discuss POR in detail |
| 06/27/2013 | Benjamin H. Weingarten | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/27/2013 | Benjamin H. Weingarten | 1.0 | 7 | Internal meeting to discuss progress on JSN expert report |
| 06/27/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/27/2013 | Jonathan R. Mattern | 1.0 | 7 | Internal meeting to discuss progress on JSN expert report |
| 06/27/2013 | Karn S. Chopra | 1.0 | 7 | Internal meeting to discuss progress on JSN expert report |
| 06/27/2013 | Ryan Kielty | 1.0 | 7 | Internal meeting to discuss progress on JSN expert report |
| 06/26/2013 | Benjamin H. Weingarten | 4.0 | 1 | Reviewed Examiner's Report |
| 06/26/2013 | Benjamin H. Weingarten | 3.0 | 6 | Worked on analysis underlying JSN expert report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/26/2013 | Jonathan R. Mattern | 4.0 | 1 | Reviewed Examiner's Report |
| 06/26/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/26/2013 | Karn S. Chopra | 4.5 | 1 | Attended ResCap hearing |
| 06/26/2013 | Karn S. Chopra | 4.0 | 1 | Reviewed Examiner's Report |
| 06/26/2013 | Karn S. Chopra | 1.5 | 5 | Analyzed impact of servicing advances on our request for extended cash collateral |
| 06/26/2013 | Karn S. Chopra | 1.5 | 5 | Call to discuss estate wind-down costs and servicing advances |
| 06/26/2013 | Karn S. Chopra | 2.5 | 11 | Meeting with Judge Peck re: JSNs |
| 06/26/2013 | Marc D. Puntus | 4.5 | 1 | Attended ResCap hearing |
| 06/26/2013 | Marc D. Puntus | 4.0 | 1 | Reviewed Examiner's Report |
| 06/26/2013 | Marc D. Puntus | 1.5 | 5 | Call to discuss estate wind-down costs and servicing advances |
| 06/26/2013 | Marc D. Puntus | 2.5 | 11 | Meeting with Judge Peck re: JSNs |
| 06/26/2013 | Ryan Kielty | 4.5 | 1 | Attended ResCap hearing |
| 06/26/2013 | Ryan Kielty | 4.0 | 1 | Reviewed Examiner's Report |
| 06/26/2013 | Ryan Kielty | 1.5 | 5 | Call to discuss estate wind-down costs and servicing advances |
| 06/26/2013 | Ryan Kielty | 2.5 | 11 | Meeting with Judge Peck re: JSNs |
| 06/25/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call regarding Ocwen True-Up |
| 06/25/2013 | Benjamin H. Weingarten | 0.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/25/2013 | Jonathan R. Mattern | 1.0 | 2 | Call regarding Ocwen True-Up |
| 06/25/2013 | Jonathan R. Mattern | 0.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/25/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/25/2013 | Karn S. Chopra | 0.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/25/2013 | Karn S. Chopra | 2.0 | 6 | Reviwed and provided comments on anlayses to be included in JSN expert report |
| 06/25/2013 | Ryan Kielty | 1.0 | 2 | Call regarding Ocwen True-Up |
| 06/25/2013 | Ryan Kielty | 0.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/24/2013 | Jonathan R. Mattern | 3.0 | 2 | Ocwen True-Up work |
| 06/24/2013 | Karn S. Chopra | 1.5 | 7 | Read and provided comments on PSA reply |
| 06/24/2013 | Karn S. Chopra | 2.5 | 12 | Prepared information for prospective bidder |
| 06/24/2013 | Marc D. Puntus | 1.5 | 7 | Read and provided comments on PSA reply |
| 06/21/2013 | Jonathan R. Mattern | 3.0 | 2 | Ocwen True-Up work |
| 06/20/2013 | Benjamin H. Weingarten | 2.0 | 2 | Ocwen True-Up work |
| 06/20/2013 | Benjamin H. Weingarten | 1.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/20/2013 | Jonathan R. Mattern | 2.0 | 2 | Ocwen True-Up work |
| 06/20/2013 | Jonathan R. Mattern | 1.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/20/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC advisors to discuss JSN adequate protection |
| 06/20/2013 | Karn S. Chopra | 1.5 | 6 | Internal meeting to discuss progress on JSN expert report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/20/2013 | Marc D. Puntus | 2.0 | 3 | Call with UCC advisors to discuss JSN adequate protection |
| 06/20/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC advisors to discuss JSN adequate protection |
| 06/20/2013 | Ryan Kielty | 1.5 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/19/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with Ocwen re: true up |
| 06/19/2013 | Benjamin H. Weingarten | 0.5 | 2 | Internal discussion concerning Ocwen True-Up |
| 06/19/2013 | Benjamin H. Weingarten | 1.0 | 2 | Update on Walter true up |
| 06/19/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with Ocwen re: true up |
| 06/19/2013 | Jonathan R. Mattern | 0.5 | 2 | Internal discussion concerning Ocwen True-Up |
| 06/19/2013 | Jonathan R. Mattern | 2.0 | 2 | Ocwen True-Up work |
| 06/19/2013 | Jonathan R. Mattern | 1.0 | 2 | Update on Walter true up |
| 06/19/2013 | Jonathan R. Mattern | 2.0 | 2 | Work on DB cure objection sale schedule |
| 06/19/2013 | Jonathan R. Mattern | 3.0 | 3 | Revised analysis on going-concern value of sale assets from stalking horse to sale |
| 06/19/2013 | Karn S. Chopra | 0.5 | 2 | Call with Ocwen re: true up |
| 06/19/2013 | Karn S. Chopra | 1.0 | 2 | Update on Walter true up |
| 06/19/2013 | Karn S. Chopra | 1.5 | 3 | Call with JSN advisors to discuss information sharing and adequate protection |
| 06/19/2013 | Karn S. Chopra | 3.0 | 3 | Meeting with UCC advisors to discuss revised recovery estimates |
| 06/19/2013 | Marc D. Puntus | 1.5 | 3 | Call with JSN advisors to discuss information sharing and adequate protection |
| 06/19/2013 | Marc D. Puntus | 3.0 | 3 | Meeting with UCC advisors to discuss revised recovery estimates |
| 06/19/2013 | Ryan Kielty | 0.5 | 2 | Call with Ocwen re: true up |
| 06/19/2013 | Ryan Kielty | 0.5 | 2 | Internal discussion concerning Ocwen True-Up |
| 06/19/2013 | Ryan Kielty | 1.0 | 2 | Update on Walter true up |
| 06/19/2013 | Ryan Kielty | 1.5 | 3 | Call with JSN advisors to discuss information sharing and adequate protection |
| 06/19/2013 | Ryan Kielty | 3.0 | 3 | Meeting with UCC advisors to discuss revised recovery estimates |
| 06/19/2013 | Ryan Kielty | 0.5 | 3 | Reviewed analysis on going-concern value of sale assets from stalking horse to sale |
| 06/18/2013 | Benjamin H. Weingarten | 1.0 | 2 | Ocwen True-Up work |
| 06/18/2013 | Benjamin H. Weingarten | 0.5 | 12 | Internal meeting to discuss FHA/VA diligence |
| 06/18/2013 | Jonathan R. Mattern | 1.0 | 2 | Ocwen True-Up work |
| 06/18/2013 | Jonathan R. Mattern | 0.5 | 12 | Internal meeting to discuss FHA/VA diligence |
| 06/18/2013 | Karn S. Chopra | 5.0 | 11 | Meeting with Judge Peck re: JSNs |
| 06/18/2013 | Karn S. Chopra | 3.5 | 11 | Prepared slides for meeting with Judge Peck re: JSNs |
| 06/18/2013 | Karn S. Chopra | 0.5 | 12 | Internal meeting to discuss FHA/VA diligence |
| 06/18/2013 | Marc D. Puntus | 5.0 | 11 | Meeting with Judge Peck re: JSNs |
| 06/18/2013 | Ryan Kielty | 1.0 | 2 | Ocwen True-Up work |
| 06/18/2013 | Ryan Kielty | 5.0 | 11 | Meeting with Judge Peck re: JSNs |
| 06/18/2013 | Ryan Kielty | 0.5 | 12 | Internal meeting to discuss FHA/VA diligence |
| 06/17/2013 | Benjamin H. Weingarten | 1.0 | 3 | Call with UCC to discuss JSN presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/17/2013 | Benjamin H. Weingarten | 1.0 | 4 | Reviewed final "State of the Estate" presentation |
| 06/17/2013 | Benjamin H. Weingarten | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/17/2013 | Jonathan R. Mattern | 1.0 | 4 | Reviewed final "State of the Estate" presentation |
| 06/17/2013 | Jonathan R. Mattern | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/17/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC to discuss JSN presentation |
| 06/17/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC to discuss recovery update |
| 06/17/2013 | Karn S. Chopra | 1.0 | 4 | Reviewed final "State of the Estate" presentation |
| 06/17/2013 | Karn S. Chopra | 2.5 | 11 | Prepared slides for JSN presentation |
| 06/17/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC to discuss JSN presentation |
| 06/17/2013 | Marc D. Puntus | 1.0 | 4 | Reviewed final "State of the Estate" presentation |
| 06/17/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC to discuss JSN presentation |
| 06/17/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC to discuss recovery update |
| 06/17/2013 | Ryan Kielty | 1.0 | 4 | Reviewed final "State of the Estate" presentation |
| 06/17/2013 | Ryan Kielty | 2.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/15/2013 | Benjamin H. Weingarten | 1.5 | 2 | Reviewed True-Up documents submitted by Ocwen |
| 06/15/2013 | Jonathan R. Mattern | 1.5 | 2 | Reviewed True-Up documents submitted by Ocwen |
| 06/15/2013 | Karn S. Chopra | 3.0 | 4 | Call with Debtors advisors to discuss revised "State of the Estate" presentation |
| 06/15/2013 | Marc D. Puntus | 3.0 | 4 | Call with Debtors advisors to discuss revised "State of the Estate" presentation |
| 06/15/2013 | Ryan Kielty | 3.0 | 4 | Call with Debtors advisors to discuss revised "State of the Estate" presentation |
| 06/14/2013 | Benjamin H. Weingarten | 2.0 | 4 | Particiapted in weekly board call |
| 06/14/2013 | Benjamin H. Weingarten | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/14/2013 | Benjamin H. Weingarten | 1.5 | 7 | Call to discuss draft POR |
| 06/14/2013 | Jonathan R. Mattern | 2.0 | 4 | Particiapted in weekly board call |
| 06/14/2013 | Jonathan R. Mattern | 3.0 | 6 | Worked on analysis underlying JSN expert report |
| 06/14/2013 | Karn S. Chopra | 2.5 | 4 | Call with Debtors advisors to discuss "State of Estate" presentation |
| 06/14/2013 | Karn S. Chopra | 2.0 | 4 | Particiapted in weekly board call |
| 06/14/2013 | Karn S. Chopra | 0.5 | 4 | Prepared for board call |
| 06/14/2013 | Karn S. Chopra | 1.5 | 7 | Call to discuss draft POR |
| 06/14/2013 | Marc D. Puntus | 2.5 | 4 | Call with Debtors advisors to discuss "State of Estate" presentation |
| 06/14/2013 | Marc D. Puntus | 2.0 | 4 | Particiapted in weekly board call |
| 06/14/2013 | Marc D. Puntus | 0.5 | 4 | Prepared for board call |
| 06/14/2013 | Marc D. Puntus | 1.5 | 7 | Call to discuss draft POR |
| 06/14/2013 | Ryan Kielty | 2.5 | 4 | Call with Debtors advisors to discuss "State of Estate" presentation |
| 06/14/2013 | Ryan Kielty | 2.0 | 4 | Particiapted in weekly board call |
| 06/14/2013 | Ryan Kielty | 1.5 | 7 | Call to discuss draft POR |
| 06/13/2013 | Benjamin H. Weingarten | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/13/2013 | Benjamin H. Weingarten | 2.5 | 7 | Reviewed revised Disclosure Statement |
| 06/13/2013 | Jonathan R. Mattern | 2.0 | 2 | Ocwen True-Up work |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/13/2013 | Jonathan R. Mattern | 2.0 | 2 | Walter True-Up work |
| 06/13/2013 | Jonathan R. Mattern | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/13/2013 | Jonathan R. Mattern | 2.5 | 7 | Reviewed revised Disclosure Statement |
| 06/13/2013 | Karn S. Chopra | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/13/2013 | Karn S. Chopra | 2.5 | 7 | Reviewed revised Disclosure Statement |
| 06/13/2013 | Marc D. Puntus | 2.5 | 7 | Reviewed revised Disclosure Statement |
| 06/13/2013 | Ryan Kielty | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/13/2013 | Ryan Kielty | 2.5 | 7 | Reviewed revised Disclosure Statement |
| 06/12/2013 | Benjamin H. Weingarten | 3.0 | 1 | Attended ResCap hearing |
| 06/12/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call to discuss Walter true up |
| 06/12/2013 | Benjamin H. Weingarten | 0.5 | 2 | Internal meeting to discuss next steps and task force for Walter true up |
| 06/12/2013 | Benjamin H. Weingarten | 1.5 | 3 | Call with UCC advisors to discuss Walter true up |
| 06/12/2013 | Benjamin H. Weingarten | 2.5 | 7 | Reviewed revised POR |
| 06/12/2013 | Jonathan R. Mattern | 1.5 | 2 | Call to discuss Walter true up |
| 06/12/2013 | Jonathan R. Mattern | 0.5 | 2 | Internal meeting to discuss next steps and task force for Walter true up |
| 06/12/2013 | Jonathan R. Mattern | 1.5 | 3 | Call with UCC advisors to discuss Walter true up |
| 06/12/2013 | Jonathan R. Mattern | 2.5 | 7 | Reviewed revised POR |
| 06/12/2013 | Jonathan R. Mattern | 1.0 | 12 | Call with UCC to discuss FHA/VA sale process |
| 06/12/2013 | Karn S. Chopra | 3.0 | 1 | Attended ResCap hearing |
| 06/12/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss Walter true up |
| 06/12/2013 | Karn S. Chopra | 0.5 | 2 | Internal meeting to discuss next steps and task force for Walter true up |
| 06/12/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss Walter true up |
| 06/12/2013 | Karn S. Chopra | 2.5 | 7 | Reviewed revised POR |
| 06/12/2013 | Marc D. Puntus | 3.0 | 1 | Attended ResCap hearing |
| 06/12/2013 | Marc D. Puntus | 2.5 | 7 | Reviewed revised POR |
| 06/12/2013 | Ryan Kielty | 3.0 | 1 | Attended ResCap hearing |
| 06/12/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss Walter true up |
| 06/12/2013 | Ryan Kielty | 0.5 | 2 | Internal meeting to discuss next steps and task force for Walter true up |
| 06/12/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss Walter true up |
| 06/12/2013 | Ryan Kielty | 2.5 | 7 | Reviewed revised POR |
| 06/12/2013 | Ryan Kielty | 1.0 | 12 | Call with UCC to discuss FHA/VA sale process |
| 06/11/2013 | Benjamin H. Weingarten | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/11/2013 | Jonathan R. Mattern | 2.0 | 2 | Walter True-Up work |
| 06/11/2013 | Jonathan R. Mattern | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/11/2013 | Jonathan R. Mattern | 3.0 | 6 | Prepared analysis on AFI solvency |
| 06/11/2013 | Karn S. Chopra | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                               2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/11/2013 | Ryan Kielty | 1.0 | 6 | Internal meeting to discuss progress on JSN expert report |
| 06/11/2013 | Ryan Kielty | 3.0 | 6 | Prepared analysis on AFI solvency |
| 06/10/2013 | Benjamin H. Weingarten | 3.0 | 6 | Various calls and work to prepare for JSN expert report analysis |
| 06/10/2013 | Benjamin H. Weingarten | 1.5 | 11 | Call to discuss information to be disclosed to JSNs |
| 06/10/2013 | Jonathan R. Mattern | 1.5 | 2 | Walter True-Up work |
| 06/10/2013 | Jonathan R. Mattern | 3.0 | 3 | Prepared analysis on going-concern value of sale assets from stalking horse to sale |
| 06/10/2013 | Jonathan R. Mattern | 3.0 | 6 | Various calls and work to prepare for JSN expert report analysis |
| 06/10/2013 | Jonathan R. Mattern | 1.5 | 11 | Call to discuss information to be disclosed to JSNs |
| 06/10/2013 | Karn S. Chopra | 6.0 | 7 | Read and provided comments on both POR and Disclosure Statement |
| 06/10/2013 | Karn S. Chopra | 1.5 | 11 | Call to discuss information to be disclosed to JSNs |
| 06/10/2013 | Marc D. Puntus | 6.0 | 7 | Read and provided comments on both POR and Disclosure Statement |
| 06/10/2013 | Ryan Kielty | 3.0 | 6 | Various calls and work to prepare for JSN expert report analysis |
| 06/10/2013 | Ryan Kielty | 1.5 | 11 | Call to discuss information to be disclosed to JSNs |
| 06/07/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call regarding DB cure objection sale and closing |
| 06/07/2013 | Benjamin H. Weingarten | 2.5 | 12 | Call with mgmt to discuss FHA/VA data tape |
| 06/07/2013 | Benjamin H. Weingarten | 1.5 | 12 | Call with UCC advisors to discuss FHA/VA data tape |
| 06/07/2013 | Benjamin H. Weingarten | 0.5 | 12 | Follow-up call with mgmt to discuss FHA sale process |
| 06/07/2013 | Jonathan R. Mattern | 1.5 | 2 | Call regarding DB cure objection sale and closing |
| 06/07/2013 | Jonathan R. Mattern | 2.5 | 12 | Call with mgmt to discuss FHA/VA data tape |
| 06/07/2013 | Jonathan R. Mattern | 1.5 | 12 | Call with UCC advisors to discuss FHA/VA data tape |
| 06/07/2013 | Jonathan R. Mattern | 0.5 | 12 | Follow-up call with mgmt to discuss FHA sale process |
| 06/07/2013 | Karn S. Chopra | 2.5 | 12 | Call with mgmt to discuss FHA/VA data tape |
| 06/07/2013 | Karn S. Chopra | 1.5 | 12 | Call with UCC advisors to discuss FHA/VA data tape |
| 06/07/2013 | Karn S. Chopra | 0.5 | 12 | Follow-up call with mgmt to discuss FHA sale process |
| 06/07/2013 | Marc D. Puntus | 0.5 | 12 | Follow-up call with mgmt to discuss FHA sale process |
| 06/07/2013 | Ryan Kielty | 1.5 | 2 | Call regarding DB cure objection sale and closing |
| 06/07/2013 | Ryan Kielty | 2.5 | 12 | Call with mgmt to discuss FHA/VA data tape |
| 06/07/2013 | Ryan Kielty | 1.5 | 12 | Call with UCC advisors to discuss FHA/VA data tape |
| 06/07/2013 | Ryan Kielty | 0.5 | 12 | Follow-up call with mgmt to discuss FHA sale process |
| 06/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call regarding DB cure objection sale and closing |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/06/2013 | Benjamin H. Weingarten | 5.5 | 6 | Internal meeting to begin preparation of JSN expert report |
| 06/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Call regarding DB cure objection sale and closing |
| 06/06/2013 | Jonathan R. Mattern | 3.0 | 2 | Walter True-Up work |
| 06/06/2013 | Jonathan R. Mattern | 5.5 | 6 | Internal meeting to begin preparation of JSN expert report |
| 06/06/2013 | Karn S. Chopra | 1.0 | 4 | Call with Debtors advisors to discuss next steps with JSNs |
| 06/06/2013 | Karn S. Chopra | 0.5 | 4 | Call with mgmt to discuss merits of JSN paydown |
| 06/06/2013 | Karn S. Chopra | 5.5 | 6 | Internal meeting to begin preparation of JSN expert report |
| 06/06/2013 | Karn S. Chopra | 1.0 | 11 | Prepared analysis to justify further paydown of JSNs |
| 06/06/2013 | Marc D. Puntus | 5.5 | 6 | Internal meeting to begin preparation of JSN expert report |
| 06/06/2013 | Ryan Kielty | 1.0 | 2 | Call regarding DB cure objection sale and closing |
| 06/06/2013 | Ryan Kielty | 1.0 | 4 | Call with Debtors advisors to discuss next steps with JSNs |
| 06/06/2013 | Ryan Kielty | 0.5 | 4 | Call with mgmt to discuss merits of JSN paydown |
| 06/06/2013 | Ryan Kielty | 5.5 | 6 | Internal meeting to begin preparation of JSN expert report |
| 06/05/2013 | Benjamin H. Weingarten | 4.5 | 3 | Meeting with UCC advisors to discuss JSN issues |
| 06/05/2013 | Benjamin H. Weingarten | 2.0 | 4 | Follow-up meeting with Debtors advisors to discuss JSN issues |
| 06/05/2013 | Benjamin H. Weingarten | 2.5 | 4 | Meeting with Debtors advisors to discuss revised waterfall |
| 06/05/2013 | Karn S. Chopra | 4.5 | 3 | Meeting with UCC advisors to discuss JSN issues |
| 06/05/2013 | Karn S. Chopra | 2.0 | 4 | Follow-up meeting with Debtors advisors to discuss JSN issues |
| 06/05/2013 | Karn S. Chopra | 2.5 | 4 | Meeting with Debtors advisors to discuss revised waterfall |
| 06/05/2013 | Marc D. Puntus | 4.5 | 3 | Meeting with UCC advisors to discuss JSN issues |
| 06/05/2013 | Marc D. Puntus | 2.0 | 4 | Follow-up meeting with Debtors advisors to discuss JSN issues |
| 06/05/2013 | Marc D. Puntus | 2.5 | 4 | Meeting with Debtors advisors to discuss revised waterfall |
| 06/05/2013 | Ryan Kielty | 4.5 | 3 | Meeting with UCC advisors to discuss JSN issues |
| 06/05/2013 | Ryan Kielty | 2.0 | 4 | Follow-up meeting with Debtors advisors to discuss JSN issues |
| 06/05/2013 | Ryan Kielty | 2.5 | 4 | Meeting with Debtors advisors to discuss revised waterfall |
| 06/04/2013 | Benjamin H. Weingarten | 2.0 | 2 | Ocwen True-Up work |
| 06/04/2013 | Benjamin H. Weingarten | 3.0 | 2 | Walter True-Up work |
| 06/04/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed updated waterfall |
| 06/04/2013 | Jonathan R. Mattern | 2.0 | 2 | Ocwen True-Up work |
| 06/04/2013 | Jonathan R. Mattern | 3.0 | 2 | Walter True-Up work |
| 06/04/2013 | Jonathan R. Mattern | 1.5 | 7 | Reviewed updated waterfall |
| 06/04/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed updated waterfall |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/04/2013 | Karn S. Chopra | 3.5 | 11 | Meeting to discuss strategy regarding JSN post petition interest |
| 06/04/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed updated waterfall |
| 06/04/2013 | Ryan Kielty | 1.5 | 7 | Reviewed updated waterfall |
| 06/03/2013 | Benjamin H. Weingarten | 3.0 | 2 | Walter True-Up work |
| 06/03/2013 | Jonathan R. Mattern | 3.0 | 2 | Walter True-Up work |
| 05/31/2013 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed Walter true-up data |
| 05/31/2013 | Benjamin H. Weingarten | 1.0 | 4 | Participated in Board of Directors call |
| 05/31/2013 | Benjamin H. Weingarten | 6.0 | 11 | Worked on JSN collateral analysis |
| 05/31/2013 | Jonathan R. Mattern | 1.0 | 2 | Reviewed Walter true-up data |
| 05/31/2013 | Jonathan R. Mattern | 1.0 | 4 | Participated in Board of Directors call |
| 05/31/2013 | Jonathan R. Mattern | 6.0 | 11 | Worked on JSN collateral analysis |
| 05/31/2013 | Karn S. Chopra | 1.0 | 4 | Participated in Board of Directors call |
| 05/31/2013 | Marc D. Puntus | 1.0 | 4 | Participated in Board of Directors call |
| 05/31/2013 | Ryan Kielty | 1.0 | 2 | Reviewed Walter true-up data |
| 05/31/2013 | Ryan Kielty | 1.0 | 4 | Participated in Board of Directors call |
| 05/30/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with FTI on cure objection deal analysis |
| 05/30/2013 | Benjamin H. Weingarten | 1.5 | 2 | Reviewed updated Walter true-up data |
| 05/30/2013 | Benjamin H. Weingarten | 0.5 | 11 | Prepared revised analysis on JSN post-petition interest |
| 05/30/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with FTI on cure objection deal analysis |
| 05/30/2013 | Jonathan R. Mattern | 1.5 | 2 | Reviewed updated Walter true-up data |
| 05/30/2013 | Jonathan R. Mattern | 0.5 | 11 | Prepared revised analysis on JSN post-petition interest |
| 05/30/2013 | Karn S. Chopra | 0.5 | 4 | Participated in estate catch-up call |
| 05/30/2013 | Karn S. Chopra | 2.5 | 11 | Internal meeting to discuss expert report for potential JSB litigation |
| 05/30/2013 | Karn S. Chopra | 2.0 | 11 | Meeting with counsel to discuss expert report for potential JSB litigation |
| 05/30/2013 | Marc D. Puntus | 0.5 | 4 | Participated in estate catch-up call |
| 05/30/2013 | Marc D. Puntus | 2.5 | 11 | Internal meeting to discuss expert report for potential JSB litigation |
| 05/30/2013 | Marc D. Puntus | 2.0 | 11 | Meeting with counsel to discuss expert report for potential JSB litigation |
| 05/30/2013 | Ryan Kielty | 0.5 | 2 | Call with FTI on cure objection deal analysis |
| 05/30/2013 | Ryan Kielty | 1.5 | 2 | Reviewed updated Walter true-up data |
| 05/30/2013 | Ryan Kielty | 0.5 | 4 | Participated in estate catch-up call |
| 05/30/2013 | Ryan Kielty | 2.5 | 11 | Internal meeting to discuss expert report for potential JSB litigation |
| 05/30/2013 | Ryan Kielty | 2.0 | 11 | Meeting with counsel to discuss expert report for potential JSB litigation |
| 05/29/2013 | Benjamin H. Weingarten | 1.5 | 2 | Prepared DBSP sale population analysis |
| 05/29/2013 | Benjamin H. Weingarten | 1.5 | 2 | Prepared variance analysis on cure objection deal analysis |
| 05/29/2013 | Jonathan R. Mattern | 1.5 | 2 | Prepared DBSP sale population analysis |
| 05/29/2013 | Jonathan R. Mattern | 1.5 | 2 | Prepared variance analysis on cure objection deal analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/28/2013 | Jonathan R. Mattern | 2.0 | 2 | Reviewed DBSP loan population and prepared stratification |
| 05/28/2013 | Karn S. Chopra | 1.0 | 4 | Participated in estate catch-up call |
| 05/28/2013 | Karn S. Chopra | 2.0 | 7 | Call to discuss JSB negotiations |
| 05/28/2013 | Marc D. Puntus | 1.0 | 4 | Participated in estate catch-up call |
| 05/28/2013 | Marc D. Puntus | 2.0 | 7 | Call to discuss JSB negotiations |
| 05/28/2013 | Ryan Kielty | 1.0 | 4 | Participated in estate catch-up call |
| 05/28/2013 | Ryan Kielty | 2.0 | 7 | Call to discuss JSB negotiations |
| 05/24/2013 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed DBSP deal sale terms filing |
| 05/24/2013 | Jonathan R. Mattern | 1.0 | 2 | Reviewed DBSP deal sale terms filing |
| 05/24/2013 | Karn S. Chopra | 1.0 | 2 | Reviewed DBSP deal sale terms filing |
| 05/24/2013 | Ryan Kielty | 1.0 | 2 | Reviewed DBSP deal sale terms filing |
| 05/23/2013 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work in connection with Walter true-up process |
| 05/23/2013 | Benjamin H. Weingarten | 2.5 | 4 | Participated in Board of Directors call |
| 05/23/2013 | Benjamin H. Weingarten | 2.5 | 7 | Reviewed PSA and related filings |
| 05/23/2013 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work in connection with Walter true-up process |
| 05/23/2013 | Jonathan R. Mattern | 2.5 | 4 | Participated in Board of Directors call |
| 05/23/2013 | Jonathan R. Mattern | 2.5 | 7 | Reviewed PSA and related filings |
| 05/23/2013 | Karn S. Chopra | 2.5 | 4 | Participated in Board of Directors call |
| 05/23/2013 | Karn S. Chopra | 1.0 | 4 | Prepared board update |
| 05/23/2013 | Marc D. Puntus | 2.5 | 4 | Participated in Board of Directors call |
| 05/23/2013 | Ryan Kielty | 2.5 | 4 | Participated in Board of Directors call |
| 05/22/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assembled data for Walter in connection with true-up process |
| 05/22/2013 | Jonathan R. Mattern | 1.0 | 2 | Assembled data for Walter in connection with true-up process |
| 05/22/2013 | Karn S. Chopra | 3.5 | 3 | Meeting with Plan Proponents to discuss waterfall |
| 05/22/2013 | Karn S. Chopra | 1.0 | 3 | Meeting with UCC Advisors to discuss waterfall |
| 05/22/2013 | Karn S. Chopra | 1.5 | 4 | Call with Debtor advisors to discuss waterfall |
| 05/22/2013 | Marc D. Puntus | 3.5 | 3 | Meeting with Plan Proponents to discuss waterfall |
| 05/22/2013 | Marc D. Puntus | 1.0 | 3 | Meeting with UCC Advisors to discuss waterfall |
| 05/22/2013 | Marc D. Puntus | 1.5 | 4 | Call with Debtor advisors to discuss waterfall |
| 05/22/2013 | Ryan Kielty | 3.5 | 3 | Meeting with Plan Proponents to discuss waterfall |
| 05/22/2013 | Ryan Kielty | 1.0 | 3 | Meeting with UCC Advisors to discuss waterfall |
| 05/22/2013 | Ryan Kielty | 1.5 | 4 | Call with Debtor advisors to discuss waterfall |
| 05/21/2013 | Karn S. Chopra | 3.5 | 3 | Meeting with Ally advisors to discuss waterfall |
| 05/21/2013 | Karn S. Chopra | 1.5 | 3 | Worked with UCC advisors to finalize waterfall to be shared with Ally |
| 05/21/2013 | Karn S. Chopra | 1.0 | 4 | Participated in estate catch-up call |
| 05/21/2013 | Karn S. Chopra | 1.5 | 4 | Participated in follow-up estate cash-up call |
| 05/21/2013 | Marc D. Puntus | 3.5 | 3 | Meeting with Ally advisors to discuss waterfall |
| 05/21/2013 | Marc D. Puntus | 1.0 | 4 | Participated in estate catch-up call |
| 05/21/2013 | Marc D. Puntus | 1.5 | 4 | Participated in follow-up estate cash-up call |
| 05/21/2013 | Ryan Kielty | 3.5 | 3 | Meeting with Ally advisors to discuss waterfall |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/21/2013 | Ryan Kielty | 1.5 | 3 | Worked with UCC advisors to finalize waterfall to be shared with Ally |
| 05/21/2013 | Ryan Kielty | 1.0 | 4 | Participated in estate catch-up call |
| 05/21/2013 | Ryan Kielty | 1.5 | 4 | Participated in follow-up estate cash-up call |
| 05/20/2013 | Benjamin H. Weingarten | 0.5 | 2 | Ocwen purchase price true-up work |
| 05/20/2013 | Jonathan R. Mattern | 0.5 | 2 | Ocwen purchase price true-up work |
| 05/20/2013 | Karn S. Chopra | 3.0 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/20/2013 | Marc D. Puntus | 3.0 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/20/2013 | Ryan Kielty | 3.0 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/19/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC and Debtor advisors to discuss supplemental term sheet |
| 05/19/2013 | Karn S. Chopra | 1.5 | 7 | Drafted language for supplemental term sheet |
| 05/19/2013 | Marc D. Puntus | 2.5 | 3 | Call with UCC and Debtor advisors to discuss supplemental term sheet |
| 05/19/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC and Debtor advisors to discuss supplemental term sheet |
| 05/17/2013 | Benjamin H. Weingarten | 2.5 | 4 | Participated in Board of Directors call |
| 05/17/2013 | Jonathan R. Mattern | 2.5 | 4 | Participated in Board of Directors call |
| 05/17/2013 | Karn S. Chopra | 5.0 | 3 | Meeting with UCC and Debtor advisors to discuss various PSA related issues |
| 05/17/2013 | Karn S. Chopra | 2.5 | 4 | Participated in Board of Directors call |
| 05/17/2013 | Marc D. Puntus | 5.0 | 3 | Meeting with UCC and Debtor advisors to discuss various PSA related issues |
| 05/17/2013 | Marc D. Puntus | 2.5 | 4 | Participated in Board of Directors call |
| 05/17/2013 | Ryan Kielty | 5.0 | 3 | Meeting with UCC and Debtor advisors to discuss various PSA related issues |
| 05/17/2013 | Ryan Kielty | 2.5 | 4 | Participated in Board of Directors call |
| 05/16/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with Ocwen regarding true-up materials |
| 05/16/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviewed draft waterfall slides |
| 05/16/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with Ocwen regarding true-up materials |
| 05/16/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviewed draft waterfall slides |
| 05/16/2013 | Karn S. Chopra | 1.0 | 2 | Call with Ocwen regarding true-up materials |
| 05/16/2013 | Karn S. Chopra | 3.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/16/2013 | Karn S. Chopra | 1.0 | 4 | Participated in estate catch-up call |
| 05/16/2013 | Karn S. Chopra | 0.5 | 4 | Prepared Board update |
| 05/16/2013 | Karn S. Chopra | 1.0 | 7 | Reviewed draft waterfall slides |
| 05/16/2013 | Karn S. Chopra | 2.5 | 7 | Worked on waterfall model |
| 05/16/2013 | Marc D. Puntus | 3.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/16/2013 | Marc D. Puntus | 1.0 | 4 | Participated in estate catch-up call |
| 05/16/2013 | Marc D. Puntus | 1.0 | 7 | Reviewed draft waterfall slides |
| 05/16/2013 | Ryan Kielty | 1.0 | 2 | Call with Ocwen regarding true-up materials |
| 05/16/2013 | Ryan Kielty | 3.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |

**Centerview Partners LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/16/2013 | Ryan Kielty | 1.0 | 4 | Participated in estate catch-up call |
| 05/16/2013 | Ryan Kielty | 1.0 | 7 | Reviewed draft waterfall slides |
| 05/15/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Ocwen with loan-level diligence request |
| 05/15/2013 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed revised Syncora deal bids |
| 05/15/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted Ocwen with loan-level diligence request |
| 05/15/2013 | Jonathan R. Mattern | 0.5 | 2 | Reviewed revised Syncora deal bids |
| 05/15/2013 | Karn S. Chopra | 4.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/15/2013 | Karn S. Chopra | 1.5 | 7 | Worked on waterfall model |
| 05/15/2013 | Marc D. Puntus | 4.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/15/2013 | Ryan Kielty | 0.5 | 2 | Reviewed revised Syncora deal bids |
| 05/15/2013 | Ryan Kielty | 4.5 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with MoFo cure objection deal analysis |
| 05/14/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with MoFo cure objection deal analysis |
| 05/14/2013 | Karn S. Chopra | 2.0 | 1 | Attended cash collateral hearing |
| 05/14/2013 | Karn S. Chopra | 3.0 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/14/2013 | Karn S. Chopra | 2.5 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/14/2013 | Karn S. Chopra | 5.0 | 7 | Worked on waterfall model to run varios scenarios and sensitivities |
| 05/14/2013 | Marc D. Puntus | 2.0 | 1 | Attended cash collateral hearing |
| 05/14/2013 | Marc D. Puntus | 3.0 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/14/2013 | Marc D. Puntus | 2.5 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/14/2013 | Ryan Kielty | 2.0 | 1 | Attended cash collateral hearing |
| 05/14/2013 | Ryan Kielty | 0.5 | 2 | Call with MoFo cure objection deal analysis |
| 05/14/2013 | Ryan Kielty | 3.0 | 3 | Meeting with UCC and Debtor advisors to discuss waterfall |
| 05/14/2013 | Ryan Kielty | 2.5 | 3 | Meeting with UCC members to discuss latest iteration of waterfall |
| 05/13/2013 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed Syncora deal bids |
| 05/13/2013 | Benjamin H. Weingarten | 2.0 | 4 | Participated in Board of Directors call |
| 05/13/2013 | Jonathan R. Mattern | 0.5 | 2 | Reviewed Syncora deal bids |
| 05/13/2013 | Jonathan R. Mattern | 2.0 | 4 | Participated in Board of Directors call |
| 05/13/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss latest waterfall |
| 05/13/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss cost analysis |
| 05/13/2013 | Karn S. Chopra | 2.0 | 4 | Participated in Board of Directors call |
| 05/13/2013 | Karn S. Chopra | 2.5 | 7 | Reviewed and provided commentary on latest waterfall |
| 05/13/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss latest waterfall |
| 05/13/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss cost analysis |
| 05/13/2013 | Marc D. Puntus | 2.0 | 4 | Participated in Board of Directors call |
| 05/13/2013 | Ryan Kielty | 0.5 | 2 | Reviewed Syncora deal bids |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/13/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss latest waterfall |
| 05/13/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss cost analysis |
| 05/13/2013 | Ryan Kielty | 2.0 | 4 | Participated in Board of Directors call |
| 05/12/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviewed draft PSA and plan term sheet |
| 05/12/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviewed draft PSA and plan term sheet |
| 05/12/2013 | Karn S. Chopra | 1.0 | 7 | Reviewed draft PSA and plan term sheet |
| 05/12/2013 | Marc D. Puntus | 1.0 | 7 | Reviewed draft PSA and plan term sheet |
| 05/12/2013 | Ryan Kielty | 1.0 | 7 | Reviewed draft PSA and plan term sheet |
| 05/10/2013 | Karn S. Chopra | 3.0 | 4 | Prepare update for Board of Directors |
| 05/09/2013 | Karn S. Chopra | 1.0 | 3 | Call to prepare for upcoming mediation |
| 05/09/2013 | Karn S. Chopra | 5.5 | 7 | Participated in mediation session led by Judge Peck |
| 05/09/2013 | Karn S. Chopra | 0.5 | 7 | Prepared materials for mediation |
| 05/09/2013 | Marc D. Puntus | 1.0 | 3 | Call to prepare for upcoming mediation |
| 05/09/2013 | Marc D. Puntus | 5.5 | 7 | Participated in mediation session led by Judge Peck |
| 05/09/2013 | Ryan Kielty | 1.0 | 3 | Call to prepare for upcoming mediation |
| 05/09/2013 | Ryan Kielty | 5.5 | 7 | Participated in mediation session led by Judge Peck |
| 05/08/2013 | Benjamin H. Weingarten | 2.0 | 2 | Prepared true-up analysis and supplementary materials |
| 05/08/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviewed draft plan term sheet |
| 05/08/2013 | Jonathan R. Mattern | 2.0 | 2 | Prepared true-up analysis and supplementary materials |
| 05/08/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviewed draft plan term sheet |
| 05/08/2013 | Karn S. Chopra | 1.5 | 6 | Call to discuss JSB discovery and document production |
| 05/08/2013 | Karn S. Chopra | 3.5 | 6 | Reviewed files to gather information requested for document production |
| 05/08/2013 | Karn S. Chopra | 1.0 | 7 | Reviewed draft plan term sheet |
| 05/08/2013 | Marc D. Puntus | 1.5 | 6 | Call to discuss JSB discovery and document production |
| 05/08/2013 | Marc D. Puntus | 1.0 | 7 | Reviewed draft plan term sheet |
| 05/08/2013 | Ryan Kielty | 1.5 | 6 | Call to discuss JSB discovery and document production |
| 05/08/2013 | Ryan Kielty | 1.0 | 7 | Reviewed draft plan term sheet |
| 05/07/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/07/2013 | Jonathan R. Mattern | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/07/2013 | Karn S. Chopra | 3.5 | 1 | Attended exclusivity hearing |
| 05/07/2013 | Karn S. Chopra | 1.0 | 1 | Pre-meeting before exclusivity hearing |
| 05/07/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/07/2013 | Marc D. Puntus | 3.5 | 1 | Attended exclusivity hearing |
| 05/07/2013 | Marc D. Puntus | 1.0 | 1 | Pre-meeting before exclusivity hearing |
| 05/07/2013 | Marc D. Puntus | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/07/2013 | Ryan Kielty | 3.5 | 1 | Attended exclusivity hearing |
| 05/07/2013 | Ryan Kielty | 1.0 | 1 | Pre-meeting before exclusivity hearing |
| 05/07/2013 | Ryan Kielty | 0.5 | 7 | Reviewed updated wind-down materials |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/06/2013 | Benjamin H. Weingarten | 1.0 | 11 | Prepared analysis on JSN post-petition interest |
| 05/06/2013 | Jonathan R. Mattern | 2.0 | 1 | Data room clean-up work |
| 05/06/2013 | Jonathan R. Mattern | 2.0 | 1 | Prepared timesheets and monthly fee application |
| 05/06/2013 | Jonathan R. Mattern | 1.0 | 11 | Prepared analysis on JSN post-petition interest |
| 05/06/2013 | Karn S. Chopra | 0.5 | 5 | Call to disucss udpated cash collateral analysis |
| 05/06/2013 | Karn S. Chopra | 4.5 | 6 | Attended Marc Puntus deposition |
| 05/06/2013 | Karn S. Chopra | 2.5 | 6 | Participated in Marc Puntus deposition preparation |
| 05/06/2013 | Marc D. Puntus | 0.5 | 5 | Call to disucss udpated cash collateral analysis |
| 05/06/2013 | Marc D. Puntus | 4.5 | 6 | Attended Marc Puntus deposition |
| 05/06/2013 | Marc D. Puntus | 2.5 | 6 | Participated in Marc Puntus deposition preparation |
| 05/06/2013 | Ryan Kielty | 0.5 | 5 | Call to disucss udpated cash collateral analysis |
| 05/06/2013 | Ryan Kielty | 4.5 | 6 | Attended Marc Puntus deposition |
| 05/06/2013 | Ryan Kielty | 2.5 | 6 | Participated in Marc Puntus deposition preparation |
| 05/05/2013 | Benjamin H. Weingarten | 5.0 | 1 | Prepared timesheet |
| 05/03/2013 | Karn S. Chopra | 1.5 | 5 | Call to discuss cash collateral alternatives |
| 05/03/2013 | Karn S. Chopra | 3.5 | 5 | Prepared analysis of excluded deals to determine cash collateral needs |
| 05/03/2013 | Marc D. Puntus | 1.5 | 5 | Call to discuss cash collateral alternatives |
| 05/03/2013 | Ryan Kielty | 1.5 | 5 | Call to discuss cash collateral alternatives |
| 05/02/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Debtor on loan-level diligence request |
| 05/02/2013 | Benjamin H. Weingarten | 7.0 | 7 | Participated in mediation session led by Judge Peck |
| 05/02/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/02/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted Debtor on loan-level diligence request |
| 05/02/2013 | Jonathan R. Mattern | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/02/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC advisors to prepare for mediation |
| 05/02/2013 | Karn S. Chopra | 7.0 | 7 | Participated in mediation session led by Judge Peck |
| 05/02/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/02/2013 | Marc D. Puntus | 2.5 | 3 | Call with UCC advisors to prepare for mediation |
| 05/02/2013 | Marc D. Puntus | 7.0 | 7 | Participated in mediation session led by Judge Peck |
| 05/02/2013 | Marc D. Puntus | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/02/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC advisors to prepare for mediation |
| 05/02/2013 | Ryan Kielty | 7.0 | 7 | Participated in mediation session led by Judge Peck |
| 05/02/2013 | Ryan Kielty | 0.5 | 7 | Reviewed updated wind-down materials |
| 05/01/2013 | Benjamin H. Weingarten | 1.0 | 11 | Reviewed Ally earnings transcript and presentation |
| 05/01/2013 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed draft JSN complaint |
| 05/01/2013 | Jonathan R. Mattern | 1.0 | 11 | Reviewed Ally earnings transcript and presentation |
| 05/01/2013 | Jonathan R. Mattern | 0.5 | 11 | Reviewed draft JSN complaint |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/01/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss mediation presentation |
| 05/01/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss mediation presentation |
| 05/01/2013 | Karn S. Chopra | 4.5 | 7 | Draft slides for mediation presentation |
| 05/01/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss mediation presentation |
| 05/01/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss mediation presentation |
| 05/01/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss mediation presentation |
| 05/01/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss mediation presentation |
| 05/01/2013 | Ryan Kielty | 0.5 | 11 | Reviewed draft JSN complaint |
| 04/30/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed and provided comments on JSB complaint |
| 04/30/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed JSB objection to exclusivity and provided commentary for response |
| 04/29/2013 | Benjamin H. Weingarten | 0.5 | 1 | Call with co-advisor regarding dataroom maintenance |
| 04/29/2013 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed Snellenbarger Declaration |
| 04/29/2013 | Jonathan R. Mattern | 0.5 | 1 | Call with co-advisor regarding dataroom maintenance |
| 04/29/2013 | Jonathan R. Mattern | 2.0 | 1 | Dataroom cleanup |
| 04/29/2013 | Karn S. Chopra | 0.5 | 7 | Prepared anlaysis to support JSB paydown |
| 04/26/2013 | Benjamin H. Weingarten | 2.0 | 4 | Board call |
| 04/26/2013 | Jonathan R. Mattern | 2.0 | 4 | Board call |
| 04/26/2013 | Karn S. Chopra | 2.0 | 4 | Board call |
| 04/26/2013 | Marc D. Puntus | 2.0 | 4 | Board call |
| 04/26/2013 | Ryan Kielty | 2.0 | 4 | Board call |
| 04/25/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed draft JSN prepayment analysis |
| 04/25/2013 | Benjamin H. Weingarten | 1.5 | 11 | Reviewed draft JSN complaint |
| 04/25/2013 | Jonathan R. Mattern | 0.5 | 7 | Reviewed draft JSN prepayment analysis |
| 04/25/2013 | Jonathan R. Mattern | 1.5 | 11 | Reviewed draft JSN complaint |
| 04/25/2013 | Karn S. Chopra | 0.5 | 4 | Prepared slides for board call |
| 04/25/2013 | Karn S. Chopra | 2.5 | 7 | Provided comments on latest waterfall scenarios |
| 04/25/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed draft JSN prepayment analysis |
| 04/25/2013 | Karn S. Chopra | 1.5 | 11 | Reviewed draft JSN complaint |
| 04/25/2013 | Marc D. Puntus | 0.5 | 7 | Reviewed draft JSN prepayment analysis |
| 04/25/2013 | Marc D. Puntus | 1.5 | 11 | Reviewed draft JSN complaint |
| 04/25/2013 | Ryan Kielty | 0.5 | 7 | Reviewed draft JSN prepayment analysis |
| 04/25/2013 | Ryan Kielty | 1.5 | 11 | Reviewed draft JSN complaint |
| 04/24/2013 | Benjamin H. Weingarten | 1.5 | 1 | Assembled documents for Puntus deposition prep |
| 04/24/2013 | Benjamin H. Weingarten | 1.5 | 2 | True-up data tape work |
| 04/24/2013 | Jonathan R. Mattern | 1.5 | 2 | True-up data tape work |
| 04/24/2013 | Karn S. Chopra | 1.5 | 4 | Call to discuss expense projections |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/24/2013 | Karn S. Chopra | 1.0 | 4 | Follow-up call to discuss expense projections |
| 04/24/2013 | Karn S. Chopra | 0.5 | 5 | Call to discuss JSB discovery re: cash collateral |
| 04/24/2013 | Marc D. Puntus | 1.5 | 4 | Call to discuss expense projections |
| 04/24/2013 | Marc D. Puntus | 1.0 | 4 | Follow-up call to discuss expense projections |
| 04/24/2013 | Marc D. Puntus | 0.5 | 5 | Call to discuss JSB discovery re: cash collateral |
| 04/24/2013 | Ryan Kielty | 1.5 | 4 | Call to discuss expense projections |
| 04/24/2013 | Ryan Kielty | 1.0 | 4 | Follow-up call to discuss expense projections |
| 04/24/2013 | Ryan Kielty | 0.5 | 5 | Call to discuss JSB discovery re: cash collateral |
| 04/23/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted co-advisor with true-up inquiry |
| 04/23/2013 | Benjamin H. Weingarten | 0.5 | 2 | Performed purchase price analysis on selected removed deals |
| 04/23/2013 | Benjamin H. Weingarten | 0.5 | 4 | Board call |
| 04/23/2013 | Benjamin H. Weingarten | 10.0 | 7 | Day 2 - ResCap Global Mediation |
| 04/23/2013 | Jonathan R. Mattern | 0.5 | 2 | Performed purchase price analysis on selected removed deals |
| 04/23/2013 | Jonathan R. Mattern | 0.5 | 4 | Board call |
| 04/23/2013 | Karn S. Chopra | 0.5 | 4 | Board call |
| 04/23/2013 | Karn S. Chopra | 10.0 | 7 | Day 2 - ResCap Global Mediation |
| 04/23/2013 | Marc D. Puntus | 0.5 | 4 | Board call |
| 04/23/2013 | Marc D. Puntus | 10.0 | 7 | Day 2 - ResCap Global Mediation |
| 04/23/2013 | Ryan Kielty | 0.5 | 2 | Assisted co-advisor with true-up inquiry |
| 04/23/2013 | Ryan Kielty | 0.5 | 4 | Board call |
| 04/23/2013 | Ryan Kielty | 10.0 | 7 | Day 2 - ResCap Global Mediation |
| 04/22/2013 | Benjamin H. Weingarten | 15.0 | 7 | Day 1 - ResCap Global Mediation |
| 04/22/2013 | Karn S. Chopra | 15.0 | 7 | Day 1 - ResCap Global Mediation |
| 04/22/2013 | Marc D. Puntus | 15.0 | 7 | Day 1 - ResCap Global Mediation |
| 04/22/2013 | Ryan Kielty | 15.0 | 7 | Day 1 - ResCap Global Mediation |
| 04/21/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed waterfall materials |
| 04/21/2013 | Jonathan R. Mattern | 1.5 | 7 | Reviewed waterfall materials |
| 04/21/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed waterfall materials |
| 04/21/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed waterfall materials |
| 04/21/2013 | Ryan Kielty | 1.5 | 7 | Reviewed waterfall materials |
| 04/20/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed waterfall materials |
| 04/20/2013 | Jonathan R. Mattern | 1.5 | 7 | Reviewed waterfall materials |
| 04/20/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed waterfall materials |
| 04/20/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed waterfall materials |
| 04/20/2013 | Ryan Kielty | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Jonathan R. Mattern | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Karn S. Chopra | 2.0 | 3 | Call with Lazard to discuss mediation dynamics and next steps |
| 04/19/2013 | Karn S. Chopra | 2.5 | 7 | Meeting to finalize mediation presentation |
| 04/19/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Karn S. Chopra | 1.5 | 11 | Internal meeting to discuss work streams during mediation |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/19/2013 | Marc D. Puntus | 2.0 | 3 | Call with Lazard to discuss mediation dynamics and next steps |
| 04/19/2013 | Marc D. Puntus | 2.5 | 7 | Meeting to finalize mediation presentation |
| 04/19/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Marc D. Puntus | 1.5 | 11 | Internal meeting to discuss work streams during mediation |
| 04/19/2013 | Ryan Kielty | 2.0 | 3 | Call with Lazard to discuss mediation dynamics and next steps |
| 04/19/2013 | Ryan Kielty | 2.5 | 7 | Meeting to finalize mediation presentation |
| 04/19/2013 | Ryan Kielty | 1.5 | 7 | Reviewed waterfall materials |
| 04/19/2013 | Ryan Kielty | 1.5 | 11 | Internal meeting to discuss work streams during mediation |
| 04/18/2013 | Benjamin H. Weingarten | 1.0 | 2 | Removed deal purchase price analysis |
| 04/18/2013 | Benjamin H. Weingarten | 1.5 | 2 | True-up data tape work |
| 04/18/2013 | Benjamin H. Weingarten | 2.0 | 7 | RMBS trust purchase price analysis |
| 04/18/2013 | Jonathan R. Mattern | 1.0 | 2 | Removed deal purchase price analysis |
| 04/18/2013 | Jonathan R. Mattern | 1.5 | 2 | True-up data tape work |
| 04/18/2013 | Jonathan R. Mattern | 2.0 | 7 | RMBS trust purchase price analysis |
| 04/18/2013 | Karn S. Chopra | 4.5 | 7 | Meeting with Judge Peck and UCC to prepare for mediation |
| 04/18/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed latest waterfall to be discussed with Judge Peck |
| 04/18/2013 | Marc D. Puntus | 4.5 | 7 | Meeting with Judge Peck and UCC to prepare for mediation |
| 04/18/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed latest waterfall to be discussed with Judge Peck |
| 04/18/2013 | Ryan Kielty | 4.5 | 7 | Meeting with Judge Peck and UCC to prepare for mediation |
| 04/18/2013 | Ryan Kielty | 1.5 | 7 | Reviewed latest waterfall to be discussed with Judge Peck |
| 04/17/2013 | Benjamin H. Weingarten | 1.0 | 2 | Sale process call with the Company and potential bidders |
| 04/17/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviewed draft waterfall presentation |
| 04/17/2013 | Benjamin H. Weingarten | 2.0 | 7 | RMBS trust purchase price analysis |
| 04/17/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviewed draft waterfall presentation |
| 04/17/2013 | Jonathan R. Mattern | 2.0 | 7 | RMBS trust purchase price analysis |
| 04/17/2013 | Karn S. Chopra | 1.0 | 2 | Sale process call with the Company and potential bidders |
| 04/17/2013 | Karn S. Chopra | 5.0 | 7 | Attended meeting to discuss GUC estimates and borrower estimates |
| 04/17/2013 | Karn S. Chopra | 1.0 | 7 | Call regarding mediation preparation |
| 04/17/2013 | Karn S. Chopra | 1.0 | 7 | Reviewed draft waterfall presentation |
| 04/17/2013 | Marc D. Puntus | 1.0 | 2 | Sale process call with the Company and potential bidders |
| 04/17/2013 | Marc D. Puntus | 5.0 | 7 | Attended meeting to discuss GUC estimates and borrower estimates |
| 04/17/2013 | Marc D. Puntus | 1.0 | 7 | Call regarding mediation preparation |
| 04/17/2013 | Marc D. Puntus | 1.0 | 7 | Reviewed draft waterfall presentation |

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/17/2013 | Ryan Kielty | 1.0 | 2 | Sale process call with the Company and potential bidders |
| 04/17/2013 | Ryan Kielty | 5.0 | 7 | Attended meeting to discuss GUC estimates and borrower estimates |
| 04/17/2013 | Ryan Kielty | 1.0 | 7 | Call regarding mediation preparation |
| 04/17/2013 | Ryan Kielty | 1.0 | 7 | Reviewed draft waterfall presentation |
| 04/16/2013 | Benjamin H. Weingarten | 2.5 | 3 | Call with Ally to discuss mediation dynamics and potential forms of currency from Ally |
| 04/16/2013 | Benjamin H. Weingarten | 1.0 | 7 | Mediation call with the Company's advisors and UCC |
| 04/16/2013 | Benjamin H. Weingarten | 0.5 | 7 | Mediation prep call with the Company's advisors |
| 04/16/2013 | Benjamin H. Weingarten | 1.5 | 7 | Reviewed memo regarding mediation talking points |
| 04/16/2013 | Benjamin H. Weingarten | 3.0 | 7 | RMBS trust liability exposure analysis |
| 04/16/2013 | Karn S. Chopra | 2.5 | 3 | Call with Ally to discuss mediation dynamics and potential forms of currency from Ally |
| 04/16/2013 | Karn S. Chopra | 1.0 | 7 | Mediation call with the Company's advisors and UCC |
| 04/16/2013 | Karn S. Chopra | 0.5 | 7 | Mediation prep call with the Company's advisors |
| 04/16/2013 | Karn S. Chopra | 2.0 | 7 | Reviewed and created scenarios based on latest waterfall |
| 04/16/2013 | Karn S. Chopra | 1.5 | 7 | Reviewed memo regarding mediation talking points |
| 04/16/2013 | Marc D. Puntus | 2.5 | 3 | Call with Ally to discuss mediation dynamics and potential forms of currency from Ally |
| 04/16/2013 | Marc D. Puntus | 1.0 | 7 | Mediation call with the Company's advisors and UCC |
| 04/16/2013 | Marc D. Puntus | 0.5 | 7 | Mediation prep call with the Company's advisors |
| 04/16/2013 | Marc D. Puntus | 1.5 | 7 | Reviewed memo regarding mediation talking points |
| 04/16/2013 | Ryan Kielty | 2.5 | 3 | Call with Ally to discuss mediation dynamics and potential forms of currency from Ally |
| 04/16/2013 | Ryan Kielty | 1.0 | 7 | Mediation call with the Company's advisors and UCC |
| 04/16/2013 | Ryan Kielty | 0.5 | 7 | Mediation prep call with the Company's advisors |
| 04/16/2013 | Ryan Kielty | 1.5 | 7 | Reviewed memo regarding mediation talking points |
| 04/15/2013 | Benjamin H. Weingarten | 1.0 | 7 | RMBS trust liability exposure analysis |
| 04/15/2013 | Karn S. Chopra | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/15/2013 | Karn S. Chopra | 1.5 | 7 | Meeting to discuss mediation strategy |
| 04/15/2013 | Karn S. Chopra | 4.5 | 11 | Meeting with debtor's advisors about plan economics |
| 04/15/2013 | Marc D. Puntus | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/15/2013 | Marc D. Puntus | 1.5 | 7 | Meeting to discuss mediation strategy |
| 04/15/2013 | Marc D. Puntus | 4.5 | 11 | Meeting with debtor's advisors about plan economics |
| 04/15/2013 | Ryan Kielty | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/15/2013 | Ryan Kielty | 1.5 | 7 | Meeting to discuss mediation strategy |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/15/2013 | Ryan Kielty | 4.5 | 11 | Meeting with debtor's advisors about plan economics |
| 04/14/2013 | Karn S. Chopra | 1.5 | 7 | Updated slides on constituent perspectives based on comments received |
| 04/13/2013 | Benjamin H. Weingarten | 1.0 | 7 | Mediation prep call with the Company's advisors |
| 04/13/2013 | Karn S. Chopra | 5.5 | 7 | Drafted summary of constituent perspectives for mediation purposes |
| 04/13/2013 | Karn S. Chopra | 1.0 | 7 | Mediation prep call with the Company's advisors |
| 04/13/2013 | Marc D. Puntus | 1.0 | 7 | Mediation prep call with the Company's advisors |
| 04/13/2013 | Ryan Kielty | 1.0 | 7 | Mediation prep call with the Company's advisors |
| 04/12/2013 | Benjamin H. Weingarten | 1.0 | 2 | Sale process discussion |
| 04/12/2013 | Benjamin H. Weingarten | 1.5 | 4 | Board call |
| 04/12/2013 | Benjamin H. Weingarten | 1.0 | 11 | Reviewed intercompany transaction analysis |
| 04/12/2013 | Jonathan R. Mattern | 1.0 | 2 | Sale process discussion |
| 04/12/2013 | Jonathan R. Mattern | 1.5 | 4 | Board call |
| 04/12/2013 | Jonathan R. Mattern | 1.0 | 11 | Reviewed intercompany transaction analysis |
| 04/12/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss potential FHA loan sale process to single buyer |
| 04/12/2013 | Karn S. Chopra | 1.0 | 2 | Sale process discussion |
| 04/12/2013 | Karn S. Chopra | 0.5 | 3 | Call to discuss FGIC commutation proposal |
| 04/12/2013 | Karn S. Chopra | 1.5 | 4 | Board call |
| 04/12/2013 | Karn S. Chopra | 3.0 | 7 | Attended mediation planning session |
| 04/12/2013 | Karn S. Chopra | 1.0 | 11 | Reviewed intercompany transaction analysis |
| 04/12/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss potential FHA loan sale process to single buyer |
| 04/12/2013 | Marc D. Puntus | 1.0 | 2 | Sale process discussion |
| 04/12/2013 | Marc D. Puntus | 0.5 | 3 | Call to discuss FGIC commutation proposal |
| 04/12/2013 | Marc D. Puntus | 1.5 | 4 | Board call |
| 04/12/2013 | Marc D. Puntus | 3.0 | 7 | Attended mediation planning session |
| 04/12/2013 | Marc D. Puntus | 1.0 | 11 | Reviewed intercompany transaction analysis |
| 04/12/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss potential FHA loan sale process to single buyer |
| 04/12/2013 | Ryan Kielty | 1.0 | 2 | Sale process discussion |
| 04/12/2013 | Ryan Kielty | 0.5 | 3 | Call to discuss FGIC commutation proposal |
| 04/12/2013 | Ryan Kielty | 1.5 | 4 | Board call |
| 04/12/2013 | Ryan Kielty | 3.0 | 7 | Attended mediation planning session |
| 04/12/2013 | Ryan Kielty | 1.0 | 11 | Reviewed intercompany transaction analysis |
| 04/11/2013 | Karn S. Chopra | 2.5 | 4 | Call to discuss MBIA/FGIC financial strength and motivations |
| 04/11/2013 | Karn S. Chopra | 2.5 | 7 | Prepared analysis of MBIA/FGIC financial strength and motivations |
| 04/11/2013 | Marc D. Puntus | 2.5 | 4 | Call to discuss MBIA/FGIC financial strength and motivations |
| 04/11/2013 | Ryan Kielty | 2.5 | 4 | Call to discuss MBIA/FGIC financial strength and motivations |
| 04/10/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assembled sample data tape for co-advisor regarding removed deals from Platform sale |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 04/10/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared analysis on certain removed deals |
| 04/10/2013 | Benjamin H. Weingarten | 1.0 | 11 | Reviewed draft complain against JSNs |
| 04/10/2013 | Jonathan R. Mattern | 0.5 | 2 | Assembled sample data tape for co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared analysis on certain removed deals |
| 04/10/2013 | Jonathan R. Mattern | 1.0 | 11 | Reviewed draft complain against JSNs |
| 04/10/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss Syncora sale process |
| 04/10/2013 | Karn S. Chopra | 0.5 | 2 | Call with co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Karn S. Chopra | 0.5 | 2 | Call with potential FHA loan bidder |
| 04/10/2013 | Karn S. Chopra | 1.0 | 2 | Meeting to discuss FHA sale process with specific bidder |
| 04/10/2013 | Karn S. Chopra | 1.0 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/10/2013 | Karn S. Chopra | 1.0 | 11 | Reviewed draft complain against JSNs |
| 04/10/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss Syncora sale process |
| 04/10/2013 | Marc D. Puntus | 0.5 | 2 | Call with co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Marc D. Puntus | 0.5 | 2 | Call with potential FHA loan bidder |
| 04/10/2013 | Marc D. Puntus | 1.0 | 2 | Meeting to discuss FHA sale process with specific bidder |
| 04/10/2013 | Marc D. Puntus | 1.0 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/10/2013 | Marc D. Puntus | 1.0 | 11 | Reviewed draft complain against JSNs |
| 04/10/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss Syncora sale process |
| 04/10/2013 | Ryan Kielty | 0.5 | 2 | Call with co-advisor regarding removed deals from Platform sale |
| 04/10/2013 | Ryan Kielty | 0.5 | 2 | Call with potential FHA loan bidder |
| 04/10/2013 | Ryan Kielty | 1.0 | 2 | Meeting to discuss FHA sale process with specific bidder |
| 04/10/2013 | Ryan Kielty | 1.0 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/10/2013 | Ryan Kielty | 1.0 | 11 | Reviewed draft complain against JSNs |
| 04/09/2013 | Benjamin H. Weingarten | 1.0 | 2 | Historical data tape work |
| 04/09/2013 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed data tapes prepared in connection with cure objection negotiations |
| 04/09/2013 | Benjamin H. Weingarten | 1.5 | 2 | True-up data tape work |
| 04/09/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed assumptions behind creditor draft waterfall model |
| 04/09/2013 | Jonathan R. Mattern | 1.0 | 2 | Historical data tape work |
| 04/09/2013 | Jonathan R. Mattern | 0.5 | 2 | Reviewed data tapes prepared in connection with cure objection negotiations |
| 04/09/2013 | Jonathan R. Mattern | 1.5 | 2 | True-up data tape work |
| 04/09/2013 | Karn S. Chopra | 0.5 | 4 | Call to discuss Horner declaration |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/09/2013 | Karn S. Chopra | 2.0 | 5 | Read and commented on Horner declaration |
| 04/09/2013 | Karn S. Chopra | 1.5 | 7 | Prepared response to RMBS/Monoline waterall |
| 04/09/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed assumptions behind creditor draft waterfall model |
| 04/09/2013 | Karn S. Chopra | 2.5 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/09/2013 | Marc D. Puntus | 0.5 | 4 | Call to discuss Horner declaration |
| 04/09/2013 | Marc D. Puntus | 2.5 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/09/2013 | Ryan Kielty | 0.5 | 2 | Reviewed data tapes prepared in connection with cure objection negotiations |
| 04/09/2013 | Ryan Kielty | 0.5 | 4 | Call to discuss Horner declaration |
| 04/09/2013 | Ryan Kielty | 0.5 | 7 | Reviewed assumptions behind creditor draft waterfall model |
| 04/09/2013 | Ryan Kielty | 2.5 | 11 | Call with debtor's advisors regarding mediation strategy |
| 04/08/2013 | Benjamin H. Weingarten | 2.0 | 2 | True-up data tape work |
| 04/08/2013 | Benjamin H. Weingarten | 1.0 | 3 | Assisted JSN advisors with data tape inquiries |
| 04/08/2013 | Jonathan R. Mattern | 2.0 | 2 | True-up data tape work |
| 04/08/2013 | Jonathan R. Mattern | 1.0 | 3 | Assisted JSN advisors with data tape inquiries |
| 04/08/2013 | Karn S. Chopra | 2.0 | 3 | Call with various stakeholders to discuss RMBS/Monoline term sheet |
| 04/08/2013 | Karn S. Chopra | 2.5 | 3 | Meeting with UCC advisors about mediation planning |
| 04/08/2013 | Marc D. Puntus | 2.0 | 3 | Call with various stakeholders to discuss RMBS/Monoline term sheet |
| 04/08/2013 | Marc D. Puntus | 2.5 | 3 | Meeting with UCC advisors about mediation planning |
| 04/08/2013 | Ryan Kielty | 2.0 | 3 | Call with various stakeholders to discuss RMBS/Monoline term sheet |
| 04/08/2013 | Ryan Kielty | 2.5 | 3 | Meeting with UCC advisors about mediation planning |
| 04/07/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed creditor draft waterfall model |
| 04/07/2013 | Jonathan R. Mattern | 0.5 | 7 | Reviewed creditor draft waterfall model |
| 04/07/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed creditor draft waterfall model |
| 04/07/2013 | Marc D. Puntus | 0.5 | 7 | Reviewed creditor draft waterfall model |
| 04/07/2013 | Ryan Kielty | 0.5 | 7 | Reviewed creditor draft waterfall model |
| 04/06/2013 | Benjamin H. Weingarten | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/06/2013 | Jonathan R. Mattern | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/06/2013 | Karn S. Chopra | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/06/2013 | Marc D. Puntus | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/06/2013 | Ryan Kielty | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/05/2013 | Benjamin H. Weingarten | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted the Company in connection with Whole Loan sale inquiry |
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 2 | Prepared sample data tape fields in connection with cure objection negotiations |
| 04/05/2013 | Benjamin H. Weingarten | 2.0 | 2 | True-up data tape work |
| 04/05/2013 | Benjamin H. Weingarten | 1.0 | 4 | Board call |
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 4 | Call on servicing advances |
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed legal memo regarding AFI settlement |
| 04/05/2013 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed illustrative expense allocation analysis |
| 04/05/2013 | Jonathan R. Mattern | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/05/2013 | Jonathan R. Mattern | 2.0 | 2 | True-up data tape work |
| 04/05/2013 | Jonathan R. Mattern | 1.0 | 4 | Board call |
| 04/05/2013 | Jonathan R. Mattern | 0.5 | 4 | Call on servicing advances |
| 04/05/2013 | Jonathan R. Mattern | 0.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/05/2013 | Jonathan R. Mattern | 0.5 | 7 | Reviewed legal memo regarding AFI settlement |
| 04/05/2013 | Jonathan R. Mattern | 0.5 | 11 | Reviewed illustrative expense allocation analysis |
| 04/05/2013 | Karn S. Chopra | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/05/2013 | Karn S. Chopra | 1.0 | 4 | Board call |
| 04/05/2013 | Karn S. Chopra | 0.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/05/2013 | Karn S. Chopra | 2.0 | 4 | Finalized board materials |
| 04/05/2013 | Karn S. Chopra | 1.5 | 7 | Call to discuss positives/negatives of RMBS/Monoline term sheet |
| 04/05/2013 | Karn S. Chopra | 0.5 | 7 | Reviewed legal memo regarding AFI settlement |
| 04/05/2013 | Karn S. Chopra | 0.5 | 11 | Reviewed illustrative expense allocation analysis |
| 04/05/2013 | Marc D. Puntus | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/05/2013 | Marc D. Puntus | 1.0 | 4 | Board call |
| 04/05/2013 | Marc D. Puntus | 0.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/05/2013 | Marc D. Puntus | 1.5 | 7 | Call to discuss positives/negatives of RMBS/Monoline term sheet |
| 04/05/2013 | Marc D. Puntus | 0.5 | 7 | Reviewed legal memo regarding AFI settlement |
| 04/05/2013 | Marc D. Puntus | 0.5 | 11 | Reviewed illustrative expense allocation analysis |
| 04/05/2013 | Ryan Kielty | 1.0 | 1 | Reviewed draft continued use of cash collateral motion and interim order |
| 04/05/2013 | Ryan Kielty | 1.0 | 4 | Board call |
| 04/05/2013 | Ryan Kielty | 0.5 | 4 | Call on servicing advances |
| 04/05/2013 | Ryan Kielty | 0.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/05/2013 | Ryan Kielty | 2.0 | 4 | Finalized board materials |
| 04/05/2013 | Ryan Kielty | 1.5 | 7 | Call to discuss positives/negatives of RMBS/Monoline term sheet |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/05/2013 | Ryan Kielty | 0.5 | 7 | Reviewed legal memo regarding AFI settlement |
| 04/05/2013 | Ryan Kielty | 0.5 | 11 | Reviewed illustrative expense allocation analysis |
| 04/04/2013 | Benjamin H. Weingarten | 1.0 | 1 | Reviewed summary judgment motions on subordination of security claims |
| 04/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company regarding true-up data tapes |
| 04/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Prepared draft Walter purchase price calculation for the Company |
| 04/04/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-up data tape work |
| 04/04/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviwed settlement proposal |
| 04/04/2013 | Jonathan R. Mattern | 1.0 | 1 | Prepared monthly fee statement |
| 04/04/2013 | Jonathan R. Mattern | 2.0 | 1 | Prepared timesheets |
| 04/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with the Company regarding true-up data tapes |
| 04/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Prepared draft Walter purchase price calculation for the Company |
| 04/04/2013 | Jonathan R. Mattern | 1.0 | 2 | True-up data tape work |
| 04/04/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviwed settlement proposal |
| 04/04/2013 | Karn S. Chopra | 2.5 | 3 | Call with various JSB noteholders regarding plan negotiations |
| 04/04/2013 | Karn S. Chopra | 0.5 | 7 | Call with Blackstone regarding term sheet waterfall |
| 04/04/2013 | Karn S. Chopra | 2.0 | 7 | Reviewed and commented on RMBS/Monoline waterfall |
| 04/04/2013 | Karn S. Chopra | 3.5 | 7 | Reviewed RMBS/Monoline term sheet |
| 04/04/2013 | Karn S. Chopra | 1.0 | 7 | Reviwed settlement proposal |
| 04/04/2013 | Karn S. Chopra | 2.5 | 11 | Internal meeting to discuss RMBS/Monoline term sheet |
| 04/04/2013 | Marc D. Puntus | 2.5 | 3 | Call with various JSB noteholders regarding plan negotiations |
| 04/04/2013 | Marc D. Puntus | 0.5 | 7 | Call with Blackstone regarding term sheet waterfall |
| 04/04/2013 | Marc D. Puntus | 2.0 | 7 | Reviewed and commented on RMBS/Monoline waterfall |
| 04/04/2013 | Marc D. Puntus | 3.5 | 7 | Reviewed RMBS/Monoline term sheet |
| 04/04/2013 | Marc D. Puntus | 1.0 | 7 | Reviwed settlement proposal |
| 04/04/2013 | Marc D. Puntus | 2.5 | 11 | Internal meeting to discuss RMBS/Monoline term sheet |
| 04/04/2013 | Ryan Kielty | 2.5 | 3 | Call with various JSB noteholders regarding plan negotiations |
| 04/04/2013 | Ryan Kielty | 0.5 | 7 | Call with Blackstone regarding term sheet waterfall |
| 04/04/2013 | Ryan Kielty | 2.0 | 7 | Reviewed and commented on RMBS/Monoline waterfall |
| 04/04/2013 | Ryan Kielty | 3.5 | 7 | Reviewed RMBS/Monoline term sheet |
| 04/04/2013 | Ryan Kielty | 1.0 | 7 | Reviwed settlement proposal |
| 04/04/2013 | Ryan Kielty | 2.5 | 11 | Internal meeting to discuss RMBS/Monoline term sheet |
| 04/03/2013 | Benjamin H. Weingarten | 1.0 | 1 | Edited Puntus Cash Collateral Declaration |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 04/03/2013 | Benjamin H. Weingarten | 2.0 | 2 | True-up data tape work |
| 04/03/2013 | Jonathan R. Mattern | 2.0 | 2 | True-up data tape work |
| 04/03/2013 | Karn S. Chopra | 1.0 | 2 | Call with Berkshire to finalize negotiations |
| 04/03/2013 | Karn S. Chopra | 1.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/03/2013 | Karn S. Chopra | 1.5 | 4 | Drafted slides for Board update call |
| 04/03/2013 | Karn S. Chopra | 2.5 | 5 | Reviewed updated expense allocation analysis |
| 04/03/2013 | Marc D. Puntus | 1.0 | 2 | Call with Berkshire to finalize negotiations |
| 04/03/2013 | Marc D. Puntus | 1.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/03/2013 | Marc D. Puntus | 2.5 | 5 | Reviewed updated expense allocation analysis |
| 04/03/2013 | Ryan Kielty | 1.0 | 2 | Call with Berkshire to finalize negotiations |
| 04/03/2013 | Ryan Kielty | 1.5 | 4 | Call to discuss revised expense allocation analysis |
| 04/03/2013 | Ryan Kielty | 2.5 | 5 | Reviewed updated expense allocation analysis |
| 04/02/2013 | Benjamin H. Weingarten | 2.5 | 1 | Assembled documents on RMBS settlement for team |
| 04/02/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Company in data tape analysis |
| 04/02/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted Company in data tape analysis |
| 04/02/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss Berkshire settlement |
| 04/02/2013 | Karn S. Chopra | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/02/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss Berkshire settlement |
| 04/02/2013 | Marc D. Puntus | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/02/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss Berkshire settlement |
| 04/02/2013 | Ryan Kielty | 0.5 | 4 | Participated in bi-weekly call with management |
| 04/01/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-up data tape work |
| 04/01/2013 | Jonathan R. Mattern | 1.0 | 2 | True-up data tape work |
| 04/01/2013 | Karn S. Chopra | 1.5 | 2 | Call with Berkshire to negotiate settlement |
| 04/01/2013 | Karn S. Chopra | 2.0 | 2 | Calls with UCC about proposed settlement with Berkshire |
| 04/01/2013 | Karn S. Chopra | 3.5 | 2 | Prepared analysis summarizing potential Berkshire settlement alternatives |
| 04/01/2013 | Marc D. Puntus | 1.5 | 2 | Call with Berkshire to negotiate settlement |
| 04/01/2013 | Marc D. Puntus | 2.0 | 2 | Calls with UCC about proposed settlement with Berkshire |
| 04/01/2013 | Ryan Kielty | 1.5 | 2 | Call with Berkshire to negotiate settlement |
| 04/01/2013 | Ryan Kielty | 2.0 | 2 | Calls with UCC about proposed settlement with Berkshire |
| 03/31/2013 | Benjamin H. Weingarten | 1.0 | 7 | Review updated expense allocation analysis |
| 03/31/2013 | Jonathan R. Mattern | 1.0 | 7 | Review updated expense allocation analysis |
| 03/31/2013 | Karn S. Chopra | 1.0 | 7 | Review updated expense allocation analysis |
| 03/31/2013 | Ryan Kielty | 1.0 | 7 | Review updated expense allocation analysis |
| 03/30/2013 | Jonathan R. Mattern | 4.0 | 1 | Timesheet preparation |
| 03/30/2013 | Jonathan R. Mattern | 3.0 | 2 | True up work on advances |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/29/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review purchase price true up analysis |
| 03/29/2013 | Benjamin H. Weingarten | 1.0 | 4 | Board call |
| 03/29/2013 | Jonathan R. Mattern | 1.0 | 2 | Review purchase price true up analysis |
| 03/29/2013 | Jonathan R. Mattern | 1.0 | 4 | Board call |
| 03/29/2013 | Karn S. Chopra | 1.0 | 2 | Review purchase price true up analysis |
| 03/29/2013 | Karn S. Chopra | 1.0 | 4 | Board call |
| 03/29/2013 | Marc D. Puntus | 1.0 | 2 | Review purchase price true up analysis |
| 03/29/2013 | Marc D. Puntus | 1.0 | 4 | Board call |
| 03/29/2013 | Ryan Kielty | 1.0 | 2 | Review purchase price true up analysis |
| 03/29/2013 | Ryan Kielty | 1.0 | 4 | Board call |
| 03/28/2013 | Benjamin H. Weingarten | 2.0 | 2 | True up tape work |
| 03/28/2013 | Jonathan R. Mattern | 2.0 | 2 | True up tape work |
| 03/28/2013 | Karn S. Chopra | 0.5 | 2 | Internal call to discuss Syncora sale process |
| 03/28/2013 | Karn S. Chopra | 2.0 | 5 | Review updated expense allocation methodology |
| 03/28/2013 | Marc D. Puntus | 0.5 | 2 | Internal call to discuss Syncora sale process |
| 03/28/2013 | Marc D. Puntus | 2.0 | 5 | Review updated expense allocation methodology |
| 03/28/2013 | Ryan Kielty | 0.5 | 2 | Internal call to discuss Syncora sale process |
| 03/28/2013 | Ryan Kielty | 2.0 | 5 | Review updated expense allocation methodology |
| 03/27/2013 | Benjamin H. Weingarten | 5.0 | 1 | Timesheet preparation |
| 03/27/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared purchase price analysis for the Company |
| 03/27/2013 | Benjamin H. Weingarten | 1.0 | 11 | Review revised cash collateral motion |
| 03/27/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared purchase price analysis for the Company |
| 03/27/2013 | Jonathan R. Mattern | 1.0 | 11 | Review revised cash collateral motion |
| 03/27/2013 | Karn S. Chopra | 1.0 | 11 | Review revised cash collateral motion |
| 03/27/2013 | Marc D. Puntus | 1.0 | 11 | Review revised cash collateral motion |
| 03/27/2013 | Ryan Kielty | 1.0 | 11 | Review revised cash collateral motion |
| 03/26/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared purchase price analysis for JSBs |
| 03/26/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared purchase price analysis for JSBs |
| 03/26/2013 | Karn S. Chopra | 1.0 | 2 | Call with buyers to discuss sale process to sell Syncora MSR and advances |
| 03/26/2013 | Marc D. Puntus | 1.0 | 2 | Call with buyers to discuss sale process to sell Syncora MSR and advances |
| 03/26/2013 | Ryan Kielty | 1.0 | 2 | Call with buyers to discuss sale process to sell Syncora MSR and advances |
| 03/26/2013 | Ryan Kielty | 1.0 | 2 | Prepared purchase price analysis for JSBs |
| 03/25/2013 | Benjamin H. Weingarten | 2.0 | 2 | True up tape work |
| 03/25/2013 | Jonathan R. Mattern | 2.0 | 2 | True up tape work |
| 03/25/2013 | Karn S. Chopra | 1.5 | 11 | Call to discuss JSB collateral |
| 03/25/2013 | Marc D. Puntus | 1.5 | 11 | Call to discuss JSB collateral |
| 03/25/2013 | Ryan Kielty | 1.5 | 11 | Call to discuss JSB collateral |
| 03/22/2013 | Benjamin H. Weingarten | 1.5 | 2 | Performed purchase price analysis for co-advisor |
| 03/22/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared preliminary Walter true-up schedule |
| 03/22/2013 | Benjamin H. Weingarten | 1.5 | 2 | True up tape work |
| 03/22/2013 | Jonathan R. Mattern | 1.5 | 2 | Performed purchase price analysis for co-advisor |

**Centerview Partners LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/22/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared preliminary Walter true-up schedule |
| 03/22/2013 | Jonathan R. Mattern | 1.5 | 2 | True up tape work |
| 03/22/2013 | Ryan Kielty | 1.5 | 2 | Performed purchase price analysis for co-advisor |
| 03/22/2013 | Ryan Kielty | 1.0 | 2 | Prepared preliminary Walter true-up schedule |
| 03/21/2013 | Benjamin H. Weingarten | 2.0 | 2 | True up tape work |
| 03/21/2013 | Jonathan R. Mattern | 2.0 | 2 | True up tape work |
| 03/21/2013 | Karn S. Chopra | 0.5 | 3 | Call with JSB advisors to discuss their updated waterfall |
| 03/21/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss their updated waterfall |
| 03/21/2013 | Karn S. Chopra | 1.0 | 5 | Call to discuss components of expense allocation |
| 03/21/2013 | Karn S. Chopra | 1.0 | 5 | Provided comments un updated expense allocation methodology |
| 03/21/2013 | Karn S. Chopra | 0.5 | 7 | Call to discuss waterfall scenarios |
| 03/21/2013 | Marc D. Puntus | 0.5 | 3 | Call with JSB advisors to discuss their updated waterfall |
| 03/21/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to discuss their updated waterfall |
| 03/21/2013 | Marc D. Puntus | 1.0 | 5 | Call to discuss components of expense allocation |
| 03/21/2013 | Marc D. Puntus | 1.0 | 5 | Provided comments un updated expense allocation methodology |
| 03/21/2013 | Marc D. Puntus | 0.5 | 7 | Call to discuss waterfall scenarios |
| 03/21/2013 | Ryan Kielty | 0.5 | 3 | Call with JSB advisors to discuss their updated waterfall |
| 03/21/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss their updated waterfall |
| 03/21/2013 | Ryan Kielty | 1.0 | 5 | Call to discuss components of expense allocation |
| 03/21/2013 | Ryan Kielty | 1.0 | 5 | Provided comments un updated expense allocation methodology |
| 03/21/2013 | Ryan Kielty | 0.5 | 7 | Call to discuss waterfall scenarios |
| 03/20/2013 | Benjamin H. Weingarten | 0.5 | 1 | Dataroom work |
| 03/20/2013 | Benjamin H. Weingarten | 2.0 | 2 | True up tape work |
| 03/20/2013 | Jonathan R. Mattern | 0.5 | 1 | Dataroom work |
| 03/20/2013 | Jonathan R. Mattern | 2.0 | 2 | True up tape work |
| 03/20/2013 | Karn S. Chopra | 4.5 | 3 | Participated in meeting with UCC and various related follow-up meetings |
| 03/20/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss examiner requests |
| 03/20/2013 | Karn S. Chopra | 0.5 | 11 | Call with MoFo to discuss discovery requests |
| 03/20/2013 | Marc D. Puntus | 4.5 | 3 | Participated in meeting with UCC and various related follow-up meetings |
| 03/20/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss examiner requests |
| 03/20/2013 | Marc D. Puntus | 0.5 | 11 | Call with MoFo to discuss discovery requests |
| 03/20/2013 | Ryan Kielty | 4.5 | 3 | Participated in meeting with UCC and various related follow-up meetings |
| 03/20/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss examiner requests |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/20/2013 | Ryan Kielty | 0.5 | 11 | Call with MoFo to discuss discovery requests |
| 03/19/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call regarding whole loan tape tape reconciliation |
| 03/19/2013 | Benjamin H. Weingarten | 2.5 | 2 | True up tape work |
| 03/19/2013 | Jonathan R. Mattern | 1.0 | 2 | Call regarding whole loan tape tape reconciliation |
| 03/19/2013 | Jonathan R. Mattern | 2.5 | 2 | True up tape work |
| 03/19/2013 | Karn S. Chopra | 3.0 | 4 | Dry run of presentation for UCC |
| 03/19/2013 | Karn S. Chopra | 1.0 | 4 | Participated in weekly estate call |
| 03/19/2013 | Karn S. Chopra | 3.5 | 11 | Reviewed AFI/JSB intercreditor agreement |
| 03/19/2013 | Marc D. Puntus | 1.0 | 4 | Participated in weekly estate call |
| 03/19/2013 | Marc D. Puntus | 3.5 | 11 | Reviewed AFI/JSB intercreditor agreement |
| 03/19/2013 | Ryan Kielty | 1.0 | 2 | Call regarding whole loan tape tape reconciliation |
| 03/19/2013 | Ryan Kielty | 1.0 | 4 | Participated in weekly estate call |
| 03/19/2013 | Ryan Kielty | 3.5 | 11 | Reviewed AFI/JSB intercreditor agreement |
| 03/18/2013 | Benjamin H. Weingarten | 1.0 | 11 | Review draft JSB prepayment analysis |
| 03/18/2013 | Jonathan R. Mattern | 1.0 | 11 | Review draft JSB prepayment analysis |
| 03/18/2013 | Karn S. Chopra | 2.0 | 2 | Call to discuss AMBAC trigger deals |
| 03/18/2013 | Karn S. Chopra | 1.5 | 2 | Review analysis of sale options for AMBAC trigger deals |
| 03/18/2013 | Karn S. Chopra | 1.0 | 7 | Preparatory call to prepare for meeting with Judge Peck |
| 03/18/2013 | Karn S. Chopra | 1.5 | 11 | Call to discuss anlaysis on JSB paydown |
| 03/18/2013 | Karn S. Chopra | 1.0 | 11 | Review draft JSB prepayment analysis |
| 03/18/2013 | Marc D. Puntus | 2.0 | 2 | Call to discuss AMBAC trigger deals |
| 03/18/2013 | Marc D. Puntus | 1.5 | 2 | Review analysis of sale options for AMBAC trigger deals |
| 03/18/2013 | Marc D. Puntus | 1.0 | 7 | Preparatory call to prepare for meeting with Judge Peck |
| 03/18/2013 | Marc D. Puntus | 1.5 | 11 | Call to discuss anlaysis on JSB paydown |
| 03/18/2013 | Marc D. Puntus | 1.0 | 11 | Review draft JSB prepayment analysis |
| 03/18/2013 | Ryan Kielty | 2.0 | 2 | Call to discuss AMBAC trigger deals |
| 03/18/2013 | Ryan Kielty | 1.5 | 2 | Review analysis of sale options for AMBAC trigger deals |
| 03/18/2013 | Ryan Kielty | 1.0 | 7 | Preparatory call to prepare for meeting with Judge Peck |
| 03/18/2013 | Ryan Kielty | 1.5 | 11 | Call to discuss anlaysis on JSB paydown |
| 03/18/2013 | Ryan Kielty | 1.0 | 11 | Review draft JSB prepayment analysis |
| 03/15/2013 | Benjamin H. Weingarten | 3.0 | 4 | Board call |
| 03/15/2013 | Jonathan R. Mattern | 3.0 | 4 | Board call |
| 03/15/2013 | Karn S. Chopra | 3.0 | 4 | Board call |
| 03/15/2013 | Marc D. Puntus | 3.0 | 4 | Board call |
| 03/15/2013 | Ryan Kielty | 3.0 | 4 | Board call |
| 03/14/2013 | Benjamin H. Weingarten | 1.0 | 5 | Call to discuss revised expense allocation methodology |
| 03/14/2013 | Jonathan R. Mattern | 1.0 | 5 | Call to discuss revised expense allocation methodology |
| 03/14/2013 | Karn S. Chopra | 0.5 | 4 | Prepared materials for board meeting |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/14/2013 | Karn S. Chopra | 1.0 | 5 | Call to discuss revised expense allocation methodology |
| 03/14/2013 | Karn S. Chopra | 2.0 | 5 | Call with UCC advisors about expense allocation methodology |
| 03/14/2013 | Karn S. Chopra | 3.5 | 11 | Updated anlaysis on JSB collateral position |
| 03/14/2013 | Marc D. Puntus | 1.0 | 5 | Call to discuss revised expense allocation methodology |
| 03/14/2013 | Marc D. Puntus | 2.0 | 5 | Call with UCC advisors about expense allocation methodology |
| 03/14/2013 | Ryan Kielty | 1.0 | 5 | Call to discuss revised expense allocation methodology |
| 03/14/2013 | Ryan Kielty | 2.0 | 5 | Call with UCC advisors about expense allocation methodology |
| 03/14/2013 | Ryan Kielty | 3.5 | 11 | Updated anlaysis on JSB collateral position |
| 03/13/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assisted co-advisor with Whole Loan portfolio inquiry |
| 03/13/2013 | Karn S. Chopra | 1.5 | 2 | Call with Syncora to discuss sale process for their MSR |
| 03/13/2013 | Karn S. Chopra | 1.5 | 3 | Call with Houlihan to discuss follow up to their collateral presentation |
| 03/13/2013 | Karn S. Chopra | 1.0 | 4 | Participated in weekly estate call |
| 03/13/2013 | Karn S. Chopra | 1.0 | 11 | Call to discuss materials for examiner regarding FNMA settlement |
| 03/13/2013 | Marc D. Puntus | 1.5 | 2 | Call with Syncora to discuss sale process for their MSR |
| 03/13/2013 | Marc D. Puntus | 1.5 | 3 | Call with Houlihan to discuss follow up to their collateral presentation |
| 03/13/2013 | Marc D. Puntus | 1.0 | 4 | Participated in weekly estate call |
| 03/13/2013 | Marc D. Puntus | 1.0 | 11 | Call to discuss materials for examiner regarding FNMA settlement |
| 03/13/2013 | Ryan Kielty | 1.5 | 2 | Call with Syncora to discuss sale process for their MSR |
| 03/13/2013 | Ryan Kielty | 1.5 | 3 | Call with Houlihan to discuss follow up to their collateral presentation |
| 03/13/2013 | Ryan Kielty | 1.0 | 4 | Participated in weekly estate call |
| 03/13/2013 | Ryan Kielty | 1.0 | 11 | Call to discuss materials for examiner regarding FNMA settlement |
| 03/12/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assisted Berkshire with Whole Loan portfolio diligence |
| 03/12/2013 | Benjamin H. Weingarten | 1.5 | 2 | Work regarding sale of cure objection-related assets |
| 03/12/2013 | Jonathan R. Mattern | 2.0 | 1 | Finalized Interim Fee Statement and corresponding schedules |
| 03/12/2013 | Jonathan R. Mattern | 1.5 | 2 | Work regarding sale of cure objection-related assets |
| 03/12/2013 | Karn S. Chopra | 1.0 | 2 | Call with Berkshire to discuss purchase price adjustment |
| 03/12/2013 | Karn S. Chopra | 3.0 | 3 | Meeting with JSBs advisors to discuss their view of JSB collateral position |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/12/2013 | Karn S. Chopra | 3.5 | 3 | Meeting with UCC to discuss their view of JSB collateral position |
| 03/12/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss wind down budget |
| 03/12/2013 | Karn S. Chopra | 1.5 | 4 | Follow up meeting to discuss prior meetings with UCC and JSB advisors |
| 03/12/2013 | Karn S. Chopra | 0.5 | 5 | Call to discuss expense allocation methodology |
| 03/12/2013 | Marc D. Puntus | 1.0 | 2 | Call with Berkshire to discuss purchase price adjustment |
| 03/12/2013 | Marc D. Puntus | 3.0 | 3 | Meeting with JSBs advisors to discuss their view of JSB collateral position |
| 03/12/2013 | Marc D. Puntus | 3.5 | 3 | Meeting with UCC to discuss their view of JSB collateral position |
| 03/12/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss wind down budget |
| 03/12/2013 | Marc D. Puntus | 1.5 | 4 | Follow up meeting to discuss prior meetings with UCC and JSB advisors |
| 03/12/2013 | Marc D. Puntus | 0.5 | 5 | Call to discuss expense allocation methodology |
| 03/12/2013 | Ryan Kielty | 2.0 | 1 | Finalized Interim Fee Statement and corresponding schedules |
| 03/12/2013 | Ryan Kielty | 1.0 | 2 | Call with Berkshire to discuss purchase price adjustment |
| 03/12/2013 | Ryan Kielty | 3.0 | 3 | Meeting with JSBs advisors to discuss their view of JSB collateral position |
| 03/12/2013 | Ryan Kielty | 3.5 | 3 | Meeting with UCC to discuss their view of JSB collateral position |
| 03/12/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss wind down budget |
| 03/12/2013 | Ryan Kielty | 1.5 | 4 | Follow up meeting to discuss prior meetings with UCC and JSB advisors |
| 03/12/2013 | Ryan Kielty | 0.5 | 5 | Call to discuss expense allocation methodology |
| 03/11/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted UCC with question regarding sale of facilities under Platform APA |
| 03/11/2013 | Benjamin H. Weingarten | 1.5 | 2 | Work regarding sale of cure objection-related assets |
| 03/11/2013 | Benjamin H. Weingarten | 0.5 | 11 | Prepared collateral analysis |
| 03/11/2013 | Jonathan R. Mattern | 1.5 | 2 | Work regarding sale of cure objection-related assets |
| 03/11/2013 | Karn S. Chopra | 2.0 | 11 | Meeting with debtor professionals to discuss JSB collateral position |
| 03/11/2013 | Karn S. Chopra | 5.0 | 11 | Reviewed and updated slides regarding JSB collateral position |
| 03/11/2013 | Marc D. Puntus | 2.0 | 11 | Meeting with debtor professionals to discuss JSB collateral position |
| 03/11/2013 | Ryan Kielty | 2.0 | 11 | Meeting with debtor professionals to discuss JSB collateral position |
| 03/08/2013 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 03/08/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/08/2013 | Benjamin H. Weingarten | 1.0 | 3 | Call with the UCC regarding waterfall |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/08/2013 | Benjamin H. Weingarten | 1.5 | 4 | Board call |
| 03/08/2013 | Benjamin H. Weingarten | 1.0 | 7 | Reviewed waterfall deck |
| 03/08/2013 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 03/08/2013 | Jonathan R. Mattern | 1.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/08/2013 | Jonathan R. Mattern | 1.0 | 3 | Call with the UCC regarding waterfall |
| 03/08/2013 | Jonathan R. Mattern | 1.5 | 4 | Board call |
| 03/08/2013 | Jonathan R. Mattern | 1.0 | 7 | Reviewed waterfall deck |
| 03/08/2013 | Karn S. Chopra | 1.0 | 3 | Call with the UCC regarding waterfall |
| 03/08/2013 | Karn S. Chopra | 2.0 | 3 | Meeting with member of JSB ad-hoc group to discuss case dynamics and next steps |
| 03/08/2013 | Karn S. Chopra | 1.5 | 4 | Board call |
| 03/08/2013 | Karn S. Chopra | 1.0 | 7 | Reviewed waterfall deck |
| 03/08/2013 | Karn S. Chopra | 2.5 | 11 | Internal call to discuss JSB post-petition interest argument |
| 03/08/2013 | Marc D. Puntus | 1.0 | 3 | Call with the UCC regarding waterfall |
| 03/08/2013 | Marc D. Puntus | 2.0 | 3 | Meeting with member of JSB ad-hoc group to discuss case dynamics and next steps |
| 03/08/2013 | Marc D. Puntus | 1.5 | 4 | Board call |
| 03/08/2013 | Marc D. Puntus | 1.0 | 7 | Reviewed waterfall deck |
| 03/08/2013 | Marc D. Puntus | 2.5 | 11 | Internal call to discuss JSB post-petition interest argument |
| 03/08/2013 | Ryan Kielty | 1.0 | 3 | Call with the UCC regarding waterfall |
| 03/08/2013 | Ryan Kielty | 2.0 | 3 | Meeting with member of JSB ad-hoc group to discuss case dynamics and next steps |
| 03/08/2013 | Ryan Kielty | 1.5 | 4 | Board call |
| 03/08/2013 | Ryan Kielty | 1.0 | 7 | Reviewed waterfall deck |
| 03/08/2013 | Ryan Kielty | 2.5 | 11 | Internal call to discuss JSB post-petition interest argument |
| 03/07/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/07/2013 | Jonathan R. Mattern | 1.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/07/2013 | Karn S. Chopra | 1.0 | 4 | Prepared slides for weekly board call |
| 03/07/2013 | Karn S. Chopra | 2.5 | 5 | Reviewed expense allocation methodology regarding cash collateral negotiations |
| 03/07/2013 | Karn S. Chopra | 1.5 | 11 | Internal meeting to discuss expense allocation methodology |
| 03/07/2013 | Marc D. Puntus | 2.5 | 5 | Reviewed expense allocation methodology regarding cash collateral negotiations |
| 03/07/2013 | Marc D. Puntus | 1.5 | 11 | Internal meeting to discuss expense allocation methodology |
| 03/07/2013 | Ryan Kielty | 2.5 | 5 | Reviewed expense allocation methodology regarding cash collateral negotiations |
| 03/07/2013 | Ryan Kielty | 1.5 | 11 | Internal meeting to discuss expense allocation methodology |
| 03/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work regarding sale of cure objection-related assets |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/06/2013 | Benjamin H. Weingarten | 2.0 | 7 | Assisted in drafting of continued use of cash collateral motion, declaration and order |
| 03/06/2013 | Jonathan R. Mattern | 3.0 | 1 | Worked on Interim Fee Statement |
| 03/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/06/2013 | Karn S. Chopra | 1.5 | 2 | Call with Ally advisors to discuss FHA loan sale |
| 03/06/2013 | Karn S. Chopra | 3.5 | 4 | Call with management to discuss examiner requests and next steps |
| 03/06/2013 | Karn S. Chopra | 2.0 | 4 | Participated in weekly estate call |
| 03/06/2013 | Marc D. Puntus | 1.5 | 2 | Call with Ally advisors to discuss FHA loan sale |
| 03/06/2013 | Marc D. Puntus | 3.5 | 4 | Call with management to discuss examiner requests and next steps |
| 03/06/2013 | Marc D. Puntus | 2.0 | 4 | Participated in weekly estate call |
| 03/06/2013 | Ryan Kielty | 1.5 | 2 | Call with Ally advisors to discuss FHA loan sale |
| 03/06/2013 | Ryan Kielty | 3.5 | 4 | Call with management to discuss examiner requests and next steps |
| 03/06/2013 | Ryan Kielty | 2.0 | 4 | Participated in weekly estate call |
| 03/05/2013 | Benjamin H. Weingarten | 1.0 | 1 | Call with co-advisor regarding dataroom cleanup |
| 03/05/2013 | Benjamin H. Weingarten | 3.0 | 2 | Work regarding sale of cure objection-related assets |
| 03/05/2013 | Jonathan R. Mattern | 1.0 | 1 | Call with co-advisor regarding dataroom cleanup |
| 03/05/2013 | Karn S. Chopra | 4.5 | 1 | Attended ResCap hearing |
| 03/05/2013 | Marc D. Puntus | 4.5 | 1 | Attended ResCap hearing |
| 03/05/2013 | Ryan Kielty | 4.5 | 1 | Attended ResCap hearing |
| 03/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted the Company with questions regarding Platform purchase price |
| 03/04/2013 | Benjamin H. Weingarten | 2.5 | 2 | Internal meeting to discuss purchase price adjustment with Berkshire |
| 03/04/2013 | Jonathan R. Mattern | 3.0 | 1 | Worked on Interim Fee Statement |
| 03/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted the Company with questions regarding Platform purchase price |
| 03/04/2013 | Karn S. Chopra | 2.5 | 2 | Internal meeting to discuss purchase price adjustment with Berkshire |
| 03/04/2013 | Karn S. Chopra | 3.5 | 2 | Prepare analysis to summarize difference in viewpoints on purchase price adjustment |
| 03/04/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss purchase price adjustment with Berkshire |
| 03/04/2013 | Marc D. Puntus | 2.5 | 2 | Internal meeting to discuss purchase price adjustment with Berkshire |
| 03/04/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss purchase price adjustment with Berkshire |
| 03/04/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss purchase price adjustment with Berkshire |
| 03/02/2013 | Karn S. Chopra | 0.5 | 2 | Call with management to discuss potential FHA loan sale |
| 03/02/2013 | Marc D. Puntus | 0.5 | 2 | Call with management to discuss potential FHA loan sale |
| 03/02/2013 | Ryan Kielty | 0.5 | 2 | Call with management to discuss potential FHA loan sale |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 03/01/2013 | Benjamin H. Weingarten | 1.5 | 1 | Dataroom work |
| 03/01/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Ocwen with due diligence regarding servicing agreements |
| 03/01/2013 | Benjamin H. Weingarten | 1.5 | 4 | Board call |
| 03/01/2013 | Jonathan R. Mattern | 1.5 | 1 | Dataroom work |
| 03/01/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted Ocwen with due diligence regarding servicing agreements |
| 03/01/2013 | Jonathan R. Mattern | 1.5 | 4 | Board call |
| 03/01/2013 | Karn S. Chopra | 1.5 | 4 | Board call |
| 03/01/2013 | Karn S. Chopra | 1.0 | 4 | Prepare materials for weekly board call |
| 03/01/2013 | Marc D. Puntus | 1.5 | 4 | Board call |
| 03/01/2013 | Ryan Kielty | 1.5 | 4 | Board call |
| 02/28/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assist Company with SoPAAL diligence |
| 02/28/2013 | Benjamin H. Weingarten | 1.0 | 2 | Berkshire true-up work |
| 02/28/2013 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 02/28/2013 | Jonathan R. Mattern | 1.0 | 2 | Assist Company with SoPAAL diligence |
| 02/28/2013 | Jonathan R. Mattern | 1.0 | 2 | Berkshire true-up work |
| 02/28/2013 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 02/28/2013 | Karn S. Chopra | 1.0 | 2 | Call with Berkshire Hathaway to discuss true-up dispute |
| 02/28/2013 | Karn S. Chopra | 1.5 | 11 | Internal call to discuss strategy regarding Berkshire Hathaway true-up dispute |
| 02/28/2013 | Marc D. Puntus | 1.0 | 2 | Call with Berkshire Hathaway to discuss true-up dispute |
| 02/28/2013 | Marc D. Puntus | 1.5 | 11 | Internal call to discuss strategy regarding Berkshire Hathaway true-up dispute |
| 02/28/2013 | Ryan Kielty | 1.0 | 2 | Call with Berkshire Hathaway to discuss true-up dispute |
| 02/28/2013 | Ryan Kielty | 1.5 | 11 | Internal call to discuss strategy regarding Berkshire Hathaway true-up dispute |
| 02/27/2013 | Benjamin H. Weingarten | 1.0 | 2 | Berkshire true-up work |
| 02/27/2013 | Jonathan R. Mattern | 1.0 | 2 | Berkshire true-up work |
| 02/27/2013 | Jonathan R. Mattern | 1.0 | 2 | Performed various UCC diligence requests |
| 02/27/2013 | Karn S. Chopra | 0.5 | 4 | Bi-weekly update call with management |
| 02/27/2013 | Marc D. Puntus | 0.5 | 4 | Bi-weekly update call with management |
| 02/27/2013 | Ryan Kielty | 0.5 | 4 | Bi-weekly update call with management |
| 02/26/2013 | Benjamin H. Weingarten | 5.0 | 1 | Timesheet work |
| 02/26/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with JSB advisors regarding Ocwen sale |
| 02/26/2013 | Benjamin H. Weingarten | 2.0 | 11 | Work on JSB collateral analysis |
| 02/26/2013 | Jonathan R. Mattern | 1.5 | 1 | Worked on Interim Fee Application |
| 02/26/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with JSB advisors regarding Ocwen sale |
| 02/26/2013 | Jonathan R. Mattern | 2.0 | 11 | Work on JSB collateral analysis |
| 02/26/2013 | Karn S. Chopra | 0.5 | 2 | Call with JSB advisors regarding Ocwen sale |
| 02/26/2013 | Ryan Kielty | 1.5 | 1 | Worked on Interim Fee Application |
| 02/26/2013 | Ryan Kielty | 0.5 | 2 | Call with JSB advisors regarding Ocwen sale |
| 02/25/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company regarding data tapes |
| 02/25/2013 | Benjamin H. Weingarten | 1.5 | 2 | Cure objection status update call with co-advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/25/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with the Company regarding data tapes |
| 02/25/2013 | Jonathan R. Mattern | 1.5 | 2 | Cure objection status update call with co-advisors |
| 02/25/2013 | Jonathan R. Mattern | 2.0 | 2 | Update FGIC purchase price impact analyis |
| 02/25/2013 | Karn S. Chopra | 1.5 | 2 | Cure objection status update call with co-advisors |
| 02/25/2013 | Ryan Kielty | 0.5 | 2 | Call with the Company regarding data tapes |
| 02/25/2013 | Ryan Kielty | 1.5 | 2 | Cure objection status update call with co-advisors |
| 02/23/2013 | Benjamin H. Weingarten | 2.0 | 11 | Work on JSB collateral analysis |
| 02/22/2013 | Benjamin H. Weingarten | 8.0 | 11 | Work on JSB collateral analysis |
| 02/21/2013 | Benjamin H. Weingarten | 5.0 | 11 | Work on JSB collateral analysis |
| 02/21/2013 | Karn S. Chopra | 1.5 | 7 | Prepared anlaysis of GNMA delivery options |
| 02/20/2013 | Benjamin H. Weingarten | 1.0 | 2 | Calls with co-advisor regarding JSB collateral analysis |
| 02/20/2013 | Benjamin H. Weingarten | 5.0 | 11 | Work on JSB collateral analysis |
| 02/20/2013 | Jonathan R. Mattern | 1.0 | 2 | Calls with co-advisor regarding JSB collateral analysis |
| 02/20/2013 | Karn S. Chopra | 1.0 | 2 | Calls with co-advisor regarding JSB collateral analysis |
| 02/20/2013 | Karn S. Chopra | 0.5 | 4 | Bi-weekly update call with management |
| 02/20/2013 | Karn S. Chopra | 2.5 | 5 | Edited declaration to support non-consensual cash collateral motion |
| 02/20/2013 | Marc D. Puntus | 1.0 | 2 | Calls with co-advisor regarding JSB collateral analysis |
| 02/20/2013 | Marc D. Puntus | 0.5 | 4 | Bi-weekly update call with management |
| 02/20/2013 | Ryan Kielty | 1.0 | 2 | Calls with co-advisor regarding JSB collateral analysis |
| 02/20/2013 | Ryan Kielty | 0.5 | 4 | Bi-weekly update call with management |
| 02/19/2013 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis work |
| 02/19/2013 | Benjamin H. Weingarten | 2.5 | 11 | Work on JSB collateral analysis |
| 02/19/2013 | Jonathan R. Mattern | 2.5 | 11 | Work on JSB collateral analysis |
| 02/19/2013 | Karn S. Chopra | 0.5 | 2 | Call with Ocwen to discuss subsequent MSR sales |
| 02/19/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss delivery of GNMA securities into pools |
| 02/19/2013 | Karn S. Chopra | 4.5 | 11 | Prepared analysis of JSB collateral for internal discussion |
| 02/19/2013 | Marc D. Puntus | 0.5 | 2 | Call with Ocwen to discuss subsequent MSR sales |
| 02/19/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss delivery of GNMA securities into pools |
| 02/19/2013 | Ryan Kielty | 0.5 | 2 | Call with Ocwen to discuss subsequent MSR sales |
| 02/19/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss delivery of GNMA securities into pools |
| 02/19/2013 | Ryan Kielty | 4.5 | 11 | Prepared analysis of JSB collateral for internal discussion |
| 02/15/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assist Ocwen with advance schedule diligence |
| 02/15/2013 | Benjamin H. Weingarten | 2.0 | 2 | Closing calls with co-advisors, the Company and Ocwen and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                  2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/15/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/15/2013 | Benjamin H. Weingarten | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/15/2013 | Jonathan R. Mattern | 0.5 | 2 | Assist Ocwen with advance schedule diligence |
| 02/15/2013 | Jonathan R. Mattern | 2.0 | 2 | Closing calls with co-advisors, the Company and Ocwen and advisors |
| 02/15/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/15/2013 | Jonathan R. Mattern | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/15/2013 | Karn S. Chopra | 2.0 | 2 | Closing calls with co-advisors, the Company and Ocwen and advisors |
| 02/15/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/15/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss Ocwen closing |
| 02/15/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss Ocwen closing |
| 02/15/2013 | Karn S. Chopra | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/15/2013 | Marc D. Puntus | 2.0 | 2 | Closing calls with co-advisors, the Company and Ocwen and advisors |
| 02/15/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to discuss Ocwen closing |
| 02/15/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss Ocwen closing |
| 02/15/2013 | Marc D. Puntus | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/15/2013 | Ryan Kielty | 2.0 | 2 | Closing calls with co-advisors, the Company and Ocwen and advisors |
| 02/15/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/15/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss Ocwen closing |
| 02/15/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss Ocwen closing |
| 02/15/2013 | Ryan Kielty | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/14/2013 | Benjamin H. Weingarten | 1.5 | 2 | Assist co-advisor with purchase price analysis diligence |
| 02/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with UCC regarding purchase price analysis |
| 02/14/2013 | Benjamin H. Weingarten | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |
| 02/14/2013 | Benjamin H. Weingarten | 1.5 | 2 | Data tape review |
| 02/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 02/14/2013 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis work |
| 02/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review flow-of-funds analysis |
| 02/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review revised APA purchase price calculation schedule |
| 02/14/2013 | Benjamin H. Weingarten | 1.5 | 2 | Stratification analysis work for Estate subserviced loans |
| 02/14/2013 | Benjamin H. Weingarten | 0.5 | 3 | Discussion regarding Ally PSA with UCC advisors |
| 02/14/2013 | Benjamin H. Weingarten | 1.0 | 4 | Board Meeting / Call |
| 02/14/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with UCC regarding purchase price analysis |
| 02/14/2013 | Jonathan R. Mattern | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |
| 02/14/2013 | Jonathan R. Mattern | 1.5 | 2 | Data tape review |
| 02/14/2013 | Jonathan R. Mattern | 0.5 | 2 | Review flow-of-funds analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/14/2013 | Jonathan R. Mattern | 0.5 | 2 | Review revised APA purchase price calculation schedule |
| 02/14/2013 | Jonathan R. Mattern | 1.0 | 4 | Board Meeting / Call |
| 02/14/2013 | Karn S. Chopra | 0.5 | 2 | Call with JSBs about FHA loan sale options |
| 02/14/2013 | Karn S. Chopra | 0.5 | 2 | Call with Ocwen about last minute sale closing items |
| 02/14/2013 | Karn S. Chopra | 0.5 | 2 | Call with UCC regarding purchase price analysis |
| 02/14/2013 | Karn S. Chopra | 0.5 | 2 | Review flow-of-funds analysis |
| 02/14/2013 | Karn S. Chopra | 1.5 | 3 | Call to discuss Ally PSA and Ally assistance with origination |
| 02/14/2013 | Karn S. Chopra | 0.5 | 3 | Discussion regarding Ally PSA with UCC advisors |
| 02/14/2013 | Karn S. Chopra | 1.0 | 4 | Bi-weekly update call with management |
| 02/14/2013 | Karn S. Chopra | 1.0 | 4 | Board Meeting / Call |
| 02/14/2013 | Karn S. Chopra | 5.0 | 4 | Prepared materials for board meeting |
| 02/14/2013 | Marc D. Puntus | 0.5 | 2 | Call with JSBs about FHA loan sale options |
| 02/14/2013 | Marc D. Puntus | 0.5 | 2 | Call with Ocwen about last minute sale closing items |
| 02/14/2013 | Marc D. Puntus | 1.5 | 3 | Call to discuss Ally PSA and Ally assistance with origination |
| 02/14/2013 | Marc D. Puntus | 0.5 | 3 | Discussion regarding Ally PSA with UCC advisors |
| 02/14/2013 | Marc D. Puntus | 1.0 | 4 | Bi-weekly update call with management |
| 02/14/2013 | Marc D. Puntus | 1.0 | 4 | Board Meeting / Call |
| 02/14/2013 | Ryan Kielty | 1.5 | 2 | Assist co-advisor with purchase price analysis diligence |
| 02/14/2013 | Ryan Kielty | 0.5 | 2 | Call with JSBs about FHA loan sale options |
| 02/14/2013 | Ryan Kielty | 0.5 | 2 | Call with Ocwen about last minute sale closing items |
| 02/14/2013 | Ryan Kielty | 0.5 | 2 | Call with UCC regarding purchase price analysis |
| 02/14/2013 | Ryan Kielty | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |
| 02/14/2013 | Ryan Kielty | 1.5 | 2 | Data tape review |
| 02/14/2013 | Ryan Kielty | 0.5 | 2 | Review flow-of-funds analysis |
| 02/14/2013 | Ryan Kielty | 0.5 | 2 | Review revised APA purchase price calculation schedule |
| 02/14/2013 | Ryan Kielty | 1.5 | 3 | Call to discuss Ally PSA and Ally assistance with origination |
| 02/14/2013 | Ryan Kielty | 0.5 | 3 | Discussion regarding Ally PSA with UCC advisors |
| 02/14/2013 | Ryan Kielty | 1.0 | 4 | Bi-weekly update call with management |
| 02/14/2013 | Ryan Kielty | 1.0 | 4 | Board Meeting / Call |
| 02/13/2013 | Benjamin H. Weingarten | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |
| 02/13/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/13/2013 | Benjamin H. Weingarten | 8.0 | 2 | Purchase price analysis work |
| 02/13/2013 | Benjamin H. Weingarten | 0.5 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/13/2013 | Jonathan R. Mattern | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/13/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/13/2013 | Jonathan R. Mattern | 8.0 | 2 | Purchase price analysis work |
| 02/13/2013 | Jonathan R. Mattern | 0.5 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/13/2013 | Karn S. Chopra | 3.0 | 2 | Edited and negotiated Ocwen settlement stipulation |
| 02/13/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/13/2013 | Karn S. Chopra | 1.5 | 3 | Participated in weekly call with UCC |
| 02/13/2013 | Karn S. Chopra | 1.0 | 4 | Call with management regarding Ocwen settlement stipulation |
| 02/13/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss request from SUN's advisors |
| 02/13/2013 | Karn S. Chopra | 0.5 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/13/2013 | Marc D. Puntus | 3.0 | 2 | Edited and negotiated Ocwen settlement stipulation |
| 02/13/2013 | Marc D. Puntus | 1.5 | 3 | Participated in weekly call with UCC |
| 02/13/2013 | Marc D. Puntus | 1.0 | 4 | Call with management regarding Ocwen settlement stipulation |
| 02/13/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss request from SUN's advisors |
| 02/13/2013 | Marc D. Puntus | 0.5 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/13/2013 | Ryan Kielty | 2.0 | 2 | Closing checklist call with co-advisors, the Company and Ocwen and advisors |
| 02/13/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/13/2013 | Ryan Kielty | 1.5 | 3 | Participated in weekly call with UCC |
| 02/13/2013 | Ryan Kielty | 1.0 | 4 | Call with management regarding Ocwen settlement stipulation |
| 02/13/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss request from SUN's advisors |
| 02/13/2013 | Ryan Kielty | 0.5 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/12/2013 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 02/12/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/12/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review flow-of-funds and post-closing adjustments checklist |
| 02/12/2013 | Benjamin H. Weingarten | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/12/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/12/2013 | Jonathan R. Mattern | 0.5 | 2 | Review flow-of-funds and post-closing adjustments checklist |
| 02/12/2013 | Jonathan R. Mattern | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/12/2013 | Karn S. Chopra | 1.0 | 2 | Call with Ally about FHA loan sale options |
| 02/12/2013 | Karn S. Chopra | 1.5 | 2 | Call with Ocwen to finalize settlement |
| 02/12/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/12/2013 | Karn S. Chopra | 0.5 | 2 | Review flow-of-funds and post-closing adjustments checklist |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/12/2013 | Karn S. Chopra | 0.5 | 4 | Bi-weekly update call with management |
| 02/12/2013 | Karn S. Chopra | 3.5 | 5 | Edited draft of non-consensual cash collateral declaration |
| 02/12/2013 | Karn S. Chopra | 2.5 | 6 | Follow-up meeting with CRO to discuss case dynamics and next steps |
| 02/12/2013 | Karn S. Chopra | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/12/2013 | Marc D. Puntus | 1.0 | 2 | Call with Ally about FHA loan sale options |
| 02/12/2013 | Marc D. Puntus | 1.5 | 2 | Call with Ocwen to finalize settlement |
| 02/12/2013 | Marc D. Puntus | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/12/2013 | Marc D. Puntus | 0.5 | 2 | Review flow-of-funds and post-closing adjustments checklist |
| 02/12/2013 | Marc D. Puntus | 0.5 | 4 | Bi-weekly update call with management |
| 02/12/2013 | Marc D. Puntus | 2.5 | 6 | Follow-up meeting with CRO to discuss case dynamics and next steps |
| 02/12/2013 | Marc D. Puntus | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/12/2013 | Ryan Kielty | 1.0 | 2 | Call with Ally about FHA loan sale options |
| 02/12/2013 | Ryan Kielty | 1.5 | 2 | Call with Ocwen to finalize settlement |
| 02/12/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/12/2013 | Ryan Kielty | 0.5 | 2 | Review flow-of-funds and post-closing adjustments checklist |
| 02/12/2013 | Ryan Kielty | 0.5 | 4 | Bi-weekly update call with management |
| 02/12/2013 | Ryan Kielty | 1.0 | 11 | Internal meeting regarding JSB collateral analysis |
| 02/11/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call with co-advisors and the Company regarding Estate-Ocwen subservicing agreement |
| 02/11/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with co-advisors and the Company regarding foreclosure timeline violations |
| 02/11/2013 | Benjamin H. Weingarten | 4.0 | 2 | Closing data tape work |
| 02/11/2013 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed estate subservicing agreement |
| 02/11/2013 | Benjamin H. Weingarten | 1.0 | 2 | Revised closing schedule analysis |
| 02/11/2013 | Benjamin H. Weingarten | 3.0 | 3 | Purchase price analysis for UCC |
| 02/11/2013 | Benjamin H. Weingarten | 0.5 | 11 | Review draft Exclusivity Extension motion |
| 02/11/2013 | Jonathan R. Mattern | 1.5 | 2 | Call with co-advisors and the Company regarding Estate-Ocwen subservicing agreement |
| 02/11/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with co-advisors and the Company regarding foreclosure timeline violations |
| 02/11/2013 | Jonathan R. Mattern | 4.0 | 2 | Closing data tape work |
| 02/11/2013 | Jonathan R. Mattern | 1.0 | 2 | Revised closing schedule analysis |
| 02/11/2013 | Jonathan R. Mattern | 3.0 | 3 | Purchase price analysis for UCC |
| 02/11/2013 | Karn S. Chopra | 1.5 | 2 | Call with co-advisors and the Company regarding Estate-Ocwen subservicing agreement |
| 02/11/2013 | Karn S. Chopra | 1.0 | 2 | Call with co-advisors and the Company regarding foreclosure timeline violations |
| 02/11/2013 | Karn S. Chopra | 2.5 | 2 | Call with Ocwen and UCC to discuss next steps and potential settlement options |
| 02/11/2013 | Karn S. Chopra | 1.0 | 2 | Reviewed estate subservicing agreement |
| 02/11/2013 | Karn S. Chopra | 1.0 | 2 | Revised closing schedule analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/11/2013 | Karn S. Chopra | 1.0 | 4 | Bi-weekly update call with management |
| 02/11/2013 | Karn S. Chopra | 1.5 | 4 | Call to discuss Ocwen's response to latest Debtor proposal |
| 02/11/2013 | Karn S. Chopra | 5.0 | 7 | Meeting with CRO to discuss case dynamics and next steps |
| 02/11/2013 | Karn S. Chopra | 0.5 | 11 | Review draft Exclusivity Extension motion |
| 02/11/2013 | Marc D. Puntus | 1.5 | 2 | Call with co-advisors and the Company regarding Estate-Ocwen subservicing agreement |
| 02/11/2013 | Marc D. Puntus | 1.0 | 2 | Call with co-advisors and the Company regarding foreclosure timeline violations |
| 02/11/2013 | Marc D. Puntus | 2.5 | 2 | Call with Ocwen and UCC to discuss next steps and potential settlement options |
| 02/11/2013 | Marc D. Puntus | 1.0 | 2 | Reviewed estate subservicing agreement |
| 02/11/2013 | Marc D. Puntus | 1.0 | 2 | Revised closing schedule analysis |
| 02/11/2013 | Marc D. Puntus | 1.0 | 4 | Bi-weekly update call with management |
| 02/11/2013 | Marc D. Puntus | 1.5 | 4 | Call to discuss Ocwen's response to latest Debtor proposal |
| 02/11/2013 | Marc D. Puntus | 5.0 | 7 | Meeting with CRO to discuss case dynamics and next steps |
| 02/11/2013 | Marc D. Puntus | 0.5 | 11 | Review draft Exclusivity Extension motion |
| 02/11/2013 | Ryan Kielty | 1.5 | 2 | Call with co-advisors and the Company regarding Estate-Ocwen subservicing agreement |
| 02/11/2013 | Ryan Kielty | 1.0 | 2 | Call with co-advisors and the Company regarding foreclosure timeline violations |
| 02/11/2013 | Ryan Kielty | 2.5 | 2 | Call with Ocwen and UCC to discuss next steps and potential settlement options |
| 02/11/2013 | Ryan Kielty | 1.0 | 2 | Reviewed estate subservicing agreement |
| 02/11/2013 | Ryan Kielty | 1.0 | 2 | Revised closing schedule analysis |
| 02/11/2013 | Ryan Kielty | 1.0 | 4 | Bi-weekly update call with management |
| 02/11/2013 | Ryan Kielty | 1.5 | 4 | Call to discuss Ocwen's response to latest Debtor proposal |
| 02/11/2013 | Ryan Kielty | 0.5 | 11 | Review draft Exclusivity Extension motion |
| 02/10/2013 | Karn S. Chopra | 2.0 | 2 | Call with Ocwen to discuss various settlement options |
| 02/10/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss Ocwen negotiations |
| 02/10/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss Ocwen negotiations |
| 02/10/2013 | Marc D. Puntus | 2.0 | 2 | Call with Ocwen to discuss various settlement options |
| 02/10/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to discuss Ocwen negotiations |
| 02/10/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss Ocwen negotiations |
| 02/10/2013 | Ryan Kielty | 2.0 | 2 | Call with Ocwen to discuss various settlement options |
| 02/10/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss Ocwen negotiations |
| 02/10/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss Ocwen negotiations |

**Centerview Partners LLC**

*Detail Report (by Date)*                                                                                            2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/09/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss documentation of resolution with Ocwen |
| 02/09/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss latest Ocwen proposal |
| 02/09/2013 | Karn S. Chopra | 3.0 | 2 | Call with Ocwen to negotiate FHLMC liabilities |
| 02/09/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss latest Ocwen proposal |
| 02/09/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss documentation of resolution with Ocwen |
| 02/09/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss latest Ocwen proposal |
| 02/09/2013 | Marc D. Puntus | 3.0 | 2 | Call with Ocwen to negotiate FHLMC liabilities |
| 02/09/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss latest Ocwen proposal |
| 02/09/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss documentation of resolution with Ocwen |
| 02/09/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss latest Ocwen proposal |
| 02/09/2013 | Ryan Kielty | 3.0 | 2 | Call with Ocwen to negotiate FHLMC liabilities |
| 02/09/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss latest Ocwen proposal |
| 02/08/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with co-advisors and the Company regarding finalizing tapes |
| 02/08/2013 | Benjamin H. Weingarten | 1.5 | 2 | Deal removal follow-up calls |
| 02/08/2013 | Benjamin H. Weingarten | 1.5 | 2 | Finalize schedules/tapes required for Ocwen sale |
| 02/08/2013 | Benjamin H. Weingarten | 1.5 | 2 | Prepared analysis for UCC on foreclosure timeline violation analysis / negotiations |
| 02/08/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work / review emails regarding subservicing schedules |
| 02/08/2013 | Benjamin H. Weingarten | 2.5 | 3 | Call with UCC to discuss FHLMC liabilities and Ocwen negotiations |
| 02/08/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with co-advisors and the Company regarding finalizing tapes |
| 02/08/2013 | Jonathan R. Mattern | 1.5 | 2 | Deal removal follow-up calls |
| 02/08/2013 | Jonathan R. Mattern | 1.5 | 2 | Finalize schedules/tapes required for Ocwen sale |
| 02/08/2013 | Jonathan R. Mattern | 2.5 | 3 | Call with UCC to discuss FHLMC liabilities and Ocwen negotiations |
| 02/08/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss January remitance required per Berkshire Hathaway APA |
| 02/08/2013 | Karn S. Chopra | 0.5 | 2 | Call with Berkshire Hathaway regarding January remitance |
| 02/08/2013 | Karn S. Chopra | 1.5 | 2 | Finalize schedules/tapes required for Ocwen sale |
| 02/08/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC to discuss FHLMC liabilities and Ocwen negotiations |
| 02/08/2013 | Karn S. Chopra | 3.5 | 3 | Prepare materials for follow up call with UCC re: FHLMC liabilities |
| 02/08/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss January remitance required per Berkshire Hathaway APA |
| 02/08/2013 | Marc D. Puntus | 0.5 | 2 | Call with Berkshire Hathaway regarding January remitance |
| 02/08/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss January remitance required per Berkshire Hathaway APA |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/08/2013 | Ryan Kielty | 0.5 | 2 | Call with Berkshire Hathaway regarding January remitance |
| 02/08/2013 | Ryan Kielty | 1.0 | 2 | Call with co-advisors and the Company regarding finalizing tapes |
| 02/08/2013 | Ryan Kielty | 1.5 | 2 | Deal removal follow-up calls |
| 02/08/2013 | Ryan Kielty | 1.5 | 2 | Finalize schedules/tapes required for Ocwen sale |
| 02/08/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC to discuss FHLMC liabilities and Ocwen negotiations |
| 02/07/2013 | Benjamin H. Weingarten | 2.0 | 2 | Call with Ocwen to discuss differences in projections of FHLMC liabilitiies |
| 02/07/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared closing schedule analysis |
| 02/07/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review advance analysis |
| 02/07/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-up process analysis review |
| 02/07/2013 | Benjamin H. Weingarten | 0.5 | 2 | True-up process Berkshire schedule analysis |
| 02/07/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/07/2013 | Jonathan R. Mattern | 2.0 | 2 | Call with Ocwen to discuss differences in projections of FHLMC liabilitiies |
| 02/07/2013 | Jonathan R. Mattern | 2.0 | 2 | Prepared purchase price build |
| 02/07/2013 | Jonathan R. Mattern | 1.0 | 2 | True-up process analysis review |
| 02/07/2013 | Jonathan R. Mattern | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/07/2013 | Karn S. Chopra | 2.0 | 2 | Call with Ocwen to discuss differences in projections of FHLMC liabilitiies |
| 02/07/2013 | Karn S. Chopra | 1.5 | 2 | Follow-up call to discuss FHA loan sale bids received |
| 02/07/2013 | Karn S. Chopra | 1.0 | 2 | True-up process analysis review |
| 02/07/2013 | Karn S. Chopra | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/07/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss Ally subservicing pricing |
| 02/07/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC and its advisors to discuss Ocwen negotiations |
| 02/07/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC co-chair to discuss Ocwen negotiations |
| 02/07/2013 | Karn S. Chopra | 1.0 | 3 | Call with various creditors to discuss FHA loan sale bids received |
| 02/07/2013 | Karn S. Chopra | 0.5 | 4 | Call to discuss Ally subservicing pricing |
| 02/07/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to provide update on UCC call |
| 02/07/2013 | Karn S. Chopra | 1.5 | 11 | Strategy call to discuss Ocwen negotiations |
| 02/07/2013 | Marc D. Puntus | 1.5 | 2 | Follow-up call to discuss FHA loan sale bids received |
| 02/07/2013 | Marc D. Puntus | 1.0 | 2 | True-up process analysis review |
| 02/07/2013 | Marc D. Puntus | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/07/2013 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to discuss Ally subservicing pricing |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                         2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 02/07/2013 | Marc D. Puntus | 2.5 | 3 | Call with UCC and its advisors to discuss Ocwen negotiations |
| 02/07/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC co-chair to discuss Ocwen negotiations |
| 02/07/2013 | Marc D. Puntus | 1.0 | 3 | Call with various creditors to discuss FHA loan sale bids received |
| 02/07/2013 | Marc D. Puntus | 0.5 | 4 | Call to discuss Ally subservicing pricing |
| 02/07/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to provide update on UCC call |
| 02/07/2013 | Marc D. Puntus | 1.5 | 11 | Strategy call to discuss Ocwen negotiations |
| 02/07/2013 | Ryan Kielty | 2.0 | 2 | Call with Ocwen to discuss differences in projections of FHLMC liabilitiies |
| 02/07/2013 | Ryan Kielty | 1.5 | 2 | Follow-up call to discuss FHA loan sale bids received |
| 02/07/2013 | Ryan Kielty | 1.0 | 2 | True-up process analysis review |
| 02/07/2013 | Ryan Kielty | 0.5 | 2 | True-up process Berkshire schedule analysis |
| 02/07/2013 | Ryan Kielty | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/07/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss Ally subservicing pricing |
| 02/07/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC and its advisors to discuss Ocwen negotiations |
| 02/07/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC co-chair to discuss Ocwen negotiations |
| 02/07/2013 | Ryan Kielty | 1.0 | 3 | Call with various creditors to discuss FHA loan sale bids received |
| 02/07/2013 | Ryan Kielty | 0.5 | 4 | Call to discuss Ally subservicing pricing |
| 02/07/2013 | Ryan Kielty | 0.5 | 4 | Call with management to provide update on UCC call |
| 02/07/2013 | Ryan Kielty | 1.5 | 11 | Strategy call to discuss Ocwen negotiations |
| 02/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with co-advisors and the Company regarding cure objection analysis |
| 02/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with co-advisors on foreclosure timeline violations |
| 02/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with the Company regarding asset schedules |
| 02/06/2013 | Benjamin H. Weingarten | 0.5 | 2 | Cure objection analysis work |
| 02/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/06/2013 | Benjamin H. Weingarten | 2.0 | 2 | Prepare advance analysis |
| 02/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis work |
| 02/06/2013 | Benjamin H. Weingarten | 0.5 | 3 | Call with Ally advisors regarding updated collateral report |
| 02/06/2013 | Benjamin H. Weingarten | 0.5 | 3 | Call with JSB advisors regarding updated collateral report |
| 02/06/2013 | Benjamin H. Weingarten | 0.5 | 3 | Call with UCC advisors regarding updated collateral report |
| 02/06/2013 | Benjamin H. Weingarten | 0.5 | 3 | Review draft collateral analysis |
| 02/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with co-advisors and the Company regarding cure objection analysis |

**Centerview Partners LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 02/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with co-advisors on foreclosure timeline violations |
| 02/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with the Company regarding asset schedules |
| 02/06/2013 | Jonathan R. Mattern | 0.5 | 2 | Cure objection analysis work |
| 02/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/06/2013 | Jonathan R. Mattern | 2.0 | 2 | Prepare advance analysis |
| 02/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Purchase price analysis work |
| 02/06/2013 | Jonathan R. Mattern | 0.5 | 3 | Review draft collateral analysis |
| 02/06/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss FHA loan sale bids received |
| 02/06/2013 | Karn S. Chopra | 3.0 | 2 | Call to discuss Ocwen's projections of FHLMC compensatory fee exposure |
| 02/06/2013 | Karn S. Chopra | 1.0 | 2 | Call with co-advisors and the Company regarding cure objection analysis |
| 02/06/2013 | Karn S. Chopra | 1.0 | 2 | Call with co-advisors on foreclosure timeline violations |
| 02/06/2013 | Karn S. Chopra | 1.0 | 2 | Call with the Company regarding asset schedules |
| 02/06/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/06/2013 | Karn S. Chopra | 2.0 | 2 | Internal meeting to discuss strategy for FHLMC compensatory fee issue |
| 02/06/2013 | Karn S. Chopra | 0.5 | 2 | Read FHLMC compensatory fee section |
| 02/06/2013 | Karn S. Chopra | 1.5 | 2 | Reviewed Ocwen's projections of FHLMC compensatory fee exposure |
| 02/06/2013 | Karn S. Chopra | 0.5 | 3 | Call with Ally advisors regarding updated collateral report |
| 02/06/2013 | Karn S. Chopra | 0.5 | 3 | Call with JSB advisors regarding updated collateral report |
| 02/06/2013 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors regarding updated collateral report |
| 02/06/2013 | Karn S. Chopra | 0.5 | 3 | Review draft collateral analysis |
| 02/06/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to prepare for compensatory fee negotiations with Ocwen |
| 02/06/2013 | Karn S. Chopra | 2.0 | 7 | Calls to discuss 5/13/2013 and 12/31/2012 financials |
| 02/06/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss FHA loan sale bids received |
| 02/06/2013 | Marc D. Puntus | 3.0 | 2 | Call to discuss Ocwen's projections of FHLMC compensatory fee exposure |
| 02/06/2013 | Marc D. Puntus | 1.0 | 2 | Call with the Company regarding asset schedules |
| 02/06/2013 | Marc D. Puntus | 2.0 | 2 | Internal meeting to discuss strategy for FHLMC compensatory fee issue |
| 02/06/2013 | Marc D. Puntus | 0.5 | 2 | Read FHLMC compensatory fee section |
| 02/06/2013 | Marc D. Puntus | 0.5 | 3 | Review draft collateral analysis |
| 02/06/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to prepare for compensatory fee negotiations with Ocwen |
| 02/06/2013 | Marc D. Puntus | 2.0 | 7 | Calls to discuss 5/13/2013 and 12/31/2012 financials |
| 02/06/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss FHA loan sale bids received |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/06/2013 | Ryan Kielty | 3.0 | 2 | Call to discuss Ocwen's projections of FHLMC compensatory fee exposure |
| 02/06/2013 | Ryan Kielty | 1.0 | 2 | Call with co-advisors and the Company regarding cure objection analysis |
| 02/06/2013 | Ryan Kielty | 1.0 | 2 | Call with co-advisors on foreclosure timeline violations |
| 02/06/2013 | Ryan Kielty | 1.0 | 2 | Call with the Company regarding asset schedules |
| 02/06/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/06/2013 | Ryan Kielty | 2.0 | 2 | Internal meeting to discuss strategy for FHLMC compensatory fee issue |
| 02/06/2013 | Ryan Kielty | 0.5 | 3 | Call with Ally advisors regarding updated collateral report |
| 02/06/2013 | Ryan Kielty | 0.5 | 3 | Call with JSB advisors regarding updated collateral report |
| 02/06/2013 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors regarding updated collateral report |
| 02/06/2013 | Ryan Kielty | 0.5 | 3 | Review draft collateral analysis |
| 02/06/2013 | Ryan Kielty | 2.0 | 7 | Calls to discuss 5/13/2013 and 12/31/2012 financials |
| 02/05/2013 | Benjamin H. Weingarten | 1.5 | 2 | Cure objection analysis work |
| 02/05/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review cross-check of loan tapes |
| 02/05/2013 | Benjamin H. Weingarten | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/05/2013 | Benjamin H. Weingarten | 1.0 | 11 | Cash collateral call with co-advisors and the Company |
| 02/05/2013 | Benjamin H. Weingarten | 0.5 | 11 | Review memo on potential Plan terms |
| 02/05/2013 | Benjamin H. Weingarten | 0.5 | 11 | Review non-consensual cash collateral motion draft |
| 02/05/2013 | Jonathan R. Mattern | 1.5 | 2 | Cure objection analysis work |
| 02/05/2013 | Jonathan R. Mattern | 0.5 | 2 | Review cross-check of loan tapes |
| 02/05/2013 | Jonathan R. Mattern | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/05/2013 | Jonathan R. Mattern | 1.0 | 11 | Cash collateral call with co-advisors and the Company |
| 02/05/2013 | Jonathan R. Mattern | 0.5 | 11 | Review memo on potential Plan terms |
| 02/05/2013 | Karn S. Chopra | 2.5 | 2 | Call to discuss how compensatory fees are handled in FHLMC guide |
| 02/05/2013 | Karn S. Chopra | 1.5 | 2 | Participated in various closing calls for Berkshire Hathaway sale |
| 02/05/2013 | Karn S. Chopra | 1.5 | 2 | Reviewed latest compensatory fee calculation to be provided to Ocwen |
| 02/05/2013 | Karn S. Chopra | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/05/2013 | Karn S. Chopra | 1.0 | 4 | Bi-weekly update call with management |
| 02/05/2013 | Karn S. Chopra | 2.0 | 4 | Call with managmenet to discuss latest compensatory fee calculations |
| 02/05/2013 | Karn S. Chopra | 2.5 | 7 | Strategy call to discuss terms for draft plan term sheet for mediation sessions |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                   2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/05/2013 | Karn S. Chopra | 1.0 | 11 | Cash collateral call with co-advisors and the Company |
| 02/05/2013 | Karn S. Chopra | 0.5 | 11 | Review memo on potential Plan terms |
| 02/05/2013 | Marc D. Puntus | 2.5 | 2 | Call to discuss how compensatory fees are handled in FHLMC guide |
| 02/05/2013 | Marc D. Puntus | 1.5 | 2 | Participated in various closing calls for Berkshire Hathaway sale |
| 02/05/2013 | Marc D. Puntus | 1.5 | 2 | Reviewed latest compensatory fee calculation to be provided to Ocwen |
| 02/05/2013 | Marc D. Puntus | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/05/2013 | Marc D. Puntus | 1.0 | 4 | Bi-weekly update call with management |
| 02/05/2013 | Marc D. Puntus | 2.0 | 4 | Call with managment to discuss latest compensatory fee calculations |
| 02/05/2013 | Marc D. Puntus | 2.5 | 7 | Strategy call to discuss terms for draft plan term sheet for mediation sessions |
| 02/05/2013 | Marc D. Puntus | 1.0 | 11 | Cash collateral call with co-advisors and the Company |
| 02/05/2013 | Marc D. Puntus | 0.5 | 11 | Review memo on potential Plan terms |
| 02/05/2013 | Ryan Kielty | 2.5 | 2 | Call to discuss how compensatory fees are handled in FHLMC guide |
| 02/05/2013 | Ryan Kielty | 1.5 | 2 | Participated in various closing calls for Berkshire Hathaway sale |
| 02/05/2013 | Ryan Kielty | 0.5 | 2 | Review cross-check of loan tapes |
| 02/05/2013 | Ryan Kielty | 1.5 | 2 | Reviewed latest compensatory fee calculation to be provided to Ocwen |
| 02/05/2013 | Ryan Kielty | 1.0 | 2 | True-up process call with co-advisors and the Company |
| 02/05/2013 | Ryan Kielty | 1.0 | 4 | Bi-weekly update call with management |
| 02/05/2013 | Ryan Kielty | 2.0 | 4 | Call with managment to discuss latest compensatory fee calculations |
| 02/05/2013 | Ryan Kielty | 2.5 | 7 | Strategy call to discuss terms for draft plan term sheet for mediation sessions |
| 02/05/2013 | Ryan Kielty | 1.0 | 11 | Cash collateral call with co-advisors and the Company |
| 02/05/2013 | Ryan Kielty | 0.5 | 11 | Review memo on potential Plan terms |
| 02/05/2013 | Ryan Kielty | 0.5 | 11 | Review non-consensual cash collateral motion draft |
| 02/04/2013 | Benjamin H. Weingarten | 0.5 | 1 | Review non-consensual cash collateral motion draft |
| 02/04/2013 | Benjamin H. Weingarten | 1.0 | 2 | Berkshire sale update call with the UCC and co-advisors |
| 02/04/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Flow of funds review call with co-advisors and the Company |
| 02/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review Berkshire Schedule E |
| 02/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review flow-of-funds analysis |
| 02/04/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review post-closing adjustment analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/04/2013 | Jonathan R. Mattern | 1.0 | 2 | Berkshire sale update call with the UCC and co-advisors |
| 02/04/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Flow of funds review call with co-advisors and the Company |
| 02/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Review Berkshire Schedule E |
| 02/04/2013 | Jonathan R. Mattern | 0.5 | 2 | Review flow-of-funds analysis |
| 02/04/2013 | Karn S. Chopra | 1.0 | 2 | Berkshire sale update call with the UCC and co-advisors |
| 02/04/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss PSA Advance Facility negotiations |
| 02/04/2013 | Karn S. Chopra | 1.5 | 2 | Call with Berkshire to finalize negotiations |
| 02/04/2013 | Karn S. Chopra | 2.5 | 2 | Call with Debtors advisors to discuss Berkshire sale closing |
| 02/04/2013 | Karn S. Chopra | 1.5 | 2 | Call with management to discuss reserve price for FHA loan sales |
| 02/04/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/04/2013 | Karn S. Chopra | 0.5 | 2 | Flow of funds review call with co-advisors and the Company |
| 02/04/2013 | Karn S. Chopra | 0.5 | 2 | Review Berkshire Schedule E |
| 02/04/2013 | Karn S. Chopra | 0.5 | 2 | Review flow-of-funds analysis |
| 02/04/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss update on sale closings |
| 02/04/2013 | Marc D. Puntus | 1.0 | 2 | Berkshire sale update call with the UCC and co-advisors |
| 02/04/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss PSA Advance Facility negotiations |
| 02/04/2013 | Marc D. Puntus | 1.5 | 2 | Call with Berkshire to finalize negotiations |
| 02/04/2013 | Marc D. Puntus | 2.5 | 2 | Call with Debtors advisors to discuss Berkshire sale closing |
| 02/04/2013 | Marc D. Puntus | 1.5 | 2 | Call with management to discuss reserve price for FHA loan sales |
| 02/04/2013 | Marc D. Puntus | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/04/2013 | Marc D. Puntus | 0.5 | 2 | Flow of funds review call with co-advisors and the Company |
| 02/04/2013 | Marc D. Puntus | 0.5 | 2 | Review Berkshire Schedule E |
| 02/04/2013 | Marc D. Puntus | 0.5 | 2 | Review flow-of-funds analysis |
| 02/04/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss update on sale closings |
| 02/04/2013 | Ryan Kielty | 0.5 | 1 | Review non-consensual cash collateral motion draft |
| 02/04/2013 | Ryan Kielty | 1.0 | 2 | Berkshire sale update call with the UCC and co-advisors |
| 02/04/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss PSA Advance Facility negotiations |
| 02/04/2013 | Ryan Kielty | 1.5 | 2 | Call with Berkshire to finalize negotiations |
| 02/04/2013 | Ryan Kielty | 2.5 | 2 | Call with Debtors advisors to discuss Berkshire sale closing |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/04/2013 | Ryan Kielty | 1.5 | 2 | Call with management to discuss reserve price for FHA loan sales |
| 02/04/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company |
| 02/04/2013 | Ryan Kielty | 0.5 | 2 | Flow of funds review call with co-advisors and the Company |
| 02/04/2013 | Ryan Kielty | 0.5 | 2 | Review Berkshire Schedule E |
| 02/04/2013 | Ryan Kielty | 0.5 | 2 | Review flow-of-funds analysis |
| 02/04/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss update on sale closings |
| 02/03/2013 | Karn S. Chopra | 2.5 | 2 | Call wiith Berkshire to discuss missing files and latest proposal |
| 02/03/2013 | Karn S. Chopra | 0.5 | 2 | Internal call to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Marc D. Puntus | 2.5 | 2 | Call wiith Berkshire to discuss missing files and latest proposal |
| 02/03/2013 | Marc D. Puntus | 0.5 | 2 | Internal call to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Ryan Kielty | 2.5 | 2 | Call wiith Berkshire to discuss missing files and latest proposal |
| 02/03/2013 | Ryan Kielty | 0.5 | 2 | Internal call to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss Berkshire Hathaway proposal |
| 02/03/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss Berkshire Hathaway proposal |
| 02/02/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assist Company with Ocwen diligence |
| 02/02/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review revised Berkshire MLS |
| 02/02/2013 | Benjamin H. Weingarten | 0.5 | 2 | Work on Berkshire purchase price analysis |
| 02/02/2013 | Benjamin H. Weingarten | 3.0 | 4 | Call with Berkshire Hathaway regarding final pre-close negotiations |
| 02/02/2013 | Jonathan R. Mattern | 0.5 | 2 | Assist Company with Ocwen diligence |
| 02/02/2013 | Jonathan R. Mattern | 0.5 | 2 | Review revised Berkshire MLS |
| 02/02/2013 | Jonathan R. Mattern | 0.5 | 2 | Work on Berkshire purchase price analysis |
| 02/02/2013 | Karn S. Chopra | 2.5 | 3 | Various calls with UCC advisors regarding Berkshire Hathaway negotiations |
| 02/02/2013 | Karn S. Chopra | 3.0 | 4 | Call with Berkshire Hathaway regarding final pre-close negotiations |
| 02/02/2013 | Karn S. Chopra | 2.0 | 4 | Various internal calls regarding Berkshire Hathaway negotiations |
| 02/02/2013 | Marc D. Puntus | 2.5 | 3 | Various calls with UCC advisors regarding Berkshire Hathaway negotiations |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 02/02/2013 | Marc D. Puntus | 3.0 | 4 | Call with Berkshire Hathaway regarding final pre-close negotiations |
| 02/02/2013 | Marc D. Puntus | 2.0 | 4 | Various internal calls regarding Berkshire Hathaway negotiations |
| 02/02/2013 | Ryan Kielty | 0.5 | 2 | Review revised Berkshire MLS |
| 02/02/2013 | Ryan Kielty | 2.5 | 3 | Various calls with UCC advisors regarding Berkshire Hathaway negotiations |
| 02/02/2013 | Ryan Kielty | 3.0 | 4 | Call with Berkshire Hathaway regarding final pre-close negotiations |
| 02/02/2013 | Ryan Kielty | 2.0 | 4 | Various internal calls regarding Berkshire Hathaway negotiations |
| 02/01/2013 | Benjamin H. Weingarten | 1.0 | 2 | Post-closing true-up and remittances call |
| 02/01/2013 | Benjamin H. Weingarten | 1.0 | 2 | Flow of funds call with co-advisors and the Company and the Company |
| 02/01/2013 | Benjamin H. Weingarten | 2.5 | 2 | Internal meeting to discuss strategy for closing remaining asset sales |
| 02/01/2013 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor regarding assumed liabilities |
| 02/01/2013 | Benjamin H. Weingarten | 1.0 | 3 | Facilitate UCC diligence requests regarding assumed liabilities |
| 02/01/2013 | Benjamin H. Weingarten | 2.0 | 4 | Board Meeting / Call |
| 02/01/2013 | Jonathan R. Mattern | 1.0 | 2 | Post-closing true-up and remittances call |
| 02/01/2013 | Jonathan R. Mattern | 1.0 | 2 | Flow of funds call with co-advisors and the Company and the Company |
| 02/01/2013 | Jonathan R. Mattern | 2.5 | 2 | Internal meeting to discuss strategy for closing remaining asset sales |
| 02/01/2013 | Jonathan R. Mattern | 0.5 | 3 | Call with co-advisor regarding assumed liabilities |
| 02/01/2013 | Jonathan R. Mattern | 1.0 | 3 | Facilitate UCC diligence requests regarding assumed liabilities |
| 02/01/2013 | Jonathan R. Mattern | 2.0 | 4 | Board Meeting / Call |
| 02/01/2013 | Karn S. Chopra | 1.0 | 2 | Post-closing true-up and remittances call |
| 02/01/2013 | Karn S. Chopra | 1.0 | 2 | Flow of funds call with co-advisors and the Company and the Company |
| 02/01/2013 | Karn S. Chopra | 2.5 | 2 | Internal meeting to discuss strategy for closing remaining asset sales |
| 02/01/2013 | Karn S. Chopra | 2.0 | 4 | Board Meeting / Call |
| 02/01/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss FHLMC compensatory fees |
| 02/01/2013 | Karn S. Chopra | 1.5 | 4 | Prepared materials for board meeting |
| 02/01/2013 | Marc D. Puntus | 1.0 | 2 | Post-closing true-up and remittances call |
| 02/01/2013 | Marc D. Puntus | 1.0 | 2 | Flow of funds call with co-advisors and the Company and the Company |
| 02/01/2013 | Marc D. Puntus | 2.5 | 2 | Internal meeting to discuss strategy for closing remaining asset sales |
| 02/01/2013 | Marc D. Puntus | 2.0 | 4 | Board Meeting / Call |
| 02/01/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss FHLMC compensatory fees |
| 02/01/2013 | Ryan Kielty | 1.0 | 2 | Post-closing true-up and remittances call |
| 02/01/2013 | Ryan Kielty | 1.0 | 2 | Flow of funds call with co-advisors and the Company and the Company |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 02/01/2013 | Ryan Kielty | 2.5 | 2 | Internal meeting to discuss strategy for closing remaining asset sales |
| 02/01/2013 | Ryan Kielty | 1.0 | 3 | Facilitate UCC diligence requests regarding assumed liabilities |
| 02/01/2013 | Ryan Kielty | 2.0 | 4 | Board Meeting / Call |
| 02/01/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss FHLMC compensatory fees |
| 01/31/2013 | Benjamin H. Weingarten | 1.0 | 2 | Facilitated diligence for Ocwen and its advisors |
| 01/31/2013 | Benjamin H. Weingarten | 0.5 | 3 | Facilitated diligence for the JSBs regarding FHA sale |
| 01/31/2013 | Jonathan R. Mattern | 1.0 | 2 | Facilitated diligence for Ocwen and its advisors |
| 01/31/2013 | Jonathan R. Mattern | 0.5 | 3 | Facilitated diligence for the JSBs regarding FHA sale |
| 01/31/2013 | Karn S. Chopra | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/31/2013 | Karn S. Chopra | 2.0 | 2 | Call with management to discuss impact of Berkshire sale closing delay on SBO servicers |
| 01/31/2013 | Karn S. Chopra | 1.5 | 2 | Participated in multiple closing confirmation calls |
| 01/31/2013 | Karn S. Chopra | 1.5 | 3 | Participated in weekly UCC call |
| 01/31/2013 | Karn S. Chopra | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/31/2013 | Karn S. Chopra | 1.0 | 11 | Internal meeting to discuss cash collateral usage |
| 01/31/2013 | Marc D. Puntus | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/31/2013 | Marc D. Puntus | 2.0 | 2 | Call with management to discuss impact of Berkshire sale closing delay on SBO servicers |
| 01/31/2013 | Marc D. Puntus | 1.5 | 2 | Participated in multiple closing confirmation calls |
| 01/31/2013 | Marc D. Puntus | 1.5 | 3 | Participated in weekly UCC call |
| 01/31/2013 | Marc D. Puntus | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/31/2013 | Marc D. Puntus | 1.0 | 11 | Internal meeting to discuss cash collateral usage |
| 01/31/2013 | Ryan Kielty | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/31/2013 | Ryan Kielty | 2.0 | 2 | Call with management to discuss impact of Berkshire sale closing delay on SBO servicers |
| 01/31/2013 | Ryan Kielty | 1.0 | 2 | Facilitated diligence for Ocwen and its advisors |
| 01/31/2013 | Ryan Kielty | 1.5 | 2 | Participated in multiple closing confirmation calls |
| 01/31/2013 | Ryan Kielty | 0.5 | 3 | Facilitated diligence for the JSBs regarding FHA sale |
| 01/31/2013 | Ryan Kielty | 1.5 | 3 | Participated in weekly UCC call |
| 01/31/2013 | Ryan Kielty | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/31/2013 | Ryan Kielty | 1.0 | 11 | Internal meeting to discuss cash collateral usage |
| 01/30/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assembled backup schedules to SoPAAL |
| 01/30/2013 | Benjamin H. Weingarten | 1.0 | 2 | Facilitated Walter diligence requests |
| 01/30/2013 | Benjamin H. Weingarten | 1.5 | 2 | Final flow of funds call for Walter trade |
| 01/30/2013 | Benjamin H. Weingarten | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/30/2013 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed cure objection analysis |
| 01/30/2013 | Benjamin H. Weingarten | 1.5 | 2 | Reviewed flow of funds schedules |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/30/2013 | Benjamin H. Weingarten | 0.5 | 4 | Call with managemnet to confirm delay in Berkshire closing |
| 01/30/2013 | Benjamin H. Weingarten | 2.5 | 4 | Participated in weekly board call |
| 01/30/2013 | Jonathan R. Mattern | 1.0 | 2 | Assembled backup schedules to SoPAAL |
| 01/30/2013 | Jonathan R. Mattern | 1.5 | 2 | Final flow of funds call for Walter trade |
| 01/30/2013 | Jonathan R. Mattern | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/30/2013 | Jonathan R. Mattern | 2.5 | 4 | Participated in weekly board call |
| 01/30/2013 | Karn S. Chopra | 1.5 | 2 | Final flow of funds call for Walter trade |
| 01/30/2013 | Karn S. Chopra | 2.5 | 2 | Multiple calls with Berkshire to discuss custodial file issues |
| 01/30/2013 | Karn S. Chopra | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/30/2013 | Karn S. Chopra | 1.0 | 2 | Reviewed cure objection analysis |
| 01/30/2013 | Karn S. Chopra | 1.5 | 2 | Reviewed flow of funds schedules |
| 01/30/2013 | Karn S. Chopra | 1.0 | 3 | Calls with multiple creditors to discuss delay in Berkshire closing |
| 01/30/2013 | Karn S. Chopra | 0.5 | 4 | Call with managemnet to confirm delay in Berkshire closing |
| 01/30/2013 | Karn S. Chopra | 2.5 | 4 | Participated in weekly board call |
| 01/30/2013 | Marc D. Puntus | 1.5 | 2 | Final flow of funds call for Walter trade |
| 01/30/2013 | Marc D. Puntus | 2.5 | 2 | Multiple calls with Berkshire to discuss custodial file issues |
| 01/30/2013 | Marc D. Puntus | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/30/2013 | Marc D. Puntus | 1.0 | 3 | Calls with multiple creditors to discuss delay in Berkshire closing |
| 01/30/2013 | Marc D. Puntus | 0.5 | 4 | Call with managemnet to confirm delay in Berkshire closing |
| 01/30/2013 | Marc D. Puntus | 2.5 | 4 | Participated in weekly board call |
| 01/30/2013 | Ryan Kielty | 1.5 | 2 | Final flow of funds call for Walter trade |
| 01/30/2013 | Ryan Kielty | 2.5 | 2 | Multiple calls with Berkshire to discuss custodial file issues |
| 01/30/2013 | Ryan Kielty | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/30/2013 | Ryan Kielty | 1.0 | 2 | Reviewed cure objection analysis |
| 01/30/2013 | Ryan Kielty | 1.5 | 2 | Reviewed flow of funds schedules |
| 01/30/2013 | Ryan Kielty | 1.0 | 3 | Calls with multiple creditors to discuss delay in Berkshire closing |
| 01/30/2013 | Ryan Kielty | 0.5 | 4 | Call with managemnet to confirm delay in Berkshire closing |
| 01/30/2013 | Ryan Kielty | 2.5 | 4 | Participated in weekly board call |
| 01/29/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with Company and co-advisors to discuss closing schedules |
| 01/29/2013 | Benjamin H. Weingarten | 0.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/29/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared revised purchase price analysis on Berkshire portfolio |
| 01/29/2013 | Benjamin H. Weingarten | 2.0 | 2 | Review revised Berkshire MLS |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/29/2013 | Benjamin H. Weingarten | 1.5 | 3 | Facilitated UCC diligence regarding Walter and Berkshire sales |
| 01/29/2013 | Benjamin H. Weingarten | 3.0 | 3 | Prepared purchase price analyses for UCC on Berkshire portfolio |
| 01/29/2013 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 01/29/2013 | Jonathan R. Mattern | 0.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/29/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared revised purchase price analysis on Berkshire portfolio |
| 01/29/2013 | Jonathan R. Mattern | 2.0 | 2 | Review revised Berkshire MLS |
| 01/29/2013 | Jonathan R. Mattern | 3.0 | 3 | Prepared purchase price analyses for UCC on Berkshire portfolio |
| 01/29/2013 | Karn S. Chopra | 0.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/29/2013 | Karn S. Chopra | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/29/2013 | Karn S. Chopra | 3.5 | 4 | Prepared slides for board call |
| 01/29/2013 | Marc D. Puntus | 0.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/29/2013 | Marc D. Puntus | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/29/2013 | Ryan Kielty | 0.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/29/2013 | Ryan Kielty | 1.5 | 3 | Facilitated UCC diligence regarding Walter and Berkshire sales |
| 01/29/2013 | Ryan Kielty | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/28/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assisted Walter with diligence |
| 01/28/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call with Ocwen to discuss treatment of business employee liabilities in purchase price calculation |
| 01/28/2013 | Benjamin H. Weingarten | 4.0 | 2 | Cure objection analysis work |
| 01/28/2013 | Benjamin H. Weingarten | 2.0 | 2 | Performed diligence regarding MSR Elimination items |
| 01/28/2013 | Benjamin H. Weingarten | 1.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/28/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work on purchase price analysis |
| 01/28/2013 | Benjamin H. Weingarten | 1.5 | 2 | Work on SoPAAL and backup schedules |
| 01/28/2013 | Benjamin H. Weingarten | 0.5 | 3 | Call with JSB advisors to discuss expense allocation post-closing |
| 01/28/2013 | Jonathan R. Mattern | 2.0 | 1 | Timesheet work |
| 01/28/2013 | Jonathan R. Mattern | 1.5 | 2 | Call with Ocwen to discuss treatment of business employee liabilities in purchase price calculation |
| 01/28/2013 | Jonathan R. Mattern | 4.0 | 2 | Cure objection analysis work |
| 01/28/2013 | Jonathan R. Mattern | 2.0 | 2 | Performed diligence regarding MSR Elimination items |
| 01/28/2013 | Jonathan R. Mattern | 1.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/28/2013 | Jonathan R. Mattern | 1.0 | 2 | Work on purchase price analysis |
| 01/28/2013 | Jonathan R. Mattern | 1.5 | 2 | Work on SoPAAL and backup schedules |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/28/2013 | Jonathan R. Mattern | 0.5 | 3 | Call with JSB advisors to discuss expense allocation post-closing |
| 01/28/2013 | Karn S. Chopra | 1.0 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/28/2013 | Karn S. Chopra | 1.5 | 2 | Call with Ocwen to discuss treatment of business employee liabilities in purchase price calculation |
| 01/28/2013 | Karn S. Chopra | 1.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/28/2013 | Karn S. Chopra | 1.5 | 3 | Call with Ally, UCC and JSB advisors to discuss revised expense allocation |
| 01/28/2013 | Karn S. Chopra | 0.5 | 3 | Call with JSB advisors to discuss expense allocation post-closing |
| 01/28/2013 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss Freddie proposal |
| 01/28/2013 | Karn S. Chopra | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/28/2013 | Marc D. Puntus | 1.0 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/28/2013 | Marc D. Puntus | 1.5 | 2 | Call with Ocwen to discuss treatment of business employee liabilities in purchase price calculation |
| 01/28/2013 | Marc D. Puntus | 1.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/28/2013 | Marc D. Puntus | 1.5 | 3 | Call with Ally, UCC and JSB advisors to discuss revised expense allocation |
| 01/28/2013 | Marc D. Puntus | 0.5 | 3 | Call with JSB advisors to discuss expense allocation post-closing |
| 01/28/2013 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss Freddie proposal |
| 01/28/2013 | Marc D. Puntus | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/28/2013 | Ryan Kielty | 1.0 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/28/2013 | Ryan Kielty | 1.5 | 2 | Call with Ocwen to discuss treatment of business employee liabilities in purchase price calculation |
| 01/28/2013 | Ryan Kielty | 1.5 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/28/2013 | Ryan Kielty | 1.5 | 3 | Call with Ally, UCC and JSB advisors to discuss revised expense allocation |
| 01/28/2013 | Ryan Kielty | 0.5 | 3 | Call with JSB advisors to discuss expense allocation post-closing |
| 01/28/2013 | Ryan Kielty | 0.5 | 4 | Call with management to discuss Freddie proposal |
| 01/28/2013 | Ryan Kielty | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/27/2013 | Benjamin H. Weingarten | 1.0 | 2 | Assisted Berkshire with diligence questions regarding MLS and purchase price analysis |
| 01/27/2013 | Benjamin H. Weingarten | 1.5 | 4 | Particpated in board call |
| 01/27/2013 | Jonathan R. Mattern | 1.5 | 4 | Particpated in board call |
| 01/27/2013 | Karn S. Chopra | 1.0 | 2 | Assisted Berkshire with diligence questions regarding MLS and purchase price analysis |
| 01/27/2013 | Karn S. Chopra | 1.5 | 4 | Particpated in board call |
| 01/27/2013 | Marc D. Puntus | 1.5 | 4 | Particpated in board call |
| 01/27/2013 | Ryan Kielty | 1.5 | 4 | Particpated in board call |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/26/2013 | Karn S. Chopra | 2.0 | 2 | Various calls with Freddie Mac and UCC to discuss cure claim estimates |
| 01/26/2013 | Marc D. Puntus | 2.0 | 2 | Various calls with Freddie Mac and UCC to discuss cure claim estimates |
| 01/26/2013 | Ryan Kielty | 2.0 | 2 | Various calls with Freddie Mac and UCC to discuss cure claim estimates |
| 01/25/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted co-advisors regarding diligence on assets remaining in estate |
| 01/25/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with Company to discuss advance analysis |
| 01/25/2013 | Benjamin H. Weingarten | 4.0 | 2 | Cure objection analysis work |
| 01/25/2013 | Benjamin H. Weingarten | 2.0 | 2 | Purchase price analysis work |
| 01/25/2013 | Benjamin H. Weingarten | 0.5 | 3 | Prepared analysis for creditors on FNMA Claim Settlement |
| 01/25/2013 | Jonathan R. Mattern | 1.5 | 1 | Dataroom work |
| 01/25/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with Company to discuss advance analysis |
| 01/25/2013 | Jonathan R. Mattern | 4.0 | 2 | Cure objection analysis work |
| 01/25/2013 | Jonathan R. Mattern | 2.0 | 2 | Purchase price analysis work |
| 01/25/2013 | Karn S. Chopra | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/25/2013 | Karn S. Chopra | 0.5 | 2 | Call with Fannie Mae to finalize cure negotiations |
| 01/25/2013 | Karn S. Chopra | 4.5 | 2 | Worked with management to evaluate Berkshire purchase price under various alternatives |
| 01/25/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC advisors to discuss latest Freddie Mac proposal |
| 01/25/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss Freddie Mac strategy |
| 01/25/2013 | Marc D. Puntus | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/25/2013 | Marc D. Puntus | 0.5 | 2 | Call with Fannie Mae to finalize cure negotiations |
| 01/25/2013 | Marc D. Puntus | 4.5 | 2 | Worked with management to evaluate Berkshire purchase price under various alternatives |
| 01/25/2013 | Marc D. Puntus | 2.0 | 3 | Call with UCC advisors to discuss latest Freddie Mac proposal |
| 01/25/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss Freddie Mac strategy |
| 01/25/2013 | Ryan Kielty | 2.5 | 2 | Call with Berkshire to discuss custodial file issues |
| 01/25/2013 | Ryan Kielty | 0.5 | 2 | Call with Fannie Mae to finalize cure negotiations |
| 01/25/2013 | Ryan Kielty | 4.5 | 2 | Worked with management to evaluate Berkshire purchase price under various alternatives |
| 01/25/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC advisors to discuss latest Freddie Mac proposal |
| 01/25/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss Freddie Mac strategy |
| 01/24/2013 | Benjamin H. Weingarten | 1.5 | 2 | Berkshire MLS review |
| 01/24/2013 | Benjamin H. Weingarten | 2.0 | 2 | Cure objection analysis work |
| 01/24/2013 | Benjamin H. Weingarten | 1.0 | 2 | Facilitated co-advisor diligence |
| 01/24/2013 | Benjamin H. Weingarten | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/24/2013 | Benjamin H. Weingarten | 1.0 | 2 | Worked on Berkshire purchase price analysis |
| 01/24/2013 | Benjamin H. Weingarten | 1.5 | 3 | Call with UCC advisors to discuss Walter sale closing |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/24/2013 | Benjamin H. Weingarten | 2.5 | 3 | Participated in weekly board call |
| 01/24/2013 | Jonathan R. Mattern | 1.5 | 2 | Berkshire MLS review |
| 01/24/2013 | Jonathan R. Mattern | 2.0 | 2 | Cure objection analysis work |
| 01/24/2013 | Jonathan R. Mattern | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/24/2013 | Jonathan R. Mattern | 1.0 | 2 | Worked on Berkshire purchase price analysis |
| 01/24/2013 | Jonathan R. Mattern | 1.5 | 3 | Call with UCC advisors to discuss Walter sale closing |
| 01/24/2013 | Jonathan R. Mattern | 2.5 | 3 | Participated in weekly board call |
| 01/24/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss PSA amendments |
| 01/24/2013 | Karn S. Chopra | 2.0 | 2 | Call with Freddie Mac and UCC advisors to discuss next steps |
| 01/24/2013 | Karn S. Chopra | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/24/2013 | Karn S. Chopra | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/24/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss Walter sale closing |
| 01/24/2013 | Karn S. Chopra | 2.5 | 3 | Participated in weekly board call |
| 01/24/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss PSA amendments |
| 01/24/2013 | Marc D. Puntus | 2.0 | 2 | Call with Freddie Mac and UCC advisors to discuss next steps |
| 01/24/2013 | Marc D. Puntus | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/24/2013 | Marc D. Puntus | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/24/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors to discuss Walter sale closing |
| 01/24/2013 | Marc D. Puntus | 2.5 | 3 | Participated in weekly board call |
| 01/24/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss PSA amendments |
| 01/24/2013 | Ryan Kielty | 2.0 | 2 | Call with Freddie Mac and UCC advisors to discuss next steps |
| 01/24/2013 | Ryan Kielty | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/24/2013 | Ryan Kielty | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/24/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss Walter sale closing |
| 01/24/2013 | Ryan Kielty | 2.5 | 3 | Participated in weekly board call |
| 01/23/2013 | Benjamin H. Weingarten | 1.0 | 1 | Dataroom work |
| 01/23/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call with co-advisors to discuss cure claim negotiation status |
| 01/23/2013 | Benjamin H. Weingarten | 2.0 | 2 | Follow-up work on cure claims |
| 01/23/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/23/2013 | Benjamin H. Weingarten | 5.0 | 2 | Review Berkshire APA tapes |
| 01/23/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review draft APA schedules |
| 01/23/2013 | Benjamin H. Weingarten | 1.0 | 5 | Call with co-advisors to discuss DIP analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 01/23/2013 | Jonathan R. Mattern | 1.5 | 2 | Call with co-advisors to discuss cure claim negotiation status |
| 01/23/2013 | Jonathan R. Mattern | 2.0 | 2 | Follow-up work on cure claims |
| 01/23/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/23/2013 | Jonathan R. Mattern | 2.0 | 2 | Prepared Berkshire APA schedules |
| 01/23/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared Berkshire APA WL portfolio stratification |
| 01/23/2013 | Jonathan R. Mattern | 5.0 | 2 | Review Berkshire APA tapes |
| 01/23/2013 | Jonathan R. Mattern | 1.0 | 5 | Call with co-advisors to discuss DIP analysis |
| 01/23/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss Berkshire response to Debtors proposal |
| 01/23/2013 | Karn S. Chopra | 1.0 | 2 | Call to discuss trading securities |
| 01/23/2013 | Karn S. Chopra | 1.0 | 2 | Call with Berkshire to discuss chapter 13 impact on whole loan sale |
| 01/23/2013 | Karn S. Chopra | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/23/2013 | Karn S. Chopra | 0.5 | 5 | Call to discuss extension of Ally DIP |
| 01/23/2013 | Karn S. Chopra | 1.0 | 5 | Lender call to introduce DIP amendment |
| 01/23/2013 | Karn S. Chopra | 0.5 | 5 | Prepare for lender call to introduce DIP amendment |
| 01/23/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss Berkshire response to Debtors proposal |
| 01/23/2013 | Marc D. Puntus | 1.0 | 2 | Call to discuss trading securities |
| 01/23/2013 | Marc D. Puntus | 1.0 | 2 | Call with Berkshire to discuss chapter 13 impact on whole loan sale |
| 01/23/2013 | Marc D. Puntus | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/23/2013 | Marc D. Puntus | 0.5 | 5 | Call to discuss extension of Ally DIP |
| 01/23/2013 | Marc D. Puntus | 1.0 | 5 | Lender call to introduce DIP amendment |
| 01/23/2013 | Marc D. Puntus | 0.5 | 5 | Prepare for lender call to introduce DIP amendment |
| 01/23/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss Berkshire response to Debtors proposal |
| 01/23/2013 | Ryan Kielty | 1.0 | 2 | Call to discuss trading securities |
| 01/23/2013 | Ryan Kielty | 1.0 | 2 | Call with Berkshire to discuss chapter 13 impact on whole loan sale |
| 01/23/2013 | Ryan Kielty | 1.5 | 2 | Call with co-advisors to discuss cure claim negotiation status |
| 01/23/2013 | Ryan Kielty | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/23/2013 | Ryan Kielty | 1.0 | 2 | Review draft APA schedules |
| 01/23/2013 | Ryan Kielty | 0.5 | 5 | Call to discuss extension of Ally DIP |
| 01/23/2013 | Ryan Kielty | 1.0 | 5 | Lender call to introduce DIP amendment |
| 01/23/2013 | Ryan Kielty | 0.5 | 5 | Prepare for lender call to introduce DIP amendment |
| 01/22/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Company with Berkshire purchase price analysis |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/22/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company to discuss outstanding cure objections vis-à-vis finalizing APA schedules |
| 01/22/2013 | Benjamin H. Weingarten | 1.5 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/22/2013 | Benjamin H. Weingarten | 4.0 | 2 | Work on APA schedules |
| 01/22/2013 | Benjamin H. Weingarten | 2.0 | 4 | Drafted board slides |
| 01/22/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted Company with Berkshire purchase price analysis |
| 01/22/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with the Company to discuss outstanding cure objections vis-à-vis finalizing APA schedules |
| 01/22/2013 | Jonathan R. Mattern | 1.5 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/22/2013 | Jonathan R. Mattern | 4.0 | 2 | Work on APA schedules |
| 01/22/2013 | Jonathan R. Mattern | 1.5 | 2 | Worked on additional cure objection analysis |
| 01/22/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss Berkshire loan level diligence and strategy |
| 01/22/2013 | Karn S. Chopra | 3.5 | 2 | Call with Berkshire to discuss loan level diligence issues |
| 01/22/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss Berkshire's loan level diligence issues |
| 01/22/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss Berkshire loan level diligence and strategy |
| 01/22/2013 | Marc D. Puntus | 3.5 | 2 | Call with Berkshire to discuss loan level diligence issues |
| 01/22/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors to discuss Berkshire's loan level diligence issues |
| 01/22/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss Berkshire loan level diligence and strategy |
| 01/22/2013 | Ryan Kielty | 3.5 | 2 | Call with Berkshire to discuss loan level diligence issues |
| 01/22/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss Berkshire's loan level diligence issues |
| 01/21/2013 | Benjamin H. Weingarten | 0.5 | 2 | Assisted co-advisor with purchase price analysis diligence |
| 01/21/2013 | Benjamin H. Weingarten | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/21/2013 | Benjamin H. Weingarten | 2.5 | 11 | Call with management to discuss Freddie Mac strategy |
| 01/21/2013 | Jonathan R. Mattern | 0.5 | 2 | Assisted co-advisor with purchase price analysis diligence |
| 01/21/2013 | Jonathan R. Mattern | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/21/2013 | Jonathan R. Mattern | 1.0 | 2 | Revised SoPAAL with additional information from Company |
| 01/21/2013 | Jonathan R. Mattern | 2.5 | 11 | Call with management to discuss Freddie Mac strategy |
| 01/21/2013 | Karn S. Chopra | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/21/2013 | Karn S. Chopra | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/21/2013 | Karn S. Chopra | 1.0 | 5 | Call with Barclays to discuss DIP amendment |
| 01/21/2013 | Karn S. Chopra | 2.5 | 11 | Call with management to discuss Freddie Mac strategy |
| 01/21/2013 | Marc D. Puntus | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/21/2013 | Marc D. Puntus | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/21/2013 | Marc D. Puntus | 1.0 | 5 | Call with Barclays to discuss DIP amendment |
| 01/21/2013 | Marc D. Puntus | 2.5 | 11 | Call with management to discuss Freddie Mac strategy |
| 01/21/2013 | Ryan Kielty | 1.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/21/2013 | Ryan Kielty | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/21/2013 | Ryan Kielty | 1.0 | 5 | Call with Barclays to discuss DIP amendment |
| 01/21/2013 | Ryan Kielty | 2.5 | 11 | Call with management to discuss Freddie Mac strategy |
| 01/20/2013 | Karn S. Chopra | 3.5 | 2 | Updated Freddie Mac cure negotiation anlaysis |
| 01/19/2013 | Benjamin H. Weingarten | 1.0 | 5 | Work on DIP lender presentation |
| 01/18/2013 | Benjamin H. Weingarten | 2.0 | 2 | Prepared and facilitated diligence for co-advisor regarding purchased assets |
| 01/18/2013 | Benjamin H. Weingarten | 1.5 | 2 | Review of advance schedule |
| 01/18/2013 | Benjamin H. Weingarten | 1.0 | 2 | Revised purchase price analysis on Berkshire sale |
| 01/18/2013 | Benjamin H. Weingarten | 1.0 | 2 | Work on co-advisor diligence question regarding cure claims |
| 01/18/2013 | Benjamin H. Weingarten | 2.0 | 2 | Work on Platform purchase price schedule |
| 01/18/2013 | Benjamin H. Weingarten | 1.5 | 4 | Participated in weekly board call |
| 01/18/2013 | Jonathan R. Mattern | 2.0 | 2 | Work on Platform purchase price schedule |
| 01/18/2013 | Jonathan R. Mattern | 1.5 | 4 | Participated in weekly board call |
| 01/18/2013 | Karn S. Chopra | 1.5 | 3 | Separate calls with Ally, Citi and JSBs to provide GSE negotiation update |
| 01/18/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss updates to post-closing expense allocation |
| 01/18/2013 | Karn S. Chopra | 1.5 | 4 | Participated in weekly board call |
| 01/18/2013 | Karn S. Chopra | 1.0 | 4 | Prepare materials for weekly board call |
| 01/18/2013 | Karn S. Chopra | 3.5 | 7 | Meeting with examiner's advisors |
| 01/18/2013 | Karn S. Chopra | 1.0 | 7 | Prepare materials for follow-up meeting with examiner advisors |
| 01/18/2013 | Marc D. Puntus | 1.5 | 3 | Separate calls with Ally, Citi and JSBs to provide GSE negotiation update |
| 01/18/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss updates to post-closing expense allocation |
| 01/18/2013 | Marc D. Puntus | 1.5 | 4 | Participated in weekly board call |
| 01/18/2013 | Marc D. Puntus | 3.5 | 7 | Meeting with examiner's advisors |
| 01/18/2013 | Marc D. Puntus | 1.0 | 7 | Prepare materials for follow-up meeting with examiner advisors |
| 01/18/2013 | Ryan Kielty | 1.5 | 2 | Review of advance schedule |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/18/2013 | Ryan Kielty | 1.0 | 2 | Revised purchase price analysis on Berkshire sale |
| 01/18/2013 | Ryan Kielty | 1.5 | 3 | Separate calls with Ally, Citi and JSBs to provide GSE negotiation update |
| 01/18/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss updates to post-closing expense allocation |
| 01/18/2013 | Ryan Kielty | 1.5 | 4 | Participated in weekly board call |
| 01/18/2013 | Ryan Kielty | 1.0 | 7 | Prepare materials for follow-up meeting with examiner advisors |
| 01/17/2013 | Benjamin H. Weingarten | 2.5 | 2 | Prepared purchase price analysis on Berkshire sale |
| 01/17/2013 | Benjamin H. Weingarten | 2.0 | 2 | Reviewed purchase price analysis |
| 01/17/2013 | Jonathan R. Mattern | 2.5 | 2 | Prepared purchase price analysis on Berkshire sale |
| 01/17/2013 | Karn S. Chopra | 1.5 | 2 | Call with Fannie, Freddie and FHFA to discuss sale closing timing and next steps |
| 01/17/2013 | Karn S. Chopra | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/17/2013 | Karn S. Chopra | 1.5 | 2 | Call with management to discuss loan level diligence questions from Berkshire |
| 01/17/2013 | Karn S. Chopra | 4.0 | 3 | Multiple calls with UCC to discuss closing of asset sales and GSE negotiations update |
| 01/17/2013 | Karn S. Chopra | 1.0 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/17/2013 | Marc D. Puntus | 1.5 | 2 | Call with Fannie, Freddie and FHFA to discuss sale closing timing and next steps |
| 01/17/2013 | Marc D. Puntus | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/17/2013 | Marc D. Puntus | 1.5 | 2 | Call with management to discuss loan level diligence questions from Berkshire |
| 01/17/2013 | Marc D. Puntus | 4.0 | 3 | Multiple calls with UCC to discuss closing of asset sales and GSE negotiations update |
| 01/17/2013 | Marc D. Puntus | 1.0 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/17/2013 | Ryan Kielty | 1.5 | 2 | Call with Fannie, Freddie and FHFA to discuss sale closing timing and next steps |
| 01/17/2013 | Ryan Kielty | 0.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/17/2013 | Ryan Kielty | 1.5 | 2 | Call with management to discuss loan level dilignece questions from Berkshire |
| 01/17/2013 | Ryan Kielty | 2.0 | 2 | Reviewed purchase price analysis |
| 01/17/2013 | Ryan Kielty | 4.0 | 3 | Multiple calls with UCC to discuss closing of asset sales and GSE negotiations update |
| 01/17/2013 | Ryan Kielty | 1.0 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/16/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with the Company regarding Ocwen diligence requests / analysis |
| 01/16/2013 | Benjamin H. Weingarten | 1.0 | 2 | Facilitated diligence for Ocwen and its advisors |
| 01/16/2013 | Benjamin H. Weingarten | 2.0 | 2 | Work on purchase price schedules |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/16/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with the Company regarding Ocwen diligence requests / analysis |
| 01/16/2013 | Jonathan R. Mattern | 2.0 | 2 | Work on purchase price schedules |
| 01/16/2013 | Karn S. Chopra | 2.5 | 1 | Attended omnibus hearing |
| 01/16/2013 | Karn S. Chopra | 2.5 | 2 | Multiple calls throughout the day with Fannie Mae to discuss cure negotiations |
| 01/16/2013 | Karn S. Chopra | 1.5 | 3 | Multiple calls throughout the day with the UCC advisors to discuss FNMA cure negotiations |
| 01/16/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss GNMA MSR amendment |
| 01/16/2013 | Marc D. Puntus | 2.5 | 1 | Attended omnibus hearing |
| 01/16/2013 | Marc D. Puntus | 2.5 | 2 | Multiple calls throughout the day with Fannie Mae to discuss cure negotiations |
| 01/16/2013 | Marc D. Puntus | 1.5 | 3 | Multiple calls throughout the day with the UCC advisors to discuss FNMA cure negotiations |
| 01/16/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss GNMA MSR amendment |
| 01/16/2013 | Ryan Kielty | 2.5 | 2 | Multiple calls throughout the day with Fannie Mae to discuss cure negotiations |
| 01/16/2013 | Ryan Kielty | 1.5 | 3 | Multiple calls throughout the day with the UCC advisors to discuss FNMA cure negotiations |
| 01/16/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss GNMA MSR amendment |
| 01/15/2013 | Benjamin H. Weingarten | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/15/2013 | Benjamin H. Weingarten | 2.0 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/15/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared loan-level list pertaining to cure objections for estate subservicing analysis |
| 01/15/2013 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed draft FNMA stipulation |
| 01/15/2013 | Benjamin H. Weingarten | 2.0 | 3 | Call with UCC to discuss closing of asset sales |
| 01/15/2013 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 01/15/2013 | Jonathan R. Mattern | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/15/2013 | Jonathan R. Mattern | 2.0 | 2 | Prepared analysis for the Company in connection with OCN diligence |
| 01/15/2013 | Jonathan R. Mattern | 2.0 | 2 | Work on purchase price schedules |
| 01/15/2013 | Jonathan R. Mattern | 2.0 | 3 | Call with UCC to discuss closing of asset sales |
| 01/15/2013 | Karn S. Chopra | 0.5 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/15/2013 | Karn S. Chopra | 1.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/15/2013 | Karn S. Chopra | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/15/2013 | Karn S. Chopra | 1.5 | 3 | Call with Ally advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Karn S. Chopra | 1.0 | 3 | Call with JSB advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Karn S. Chopra | 2.0 | 3 | Call with UCC to discuss closing of asset sales |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/15/2013 | Karn S. Chopra | 1.5 | 3 | Drafted email to UCC advisors highlighting GSE negotiation progress and next steps |
| 01/15/2013 | Marc D. Puntus | 0.5 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/15/2013 | Marc D. Puntus | 1.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/15/2013 | Marc D. Puntus | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/15/2013 | Marc D. Puntus | 1.5 | 3 | Call with Ally advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Marc D. Puntus | 1.0 | 3 | Call with JSB advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Marc D. Puntus | 2.0 | 3 | Call with UCC to discuss closing of asset sales |
| 01/15/2013 | Ryan Kielty | 0.5 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/15/2013 | Ryan Kielty | 1.5 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/15/2013 | Ryan Kielty | 2.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/15/2013 | Ryan Kielty | 1.5 | 3 | Call with Ally advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Ryan Kielty | 1.0 | 3 | Call with JSB advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss sale forecasting, reporting, and expense allocation |
| 01/15/2013 | Ryan Kielty | 2.0 | 3 | Call with UCC to discuss closing of asset sales |
| 01/14/2013 | Benjamin H. Weingarten | 1.0 | 2 | Call with the Company on Berkshire sale |
| 01/14/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared SoPAAL backup schedules |
| 01/14/2013 | Benjamin H. Weingarten | 0.5 | 2 | Responded to Ocwen diligence questions |
| 01/14/2013 | Benjamin H. Weingarten | 2.0 | 2 | Work on purchase price schedules |
| 01/14/2013 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 01/14/2013 | Jonathan R. Mattern | 1.5 | 2 | Call to finalize WL portfolio schedules |
| 01/14/2013 | Jonathan R. Mattern | 1.0 | 2 | Call with the Company on Berkshire sale |
| 01/14/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared SoPAAL backup schedules |
| 01/14/2013 | Jonathan R. Mattern | 0.5 | 2 | Responded to Ocwen diligence questions |
| 01/14/2013 | Jonathan R. Mattern | 2.0 | 2 | Work on purchase price schedules |
| 01/14/2013 | Karn S. Chopra | 1.0 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |
| 01/14/2013 | Karn S. Chopra | 3.0 | 4 | Call with management to discuss forecasting and variance reporting post sale |
| 01/14/2013 | Marc D. Puntus | 1.0 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |
| 01/14/2013 | Marc D. Puntus | 3.0 | 4 | Call with management to discuss forecasting and variance reporting post sale |
| 01/14/2013 | Ryan Kielty | 1.5 | 2 | Call to finalize WL portfolio schedules |
| 01/14/2013 | Ryan Kielty | 1.0 | 2 | Call with the Company on Berkshire sale |
| 01/14/2013 | Ryan Kielty | 1.0 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/14/2013 | Ryan Kielty | 3.0 | 4 | Call with management to discuss forecasting and variance reporting post sale |
| 01/13/2013 | Benjamin H. Weingarten | 0.5 | 3 | Assisted Ally's advisors with diligence |
| 01/13/2013 | Karn S. Chopra | 2.0 | 2 | Updated GSE cure negotiations anlayses and slides |
| 01/11/2013 | Benjamin H. Weingarten | 3.0 | 2 | Coordinated with Company to make revisions to APA data tapes and schedules |
| 01/11/2013 | Benjamin H. Weingarten | 3.0 | 2 | Work on purchase price schedules |
| 01/11/2013 | Benjamin H. Weingarten | 2.5 | 4 | Participated in weekly board call |
| 01/11/2013 | Jonathan R. Mattern | 3.0 | 2 | Coordinated with Company to make revisions to APA data tapes and schedules |
| 01/11/2013 | Jonathan R. Mattern | 3.0 | 2 | Work on purchase price schedules |
| 01/11/2013 | Jonathan R. Mattern | 2.5 | 4 | Participated in weekly board call |
| 01/11/2013 | Karn S. Chopra | 1.5 | 2 | Call with Berkshire to discuss asset sale closing |
| 01/11/2013 | Karn S. Chopra | 3.0 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/11/2013 | Karn S. Chopra | 2.5 | 4 | Participated in weekly board call |
| 01/11/2013 | Karn S. Chopra | 0.5 | 12 | Interal call to discuss DOJ concerns with FHA loan sale |
| 01/11/2013 | Marc D. Puntus | 1.5 | 2 | Call with Berkshire to discuss asset sale closing |
| 01/11/2013 | Marc D. Puntus | 3.0 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/11/2013 | Marc D. Puntus | 2.5 | 4 | Participated in weekly board call |
| 01/11/2013 | Marc D. Puntus | 0.5 | 12 | Interal call to discuss DOJ concerns with FHA loan sale |
| 01/11/2013 | Ryan Kielty | 1.5 | 2 | Call with Berkshire to discuss asset sale closing |
| 01/11/2013 | Ryan Kielty | 3.0 | 2 | Call with Fannie Mae to discuss cure negotiations |
| 01/11/2013 | Ryan Kielty | 2.5 | 4 | Participated in weekly board call |
| 01/11/2013 | Ryan Kielty | 0.5 | 12 | Interal call to discuss DOJ concerns with FHA loan sale |
| 01/10/2013 | Benjamin H. Weingarten | 2.0 | 2 | Internal call to discuss file delivery process for whole loan sale |
| 01/10/2013 | Benjamin H. Weingarten | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/10/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared analysis on FNMA and FHLMC cure claims |
| 01/10/2013 | Benjamin H. Weingarten | 3.0 | 2 | Reviewed APA schedules |
| 01/10/2013 | Benjamin H. Weingarten | 4.0 | 4 | Prepare slides to summarize GSE negotiations for board call |
| 01/10/2013 | Jonathan R. Mattern | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/10/2013 | Jonathan R. Mattern | 2.5 | 2 | Prepared and reviewed Company SoPAAL |
| 01/10/2013 | Jonathan R. Mattern | 5.0 | 2 | Prepared APA data tapes and schedules |
| 01/10/2013 | Karn S. Chopra | 1.5 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |
| 01/10/2013 | Karn S. Chopra | 2.0 | 2 | Internal call to discuss file delivery process for whole loan sale |
| 01/10/2013 | Karn S. Chopra | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/10/2013 | Karn S. Chopra | 1.0 | 3 | Call with Citi advisors to discuss asset sale closings |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/10/2013 | Karn S. Chopra | 4.0 | 4 | Prepare slides to summarize GSE negotiations for board call |
| 01/10/2013 | Marc D. Puntus | 1.5 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |
| 01/10/2013 | Marc D. Puntus | 2.0 | 2 | Internal call to discuss file delivery process for whole loan sale |
| 01/10/2013 | Marc D. Puntus | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/10/2013 | Marc D. Puntus | 1.0 | 3 | Call with Citi advisors to discuss asset sale closings |
| 01/10/2013 | Ryan Kielty | 1.5 | 2 | Call with Walter and Ocwen to discuss next steps and GSE negotiations |
| 01/10/2013 | Ryan Kielty | 2.0 | 2 | Internal call to discuss file delivery process for whole loan sale |
| 01/10/2013 | Ryan Kielty | 1.0 | 2 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/10/2013 | Ryan Kielty | 1.0 | 3 | Call with Citi advisors to discuss asset sale closings |
| 01/09/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with Company regarding SoPAAL |
| 01/09/2013 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 01/09/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review Company's internal purchase price analysis |
| 01/09/2013 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed proposed post-close expense allocation |
| 01/09/2013 | Benjamin H. Weingarten | 1.0 | 4 | Call with management to discuss asset sale closings |
| 01/09/2013 | Benjamin H. Weingarten | 1.0 | 4 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/09/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with Company regarding SoPAAL |
| 01/09/2013 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 01/09/2013 | Jonathan R. Mattern | 0.5 | 2 | Review Company's internal purchase price analysis |
| 01/09/2013 | Jonathan R. Mattern | 0.5 | 2 | Reviewed proposed post-close expense allocation |
| 01/09/2013 | Jonathan R. Mattern | 1.0 | 4 | Call with management to discuss asset sale closings |
| 01/09/2013 | Jonathan R. Mattern | 1.0 | 4 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/09/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss asset sale closings |
| 01/09/2013 | Karn S. Chopra | 1.0 | 4 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/09/2013 | Karn S. Chopra | 6.5 | 7 | Meeting with mediator |
| 01/09/2013 | Karn S. Chopra | 1.5 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/09/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss asset sale closings |
| 01/09/2013 | Marc D. Puntus | 1.0 | 4 | Periodic call to discuss flow of funds and sale proceeds allocation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 01/09/2013 | Marc D. Puntus | 1.5 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/09/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss asset sale closings |
| 01/09/2013 | Ryan Kielty | 1.0 | 4 | Periodic call to discuss flow of funds and sale proceeds allocation |
| 01/09/2013 | Ryan Kielty | 1.5 | 12 | Call with bidders to discuss FHA loan sale process |
| 01/08/2013 | Benjamin H. Weingarten | 2.0 | 3 | Revised analysis on MSR transaction valuations |
| 01/08/2013 | Benjamin H. Weingarten | 1.5 | 5 | Call to discuss post-close expense allocation |
| 01/08/2013 | Benjamin H. Weingarten | 0.5 | 5 | Reviewed proposed post-close expense allocation |
| 01/08/2013 | Jonathan R. Mattern | 2.0 | 3 | Revised analysis on MSR transaction valuations |
| 01/08/2013 | Jonathan R. Mattern | 1.5 | 5 | Call to discuss post-close expense allocation |
| 01/08/2013 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss case update |
| 01/08/2013 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss updated DIP forecast |
| 01/08/2013 | Karn S. Chopra | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/08/2013 | Karn S. Chopra | 1.5 | 5 | Call to discuss post-close expense allocation |
| 01/08/2013 | Karn S. Chopra | 1.5 | 5 | Review updated DIP forecast |
| 01/08/2013 | Karn S. Chopra | 0.5 | 5 | Reviewed proposed post-close expense allocation |
| 01/08/2013 | Karn S. Chopra | 2.5 | 7 | Prepare materials for initial meeting with mediator |
| 01/08/2013 | Karn S. Chopra | 2.5 | 11 | Internal meeting to discuss sale closings, GSE negotiations and cash collateral extension |
| 01/08/2013 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss case update |
| 01/08/2013 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss updated DIP forecast |
| 01/08/2013 | Marc D. Puntus | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/08/2013 | Marc D. Puntus | 1.5 | 5 | Call to discuss post-close expense allocation |
| 01/08/2013 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss case update |
| 01/08/2013 | Ryan Kielty | 2.0 | 3 | Revised analysis on MSR transaction valuations |
| 01/08/2013 | Ryan Kielty | 1.0 | 4 | Call with management to discuss updated DIP forecast |
| 01/08/2013 | Ryan Kielty | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/08/2013 | Ryan Kielty | 1.5 | 5 | Call to discuss post-close expense allocation |
| 01/07/2013 | Benjamin H. Weingarten | 3.0 | 2 | Call with Ocwen and Walter counsel to discuss closing checklist |
| 01/07/2013 | Benjamin H. Weingarten | 1.5 | 2 | Reviewed and provided comments on co-advisor purchase price analysis |
| 01/07/2013 | Benjamin H. Weingarten | 2.0 | 3 | Compiled research and drafted analysis on MSR transaction valuations |
| 01/07/2013 | Jonathan R. Mattern | 3.0 | 2 | Call with Ocwen and Walter counsel to discuss closing checklist |
| 01/07/2013 | Jonathan R. Mattern | 2.0 | 3 | Compiled research and drafted analysis on MSR transaction valuations |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/07/2013 | Karn S. Chopra | 3.0 | 2 | Call with Ocwen and Walter counsel to discuss closing checklist |
| 01/07/2013 | Karn S. Chopra | 1.5 | 3 | Call with Houlihan to discuss cash collateral extension |
| 01/07/2013 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss cost of delaying the asset sale closings |
| 01/07/2013 | Karn S. Chopra | 2.0 | 4 | Call with management to discuss GSE negotiating strategy |
| 01/07/2013 | Karn S. Chopra | 0.5 | 4 | Call with UCC advisors to discuss cash collateral extension |
| 01/07/2013 | Karn S. Chopra | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/07/2013 | Marc D. Puntus | 3.0 | 2 | Call with Ocwen and Walter counsel to discuss closing checklist |
| 01/07/2013 | Marc D. Puntus | 1.5 | 3 | Call with Houlihan to discuss cash collateral extension |
| 01/07/2013 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors to discuss cost of delaying the asset sale closings |
| 01/07/2013 | Marc D. Puntus | 2.0 | 4 | Call with management to discuss GSE negotiating strategy |
| 01/07/2013 | Marc D. Puntus | 0.5 | 4 | Call with UCC advisors to discuss cash collateral extension |
| 01/07/2013 | Marc D. Puntus | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/07/2013 | Ryan Kielty | 3.0 | 2 | Call with Ocwen and Walter counsel to discuss closing checklist |
| 01/07/2013 | Ryan Kielty | 1.5 | 3 | Call with Houlihan to discuss cash collateral extension |
| 01/07/2013 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors to discuss cost of delaying the asset sale closings |
| 01/07/2013 | Ryan Kielty | 2.0 | 4 | Call with management to discuss GSE negotiating strategy |
| 01/07/2013 | Ryan Kielty | 0.5 | 4 | Call with UCC advisors to discuss cash collateral extension |
| 01/07/2013 | Ryan Kielty | 1.0 | 4 | Daily call with management to discuss progress and next steps |
| 01/06/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review revised FNMA cure analyses |
| 01/06/2013 | Jonathan R. Mattern | 1.0 | 2 | Review revised FNMA cure analyses |
| 01/06/2013 | Karn S. Chopra | 4.5 | 2 | Prepared analysis to determine cost of delaying the asset sale closings |
| 01/06/2013 | Karn S. Chopra | 1.0 | 2 | Review revised FNMA cure analyses |
| 01/06/2013 | Karn S. Chopra | 2.5 | 3 | Call with UCC advisors to discuss GSE negotiating strategy |
| 01/06/2013 | Marc D. Puntus | 1.0 | 2 | Review revised FNMA cure analyses |
| 01/06/2013 | Marc D. Puntus | 2.5 | 3 | Call with UCC advisors to discuss GSE negotiating strategy |
| 01/06/2013 | Ryan Kielty | 1.0 | 2 | Review revised FNMA cure analyses |
| 01/06/2013 | Ryan Kielty | 2.5 | 3 | Call with UCC advisors to discuss GSE negotiating strategy |
| 01/05/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review FNMA cure analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                            2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/05/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review platform sale closing date impact analysis |
| 01/05/2013 | Benjamin H. Weingarten | 1.0 | 12 | Reviewed FHA NDAs |
| 01/05/2013 | Jonathan R. Mattern | 1.0 | 2 | Review FNMA cure analysis |
| 01/05/2013 | Jonathan R. Mattern | 1.0 | 2 | Review platform sale closing date impact analysis |
| 01/05/2013 | Karn S. Chopra | 2.5 | 4 | Call with Debtors to discuss MI recission claims |
| 01/05/2013 | Marc D. Puntus | 2.5 | 4 | Call with Debtors to discuss MI recission claims |
| 01/05/2013 | Ryan Kielty | 2.5 | 4 | Call with Debtors to discuss MI recission claims |
| 01/04/2013 | Benjamin H. Weingarten | 1.0 | 4 | Participated in weekly board call |
| 01/04/2013 | Jonathan R. Mattern | 1.0 | 4 | Participated in weekly board call |
| 01/04/2013 | Karn S. Chopra | 3.5 | 2 | Reviewed updated Fannie and Freddie cure estimates prepared by Debtors |
| 01/04/2013 | Karn S. Chopra | 2.0 | 4 | Call with Debtors to discuss recent Fannie and Freddie cure estimates |
| 01/04/2013 | Karn S. Chopra | 1.0 | 4 | Participated in weekly board call |
| 01/04/2013 | Karn S. Chopra | 0.5 | 4 | Prepare materials for weekly board call |
| 01/04/2013 | Marc D. Puntus | 3.5 | 2 | Reviewed updated Fannie and Freddie cure estimates prepared by Debtors |
| 01/04/2013 | Marc D. Puntus | 2.0 | 4 | Call with Debtors to discuss recent Fannie and Freddie cure estimates |
| 01/04/2013 | Marc D. Puntus | 1.0 | 4 | Participated in weekly board call |
| 01/04/2013 | Ryan Kielty | 3.5 | 2 | Reviewed updated Fannie and Freddie cure estimates prepared by Debtors |
| 01/04/2013 | Ryan Kielty | 2.0 | 4 | Call with Debtors to discuss recent Fannie and Freddie cure estimates |
| 01/04/2013 | Ryan Kielty | 1.0 | 4 | Participated in weekly board call |
| 01/03/2013 | Benjamin H. Weingarten | 1.0 | 1 | Prepared fee analysis for co-advisor |
| 01/03/2013 | Benjamin H. Weingarten | 0.5 | 2 | Call with co-advisor regarding purchase price schedule |
| 01/03/2013 | Benjamin H. Weingarten | 1.0 | 2 | Prepared analysis and respond to co-advisor on Company regarding Berkshire sale questions |
| 01/03/2013 | Benjamin H. Weingarten | 1.5 | 2 | Prepared analysis regarding MSR purchase price of 2nd lien loans for co-advisor |
| 01/03/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review FHLMC cure claim emails |
| 01/03/2013 | Benjamin H. Weingarten | 0.5 | 2 | Review securitization analysis |
| 01/03/2013 | Jonathan R. Mattern | 0.5 | 2 | Call with co-advisor regarding purchase price schedule |
| 01/03/2013 | Jonathan R. Mattern | 1.0 | 2 | Prepared analysis and respond to co-advisor on Company regarding Berkshire sale questions |
| 01/03/2013 | Karn S. Chopra | 3.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/03/2013 | Karn S. Chopra | 1.5 | 3 | Participated in weekly UCC call |
| 01/03/2013 | Karn S. Chopra | 1.0 | 3 | Prepare materials for weekly UCC call |
| 01/03/2013 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss timing of sale closings |
| 01/03/2013 | Marc D. Puntus | 3.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/03/2013 | Marc D. Puntus | 1.5 | 3 | Participated in weekly UCC call |

**Centerview Partners LLC**

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/03/2013 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss timing of sale closings |
| 01/03/2013 | Ryan Kielty | 3.0 | 2 | Call with Freddie Mac to discuss cure claim estimates |
| 01/03/2013 | Ryan Kielty | 1.5 | 3 | Participated in weekly UCC call |
| 01/03/2013 | Ryan Kielty | 1.5 | 4 | Call with management to discuss timing of sale closings |
| 01/02/2013 | Benjamin H. Weingarten | 1.5 | 2 | Call to discuss timing of sale closings and flow of funds |
| 01/02/2013 | Benjamin H. Weingarten | 1.0 | 2 | Review purchase price analysis |
| 01/02/2013 | Benjamin H. Weingarten | 0.5 | 12 | Review draft of Puntus declaration on FHA loan sale |
| 01/02/2013 | Jonathan R. Mattern | 1.5 | 1 | Prepared monthly fee application and related documents |
| 01/02/2013 | Jonathan R. Mattern | 1.5 | 2 | Call to discuss timing of sale closings and flow of funds |
| 01/02/2013 | Jonathan R. Mattern | 1.5 | 2 | Prepared Purchase Price and SoPAAL schedules for Co-Advisors |
| 01/02/2013 | Jonathan R. Mattern | 1.0 | 2 | Review purchase price analysis |
| 01/02/2013 | Jonathan R. Mattern | 1.0 | 4 | Assisted Company with various asset schedules |
| 01/02/2013 | Karn S. Chopra | 1.5 | 2 | Call to discuss timing of sale closings and flow of funds |
| 01/02/2013 | Karn S. Chopra | 2.5 | 3 | Call with Ally advisors to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Karn S. Chopra | 1.5 | 4 | Call with managment to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Karn S. Chopra | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/02/2013 | Karn S. Chopra | 1.5 | 12 | Call with managment to discuss FHA loan sale documentation |
| 01/02/2013 | Marc D. Puntus | 1.5 | 2 | Call to discuss timing of sale closings and flow of funds |
| 01/02/2013 | Marc D. Puntus | 2.5 | 3 | Call with Ally advisors to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Marc D. Puntus | 1.5 | 4 | Call with managment to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Marc D. Puntus | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/02/2013 | Marc D. Puntus | 1.5 | 12 | Call with managment to discuss FHA loan sale documentation |
| 01/02/2013 | Ryan Kielty | 1.5 | 2 | Call to discuss timing of sale closings and flow of funds |
| 01/02/2013 | Ryan Kielty | 2.5 | 3 | Call with Ally advisors to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Ryan Kielty | 1.5 | 4 | Call with managment to discuss MMLPSA Amendment and Stipulation |
| 01/02/2013 | Ryan Kielty | 0.5 | 4 | Daily call with management to discuss progress and next steps |
| 01/02/2013 | Ryan Kielty | 1.5 | 12 | Call with managment to discuss FHA loan sale documentation |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 01/01/2013 | Karn S. Chopra | 1.5 | 3 | Call with Ally advisors to discuss origination support and FHA loan sale |
| 01/01/2013 | Marc D. Puntus | 1.5 | 3 | Call with Ally advisors to discuss origination support and FHA loan sale |
| 01/01/2013 | Ryan Kielty | 1.5 | 3 | Call with Ally advisors to discuss origination support and FHA loan sale |
| 12/31/2012 | Karn S. Chopra | 1.5 | 3 | Call with Ally about comments to FHA loan sale documentation |
| 12/31/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC about comments to FHA loan sale documentation |
| 12/31/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/31/2012 | Marc D. Puntus | 1.5 | 3 | Call with Ally about comments to FHA loan sale documentation |
| 12/31/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC about comments to FHA loan sale documentation |
| 12/31/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/31/2012 | Ryan Kielty | 1.5 | 3 | Call with Ally about comments to FHA loan sale documentation |
| 12/31/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC about comments to FHA loan sale documentation |
| 12/31/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 12/28/2012 | Benjamin H. Weingarten | 2.0 | 2 | Prepared revised asset stratification for Ocwen |
| 12/28/2012 | Benjamin H. Weingarten | 2.5 | 4 | Board call |
| 12/28/2012 | Jonathan R. Mattern | 2.0 | 2 | Prepared revised asset stratification for Ocwen |
| 12/28/2012 | Jonathan R. Mattern | 2.5 | 4 | Board call |
| 12/28/2012 | Karn S. Chopra | 2.5 | 4 | Board call |
| 12/28/2012 | Karn S. Chopra | 1.5 | 11 | Prepared slides for board meeting |
| 12/28/2012 | Marc D. Puntus | 2.5 | 4 | Board call |
| 12/28/2012 | Ryan Kielty | 2.5 | 4 | Board call |
| 12/27/2012 | Benjamin H. Weingarten | 2.5 | 12 | Review comments to FHA loan sale documentation from Ally and UCC |
| 12/27/2012 | Jonathan R. Mattern | 2.0 | 1 | Timesheet work |
| 12/27/2012 | Jonathan R. Mattern | 1.5 | 4 | Revised methodology for Berkshire portfolio stratification with the Company |
| 12/27/2012 | Jonathan R. Mattern | 2.5 | 12 | Review comments to FHA loan sale documentation from Ally and UCC |
| 12/27/2012 | Karn S. Chopra | 1.5 | 10 | Call with Debtors advisors to discuss AFI negotiations re: origination support |
| 12/27/2012 | Karn S. Chopra | 2.0 | 12 | Call with Debtors advisors re: FHA loan sale documentation |
| 12/27/2012 | Karn S. Chopra | 2.5 | 12 | Review comments to FHA loan sale documentation from Ally and UCC |
| 12/27/2012 | Marc D. Puntus | 1.5 | 10 | Call with Debtors advisors to discuss AFI negotiations re: origination support |
| 12/27/2012 | Marc D. Puntus | 2.0 | 12 | Call with Debtors advisors re: FHA loan sale documentation |
| 12/27/2012 | Marc D. Puntus | 2.5 | 12 | Review comments to FHA loan sale documentation from Ally and UCC |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/27/2012 | Ryan Kielty | 1.5 | 10 | Call with Debtors advisors to discuss AFI negotiations re: origination support |
| 12/27/2012 | Ryan Kielty | 2.0 | 12 | Call with Debtors advisors re: FHA loan sale documentation |
| 12/27/2012 | Ryan Kielty | 2.5 | 12 | Review comments to FHA loan sale documentation from Ally and UCC |
| 12/26/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review tax-related asset analysis |
| 12/26/2012 | Benjamin H. Weingarten | 1.0 | 12 | Diligence work for UCC on FHA portfolio |
| 12/26/2012 | Benjamin H. Weingarten | 2.5 | 12 | Revised and commented on bid procedures and Puntus declaration |
| 12/26/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared tax-related diligence analysis for security deals in BH portfolio |
| 12/26/2012 | Jonathan R. Mattern | 1.0 | 12 | Diligence work for UCC on FHA portfolio |
| 12/26/2012 | Jonathan R. Mattern | 2.5 | 12 | Revised and commented on bid procedures and Puntus declaration |
| 12/26/2012 | Karn S. Chopra | 0.5 | 12 | Call with JSB advisors about FHA loan sale bid procedures |
| 12/26/2012 | Karn S. Chopra | 1.0 | 12 | Call with UCC advisors about FHA loan sale bid procedures |
| 12/26/2012 | Karn S. Chopra | 1.0 | 12 | Diligence work for UCC on FHA portfolio |
| 12/26/2012 | Karn S. Chopra | 2.5 | 12 | Revised and commented on bid procedures and Puntus declaration |
| 12/26/2012 | Marc D. Puntus | 0.5 | 12 | Call with JSB advisors about FHA loan sale bid procedures |
| 12/26/2012 | Marc D. Puntus | 1.0 | 12 | Call with UCC advisors about FHA loan sale bid procedures |
| 12/26/2012 | Marc D. Puntus | 2.5 | 12 | Revised and commented on bid procedures and Puntus declaration |
| 12/26/2012 | Ryan Kielty | 0.5 | 2 | Review tax-related asset analysis |
| 12/26/2012 | Ryan Kielty | 0.5 | 12 | Call with JSB advisors about FHA loan sale bid procedures |
| 12/26/2012 | Ryan Kielty | 1.0 | 12 | Call with UCC advisors about FHA loan sale bid procedures |
| 12/26/2012 | Ryan Kielty | 1.0 | 12 | Diligence work for UCC on FHA portfolio |
| 12/26/2012 | Ryan Kielty | 2.5 | 12 | Revised and commented on bid procedures and Puntus declaration |
| 12/25/2012 | Jonathan R. Mattern | 2.0 | 2 | Prepared SoPAAL for Company |
| 12/24/2012 | Jonathan R. Mattern | 2.0 | 2 | Worked on Purchase Price build |
| 12/24/2012 | Karn S. Chopra | 2.5 | 4 | Call with management to discuss originations negotiations with AFI |
| 12/24/2012 | Karn S. Chopra | 3.5 | 10 | Prepared analysis to support Debtors rationale to seek origination support from AFI |
| 12/21/2012 | Benjamin H. Weingarten | 5.0 | 2 | Data tape work |
| 12/21/2012 | Benjamin H. Weingarten | 1.5 | 4 | Board call |
| 12/21/2012 | Benjamin H. Weingarten | 0.5 | 12 | Diligence work for UCC on FHA portfolio |
| 12/21/2012 | Jonathan R. Mattern | 1.0 | 1 | Timesheet work |
| 12/21/2012 | Jonathan R. Mattern | 1.0 | 2 | Completed Berkshire portfolio stratification |
| 12/21/2012 | Jonathan R. Mattern | 5.0 | 2 | Data tape work |
| 12/21/2012 | Jonathan R. Mattern | 1.5 | 4 | Board call |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/21/2012 | Jonathan R. Mattern | 0.5 | 12 | Diligence work for UCC on FHA portfolio |
| 12/21/2012 | Karn S. Chopra | 2.0 | 2 | Call with Fannie Mae to present formal proposal from Debtors |
| 12/21/2012 | Karn S. Chopra | 1.5 | 4 | Board call |
| 12/21/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss Fannie Mae presentation |
| 12/21/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 12/21/2012 | Karn S. Chopra | 1.0 | 11 | Call with MoFo about response to examiner request |
| 12/21/2012 | Karn S. Chopra | 0.5 | 12 | Diligence work for UCC on FHA portfolio |
| 12/21/2012 | Marc D. Puntus | 2.0 | 2 | Call with Fannie Mae to present formal proposal from Debtors |
| 12/21/2012 | Marc D. Puntus | 1.5 | 4 | Board call |
| 12/21/2012 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss Fannie Mae presentation |
| 12/21/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 12/21/2012 | Marc D. Puntus | 1.0 | 11 | Call with MoFo about response to examiner request |
| 12/21/2012 | Ryan Kielty | 2.0 | 2 | Call with Fannie Mae to present formal proposal from Debtors |
| 12/21/2012 | Ryan Kielty | 1.5 | 4 | Board call |
| 12/21/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss Fannie Mae presentation |
| 12/21/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 12/21/2012 | Ryan Kielty | 1.0 | 11 | Call with MoFo about response to examiner request |
| 12/21/2012 | Ryan Kielty | 0.5 | 12 | Diligence work for UCC on FHA portfolio |
| 12/20/2012 | Benjamin H. Weingarten | 0.5 | 1 | Review draft fee order |
| 12/20/2012 | Benjamin H. Weingarten | 4.0 | 1 | Timesheet work |
| 12/20/2012 | Benjamin H. Weingarten | 2.0 | 2 | Cure objection analysis work |
| 12/20/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review and comment on materials for sale of GNMA MSR to Ocwen |
| 12/20/2012 | Benjamin H. Weingarten | 1.5 | 3 | Call with lender and co-advisors regarding cure claims |
| 12/20/2012 | Jonathan R. Mattern | 0.5 | 1 | Review draft fee order |
| 12/20/2012 | Jonathan R. Mattern | 4.0 | 1 | Timesheet work |
| 12/20/2012 | Jonathan R. Mattern | 2.0 | 2 | Cure objection analysis work |
| 12/20/2012 | Jonathan R. Mattern | 3.0 | 2 | Data tape work |
| 12/20/2012 | Jonathan R. Mattern | 1.5 | 2 | Review and comment on materials for sale of GNMA MSR to Ocwen |
| 12/20/2012 | Jonathan R. Mattern | 1.5 | 3 | Call with lender and co-advisors regarding cure claims |
| 12/20/2012 | Karn S. Chopra | 0.5 | 1 | Review draft fee order |
| 12/20/2012 | Karn S. Chopra | 0.5 | 2 | Call with Ocwen to discuss GNMA MSR purchase price and reps |

**Centerview Partners LLC**

*Detail Report (by Date)* 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/20/2012 | Karn S. Chopra | 1.5 | 2 | Review and comment on materials for sale of GNMA MSR to Ocwen |
| 12/20/2012 | Karn S. Chopra | 1.5 | 3 | Call with lender and co-advisors regarding cure claims |
| 12/20/2012 | Karn S. Chopra | 0.5 | 3 | Call with Moelis to provide update on Freddie Mac negotiations |
| 12/20/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/20/2012 | Marc D. Puntus | 0.5 | 1 | Review draft fee order |
| 12/20/2012 | Marc D. Puntus | 0.5 | 2 | Call with Ocwen to discuss GNMA MSR purchase price and reps |
| 12/20/2012 | Marc D. Puntus | 1.5 | 2 | Review and comment on materials for sale of GNMA MSR to Ocwen |
| 12/20/2012 | Marc D. Puntus | 1.5 | 3 | Call with lender and co-advisors regarding cure claims |
| 12/20/2012 | Marc D. Puntus | 0.5 | 3 | Call with Moelis to provide update on Freddie Mac negotiations |
| 12/20/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/20/2012 | Ryan Kielty | 0.5 | 1 | Review draft fee order |
| 12/20/2012 | Ryan Kielty | 0.5 | 2 | Call with Ocwen to discuss GNMA MSR purchase price and reps |
| 12/20/2012 | Ryan Kielty | 1.5 | 2 | Review and comment on materials for sale of GNMA MSR to Ocwen |
| 12/20/2012 | Ryan Kielty | 1.5 | 3 | Call with lender and co-advisors regarding cure claims |
| 12/20/2012 | Ryan Kielty | 0.5 | 3 | Call with Moelis to provide update on Freddie Mac negotiations |
| 12/20/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 12/19/2012 | Benjamin H. Weingarten | 3.0 | 2 | Cure objection analysis work |
| 12/19/2012 | Jonathan R. Mattern | 3.0 | 2 | Cure objection analysis work |
| 12/19/2012 | Karn S. Chopra | 2.5 | 2 | Call with Freddie Mac to present formal proposal from Debtors |
| 12/19/2012 | Karn S. Chopra | 1.0 | 3 | Call with Freddie Mac counsel to discuss next steps |
| 12/19/2012 | Karn S. Chopra | 1.5 | 3 | Weekly call with UCC committee members |
| 12/19/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss Freddie Mac presentation |
| 12/19/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to prepare for weekly UCC call |
| 12/19/2012 | Marc D. Puntus | 2.5 | 2 | Call with Freddie Mac to present formal proposal from Debtors |
| 12/19/2012 | Marc D. Puntus | 1.0 | 3 | Call with Freddie Mac counsel to discuss next steps |
| 12/19/2012 | Marc D. Puntus | 1.5 | 3 | Weekly call with UCC committee members |
| 12/19/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss Freddie Mac presentation |
| 12/19/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to prepare for weekly UCC call |
| 12/19/2012 | Ryan Kielty | 2.5 | 2 | Call with Freddie Mac to present formal proposal from Debtors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/19/2012 | Ryan Kielty | 1.0 | 3 | Call with Freddie Mac counsel  to discuss next steps |
| 12/19/2012 | Ryan Kielty | 1.5 | 3 | Weekly call with UCC committee members |
| 12/19/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss Freddie Mac presentation |
| 12/19/2012 | Ryan Kielty | 0.5 | 4 | Call with management to prepare for weekly UCC call |
| 12/18/2012 | Benjamin H. Weingarten | 4.0 | 2 | Cure objection analysis work |
| 12/18/2012 | Benjamin H. Weingarten | 1.5 | 12 | Review and provide comments on FHA loan sale court documents (bid procedures, etc.) |
| 12/18/2012 | Jonathan R. Mattern | 4.0 | 2 | Cure objection analysis work |
| 12/18/2012 | Jonathan R. Mattern | 1.5 | 12 | Review and provide comments on FHA loan sale court documents (bid procedures, etc.) |
| 12/18/2012 | Karn S. Chopra | 3.5 | 3 | Meet with UCC advisors to discuss GSE cure claim analysis and negotiations |
| 12/18/2012 | Karn S. Chopra | 1.5 | 12 | Review and provide comments on FHA loan sale court documents (bid procedures, etc.) |
| 12/18/2012 | Marc D. Puntus | 3.5 | 3 | Meet with UCC advisors to discuss GSE cure claim analysis and negotiations |
| 12/18/2012 | Marc D. Puntus | 1.5 | 12 | Review and provide comments on FHA loan sale court documents (bid procedures, etc.) |
| 12/18/2012 | Ryan Kielty | 3.5 | 3 | Meet with UCC advisors to discuss GSE cure claim analysis and negotiations |
| 12/18/2012 | Ryan Kielty | 1.5 | 12 | Review and provide comments on FHA loan sale court documents (bid procedures, etc.) |
| 12/17/2012 | Benjamin H. Weingarten | 1.0 | 1 | Review reply to mediator and exclusivity objections |
| 12/17/2012 | Benjamin H. Weingarten | 1.0 | 1 | Review revised reply to mediator and exclusivity objections |
| 12/17/2012 | Benjamin H. Weingarten | 2.5 | 12 | Call with Debtors to discuss MLPA |
| 12/17/2012 | Benjamin H. Weingarten | 1.5 | 12 | Review and comment on latest MLPA and offering sheet |
| 12/17/2012 | Jonathan R. Mattern | 1.0 | 1 | Review reply to mediator and exclusivity objections |
| 12/17/2012 | Jonathan R. Mattern | 1.0 | 1 | Review revised reply to mediator and exclusivity objections |
| 12/17/2012 | Jonathan R. Mattern | 2.5 | 12 | Call with Debtors to discuss MLPA |
| 12/17/2012 | Jonathan R. Mattern | 1.5 | 12 | Review and comment on latest MLPA and offering sheet |
| 12/17/2012 | Karn S. Chopra | 1.0 | 1 | Review reply to mediator and exclusivity objections |
| 12/17/2012 | Karn S. Chopra | 1.0 | 1 | Review revised reply to mediator and exclusivity objections |
| 12/17/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss next steps with GSE cure negotiations |
| 12/17/2012 | Karn S. Chopra | 2.5 | 3 | Update slides for meeting with UCC re: GSE cure claims |
| 12/17/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/17/2012 | Karn S. Chopra | 2.5 | 12 | Call with Debtors to discuss MLPA |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/17/2012 | Karn S. Chopra | 1.5 | 12 | Review and comment on latest MLPA and offering sheet |
| 12/17/2012 | Marc D. Puntus | 1.0 | 1 | Review reply to mediator and exclusivity objections |
| 12/17/2012 | Marc D. Puntus | 1.0 | 1 | Review revised reply to mediator and exclusivity objections |
| 12/17/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss next steps with GSE cure negotiations |
| 12/17/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/17/2012 | Ryan Kielty | 1.0 | 1 | Review reply to mediator and exclusivity objections |
| 12/17/2012 | Ryan Kielty | 1.0 | 1 | Review revised reply to mediator and exclusivity objections |
| 12/17/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss next steps with GSE cure negotiations |
| 12/17/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 12/17/2012 | Ryan Kielty | 2.5 | 12 | Call with Debtors to discuss MLPA |
| 12/17/2012 | Ryan Kielty | 1.5 | 12 | Review and comment on latest MLPA and offering sheet |
| 12/16/2012 | Benjamin H. Weingarten | 1.5 | 3 | Review cure claims presentations |
| 12/16/2012 | Benjamin H. Weingarten | 1.5 | 7 | Review and comment on latest waterfall analysis |
| 12/16/2012 | Jonathan R. Mattern | 1.5 | 3 | Review cure claims presentations |
| 12/16/2012 | Jonathan R. Mattern | 1.5 | 7 | Review and comment on latest waterfall analysis |
| 12/16/2012 | Karn S. Chopra | 1.5 | 3 | Review cure claims presentations |
| 12/16/2012 | Karn S. Chopra | 2.0 | 4 | Call with management to discuss revised GSE cure claim analysis |
| 12/16/2012 | Karn S. Chopra | 1.5 | 7 | Review and comment on latest waterfall analysis |
| 12/16/2012 | Marc D. Puntus | 1.5 | 3 | Review cure claims presentations |
| 12/16/2012 | Marc D. Puntus | 2.0 | 4 | Call with management to discuss revised GSE cure claim analysis |
| 12/16/2012 | Marc D. Puntus | 1.5 | 7 | Review and comment on latest waterfall analysis |
| 12/16/2012 | Ryan Kielty | 1.5 | 3 | Review cure claims presentations |
| 12/16/2012 | Ryan Kielty | 2.0 | 4 | Call with management to discuss revised GSE cure claim analysis |
| 12/16/2012 | Ryan Kielty | 1.5 | 7 | Review and comment on latest waterfall analysis |
| 12/14/2012 | Benjamin H. Weingarten | 2.0 | 1 | Prepare fee application supplementary expense detail |
| 12/14/2012 | Benjamin H. Weingarten | 3.5 | 4 | Board call |
| 12/14/2012 | Benjamin H. Weingarten | 0.5 | 12 | Review Debtor emails regarding sale of additional assets |
| 12/14/2012 | Jonathan R. Mattern | 3.5 | 4 | Board call |
| 12/14/2012 | Karn S. Chopra | 1.0 | 1 | Review fee application supplementary expense detail |
| 12/14/2012 | Karn S. Chopra | 3.5 | 2 | Prepared analysis to support Debtors negotiations with Ocwen over sale of GNMA MSR |
| 12/14/2012 | Karn S. Chopra | 1.0 | 3 | Call with Citi to discuss sale closing update |
| 12/14/2012 | Karn S. Chopra | 3.5 | 4 | Board call |
| 12/14/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss sale of GNMA MSR to Ocwen |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/14/2012 | Marc D. Puntus | 1.0 | 1 | Review fee application supplementary expense detail |
| 12/14/2012 | Marc D. Puntus | 1.0 | 3 | Call with Citi to discuss sale closing update |
| 12/14/2012 | Marc D. Puntus | 3.5 | 4 | Board call |
| 12/14/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss sale of GNMA MSR to Ocwen |
| 12/14/2012 | Ryan Kielty | 2.0 | 1 | Prepare fee application supplementary expense detail |
| 12/14/2012 | Ryan Kielty | 1.0 | 3 | Call with Citi to discuss sale closing update |
| 12/14/2012 | Ryan Kielty | 3.5 | 4 | Board call |
| 12/14/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss sale of GNMA MSR to Ocwen |
| 12/14/2012 | Ryan Kielty | 0.5 | 12 | Review Debtor emails regarding sale of additional assets |
| 12/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Cure objection analysis work |
| 12/13/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review JSB objection to mediator / exclusivity motions |
| 12/13/2012 | Benjamin H. Weingarten | 1.0 | 4 | Review board materials |
| 12/13/2012 | Benjamin H. Weingarten | 2.0 | 12 | Review draft of FHA loan sale documents |
| 12/13/2012 | Jonathan R. Mattern | 1.0 | 3 | Review JSB objection to mediator / exclusivity motions |
| 12/13/2012 | Jonathan R. Mattern | 1.0 | 4 | Review board materials |
| 12/13/2012 | Jonathan R. Mattern | 2.0 | 12 | Review draft of FHA loan sale documents |
| 12/13/2012 | Karn S. Chopra | 2.0 | 2 | Call with Fannie Mae to walk through Debtors cure claim analysis |
| 12/13/2012 | Karn S. Chopra | 2.5 | 2 | Call with Freddie Mac to walk through Debtors cure claim analysis |
| 12/13/2012 | Karn S. Chopra | 2.5 | 2 | Call with Ocwen/Walter about closing mechanics and next steps |
| 12/13/2012 | Karn S. Chopra | 1.0 | 3 | Review JSB objection to mediator / exclusivity motions |
| 12/13/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss updated numbers for GSE cure claims |
| 12/13/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/13/2012 | Karn S. Chopra | 1.0 | 4 | Review board materials |
| 12/13/2012 | Karn S. Chopra | 0.5 | 11 | Update slides for board meeting |
| 12/13/2012 | Karn S. Chopra | 2.0 | 12 | Review draft of FHA loan sale documents |
| 12/13/2012 | Marc D. Puntus | 2.0 | 2 | Call with Fannie Mae to walk through Debtors cure claim analysis |
| 12/13/2012 | Marc D. Puntus | 2.5 | 2 | Call with Freddie Mac to walk through Debtors cure claim analysis |
| 12/13/2012 | Marc D. Puntus | 2.5 | 2 | Call with Ocwen/Walter about closing mechanics and next steps |
| 12/13/2012 | Marc D. Puntus | 1.0 | 3 | Review JSB objection to mediator / exclusivity motions |
| 12/13/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss updated numbers for GSE cure claims |
| 12/13/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/13/2012 | Marc D. Puntus | 1.0 | 4 | Review board materials |

**Centerview Partners  LLC**

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/13/2012 | Marc D. Puntus | 2.0 | 12 | Review draft of FHA loan sale documents |
| 12/13/2012 | Ryan Kielty | 2.0 | 2 | Call with Fannie Mae to walk through Debtors cure claim analysis |
| 12/13/2012 | Ryan Kielty | 2.5 | 2 | Call with Freddie Mac to walk through Debtors cure claim analysis |
| 12/13/2012 | Ryan Kielty | 2.5 | 2 | Call with Ocwen/Walter about closing mechanics and next steps |
| 12/13/2012 | Ryan Kielty | 1.0 | 3 | Review JSB objection to mediator / exclusivity motions |
| 12/13/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss updated numbers for GSE cure claims |
| 12/13/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 12/13/2012 | Ryan Kielty | 1.0 | 4 | Review board materials |
| 12/13/2012 | Ryan Kielty | 2.0 | 12 | Review draft of FHA loan sale documents |
| 12/12/2012 | Benjamin H. Weingarten | 1.0 | 3 | Assisted co-advisor with purchase price analysis |
| 12/12/2012 | Benjamin H. Weingarten | 1.0 | 3 | Facilitated UCC diligence |
| 12/12/2012 | Benjamin H. Weingarten | 1.5 | 4 | Call with co-advisors on board materials |
| 12/12/2012 | Benjamin H. Weingarten | 1.5 | 4 | Review board materials |
| 12/12/2012 | Benjamin H. Weingarten | 2.0 | 7 | Call with Debtors advisors to review slides for board meeting |
| 12/12/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review Debtors response to examiner |
| 12/12/2012 | Jonathan R. Mattern | 1.0 | 3 | Assisted co-advisor with purchase price analysis |
| 12/12/2012 | Jonathan R. Mattern | 1.5 | 4 | Call with co-advisors on board materials |
| 12/12/2012 | Jonathan R. Mattern | 1.5 | 4 | Review board materials |
| 12/12/2012 | Jonathan R. Mattern | 2.0 | 7 | Call with Debtors advisors to review slides for board meeting |
| 12/12/2012 | Jonathan R. Mattern | 1.0 | 11 | Review Debtors response to examiner |
| 12/12/2012 | Karn S. Chopra | 1.5 | 4 | Call with co-advisors on board materials |
| 12/12/2012 | Karn S. Chopra | 1.5 | 4 | Review board materials |
| 12/12/2012 | Karn S. Chopra | 2.0 | 7 | Call with Debtors advisors to review slides for board meeting |
| 12/12/2012 | Karn S. Chopra | 1.5 | 11 | Call with MoFo about response to examiner request |
| 12/12/2012 | Karn S. Chopra | 1.0 | 11 | Review Debtors response to examiner |
| 12/12/2012 | Karn S. Chopra | 1.5 | 11 | Update slides for board meeting |
| 12/12/2012 | Marc D. Puntus | 1.5 | 4 | Call with co-advisors on board materials |
| 12/12/2012 | Marc D. Puntus | 1.5 | 4 | Review board materials |
| 12/12/2012 | Marc D. Puntus | 2.0 | 7 | Call with Debtors advisors to review slides for board meeting |
| 12/12/2012 | Marc D. Puntus | 1.5 | 11 | Call with MoFo about response to examiner request |
| 12/12/2012 | Marc D. Puntus | 1.0 | 11 | Review Debtors response to examiner |
| 12/12/2012 | Ryan Kielty | 1.0 | 3 | Assisted co-advisor with purchase price analysis |
| 12/12/2012 | Ryan Kielty | 1.0 | 3 | Facilitated UCC diligence |
| 12/12/2012 | Ryan Kielty | 1.5 | 4 | Call with co-advisors on board materials |
| 12/12/2012 | Ryan Kielty | 1.5 | 4 | Review board materials |
| 12/12/2012 | Ryan Kielty | 2.0 | 7 | Call with Debtors advisors to review slides for board meeting |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/12/2012 | Ryan Kielty | 1.5 | 11 | Call with MoFo about response to examiner request |
| 12/12/2012 | Ryan Kielty | 1.0 | 11 | Review Debtors response to examiner |
| 12/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis |
| 12/11/2012 | Jonathan R. Mattern | 1.0 | 2 | Purchase price analysis |
| 12/11/2012 | Karn S. Chopra | 2.5 | 3 | Call with Ally advisors about FHA loan sale process |
| 12/11/2012 | Karn S. Chopra | 0.5 | 3 | Call with JSB advisors about FHA loan sale process |
| 12/11/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 12/11/2012 | Karn S. Chopra | 1.5 | 12 | Call with management to discuss FHA loan sale documentation |
| 12/11/2012 | Marc D. Puntus | 2.5 | 3 | Call with Ally advisors about FHA loan sale process |
| 12/11/2012 | Marc D. Puntus | 0.5 | 3 | Call with JSB advisors about FHA loan sale process |
| 12/11/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 12/11/2012 | Marc D. Puntus | 1.5 | 12 | Call with management to discuss FHA loan sale documentation |
| 12/11/2012 | Ryan Kielty | 1.0 | 2 | Purchase price analysis |
| 12/11/2012 | Ryan Kielty | 2.5 | 3 | Call with Ally advisors about FHA loan sale process |
| 12/11/2012 | Ryan Kielty | 0.5 | 3 | Call with JSB advisors about FHA loan sale process |
| 12/11/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 12/11/2012 | Ryan Kielty | 1.5 | 12 | Call with management to discuss FHA loan sale documentation |
| 12/10/2012 | Benjamin H. Weingarten | 0.5 | 1 | Review US Trustee fee application objection |
| 12/10/2012 | Benjamin H. Weingarten | 2.0 | 3 | Review and help co-advisor finalize asset schedule |
| 12/10/2012 | Jonathan R. Mattern | 0.5 | 1 | Dataroom work |
| 12/10/2012 | Jonathan R. Mattern | 0.5 | 1 | Review US Trustee fee application objection |
| 12/10/2012 | Jonathan R. Mattern | 2.0 | 3 | Review and help co-advisor finalize asset schedule |
| 12/10/2012 | Karn S. Chopra | 0.5 | 1 | Review US Trustee fee application objection |
| 12/10/2012 | Karn S. Chopra | 3.5 | 2 | Call with management to discuss GSE cure analyses |
| 12/10/2012 | Karn S. Chopra | 1.5 | 2 | Prepared analysis to support Debtors proposal on GSE cure claims |
| 12/10/2012 | Karn S. Chopra | 2.0 | 3 | Review and help co-advisor finalize asset schedule |
| 12/10/2012 | Marc D. Puntus | 0.5 | 1 | Review US Trustee fee application objection |
| 12/10/2012 | Marc D. Puntus | 3.5 | 2 | Call with management to discuss GSE cure analyses |
| 12/10/2012 | Ryan Kielty | 0.5 | 1 | Review US Trustee fee application objection |
| 12/10/2012 | Ryan Kielty | 3.5 | 2 | Call with management to discuss GSE cure analyses |
| 12/10/2012 | Ryan Kielty | 2.0 | 3 | Review and help co-advisor finalize asset schedule |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/08/2012 | Benjamin H. Weingarten | 2.0 | 1 | Review exclusivity extension and mediator motions |
| 12/08/2012 | Jonathan R. Mattern | 2.0 | 1 | Review exclusivity extension and mediator motions |
| 12/08/2012 | Karn S. Chopra | 2.0 | 1 | Review exclusivity extension and mediator motions |
| 12/08/2012 | Marc D. Puntus | 2.0 | 1 | Review exclusivity extension and mediator motions |
| 12/08/2012 | Ryan Kielty | 2.0 | 1 | Review exclusivity extension and mediator motions |
| 12/07/2012 | Benjamin H. Weingarten | 2.5 | 4 | Board call |
| 12/07/2012 | Benjamin H. Weingarten | 1.5 | 5 | Review revised DIP projections |
| 12/07/2012 | Benjamin H. Weingarten | 1.0 | 7 | Review revised waterfall projections |
| 12/07/2012 | Benjamin H. Weingarten | 2.5 | 12 | Review draft MLPA and offering sheet |
| 12/07/2012 | Jonathan R. Mattern | 2.5 | 4 | Board call |
| 12/07/2012 | Jonathan R. Mattern | 1.5 | 5 | Review revised DIP projections |
| 12/07/2012 | Jonathan R. Mattern | 1.0 | 7 | Review revised waterfall projections |
| 12/07/2012 | Jonathan R. Mattern | 2.5 | 12 | Review draft MLPA and offering sheet |
| 12/07/2012 | Karn S. Chopra | 2.5 | 4 | Board call |
| 12/07/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 12/07/2012 | Karn S. Chopra | 1.5 | 5 | Review revised DIP projections |
| 12/07/2012 | Karn S. Chopra | 1.0 | 7 | Review revised waterfall projections |
| 12/07/2012 | Karn S. Chopra | 2.5 | 12 | Review draft MLPA and offering sheet |
| 12/07/2012 | Marc D. Puntus | 2.5 | 4 | Board call |
| 12/07/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 12/07/2012 | Marc D. Puntus | 1.5 | 5 | Review revised DIP projections |
| 12/07/2012 | Marc D. Puntus | 1.0 | 7 | Review revised waterfall projections |
| 12/07/2012 | Marc D. Puntus | 2.5 | 12 | Review draft MLPA and offering sheet |
| 12/07/2012 | Ryan Kielty | 2.5 | 4 | Board call |
| 12/07/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 12/07/2012 | Ryan Kielty | 1.5 | 5 | Review revised DIP projections |
| 12/07/2012 | Ryan Kielty | 1.0 | 7 | Review revised waterfall projections |
| 12/07/2012 | Ryan Kielty | 2.5 | 12 | Review draft MLPA and offering sheet |
| 12/06/2012 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed slides for board meeting |
| 12/06/2012 | Jonathan R. Mattern | 0.5 | 11 | Reviewed slides for board meeting |
| 12/06/2012 | Karn S. Chopra | 1.5 | 2 | Integration team meeting |
| 12/06/2012 | Karn S. Chopra | 2.0 | 11 | Call with Debtors advisors to discuss case dynamics |
| 12/06/2012 | Karn S. Chopra | 1.5 | 11 | Drafted slides for board meeting |
| 12/06/2012 | Karn S. Chopra | 0.5 | 11 | Reviewed slides for board meeting |
| 12/06/2012 | Marc D. Puntus | 2.0 | 11 | Call with Debtors advisors to discuss case dynamics |
| 12/06/2012 | Marc D. Puntus | 0.5 | 11 | Reviewed slides for board meeting |
| 12/06/2012 | Ryan Kielty | 2.0 | 11 | Call with Debtors advisors to discuss case dynamics |
| 12/06/2012 | Ryan Kielty | 0.5 | 11 | Reviewed slides for board meeting |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 12/05/2012 | Karn S. Chopra | 1.5 | 3 | Prepare materials for weekly UCC committee meeting |
| 12/05/2012 | Karn S. Chopra | 1.0 | 3 | Weekly call with UCC committee members |
| 12/05/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/05/2012 | Karn S. Chopra | 2.5 | 12 | Call with Debtors advisors to discuss FHA loan sale process |
| 12/05/2012 | Karn S. Chopra | 1.5 | 12 | Drafted offering sheet for FHA loan sale process |
| 12/05/2012 | Marc D. Puntus | 1.0 | 3 | Weekly call with UCC committee members |
| 12/05/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/05/2012 | Marc D. Puntus | 2.5 | 12 | Call with Debtors advisors to discuss FHA loan sale process |
| 12/05/2012 | Ryan Kielty | 1.0 | 3 | Weekly call with UCC committee members |
| 12/05/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 12/05/2012 | Ryan Kielty | 2.5 | 12 | Call with Debtors advisors to discuss FHA loan sale process |
| 12/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call on PSA amendment process with the Company, co-advisors and Ocwen |
| 12/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis |
| 12/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Call on PSA amendment process with the Company, co-advisors and Ocwen |
| 12/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Purchase price analysis |
| 12/04/2012 | Karn S. Chopra | 1.0 | 2 | Call on PSA amendment process with the Company, co-advisors and Ocwen |
| 12/04/2012 | Karn S. Chopra | 3.0 | 3 | Meeting with JSB advisors about POR dynamics and next steps |
| 12/04/2012 | Karn S. Chopra | 1.0 | 11 | Meeting with Debtors advisors to prepare for JSB meeting about POR |
| 12/04/2012 | Karn S. Chopra | 2.5 | 11 | Prepared for meeting with JSBs about POR |
| 12/04/2012 | Marc D. Puntus | 3.0 | 3 | Meeting with JSB advisors about POR dynamics and next steps |
| 12/04/2012 | Marc D. Puntus | 1.0 | 11 | Meeting with Debtors advisors to prepare for JSB meeting about POR |
| 12/04/2012 | Marc D. Puntus | 2.5 | 11 | Prepared for meeting with JSBs about POR |
| 12/04/2012 | Ryan Kielty | 1.0 | 2 | Call on PSA amendment process with the Company, co-advisors and Ocwen |
| 12/03/2012 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 12/03/2012 | Karn S. Chopra | 1.5 | 1 | Prepared November time report |
| 12/03/2012 | Karn S. Chopra | 2.5 | 2 | Integration team meeting |
| 12/03/2012 | Karn S. Chopra | 1.5 | 3 | Call with Ally advisors to discuss case dynamics and next steps |
| 12/03/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 12/03/2012 | Marc D. Puntus | 2.5 | 2 | Integration team meeting |
| 12/03/2012 | Marc D. Puntus | 1.5 | 3 | Call with Ally advisors to discuss case dynamics and next steps |
| 12/03/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 12/03/2012 | Ryan Kielty | 1.5 | 3 | Call with Ally advisors to discuss case dynamics and next steps |
| 12/03/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/30/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assisted co-advisor with purchase price schedule questions |
| 11/30/2012 | Benjamin H. Weingarten | 1.5 | 4 | Board call |
| 11/30/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call with co-advisors on Estate cost allocation |
| 11/30/2012 | Jonathan R. Mattern | 1.0 | 2 | Assisted co-advisor with purchase price schedule questions |
| 11/30/2012 | Jonathan R. Mattern | 1.5 | 4 | Board call |
| 11/30/2012 | Karn S. Chopra | 1.5 | 2 | Call with Debtors advisors to discuss motions and documentation needed for FHA loan sale |
| 11/30/2012 | Karn S. Chopra | 2.0 | 2 | Call with integration steering committee |
| 11/30/2012 | Karn S. Chopra | 1.5 | 4 | Board call |
| 11/30/2012 | Karn S. Chopra | 1.0 | 5 | Call to discuss ResCap cash flow projections |
| 11/30/2012 | Karn S. Chopra | 0.5 | 11 | Call with co-advisors on Estate cost allocation |
| 11/30/2012 | Marc D. Puntus | 1.5 | 2 | Call with Debtors advisors to discuss motions and documentation needed for FHA loan sale |
| 11/30/2012 | Marc D. Puntus | 2.0 | 2 | Call with integration steering committee |
| 11/30/2012 | Marc D. Puntus | 1.5 | 4 | Board call |
| 11/30/2012 | Marc D. Puntus | 1.0 | 5 | Call to discuss ResCap cash flow projections |
| 11/30/2012 | Marc D. Puntus | 0.5 | 11 | Call with co-advisors on Estate cost allocation |
| 11/30/2012 | Ryan Kielty | 1.0 | 2 | Assisted co-advisor with purchase price schedule questions |
| 11/30/2012 | Ryan Kielty | 1.5 | 2 | Call with Debtors advisors to discuss motions and documentation needed for FHA loan sale |
| 11/30/2012 | Ryan Kielty | 2.0 | 2 | Call with integration steering committee |
| 11/30/2012 | Ryan Kielty | 1.5 | 4 | Board call |
| 11/30/2012 | Ryan Kielty | 1.0 | 5 | Call to discuss ResCap cash flow projections |
| 11/30/2012 | Ryan Kielty | 0.5 | 11 | Call with co-advisors on Estate cost allocation |
| 11/29/2012 | Benjamin H. Weingarten | 1.5 | 2 | Platform purchase price analysis work |
| 11/29/2012 | Benjamin H. Weingarten | 3.5 | 11 | GSE cure claim discussion with the Company, co-advisors and the UCC |
| 11/29/2012 | Jonathan R. Mattern | 1.5 | 2 | Platform purchase price analysis work |
| 11/29/2012 | Jonathan R. Mattern | 3.5 | 11 | GSE cure claim discussion with the Company, co-advisors and the UCC |
| 11/29/2012 | Karn S. Chopra | 1.5 | 2 | Call to discuss timing of FHA/VA loan sale |
| 11/29/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to prepare for UCC meeting |
| 11/29/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 11/29/2012 | Karn S. Chopra | 3.5 | 7 | Meeting with JSB advisors to discuss plan process |
| 11/29/2012 | Karn S. Chopra | 3.5 | 11 | GSE cure claim discussion with the Company, co-advisors and the UCC |
| 11/29/2012 | Marc D. Puntus | 1.5 | 2 | Call to discuss timing of FHA/VA loan sale |
| 11/29/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to prepare for UCC meeting |
| 11/29/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 11/29/2012 | Marc D. Puntus | 3.5 | 7 | Meeting with JSB advisors to discuss plan process |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/29/2012 | Marc D. Puntus | 3.5 | 11 | GSE cure claim discussion with the Company, co-advisors and the UCC |
| 11/29/2012 | Ryan Kielty | 1.5 | 2 | Call to discuss timing of FHA/VA loan sale |
| 11/29/2012 | Ryan Kielty | 1.5 | 2 | Platform purchase price analysis work |
| 11/29/2012 | Ryan Kielty | 0.5 | 4 | Call with management to prepare for UCC meeting |
| 11/29/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 11/29/2012 | Ryan Kielty | 3.5 | 7 | Meeting with JSB advisors to discuss plan process |
| 11/29/2012 | Ryan Kielty | 3.5 | 11 | GSE cure claim discussion with the Company, co-advisors and the UCC |
| 11/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 11/28/2012 | Benjamin H. Weingarten | 4.0 | 2 | Review and comment on GSE cure anlaysis being sent to UCC |
| 11/28/2012 | Benjamin H. Weingarten | 4.0 | 2 | Work on Platform purchase price analysis |
| 11/28/2012 | Benjamin H. Weingarten | 3.0 | 2 | Work on Whole Loan portfolio stratification |
| 11/28/2012 | Benjamin H. Weingarten | 2.5 | 4 | Participated in ResCap board meeting |
| 11/28/2012 | Benjamin H. Weingarten | 1.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/28/2012 | Benjamin H. Weingarten | 1.0 | 11 | Purchase price analysis work regarding potential terminations |
| 11/28/2012 | Benjamin H. Weingarten | 2.0 | 11 | Review Fraud Claims Classification motion |
| 11/28/2012 | Benjamin H. Weingarten | 1.0 | 11 | Work on objection analysis |
| 11/28/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 11/28/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared and posted Whole Loan portfolio APA schedules |
| 11/28/2012 | Jonathan R. Mattern | 4.0 | 2 | Review and comment on GSE cure anlaysis being sent to UCC |
| 11/28/2012 | Jonathan R. Mattern | 4.0 | 2 | Work on Platform purchase price analysis |
| 11/28/2012 | Jonathan R. Mattern | 3.0 | 2 | Work on Whole Loan portfolio stratification |
| 11/28/2012 | Jonathan R. Mattern | 2.5 | 4 | Participated in ResCap board meeting |
| 11/28/2012 | Jonathan R. Mattern | 1.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/28/2012 | Jonathan R. Mattern | 2.0 | 11 | Review Fraud Claims Classification motion |
| 11/28/2012 | Karn S. Chopra | 4.0 | 2 | Review and comment on GSE cure anlaysis being sent to UCC |
| 11/28/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss next steps in process post sale hearing |
| 11/28/2012 | Karn S. Chopra | 2.5 | 4 | Participated in ResCap board meeting |
| 11/28/2012 | Karn S. Chopra | 1.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/28/2012 | Karn S. Chopra | 2.0 | 11 | Review Fraud Claims Classification motion |
| 11/28/2012 | Marc D. Puntus | 4.0 | 2 | Review and comment on GSE cure anlaysis being sent to UCC |
| 11/28/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss next steps in process post sale hearing |
| 11/28/2012 | Marc D. Puntus | 2.5 | 4 | Participated in ResCap board meeting |
| 11/28/2012 | Marc D. Puntus | 1.5 | 11 | Internal meeting to prepare for ResCap board meeting |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/28/2012 | Marc D. Puntus | 2.0 | 11 | Review Fraud Claims Classification motion |
| 11/28/2012 | Ryan Kielty | 4.0 | 2 | Review and comment on GSE cure anlaysis being sent to UCC |
| 11/28/2012 | Ryan Kielty | 4.0 | 2 | Work on Platform purchase price analysis |
| 11/28/2012 | Ryan Kielty | 3.0 | 2 | Work on Whole Loan portfolio stratification |
| 11/28/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss next steps in process post sale hearing |
| 11/28/2012 | Ryan Kielty | 2.5 | 4 | Participated in ResCap board meeting |
| 11/28/2012 | Ryan Kielty | 1.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/28/2012 | Ryan Kielty | 1.0 | 11 | Purchase price analysis work regarding potential terminations |
| 11/28/2012 | Ryan Kielty | 2.0 | 11 | Review Fraud Claims Classification motion |
| 11/27/2012 | Benjamin H. Weingarten | 0.5 | 1 | Dataroom work |
| 11/27/2012 | Benjamin H. Weingarten | 1.5 | 2 | Data tape work |
| 11/27/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole Loan diligence facilitation |
| 11/27/2012 | Benjamin H. Weingarten | 1.0 | 2 | Work on asset reconciliation |
| 11/27/2012 | Benjamin H. Weingarten | 5.0 | 2 | Work on purchase price analysis |
| 11/27/2012 | Benjamin H. Weingarten | 2.5 | 7 | Reviewed and commented on updated waterfall analysis |
| 11/27/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call with co-advisor regarding dataroom |
| 11/27/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim analysis work and calls |
| 11/27/2012 | Jonathan R. Mattern | 0.5 | 1 | Dataroom work |
| 11/27/2012 | Jonathan R. Mattern | 1.5 | 2 | Data tape work |
| 11/27/2012 | Jonathan R. Mattern | 1.5 | 2 | Whole Loan diligence facilitation |
| 11/27/2012 | Jonathan R. Mattern | 1.0 | 2 | Work on asset reconciliation |
| 11/27/2012 | Jonathan R. Mattern | 5.0 | 2 | Work on purchase price analysis |
| 11/27/2012 | Jonathan R. Mattern | 2.5 | 7 | Reviewed and commented on updated waterfall analysis |
| 11/27/2012 | Jonathan R. Mattern | 0.5 | 11 | Call with co-advisor regarding dataroom |
| 11/27/2012 | Karn S. Chopra | 1.5 | 4 | Daily update call with management |
| 11/27/2012 | Karn S. Chopra | 2.0 | 7 | Call to discuss various alternatives to base case of waterfall analysis |
| 11/27/2012 | Karn S. Chopra | 2.5 | 7 | Reviewed and commented on updated waterfall analysis |
| 11/27/2012 | Marc D. Puntus | 1.5 | 4 | Daily update call with management |
| 11/27/2012 | Marc D. Puntus | 2.0 | 7 | Call to discuss various alternatives to base case of waterfall analysis |
| 11/27/2012 | Marc D. Puntus | 2.5 | 7 | Reviewed and commented on updated waterfall analysis |
| 11/27/2012 | Ryan Kielty | 1.5 | 2 | Whole Loan diligence facilitation |
| 11/27/2012 | Ryan Kielty | 1.5 | 4 | Daily update call with management |
| 11/27/2012 | Ryan Kielty | 2.0 | 7 | Call to discuss various alternatives to base case of waterfall analysis |
| 11/27/2012 | Ryan Kielty | 2.5 | 7 | Reviewed and commented on updated waterfall analysis |
| 11/27/2012 | Ryan Kielty | 0.5 | 11 | Call with co-advisor regarding dataroom |
| 11/27/2012 | Ryan Kielty | 1.0 | 11 | Cure claim analysis work and calls |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/26/2012 | Benjamin H. Weingarten | 2.5 | 2 | Call with Debtors advisors to discuss GSE cure claim negotiations |
| 11/26/2012 | Benjamin H. Weingarten | 1.5 | 2 | Cure claim analysis work |
| 11/26/2012 | Benjamin H. Weingarten | 4.0 | 2 | Data tape review |
| 11/26/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review cure anlayses for monolines |
| 11/26/2012 | Benjamin H. Weingarten | 2.0 | 2 | Review of purchase price analysis |
| 11/26/2012 | Benjamin H. Weingarten | 1.5 | 5 | Review updated cash flow projections |
| 11/26/2012 | Jonathan R. Mattern | 4.0 | 1 | Timesheet work |
| 11/26/2012 | Jonathan R. Mattern | 4.0 | 2 | Assembled Platform and Whole Loan Purchase Price build |
| 11/26/2012 | Jonathan R. Mattern | 2.5 | 2 | Call with Debtors advisors to discuss GSE cure claim negotiations |
| 11/26/2012 | Jonathan R. Mattern | 4.0 | 2 | Data tape review |
| 11/26/2012 | Jonathan R. Mattern | 4.0 | 2 | Prepared Platform and Whole Loan tapes for the Company |
| 11/26/2012 | Jonathan R. Mattern | 1.0 | 2 | Review cure anlayses for monolines |
| 11/26/2012 | Jonathan R. Mattern | 2.0 | 2 | Review of purchase price analysis |
| 11/26/2012 | Jonathan R. Mattern | 1.5 | 5 | Review updated cash flow projections |
| 11/26/2012 | Karn S. Chopra | 2.5 | 2 | Call with Debtors advisors to discuss GSE cure claim negotiations |
| 11/26/2012 | Karn S. Chopra | 1.0 | 2 | Review cure anlayses for monolines |
| 11/26/2012 | Karn S. Chopra | 1.5 | 5 | Review updated cash flow projections |
| 11/26/2012 | Marc D. Puntus | 2.5 | 2 | Call with Debtors advisors to discuss GSE cure claim negotiations |
| 11/26/2012 | Marc D. Puntus | 1.0 | 2 | Review cure anlayses for monolines |
| 11/26/2012 | Marc D. Puntus | 1.5 | 5 | Review updated cash flow projections |
| 11/26/2012 | Ryan Kielty | 4.0 | 2 | Assembled Platform and Whole Loan Purchase Price build |
| 11/26/2012 | Ryan Kielty | 2.5 | 2 | Call with Debtors advisors to discuss GSE cure claim negotiations |
| 11/26/2012 | Ryan Kielty | 1.5 | 2 | Cure claim analysis work |
| 11/26/2012 | Ryan Kielty | 1.0 | 2 | Review cure anlayses for monolines |
| 11/26/2012 | Ryan Kielty | 1.5 | 5 | Review updated cash flow projections |
| 11/25/2012 | Benjamin H. Weingarten | 0.5 | 3 | Assisted Ally advisor with Whole Loan diligence |
| 11/25/2012 | Ryan Kielty | 0.5 | 3 | Assisted Ally advisor with Whole Loan diligence |
| 11/21/2012 | Karn S. Chopra | 0.5 | 2 | Call with integration steering committee |
| 11/21/2012 | Karn S. Chopra | 3.5 | 2 | Reviewed and commented on preliminary work product of integration steering committee |
| 11/21/2012 | Marc D. Puntus | 0.5 | 2 | Call with integration steering committee |
| 11/21/2012 | Marc D. Puntus | 3.5 | 2 | Reviewed and commented on preliminary work product of integration steering committee |
| 11/21/2012 | Ryan Kielty | 0.5 | 2 | Call with integration steering committee |
| 11/20/2012 | Benjamin H. Weingarten | 0.5 | 3 | Assisted Ally advisor with Whole Loan diligence |
| 11/20/2012 | Karn S. Chopra | 2.0 | 2 | Attended continuation of sale hearing |
| 11/20/2012 | Karn S. Chopra | 1.0 | 2 | Call with Ocwen/Walter to discuss sale closing |
| 11/20/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 11/20/2012 | Marc D. Puntus | 2.0 | 2 | Attended continuation of sale hearing |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/20/2012 | Marc D. Puntus | 1.0 | 2 | Call with Ocwen/Walter to discuss sale closing |
| 11/20/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 11/20/2012 | Ryan Kielty | 2.0 | 2 | Attended continuation of sale hearing |
| 11/20/2012 | Ryan Kielty | 1.0 | 2 | Call with Ocwen/Walter to discuss sale closing |
| 11/20/2012 | Ryan Kielty | 0.5 | 3 | Assisted Ally advisor with Whole Loan diligence |
| 11/20/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 11/19/2012 | Benjamin H. Weingarten | 7.0 | 2 | Attended Sale Hearing |
| 11/19/2012 | Benjamin H. Weingarten | 0.5 | 8 | Travel from Bankruptcy Court to office |
| 11/19/2012 | Benjamin H. Weingarten | 0.5 | 8 | Travel from home to Bankruptcy Court |
| 11/19/2012 | Jonathan R. Mattern | 7.0 | 2 | Attended Sale Hearing |
| 11/19/2012 | Jonathan R. Mattern | 0.5 | 8 | Travel from Bankruptcy Court to office |
| 11/19/2012 | Jonathan R. Mattern | 0.5 | 8 | Travel from home to Bankruptcy Court |
| 11/19/2012 | Karn S. Chopra | 7.0 | 2 | Attended Sale Hearing |
| 11/19/2012 | Karn S. Chopra | 3.0 | 2 | Meeting with Debtors advisors to address remaining sale hearing open issues |
| 11/19/2012 | Karn S. Chopra | 0.5 | 8 | Travel from Bankruptcy Court to office |
| 11/19/2012 | Karn S. Chopra | 0.5 | 8 | Travel from home to Bankruptcy Court |
| 11/19/2012 | Marc D. Puntus | 7.0 | 2 | Attended Sale Hearing |
| 11/19/2012 | Marc D. Puntus | 3.0 | 2 | Meeting with Debtors advisors to address remaining sale hearing open issues |
| 11/19/2012 | Marc D. Puntus | 0.5 | 8 | Travel from Bankruptcy Court to office |
| 11/19/2012 | Marc D. Puntus | 0.5 | 8 | Travel from home to Bankruptcy Court |
| 11/19/2012 | Ryan Kielty | 7.0 | 2 | Attended Sale Hearing |
| 11/19/2012 | Ryan Kielty | 3.0 | 2 | Meeting with Debtors advisors to address remaining sale hearing open issues |
| 11/19/2012 | Ryan Kielty | 0.5 | 8 | Travel from Bankruptcy Court to office |
| 11/19/2012 | Ryan Kielty | 0.5 | 8 | Travel from home to Bankruptcy Court |
| 11/18/2012 | Benjamin H. Weingarten | 0.5 | 3 | Assisted Ally co-advisor with Whole Loan diligence |
| 11/18/2012 | Karn S. Chopra | 2.5 | 2 | Call to discuss status update on sale hearing objections |
| 11/18/2012 | Karn S. Chopra | 2.0 | 2 | Call with Ocwen/Walter and Berkshire to discuss certain sale hearing objections |
| 11/18/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss GSE cure claims |
| 11/18/2012 | Marc D. Puntus | 2.5 | 2 | Call to discuss status update on sale hearing objections |
| 11/18/2012 | Marc D. Puntus | 2.0 | 2 | Call with Ocwen/Walter and Berkshire to discuss certain sale hearing objections |
| 11/18/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss GSE cure claims |
| 11/18/2012 | Ryan Kielty | 2.5 | 2 | Call to discuss status update on sale hearing objections |
| 11/18/2012 | Ryan Kielty | 2.0 | 2 | Call with Ocwen/Walter and Berkshire to discuss certain sale hearing objections |
| 11/18/2012 | Ryan Kielty | 0.5 | 3 | Assisted Ally co-advisor with Whole Loan diligence |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                        2/24/2014

Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/18/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss GSE cure claims |
| 11/16/2012 | Benjamin H. Weingarten | 3.0 | 2 | Cure claim analysis work |
| 11/16/2012 | Benjamin H. Weingarten | 1.5 | 11 | Call with the Company on Canadian asset sales |
| 11/16/2012 | Jonathan R. Mattern | 1.5 | 11 | Call with the Company on Canadian asset sales |
| 11/16/2012 | Karn S. Chopra | 0.5 | 2 | Call with Walter about origination assets |
| 11/16/2012 | Karn S. Chopra | 1.0 | 2 | Follow-up call with integration steering committee |
| 11/16/2012 | Karn S. Chopra | 1.5 | 4 | Participated in initial kick-off of integration steering committee |
| 11/16/2012 | Karn S. Chopra | 1.0 | 5 | Follow-up call with Barclays |
| 11/16/2012 | Karn S. Chopra | 1.5 | 11 | Call with the Company on Canadian asset sales |
| 11/16/2012 | Marc D. Puntus | 0.5 | 2 | Call with Walter about origination assets |
| 11/16/2012 | Marc D. Puntus | 1.0 | 2 | Follow-up call with integration steering committee |
| 11/16/2012 | Marc D. Puntus | 1.5 | 4 | Participated in initial kick-off of integration steering committee |
| 11/16/2012 | Marc D. Puntus | 1.0 | 5 | Follow-up call with Barclays |
| 11/16/2012 | Marc D. Puntus | 1.5 | 11 | Call with the Company on Canadian asset sales |
| 11/16/2012 | Ryan Kielty | 0.5 | 2 | Call with Walter about origination assets |
| 11/16/2012 | Ryan Kielty | 1.0 | 2 | Follow-up call with integration steering committee |
| 11/16/2012 | Ryan Kielty | 1.5 | 4 | Participated in initial kick-off of integration steering committee |
| 11/16/2012 | Ryan Kielty | 1.0 | 5 | Follow-up call with Barclays |
| 11/16/2012 | Ryan Kielty | 1.5 | 11 | Call with the Company on Canadian asset sales |
| 11/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Ocwen presentation to FHLMC |
| 11/15/2012 | Benjamin H. Weingarten | 2.0 | 2 | Reviewed GSE cure objections |
| 11/15/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with the UCC regarding cure claims analysis |
| 11/15/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim analysis work |
| 11/15/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Ocwen presentation to FHLMC |
| 11/15/2012 | Jonathan R. Mattern | 2.0 | 2 | Reviewed GSE cure objections |
| 11/15/2012 | Karn S. Chopra | 3.5 | 2 | Meeting with Debtors advisors to discuss strategy for sale hearing |
| 11/15/2012 | Karn S. Chopra | 0.5 | 2 | Review Ocwen presentation to FHLMC |
| 11/15/2012 | Karn S. Chopra | 2.0 | 2 | Reviewed GSE cure objections |
| 11/15/2012 | Karn S. Chopra | 0.5 | 3 | Call with the UCC regarding cure claims analysis |
| 11/15/2012 | Karn S. Chopra | 2.5 | 4 | Various calls with members of management to discuss next steps re: GSE cures |
| 11/15/2012 | Marc D. Puntus | 3.5 | 2 | Meeting with Debtors advisors to discuss strategy for sale hearing |
| 11/15/2012 | Marc D. Puntus | 0.5 | 2 | Review Ocwen presentation to FHLMC |
| 11/15/2012 | Marc D. Puntus | 2.0 | 2 | Reviewed GSE cure objections |
| 11/15/2012 | Marc D. Puntus | 2.5 | 4 | Various calls with members of management to discuss next steps re: GSE cures |
| 11/15/2012 | Ryan Kielty | 0.5 | 2 | Review Ocwen presentation to FHLMC |
| 11/15/2012 | Ryan Kielty | 2.0 | 2 | Reviewed GSE cure objections |
| 11/15/2012 | Ryan Kielty | 0.5 | 3 | Call with the UCC regarding cure claims analysis |
| 11/15/2012 | Ryan Kielty | 2.5 | 4 | Various calls with members of management to discuss next steps re: GSE cures |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/14/2012 | Benjamin H. Weingarten | 0.5 | 1 | Discussion on administrative tasks |
| 11/14/2012 | Benjamin H. Weingarten | 6.0 | 1 | Timesheet work |
| 11/14/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call with the Company on cure claim / purchase price impact |
| 11/14/2012 | Benjamin H. Weingarten | 1.5 | 11 | Cure claim analysis work |
| 11/14/2012 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 11/14/2012 | Jonathan R. Mattern | 0.5 | 1 | Discussion on administrative tasks |
| 11/14/2012 | Karn S. Chopra | 1.0 | 3 | Participated in weekly UCC call |
| 11/14/2012 | Karn S. Chopra | 2.0 | 4 | Call to discuss various strategies regarding GNMA loans post-close |
| 11/14/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss agenda for weekly UCC call |
| 11/14/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 11/14/2012 | Marc D. Puntus | 1.0 | 3 | Participated in weekly UCC call |
| 11/14/2012 | Marc D. Puntus | 2.0 | 4 | Call to discuss various strategies regarding GNMA loans post-close |
| 11/14/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss agenda for weekly UCC call |
| 11/14/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 11/14/2012 | Ryan Kielty | 0.5 | 1 | Discussion on administrative tasks |
| 11/14/2012 | Ryan Kielty | 6.0 | 1 | Timesheet work |
| 11/14/2012 | Ryan Kielty | 1.0 | 3 | Participated in weekly UCC call |
| 11/14/2012 | Ryan Kielty | 2.0 | 4 | Call to discuss various strategies regarding GNMA loans post-close |
| 11/14/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss agenda for weekly UCC call |
| 11/14/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 11/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis work |
| 11/13/2012 | Benjamin H. Weingarten | 1.5 | 7 | Internal meeting to discuss waterfall analysis |
| 11/13/2012 | Jonathan R. Mattern | 1.0 | 2 | Purchase price analysis work |
| 11/13/2012 | Jonathan R. Mattern | 1.5 | 7 | Internal meeting to discuss waterfall analysis |
| 11/13/2012 | Karn S. Chopra | 0.5 | 3 | Prepare for weekly call with UCC |
| 11/13/2012 | Karn S. Chopra | 1.5 | 7 | Internal meeting to discuss waterfall analysis |
| 11/13/2012 | Karn S. Chopra | 4.5 | 7 | Meeting with Senior Unsecured Noteholders |
| 11/13/2012 | Marc D. Puntus | 0.5 | 3 | Prepare for weekly call with UCC |
| 11/13/2012 | Marc D. Puntus | 1.5 | 7 | Internal meeting to discuss waterfall analysis |
| 11/13/2012 | Marc D. Puntus | 4.5 | 7 | Meeting with Senior Unsecured Noteholders |
| 11/13/2012 | Ryan Kielty | 1.0 | 2 | Purchase price analysis work |
| 11/13/2012 | Ryan Kielty | 0.5 | 3 | Prepare for weekly call with UCC |
| 11/13/2012 | Ryan Kielty | 1.5 | 7 | Internal meeting to discuss waterfall analysis |
| 11/13/2012 | Ryan Kielty | 4.5 | 7 | Meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Benjamin H. Weingarten | 3.5 | 2 | Internal meeting to discuss strategy regarding sale objections |
| 11/12/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared asset stratification for the Company |
| 11/12/2012 | Benjamin H. Weingarten | 2.0 | 3 | Prepared tape for co-advisor |
| 11/12/2012 | Benjamin H. Weingarten | 1.0 | 5 | Prepared FNMA advances tape for co-advisor DIP projections |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/12/2012 | Benjamin H. Weingarten | 2.5 | 7 | Review latest waterfall analysis in advance of meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim review call with co-advisor |
| 11/12/2012 | Benjamin H. Weingarten | 2.5 | 11 | Prepared objection review materials |
| 11/12/2012 | Benjamin H. Weingarten | 2.0 | 11 | Review FNMA cure claim materials |
| 11/12/2012 | Jonathan R. Mattern | 3.5 | 2 | Internal meeting to discuss strategy regarding sale objections |
| 11/12/2012 | Jonathan R. Mattern | 0.5 | 2 | Prepared asset stratification for the Company |
| 11/12/2012 | Jonathan R. Mattern | 2.0 | 3 | Prepared tape for co-advisor |
| 11/12/2012 | Jonathan R. Mattern | 1.0 | 5 | Prepared FNMA advances tape for co-advisor DIP projections |
| 11/12/2012 | Jonathan R. Mattern | 2.5 | 7 | Review latest waterfall analysis in advance of meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Jonathan R. Mattern | 2.5 | 11 | Prepared objection review materials |
| 11/12/2012 | Jonathan R. Mattern | 2.0 | 11 | Review FNMA cure claim materials |
| 11/12/2012 | Karn S. Chopra | 1.0 | 2 | Call with Ocwen to discuss steps to sale closing |
| 11/12/2012 | Karn S. Chopra | 3.5 | 2 | Internal meeting to discuss strategy regarding sale objections |
| 11/12/2012 | Karn S. Chopra | 0.5 | 5 | Follow-up call with Barclays |
| 11/12/2012 | Karn S. Chopra | 2.5 | 7 | Review latest waterfall analysis in advance of meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Karn S. Chopra | 2.0 | 11 | Review FNMA cure claim materials |
| 11/12/2012 | Marc D. Puntus | 1.0 | 2 | Call with Ocwen to discuss steps to sale closing |
| 11/12/2012 | Marc D. Puntus | 3.5 | 2 | Internal meeting to discuss strategy regarding sale objections |
| 11/12/2012 | Marc D. Puntus | 0.5 | 5 | Follow-up call with Barclays |
| 11/12/2012 | Marc D. Puntus | 2.5 | 7 | Review latest waterfall analysis in advance of meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Marc D. Puntus | 2.0 | 11 | Review FNMA cure claim materials |
| 11/12/2012 | Ryan Kielty | 1.0 | 2 | Call with Ocwen to discuss steps to sale closing |
| 11/12/2012 | Ryan Kielty | 3.5 | 2 | Internal meeting to discuss strategy regarding sale objections |
| 11/12/2012 | Ryan Kielty | 0.5 | 2 | Prepared asset stratification for the Company |
| 11/12/2012 | Ryan Kielty | 2.0 | 3 | Prepared tape for co-advisor |
| 11/12/2012 | Ryan Kielty | 0.5 | 5 | Follow-up call with Barclays |
| 11/12/2012 | Ryan Kielty | 1.0 | 5 | Prepared FNMA advances tape for co-advisor DIP projections |
| 11/12/2012 | Ryan Kielty | 2.5 | 7 | Review latest waterfall analysis in advance of meeting with Senior Unsecured Noteholders |
| 11/12/2012 | Ryan Kielty | 1.0 | 11 | Cure claim review call with co-advisor |
| 11/12/2012 | Ryan Kielty | 2.0 | 11 | Review FNMA cure claim materials |
| 11/11/2012 | Benjamin H. Weingarten | 3.0 | 2 | Cure claim analysis work |
| 11/11/2012 | Jonathan R. Mattern | 2.0 | 2 | Review cure claim analysis work |
| 11/11/2012 | Karn S. Chopra | 2.0 | 2 | Review cure claim analysis work |
| 11/11/2012 | Karn S. Chopra | 1.5 | 5 | Call with Barclays about impact of sale processes on DIP financing |
| 11/11/2012 | Karn S. Chopra | 0.5 | 11 | Call with Debtors advisors about sale hearing |
| 11/11/2012 | Marc D. Puntus | 2.0 | 2 | Review cure claim analysis work |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/11/2012 | Marc D. Puntus | 1.5 | 5 | Call with Barclays about impact of sale processes on DIP financing |
| 11/11/2012 | Marc D. Puntus | 0.5 | 11 | Call with Debtors advisors about sale hearing |
| 11/11/2012 | Ryan Kielty | 3.0 | 2 | Cure claim analysis work |
| 11/11/2012 | Ryan Kielty | 2.0 | 2 | Review cure claim analysis work |
| 11/11/2012 | Ryan Kielty | 1.5 | 5 | Call with Barclays about impact of sale processes on DIP financing |
| 11/11/2012 | Ryan Kielty | 0.5 | 11 | Call with Debtors advisors about sale hearing |
| 11/09/2012 | Benjamin H. Weingarten | 2.5 | 1 | Dataroom cleanup work |
| 11/09/2012 | Benjamin H. Weingarten | 3.5 | 2 | Call to discuss sale objections |
| 11/09/2012 | Benjamin H. Weingarten | 3.0 | 2 | Review and provide comments on Sale Reply |
| 11/09/2012 | Benjamin H. Weingarten | 1.5 | 4 | Participated in ResCap board meeting |
| 11/09/2012 | Benjamin H. Weingarten | 2.0 | 11 | Cure claim analysis work |
| 11/09/2012 | Benjamin H. Weingarten | 0.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/09/2012 | Benjamin H. Weingarten | 2.0 | 11 | Review FNMA cure analysis |
| 11/09/2012 | Benjamin H. Weingarten | 1.0 | 11 | Sale objections call with the Company and its advisors |
| 11/09/2012 | Jonathan R. Mattern | 2.5 | 1 | Dataroom cleanup work |
| 11/09/2012 | Jonathan R. Mattern | 3.5 | 2 | Call to discuss sale objections |
| 11/09/2012 | Jonathan R. Mattern | 3.0 | 2 | Review and provide comments on Sale Reply |
| 11/09/2012 | Jonathan R. Mattern | 1.5 | 4 | Participated in ResCap board meeting |
| 11/09/2012 | Jonathan R. Mattern | 0.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/09/2012 | Jonathan R. Mattern | 2.0 | 11 | Review FNMA cure analysis |
| 11/09/2012 | Jonathan R. Mattern | 1.0 | 11 | Sale objections call with the Company and its advisors |
| 11/09/2012 | Karn S. Chopra | 3.5 | 2 | Call to discuss sale objections |
| 11/09/2012 | Karn S. Chopra | 3.0 | 2 | Review and provide comments on Sale Reply |
| 11/09/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors about FHA sale process |
| 11/09/2012 | Karn S. Chopra | 1.5 | 4 | Participated in ResCap board meeting |
| 11/09/2012 | Karn S. Chopra | 0.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/09/2012 | Karn S. Chopra | 2.0 | 11 | Review FNMA cure analysis |
| 11/09/2012 | Karn S. Chopra | 1.0 | 11 | Sale objections call with the Company and its advisors |
| 11/09/2012 | Marc D. Puntus | 3.5 | 2 | Call to discuss sale objections |
| 11/09/2012 | Marc D. Puntus | 3.0 | 2 | Review and provide comments on Sale Reply |
| 11/09/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors about FHA sale process |
| 11/09/2012 | Marc D. Puntus | 1.5 | 4 | Participated in ResCap board meeting |
| 11/09/2012 | Marc D. Puntus | 0.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/09/2012 | Marc D. Puntus | 2.0 | 11 | Review FNMA cure analysis |
| 11/09/2012 | Marc D. Puntus | 1.0 | 11 | Sale objections call with the Company and its advisors |
| 11/09/2012 | Ryan Kielty | 3.5 | 2 | Call to discuss sale objections |
| 11/09/2012 | Ryan Kielty | 3.0 | 2 | Review and provide comments on Sale Reply |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/09/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors about FHA sale process |
| 11/09/2012 | Ryan Kielty | 1.5 | 4 | Participated in ResCap board meeting |
| 11/09/2012 | Ryan Kielty | 2.0 | 11 | Cure claim analysis work |
| 11/09/2012 | Ryan Kielty | 0.5 | 11 | Internal meeting to prepare for ResCap board meeting |
| 11/09/2012 | Ryan Kielty | 2.0 | 11 | Review FNMA cure analysis |
| 11/09/2012 | Ryan Kielty | 1.0 | 11 | Sale objections call with the Company and its advisors |
| 11/08/2012 | Benjamin H. Weingarten | 2.0 | 2 | Puntus Sale Declaration drafting |
| 11/08/2012 | Benjamin H. Weingarten | 2.0 | 11 | Cure claim analysis work |
| 11/08/2012 | Jonathan R. Mattern | 2.0 | 2 | Puntus Sale Declaration drafting |
| 11/08/2012 | Karn S. Chopra | 2.0 | 2 | Puntus Sale Declaration drafting |
| 11/08/2012 | Karn S. Chopra | 3.5 | 3 | Drafted slides to update UCC on discussions with Ocwen/Walter and Berkshire |
| 11/08/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss closing of origination pipeline |
| 11/08/2012 | Karn S. Chopra | 2.0 | 4 | Prepared slides for ResCap board meeting |
| 11/08/2012 | Marc D. Puntus | 2.0 | 2 | Puntus Sale Declaration drafting |
| 11/08/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss closing of origination pipeline |
| 11/08/2012 | Ryan Kielty | 2.0 | 2 | Puntus Sale Declaration drafting |
| 11/08/2012 | Ryan Kielty | 3.5 | 3 | Drafted slides to update UCC on discussions with Ocwen/Walter and Berkshire |
| 11/08/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss closing of origination pipeline |
| 11/07/2012 | Benjamin H. Weingarten | 1.0 | 1 | Dataroom work |
| 11/07/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review updated cure anlayses |
| 11/07/2012 | Benjamin H. Weingarten | 2.0 | 3 | Ocwen purchase price analysis review |
| 11/07/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call with management about updated cure analyses |
| 11/07/2012 | Benjamin H. Weingarten | 4.0 | 5 | Prepared DIP collateral analysis |
| 11/07/2012 | Benjamin H. Weingarten | 2.0 | 11 | Weekly strategy call with Debtors advisors |
| 11/07/2012 | Jonathan R. Mattern | 1.0 | 1 | Dataroom work |
| 11/07/2012 | Jonathan R. Mattern | 0.5 | 2 | Review updated cure anlayses |
| 11/07/2012 | Jonathan R. Mattern | 2.0 | 3 | Ocwen purchase price analysis review |
| 11/07/2012 | Karn S. Chopra | 1.5 | 2 | Call with Berkshire regarding pro-forma servicing of whole loan portfolio |
| 11/07/2012 | Karn S. Chopra | 0.5 | 2 | Review updated cure anlayses |
| 11/07/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about updated cure analyses |
| 11/07/2012 | Karn S. Chopra | 1.0 | 5 | Reviewed DIP collateral analysis |
| 11/07/2012 | Karn S. Chopra | 2.5 | 5 | Reviewed updated cash flow projections and potential impact of sale closings |
| 11/07/2012 | Karn S. Chopra | 2.0 | 11 | Weekly strategy call with Debtors advisors |
| 11/07/2012 | Marc D. Puntus | 1.5 | 2 | Call with Berkshire regarding pro-forma servicing of whole loan portfolio |
| 11/07/2012 | Marc D. Puntus | 0.5 | 2 | Review updated cure anlayses |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/07/2012 | Marc D. Puntus | 0.5 | 4 | Call with management about updated cure analyses |
| 11/07/2012 | Marc D. Puntus | 1.0 | 5 | Reviewed DIP collateral analysis |
| 11/07/2012 | Marc D. Puntus | 2.5 | 5 | Reviewed updated cash flow projections and potential impact of sale closings |
| 11/07/2012 | Marc D. Puntus | 2.0 | 11 | Weekly strategy call with Debtors advisors |
| 11/07/2012 | Ryan Kielty | 1.5 | 2 | Call with Berkshire regarding pro-forma servicing of whole loan portfolio |
| 11/07/2012 | Ryan Kielty | 0.5 | 2 | Review updated cure anlayses |
| 11/07/2012 | Ryan Kielty | 0.5 | 4 | Call with management about updated cure analyses |
| 11/07/2012 | Ryan Kielty | 4.0 | 5 | Prepared DIP collateral analysis |
| 11/07/2012 | Ryan Kielty | 2.0 | 11 | Weekly strategy call with Debtors advisors |
| 11/06/2012 | Benjamin H. Weingarten | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 11/06/2012 | Benjamin H. Weingarten | 1.5 | 2 | Ocwen purchase price analysis review |
| 11/06/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepared FNMA loan analysis for the Company |
| 11/06/2012 | Benjamin H. Weingarten | 2.0 | 2 | Reviewed analysis on cure objections and impact to Ocwen's purchase price |
| 11/06/2012 | Benjamin H. Weingarten | 0.5 | 3 | Facilitated co-advisor diigence for asset by facility analysis |
| 11/06/2012 | Benjamin H. Weingarten | 1.5 | 11 | Call on cure claims analysis with the Company and its advisors |
| 11/06/2012 | Jonathan R. Mattern | 1.5 | 2 | Ocwen purchase price analysis review |
| 11/06/2012 | Jonathan R. Mattern | 2.0 | 2 | Reviewed analysis on cure objections and impact to Ocwen's purchase price |
| 11/06/2012 | Jonathan R. Mattern | 0.5 | 3 | Facilitated co-advisor diigence for asset by facility analysis |
| 11/06/2012 | Jonathan R. Mattern | 1.5 | 11 | Call on cure claims analysis with the Company and its advisors |
| 11/06/2012 | Karn S. Chopra | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 11/06/2012 | Karn S. Chopra | 0.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 11/06/2012 | Karn S. Chopra | 2.0 | 2 | Reviewed analysis on cure objections and impact to Ocwen's purchase price |
| 11/06/2012 | Karn S. Chopra | 1.5 | 2 | Reviewed materials and had call to discuss cash available for distribution post close of sales |
| 11/06/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 11/06/2012 | Karn S. Chopra | 1.5 | 11 | Call on cure claims analysis with the Company and its advisors |
| 11/06/2012 | Marc D. Puntus | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 11/06/2012 | Marc D. Puntus | 0.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 11/06/2012 | Marc D. Puntus | 2.0 | 2 | Reviewed analysis on cure objections and impact to Ocwen's purchase price |
| 11/06/2012 | Marc D. Puntus | 1.5 | 2 | Reviewed materials and had call to discuss cash available for distribution post close of sales |
| 11/06/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 11/06/2012 | Marc D. Puntus | 1.5 | 11 | Call on cure claims analysis with the Company and its advisors |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/06/2012 | Ryan Kielty | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 11/06/2012 | Ryan Kielty | 0.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 11/06/2012 | Ryan Kielty | 1.5 | 2 | Ocwen purchase price analysis review |
| 11/06/2012 | Ryan Kielty | 1.0 | 2 | Prepared FNMA loan analysis for the Company |
| 11/06/2012 | Ryan Kielty | 2.0 | 2 | Reviewed analysis on cure objections and impact to Ocwen's purchase price |
| 11/06/2012 | Ryan Kielty | 1.5 | 2 | Reviewed materials and had call to discuss cash available for distribution post close of sales |
| 11/06/2012 | Ryan Kielty | 0.5 | 3 | Facilitated co-advisor diigence for asset by facility analysis |
| 11/06/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 11/06/2012 | Ryan Kielty | 1.5 | 11 | Call on cure claims analysis with the Company and its advisors |
| 11/05/2012 | Benjamin H. Weingarten | 0.5 | 1 | Dataroom work |
| 11/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis review |
| 11/05/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor on Berkshire APA purchase price analysis |
| 11/05/2012 | Benjamin H. Weingarten | 0.5 | 3 | Preparation of Berkshire APA schedule for co-advisor |
| 11/05/2012 | Benjamin H. Weingarten | 1.5 | 3 | Review of Berkshire APA purchase price analysis for co-advisor |
| 11/05/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call with co-advisor on Ocwen adequate assurance |
| 11/05/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call with the Company on cure claims analysis |
| 11/05/2012 | Benjamin H. Weingarten | 4.0 | 11 | Cure claims analysis work |
| 11/05/2012 | Benjamin H. Weingarten | 1.0 | 11 | Ocwen adequate assurance research |
| 11/05/2012 | Jonathan R. Mattern | 0.5 | 1 | Dataroom work |
| 11/05/2012 | Jonathan R. Mattern | 1.0 | 2 | Purchase price analysis review |
| 11/05/2012 | Jonathan R. Mattern | 0.5 | 3 | Call with co-advisor on Berkshire APA purchase price analysis |
| 11/05/2012 | Jonathan R. Mattern | 0.5 | 3 | Preparation of Berkshire APA schedule for co-advisor |
| 11/05/2012 | Karn S. Chopra | 4.5 | 2 | Participated in meeting with Berkshire and ResCap's whole loan team |
| 11/05/2012 | Karn S. Chopra | 1.5 | 3 | Review of Berkshire APA purchase price analysis for co-advisor |
| 11/05/2012 | Karn S. Chopra | 3.5 | 6 | Attended RMBS deposition |
| 11/05/2012 | Karn S. Chopra | 0.5 | 11 | Call with co-advisor on Ocwen adequate assurance |
| 11/05/2012 | Karn S. Chopra | 1.0 | 11 | Ocwen adequate assurance research |
| 11/05/2012 | Marc D. Puntus | 3.5 | 6 | Attended RMBS deposition |
| 11/05/2012 | Ryan Kielty | 4.5 | 2 | Participated in meeting with Berkshire and ResCap's whole loan team |
| 11/05/2012 | Ryan Kielty | 0.5 | 3 | Call with co-advisor on Berkshire APA purchase price analysis |
| 11/05/2012 | Ryan Kielty | 0.5 | 3 | Preparation of Berkshire APA schedule for co-advisor |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                                         2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/05/2012 | Ryan Kielty | 1.5 | 3 | Review of Berkshire APA purchase price analysis for co-advisor |
| 11/05/2012 | Ryan Kielty | 0.5 | 11 | Call with co-advisor on Ocwen adequate assurance |
| 11/04/2012 | Benjamin H. Weingarten | 4.0 | 11 | Cure claims analysis work |
| 11/04/2012 | Jonathan R. Mattern | 4.0 | 1 | Timesheet work |
| 11/03/2012 | Karn S. Chopra | 2.5 | 2 | Call with Ocwen/Walter on various APA issues |
| 11/03/2012 | Marc D. Puntus | 2.5 | 2 | Call with Ocwen/Walter on various APA issues |
| 11/03/2012 | Ryan Kielty | 2.5 | 2 | Call with Ocwen/Walter on various APA issues |
| 11/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 11/02/2012 | Benjamin H. Weingarten | 1.0 | 3 | Waterfall analysis review call with the Company and its co-advisor |
| 11/02/2012 | Benjamin H. Weingarten | 3.0 | 4 | Board meeting |
| 11/02/2012 | Benjamin H. Weingarten | 2.0 | 11 | Cure claim analysis calls with the Company and its advisors |
| 11/02/2012 | Benjamin H. Weingarten | 1.5 | 11 | Cure claim analysis work |
| 11/02/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 11/02/2012 | Jonathan R. Mattern | 1.0 | 3 | Waterfall analysis review call with the Company and its co-advisor |
| 11/02/2012 | Jonathan R. Mattern | 3.0 | 4 | Board meeting |
| 11/02/2012 | Jonathan R. Mattern | 2.0 | 11 | Cure claim analysis calls with the Company and its advisors |
| 11/02/2012 | Karn S. Chopra | 1.0 | 3 | Waterfall analysis review call with the Company and its co-advisor |
| 11/02/2012 | Karn S. Chopra | 3.0 | 4 | Board meeting |
| 11/02/2012 | Karn S. Chopra | 1.0 | 4 | Follow-up call to discuss ResCap board meeting |
| 11/02/2012 | Karn S. Chopra | 0.5 | 7 | Meeting to discuss revised waterfall analysis |
| 11/02/2012 | Karn S. Chopra | 2.0 | 11 | Cure claim analysis calls with the Company and its advisors |
| 11/02/2012 | Marc D. Puntus | 1.0 | 3 | Waterfall analysis review call with the Company and its co-advisor |
| 11/02/2012 | Marc D. Puntus | 3.0 | 4 | Board meeting |
| 11/02/2012 | Marc D. Puntus | 1.0 | 4 | Follow-up call to discuss ResCap board meeting |
| 11/02/2012 | Marc D. Puntus | 0.5 | 7 | Meeting to discuss revised waterfall analysis |
| 11/02/2012 | Ryan Kielty | 1.0 | 3 | Waterfall analysis review call with the Company and its co-advisor |
| 11/02/2012 | Ryan Kielty | 3.0 | 4 | Board meeting |
| 11/02/2012 | Ryan Kielty | 1.0 | 4 | Follow-up call to discuss ResCap board meeting |
| 11/02/2012 | Ryan Kielty | 2.0 | 11 | Cure claim analysis calls with the Company and its advisors |
| 11/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Advance reconciliation work with the Company |
| 11/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Analysis on assets remaining in the estate |
| 11/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with Debtors advisors to discuss allocation of Ocwen and Berkshire purchase price |
| 11/01/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company regarding advance reconciliation |
| 11/01/2012 | Benjamin H. Weingarten | 1.0 | 2 | Ocwen APA discussion |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 11/01/2012 | Benjamin H. Weingarten | 1.0 | 3 | Analysis to assist co-advisor with Waterfall analysis |
| 11/01/2012 | Benjamin H. Weingarten | 2.5 | 3 | Review of co-advisor asset by facility analysis |
| 11/01/2012 | Benjamin H. Weingarten | 2.0 | 7 | Call to discuss revised waterfall analysis |
| 11/01/2012 | Jonathan R. Mattern | 1.5 | 2 | Advance reconciliation work with the Company |
| 11/01/2012 | Jonathan R. Mattern | 1.5 | 2 | Call with Debtors advisors to discuss allocation of Ocwen and Berkshire purchase price |
| 11/01/2012 | Jonathan R. Mattern | 0.5 | 2 | Call with the Company regarding advance reconciliation |
| 11/01/2012 | Jonathan R. Mattern | 1.0 | 2 | Ocwen APA discussion |
| 11/01/2012 | Jonathan R. Mattern | 1.0 | 3 | Analysis to assist co-advisor with Waterfall analysis |
| 11/01/2012 | Jonathan R. Mattern | 2.5 | 3 | Review of co-advisor asset by facility analysis |
| 11/01/2012 | Jonathan R. Mattern | 2.0 | 7 | Call to discuss revised waterfall analysis |
| 11/01/2012 | Karn S. Chopra | 1.5 | 2 | Call with Debtors advisors to discuss allocation of Ocwen and Berkshire purchase price |
| 11/01/2012 | Karn S. Chopra | 1.0 | 2 | Ocwen APA discussion |
| 11/01/2012 | Karn S. Chopra | 1.0 | 3 | Analysis to assist co-advisor with Waterfall analysis |
| 11/01/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about Ocwen APA |
| 11/01/2012 | Karn S. Chopra | 2.5 | 3 | Review of co-advisor asset by facility analysis |
| 11/01/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 11/01/2012 | Karn S. Chopra | 5.5 | 6 | Preparation for deposition on RMBS settlement |
| 11/01/2012 | Karn S. Chopra | 2.0 | 7 | Call to discuss revised waterfall analysis |
| 11/01/2012 | Marc D. Puntus | 1.5 | 2 | Call with Debtors advisors to discuss allocation of Ocwen and Berkshire purchase price |
| 11/01/2012 | Marc D. Puntus | 1.0 | 2 | Ocwen APA discussion |
| 11/01/2012 | Marc D. Puntus | 1.5 | 3 | Call with UCC advisors about Ocwen APA |
| 11/01/2012 | Marc D. Puntus | 2.5 | 3 | Review of co-advisor asset by facility analysis |
| 11/01/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 11/01/2012 | Marc D. Puntus | 5.5 | 6 | Preparation for deposition on RMBS settlement |
| 11/01/2012 | Ryan Kielty | 1.5 | 2 | Advance reconciliation work with the Company |
| 11/01/2012 | Ryan Kielty | 1.5 | 2 | Analysis on assets remaining in the estate |
| 11/01/2012 | Ryan Kielty | 1.5 | 2 | Call with Debtors advisors to discuss allocation of Ocwen and Berkshire purchase price |
| 11/01/2012 | Ryan Kielty | 0.5 | 2 | Call with the Company regarding advance reconciliation |
| 11/01/2012 | Ryan Kielty | 1.0 | 2 | Ocwen APA discussion |
| 11/01/2012 | Ryan Kielty | 1.0 | 3 | Analysis to assist co-advisor with Waterfall analysis |
| 11/01/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors about Ocwen APA |
| 11/01/2012 | Ryan Kielty | 2.5 | 3 | Review of co-advisor asset by facility analysis |
| 11/01/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 11/01/2012 | Ryan Kielty | 2.0 | 7 | Call to discuss revised waterfall analysis |
| 10/31/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 10/31/2012 | Benjamin H. Weingarten | 0.5 | 3 | JSB diligence facilitation |
| 10/31/2012 | Benjamin H. Weingarten | 1.0 | 5 | Review co-advisor DIP analysis |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/31/2012 | Benjamin H. Weingarten | 0.5 | 11 | Cure claim analysis call with co-advisor |
| 10/31/2012 | Benjamin H. Weingarten | 2.0 | 11 | Cure claim analysis work |
| 10/31/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/31/2012 | Jonathan R. Mattern | 1.0 | 5 | Review co-advisor DIP analysis |
| 10/31/2012 | Karn S. Chopra | 0.5 | 2 | Call to discuss status of Berkshire APA |
| 10/31/2012 | Karn S. Chopra | 0.5 | 2 | Call to discuss status of Ocwen APA |
| 10/31/2012 | Karn S. Chopra | 1.0 | 5 | Review co-advisor DIP analysis |
| 10/31/2012 | Karn S. Chopra | 2.5 | 7 | Call to discuss impact of auctions on Waterfall anlaysis |
| 10/31/2012 | Marc D. Puntus | 0.5 | 2 | Call to discuss status of Berkshire APA |
| 10/31/2012 | Marc D. Puntus | 0.5 | 2 | Call to discuss status of Ocwen APA |
| 10/31/2012 | Marc D. Puntus | 2.5 | 7 | Call to discuss impact of auctions on Waterfall anlaysis |
| 10/31/2012 | Ryan Kielty | 0.5 | 2 | Call to discuss status of Berkshire APA |
| 10/31/2012 | Ryan Kielty | 0.5 | 2 | Call to discuss status of Ocwen APA |
| 10/31/2012 | Ryan Kielty | 0.5 | 3 | JSB diligence facilitation |
| 10/31/2012 | Ryan Kielty | 1.0 | 5 | Review co-advisor DIP analysis |
| 10/31/2012 | Ryan Kielty | 2.5 | 7 | Call to discuss impact of auctions on Waterfall anlaysis |
| 10/30/2012 | Benjamin H. Weingarten | 7.0 | 1 | Timesheet work |
| 10/30/2012 | Benjamin H. Weingarten | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/30/2012 | Karn S. Chopra | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/30/2012 | Karn S. Chopra | 2.5 | 2 | Call with Berkshire counsel to review APA and discuss potential changes |
| 10/30/2012 | Karn S. Chopra | 3.0 | 4 | Call with management to discuss how loan pipeline will be addressed by Walter |
| 10/30/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss near-term diligence by Ocwen/Walter |
| 10/30/2012 | Karn S. Chopra | 2.5 | 7 | Review revised Waterfall analysis |
| 10/30/2012 | Marc D. Puntus | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/30/2012 | Marc D. Puntus | 2.5 | 2 | Call with Berkshire counsel to review APA and discuss potential changes |
| 10/30/2012 | Marc D. Puntus | 3.0 | 4 | Call with management to discuss how loan pipeline will be addressed by Walter |
| 10/30/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss near-term diligence by Ocwen/Walter |
| 10/30/2012 | Marc D. Puntus | 2.5 | 7 | Review revised Waterfall analysis |
| 10/30/2012 | Ryan Kielty | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/30/2012 | Ryan Kielty | 2.5 | 2 | Call with Berkshire counsel to review APA and discuss potential changes |
| 10/30/2012 | Ryan Kielty | 3.0 | 4 | Call with management to discuss how loan pipeline will be addressed by Walter |
| 10/30/2012 | Ryan Kielty | 0.5 | 4 | Call with management to discuss near-term diligence by Ocwen/Walter |
| 10/30/2012 | Ryan Kielty | 2.5 | 7 | Review revised Waterfall analysis |
| 10/29/2012 | Benjamin H. Weingarten | 5.0 | 1 | Timesheet work |
| 10/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Internal call to discuss APA progress and next steps |
| 10/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/29/2012 | Benjamin H. Weingarten | 2.5 | 7 | Call to discuss revised Waterfall analysis |
| 10/29/2012 | Benjamin H. Weingarten | 1.5 | 7 | Prepare revised purchase price analysis to be incorporated in Waterfall analysis |
| 10/29/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/29/2012 | Jonathan R. Mattern | 1.0 | 2 | Internal call to discuss APA progress and next steps |
| 10/29/2012 | Jonathan R. Mattern | 1.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/29/2012 | Jonathan R. Mattern | 2.5 | 7 | Call to discuss revised Waterfall analysis |
| 10/29/2012 | Jonathan R. Mattern | 1.5 | 7 | Prepare revised purchase price analysis to be incorporated in Waterfall analysis |
| 10/29/2012 | Karn S. Chopra | 3.5 | 2 | Call with Ocwen to do page turn of APA |
| 10/29/2012 | Karn S. Chopra | 1.0 | 2 | Internal call to discuss APA progress and next steps |
| 10/29/2012 | Karn S. Chopra | 0.5 | 2 | Various calls with Berkshire and Ocwen/Walter to finalize purchase price allocation |
| 10/29/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/29/2012 | Karn S. Chopra | 2.5 | 7 | Call to discuss revised Waterfall analysis |
| 10/29/2012 | Karn S. Chopra | 1.5 | 7 | Prepare revised purchase price analysis to be incorporated in Waterfall analysis |
| 10/29/2012 | Marc D. Puntus | 3.5 | 2 | Call with Ocwen to do page turn of APA |
| 10/29/2012 | Marc D. Puntus | 1.0 | 2 | Internal call to discuss APA progress and next steps |
| 10/29/2012 | Marc D. Puntus | 0.5 | 2 | Various calls with Berkshire and Ocwen/Walter to finalize purchase price allocation |
| 10/29/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/29/2012 | Marc D. Puntus | 2.5 | 7 | Call to discuss revised Waterfall analysis |
| 10/29/2012 | Marc D. Puntus | 1.5 | 7 | Prepare revised purchase price analysis to be incorporated in Waterfall analysis |
| 10/29/2012 | Ryan Kielty | 3.5 | 2 | Call with Ocwen to do page turn of APA |
| 10/29/2012 | Ryan Kielty | 1.0 | 2 | Internal call to discuss APA progress and next steps |
| 10/29/2012 | Ryan Kielty | 0.5 | 2 | Various calls with Berkshire and Ocwen/Walter to finalize purchase price allocation |
| 10/29/2012 | Ryan Kielty | 1.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/29/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/29/2012 | Ryan Kielty | 2.5 | 7 | Call to discuss revised Waterfall analysis |
| 10/29/2012 | Ryan Kielty | 1.5 | 7 | Prepare revised purchase price analysis to be incorporated in Waterfall analysis |
| 10/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Ocwen update call with the Debtors' advisors |
| 10/28/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of Platform purchase price allocation analysis |
| 10/28/2012 | Benjamin H. Weingarten | 4.0 | 11 | Cure claim analysis work |
| 10/28/2012 | Jonathan R. Mattern | 1.0 | 2 | Ocwen update call with the Debtors' advisors |
| 10/28/2012 | Jonathan R. Mattern | 0.5 | 2 | Review of Platform purchase price allocation analysis |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/28/2012 | Karn S. Chopra | 1.0 | 2 | Call to discuss strategy for cure objections |
| 10/28/2012 | Karn S. Chopra | 2.5 | 2 | Call with Walter and management to discuss Origination Platform |
| 10/28/2012 | Karn S. Chopra | 1.0 | 2 | Ocwen update call with the Debtors' advisors |
| 10/28/2012 | Karn S. Chopra | 0.5 | 2 | Review of Platform purchase price allocation analysis |
| 10/28/2012 | Marc D. Puntus | 1.0 | 2 | Call to discuss strategy for cure objections |
| 10/28/2012 | Marc D. Puntus | 2.5 | 2 | Call with Walter and management to discuss Origination Platform |
| 10/28/2012 | Marc D. Puntus | 1.0 | 2 | Ocwen update call with the Debtors' advisors |
| 10/28/2012 | Marc D. Puntus | 0.5 | 2 | Review of Platform purchase price allocation analysis |
| 10/28/2012 | Ryan Kielty | 1.0 | 2 | Call to discuss strategy for cure objections |
| 10/28/2012 | Ryan Kielty | 2.5 | 2 | Call with Walter and management to discuss Origination Platform |
| 10/28/2012 | Ryan Kielty | 1.0 | 2 | Ocwen update call with the Debtors' advisors |
| 10/28/2012 | Ryan Kielty | 2.0 | 2 | Platform purchase price allocation analysis |
| 10/28/2012 | Ryan Kielty | 0.5 | 2 | Review of Platform purchase price allocation analysis |
| 10/27/2012 | Benjamin H. Weingarten | 1.5 | 3 | Prepared purchase price summaries for Ally |
| 10/27/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim analysis work |
| 10/27/2012 | Karn S. Chopra | 1.0 | 11 | Cure claim analysis work |
| 10/27/2012 | Ryan Kielty | 1.5 | 3 | Prepared purchase price summaries for Ally |
| 10/27/2012 | Ryan Kielty | 1.0 | 11 | Cure claim analysis work |
| 10/26/2012 | Benjamin H. Weingarten | 0.5 | 2 | Assembled materials for HSR disclosure |
| 10/26/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review revised Schedule 3.1(a) under Ocwen APA |
| 10/26/2012 | Benjamin H. Weingarten | 2.0 | 3 | Prepared bid analyses for co-advisors |
| 10/26/2012 | Jonathan R. Mattern | 0.5 | 2 | Assembled materials for HSR disclosure |
| 10/26/2012 | Jonathan R. Mattern | 1.5 | 2 | Dataroom work/cleanup |
| 10/26/2012 | Jonathan R. Mattern | 1.0 | 2 | Review revised Schedule 3.1(a) under Ocwen APA |
| 10/26/2012 | Jonathan R. Mattern | 2.0 | 3 | Prepared bid analyses for co-advisors |
| 10/26/2012 | Karn S. Chopra | 0.5 | 2 | Assembled materials for HSR disclosure |
| 10/26/2012 | Karn S. Chopra | 1.0 | 2 | Call with bidders to discuss bid allocation |
| 10/26/2012 | Karn S. Chopra | 1.0 | 2 | Call with Ocwen counsel to discuss APA changes |
| 10/26/2012 | Karn S. Chopra | 1.0 | 2 | Review revised Schedule 3.1(a) under Ocwen APA |
| 10/26/2012 | Karn S. Chopra | 1.0 | 3 | Call with creditors to discuss bid allocation |
| 10/26/2012 | Karn S. Chopra | 2.0 | 3 | Prepared bid analyses for co-advisors |
| 10/26/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 10/26/2012 | Karn S. Chopra | 3.5 | 4 | Meeting with management to discuss next steps with Ocwen/Walter |
| 10/26/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/26/2012 | Marc D. Puntus | 1.0 | 2 | Call with bidders to discuss bid allocation |
| 10/26/2012 | Marc D. Puntus | 1.0 | 2 | Call with Ocwen counsel to discuss APA changes |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/26/2012 | Marc D. Puntus | 1.0 | 2 | Review revised Schedule 3.1(a) under Ocwen APA |
| 10/26/2012 | Marc D. Puntus | 1.0 | 3 | Call with creditors to discuss bid allocation |
| 10/26/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 10/26/2012 | Marc D. Puntus | 3.5 | 4 | Meeting with management to discuss next steps with Ocwen/Walter |
| 10/26/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/26/2012 | Ryan Kielty | 0.5 | 2 | Assembled materials for HSR disclosure |
| 10/26/2012 | Ryan Kielty | 1.0 | 2 | Call with bidders to discuss bid allocation |
| 10/26/2012 | Ryan Kielty | 1.0 | 2 | Call with Ocwen counsel to discuss APA changes |
| 10/26/2012 | Ryan Kielty | 1.0 | 2 | Review revised Schedule 3.1(a) under Ocwen APA |
| 10/26/2012 | Ryan Kielty | 1.0 | 3 | Call with creditors to discuss bid allocation |
| 10/26/2012 | Ryan Kielty | 2.0 | 3 | Prepared bid analyses for co-advisors |
| 10/26/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 10/26/2012 | Ryan Kielty | 3.5 | 4 | Meeting with management to discuss next steps with Ocwen/Walter |
| 10/26/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/25/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared Platform purchase price analysis for Company |
| 10/25/2012 | Benjamin H. Weingarten | 5.0 | 2 | Whole Loan auction |
| 10/25/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/25/2012 | Jonathan R. Mattern | 5.0 | 2 | Whole Loan auction |
| 10/25/2012 | Karn S. Chopra | 5.0 | 2 | Whole Loan auction |
| 10/25/2012 | Marc D. Puntus | 5.0 | 2 | Whole Loan auction |
| 10/25/2012 | Ryan Kielty | 5.0 | 2 | Whole Loan auction |
| 10/24/2012 | Benjamin H. Weingarten | 2.0 | 2 | Call to discuss required changes to Ocwen/Walter APA |
| 10/24/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company to discuss HELOC analysis |
| 10/24/2012 | Benjamin H. Weingarten | 3.0 | 2 | Continuation of Platform auction |
| 10/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Ocwen APA discussion with the Company and its advisors / Ocwen and its advisors |
| 10/24/2012 | Benjamin H. Weingarten | 5.0 | 2 | Prepare Platform bidder financing analysis |
| 10/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepared bid summaries |
| 10/24/2012 | Benjamin H. Weingarten | 1.5 | 2 | Prepared Board presentation materials |
| 10/24/2012 | Benjamin H. Weingarten | 7.0 | 2 | Prepared HELOC analysis |
| 10/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepared Whole Loan auction materials |
| 10/24/2012 | Benjamin H. Weingarten | 3.5 | 2 | ResCap Board of Directors Meeting |
| 10/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review revised DLJ Consortium APA |
| 10/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan portfolio discussion with the Company and its advisors |
| 10/24/2012 | Jonathan R. Mattern | 2.0 | 2 | Call to discuss required changes to Ocwen/Walter APA |
| 10/24/2012 | Jonathan R. Mattern | 3.0 | 2 | Continuation of Platform auction |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/24/2012 | Jonathan R. Mattern | 1.0 | 2 | Ocwen APA discussion with the Company and its advisors / Ocwen and its advisors |
| 10/24/2012 | Jonathan R. Mattern | 5.0 | 2 | Prepare Platform bidder financing analysis |
| 10/24/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared bid summaries |
| 10/24/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared Whole Loan auction materials |
| 10/24/2012 | Jonathan R. Mattern | 3.5 | 2 | ResCap Board of Directors Meeting |
| 10/24/2012 | Jonathan R. Mattern | 1.0 | 2 | Review revised DLJ Consortium APA |
| 10/24/2012 | Jonathan R. Mattern | 1.0 | 2 | Whole Loan portfolio discussion with the Company and its advisors |
| 10/24/2012 | Karn S. Chopra | 2.0 | 2 | Call to discuss required changes to Ocwen/Walter APA |
| 10/24/2012 | Karn S. Chopra | 1.5 | 2 | Call with Ocwen counsel to discuss APA changes |
| 10/24/2012 | Karn S. Chopra | 3.0 | 2 | Continuation of Platform auction |
| 10/24/2012 | Karn S. Chopra | 2.5 | 2 | Meeting with Ocwen/Walter to discuss employee matters |
| 10/24/2012 | Karn S. Chopra | 1.5 | 2 | Negotiations with DLJ Consortium on APA |
| 10/24/2012 | Karn S. Chopra | 1.0 | 2 | Ocwen APA discussion with the Company and its advisors / Ocwen and its advisors |
| 10/24/2012 | Karn S. Chopra | 1.5 | 2 | Prepared Board presentation materials |
| 10/24/2012 | Karn S. Chopra | 3.5 | 2 | ResCap Board of Directors Meeting |
| 10/24/2012 | Karn S. Chopra | 1.5 | 2 | Review HELOC analysis |
| 10/24/2012 | Karn S. Chopra | 1.0 | 2 | Review Platform bidder financing analysis |
| 10/24/2012 | Karn S. Chopra | 1.0 | 2 | Review revised DLJ Consortium APA |
| 10/24/2012 | Karn S. Chopra | 1.0 | 2 | Whole Loan portfolio discussion with the Company and its advisors |
| 10/24/2012 | Marc D. Puntus | 2.0 | 2 | Call to discuss required changes to Ocwen/Walter APA |
| 10/24/2012 | Marc D. Puntus | 1.5 | 2 | Call with Ocwen counsel to discuss APA changes |
| 10/24/2012 | Marc D. Puntus | 3.0 | 2 | Continuation of Platform auction |
| 10/24/2012 | Marc D. Puntus | 2.5 | 2 | Meeting with Ocwen/Walter to discuss employee matters |
| 10/24/2012 | Marc D. Puntus | 1.5 | 2 | Negotiations with DLJ Consortium on APA |
| 10/24/2012 | Marc D. Puntus | 1.0 | 2 | Ocwen APA discussion with the Company and its advisors / Ocwen and its advisors |
| 10/24/2012 | Marc D. Puntus | 3.5 | 2 | ResCap Board of Directors Meeting |
| 10/24/2012 | Marc D. Puntus | 1.0 | 2 | Review Platform bidder financing analysis |
| 10/24/2012 | Marc D. Puntus | 1.0 | 2 | Review revised DLJ Consortium APA |
| 10/24/2012 | Marc D. Puntus | 1.0 | 2 | Reviewed Board presentation materials |
| 10/24/2012 | Marc D. Puntus | 1.0 | 2 | Whole Loan portfolio discussion with the Company and its advisors |
| 10/24/2012 | Ryan Kielty | 2.0 | 2 | Call to discuss required changes to Ocwen/Walter APA |
| 10/24/2012 | Ryan Kielty | 1.5 | 2 | Call with Ocwen counsel to discuss APA changes |
| 10/24/2012 | Ryan Kielty | 0.5 | 2 | Call with the Company to discuss HELOC analysis |
| 10/24/2012 | Ryan Kielty | 3.0 | 2 | Continuation of Platform auction |
| 10/24/2012 | Ryan Kielty | 2.5 | 2 | Meeting with Ocwen/Walter to discuss employee matters |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/24/2012 | Ryan Kielty | 1.5 | 2 | Negotiations with DLJ Consortium on APA |
| 10/24/2012 | Ryan Kielty | 1.0 | 2 | Ocwen APA discussion with the Company and its advisors / Ocwen and its advisors |
| 10/24/2012 | Ryan Kielty | 5.0 | 2 | Prepare Platform bidder financing analysis |
| 10/24/2012 | Ryan Kielty | 1.0 | 2 | Prepared bid summaries |
| 10/24/2012 | Ryan Kielty | 1.5 | 2 | Prepared Board presentation materials |
| 10/24/2012 | Ryan Kielty | 3.5 | 2 | ResCap Board of Directors Meeting |
| 10/24/2012 | Ryan Kielty | 1.5 | 2 | Review HELOC analysis |
| 10/24/2012 | Ryan Kielty | 1.0 | 2 | Review revised DLJ Consortium APA |
| 10/24/2012 | Ryan Kielty | 1.0 | 2 | Whole Loan portfolio discussion with the Company and its advisors |
| 10/23/2012 | Benjamin H. Weingarten | 15.0 | 2 | Platform auction |
| 10/23/2012 | Benjamin H. Weingarten | 0.5 | 2 | Platform auction internal meeting |
| 10/23/2012 | Benjamin H. Weingarten | 3.0 | 2 | Prepare Platform bidder financing analysis |
| 10/23/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepare talking points for Platform auction |
| 10/23/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/23/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review Company Whole Loan portfolio bid analysis |
| 10/23/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review memo on changes to prospective Whole Loan portfolio bidder APA |
| 10/23/2012 | Jonathan R. Mattern | 15.0 | 2 | Platform auction |
| 10/23/2012 | Jonathan R. Mattern | 0.5 | 2 | Platform auction internal meeting |
| 10/23/2012 | Jonathan R. Mattern | 3.0 | 2 | Prepare Platform bidder financing analysis |
| 10/23/2012 | Jonathan R. Mattern | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/23/2012 | Jonathan R. Mattern | 1.0 | 2 | Review Company Whole Loan portfolio bid analysis |
| 10/23/2012 | Jonathan R. Mattern | 0.5 | 2 | Review memo on changes to prospective Whole Loan portfolio bidder APA |
| 10/23/2012 | Karn S. Chopra | 15.0 | 2 | Platform auction |
| 10/23/2012 | Karn S. Chopra | 1.0 | 2 | Prepare talking points for Platform auction |
| 10/23/2012 | Karn S. Chopra | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/23/2012 | Karn S. Chopra | 1.0 | 2 | Review Company Whole Loan portfolio bid analysis |
| 10/23/2012 | Karn S. Chopra | 0.5 | 2 | Review memo on changes to prospective Whole Loan portfolio bidder APA |
| 10/23/2012 | Marc D. Puntus | 15.0 | 2 | Platform auction |
| 10/23/2012 | Marc D. Puntus | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/23/2012 | Marc D. Puntus | 1.0 | 2 | Review Company Whole Loan portfolio bid analysis |
| 10/23/2012 | Marc D. Puntus | 0.5 | 2 | Review memo on changes to prospective Whole Loan portfolio bidder APA |
| 10/23/2012 | Marc D. Puntus | 1.0 | 2 | Review talking points for Platform auction |
| 10/23/2012 | Ryan Kielty | 15.0 | 2 | Platform auction |
| 10/23/2012 | Ryan Kielty | 0.5 | 2 | Platform auction internal meeting |
| 10/23/2012 | Ryan Kielty | 3.0 | 2 | Prepare Platform bidder financing analysis |
| 10/23/2012 | Ryan Kielty | 1.0 | 2 | Prepare talking points for Platform auction |
| 10/23/2012 | Ryan Kielty | 0.5 | 2 | Review co-advisor transaction model analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 10/23/2012 | Ryan Kielty | 1.0 | 2 | Review Company Whole Loan portfolio bid analysis |
| 10/23/2012 | Ryan Kielty | 0.5 | 2 | Review memo on changes to prospective Whole Loan portfolio bidder APA |
| 10/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with co-advisor on PSA amendment purchase price analysis |
| 10/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with Company on PSA amendment purchase price analysis |
| 10/22/2012 | Benjamin H. Weingarten | 2.0 | 2 | Internal meeting to discuss bids and review board slides |
| 10/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepare documents for auctions |
| 10/22/2012 | Benjamin H. Weingarten | 4.0 | 2 | Prepared Platform bidder financial wherewithal analysis |
| 10/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Research on prospective Platform bidder's capital structure |
| 10/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review co-advisor potential transaction liability analysis |
| 10/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Platform bidder bidding agreement |
| 10/22/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review revised DLJ Consortium APA |
| 10/22/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole Loan APA discussion with the Debtors' and bidders' advisors |
| 10/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan collateral/file discussion with the Company |
| 10/22/2012 | Benjamin H. Weingarten | 1.5 | 4 | ResCap Board of Directors Meeting |
| 10/22/2012 | Benjamin H. Weingarten | 2.0 | 11 | Cure claim analysis work |
| 10/22/2012 | Jonathan R. Mattern | 2.0 | 2 | Internal meeting to discuss bids and review board slides |
| 10/22/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepare documents for auctions |
| 10/22/2012 | Jonathan R. Mattern | 4.0 | 2 | Prepared Platform bidder financial wherewithal analysis |
| 10/22/2012 | Jonathan R. Mattern | 1.0 | 2 | Research on prospective Platform bidder's capital structure |
| 10/22/2012 | Jonathan R. Mattern | 0.5 | 2 | Review co-advisor potential transaction liability analysis |
| 10/22/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Platform bidder bidding agreement |
| 10/22/2012 | Jonathan R. Mattern | 1.5 | 2 | Review revised DLJ Consortium APA |
| 10/22/2012 | Jonathan R. Mattern | 1.5 | 2 | Whole Loan APA discussion with the Debtors' and bidders' advisors |
| 10/22/2012 | Jonathan R. Mattern | 1.0 | 2 | Whole Loan collateral/file discussion with the Company |
| 10/22/2012 | Jonathan R. Mattern | 1.5 | 4 | ResCap Board of Directors Meeting |
| 10/22/2012 | Karn S. Chopra | 1.0 | 2 | Call with Nationstar to discuss changes to APA |
| 10/22/2012 | Karn S. Chopra | 2.5 | 2 | Drafted opening speech for Platform auction |
| 10/22/2012 | Karn S. Chopra | 2.0 | 2 | Internal meeting to discuss bids and review board slides |
| 10/22/2012 | Karn S. Chopra | 0.5 | 2 | Review co-advisor potential transaction liability analysis |
| 10/22/2012 | Karn S. Chopra | 0.5 | 2 | Review Platform bidder bidding agreement |
| 10/22/2012 | Karn S. Chopra | 1.5 | 2 | Review revised DLJ Consortium APA |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/22/2012 | Karn S. Chopra | 1.0 | 2 | Reviewed Platform bidder financial wherwithal analysis |
| 10/22/2012 | Karn S. Chopra | 3.0 | 2 | Various calls to discuss and negotiate DLJ Consortium APA |
| 10/22/2012 | Karn S. Chopra | 1.5 | 2 | Whole Loan APA discussion with the Debtors' and bidders' advisors |
| 10/22/2012 | Karn S. Chopra | 1.0 | 2 | Whole Loan collateral/file discussion with the Company |
| 10/22/2012 | Karn S. Chopra | 1.5 | 3 | Various calls with advisors to Ally and JSBs to discuss bids and auction dynamics |
| 10/22/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/22/2012 | Karn S. Chopra | 1.5 | 4 | ResCap Board of Directors Meeting |
| 10/22/2012 | Karn S. Chopra | 2.0 | 11 | Review of cure claim analysis work |
| 10/22/2012 | Marc D. Puntus | 1.0 | 2 | Call with Nationstar to discuss changes to APA |
| 10/22/2012 | Marc D. Puntus | 2.0 | 2 | Internal meeting to discuss bids and review board slides |
| 10/22/2012 | Marc D. Puntus | 0.5 | 2 | Review co-advisor potential transaction liability analysis |
| 10/22/2012 | Marc D. Puntus | 0.5 | 2 | Review Platform bidder bidding agreement |
| 10/22/2012 | Marc D. Puntus | 1.5 | 2 | Review revised DLJ Consortium APA |
| 10/22/2012 | Marc D. Puntus | 1.0 | 2 | Reviewed Platform bidder financial wherwithal analysis |
| 10/22/2012 | Marc D. Puntus | 3.0 | 2 | Various calls to discuss and negotiate DLJ Consortium APA |
| 10/22/2012 | Marc D. Puntus | 1.5 | 2 | Whole Loan APA discussion with the Debtors' and bidders' advisors |
| 10/22/2012 | Marc D. Puntus | 1.5 | 3 | Various calls with advisors to Ally and JSBs to discuss bids and auction dynamics |
| 10/22/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/22/2012 | Marc D. Puntus | 1.5 | 4 | ResCap Board of Directors Meeting |
| 10/22/2012 | Marc D. Puntus | 2.0 | 11 | Review of cure claim analysis work |
| 10/22/2012 | Ryan Kielty | 1.0 | 2 | Call with Nationstar to discuss changes to APA |
| 10/22/2012 | Ryan Kielty | 2.0 | 2 | Internal meeting to discuss bids and review board slides |
| 10/22/2012 | Ryan Kielty | 1.0 | 2 | Prepare documents for auctions |
| 10/22/2012 | Ryan Kielty | 1.0 | 2 | Research on prospective Platform bidder's capital structure |
| 10/22/2012 | Ryan Kielty | 0.5 | 2 | Review co-advisor potential transaction liability analysis |
| 10/22/2012 | Ryan Kielty | 0.5 | 2 | Review Platform bidder bidding agreement |
| 10/22/2012 | Ryan Kielty | 1.5 | 2 | Review revised DLJ Consortium APA |
| 10/22/2012 | Ryan Kielty | 1.0 | 2 | Reviewed Platform bidder financial wherwithal analysis |
| 10/22/2012 | Ryan Kielty | 3.0 | 2 | Various calls to discuss and negotiate DLJ Consortium APA |
| 10/22/2012 | Ryan Kielty | 1.5 | 2 | Whole Loan APA discussion with the Debtors' and bidders' advisors |
| 10/22/2012 | Ryan Kielty | 1.0 | 2 | Whole Loan collateral/file discussion with the Company |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/22/2012 | Ryan Kielty | 1.5 | 3 | Various calls with advisors to Ally and JSBs to discuss bids and auction dynamics |
| 10/22/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/22/2012 | Ryan Kielty | 1.5 | 4 | ResCap Board of Directors Meeting |
| 10/22/2012 | Ryan Kielty | 2.0 | 11 | Review of cure claim analysis work |
| 10/21/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared board deck slide |
| 10/21/2012 | Benjamin H. Weingarten | 3.0 | 2 | Prepared Platform bidder financial wherewithal analysis |
| 10/21/2012 | Benjamin H. Weingarten | 0.5 | 2 | PSA amendment purchase price analysis call with the Company |
| 10/21/2012 | Benjamin H. Weingarten | 1.5 | 2 | PSA amendment purchase price analysis work |
| 10/21/2012 | Benjamin H. Weingarten | 2.5 | 2 | Qualified bid review with the Company and its advisors |
| 10/21/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of co-advisor potential transaction liability analysis |
| 10/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Update call with the Debtors' advisors |
| 10/21/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review UCC presentation for UCC advisors |
| 10/21/2012 | Benjamin H. Weingarten | 1.0 | 11 | Call to discuss advance projections with the Company and its advisors |
| 10/21/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim analysis review |
| 10/21/2012 | Benjamin H. Weingarten | 4.0 | 11 | Cure claim analysis work |
| 10/21/2012 | Jonathan R. Mattern | 3.0 | 2 | Prepared Platform bidder financial wherewithal analysis |
| 10/21/2012 | Jonathan R. Mattern | 2.5 | 2 | Qualified bid review with the Company and its advisors |
| 10/21/2012 | Jonathan R. Mattern | 0.5 | 2 | Review of co-advisor potential transaction liability analysis |
| 10/21/2012 | Jonathan R. Mattern | 1.0 | 2 | Update call with the Debtors' advisors |
| 10/21/2012 | Jonathan R. Mattern | 3.0 | 2 | Worked on liquidity/balance sheet snapshot document of Platform bidders |
| 10/21/2012 | Jonathan R. Mattern | 1.0 | 3 | Review UCC presentation for UCC advisors |
| 10/21/2012 | Jonathan R. Mattern | 1.0 | 11 | Call to discuss advance projections with the Company and its advisors |
| 10/21/2012 | Karn S. Chopra | 1.5 | 2 | Call to prepare for DLJ Consortium APA negotiations |
| 10/21/2012 | Karn S. Chopra | 2.5 | 2 | Call with DLJ Consortium to negotiate APA |
| 10/21/2012 | Karn S. Chopra | 1.5 | 2 | Call with Fortress/Nationstar to discuss Transaction Model |
| 10/21/2012 | Karn S. Chopra | 2.0 | 2 | Call with management to discuss qualified bids |
| 10/21/2012 | Karn S. Chopra | 2.0 | 2 | Call with Ocwen/Walter to discuss Transaction Model |
| 10/21/2012 | Karn S. Chopra | 2.5 | 2 | Qualified bid review with the Company and its advisors |
| 10/21/2012 | Karn S. Chopra | 0.5 | 2 | Review of co-advisor potential transaction liability analysis |
| 10/21/2012 | Karn S. Chopra | 1.0 | 2 | Review of PSA amendment purchase price analysis |
| 10/21/2012 | Karn S. Chopra | 1.0 | 2 | Update call with the Debtors' advisors |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/21/2012 | Karn S. Chopra | 1.5 | 3 | Call with Moelis to discuss bids and next steps in advance of Board meeting |
| 10/21/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC to discuss revised Transaction Model |
| 10/21/2012 | Karn S. Chopra | 1.0 | 3 | Review UCC presentation for UCC advisors |
| 10/21/2012 | Karn S. Chopra | 2.5 | 4 | Continue work on board slides |
| 10/21/2012 | Karn S. Chopra | 1.0 | 11 | Call to discuss advance projections with the Company and its advisors |
| 10/21/2012 | Marc D. Puntus | 1.5 | 2 | Call to prepare for DLJ Consortium APA negotiations |
| 10/21/2012 | Marc D. Puntus | 2.5 | 2 | Call with DLJ Consortium to negotiate APA |
| 10/21/2012 | Marc D. Puntus | 1.5 | 2 | Call with Fortress/Nationstar to discuss Transaction Model |
| 10/21/2012 | Marc D. Puntus | 2.0 | 2 | Call with management to discuss qualified bids |
| 10/21/2012 | Marc D. Puntus | 2.0 | 2 | Call with Ocwen/Walter to discuss Transaction Model |
| 10/21/2012 | Marc D. Puntus | 2.5 | 2 | Qualified bid review with the Company and its advisors |
| 10/21/2012 | Marc D. Puntus | 2.0 | 2 | Review Board materials |
| 10/21/2012 | Marc D. Puntus | 0.5 | 2 | Review of co-advisor potential transaction liability analysis |
| 10/21/2012 | Marc D. Puntus | 1.0 | 2 | Review of PSA amendment purchase price analysis |
| 10/21/2012 | Marc D. Puntus | 1.0 | 2 | Update call with the Debtors' advisors |
| 10/21/2012 | Marc D. Puntus | 1.5 | 3 | Call with Moelis to discuss bids and next steps in advance of Board meeting |
| 10/21/2012 | Marc D. Puntus | 1.5 | 3 | Call with UCC to discuss revised Transaction Model |
| 10/21/2012 | Ryan Kielty | 1.5 | 2 | Call to prepare for DLJ Consortium APA negotiations |
| 10/21/2012 | Ryan Kielty | 2.5 | 2 | Call with DLJ Consortium to negotiate APA |
| 10/21/2012 | Ryan Kielty | 1.5 | 2 | Call with Fortress/Nationstar to discuss Transaction Model |
| 10/21/2012 | Ryan Kielty | 2.0 | 2 | Call with management to discuss qualified bids |
| 10/21/2012 | Ryan Kielty | 2.0 | 2 | Call with Ocwen/Walter to discuss Transaction Model |
| 10/21/2012 | Ryan Kielty | 2.5 | 2 | Qualified bid review with the Company and its advisors |
| 10/21/2012 | Ryan Kielty | 0.5 | 2 | Review of co-advisor potential transaction liability analysis |
| 10/21/2012 | Ryan Kielty | 1.0 | 2 | Review of Platform bidder balance sheet analysis |
| 10/21/2012 | Ryan Kielty | 1.0 | 2 | Review of PSA amendment purchase price analysis |
| 10/21/2012 | Ryan Kielty | 1.0 | 2 | Update call with the Debtors' advisors |
| 10/21/2012 | Ryan Kielty | 1.5 | 3 | Call with Moelis to discuss bids and next steps in advance of Board meeting |
| 10/21/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC to discuss revised Transaction Model |
| 10/21/2012 | Ryan Kielty | 1.0 | 3 | Review UCC presentation for UCC advisors |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/21/2012 | Ryan Kielty | 1.0 | 11 | Call to discuss advance projections with the Company and its advisors |
| 10/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Internal call on PSA amendment purchase price analysis |
| 10/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment purchase price analysis call with the Company |
| 10/20/2012 | Benjamin H. Weingarten | 8.0 | 2 | PSA amendment purchase price analysis work |
| 10/20/2012 | Benjamin H. Weingarten | 2.5 | 2 | Qualified Bid review with the Company and its advisors |
| 10/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review Board materials |
| 10/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review comparison of Whole Loan portfolio bids memo |
| 10/20/2012 | Benjamin H. Weingarten | 5.5 | 2 | Review of bids (APAs, commitment letters, etc.) |
| 10/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review revised Whole Loan Sale Order |
| 10/20/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review Whole Loan portfolio stratification |
| 10/20/2012 | Benjamin H. Weingarten | 2.0 | 2 | Whole Loan APA discussion with the Company and its advisors |
| 10/20/2012 | Benjamin H. Weingarten | 1.0 | 3 | Master servicing advances runoff call with the UCC and Debtors' advisors |
| 10/20/2012 | Benjamin H. Weingarten | 1.0 | 3 | Update call with the UCC |
| 10/20/2012 | Jonathan R. Mattern | 4.0 | 2 | Prepare Whole Loan portfolio stratification |
| 10/20/2012 | Jonathan R. Mattern | 8.0 | 2 | PSA amendment purchase price analysis work |
| 10/20/2012 | Jonathan R. Mattern | 2.5 | 2 | Qualified Bid review with the Company and its advisors |
| 10/20/2012 | Jonathan R. Mattern | 1.0 | 2 | Review Board materials |
| 10/20/2012 | Jonathan R. Mattern | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/20/2012 | Jonathan R. Mattern | 1.0 | 2 | Review comparison of Whole Loan portfolio bids memo |
| 10/20/2012 | Jonathan R. Mattern | 5.5 | 2 | Review of bids (APAs, commitment letters, etc.) |
| 10/20/2012 | Jonathan R. Mattern | 0.5 | 2 | Review revised Whole Loan Sale Order |
| 10/20/2012 | Jonathan R. Mattern | 2.0 | 2 | Whole Loan APA discussion with the Company and its advisors |
| 10/20/2012 | Jonathan R. Mattern | 3.0 | 2 | Worked on Board presentation |
| 10/20/2012 | Jonathan R. Mattern | 1.0 | 3 | Master servicing advances runoff call with the UCC and Debtors' advisors |
| 10/20/2012 | Jonathan R. Mattern | 1.0 | 3 | Update call with the UCC |
| 10/20/2012 | Karn S. Chopra | 3.0 | 2 | Call with management to discuss DLJ consortium APA |
| 10/20/2012 | Karn S. Chopra | 2.0 | 2 | Complete financial wherewithal analysis for Platform bidders |
| 10/20/2012 | Karn S. Chopra | 0.5 | 2 | Internal call on PSA amendment purchase price analysis |
| 10/20/2012 | Karn S. Chopra | 2.5 | 2 | Qualified Bid review with the Company and its advisors |
| 10/20/2012 | Karn S. Chopra | 1.0 | 2 | Review Board materials |
| 10/20/2012 | Karn S. Chopra | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/20/2012 | Karn S. Chopra | 1.0 | 2 | Review comparison of Whole Loan portfolio bids memo |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/20/2012 | Karn S. Chopra | 1.5 | 2 | Review master servicing run-off analysis |
| 10/20/2012 | Karn S. Chopra | 5.5 | 2 | Review of bids (APAs, commitment letters, etc.) |
| 10/20/2012 | Karn S. Chopra | 0.5 | 2 | Review revised Whole Loan Sale Order |
| 10/20/2012 | Karn S. Chopra | 2.0 | 2 | Whole Loan APA discussion with the Company and its advisors |
| 10/20/2012 | Karn S. Chopra | 3.5 | 3 | Call with UCC, JSB advisors, Ally advisors and others regarding bids received and next steps |
| 10/20/2012 | Karn S. Chopra | 1.0 | 3 | Master servicing advances runoff call with the UCC and Debtors' advisors |
| 10/20/2012 | Karn S. Chopra | 1.0 | 3 | Update call with the UCC |
| 10/20/2012 | Karn S. Chopra | 2.5 | 4 | Prepare slides for Board meeting |
| 10/20/2012 | Marc D. Puntus | 3.0 | 2 | Call with management to discuss DLJ consortium APA |
| 10/20/2012 | Marc D. Puntus | 2.5 | 2 | Qualified Bid review with the Company and its advisors |
| 10/20/2012 | Marc D. Puntus | 1.0 | 2 | Review Board materials |
| 10/20/2012 | Marc D. Puntus | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/20/2012 | Marc D. Puntus | 1.0 | 2 | Review comparison of Whole Loan portfolio bids memo |
| 10/20/2012 | Marc D. Puntus | 1.5 | 2 | Review master servicing run-off analysis |
| 10/20/2012 | Marc D. Puntus | 5.5 | 2 | Review of bids (APAs, commitment letters, etc.) |
| 10/20/2012 | Marc D. Puntus | 0.5 | 2 | Review revised Whole Loan Sale Order |
| 10/20/2012 | Marc D. Puntus | 2.0 | 2 | Whole Loan APA discussion with the Company and its advisors |
| 10/20/2012 | Marc D. Puntus | 3.5 | 3 | Call with UCC, JSB advisors, Ally advisors and others regarding bids received and next steps |
| 10/20/2012 | Marc D. Puntus | 1.0 | 3 | Master servicing advances runoff call with the UCC and Debtors' advisors |
| 10/20/2012 | Marc D. Puntus | 1.0 | 3 | Update call with the UCC |
| 10/20/2012 | Ryan Kielty | 3.0 | 2 | Call with management to discuss DLJ consortium APA |
| 10/20/2012 | Ryan Kielty | 1.0 | 2 | PSA amendment purchase price analysis call with the Company |
| 10/20/2012 | Ryan Kielty | 2.5 | 2 | Qualified Bid review with the Company and its advisors |
| 10/20/2012 | Ryan Kielty | 1.0 | 2 | Review Board materials |
| 10/20/2012 | Ryan Kielty | 0.5 | 2 | Review co-advisor transaction model analysis |
| 10/20/2012 | Ryan Kielty | 1.0 | 2 | Review comparison of Whole Loan portfolio bids memo |
| 10/20/2012 | Ryan Kielty | 5.5 | 2 | Review of bids (APAs, commitment letters, etc.) |
| 10/20/2012 | Ryan Kielty | 0.5 | 2 | Review revised Whole Loan Sale Order |
| 10/20/2012 | Ryan Kielty | 2.0 | 2 | Whole Loan APA discussion with the Company and its advisors |
| 10/20/2012 | Ryan Kielty | 3.5 | 3 | Call with UCC, JSB advisors, Ally advisors and others regarding bids received and next steps |
| 10/20/2012 | Ryan Kielty | 1.0 | 3 | Master servicing advances runoff call with the UCC and Debtors' advisors |
| 10/20/2012 | Ryan Kielty | 1.0 | 3 | Update call with the UCC |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/19/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call on Master Servicing advances with the Company and its advisors |
| 10/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/19/2012 | Benjamin H. Weingarten | 1.5 | 2 | Drafted PSA amendment process slide for the Company |
| 10/19/2012 | Benjamin H. Weingarten | 2.0 | 2 | Follow-up calls with the Company regarding PSA amendment purchase price analysis |
| 10/19/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/19/2012 | Benjamin H. Weingarten | 3.0 | 2 | Prepared draft PSA amendment purchase price analysis by deal for company |
| 10/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared revised Whole Loan purchase price analysis for the Company |
| 10/19/2012 | Benjamin H. Weingarten | 3.0 | 2 | PSA amendment purchase price analysis work |
| 10/19/2012 | Benjamin H. Weingarten | 4.0 | 2 | Review APA tapes |
| 10/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Company PSA amendment analysis |
| 10/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review comparison of Platform bids memo |
| 10/19/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review of updated Transaction Model |
| 10/19/2012 | Benjamin H. Weingarten | 5.0 | 2 | Review Qualified Bids |
| 10/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review updated Platform APA schedules |
| 10/19/2012 | Benjamin H. Weingarten | 2.5 | 11 | Cure claim and sale strategy call with the Company and its advisors |
| 10/19/2012 | Benjamin H. Weingarten | 2.0 | 11 | Prepared cure claim analysis for co-advisors |
| 10/19/2012 | Jonathan R. Mattern | 1.0 | 2 | Call on Master Servicing advances with the Company and its advisors |
| 10/19/2012 | Jonathan R. Mattern | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/19/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/19/2012 | Jonathan R. Mattern | 2.5 | 2 | Preparation of Platform APA schedules |
| 10/19/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared Qualified Bid documents |
| 10/19/2012 | Jonathan R. Mattern | 4.0 | 2 | Review APA tapes |
| 10/19/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Company PSA amendment analysis |
| 10/19/2012 | Jonathan R. Mattern | 0.5 | 2 | Review comparison of Platform bids memo |
| 10/19/2012 | Jonathan R. Mattern | 1.5 | 2 | Review of updated Transaction Model |
| 10/19/2012 | Jonathan R. Mattern | 5.0 | 2 | Review Qualified Bids |
| 10/19/2012 | Jonathan R. Mattern | 4.0 | 2 | Worked on liquidity/balance sheet snapshot document of Platform bidders |
| 10/19/2012 | Jonathan R. Mattern | 2.0 | 3 | Prepared analysis on master servicing advances runoff |
| 10/19/2012 | Jonathan R. Mattern | 2.5 | 11 | Cure claim and sale strategy call with the Company and its advisors |
| 10/19/2012 | Karn S. Chopra | 1.0 | 2 | Call on Master Servicing advances with the Company and its advisors |
| 10/19/2012 | Karn S. Chopra | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/19/2012 | Karn S. Chopra | 0.5 | 2 | Call to discuss FGIC cure objection |
| 10/19/2012 | Karn S. Chopra | 1.5 | 2 | Follow-up discussion on PSA amendments |
| 10/19/2012 | Karn S. Chopra | 0.5 | 2 | Review Company PSA amendment analysis |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/19/2012 | Karn S. Chopra | 0.5 | 2 | Review comparison of Platform bids memo |
| 10/19/2012 | Karn S. Chopra | 1.5 | 2 | Review of updated Transaction Model |
| 10/19/2012 | Karn S. Chopra | 5.0 | 2 | Review Qualified Bids |
| 10/19/2012 | Karn S. Chopra | 0.5 | 2 | Review updated Platform APA schedules |
| 10/19/2012 | Karn S. Chopra | 1.0 | 3 | Call with Moelis to discuss auction dynamics |
| 10/19/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC to discuss master servicing advances |
| 10/19/2012 | Karn S. Chopra | 3.5 | 4 | Meeting with management to discuss review of bids |
| 10/19/2012 | Karn S. Chopra | 2.5 | 11 | Cure claim and sale strategy call with the Company and its advisors |
| 10/19/2012 | Karn S. Chopra | 1.0 | 11 | Review of cure calim analysis |
| 10/19/2012 | Karn S. Chopra | 1.0 | 11 | Reviewed cure claim analysis for co-advisors |
| 10/19/2012 | Marc D. Puntus | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/19/2012 | Marc D. Puntus | 0.5 | 2 | Call to discuss FGIC cure objection |
| 10/19/2012 | Marc D. Puntus | 1.5 | 2 | Follow-up discussion on PSA amendments |
| 10/19/2012 | Marc D. Puntus | 0.5 | 2 | Review Company PSA amendment analysis |
| 10/19/2012 | Marc D. Puntus | 0.5 | 2 | Review comparison of Platform bids memo |
| 10/19/2012 | Marc D. Puntus | 1.5 | 2 | Review of updated Transaction Model |
| 10/19/2012 | Marc D. Puntus | 5.0 | 2 | Review Qualified Bids |
| 10/19/2012 | Marc D. Puntus | 1.0 | 3 | Call with Moelis to discuss auction dynamics |
| 10/19/2012 | Marc D. Puntus | 0.5 | 3 | Call with UCC to discuss master servicing advances |
| 10/19/2012 | Marc D. Puntus | 3.5 | 4 | Meeting with management to discuss review of bids |
| 10/19/2012 | Marc D. Puntus | 2.5 | 11 | Cure claim and sale strategy call with the Company and its advisors |
| 10/19/2012 | Marc D. Puntus | 1.0 | 11 | Reviewed cure claim analysis for co-advisors |
| 10/19/2012 | Ryan Kielty | 1.0 | 2 | Call on Master Servicing advances with the Company and its advisors |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Call to discuss FGIC cure objection |
| 10/19/2012 | Ryan Kielty | 1.5 | 2 | Follow-up discussion on PSA amendments |
| 10/19/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Prepared revised Whole Loan purchase price analysis for the Company |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Review Company PSA amendment analysis |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Review comparison of Platform bids memo |
| 10/19/2012 | Ryan Kielty | 1.5 | 2 | Review of updated Transaction Model |
| 10/19/2012 | Ryan Kielty | 5.0 | 2 | Review Qualified Bids |
| 10/19/2012 | Ryan Kielty | 0.5 | 2 | Review updated Platform APA schedules |
| 10/19/2012 | Ryan Kielty | 1.0 | 3 | Call with Moelis to discuss auction dynamics |
| 10/19/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC to discuss master servicing advances |
| 10/19/2012 | Ryan Kielty | 2.0 | 3 | Prepared analysis on master servicing advances runoff |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 10/19/2012 | Ryan Kielty | 3.5 | 4 | Meeting with management to discuss review of bids |
| 10/19/2012 | Ryan Kielty | 2.5 | 11 | Cure claim and sale strategy call with the Company and its advisors |
| 10/19/2012 | Ryan Kielty | 1.0 | 11 | Reviewed cure claim analysis for co-advisors |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 1 | Interim fee application revision |
| 10/18/2012 | Benjamin H. Weingarten | 2.0 | 2 | APA tape preparation |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/18/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call on Whole Loan accrued interest with the Company |
| 10/18/2012 | Benjamin H. Weingarten | 1.0 | 2 | Internal auction preparation discussion |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Internal meeting to discuss review of qualified bids |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared Whole Loan portfolio purchase price analysis for the Company |
| 10/18/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Company analysis on PSA amendment provision |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Company data on operational considerations for lookback remediation |
| 10/18/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review internal memos on key auction topics |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Platform open issues memo |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 11 | Internal discussion regarding cure claim analysis |
| 10/18/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review JSB letter |
| 10/18/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review of master servicing runoff analysis |
| 10/18/2012 | Benjamin H. Weingarten | 5.0 | 11 | Work on cure claim analysis |
| 10/18/2012 | Jonathan R. Mattern | 2.0 | 2 | APA tape preparation |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/18/2012 | Jonathan R. Mattern | 1.0 | 2 | Call on Whole Loan accrued interest with the Company |
| 10/18/2012 | Jonathan R. Mattern | 1.0 | 2 | Internal auction preparation discussion |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 2 | Internal meeting to discuss review of qualified bids |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 2 | Prepared Whole Loan portfolio purchase price analysis for the Company |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Company data on operational considerations for lookback remediation |
| 10/18/2012 | Jonathan R. Mattern | 1.0 | 2 | Review internal memos on key auction topics |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Platform open issues memo |
| 10/18/2012 | Jonathan R. Mattern | 0.5 | 11 | Review JSB letter |
| 10/18/2012 | Jonathan R. Mattern | 1.0 | 11 | Review of master servicing runoff analysis |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/18/2012 | Karn S. Chopra | 1.0 | 2 | Call on Whole Loan accrued interest with the Company |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Call to discuss Fannie/Freddie cure objections |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Call with Fannie Mae to seek support for upcoming auction |
| 10/18/2012 | Karn S. Chopra | 1.5 | 2 | Call with Fortress/Nationstar to discuss next steps in sale process |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Call with Freddie Mac to seek support for upcoming auction |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Call with Ginnie Mae to seek support for upcoming auction |
| 10/18/2012 | Karn S. Chopra | 1.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 10/18/2012 | Karn S. Chopra | 1.5 | 2 | Call with Ocwen/Walter to discuss APA and committed financing |
| 10/18/2012 | Karn S. Chopra | 1.0 | 2 | Internal auction preparation discussion |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Internal meeting to discuss review of qualified bids |
| 10/18/2012 | Karn S. Chopra | 2.5 | 2 | Prepare financial wherewithal analysis for Platform bidders |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Review Company data on operational considerations for lookback remediation |
| 10/18/2012 | Karn S. Chopra | 1.0 | 2 | Review internal memos on key auction topics |
| 10/18/2012 | Karn S. Chopra | 0.5 | 2 | Review Platform open issues memo |
| 10/18/2012 | Karn S. Chopra | 1.0 | 2 | Review updated Transaction Model |
| 10/18/2012 | Karn S. Chopra | 1.0 | 6 | Meeting with counsel to discuss 9019 document collection |
| 10/18/2012 | Karn S. Chopra | 0.5 | 11 | Internal discussion regarding cure claim analysis |
| 10/18/2012 | Karn S. Chopra | 0.5 | 11 | Review JSB letter |
| 10/18/2012 | Karn S. Chopra | 1.0 | 11 | Review of master servicing runoff analysis |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Call to discuss Fannie/Freddie cure objections |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Call with Fannie Mae to seek support for upcoming auction |
| 10/18/2012 | Marc D. Puntus | 1.5 | 2 | Call with Fortress/Nationstar to discuss next steps in sale process |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Call with Freddie Mac to seek support for upcoming auction |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Call with Ginnie Mae to seek support for upcoming auction |
| 10/18/2012 | Marc D. Puntus | 1.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 10/18/2012 | Marc D. Puntus | 1.5 | 2 | Call with Ocwen/Walter to discuss APA and committed financing |
| 10/18/2012 | Marc D. Puntus | 1.0 | 2 | Internal auction preparation discussion |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Internal meeting to discuss review of qualified bids |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Review Company data on operational considerations for lookback remediation |
| 10/18/2012 | Marc D. Puntus | 0.5 | 2 | Review Platform open issues memo |
| 10/18/2012 | Marc D. Puntus | 1.0 | 2 | Review updated Transaction Model |
| 10/18/2012 | Marc D. Puntus | 1.0 | 6 | Meeting with counsel to discuss 9019 document collection |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/18/2012 | Marc D. Puntus | 0.5 | 11 | Review JSB letter |
| 10/18/2012 | Ryan Kielty | 1.5 | 1 | Review and revision of interim fee application |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/18/2012 | Ryan Kielty | 1.0 | 2 | Call on Whole Loan accrued interest with the Company |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Call to discuss Fannie/Freddie cure objections |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Call with Fannie Mae to seek support for upcoming auction |
| 10/18/2012 | Ryan Kielty | 1.5 | 2 | Call with Fortress/Nationstar to discuss next steps in sale process |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Call with Freddie Mac to seek support for upcoming auction |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Call with Ginnie Mae to seek support for upcoming auction |
| 10/18/2012 | Ryan Kielty | 1.5 | 2 | Call with management to discuss FHA/VA loan sale |
| 10/18/2012 | Ryan Kielty | 1.5 | 2 | Call with Ocwen/Walter to discuss APA and committed financing |
| 10/18/2012 | Ryan Kielty | 1.0 | 2 | Internal auction preparation discussion |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Internal meeting to discuss review of qualified bids |
| 10/18/2012 | Ryan Kielty | 3.0 | 2 | Preparation of internal memo on key Whole Loan portfolio auction topics |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Prepared Whole Loan portfolio purchase price analysis for the Company |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Review Company data on operational considerations for lookback remediation |
| 10/18/2012 | Ryan Kielty | 0.5 | 2 | Review Platform open issues memo |
| 10/18/2012 | Ryan Kielty | 1.0 | 2 | Review updated Transaction Model |
| 10/18/2012 | Ryan Kielty | 1.0 | 6 | Meeting with counsel to discuss 9019 document collection |
| 10/18/2012 | Ryan Kielty | 0.5 | 11 | Internal discussion regarding cure claim analysis |
| 10/18/2012 | Ryan Kielty | 0.5 | 11 | Review JSB letter |
| 10/18/2012 | Ryan Kielty | 1.0 | 11 | Review of cure claim analysis |
| 10/18/2012 | Ryan Kielty | 1.0 | 11 | Review of master servicing runoff analysis |
| 10/17/2012 | Benjamin H. Weingarten | 2.0 | 1 | Timesheet work |
| 10/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Internal auction preparation discussion |
| 10/17/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation |
| 10/17/2012 | Benjamin H. Weingarten | 3.0 | 2 | Preparation of internal memo on key Platform auction topics |
| 10/17/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared additional trading securities schedule for Whole Loan bidders |
| 10/17/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared Platform purchase price analysis for the Company |
| 10/17/2012 | Benjamin H. Weingarten | 3.5 | 2 | PSA amendment purchase price analysis work |
| 10/17/2012 | Benjamin H. Weingarten | 2.0 | 2 | Whole Loan portfolio diligence facilitation |

**Centerview Partners  LLC**

Detail Report (by Date)                                               2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/17/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole Loan portfolio stratification review |
| 10/17/2012 | Benjamin H. Weingarten | 1.0 | 11 | Cure claim analysis work |
| 10/17/2012 | Jonathan R. Mattern | 1.0 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/17/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/17/2012 | Jonathan R. Mattern | 1.0 | 2 | Internal auction preparation discussion |
| 10/17/2012 | Jonathan R. Mattern | 2.0 | 2 | Platform diligence facilitation |
| 10/17/2012 | Jonathan R. Mattern | 3.0 | 2 | Preparation of internal memo on key Platform auction topics |
| 10/17/2012 | Jonathan R. Mattern | 0.5 | 2 | Prepared Platform purchase price analysis for the Company |
| 10/17/2012 | Jonathan R. Mattern | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/17/2012 | Karn S. Chopra | 2.5 | 1 | Attended ResCap hearing |
| 10/17/2012 | Karn S. Chopra | 1.0 | 2 | Call with management to discuss Ally Bank MSR |
| 10/17/2012 | Karn S. Chopra | 1.0 | 2 | Call with Platform bidders about commited financing |
| 10/17/2012 | Karn S. Chopra | 1.0 | 2 | Follow-up discussion on Transaction Model with UCC |
| 10/17/2012 | Karn S. Chopra | 1.0 | 2 | Internal auction preparation discussion |
| 10/17/2012 | Karn S. Chopra | 2.0 | 2 | Platform diligence facilitation |
| 10/17/2012 | Karn S. Chopra | 3.0 | 2 | Preparation of internal memo on key Platform auction topics |
| 10/17/2012 | Karn S. Chopra | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/17/2012 | Karn S. Chopra | 1.5 | 3 | Weekly UCC update call |
| 10/17/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss compensatory fees |
| 10/17/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/17/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/17/2012 | Marc D. Puntus | 2.5 | 1 | Attended ResCap hearing |
| 10/17/2012 | Marc D. Puntus | 1.0 | 2 | Call with management to discuss Ally Bank MSR |
| 10/17/2012 | Marc D. Puntus | 1.0 | 2 | Call with Platform bidders about commited financing |
| 10/17/2012 | Marc D. Puntus | 1.0 | 2 | Follow-up discussion on Transaction Model with UCC |
| 10/17/2012 | Marc D. Puntus | 1.5 | 3 | Weekly UCC update call |
| 10/17/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss compensatory fees |
| 10/17/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/17/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/17/2012 | Ryan Kielty | 1.0 | 2 | Call on PSA amendment purchase price analysis with the Company |
| 10/17/2012 | Ryan Kielty | 1.0 | 2 | Call with management to discuss Ally Bank MSR |
| 10/17/2012 | Ryan Kielty | 1.0 | 2 | Call with Platform bidders about commited financing |
| 10/17/2012 | Ryan Kielty | 1.0 | 2 | Follow-up discussion on Transaction Model with UCC |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                         2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/17/2012 | Ryan Kielty | 1.0 | 2 | Internal auction preparation discussion |
| 10/17/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation |
| 10/17/2012 | Ryan Kielty | 3.0 | 2 | Preparation of internal memo on key Platform auction topics |
| 10/17/2012 | Ryan Kielty | 0.5 | 2 | Prepared additional trading securities schedule for Whole Loan bidders |
| 10/17/2012 | Ryan Kielty | 0.5 | 2 | Prepared Platform purchase price analysis for the Company |
| 10/17/2012 | Ryan Kielty | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/17/2012 | Ryan Kielty | 1.5 | 3 | Weekly UCC update call |
| 10/17/2012 | Ryan Kielty | 0.5 | 4 | Call with management to discuss compensatory fees |
| 10/17/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/17/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/17/2012 | Ryan Kielty | 1.0 | 11 | Cure claim analysis work |
| 10/16/2012 | Benjamin H. Weingarten | 5.0 | 1 | Timesheet work |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with the Company on PSA amendment purchase price analysis |
| 10/16/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company regarding trading securities schedule |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence call with prospectice Whole Loan bidder |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Discussion on Platform bid with Debtors' advisors |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Follow-up call on PSA amendment process/purchase price analysis with the Company |
| 10/16/2012 | Benjamin H. Weingarten | 2.5 | 2 | Internal meeting to prepare for upcoming auctions |
| 10/16/2012 | Benjamin H. Weingarten | 2.0 | 2 | Prepare Whole Loan tape comparison analysis for the Company |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment process call with the Company and its advisors |
| 10/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of Whole Loan APA open issues |
| 10/16/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Whole Loan portfolio stratification |
| 10/16/2012 | Benjamin H. Weingarten | 2.0 | 2 | SBO Whole Loan portfolio analysis work |
| 10/16/2012 | Benjamin H. Weingarten | 2.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/16/2012 | Benjamin H. Weingarten | 0.5 | 10 | Reviewed Company 2013 origination forecast |
| 10/16/2012 | Jonathan R. Mattern | 5.0 | 1 | Timesheet work |
| 10/16/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/16/2012 | Jonathan R. Mattern | 1.0 | 2 | Discussion on Platform bid with Debtors' advisors |
| 10/16/2012 | Jonathan R. Mattern | 1.0 | 2 | Follow-up call on PSA amendment process/purchase price analysis with the Company |
| 10/16/2012 | Jonathan R. Mattern | 2.5 | 2 | Internal meeting to prepare for upcoming auctions |
| 10/16/2012 | Jonathan R. Mattern | 3.0 | 2 | Internal PSA amendment analysis |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/16/2012 | Jonathan R. Mattern | 1.0 | 2 | PSA amendment process call with the Company and its advisors |
| 10/16/2012 | Jonathan R. Mattern | 1.0 | 2 | Review of Whole Loan APA open issues |
| 10/16/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Whole Loan portfolio stratification |
| 10/16/2012 | Jonathan R. Mattern | 2.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/16/2012 | Jonathan R. Mattern | 0.5 | 10 | Reviewed Company 2013 origination forecast |
| 10/16/2012 | Karn S. Chopra | 1.0 | 2 | Discussion on Platform bid with Debtors' advisors |
| 10/16/2012 | Karn S. Chopra | 1.0 | 2 | Follow-up call on PSA amendment process/purchase price analysis with the Company |
| 10/16/2012 | Karn S. Chopra | 2.5 | 2 | Internal meeting to prepare for upcoming auctions |
| 10/16/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with management to discuss progress on PSA amendments |
| 10/16/2012 | Karn S. Chopra | 3.5 | 2 | Meeting with UCC to walk through Transaction Model |
| 10/16/2012 | Karn S. Chopra | 1.0 | 2 | PSA amendment process call with the Company and its advisors |
| 10/16/2012 | Karn S. Chopra | 1.0 | 2 | Review of Whole Loan APA open issues |
| 10/16/2012 | Karn S. Chopra | 0.5 | 2 | Review Whole Loan portfolio stratification |
| 10/16/2012 | Karn S. Chopra | 3.5 | 7 | Meeting with JSB advisors to begin POR negotiations |
| 10/16/2012 | Karn S. Chopra | 0.5 | 10 | Reviewed Company 2013 origination forecast |
| 10/16/2012 | Marc D. Puntus | 1.0 | 2 | Discussion on Platform bid with Debtors' advisors |
| 10/16/2012 | Marc D. Puntus | 2.5 | 2 | Internal meeting to prepare for upcoming auctions |
| 10/16/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with management to discuss progress on PSA amendments |
| 10/16/2012 | Marc D. Puntus | 3.5 | 2 | Meeting with UCC to walk through Transaction Model |
| 10/16/2012 | Marc D. Puntus | 3.5 | 7 | Meeting with JSB advisors to begin POR negotiations |
| 10/16/2012 | Ryan Kielty | 1.0 | 2 | Discussion on Platform bid with Debtors' advisors |
| 10/16/2012 | Ryan Kielty | 1.0 | 2 | Follow-up call on PSA amendment process/purchase price analysis with the Company |
| 10/16/2012 | Ryan Kielty | 2.5 | 2 | Internal meeting to prepare for upcoming auctions |
| 10/16/2012 | Ryan Kielty | 2.0 | 2 | Meeting with management to discuss progress on PSA amendments |
| 10/16/2012 | Ryan Kielty | 3.5 | 2 | Meeting with UCC to walk through Transaction Model |
| 10/16/2012 | Ryan Kielty | 1.0 | 2 | PSA amendment process call with the Company and its advisors |
| 10/16/2012 | Ryan Kielty | 1.0 | 2 | Review of Whole Loan APA open issues |
| 10/16/2012 | Ryan Kielty | 0.5 | 2 | Review Whole Loan portfolio stratification |
| 10/16/2012 | Ryan Kielty | 2.0 | 2 | SBO Whole Loan portfolio analysis work |
| 10/16/2012 | Ryan Kielty | 2.5 | 2 | Whole Loan portfolio diligence facilitation |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/16/2012 | Ryan Kielty | 3.5 | 7 | Meeting with JSB advisors to begin POR negotiations |
| 10/16/2012 | Ryan Kielty | 0.5 | 10 | Reviewed Company 2013 origination forecast |
| 10/15/2012 | Benjamin H. Weingarten | 3.0 | 1 | Timesheet work |
| 10/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with discuss Ambac cure objection |
| 10/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company on Whole Loan portfolio accrued interest calculation |
| 10/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Draft PSA Amendment analysis email |
| 10/15/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation |
| 10/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepare Whole Loan tape for Company |
| 10/15/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review Company Platform diligence responses |
| 10/15/2012 | Benjamin H. Weingarten | 2.5 | 2 | Review latest version of Transaction Model |
| 10/15/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with Citi and its counsel to discuss Fannie/Freddie cure claims |
| 10/15/2012 | Benjamin H. Weingarten | 1.0 | 3 | Calls with co-advisor on purchase price analysis |
| 10/15/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review of co-advisor purchase price analysis |
| 10/15/2012 | Benjamin H. Weingarten | 2.5 | 10 | Work on business plan analysis |
| 10/15/2012 | Jonathan R. Mattern | 3.0 | 1 | Timesheet work |
| 10/15/2012 | Jonathan R. Mattern | 0.5 | 2 | Call with discuss Ambac cure objection |
| 10/15/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/15/2012 | Jonathan R. Mattern | 5.0 | 2 | Internal PSA amendment analysis |
| 10/15/2012 | Jonathan R. Mattern | 2.0 | 2 | Platform diligence facilitation |
| 10/15/2012 | Jonathan R. Mattern | 1.0 | 2 | Review Company Platform diligence responses |
| 10/15/2012 | Jonathan R. Mattern | 2.5 | 2 | Review latest version of Transaction Model |
| 10/15/2012 | Jonathan R. Mattern | 1.0 | 3 | Call with Citi and its counsel to discuss Fannie/Freddie cure claims |
| 10/15/2012 | Jonathan R. Mattern | 1.0 | 3 | Review of co-advisor purchase price analysis |
| 10/15/2012 | Karn S. Chopra | 5.0 | 1 | Review and revise interim fee application |
| 10/15/2012 | Karn S. Chopra | 0.5 | 2 | Call with discuss Ambac cure objection |
| 10/15/2012 | Karn S. Chopra | 2.0 | 2 | Call with Ocwen/Walter and counsel to discuss APA |
| 10/15/2012 | Karn S. Chopra | 0.5 | 2 | Draft PSA Amendment analysis email |
| 10/15/2012 | Karn S. Chopra | 2.5 | 2 | Review latest version of Transaction Model |
| 10/15/2012 | Karn S. Chopra | 1.0 | 3 | Call with Citi and its counsel to discuss Fannie/Freddie cure claims |
| 10/15/2012 | Karn S. Chopra | 1.0 | 3 | Review of co-advisor purchase price analysis |
| 10/15/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/15/2012 | Karn S. Chopra | 2.0 | 4 | Meeting with management to discuss Transaction Model |
| 10/15/2012 | Karn S. Chopra | 0.5 | 5 | Finalize DIP amendment |
| 10/15/2012 | Marc D. Puntus | 0.5 | 2 | Call with discuss Ambac cure objection |
| 10/15/2012 | Marc D. Puntus | 2.0 | 2 | Call with Ocwen/Walter and counsel to discuss APA |
| 10/15/2012 | Marc D. Puntus | 2.5 | 2 | Review latest version of Transaction Model |
| 10/15/2012 | Marc D. Puntus | 1.0 | 3 | Call with Citi and its counsel to discuss Fannie/Freddie cure claims |
| 10/15/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/15/2012 | Marc D. Puntus | 2.0 | 4 | Meeting with management to discuss Transaction Model |
| 10/15/2012 | Marc D. Puntus | 0.5 | 5 | Finalize DIP amendment |
| 10/15/2012 | Ryan Kielty | 5.0 | 1 | Review and revise interim fee application |
| 10/15/2012 | Ryan Kielty | 0.5 | 2 | Call with discuss Ambac cure objection |
| 10/15/2012 | Ryan Kielty | 2.0 | 2 | Call with Ocwen/Walter and counsel to discuss APA |
| 10/15/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation |
| 10/15/2012 | Ryan Kielty | 1.0 | 2 | Review Company Platform diligence responses |
| 10/15/2012 | Ryan Kielty | 2.5 | 2 | Review latest version of Transaction Model |
| 10/15/2012 | Ryan Kielty | 1.0 | 3 | Call with Citi and its counsel to discuss Fannie/Freddie cure claims |
| 10/15/2012 | Ryan Kielty | 1.0 | 3 | Review of co-advisor purchase price analysis |
| 10/15/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/15/2012 | Ryan Kielty | 2.0 | 4 | Meeting with management to discuss Transaction Model |
| 10/14/2012 | Benjamin H. Weingarten | 0.5 | 2 | Internal call on outstanding analyses |
| 10/14/2012 | Benjamin H. Weingarten | 2.5 | 2 | Platform diligence facilitation |
| 10/14/2012 | Benjamin H. Weingarten | 2.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/14/2012 | Jonathan R. Mattern | 0.5 | 2 | Internal call on outstanding analyses |
| 10/14/2012 | Jonathan R. Mattern | 4.0 | 2 | Internal PSA amendment analysis |
| 10/14/2012 | Jonathan R. Mattern | 2.5 | 2 | Platform diligence facilitation |
| 10/14/2012 | Jonathan R. Mattern | 2.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/14/2012 | Karn S. Chopra | 1.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/14/2012 | Marc D. Puntus | 1.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/14/2012 | Ryan Kielty | 2.5 | 2 | Platform diligence facilitation |
| 10/14/2012 | Ryan Kielty | 1.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/14/2012 | Ryan Kielty | 2.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/13/2012 | Benjamin H. Weingarten | 4.0 | 1 | Draft interim fee application |
| 10/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/13/2012 | Jonathan R. Mattern | 3.0 | 2 | Compiled internal database for entire loan list |
| 10/13/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/13/2012 | Jonathan R. Mattern | 2.0 | 3 | Reviewed co-advisor asset schedule projections and purchase price analysis |
| 10/13/2012 | Karn S. Chopra | 3.0 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/13/2012 | Marc D. Puntus | 3.0 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/13/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/13/2012 | Ryan Kielty | 3.0 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/12/2012 | Benjamin H. Weingarten | 5.0 | 1 | Draft interim fee application |
| 10/12/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/12/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/12/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation |
| 10/12/2012 | Benjamin H. Weingarten | 4.0 | 2 | PSA amendment purchase price analysis work |
| 10/12/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review emails regarding Whole Loan bidder advisor inquiries |
| 10/12/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/12/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole Loan diligence facilitation |
| 10/12/2012 | Benjamin H. Weingarten | 0.5 | 3 | Prepared weekly bidder update |
| 10/12/2012 | Benjamin H. Weingarten | 1.0 | 3 | Reviewed co-advisor purchase price analysis |
| 10/12/2012 | Benjamin H. Weingarten | 1.0 | 4 | Internal meeting to prepare for Board meeting |
| 10/12/2012 | Benjamin H. Weingarten | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/12/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/12/2012 | Jonathan R. Mattern | 2.0 | 2 | Platform diligence facilitation |
| 10/12/2012 | Jonathan R. Mattern | 4.0 | 2 | PSA amendment purchase price analysis work |
| 10/12/2012 | Jonathan R. Mattern | 1.0 | 2 | Review emails regarding Whole Loan bidder advisor inquiries |
| 10/12/2012 | Jonathan R. Mattern | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/12/2012 | Jonathan R. Mattern | 1.5 | 2 | Whole Loan diligence facilitation |
| 10/12/2012 | Jonathan R. Mattern | 0.5 | 3 | Prepared weekly bidder update |
| 10/12/2012 | Jonathan R. Mattern | 1.0 | 3 | Reviewed co-advisor purchase price analysis |
| 10/12/2012 | Jonathan R. Mattern | 1.0 | 4 | Internal meeting to prepare for Board meeting |
| 10/12/2012 | Jonathan R. Mattern | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/12/2012 | Karn S. Chopra | 1.0 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/12/2012 | Karn S. Chopra | 1.0 | 2 | Review emails regarding Whole Loan bidder advisor inquiries |
| 10/12/2012 | Karn S. Chopra | 4.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/12/2012 | Karn S. Chopra | 1.5 | 2 | Whole Loan diligence facilitation |
| 10/12/2012 | Karn S. Chopra | 0.5 | 3 | Prepared weekly bidder update |
| 10/12/2012 | Karn S. Chopra | 1.0 | 3 | Reviewed co-advisor purchase price analysis |
| 10/12/2012 | Karn S. Chopra | 1.0 | 4 | Internal meeting to prepare for Board meeting |
| 10/12/2012 | Karn S. Chopra | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/12/2012 | Marc D. Puntus | 1.0 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/12/2012 | Marc D. Puntus | 1.0 | 2 | Review emails regarding Whole Loan bidder advisor inquiries |
| 10/12/2012 | Marc D. Puntus | 4.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/12/2012 | Marc D. Puntus | 0.5 | 3 | Prepared weekly bidder update |
| 10/12/2012 | Marc D. Puntus | 1.0 | 4 | Internal meeting to prepare for Board meeting |
| 10/12/2012 | Marc D. Puntus | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/12/2012 | Ryan Kielty | 1.0 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/12/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation |
| 10/12/2012 | Ryan Kielty | 4.0 | 2 | PSA amendment purchase price analysis work |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/12/2012 | Ryan Kielty | 1.0 | 2 | Review emails regarding Whole Loan bidder advisor inquiries |
| 10/12/2012 | Ryan Kielty | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/12/2012 | Ryan Kielty | 4.5 | 2 | Various calls with Ally, UCC, Debtors advisors and management to discuss Ally Bank MSR sale |
| 10/12/2012 | Ryan Kielty | 1.5 | 2 | Whole Loan diligence facilitation |
| 10/12/2012 | Ryan Kielty | 0.5 | 3 | Prepared weekly bidder update |
| 10/12/2012 | Ryan Kielty | 1.0 | 3 | Reviewed co-advisor purchase price analysis |
| 10/12/2012 | Ryan Kielty | 1.0 | 4 | Internal meeting to prepare for Board meeting |
| 10/12/2012 | Ryan Kielty | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/11/2012 | Benjamin H. Weingarten | 0.5 | 1 | Assisted co-advisors on dataroom inquiries |
| 10/11/2012 | Benjamin H. Weingarten | 4.0 | 1 | Draft interim fee application |
| 10/11/2012 | Benjamin H. Weingarten | 0.5 | 1 | Interim fee application discussion |
| 10/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 10/11/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation |
| 10/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/11/2012 | Benjamin H. Weingarten | 4.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/11/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review cure claim memo |
| 10/11/2012 | Benjamin H. Weingarten | 1.0 | 11 | Reviewed cure analysis emails |
| 10/11/2012 | Jonathan R. Mattern | 4.0 | 1 | Draft interim fee application |
| 10/11/2012 | Jonathan R. Mattern | 0.5 | 1 | Interim fee application discussion |
| 10/11/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/11/2012 | Jonathan R. Mattern | 2.0 | 2 | Platform diligence facilitation |
| 10/11/2012 | Jonathan R. Mattern | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/11/2012 | Jonathan R. Mattern | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/11/2012 | Jonathan R. Mattern | 4.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/11/2012 | Jonathan R. Mattern | 0.5 | 11 | Review cure claim memo |
| 10/11/2012 | Jonathan R. Mattern | 1.0 | 11 | Reviewed cure analysis emails |
| 10/11/2012 | Karn S. Chopra | 2.5 | 2 | Call with management to discuss potential Ally Bank MSR sale |
| 10/11/2012 | Karn S. Chopra | 2.5 | 2 | Finalize analysis to support FHA/VA disposition strategy to UCC |
| 10/11/2012 | Karn S. Chopra | 1.0 | 3 | Prepare for UCC update call |
| 10/11/2012 | Karn S. Chopra | 1.5 | 3 | Weekly UCC update call |
| 10/11/2012 | Karn S. Chopra | 2.0 | 4 | Call with management to discuss how loan pipeline will be addressed in Platform sale |
| 10/11/2012 | Karn S. Chopra | 1.5 | 7 | Meeting to prepare for initial POR negotiation session with UCC |
| 10/11/2012 | Karn S. Chopra | 4.0 | 7 | Meeting with UCC to begin POR negotiations |
| 10/11/2012 | Karn S. Chopra | 0.5 | 11 | Review cure claim memo |
| 10/11/2012 | Karn S. Chopra | 1.0 | 11 | Reviewed cure analysis emails |
| 10/11/2012 | Marc D. Puntus | 2.5 | 2 | Call with management to discuss potential Ally Bank MSR sale |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

### Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/11/2012 | Marc D. Puntus | 2.5 | 2 | Finalize analysis to support FHA/VA disposition strategy to UCC |
| 10/11/2012 | Marc D. Puntus | 1.0 | 3 | Prepare for UCC update call |
| 10/11/2012 | Marc D. Puntus | 1.5 | 3 | Weekly UCC update call |
| 10/11/2012 | Marc D. Puntus | 2.0 | 4 | Call with management to discuss how loan pipeline will be addressed in Platform sale |
| 10/11/2012 | Marc D. Puntus | 1.5 | 7 | Meeting to prepare for initial POR negotiation session with UCC |
| 10/11/2012 | Marc D. Puntus | 4.0 | 7 | Meeting with UCC to begin POR negotiations |
| 10/11/2012 | Marc D. Puntus | 0.5 | 11 | Review cure claim memo |
| 10/11/2012 | Marc D. Puntus | 1.0 | 11 | Reviewed cure analysis emails |
| 10/11/2012 | Ryan Kielty | 0.5 | 1 | Interim fee application discussion |
| 10/11/2012 | Ryan Kielty | 2.5 | 2 | Call with management to discuss potential Ally Bank MSR sale |
| 10/11/2012 | Ryan Kielty | 2.5 | 2 | Finalize analysis to support FHA/VA disposition strategy to UCC |
| 10/11/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation |
| 10/11/2012 | Ryan Kielty | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/11/2012 | Ryan Kielty | 1.0 | 2 | Review of refreshed Whole Loan portfolio litigation schedule |
| 10/11/2012 | Ryan Kielty | 4.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/11/2012 | Ryan Kielty | 1.0 | 3 | Prepare for UCC update call |
| 10/11/2012 | Ryan Kielty | 1.5 | 3 | Weekly UCC update call |
| 10/11/2012 | Ryan Kielty | 2.0 | 4 | Call with management to discuss how loan pipeline will be addressed in Platform sale |
| 10/11/2012 | Ryan Kielty | 1.5 | 7 | Meeting to prepare for initial POR negotiation session with UCC |
| 10/11/2012 | Ryan Kielty | 4.0 | 7 | Meeting with UCC to begin POR negotiations |
| 10/11/2012 | Ryan Kielty | 0.5 | 11 | Review cure claim memo |
| 10/11/2012 | Ryan Kielty | 1.0 | 11 | Reviewed cure analysis emails |
| 10/10/2012 | Benjamin H. Weingarten | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/10/2012 | Benjamin H. Weingarten | 1.0 | 2 | GNMA advance discussion with Platform bidder |
| 10/10/2012 | Benjamin H. Weingarten | 1.5 | 2 | Platform diligence facilitation |
| 10/10/2012 | Benjamin H. Weingarten | 1.5 | 2 | Prepared Platform purchase price analysis for co-advisor |
| 10/10/2012 | Benjamin H. Weingarten | 2.5 | 2 | PSA amendment purchase price analysis work |
| 10/10/2012 | Benjamin H. Weingarten | 2.5 | 2 | Transaction model review with Debtors' advisors |
| 10/10/2012 | Benjamin H. Weingarten | 0.5 | 2 | Whole Loan diligence facilitation |
| 10/10/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor regarding asset by facility analyses |
| 10/10/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review/work on Platform asset by facility analysis for co-advisor |
| 10/10/2012 | Benjamin H. Weingarten | 1.0 | 5 | DIP amendment lender presentation |
| 10/10/2012 | Benjamin H. Weingarten | 0.5 | 5 | DIP amendment lender presentation pre-call |
| 10/10/2012 | Benjamin H. Weingarten | 2.0 | 5 | Prepare for DIP Amendment lender call |
| 10/10/2012 | Benjamin H. Weingarten | 1.0 | 5 | Review DIP Amendment presentation |
| 10/10/2012 | Benjamin H. Weingarten | 0.5 | 5 | Work on DIP Amendment presentation |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/10/2012 | Benjamin H. Weingarten | 0.5 | 7 | Reviewed RMBS settlement memo |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/10/2012 | Jonathan R. Mattern | 1.0 | 2 | GNMA advance discussion with Platform bidder |
| 10/10/2012 | Jonathan R. Mattern | 1.5 | 2 | Platform diligence facilitation |
| 10/10/2012 | Jonathan R. Mattern | 1.5 | 2 | Prepared Platform purchase price analysis for co-advisor |
| 10/10/2012 | Jonathan R. Mattern | 2.5 | 2 | PSA amendment purchase price analysis work |
| 10/10/2012 | Jonathan R. Mattern | 2.5 | 2 | Transaction model review with Debtors' advisors |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 2 | Whole Loan diligence facilitation |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 3 | Call with co-advisor regarding asset by facility analyses |
| 10/10/2012 | Jonathan R. Mattern | 1.0 | 5 | DIP amendment lender presentation |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 5 | DIP amendment lender presentation pre-call |
| 10/10/2012 | Jonathan R. Mattern | 2.0 | 5 | Prepare for DIP Amendment lender call |
| 10/10/2012 | Jonathan R. Mattern | 1.0 | 5 | Review DIP Amendment presentation |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 5 | Work on DIP Amendment presentation |
| 10/10/2012 | Jonathan R. Mattern | 0.5 | 7 | Reviewed RMBS settlement memo |
| 10/10/2012 | Karn S. Chopra | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/10/2012 | Karn S. Chopra | 1.5 | 2 | Call to discuss Ally objection and next steps |
| 10/10/2012 | Karn S. Chopra | 1.0 | 2 | GNMA advance discussion with Platform bidder |
| 10/10/2012 | Karn S. Chopra | 2.5 | 2 | Transaction model review with Debtors' advisors |
| 10/10/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/10/2012 | Karn S. Chopra | 1.0 | 5 | DIP amendment lender presentation |
| 10/10/2012 | Karn S. Chopra | 0.5 | 5 | DIP amendment lender presentation pre-call |
| 10/10/2012 | Karn S. Chopra | 2.0 | 5 | Prepare for DIP Amendment lender call |
| 10/10/2012 | Karn S. Chopra | 1.0 | 5 | Review DIP Amendment presentation |
| 10/10/2012 | Karn S. Chopra | 2.5 | 5 | Various calls with DIP lenders about proposed amendment |
| 10/10/2012 | Karn S. Chopra | 0.5 | 7 | Reviewed RMBS settlement memo |
| 10/10/2012 | Marc D. Puntus | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/10/2012 | Marc D. Puntus | 1.5 | 2 | Call to discuss Ally objection and next steps |
| 10/10/2012 | Marc D. Puntus | 2.5 | 2 | Transaction model review with Debtors' advisors |
| 10/10/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/10/2012 | Marc D. Puntus | 1.0 | 5 | DIP amendment lender presentation |
| 10/10/2012 | Marc D. Puntus | 0.5 | 5 | DIP amendment lender presentation pre-call |
| 10/10/2012 | Marc D. Puntus | 2.0 | 5 | Prepare for DIP Amendment lender call |
| 10/10/2012 | Marc D. Puntus | 1.0 | 5 | Review DIP Amendment presentation |
| 10/10/2012 | Marc D. Puntus | 2.5 | 5 | Various calls with DIP lenders about proposed amendment |
| 10/10/2012 | Marc D. Puntus | 0.5 | 7 | Reviewed RMBS settlement memo |
| 10/10/2012 | Ryan Kielty | 1.0 | 1 | Weekly strategy call with Debtors' advisors |
| 10/10/2012 | Ryan Kielty | 1.5 | 2 | Call to discuss Ally objection and next steps |
| 10/10/2012 | Ryan Kielty | 1.0 | 2 | GNMA advance discussion with Platform bidder |
| 10/10/2012 | Ryan Kielty | 1.5 | 2 | Platform diligence facilitation |
| 10/10/2012 | Ryan Kielty | 1.5 | 2 | Prepared Platform purchase price analysis for co-advisor |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/10/2012 | Ryan Kielty | 2.5 | 2 | PSA amendment purchase price analysis work |
| 10/10/2012 | Ryan Kielty | 2.5 | 2 | Transaction model review with Debtors' advisors |
| 10/10/2012 | Ryan Kielty | 3.0 | 2 | Whole Loan custodial diligence facilitation |
| 10/10/2012 | Ryan Kielty | 0.5 | 3 | Call with co-advisor regarding asset by facility analyses |
| 10/10/2012 | Ryan Kielty | 1.0 | 3 | Review/work on Platform asset by facility analysis for co-advisor |
| 10/10/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/10/2012 | Ryan Kielty | 1.0 | 5 | DIP amendment lender presentation |
| 10/10/2012 | Ryan Kielty | 0.5 | 5 | DIP amendment lender presentation pre-call |
| 10/10/2012 | Ryan Kielty | 2.0 | 5 | Prepare for DIP Amendment lender call |
| 10/10/2012 | Ryan Kielty | 1.0 | 5 | Review DIP Amendment presentation |
| 10/10/2012 | Ryan Kielty | 2.5 | 5 | Various calls with DIP lenders about proposed amendment |
| 10/10/2012 | Ryan Kielty | 0.5 | 5 | Work on DIP Amendment presentation |
| 10/10/2012 | Ryan Kielty | 0.5 | 7 | Reviewed RMBS settlement memo |
| 10/09/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assisted Company with analysis on Whole Loan portfolio |
| 10/09/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 10/09/2012 | Benjamin H. Weingarten | 1.0 | 2 | MSR carry value vs. purchase price analysis work |
| 10/09/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/09/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepared purchase price analysis for the Company |
| 10/09/2012 | Benjamin H. Weingarten | 4.0 | 2 | PSA amendment purchase price analysis work |
| 10/09/2012 | Benjamin H. Weingarten | 2.5 | 3 | Whole Loan portfolio asset by facility analysis review and revision |
| 10/09/2012 | Benjamin H. Weingarten | 0.5 | 5 | Review DIP Amendment presentation |
| 10/09/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review term sheets pertaining to potential sale of Ally Bank MSR and business lending |
| 10/09/2012 | Jonathan R. Mattern | 1.0 | 2 | MSR carry value vs. purchase price analysis work |
| 10/09/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/09/2012 | Jonathan R. Mattern | 1.0 | 2 | Prepared purchase price analysis for the Company |
| 10/09/2012 | Jonathan R. Mattern | 4.0 | 3 | Work on Platform asset by facility analysis for co-advisor |
| 10/09/2012 | Jonathan R. Mattern | 0.5 | 5 | Review DIP Amendment presentation |
| 10/09/2012 | Jonathan R. Mattern | 1.0 | 11 | Review term sheets pertaining to potential sale of Ally Bank MSR and business lending |
| 10/09/2012 | Karn S. Chopra | 3.5 | 2 | Initial meeting to discuss Transaction Model to help support sale process |
| 10/09/2012 | Karn S. Chopra | 3.0 | 2 | Prepare analysis to support FHA/VA disposition strategy to UCC |
| 10/09/2012 | Karn S. Chopra | 1.5 | 2 | Reviewed initial outputs from Transaction Model |
| 10/09/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss FHA/VA disposition strategy |
| 10/09/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/09/2012 | Karn S. Chopra | 0.5 | 5 | Review DIP Amendment presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/09/2012 | Karn S. Chopra | 1.0 | 11 | Review term sheets pertaining to potential sale of Ally Bank MSR and business lending |
| 10/09/2012 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss FHA/VA disposition strategy |
| 10/09/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/09/2012 | Marc D. Puntus | 0.5 | 5 | Review DIP Amendment presentation |
| 10/09/2012 | Marc D. Puntus | 1.0 | 11 | Review term sheets pertaining to potential sale of Ally Bank MSR and business lending |
| 10/09/2012 | Ryan Kielty | 1.0 | 2 | Assisted Company with analysis on Whole Loan portfolio |
| 10/09/2012 | Ryan Kielty | 3.5 | 2 | Initial meeting to discuss Transaction Model to help support sale process |
| 10/09/2012 | Ryan Kielty | 1.0 | 2 | MSR carry value vs. purchase price analysis work |
| 10/09/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/09/2012 | Ryan Kielty | 1.5 | 2 | Reviewed initial outputs from Transaction Model |
| 10/09/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss FHA/VA disposition strategy |
| 10/09/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/09/2012 | Ryan Kielty | 0.5 | 5 | Review DIP Amendment presentation |
| 10/09/2012 | Ryan Kielty | 1.0 | 11 | Review term sheets pertaining to potential sale of Ally Bank MSR and business lending |
| 10/08/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assisted the Company with purchase price analysis |
| 10/08/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with Fortress regarding purchase price calculation |
| 10/08/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 10/08/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/08/2012 | Benjamin H. Weingarten | 2.0 | 2 | PSA amendment purchase price analysis work |
| 10/08/2012 | Benjamin H. Weingarten | 2.5 | 2 | Various diligence calls with both Whole Loan Portfolio and Platform bidders |
| 10/08/2012 | Benjamin H. Weingarten | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/08/2012 | Benjamin H. Weingarten | 1.5 | 5 | Drafted DIP declaration |
| 10/08/2012 | Benjamin H. Weingarten | 1.0 | 5 | Review of various filings relating to DIP Amendment |
| 10/08/2012 | Benjamin H. Weingarten | 1.0 | 10 | Work on business plan analysis |
| 10/08/2012 | Benjamin H. Weingarten | 1.5 | 11 | Cure claims call with Debtors' advisors |
| 10/08/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review of cure claim analysis |
| 10/08/2012 | Benjamin H. Weingarten | 2.0 | 11 | Work on cure claim analysis |
| 10/08/2012 | Jonathan R. Mattern | 1.0 | 2 | Assisted the Company with purchase price analysis |
| 10/08/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/08/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/08/2012 | Jonathan R. Mattern | 2.5 | 2 | Various diligence calls with both Whole Loan Portfolio and Platform bidders |
| 10/08/2012 | Jonathan R. Mattern | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/08/2012 | Jonathan R. Mattern | 1.0 | 5 | Review of various filings relating to DIP Amendment |
| 10/08/2012 | Jonathan R. Mattern | 1.5 | 11 | Cure claims call with Debtors' advisors |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/08/2012 | Karn S. Chopra | 2.0 | 2 | Analyze cure objections from monolines |
| 10/08/2012 | Karn S. Chopra | 0.5 | 2 | Call to discuss monoline objections |
| 10/08/2012 | Karn S. Chopra | 1.5 | 2 | Call with Fannie Mae to discuss cure objection and next steps in sale process |
| 10/08/2012 | Karn S. Chopra | 2.5 | 2 | Various diligence calls with both Whole Loan Portfolio and Platform bidders |
| 10/08/2012 | Karn S. Chopra | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/08/2012 | Karn S. Chopra | 1.5 | 5 | Drafted DIP declaration |
| 10/08/2012 | Karn S. Chopra | 1.0 | 5 | Review of various filings relating to DIP Amendment |
| 10/08/2012 | Karn S. Chopra | 1.0 | 11 | Call to discuss case strategy following Board meeting |
| 10/08/2012 | Karn S. Chopra | 1.5 | 11 | Cure claims call with Debtors' advisors |
| 10/08/2012 | Karn S. Chopra | 1.0 | 11 | Review of cure claim analysis |
| 10/08/2012 | Marc D. Puntus | 0.5 | 2 | Call to discuss monoline objections |
| 10/08/2012 | Marc D. Puntus | 1.5 | 2 | Call with Fannie Mae to discuss cure objection and next steps in sale process |
| 10/08/2012 | Marc D. Puntus | 2.5 | 2 | Various diligence calls with both Whole Loan Portfolio and Platform bidders |
| 10/08/2012 | Marc D. Puntus | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/08/2012 | Marc D. Puntus | 1.5 | 5 | Drafted DIP declaration |
| 10/08/2012 | Marc D. Puntus | 1.0 | 5 | Review of various filings relating to DIP Amendment |
| 10/08/2012 | Marc D. Puntus | 1.0 | 11 | Call to discuss case strategy following Board meeting |
| 10/08/2012 | Marc D. Puntus | 1.5 | 11 | Cure claims call with Debtors' advisors |
| 10/08/2012 | Ryan Kielty | 1.0 | 2 | Assisted the Company with purchase price analysis |
| 10/08/2012 | Ryan Kielty | 0.5 | 2 | Call to discuss monoline objections |
| 10/08/2012 | Ryan Kielty | 1.5 | 2 | Call with Fannie Mae to discuss cure objection and next steps in sale process |
| 10/08/2012 | Ryan Kielty | 0.5 | 2 | Call with Fortress regarding purchase price calculation |
| 10/08/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/08/2012 | Ryan Kielty | 2.5 | 2 | Various diligence calls with both Whole Loan Portfolio and Platform bidders |
| 10/08/2012 | Ryan Kielty | 3.0 | 4 | ResCap Board of Directors Meeting |
| 10/08/2012 | Ryan Kielty | 1.5 | 5 | Drafted DIP declaration |
| 10/08/2012 | Ryan Kielty | 1.0 | 5 | Review of various filings relating to DIP Amendment |
| 10/08/2012 | Ryan Kielty | 1.0 | 11 | Call to discuss case strategy following Board meeting |
| 10/08/2012 | Ryan Kielty | 1.5 | 11 | Cure claims call with Debtors' advisors |
| 10/08/2012 | Ryan Kielty | 1.0 | 11 | Review of cure claim analysis |
| 10/07/2012 | Benjamin H. Weingarten | 2.0 | 5 | Reviewed and revised DIP Amendment presentation |
| 10/07/2012 | Jonathan R. Mattern | 2.0 | 5 | Reviewed and revised DIP Amendment presentation |
| 10/07/2012 | Karn S. Chopra | 1.5 | 4 | Internal call to prepare for Board meeting |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/07/2012 | Karn S. Chopra | 3.5 | 4 | Review and finalize materials for Board meeting |
| 10/07/2012 | Karn S. Chopra | 2.0 | 5 | Reviewed and revised DIP Amendment presentation |
| 10/07/2012 | Marc D. Puntus | 1.5 | 4 | Internal call to prepare for Board meeting |
| 10/07/2012 | Marc D. Puntus | 3.5 | 4 | Review and finalize materials for Board meeting |
| 10/07/2012 | Marc D. Puntus | 2.0 | 5 | Reviewed and revised DIP Amendment presentation |
| 10/07/2012 | Ryan Kielty | 1.5 | 4 | Internal call to prepare for Board meeting |
| 10/07/2012 | Ryan Kielty | 3.5 | 4 | Review and finalize materials for Board meeting |
| 10/07/2012 | Ryan Kielty | 2.0 | 5 | Reviewed and revised DIP Amendment presentation |
| 10/06/2012 | Benjamin H. Weingarten | 1.0 | 2 | Work on PSA amendment purchase price sensitivity analysis |
| 10/06/2012 | Karn S. Chopra | 2.0 | 5 | Finalize DIP amendment information requested by Barclays |
| 10/06/2012 | Marc D. Puntus | 2.0 | 5 | Finalize DIP amendment information requested by Barclays |
| 10/06/2012 | Ryan Kielty | 2.0 | 5 | Finalize DIP amendment information requested by Barclays |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 1 | Review of information on Ambac objection negotiations from co-advisor |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assisted the Company with purchase price analysis |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with Whole Loan bidder to discuss DOJ/AG issues |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Gathered bidder servicer ratings for co-advisor |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepare analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement for Whole Loan bidders |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared Whole Loan portfolio tape for the Company |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review sale process overview |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Servicing advance reconciliation analysis |
| 10/05/2012 | Benjamin H. Weingarten | 1.5 | 2 | Work on PSA amendment purchase price sensitivity analysis |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 3 | Prepared weekly bidder update |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review asset by facility analysis for co-advisor |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 4 | Dataroom work |
| 10/05/2012 | Benjamin H. Weingarten | 1.5 | 5 | DIP Amendment presentation review with Barclays and Debtors' advisors |
| 10/05/2012 | Benjamin H. Weingarten | 1.0 | 5 | Internal meeting to discuss DIP amendment analysis |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 5 | Reviewed DIP Amendment presentation |
| 10/05/2012 | Benjamin H. Weingarten | 0.5 | 10 | Call to discuss business plan analysis |
| 10/05/2012 | Benjamin H. Weingarten | 1.5 | 11 | Cure claims discussion with Debtors' advisors |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 1 | Review of information on Ambac objection negotiations from co-advisor |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 10/05/2012 | Jonathan R. Mattern | 1.0 | 2 | Call with Whole Loan bidder to discuss DOJ/AG issues |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 2 | Gathered bidder servicer ratings for co-advisor |
| 10/05/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 2 | Prepared Whole Loan portfolio tape for the Company |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 2 | Review sale process overview |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 3 | Prepared weekly bidder update |
| 10/05/2012 | Jonathan R. Mattern | 1.0 | 3 | Review asset by facility analysis for co-advisor |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 4 | Dataroom work |
| 10/05/2012 | Jonathan R. Mattern | 1.5 | 5 | DIP Amendment presentation review with Barclays and Debtors' advisors |
| 10/05/2012 | Jonathan R. Mattern | 1.0 | 5 | Internal meeting to discuss DIP amendment analysis |
| 10/05/2012 | Jonathan R. Mattern | 0.5 | 5 | Reviewed DIP Amendment presentation |
| 10/05/2012 | Jonathan R. Mattern | 3.0 | 5 | Worked on DIP Amendment presentation |
| 10/05/2012 | Jonathan R. Mattern | 1.5 | 11 | Cure claims discussion with Debtors' advisors |
| 10/05/2012 | Karn S. Chopra | 0.5 | 1 | Review of information on Ambac objection negotiations from co-advisor |
| 10/05/2012 | Karn S. Chopra | 1.5 | 2 | Call with Freddie Mac to discuss cure objection and next steps in sales process |
| 10/05/2012 | Karn S. Chopra | 1.0 | 2 | Call with management to discuss potential FHA/VA loan sale |
| 10/05/2012 | Karn S. Chopra | 1.0 | 2 | Call with Whole Loan bidder to discuss DOJ/AG issues |
| 10/05/2012 | Karn S. Chopra | 0.5 | 2 | Review sale process overview |
| 10/05/2012 | Karn S. Chopra | 0.5 | 3 | Prepared weekly bidder update |
| 10/05/2012 | Karn S. Chopra | 1.5 | 5 | DIP Amendment presentation review with Barclays and Debtors' advisors |
| 10/05/2012 | Karn S. Chopra | 1.0 | 5 | Internal meeting to discuss DIP amendment analysis |
| 10/05/2012 | Karn S. Chopra | 0.5 | 5 | Reviewed DIP Amendment presentation |
| 10/05/2012 | Karn S. Chopra | 3.5 | 5 | Work on slides and analysis to support potential DIP amendment |
| 10/05/2012 | Karn S. Chopra | 1.5 | 11 | Cure claims discussion with Debtors' advisors |
| 10/05/2012 | Marc D. Puntus | 0.5 | 1 | Review of information on Ambac objection negotiations from co-advisor |
| 10/05/2012 | Marc D. Puntus | 1.5 | 2 | Call with Freddie Mac to discuss cure objection and next steps in sales process |
| 10/05/2012 | Marc D. Puntus | 1.0 | 2 | Call with management to discuss potential FHA/VA loan sale |
| 10/05/2012 | Marc D. Puntus | 0.5 | 3 | Prepared weekly bidder update |
| 10/05/2012 | Marc D. Puntus | 1.5 | 5 | DIP Amendment presentation review with Barclays and Debtors' advisors |
| 10/05/2012 | Marc D. Puntus | 1.0 | 5 | Internal meeting to discuss DIP amendment analysis |
| 10/05/2012 | Marc D. Puntus | 0.5 | 5 | Reviewed DIP Amendment presentation |
| 10/05/2012 | Ryan Kielty | 0.5 | 1 | Review of information on Ambac objection negotiations from co-advisor |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Assisted the Company with purchase price analysis |
| 10/05/2012 | Ryan Kielty | 1.5 | 2 | Call with Freddie Mac to discuss cure objection and next steps in sales process |
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Call with management to discuss potential FHA/VA loan sale |
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Call with Whole Loan bidder to discuss DOJ/AG issues |
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Prepare analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement for Whole Loan bidders |
| 10/05/2012 | Ryan Kielty | 0.5 | 2 | Review sale process overview |
| 10/05/2012 | Ryan Kielty | 1.0 | 2 | Servicing advance reconciliation analysis |
| 10/05/2012 | Ryan Kielty | 0.5 | 3 | Prepared weekly bidder update |
| 10/05/2012 | Ryan Kielty | 1.0 | 3 | Review asset by facility analysis for co-advisor |
| 10/05/2012 | Ryan Kielty | 1.5 | 5 | DIP Amendment presentation review with Barclays and Debtors' advisors |
| 10/05/2012 | Ryan Kielty | 1.0 | 5 | Internal meeting to discuss DIP amendment analysis |
| 10/05/2012 | Ryan Kielty | 0.5 | 5 | Reviewed DIP Amendment presentation |
| 10/05/2012 | Ryan Kielty | 3.0 | 5 | Worked on DIP Amendment presentation |
| 10/05/2012 | Ryan Kielty | 1.5 | 11 | Cure claims discussion with Debtors' advisors |
| 10/04/2012 | Benjamin H. Weingarten | 0.5 | 1 | Assembled dataroom info for co-advisor |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call to discuss custodial diligence with the Company |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call to discuss purchase price analysis with the Company |
| 10/04/2012 | Benjamin H. Weingarten | 2.5 | 2 | Diligence calls with prospective whole loan bidders |
| 10/04/2012 | Benjamin H. Weingarten | 0.5 | 2 | Internal discussion on custodial diligence |
| 10/04/2012 | Benjamin H. Weingarten | 1.5 | 2 | Platform diligence facilitation |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review co-advisor memo on Platform APA open issues |
| 10/04/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review Company advance analysis |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review Company analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement |
| 10/04/2012 | Benjamin H. Weingarten | 0.5 | 2 | Reviwed updated LPMI info regarding Whole Loan portfolio |
| 10/04/2012 | Benjamin H. Weingarten | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/04/2012 | Benjamin H. Weingarten | 1.0 | 3 | Work on asset by facility purchase price analysis for co-advisor |
| 10/04/2012 | Benjamin H. Weingarten | 3.0 | 10 | Work on business plan analysis |
| 10/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Call to discuss custodial diligence with the Company |
| 10/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Call to discuss purchase price analysis with the Company |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/04/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/04/2012 | Jonathan R. Mattern | 2.5 | 2 | Diligence calls with prospective whole loan bidders |
| 10/04/2012 | Jonathan R. Mattern | 0.5 | 2 | Internal discussion on custodial diligence |
| 10/04/2012 | Jonathan R. Mattern | 1.5 | 2 | Platform diligence facilitation |
| 10/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Review co-advisor memo on Platform APA open issues |
| 10/04/2012 | Jonathan R. Mattern | 0.5 | 2 | Review Company advance analysis |
| 10/04/2012 | Jonathan R. Mattern | 1.0 | 2 | Review Company analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement |
| 10/04/2012 | Jonathan R. Mattern | 0.5 | 2 | Reviwed updated LPMI info regarding Whole Loan portfolio |
| 10/04/2012 | Jonathan R. Mattern | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/04/2012 | Jonathan R. Mattern | 1.0 | 3 | Work on asset by facility purchase price analysis for co-advisor |
| 10/04/2012 | Karn S. Chopra | 1.0 | 2 | Call to discuss custodial diligence with the Company |
| 10/04/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidders to discuss custodian access |
| 10/04/2012 | Karn S. Chopra | 1.5 | 2 | Call with Nationstar to discuss GSE negotiations |
| 10/04/2012 | Karn S. Chopra | 2.5 | 2 | Diligence calls with prospective whole loan bidders |
| 10/04/2012 | Karn S. Chopra | 0.5 | 2 | Internal discussion on custodial diligence |
| 10/04/2012 | Karn S. Chopra | 1.0 | 2 | Review co-advisor memo on Platform APA open issues |
| 10/04/2012 | Karn S. Chopra | 1.0 | 2 | Review Company analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement |
| 10/04/2012 | Karn S. Chopra | 0.5 | 2 | Reviewed sale process overview |
| 10/04/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss giving access to custodians to prospective whole loan bidders |
| 10/04/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 10/04/2012 | Karn S. Chopra | 2.0 | 5 | Review latest DIP forecast and variance analysis |
| 10/04/2012 | Marc D. Puntus | 1.0 | 2 | Call to discuss custodial diligence with the Company |
| 10/04/2012 | Marc D. Puntus | 0.5 | 2 | Call with bidders to discuss custodian access |
| 10/04/2012 | Marc D. Puntus | 1.5 | 2 | Call with Nationstar to discuss GSE negotiations |
| 10/04/2012 | Marc D. Puntus | 0.5 | 2 | Internal discussion on custodial diligence |
| 10/04/2012 | Marc D. Puntus | 1.0 | 2 | Review co-advisor memo on Platform APA open issues |
| 10/04/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss giving access to custodians to prospective whole loan bidders |
| 10/04/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 10/04/2012 | Ryan Kielty | 1.0 | 2 | Call to discuss custodial diligence with the Company |
| 10/04/2012 | Ryan Kielty | 1.0 | 2 | Call to discuss purchase price analysis with the Company |
| 10/04/2012 | Ryan Kielty | 0.5 | 2 | Call with bidders to discuss custodian access |
| 10/04/2012 | Ryan Kielty | 1.5 | 2 | Call with Nationstar to discuss GSE negotiations |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                   2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 10/04/2012 | Ryan Kielty | 2.5 | 2 | Diligence calls with prospective whole loan bidders |
| 10/04/2012 | Ryan Kielty | 0.5 | 2 | Internal discussion on custodial diligence |
| 10/04/2012 | Ryan Kielty | 1.5 | 2 | Platform diligence facilitation |
| 10/04/2012 | Ryan Kielty | 1.0 | 2 | Review co-advisor memo on Platform APA open issues |
| 10/04/2012 | Ryan Kielty | 0.5 | 2 | Review Company advance analysis |
| 10/04/2012 | Ryan Kielty | 1.0 | 2 | Review Company analysis on timing of loss mitigation / foreclosure holds on Whole Loan portfolio due to AG settlement |
| 10/04/2012 | Ryan Kielty | 0.5 | 2 | Reviewed sale process overview |
| 10/04/2012 | Ryan Kielty | 0.5 | 2 | Reviwed updated LPMI info regarding Whole Loan portfolio |
| 10/04/2012 | Ryan Kielty | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/04/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss giving access to custodians to prospective whole loan bidders |
| 10/04/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assembled advance balance reconciliation analysis |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence call with Berkshire |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence call with Platform bidder |
| 10/03/2012 | Benjamin H. Weingarten | 1.5 | 2 | Document exceptions report review |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | PSA amendment purchase price analysis work |
| 10/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review email to prospective Whole Loan bidders regarding Qualified Bids |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 2 | Reviewed sale process overview |
| 10/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed updated trading securities schedule |
| 10/03/2012 | Benjamin H. Weingarten | 3.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/03/2012 | Benjamin H. Weingarten | 4.5 | 3 | UCC meeting and presentation |
| 10/03/2012 | Benjamin H. Weingarten | 1.0 | 11 | Worked on cure claim purchase price analysis |
| 10/03/2012 | Jonathan R. Mattern | 1.0 | 2 | Assembled advance balance reconciliation analysis |
| 10/03/2012 | Jonathan R. Mattern | 1.0 | 2 | Dataroom work |
| 10/03/2012 | Jonathan R. Mattern | 1.0 | 2 | Diligence call with Berkshire |
| 10/03/2012 | Jonathan R. Mattern | 1.0 | 2 | Diligence call with Platform bidder |
| 10/03/2012 | Jonathan R. Mattern | 1.5 | 2 | Prepared sale process overview for co-advisor |
| 10/03/2012 | Jonathan R. Mattern | 0.5 | 2 | Review email to prospective Whole Loan bidders regarding Qualified Bids |
| 10/03/2012 | Jonathan R. Mattern | 0.5 | 2 | Reviewed updated trading securities schedule |
| 10/03/2012 | Jonathan R. Mattern | 3.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/03/2012 | Jonathan R. Mattern | 4.5 | 3 | UCC meeting and presentation |
| 10/03/2012 | Karn S. Chopra | 1.5 | 1 | Completed time reports for month of September |
| 10/03/2012 | Karn S. Chopra | 1.0 | 2 | Diligence call with Berkshire |
| 10/03/2012 | Karn S. Chopra | 0.5 | 2 | Review email to prospective Whole Loan bidders regarding Qualified Bids |

Detail Report (by Date)                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/03/2012 | Karn S. Chopra | 1.5 | 3 | Call with Ally's advisors to provide sale process update |
| 10/03/2012 | Karn S. Chopra | 2.0 | 3 | Meeting to prepare for UCC presentation |
| 10/03/2012 | Karn S. Chopra | 4.5 | 3 | UCC meeting and presentation |
| 10/03/2012 | Marc D. Puntus | 0.5 | 2 | Review email to prospective Whole Loan bidders regarding Qualified Bids |
| 10/03/2012 | Marc D. Puntus | 1.5 | 3 | Call with Ally's advisors to provide sale process update |
| 10/03/2012 | Marc D. Puntus | 2.0 | 3 | Meeting to prepare for UCC presentation |
| 10/03/2012 | Marc D. Puntus | 4.5 | 3 | UCC meeting and presentation |
| 10/03/2012 | Ryan Kielty | 1.0 | 2 | Assembled advance balance reconciliation analysis |
| 10/03/2012 | Ryan Kielty | 1.0 | 2 | Diligence call with Berkshire |
| 10/03/2012 | Ryan Kielty | 1.0 | 2 | Diligence call with Platform bidder |
| 10/03/2012 | Ryan Kielty | 1.5 | 2 | Document exceptions report review |
| 10/03/2012 | Ryan Kielty | 0.5 | 2 | Review email to prospective Whole Loan bidders regarding Qualified Bids |
| 10/03/2012 | Ryan Kielty | 0.5 | 2 | Reviewed updated trading securities schedule |
| 10/03/2012 | Ryan Kielty | 3.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/03/2012 | Ryan Kielty | 1.5 | 3 | Call with Ally's advisors to provide sale process update |
| 10/03/2012 | Ryan Kielty | 2.0 | 3 | Meeting to prepare for UCC presentation |
| 10/03/2012 | Ryan Kielty | 4.5 | 3 | UCC meeting and presentation |
| 10/03/2012 | Ryan Kielty | 1.0 | 11 | Worked on cure claim purchase price analysis |
| 10/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 10/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Internal meeting to discuss wholeloan sale process updates |
| 10/02/2012 | Benjamin H. Weingarten | 1.5 | 2 | Platform diligence facilitation |
| 10/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review ancillary purchase price analysis |
| 10/02/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review revised Platform APA section 6.16 language |
| 10/02/2012 | Benjamin H. Weingarten | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/02/2012 | Benjamin H. Weingarten | 0.5 | 3 | Assembled Whole Loan tape for co-advisor |
| 10/02/2012 | Benjamin H. Weingarten | 1.0 | 3 | Finalize October 3rd presentation to UCC |
| 10/02/2012 | Benjamin H. Weingarten | 1.0 | 3 | Work on purchase price analysis for co-advisor |
| 10/02/2012 | Benjamin H. Weingarten | 6.0 | 10 | Work on business plan analysis |
| 10/02/2012 | Benjamin H. Weingarten | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/02/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review Company's analysis on potential GSE claims |
| 10/02/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review cure claims |
| 10/02/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/02/2012 | Jonathan R. Mattern | 0.5 | 2 | Internal meeting to discuss wholeloan sale process updates |
| 10/02/2012 | Jonathan R. Mattern | 1.5 | 2 | Platform diligence facilitation |
| 10/02/2012 | Jonathan R. Mattern | 1.0 | 2 | Review revised Platform APA section 6.16 language |
| 10/02/2012 | Jonathan R. Mattern | 2.0 | 2 | Whole Loan portfolio diligence facilitation |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/02/2012 | Jonathan R. Mattern | 1.0 | 3 | Finalize October 3rd presentation to UCC |
| 10/02/2012 | Jonathan R. Mattern | 1.0 | 3 | Work on purchase price analysis for co-advisor |
| 10/02/2012 | Jonathan R. Mattern | 1.0 | 11 | Review Company's analysis on potential GSE claims |
| 10/02/2012 | Jonathan R. Mattern | 1.0 | 11 | Review cure claims |
| 10/02/2012 | Karn S. Chopra | 0.5 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/02/2012 | Karn S. Chopra | 1.5 | 2 | Call with Ocwen/Walter to discuss auction process and procedures |
| 10/02/2012 | Karn S. Chopra | 1.5 | 2 | Calls with GAs to discuss updated to sale process |
| 10/02/2012 | Karn S. Chopra | 0.5 | 2 | Internal meeting to discuss wholeloan sale process updates |
| 10/02/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with Fortress to discuss auction process and procedures |
| 10/02/2012 | Karn S. Chopra | 0.5 | 2 | Review ancillary purchase price analysis |
| 10/02/2012 | Karn S. Chopra | 1.0 | 2 | Review revised Platform APA section 6.16 language |
| 10/02/2012 | Karn S. Chopra | 1.0 | 3 | Finalize October 3rd presentation to UCC |
| 10/02/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss custodial reports for whole loan portfolio |
| 10/02/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss strategy regarding GSE cure claims |
| 10/02/2012 | Karn S. Chopra | 0.5 | 5 | Call with Barclays to discuss potential DIP amendment |
| 10/02/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/02/2012 | Karn S. Chopra | 1.0 | 11 | Review Company's analysis on potential GSE claims |
| 10/02/2012 | Karn S. Chopra | 1.0 | 11 | Review cure claims |
| 10/02/2012 | Marc D. Puntus | 0.5 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/02/2012 | Marc D. Puntus | 1.5 | 2 | Calls with GAs to discuss updated to sale process |
| 10/02/2012 | Marc D. Puntus | 0.5 | 2 | Internal meeting to discuss wholeloan sale process updates |
| 10/02/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with Fortress to discuss auction process and procedures |
| 10/02/2012 | Marc D. Puntus | 1.0 | 2 | Review revised Platform APA section 6.16 language |
| 10/02/2012 | Marc D. Puntus | 1.0 | 3 | Finalize October 3rd presentation to UCC |
| 10/02/2012 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss custodial reports for whole loan portfolio |
| 10/02/2012 | Marc D. Puntus | 1.0 | 4 | Call with management to discuss strategy regarding GSE cure claims |
| 10/02/2012 | Marc D. Puntus | 0.5 | 5 | Call with Barclays to discuss potential DIP amendment |
| 10/02/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                         2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/02/2012 | Marc D. Puntus | 1.0 | 11 | Review Company's analysis on potential GSE claims |
| 10/02/2012 | Marc D. Puntus | 1.0 | 11 | Review cure claims |
| 10/02/2012 | Ryan Kielty | 1.0 | 2 | Assemble Whole Loan portfolio purchase price sensitivity analysis |
| 10/02/2012 | Ryan Kielty | 0.5 | 2 | Call with Debtors advisors to discuss cure objections |
| 10/02/2012 | Ryan Kielty | 1.5 | 2 | Call with Ocwen/Walter to discuss auction process and procedures |
| 10/02/2012 | Ryan Kielty | 1.5 | 2 | Calls with GAs to discuss updated to sale process |
| 10/02/2012 | Ryan Kielty | 0.5 | 2 | Internal meeting to discuss wholeloan sale process updates |
| 10/02/2012 | Ryan Kielty | 2.0 | 2 | Meeting with Fortress to discuss auction process and procedures |
| 10/02/2012 | Ryan Kielty | 1.5 | 2 | Platform diligence facilitation |
| 10/02/2012 | Ryan Kielty | 0.5 | 2 | Review ancillary purchase price analysis |
| 10/02/2012 | Ryan Kielty | 1.0 | 2 | Review revised Platform APA section 6.16 language |
| 10/02/2012 | Ryan Kielty | 2.0 | 2 | Whole Loan portfolio diligence facilitation |
| 10/02/2012 | Ryan Kielty | 1.0 | 3 | Finalize October 3rd presentation to UCC |
| 10/02/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss custodial reports for whole loan portfolio |
| 10/02/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss strategy regarding GSE cure claims |
| 10/02/2012 | Ryan Kielty | 0.5 | 5 | Call with Barclays to discuss potential DIP amendment |
| 10/02/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors advisors to discuss case strategy |
| 10/02/2012 | Ryan Kielty | 1.0 | 11 | Review Company's analysis on potential GSE claims |
| 10/02/2012 | Ryan Kielty | 1.0 | 11 | Review cure claims |
| 10/01/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with the Company on PSA amendment purchase price analysis |
| 10/01/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 10/01/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation |
| 10/01/2012 | Benjamin H. Weingarten | 0.5 | 2 | Prepared Platform liabilities schedule for co-advisor |
| 10/01/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review email to prospective Platform bidders regarding Qualified Bids |
| 10/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/01/2012 | Benjamin H. Weingarten | 4.0 | 2 | Work on purchase price analysis |
| 10/01/2012 | Benjamin H. Weingarten | 2.5 | 3 | Call amongst Debtor advisors to review October 3rd presentation to UCC |
| 10/01/2012 | Benjamin H. Weingarten | 1.0 | 4 | Review talking point memo for UCC presentation |
| 10/01/2012 | Benjamin H. Weingarten | 1.0 | 4 | UCC presentation review |
| 10/01/2012 | Benjamin H. Weingarten | 6.0 | 10 | Work on business plan analysis |
| 10/01/2012 | Jonathan R. Mattern | 1.0 | 2 | Call with the Company on PSA amendment purchase price analysis |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 10/01/2012 | Jonathan R. Mattern | 0.5 | 2 | Dataroom work |
| 10/01/2012 | Jonathan R. Mattern | 1.0 | 2 | Platform diligence facilitation |
| 10/01/2012 | Jonathan R. Mattern | 0.5 | 2 | Prepared Platform liabilities schedule for co-advisor |
| 10/01/2012 | Jonathan R. Mattern | 0.5 | 2 | Review email to prospective Platform bidders regarding Qualified Bids |
| 10/01/2012 | Jonathan R. Mattern | 1.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/01/2012 | Jonathan R. Mattern | 4.0 | 2 | Work on purchase price analysis |
| 10/01/2012 | Jonathan R. Mattern | 2.5 | 3 | Call amongst Debtor advisors to review October 3rd presentation to UCC |
| 10/01/2012 | Jonathan R. Mattern | 1.0 | 4 | Review talking point memo for UCC presentation |
| 10/01/2012 | Jonathan R. Mattern | 1.0 | 4 | UCC presentation review |
| 10/01/2012 | Karn S. Chopra | 3.0 | 2 | Analyze potental administrative costs that may remain with estate post-sale |
| 10/01/2012 | Karn S. Chopra | 2.5 | 2 | Call to finalize terms of servicing and subservicing agreement with Nationstar |
| 10/01/2012 | Karn S. Chopra | 0.5 | 2 | Review email to prospective Platform bidders regarding Qualified Bids |
| 10/01/2012 | Karn S. Chopra | 1.0 | 2 | Review purchase price analysis |
| 10/01/2012 | Karn S. Chopra | 2.5 | 3 | Call amongst Debtor advisors to review October 3rd presentation to UCC |
| 10/01/2012 | Karn S. Chopra | 2.0 | 3 | Revised slides for October 3rd presentation to UCC |
| 10/01/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 10/01/2012 | Karn S. Chopra | 1.0 | 4 | Review talking point memo for UCC presentation |
| 10/01/2012 | Karn S. Chopra | 1.0 | 4 | UCC presentation review |
| 10/01/2012 | Marc D. Puntus | 0.5 | 2 | Review email to prospective Platform bidders regarding Qualified Bids |
| 10/01/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management |
| 10/01/2012 | Marc D. Puntus | 1.0 | 4 | Review talking point memo for UCC presentation |
| 10/01/2012 | Marc D. Puntus | 1.0 | 4 | UCC presentation review |
| 10/01/2012 | Ryan Kielty | 2.5 | 2 | Call to finalize terms of servicing and subservicing agreement with Nationstar |
| 10/01/2012 | Ryan Kielty | 1.0 | 2 | Call with the Company on PSA amendment purchase price analysis |
| 10/01/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation |
| 10/01/2012 | Ryan Kielty | 0.5 | 2 | Review email to prospective Platform bidders regarding Qualified Bids |
| 10/01/2012 | Ryan Kielty | 1.0 | 2 | Review purchase price analysis |
| 10/01/2012 | Ryan Kielty | 1.5 | 2 | Whole Loan portfolio diligence facilitation |
| 10/01/2012 | Ryan Kielty | 2.5 | 3 | Call amongst Debtor advisors to review October 3rd presentation to UCC |
| 10/01/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 10/01/2012 | Ryan Kielty | 1.0 | 4 | Review talking point memo for UCC presentation |
| 10/01/2012 | Ryan Kielty | 1.0 | 4 | UCC presentation review |
| 09/30/2012 | Benjamin H. Weingarten | 1.5 | 3 | Review of UCC presentation. |
| 09/30/2012 | Benjamin H. Weingarten | 3.0 | 10 | Work on business plan analysis. |
| 09/30/2012 | Karn S. Chopra | 1.5 | 3 | Review of UCC presentation. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/30/2012 | Marc D. Puntus | 1.5 | 3 | Review of UCC presentation. |
| 09/30/2012 | Ryan Kielty | 1.5 | 3 | Review of UCC presentation. |
| 09/30/2012 | Ryan Kielty | 3.0 | 10 | Work on business plan analysis. |
| 09/28/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation. |
| 09/28/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor on assumed liabilities. |
| 09/28/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from hotel to Fort Washington. |
| 09/28/2012 | Benjamin H. Weingarten | 8.0 | 10 | Work with the Company on business plan. |
| 09/28/2012 | Karn S. Chopra | 1.0 | 2 | Call to discuss GSE cure objections and strategy. |
| 09/28/2012 | Karn S. Chopra | 1.0 | 2 | Call with Nationstar to discuss APA schedules. |
| 09/28/2012 | Karn S. Chopra | 2.5 | 2 | Various diligence calls with Platform bidders. |
| 09/28/2012 | Karn S. Chopra | 1.5 | 3 | Call to review UCC presentation. |
| 09/28/2012 | Karn S. Chopra | 1.5 | 4 | Daily update call with management team. |
| 09/28/2012 | Karn S. Chopra | 2.5 | 5 | Call with Barclays to discuss and negotiate potential DIP amendment. |
| 09/28/2012 | Karn S. Chopra | 2.0 | 5 | Review latest DIP forecast in light of potential amendment. |
| 09/28/2012 | Marc D. Puntus | 1.0 | 2 | Call to discuss GSE cure objections and strategy. |
| 09/28/2012 | Marc D. Puntus | 1.0 | 2 | Call with Nationstar to discuss APA schedules. |
| 09/28/2012 | Marc D. Puntus | 2.5 | 2 | Various diligence calls with Platform bidders. |
| 09/28/2012 | Marc D. Puntus | 1.5 | 3 | Call to review UCC presentation. |
| 09/28/2012 | Marc D. Puntus | 0.5 | 3 | Call with co-advisor on assumed liabilities. |
| 09/28/2012 | Marc D. Puntus | 1.5 | 4 | Daily update call with management team. |
| 09/28/2012 | Marc D. Puntus | 2.5 | 5 | Call with Barclays to discuss and negotiate potential DIP amendment. |
| 09/28/2012 | Marc D. Puntus | 2.0 | 5 | Review latest DIP forecast in light of potential amendment. |
| 09/28/2012 | Ryan Kielty | 1.0 | 2 | Call to discuss GSE cure objections and strategy. |
| 09/28/2012 | Ryan Kielty | 1.0 | 2 | Call with Nationstar to discuss APA schedules. |
| 09/28/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation. |
| 09/28/2012 | Ryan Kielty | 2.5 | 2 | Various diligence calls with Platform bidders. |
| 09/28/2012 | Ryan Kielty | 1.5 | 3 | Call to review UCC presentation. |
| 09/28/2012 | Ryan Kielty | 0.5 | 3 | Call with co-advisor on assumed liabilities. |
| 09/28/2012 | Ryan Kielty | 1.5 | 4 | Daily update call with management team. |
| 09/28/2012 | Ryan Kielty | 2.5 | 5 | Call with Barclays to discuss and negotiate potential DIP amendment. |
| 09/28/2012 | Ryan Kielty | 2.0 | 5 | Review latest DIP forecast in light of potential amendment. |
| 09/28/2012 | Ryan Kielty | 8.0 | 10 | Work with the Company on business plan. |
| 09/27/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation. |
| 09/27/2012 | Benjamin H. Weingarten | 2.0 | 2 | PSA amendment purchase price analysis work. |
| 09/27/2012 | Benjamin H. Weingarten | 2.0 | 2 | Purchase price analysis work. |
| 09/27/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of sale considerations memo. |
| 09/27/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence. |
| 09/27/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from Fort Washington to hotel. |
| 09/27/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from hotel to Fort Washington. |
| 09/27/2012 | Benjamin H. Weingarten | 12.0 | 10 | Work with the Company on business plan. |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/27/2012 | Karn S. Chopra | 4.5 | 1 | Attended omnibus hearing. |
| 09/27/2012 | Karn S. Chopra | 0.5 | 1 | Preparation for omnibus hearing. |
| 09/27/2012 | Karn S. Chopra | 0.5 | 2 | Review of sale considerations memo. |
| 09/27/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to discuss the post-close asset disposition strategy. |
| 09/27/2012 | Marc D. Puntus | 0.5 | 1 | Preparation for omnibus hearing. |
| 09/27/2012 | Marc D. Puntus | 0.5 | 2 | Review of sale considerations memo. |
| 09/27/2012 | Marc D. Puntus | 1.5 | 4 | Call with management to discuss the post-close asset disposition strategy. |
| 09/27/2012 | Ryan Kielty | 0.5 | 1 | Preparation for omnibus hearing. |
| 09/27/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation. |
| 09/27/2012 | Ryan Kielty | 2.0 | 2 | PSA amendment purchase price analysis work. |
| 09/27/2012 | Ryan Kielty | 2.0 | 2 | Purchase price analysis work. |
| 09/27/2012 | Ryan Kielty | 0.5 | 2 | Review of sale considerations memo. |
| 09/27/2012 | Ryan Kielty | 1.0 | 2 | Whole loan portfolio diligence. |
| 09/27/2012 | Ryan Kielty | 1.5 | 4 | Call with management to discuss the post-close asset disposition strategy. |
| 09/27/2012 | Ryan Kielty | 12.0 | 10 | Work with the Company on business plan. |
| 09/26/2012 | Benjamin H. Weingarten | 0.5 | 3 | Prepared assumed liabilites analysis for co-advisor. |
| 09/26/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from Fort Washington to hotel. |
| 09/26/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from hotel to Fort Washington. |
| 09/26/2012 | Benjamin H. Weingarten | 14.0 | 10 | Work with the Company on business plan. |
| 09/26/2012 | Karn S. Chopra | 1.0 | 2 | Call with multiple Platform bidders to discuss Business Lending. |
| 09/26/2012 | Karn S. Chopra | 2.0 | 2 | Internal meeting to discuss sales process and next steps. |
| 09/26/2012 | Karn S. Chopra | 4.5 | 3 | Draft slides for UCC presentation. |
| 09/26/2012 | Marc D. Puntus | 1.0 | 2 | Call with multiple Platform bidders to discuss Business Lending. |
| 09/26/2012 | Marc D. Puntus | 2.0 | 2 | Internal meeting to discuss sales process and next steps. |
| 09/26/2012 | Marc D. Puntus | 4.5 | 3 | Draft slides for UCC presentation. |
| 09/26/2012 | Ryan Kielty | 1.0 | 2 | Call with multiple Platform bidders to discuss Business Lending. |
| 09/26/2012 | Ryan Kielty | 2.0 | 2 | Internal meeting to discuss sales process and next steps. |
| 09/26/2012 | Ryan Kielty | 4.5 | 3 | Draft slides for UCC presentation. |
| 09/26/2012 | Ryan Kielty | 0.5 | 3 | Prepared assumed liabilites analysis for co-advisor. |
| 09/25/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/25/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from Fort Washington to hotel. |
| 09/25/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from hotel to Fort Washington. |
| 09/25/2012 | Benjamin H. Weingarten | 9.0 | 10 | Work with the Company on business plan. |
| 09/25/2012 | Karn S. Chopra | 1.0 | 2 | Call with management to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Karn S. Chopra | 1.5 | 2 | Diligence calls with Platform bidder. |
| 09/25/2012 | Karn S. Chopra | 1.0 | 2 | Weekly strategy call with Debtors' advisors. |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/25/2012 | Karn S. Chopra | 2.5 | 3 | Call with UCC to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Karn S. Chopra | 2.0 | 3 | Calls with UCC, JSB and Ally advisors to give update on the sale process. |
| 09/25/2012 | Marc D. Puntus | 1.0 | 2 | Call with management to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Marc D. Puntus | 1.5 | 2 | Diligence calls with Platform bidder. |
| 09/25/2012 | Marc D. Puntus | 1.0 | 2 | Weekly strategy call with Debtors' advisors. |
| 09/25/2012 | Marc D. Puntus | 2.5 | 3 | Call with UCC to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Marc D. Puntus | 2.0 | 3 | Calls with UCC, JSB and Ally advisors to give update on the sale process. |
| 09/25/2012 | Ryan Kielty | 1.0 | 2 | Call with management to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Ryan Kielty | 1.5 | 2 | Diligence calls with Platform bidder. |
| 09/25/2012 | Ryan Kielty | 1.0 | 2 | Weekly strategy call with Debtors' advisors. |
| 09/25/2012 | Ryan Kielty | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/25/2012 | Ryan Kielty | 2.5 | 3 | Call with UCC to discuss licensing strategy of Platform bidders. |
| 09/25/2012 | Ryan Kielty | 2.0 | 3 | Calls with UCC, JSB and Ally advisors to give update on the sale process. |
| 09/25/2012 | Ryan Kielty | 9.0 | 10 | Work with the Company on business plan. |
| 09/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation. |
| 09/24/2012 | Benjamin H. Weingarten | 2.5 | 2 | Whole loan portfolio data tape review. |
| 09/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/24/2012 | Benjamin H. Weingarten | 1.5 | 4 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR. |
| 09/24/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from Fort Washington to hotel. |
| 09/24/2012 | Benjamin H. Weingarten | 1.0 | 8 | Driving from hotel to Fort Washington. |
| 09/24/2012 | Benjamin H. Weingarten | 13.0 | 10 | Work with the Company on business plan. |
| 09/24/2012 | Karn S. Chopra | 3.0 | 2 | Calls to discuss servicing and subservicing agreements. |
| 09/24/2012 | Karn S. Chopra | 2.0 | 3 | Call with Debtors' advisors to discuss UCC presentation. |
| 09/24/2012 | Karn S. Chopra | 1.5 | 4 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR. |
| 09/24/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management team. |
| 09/24/2012 | Karn S. Chopra | 3.0 | 7 | Plan negotiations with UCC and Ally. |
| 09/24/2012 | Karn S. Chopra | 1.0 | 7 | Review Committee's lien objection. |
| 09/24/2012 | Marc D. Puntus | 3.0 | 2 | Calls to discuss servicing and subservicing agreements. |
| 09/24/2012 | Marc D. Puntus | 2.0 | 3 | Call with Debtors' advisors to discuss UCC presentation. |
| 09/24/2012 | Marc D. Puntus | 1.5 | 4 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR. |
| 09/24/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management team. |
| 09/24/2012 | Marc D. Puntus | 3.0 | 7 | Plan negotiations with UCC and Ally. |
| 09/24/2012 | Marc D. Puntus | 1.0 | 7 | Review Committee's lien objection. |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                               2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/24/2012 | Ryan Kielty | 3.0 | 2 | Calls to discuss servicing and subservicing agreements. |
| 09/24/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation. |
| 09/24/2012 | Ryan Kielty | 2.5 | 2 | Whole loan portfolio data tape review. |
| 09/24/2012 | Ryan Kielty | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/24/2012 | Ryan Kielty | 2.0 | 3 | Call with Debtors' advisors to discuss UCC presentation. |
| 09/24/2012 | Ryan Kielty | 1.5 | 4 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR. |
| 09/24/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management team. |
| 09/24/2012 | Ryan Kielty | 3.0 | 7 | Plan negotiations with UCC and Ally. |
| 09/24/2012 | Ryan Kielty | 1.0 | 7 | Review Committee's lien objection. |
| 09/24/2012 | Samuel M. Greene | 1.5 | 4 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR. |
| 09/23/2012 | Benjamin H. Weingarten | 2.5 | 8 | Driving to Fort Washington for work on business plan. |
| 09/23/2012 | Benjamin H. Weingarten | 1.5 | 10 | Preparation of memorandum regarding upcoming workstreams for team. |
| 09/23/2012 | Karn S. Chopra | 1.5 | 10 | Preparation of memorandum regarding upcoming workstreams for team. |
| 09/23/2012 | Marc D. Puntus | 1.5 | 10 | Preparation of memorandum regarding upcoming workstreams for team. |
| 09/23/2012 | Ryan Kielty | 1.5 | 10 | Preparation of memorandum regarding upcoming workstreams for team. |
| 09/22/2012 | Benjamin H. Weingarten | 5.0 | 2 | PSA purchase price sensitivity analysis work. |
| 09/22/2012 | Benjamin H. Weingarten | 5.0 | 10 | Business plan analysis preparatory work. |
| 09/22/2012 | Ryan Kielty | 5.0 | 2 | PSA purchase price sensitivity analysis work. |
| 09/21/2012 | Benjamin H. Weingarten | 0.5 | 2 | Auction setup discussion with co-advisor. |
| 09/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Licensing comparison analysis work. |
| 09/21/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation. |
| 09/21/2012 | Benjamin H. Weingarten | 6.0 | 2 | PSA purchase price sensitivity analysis work. |
| 09/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan confirmatory diligence preparatory work. |
| 09/21/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole loan diligence facilitation. |
| 09/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio confirmatory diligence review with the Company. |
| 09/21/2012 | Benjamin H. Weingarten | 1.5 | 3 | Draft slides for UCC presentation. |
| 09/21/2012 | Benjamin H. Weingarten | 1.0 | 3 | Licensing comparison analysis work. |
| 09/21/2012 | Benjamin H. Weingarten | 0.5 | 3 | Produced weekly sale process update. |
| 09/21/2012 | Karn S. Chopra | 1.5 | 2 | Meeting with Platform bidder and Fannie Mae. |
| 09/21/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/21/2012 | Karn S. Chopra | 2.5 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/21/2012 | Karn S. Chopra | 1.0 | 2 | Whole loan confirmatory diligence preparatory work. |
| 09/21/2012 | Karn S. Chopra | 1.0 | 2 | Whole loan portfolio confirmatory diligence review with the Company. |
| 09/21/2012 | Karn S. Chopra | 1.5 | 3 | Draft slides for UCC presentation. |
| 09/21/2012 | Karn S. Chopra | 0.5 | 3 | Produced weekly sale process update. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/21/2012 | Karn S. Chopra | 1.0 | 4 | Call with Debtors' advisors about collateral report. |
| 09/21/2012 | Karn S. Chopra | 1.5 | 4 | Call with management team about collateral report. |
| 09/21/2012 | Marc D. Puntus | 1.5 | 2 | Meeting with Platform bidder and Fannie Mae. |
| 09/21/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/21/2012 | Marc D. Puntus | 2.5 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/21/2012 | Marc D. Puntus | 0.5 | 3 | Produced weekly sale process update. |
| 09/21/2012 | Marc D. Puntus | 1.0 | 4 | Call with Debtors' advisors about collateral report. |
| 09/21/2012 | Marc D. Puntus | 1.5 | 4 | Call with management team about collateral report. |
| 09/21/2012 | Ryan Kielty | 0.5 | 2 | Auction setup discussion with co-advisor. |
| 09/21/2012 | Ryan Kielty | 1.0 | 2 | Licensing comparison analysis work. |
| 09/21/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation. |
| 09/21/2012 | Ryan Kielty | 6.0 | 2 | PSA purchase price sensitivity analysis work. |
| 09/21/2012 | Ryan Kielty | 1.0 | 2 | Whole loan confirmatory diligence preparatory work. |
| 09/21/2012 | Ryan Kielty | 1.5 | 2 | Whole loan diligence facilitation. |
| 09/21/2012 | Ryan Kielty | 1.0 | 2 | Whole loan portfolio confirmatory diligence review with the Company. |
| 09/21/2012 | Ryan Kielty | 1.5 | 3 | Draft slides for UCC presentation. |
| 09/21/2012 | Ryan Kielty | 0.5 | 3 | Produced weekly sale process update. |
| 09/21/2012 | Ryan Kielty | 1.0 | 4 | Call with Debtors' advisors about collateral report. |
| 09/21/2012 | Ryan Kielty | 1.5 | 4 | Call with management team about collateral report. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call on GNMA losses with platform bidder and the Company. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Data tape preparation. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Licensing comparison analysis work. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence review. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Tape reviewing. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan diligence preparation. |
| 09/20/2012 | Benjamin H. Weingarten | 2.0 | 3 | Asset by facility analysis reconciliation work. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 3 | UCC diligence facilitation. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 3 | UCC presentation work. |
| 09/20/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review of Servicing Transfer Agreement issues. |
| 09/20/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with Platform bidder and Fannie Mae. |
| 09/20/2012 | Karn S. Chopra | 2.5 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/20/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/20/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC and JSB advisors about collateral report. |
| 09/20/2012 | Karn S. Chopra | 1.0 | 4 | Call with management team about servicing transfer agreement. |
| 09/20/2012 | Karn S. Chopra | 1.0 | 4 | Debrief with management teams after GSE meetings. |
| 09/20/2012 | Karn S. Chopra | 1.0 | 11 | Review of Servicing Transfer Agreement issues. |
| 09/20/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with Platform bidder and Fannie Mae. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                            2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/20/2012 | Marc D. Puntus | 2.5 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/20/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/20/2012 | Marc D. Puntus | 1.5 | 3 | Call with UCC and JSB advisors about collateral report. |
| 09/20/2012 | Marc D. Puntus | 1.0 | 3 | UCC presentation work. |
| 09/20/2012 | Marc D. Puntus | 1.0 | 4 | Call with management team about servicing transfer agreement. |
| 09/20/2012 | Marc D. Puntus | 1.0 | 4 | Debrief with management teams after GSE meetings. |
| 09/20/2012 | Marc D. Puntus | 1.0 | 11 | Review of Servicing Transfer Agreement issues. |
| 09/20/2012 | Ryan Kielty | 1.0 | 2 | Call on GNMA losses with platform bidder and the Company. |
| 09/20/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence facilitation. |
| 09/20/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence review. |
| 09/20/2012 | Ryan Kielty | 1.0 | 2 | Whole loan diligence preparation. |
| 09/20/2012 | Ryan Kielty | 2.0 | 3 | Asset by facility analysis reconciliation work. |
| 09/20/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC and JSB advisors about collateral report. |
| 09/20/2012 | Ryan Kielty | 1.0 | 3 | UCC diligence facilitation. |
| 09/20/2012 | Ryan Kielty | 1.0 | 3 | UCC presentation work. |
| 09/20/2012 | Ryan Kielty | 1.0 | 4 | Call with management team about servicing transfer agreement. |
| 09/20/2012 | Ryan Kielty | 1.0 | 4 | Debrief with management teams after GSE meetings. |
| 09/20/2012 | Ryan Kielty | 1.0 | 11 | Review of Servicing Transfer Agreement issues. |
| 09/19/2012 | Benjamin H. Weingarten | 0.5 | 1 | Examiner data compiling. |
| 09/19/2012 | Benjamin H. Weingarten | 3.5 | 1 | Timesheet work. |
| 09/19/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation. |
| 09/19/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of co-advisor's board presentation slides. |
| 09/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Sale process contact log updating. |
| 09/19/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan diligence facilitation. |
| 09/19/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor to discuss asset by facility analysis. |
| 09/19/2012 | Benjamin H. Weingarten | 0.5 | 3 | UCC diligence facilitation. |
| 09/19/2012 | Karn S. Chopra | 2.5 | 1 | Timesheet work. |
| 09/19/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with Platform bidder and Fannie Mae. |
| 09/19/2012 | Karn S. Chopra | 1.5 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/19/2012 | Karn S. Chopra | 2.5 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/19/2012 | Karn S. Chopra | 2.0 | 2 | Platform diligence facilitation. |
| 09/19/2012 | Karn S. Chopra | 1.0 | 2 | Review of co-advisor's board presentation slides. |
| 09/19/2012 | Karn S. Chopra | 1.5 | 2 | Review servicing transfer agreement. |
| 09/19/2012 | Karn S. Chopra | 0.5 | 3 | Call with co-advisor to discuss asset by facility analysis. |
| 09/19/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management team. |
| 09/19/2012 | Karn S. Chopra | 1.5 | 4 | Review presentation for Board of Directors. |
| 09/19/2012 | Marc D. Puntus | 2.5 | 1 | Timesheet work. |
| 09/19/2012 | Marc D. Puntus | 2.0 | 2 | Meeting with Platform bidder and Fannie Mae. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                           *2/24/2014*

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/19/2012 | Marc D. Puntus | 1.5 | 2 | Meeting with Platform bidder and Freddie Mac. |
| 09/19/2012 | Marc D. Puntus | 2.5 | 2 | Meeting with Platform bidder and Ginnie Mae. |
| 09/19/2012 | Marc D. Puntus | 1.0 | 2 | Review of co-advisor's board presentation slides. |
| 09/19/2012 | Marc D. Puntus | 1.5 | 2 | Review servicing transfer agreement. |
| 09/19/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management team. |
| 09/19/2012 | Marc D. Puntus | 1.5 | 4 | Review presentation for Board of Directors. |
| 09/19/2012 | Ryan Kielty | 2.5 | 1 | Timesheet work. |
| 09/19/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation. |
| 09/19/2012 | Ryan Kielty | 1.0 | 2 | Review of co-advisor's board presentation slides. |
| 09/19/2012 | Ryan Kielty | 1.5 | 2 | Review servicing transfer agreement. |
| 09/19/2012 | Ryan Kielty | 1.0 | 2 | Whole loan diligence facilitation. |
| 09/19/2012 | Ryan Kielty | 0.5 | 3 | Call with co-advisor to discuss asset by facility analysis. |
| 09/19/2012 | Ryan Kielty | 0.5 | 3 | UCC diligence facilitation. |
| 09/19/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management team. |
| 09/19/2012 | Ryan Kielty | 1.5 | 4 | Review presentation for Board of Directors. |
| 09/18/2012 | Benjamin H. Weingarten | 2.0 | 1 | Timesheet work. |
| 09/18/2012 | Benjamin H. Weingarten | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Contact log updating. |
| 09/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Diligence catch-up call with Nationstar. |
| 09/18/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence catch-up call with the Company. |
| 09/18/2012 | Benjamin H. Weingarten | 4.0 | 2 | Platform diligence facilitation. |
| 09/18/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call to finalize asset by facility analysis with co-advisors. |
| 09/18/2012 | Benjamin H. Weingarten | 2.0 | 3 | Draft slides for UCC presentation. |
| 09/18/2012 | Karn S. Chopra | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/18/2012 | Karn S. Chopra | 0.5 | 2 | Call with management team about GSE meetings. |
| 09/18/2012 | Karn S. Chopra | 3.0 | 2 | Diligence call with Platform bidder. |
| 09/18/2012 | Karn S. Chopra | 0.5 | 2 | Prepare for diligence call with Platform bidder. |
| 09/18/2012 | Karn S. Chopra | 0.5 | 2 | Prepare for GSE meetings. |
| 09/18/2012 | Karn S. Chopra | 0.5 | 3 | Call to finalize asset by facility analysis with co-advisors. |
| 09/18/2012 | Karn S. Chopra | 2.0 | 3 | Draft slides for UCC presentation. |
| 09/18/2012 | Marc D. Puntus | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/18/2012 | Marc D. Puntus | 0.5 | 2 | Call with management team about GSE meetings. |
| 09/18/2012 | Marc D. Puntus | 3.0 | 2 | Diligence call with Platform bidder. |
| 09/18/2012 | Marc D. Puntus | 0.5 | 2 | Prepare for diligence call with Platform bidder. |
| 09/18/2012 | Marc D. Puntus | 0.5 | 2 | Prepare for GSE meetings. |
| 09/18/2012 | Ryan Kielty | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/18/2012 | Ryan Kielty | 0.5 | 2 | Call with management team about GSE meetings. |
| 09/18/2012 | Ryan Kielty | 3.0 | 2 | Diligence call with Platform bidder. |
| 09/18/2012 | Ryan Kielty | 0.5 | 2 | Diligence catch-up call with Nationstar. |
| 09/18/2012 | Ryan Kielty | 1.0 | 2 | Diligence catch-up call with the Company. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/18/2012 | Ryan Kielty | 4.0 | 2 | Platform diligence facilitation. |
| 09/18/2012 | Ryan Kielty | 0.5 | 2 | Prepare for diligence call with Platform bidder. |
| 09/18/2012 | Ryan Kielty | 0.5 | 2 | Prepare for GSE meetings. |
| 09/18/2012 | Ryan Kielty | 0.5 | 3 | Call to finalize asset by facility analysis with co-advisors. |
| 09/18/2012 | Ryan Kielty | 2.0 | 3 | Draft slides for UCC presentation. |
| 09/18/2012 | Samuel M. Greene | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work. |
| 09/17/2012 | Karn S. Chopra | 1.0 | 2 | Call with GSE counsel to discuss upcoming meetings. |
| 09/17/2012 | Karn S. Chopra | 1.0 | 2 | Call with management about Platform bidder's licensing. |
| 09/17/2012 | Karn S. Chopra | 0.5 | 2 | Finalize schedule for upcoming GSE meetings. |
| 09/17/2012 | Karn S. Chopra | 2.0 | 2 | Internal meeting to discuss diligence process. |
| 09/17/2012 | Karn S. Chopra | 1.0 | 2 | Review presentation for Platform bidder. |
| 09/17/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management team. |
| 09/17/2012 | Karn S. Chopra | 0.5 | 4 | Prepare for board call. |
| 09/17/2012 | Karn S. Chopra | 1.5 | 4 | ResCap board call. |
| 09/17/2012 | Karn S. Chopra | 2.0 | 5 | Review updated DIP forecast. |
| 09/17/2012 | Marc D. Puntus | 1.0 | 2 | Call with GSE counsel to discuss upcoming meetings. |
| 09/17/2012 | Marc D. Puntus | 1.0 | 2 | Call with management about Platform bidder's licensing. |
| 09/17/2012 | Marc D. Puntus | 0.5 | 2 | Finalize schedule for upcoming GSE meetings. |
| 09/17/2012 | Marc D. Puntus | 2.0 | 2 | Internal meeting to discuss diligence process. |
| 09/17/2012 | Marc D. Puntus | 1.0 | 2 | Review presentation for Platform bidder. |
| 09/17/2012 | Marc D. Puntus | 0.5 | 4 | Daily update call with management team. |
| 09/17/2012 | Marc D. Puntus | 0.5 | 4 | Prepare for board call. |
| 09/17/2012 | Marc D. Puntus | 1.5 | 4 | ResCap board call. |
| 09/17/2012 | Marc D. Puntus | 2.0 | 5 | Review updated DIP forecast. |
| 09/17/2012 | Ryan Kielty | 1.0 | 2 | Call with GSE counsel to discuss upcoming meetings. |
| 09/17/2012 | Ryan Kielty | 1.0 | 2 | Call with management about Platform bidder's licensing. |
| 09/17/2012 | Ryan Kielty | 0.5 | 2 | Finalize schedule for upcoming GSE meetings. |
| 09/17/2012 | Ryan Kielty | 2.0 | 2 | Internal meeting to discuss diligence process. |
| 09/17/2012 | Ryan Kielty | 1.0 | 2 | Review presentation for Platform bidder. |
| 09/17/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management team. |
| 09/17/2012 | Ryan Kielty | 0.5 | 4 | Prepare for board call. |
| 09/17/2012 | Ryan Kielty | 1.5 | 4 | ResCap board call. |
| 09/17/2012 | Ryan Kielty | 2.0 | 5 | Review updated DIP forecast. |
| 09/16/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review of co-advisor's asset by facility analysis |
| 09/16/2012 | Karn S. Chopra | 1.0 | 3 | Review of co-advisor's asset by facility analysis |
| 09/16/2012 | Ryan Kielty | 1.0 | 3 | Review of co-advisor's asset by facility analysis |
| 09/15/2012 | Benjamin H. Weingarten | 1.5 | 3 | Review of co-advisor's asset by facility analysis |
| 09/14/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/14/2012 | Benjamin H. Weingarten | 1.5 | 2 | MSR cash flow discussion with platform bidder and the Company. |
| 09/14/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence call with the Company. |
| 09/14/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of platform bidder analysis |
| 09/14/2012 | Benjamin H. Weingarten | 1.0 | 2 | Sale process calendar creation. |
| 09/14/2012 | Benjamin H. Weingarten | 1.5 | 3 | Internal discussion on UCC presentation. |
| 09/14/2012 | Benjamin H. Weingarten | 0.5 | 3 | Produced weekly sale process update. |
| 09/14/2012 | Benjamin H. Weingarten | 1.0 | 3 | Review of asset by facility analysis prepared by co-advisor |
| 09/14/2012 | Benjamin H. Weingarten | 2.0 | 5 | Work on collateral sale analysis. |
| 09/14/2012 | Karn S. Chopra | 0.5 | 2 | Catch-up call with Fannie Mae. |
| 09/14/2012 | Karn S. Chopra | 1.0 | 2 | Catch-up call with Freddie Mac. |
| 09/14/2012 | Karn S. Chopra | 0.5 | 2 | Catch-up call with Ginnie Mae. |
| 09/14/2012 | Karn S. Chopra | 1.5 | 2 | Compensation discussion with bidder and the Company. |
| 09/14/2012 | Karn S. Chopra | 3.5 | 2 | Diligence calls with various Platform bidders. |
| 09/14/2012 | Karn S. Chopra | 1.0 | 2 | Diligence calls with various Whole Loan portfolio bidders. |
| 09/14/2012 | Karn S. Chopra | 1.5 | 3 | Internal discussion on UCC presentation. |
| 09/14/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors' advisors to discuss auction mechanics. |
| 09/14/2012 | Marc D. Puntus | 0.5 | 2 | Catch-up call with Fannie Mae. |
| 09/14/2012 | Marc D. Puntus | 1.0 | 2 | Catch-up call with Freddie Mac. |
| 09/14/2012 | Marc D. Puntus | 0.5 | 2 | Catch-up call with Ginnie Mae. |
| 09/14/2012 | Marc D. Puntus | 1.5 | 2 | Compensation discussion with bidder and the Company. |
| 09/14/2012 | Marc D. Puntus | 3.5 | 2 | Diligence calls with various Platform bidders. |
| 09/14/2012 | Marc D. Puntus | 1.0 | 2 | Diligence calls with various Whole Loan portfolio bidders. |
| 09/14/2012 | Marc D. Puntus | 0.5 | 2 | Review of platform bidder analysis |
| 09/14/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors' advisors to discuss auction mechanics. |
| 09/14/2012 | Ryan Kielty | 0.5 | 2 | Catch-up call with Fannie Mae. |
| 09/14/2012 | Ryan Kielty | 1.0 | 2 | Catch-up call with Freddie Mac. |
| 09/14/2012 | Ryan Kielty | 0.5 | 2 | Catch-up call with Ginnie Mae. |
| 09/14/2012 | Ryan Kielty | 1.5 | 2 | Compensation discussion with bidder and the Company. |
| 09/14/2012 | Ryan Kielty | 3.5 | 2 | Diligence calls with various Platform bidders. |
| 09/14/2012 | Ryan Kielty | 1.0 | 2 | Diligence calls with various Whole Loan portfolio bidders. |
| 09/14/2012 | Ryan Kielty | 1.5 | 2 | MSR cash flow discussion with platform bidder and the Company. |
| 09/14/2012 | Ryan Kielty | 1.0 | 2 | Platform diligence call with the Company. |
| 09/14/2012 | Ryan Kielty | 0.5 | 2 | Review of platform bidder analysis |
| 09/14/2012 | Ryan Kielty | 1.5 | 3 | Internal discussion on UCC presentation. |
| 09/14/2012 | Ryan Kielty | 2.0 | 5 | Work on collateral sale analysis. |
| 09/14/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors' advisors to discuss auction mechanics. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                   2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/14/2012 | Samuel M. Greene | 1.5 | 2 | Compensation discussion with bidder and the Company. |
| 09/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | AG settement analysis review. |
| 09/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Nationstar platform diligence follow-up. |
| 09/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Platform diligence facilitation. |
| 09/13/2012 | Benjamin H. Weingarten | 1.0 | 3 | Whole loan tape work for asset by facility analysis. |
| 09/13/2012 | Karn S. Chopra | 2.0 | 3 | Meeting with Citi about sale process. |
| 09/13/2012 | Karn S. Chopra | 1.5 | 3 | Prepare for meeting with Citi about sale process. |
| 09/13/2012 | Karn S. Chopra | 2.0 | 4 | Call with finance team to discuss revised projections. |
| 09/13/2012 | Karn S. Chopra | 1.0 | 5 | Call with Debtors' advisors about DIP financing projections. |
| 09/13/2012 | Karn S. Chopra | 1.0 | 7 | Call to discuss disclosure requests from various creditors. |
| 09/13/2012 | Marc D. Puntus | 1.0 | 2 | AG settement analysis review. |
| 09/13/2012 | Marc D. Puntus | 2.0 | 3 | Meeting with Citi about sale process. |
| 09/13/2012 | Marc D. Puntus | 1.5 | 3 | Prepare for meeting with Citi about sale process. |
| 09/13/2012 | Marc D. Puntus | 2.0 | 4 | Call with finance team to discuss revised projections. |
| 09/13/2012 | Marc D. Puntus | 1.0 | 5 | Call with Debtors' advisors about DIP financing projections. |
| 09/13/2012 | Marc D. Puntus | 1.0 | 7 | Call to discuss disclosure requests from various creditors. |
| 09/13/2012 | Ryan Kielty | 1.0 | 2 | AG settement analysis review. |
| 09/13/2012 | Ryan Kielty | 2.0 | 3 | Meeting with Citi about sale process. |
| 09/13/2012 | Ryan Kielty | 1.5 | 3 | Prepare for meeting with Citi about sale process. |
| 09/13/2012 | Ryan Kielty | 2.0 | 4 | Call with finance team to discuss revised projections. |
| 09/13/2012 | Ryan Kielty | 1.0 | 5 | Call with Debtors' advisors about DIP financing projections. |
| 09/13/2012 | Ryan Kielty | 1.0 | 7 | Call to discuss disclosure requests from various creditors. |
| 09/12/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with the client to discuss title search results. |
| 09/12/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review and preparation of diligence list for the Company. |
| 09/12/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/12/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with co-advisor on asset by facility analysis. |
| 09/12/2012 | Benjamin H. Weingarten | 2.0 | 5 | DIP paydown analysis. |
| 09/12/2012 | Karn S. Chopra | 1.5 | 2 | Call between the Company and a platform loan bidder to discuss compensation. |
| 09/12/2012 | Karn S. Chopra | 1.5 | 2 | Call with the client to discuss title search results. |
| 09/12/2012 | Karn S. Chopra | 1.5 | 2 | Diligence call with Platform bidder. |
| 09/12/2012 | Karn S. Chopra | 2.0 | 2 | Lunch with Platform bidder to discuss sale process. |
| 09/12/2012 | Karn S. Chopra | 1.5 | 4 | Call with CFO to discuss sale process and next steps. |
| 09/12/2012 | Karn S. Chopra | 3.5 | 7 | Plan negotiations with UCC advisors. |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/12/2012 | Karn S. Chopra | 1.5 | 11 | Call with Debtors' advisors to prepare for meeting re: Plan negotiations. |
| 09/12/2012 | Marc D. Puntus | 1.5 | 2 | Call between the Company and a platform loan bidder to discuss compensation. |
| 09/12/2012 | Marc D. Puntus | 1.5 | 2 | Diligence call with Platform bidder. |
| 09/12/2012 | Marc D. Puntus | 2.0 | 2 | Lunch with Platform bidder to discuss sale process. |
| 09/12/2012 | Marc D. Puntus | 3.5 | 7 | Plan negotiations with UCC advisors. |
| 09/12/2012 | Marc D. Puntus | 1.5 | 11 | Call with Debtors' advisors to prepare for meeting re: Plan negotiations. |
| 09/12/2012 | Ryan Kielty | 1.5 | 2 | Call between the Company and a platform loan bidder to discuss compensation. |
| 09/12/2012 | Ryan Kielty | 1.5 | 2 | Call with the client to discuss title search results. |
| 09/12/2012 | Ryan Kielty | 1.5 | 2 | Diligence call with Platform bidder. |
| 09/12/2012 | Ryan Kielty | 2.0 | 5 | DIP paydown analysis. |
| 09/12/2012 | Ryan Kielty | 3.5 | 7 | Plan negotiations with UCC advisors. |
| 09/12/2012 | Ryan Kielty | 1.5 | 11 | Call with Debtors' advisors to prepare for meeting re: Plan negotiations. |
| 09/12/2012 | Samuel M. Greene | 1.5 | 2 | Call between the Company and a platform loan bidder to discuss compensation. |
| 09/11/2012 | Benjamin H. Weingarten | 4.0 | 1 | Meeting with Examiner advisors. |
| 09/11/2012 | Benjamin H. Weingarten | 2.0 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/11/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with Nationstar on purchase price analysis. |
| 09/11/2012 | Benjamin H. Weingarten | 2.5 | 2 | Platform diligence facilitation. |
| 09/11/2012 | Benjamin H. Weingarten | 0.5 | 3 | Purchase price analysis work. |
| 09/11/2012 | Karn S. Chopra | 4.0 | 1 | Meeting with Examiner advisors. |
| 09/11/2012 | Karn S. Chopra | 2.5 | 1 | Prepare files for Examiner discussion. |
| 09/11/2012 | Karn S. Chopra | 2.0 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/11/2012 | Karn S. Chopra | 1.5 | 7 | Evaluate updated waterfall analysis. |
| 09/11/2012 | Marc D. Puntus | 4.0 | 1 | Meeting with Examiner advisors. |
| 09/11/2012 | Marc D. Puntus | 2.0 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/11/2012 | Ryan Kielty | 2.0 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/11/2012 | Ryan Kielty | 1.5 | 2 | Platform diligence facilitation. |
| 09/11/2012 | Ryan Kielty | 1.5 | 7 | Evaluate updated waterfall analysis. |
| 09/11/2012 | Samuel M. Greene | 2.0 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/10/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence facilitation. |
| 09/10/2012 | Benjamin H. Weingarten | 1.0 | 3 | Asset by facility reconciliation work. |
| 09/10/2012 | Benjamin H. Weingarten | 1.5 | 3 | Call to discuss asset by facility analysis with co-advisors. |
| 09/10/2012 | Benjamin H. Weingarten | 1.0 | 11 | Termination analysis. |
| 09/10/2012 | Karn S. Chopra | 2.0 | 1 | Call to discuss revised KEIP structure and next steps. |
| 09/10/2012 | Karn S. Chopra | 2.5 | 2 | Internal meeting to discuss strategy of combining sale of Ally Bank MSR with Platform sale. |
| 09/10/2012 | Karn S. Chopra | 1.5 | 3 | Call to discuss asset by facility analysis with co-advisors. |
| 09/10/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss sale process. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/10/2012 | Karn S. Chopra | 3.0 | 7 | Call to discuss revised waterfall analysis. |
| 09/10/2012 | Karn S. Chopra | 1.5 | 7 | Review latest waterfall analysis. |
| 09/10/2012 | Marc D. Puntus | 2.0 | 1 | Call to discuss revised KEIP structure and next steps. |
| 09/10/2012 | Marc D. Puntus | 2.5 | 2 | Internal meeting to discuss strategy of combining sale of Ally Bank MSR with Platform sale. |
| 09/10/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors to discuss sale process. |
| 09/10/2012 | Marc D. Puntus | 3.0 | 7 | Call to discuss revised waterfall analysis. |
| 09/10/2012 | Marc D. Puntus | 1.5 | 7 | Review latest waterfall analysis. |
| 09/10/2012 | Ryan Kielty | 2.0 | 1 | Call to discuss revised KEIP structure and next steps. |
| 09/10/2012 | Ryan Kielty | 2.5 | 2 | Internal meeting to discuss strategy of combining sale of Ally Bank MSR with Platform sale. |
| 09/10/2012 | Ryan Kielty | 1.0 | 3 | Asset by facility reconciliation work. |
| 09/10/2012 | Ryan Kielty | 1.5 | 3 | Call to discuss asset by facility analysis with co-advisors. |
| 09/10/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss sale process. |
| 09/10/2012 | Ryan Kielty | 3.0 | 7 | Call to discuss revised waterfall analysis. |
| 09/10/2012 | Ryan Kielty | 1.5 | 7 | Review latest waterfall analysis. |
| 09/10/2012 | Samuel M. Greene | 2.5 | 2 | Internal meeting to discuss strategy of combining sale of Ally Bank MSR with Platform sale. |
| 09/09/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence preparation. |
| 09/09/2012 | Ryan Kielty | 1.0 | 2 | Diligence preparation. |
| 09/08/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work. |
| 09/07/2012 | Benjamin H. Weingarten | 2.0 | 8 | Driving from Fort Washington to New York. |
| 09/07/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from hotel to Fort Washington. |
| 09/07/2012 | Benjamin H. Weingarten | 8.0 | 8 | On-site diligence sessions with platform bidder. |
| 09/07/2012 | Karn S. Chopra | 0.5 | 2 | Diligence call with Whole Loan portfolio bidder. |
| 09/07/2012 | Karn S. Chopra | 2.5 | 2 | Diligence calls with Platform bidder. |
| 09/07/2012 | Karn S. Chopra | 0.5 | 2 | Prepare diligence schedule for Platform bidder. |
| 09/07/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management team. |
| 09/07/2012 | Karn S. Chopra | 1.0 | 4 | Follow up with management after board call. |
| 09/07/2012 | Karn S. Chopra | 3.5 | 4 | ResCap board meeting. |
| 09/07/2012 | Marc D. Puntus | 2.5 | 2 | Diligence calls with Platform bidder. |
| 09/07/2012 | Marc D. Puntus | 3.5 | 4 | ResCap board meeting. |
| 09/07/2012 | Ryan Kielty | 2.5 | 2 | Diligence calls with Platform bidder. |
| 09/07/2012 | Ryan Kielty | 3.5 | 4 | ResCap board meeting. |
| 09/07/2012 | Ryan Kielty | 8.0 | 8 | On-site diligence sessions with platform bidder. |
| 09/06/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with Debtors' advisors about GSE legacy liabilities. |
| 09/06/2012 | Benjamin H. Weingarten | 12.5 | 2 | On-site diligence sessions with platform/whole loan bidder. |
| 09/06/2012 | Benjamin H. Weingarten | 0.5 | 2 | Whole loan portfolio diligence facilitation |
| 09/06/2012 | Benjamin H. Weingarten | 0.5 | 8 | Driving from Fort Washington to hotel. |
| 09/06/2012 | Benjamin H. Weingarten | 2.5 | 8 | Driving to Fort Washington for on-site diligence sessions with platform/whole loan bidder. |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/06/2012 | Karn S. Chopra | 1.0 | 2 | Call with Debtors' advisors about GSE legacy liabilities. |
| 09/06/2012 | Karn S. Chopra | 1.5 | 2 | Diligence and process calls with Platform bidder. |
| 09/06/2012 | Karn S. Chopra | 1.0 | 2 | Diligence calls with various Whole Loan portfolio bidders. |
| 09/06/2012 | Karn S. Chopra | 4.5 | 3 | Meeting with UCC regarding Ally Revolver/JSB lien status. |
| 09/06/2012 | Karn S. Chopra | 1.0 | 4 | Finalize materials for board meeting. |
| 09/06/2012 | Marc D. Puntus | 1.0 | 2 | Call with Debtors' advisors about GSE legacy liabilities. |
| 09/06/2012 | Marc D. Puntus | 4.5 | 3 | Meeting with UCC regarding Ally Revolver/JSB lien status. |
| 09/06/2012 | Ryan Kielty | 4.5 | 3 | Meeting with UCC regarding Ally Revolver/JSB lien status. |
| 09/06/2012 | Samuel M. Greene | 1.0 | 2 | Call with Debtors' advisors about GSE legacy liabilities. |
| 09/05/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with client to discuss reps and warrants that could be offered with FHA/VA loan sale. |
| 09/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work. |
| 09/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | On-site diligence agenda work. |
| 09/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Whole loan portfolio diligence facilitation. |
| 09/05/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan portfolio diligence preparation. |
| 09/05/2012 | Benjamin H. Weingarten | 1.5 | 3 | Asset by facility analysis work. |
| 09/05/2012 | Benjamin H. Weingarten | 2.5 | 4 | Update call on PSA amendment process and next steps. |
| 09/05/2012 | Benjamin H. Weingarten | 1.0 | 5 | Data tape work. |
| 09/05/2012 | Karn S. Chopra | 1.5 | 2 | Call with client to discuss reps and warrants that could be offered with FHA/VA loan sale. |
| 09/05/2012 | Karn S. Chopra | 3.0 | 3 | Review materials and analysis for UCC meeting regarding lien perfection. |
| 09/05/2012 | Karn S. Chopra | 1.0 | 4 | Call with management team about business lending operations. |
| 09/05/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management team. |
| 09/05/2012 | Karn S. Chopra | 2.5 | 4 | Update call on PSA amendment process and next steps. |
| 09/05/2012 | Marc D. Puntus | 3.0 | 3 | Review materials and analysis for UCC meeting regarding lien perfection. |
| 09/05/2012 | Ryan Kielty | 1.5 | 2 | Call with client to discuss reps and warrants that could be offered with FHA/VA loan sale. |
| 09/05/2012 | Ryan Kielty | 1.0 | 2 | Whole loan portfolio diligence preparation. |
| 09/05/2012 | Ryan Kielty | 3.0 | 3 | Review materials and analysis for UCC meeting regarding lien perfection. |
| 09/05/2012 | Ryan Kielty | 2.5 | 4 | Update call on PSA amendment process and next steps. |
| 09/04/2012 | Benjamin H. Weingarten | 0.5 | 1 | Asset balance reconciliation discussion. |
| 09/04/2012 | Benjamin H. Weingarten | 0.5 | 1 | Preparation of documents for examiner meeting. |
| 09/04/2012 | Benjamin H. Weingarten | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of platform bidder diligence |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 09/04/2012 | Benjamin H. Weingarten | 2.5 | 2 | Internal meeting to discuss sale process to date and next steps. |
| 09/04/2012 | Benjamin H. Weingarten | 0.5 | 2 | Preparation of on-site diligence agenda. |
| 09/04/2012 | Benjamin H. Weingarten | 0.5 | 3 | Work on asset by facility reconciliation. |
| 09/04/2012 | Karn S. Chopra | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/04/2012 | Karn S. Chopra | 2.5 | 2 | Internal meeting to discuss sale process to date and next steps. |
| 09/04/2012 | Karn S. Chopra | 1.5 | 3 | Call with various creditors about FHA/VA loan process. |
| 09/04/2012 | Karn S. Chopra | 2.0 | 3 | Preparation call for upcoming creditor committee meeting. |
| 09/04/2012 | Karn S. Chopra | 0.5 | 5 | Review latest DIP forecast vs. actual results. |
| 09/04/2012 | Marc D. Puntus | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/04/2012 | Marc D. Puntus | 2.5 | 2 | Internal meeting to discuss sale process to date and next steps. |
| 09/04/2012 | Marc D. Puntus | 1.5 | 3 | Call with various creditors about FHA/VA loan process. |
| 09/04/2012 | Marc D. Puntus | 2.0 | 3 | Preparation call for upcoming creditor committee meeting. |
| 09/04/2012 | Ryan Kielty | 0.5 | 1 | Asset balance reconciliation discussion. |
| 09/04/2012 | Ryan Kielty | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/04/2012 | Ryan Kielty | 2.5 | 2 | Internal meeting to discuss sale process to date and next steps. |
| 09/04/2012 | Ryan Kielty | 1.5 | 3 | Call with various creditors about FHA/VA loan process. |
| 09/04/2012 | Ryan Kielty | 2.0 | 3 | Preparation call for upcoming creditor committee meeting. |
| 09/04/2012 | Samuel M. Greene | 1.5 | 1 | Weekly strategy call with Debtors' advisors. |
| 09/04/2012 | Samuel M. Greene | 2.5 | 2 | Internal meeting to discuss sale process to date and next steps. |
| 09/03/2012 | Karn S. Chopra | 2.0 | 1 | Call with Examiner advisors to discuss diligence and upcoming meeting. |
| 09/03/2012 | Karn S. Chopra | 2.5 | 4 | Call with mgmt team to discuss board slides and upcoming creditor committee meeting. |
| 09/03/2012 | Ryan Kielty | 2.0 | 1 | Call with Examiner advisors to discuss diligence and upcoming meeting. |
| 09/03/2012 | Ryan Kielty | 2.5 | 4 | Call with mgmt team to discuss board slides and upcoming creditor committee meeting. |
| 09/01/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work. |
| 08/31/2012 | Benjamin H. Weingarten | 3.0 | 2 | Dataroom work |
| 08/31/2012 | Benjamin H. Weingarten | 1.5 | 2 | Diligence update call with the Company |
| 08/31/2012 | Benjamin H. Weingarten | 1.5 | 2 | Facilitation of diligence requests of prospective Platform bidder |
| 08/31/2012 | Benjamin H. Weingarten | 2.0 | 2 | Facilitation of prospective Whole Loan bidder diligence |
| 08/31/2012 | Karn S. Chopra | 3.0 | 1 | Prepare monthly time reports |
| 08/31/2012 | Karn S. Chopra | 1.5 | 2 | Call with Platform bidders to discuss recent submissions |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/31/2012 | Karn S. Chopra | 2.0 | 2 | Review Platform bidder submissions to various Debtor questions |
| 08/31/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss revised compensation slides |
| 08/31/2012 | Karn S. Chopra | 1.5 | 4 | Daily update call with management |
| 08/31/2012 | Marc D. Puntus | 3.0 | 1 | Prepare monthly time reports |
| 08/31/2012 | Marc D. Puntus | 1.5 | 2 | Call with Platform bidders to discuss recent submissions |
| 08/31/2012 | Marc D. Puntus | 2.0 | 2 | Review Platform bidder submissions to various Debtor questions |
| 08/31/2012 | Marc D. Puntus | 1.5 | 4 | Daily update call with management |
| 08/31/2012 | Ryan Kielty | 1.5 | 2 | Call with Platform bidders to discuss recent submissions |
| 08/31/2012 | Ryan Kielty | 3.0 | 2 | Dataroom work |
| 08/31/2012 | Ryan Kielty | 1.5 | 2 | Diligence update call with the Company |
| 08/31/2012 | Ryan Kielty | 1.5 | 2 | Facilitation of diligence requests of prospective Platform bidder |
| 08/31/2012 | Ryan Kielty | 2.0 | 2 | Facilitation of prospective Whole Loan bidder diligence |
| 08/31/2012 | Ryan Kielty | 2.0 | 2 | Review Platform bidder submissions to various Debtor questions |
| 08/31/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss revised compensation slides |
| 08/31/2012 | Ryan Kielty | 1.5 | 4 | Daily update call with management |
| 08/31/2012 | Samuel M. Greene | 3.0 | 1 | Prepare monthly time reports |
| 08/31/2012 | Samuel M. Greene | 1.5 | 2 | Call with Platform bidders to discuss recent submissions |
| 08/31/2012 | Samuel M. Greene | 2.0 | 2 | Review Platform bidder submissions to various Debtor questions |
| 08/30/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/30/2012 | Benjamin H. Weingarten | 0.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/30/2012 | Benjamin H. Weingarten | 1.5 | 2 | Facilitation of diligence for prospective Whole Loan bidder |
| 08/30/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review and preparation of diligence materials for prospective Platform bidders |
| 08/30/2012 | Benjamin H. Weingarten | 2.0 | 4 | Call with management to discuss compensation slides |
| 08/30/2012 | Benjamin H. Weingarten | 2.5 | 11 | Facilitation of diligence for Ally with respect to potential sale of FHA/VA portfolio |
| 08/30/2012 | Karn S. Chopra | 1.5 | 1 | Review compensation slides prepared by management |
| 08/30/2012 | Karn S. Chopra | 4.5 | 2 | Diligence call with prospective Platform bidder |
| 08/30/2012 | Karn S. Chopra | 2.0 | 4 | Call with management to discuss compensation slides |
| 08/30/2012 | Marc D. Puntus | 1.5 | 1 | Review compensation slides prepared by management |
| 08/30/2012 | Marc D. Puntus | 4.5 | 2 | Diligence call with prospective Platform bidder |
| 08/30/2012 | Ryan Kielty | 1.5 | 1 | Review compensation slides prepared by management |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/30/2012 | Ryan Kielty | 1.0 | 2 | Dataroom work |
| 08/30/2012 | Ryan Kielty | 0.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/30/2012 | Ryan Kielty | 1.5 | 2 | Facilitation of diligence for prospective Whole Loan bidder |
| 08/30/2012 | Ryan Kielty | 1.0 | 2 | Review and preparation of diligence materials for prospective Platform bidders |
| 08/30/2012 | Ryan Kielty | 2.0 | 4 | Call with management to discuss compensation slides |
| 08/29/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with management to discuss custodial diligence and compliance review |
| 08/29/2012 | Benjamin H. Weingarten | 1.5 | 2 | Dataroom work |
| 08/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of prospective Whole Loan bidder diligence |
| 08/29/2012 | Benjamin H. Weingarten | 0.5 | 2 | On-site diligence agenda call with the Company |
| 08/29/2012 | Benjamin H. Weingarten | 3.0 | 2 | Preparation of materials for diligence meetings with potential Platform bidder |
| 08/29/2012 | Benjamin H. Weingarten | 2.5 | 2 | Preparation of Platform diligence materials |
| 08/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Preparation of Whole Loan diligence materials |
| 08/29/2012 | Benjamin H. Weingarten | 1.5 | 4 | Discussion of purchase price analysis with the Company |
| 08/29/2012 | Benjamin H. Weingarten | 3.0 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/29/2012 | Benjamin H. Weingarten | 2.5 | 11 | Preparation of diligence responses for Ally in connection with potential sale of FHA/VA portfolio |
| 08/29/2012 | Karn S. Chopra | 1.5 | 1 | Call to discuss KEIP opinion and next steps on KEIP motion |
| 08/29/2012 | Karn S. Chopra | 1.5 | 1 | Prepare presentation for meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Karn S. Chopra | 1.5 | 2 | Call with management to discuss custodial diligence and compliance review |
| 08/29/2012 | Karn S. Chopra | 0.5 | 2 | Call with prospective Whole Loan bidder about compliance review |
| 08/29/2012 | Karn S. Chopra | 0.5 | 3 | Call with JSB advisors to provide sale process update |
| 08/29/2012 | Karn S. Chopra | 2.5 | 4 | Preparation for and meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Karn S. Chopra | 3.0 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/29/2012 | Marc D. Puntus | 1.5 | 1 | Call to discuss KEIP opinion and next steps on KEIP motion |
| 08/29/2012 | Marc D. Puntus | 1.5 | 1 | Prepare presentation for meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Marc D. Puntus | 2.5 | 4 | Preparation for and meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Marc D. Puntus | 3.0 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/29/2012 | Ryan Kielty | 1.5 | 1 | Call to discuss KEIP opinion and next steps on KEIP motion |

**Centerview Partners LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/29/2012 | Ryan Kielty | 1.5 | 1 | Prepare presentation for meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Ryan Kielty | 1.5 | 2 | Call with management to discuss custodial diligence and compliance review |
| 08/29/2012 | Ryan Kielty | 0.5 | 2 | Call with prospective Whole Loan bidder about compliance review |
| 08/29/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of prospective Whole Loan bidder diligence |
| 08/29/2012 | Ryan Kielty | 0.5 | 2 | On-site diligence agenda call with the Company |
| 08/29/2012 | Ryan Kielty | 2.5 | 2 | Preparation of Platform diligence materials |
| 08/29/2012 | Ryan Kielty | 1.0 | 2 | Preparation of Whole Loan diligence materials |
| 08/29/2012 | Ryan Kielty | 0.5 | 3 | Call with JSB advisors to provide sale process update |
| 08/29/2012 | Ryan Kielty | 1.5 | 4 | Discussion of purchase price analysis with the Company |
| 08/29/2012 | Ryan Kielty | 2.5 | 4 | Preparation for and meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Ryan Kielty | 3.0 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/29/2012 | Ryan Kielty | 2.5 | 11 | Preparation of diligence responses for Ally in connection with potential sale of FHA/VA portfolio |
| 08/29/2012 | Samuel M. Greene | 1.5 | 1 | Prepare presentation for meeting with management to discuss asset sales during estate wind down |
| 08/29/2012 | Samuel M. Greene | 3.0 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/28/2012 | Benjamin H. Weingarten | 1.5 | 2 | Creation of analysis for prospective Platform bidders |
| 08/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence update call with prospective Whole Loan bidder |
| 08/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of Company recapture/payoff analysis |
| 08/28/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review of Ally diligence questions regarding potential sale of FHA/VA portfolio |
| 08/28/2012 | Karn S. Chopra | 1.0 | 2 | Diligence update call with prospective Whole Loan bidder |
| 08/28/2012 | Karn S. Chopra | 6.5 | 2 | Prepare diligence materials for upcoming diligence sessions |
| 08/28/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to provide sale process update |
| 08/28/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 08/28/2012 | Karn S. Chopra | 1.0 | 11 | Weekly strategy call with Debtor advisors |
| 08/28/2012 | Marc D. Puntus | 0.5 | 3 | Call with UCC advisors to provide sale process update |
| 08/28/2012 | Marc D. Puntus | 1.0 | 11 | Review of Ally diligence questions regarding potential sale of FHA/VA portfolio |
| 08/28/2012 | Marc D. Puntus | 1.0 | 11 | Weekly strategy call with Debtor advisors |
| 08/28/2012 | Ryan Kielty | 1.5 | 2 | Creation of analysis for prospective Platform bidders |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                            2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/28/2012 | Ryan Kielty | 1.0 | 2 | Diligence update call with prospective Whole Loan bidder |
| 08/28/2012 | Ryan Kielty | 1.0 | 2 | Review of Company recapture/payoff analysis |
| 08/28/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to provide sale process update |
| 08/28/2012 | Ryan Kielty | 0.5 | 4 | Daily update call with management |
| 08/28/2012 | Ryan Kielty | 1.0 | 11 | Review of Ally diligence questions regarding potential sale of FHA/VA portfolio |
| 08/28/2012 | Ryan Kielty | 1.0 | 11 | Weekly strategy call with Debtor advisors |
| 08/28/2012 | Samuel M. Greene | 1.0 | 11 | Weekly strategy call with Debtor advisors |
| 08/27/2012 | Benjamin H. Weingarten | 2.0 | 1 | Reconciliation of Debtor co-advisor purchase price analysis |
| 08/27/2012 | Benjamin H. Weingarten | 0.5 | 1 | Review licensing information provided by Debtors |
| 08/27/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/27/2012 | Benjamin H. Weingarten | 3.0 | 2 | Diligence call with prospective Platform bidder |
| 08/27/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence update call with the Company |
| 08/27/2012 | Benjamin H. Weingarten | 2.0 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/27/2012 | Karn S. Chopra | 0.5 | 1 | Review licensing information provided by Debtors |
| 08/27/2012 | Karn S. Chopra | 2.5 | 2 | Calls to prepare for upcoming diligence sessions |
| 08/27/2012 | Karn S. Chopra | 3.0 | 2 | Diligence call with prospective Platform bidder |
| 08/27/2012 | Karn S. Chopra | 2.5 | 4 | Call with management about licensing for Platform bidders |
| 08/27/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 08/27/2012 | Marc D. Puntus | 2.5 | 2 | Calls to prepare for upcoming diligence sessions |
| 08/27/2012 | Marc D. Puntus | 1.0 | 4 | Daily update call with management |
| 08/27/2012 | Ryan Kielty | 2.0 | 1 | Reconciliation of Debtor co-advisor purchase price analysis |
| 08/27/2012 | Ryan Kielty | 0.5 | 1 | Review licensing information provided by Debtors |
| 08/27/2012 | Ryan Kielty | 2.5 | 2 | Calls to prepare for upcoming diligence sessions |
| 08/27/2012 | Ryan Kielty | 3.0 | 2 | Diligence call with prospective Platform bidder |
| 08/27/2012 | Ryan Kielty | 1.0 | 2 | Diligence update call with the Company |
| 08/27/2012 | Ryan Kielty | 2.0 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/27/2012 | Ryan Kielty | 2.5 | 4 | Call with management about licensing for Platform bidders |
| 08/27/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 08/27/2012 | Samuel M. Greene | 2.5 | 2 | Calls to prepare for upcoming diligence sessions |
| 08/26/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 08/24/2012 | Benjamin H. Weingarten | 2.0 | 1 | Preparation and review of updated collateral disclosure |
| 08/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of prospective Platform bidder diligence requests |
| 08/24/2012 | Karn S. Chopra | 2.0 | 1 | Preparation and review of updated collateral disclosure |
| 08/24/2012 | Karn S. Chopra | 1.0 | 2 | Discussion between Nationstar and the Company regarding government agencies |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/24/2012 | Karn S. Chopra | 0.5 | 3 | Call with Barclays about potential covenant amendments |
| 08/24/2012 | Karn S. Chopra | 1.5 | 4 | Call with JSB advisors about disclosure of collateral information |
| 08/24/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about potential covenant amendments |
| 08/24/2012 | Marc D. Puntus | 1.0 | 2 | Discussion between Nationstar and the Company regarding government agencies |
| 08/24/2012 | Marc D. Puntus | 1.5 | 4 | Call with JSB advisors about disclosure of collateral information |
| 08/24/2012 | Marc D. Puntus | 0.5 | 4 | Call with management about potential covenant amendments |
| 08/24/2012 | Ryan Kielty | 2.0 | 1 | Preparation and review of updated collateral disclosure |
| 08/24/2012 | Ryan Kielty | 1.0 | 2 | Discussion between Nationstar and the Company regarding government agencies |
| 08/24/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of prospective Platform bidder diligence requests |
| 08/24/2012 | Ryan Kielty | 0.5 | 3 | Call with Barclays about potential covenant amendments |
| 08/24/2012 | Ryan Kielty | 1.5 | 4 | Call with JSB advisors about disclosure of collateral information |
| 08/24/2012 | Ryan Kielty | 0.5 | 4 | Call with management about potential covenant amendments |
| 08/23/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of prospective Platform bidder diligence requests |
| 08/23/2012 | Benjamin H. Weingarten | 1.0 | 2 | Preparation of Fortress diligence requests |
| 08/23/2012 | Benjamin H. Weingarten | 0.5 | 2 | Preparation of weekly bidder update |
| 08/23/2012 | Benjamin H. Weingarten | 2.5 | 2 | Preparation of Whole Loan portfolio stratification |
| 08/23/2012 | Karn S. Chopra | 2.0 | 2 | Diligence call with prospective Platform bidder |
| 08/23/2012 | Karn S. Chopra | 1.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/23/2012 | Karn S. Chopra | 0.5 | 2 | Preparation of weekly bidder update |
| 08/23/2012 | Karn S. Chopra | 2.0 | 4 | Prepare and review sale analysis for creditors |
| 08/23/2012 | Marc D. Puntus | 1.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/23/2012 | Marc D. Puntus | 2.0 | 4 | Prepare and review sale analysis for creditors |
| 08/23/2012 | Ryan Kielty | 2.0 | 2 | Diligence call with prospective Platform bidder |
| 08/23/2012 | Ryan Kielty | 1.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/23/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of prospective Platform bidder diligence requests |
| 08/23/2012 | Ryan Kielty | 1.0 | 2 | Preparation of Fortress diligence requests |
| 08/23/2012 | Ryan Kielty | 0.5 | 2 | Preparation of weekly bidder update |
| 08/23/2012 | Ryan Kielty | 2.0 | 4 | Prepare and review sale analysis for creditors |
| 08/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence update call with the Company |
| 08/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of Fortress diligence |
| 08/22/2012 | Benjamin H. Weingarten | 2.5 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/22/2012 | Benjamin H. Weingarten | 1.5 | 2 | Origination diligence call with bidder |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/22/2012 | Benjamin H. Weingarten | 2.0 | 2 | Work on data tapes |
| 08/22/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 08/22/2012 | Ryan Kielty | 1.0 | 2 | Diligence update call with the Company |
| 08/22/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of Fortress diligence |
| 08/22/2012 | Ryan Kielty | 2.5 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/22/2012 | Ryan Kielty | 1.5 | 2 | Origination diligence call with bidder |
| 08/21/2012 | Benjamin H. Weingarten | 1.0 | 1 | Preparation of analysis of 2nd lien loans for Debtor's counsel |
| 08/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/21/2012 | Benjamin H. Weingarten | 1.0 | 2 | Discussion with the Company regarding Whole Loan portfolio exception report |
| 08/21/2012 | Benjamin H. Weingarten | 2.5 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/21/2012 | Benjamin H. Weingarten | 8.0 | 2 | Review of APA tapes |
| 08/21/2012 | Benjamin H. Weingarten | 1.0 | 11 | ResCap advisor weekly call |
| 08/21/2012 | Karn S. Chopra | 4.0 | 2 | Diligence call with prospective Platform bidder |
| 08/21/2012 | Karn S. Chopra | 1.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/21/2012 | Karn S. Chopra | 1.0 | 11 | ResCap advisor weekly call |
| 08/21/2012 | Marc D. Puntus | 4.0 | 2 | Diligence call with prospective Platform bidder |
| 08/21/2012 | Marc D. Puntus | 1.0 | 11 | ResCap advisor weekly call |
| 08/21/2012 | Ryan Kielty | 1.0 | 1 | Preparation of analysis of 2nd lien loans for Debtor's counsel |
| 08/21/2012 | Ryan Kielty | 1.5 | 2 | Diligence call with prospective Whole Loan bidder |
| 08/21/2012 | Ryan Kielty | 1.0 | 2 | Discussion with the Company regarding Whole Loan portfolio exception report |
| 08/21/2012 | Ryan Kielty | 2.5 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/21/2012 | Ryan Kielty | 1.0 | 11 | ResCap advisor weekly call |
| 08/21/2012 | Samuel M. Greene | 1.0 | 11 | ResCap advisor weekly call |
| 08/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with prospective Platform bidder financial advisor regarding diligence |
| 08/20/2012 | Benjamin H. Weingarten | 2.5 | 2 | Facilitation of diligence requests of prospective Platform bidder |
| 08/20/2012 | Benjamin H. Weingarten | 2.0 | 2 | Preparation of additional servicing comments and pay histories for Whole Loan bidders |
| 08/20/2012 | Benjamin H. Weingarten | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with Ally |
| 08/20/2012 | Benjamin H. Weingarten | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with the JSBs |
| 08/20/2012 | Benjamin H. Weingarten | 3.0 | 10 | Reivew Company's updated financial projections and provide commentary |
| 08/20/2012 | Benjamin H. Weingarten | 2.5 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/20/2012 | Karn S. Chopra | 0.5 | 2 | Call with prospective Platform bidder financial advisor regarding diligence |
| 08/20/2012 | Karn S. Chopra | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with Ally |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/20/2012 | Karn S. Chopra | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with the JSBs |
| 08/20/2012 | Karn S. Chopra | 0.5 | 4 | Call with management regarding FHA/VA portfolio |
| 08/20/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 08/20/2012 | Karn S. Chopra | 0.5 | 5 | Discussion of potential sale of FHA/VA portfolio with Barclays |
| 08/20/2012 | Karn S. Chopra | 3.0 | 10 | Reivew Company's updated financial projections and provide commentary |
| 08/20/2012 | Karn S. Chopra | 2.5 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/20/2012 | Marc D. Puntus | 3.0 | 10 | Reivew Company's updated financial projections and provide commentary |
| 08/20/2012 | Marc D. Puntus | 2.5 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/20/2012 | Ryan Kielty | 0.5 | 2 | Call with prospective Platform bidder financial advisor regarding diligence |
| 08/20/2012 | Ryan Kielty | 2.5 | 2 | Facilitation of diligence requests of prospective Platform bidder |
| 08/20/2012 | Ryan Kielty | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with Ally |
| 08/20/2012 | Ryan Kielty | 1.5 | 3 | Discussion of potential sale of FHA/VA portfolio with the JSBs |
| 08/20/2012 | Ryan Kielty | 0.5 | 4 | Call with management regarding FHA/VA portfolio |
| 08/20/2012 | Ryan Kielty | 0.5 | 5 | Discussion of potential sale of FHA/VA portfolio with Barclays |
| 08/20/2012 | Ryan Kielty | 3.0 | 10 | Reivew Company's updated financial projections and provide commentary |
| 08/20/2012 | Ryan Kielty | 2.5 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/20/2012 | Samuel M. Greene | 2.5 | 11 | Internal meeting to discuss case dynamics and next steps |
| 08/18/2012 | Benjamin H. Weingarten | 1.5 | 2 | Platform bidder diligence preparation |
| 08/18/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to discuss case dynamics |
| 08/18/2012 | Karn S. Chopra | 0.5 | 4 | Call with management to provide update on UCC advisor call |
| 08/18/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to discuss case dynamics |
| 08/18/2012 | Marc D. Puntus | 0.5 | 4 | Call with management to provide update on UCC advisor call |
| 08/18/2012 | Ryan Kielty | 1.5 | 2 | Platform bidder diligence preparation |
| 08/18/2012 | Ryan Kielty | 0.5 | 4 | Call with management to discuss case dynamics |
| 08/18/2012 | Ryan Kielty | 0.5 | 4 | Call with management to provide update on UCC advisor call |
| 08/18/2012 | Samuel M. Greene | 0.5 | 4 | Call with management to discuss case dynamics |
| 08/18/2012 | Samuel M. Greene | 0.5 | 4 | Call with management to provide update on UCC advisor call |
| 08/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with management to discuss presentation on FHA/VA portfolio |
| 08/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of Fortress diligence requests |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of Platform diligence requests |
| 08/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of UCC diligence requests |
| 08/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Preparation of materials on incremental confirmatory Whole Loan diligence |
| 08/17/2012 | Benjamin H. Weingarten | 0.5 | 2 | Preparation of weekly bidder update |
| 08/17/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review of diligence questions with the Company |
| 08/17/2012 | Benjamin H. Weingarten | 2.0 | 2 | Reviewed prospective Platform bidder diligence list |
| 08/17/2012 | Benjamin H. Weingarten | 1.5 | 3 | Discussion with the UCC on cost of confirmatory Whole Loan diligence to the estate and potential sale of FHA/VA portfolio |
| 08/17/2012 | Karn S. Chopra | 1.0 | 2 | Call with management to discuss presentation on FHA/VA portfolio |
| 08/17/2012 | Karn S. Chopra | 0.5 | 2 | Preparation of weekly bidder update |
| 08/17/2012 | Karn S. Chopra | 3.0 | 2 | Review and update presentation on FHA/VA portfolio |
| 08/17/2012 | Karn S. Chopra | 2.0 | 2 | Reviewed prospective Platform bidder diligence list |
| 08/17/2012 | Karn S. Chopra | 1.5 | 3 | Discussion with the UCC on cost of confirmatory Whole Loan diligence to the estate and potential sale of FHA/VA portfolio |
| 08/17/2012 | Karn S. Chopra | 1.0 | 3 | Prepare for call with UCC advisors about compliance review and FHA/VA portfolio |
| 08/17/2012 | Marc D. Puntus | 1.5 | 3 | Discussion with the UCC on cost of confirmatory Whole Loan diligence to the estate and potential sale of FHA/VA portfolio |
| 08/17/2012 | Marc D. Puntus | 1.0 | 3 | Prepare for call with UCC advisors about compliance review and FHA/VA portfolio |
| 08/17/2012 | Ryan Kielty | 1.0 | 2 | Call with management to discuss presentation on FHA/VA portfolio |
| 08/17/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of Platform diligence requests |
| 08/17/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of UCC diligence requests |
| 08/17/2012 | Ryan Kielty | 1.0 | 2 | Preparation of materials on incremental confirmatory Whole Loan diligence |
| 08/17/2012 | Ryan Kielty | 0.5 | 2 | Preparation of weekly bidder update |
| 08/17/2012 | Ryan Kielty | 3.0 | 2 | Review and update presentation on FHA/VA portfolio |
| 08/17/2012 | Ryan Kielty | 1.5 | 2 | Review of diligence questions with the Company |
| 08/17/2012 | Ryan Kielty | 2.0 | 2 | Reviewed prospective Platform bidder diligence list |
| 08/17/2012 | Ryan Kielty | 1.5 | 3 | Discussion with the UCC on cost of confirmatory Whole Loan diligence to the estate and potential sale of FHA/VA portfolio |
| 08/17/2012 | Ryan Kielty | 1.0 | 3 | Prepare for call with UCC advisors about compliance review and FHA/VA portfolio |
| 08/17/2012 | Samuel M. Greene | 1.0 | 3 | Prepare for call with UCC advisors about compliance review and FHA/VA portfolio |
| 08/16/2012 | Benjamin H. Weingarten | 2.0 | 1 | Facilitation of Examiner-related co-advisor requests |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/16/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with prospective Platform bidder financial advisor regarding diligence |
| 08/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitation of Fortress diligence requests |
| 08/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Preparation of servicing comments for Whole Loan bidders |
| 08/16/2012 | Benjamin H. Weingarten | 3.5 | 2 | Prepare analysis to summarize FHA/VA portfolio |
| 08/16/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call with investor reporting and associated follow-up to discuss fluctuations in certain advance balances |
| 08/16/2012 | Benjamin H. Weingarten | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/16/2012 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed Supplemental Motion pertaining to approval of RMBS Trust Settlement |
| 08/16/2012 | Karn S. Chopra | 1.5 | 2 | Call with management about strategy to monetize FHA/VA portfolio |
| 08/16/2012 | Karn S. Chopra | 3.5 | 2 | Prepare analysis to summarize FHA/VA portfolio |
| 08/16/2012 | Karn S. Chopra | 2.0 | 3 | Meeting with UCC advisors about waterfall |
| 08/16/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about business lending |
| 08/16/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about waterfall |
| 08/16/2012 | Karn S. Chopra | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/16/2012 | Karn S. Chopra | 0.5 | 11 | Reviewed Supplemental Motion pertaining to approval of RMBS Trust Settlement |
| 08/16/2012 | Marc D. Puntus | 1.5 | 2 | Call with management about strategy to monetize FHA/VA portfolio |
| 08/16/2012 | Marc D. Puntus | 0.5 | 11 | Reviewed Supplemental Motion pertaining to approval of RMBS Trust Settlement |
| 08/16/2012 | Ryan Kielty | 2.0 | 1 | Facilitation of Examiner-related co-advisor requests |
| 08/16/2012 | Ryan Kielty | 1.5 | 2 | Call with management about strategy to monetize FHA/VA portfolio |
| 08/16/2012 | Ryan Kielty | 0.5 | 2 | Call with prospective Platform bidder financial advisor regarding diligence |
| 08/16/2012 | Ryan Kielty | 2.0 | 3 | Meeting with UCC advisors about waterfall |
| 08/16/2012 | Ryan Kielty | 0.5 | 4 | Call with management about business lending |
| 08/16/2012 | Ryan Kielty | 0.5 | 4 | Call with management about waterfall |
| 08/16/2012 | Ryan Kielty | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/16/2012 | Ryan Kielty | 0.5 | 11 | Reviewed Supplemental Motion pertaining to approval of RMBS Trust Settlement |
| 08/16/2012 | Samuel M. Greene | 0.5 | 11 | Reviewed Supplemental Motion pertaining to approval of RMBS Trust Settlement |
| 08/15/2012 | Benjamin H. Weingarten | 1.5 | 1 | Discussion regarding Examiner document review |
| 08/15/2012 | Benjamin H. Weingarten | 2.5 | 1 | Prepared purchase price reconciliation analysis for Debtor co-advisor |
| 08/15/2012 | Benjamin H. Weingarten | 0.5 | 1 | Prepared summary of dataroom for Examiner |
| 08/15/2012 | Benjamin H. Weingarten | 1.5 | 2 | Discussion on purchase price analysis prepared by co-advisor |
| 08/15/2012 | Benjamin H. Weingarten | 1.5 | 2 | Facilitation of Fortress diligence requests |
| 08/15/2012 | Benjamin H. Weingarten | 7.0 | 2 | Preparation of servicing comments for Whole Loan bidders |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of Debtor analysis prepared for Fortress |
| 08/15/2012 | Benjamin H. Weingarten | 1.5 | 2 | Review of prospective Platform bidder diligence requests |
| 08/15/2012 | Karn S. Chopra | 2.5 | 1 | Prepare GSE liability analysis |
| 08/15/2012 | Karn S. Chopra | 2.5 | 2 | Various bidder due diligence calls |
| 08/15/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors about subservicing and DOJ/AG settlement |
| 08/15/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 08/15/2012 | Karn S. Chopra | 2.5 | 7 | Prepare for waterfall discussion with UCC advisors |
| 08/15/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors about subservicing and DOJ/AG settlement |
| 08/15/2012 | Marc D. Puntus | 2.5 | 7 | Prepare for waterfall discussion with UCC advisors |
| 08/15/2012 | Ryan Kielty | 1.5 | 1 | Discussion regarding Examiner document review |
| 08/15/2012 | Ryan Kielty | 2.5 | 1 | Prepare GSE liability analysis |
| 08/15/2012 | Ryan Kielty | 2.5 | 1 | Prepared purchase price reconciliation analysis for Debtor co-advisor |
| 08/15/2012 | Ryan Kielty | 1.5 | 2 | Discussion on purchase price analysis prepared by co-advisor |
| 08/15/2012 | Ryan Kielty | 1.0 | 2 | Facilitation of Fortress diligence requests |
| 08/15/2012 | Ryan Kielty | 0.5 | 2 | Review of Debtor analysis prepared for Fortress |
| 08/15/2012 | Ryan Kielty | 1.5 | 2 | Review of prospective Platform bidder diligence requests |
| 08/15/2012 | Ryan Kielty | 2.5 | 2 | Various bidder due diligence calls |
| 08/15/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors about subservicing and DOJ/AG settlement |
| 08/15/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 08/15/2012 | Ryan Kielty | 2.5 | 7 | Prepare for waterfall discussion with UCC advisors |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 1 | Preparation of materials for Debtor co-advisor and Debtor with respect to purchase price analysis |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 1 | Review of small Debtor equity interest |
| 08/14/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/14/2012 | Benjamin H. Weingarten | 1.5 | 2 | Discussion with the Company and a potential Platform bidder on the Company's Affinity/Private label business |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 2 | Discussion with the Company on cost to conduct confirmatory diligence on Whole Loan portfolio |
| 08/14/2012 | Benjamin H. Weingarten | 2.0 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/14/2012 | Benjamin H. Weingarten | 1.0 | 2 | Review of Company payoff analysis |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 3 | Diligence call with the UCC |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/14/2012 | Benjamin H. Weingarten | 0.5 | 7 | Call with Debtor co-advisor on recovery analysis |
| 08/14/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidder about scheduling additional meeting with management |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/14/2012 | Karn S. Chopra | 0.5 | 2 | Call with Whole Loan bidder regarding compliance review |
| 08/14/2012 | Karn S. Chopra | 1.5 | 2 | Discussion with the Company and a potential Platform bidder on the Company's Affinity/Private label business |
| 08/14/2012 | Karn S. Chopra | 0.5 | 2 | Discussion with the Company on cost to conduct confirmatory diligence on Whole Loan portfolio |
| 08/14/2012 | Karn S. Chopra | 2.5 | 2 | Meeting with management about potential sale of FHA/VA loans |
| 08/14/2012 | Karn S. Chopra | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/14/2012 | Marc D. Puntus | 2.5 | 2 | Meeting with management about potential sale of FHA/VA loans |
| 08/14/2012 | Ryan Kielty | 0.5 | 1 | Preparation of materials for Debtor co-advisor and Debtor with respect to purchase price analysis |
| 08/14/2012 | Ryan Kielty | 0.5 | 1 | Review of small Debtor equity interest |
| 08/14/2012 | Ryan Kielty | 0.5 | 2 | Call with bidder about scheduling additional meeting with management |
| 08/14/2012 | Ryan Kielty | 0.5 | 2 | Call with Whole Loan bidder regarding compliance review |
| 08/14/2012 | Ryan Kielty | 1.5 | 2 | Discussion with the Company and a potential Platform bidder on the Company's Affinity/Private label business |
| 08/14/2012 | Ryan Kielty | 0.5 | 2 | Discussion with the Company on cost to conduct confirmatory diligence on Whole Loan portfolio |
| 08/14/2012 | Ryan Kielty | 2.0 | 2 | Facilitation of prospective Platform bidder diligence |
| 08/14/2012 | Ryan Kielty | 2.5 | 2 | Meeting with management about potential sale of FHA/VA loans |
| 08/14/2012 | Ryan Kielty | 1.0 | 2 | Review of Company payoff analysis |
| 08/14/2012 | Ryan Kielty | 0.5 | 3 | Diligence call with the UCC |
| 08/14/2012 | Ryan Kielty | 0.5 | 4 | Discussion on potential sale of FHA/VA portfolio |
| 08/14/2012 | Ryan Kielty | 0.5 | 7 | Call with Debtor co-advisor on recovery analysis |
| 08/13/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitation of Fortress diligence requests |
| 08/13/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitation of Platform bidder diligence |
| 08/13/2012 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed analysis pertaining to cost of incremental confirmatory Whole Loan diligence |
| 08/13/2012 | Benjamin H. Weingarten | 1.0 | 3 | Facilitation of UCC diligence |
| 08/13/2012 | Karn S. Chopra | 2.5 | 2 | Call to discuss servicing transfer agreement and subservicing agreement |
| 08/13/2012 | Karn S. Chopra | 0.5 | 2 | Reviewed analysis pertaining to cost of incremental confirmatory Whole Loan diligence |
| 08/13/2012 | Karn S. Chopra | 1.5 | 3 | Call with creditor advisors to discuss various servicing agreements with Nationstar |
| 08/13/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 08/13/2012 | Karn S. Chopra | 4.0 | 7 | Meeting to discuss POR issues and next steps |
| 08/13/2012 | Marc D. Puntus | 2.5 | 2 | Call to discuss servicing transfer agreement and subservicing agreement |
| 08/13/2012 | Marc D. Puntus | 4.0 | 7 | Meeting to discuss POR issues and next steps |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/13/2012 | Ryan Kielty | 2.5 | 2 | Call to discuss servicing transfer agreement and subservicing agreement |
| 08/13/2012 | Ryan Kielty | 0.5 | 2 | Facilitation of Platform bidder diligence |
| 08/13/2012 | Ryan Kielty | 0.5 | 2 | Reviewed analysis pertaining to cost of incremental confirmatory Whole Loan diligence |
| 08/13/2012 | Ryan Kielty | 1.5 | 3 | Call with creditor advisors to discuss various servicing agreements with Nationstar |
| 08/13/2012 | Ryan Kielty | 1.0 | 3 | Facilitation of UCC diligence |
| 08/10/2012 | Benjamin H. Weingarten | 0.5 | 1 | Call with Debtor co-advisor to discuss management presentation |
| 08/10/2012 | Benjamin H. Weingarten | 2.0 | 1 | Preparation of timesheets |
| 08/10/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with Company management to discuss analysis for bidder and follow-up work |
| 08/10/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan analysis review with bidder and the Company |
| 08/10/2012 | Benjamin H. Weingarten | 0.5 | 3 | Prepared weekly bidder update |
| 08/10/2012 | Benjamin H. Weingarten | 2.5 | 4 | Board call |
| 08/10/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call with Company to discuss DIP-related questions |
| 08/10/2012 | Karn S. Chopra | 0.5 | 1 | Call with Debtor co-advisor to discuss management presentation |
| 08/10/2012 | Karn S. Chopra | 1.0 | 2 | Call with bidder regarding PSA amendment section of Platform APA |
| 08/10/2012 | Karn S. Chopra | 0.5 | 2 | Call with counsel regarding PSA amendment section of Platform APA |
| 08/10/2012 | Karn S. Chopra | 1.0 | 2 | Whole Loan analysis review with bidder and the Company |
| 08/10/2012 | Karn S. Chopra | 1.0 | 3 | Call with JSB advisors to provide sale process update |
| 08/10/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC to provide sale process update |
| 08/10/2012 | Karn S. Chopra | 0.5 | 3 | Prepared weekly bidder update |
| 08/10/2012 | Karn S. Chopra | 2.5 | 4 | Board call |
| 08/10/2012 | Karn S. Chopra | 2.0 | 4 | Prepare for Board presentation |
| 08/10/2012 | Marc D. Puntus | 0.5 | 1 | Call with Debtor co-advisor to discuss management presentation |
| 08/10/2012 | Marc D. Puntus | 2.5 | 4 | Board call |
| 08/10/2012 | Marc D. Puntus | 2.0 | 4 | Prepare for Board presentation |
| 08/10/2012 | Ryan Kielty | 0.5 | 1 | Call with Debtor co-advisor to discuss management presentation |
| 08/10/2012 | Ryan Kielty | 2.0 | 1 | Preparation of timesheets |
| 08/10/2012 | Ryan Kielty | 1.0 | 2 | Call with bidder regarding PSA amendment section of Platform APA |
| 08/10/2012 | Ryan Kielty | 1.0 | 2 | Call with Company management to discuss analysis for bidder and follow-up work |
| 08/10/2012 | Ryan Kielty | 0.5 | 2 | Call with counsel regarding PSA amendment section of Platform APA |
| 08/10/2012 | Ryan Kielty | 1.0 | 2 | Whole Loan analysis review with bidder and the Company |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/10/2012 | Ryan Kielty | 1.0 | 3 | Call with JSB advisors to provide sale process update |
| 08/10/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC to provide sale process update |
| 08/10/2012 | Ryan Kielty | 0.5 | 3 | Prepared weekly bidder update |
| 08/10/2012 | Ryan Kielty | 2.5 | 4 | Board call |
| 08/10/2012 | Ryan Kielty | 0.5 | 4 | Call with Company to discuss DIP-related questions |
| 08/10/2012 | Ryan Kielty | 2.0 | 4 | Prepare for Board presentation |
| 08/10/2012 | Samuel M. Greene | 2.5 | 4 | Board call |
| 08/09/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitation of bidder diligence with the Company |
| 08/09/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with RMBS advisors. |
| 08/09/2012 | Benjamin H. Weingarten | 0.5 | 3 | UCC diligence facilitation |
| 08/09/2012 | Benjamin H. Weingarten | 1.0 | 11 | Dataroom work |
| 08/09/2012 | Karn S. Chopra | 2.0 | 1 | Call with management and counsel regarding DOJ/AG settlement |
| 08/09/2012 | Karn S. Chopra | 0.5 | 1 | Follow-up call with counsel regarding DOJ/AG settlement |
| 08/09/2012 | Karn S. Chopra | 1.5 | 1 | Review and provide commentary on subservcing analysis |
| 08/09/2012 | Karn S. Chopra | 0.5 | 2 | Call with Fortress/Nationstar about USAA |
| 08/09/2012 | Karn S. Chopra | 1.0 | 3 | Call with RMBS advisors. |
| 08/09/2012 | Karn S. Chopra | 1.0 | 4 | Call with management regarding USAA |
| 08/09/2012 | Karn S. Chopra | 1.5 | 4 | Review and provide commentary on Board presentation |
| 08/09/2012 | Marc D. Puntus | 2.0 | 1 | Call with management and counsel regarding DOJ/AG settlement |
| 08/09/2012 | Ryan Kielty | 2.0 | 1 | Call with management and counsel regarding DOJ/AG settlement |
| 08/09/2012 | Ryan Kielty | 1.5 | 1 | Review and provide commentary on subservcing analysis |
| 08/09/2012 | Ryan Kielty | 0.5 | 2 | Call with Fortress/Nationstar about USAA |
| 08/09/2012 | Ryan Kielty | 0.5 | 2 | Facilitation of bidder diligence with the Company |
| 08/09/2012 | Ryan Kielty | 1.0 | 3 | Call with RMBS advisors. |
| 08/09/2012 | Ryan Kielty | 0.5 | 3 | UCC diligence facilitation |
| 08/09/2012 | Ryan Kielty | 1.0 | 4 | Call with management regarding USAA |
| 08/09/2012 | Ryan Kielty | 1.5 | 4 | Review and provide commentary on Board presentation |
| 08/08/2012 | Benjamin H. Weingarten | 1.0 | 2 | Facilitated bidder diligence pertaining to servicing model |
| 08/08/2012 | Benjamin H. Weingarten | 0.5 | 2 | Whole Loan diligence preparation work with the Company |
| 08/08/2012 | Benjamin H. Weingarten | 0.5 | 10 | Reviewed Company materials in connection with pro forma business analysis |
| 08/08/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review of documents outlining potential sale of FHA/VA portfolio |
| 08/08/2012 | Karn S. Chopra | 0.5 | 1 | Meet with Chopra re: DOJ/AG settlement compliance issues, UCC communications re: sale process and other issues |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/08/2012 | Karn S. Chopra | 3.5 | 2 | Diligence calls with bidders |
| 08/08/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 08/08/2012 | Karn S. Chopra | 4.0 | 4 | Draft slides for Board presentation |
| 08/08/2012 | Marc D. Puntus | 0.5 | 1 | Meet with Chopra re: DOJ/AG settlement compliance issues, UCC communications re: sale process and other issues |
| 08/08/2012 | Ryan Kielty | 3.5 | 2 | Diligence calls with bidders |
| 08/08/2012 | Ryan Kielty | 1.0 | 2 | Facilitated bidder diligence pertaining to servicing model |
| 08/08/2012 | Ryan Kielty | 0.5 | 2 | Whole Loan diligence preparation work with the Company |
| 08/08/2012 | Ryan Kielty | 4.0 | 4 | Draft slides for Board presentation |
| 08/08/2012 | Ryan Kielty | 0.5 | 10 | Reviewed Company materials in connection with pro forma business analysis |
| 08/08/2012 | Ryan Kielty | 0.5 | 11 | Review of documents outlining potential sale of FHA/VA portfolio |
| 08/07/2012 | Benjamin H. Weingarten | 1.0 | 1 | Dataroom assistance with co-advisor |
| 08/07/2012 | Benjamin H. Weingarten | 2.0 | 1 | Preparation of timesheets |
| 08/07/2012 | Benjamin H. Weingarten | 1.0 | 1 | ResCap advisor weekly call |
| 08/07/2012 | Benjamin H. Weingarten | 0.5 | 1 | Reviewed Company presentation on DOJ/AG settlement progress |
| 08/07/2012 | Benjamin H. Weingarten | 0.5 | 1 | Reviewed Examiner's work plan |
| 08/07/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 08/07/2012 | Benjamin H. Weingarten | 1.0 | 2 | Diligence discussion with the Company |
| 08/07/2012 | Benjamin H. Weingarten | 2.0 | 2 | Platform diligence facilitation |
| 08/07/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan diligence facilitation |
| 08/07/2012 | Benjamin H. Weingarten | 0.5 | 3 | Sale process update call with JSBs |
| 08/07/2012 | Benjamin H. Weingarten | 0.5 | 3 | UCC diligence facilitation work |
| 08/07/2012 | Karn S. Chopra | 1.0 | 1 | ResCap advisor weekly call |
| 08/07/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidder regarding follow-up meetings with management |
| 08/07/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidder regarding next steps in diligence process |
| 08/07/2012 | Karn S. Chopra | 1.5 | 3 | Call with JSB advisors to update them on management presentations |
| 08/07/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to update them on management presentations |
| 08/07/2012 | Karn S. Chopra | 1.5 | 4 | Call regarding sale process |
| 08/07/2012 | Marc D. Puntus | 1.0 | 1 | ResCap advisor weekly call |
| 08/07/2012 | Ryan Kielty | 1.0 | 1 | ResCap advisor weekly call |
| 08/07/2012 | Ryan Kielty | 0.5 | 1 | Reviewed Company presentation on DOJ/AG settlement progress |
| 08/07/2012 | Ryan Kielty | 0.5 | 1 | Reviewed Examiner's work plan |
| 08/07/2012 | Ryan Kielty | 0.5 | 2 | Call with bidder regarding next steps in diligence process |
| 08/07/2012 | Ryan Kielty | 1.0 | 2 | Diligence discussion with the Company |
| 08/07/2012 | Ryan Kielty | 2.0 | 2 | Platform diligence facilitation |
| 08/07/2012 | Ryan Kielty | 1.0 | 2 | Whole Loan diligence facilitation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/07/2012 | Ryan Kielty | 1.5 | 3 | Call with JSB advisors to update them on management presentations |
| 08/07/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to update them on management presentations |
| 08/07/2012 | Ryan Kielty | 0.5 | 3 | Sale process update call with JSBs |
| 08/07/2012 | Ryan Kielty | 0.5 | 3 | UCC diligence facilitation work |
| 08/07/2012 | Samuel M. Greene | 1.0 | 1 | ResCap advisor weekly call |
| 08/06/2012 | Benjamin H. Weingarten | 5.0 | 1 | Preparation of timesheets |
| 08/06/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/06/2012 | Benjamin H. Weingarten | 0.5 | 2 | Diligence update call with Fortress |
| 08/06/2012 | Benjamin H. Weingarten | 1.0 | 2 | Purchase price analysis call with FTI |
| 08/06/2012 | Benjamin H. Weingarten | 1.5 | 2 | Servicing model discussion with Platform bidder |
| 08/06/2012 | Benjamin H. Weingarten | 1.0 | 3 | Facilitation of UCC diligence requests |
| 08/06/2012 | Benjamin H. Weingarten | 2.5 | 5 | Review and provide commentary on recent cash flow reforecast |
| 08/06/2012 | Benjamin H. Weingarten | 1.0 | 11 | Review of subservicing and servicing transfer agreement strategy as pertains to Platform sale closing |
| 08/06/2012 | Benjamin H. Weingarten | 1.0 | 11 | Solicitation call with Debtor management and advisors |
| 08/06/2012 | Karn S. Chopra | 2.0 | 1 | Meeting with team regarding sale process/mgmt presentations, UCC diligence issues, subservicing issues, GSE approach and other matters and issues relating to the case |
| 08/06/2012 | Karn S. Chopra | 3.0 | 2 | Call with prospective bidder regarding servicing/origination platform |
| 08/06/2012 | Karn S. Chopra | 1.5 | 4 | Daily update call with management |
| 08/06/2012 | Karn S. Chopra | 2.5 | 5 | Review and provide commentary on recent cash flow reforecast |
| 08/06/2012 | Marc D. Puntus | 2.0 | 1 | Meeting with team regarding sale process/mgmt presentations, UCC diligence issues, subservicing issues, GSE approach and other matters and issues relating to the case |
| 08/06/2012 | Ryan Kielty | 2.0 | 1 | Meeting with team regarding sale process/mgmt presentations, UCC diligence issues, subservicing issues, GSE approach and other matters and issues relating to the case |
| 08/06/2012 | Ryan Kielty | 0.5 | 2 | Diligence update call with Fortress |
| 08/06/2012 | Ryan Kielty | 1.0 | 2 | Purchase price analysis call with FTI |
| 08/06/2012 | Ryan Kielty | 1.5 | 2 | Servicing model discussion with Platform bidder |
| 08/06/2012 | Ryan Kielty | 1.5 | 4 | Daily update call with management |
| 08/06/2012 | Ryan Kielty | 2.5 | 5 | Review and provide commentary on recent cash flow reforecast |
| 08/06/2012 | Ryan Kielty | 1.0 | 11 | Review of subservicing and servicing transfer agreement strategy as pertains to Platform sale closing |
| 08/06/2012 | Ryan Kielty | 1.0 | 11 | Solicitation call with Debtor management and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                        2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/06/2012 | Samuel M. Greene | 2.0 | 1 | Meeting with team regarding sale process/mgmt presentations, UCC diligence issues, subservicing issues, GSE approach and other matters and issues relating to the case |
| 08/05/2012 | Benjamin H. Weingarten | 1.0 | 3 | Facilitation of UCC diligence requests |
| 08/03/2012 | Benjamin H. Weingarten | 7.0 | 1 | Review and reconciliation of co-advisor's purchase price analysis |
| 08/03/2012 | Benjamin H. Weingarten | 2.0 | 2 | Calls with bidders to gauge interest after management presentations |
| 08/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 08/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitation of Platform bidder diligence requests |
| 08/03/2012 | Benjamin H. Weingarten | 2.0 | 2 | Prepared Whole Loan portfolio stratification |
| 08/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 08/03/2012 | Benjamin H. Weingarten | 1.5 | 3 | Facilitation of UCC diligence requests |
| 08/03/2012 | Benjamin H. Weingarten | 0.5 | 3 | Preparation of bidder update |
| 08/03/2012 | Karn S. Chopra | 2.0 | 1 | Call with one of GSEs to provide case update and discuss next steps |
| 08/03/2012 | Karn S. Chopra | 2.0 | 2 | Calls with bidders to gauge interest after management presentations |
| 08/03/2012 | Karn S. Chopra | 6.0 | 2 | Fifth management presentation |
| 08/03/2012 | Karn S. Chopra | 0.5 | 3 | Preparation of bidder update |
| 08/03/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about GSE strategy |
| 08/03/2012 | Marc D. Puntus | 6.0 | 2 | Fifth management presentation |
| 08/03/2012 | Marc D. Puntus | 1.5 | 4 | Call with management about GSE strategy |
| 08/03/2012 | Ryan Kielty | 2.0 | 2 | Calls with bidders to gauge interest after management presentations |
| 08/03/2012 | Ryan Kielty | 6.0 | 2 | Fifth management presentation |
| 08/03/2012 | Ryan Kielty | 0.5 | 3 | Preparation of bidder update |
| 08/03/2012 | Ryan Kielty | 1.5 | 4 | Call with management about GSE strategy |
| 08/03/2012 | Samuel M. Greene | 6.0 | 2 | Fifth management presentation |
| 08/02/2012 | Benjamin H. Weingarten | 0.5 | 1 | Facilitation of co-advisor document request |
| 08/02/2012 | Benjamin H. Weingarten | 2.0 | 1 | Review and reconciliation of co-advisor's purchase price analysis |
| 08/02/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 08/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Preparation of marketing materials for prospective Platform bidder |
| 08/02/2012 | Benjamin H. Weingarten | 2.5 | 2 | Preparation of returns analysis |
| 08/02/2012 | Benjamin H. Weingarten | 1.0 | 2 | Tape updating work with the Company |
| 08/02/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole Loan portfolio diligence |
| 08/02/2012 | Karn S. Chopra | 1.0 | 2 | Debrief after 4th management presentation |
| 08/02/2012 | Karn S. Chopra | 3.5 | 2 | Fourth management presentation |
| 08/02/2012 | Karn S. Chopra | 2.0 | 2 | Internal meeting to discuss sale process next steps |
| 08/02/2012 | Karn S. Chopra | 1.0 | 2 | Prep for 4th management presentation |
| 08/02/2012 | Marc D. Puntus | 1.0 | 2 | Debrief after 4th management presentation |
| 08/02/2012 | Marc D. Puntus | 3.5 | 2 | Fourth management presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 08/02/2012 | Marc D. Puntus | 2.0 | 2 | Internal meeting to discuss sale process next steps |
| 08/02/2012 | Ryan Kielty | 2.0 | 1 | Review and reconciliation of co-advisor's purchase price analysis |
| 08/02/2012 | Ryan Kielty | 1.0 | 2 | Debrief after 4th management presentation |
| 08/02/2012 | Ryan Kielty | 2.0 | 2 | Internal meeting to discuss sale process next steps |
| 08/02/2012 | Ryan Kielty | 1.0 | 2 | Prep for 4th management presentation |
| 08/02/2012 | Ryan Kielty | 0.5 | 2 | Preparation of marketing materials for prospective Platform bidder |
| 08/02/2012 | Ryan Kielty | 2.5 | 2 | Preparation of returns analysis |
| 08/02/2012 | Samuel M. Greene | 1.0 | 2 | Debrief after 4th management presentation |
| 08/02/2012 | Samuel M. Greene | 3.5 | 2 | Fourth management presentation |
| 08/02/2012 | Samuel M. Greene | 2.0 | 2 | Internal meeting to discuss sale process next steps |
| 08/02/2012 | Samuel M. Greene | 1.0 | 2 | Prep for 4th management presentation |
| 08/01/2012 | Benjamin H. Weingarten | 1.0 | 2 | Assisted Fortress with diligence questions |
| 08/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Preparation of materials for management presentation |
| 08/01/2012 | Benjamin H. Weingarten | 1.5 | 2 | Prospective Platform bidder diligence follow-up work |
| 08/01/2012 | Benjamin H. Weingarten | 3.0 | 10 | Worked on incremental sub-servicing opportunity analysis |
| 08/01/2012 | Karn S. Chopra | 0.5 | 2 | Debrief after management presentation |
| 08/01/2012 | Karn S. Chopra | 1.5 | 2 | Prep for 3rd management presentation |
| 08/01/2012 | Karn S. Chopra | 5.5 | 2 | Third management presentation |
| 08/01/2012 | Karn S. Chopra | 2.5 | 2 | Updated management presentation |
| 08/01/2012 | Marc D. Puntus | 1.5 | 2 | Prep for 3rd management presentation |
| 08/01/2012 | Marc D. Puntus | 5.5 | 2 | Third management presentation |
| 08/01/2012 | Ryan Kielty | 1.0 | 2 | Assisted Fortress with diligence questions |
| 08/01/2012 | Ryan Kielty | 1.5 | 2 | Prep for 3rd management presentation |
| 08/01/2012 | Ryan Kielty | 1.5 | 2 | Preparation of materials for management presentation |
| 08/01/2012 | Ryan Kielty | 2.5 | 2 | Updated management presentation |
| 08/01/2012 | Ryan Kielty | 3.0 | 10 | Worked on incremental sub-servicing opportunity analysis |
| 08/01/2012 | Samuel M. Greene | 1.5 | 2 | Prep for 3rd management presentation |
| 08/01/2012 | Samuel M. Greene | 5.5 | 2 | Third management presentation |
| 07/31/2012 | Benjamin H. Weingarten | 1.0 | 2 | Debrief with management after first two management presentations |
| 07/31/2012 | Benjamin H. Weingarten | 3.0 | 2 | Management presentation with platform bidder |
| 07/31/2012 | Benjamin H. Weingarten | 3.0 | 2 | Second management presentation |
| 07/31/2012 | Karn S. Chopra | 1.0 | 2 | Debrief with management after first two management presentations |
| 07/31/2012 | Karn S. Chopra | 3.0 | 2 | Management presentation with platform bidder |
| 07/31/2012 | Karn S. Chopra | 3.0 | 2 | Second management presentation |
| 07/31/2012 | Marc D. Puntus | 1.0 | 2 | Debrief with management after first two management presentations |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/31/2012 | Marc D. Puntus | 3.0 | 2 | Management presentation with platform bidder |
| 07/31/2012 | Marc D. Puntus | 3.0 | 2 | Second management presentation |
| 07/31/2012 | Ryan Kielty | 1.0 | 2 | Debrief with management after first two management presentations |
| 07/31/2012 | Ryan Kielty | 3.0 | 2 | Management presentation with platform bidder |
| 07/31/2012 | Samuel M. Greene | 1.0 | 2 | Debrief with management after first two management presentations |
| 07/31/2012 | Samuel M. Greene | 3.0 | 2 | Management presentation with platform bidder |
| 07/31/2012 | Samuel M. Greene | 3.0 | 2 | Second management presentation |
| 07/30/2012 | Benjamin H. Weingarten | 1.0 | 2 | Final changes to management presentation before printing |
| 07/30/2012 | Benjamin H. Weingarten | 2.0 | 2 | Finalization of Management Presentation |
| 07/30/2012 | Benjamin H. Weingarten | 5.0 | 9 | Facilitation of platform bidder diligence |
| 07/30/2012 | Benjamin H. Weingarten | 1.0 | 9 | Facilitation of whole loan bidder diligence |
| 07/30/2012 | Benjamin H. Weingarten | 0.5 | 11 | Advisor call regarding JSB disclosure request. |
| 07/30/2012 | Karn S. Chopra | 1.0 | 2 | Final changes to management presentation before printing |
| 07/30/2012 | Karn S. Chopra | 2.5 | 2 | Second dry run of management presentation with Company |
| 07/30/2012 | Karn S. Chopra | 1.0 | 4 | Call with management about latest subservicing negotiations |
| 07/30/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 07/30/2012 | Karn S. Chopra | 0.5 | 11 | Advisor call regarding JSB disclosure request. |
| 07/30/2012 | Karn S. Chopra | 3.0 | 11 | Meeting with Ally advisors about sale process and global strategy |
| 07/30/2012 | Marc D. Puntus | 2.5 | 2 | Second dry run of management presentation with Company |
| 07/30/2012 | Marc D. Puntus | 3.0 | 11 | Meeting with Ally advisors about sale process and global strategy |
| 07/30/2012 | Ryan Kielty | 1.0 | 2 | Final changes to management presentation before printing |
| 07/30/2012 | Ryan Kielty | 2.0 | 2 | Finalization of Management Presentation |
| 07/30/2012 | Ryan Kielty | 2.5 | 2 | Second dry run of management presentation with Company |
| 07/30/2012 | Ryan Kielty | 1.0 | 4 | Call with management about latest subservicing negotiations |
| 07/30/2012 | Ryan Kielty | 1.0 | 9 | Facilitation of whole loan bidder diligence |
| 07/30/2012 | Ryan Kielty | 0.5 | 11 | Advisor call regarding JSB disclosure request. |
| 07/30/2012 | Samuel M. Greene | 2.5 | 2 | Second dry run of management presentation with Company |
| 07/30/2012 | Samuel M. Greene | 3.0 | 11 | Meeting with Ally advisors about sale process and global strategy |
| 07/27/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/27/2012 | Benjamin H. Weingarten | 1.5 | 2 | Updates to management presentation based on dry run |
| 07/27/2012 | Karn S. Chopra | 1.5 | 2 | Updates to management presentation based on dry run |
| 07/27/2012 | Karn S. Chopra | 4.5 | 4 | Dry run of management presentation with Company |

**Centerview Partners  LLC**

*Detail Report (by Date)* 2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/27/2012 | Marc D. Puntus | 4.5 | 4 | Dry run of management presentation with Company |
| 07/27/2012 | Ryan Kielty | 1.5 | 2 | Updates to management presentation based on dry run |
| 07/27/2012 | Samuel M. Greene | 4.5 | 4 | Dry run of management presentation with Company |
| 07/26/2012 | Karn S. Chopra | 0.5 | 2 | Follow up call regarding management presentations |
| 07/26/2012 | Karn S. Chopra | 2.0 | 2 | Review updated management presentation |
| 07/26/2012 | Karn S. Chopra | 1.5 | 3 | Call with JSBs about collateral report |
| 07/26/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC regarding sale process update and whole loan data updates |
| 07/26/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about business plan |
| 07/26/2012 | Karn S. Chopra | 0.5 | 4 | Daily call with management |
| 07/26/2012 | Marc D. Puntus | 4.5 | 2 | Final Review of Management Presentation |
| 07/26/2012 | Marc D. Puntus | 0.5 | 2 | Follow up call regarding management presentations |
| 07/26/2012 | Marc D. Puntus | 2.0 | 2 | Review updated management presentation |
| 07/26/2012 | Marc D. Puntus | 1.5 | 3 | Call with JSBs about collateral report |
| 07/26/2012 | Ryan Kielty | 0.5 | 2 | Follow up call regarding management presentations |
| 07/26/2012 | Ryan Kielty | 2.0 | 2 | Review updated management presentation |
| 07/26/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC regarding sale process update and whole loan data updates |
| 07/26/2012 | Samuel M. Greene | 4.5 | 2 | Final Review of Management Presentation |
| 07/26/2012 | Samuel M. Greene | 2.0 | 2 | Review updated management presentation |
| 07/26/2012 | Samuel M. Greene | 1.5 | 3 | Call with JSBs about collateral report |
| 07/25/2012 | Benjamin H. Weingarten | 2.0 | 2 | Calls with whole loan bidders regarding data tapes |
| 07/25/2012 | Karn S. Chopra | 2.0 | 2 | Calls with whole loan bidders regarding data tapes |
| 07/25/2012 | Karn S. Chopra | 1.5 | 2 | Review updated management presentation |
| 07/25/2012 | Karn S. Chopra | 0.5 | 5 | Call with Barclays about small amendment required |
| 07/25/2012 | Karn S. Chopra | 3.0 | 10 | Call with management about financial projections in management presentation |
| 07/25/2012 | Marc D. Puntus | 3.0 | 10 | Call with management about financial projections in management presentation |
| 07/25/2012 | Ryan Kielty | 2.0 | 2 | Calls with whole loan bidders regarding data tapes |
| 07/25/2012 | Samuel M. Greene | 3.0 | 10 | Call with management about financial projections in management presentation |
| 07/24/2012 | Benjamin H. Weingarten | 4.0 | 2 | Draft slides for management presentation |
| 07/24/2012 | Benjamin H. Weingarten | 0.5 | 4 | FHA/VA discussion with management |
| 07/24/2012 | Karn S. Chopra | 6.0 | 1 | ResCap hearing including prep for and calls |
| 07/24/2012 | Karn S. Chopra | 4.0 | 2 | Draft slides for management presentation |
| 07/24/2012 | Karn S. Chopra | 0.5 | 4 | FHA/VA discussion with management |
| 07/24/2012 | Karn S. Chopra | 1.0 | 4 | Pre-hearing meeting with Company and advisors |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                      2/24/2014

Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 07/24/2012 | Marc D. Puntus | 6.0 | 1 | ResCap hearing including prep for and calls |
| 07/24/2012 | Marc D. Puntus | 1.0 | 4 | Pre-hearing meeting with Company and advisors |
| 07/24/2012 | Ryan Kielty | 4.0 | 2 | Draft slides for management presentation |
| 07/24/2012 | Ryan Kielty | 0.5 | 4 | FHA/VA discussion with management |
| 07/24/2012 | Ryan Kielty | 1.0 | 4 | Pre-hearing meeting with Company and advisors |
| 07/24/2012 | Samuel M. Greene | 6.0 | 1 | ResCap hearing including prep for and calls |
| 07/24/2012 | Samuel M. Greene | 1.0 | 4 | Pre-hearing meeting with Company and advisors |
| 07/23/2012 | Benjamin H. Weingarten | 1.0 | 1 | Finalize materials for hearing on 7/24 |
| 07/23/2012 | Benjamin H. Weingarten | 1.5 | 11 | Call amongst advisors to discuss collateral report |
| 07/23/2012 | Karn S. Chopra | 1.0 | 1 | Finalize materials for hearing on 7/24 |
| 07/23/2012 | Karn S. Chopra | 1.0 | 3 | Call with Houlihan about sale process |
| 07/23/2012 | Karn S. Chopra | 2.0 | 4 | Call with Company about servicing transfer agreement with bidder |
| 07/23/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 07/23/2012 | Karn S. Chopra | 1.5 | 11 | Call amongst advisors to discuss collateral report |
| 07/23/2012 | Karn S. Chopra | 1.5 | 11 | Review updated collateral report |
| 07/23/2012 | Marc D. Puntus | 1.5 | 11 | Call amongst advisors to discuss collateral report |
| 07/23/2012 | Marc D. Puntus | 1.5 | 11 | Review updated collateral report |
| 07/23/2012 | Ryan Kielty | 1.0 | 1 | Finalize materials for hearing on 7/24 |
| 07/23/2012 | Ryan Kielty | 1.0 | 3 | Call with Houlihan about sale process |
| 07/23/2012 | Ryan Kielty | 2.0 | 4 | Call with Company about servicing transfer agreement with bidder |
| 07/23/2012 | Ryan Kielty | 1.5 | 11 | Review updated collateral report |
| 07/23/2012 | Samuel M. Greene | 1.5 | 11 | Call amongst advisors to discuss collateral report |
| 07/23/2012 | Samuel M. Greene | 1.5 | 11 | Review updated collateral report |
| 07/20/2012 | Benjamin H. Weingarten | 10.0 | 2 | APA tape review and finalization |
| 07/20/2012 | Benjamin H. Weingarten | 5.0 | 2 | Continued drafting of Management Presentation |
| 07/20/2012 | Benjamin H. Weingarten | 3.0 | 2 | Finalization of initial cost-to-service analysis |
| 07/20/2012 | Benjamin H. Weingarten | 2.0 | 2 | Review of 5/31 whole loan strat |
| 07/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/20/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with JSBs regarding assets remaining in estate |
| 07/20/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of whole loan bidder diligence |
| 07/20/2012 | Karn S. Chopra | 1.5 | 1 | Board call |
| 07/20/2012 | Karn S. Chopra | 2.0 | 2 | Calls with bidders to set up management presentations |
| 07/20/2012 | Karn S. Chopra | 0.5 | 2 | Review additional slides for management presentation |
| 07/20/2012 | Karn S. Chopra | 1.0 | 3 | Call with JSBs regarding assets remaining in estate |
| 07/20/2012 | Karn S. Chopra | 1.0 | 4 | Call with management regarding Kathy Patrick settlement timing |
| 07/20/2012 | Karn S. Chopra | 1.0 | 4 | Prep for Board call |
| 07/20/2012 | Karn S. Chopra | 1.0 | 5 | Call with Barclays about potential amendments to DIP |
| 07/20/2012 | Marc D. Puntus | 1.5 | 1 | Board call |
| 07/20/2012 | Marc D. Puntus | 1.0 | 4 | Prep for Board call |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                            2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/20/2012 | Ryan Kielty | 2.0 | 2 | Calls with bidders to set up management presentations |
| 07/20/2012 | Ryan Kielty | 5.0 | 2 | Continued drafting of Management Presentation |
| 07/20/2012 | Ryan Kielty | 1.0 | 3 | Call with JSBs regarding assets remaining in estate |
| 07/20/2012 | Samuel M. Greene | 1.5 | 1 | Board call |
| 07/20/2012 | Samuel M. Greene | 1.0 | 4 | Prep for Board call |
| 07/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Assistance of co-advisor on purchase price allocation analysis |
| 07/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with prospective whole loan bidders regarding diligence |
| 07/19/2012 | Benjamin H. Weingarten | 2.0 | 2 | Continued drafting of Management Presentation |
| 07/19/2012 | Benjamin H. Weingarten | 1.5 | 2 | Facilitation of whole loan bidder diligence |
| 07/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/19/2012 | Karn S. Chopra | 3.0 | 2 | Review and discuss and revise initial draft of management presentation |
| 07/19/2012 | Karn S. Chopra | 1.0 | 3 | Call with JSB about upcoming dominimus asset sales |
| 07/19/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC about upcoming de minimis asset sales |
| 07/19/2012 | Karn S. Chopra | 1.0 | 4 | Call with advisors about upcoming subservicing meetings |
| 07/19/2012 | Marc D. Puntus | 3.0 | 2 | Review and discuss and revise initial draft of management presentation |
| 07/19/2012 | Marc D. Puntus | 1.0 | 4 | Call with advisors about upcoming subservicing meetings |
| 07/19/2012 | Ryan Kielty | 0.5 | 2 | Call with prospective whole loan bidders regarding diligence |
| 07/19/2012 | Ryan Kielty | 2.0 | 2 | Continued drafting of Management Presentation |
| 07/19/2012 | Ryan Kielty | 1.5 | 2 | Facilitation of whole loan bidder diligence |
| 07/19/2012 | Ryan Kielty | 3.0 | 2 | Review and discuss and revise initial draft of management presentation |
| 07/19/2012 | Samuel M. Greene | 3.0 | 2 | Review and discuss and revise initial draft of management presentation |
| 07/19/2012 | Samuel M. Greene | 1.0 | 4 | Call with advisors about upcoming subservicing meetings |
| 07/18/2012 | Benjamin H. Weingarten | 2.0 | 1 | Created additional slide for Puntus Declaration in Support of Centerview's Retention Application |
| 07/18/2012 | Benjamin H. Weingarten | 1.5 | 4 | Call with management about whole loan compliance review process |
| 07/18/2012 | Benjamin H. Weingarten | 1.0 | 11 | Advisor status update call regarding case and UCC communication |
| 07/18/2012 | Karn S. Chopra | 1.0 | 2 | Call with bidders about whole loan sale process |
| 07/18/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC about compliance review process |
| 07/18/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about whole loan compliance review process |
| 07/18/2012 | Karn S. Chopra | 1.5 | 4 | Daily call with management |
| 07/18/2012 | Karn S. Chopra | 1.0 | 11 | Advisor status update call regarding case and UCC communication |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/18/2012 | Marc D. Puntus | 1.0 | 11 | Advisor status update call regarding case and UCC communication |
| 07/18/2012 | Ryan Kielty | 1.0 | 2 | Call with bidders about whole loan sale process |
| 07/18/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC about compliance review process |
| 07/18/2012 | Ryan Kielty | 1.5 | 4 | Call with management about whole loan compliance review process |
| 07/18/2012 | Ryan Kielty | 1.0 | 11 | Advisor status update call regarding case and UCC communication |
| 07/18/2012 | Samuel M. Greene | 1.0 | 11 | Advisor status update call regarding case and UCC communication |
| 07/17/2012 | Benjamin H. Weingarten | 1.5 | 2 | Various diligence calls with bidders |
| 07/17/2012 | Karn S. Chopra | 1.5 | 2 | Various diligence calls with bidders |
| 07/17/2012 | Karn S. Chopra | 3.0 | 3 | Meeting with UCC regarding sale process, subservicing, etc. |
| 07/17/2012 | Karn S. Chopra | 1.5 | 11 | Advisor call to debrief on UCC meeting and discuss next steps |
| 07/17/2012 | Marc D. Puntus | 3.0 | 3 | Meeting with UCC regarding sale process, subservicing, etc. |
| 07/17/2012 | Ryan Kielty | 1.5 | 2 | Various diligence calls with bidders |
| 07/17/2012 | Samuel M. Greene | 3.0 | 3 | Meeting with UCC regarding sale process, subservicing, etc. |
| 07/16/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued drafting of Management Presentation |
| 07/16/2012 | Benjamin H. Weingarten | 2.5 | 2 | Continued work on cost-to-service analyses |
| 07/16/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/16/2012 | Benjamin H. Weingarten | 2.0 | 3 | Prep for UCC meeting regarding subservicing |
| 07/16/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence |
| 07/16/2012 | Benjamin H. Weingarten | 0.5 | 9 | Handling of UCC diligence request on purchase price analysis |
| 07/16/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about sale process |
| 07/16/2012 | Karn S. Chopra | 2.0 | 3 | Prep for UCC meeting regarding subservicing |
| 07/16/2012 | Karn S. Chopra | 2.5 | 3 | Prepare materials for UCC call |
| 07/16/2012 | Karn S. Chopra | 1.0 | 4 | Daily call with management |
| 07/16/2012 | Marc D. Puntus | 2.0 | 3 | Prep for UCC meeting regarding subservicing |
| 07/16/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC advisors about sale process |
| 07/16/2012 | Ryan Kielty | 2.0 | 3 | Prep for UCC meeting regarding subservicing |
| 07/16/2012 | Ryan Kielty | 2.5 | 3 | Prepare materials for UCC call |
| 07/16/2012 | Ryan Kielty | 0.5 | 9 | Handling of UCC diligence request on purchase price analysis |
| 07/16/2012 | Samuel M. Greene | 2.0 | 3 | Prep for UCC meeting regarding subservicing |
| 07/15/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued drafting of Management Presentation |
| 07/15/2012 | Karn S. Chopra | 1.0 | 2 | Continued drafting of Management Presentation |
| 07/15/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about Ally Bank indemnifications |
| 07/15/2012 | Ryan Kielty | 1.0 | 2 | Continued drafting of Management Presentation |
| 07/13/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/13/2012 | Benjamin H. Weingarten | 0.5 | 4 | Assisted Debtor with APA schedule questions |
| 07/13/2012 | Benjamin H. Weingarten | 1.0 | 9 | Finalized FHA/VA loan tape and strat |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/13/2012 | Karn S. Chopra | 0.5 | 1 | Prep for ResCap hearing |
| 07/13/2012 | Karn S. Chopra | 3.5 | 1 | ResCap hearing |
| 07/13/2012 | Karn S. Chopra | 1.0 | 2 | Review PSA Amendment schedules |
| 07/13/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 07/13/2012 | Karn S. Chopra | 1.5 | 10 | Review June financial performance |
| 07/13/2012 | Marc D. Puntus | 3.5 | 1 | ResCap hearing |
| 07/13/2012 | Marc D. Puntus | 1.5 | 10 | Review June financial performance |
| 07/13/2012 | Ryan Kielty | 1.5 | 10 | Review June financial performance |
| 07/13/2012 | Samuel M. Greene | 3.5 | 1 | ResCap hearing |
| 07/13/2012 | Samuel M. Greene | 1.5 | 10 | Review June financial performance |
| 07/12/2012 | Benjamin H. Weingarten | 1.5 | 2 | Continued work on cost-to-service analysis |
| 07/12/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted purchase price schedule |
| 07/12/2012 | Benjamin H. Weingarten | 1.5 | 4 | ResCap Board Meeting |
| 07/12/2012 | Benjamin H. Weingarten | 1.0 | 9 | Call with bidder to discuss P&L analysis |
| 07/12/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence |
| 07/12/2012 | Karn S. Chopra | 1.5 | 4 | ResCap Board Meeting |
| 07/12/2012 | Marc D. Puntus | 1.5 | 4 | ResCap Board Meeting |
| 07/12/2012 | Ryan Kielty | 2.0 | 2 | Drafted purchase price schedule |
| 07/12/2012 | Ryan Kielty | 1.5 | 4 | ResCap Board Meeting |
| 07/12/2012 | Ryan Kielty | 1.0 | 9 | Call with bidder to discuss P&L analysis |
| 07/12/2012 | Ryan Kielty | 0.5 | 9 | Facilitation of bidder diligence |
| 07/12/2012 | Samuel M. Greene | 1.5 | 4 | ResCap Board Meeting |
| 07/11/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with respect to provision of certain schedules for prospective bidders |
| 07/11/2012 | Benjamin H. Weingarten | 2.0 | 2 | Diligence calls with prospective bidders |
| 07/11/2012 | Benjamin H. Weingarten | 1.5 | 6 | Draft and discuss Marano Declaration |
| 07/11/2012 | Benjamin H. Weingarten | 0.5 | 9 | Dataroom work |
| 07/11/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence questions |
| 07/11/2012 | Benjamin H. Weingarten | 0.5 | 11 | Call to discuss provision of APA schedules and disclosure memoranda to various parties |
| 07/11/2012 | Karn S. Chopra | 1.5 | 2 | Call with bidder and management about PSA amendments |
| 07/11/2012 | Karn S. Chopra | 2.0 | 2 | Diligence calls with prospective bidders |
| 07/11/2012 | Karn S. Chopra | 1.0 | 4 | Call with management about timing of PLS litigation settlement |
| 07/11/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about whole loan assets remaining w/ Platform post-sale |
| 07/11/2012 | Karn S. Chopra | 0.5 | 4 | Call with management for daily update |
| 07/11/2012 | Karn S. Chopra | 1.5 | 6 | Draft and discuss Marano Declaration |
| 07/11/2012 | Karn S. Chopra | 0.5 | 11 | Call to discuss provision of APA schedules and disclosure memoranda to various parties |
| 07/11/2012 | Ryan Kielty | 1.5 | 2 | Call with bidder and management about PSA amendments |
| 07/11/2012 | Ryan Kielty | 0.5 | 2 | Call with respect to provision of certain schedules for prospective bidders |
| 07/11/2012 | Ryan Kielty | 2.0 | 2 | Diligence calls with prospective bidders |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/11/2012 | Ryan Kielty | 0.5 | 4 | Call with management about whole loan assets remaining w/ Platform post-sale |
| 07/10/2012 | Benjamin H. Weingarten | 2.5 | 2 | Diligence calls with prospective bidders |
| 07/10/2012 | Benjamin H. Weingarten | 1.5 | 3 | Whole loan diligence call with the Company |
| 07/10/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call with management to discuss whole loan dataroom |
| 07/10/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call with management to discuss whole loan purchase price analysis |
| 07/10/2012 | Benjamin H. Weingarten | 1.5 | 9 | Continued work on cost-to-service analysis |
| 07/10/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence |
| 07/10/2012 | Karn S. Chopra | 2.5 | 2 | Diligence calls with prospective bidders |
| 07/10/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about whole loan data tapes |
| 07/10/2012 | Karn S. Chopra | 1.5 | 3 | Whole loan diligence call with the Company |
| 07/10/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about PSA amendments and whole loan servicing post-sale |
| 07/10/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss whole loan dataroom |
| 07/10/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss whole loan purchase price analysis |
| 07/10/2012 | Karn S. Chopra | 1.0 | 4 | Prepare slides for 7/12 Board Meeting |
| 07/10/2012 | Marc D. Puntus | 4.0 | 1 | Meet with Schrock re: case generally, sale process, etc. |
| 07/10/2012 | Marc D. Puntus | 1.0 | 4 | Prepare slides for 7/12 Board Meeting |
| 07/10/2012 | Ryan Kielty | 2.5 | 2 | Diligence calls with prospective bidders |
| 07/10/2012 | Ryan Kielty | 1.5 | 3 | Whole loan diligence call with the Company |
| 07/10/2012 | Ryan Kielty | 1.5 | 4 | Call with management about PSA amendments and whole loan servicing post-sale |
| 07/10/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss whole loan dataroom |
| 07/10/2012 | Ryan Kielty | 1.0 | 4 | Call with management to discuss whole loan purchase price analysis |
| 07/10/2012 | Ryan Kielty | 1.0 | 4 | Prepare slides for 7/12 Board Meeting |
| 07/10/2012 | Samuel M. Greene | 1.0 | 4 | Prepare slides for 7/12 Board Meeting |
| 07/09/2012 | Benjamin H. Weingarten | 0.5 | 2 | Diligence and Management Presentation call with the Company |
| 07/09/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafting of Management Presentation |
| 07/09/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/09/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with JSB advisors about asset rollforwards |
| 07/09/2012 | Benjamin H. Weingarten | 1.0 | 4 | UCC whole loan diligence pre-call |
| 07/09/2012 | Benjamin H. Weingarten | 2.0 | 9 | Began work on various cost-to-service analyses |
| 07/09/2012 | Benjamin H. Weingarten | 1.0 | 9 | Review of FHA/VA diligence items |
| 07/09/2012 | Karn S. Chopra | 2.0 | 2 | Diligence calls with prospective bidders |
| 07/09/2012 | Karn S. Chopra | 1.0 | 3 | Call with JSB advisors about asset rollforwards |
| 07/09/2012 | Karn S. Chopra | 1.0 | 4 | Call with management about asset rollforwards |
| 07/09/2012 | Karn S. Chopra | 1.5 | 4 | Call with management for daily update |
| 07/09/2012 | Ryan Kielty | 0.5 | 2 | Diligence and Management Presentation call with the Company |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/09/2012 | Ryan Kielty | 2.0 | 2 | Diligence calls with prospective bidders |
| 07/09/2012 | Ryan Kielty | 1.0 | 4 | Call with management about asset rollforwards |
| 07/09/2012 | Ryan Kielty | 1.0 | 4 | UCC whole loan diligence pre-call |
| 07/06/2012 | Benjamin H. Weingarten | 1.5 | 3 | Call with JSB advisors about Aurelius letter and next steps |
| 07/06/2012 | Benjamin H. Weingarten | 0.5 | 9 | Prepared liability schedule for UCC |
| 07/06/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review of Aurelius follow-up letter |
| 07/06/2012 | Karn S. Chopra | 1.5 | 3 | Call with JSB advisors about Aurelius letter and next steps |
| 07/06/2012 | Karn S. Chopra | 0.5 | 11 | Review of Aurelius follow-up letter |
| 07/06/2012 | Ryan Kielty | 1.5 | 3 | Call with JSB advisors about Aurelius letter and next steps |
| 07/06/2012 | Ryan Kielty | 0.5 | 11 | Review of Aurelius follow-up letter |
| 07/05/2012 | Benjamin H. Weingarten | 2.0 | 2 | Finalized projected purchase price analysis |
| 07/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Reviewed whole loan bid analysis prepared by Debtor |
| 07/05/2012 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed reply letter to AFI |
| 07/05/2012 | Karn S. Chopra | 2.0 | 2 | Finalized projected purchase price analysis |
| 07/05/2012 | Karn S. Chopra | 0.5 | 2 | Reviewed whole loan bid analysis prepared by Debtor |
| 07/05/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors about history of origination |
| 07/05/2012 | Karn S. Chopra | 1.0 | 3 | Review purchase price analysis for creditors |
| 07/05/2012 | Karn S. Chopra | 1.5 | 11 | Draft summary of historical origination / servicing arrangement between Debtors and Ally Bank |
| 07/05/2012 | Karn S. Chopra | 1.5 | 11 | Read and provided comments to Debtor response to Ally Bank letter about indemnification payments |
| 07/05/2012 | Karn S. Chopra | 0.5 | 11 | Reviewed reply letter to AFI |
| 07/05/2012 | Ryan Kielty | 2.0 | 2 | Finalized projected purchase price analysis |
| 07/05/2012 | Ryan Kielty | 0.5 | 2 | Reviewed whole loan bid analysis prepared by Debtor |
| 07/05/2012 | Ryan Kielty | 0.5 | 11 | Reviewed reply letter to AFI |
| 07/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with whole loan bidder about data tapes and file reviews |
| 07/03/2012 | Benjamin H. Weingarten | 2.0 | 2 | Cleaned up dataroom |
| 07/03/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted purchase price analysis |
| 07/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Handled bidder diligence request on disclosures, schedules and collateral reports |
| 07/03/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review of response letter to Aurelius memo |
| 07/03/2012 | Karn S. Chopra | 0.5 | 2 | Call with whole loan bidder about data tapes and file reviews |
| 07/03/2012 | Karn S. Chopra | 0.5 | 11 | Review of response letter to Aurelius memo |
| 07/03/2012 | Ryan Kielty | 5.0 | 1 | Drafting Centerview Retention Application |
| 07/03/2012 | Ryan Kielty | 0.5 | 2 | Call with whole loan bidder about data tapes and file reviews |
| 07/03/2012 | Ryan Kielty | 0.5 | 11 | Review of response letter to Aurelius memo |
| 07/02/2012 | Benjamin H. Weingarten | 3.0 | 2 | Call with prospective bidders regarding diligence |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 07/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom call with co-advisor |
| 07/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Discussion on reorganization of dataroom |
| 07/02/2012 | Benjamin H. Weingarten | 1.5 | 2 | Drafted projected purchase price analysis |
| 07/02/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted purchase price schedule |
| 07/02/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 07/02/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence requests |
| 07/02/2012 | Benjamin H. Weingarten | 0.5 | 9 | Handling of whole loan bidder diligence |
| 07/02/2012 | Benjamin H. Weingarten | 1.0 | 9 | Review of FHA/VA loan tape |
| 07/02/2012 | Karn S. Chopra | 3.0 | 2 | Call with prospective bidders regarding diligence |
| 07/02/2012 | Karn S. Chopra | 1.5 | 4 | Call with management to prep for meeting with UCC |
| 07/02/2012 | Karn S. Chopra | 3.0 | 4 | Meeting with UCC advisors about origination and Ally Bank subservicing |
| 07/02/2012 | Karn S. Chopra | 1.5 | 4 | Read, analyzed and discussed Aurelius letter to JSBs |
| 07/02/2012 | Ryan Kielty | 3.0 | 2 | Call with prospective bidders regarding diligence |
| 07/02/2012 | Ryan Kielty | 1.5 | 4 | Read, analyzed and discussed Aurelius letter to JSBs |
| 07/02/2012 | Samuel M. Greene | 5.0 | 3 | Met with UCC advisors |
| 07/02/2012 | Samuel M. Greene | 1.5 | 4 | Read, analyzed and discussed Aurelius letter to JSBs |
| 07/01/2012 | Benjamin H. Weingarten | 0.5 | 11 | Reviewed Aurelius letter to JSBs |
| 07/01/2012 | Marc D. Puntus | 0.5 | 1 | Call with Karn re: subservicing and UCC issues and related |
| 06/29/2012 | Benjamin H. Weingarten | 1.5 | 9 | Finalization of whole loan bidder diligence list |
| 06/29/2012 | Karn S. Chopra | 1.5 | 3 | Call with JSB advisors about revised collateral analysis |
| 06/29/2012 | Karn S. Chopra | 2.5 | 3 | Review updated JSB collateral analysis |
| 06/29/2012 | Marc D. Puntus | 2.5 | 1 | Review of Centerview Retention Application |
| 06/29/2012 | Ryan Kielty | 1.5 | 3 | Call with JSB advisors about revised collateral analysis |
| 06/29/2012 | Samuel M. Greene | 2.5 | 1 | Review of Centerview Retention Application |
| 06/28/2012 | Benjamin H. Weingarten | 1.0 | 2 | Whole loan bidder diligence call and follow-up |
| 06/28/2012 | Benjamin H. Weingarten | 1.0 | 3 | Calls about changes in JSB collateral |
| 06/28/2012 | Benjamin H. Weingarten | 3.0 | 3 | Review and work on collateral analysis for Junior Secured Bonds |
| 06/28/2012 | Benjamin H. Weingarten | 1.0 | 9 | Facilitating of UCC diligence requests |
| 06/28/2012 | Benjamin H. Weingarten | 1.5 | 9 | Prepared whole loan bidder diligence list |
| 06/28/2012 | Karn S. Chopra | 1.0 | 3 | Calls about changes in JSB collateral |
| 06/28/2012 | Karn S. Chopra | 3.0 | 3 | Review and work on collateral analysis for Junior Secured Bonds |
| 06/28/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 06/28/2012 | Samuel M. Greene | 3.0 | 1 | Reviewed various statements and filings |
| 06/27/2012 | Benjamin H. Weingarten | 2.0 | 2 | Calls regarding whole loan diligence |
| 06/27/2012 | Benjamin H. Weingarten | 1.5 | 2 | Drafted projected purchase price analysis |
| 06/27/2012 | Benjamin H. Weingarten | 1.5 | 2 | Whole loan bidder diligence call and analysis review |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/27/2012 | Karn S. Chopra | 2.0 | 2 | Calls regarding whole loan diligence |
| 06/27/2012 | Karn S. Chopra | 1.5 | 2 | Calls with MoFo re: sale process, subservicing issues, related |
| 06/27/2012 | Karn S. Chopra | 2.5 | 3 | Call with UCC about subservicing - revised presentation |
| 06/27/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 06/27/2012 | Karn S. Chopra | 1.5 | 11 | Call with Ally advisors about subservicing |
| 06/27/2012 | Marc D. Puntus | 1.5 | 2 | Calls with MoFo re: sale process, subservicing issues, related |
| 06/27/2012 | Marc D. Puntus | 2.5 | 3 | Call with UCC about subservicing - revised presentation |
| 06/27/2012 | Ryan Kielty | 2.0 | 2 | Calls regarding whole loan diligence |
| 06/27/2012 | Ryan Kielty | 1.5 | 2 | Whole loan bidder diligence call and analysis review |
| 06/27/2012 | Samuel M. Greene | 1.5 | 2 | Calls with MoFo re: sale process, subservicing issues, related |
| 06/27/2012 | Samuel M. Greene | 2.5 | 3 | Call with UCC about subservicing - revised presentation |
| 06/26/2012 | Benjamin H. Weingarten | 1.5 | 2 | Drafted internal purchase price schedule |
| 06/26/2012 | Benjamin H. Weingarten | 2.5 | 2 | Finalization of whole loan stratification |
| 06/26/2012 | Benjamin H. Weingarten | 1.0 | 2 | Meeting internally to discuss sale process milestones/next steps |
| 06/26/2012 | Benjamin H. Weingarten | 0.5 | 9 | Call with management regarding bidder whole loan diligence |
| 06/26/2012 | Benjamin H. Weingarten | 2.5 | 9 | Handling of whole loan bidder diligence requests |
| 06/26/2012 | Karn S. Chopra | 1.0 | 2 | Meeting internally to discuss sale process milestones/next steps |
| 06/26/2012 | Karn S. Chopra | 1.5 | 3 | Call with creditor (JSB) about case, next steps, sale process, etc. |
| 06/26/2012 | Karn S. Chopra | 2.0 | 3 | Work on various analyses requested by UCC advisors |
| 06/26/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about decision to stop reimbursing Ally Bank indemnification payments |
| 06/26/2012 | Karn S. Chopra | 2.5 | 11 | Review and work on Ally Bank subservicing presentation |
| 06/26/2012 | Marc D. Puntus | 1.0 | 2 | Meeting internally to discuss sale process milestones/next steps |
| 06/26/2012 | Ryan Kielty | 1.5 | 2 | Drafted internal purchase price schedule |
| 06/26/2012 | Ryan Kielty | 1.0 | 2 | Meeting internally to discuss sale process milestones/next steps |
| 06/26/2012 | Ryan Kielty | 1.5 | 3 | Call with creditor (JSB) about case, next steps, sale process, etc. |
| 06/26/2012 | Ryan Kielty | 2.0 | 3 | Work on various analyses requested by UCC advisors |
| 06/26/2012 | Ryan Kielty | 2.5 | 9 | Handling of whole loan bidder diligence requests |
| 06/26/2012 | Samuel M. Greene | 1.0 | 2 | Meeting internally to discuss sale process milestones/next steps |
| 06/26/2012 | Samuel M. Greene | 2.0 | 3 | Work on various analyses requested by UCC advisors |
| 06/25/2012 | Benjamin H. Weingarten | 5.0 | 2 | Continued review of whole loan stratification |

**Centerview Partners  LLC**

*Detail Report (by Date)*

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/25/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted projected purchase price analysis |
| 06/25/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/25/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with UCC advisors about subservicing profitability |
| 06/25/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors about subservicing profitability |
| 06/25/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about loan modifications |
| 06/25/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about whole loan portfolio bids |
| 06/25/2012 | Karn S. Chopra | 1.0 | 11 | Call with Evercore providing update on case and subservicing negotiations |
| 06/25/2012 | Karn S. Chopra | 2.5 | 11 | Work on presentation justifying Ally subservicing |
| 06/25/2012 | Marc D. Puntus | 1.0 | 3 | Call with UCC advisors about subservicing profitability |
| 06/25/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors about subservicing profitability |
| 06/25/2012 | Ryan Kielty | 1.5 | 4 | Call with management about loan modifications |
| 06/25/2012 | Ryan Kielty | 1.5 | 4 | Call with management about whole loan portfolio bids |
| 06/24/2012 | Benjamin H. Weingarten | 3.0 | 2 | Review of whole loan stratification |
| 06/24/2012 | Benjamin H. Weingarten | 3.0 | 10 | Cleaned up business plan model for release to bidders |
| 06/24/2012 | Ryan Kielty | 3.0 | 10 | Cleaned up business plan model for release to bidders |
| 06/23/2012 | Benjamin H. Weingarten | 2.0 | 2 | Reviewed Debtor-prepared PSA amendment purchase price sensitivity analysis and provided commentary |
| 06/23/2012 | Benjamin H. Weingarten | 1.0 | 9 | Developed whole loan diligence tracker |
| 06/23/2012 | Benjamin H. Weingarten | 1.5 | 9 | Prepared and sent whole loan diligence to UCC |
| 06/23/2012 | Benjamin H. Weingarten | 2.0 | 11 | Preparation of subservicing analysis for co-advisor |
| 06/23/2012 | Ryan Kielty | 2.0 | 11 | Preparation of subservicing analysis for co-advisor |
| 06/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitated whole loan diligence with the Debtor |
| 06/22/2012 | Benjamin H. Weingarten | 8.0 | 2 | Finalization of CIM |
| 06/22/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/22/2012 | Benjamin H. Weingarten | 2.0 | 4 | Call with ResCap team to prepare for call with UCC about subservicing |
| 06/22/2012 | Benjamin H. Weingarten | 1.0 | 9 | Call with the Company to discuss UCC questions on the whole loan portfolio |
| 06/22/2012 | Karn S. Chopra | 1.0 | 2 | Call with prospective bidders regarding diligence |
| 06/22/2012 | Karn S. Chopra | 2.0 | 3 | Call with UCC advisors about subservicing |
| 06/22/2012 | Karn S. Chopra | 1.5 | 4 | Call with management about profitability of Ally Bank subservicing agreement |
| 06/22/2012 | Karn S. Chopra | 2.0 | 4 | Call with ResCap team to prepare for call with UCC about subservicing |
| 06/22/2012 | Karn S. Chopra | 1.0 | 4 | Daily call with management about number of topics |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/22/2012 | Marc D. Puntus | 2.0 | 4 | Call with ResCap team to prepare for call with UCC about subservicing |
| 06/22/2012 | Ryan Kielty | 8.0 | 2 | Finalization of CIM |
| 06/22/2012 | Ryan Kielty | 2.0 | 4 | Call with ResCap team to prepare for call with UCC about subservicing |
| 06/22/2012 | Ryan Kielty | 1.0 | 9 | Call with the Company to discuss UCC questions on the whole loan portfolio |
| 06/22/2012 | Samuel M. Greene | 2.0 | 4 | Call with ResCap team to prepare for call with UCC about subservicing |
| 06/21/2012 | Benjamin H. Weingarten | 1.5 | 1 | Preparation of professional fees analysis |
| 06/21/2012 | Benjamin H. Weingarten | 4.0 | 2 | Continued drafting of CIM |
| 06/21/2012 | Benjamin H. Weingarten | 4.0 | 2 | Review of APA tapes |
| 06/21/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/21/2012 | Benjamin H. Weingarten | 5.0 | 2 | Work on whole loan portfolio stratification |
| 06/21/2012 | Benjamin H. Weingarten | 3.5 | 4 | Call with management about CIM |
| 06/21/2012 | Benjamin H. Weingarten | 2.0 | 4 | Call with management to review draft of CIM |
| 06/21/2012 | Benjamin H. Weingarten | 0.5 | 4 | Follow-up call with Debtor on origination analysis |
| 06/21/2012 | Benjamin H. Weingarten | 1.0 | 9 | Call with bidder to discuss valuation of advances |
| 06/21/2012 | Benjamin H. Weingarten | 1.0 | 10 | Continued work on business plan model |
| 06/21/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidders about diligence questions |
| 06/21/2012 | Karn S. Chopra | 1.5 | 2 | Review and revise CIM |
| 06/21/2012 | Karn S. Chopra | 3.5 | 4 | Call with management about CIM |
| 06/21/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about non-GSE loan repurchases |
| 06/21/2012 | Karn S. Chopra | 2.0 | 4 | Call with management to review draft of CIM |
| 06/21/2012 | Karn S. Chopra | 1.5 | 10 | Review and revise business plan |
| 06/21/2012 | Ryan Kielty | 1.5 | 1 | Preparation of professional fees analysis |
| 06/21/2012 | Ryan Kielty | 4.0 | 2 | Continued drafting of CIM |
| 06/21/2012 | Ryan Kielty | 3.5 | 4 | Call with management about CIM |
| 06/21/2012 | Ryan Kielty | 2.0 | 4 | Call with management to review draft of CIM |
| 06/21/2012 | Ryan Kielty | 1.0 | 9 | Call with bidder to discuss valuation of advances |
| 06/21/2012 | Samuel M. Greene | 4.0 | 2 | Meeting with prospective bidder |
| 06/20/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with Berkshire about whole loan portfolio |
| 06/20/2012 | Benjamin H. Weingarten | 1.5 | 2 | Call with the Debtor to review CIM |
| 06/20/2012 | Benjamin H. Weingarten | 2.5 | 2 | Continued drafting of CIM |
| 06/20/2012 | Benjamin H. Weingarten | 1.5 | 2 | Drafted adjusted purchase price summary for amended APAs |
| 06/20/2012 | Benjamin H. Weingarten | 4.0 | 2 | Review of APA tapes |
| 06/20/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/20/2012 | Benjamin H. Weingarten | 0.5 | 9 | Assistance with diligence on servicing agreements associated with whole loan portfolio |
| 06/20/2012 | Benjamin H. Weingarten | 0.5 | 9 | Assistance with UCC diligence on whole loan portfolio |
| 06/20/2012 | Benjamin H. Weingarten | 0.5 | 10 | Call with Debtor on updated business plan assumptions |
| 06/20/2012 | Benjamin H. Weingarten | 1.5 | 10 | Continued work on business plan model |
| 06/20/2012 | Karn S. Chopra | 1.5 | 2 | Call with Berkshire about whole loan portfolio |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/20/2012 | Karn S. Chopra | 2.5 | 2 | Calls with various bidders about sale procedures post court approval |
| 06/20/2012 | Karn S. Chopra | 1.5 | 2 | Negotiation of NDAs with bidders |
| 06/20/2012 | Karn S. Chopra | 5.0 | 2 | Review and revise CIM |
| 06/20/2012 | Karn S. Chopra | 1.0 | 4 | Update call with management |
| 06/20/2012 | Karn S. Chopra | 0.5 | 9 | Assistance with diligence on servicing agreements associated with whole loan portfolio |
| 06/20/2012 | Marc D. Puntus | 1.0 | 4 | Update call with management |
| 06/20/2012 | Ryan Kielty | 1.5 | 2 | Call with Berkshire about whole loan portfolio |
| 06/20/2012 | Ryan Kielty | 1.5 | 2 | Call with the Debtor to review CIM |
| 06/20/2012 | Ryan Kielty | 0.5 | 10 | Call with Debtor on updated business plan assumptions |
| 06/20/2012 | Samuel M. Greene | 1.0 | 4 | Update call with management |
| 06/19/2012 | Benjamin H. Weingarten | 2.0 | 2 | Continued drafting of CIM |
| 06/19/2012 | Benjamin H. Weingarten | 1.0 | 2 | Dataroom work |
| 06/19/2012 | Benjamin H. Weingarten | 3.5 | 2 | Review of APA tapes |
| 06/19/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/19/2012 | Benjamin H. Weingarten | 1.0 | 4 | Board call to discuss revised bids |
| 06/19/2012 | Benjamin H. Weingarten | 0.5 | 9 | Review of whole loan tape |
| 06/19/2012 | Benjamin H. Weingarten | 2.5 | 10 | Continued work on business plan model |
| 06/19/2012 | Karn S. Chopra | 2.0 | 1 | In court for hearings |
| 06/19/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC about loss mitigation |
| 06/19/2012 | Karn S. Chopra | 1.0 | 4 | Board call to discuss revised bids |
| 06/19/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about brokerage fee in origination motion |
| 06/19/2012 | Karn S. Chopra | 1.0 | 4 | Call with management to discuss Ally Bank indemnity payments |
| 06/19/2012 | Marc D. Puntus | 1.0 | 4 | Board call to discuss revised bids |
| 06/19/2012 | Ryan Kielty | 2.0 | 2 | Continued drafting of CIM |
| 06/19/2012 | Ryan Kielty | 3.5 | 2 | Review of APA tapes |
| 06/19/2012 | Ryan Kielty | 1.5 | 3 | Call with UCC about loss mitigation |
| 06/19/2012 | Ryan Kielty | 1.0 | 4 | Board call to discuss revised bids |
| 06/19/2012 | Samuel M. Greene | 1.0 | 4 | Board call to discuss revised bids |
| 06/18/2012 | Benjamin H. Weingarten | 8.0 | 1 | In court for hearings |
| 06/18/2012 | Benjamin H. Weingarten | 0.5 | 2 | Drafted bid analysis |
| 06/18/2012 | Benjamin H. Weingarten | 1.5 | 4 | Meeting with management to discuss revised bids and hearing results |
| 06/18/2012 | Benjamin H. Weingarten | 1.5 | 9 | Faciliated with management outstanding diligence/APA items |
| 06/18/2012 | Karn S. Chopra | 8.0 | 1 | In court for hearings |
| 06/18/2012 | Karn S. Chopra | 1.5 | 4 | Meeting with management to discuss revised bids and hearing results |
| 06/18/2012 | Marc D. Puntus | 8.0 | 1 | In court for hearings |
| 06/18/2012 | Marc D. Puntus | 1.5 | 4 | Meeting with management to discuss revised bids and hearing results |
| 06/18/2012 | Ryan Kielty | 8.0 | 1 | In court for hearings |
| 06/18/2012 | Ryan Kielty | 0.5 | 2 | Drafted bid analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/18/2012 | Ryan Kielty | 1.5 | 4 | Meeting with management to discuss revised bids and hearing results |
| 06/18/2012 | Ryan Kielty | 1.5 | 9 | Faciliated with management outstanding diligence/APA items |
| 06/18/2012 | Samuel M. Greene | 8.0 | 1 | In court for hearings |
| 06/18/2012 | Samuel M. Greene | 1.5 | 4 | Meeting with management to discuss revised bids and hearing results |
| 06/17/2012 | Benjamin H. Weingarten | 1.5 | 1 | Review of materials prior to sale procedures hearing |
| 06/17/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/17/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call regarding competing bids for whole loan portfolio with management |
| 06/17/2012 | Karn S. Chopra | 1.5 | 1 | Review of materials prior to sale procedures hearing |
| 06/17/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC about subservicing |
| 06/17/2012 | Karn S. Chopra | 1.5 | 3 | Prepare with Company for call with UCC about sub-servicing |
| 06/17/2012 | Marc D. Puntus | 1.5 | 1 | Review of materials prior to sale procedures hearing |
| 06/17/2012 | Marc D. Puntus | 1.5 | 3 | Prepare with Company for call with UCC about sub-servicing |
| 06/17/2012 | Ryan Kielty | 1.5 | 1 | Review of materials prior to sale procedures hearing |
| 06/17/2012 | Ryan Kielty | 1.5 | 3 | Prepare with Company for call with UCC about sub-servicing |
| 06/17/2012 | Samuel M. Greene | 1.5 | 1 | Review of materials prior to sale procedures hearing |
| 06/17/2012 | Samuel M. Greene | 0.5 | 4 | Call regarding competing bids for whole loan portfolio with management |
| 06/16/2012 | Benjamin H. Weingarten | 3.5 | 2 | Review of APA tapes |
| 06/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Call with the Company on CIM updates |
| 06/15/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/15/2012 | Benjamin H. Weingarten | 1.5 | 4 | Board Meeting to discuss revised bids |
| 06/15/2012 | Benjamin H. Weingarten | 1.5 | 4 | Finalize presentation for Board |
| 06/15/2012 | Benjamin H. Weingarten | 0.5 | 9 | Facilitation of bidder diligence with the Debtor |
| 06/15/2012 | Benjamin H. Weingarten | 1.5 | 9 | Work facilitating preparation of APA and DIP diligence items |
| 06/15/2012 | Benjamin H. Weingarten | 1.0 | 10 | Continued work on business plan model |
| 06/15/2012 | Benjamin H. Weingarten | 0.5 | 11 | Review of Ally Bank letter |
| 06/15/2012 | Karn S. Chopra | 2.0 | 2 | Meet with UCC advisors and Fortress re: sale process |
| 06/15/2012 | Karn S. Chopra | 2.0 | 2 | Meeting with bidder and UCC on sale procedures |
| 06/15/2012 | Karn S. Chopra | 2.5 | 3 | Call with UCC about all motions, focus on Ally sub-servicing |
| 06/15/2012 | Karn S. Chopra | 1.0 | 3 | Meeting with UCC on DIP motions |
| 06/15/2012 | Karn S. Chopra | 1.5 | 4 | Board Meeting to discuss revised bids |
| 06/15/2012 | Karn S. Chopra | 1.5 | 4 | Finalize presentation for Board |
| 06/15/2012 | Marc D. Puntus | 2.0 | 2 | Meet with UCC advisors and Fortress re: sale process |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/15/2012 | Marc D. Puntus | 2.5 | 3 | Call with UCC about all motions, focus on Ally sub-servicing |
| 06/15/2012 | Marc D. Puntus | 1.5 | 4 | Board Meeting to discuss revised bids |
| 06/15/2012 | Marc D. Puntus | 1.5 | 4 | Finalize presentation for Board |
| 06/15/2012 | Ryan Kielty | 0.5 | 2 | Call with the Company on CIM updates |
| 06/15/2012 | Ryan Kielty | 1.5 | 4 | Board Meeting to discuss revised bids |
| 06/15/2012 | Ryan Kielty | 1.0 | 10 | Continued work on business plan model |
| 06/15/2012 | Ryan Kielty | 0.5 | 11 | Review of Ally Bank letter |
| 06/15/2012 | Samuel M. Greene | 2.0 | 2 | Meet with UCC advisors and Fortress re: sale process |
| 06/15/2012 | Samuel M. Greene | 2.5 | 3 | Call with UCC about all motions, focus on Ally sub-servicing |
| 06/15/2012 | Samuel M. Greene | 1.5 | 4 | Board Meeting to discuss revised bids |
| 06/15/2012 | Samuel M. Greene | 1.5 | 4 | Finalize presentation for Board |
| 06/14/2012 | Benjamin H. Weingarten | 0.5 | 1 | Production of Court documents for our deal team |
| 06/14/2012 | Benjamin H. Weingarten | 0.5 | 2 | Assisted Debtor with APA tape preparation |
| 06/14/2012 | Benjamin H. Weingarten | 3.0 | 2 | Continued work on CIM |
| 06/14/2012 | Benjamin H. Weingarten | 2.0 | 2 | Finalization of break-up fee analysis |
| 06/14/2012 | Benjamin H. Weingarten | 2.0 | 10 | Continued work on business plan model |
| 06/14/2012 | Karn S. Chopra | 2.0 | 2 | Finalization of break-up fee analysis |
| 06/14/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about sale process |
| 06/14/2012 | Karn S. Chopra | 1.0 | 4 | Work on Board Presentation |
| 06/14/2012 | Karn S. Chopra | 3.5 | 6 | Work on Greene Declaration |
| 06/14/2012 | Karn S. Chopra | 1.0 | 6 | Work on Puntus Declaration |
| 06/14/2012 | Karn S. Chopra | 3.0 | 10 | Work on business plan for CIM |
| 06/14/2012 | Marc D. Puntus | 1.0 | 6 | Work on Puntus Declaration |
| 06/14/2012 | Ryan Kielty | 3.5 | 6 | Work on Greene Declaration |
| 06/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued drafting of CIM |
| 06/13/2012 | Benjamin H. Weingarten | 1.0 | 2 | Finalization of PSA purchase price sensitivity analysis. |
| 06/13/2012 | Benjamin H. Weingarten | 1.0 | 3 | Follow-up call with Company regarding origination/Ally subservicing |
| 06/13/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call regarding analysis prepared for bidder |
| 06/13/2012 | Benjamin H. Weingarten | 1.0 | 9 | Facilitating analysis between the Debtor and bidder |
| 06/13/2012 | Benjamin H. Weingarten | 2.5 | 10 | Continued work on business plan model |
| 06/13/2012 | Karn S. Chopra | 1.0 | 3 | Follow-up call with Company regarding origination/Ally subservicing |
| 06/13/2012 | Karn S. Chopra | 4.5 | 3 | Meeting with UCC advisors about DIP budget and waterfall |
| 06/13/2012 | Karn S. Chopra | 1.0 | 4 | Call with management about how to address objections |
| 06/13/2012 | Karn S. Chopra | 0.5 | 5 | Call with Barclays about changes to DIP motion |
| 06/13/2012 | Karn S. Chopra | 1.0 | 5 | Review new declaration and meet with Chopra re: same |
| 06/13/2012 | Karn S. Chopra | 1.5 | 6 | Work on Greene Declaration |
| 06/13/2012 | Karn S. Chopra | 1.0 | 6 | Work on Puntus Declaration |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    *2/24/2014*

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/13/2012 | Marc D. Puntus | 1.0 | 2 | Calls with Paul Ferdinands (counsel for Lone Star) re: whole loan sale process, objection, other issues, and follow up internally and with MoFo |
| 06/13/2012 | Marc D. Puntus | 1.5 | 2 | Meet with Fortress re: sale process, bid procedures, objections, etc. |
| 06/13/2012 | Marc D. Puntus | 1.0 | 5 | Review new declaration and meet with Chopra re: same |
| 06/13/2012 | Ryan Kielty | 1.0 | 3 | Follow-up call with Company regarding origination/Ally subservicing |
| 06/13/2012 | Ryan Kielty | 0.5 | 4 | Call regarding analysis prepared for bidder |
| 06/13/2012 | Samuel M. Greene | 1.5 | 2 | Call with prospective bidder |
| 06/13/2012 | Samuel M. Greene | 1.5 | 2 | Meet with Fortress re: sale process, bid procedures, objections, etc. |
| 06/12/2012 | Benjamin H. Weingarten | 4.0 | 2 | Continued drafting of CIM |
| 06/12/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 06/12/2012 | Benjamin H. Weingarten | 2.0 | 2 | Preparation of analysis on competing APAs |
| 06/12/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call with management about objections received |
| 06/12/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call with management regarding outstanding bidder diligence requests and business plan |
| 06/12/2012 | Benjamin H. Weingarten | 1.5 | 4 | Discussion on advances by trustee in connection with PSA purchase price sensitivity analysis |
| 06/12/2012 | Benjamin H. Weingarten | 4.0 | 10 | Continued work on business plan model |
| 06/12/2012 | Karn S. Chopra | 3.0 | 1 | Hearing in front of Judge Glenn |
| 06/12/2012 | Karn S. Chopra | 1.0 | 1 | Prep for hearing |
| 06/12/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss first day motions |
| 06/12/2012 | Karn S. Chopra | 0.5 | 4 | Call with management about objections received |
| 06/12/2012 | Karn S. Chopra | 1.0 | 5 | Review DIP budget and variance analysis |
| 06/12/2012 | Karn S. Chopra | 1.0 | 11 | Call amongst advisors to discuss objections |
| 06/12/2012 | Ryan Kielty | 4.0 | 2 | Continued drafting of CIM |
| 06/12/2012 | Ryan Kielty | 2.0 | 2 | Preparation of analysis on competing APAs |
| 06/12/2012 | Ryan Kielty | 0.5 | 4 | Call with management about objections received |
| 06/12/2012 | Ryan Kielty | 4.0 | 10 | Continued work on business plan model |
| 06/12/2012 | Samuel M. Greene | 6.0 | 1 | In court for hearing |
| 06/12/2012 | Samuel M. Greene | 1.5 | 2 | Call with prospective bidder |
| 06/12/2012 | Samuel M. Greene | 1.0 | 8 | Travel to and from hearing |
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 1 | Preparation of data tapes for the Court |
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued drafting of CIM |
| 06/11/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom assistance with co-advisor |
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prepared analysis in connection with revised business plan |
| 06/11/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/11/2012 | Benjamin H. Weingarten | 0.5 | 3 | Follow-up call with the Company regarding Freddie Mac Termination metrics |
| 06/11/2012 | Benjamin H. Weingarten | 3.0 | 6 | Review Sam's deposition transcript |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 9 | Review of and assistance with analysis prepared by UCC regarding serviced assets |
| 06/11/2012 | Benjamin H. Weingarten | 2.5 | 10 | Continued work on business plan model |
| 06/11/2012 | Benjamin H. Weingarten | 1.0 | 10 | Reviewed revised business plan with management |
| 06/11/2012 | Karn S. Chopra | 1.0 | 2 | Calls with prospective bidders |
| 06/11/2012 | Karn S. Chopra | 2.0 | 2 | Review objections |
| 06/11/2012 | Karn S. Chopra | 0.5 | 3 | Follow-up call with the Company regarding Freddie Mac Termination metrics |
| 06/11/2012 | Karn S. Chopra | 0.5 | 4 | Daily update call with management |
| 06/11/2012 | Karn S. Chopra | 3.0 | 6 | Review Sam's deposition transcript |
| 06/11/2012 | Karn S. Chopra | 1.0 | 10 | Reviewed revised business plan with management |
| 06/11/2012 | Marc D. Puntus | 2.0 | 2 | Review objections |
| 06/11/2012 | Ryan Kielty | 1.0 | 2 | Prepared analysis in connection with revised business plan |
| 06/11/2012 | Ryan Kielty | 2.0 | 2 | Review objections |
| 06/11/2012 | Ryan Kielty | 0.5 | 3 | Follow-up call with the Company regarding Freddie Mac Termination metrics |
| 06/11/2012 | Ryan Kielty | 1.0 | 9 | Review of and assistance with analysis prepared by UCC regarding serviced assets |
| 06/11/2012 | Ryan Kielty | 1.0 | 10 | Reviewed revised business plan with management |
| 06/11/2012 | Samuel M. Greene | 1.5 | 2 | Call with prospective bidder |
| 06/11/2012 | Samuel M. Greene | 2.0 | 2 | Review objections |
| 06/10/2012 | Benjamin H. Weingarten | 2.0 | 3 | Finalization of bid summary for UCC |
| 06/10/2012 | Benjamin H. Weingarten | 0.5 | 4 | Additional pre-call regarding Supplemental Servicing discussion with the UCC |
| 06/10/2012 | Karn S. Chopra | 2.0 | 3 | Finalization of bid summary for UCC |
| 06/10/2012 | Karn S. Chopra | 0.5 | 4 | Additional pre-call regarding Supplemental Servicing discussion with the UCC |
| 06/10/2012 | Ryan Kielty | 2.0 | 3 | Finalization of bid summary for UCC |
| 06/10/2012 | Ryan Kielty | 0.5 | 4 | Additional pre-call regarding Supplemental Servicing discussion with the UCC |
| 06/09/2012 | Benjamin H. Weingarten | 1.0 | 3 | Drafted bid summary for UCC |
| 06/09/2012 | Benjamin H. Weingarten | 1.5 | 3 | Pre-call regarding Supplemental Servicing discussion with UCC |
| 06/09/2012 | Benjamin H. Weingarten | 1.0 | 3 | UCC diligence preparation |
| 06/09/2012 | Karn S. Chopra | 1.5 | 3 | Pre-call regarding Supplemental Servicing discussion with UCC |
| 06/09/2012 | Ryan Kielty | 1.5 | 3 | Pre-call regarding Supplemental Servicing discussion with UCC |
| 06/08/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued drafting of CIM |
| 06/08/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call regarding Freddie Mac metrics with the Company |
| 06/08/2012 | Benjamin H. Weingarten | 1.5 | 3 | Calls with UCC about motions for 6/12 and 6/18 |
| 06/08/2012 | Benjamin H. Weingarten | 2.0 | 4 | Board call |
| 06/08/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call to discuss advance data in connection with PSA amendment analysis |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/08/2012 | Benjamin H. Weingarten | 2.0 | 5 | Analysis and call with valuation agent on DIP collateral |
| 06/08/2012 | Karn S. Chopra | 0.5 | 2 | Call with prospective buyers |
| 06/08/2012 | Karn S. Chopra | 1.5 | 3 | Calls with UCC about motions for 6/12 and 6/18 |
| 06/08/2012 | Karn S. Chopra | 2.0 | 4 | Board call |
| 06/08/2012 | Karn S. Chopra | 1.0 | 4 | Daily update call with management |
| 06/08/2012 | Karn S. Chopra | 1.0 | 5 | Call with Moody's |
| 06/08/2012 | Marc D. Puntus | 0.5 | 2 | Call with prospective buyers |
| 06/08/2012 | Ryan Kielty | 0.5 | 2 | Call with prospective buyers |
| 06/08/2012 | Ryan Kielty | 1.5 | 3 | Calls with UCC about motions for 6/12 and 6/18 |
| 06/08/2012 | Ryan Kielty | 2.0 | 4 | Board call |
| 06/08/2012 | Ryan Kielty | 1.0 | 4 | Call to discuss advance data in connection with PSA amendment analysis |
| 06/08/2012 | Ryan Kielty | 1.0 | 4 | Daily update call with management |
| 06/08/2012 | Samuel M. Greene | 0.5 | 2 | Call with prospective buyers |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 1 | Preparation of court documents |
| 06/07/2012 | Benjamin H. Weingarten | 2.0 | 2 | Continued drafting of CIM |
| 06/07/2012 | Benjamin H. Weingarten | 1.5 | 2 | Dataroom assistance with co-advisor |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 2 | Dataroom work |
| 06/07/2012 | Benjamin H. Weingarten | 2.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 06/07/2012 | Benjamin H. Weingarten | 2.5 | 2 | Preparation of revised CIM |
| 06/07/2012 | Benjamin H. Weingarten | 1.0 | 2 | Prospective bidder research |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 2 | Review of Weschler Declaration |
| 06/07/2012 | Benjamin H. Weingarten | 4.0 | 2 | Servicing termination analysis |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with Treasury on release of liquidity/facility reports for lenders |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 3 | UCC diligence preparation |
| 06/07/2012 | Benjamin H. Weingarten | 1.5 | 10 | Business model refresh work |
| 06/07/2012 | Benjamin H. Weingarten | 0.5 | 10 | Call with management about revised business plan |
| 06/07/2012 | Karn S. Chopra | 4.5 | 2 | Attended Marc's deposition |
| 06/07/2012 | Karn S. Chopra | 2.5 | 2 | Preparation of revised CIM |
| 06/07/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors about DIP motions |
| 06/07/2012 | Karn S. Chopra | 1.0 | 5 | Call with Barclays and rating agencies |
| 06/07/2012 | Karn S. Chopra | 0.5 | 10 | Call with management about revised business plan |
| 06/07/2012 | Marc D. Puntus | 8.0 | 5 | Prep for and attend my deposition |
| 06/07/2012 | Ryan Kielty | 2.0 | 2 | Continued drafting of CIM |
| 06/07/2012 | Ryan Kielty | 2.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 06/07/2012 | Ryan Kielty | 2.5 | 2 | Preparation of revised CIM |
| 06/07/2012 | Ryan Kielty | 0.5 | 10 | Call with management about revised business plan |
| 06/06/2012 | Benjamin H. Weingarten | 0.5 | 2 | Break-up fee analysis work |
| 06/06/2012 | Benjamin H. Weingarten | 1.5 | 2 | Prospective bidder research |
| 06/06/2012 | Benjamin H. Weingarten | 4.0 | 2 | Servicing termination analysis |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                          2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/06/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/06/2012 | Benjamin H. Weingarten | 1.5 | 3 | Call to discuss Freddie Mac transfer metrics with the Company |
| 06/06/2012 | Benjamin H. Weingarten | 4.0 | 3 | UCC meeting |
| 06/06/2012 | Benjamin H. Weingarten | 0.5 | 3 | UCC presentation follow-up work |
| 06/06/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call to discuss recurring diligence items |
| 06/06/2012 | Karn S. Chopra | 1.5 | 2 | Calls with potential bidders |
| 06/06/2012 | Karn S. Chopra | 1.5 | 3 | Call to discuss Freddie Mac transfer metrics with the Company |
| 06/06/2012 | Karn S. Chopra | 1.5 | 3 | Prep for UCC meeting |
| 06/06/2012 | Karn S. Chopra | 4.0 | 3 | UCC meeting |
| 06/06/2012 | Karn S. Chopra | 1.0 | 11 | Review of company analysis on loan modifications |
| 06/06/2012 | Marc D. Puntus | 1.5 | 3 | Prep for UCC meeting |
| 06/06/2012 | Marc D. Puntus | 4.0 | 3 | UCC meeting |
| 06/06/2012 | Marc D. Puntus | 1.0 | 11 | Review of company analysis on loan modifications |
| 06/06/2012 | Ryan Kielty | 1.5 | 2 | Calls with potential bidders |
| 06/06/2012 | Ryan Kielty | 1.5 | 2 | Prospective bidder research |
| 06/06/2012 | Ryan Kielty | 4.0 | 2 | Servicing termination analysis |
| 06/06/2012 | Ryan Kielty | 1.5 | 3 | Call to discuss Freddie Mac transfer metrics with the Company |
| 06/06/2012 | Ryan Kielty | 1.5 | 3 | Prep for UCC meeting |
| 06/06/2012 | Ryan Kielty | 4.0 | 3 | UCC meeting |
| 06/06/2012 | Ryan Kielty | 0.5 | 3 | UCC presentation follow-up work |
| 06/06/2012 | Ryan Kielty | 1.0 | 4 | Call to discuss recurring diligence items |
| 06/06/2012 | Samuel M. Greene | 6.0 | 2 | Prep for and attend my deposition |
| 06/06/2012 | Samuel M. Greene | 1.0 | 11 | Review of company analysis on loan modifications |
| 06/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Break-up fee analysis work |
| 06/05/2012 | Benjamin H. Weingarten | 2.0 | 2 | Continued work on CIM |
| 06/05/2012 | Benjamin H. Weingarten | 0.5 | 2 | Facilitation of bidder diligence requests |
| 06/05/2012 | Benjamin H. Weingarten | 2.0 | 3 | Call with the Company and advisors to prepare for UCC meeting |
| 06/05/2012 | Benjamin H. Weingarten | 1.5 | 3 | Continued work on UCC presentation |
| 06/05/2012 | Benjamin H. Weingarten | 1.0 | 3 | UCC presentation production |
| 06/05/2012 | Karn S. Chopra | 1.5 | 1 | Meeting with Assured Guaranty |
| 06/05/2012 | Karn S. Chopra | 2.0 | 3 | Call with the Company and advisors to prepare for UCC meeting |
| 06/05/2012 | Karn S. Chopra | 1.5 | 3 | Continued work on UCC presentation |
| 06/05/2012 | Karn S. Chopra | 3.5 | 6 | Deposition prep for Marc |
| 06/05/2012 | Karn S. Chopra | 4.0 | 6 | Deposition prep for Sam |
| 06/05/2012 | Marc D. Puntus | 1.5 | 1 | Meeting with Assured Guaranty |
| 06/05/2012 | Marc D. Puntus | 3.5 | 2 | Review of CIM |
| 06/05/2012 | Marc D. Puntus | 2.0 | 3 | Call with the Company and advisors to prepare for UCC meeting |
| 06/05/2012 | Marc D. Puntus | 3.5 | 6 | Deposition prep for Marc |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/05/2012 | Ryan Kielty | 2.0 | 3 | Call with the Company and advisors to prepare for UCC meeting |
| 06/05/2012 | Ryan Kielty | 1.5 | 3 | Continued work on UCC presentation |
| 06/05/2012 | Ryan Kielty | 3.5 | 6 | Deposition prep for Marc |
| 06/05/2012 | Ryan Kielty | 4.0 | 6 | Deposition prep for Sam |
| 06/05/2012 | Samuel M. Greene | 3.5 | 2 | Review of CIM |
| 06/05/2012 | Samuel M. Greene | 2.0 | 3 | Call with the Company and advisors to prepare for UCC meeting |
| 06/05/2012 | Samuel M. Greene | 4.0 | 6 | Deposition prep for Sam |
| 06/04/2012 | Benjamin H. Weingarten | 0.5 | 2 | Break-up fee analysis work |
| 06/04/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call with Company and FTI to discuss refreshed business plan projections for in-court CIM |
| 06/04/2012 | Benjamin H. Weingarten | 1.5 | 2 | CIM review |
| 06/04/2012 | Benjamin H. Weingarten | 2.0 | 2 | Prepared updated internal bid analysis |
| 06/04/2012 | Benjamin H. Weingarten | 1.5 | 3 | Continued work on UCC presentation |
| 06/04/2012 | Benjamin H. Weingarten | 2.0 | 3 | Work on UCC presentation |
| 06/04/2012 | Benjamin H. Weingarten | 1.0 | 6 | Prepare files for deposition prep |
| 06/04/2012 | Benjamin H. Weingarten | 0.5 | 9 | Call with FTI to discuss outstanding UCC diligence requests |
| 06/04/2012 | Benjamin H. Weingarten | 1.0 | 9 | Work on UCC diligence items |
| 06/04/2012 | Karn S. Chopra | 3.0 | 2 | Calls to prospective buyers |
| 06/04/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC about waterfall |
| 06/04/2012 | Karn S. Chopra | 2.0 | 3 | Work on UCC presentation |
| 06/04/2012 | Karn S. Chopra | 1.0 | 6 | Prepare files for deposition prep |
| 06/04/2012 | Karn S. Chopra | 2.0 | 11 | Meeting with UCC advisors to discuss preliminary thoughts on case strategy |
| 06/04/2012 | Marc D. Puntus | 4.5 | 1 | Reviewing of Centerview Retention Application |
| 06/04/2012 | Marc D. Puntus | 4.5 | 2 | Review of CIM |
| 06/04/2012 | Marc D. Puntus | 2.0 | 11 | Meeting with UCC advisors to discuss preliminary thoughts on case strategy |
| 06/04/2012 | Ryan Kielty | 1.0 | 2 | Call with Company and FTI to discuss refreshed business plan projections for in-court CIM |
| 06/04/2012 | Ryan Kielty | 3.0 | 2 | Calls to prospective buyers |
| 06/04/2012 | Ryan Kielty | 1.5 | 2 | CIM review |
| 06/04/2012 | Ryan Kielty | 2.0 | 2 | Prepared updated internal bid analysis |
| 06/04/2012 | Ryan Kielty | 1.5 | 3 | Continued work on UCC presentation |
| 06/04/2012 | Ryan Kielty | 2.0 | 3 | Work on UCC presentation |
| 06/04/2012 | Ryan Kielty | 1.0 | 6 | Prepare files for deposition prep |
| 06/04/2012 | Ryan Kielty | 0.5 | 9 | Call with FTI to discuss outstanding UCC diligence requests |
| 06/04/2012 | Ryan Kielty | 2.0 | 11 | Meeting with UCC advisors to discuss preliminary thoughts on case strategy |
| 06/04/2012 | Samuel M. Greene | 4.5 | 1 | Reviewing of Centerview Retention Application |
| 06/04/2012 | Samuel M. Greene | 4.5 | 2 | Review of CIM |
| 06/04/2012 | Samuel M. Greene | 10.0 | 6 | Deposition prep |
| 06/03/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/03/2012 | Benjamin H. Weingarten | 4.0 | 9 | UCC diligence request work |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                         2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/03/2012 | Karn S. Chopra | 0.5 | 2 | Review and update buyers list |
| 06/03/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC |
| 06/03/2012 | Karn S. Chopra | 0.5 | 3 | Review and update UCC presentation |
| 06/03/2012 | Ryan Kielty | 0.5 | 2 | Review and update buyers list |
| 06/03/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC |
| 06/03/2012 | Ryan Kielty | 0.5 | 3 | Review and update UCC presentation |
| 06/03/2012 | Ryan Kielty | 4.0 | 9 | UCC diligence request work |
| 06/02/2012 | Benjamin H. Weingarten | 10.5 | 1 | Drafting of Centerview retention application and Puntus affidavit |
| 06/02/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with UCC to discuss diligence items |
| 06/02/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC to discuss diligence items |
| 06/02/2012 | Ryan Kielty | 10.5 | 1 | Drafting of Centerview retention application and Puntus affidavit |
| 06/02/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC to discuss diligence items |
| 06/01/2012 | Benjamin H. Weingarten | 6.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 06/01/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 06/01/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with UCC advisors to discuss diligence protocol and open items |
| 06/01/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with UCC advisors to discuss revised DIP terms and PSA amendment process |
| 06/01/2012 | Benjamin H. Weingarten | 2.5 | 3 | Continued drafting of UCC presentation |
| 06/01/2012 | Benjamin H. Weingarten | 1.5 | 5 | Call with Moody's to discuss follow up questions |
| 06/01/2012 | Karn S. Chopra | 1.5 | 2 | Review of buyers lists and calls regarding same |
| 06/01/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC advisors to discuss diligence protocol and open items |
| 06/01/2012 | Karn S. Chopra | 1.0 | 3 | Call with UCC advisors to discuss revised DIP terms and PSA amendment process |
| 06/01/2012 | Karn S. Chopra | 2.0 | 3 | Continued work on UCC committee member presentation |
| 06/01/2012 | Karn S. Chopra | 1.0 | 4 | Call to discuss DIP financing allocation |
| 06/01/2012 | Karn S. Chopra | 1.0 | 4 | Call with client to discuss DIP financing allocation and final terms and internal meeting regarding same |
| 06/01/2012 | Karn S. Chopra | 1.5 | 5 | Call with Moody's to discuss follow up questions |
| 06/01/2012 | Marc D. Puntus | 1.5 | 2 | Review of buyers lists and calls regarding same |
| 06/01/2012 | Marc D. Puntus | 1.0 | 4 | Call with client to discuss DIP financing allocation and final terms and internal meeting regarding same |
| 06/01/2012 | Ryan Kielty | 1.5 | 2 | Review of buyers lists and calls regarding same |
| 06/01/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC advisors to discuss diligence protocol and open items |
| 06/01/2012 | Ryan Kielty | 1.0 | 3 | Call with UCC advisors to discuss revised DIP terms and PSA amendment process |
| 06/01/2012 | Ryan Kielty | 2.5 | 3 | Continued drafting of UCC presentation |
| 06/01/2012 | Ryan Kielty | 2.0 | 3 | Continued work on UCC committee member presentation |
| 06/01/2012 | Ryan Kielty | 1.0 | 4 | Call to discuss DIP financing allocation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                       2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 06/01/2012 | Ryan Kielty | 1.0 | 4 | Call with client to discuss DIP financing allocation and final terms and internal meeting regarding same |
| 06/01/2012 | Ryan Kielty | 1.5 | 5 | Call with Moody's to discuss follow up questions |
| 05/31/2012 | Benjamin H. Weingarten | 3.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 05/31/2012 | Benjamin H. Weingarten | 3.5 | 2 | Drafting in-court CIM |
| 05/31/2012 | Benjamin H. Weingarten | 1.0 | 3 | Call with JSB advisors about cash flow projections |
| 05/31/2012 | Benjamin H. Weingarten | 0.5 | 3 | Call with UCC regarding PSA amendment process |
| 05/31/2012 | Benjamin H. Weingarten | 0.5 | 4 | Daily client update call |
| 05/31/2012 | Benjamin H. Weingarten | 1.0 | 5 | Whole loan discussion with Barclays and Moody's |
| 05/31/2012 | Benjamin H. Weingarten | 0.5 | 9 | Call with FTI to discuss UCC diligence request protocol |
| 05/31/2012 | Karn S. Chopra | 3.0 | 1 | Attended status conference in front of Judge Glenn |
| 05/31/2012 | Karn S. Chopra | 1.0 | 3 | Call with JSB advisors about cash flow projections |
| 05/31/2012 | Karn S. Chopra | 0.5 | 3 | Call with UCC regarding PSA amendment process |
| 05/31/2012 | Karn S. Chopra | 1.0 | 3 | Wrote slides for UCC committee member presentation |
| 05/31/2012 | Karn S. Chopra | 1.0 | 4 | Call with Company to discuss presentation regarding DOJ/AG soft cost compliance |
| 05/31/2012 | Karn S. Chopra | 0.5 | 4 | Daily client update call |
| 05/31/2012 | Karn S. Chopra | 1.0 | 5 | Whole loan discussion with Barclays and Moody's |
| 05/31/2012 | Karn S. Chopra | 1.5 | 10 | Call with Ally about need for incremental DIP liquidity to pay for DOJ/AG soft cost compliance |
| 05/31/2012 | Marc D. Puntus | 3.0 | 1 | Attended status conference in front of Judge Glenn |
| 05/31/2012 | Marc D. Puntus | 2.0 | 3 | Meet with Chopra/Kielty to discuss UCC presentation and other analyses; review analyses for UCC advisors |
| 05/31/2012 | Ryan Kielty | 3.5 | 2 | Drafting in-court CIM |
| 05/31/2012 | Ryan Kielty | 1.0 | 3 | Call with JSB advisors about cash flow projections |
| 05/31/2012 | Ryan Kielty | 0.5 | 3 | Call with UCC regarding PSA amendment process |
| 05/31/2012 | Ryan Kielty | 2.0 | 3 | Meet with Chopra/Kielty to discuss UCC presentation and other analyses; review analyses for UCC advisors |
| 05/31/2012 | Ryan Kielty | 1.0 | 3 | Wrote slides for UCC committee member presentation |
| 05/31/2012 | Ryan Kielty | 1.0 | 4 | Call with Company to discuss presentation regarding DOJ/AG soft cost compliance |
| 05/31/2012 | Ryan Kielty | 0.5 | 4 | Daily client update call |
| 05/31/2012 | Ryan Kielty | 1.0 | 5 | Whole loan discussion with Barclays and Moody's |
| 05/31/2012 | Ryan Kielty | 0.5 | 9 | Call with FTI to discuss UCC diligence request protocol |
| 05/30/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                           2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/30/2012 | Benjamin H. Weingarten | 4.5 | 2 | Work on revised Confidential Information Memorandum |
| 05/30/2012 | Benjamin H. Weingarten | 0.5 | 3 | Discuss HELOC anlaysis with UCC advisors |
| 05/30/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call with client to discuss upcoming meetings with bidder |
| 05/30/2012 | Benjamin H. Weingarten | 1.5 | 4 | Discussion on diligence items to be provided going forward |
| 05/30/2012 | Benjamin H. Weingarten | 0.5 | 9 | Call with bidder to discuss go-forward diligence |
| 05/30/2012 | Karn S. Chopra | 0.5 | 2 | Discuss buyers list with Company |
| 05/30/2012 | Karn S. Chopra | 2.0 | 2 | Several calls to discuss sale motion and potential changes to bid procedures |
| 05/30/2012 | Karn S. Chopra | 4.5 | 2 | Work on revised Confidential Information Memorandum |
| 05/30/2012 | Karn S. Chopra | 0.5 | 3 | Discuss HELOC anlaysis with UCC advisors |
| 05/30/2012 | Karn S. Chopra | 1.5 | 3 | Reviewed and provided comments on presentation for UCC member meeting |
| 05/30/2012 | Karn S. Chopra | 0.5 | 4 | Call with client to discuss upcoming meetings with bidder |
| 05/30/2012 | Karn S. Chopra | 0.5 | 9 | Call with bidder to discuss go-forward diligence |
| 05/30/2012 | Karn S. Chopra | 1.0 | 10 | Discuss finalized HELOC analysis with the Company |
| 05/30/2012 | Karn S. Chopra | 1.0 | 11 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR |
| 05/30/2012 | Ryan Kielty | 2.0 | 2 | Several calls to discuss sale motion and potential changes to bid procedures |
| 05/30/2012 | Ryan Kielty | 4.5 | 2 | Work on revised Confidential Information Memorandum |
| 05/30/2012 | Ryan Kielty | 0.5 | 3 | Discuss HELOC anlaysis with UCC advisors |
| 05/30/2012 | Ryan Kielty | 0.5 | 4 | Call with client to discuss upcoming meetings with bidder |
| 05/30/2012 | Ryan Kielty | 1.5 | 4 | Discussion on diligence items to be provided going forward |
| 05/30/2012 | Ryan Kielty | 0.5 | 9 | Call with bidder to discuss go-forward diligence |
| 05/30/2012 | Ryan Kielty | 1.0 | 11 | Call with Ally Advisors to discuss potential sale of Ally Bank MSR |
| 05/30/2012 | Samuel M. Greene | 2.0 | 2 | Several calls to discuss sale motion and potential changes to bid procedures |
| 05/29/2012 | Benjamin H. Weingarten | 1.0 | 2 | Continued reorganization of dataroom |
| 05/29/2012 | Benjamin H. Weingarten | 4.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 05/29/2012 | Benjamin H. Weingarten | 3.0 | 2 | Internal meeting to discuss buyer lists |
| 05/29/2012 | Benjamin H. Weingarten | 2.0 | 3 | Pulling presentations data to comply with UCC discovery request |
| 05/29/2012 | Benjamin H. Weingarten | 1.5 | 4 | Daily update call with client to discuss business and overall case |
| 05/29/2012 | Karn S. Chopra | 3.0 | 2 | Internal meeting to discuss buyer lists |
| 05/29/2012 | Karn S. Chopra | 1.5 | 3 | Call with UCC advisors to discuss cash management |
| 05/29/2012 | Karn S. Chopra | 5.0 | 3 | Initial meeting with UCC advisors to discuss a myriad of issues |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                      2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/29/2012 | Karn S. Chopra | 2.0 | 3 | Pulling presentations data to comply with UCC discovery request |
| 05/29/2012 | Karn S. Chopra | 1.5 | 4 | Daily update call with client to discuss business and overall case |
| 05/29/2012 | Marc D. Puntus | 3.0 | 2 | Internal meeting to discuss buyer lists |
| 05/29/2012 | Marc D. Puntus | 5.0 | 3 | Initial meeting with UCC advisors to discuss a myriad of issues |
| 05/29/2012 | Ryan Kielty | 4.0 | 2 | Drafted PSA purchase price sensitivity analysis |
| 05/29/2012 | Ryan Kielty | 3.0 | 2 | Internal meeting to discuss buyer lists |
| 05/29/2012 | Ryan Kielty | 5.0 | 3 | Initial meeting with UCC advisors to discuss a myriad of issues |
| 05/29/2012 | Ryan Kielty | 2.0 | 3 | Pulling presentations data to comply with UCC discovery request |
| 05/29/2012 | Ryan Kielty | 1.5 | 4 | Daily update call with client to discuss business and overall case |
| 05/29/2012 | Samuel M. Greene | 3.0 | 2 | Internal meeting to discuss buyer lists |
| 05/29/2012 | Samuel M. Greene | 5.0 | 3 | Initial meeting with UCC advisors to discuss a myriad of issues |
| 05/27/2012 | Benjamin H. Weingarten | 3.0 | 9 | Pulled documents per UCC document request |
| 05/27/2012 | Benjamin H. Weingarten | 2.0 | 9 | Reorganized dataroom |
| 05/26/2012 | Benjamin H. Weingarten | 2.5 | 5 | Prepared answers to S&P questions |
| 05/26/2012 | Karn S. Chopra | 2.5 | 5 | Prepared answers to S&P questions |
| 05/26/2012 | Ryan Kielty | 2.5 | 5 | Prepared answers to S&P questions |
| 05/25/2012 | Benjamin H. Weingarten | 5.0 | 3 | Drafted bid summary for UCC |
| 05/25/2012 | Benjamin H. Weingarten | 1.5 | 9 | Facilitation of bidder diligence requests |
| 05/25/2012 | Ryan Kielty | 1.5 | 9 | Facilitation of bidder diligence requests |
| 05/25/2012 | Samuel M. Greene | 2.0 | 2 | Call with Berkshire |
| 05/24/2012 | Benjamin H. Weingarten | 1.0 | 1 | Finalized analysis in connection with Centerview's Retention Application |
| 05/24/2012 | Benjamin H. Weingarten | 0.5 | 2 | Follow-up call on data tape production protocol |
| 05/24/2012 | Benjamin H. Weingarten | 1.0 | 2 | Related party transaction call with the Debtor and bidder |
| 05/24/2012 | Benjamin H. Weingarten | 0.5 | 2 | Updated buyer list and contact log |
| 05/24/2012 | Benjamin H. Weingarten | 3.0 | 3 | Drafted bid summary for UCC |
| 05/24/2012 | Benjamin H. Weingarten | 1.0 | 3 | UCC diligence request administration |
| 05/24/2012 | Benjamin H. Weingarten | 1.0 | 4 | Call to discuss go-forward data tape production protocol |
| 05/24/2012 | Karn S. Chopra | 1.0 | 1 | Finalized analysis in connection with Centerview's Retention Application |
| 05/24/2012 | Karn S. Chopra | 1.5 | 7 | Meeting to discuss responsibilities for POR and Disclosure Statement |
| 05/24/2012 | Karn S. Chopra | 0.5 | 11 | Call to discuss KEIP/KERP declaration and overall process |
| 05/24/2012 | Karn S. Chopra | 2.5 | 11 | Meeting with Ally's advisors to discuss sale process and potential to sell Ally Bank MSR |
| 05/24/2012 | Marc D. Puntus | 1.5 | 7 | Meeting to discuss responsibilities for POR and Disclosure Statement |
| 05/24/2012 | Marc D. Puntus | 2.5 | 11 | Meeting with Ally's advisors to discuss sale process and potential to sell Ally Bank MSR |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/24/2012 | Ryan Kielty | 1.0 | 1 | Finalized analysis in connection with Centerview's Retention Application |
| 05/24/2012 | Ryan Kielty | 0.5 | 2 | Follow-up call on data tape production protocol |
| 05/24/2012 | Ryan Kielty | 1.0 | 2 | Related party transaction call with the Debtor and bidder |
| 05/24/2012 | Ryan Kielty | 3.0 | 3 | Drafted bid summary for UCC |
| 05/24/2012 | Ryan Kielty | 1.0 | 3 | UCC diligence request administration |
| 05/24/2012 | Ryan Kielty | 1.0 | 4 | Call to discuss go-forward data tape production protocol |
| 05/24/2012 | Ryan Kielty | 1.5 | 7 | Meeting to discuss responsibilities for POR and Disclosure Statement |
| 05/24/2012 | Ryan Kielty | 0.5 | 11 | Call to discuss KEIP/KERP declaration and overall process |
| 05/24/2012 | Ryan Kielty | 2.5 | 11 | Meeting with Ally's advisors to discuss sale process and potential to sell Ally Bank MSR |
| 05/24/2012 | Samuel M. Greene | 1.5 | 7 | Meeting to discuss responsibilities for POR and Disclosure Statement |
| 05/23/2012 | Benjamin H. Weingarten | 2.0 | 1 | Prepared analysis in connection with Centerview's Retention Application |
| 05/23/2012 | Benjamin H. Weingarten | 2.0 | 2 | Produced in-court bidder list and contact log |
| 05/23/2012 | Benjamin H. Weingarten | 1.5 | 4 | Call to discuss go-forward data tape production protocol |
| 05/23/2012 | Benjamin H. Weingarten | 2.5 | 9 | Preparation of schedule to demonstrate Company's decision not to fund HELOC advances during chapter 11 case |
| 05/23/2012 | Benjamin H. Weingarten | 1.0 | 10 | Business plan discussion as part of in-court CIM preparation |
| 05/23/2012 | Karn S. Chopra | 1.0 | 1 | Reviewed KEIP/KERP motion and declaration |
| 05/23/2012 | Karn S. Chopra | 1.0 | 2 | Meeting to discuss buyer lists for both asset categories (Platform and Whole Loan) |
| 05/23/2012 | Karn S. Chopra | 2.5 | 9 | Preparation of schedule to demonstrate Company's decision not to fund HELOC advances during chapter 11 case |
| 05/23/2012 | Marc D. Puntus | 1.0 | 1 | Reviewed KEIP/KERP motion and declaration |
| 05/23/2012 | Marc D. Puntus | 1.0 | 2 | Meeting to discuss buyer lists for both asset categories (Platform and Whole Loan) |
| 05/23/2012 | Ryan Kielty | 2.0 | 1 | Prepared analysis in connection with Centerview's Retention Application |
| 05/23/2012 | Ryan Kielty | 1.0 | 1 | Reviewed KEIP/KERP motion and declaration |
| 05/23/2012 | Ryan Kielty | 1.0 | 2 | Meeting to discuss buyer lists for both asset categories (Platform and Whole Loan) |
| 05/23/2012 | Ryan Kielty | 2.0 | 2 | Produced in-court bidder list and contact log |
| 05/23/2012 | Ryan Kielty | 1.5 | 4 | Call to discuss go-forward data tape production protocol |
| 05/23/2012 | Ryan Kielty | 2.5 | 9 | Preparation of schedule to demonstrate Company's decision not to fund HELOC advances during chapter 11 case |
| 05/23/2012 | Ryan Kielty | 1.0 | 10 | Business plan discussion as part of in-court CIM preparation |
| 05/23/2012 | Samuel M. Greene | 1.0 | 1 | Reviewed KEIP/KERP motion and declaration |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                     2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/23/2012 | Samuel M. Greene | 1.0 | 2 | Meeting to discuss buyer lists for both asset categories (Platform and Whole Loan) |
| 05/22/2012 | Benjamin H. Weingarten | 1.0 | 1 | Prepared data tapes for the Court |
| 05/22/2012 | Benjamin H. Weingarten | 1.0 | 2 | AFI APA call |
| 05/22/2012 | Benjamin H. Weingarten | 2.0 | 3 | Continued drafting of UCC presentation |
| 05/22/2012 | Benjamin H. Weingarten | 0.5 | 5 | Catch-up after rating agency presentation |
| 05/22/2012 | Karn S. Chopra | 1.5 | 2 | Meeting with bidder to discuss waterfall analysis |
| 05/22/2012 | Karn S. Chopra | 2.0 | 4 | Meeting to discuss division of work amongst Company staff and advisors during chapter 11 process |
| 05/22/2012 | Karn S. Chopra | 2.0 | 5 | Call with Moody's to discuss cash flow projections |
| 05/22/2012 | Karn S. Chopra | 0.5 | 5 | Catch-up after rating agency presentation |
| 05/22/2012 | Karn S. Chopra | 3.5 | 5 | Rating Agency Presentation at S&P |
| 05/22/2012 | Karn S. Chopra | 1.0 | 11 | Call to discuss KEIP/KERP |
| 05/22/2012 | Marc D. Puntus | 2.0 | 4 | Meeting to discuss division of work amongst Company staff and advisors during chapter 11 process |
| 05/22/2012 | Ryan Kielty | 1.0 | 2 | AFI APA call |
| 05/22/2012 | Ryan Kielty | 2.0 | 3 | Continued drafting of UCC presentation |
| 05/22/2012 | Ryan Kielty | 2.0 | 4 | Meeting to discuss division of work amongst Company staff and advisors during chapter 11 process |
| 05/22/2012 | Ryan Kielty | 2.0 | 5 | Call with Moody's to discuss cash flow projections |
| 05/22/2012 | Ryan Kielty | 0.5 | 5 | Catch-up after rating agency presentation |
| 05/22/2012 | Ryan Kielty | 1.0 | 11 | Call to discuss KEIP/KERP |
| 05/22/2012 | Samuel M. Greene | 2.0 | 4 | Meeting to discuss division of work amongst Company staff and advisors during chapter 11 process |
| 05/21/2012 | Benjamin H. Weingarten | 3.0 | 3 | Continued drafting of UCC presentation |
| 05/21/2012 | Benjamin H. Weingarten | 1.0 | 3 | Prepared UCC diligence |
| 05/21/2012 | Benjamin H. Weingarten | 0.5 | 4 | Call to discuss initial UCC diligence request |
| 05/21/2012 | Benjamin H. Weingarten | 1.5 | 5 | Assisted Barclays with diligence |
| 05/21/2012 | Karn S. Chopra | 0.5 | 4 | Call to discuss initial UCC diligence request |
| 05/21/2012 | Karn S. Chopra | 4.5 | 5 | Rating Agency Presentation at Moodys |
| 05/21/2012 | Karn S. Chopra | 3.0 | 5 | Rating Agency Presentation dry run with management |
| 05/21/2012 | Karn S. Chopra | 1.0 | 8 | Travel to and from Moodys meeting downtown |
| 05/21/2012 | Ryan Kielty | 3.0 | 3 | Continued drafting of UCC presentation |
| 05/21/2012 | Ryan Kielty | 1.0 | 3 | Prepared UCC diligence |
| 05/21/2012 | Ryan Kielty | 0.5 | 4 | Call to discuss initial UCC diligence request |
| 05/21/2012 | Ryan Kielty | 1.5 | 5 | Assisted Barclays with diligence |
| 05/21/2012 | Ryan Kielty | 3.0 | 5 | Rating Agency Presentation dry run with management |
| 05/20/2012 | Benjamin H. Weingarten | 2.0 | 3 | Continued drafting of UCC presentation |
| 05/20/2012 | Benjamin H. Weingarten | 3.0 | 3 | Prepared UCC diligence |
| 05/20/2012 | Karn S. Chopra | 2.0 | 5 | Calls and preparation for Rating Agency Presentation |

**Centerview Partners  LLC**

*Detail Report (by Date)*                                                                                                    2/24/2014

### Residential Capital, LLC
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/20/2012 | Ryan Kielty | 2.0 | 3 | Continued drafting of UCC presentation |
| 05/20/2012 | Ryan Kielty | 3.0 | 3 | Prepared UCC diligence |
| 05/20/2012 | Ryan Kielty | 2.0 | 5 | Calls and preparation for Rating Agency Presentation |
| 05/19/2012 | Benjamin H. Weingarten | 3.0 | 3 | Prepared UCC presentation slides |
| 05/19/2012 | Ryan Kielty | 3.0 | 3 | Prepared UCC presentation slides |
| 05/18/2012 | Benjamin H. Weingarten | 0.5 | 3 | Assisted FTI in connection with UCC diligence |
| 05/18/2012 | Benjamin H. Weingarten | 3.0 | 3 | Prepared UCC administration slides |
| 05/18/2012 | Karn S. Chopra | 4.0 | 3 | Calls with various creditors (Apollo, Aurelius, etc.) to discuss overall process and next steps |
| 05/18/2012 | Karn S. Chopra | 1.5 | 4 | Various calls with Company to discuss business performance during first week in chapter 11 and Rating Agency Presentation |
| 05/18/2012 | Karn S. Chopra | 4.5 | 5 | Work with Barclays to finalize Rating Agency Presentation |
| 05/18/2012 | Marc D. Puntus | 4.0 | 3 | Calls with various creditors (Apollo, Aurelius, etc.) to discuss overall process and next steps |
| 05/18/2012 | Marc D. Puntus | 1.5 | 4 | Various calls with Company to discuss business performance during first week in chapter 11 and Rating Agency Presentation |
| 05/18/2012 | Ryan Kielty | 0.5 | 3 | Assisted FTI in connection with UCC diligence |
| 05/18/2012 | Ryan Kielty | 4.0 | 3 | Calls with various creditors (Apollo, Aurelius, etc.) to discuss overall process and next steps |
| 05/18/2012 | Ryan Kielty | 3.0 | 3 | Prepared UCC administration slides |
| 05/18/2012 | Ryan Kielty | 1.5 | 4 | Various calls with Company to discuss business performance during first week in chapter 11 and Rating Agency Presentation |
| 05/18/2012 | Ryan Kielty | 4.5 | 5 | Work with Barclays to finalize Rating Agency Presentation |
| 05/18/2012 | Samuel M. Greene | 4.0 | 3 | Calls with various creditors (Apollo, Aurelius, etc.) to discuss overall process and next steps |
| 05/18/2012 | Samuel M. Greene | 1.5 | 4 | Various calls with Company to discuss business performance during first week in chapter 11 and Rating Agency Presentation |
| 05/17/2012 | Benjamin H. Weingarten | 1.0 | 2 | Call to discuss AFI APA with Company and individuals from Ally |
| 05/17/2012 | Benjamin H. Weingarten | 3.0 | 2 | Performed analysis in connection with AFI APA |
| 05/17/2012 | Benjamin H. Weingarten | 0.5 | 3 | Meeting to discuss UCC presentation |
| 05/17/2012 | Benjamin H. Weingarten | 2.5 | 3 | Prepared UCC diligence |
| 05/17/2012 | Benjamin H. Weingarten | 3.0 | 5 | Attended Bank Meeting |
| 05/17/2012 | Benjamin H. Weingarten | 1.5 | 11 | Meeting to discuss and prepare for expected UCC advisor requests |
| 05/17/2012 | Karn S. Chopra | 1.0 | 2 | Call to discuss AFI APA with Company and individuals from Ally |
| 05/17/2012 | Karn S. Chopra | 1.5 | 2 | Call to discuss next steps with GSEs after filing sale motion |
| 05/17/2012 | Karn S. Chopra | 0.5 | 3 | Meeting to discuss UCC presentation |
| 05/17/2012 | Karn S. Chopra | 3.0 | 5 | Attended Bank Meeting |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 05/17/2012 | Karn S. Chopra | 1.5 | 11 | Meeting to discuss and prepare for expected UCC advisor requests |
| 05/17/2012 | Marc D. Puntus | 1.5 | 2 | Call to discuss next steps with GSEs after filing sale motion |
| 05/17/2012 | Marc D. Puntus | 1.5 | 11 | Meeting to discuss and prepare for expected UCC advisor requests |
| 05/17/2012 | Ryan Kielty | 1.0 | 2 | Call to discuss AFI APA with Company and individuals from Ally |
| 05/17/2012 | Ryan Kielty | 1.5 | 2 | Call to discuss next steps with GSEs after filing sale motion |
| 05/17/2012 | Ryan Kielty | 3.0 | 2 | Performed analysis in connection with AFI APA |
| 05/17/2012 | Ryan Kielty | 0.5 | 3 | Meeting to discuss UCC presentation |
| 05/17/2012 | Ryan Kielty | 2.5 | 3 | Prepared UCC diligence |
| 05/17/2012 | Ryan Kielty | 1.5 | 11 | Meeting to discuss and prepare for expected UCC advisor requests |
| 05/17/2012 | Samuel M. Greene | 3.0 | 1 | Reviewed filings |
| 05/17/2012 | Samuel M. Greene | 1.5 | 2 | Call to discuss next steps with GSEs after filing sale motion |
| 05/17/2012 | Samuel M. Greene | 1.5 | 2 | Call with Fortress/Nationstar |
| 05/17/2012 | Samuel M. Greene | 1.5 | 11 | Meeting to discuss and prepare for expected UCC advisor requests |
| 05/16/2012 | Benjamin H. Weingarten | 3.5 | 3 | Attended UCC formation meeting |
| 05/16/2012 | Benjamin H. Weingarten | 1.0 | 5 | Participated in DIP Financing closing call |
| 05/16/2012 | Benjamin H. Weingarten | 1.0 | 5 | Reviewed DIP lender third-party inquiries |
| 05/16/2012 | Karn S. Chopra | 0.5 | 2 | Call with bidder about first day hearings |
| 05/16/2012 | Karn S. Chopra | 3.5 | 3 | Attended UCC formation meeting |
| 05/16/2012 | Karn S. Chopra | 2.0 | 5 | Attended Bank Meeting presentation dry run with Company |
| 05/16/2012 | Karn S. Chopra | 1.0 | 5 | Participated in DIP Financing closing call |
| 05/16/2012 | Karn S. Chopra | 1.0 | 5 | Reviewed DIP lender third-party inquiries |
| 05/16/2012 | Karn S. Chopra | 1.5 | 5 | Worked with Barclays to adjust Bank Meeting presentation based on feedback from dry run |
| 05/16/2012 | Marc D. Puntus | 3.5 | 3 | Attended UCC formation meeting |
| 05/16/2012 | Marc D. Puntus | 2.0 | 5 | Attended Bank Meeting presentation dry run with Company |
| 05/16/2012 | Marc D. Puntus | 1.0 | 5 | Reviewed DIP lender third-party inquiries |
| 05/16/2012 | Ryan Kielty | 0.5 | 2 | Call with bidder about first day hearings |
| 05/16/2012 | Ryan Kielty | 3.5 | 3 | Attended UCC formation meeting |
| 05/16/2012 | Ryan Kielty | 2.0 | 5 | Attended Bank Meeting presentation dry run with Company |
| 05/16/2012 | Ryan Kielty | 1.0 | 5 | Participated in DIP Financing closing call |
| 05/16/2012 | Ryan Kielty | 1.0 | 5 | Reviewed DIP lender third-party inquiries |
| 05/16/2012 | Ryan Kielty | 1.5 | 5 | Worked with Barclays to adjust Bank Meeting presentation based on feedback from dry run |
| 05/16/2012 | Samuel M. Greene | 3.5 | 3 | Attended UCC formation meeting |
| 05/16/2012 | Samuel M. Greene | 1.0 | 5 | Reviewed DIP lender third-party inquiries |
| 05/15/2012 | Benjamin H. Weingarten | 3.0 | 1 | Attended continuation of first day hearing in front of Judge Peck |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                                                    2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|---|---|---|---|---|
| 05/15/2012 | Benjamin H. Weingarten | 3.0 | 2 | Drafted bid analyses for Debtor |
| 05/15/2012 | Benjamin H. Weingarten | 3.0 | 3 | Creditor Communication |
| 05/15/2012 | Benjamin H. Weingarten | 1.0 | 5 | DIP lender diligence assistance |
| 05/15/2012 | Benjamin H. Weingarten | 3.0 | 5 | Reviewed and drafted slides for Bank Meeting to be held the following day |
| 05/15/2012 | Benjamin H. Weingarten | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/15/2012 | Karn S. Chopra | 3.0 | 1 | Attended continuation of first day hearing in front of Judge Peck |
| 05/15/2012 | Karn S. Chopra | 3.5 | 2 | Communication with potential bidders |
| 05/15/2012 | Karn S. Chopra | 3.0 | 3 | Creditor Communication |
| 05/15/2012 | Karn S. Chopra | 0.5 | 4 | Update call with Company to discuss progress from first day hearings and next steps |
| 05/15/2012 | Karn S. Chopra | 1.5 | 5 | Call with Company to discuss Bank Meeting presentation |
| 05/15/2012 | Karn S. Chopra | 3.0 | 5 | Reviewed and drafted slides for Bank Meeting to be held the following day |
| 05/15/2012 | Karn S. Chopra | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/15/2012 | Karn S. Chopra | 1.5 | 7 | Reviewed draft Plan of Reorganization |
| 05/15/2012 | Marc D. Puntus | 3.0 | 1 | Attended continuation of first day hearing in front of Judge Peck |
| 05/15/2012 | Marc D. Puntus | 0.5 | 4 | Update call with Company to discuss progress from first day hearings and next steps |
| 05/15/2012 | Marc D. Puntus | 1.5 | 5 | Call with Company to discuss Bank Meeting presentation |
| 05/15/2012 | Marc D. Puntus | 3.0 | 6 | Continued prep for second day hearing, inclduing DIP and related testimony |
| 05/15/2012 | Ryan Kielty | 3.0 | 1 | Attended continuation of first day hearing in front of Judge Peck |
| 05/15/2012 | Ryan Kielty | 3.5 | 2 | Communication with potential bidders |
| 05/15/2012 | Ryan Kielty | 3.0 | 2 | Drafted bid analyses for Debtor |
| 05/15/2012 | Ryan Kielty | 3.0 | 3 | Creditor Communication |
| 05/15/2012 | Ryan Kielty | 0.5 | 4 | Update call with Company to discuss progress from first day hearings and next steps |
| 05/15/2012 | Ryan Kielty | 1.5 | 5 | Call with Company to discuss Bank Meeting presentation |
| 05/15/2012 | Ryan Kielty | 3.0 | 5 | Reviewed and drafted slides for Bank Meeting to be held the following day |
| 05/15/2012 | Ryan Kielty | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/15/2012 | Ryan Kielty | 1.5 | 7 | Reviewed draft Plan of Reorganization |
| 05/15/2012 | Samuel M. Greene | 3.0 | 1 | Attended continuation of first day hearing in front of Judge Peck |
| 05/15/2012 | Samuel M. Greene | 0.5 | 4 | Update call with Company to discuss progress from first day hearings and next steps |
| 05/14/2012 | Benjamin H. Weingarten | 3.5 | 1 | Attended first day hearing in front of Judge Peck |
| 05/14/2012 | Benjamin H. Weingarten | 5.5 | 2 | Communication with potential bidders |

**Centerview Partners  LLC**

Detail Report (by Date)                                                                              2/24/2014

**Residential Capital, LLC**
Detail of Time Records by Date
5/14/2012 through 12/17/2013

| Date | Name | Hours | Legend # | Description |
|------|------|-------|----------|-------------|
| 05/14/2012 | Benjamin H. Weingarten | 4.5 | 2 | Finalized negotiations on Nationstar APA and AFI APA |
| 05/14/2012 | Benjamin H. Weingarten | 1.5 | 5 | Call to discuss Ally LoC amendment that would allow for post-petition availability under existing facility |
| 05/14/2012 | Benjamin H. Weingarten | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/14/2012 | Karn S. Chopra | 3.5 | 1 | Attended first day hearing in front of Judge Peck |
| 05/14/2012 | Karn S. Chopra | 5.5 | 2 | Communication with potential bidders |
| 05/14/2012 | Karn S. Chopra | 4.5 | 2 | Finalized negotiations on Nationstar APA and AFI APA |
| 05/14/2012 | Karn S. Chopra | 1.5 | 5 | Call to discuss Ally LoC amendment that would allow for post-petition availability under existing facility |
| 05/14/2012 | Karn S. Chopra | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/14/2012 | Marc D. Puntus | 3.5 | 1 | Attended first day hearing in front of Judge Peck |
| 05/14/2012 | Marc D. Puntus | 4.5 | 2 | Finalized negotiations on Nationstar APA and AFI APA |
| 05/14/2012 | Marc D. Puntus | 5.0 | 6 | Prepare for testimony in connection with first day hearing, including various internal meetings |
| 05/14/2012 | Ryan Kielty | 3.5 | 1 | Attended first day hearing in front of Judge Peck |
| 05/14/2012 | Ryan Kielty | 5.5 | 2 | Communication with potential bidders |
| 05/14/2012 | Ryan Kielty | 4.5 | 2 | Finalized negotiations on Nationstar APA and AFI APA |
| 05/14/2012 | Ryan Kielty | 1.5 | 5 | Call to discuss Ally LoC amendment that would allow for post-petition availability under existing facility |
| 05/14/2012 | Ryan Kielty | 1.5 | 6 | Prepared materials for potential Marc Puntus or Sam Greene testimony |
| 05/14/2012 | Samuel M. Greene | 3.5 | 1 | Attended first day hearing in front of Judge Peck |
| 05/14/2012 | Samuel M. Greene | 5.5 | 2 | Communication with potential bidders |
| 05/14/2012 | Samuel M. Greene | 4.5 | 2 | Finalized negotiations on Nationstar APA and AFI APA |
| 05/14/2012 | Samuel M. Greene | 5.0 | 6 | Prepare for testimony in connection with first day hearing, including various internal meetings |

| Total | | 12476.0 | | |

## EXHIBIT I

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC ON
BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH DECEMBER 17, 2013**

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**MAY 14, 2012 THROUGH JULY 31, 2012**

| Expense Category | Expense Type | Date Expense Incurred* | Time Expense Incurred** | Vendor / Employee Name | Description | Expenses | Less: Meal Overage*** | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 4/10/2012 | 10:13 PM | Karn Chopra | 31 W 52 ST to 848 WASHINGTON ST | 36.59 | | |
| Transportation | Taxi / Car service | 4/10/2012 | 10:23 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 4/11/2012 | 10:10 PM | Ryan Kielty | 344 3 AVE 4 to LAG 11371 | 59.32 | | |
| Transportation | Taxi / Car service | 4/11/2012 | 11:10 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 4/12/2012 | 10:52 PM | Ryan Kielty | LAG 11371 to 344 3 AVE 4 | 59.32 | | |
| Transportation | Taxi / Car service | 4/13/2012 | 11:44 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 80.94 | | |
| Transportation | Taxi / Car service | 4/16/2012 | 9:42 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | |
| Transportation | Taxi / Car service | 4/18/2012 | 1:45 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 4/19/2012 | 1:36 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 4/19/2012 | 11:28 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | |
| Transportation | Taxi / Car service | 4/20/2012 | 9:10 PM | Ryan Kielty | 344 3 AVE to LAGUARDIA AIRPORT | 85.93 | | |
| Transportation | Taxi / Car service | 4/20/2012 | 10:28 PM | Benjamin Weingarten | 31 W 52 ST to W 80 ST | 27.72 | | |
| Transportation | Taxi / Car service | 4/24/2012 | 2:28 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 46.57 | | |
| Transportation | Taxi / Car service | 4/25/2012 | 1:05 AM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 27.72 | | |
| Transportation | Taxi / Car service | 4/25/2012 | 11:41 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 4/26/2012 | 11:09 PM | Benjamin Weingarten | 31 W 52 ST to E 24 ST | 44.35 | | |
| Transportation | Taxi / Car service | 4/27/2012 | 9:51 PM | Benjamin Weingarten | 31 W 52 ST to AVENUE A | 52.11 | | |
| Transportation | Taxi / Car service | 4/28/2012 | 4:02 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 8.78 | | |
| Transportation | Taxi / Car service | 4/28/2012 | 3:32 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 10.70 | | |
| Transportation | Taxi / Car service | 4/28/2012 | 12:25 PM | Benjamin Weingarten | Mag Taxi Management Long Island Cit | 8.30 | | |
| Transportation | Taxi / Car service | 4/28/2012 | 10:59 PM | Benjamin Weingarten | Eddie'S Management C Long Island Cit | 11.18 | | |
| Transportation | Taxi / Car service | 4/29/2012 | 11:32 AM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 9.26 | | |
| Transportation | Taxi / Car service | 4/29/2012 | 12:07 PM | Karn Chopra | Turbo Taxi Inc Turbo Woodside | 12.62 | | |
| Transportation | Taxi / Car service | 4/29/2012 | 6:32 PM | Karn Chopra | NYC Taxi Med 7c35 09 Brooklyn | 12.70 | | |
| Transportation | Taxi / Car service | 4/29/2012 | 6:02 PM | Samuel Greene | NYC Taxi Med 1h80 09 Long Island C | 9.84 | | |
| Transportation | Taxi / Car service | 4/29/2012 | 11:43 AM | Benjamin Weingarten | NYC Taxi Med 5p75 09 Astoria | 8.40 | | |
| Transportation | Taxi / Car service | 4/30/2012 | 12:56 AM | Benjamin Weingarten | NYC Taxi Med 2d24 09 Brooklyn | 13.78 | | |
| Transportation | Taxi / Car service | 4/30/2012 | 10:33 PM | Benjamin Weingarten | 31 W 52 ST to E 31 ST | 44.80 | | |
| Transportation | Taxi / Car service | 5/1/2012 | 11:25 PM | Karn Chopra | NYC Taxi Med 6p80 09 Long Island C | 12.36 | | |
| Transportation | Taxi / Car service | 5/1/2012 | 9:01 PM | Samuel Greene | Uber Technologies In 866-576-1039 | 21.00 | | |
| Transportation | Taxi / Car service | 5/1/2012 | 11:44 PM | Samuel Greene | NYC Taxi Group Inc-1 Brooklyn | 14.54 | | |
| Transportation | Taxi / Car service | 5/2/2012 | 11:52 PM | Karn Chopra | Muhammad Kr Mridha-8 Elmhurst | 13.22 | | |
| Transportation | Taxi / Car service | 5/2/2012 | 12:17 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 78.50 | | |
| Transportation | Taxi / Car service | 5/3/2012 | 12:52 AM | Ryan Kielty | Broxhvil Taxi Manage Brooklyn | 8.42 | | |
| Transportation | Taxi / Car service | 5/3/2012 | 2:34 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 1:10 AM | Ryan Kielty | All Taxi Management Long Island Cit | 8.42 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 10:13 PM | Karn Chopra | All Taxi Management Long Island Cit | 12.26 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 12:48 AM | Karn Chopra | NYC Taxi Med 8x88 09 Long Island C | 13.68 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 10:38 PM | Samuel Greene | Uber Technologies In 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 10:26 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 35.48 | | |
| Transportation | Taxi / Car service | 5/4/2012 | 1:44 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 25.50 | | |
| Transportation | Taxi / Car service | 5/5/2012 | 1:19 PM | Ryan Kielty | White And Blue Group Long Island Cit | 13.20 | | |
| Transportation | Taxi / Car service | 5/5/2012 | 9:17 PM | Ryan Kielty | 31 W 52 ST to W 23 ST | 31.05 | | |
| Transportation | Taxi / Car service | 5/5/2012 | 2:29 PM | Benjamin Weingarten | Queens Medallion Lea Long Island Ci | 7.34 | | |
| Transportation | Taxi / Car service | 5/5/2012 | 10:19 PM | Benjamin Weingarten | NYC Taxi Med 7a64 09 Long Island C | 12.72 | | |
| Transportation | Taxi / Car service | 5/6/2012 | 9:25 PM | Ryan Kielty | NYC Taxi 9j93 09 New York | 9.84 | | |
| Transportation | Taxi / Car service | 5/6/2012 | 9:07 PM | Karn Chopra | All Taxi Management Long Island Cit | 12.74 | | |
| Transportation | Taxi / Car service | 5/7/2012 | 10:52 PM | Samuel Greene | NYC Taxi Med 3p13 09 Brooklyn | 7.60 | | |
| Transportation | Taxi / Car service | 5/7/2012 | 12:33 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 63.20 | | |
| Transportation | Taxi / Car service | 5/8/2012 | 1:41 AM | Ryan Kielty | NYC Taxi Med 2j48 09 Brooklyn | 8.04 | | |
| Transportation | Taxi / Car service | 5/8/2012 | 11:15 PM | Karn Chopra | NYC Taxi Med 4u72 09 Bronx | 12.35 | | |
| Transportation | Taxi / Car service | 5/8/2012 | 2:49 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 5/9/2012 | 12:45 AM | Karn Chopra | NYC Taxi Med 8b62 09 Astoria | 11.40 | | |
| Transportation | Taxi / Car service | 5/9/2012 | 10:42 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 52.33 | | |
| Transportation | Taxi / Car service | 5/9/2012 | 11:30 PM | Ryan Kielty | 31 W 52 ST to E 25 ST | 56.55 | | |
| Transportation | Taxi / Car service | 5/10/2012 | 10:28 PM | Karn Chopra | Jd Management Inc J Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 5/10/2012 | 9:36 PM | Karn Chopra | NYC Taxi Med 8l82 09 Oyster Bay | 11.88 | | |
| Transportation | Taxi / Car service | 5/10/2012 | 11:22 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 5/11/2012 | 10:39 PM | Ryan Kielty | NYC Taxi Med 4c46 09 Long Island C | 8.04 | | |
| Transportation | Taxi / Car service | 5/11/2012 | 11:24 PM | Karn Chopra | NYC Taxi Med 4m79 09 Long Island C | 10.92 | | |
| Transportation | Taxi / Car service | 5/11/2012 | 11:12 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 55.44 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 11:06 AM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 4:54 PM | Ryan Kielty | Clittaxi Funding Llc Woodside | 11.66 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 9:25 AM | Karn Chopra | Yellow Cab Sbjet Ma Long Island Cit | 15.02 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 3:04 PM | Karn Chopra | NYC Taxi Med 1t94 09 Brooklyn | 11.88 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 12:02 PM | Benjamin Weingarten | NYC Taxi Med 2u21 09 Long Island C | 9.00 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 8:58 PM | Benjamin Weingarten | Executive Owners Hol Long Island Cit | 11.18 | | |
| Transportation | Taxi / Car service | 5/12/2012 | 8:32 PM | Presentation Dept | 31 W 52 ST 7 to 411 W 24 ST 5 | 27.72 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 10:06 AM | Karn Chopra | Jd Management Inc J Long Island Cit | 12.26 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 6:54 PM | Karn Chopra | NYC Taxi 2k91 09 Bronx | 13.68 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 5:25 PM | Samuel Greene | Boulevard Taxi Leasi Long Island Cit | 9.74 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 10:44 AM | Benjamin Weingarten | NYC Taxi Med 9t42 09 Brooklyn | 8.88 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 10:54 AM | Benjamin Weingarten | Taxi Credit Card Cor Woodside | 8.42 | | |
| Transportation | Taxi / Car service | 5/13/2012 | 2:24 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 5/14/2012 | 10:49 PM | Ryan Kielty | Queens Medallion Lea Long Island Ci | 8.42 | | |
| Transportation | Taxi / Car service | 5/14/2012 | 9:00 PM | Karn Chopra | All Taxi Management Long Island Cit | 12.26 | | |
| Transportation | Taxi / Car service | 5/14/2012 | 10:50 PM | Samuel Greene | All Taxi Management Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 5/15/2012 | 11:36 PM | Ryan Kielty | NYC Taxi Med 8b42 09 Bronx | 10.92 | | |
| Transportation | Taxi / Car service | 5/15/2012 | 9:34 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 5/15/2012 | 11:30 PM | Karn Chopra | Flextine Llc Flextl Woodside | 15.02 | | |
| Transportation | Taxi / Car service | 5/15/2012 | 12:54 AM | Karn Chopra | NYC Taxi Med 8s59 09 Long Island C | 7.08 | | |
| Transportation | Taxi / Car service | 5/15/2012 | 10:45 PM | Samuel Greene | NYC-Taxi Verifone NY Long Island Cit | 12.38 | | |
| Transportation | Taxi / Car service | 5/17/2012 | 11:13 PM | Karn Chopra | Awesome Taxi Managem New York | 18.44 | | |
| Transportation | Taxi / Car service | 5/18/2012 | 10:39 PM | Ryan Kielty | All Taxi Management Long Island Cit | 11.90 | | |
| Transportation | Taxi / Car service | 5/20/2012 | 6:57 PM | Ryan Kielty | All Taxi-Taxi Verifone NY Long Island Cit | 11.18 | | |
| Transportation | Taxi / Car service | 5/21/2012 | 10:14 PM | Ryan Kielty | Ddkj Management Of Qu Woodside | 9.38 | | |
| Transportation | Taxi / Car service | 5/21/2012 | 11:21 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 54.33 | | |
| Transportation | Taxi / Car service | 5/22/2012 | 10:22 PM | Karn Chopra | NYC Taxi 8y98 09 Carteret | 13.32 | | |
| Transportation | Taxi / Car service | 5/23/2012 | 11:50 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 5/23/2012 | 10:19 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 10.22 | | |
| Transportation | Taxi / Car service | 5/24/2012 | 12:35 AM | Samuel Greene | Taxi Credit Card Cor Woodside | 10.40 | | |
| Transportation | Taxi / Car service | 5/24/2012 | 9:42 PM | Benjamin Weingarten | NYC Taxi Med 5b54 09 Merrick | 8.50 | | |
| Transportation | Taxi / Car service | 5/25/2012 | 10:40 PM | Ryan Kielty | NYC Taxi Med 7b71 09 Brooklyn | 7.08 | | |
| Transportation | Taxi / Car service | 5/25/2012 | 11:07 PM | Presentation Dept | 31 W 52 ST 7 to 411 W 24 ST 5 | 27.72 | | |
| Transportation | Taxi / Car service | 5/29/2012 | 10:52 PM | Karn Chopra | 31 W 52 ST to 523 E 14 ST | 27.72 | | |
| Transportation | Taxi / Car service | 5/29/2012 | 11:48 PM | Ryan Kielty | NYC Taxi Med 2w41 09 Poughkeepsie | 7.08 | | |
| Transportation | Taxi / Car service | 5/30/2012 | 12:40 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 5/30/2012 | 9:21 PM | Karn Chopra | All Taxi Management Long Island Cit | 5.44 | | |
| Transportation | Taxi / Car service | 5/30/2012 | 10:11 PM | Ryan Kielty | Boulevard Taxi Leasi Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 5/30/2012 | 10:27 PM | Samuel Greene | Uber Technologies In 866-576-1039 ci | 20.00 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 2:18 AM | Benjamin Weingarten | All Taxi Management Long Island Cit | 7.94 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 12:01 AM | Karn Chopra | Md Mezbu R Hossain M Bronx | 15.02 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 8:08 PM | Karn Chopra | S&r Medallion Corp S New York | 19.82 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 11:02 PM | Karn Chopra | Taxi Credit Card Cor Woodside | 14.25 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 9:04 PM | Ryan Kielty | All Taxi Management Long Island Cit | 11.18 | | |
| Transportation | Taxi / Car service | 5/31/2012 | 11:09 PM | Ryan Kielty | NYC Taxi Med 6v78 09 Brooklyn | 8.52 | | |
| Transportation | Taxi / Car service | 6/1/2012 | 12:59 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 6/1/2012 | 9:41 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 67.63 | | |
| Transportation | Taxi / Car service | 6/2/2012 | 5:34 PM | Ryan Kielty | NYC Taxi Med 5p23 09 Long Island C | 10.44 | | |
| Transportation | Taxi / Car service | 6/5/2012 | 1:10 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | |
| Transportation | Taxi / Car service | 6/5/2012 | 10:51 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 47.68 | | |
| Transportation | Taxi / Car service | 6/5/2012 | 11:07 PM | Karn Chopra | NYC Taxi Med 4r23 09 Elmont | 14.25 | | |
| Transportation | Taxi / Car service | 6/5/2012 | 12:46 AM | Ryan Kielty | Yellow Cab Sbjet Ma Long Island Cit | 8.56 | | |
| Transportation | Taxi / Car service | 6/5/2012 | 11:34 PM | Ryan Kielty | NYC Taxi Med 7d72 09 Floral Park | 9.55 | | |
| Transportation | Taxi / Car service | 6/6/2012 | 10:43 PM | MinYee Chen | 31 W 52 ST 7 to 4260 BROADWAY 16 - H | 35.70 | | |
| Transportation | Taxi / Car service | 6/6/2012 | 9:03 PM | Karn Chopra | NYC Taxi Med 6m92 09 Brooklyn | 9.18 | | |
| Transportation | Taxi / Car service | 6/7/2012 | 1:49 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 47.68 | | |
| Transportation | Taxi / Car service | 6/7/2012 | 11:44 PM | Karn Chopra | Light Source Inc Lig New York | 5.54 | | |
| Transportation | Taxi / Car service | 6/7/2012 | 10:49 PM | Karn Chopra | Ccrnt Management Inc Long Island Cit | 9.38 | | |
| Transportation | Taxi / Car service | 6/9/2012 | 11:00 PM | Karn Chopra | NYC Taxi Med 7h49 09 Brooklyn | 10.44 | | |

DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC
ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH JULY 31, 2012

| Expense Category | Expense Type | Date Expense Incurred** | Time Expense Incurred** | Vendor / Employee Name | Description | Expenses | Less: Meal Overage** | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 6/10/2012 | 12:13 AM | Benjamin Weingarten | NYC Taxi Med 9v86 09 Brooklyn | 12.84 | | |
| Transportation | Taxi / Car service | 6/10/2012 | 10:37 PM | Benjamin Weingarten | NYC Taxi Med 8h86 09 Bronx | 8.04 | | |
| Transportation | Taxi / Car service | 6/11/2012 | 11:20 PM | Benjamin Weingarten | NYC Taxi Med 1v99 09 Brooklyn | 8.52 | | |
| Transportation | Taxi / Car service | 6/11/2012 | 12:05 AM | Karn Chopra | All Taxi Management  Long Island Cit | 13.22 | | |
| Transportation | Taxi / Car service | 6/12/2012 | 12:34 PM | Karn Chopra | All Taxi Management  Long Island Cit | 15.50 | | |
| Transportation | Taxi / Car service | 6/12/2012 | 9:16 PM | Karn Chopra | NYC Taxi Med 8h12 09 Long Island C | 16.05 | | |
| Transportation | Taxi / Car service | 6/12/2012 | 10:08 PM | Ryan Kielty | NYC Taxi 2p91 09 New York | 9.48 | | |
| Transportation | Taxi / Car service | 6/13/2012 | 11:09 PM | Karn Chopra | NYC Taxi Med 7j31 09 Long Island C | 12.84 | | |
| Transportation | Taxi / Car service | 6/13/2012 | 11:41 PM | Ryan Kielty | NYC Taxi Med 1h53 09 New York | 12.36 | | |
| Transportation | Taxi / Car service | 6/14/2012 | 11:05 PM | Karn Chopra | White And Blue Group Long Island Cit | 13.70 | | |
| Transportation | Taxi / Car service | 6/14/2012 | 10:25 PM | Samuel Greene | Uber Technologies In 866-576-1039 (c | 21.00 | | |
| Transportation | Taxi / Car service | 6/15/2012 | 8:51 PM | Karn Chopra | NYC Taxi Med 5l34 09 Long Island C | 13.80 | | |
| Transportation | Taxi / Car service | 6/15/2012 | 11:33 PM | Karn Chopra | Jd Management Inc J Long Island C | 8.42 | | |
| Transportation | Taxi / Car service | 6/16/2012 | 2:02 PM | Ryan Kielty | NYC Taxi Med 6v47 09 Brooklyn | 12.36 | | |
| Transportation | Taxi / Car service | 6/16/2012 | 10:03 PM | Ryan Kielty | NYC Taxi Med 1m89 09 Flushing | 11.40 | | |
| Transportation | Taxi / Car service | 6/17/2012 | 10:57 PM | Ryan Kielty | NYC Taxi Med 1a77 09 Bellrose | 10.44 | | |
| Transportation | Taxi / Car service | 6/18/2012 | 12:16 AM | Karn Chopra | All Taxi Management  Long Island Cit | 12.74 | | |
| Transportation | Taxi / Car service | 6/18/2012 | 10:35 PM | Karn Chopra | NYC Taxi Med 6g87 09 Brooklyn | 15.12 | | |
| Transportation | Taxi / Car service | 6/19/2012 | 1:30 AM | Magdalena Kala | Yellow Cab | 10.00 | | |
| Transportation | Taxi / Car service | 6/19/2012 | 11:54 PM | Magdalena Kala | Yellow Cab | 9.70 | | |
| Transportation | Taxi / Car service | 6/19/2012 | 10:20 PM | Ryan Kielty | NYC Taxi Med 2g53 09 Long Island C | 8.75 | | |
| Transportation | Taxi / Car service | 6/20/2012 | 12:12 AM | Karn Chopra | S&r Medallion Corp S New York | 15.62 | | |
| Transportation | Taxi / Car service | 6/20/2012 | 9:03 PM | Karn Chopra | NYC Taxi Med 3a19 09 New York | 13.52 | | |
| Transportation | Taxi / Car service | 6/20/2012 | 7:52 PM | Samuel Greene | All Taxi Management  Long Island Cit | 11.60 | | |
| Transportation | Taxi / Car service | 6/20/2012 | 10:11 PM | Samuel Greene | King Brokerage King  Brooklyn | 11.30 | | |
| Transportation | Taxi / Car service | 6/21/2012 | 12:12 AM | Benjamin Weingarten | NYC Taxi Med 6j60 09 Long Island C | 8.00 | | |
| Transportation | Taxi / Car service | 6/22/2012 | 12:47 AM | Magdalena Kala | Yellow Cab | 10.90 | | |
| Transportation | Taxi / Car service | 6/22/2012 | 10:31 PM | Magdalena Kala | Yellow Cab | 9.70 | | |
| Transportation | Taxi / Car service | 6/22/2012 | 11:31 PM | Karn Chopra | NYC Taxi Med 3l49 09 Brooklyn | 13.80 | | |
| Transportation | Taxi / Car service | 6/23/2012 | 1:16 PM | Magdalena Kala | Yellow Cab | 11.20 | | |
| Transportation | Taxi / Car service | 6/23/2012 | 1:37 PM | Benjamin Weingarten | NYC-Taxi Verifone NY Long Island Cit | 13.58 | | |
| Transportation | Taxi / Car service | 6/23/2012 | 12:17 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 15.02 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 12:40 AM | Magdalena Kala | Yellow Cab | 9.70 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 11:01 AM | Magdalena Kala | Yellow Cab | 9.70 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 11:35 PM | Magdalena Kala | Yellow Cab | 8.80 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 12:43 AM | Benjamin Weingarten | NYC Taxi Med 2v96 09 New York | 7.92 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 11:43 AM | Benjamin Weingarten | NYC Taxi Med 7f99 09 New York | 13.68 | | |
| Transportation | Taxi / Car service | 6/24/2012 | 10:24 PM | Benjamin Weingarten | NYC Taxi Med 1j23 09 Astoria | 9.48 | | |
| Transportation | Taxi / Car service | 6/26/2012 | 12:05 AM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 11.30 | | |
| Transportation | Taxi / Car service | 6/26/2012 | 10:31 PM | Karn Chopra | NYC Taxi Med 1y89 09 Woodside | 12.36 | | |
| Transportation | Taxi / Car service | 6/27/2012 | 11:30 PM | Benjamin Weingarten | NYC Taxi Med 5f18 09 Staten Island | 7.56 | | |
| Transportation | Transportation Other | 5/15/2012 | | Marc Puntus | State-Pearl Garage 4 New York | 41.00 | | |
| Transportation | Transportation Other | 5/23/2012 | | Marc Puntus | Let'S Park Corp | 38.00 | | |
| Transportation | Transportation Other | 6/18/2012 | | Marc Puntus | State-Pearl Garage 4 New York | 41.00 | | |
| Transportation | Transportation Other | 6/19/2012 | | Marc Puntus | State-Pearl Garage 4 New York | 41.00 | | |
| Meals | Client Meals | 5/24/2012 | | | Bread Market 0074 | 3.26 | | |
| Meals | In-House Meals | 5/24/2012 | | Lisa Mcdonald | Fresco on the Go Catering | 186.41 | | |
| Meals | OT Meals | 5/1/2012 | 9:12 PM | Ryan Kielty | Toloache | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 5/1/2012 | 9:12 PM | Karn Chopra | Toloache | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 5/1/2012 | 9:26 PM | Benjamin Weingarten | Josie's | 29.94 | (9.94) | 20.00 |
| Meals | OT Meals | 5/2/2012 | 8:23 PM | Ryan Kielty | Toasties (51st) | 16.78 | - | 16.78 |
| Meals | OT Meals | 5/2/2012 | 8:23 PM | Karn Chopra | Toasties (51st) | 16.78 | - | 16.78 |
| Meals | OT Meals | 5/2/2012 | 8:23 PM | Benjamin Weingarten | Toasties (51st) | 16.78 | - | 16.78 |
| Meals | OT Meals | 5/3/2012 | 9:19 PM | Ryan Kielty | Angelo's Pizza | 25.35 | (5.35) | 20.00 |
| Meals | OT Meals | 5/3/2012 | 9:19 PM | Karn Chopra | Angelo's Pizza | 25.35 | (5.35) | 20.00 |
| Meals | OT Meals | 5/3/2012 | 9:19 PM | Benjamin Weingarten | Angelo's Pizza | 25.35 | (5.35) | 20.00 |
| Meals | OT Meals | 5/3/2012 | 1:53 AM | Benjamin Weingarten | Sherwood To Go | 19.26 | - | 19.26 |
| Meals | OT Meals | 5/4/2012 | 8:59 PM | Benjamin Weingarten | !Eatery | 36.44 | (16.44) | 20.00 |
| Meals | OT Meals | 5/5/2012 | 1:22 AM | Benjamin Weingarten | Bagel & Bean | 18.12 | - | 18.12 |
| Meals | OT Meals | 5/5/2012 | 8:29 PM | Benjamin Weingarten | Tony's Di Napoli | 23.60 | (3.60) | 20.00 |
| Meals | OT Meals | 5/6/2012 | 1:37 AM | Ryan Kielty | Bagel Six | 11.54 | - | 11.54 |
| Meals | OT Meals | 5/6/2012 | 9:44 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.44 | (9.44) | 20.00 |
| Meals | OT Meals | 5/6/2012 | 1:37 AM | Karn Chopra | Bagel Six | 11.54 | - | 11.54 |
| Meals | OT Meals | 5/6/2012 | 9:44 PM | Karn Chopra | Aoki Japanese Restaurant | 29.45 | (9.45) | 20.00 |
| Meals | OT Meals | 5/6/2012 | 9:44 PM | Benjamin Weingarten | Aoki Japanese Restaurant | 29.45 | (9.45) | 20.00 |
| Meals | OT Meals | 5/7/2012 | 9:18 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 22.56 | (2.56) | 20.00 |
| Meals | OT Meals | 5/7/2012 | 8:20 PM | Presentation Dept | Sherwood To Go | 17.90 | - | 17.90 |
| Meals | OT Meals | 5/8/2012 | 12:59 AM | Ryan Kielty | Cosmic Diner | 14.42 | - | 14.42 |
| Meals | OT Meals | 5/8/2012 | 8:14 PM | Ryan Kielty | Toloache | 30.18 | (10.18) | 20.00 |
| Meals | OT Meals | 5/8/2012 | 8:14 PM | Karn Chopra | Toloache | 30.19 | (10.19) | 20.00 |
| Meals | OT Meals | 5/8/2012 | 12:59 AM | Benjamin Weingarten | Cosmic Diner | 14.42 | - | 14.42 |
| Meals | OT Meals | 5/8/2012 | 9:46 PM | Benjamin Weingarten | Tuscany | 32.31 | (12.31) | 20.00 |
| Meals | OT Meals | 5/9/2012 | 8:18 PM | Ryan Kielty | Toasties (48th/Mad-5av) | 16.99 | - | 16.99 |
| Meals | OT Meals | 5/9/2012 | 8:18 PM | Karn Chopra | Toasties (48th/Mad-5av) | 16.99 | - | 16.99 |
| Meals | OT Meals | 5/9/2012 | 2:37 AM | Benjamin Weingarten | Sherwood To Go | 19.35 | - | 19.35 |
| Meals | OT Meals | 5/9/2012 | 9:40 PM | Benjamin Weingarten | FreeFoods NYC | 35.85 | (15.85) | 20.00 |
| Meals | OT Meals | 5/10/2012 | 8:31 PM | Ryan Kielty | Ohao | 22.01 | (2.01) | 20.00 |
| Meals | OT Meals | 5/10/2012 | 8:31 PM | Karn Chopra | Ohao | 22.02 | (2.02) | 20.00 |
| Meals | OT Meals | 5/10/2012 | 3:27 AM | Benjamin Weingarten | Sherwood To Go | 16.64 | - | 16.64 |
| Meals | OT Meals | 5/10/2012 | 8:33 PM | Benjamin Weingarten | Mooncake Foods (54th Street) | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 5/11/2012 | 8:56 PM | Ryan Kielty | Shun Lee Palace | 27.85 | (7.85) | 20.00 |
| Meals | OT Meals | 5/11/2012 | 8:56 PM | Karn Chopra | Shun Lee Palace | 27.85 | (7.85) | 20.00 |
| Meals | OT Meals | 5/11/2012 | 8:56 PM | Marc Puntus | Shun Lee Palace | 27.85 | (7.85) | 20.00 |
| Meals | OT Meals | 5/11/2012 | 8:56 PM | Benjamin Weingarten | Shun Lee Palace | 27.83 | (7.83) | 20.00 |
| Meals | OT Meals | 5/12/2012 | 9:53 PM | Ryan Kielty | Cosmic Diner | 19.29 | - | 19.29 |
| Meals | OT Meals | 5/12/2012 | 9:49 PM | Karn Chopra | Sherwood To Go | 28.28 | (8.28) | 20.00 |
| Meals | OT Meals | 5/12/2012 | 1:42 AM | Benjamin Weingarten | Bagel & Bean | 20.75 | (0.75) | 20.00 |
| Meals | OT Meals | 5/12/2012 | 9:54 PM | Benjamin Weingarten | ¡Whynt! Restaurant | 33.93 | (13.93) | 20.00 |
| Meals | OT Meals | 5/13/2012 | 9:38 PM | Benjamin Weingarten | Junior's (Broadway) | 22.64 | (2.64) | 20.00 |
| Meals | OT Meals | 5/15/2012 | 5:34 PM | Karn Chopra | Toasties (48th/Mad-5av) | 15.07 | - | 15.07 |
| Meals | OT Meals | 5/15/2012 | 9:54 PM | Benjamin Weingarten | Toasties (48th/Mad-5av) | 15.06 | - | 15.06 |
| Meals | OT Meals | 5/17/2012 | 9:15 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 22.15 | (2.15) | 20.00 |
| Meals | OT Meals | 5/21/2012 | 8:18 PM | Ryan Kielty | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 5/21/2012 | 8:18 PM | Karn Chopra | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 5/21/2012 | 8:30 PM | Benjamin Weingarten | Blockheads Burritos (WW) | 16.79 | - | 16.79 |
| Meals | OT Meals | 5/23/2012 | 9:13 PM | Benjamin Weingarten | Moonrock Diner | 22.37 | (2.37) | 20.00 |
| Meals | OT Meals | 5/25/2012 | 9:18 PM | Presentation Dept | Sherwood To Go | 23.06 | (3.06) | 20.00 |
| Meals | OT Meals | 5/29/2012 | 8:29 PM | Karn Chopra | Josie's | 29.81 | (9.81) | 20.00 |
| Meals | OT Meals | 5/29/2012 | 8:29 PM | Benjamin Weingarten | Josie's | 29.80 | (9.80) | 20.00 |
| Meals | OT Meals | 5/30/2012 | 8:23 PM | Ryan Kielty | Ginger (55th St.) | 28.47 | (8.47) | 20.00 |
| Meals | OT Meals | 5/30/2012 | 8:23 PM | Benjamin Weingarten | Ginger (55th St.) | 28.47 | (8.47) | 20.00 |
| Meals | OT Meals | 5/30/2012 | 2:43 AM | Benjamin Weingarten | Sherwood To Go | 16.45 | - | 16.45 |
| Meals | OT Meals | 5/31/2012 | 9:04 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 21.12 | (1.12) | 20.00 |
| Meals | OT Meals | 6/3/2012 | 9:19 PM | Benjamin Weingarten | Aki Sushi | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 6/4/2012 | 8:16 PM | Benjamin Weingarten | Josie's | 26.04 | (6.04) | 20.00 |
| Meals | OT Meals | 6/4/2012 | 8:16 PM | Karn Chopra | Josie's | 26.04 | (6.04) | 20.00 |
| Meals | OT Meals | 6/4/2012 | 8:16 PM | Ryan Kielty | Josie's | 26.08 | (6.05) | 20.00 |
| Meals | OT Meals | 6/5/2012 | 8:52 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 26.86 | (6.86) | 20.00 |
| Meals | OT Meals | 6/5/2012 | 8:08 PM | Presentation Dept | Ajisai Japanese Restaurant | 16.55 | - | 16.55 |
| Meals | OT Meals | 6/6/2012 | 9:00 PM | Benjamin Weingarten | ¡Whynt! Restaurant | 35.50 | (15.50) | 20.00 |
| Meals | OT Meals | 6/7/2012 | 8:05 PM | Benjamin Weingarten | Akdeniz | 20.13 | (0.13) | 20.00 |
| Meals | OT Meals | 6/11/2012 | 8:50 PM | Benjamin Weingarten | Ayama | 20.41 | (0.41) | 20.00 |
| Meals | OT Meals | 6/12/2012 | 9:28 PM | Benjamin Weingarten | Moonrock Diner | 24.01 | (4.01) | 20.00 |
| Meals | OT Meals | 6/13/2012 | 8:33 PM | Karn Chopra | Claw (9th Avenue) | 34.00 | (14.00) | 20.00 |
| Meals | OT Meals | 6/13/2012 | 8:33 PM | Ryan Kielty | Claw (9th Avenue) | 34.59 | (14.59) | 20.00 |
| Meals | OT Meals | 6/14/2012 | 8:02 PM | Benjamin Weingarten | Shun Lee West | 35.72 | (15.72) | 20.00 |
| Meals | OT Meals | 6/14/2012 | 2:12 AM | Benjamin Weingarten | Sherwood To Go | 13.15 | - | 13.15 |
| Meals | OT Meals | 6/14/2012 | 8:21 PM | Karn Chopra | Toloache | 32.65 | (12.65) | 20.00 |
| Meals | OT Meals | 6/14/2012 | 8:21 PM | Ryan Kielty | Toloache | 32.65 | (12.65) | 20.00 |
| Meals | OT Meals | 6/18/2012 | 8:30 PM | Benjamin Weingarten | Ayama | 36.15 | (16.15) | 20.00 |

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**MAY 14, 2012 THROUGH JULY 31, 2012**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Meals | OT Meals | 6/18/2012 | 8:30 PM | Karn Chopra | Ayama | 36.15 | (16.15) | 20.00 |
| Meals | OT Meals | 6/18/2012 | 8:30 PM | Ryan Kielty | Ayama | 36.15 | (16.15) | 20.00 |
| Meals | OT Meals | 6/18/2012 | 8:30 PM | Samuel Greene | Ayama | 36.15 | (16.15) | 20.00 |
| Meals | OT Meals | 6/18/2012 | 8:30 PM | Marc Puntus | Ayama | 36.15 | (16.15) | 20.00 |
| Meals | OT Meals | 6/19/2012 | 8:33 PM | Benjamin Weingarten | Akdeniz | 23.50 | (3.50) | 20.00 |
| Meals | OT Meals | 6/20/2012 | 1:35 AM | Benjamin Weingarten | Sherwood To Go | 10.88 | - | 10.88 |
| Meals | OT Meals | 6/20/2012 | 9:45 PM | Benjamin Weingarten | Patron Mexican Grill (772 9th Ave) | 29.91 | (9.91) | 20.00 |
| Meals | OT Meals | 6/21/2012 | 9:01 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 18.83 | - | 18.83 |
| Meals | OT Meals | 6/21/2012 | 9:01 PM | Magdalena Kala | Glaze Teriyaki Grill | 18.83 | - | 18.83 |
| Meals | OT Meals | 6/21/2012 | 9:31 PM | Presentation Dept | Bread & Company (425 Madison) | 19.44 | - | 19.44 |
| Meals | OT Meals | 6/22/2012 | 8:59 PM | Benjamin Weingarten | Junior's (Broadway) | 21.80 | (1.80) | 20.00 |
| Meals | OT Meals | 6/22/2012 | 8:14 PM | Magdalena Kala | Natsumi | 22.14 | (2.14) | 20.00 |
| Meals | OT Meals | 6/23/2012 | 8:20 PM | Benjamin Weingarten | Bagel & Bean | 18.74 | - | 18.74 |
| Meals | OT Meals | 6/23/2012 | 9:04 PM | Magdalena Kala | Wonder Sism II | 24.31 | (4.31) | 20.00 |
| Meals | OT Meals | 6/24/2012 | 8:18 PM | Magdalena Kala | Energy Kitchen (W 47th) | 22.09 | (2.09) | 20.00 |
| Meals | OT Meals | 6/25/2012 | 9:57 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 6/25/2012 | 8:13 PM | Magdalena Kala | A Asosan Sushi | 27.08 | (7.08) | 20.00 |
| Meals | OT Meals | 6/25/2012 | 8:03 PM | Karn Chopra | ¡Whym! Restaurant | 29.85 | (9.85) | 20.00 |
| Meals | OT Meals | 6/26/2012 | 9:00 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 19.07 | - | 19.07 |
| Meals | OT Meals | 6/26/2012 | 9:59 PM | Magdalena Kala | Aoki Japanese Restaurant | 21.86 | (1.86) | 20.00 |
| Meals | OT Meals | 6/26/2012 | 8:46 PM | Karn Chopra | Angelo's Pizza | 22.58 | (2.58) | 20.00 |
| Meals | OT Meals | 6/27/2012 | 9:43 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 6/28/2012 | 9:12 PM | Magdalena Kala | Little Thai Kitchen (53rd/2nd) | 23.63 | (3.63) | 20.00 |
| Meals | OT Meals | 6/30/2012 | 2:21 AM | Magdalena Kala | Blue 9 Burger (9th Ave) | 13.24 | - | 13.24 |
| Meals | OT Meals | 6/30/2012 | 9:34 PM | Magdalena Kala | Asia Culture from Heavenly Bamboo | 25.57 | (5.57) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/01 Conference Call | 947.29 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/02 Conference Call | 733.82 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/04 Conference Call | 39.79 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/08 Conference Call | 181.08 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/08 Conference Call | 112.52 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/08 Conference Call | 493.83 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 38.34 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 19.47 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 134.73 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 67.42 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 765.06 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 48.27 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 46.25 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/12 Conference Call | 489.34 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/12 Conference Call | 329.72 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/13 Conference Call | 36.11 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/15 Conference Call | 28.01 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/03 Conference Call | 760.99 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/08 Conference Call | 610.75 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/09 Conference Call | 804.09 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 337.47 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/12 Conference Call | 164.02 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/13 Conference Call | 286.71 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/21 Conference Call | 641.60 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/03 Conference Call | 19.22 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/03 Conference Call | 19.52 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/03 Conference Call | 175.06 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/03 Conference Call | 165.27 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/04 Conference Call | 160.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/05 Conference Call | 207.86 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/06 Conference Call | 513.34 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/07 Conference Call | 358.97 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/08 Conference Call | 80.42 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/09 Conference Call | 28.83 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/10 Conference Call | 19.14 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 19.41 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 190.43 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 69.02 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/11 Conference Call | 39.79 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/12 Conference Call | 114.13 | | |
| Communication & Other: Conference Calls | Conference Calls | 5/31/2012 | | | 05/31 Conference Call | 46.68 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/05 Conference Call | 44.50 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/07 Conference Call | 46.25 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/12 Conference Call | 234.71 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/17 Conference Call | 19.88 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/26 Conference Call | 50.30 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/28 Conference Call | 24.80 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2012 | | | 06/04 Conference Call | 55.20 | | |
| Communication & Other: Presentation | Temp - Presentations | 6/13/2012 | | Presentation Dept | 06/13 Presentation Dept 16.0 hrs @ 39.40, 17.0 | 71.83 | | |
| Communication & Other: FedEx / Shipping | Fed Ex / Shipping | 6/10/2012 | | Benjamin Weingarten | Fedex# 800560944483 Memphis | 63.20 | | |
| Communication & Other: FedEx / Shipping | Fed Ex / Shipping | 6/19/2012 | | Benjamin Weingarten | Fedex# 873784022265 Memphis | 48.85 | | |
| Communication & Other: FedEx / Shipping | Fed Ex / Shipping | 6/29/2012 | | Benjamin Weingarten | Fedex# 800558054722 Memphis | 75.52 | | |
| Communication & Other: Other Expenses | Other Expenses | 4/29/2012 | | Samuel Greene | Uber Technologies In 866-576-1039 | 15.00 | | |
| Communication & Other: Other Expenses | Other Expenses | 5/17/2012 | | Samuel Greene | Uber Technologies In 866-576-1039 | 20.00 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer for each overage on a retroactive and prospective basis.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 5/22/2012 | 8:30 PM | Karn Chopra | 523 E 14 ST  M to 55 WATER ST 10004 | 33.26 | | |
| Transportation | Taxi / Car service | 6/12/2012 | 10:19 PM | Karn Chopra | 523 E 14 ST  M to 1 BOWLING GREEN 10 | 33.26 | | |
| Transportation | Taxi / Car service | 6/12/2012 | 10:32 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 52.11 | | |
| Transportation | Taxi / Car service | 6/13/2012 | 9:19 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 37.70 | | |
| Transportation | Taxi / Car service | 6/14/2012 | 9:22 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 6/19/2012 | 10:30 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 6/20/2012 | 10:55 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 27.72 | | |
| Transportation | Taxi / Car service | 6/21/2012 | 10:07 PM | Magdalena Kala | 31 W 52 ST 7 to 246 W 20 ST 3 | 46.57 | | |
| Transportation | Taxi / Car service | 6/22/2012 | 9:35 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 48.79 | | |
| Transportation | Taxi / Car service | 6/23/2012 | 9:59 PM | Benjamin Weingarten | 31 W 52 ST to E 3 ST | 60.98 | | |
| Transportation | Taxi / Car service | 6/25/2012 | 10:07 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 6/25/2012 | 8:59 PM | Magdalena Kala | Taxi 20:59 | 10.50 | | |
| Transportation | Taxi / Car service | 6/26/2012 | 10:08 PM | Magdalena Kala | Taxi 22:08 | 8.10 | | |
| Transportation | Taxi / Car service | 6/28/2012 | 2:19 AM | Magdalena Kala | Taxi 02:19 | 8.50 | | |
| Transportation | Taxi / Car service | 6/29/2012 | 1:28 AM | Magdalena Kala | Taxi 01:28 | 9.70 | | |
| Transportation | Taxi / Car service | 6/30/2012 | 1:19 AM | Magdalena Kala | Taxi 01:19 | 15.40 | | |
| Transportation | Taxi / Car service | 6/30/2012 | 9:02 PM | Magdalena Kala | Taxi 21:02 | 11.18 | | |
| Transportation | Taxi / Car service | 7/1/2012 | 9:22 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 6.98 | | |
| Transportation | Taxi / Car service | 7/1/2012 | 11:52 PM | Magdalena Kala | Taxi 23:52 | 8.90 | | |
| Transportation | Taxi / Car service | 7/3/2012 | 10:42 PM | Karn Chopra | NYC Taxi Med 3p65 09 Brooklyn | 14.40 | | |
| Transportation | Taxi / Car service | 7/3/2012 | 2:28 AM | Magdalena Kala | Taxi 02:28 | 9.70 | | |
| Transportation | Taxi / Car service | 7/3/2012 | 10:02 PM | Magdalena Kala | Taxi 22:02 | 8.40 | | |
| Transportation | Taxi / Car service | 7/4/2012 | 12:05 AM | Ryan Kielty | Otoloz Hacking Corp New York | 5.90 | | |
| Transportation | Taxi / Car service | 7/4/2012 | 10:08 PM | Ryan Kielty | NYC Taxi Med 1h59 09 New York | 13.92 | | |
| Transportation | Taxi / Car service | 7/4/2012 | 10:52 PM | Magdalena Kala | Taxi 22:52 | 9.30 | | |
| Transportation | Taxi / Car service | 7/5/2012 | 10:49 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 10.94 | | |
| Transportation | Taxi / Car service | 7/5/2012 | 11:39 PM | Magdalena Kala | Taxi 23:39 | 11.40 | | |
| Transportation | Taxi / Car service | 7/6/2012 | 10:25 PM | Karn Chopra | All Taxi Management  Long Island Cit | 12.74 | | |
| Transportation | Taxi / Car service | 7/6/2012 | 10:49 PM | Ryan Kielty | NYC Taxi Med 4c97 09 Lic | 14.76 | | |
| Transportation | Taxi / Car service | 7/10/2012 | 10:50 PM | Ryan Kielty | NYC Taxi Med 5h71 09 Woodside | 12.00 | | |
| Transportation | Taxi / Car service | 7/11/2012 | 12:14 AM | Karn Chopra | NYC Taxi Med 4l38 09 Long Island C | 18.60 | | |
| Transportation | Taxi / Car service | 7/11/2012 | 10:05 PM | Karn Chopra | White And Blue Group Long Island C | 17.54 | | |
| Transportation | Taxi / Car service | 7/11/2012 | 12:29 AM | Ryan Kielty | S&r Medallion Corp S New York | 9.02 | | |
| Transportation | Taxi / Car service | 7/11/2012 | 9:12 PM | Ryan Kielty | NYC Taxi Med 8k99 09 Long Island C | 10.55 | | |
| Transportation | Taxi / Car service | 7/11/2012 | 9:11 PM | Samuel Greene | NYC Taxi Med 9c16 09 Long Island C | 14.64 | | |
| Transportation | Taxi / Car service | 7/12/2012 | 10:54 PM | Magdalena Kala | Taxi 22:54 | 10.44 | | |
| Transportation | Taxi / Car service | 7/13/2012 | 12:07 AM | Karn Chopra | All Taxi Management  Long Island Cit | 14.30 | | |
| Transportation | Taxi / Car service | 7/13/2012 | 7:32 PM | Karn Chopra | Queens Medallion Lsn Long Island Cit | 21.74 | | |
| Transportation | Taxi / Car service | 7/13/2012 | 10:51 PM | Karn Chopra | NYC Taxi Med 8p39 09 Long Island C | 15.60 | | |
| Transportation | Taxi / Car service | 7/14/2012 | 6:30 PM | Ryan Kielty | NYC Taxi Med 1k47 09 Long Island C | 9.48 | | |
| Transportation | Taxi / Car service | 7/15/2012 | 4:58 PM | Ryan Kielty | NYC Taxi Med 3p60 09 Long Island C | 12.80 | | |
| Transportation | Taxi / Car service | 7/16/2012 | 10:13 PM | Karn Chopra | All Taxi Management  Long Island Cit | 16.70 | | |
| Transportation | Taxi / Car service | 7/16/2012 | 9:34 PM | Ryan Kielty | NYC Taxi Med 9v96 09 Woodside | 10.80 | | |
| Transportation | Taxi / Car service | 7/17/2012 | 10:59 PM | Karn Chopra | NYC Taxi Med 2k44 09 Long Island C | 9.84 | | |
| Transportation | Taxi / Car service | 7/19/2012 | 10:59 PM | Ryan Kielty | NYC Taxi Med 1j56 09 Long Island C | 11.40 | | |
| Transportation | Taxi / Car service | 7/19/2012 | 10:03 PM | Samuel Greene | NYC Taxi Med 5j75 09 Brooklyn | 15.60 | | |
| Transportation | Taxi / Car service | 7/20/2012 | 9:14 PM | Karn Chopra | NYC Taxi Med 8p71 09 Long Island C | 7.56 | | |
| Transportation | Taxi / Car service | 7/20/2012 | 11:08 PM | Magdalena Kala | Taxi 23:08 | 9.70 | | |
| Transportation | Taxi / Car service | 7/22/2012 | 7:50 PM | Ryan Kielty | NYC Taxi Med 2g16 09 New York | 10.80 | | |
| Transportation | Taxi / Car service | 7/23/2012 | 9:41 PM | Karn Chopra | White And Blue Group Long Island C | 13.34 | | |
| Transportation | Taxi / Car service | 7/23/2012 | 11:10 PM | Magdalena Kala | Taxi 23:10 | 10.60 | | |
| Transportation | Taxi / Car service | 7/23/2012 | 9:51 PM | Samuel Greene | All Taxi Management  Long Island Cit | 11.00 | | |
| Transportation | Taxi / Car service | 7/24/2012 | 9:50 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 15.98 | | |
| Transportation | Taxi / Car service | 7/25/2012 | 9:16 PM | Karn Chopra | NYC Taxi Med 6f69 09 Long Island C | 11.85 | | |
| Transportation | Taxi / Car service | 7/26/2012 | 10:12 PM | Magdalena Kala | Taxi 22:12 | 10.20 | | |
| Transportation | Taxi / Car service | 8/9/2012 | 10:09 PM | Magdalena Kala | Taxi Car Service - Card # 3255/ Auth | 11.78 | | |
| Meals | OT Meals | 7/2/2012 | 8:03 PM | Karn Chopra | Aoki Japanese Restaurant | 32.64 | (12.64) | 20.00 |
| Meals | OT Meals | 7/5/2012 | 8:22 PM | Magdalena Kala | Mangia Organics | 20.36 | (0.36) | 20.00 |
| Meals | OT Meals | 7/5/2012 | 8:36 PM | Benjamin Weingarten | Moonrock Diner | 23.20 | (3.20) | 20.00 |
| Meals | OT Meals | 7/5/2012 | 9:49 PM | Magdalena Kala | Little Thai Kitchen (53rd/2nd) | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 7/9/2012 | 9:43 PM | Benjamin Weingarten | Moonrock Diner | 22.87 | (2.87) | 20.00 |
| Meals | OT Meals | 7/9/2012 | 9:57 PM | Magdalena Kala | Little Thai Kitchen (53rd/2nd) | 22.14 | (2.14) | 20.00 |
| Meals | OT Meals | 7/10/2012 | 8:54 PM | Karn Chopra | ;Whym! Restaurant | 26.59 | (6.59) | 20.00 |
| Meals | OT Meals | 7/10/2012 | 9:00 PM | Benjamin Weingarten | Moonrock Diner | 22.03 | (2.03) | 20.00 |
| Meals | OT Meals | 7/11/2012 | 8:12 PM | Karn Chopra | Bukhara (49th Street) | 35.43 | (15.43) | 20.00 |
| Meals | OT Meals | 7/12/2012 | 8:31 PM | Magdalena Kala | Mooncake Foods (54th Street) | 22.69 | (2.69) | 20.00 |
| Meals | OT Meals | 7/16/2012 | 8:54 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 25.86 | (5.86) | 20.00 |
| Meals | OT Meals | 7/19/2012 | 8:08 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 26.86 | (6.86) | 20.00 |
| Meals | OT Meals | 7/20/2012 | 8:46 PM | Benjamin Weingarten | Pietrasanta | 34.76 | (14.76) | 20.00 |
| Meals | OT Meals | 7/20/2012 | 9:23 PM | Magdalena Kala | Akdeniz | 24.65 | (4.65) | 20.00 |
| Meals | OT Meals | 7/21/2012 | 9:19 PM | Magdalena Kala | Sherwood To Go | 8.28 | - | 8.28 |
| Meals | OT Meals | 7/23/2012 | 8:12 PM | Karn Chopra | Bukhara (49th Street) | 29.86 | (9.86) | 20.00 |
| Meals | OT Meals | 7/23/2012 | 8:49 PM | Magdalena Kala | !Eatery | 30.35 | (10.35) | 20.00 |
| Meals | OT Meals | 7/24/2012 | 8:09 PM | Karn Chopra | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 7/26/2012 | 8:04 PM | Magdalena Kala | Mooncake Foods (54th Street) | 23.51 | (3.51) | 20.00 |
| Meals | OT Meals | 7/30/2012 | 8:13 PM | Karn Chopra | Josie's | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 7/30/2012 | 8:13 PM | Ryan Kielty | Josie's | 32.38 | (12.38) | 20.00 |
| Meals | OT Meals | 7/30/2012 | 8:47 PM | Benjamin Weingarten | Salmon River | 33.51 | (13.51) | 20.00 |
| Meals | OT Meals | 7/31/2012 | 8:42 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 28.88 | (8.88) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2012 | | | 07/17 Conference Call | 90.57 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2012 | | | 07/18 Conference Call | 51.66 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2012 | | | 07/11 Conference Call | 21.27 | | |
| Communication & Other: FedEx / Shipping | Messenger | 6/30/2012 | | Benjamin Weingarten | 06/30 1 Package | 14.18 | | |
| Communication & Other: FedEx / Shipping | Fed Ex / Shipping | 8/13/2012 | | Benjamin Weingarten | 08/02 Package | 18.83 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer
for such overage on a retroactive and prospective basis.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 7/19/2012 | 11:14 PM | NY Presentation Dept. | 31 W 52 ST to SUMMIT | 94.86 | | |
| Transportation | Taxi / Car service | 7/29/2012 | 11:55 PM | Ryan Kielty | Fleetline Llc Fleetl Woodside | 16.58 | | |
| Transportation | Taxi / Car service | 7/30/2012 | 12:06 AM | Karn Chopra | Mohammad Imran-1a89  Brooklyn | 12.74 | | |
| Transportation | Taxi / Car service | 7/30/2012 | 10:31 PM | Ryan Kielty | NYC Taxi Med 2j78 09 Long Island C | 15.10 | | |
| Transportation | Taxi / Car service | 8/2/2012 | 12:01 AM | Karn Chopra | Light Source Inc Lig New York | 12.26 | | |
| Transportation | Taxi / Car service | 8/2/2012 | 10:22 PM | Karn Chopra | NYC Taxi Med 2g91 09 New York | 8.40 | | |
| Transportation | Taxi / Car service | 8/2/2012 | 10:57 PM | Ryan Kielty | NYC Taxi Med 7m55 09 Astoria | 13.32 | | |
| Transportation | Taxi / Car service | 8/3/2012 | 9:17 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 9.98 | | |
| Transportation | Taxi / Car service | 8/4/2012 | 5:24 PM | Karn Chopra | NYC Taxi Med 3m72 09 Riverdale | 10.90 | | |
| Transportation | Taxi / Car service | 8/5/2012 | 7:13 PM | Ryan Kielty | Jtl Management Inc J Long Island Cit | 11.18 | | |
| Transportation | Taxi / Car service | 8/8/2012 | 12:12 AM | Ryan Kielty | Direct Management As Long Island Cit | 24.10 | | |
| Transportation | Taxi / Car service | 8/8/2012 | 10:20 PM | Ryan Kielty | NYC Taxi Med 1n88 09 Long Island C | 11.04 | | |
| Transportation | Taxi / Car service | 8/12/2012 | 5:21 PM | Ryan Kielty | NYC Taxi Med 5p96 09 Long Island C | 13.20 | | |
| Transportation | Taxi / Car service | 8/13/2012 | 9:00 PM | Samuel Greene | Uber Technologies In 866-576-1039 | 10.00 | | |
| Transportation | Taxi / Car service | 8/14/2012 | 9:40 PM | Karn Chopra | NYC Taxi Med 4m30 09 Brooklyn | 11.88 | | |
| Transportation | Taxi / Car service | 8/15/2012 | 9:36 PM | Ryan Kielty | NYC Taxi Med 2j81 09 Astoria | 11.88 | | |
| Transportation | Taxi / Car service | 8/16/2012 | 10:50 PM | Ryan Kielty | NYC Taxi Med 6d47 09 Long Island C | 8.35 | | |
| Transportation | Taxi / Car service | 8/18/2012 | 12:09 PM | Ryan Kielty | Jtl Management Inc J Long Island Cit | 14.54 | | |
| Transportation | Taxi / Car service | 8/18/2012 | 5:43 PM | Ryan Kielty | NYC Taxi Med 5b44 09 Brooklyn | 12.36 | | |
| Transportation | Taxi / Car service | 8/20/2012 | 10:11 PM | Karn Chopra | Beva Cab Corp Beva C Brooklyn | 16.30 | | |
| Transportation | Taxi / Car service | 8/20/2012 | 10:31 PM | Ryan Kielty | Gevork Chilingaryan- Long Island Cit | 11.30 | | |
| Transportation | Taxi / Car service | 8/22/2012 | 1:13 AM | Ryan Kielty | NYC Taxi Med 6b75 09 Brooklyn | 15.24 | | |
| Transportation | Taxi / Car service | 8/22/2012 | 10:10 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 10.46 | | |
| Transportation | Taxi / Car service | 8/24/2012 | 9:42 PM | Ryan Kielty | NYC Taxi Med 2n84 09 Long Island C | 11.87 | | |
| Transportation | Taxi / Car service | 8/25/2012 | 6:40 PM | Ryan Kielty | NYC Taxi Med 5k88 09 Brooklyn | 12.36 | | |
| Meals | OT Meals | 8/1/2012 | 9:02 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 31.10 | (11.10) | 20.00 |
| Meals | OT Meals | 8/2/2012 | 8:12 PM | Jonathan Mattern | The Original Fresh Tortillas Grill | 10.84 | - | 10.84 |
| Meals | OT Meals | 8/2/2012 | 9:18 PM | Karn Chopra | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 8/2/2012 | 9:38 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 8/5/2012 | 9:51 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 23.66 | (3.66) | 20.00 |
| Meals | OT Meals | 8/6/2012 | 8:33 PM | Benjamin Weingarten | Glaze Teriyaki Grill | 23.53 | (3.53) | 20.00 |
| Meals | OT Meals | 8/7/2012 | 8:45 PM | Benjamin Weingarten | Hiroshi Japanese Fusion | 25.89 | (5.89) | 20.00 |
| Meals | OT Meals | 8/8/2012 | 8:29 PM | Jonathan Mattern | Dafni Greek Taverna | 25.07 | (5.07) | 20.00 |
| Meals | OT Meals | 8/8/2012 | 8:11 PM | Benjamin Weingarten | Marrakesh | 23.05 | (3.05) | 20.00 |
| Meals | OT Meals | 8/9/2012 | 9:32 PM | Ryan Kielty | Toloache | 36.56 | (16.56) | 20.00 |
| Meals | OT Meals | 8/9/2012 | 8:24 PM | Benjamin Weingarten | Shun Lee West | 35.72 | (15.72) | 20.00 |
| Meals | OT Meals | 8/10/2012 | 9:25 PM | Jonathan Mattern | Sherwood To Go | 11.21 | - | 11.21 |
| Meals | OT Meals | 8/13/2012 | 8:01 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 32.13 | (12.13) | 20.00 |
| Meals | OT Meals | 8/14/2012 | 9:47 PM | Benjamin Weingarten | Dig Inn Seasonal Market - 55th Stree | 21.99 | (1.99) | 20.00 |
| Meals | OT Meals | 8/15/2012 | 8:14 PM | Ryan Kielty | Toloache | 39.30 | (19.30) | 20.00 |
| Meals | OT Meals | 8/15/2012 | 8:52 PM | Benjamin Weingarten | Aki Sushi | 26.86 | (6.86) | 20.00 |
| Meals | OT Meals | 8/16/2012 | 9:12 PM | Benjamin Weingarten | Mr. K's | 35.32 | (15.32) | 20.00 |
| Meals | OT Meals | 8/17/2012 | 8:43 PM | Benjamin Weingarten | 'Eastery | 26.80 | (6.80) | 20.00 |
| Meals | OT Meals | 8/21/2012 | 9:31 PM | Benjamin Weingarten | Ashiya Sushi 5 | 19.91 | - | 19.91 |
| Meals | OT Meals | 8/22/2012 | 9:08 PM | Benjamin Weingarten | Mr. K's | 36.86 | (16.86) | 20.00 |
| Meals | OT Meals | 8/23/2012 | 8:55 PM | Benjamin Weingarten | Ashiya Sushi 5 | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 8/27/2012 | 8:41 PM | Benjamin Weingarten | Hiroshi Japanese Fusion | 18.79 | - | 18.79 |
| Meals | OT Meals | 8/28/2012 | 8:03 PM | Benjamin Weingarten | Alpha Fusion | 28.80 | (8.80) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/02 Conference Call: 6 lines for 6 | 270.29 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/03 Conference Call: 5 lines for 1 | 73.91 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/07 Conference Call: 4 lines for 1 | 49.79 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/17 Conference Call: 7 lines for 2 | 106.45 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/30 Conference Call: 16 lines for | 449.82 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2012 | | ECI Conferencing | 08/31 Conference Call: 4 lines for 4 | 18.81 | | |
| Communication & Other: FedEx / Shipping | Fed Ex / Shipping | 9/24/2012 | | Ryan Kielty | 1 Package | 16.94 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer for such overage on a retroactive and prospective basis.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Expense Category | Expense Type | Date Expense Incurred* | Time Expense Incurred* | Vendor/ Employee Name | Description | Expenses | Less: Meal Overage† | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 7/24/2012 | 9:47 PM | Samuel Greene | 2 BROADWAY  M to 31 W 52 ST 10019 M | 34.37 | | |
| Transportation | Taxi / Car service | 8/16/2012 | 12:07 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/17/2012 | 1:00 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/17/2012 | 10:27 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/22/2012 | 1:43 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/22/2012 | 11:14 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/26/2012 | 9:32 PM | Ryan Kielty | 89 CRESTVIEW RD to 31 W 52 ST | 138.72 | | |
| Transportation | Taxi / Car service | 8/27/2012 | 10:22 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/28/2012 | 10:00 PM | Karn Chopra | Neptune Taxi Inc-4b9 Queens Village | 12.26 | | |
| Transportation | Taxi / Car service | 8/28/2012 | 10:05 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 14.30 | | |
| Transportation | Taxi / Car service | 8/29/2012 | 9:32 PM | Karn Chopra | All Taxi Management  Long Island Cit | 12.26 | | |
| Transportation | Taxi / Car service | 8/29/2012 | 9:45 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 8/30/2012 | 9:55 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 12.26 | | |
| Transportation | Taxi / Car service | 9/4/2012 | 11:06 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 9/4/2012 | 10:22 PM | Ryan Kielty | 31 W 52 ST 7 to LAG 11371 | 74.84 | | |
| Transportation | Taxi / Car service | 9/5/2012 | 11:17 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | |
| Transportation | Taxi / Car service | 9/5/2012 | 10:30 PM | Ryan Kielty | 2711 North Haskell Ave to DFW/AA | 105.76 | | |
| Transportation | Taxi / Car service | 9/8/2012 | 12:15 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 18.50 | | |
| Transportation | Taxi / Car service | 9/8/2012 | 6:29 PM | Ryan Kielty | NYC Taxi Med 8a68 09 Brooklyn | 12.75 | | |
| Transportation | Taxi / Car service | 9/10/2012 | 11:06 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 9/11/2012 | 12:16 AM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 14.90 | | |
| Transportation | Taxi / Car service | 9/11/2012 | 8:45 PM | Ryan Kielty | NYC Taxi Med 1d83 09 Astoria | 12.00 | | |
| Transportation | Taxi / Car service | 9/12/2012 | 10:59 PM | Karn Chopra | White And Blue Group Long Island Cit | 16.10 | | |
| Transportation | Taxi / Car service | 9/12/2012 | 11:05 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 37.03 | | |
| Transportation | Taxi / Car service | 9/13/2012 | 9:45 PM | Ryan Kielty | NYC Taxi Med 6f58 09 New York | 12.00 | | |
| Transportation | Taxi / Car service | 9/14/2012 | 9:06 PM | Karn Chopra | NYC Taxi Med 4a10 09 New York | 13.80 | | |
| Transportation | Taxi / Car service | 9/14/2012 | 10:47 PM | Benjamin Weingarten | NYC Taxi Med 3l50 09 Long Island C | 11.40 | | |
| Transportation | Taxi / Car service | 9/14/2012 | 10:08 PM | Ryan Kielty | Light Source Inc Lig New York | 10.50 | | |
| Transportation | Taxi / Car service | 9/16/2012 | 9:42 PM | Benjamin Weingarten | Platepass Hertz Toll 8774114300 Ref. | 46.86 | | |
| Transportation | Taxi / Car service | 9/17/2012 | 10:07 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 10.10 | | |
| Transportation | Taxi / Car service | 9/18/2012 | 11:45 PM | Jonathan Mattern | NYC-Taxi Verifone NY Long Island Cit | 7.50 | | |
| Transportation | Taxi / Car service | 9/18/2012 | 10:38 PM | Ryan Kielty | NYC Taxi Group Inc-1 Brooklyn | 14.30 | | |
| Transportation | Taxi / Car service | 9/19/2012 | 11:49 PM | Jonathan Mattern | Jtl Management Inc J Long Island Cit | 7.50 | | |
| Transportation | Taxi / Car service | 9/19/2012 | 10:34 PM | Karn Chopra | NYC Taxi Med 4p48 09 Flushing | 17.50 | | |
| Transportation | Taxi / Car service | 9/20/2012 | 12:25 AM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 16.10 | | |
| Transportation | Taxi / Car service | 9/20/2012 | 9:38 PM | Ryan Kielty | NYC Taxi Med 4f89 09 New York | 12.00 | | |
| Transportation | Taxi / Car service | 9/21/2012 | 11:51 PM | Jonathan Mattern | Skz Medallion Corp S New York | 11.60 | | |
| Transportation | Taxi / Car service | 9/21/2012 | 10:14 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 8.30 | | |
| Transportation | Taxi / Car service | 9/23/2012 | 12:20 AM | Jonathan Mattern | All Taxi Management  Long Island Cit | 9.88 | | |
| Transportation | Taxi / Car service | 9/23/2012 | 10:29 PM | Ryan Kielty | Executive Owners Hol Long Island Cit | 11.30 | | |
| Transportation | Taxi / Car service | 9/24/2012 | 1:03 AM | Jonathan Mattern | NYC Taxi Med 6m44 09 Flushing | 9.00 | | |
| Transportation | Taxi / Car service | 9/24/2012 | 9:00 PM | Benjamin Weingarten | NYC Taxi Med 1j41 09 Astoria | 6.60 | | |
| Transportation | Taxi / Car service | 9/25/2012 | 1:07 AM | Jonathan Mattern | NYC Taxi Med 2a21 09 Long Island C | 10.00 | | |
| Transportation | Taxi / Car service | 9/25/2012 | 8:16 PM | Samuel Greene | NYC Taxi Med 2y59 09 Long Island C | 8.40 | | |
| Transportation | Taxi / Car service | 9/25/2012 | 9:58 PM | Benjamin Weingarten | NYC Taxi Med 1l22 09 Brooklyn | 18.00 | | |
| Transportation | Taxi / Car service | 9/26/2012 | 2:07 AM | Jonathan Mattern | Ccmt Management Inc  Long Island Cit | 8.00 | | |
| Transportation | Taxi / Car service | 9/26/2012 | 10:22 PM | Jonathan Mattern | Flextline Llc Flextl Woodside | 9.50 | | |
| Transportation | Taxi / Car service | 9/26/2012 | 9:02 PM | Ryan Kielty | NYC Taxi Med 5b93 09 Brooklyn | 13.80 | | |
| Transportation | Taxi / Car service | 9/27/2012 | 12:04 AM | Karn Chopra | Jtl Management Inc J Long Island Cit | 26.90 | | |
| Transportation | Taxi / Car service | 9/27/2012 | 10:42 PM | Karn Chopra | Executive Owners Hol Long Island Cit | 17.90 | | |
| Transportation | Taxi / Car service | 9/27/2012 | 10:00 PM | Ryan Kielty | NYC Taxi Med 8k49 09 Flushing | 17.40 | | |
| Transportation | Taxi / Car service | 10/3/2012 | 10:39 PM | Karn Chopra | Taxi (cash receipt in DC) | 23.00 | | |
| Transportation | Airfare | 8/31/2012 | | Ryan Kielty | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 8/31/2012 | | Ryan Kielty | American Airlines Inc Round Trip Coach class ticket # j0017 | 938.80 | | |
| Transportation | Airfare | 8/31/2012 | | Ryan Kielty | American Airlines Inc Round Trip Coach class ticket # j0017 | 577.80 | | |
| Transportation | Airfare | 9/14/2012 | | Karn Chopra | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/14/2012 | | Karn Chopra | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/14/2012 | | Karn Chopra | Delta Air Lines Round Trip Coach class ticket # Jenter tick | 360.51 | | |
| Transportation | Airfare | 9/17/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/17/2012 | | Marc Puntus | US Airways Coach Round Trip class ticket # [0377133140434l] | 828.60 | | |
| Transportation | Airfare | 9/18/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/18/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/20/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | 48.00 | | |
| Transportation | Airfare | 9/20/2012 | | Marc Puntus | Delta Air Lines Round Trip Coach class ticket # [0067133141 | 570.80 | | |
| Transportation | Airfare | 9/20/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | (414.30) | | |
| Transportation | Airfare | 9/20/2012 | | Benjamin Weingarten | Ovation Travel Group fee for Coach class ticket | 15.00 | | |
| Transportation | Transportation Other | 9/7/2012 | | Benjamin Weingarten | Hertz Car Rental Ref. # M63783510 | 464.24 | | |
| Transportation | Transportation Other | 9/7/2012 | | Ryan Kielty | Exxonmobil | 24.13 | | |
| Transportation | Transportation Other | 9/7/2012 | | Ryan Kielty | Hertz Car Rental | 323.26 | | |
| Transportation | Transportation Other | 9/14/2012 | | Benjamin Weingarten | Amtrak Tkt# 258912203098 4  Passenger | 242.00 | | |
| Transportation | Transportation Other | 9/26/2012 | | Benjamin Weingarten | Shell Oil 5754241770 Monroe Twp | 38.16 | | |
| Transportation | Transportation Other | 10/2/2012 | | Benjamin Weingarten | Lukoil 101 Crawford St./ Fuel / Auth | 48.40 | | |
| Hotel | Hotel (Excl meals) | 9/6/2012 | | Ryan Kielty | Stonelegh Hotel 000 Dallas - [1 night] | 194.79 | | |
| Hotel | Hotel (Excl meals) | 9/8/2012 | | Benjamin Weingarten | Marriott 3378tphwst West Conshohock - [2 nights] | 225.72 | | |
| Hotel | Hotel (Excl meals) | 9/8/2012 | | Ryan Kielty | Marriott 3378tphwst West Conshohock - [3 nights] | 602.64 | | |
| Hotel | Hotel (Excl meals) | 9/19/2012 | | Marc Puntus | Quill At The Jeffers Washington - [1 night] | 110.20 | | |
| Hotel | Hotel (Excl meals) | 9/21/2012 | | Karn Chopra | The Jefferson Hotel  Washington - [2 nights] | 942.88 | | |
| Hotel | Hotel (Excl meals) | 9/21/2012 | | Marc Puntus | The Jefferson Hotel  Washington - [2 nights] | 962.33 | | |
| Hotel | Hotel (Excl meals) | 9/24/2012 | | Benjamin Weingarten | Jarrettown Hotel 542 Dresher Ref. # | 38.71 | | |
| Meals | Out of Town Meals | 9/6/2012 | | Benjamin Weingarten | Starbucks Nj-T931509 Cranbury | 9.68 | | |
| Meals | Out of Town Meals | 9/19/2012 | | Karn Chopra | Amtrak Acela Cafe  Q Washington | 10.00 | | |
| Meals | Out of Town Meals | 9/20/2012 | | Karn Chopra | Starbucks Corp118695 Washington | 5.12 | | |
| Meals | Out of Town Meals | 9/21/2012 | | Benjamin Weingarten | Crossings Cafe | 4.96 | | |
| Meals | Out of Town Meals | 9/25/2012 | | Benjamin Weingarten | Corner Bistro | 6.34 | | |
| Meals | Out of Town Meals | 9/25/2012 | | Benjamin Weingarten | Wawa 253 | 5.08 | | |
| Meals | Out of Town Meals | 9/28/2012 | | Benjamin Weingarten | Wawa 253 | 7.68 | | |
| Meals | Out of Town Meals | 10/1/2012 | | Benjamin Weingarten | Crossings Cafe | 4.75 | | |
| Meals | Out of Town Meals | 10/1/2012 | | Benjamin Weingarten | Corner Bistro | 6.34 | | |
| Meals | Out of Town Meals | 10/1/2012 | | Benjamin Weingarten | Crossings Cafe | 6.62 | | |
| Meals | Out of Town Meals | 10/2/2012 | | Benjamin Weingarten | Corner Bistro | 8.25 | | |
| Meals | Out of Town Meals | 10/2/2012 | | Benjamin Weingarten | Wawa | 7.07 | | |
| Meals | Client Meals/Ent | 9/12/2012 | | Karn Chopra | Del Frisco Grille Of New York (Lunch; Attendees: Karn Chopra, Ryan Kielty, Marc Puntus, Tom Marano, Patrick Fleming, Ross Zachary, Matthew Rosen) | 175.84 | (35.84) | 140.00 |
| Meals | Client Meals/Ent | 9/19/2012 | | Karn Chopra | Pj Clarkes Washing 5 Washington (Lunch; Attendees: Karn Chopra, Joe Pmsabene, Tom Marano) | 38.00 | | |
| Meals | Client Meals/Ent | 9/20/2012 | | Marc Puntus | Siroc Restaurant 542 Washington (Dinner; Attendees: Tom Marano, Marc Puntus, Karn Chopra, Joe Pensabene, Patrick Fleming, Gary Lee, James Tamenbaum) | 691.68 | (551.68) | 140.00 |
| Meals | Client Meals/Ent | 9/20/2012 | | Karn Chopra | Sei (Dinner w/ Jim Whitlinger-ResCap | 90.00 | (50.00) | 40.00 |
| Meals | OT Meals | 9/4/2012 | 9:15 PM | Karn Chopra | Dig Inn Seasonal Market - 55th Stree | 24.87 | (4.87) | 20.00 |
| Meals | OT Meals | 9/4/2012 | 8:15 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 26.96 | (6.96) | 20.00 |
| Meals | OT Meals | 9/5/2012 | 8:39 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 24.95 | (4.95) | 20.00 |
| Meals | OT Meals | 9/10/2012 | 9:07 PM | NY Presentation Dept. | Chop't Creative Salad Co. (51st & 6t | 21.00 | (1.00) | 20.00 |
| Meals | OT Meals | 9/10/2012 | 9:45 PM | Benjamin Weingarten | Ashiya Sushi 5 | 19.35 | - | 19.35 |
| Meals | OT Meals | 9/12/2012 | 8:19 PM | Benjamin Weingarten | Ashiya Sushi 5 | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 9/13/2012 | 8:08 PM | Benjamin Weingarten | Shun Lee West | 35.72 | (15.72) | 20.00 |
| Meals | OT Meals | 9/14/2012 | 8:17 PM | Benjamin Weingarten | Toasties (51st) | 19.63 | | 19.63 |
| Meals | OT Meals | 9/14/2012 | 9:36 PM | NY Presentation Dept. | Hyo-Dong Gak | 18.16 | - | 18.16 |
| Meals | OT Meals | 9/17/2012 | 9:29 PM | Jonathan Mattern | Cafe Metro (54th/7th) | 23.55 | (3.55) | 20.00 |
| Meals | OT Meals | 9/17/2012 | 8:45 PM | Karn Chopra | Aki Sushi | 34.41 | (14.41) | 20.00 |
| Meals | OT Meals | 9/17/2012 | 8:57 PM | Karn Chopra | Toasties (49th) | 15.66 | | 15.66 |
| Meals | OT Meals | 9/18/2012 | 9:52 PM | Jonathan Mattern | 5Savory | 28.13 | (8.13) | 20.00 |
| Meals | OT Meals | 9/18/2012 | 8:15 PM | Karn Chopra | Ashiya Sushi 5 | 33.04 | (13.04) | 20.00 |
| Meals | OT Meals | 9/18/2012 | 8:15 PM | Benjamin Weingarten | Ashiya Sushi 5 | 33.04 | (13.04) | 20.00 |
| Meals | OT Meals | 9/18/2012 | 8:15 PM | Ryan Kielty | Ashiya Sushi 5 | 33.04 | (13.04) | 20.00 |
| Meals | OT Meals | 9/19/2012 | 8:05 PM | Benjamin Weingarten | Toasties (48th/Mad-5av) | 27.89 | (7.89) | 20.00 |
| Meals | OT Meals | 9/20/2012 | 9:18 PM | Jonathan Mattern | Peking Duck House (Formerly Maple Ga | 32.17 | (12.17) | 20.00 |
| Meals | OT Meals | 9/20/2012 | 9:18 PM | Benjamin Weingarten | Peking Duck House (Formerly Maple Ga | 32.17 | (12.17) | 20.00 |
| Meals | OT Meals | 9/21/2012 | 9:18 PM | Jonathan Mattern | 810 Deli Cafe | 22.03 | (2.03) | 20.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals | OT Meals | 9/21/2012 | 9:45 PM | Benjamin Weingarten | ¡Whym! Restaurant | 36.44 | (16.44) | 20.00 |
| Meals | OT Meals | 9/23/2012 | 8:06 PM | Jonathan Mattern | !Savory | 23.53 | (3.53) | 20.00 |
| Meals | OT Meals | 9/23/2012 | 9:45 PM | Karn Chopra | Don Antonio by Starita | 18.79 | - | 18.79 |
| Meals | OT Meals | 9/24/2012 | 8:33 PM | Jonathan Mattern | !Savory | 28.79 | (8.79) | 20.00 |
| Meals | OT Meals | 9/25/2012 | 8:53 PM | Jonathan Mattern | Aki Sushi 2 | 27.88 | (7.88) | 20.00 |
| Meals | OT Meals | 9/26/2012 | 9:27 PM | Jonathan Mattern | Tacocina | 21.47 | (1.47) | 20.00 |
| Meals | OT Meals | 9/27/2012 | 8:32 PM | Jonathan Mattern | Serafina at the Time Hotel | 23.84 | (3.84) | 20.00 |
| Meals | OT Meals | 9/27/2012 | 8:11 PM | Karn Chopra | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 9/27/2012 | 8:29 PM | Benjamin Weingarten | Crossings Cafe | 3.06 | - | 3.06 |
| Meals | OT Meals | 9/28/2012 | 8:58 PM | Jonathan Mattern | !Savory | 19.91 | - | 19.91 |
| Communication & Other: Phone Bill | Communications - BB | 10/3/2012 | | Karn Chopra | Long Distance Phone Charges | 75.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/14 Conference Call: 12 lines for | 335.33 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/17 Conference Call: 1 lines for 6 | 20.63 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/17 Conference Call: 3 lines for 6 | 26.09 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/25 Conference Call: 22 lines for | 202.33 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/25 Conference Call: 3 lines for 3 | 18.92 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/28 Conference Call: 6 lines for 2 | 98.77 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/04 Conference Call: 2 lines for 3 | 18.88 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/07 Conference Call: 4 lines for 1 | 77.10 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/17 Conference Call: 1 lines for 1 | 19.15 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/17 Conference Call: 1 lines for 4 | 19.21 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/04 Conference Call: 4 lines for 9 | 42.77 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/06 Conference Call: 4 lines for 2 | 81.93 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/10 Conference Call: 4 lines for 9 | 38.86 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2012 | | ECI Conferencing | 09/11 Conference Call: 6 lines for 3 | 131.77 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer for such overage on a retroactive and prospective basis.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Expense Category | Expense Type | Date Expense Incurred[a] | Time Expense Incurred[b] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[c] | Revised Meal Expense | Less: Hotel Overage[d] | Revised Hotel Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 9/4/2012 | 12:16 AM | Ryan Kielty | DFW Airport to Stoneleigh | 96.10 | | | | |
| Transportation | Taxi / Car service | 9/14/2012 | 9:16 PM | NY Presentation Dept. | 31 W 52 ST to SUMMIT | 96.39 | | | | |
| Transportation | Taxi / Car service | 9/18/2012 | 10:08 PM | Karn Chopra | 31 W 52 ST to 523 E 14 ST | 34.37 | | | | |
| Transportation | Taxi / Car service | 9/19/2012 | 9:12 PM | Marc Puntus | Multi-Destination Trip, Washington D.C. | 684.50 | | | | |
| Transportation | Taxi / Car service | 9/19/2012 | 9:40 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | | | |
| Transportation | Taxi / Car service | 9/20/2012 | 10:27 PM | Marc Puntus | Multi-Destination Trip, Washington D.C. | 779.50 | | | | |
| Transportation | Taxi / Car service | 9/21/2012 | 9:59 PM | Marc Puntus | Multi-Destination Trip, Washington D.C. | 493.50 | | | | |
| Transportation | Taxi / Car service | 9/21/2012 | 1:38 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | | | |
| Transportation | Taxi / Car service | 9/21/2012 | 9:06 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 26.61 | | | | |
| Transportation | Taxi / Car service | 9/21/2012 | 10:23 PM | Karn Chopra | GINNIE MAE O 550 12TH STREET SW WASH | 99.90 | | | | |
| Transportation | Taxi / Car service | 9/30/2012 | 9:03 PM | Jonathan Mattern | Awesome Taxi Managem New York | 13.62 | | | | |
| Transportation | Taxi / Car service | 10/1/2012 | 9:05 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Ci | 11.30 | | | | |
| Transportation | Taxi / Car service | 10/2/2012 | 9:50 PM | Ryan Kielty | White And Blue Group Long Island Cit | 10.70 | | | | |
| Transportation | Taxi / Car service | 10/2/2012 | 9:38 PM | Karn Chopra | All Taxi Management Long Island Cit | 20.90 | | | | |
| Transportation | Taxi / Car service | 10/3/2012 | 9:30 PM | Ryan Kielty | Queens Medallion Lon Long Island Cit | 10.10 | | | | |
| Transportation | Taxi / Car service | 10/3/2012 | 11:16 PM | Benjamin Weingarten | NYC Taxi Med 7s87 09 New York | 17.40 | | | | |
| Transportation | Taxi / Car service | 10/3/2012 | 12:41 AM | Jonathan Mattern | NYC Taxi Med 9k34 09 Long Island C | 7.50 | | | | |
| Transportation | Taxi / Car service | 10/3/2012 | 10:07 PM | Karn Chopra | NYC Taxi Med 5g95 09 Long Island C | 24.00 | | | | |
| Transportation | Taxi / Car service | 10/4/2012 | 9:12 PM | Ryan Kielty | Ajb Taxi Management New York | 10.10 | | | | |
| Transportation | Taxi / Car service | 10/4/2012 | 2:43 AM | Jonathan Mattern | NYC Taxi Med 4p26 09 Long Island C | 8.40 | | | | |
| Transportation | Taxi / Car service | 10/4/2012 | 10:42 PM | Karn Chopra | All Taxi Management Long Island Cit | 14.30 | | | | |
| Transportation | Taxi / Car service | 10/5/2012 | 10:55 PM | Ryan Kielty | Ccrmt Management Inc Long Island Cit | 12.50 | | | | |
| Transportation | Taxi / Car service | 10/5/2012 | 10:45 PM | Jonathan Mattern | NYC Taxi Med 8v64 09 Brooklyn | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/6/2012 | 11:18 AM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 11.30 | | | | |
| Transportation | Taxi / Car service | 10/6/2012 | 11:28 PM | Ryan Kielty | Jordan O. Obenz - 5a St. Albans | 13.70 | | | | |
| Transportation | Taxi / Car service | 10/6/2012 | 10:02 PM | Karn Chopra | NYC Taxi Med 2c56 09 Corona | 13.80 | | | | |
| Transportation | Taxi / Car service | 10/7/2012 | 10:08 PM | Jonathan Mattern | Executive Owners Hol Long Island Cit | 9.25 | | | | |
| Transportation | Taxi / Car service | 10/8/2012 | 10:39 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 10.70 | | | | |
| Transportation | Taxi / Car service | 10/8/2012 | 11:58 PM | Jonathan Mattern | All Taxi Management Long Island Cit | 8.62 | | | | |
| Transportation | Taxi / Car service | 10/8/2012 | 11:20 PM | Karn Chopra | All Taxi Management Long Island Cit | 14.90 | | | | |
| Transportation | Taxi / Car service | 10/9/2012 | 10:09 PM | Ryan Kielty | Liti Taxi Mickey Elb Queens Village | 8.90 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 9:52 PM | Samuel Greene | Ccrmt Management Inc Long Island Cit | 19.10 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 9:43 PM | Ryan Kielty | Javed Rehan-9c26 Jav Woodside | 11.30 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 2:07 AM | Jonathan Mattern | Queens Medallion Lon Long Island Cit | 9.60 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 9:23 PM | Jonathan Mattern | White And Blue Group Long Island Cit | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 12:44 AM | Karn Chopra | NYC Taxi Med 7v10 09 Bronx | 16.20 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 10:51 PM | Karn Chopra | Executive Owners Hol Long Island Cit | 18.50 | | | | |
| Transportation | Taxi / Car service | 10/10/2012 | 10:51 PM | Karn Chopra | Creative Mobil530013 Bronx | (16.20) | | | | |
| Transportation | Taxi / Car service | 10/11/2012 | 10:49 PM | Karn Chopra | D&j Management Of Qu Woodside | 13.70 | | | | |
| Transportation | Taxi / Car service | 10/12/2012 | 12:25 AM | Ryan Kielty | NYC Taxi Med 9h30 09 Bronx | 17.40 | | | | |
| Transportation | Taxi / Car service | 10/12/2012 | 10:10 PM | Ryan Kielty | White And Blue Group Long Island Cit | 11.30 | | | | |
| Transportation | Taxi / Car service | 10/12/2012 | 12:05 AM | Jonathan Mattern | NYC Taxi Med 5g24 09 Woodside | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/13/2012 | 9:16 PM | Ryan Kielty | NYC Taxi Med 6f38 09 New York | 10.20 | | | | |
| Transportation | Taxi / Car service | 10/13/2012 | 2:06 PM | Jonathan Mattern | S&r Medallion Corp S New York | 9.50 | | | | |
| Transportation | Taxi / Car service | 10/13/2012 | 11:48 PM | Jonathan Mattern | NYC Taxi Med 8p64 09 Long Island C | 8.45 | | | | |
| Transportation | Taxi / Car service | 10/14/2012 | 12:38 PM | Jonathan Mattern | NYC Taxi Med 9d69 09 New York | 11.25 | | | | |
| Transportation | Taxi / Car service | 10/14/2012 | 9:52 PM | Ryan Kielty | Boulevard Taxi Leasi Long Island Cit | 8.90 | | | | |
| Transportation | Taxi / Car service | 10/15/2012 | 2:14 AM | Jonathan Mattern | NYC Taxi Med Sbv136 Long Island C | 12.00 | | | | |
| Transportation | Taxi / Car service | 10/15/2012 | 10:38 PM | Jonathan Mattern | NYC Taxi Med 1w26 09 Bronx | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/15/2012 | 10:28 PM | Karn Chopra | White And Blue Group Long Island Cit | 16.70 | | | | |
| Transportation | Taxi / Car service | 10/16/2012 | 9:30 PM | Ryan Kielty | NYC Taxi Med 7b91 09 New York | 14.37 | | | | |
| Transportation | Taxi / Car service | 10/16/2012 | 10:56 PM | Jonathan Mattern | NYC Taxi Med 7d32 09 Long Island C | 8.50 | | | | |
| Transportation | Taxi / Car service | 10/17/2012 | 9:35 PM | Ryan Kielty | NYC Taxi Med 7y72 09 Long Island C | 10.25 | | | | |
| Transportation | Taxi / Car service | 10/17/2012 | 10:47 PM | Jonathan Mattern | NYC Taxi Med 9c29 09 New Hyde Park | 8.50 | | | | |
| Transportation | Taxi / Car service | 10/17/2012 | 12:08 AM | Karn Chopra | S&r Medallion Corp S New York | 16.70 | | | | |
| Transportation | Taxi / Car service | 10/17/2012 | 10:44 PM | Karn Chopra | NYC Taxi Med 5g56 09 Brooklyn | 11.40 | | | | |
| Transportation | Taxi / Car service | 10/18/2012 | 10:51 PM | Karn Chopra | NYC Taxi Med 9y49 09 Brooklyn | 11.40 | | | | |
| Transportation | Taxi / Car service | 10/18/2012 | 10:49 PM | Jonathan Mattern | All Taxi Management Long Island Cit | 8.50 | | | | |
| Transportation | Taxi / Car service | 10/19/2012 | 9:55 PM | Ryan Kielty | NYC Taxi Med 6f70 09 Flushing | 13.80 | | | | |
| Transportation | Taxi / Car service | 10/19/2012 | 10:58 PM | Karn Chopra | Valentin Gueorguiev New York | 19.20 | | | | |
| Transportation | Taxi / Car service | 10/19/2012 | 12:12 AM | Karn Chopra | NYC Taxi Med 5p39 09 Long Island C | 16.20 | | | | |
| Transportation | Taxi / Car service | 10/20/2012 | 11:12 PM | Ryan Kielty | All Taxi Management Long Island Cit | 22.70 | | | | |
| Transportation | Taxi / Car service | 10/20/2012 | 2:27 AM | Ryan Kielty | NYC Taxi Med 3i47 09 Long Island C | 10.80 | | | | |
| Transportation | Taxi / Car service | 10/20/2012 | 3:22 AM | Benjamin Weingarten | NYC Taxi Med 1p30 09 Glen Ridge | 7.80 | | | | |
| Transportation | Taxi / Car service | 10/20/2012 | 11:25 PM | Karn Chopra | All Taxi Management Long Island Cit | 14.90 | | | | |
| Transportation | Taxi / Car service | 10/21/2012 | 1:02 AM | Ryan Kielty | NYC Taxi Med 3c99 09 Brooklyn | 37.80 | | | | |
| Transportation | Taxi / Car service | 10/21/2012 | 1:54 AM | Benjamin Weingarten | NYC Taxi Med 1n83 09 Long Island C | 15.00 | | | | |
| Transportation | Taxi / Car service | 10/21/2012 | 11:02 PM | Jonathan Mattern | NYC Taxi Med 9k97 09 Flushing | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/21/2012 | 10:01 PM | Karn Chopra | King Brokerage King Brooklyn | 13.10 | | | | |
| Transportation | Taxi / Car service | 10/22/2012 | 9:40 PM | Samuel Greene | Taxi Credit Card Cor Woodside | 11.90 | | | | |
| Transportation | Taxi / Car service | 10/22/2012 | 2:42 AM | Jonathan Mattern | Ajb Taxi Management New York | 8.00 | | | | |
| Transportation | Taxi / Car service | 10/22/2012 | 9:23 PM | Jonathan Mattern | NYC Taxi Med 1k52 09 Long Island C | 9.00 | | | | |
| Transportation | Taxi / Car service | 10/22/2012 | 9:12 PM | Karn Chopra | NYC Taxi Med 1b92 09 Long Island C | 14.10 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 10:20 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island C | 13.00 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 3:02 AM | Jonathan Mattern | 810 Deli Inc | 46.00 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 8:38 PM | Jonathan Mattern | Fa Management-7k18 F Long Island C | 8.95 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 11:44 PM | Jonathan Mattern | Taxi Credit Card Cor Woodside | 8.95 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 8:25 PM | Karn Chopra | Ccrmt Management Inc Long Island Cit | 16.10 | | | | |
| Transportation | Taxi / Car service | 10/23/2012 | 11:25 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island C | 24.00 | | | | |
| Transportation | Taxi / Car service | 10/24/2012 | 8:39 PM | Ryan Kielty | Ajb Taxi Management New York | 7.10 | | | | |
| Transportation | Taxi / Car service | 10/24/2012 | 11:23 PM | Ryan Kielty | NYC Taxi Med 3m46 09 Flushing | 10.20 | | | | |
| Transportation | Taxi / Car service | 10/24/2012 | 10:21 PM | Karn Chopra | NYC Taxi Med 5c95 09 Woodside | 15.60 | | | | |
| Transportation | Taxi / Car service | 10/25/2012 | 10:32 PM | Ryan Kielty | All Taxi Management Long Island Cit | 15.50 | | | | |
| Transportation | Taxi / Car service | 10/25/2012 | 11:42 PM | Jonathan Mattern | NYC Taxi Med 9y47 09 Brooklyn | 9.10 | | | | |
| Transportation | Taxi / Car service | 10/26/2012 | 10:41 PM | Karn Chopra | NYC Taxi Med 9k12 09 Long Island C | 19.20 | | | | |
| Transportation | Taxi / Car service | 10/27/2012 | 4:49 PM | Ryan Kielty | All Taxi Management Long Island Cit | 11.90 | | | | |
| Transportation | Taxi / Car service | 11/8/2012 | 12:12 AM | Ryan Kielty | OT TAXI | (11.30) | | | | |
| Transportation | Taxi / Car service | 11/8/2012 | 8:40 PM | Ryan Kielty | OT TAXI | (7.10) | | | | |
| Transportation | Airfare | 10/22/2012 | | Marc Puntus | Ovation Travel Group fee for Coach class ticket | 10.00 | | | | |
| Transportation | Transportation Other | 9/27/2012 | | Marc Puntus | State-Pearl Catering Car | 41.00 | | | | |
| Transportation | Transportation Other | 10/2/2012 | | Benjamin Weingarten | Hertz Car Rental Ref. 147574210 | 932.47 | | | | |
| Transportation | Transportation Other | 10/2/2012 | | Benjamin Weingarten | Plateaus Hertz Toll 8774114300 Ref. | 107.94 | | | | |
| Hotel | Hotel (Excl meals) | 10/3/2012 | | Benjamin Weingarten | Marriott 3370phiwst West Conshohock - [6 nights] | 1,955.68 | | | | |
| Hotel | Hotel (Excl meals) | 10/24/2012 | | Marc Puntus | London NYC 147314 - [1 night] | 733.26 | | | (233.26) | 500.00 |

| Meals | Out of Town Meals | 10/2/2012 | | Benjamin Weingarten | Wawa 253 | 7.07 | | |
| Meals | Client Meals/Ent | 10/23/2012 | | Marc Puntus | The London NYC F&b 1 New York | 24.60 | | |
| Meals | Client Meals/Ent | 10/23/2012 | | Marc Puntus | Bread Market 0074 | 6.72 | | |
| Meals | Client Meals/Ent | 10/24/2012 | | Karin Chopra | Vezzo 000000000000000 New York (Dinner; Attendees: Karin Chopra, Jim Whitlinger, Ryan Kiely) | 63.35 | | |
| Meals | Client Meals/Ent | 10/25/2012 | | Karin Chopra | Capital Grill 8038 0 New York (Lunch; Attendees: Karin Chopra, Ryan Kiely, Ben Weingarten, Jim Whitlinger, Tom Marano, Marc Puntus, Patrick Fleming) | 287.89 | (147.89) | 140.00 |
| Meals | In-House Meals | 10/2/2012 | | Karin Chopra | Starbucks Corp027847 New York | 10.72 | | |
| Meals | In-House Meals | 10/5/2012 | | Karin Chopra | Catering for in-office Meeting | 61.68 | | |
| Meals | OT Meals | 10/1/2012 | 8:26 PM | Jonathan Mattern | !Savory | 26.38 | (6.38) | 20.00 |
| Meals | OT Meals | 10/2/2012 | 9:01 PM | NY Presentation Dept. | Chop't Creative Salad Co. (51st & 6t | 21.89 | (1.89) | 20.00 |
| Meals | OT Meals | 10/3/2012 | 8:47 PM | Benjamin Weingarten | Ashiya Sushi 5 | 26.87 | (6.87) | 20.00 |
| Meals | OT Meals | 10/3/2012 | 8:14 PM | Jonathan Mattern | Haru On Broadway | 35.54 | (15.54) | 20.00 |
| Meals | OT Meals | 10/3/2012 | 8:37 PM | Karin Chopra | Serafina at the Time Hotel | 25.76 | (5.76) | 20.00 |
| Meals | OT Meals | 10/4/2012 | 8:40 PM | Benjamin Weingarten | ¡Whym! Restaurant | 35.43 | (15.43) | 20.00 |
| Meals | OT Meals | 10/4/2012 | 1:10 AM | Benjamin Weingarten | Sherwood To Go | 14.36 | - | 14.36 |
| Meals | OT Meals | 10/4/2012 | 9:08 PM | Jonathan Mattern | Blue Dog Café - Midtown | 21.90 | (1.90) | 20.00 |
| Meals | OT Meals | 10/4/2012 | 1:37 AM | Jonathan Mattern | Sherwood To Go | 18.28 | - | 18.28 |
| Meals | OT Meals | 10/4/2012 | 8:15 PM | Karin Chopra | Toasties (51st) | 11.25 | - | 11.25 |
| Meals | OT Meals | 10/5/2012 | 8:08 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 10/5/2012 | 8:03 PM | Jonathan Mattern | !Savory | 22.23 | (2.23) | 20.00 |
| Meals | OT Meals | 10/8/2012 | 8:16 PM | NY Presentation Dept. | S. Dynasty | 22.56 | (2.56) | 20.00 |
| Meals | OT Meals | 10/8/2012 | 8:15 PM | Ryan Kiely | Obao | 22.56 | (2.56) | 20.00 |
| Meals | OT Meals | 10/8/2012 | 8:57 PM | Benjamin Weingarten | Moonrock Diner | 27.89 | (7.89) | 20.00 |
| Meals | OT Meals | 10/8/2012 | 8:06 PM | Jonathan Mattern | !Eatery | 30.74 | (10.74) | 20.00 |
| Meals | OT Meals | 10/8/2012 | 8:15 PM | Karin Chopra | Obao | 22.57 | (2.57) | 20.00 |
| Meals | OT Meals | 10/9/2012 | 8:15 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 29.71 | (9.71) | 20.00 |
| Meals | OT Meals | 10/9/2012 | 8:43 PM | Jonathan Mattern | Serafina at the Time Hotel | 27.96 | (7.96) | 20.00 |
| Meals | OT Meals | 10/10/2012 | 9:26 PM | Ryan Kiely | Tolouche | 23.81 | (3.81) | 20.00 |
| Meals | OT Meals | 10/10/2012 | 9:22 PM | Benjamin Weingarten | Junior's (Broadway) | 21.80 | (1.80) | 20.00 |
| Meals | OT Meals | 10/10/2012 | 1:09 AM | Jonathan Mattern | Sherwood To Go | 7.69 | - | 7.69 |
| Meals | OT Meals | 10/10/2012 | 8:48 PM | Jonathan Mattern | Patron Mexican Grill (772 9th Ave) | 27.69 | (7.69) | 20.00 |
| Meals | OT Meals | 10/10/2012 | 9:26 PM | Karin Chopra | Tolouche | 23.81 | (3.81) | 20.00 |
| Meals | OT Meals | 10/11/2012 | 9:18 PM | Ryan Kiely | Rue 57 Brasserie Parisienne et Sushi | 34.06 | (14.06) | 20.00 |
| Meals | OT Meals | 10/11/2012 | 9:22 PM | Benjamin Weingarten | Mr. K.'s | 35.32 | (15.32) | 20.00 |
| Meals | OT Meals | 10/11/2012 | 8:16 PM | Jonathan Mattern | Blue Dog Café - Midtown | 23.14 | (3.14) | 20.00 |
| Meals | OT Meals | 10/11/2012 | 9:18 PM | Karin Chopra | Rue 57 Brasserie Parisienne et Sushi | 34.05 | (14.05) | 20.00 |
| Meals | OT Meals | 10/12/2012 | 9:40 PM | Benjamin Weingarten | ¡Whym! Restaurant | 36.44 | (16.44) | 20.00 |
| Meals | OT Meals | 10/12/2012 | 9:59 PM | Jonathan Mattern | Sosa Borella - 8th Ave | 34.15 | (14.15) | 20.00 |
| Meals | OT Meals | 10/13/2012 | 10:06 PM | Jonathan Mattern | Aki Sushi (52nd Street) | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 10/14/2012 | 9:56 PM | Jonathan Mattern | Café Duke | 25.28 | (5.28) | 20.00 |
| Meals | OT Meals | 10/15/2012 | 8:34 PM | Benjamin Weingarten | Moonrock Diner | 23.20 | (3.20) | 20.00 |
| Meals | OT Meals | 10/15/2012 | 1:02 AM | Jonathan Mattern | Sherwood To Go | 10.85 | - | 10.85 |
| Meals | OT Meals | 10/15/2012 | 8:01 PM | Jonathan Mattern | Serafina at the Time Hotel | 30.99 | (10.99) | 20.00 |
| Meals | OT Meals | 10/15/2012 | 8:29 PM | Karin Chopra | Toasties (48th/Mad-5av) | 25.41 | (5.41) | 20.00 |
| Meals | OT Meals | 10/16/2012 | 8:15 PM | Ryan Kiely | Angelo's Pizza | 28.32 | (8.32) | 20.00 |
| Meals | OT Meals | 10/16/2012 | 9:45 PM | Benjamin Weingarten | ¡Whym! Restaurant | 34.11 | (14.11) | 20.00 |
| Meals | OT Meals | 10/16/2012 | 8:30 PM | Jonathan Mattern | !Savory | 30.90 | (10.90) | 20.00 |
| Meals | OT Meals | 10/16/2012 | 8:15 PM | Karin Chopra | Angelo's Pizza | 28.33 | (8.33) | 20.00 |
| Meals | OT Meals | 10/17/2012 | 8:28 PM | Benjamin Weingarten | Mi Nidito | 35.89 | (15.89) | 20.00 |
| Meals | OT Meals | 10/17/2012 | 9:00 PM | Jonathan Mattern | Cafe Daniello's | 31.30 | (11.30) | 20.00 |
| Meals | OT Meals | 10/18/2012 | 8:40 PM | Ryan Kiely | Rue 57 Brasserie Parisienne et Sushi | 30.08 | (10.08) | 20.00 |
| Meals | OT Meals | 10/18/2012 | 9:18 PM | Benjamin Weingarten | Tony's Di Napoli | 38.43 | (18.43) | 20.00 |
| Meals | OT Meals | 10/18/2012 | 8:55 PM | Jonathan Mattern | Blue Dog Café - Midtown | 25.73 | (5.73) | 20.00 |
| Meals | OT Meals | 10/18/2012 | 8:40 PM | Karin Chopra | Rue 57 Brasserie Parisienne et Sushi | 30.09 | (10.09) | 20.00 |
| Meals | OT Meals | 10/19/2012 | 8:38 PM | Ryan Kiely | Shun Lee Palace | 30.00 | (10.00) | 20.00 |
| Meals | OT Meals | 10/19/2012 | 1:29 AM | Benjamin Weingarten | Sherwood To Go | 17.15 | - | 17.15 |
| Meals | OT Meals | 10/19/2012 | 8:38 PM | Benjamin Weingarten | Shun Lee Palace | 30.00 | (10.00) | 20.00 |
| Meals | OT Meals | 10/19/2012 | 8:38 PM | Karin Chopra | Shun Lee Palace | 30.00 | (10.00) | 20.00 |
| Meals | OT Meals | 10/20/2012 | 9:07 PM | Ryan Kiely | Toasties (51st) | 17.04 | - | 17.04 |
| Meals | OT Meals | 10/20/2012 | 9:07 PM | Benjamin Weingarten | Toasties (51st) | 17.05 | - | 17.05 |
| Meals | OT Meals | 10/20/2012 | 1:10 AM | Benjamin Weingarten | Moonrock Diner | 25.12 | (5.12) | 20.00 |
| Meals | OT Meals | 10/20/2012 | 9:07 PM | Karin Chopra | Toasties (51st) | 17.04 | - | 17.04 |
| Meals | OT Meals | 10/21/2012 | 9:53 PM | Ryan Kiely | !Eatery | 35.17 | (15.17) | 20.00 |
| Meals | OT Meals | 10/21/2012 | 12:39 AM | Benjamin Weingarten | Bagel & Bean | 18.12 | - | 18.12 |
| Meals | OT Meals | 10/21/2012 | 8:41 PM | Benjamin Weingarten | !Eatery | 35.17 | (15.17) | 20.00 |
| Meals | OT Meals | 10/21/2012 | 9:24 PM | Jonathan Mattern | Ashiya Sushi 5 | 24.92 | (4.92) | 20.00 |
| Meals | OT Meals | 10/21/2012 | 8:14 PM | Karin Chopra | !Eatery | 35.17 | (15.17) | 20.00 |
| Meals | OT Meals | 10/22/2012 | 9:37 PM | Ryan Kiely | Bukhara (49th Street) | 29.91 | (9.91) | 20.00 |
| Meals | OT Meals | 10/22/2012 | 9:43 PM | Benjamin Weingarten | Toasties (51st) | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 10/22/2012 | 8:49 PM | Jonathan Mattern | Blue Dog Café - Midtown | 20.35 | (0.35) | 20.00 |
| Meals | OT Meals | 10/22/2012 | 8:48 PM | Karin Chopra | Bukhara (49th Street) | 29.90 | (9.90) | 20.00 |
| Meals | OT Meals | 10/23/2012 | 9:11 PM | Jonathan Mattern | Sherwood To Go | 22.51 | (2.51) | 20.00 |
| Meals | OT Meals | 10/24/2012 | 8:29 PM | Jonathan Mattern | Olympic Pita | 28.58 | (8.58) | 20.00 |
| Meals | OT Meals | 10/30/2012 | 8:44 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 10/30/2012 | 12:26 AM | Karin Chopra | Fresh Basil's | 13.21 | - | 13.21 |
| Meals | OT Meals | 10/30/2012 | 8:25 PM | Karin Chopra | Majestic Deli | 17.06 | - | 17.06 |
| Meals | OT Meals | 10/31/2012 | 8:27 PM | Benjamin Weingarten | ¡Whym! Restaurant | 27.31 | (7.31) | 20.00 |
| Communication & Other: Phone Bill | Communications - BB | 11/8/2012 | | Karin Chopra | Long Distance Phone Charges | 80.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/02 Conference Call: 7 lines for 1 | 71.88 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/09 Conference Call: 4 lines for 3 | 20.54 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/15 Conference Call: 1 lines for 1 | 19.51 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/15 Conference Call: 20 lines for | 568.32 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/15 Conference Call: 5 lines for 9 | 56.54 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/21 Conference Call: 3 lines for 6 | 25.57 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/21 Conference Call: 6 lines for 2 | 121.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/21 Conference Call: 26 lines for | 618.49 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/24 Conference Call: 3 lines for 3 | 19.21 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/24 Conference Call: 4 lines for 1 | 51.57 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/28 Conference Call: 11 lines for | 201.44 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/31 Conference Call: 4 lines for 6 | 26.81 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/04 Conference Call: 10 lines for | 75.90 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/05 Conference Call: 4 lines for 4 | 20.48 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/05 Conference Call: 4 lines for 2 | 105.60 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/19 Conference Call: 3 lines for 8 | 32.88 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/20 Conference Call: 1 lines for 1 | 20.82 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/20 Conference Call: 1 lines for 2 | 20.93 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/20 Conference Call: 13 lines for 1 | 386.95 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/20 Conference Call: 4 lines for 1 | 55.25 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/22 Conference Call: 3 lines for 1 | 76.75 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2012 | | ECI Conferencing | 10/05 Conference Call: 13 lines for | 312.77 | | |
| Communication & Other: FedEx / Shipping | Messenger | 10/31/2012 | | | 10/31 1 package | 10.18 | | |
| Communication & Other: Other Expenses | Other Expenses | 10/2/2012 | | Benjamin Weingarten | Lukoil 69703 6060097 W. Conshohocken | 48.40 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer for such overage on a retroactive and prospective basis.

(3) Represents hotel costs above $500 / night.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Expense Category | Expense Type | Date Expense Incurred | Time Expense Incurred | Vendor / Employee Name | Description | Expenses | Less: Meal Overage | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 9/19/2012 | 8:02 PM | Marc Puntus | 108 WINDSOR GATE GREAT NECK LI to LG | 97.35 | | |
| Transportation | Taxi / Car service | 9/21/2012 | 9:53 PM | Marc Puntus | LGA to 108 WINDSOR GATE GREAT NECK11 | 111.98 | | |
| Transportation | Taxi / Car service | 9/21/2012 | 9:12 PM | Karn Chopra | LGA to 523 E 14 ST 10009 M | 67.08 | | |
| Transportation | Taxi / Car service | 10/3/2012 | 11:36 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 48.79 | | |
| Transportation | Taxi / Car service | 10/7/2012 | 9:56 PM | NY Presentation Dept. | 31 W 52 7 to 11228 11228 | 62.64 | | |
| Transportation | Taxi / Car service | 10/8/2012 | 11:13 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 26.61 | | |
| Transportation | Taxi / Car service | 10/9/2012 | 10:43 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 44.35 | | |
| Transportation | Taxi / Car service | 10/11/2012 | 1:05 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 10/11/2012 | 11:29 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 10/12/2012 | 11:05 PM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 54.33 | | |
| Transportation | Taxi / Car service | 10/16/2012 | 11:12 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 10/17/2012 | 9:55 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 34.37 | | |
| Transportation | Taxi / Car service | 10/19/2012 | 2:08 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 10/20/2012 | 11:55 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 33.04 | | |
| Transportation | Taxi / Car service | 10/21/2012 | 7:56 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 10/22/2012 | 10:36 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 54.33 | | |
| Transportation | Taxi / Car service | 10/23/2012 | 10:13 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 10/24/2012 | 10:05 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 10/30/2012 | 10:35 PM | Benjamin Weingarten | 31 W 52 ST to 319 W 104 ST | 29.94 | | |
| Transportation | Taxi / Car service | 10/31/2012 | 9:35 PM | Karn Chopra | NYC Taxi Med 6b52 09 New York | 15.60 | | |
| Transportation | Taxi / Car service | 11/1/2012 | 2:25 AM | Benjamin Weingarten | 31 W 52 ST to 319 W 104 ST | 46.57 | | |
| Transportation | Taxi / Car service | 11/1/2012 | 10:45 PM | Jonathan Matters | S&r Medallion Corp S New York | 13.10 | | |
| Transportation | Taxi / Car service | 11/1/2012 | 9:01 PM | Jonathan Matters | NYC Taxi Group Inc-1 Brooklyn | 13.10 | | |
| Transportation | Taxi / Car service | 11/2/2012 | 10:11 PM | Karn Chopra | NYC Med 5b89 09 Manalapan | 14.40 | | |
| Transportation | Taxi / Car service | 11/3/2012 | 10:30 AM | Jonathan Matters | NYC Med 2f77 09 Long Island C | 13.20 | | |
| Transportation | Taxi / Car service | 11/4/2012 | 1:20 PM | Ryan Kiely | NYC Taxi Med 1w32 09 Bronx | 13.80 | | |
| Transportation | Taxi / Car service | 11/4/2012 | 6:17 PM | Ryan Kiely | NYC Taxi Med 5e20 09 Flushing | 12.00 | | |
| Transportation | Taxi / Car service | 11/5/2012 | 10:02 PM | Ryan Kiely | Taxi Credit Card Cor Woodside | 10.10 | | |
| Transportation | Taxi / Car service | 11/6/2012 | 10:14 PM | Jonathan Matters | NYC-Taxi Verifone NY Long Island Cit | 7.70 | | |
| Transportation | Taxi / Car service | 11/7/2012 | 12:34 AM | Ryan Kiely | NYC Taxi Med 7y13 09 Long Island C | 14.50 | | |
| Transportation | Taxi / Car service | 11/7/2012 | 10:01 PM | Ryan Kiely | NYC Med 9j65 09 Long Island C | 7.75 | | |
| Transportation | Taxi / Car service | 11/9/2012 | 12:38 AM | Ryan Kiely | NYC-Taxi Verifone NY Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 11/9/2012 | 9:33 PM | Ryan Kiely | Taxi Credit Card Cor Woodside | 7.70 | | |
| Transportation | Taxi / Car service | 11/9/2012 | 9:05 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 15.60 | | |
| Transportation | Taxi / Car service | 11/10/2012 | 12:35 PM | Jonathan Matters | NYC Med 7b97 09 Queens Villag | 7.50 | | |
| Transportation | Taxi / Car service | 11/10/2012 | 10:00 AM | Karn Chopra | NYC Taxi Med 1g47 09 Rego Park | 16.80 | | |
| Transportation | Taxi / Car service | 11/11/2012 | 10:42 AM | Benjamin Weingarten | NYC Taxi Med 1d88 09 Bronx | 10.80 | | |
| Transportation | Taxi / Car service | 11/11/2012 | 11:02 AM | Ryan Kiely | NYC Taxi Med 2m33 09 Brooklyn | 12.25 | | |
| Transportation | Taxi / Car service | 11/11/2012 | 12:59 PM | Benjamin Weingarten | NYC Taxi Med 7y88 09 Brooklyn | 14.40 | | |
| Transportation | Taxi / Car service | 11/12/2012 | 10:36 PM | Ryan Kiely | Taxi Credit Card Cor Woodside | 12.50 | | |
| Transportation | Taxi / Car service | 11/13/2012 | 10:40 PM | Benjamin Weingarten | Jd Management Inc J Long Island Cit | 8.30 | | |
| Transportation | Taxi / Car service | 11/13/2012 | 10:04 PM | Jonathan Matters | All Taxi Management  Long Island Cit | 9.60 | | |
| Transportation | Taxi / Car service | 11/13/2012 | 9:22 PM | Karn Chopra | NYC Taxi Med 9p31 09 Brooklyn | 15.00 | | |
| Transportation | Taxi / Car service | 11/14/2012 | 11:32 PM | Benjamin Weingarten | Macchiato Espresso B New York | 6.04 | | |
| Transportation | Taxi / Car service | 11/14/2012 | 9:37 PM | Ryan Kiely | NYC Taxi Group Inc-1 Brooklyn | 16.10 | | |
| Transportation | Taxi / Car service | 11/14/2012 | 10:31 PM | Jonathan Matters | White And Blue Group Long Island Cit | 8.30 | | |
| Transportation | Taxi / Car service | 11/14/2012 | 10:24 PM | Karn Chopra | S&r Medallion Corp S New York | 17.90 | | |
| Transportation | Taxi / Car service | 11/15/2012 | 9:32 PM | Benjamin Weingarten | NYC Taxi Med 1y66 09 Brooklyn | 9.60 | | |
| Transportation | Taxi / Car service | 11/16/2012 | 9:22 PM | Benjamin Weingarten | NYC Interboro Manage Long Island Cit | 19.10 | | |
| Transportation | Taxi / Car service | 11/16/2012 | 9:45 PM | Ryan Kiely | All Taxi Management  Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 11/16/2012 | 10:01 PM | Karn Chopra | NYC Taxi Med 2g94 09 New York | 12.60 | | |
| Transportation | Taxi / Car service | 11/17/2012 | 3:13 PM | Jonathan Matters | White And Blue Group Long Island Cit | 9.50 | | |
| Transportation | Taxi / Car service | 11/17/2012 | 11:02 AM | Karn Chopra | NYC Taxi Med 9y46 09 Brooklyn | 24.60 | | |
| Transportation | Taxi / Car service | 11/18/2012 | 12:55 PM | Benjamin Weingarten | NYC Taxi Med 1146 09 New York | 16.20 | | |
| Transportation | Taxi / Car service | 11/18/2012 | 4:02 PM | Benjamin Weingarten | NYC Taxi Medallion 2 Woodside | 15.50 | | |
| Transportation | Taxi / Car service | 11/18/2012 | 12:05 PM | Jonathan Matters | White And Blue Group Long Island Cit | 12.00 | | |
| Transportation | Taxi / Car service | 11/18/2012 | 6:21 PM | Jonathan Matters | White And Blue Group Long Island Cit | 7.10 | | |
| Transportation | Taxi / Car service | 11/19/2012 | 10:14 PM | Ryan Kiely | NYC-Taxi Verifone NY Long Island Cit | 23.50 | | |
| Transportation | Taxi / Car service | 11/19/2012 | 9:11 PM | Marc Puntus | Uber Technologies In 866-576-1039 | 36.00 | | |
| Transportation | Taxi / Car service | 11/20/2012 | 10:01 PM | Ryan Kiely | Taxi Credit Card Cor Woodside | 15.50 | | |
| Transportation | Taxi / Car service | 11/20/2012 | 10:17 PM | Karn Chopra | Light Source Inc Lg New York | 15.50 | | |
| Transportation | Taxi / Car service | 11/21/2012 | 10:47 PM | Benjamin Weingarten | NYC Taxi Med 8h85 09 Bronx | 10.20 | | |
| Transportation | Taxi / Car service | 11/21/2012 | 10:17 PM | Karn Chopra | Queens Medallion Lon Long Island Cit | 10.70 | | |
| Transportation | Taxi / Car service | 11/26/2012 | 9:50 PM | Benjamin Weingarten | Yellow Cab Sbjet Ma Long Island Cit | 8.90 | | |
| Transportation | Taxi / Car service | 11/26/2012 | 9:39 PM | Ryan Kiely | Taxi Credit Card Cor Woodside | 11.30 | | |
| Transportation | Taxi / Car service | 11/26/2012 | 12:28 AM | Jonathan Matters | NYC Taxi Med 9h48 09 Long Island C | 8.00 | | |
| Transportation | Taxi / Car service | 11/26/2012 | 11:15 PM | Jonathan Matters | NYC Taxi Med 7k19 09 New York | 11.00 | | |
| Transportation | Taxi / Car service | 11/27/2012 | 11:03 PM | Jonathan Matters | NYC-Taxi Verifone NY Long Island Cit | 8.00 | | |
| Transportation | Taxi / Car service | 11/28/2012 | 11:21 PM | Jonathan Matters | White And Blue Group Long Island Cit | 7.70 | | |
| Transportation | Taxi / Car service | 11/28/2012 | 10:55 PM | Ryan Kiely | NYC Taxi Med 4n72 09 Flushing | 10.25 | | |
| Transportation | Taxi / Car service | 11/28/2012 | 10:52 PM | Karn Chopra | NYC Taxi Med 8l10 09 Brooklyn | 13.80 | | |
| Transportation | Transportation Other | 11/5/2012 | | Ryan Kiely | Lukoil 69704 6060697 Fort Washington | 58.40 | | |
| Transportation | Transportation Other | 11/7/2012 | | Ryan Kiely | Sunoco 0003162508 | 29.66 | | |
| Transportation | Transportation Other | 11/7/2012 | | Ryan Kiely | Tower 25 Parking Llc New York | 52.00 | | |
| Transportation | Transportation Other | 11/8/2012 | | Ryan Kiely | Avis Rent A Car | 341.14 | | |
| Transportation | Transportation Other | 11/13/2012 | | Ryan Kiely | Avis Rent A Car Toll 866-642-2000 | 29.66 | | |
| Transportation | Transportation Other | 11/13/2012 | | Jonathan Matters | Nj/ NY Penn Sta Ref# 000402375 | 16.50 | | |
| Transportation | Transportation Other | 11/20/2012 | | Marc Puntus | State-Pngrf Garage 4 New York | 89.00 | | |
| Transportation | Transportation Other | 11/25/2012 | | Ryan Kiely | Avis Rent A Car Toll 866-642-2000 | 62.24 | | |
| Hotel | Hotel (Excl meals) | 11/9/2012 | | Ryan Kiely | Hampton Inn Philadel King Of Prussia - [1 night] | 214.92 | | |
| Meals | Out of Town Meals | 11/7/2012 | | Ryan Kiely | Maggiano's #178 | 26.85 | | |
| Meals | OT Meals | 11/1/2012 | 9:20 PM | Benjamin Weingarten | Shun Lee West | 35.72 | (15.72) | 20.00 |
| Meals | OT Meals | 11/1/2012 | 9:37 PM | Ryan Kiely | Akdeniz | 28.02 | (8.02) | 20.00 |
| Meals | OT Meals | 11/1/2012 | 8:48 PM | Jonathan Matters | !Savory | 27.51 | (7.51) | 20.00 |
| Meals | OT Meals | 11/1/2012 | 9:37 PM | Karn Chopra | Akdeniz | 28.01 | (8.01) | 20.00 |
| Meals | OT Meals | 11/2/2012 | 8:35 PM | Jonathan Matters | Pulse | 30.00 | (10.00) | 20.00 |
| Meals | OT Meals | 11/5/2012 | 8:15 PM | Benjamin Weingarten | Hiroshi Japanese Fusion | 31.15 | (11.15) | 20.00 |
| Meals | OT Meals | 11/5/2012 | 8:58 PM | Jonathan Matters | Toloache | 28.94 | (8.94) | 20.00 |
| Meals | OT Meals | 11/5/2012 | 8:34 PM | Jonathan Matters | Sherwood To Go | 9.82 | - | 9.82 |
| Meals | OT Meals | 11/6/2012 | 8:31 PM | Benjamin Weingarten | !Eatery | 33.01 | (13.01) | 20.00 |
| Meals | OT Meals | 11/8/2012 | 9:42 PM | Jonathan Matters | Akdeniz | 30.30 | (10.30) | 20.00 |
| Meals | OT Meals | 11/9/2012 | 8:33 PM | Benjamin Weingarten | Toasties (51st) | 20.75 | (0.75) | 20.00 |
| Meals | OT Meals | 11/9/2012 | 9:33 PM | Jonathan Matters | Hatsuhana | 26.31 | (6.31) | 20.00 |
| Meals | OT Meals | 11/12/2012 | 9:44 PM | Benjamin Weingarten | Pulse | 38.46 | (18.46) | 20.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals | OT Meals | 11/12/2012 | 8:59 PM | Ryan Kielty | Dig Inn Seasonal Market - 55th Stree | 16.64 | - | 16.64 |
| Meals | OT Meals | 11/12/2012 | 8:35 PM | Jonathan Mattern | !Savory | 21.32 | (1.32) | 20.00 |
| Meals | OT Meals | 11/12/2012 | 2:05 AM | Jonathan Mattern | !Savory | 7.96 | - | 7.96 |
| Meals | OT Meals | 11/12/2012 | 8:59 PM | Karn Chopra | Dig Inn Seasonal Market - 55th Stree | 16.63 | - | 16.63 |
| Meals | OT Meals | 11/13/2012 | 9:05 PM | Benjamin Weingarten | Mr. K's | 35.32 | (15.32) | 20.00 |
| Meals | OT Meals | 11/14/2012 | 8:47 PM | Benjamin Weingarten | !Whym; Restaurant | 74.20 | (54.20) | 20.00 |
| Meals | OT Meals | 11/14/2012 | 8:51 PM | Jonathan Mattern | Serafina at the Time Hotel | 29.74 | (9.74) | 20.00 |
| Meals | OT Meals | 11/14/2012 | 8:21 PM | Karn Chopra | Toloache | 34.33 | (14.33) | 20.00 |
| Meals | OT Meals | 11/15/2012 | 8:37 PM | Ryan Kielty | !Eatery | 37.43 | (17.43) | 20.00 |
| Meals | OT Meals | 11/15/2012 | 9:31 PM | Jonathan Mattern | Patron Mexican Grill (772 9th Ave) | 31.68 | (11.68) | 20.00 |
| Meals | OT Meals | 11/15/2012 | 8:31 PM | Karn Chopra | !Eatery | 37.43 | (17.43) | 20.00 |
| Meals | OT Meals | 11/18/2012 | 1:03 PM | Benjamin Weingarten | Bagel & Bean | 13.99 | - | 13.99 |
| Meals | OT Meals | 11/18/2012 | 12:35 PM | Jonathan Mattern | Bagel & Bean | 14.33 | - | 14.33 |
| Meals | OT Meals | 11/19/2012 | 9:22 PM | Jonathan Mattern | Pazza Notte (Formerly Pasta la Vista | 28.66 | (8.66) | 20.00 |
| Meals | OT Meals | 11/20/2012 | 9:28 PM | Jonathan Mattern | !Savory | 28.79 | (8.79) | 20.00 |
| Meals | OT Meals | 11/25/2012 | 9:12 PM | Jonathan Mattern | Cafe Duniello's | 31.05 | (11.05) | 20.00 |
| Meals | OT Meals | 11/26/2012 | 8:58 PM | Benjamin Weingarten | Pulse | 31.78 | (11.78) | 20.00 |
| Meals | OT Meals | 11/26/2012 | 8:38 PM | Ryan Kielty | Toasties (48th/Mad-5av) | 13.67 | - | 13.67 |
| Meals | OT Meals | 11/26/2012 | 9:19 PM | Jonathan Mattern | Cafe Duniello's | 27.55 | (7.55) | 20.00 |
| Meals | OT Meals | 11/26/2012 | 8:38 PM | Karn Chopra | Toasties (48th/Mad-5av) | 13.68 | - | 13.68 |
| Meals | OT Meals | 11/27/2012 | 9:04 PM | Benjamin Weingarten | Dig Inn Seasonal Market - 55th Stree | 22.26 | (2.26) | 20.00 |
| Meals | OT Meals | 11/27/2012 | 9:38 PM | Ryan Kielty | Aoki Japanese Restaurant | 33.05 | (13.05) | 20.00 |
| Meals | OT Meals | 11/27/2012 | 9:12 PM | Jonathan Mattern | KTCHN (Kitchen) | 33.22 | (13.22) | 20.00 |
| Meals | OT Meals | 11/28/2012 | 8:41 PM | Benjamin Weingarten | Fuel Grill & Juice Bar (9th Ave) | 31.31 | (11.31) | 20.00 |
| Meals | OT Meals | 11/28/2012 | 8:15 PM | Jonathan Mattern | Serafina at the Time Hotel | 30.69 | (10.69) | 20.00 |
| Meals | OT Meals | 11/28/2012 | 8:27 PM | Karn Chopra | !Eatery | 29.29 | (9.29) | 20.00 |
| Meals | OT Meals | 11/29/2012 | 8:14 PM | Karn Chopra | Toloache | 34.33 | (14.33) | 20.00 |
| Meals | OT Meals | 11/30/2012 | 9:35 PM | Angela Williams | Chop't Creative Salad Co. (51st & 6t | 21.67 | (1.67) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/29 Conference Call: 20 lines for 10 | 598.11 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/05 Conference Call: 5 lines for 3 | 25.30 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/06 Conference Call: 8 lines for 3 | 149.42 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/20 Conference Call: 5 lines for 1 | 54.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/01 Conference Call: 3 lines for 9 | 35.27 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/11 Conference Call: 4 lines for 6 | 24.77 | | |
| Communication & Other: Conference Calls | Conference Calls | 11/30/2012 | | ECI Conferencing | 11/13 Conference Call: 1 lines for 2 | 20.93 | | |
| Communication & Other: Other Expenses | Other Expenses | 12/1/2012 | | USA.NET, Inc. | 12/01 Data Export for Discovery | 224.57 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal. Centerview has previously debited such amounts against the $50,000 expense retainer but will credit the expense retainer for each overage on a retroactive and prospective basis.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[2] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[3] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 10/4/2012 | 1:14 AM | Benjamin Weingarten | 31 W 52 ST to E 10 ST | 45.46 | | |
| Transportation | Taxi / Car service | 10/5/2012 | 11:45 PM | Benjamin Weingarten | 31 W 52 ST to 4 AVE | 44.35 | | |
| Transportation | Taxi / Car service | 10/17/2012 | 10:14 PM | Karn Chopra | 31 W 52 ST M to 1 BOWLING GREEN 100 | 32.15 | | |
| Transportation | Taxi / Car service | 11/5/2012 | 1:55 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 51.00 | | |
| Transportation | Taxi / Car service | 11/20/2012 | 9:45 PM | Marc Puntus | 31 W 52 ST M to 1 BOWLING GREEN 100 | 32.15 | | |
| Transportation | Taxi / Car service | 11/27/2012 | 12:25 AM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | |
| Transportation | Taxi / Car service | 11/30/2012 | 11:50 PM | Ryan Kielty | Queens Medallion Lsn Long Island Cit | 8.30 | | |
| Transportation | Taxi / Car service | 12/4/2012 | 11:09 PM | Ryan Kielty | Jtl Management Inc J Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 12/5/2012 | 10:08 PM | Ryan Kielty | Fleetline Llc Fleetl Woodside | 10.70 | | |
| Transportation | Taxi / Car service | 12/6/2012 | 11:26 PM | Ryan Kielty | NYC Taxi Med 4y15 09 Long Island C | 15.00 | | |
| Transportation | Taxi / Car service | 12/7/2012 | 9:04 PM | Ryan Kielty | NYC Taxi Verifone NY Long Island Cit | 21.50 | | |
| Transportation | Taxi / Car service | 12/7/2012 | 11:47 PM | Ryan Kielty | NYC Taxi 2g33 09 New York | 13.80 | | |
| Transportation | Taxi / Car service | 12/8/2012 | 9:23 PM | Ryan Kielty | NYC Taxi Verifone NY Long Island Cit | 14.30 | | |
| Transportation | Taxi / Car service | 12/8/2012 | 11:52 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 19.70 | | |
| Transportation | Taxi / Car service | 12/11/2012 | 10:17 PM | Ryan Kielty | NYC Taxi Med 4m20 09 Long Island C | 16.20 | | |
| Transportation | Taxi / Car service | 12/12/2012 | 11:40 PM | Ryan Kielty | All Taxi Management Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 12/16/2012 | 9:18 PM | Ryan Kielty | Fa Management-7k18 F Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 12/16/2012 | 10:53 PM | Ryan Kielty | NYC Taxi Med 3g35 09 Long Island C | 13.80 | | |
| Transportation | Taxi / Car service | 12/18/2012 | 11:24 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 41.02 | | |
| Transportation | Taxi / Car service | 12/19/2012 | 10:02 PM | Jonathan Mattern | All Taxi Management Long Island Cit | 8.00 | | |
| Transportation | Taxi / Car service | 12/19/2012 | 10:07 PM | Ryan Kielty | NYC Taxi Med 3y86 09 Long Island C | 19.80 | | |
| Transportation | Taxi / Car service | 12/19/2012 | 11:41 PM | Karn Chopra | NYC Taxi Med 3n27 09 Brooklyn | 15.60 | | |
| Transportation | Taxi / Car service | 12/20/2012 | 11:19 PM | Jonathan Mattern | Ccmnt Managment Inc Long Island Cit | 16.70 | | |
| Transportation | Taxi / Car service | 12/20/2012 | 11:33 PM | Karn Chopra | NYC Taxi Med 5y65 09 Flushing | 17.40 | | |
| Transportation | Taxi / Car service | 12/21/2012 | 12:01 AM | Ryan Kielty | NYC Taxi 2g37 09 New York | 21.00 | | |
| Transportation | Taxi / Car service | 12/21/2012 | 9:20 PM | Karn Chopra | NYC Taxi Med 9h45 09 Long Island C | 13.80 | | |
| Transportation | Taxi / Car service | 12/21/2012 | 12:53 AM | Karn Chopra | Fleetine Llc Fleetl Woodside | 14.90 | | |
| Transportation | Taxi / Car service | 12/22/2012 | 10:41 PM | Jonathan Mattern | NYC Taxi Med Sbv119 Long Island C | 9.50 | | |
| Transportation | Taxi / Car service | 12/22/2012 | 11:37 PM | Ryan Kielty | Ajb Taxi Management New York | 13.70 | | |
| Transportation | Taxi / Car service | 12/22/2012 | 12:04 AM | Ryan Kielty | NYC Taxi Med 4b48 09 Long Island C | 16.20 | | |
| Transportation | Taxi / Car service | 12/23/2012 | 9:48 PM | Ryan Kielty | NYC Taxi Med 7v30 09 Bronx | 13.20 | | |
| Transportation | Taxi / Car service | 12/23/2012 | 1:51 AM | Ryan Kielty | White And Blue Group Long Island Cit | 13.70 | | |
| Transportation | Taxi / Car service | 12/29/2012 | 11:12 PM | Jonathan Mattern | NYC Taxi Med 2f26 09 Brooklyn | 15.00 | | |
| Transportation | Taxi / Car service | 1/2/2013 | 10:50 PM | Ryan Kielty | All Taxi Management Long Island Cit | 11.90 | | |
| Transportation | Taxi / Car service | 1/3/2013 | 10:46 PM | Karn Chopra | NYC Taxi Med 3n17 09 Woodside | 15.00 | | |
| Transportation | Taxi / Car service | 1/6/2013 | 1:23 AM | Ryan Kielty | NYC Taxi 6j66 09 Woodside | 12.60 | | |
| Transportation | Taxi / Car service | 1/6/2013 | 10:11 PM | Ryan Kielty | NYC Taxi Med 5n55 09 Brooklyn | 9.00 | | |
| Transportation | Taxi / Car service | 1/7/2013 | 12:03 AM | Karn Chopra | NYC Taxi Med 6b90 09 Brooklyn | 10.80 | | |
| Transportation | Taxi / Car service | 1/8/2013 | 10:00 PM | Ryan Kielty | Borcua Hacking Corp Staten Island | 10.10 | | |
| Transportation | Taxi / Car service | 1/8/2013 | 12:15 AM | Karn Chopra | NYC Taxi Med 5a77 09 Cambria Heigh | 13.80 | | |
| Transportation | Taxi / Car service | 1/9/2013 | 11:01 PM | Ryan Kielty | Executive Owners Hol Long Island Cit | 11.90 | | |
| Transportation | Taxi / Car service | 1/9/2013 | 9:02 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 1/9/2013 | 12:35 AM | Karn Chopra | NYC Taxi Med 2g62 09 New York | 11.40 | | |
| Transportation | Taxi / Car service | 1/10/2013 | 11:43 PM | Jonathan Mattern | NYC Taxi Med 1d47 09 Islip | 9.60 | | |
| Transportation | Taxi / Car service | 1/10/2013 | 10:42 PM | Karn Chopra | Executive Owners Hol Long Island Cit | 15.50 | | |
| Transportation | Taxi / Car service | 1/11/2013 | 11:42 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/11/2013 | 12:14 AM | Ryan Kielty | NYC Taxi Med 3c88 09 Fresh Meadows | 11.40 | | |
| Transportation | Taxi / Car service | 1/12/2013 | 10:02 PM | Ryan Kielty | NYC Taxi Med 2n76 09 Brooklyn | 12.00 | | |
| Transportation | Taxi / Car service | 1/12/2013 | 1:52 AM | Ryan Kielty | NYC Taxi Med 7g74 09 Woodside | 16.20 | | |
| Transportation | Taxi / Car service | 1/12/2013 | 11:33 PM | Karn Chopra | NYC Taxi Med 8b26 09 Long Island C | 18.60 | | |
| Transportation | Taxi / Car service | 1/13/2013 | 9:55 PM | Ryan Kielty | NYC Taxi Med 5p26 09 Long Island C | 16.80 | | |
| Transportation | Taxi / Car service | 1/14/2013 | 10:47 PM | Ryan Kielty | NYC Taxi Med 5d83 09 Carteret | 15.00 | | |
| Transportation | Taxi / Car service | 1/15/2013 | 10:54 PM | Ryan Kielty | NYC Taxi Med 5m14 09 Brooklyn | 14.40 | | |
| Transportation | Taxi / Car service | 1/16/2013 | 11:01 PM | Ryan Kielty | NYC Taxi Med 7v59 09 Long Island C | 10.20 | | |
| Transportation | Taxi / Car service | 1/17/2013 | 10:49 PM | Ryan Kielty | NYC Taxi Med 1e51 09 Mineola | 10.75 | | |
| Transportation | Taxi / Car service | 1/18/2013 | 9:11 PM | Ryan Kielty | Wabeed Brokerage Inc Brooklyn | 12.50 | | |
| Transportation | Taxi / Car service | 1/18/2013 | 11:51 PM | Ryan Kielty | NYC Taxi Med 6j55 09 New York | 13.20 | | |
| Transportation | Taxi / Car service | 1/18/2013 | 11:39 PM | Karn Chopra | All Taxi Management Long Island Cit | 8.30 | | |
| Transportation | Taxi / Car service | 1/19/2013 | 9:27 PM | Ryan Kielty | S&z Medallion Corp S New York | 12.50 | | |
| Transportation | Taxi / Car service | 1/19/2013 | 11:55 PM | Ryan Kielty | NYC Taxi Med 7t43 09 New York | 12.60 | | |
| Transportation | Taxi / Car service | 1/20/2013 | 10:57 PM | Ryan Kielty | Ajb Taxi Management New York | 14.90 | | |
| Transportation | Taxi / Car service | 1/21/2013 | 11:12 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 10.25 | | |
| Transportation | Taxi / Car service | 1/24/2013 | 10:15 PM | Karn Chopra | Yellow Cab Sbjet Ma Long Island Cit | 17.30 | | |
| Transportation | Taxi / Car service | 1/25/2013 | 10:20 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 23.00 | | |
| Transportation | Airfare | 11/28/2012 | | Ryan Kielty | Ovation Travel Group fee for Coach Class ticket | 48.00 | | |
| Transportation | Airfare | 11/28/2012 | | Ryan Kielty | American Airlines Inc Coach Class ticket | 1,979.60 | | |
| Transportation | Airfare | 12/3/2012 | | Ryan Kielty | American Airlines Inc Coach Class ticket | 530.00 | | |
| Meals | OT Meals | 12/4/2012 | 9:40 PM | Karn Chopra | !Eatery | 32.73 | (12.73) | 20.00 |
| Meals | OT Meals | 12/4/2012 | 9:40 PM | Karn Chopra | !Eatery | 32.73 | (12.73) | 20.00 |
| Meals | OT Meals | 12/6/2012 | 9:03 PM | Jonathan Mattern | Benihana | 26.89 | (6.89) | 20.00 |
| Meals | OT Meals | 12/7/2012 | 9:06 PM | Jonathan Mattern | !Savory | 28.02 | (8.02) | 20.00 |
| Meals | OT Meals | 12/10/2012 | 8:35 PM | Jonathan Mattern | Kasbah Kosher BBQ & Grill | 29.52 | (9.52) | 20.00 |
| Meals | OT Meals | 12/10/2012 | 8:19 PM | Karn Chopra | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 12/11/2012 | 9:13 PM | Jonathan Mattern | Serafina at the Time Hotel | 37.75 | (17.75) | 20.00 |
| Meals | OT Meals | 12/12/2012 | 8:08 PM | Jonathan Mattern | !Savory | 29.82 | (9.82) | 20.00 |
| Meals | OT Meals | 12/13/2012 | 9:11 PM | Jonathan Mattern | Cafe Duke | 20.13 | (0.13) | 20.00 |
| Meals | OT Meals | 12/13/2012 | 8:31 PM | Benjamin Weingarten | Junior's (Broadway) | 23.05 | (3.05) | 20.00 |
| Meals | OT Meals | 12/17/2012 | 8:31 PM | Jonathan Mattern | Mi Nidito | 40.33 | (20.33) | 20.00 |
| Meals | OT Meals | 12/18/2012 | 8:12 PM | Jonathan Mattern | KTCHN (Kitchen) | 36.93 | (16.93) | 20.00 |
| Meals | OT Meals | 12/18/2012 | 9:31 PM | Benjamin Weingarten | Ashiya Sushi 5 | 29.62 | (9.62) | 20.00 |
| Meals | OT Meals | 12/20/2012 | 8:14 PM | Jonathan Mattern | Aki Sushi | 33.91 | (13.91) | 20.00 |
| Meals | OT Meals | 12/21/2012 | 8:45 PM | Jonathan Mattern | Cafe Duke | 23.14 | (3.14) | 20.00 |
| Meals | OT Meals | 12/27/2012 | 9:36 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 1/2/2013 | 8:52 PM | Jonathan Mattern | Energy Kitchen (W 47th) | 21.75 | (1.75) | 20.00 |
| Meals | OT Meals | 1/2/2013 | 8:35 PM | Karn Chopra | Energy Kitchen (W 47th) | 17.09 | - | 17.09 |
| Meals | OT Meals | 1/3/2013 | 9:54 PM | Jonathan Mattern | !Savory | 25.57 | (5.57) | 20.00 |
| Meals | OT Meals | 1/3/2013 | 8:30 PM | Karn Chopra | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 1/7/2013 | 8:00 PM | Jonathan Mattern | !Savory | 27.42 | (7.42) | 20.00 |
| Meals | OT Meals | 1/8/2013 | 8:56 PM | Benjamin Weingarten | Toasties (52nd/Lexington) | 15.16 | - | 15.16 |
| Meals | OT Meals | 1/14/2013 | 8:53 PM | Jonathan Mattern | !Savory | 26.87 | (6.87) | 20.00 |
| Meals | OT Meals | 1/14/2013 | 8:35 PM | Benjamin Weingarten | Evergreen Diner | 17.69 | - | 17.69 |
| Meals | OT Meals | 1/14/2013 | 9:17 PM | Ryan Kielty | Energy Kitchen (W 47th) | 13.41 | - | 13.41 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Meals | OT Meals | 1/14/2013 | 9:17 PM | Karn Chopra | Energy Kitchen (W 47th) | 13.41 | - | 13.41 |
| Meals | OT Meals | 1/16/2013 | 9:18 PM | Benjamin Weingarten | ?Eatery | 27.21 | (7.21) | 20.00 |
| Meals | OT Meals | 1/17/2013 | 8:35 PM | Benjamin Weingarten | Moonrock Diner | 22.08 | (2.08) | 20.00 |
| Meals | OT Meals | 1/17/2013 | 8:11 PM | Karn Chopra | Bukhara (49th Street) | 30.46 | (10.46) | 20.00 |
| Meals | OT Meals | 1/22/2013 | 9:45 PM | Ryan Kiely | Aki Sushi | 25.74 | (5.74) | 20.00 |
| Meals | OT Meals | 1/23/2013 | 9:19 PM | Jonathan Mattern | ?Savory | 25.61 | (5.61) | 20.00 |
| Meals | OT Meals | 1/24/2013 | 8:19 PM | Benjamin Weingarten | ?Whym; Restaurant | 33.01 | (13.01) | 20.00 |
| Meals | OT Meals | 1/25/2013 | 9:28 PM | Benjamin Weingarten | Toasties (51st) | 25.41 | (5.41) | 20.00 |
| Meals | OT Meals | 1/27/2013 | 8:56 PM | Benjamin Weingarten | Bann | 33.59 | (13.59) | 20.00 |
| Meals | OT Meals | 1/28/2013 | 9:47 PM | Benjamin Weingarten | Ashiya Sushi 5 | 25.18 | (5.18) | 20.00 |
| Meals | OT Meals | 1/29/2013 | 8:41 PM | Benjamin Weingarten | ?Whym; Restaurant | 30.58 | (10.58) | 20.00 |
| Meals | OT Meals | 1/30/2013 | 9:25 PM | Jonathan Mattern | Hatsuhana | 27.80 | (7.80) | 20.00 |
| Meals | OT Meals | 1/30/2013 | 8:40 PM | Benjamin Weingarten | ?Eatery | 34.38 | (14.38) | 20.00 |
| Meals | OT Meals | 1/30/2013 | 8:42 PM | Karn Chopra | ?Eatery | 30.96 | (10.96) | 20.00 |
| Meals | OT Meals | 1/31/2013 | 1:58 AM | Jonathan Mattern | Sherwood To Go | 16.30 | - | 16.30 |
| Meals | OT Meals | 1/31/2013 | 8:02 PM | Jonathan Mattern | Ponche Taqueria | 25.29 | (5.29) | 20.00 |
| Communication & Other: Phone Bill | Communications - BB | 12/3/2012 | | Ryan Kiely | Gogoair.Com | 5.00 | | |
| Communication & Other: Phone Bill | Communications - BB | 12/3/2012 | | Ryan Kiely | Gogoair.Com | 10.83 | | |
| Communication & Other: Phone Bill | Communications - BB | 1/22/2013 | | Karn Chopra | Gogoair.Com (internet on plane) | 34.95 | | |
| Communication & Other: Phone Bill | Communications - BB | 2/6/2013 | | Ryan Kiely | AT&T 1/2/13-2/1/13 - Long distance call | 783.43 | | |
| Communication & Other: Conference Calls | Conference Calls | 12/31/2012 | | ECI Conferencing | 12/14 Conference Call | 19.49 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/23 Conference Call | 74.90 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/02 Conference Call | 21.36 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/07 Conference Call | 19.10 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/07 Conference Call | 47.53 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/07 Conference Call | 223.95 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/08 Conference Call | 18.92 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/15 Conference Call | 19.26 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/17 Conference Call | 211.02 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/21 Conference Call | 20.59 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/24 Conference Call | 41.50 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/26 Conference Call | 63.94 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/27 Conference Call | 38.27 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/29 Conference Call | 40.25 | | |
| Communication & Other: Conference Calls | Conference Calls | 1/31/2013 | | ECI Conferencing | 01/22 Conference Call | 220.22 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 1/11/2013 | 11:35 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 26.61 | | |
| Transportation | Taxi / Car service | 1/18/2013 | 11:06 PM | Benjamin Weingarten | 31 W 52 ST to 85 4 AVE | 27.72 | | |
| Transportation | Taxi / Car service | 1/28/2013 | 11:48 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/28/2013 | 10:55 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/30/2013 | 10:47 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/30/2013 | 12:09 AM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/30/2013 | 10:32 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/31/2013 | 1:09 AM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 1/31/2013 | 9:48 PM | Karn Chopra | NYC Taxi Med 4l70 09 Brooklyn | 16.80 | | |
| Transportation | Taxi / Car service | 2/1/2013 | 9:32 PM | Karn Chopra | NYC Taxi Med 6e93 09 Long Island C | 16.80 | | |
| Transportation | Taxi / Car service | 2/4/2013 | 10:02 PM | Karn Chopra | Queens Medallion Lon Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 2/5/2013 | 10:44 PM | Ryan Kielty | NYC Taxi Med 1t32 09 East Elmhurst | 12.00 | | |
| Transportation | Taxi / Car service | 2/6/2013 | 10:18 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 2/6/2013 | 9:30 PM | Karn Chopra | NYC Taxi Med 5l17 09 Brooklyn | 16.20 | | |
| Transportation | Taxi / Car service | 2/7/2013 | 10:05 PM | Ryan Kielty | All Taxi Management Long Island Cit | 12.50 | | |
| Transportation | Taxi / Car service | 2/7/2013 | 10:59 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/7/2013 | 10:21 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/7/2013 | 9:35 PM | Karn Chopra | Bonga Cab Corp Bonga Port Jefferson | 15.50 | | |
| Transportation | Taxi / Car service | 2/8/2013 | 9:15 PM | Ryan Kielty | Astoria Taxi Leasing Long Island Cit | 10.10 | | |
| Transportation | Taxi / Car service | 2/8/2013 | 11:35 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 26.00 | | |
| Transportation | Taxi / Car service | 2/8/2013 | 10:43 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 2/8/2013 | 9:23 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 14.90 | | |
| Transportation | Taxi / Car service | 2/11/2013 | 11:04 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 2/11/2013 | 9:58 PM | Karn Chopra | Queens Medallion Lon Long Island Cit | 15.50 | | |
| Transportation | Taxi / Car service | 2/12/2013 | 11:07 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 14.30 | | |
| Transportation | Taxi / Car service | 2/12/2013 | 12:35 AM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/12/2013 | 10:01 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/12/2013 | 10:31 PM | Karn Chopra | All Taxi Management Long Island Cit | 19.10 | | |
| Transportation | Taxi / Car service | 2/14/2013 | 12:42 AM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/14/2013 | 11:55 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 35.00 | | |
| Transportation | Taxi / Car service | 2/18/2013 | 10:35 PM | Ryan Kielty | Executive Owners Hol Long Island Cit | 13.10 | | |
| Transportation | Taxi / Car service | 2/19/2013 | 10:55 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 2/19/2013 | 9:46 PM | Karn Chopra | Beva Cab Corp Beva C Brooklyn | 8.90 | | |
| Transportation | Taxi / Car service | 2/20/2013 | 10:45 PM | Ryan Kielty | Mohammad Shah Alam M Kew Gardens | 8.30 | | |
| Transportation | Taxi / Car service | 2/21/2013 | 11:27 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 26.00 | | |
| Transportation | Taxi / Car service | 2/21/2013 | 9:14 PM | Karn Chopra | NYC Taxi Med 5m74 09 Long Island C | 18.00 | | |
| Transportation | Taxi / Car service | 2/22/2013 | 8:35 PM | Ryan Kielty | NYC Taxi Med 8y81 09 Jersey City | 12.00 | | |
| Transportation | Taxi / Car service | 2/25/2013 | 9:13 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 11.90 | | |
| Transportation | Taxi / Car service | 2/26/2013 | 9:58 PM | Ryan Kielty | Ccmt Managment Inc Long Island Cit | 15.50 | | |
| Transportation | Taxi / Car service | 2/28/2013 | 10:32 PM | Ryan Kielty | NYC Taxi Med 6h31 09 Brooklyn | 10.20 | | |
| Transportation | Airfare | 2/1/2013 | | Ryan Kielty | Gogoair.Com | 10.83 | | |
| Transportation | Airfare | 2/6/2013 | | Ryan Kielty | Ovation Travel Group fee for Coach class ticket | 15.00 | | |
| Transportation | Airfare | 2/20/2013 | | Karn Chopra | Ovation Travel Group fee for Coach class ticket | 24.95 | | |
| Meals | Client Meals/Ent | 1/30/2013 | | Marc Puntus | 21 Club New York (Attendees: Marc Puntus, Karn Chopra, Tom Marano, Joe Pensabene) | 80.41 | | |
| Meals | Client Meals/Ent | 2/15/2013 | | Karn Chopra | Del Frisco Grille Of New York (Attendees: Marc Puntus, Karn Chopra, Ryan Kielty, Ben Weingarten, Jon Mattern, Tom Marano, Jim Whitlinger, Joe Pensabene, Patrick Fleming, Ross Zachary, Matthew Rosen, Gary Lee, Todd Green, Lorenzo Marinuzzi, Samantha Martin, Nilene Evans, Jenn Marines, Erica Richards, Melissa Beck, Neeraj Kumar, Tanya Meerovich, Kamila Khairoullina) | 659.58 | (219.58) | 440.00 |
| Meals | OT Meals | 2/12/2013 | 9:45 PM | Marc Puntus | Burger Heaven 878811 New York (Marc Puntus and Jon Mattern) | 40.10 | | |
| Meals | OT Meals | 2/4/2013 | 8:15 PM | Jonathan Mattern | Chop'l Creative Salad Co. (51st & 6th) | 22.63 | (2.63) | 20.00 |
| Meals | OT Meals | 2/4/2013 | 8:30 PM | Benjamin Weingarten | !Eatery | 35.26 | (15.26) | 20.00 |
| Meals | OT Meals | 2/6/2013 | 8:56 PM | Benjamin Weingarten | !Eatery | 34.38 | (14.38) | 20.00 |
| Meals | OT Meals | 2/7/2013 | 8:36 PM | Jonathan Mattern | !Savory | 24.37 | (4.37) | 20.00 |
| Meals | OT Meals | 2/7/2013 | 8:09 PM | Benjamin Weingarten | !Whym; Restaurant | 33.01 | (13.01) | 20.00 |
| Meals | OT Meals | 2/11/2013 | 9:35 PM | Jonathan Mattern | Hatsuhana | 28.81 | (8.81) | 20.00 |
| Meals | OT Meals | 2/11/2013 | 9:38 PM | Benjamin Weingarten | Ashiya Sushi 5 | 25.74 | (5.74) | 20.00 |
| Meals | OT Meals | 2/11/2013 | 8:12 PM | Karn Chopra | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 2/12/2013 | 9:01 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.48 | (9.48) | 20.00 |
| Meals | OT Meals | 2/12/2013 | 8:31 PM | Benjamin Weingarten | Moonrock Diner | 27.73 | (7.73) | 20.00 |
| Meals | OT Meals | 2/12/2013 | 8:20 PM | Karn Chopra | Aoki Japanese Restaurant | 29.49 | (9.49) | 20.00 |
| Meals | OT Meals | 2/13/2013 | 8:51 PM | Jonathan Mattern | KTCHN (Kitchen) | 30.57 | (10.57) | 20.00 |
| Meals | OT Meals | 2/13/2013 | 9:45 PM | Benjamin Weingarten | Shun Lee West | 37.26 | (17.26) | 20.00 |
| Meals | OT Meals | 2/14/2013 | 8:31 PM | Jonathan Mattern | !Savory | 27.05 | (7.05) | 20.00 |
| Meals | OT Meals | 2/14/2013 | 9:11 PM | Benjamin Weingarten | !Whym; Restaurant | 33.01 | (13.01) | 20.00 |
| Meals | OT Meals | 2/19/2013 | 9:02 PM | Benjamin Weingarten | !Eatery | 31.63 | (11.63) | 20.00 |
| Meals | OT Meals | 2/20/2013 | 9:37 PM | Benjamin Weingarten | !Eatery | 25.28 | (5.28) | 20.00 |
| Meals | OT Meals | 2/21/2013 | 9:06 PM | Benjamin Weingarten | Aki Sushi (52nd Street) | 24.31 | (4.31) | 20.00 |
| Meals | OT Meals | 2/26/2013 | 8:40 PM | Jonathan Mattern | !Savory Full | 21.58 | (1.58) | 20.00 |
| Meals | OT Meals | 2/27/2013 | 8:40 PM | Jonathan Mattern | !Savory Full | 21.58 | (1.58) | 20.00 |
| Meals | OT Meals | 2/27/2013 | 8:05 PM | Ryan Kielty | Chop'l Creative Salad Co. (51st & 6th) | 16.31 | - | 16.31 |
| Meals | OT Meals | 2/27/2013 | 9:10 PM | NYC Presentation Dept. | The Famous Chicken Place | 20.88 | (0.88) | 20.00 |
| Meals | OT Meals | 2/28/2013 | 8:36 PM | Jonathan Mattern | Two Boots Hells Kitchen | 28.97 | (8.97) | 20.00 |
| Communication & Other: Other Expenses | Computer Services | 2/22/2013 | | Karn Chopra | Gogoair.Com (internet on plane) | 39.95 | | |
| Communication & Other: Phone Bill | Communications - BB | 3/6/2013 | | Karn Chopra | Verizon phone bill (Overseas usage) | 50.00 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense | Less: Hotel Overage[3] | Revised Hotel Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 1/23/2013 | 11:53 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 27.72 | | | | |
| Transportation | Taxi / Car service | 1/24/2013 | 11:59 PM | Ryan Kielty | 344 3 AVE to 31 W 52 ST | 83.16 | | | | |
| Transportation | Taxi / Car service | 1/24/2013 | 10:42 PM | Benjamin Weingarten | 31 W 52 ST to 184 LEXINGTON AVE | 39.92 | | | | |
| Transportation | Taxi / Car service | 2/22/2013 | 10:44 PM | Benjamin Weingarten | 31 W 52 ST to E 11 ST | 45.46 | | | | |
| Transportation | Taxi / Car service | 3/1/2013 | 9:43 PM | Ryan Kielty | NYC Taxi Med 7y20 09 Long Island C | 16.80 | | | | |
| Transportation | Taxi / Car service | 3/2/2013 | 11:49 PM | Jonathan Mattern | NYC Taxi Med 8p14 09 Woodside | 9.00 | | | | |
| Transportation | Taxi / Car service | 3/4/2013 | 10:49 PM | Jonathan Mattern | My Fourth Cab Corp M Brooklyn | 16.75 | | | | |
| Transportation | Taxi / Car service | 3/5/2013 | 9:57 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 16.10 | | | | |
| Transportation | Taxi / Car service | 3/5/2013 | 11:52 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 28.00 | | | | |
| Transportation | Taxi / Car service | 3/5/2013 | 12:04 AM | Jonathan Mattern | All Taxi Management  Long Island Cit | 9.25 | | | | |
| Transportation | Taxi / Car service | 3/9/2013 | 10:30 PM | Ryan Kielty | NYC Taxi 5m37 090016 Long Island C | 11.00 | | | | |
| Transportation | Taxi / Car service | 3/12/2013 | 12:12 AM | Ryan Kielty | NYC Taxi 9y91 090015 Woodside | 13.20 | | | | |
| Transportation | Taxi / Car service | 3/12/2013 | 9:56 PM | Ryan Kielty | White And Blue Group Long Island Cit | 10.10 | | | | |
| Transportation | Taxi / Car service | 3/13/2013 | 11:00 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 16.10 | | | | |
| Transportation | Taxi / Car service | 3/13/2013 | 10:35 PM | Jonathan Mattern | Yellow Cab Sbjet Ma Long Island Cit | 13.00 | | | | |
| Transportation | Taxi / Car service | 3/15/2013 | 8:05 PM | Marc Puntus | NYC Taxi 1p94 090017 Astoria | 16.38 | | | | |
| Transportation | Taxi / Car service | 3/15/2013 | 9:34 PM | Karn Chopra | White And Blue Group Long Island Cit | 10.10 | | | | |
| Transportation | Taxi / Car service | 3/15/2013 | 10:14 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 14.30 | | | | |
| Transportation | Taxi / Car service | 3/17/2013 | 11:45 PM | Ryan Kielty | White And Blue Group Long Island Cit | 9.50 | | | | |
| Transportation | Taxi / Car service | 3/19/2013 | 9:02 PM | Ryan Kielty | All Taxi Management  Long Island Cit | 11.30 | | | | |
| Transportation | Taxi / Car service | 3/20/2013 | 9:36 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island Cit | 17.90 | | | | |
| Transportation | Taxi / Car service | 3/20/2013 | 10:26 PM | Ryan Kielty | Yellow Cab Sbjet Ma Long Island Cit | 12.50 | | | | |
| Transportation | Taxi / Car service | 3/26/2013 | 9:37 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 13.10 | | | | |
| Transportation | Taxi / Car service | 3/27/2013 | 11:02 PM | Karn Chopra | NYC Taxi 3j18 090000 Long Island C | 13.80 | | | | |
| Transportation | Taxi / Car service | 3/28/2013 | 12:09 AM | Ryan Kielty | NYC Taxi 2v52 090009 Long Island C | 13.80 | | | | |
| Transportation | Taxi / Car service | 3/29/2013 | 11:57 PM | Ryan Kielty | S&r Medallion Corp S New York | 15.50 | | | | |
| Transportation | Taxi / Car service | 3/29/2013 | 10:22 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 14.30 | | | | |
| Transportation | Airfare | 3/12/2013 | | Marc Puntus | Ovation Travel Group fee for Coach Class ticket | 15.00 | | | | |
| Hotel | Hotel (Excl meals) | 3/15/2013 | | Marc Puntus | London NYC 147314 - [1] night(s) | 748.23 | | | (248.23) | 500.00 |
| Meals | OT Meals | 3/4/2013 | 8:53 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 | | |
| Meals | OT Meals | 3/6/2013 | 8:54 PM | Jonathan Mattern | !Savory | 27.28 | (7.28) | 20.00 | | |
| Meals | OT Meals | 3/7/2013 | 8:29 PM | Jonathan Mattern | Serafina at the Time Hotel | 40.50 | (20.50) | 20.00 | | |
| Meals | OT Meals | 3/11/2013 | 8:05 PM | Jonathan Mattern | !Savory | 22.49 | (2.49) | 20.00 | | |
| Meals | OT Meals | 3/12/2013 | 9:18 PM | Jonathan Mattern | Hatsuhana | 33.20 | (13.20) | 20.00 | | |
| Meals | OT Meals | 3/13/2013 | 8:31 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 | | |
| Meals | OT Meals | 3/14/2013 | 9:53 PM | Jonathan Mattern | Sherwood To Go | 15.35 | - | 15.35 | | |
| Meals | OT Meals | 3/22/2013 | 8:14 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 20.28 | (0.28) | 20.00 | | |
| Meals | OT Meals | 3/24/2013 | 8:48 PM | Jonathan Mattern | Sherwood To Go | 16.11 | - | 16.11 | | |
| Meals | OT Meals | 3/29/2013 | 8:42 PM | Jonathan Mattern | Blue Dog Café - Midtown | 25.62 | (5.62) | 20.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/02 Conference Call | 243.49 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/02 Conference Call | 64.33 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/03 Conference Call | 533.58 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/03 Conference Call | 24.10 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/04 Conference Call | 18.93 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/06 Conference Call | 121.60 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/08 Conference Call | 428.48 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/06 Conference Call | 72.30 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/11 Conference Call | 455.02 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/11 Conference Call | 62.04 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/10 Conference Call | 36.27 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/19 Conference Call | 108.26 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 2/28/2013 | | ECI Conferencing | 02/01 Conference Call | 38.03 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 3/31/2013 | | ECI Conferencing | 03/12 Conference Call | 25.00 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 3/31/2013 | | ECI Conferencing | 03/30 Conference Call | 28.80 | | | | |
| Communication & Other: Conference Calls | Conference Calls | 3/31/2013 | | ECI Conferencing | 03/04 Conference Call | 101.44 | | | | |
| Communication & Other: Other Expenses | Office Supplies | 3/11/2013 | | Benjamin Weingarten | Staples- Flash drive for ResCap advisors | 10.88 | | | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.
(3) Represents hotel costs above $500 / night.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 3/30/2013 | 8:05 PM | Ryan Kielty | NYC Taxi 1y51 090007 Woodside | 11.40 | | |
| Transportation | Taxi / Car service | 4/4/2013 | 10:20 PM | Karn Chopra | NYC Taxi 8p69 090014 Long Island City | 14.40 | | |
| Transportation | Taxi / Car service | 4/4/2013 | 10:43 PM | Ryan Kielty | Ccmt Managment Inc  Long Island City | 14.30 | | |
| Transportation | Taxi / Car service | 4/6/2013 | 10:38 PM | Ryan Kielty | NYC Taxi 1v87 090015 New York | 16.80 | | |
| Transportation | Taxi / Car service | 4/9/2013 | 10:35 PM | Ryan Kielty | All Taxi Management  Long Island City | 11.90 | | |
| Transportation | Taxi / Car service | 4/9/2013 | 10:54 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 4/10/2013 | 9:27 PM | Karn Chopra | NYC Taxi 9k65 090001 Long Island City | 13.80 | | |
| Transportation | Taxi / Car service | 4/10/2013 | 9:14 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 4/11/2013 | 10:29 PM | Ryan Kielty | D&j Management Of Qu Woodside | 10.70 | | |
| Transportation | Taxi / Car service | 4/15/2013 | 11:03 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 4/17/2013 | 10:48 PM | Karn Chopra | NYC Taxi 5b34 090227 New York | 12.60 | | |
| Transportation | Taxi / Car service | 4/23/2013 | 12:01 AM | Karn Chopra | Binyamin Binyaminov  Flushing | 14.30 | | |
| Transportation | Taxi / Car service | 4/23/2013 | 8:43 PM | Karn Chopra | NYC Taxi 8a20 090015 New York | 15.60 | | |
| Transportation | Taxi / Car service | 4/25/2013 | 10:23 PM | Karn Chopra | 3t1 Management Inc J Long Island City | 19.10 | | |
| Meals | OT Meals | 3/4/2013 | 9:23 PM | NY Presentation Dept. | Wu Liang Ye | 23.51 | (3.51) | 20.00 |
| Meals | OT Meals | 4/9/2013 | 8:13 PM | Benjamin Weingarten | !Eatery | 28.02 | (8.02) | 20.00 |
| Meals | OT Meals | 4/10/2013 | 9:00 PM | Jonathan Mattern | !Savory | 29.45 | (9.45) | 20.00 |
| Meals | OT Meals | 4/11/2013 | 8:31 PM | Benjamin Weingarten | ?Whym; Restaurant | 35.50 | (15.50) | 20.00 |
| Meals | OT Meals | 4/11/2013 | 8:44 PM | Jonathan Mattern | Little Thai Kitchen (53rd/2nd) | 22.70 | (2.70) | 20.00 |
| Meals | OT Meals | 4/15/2013 | 9:34 PM | Benjamin Weingarten | Ashiya Sushi 5 | 22.69 | (2.69) | 20.00 |
| Meals | OT Meals | 4/16/2013 | 9:19 PM | Karn Chopra | Bombay Masala | 25.62 | (5.62) | 20.00 |
| Meals | OT Meals | 4/24/2013 | 9:24 PM | Ryan Kielty | Claw (9th Avenue) | 28.66 | (8.66) | 20.00 |
| Meals | OT Meals | 4/28/2013 | 8:31 PM | Karn Chopra | Tolouche | 23.81 | (3.81) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 4/30/2013 | | ECI Conferencing | 04/16 Conference Call | 30.01 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 5/2/2013 | 11:14 PM | Karn Chopra | Jtl Management Inc J Long Island City | 15.50 | | |
| Transportation | Taxi / Car service | 5/6/2013 | 11:32 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 12.00 | | |
| Transportation | Taxi / Car service | 5/8/2013 | 9:27 PM | Karn Chopra | NYC Taxi 4b70 090047 Brooklyn | 15.60 | | |
| Transportation | Taxi / Car service | 5/9/2013 | 10:32 PM | Karn Chopra | NYC Taxi 5m73 090116 Flushing | 11.40 | | |
| Transportation | Taxi / Car service | 5/13/2013 | 10:27 PM | Karn Chopra | NYC Taxi 7a95 090000 Long Island City | 7.80 | | |
| Transportation | Taxi / Car service | 5/14/2013 | 9:41 PM | Karn Chopra | NYC Taxi 6l10 090000 Brooklyn | 16.20 | | |
| Transportation | Taxi / Car service | 5/21/2013 | 9:32 PM | Ryan Kielty | NYC Taxi 1e12 090116 Flushing | 13.20 | | |
| Meals | Client Meals/Ent | 5/22/2013 | | Karn Chopra | Utsav Restaurant 881 New York (Attendees: Marc Puntus, Karn Chopra, Ryan Kielty, William Tyson, Michael Schoffelen) | 66.44 | | |
| Meals | OT Meals | 5/6/2013 | 8:12 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 27.04 | (7.04) | 20.00 |
| Meals | OT Meals | 5/7/2013 | 8:15 PM | Karn Chopra | 1 Bite Mediterranean | 21.92 | (1.92) | 20.00 |
| Meals | OT Meals | 5/13/2013 | 8:28 PM | Ryan Kielty | 'Eatery | 34.81 | (14.81) | 20.00 |
| Meals | OT Meals | 5/13/2013 | 8:28 PM | Karn Chopra | 'Eatery | 34.82 | (14.82) | 20.00 |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 6/4/2013 | 9:09 PM | Karn Chopra | NYC Taxi 7j72 090017 Astoria | 20.40 | | |
| Transportation | Taxi / Car service | 6/6/2013 | 11:00 PM | Ryan Kielty | Uber Technologies In 866-576-1039 | 21.00 | | |
| Transportation | Taxi / Car service | 6/7/2013 | 11:47 PM | Ryan Kielty | Uber Technologies In 866-576-1039 | 40.00 | | |
| Transportation | Taxi / Car service | 6/10/2013 | 10:03 PM | Benjamin Weingarten | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 6/11/2013 | 11:26 PM | Jonathan Mattern | Uber Technologies In 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 6/11/2013 | 9:36 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island City | 10.70 | | |
| Transportation | Taxi / Car service | 6/12/2013 | 10:58 PM | Ryan Kielty | Light Source Inc Lig New York | 17.30 | | |
| Transportation | Taxi / Car service | 6/14/2013 | 9:06 PM | Karn Chopra | Jtl Management Inc J Long Island City | 14.30 | | |
| Transportation | Taxi / Car service | 6/18/2013 | 10:04 PM | Ryan Kielty | Uber Technologies In 866-576-1039 | 22.00 | | |
| Transportation | Taxi / Car service | 6/19/2013 | 10:57 PM | Ryan Kielty | All Taxi Management Long Island City | 14.30 | | |
| Meals | OT Meals | 6/4/2013 | 9:14 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 18.88 | - | 18.88 |
| Meals | OT Meals | 6/7/2013 | 8:43 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 19.39 | - | 19.39 |
| Meals | OT Meals | 6/10/2013 | 8:10 PM | Benjamin Weingarten | Sherwood To Go | 20.36 | (0.36) | 20.00 |
| Meals | OT Meals | 6/10/2013 | 9:32 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 6/11/2013 | 8:19 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 26.01 | (6.01) | 20.00 |
| Meals | OT Meals | 6/17/2013 | 8:34 PM | Karn Chopra | Bukhara (49th Street) | 35.44 | (15.44) | 20.00 |
| Meals | OT Meals | 6/19/2013 | 8:58 PM | Jonathan Mattern | Glaze Teriyaki Grill | 20.07 | (0.07) | 20.00 |
| Meals | OT Meals | 6/26/2013 | 8:55 PM | Benjamin Weingarten | Moonrock Diner | 17.12 | - | 17.12 |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 7/1/2013 | 10:47 PM | Karn Chopra | Otolize Hacking Corp New York | 14.30 | | |
| Transportation | Taxi / Car service | 7/1/2013 | 10:17 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 17.00 | | |
| Transportation | Taxi / Car service | 7/2/2013 | 10:45 PM | Karn Chopra | All Taxi Management  Long Island City | 8.30 | | |
| Transportation | Taxi / Car service | 7/8/2013 | 11:04 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 7/9/2013 | 9:34 PM | Karn Chopra | NYC Taxi 2j91 090901 Long Island City | 12.60 | | |
| Transportation | Taxi / Car service | 7/11/2013 | 11:33 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 7/16/2013 | 10:32 PM | Karn Chopra | NYC-Taxi Verifone NY Long Island City | 14.90 | | |
| Transportation | Taxi / Car service | 7/17/2013 | 11:01 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 16.00 | | |
| Transportation | Taxi / Car service | 7/17/2013 | 10:08 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 19.00 | | |
| Transportation | Taxi / Car service | 7/18/2013 | 10:30 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 24.00 | | |
| Transportation | Taxi / Car service | 7/18/2013 | 10:41 PM | Karn Chopra | S&t Medallion Corp S New York | 20.90 | | |
| Transportation | Taxi / Car service | 7/19/2013 | 11:16 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 17.00 | | |
| Transportation | Taxi / Car service | 7/22/2013 | 11:21 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 12.00 | | |
| Transportation | Taxi / Car service | 7/23/2013 | 10:15 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 12.00 | | |
| Transportation | Taxi / Car service | 7/24/2013 | 11:53 PM | Karn Chopra | NYC Taxi 6v56 090015 New York | 21.60 | | |
| Transportation | Taxi / Car service | 7/24/2013 | 11:06 PM | Ryan Kielty | NYC Taxi 1k28 090000 Long Island City | 9.60 | | |
| Transportation | Taxi / Car service | 7/25/2013 | 9:02 PM | Benjamin Weingarten | Ady*uber Technologie 866-576-1039 | 20.00 | | |
| Transportation | Taxi / Car service | 7/26/2013 | 10:11 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 17.00 | | |
| Transportation | Taxi / Car service | 7/30/2013 | 11:00 PM | Karn Chopra | Car with Ryan Kielty to offsite client meeting | 150.92 | | |
| Transportation | Taxi / Car service | 7/30/2013 | 6:00 PM | Karn Chopra | Car with Ryan Kielty from offsite client meeting | 130.15 | | |
| Meals | In-House Meals | 7/16/2013 | | NYC Reception | Blake & Todd Catering, for Meeting with UCC advisors (Attendees: Karn Chopra, Ryan Kielty, Mark Renzi, Landon Parsons, Barak Klein, Syed Hasan, Adam Waldman, Scott Tandberg, Mike Eisenberg, Stephen Zide, Greg Horowitz, Todd Goren, Stefan Engelhardt, Jamie Levitt) | 63.67 | | |
| Meals | OT Meals | 7/1/2013 | 8:28 PM | Karn Chopra | Obao | 25.06 | (5.06) | 20.00 |
| Meals | OT Meals | 7/1/2013 | 8:28 PM | Ryan Kielty | Obao | 25.05 | (5.05) | 20.00 |
| Meals | OT Meals | 7/8/2013 | 9:40 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 27.38 | (7.38) | 20.00 |
| Meals | OT Meals | 7/8/2013 | 8:38 PM | Benjamin Weingarten | ?Whym; Restaurant | 34.38 | (14.38) | 20.00 |
| Meals | OT Meals | 7/11/2013 | 8:44 PM | Benjamin Weingarten | Chop't Creative Salad Co. (51st & 6th) | 16.63 | - | 16.63 |
| Meals | OT Meals | 7/14/2013 | 8:14 PM | Jonathan Mattern | Saigon 48 | 19.61 | - | 19.61 |
| Meals | OT Meals | 7/16/2013 | 8:05 PM | Karn Chopra | !Eatery | 35.71 | (15.71) | 20.00 |
| Meals | OT Meals | 7/16/2013 | 8:05 PM | Ryan Kielty | !Eatery | 35.72 | (15.72) | 20.00 |
| Meals | OT Meals | 7/17/2013 | 9:00 PM | Benjamin Weingarten | ?Whym; Restaurant | 36.86 | (16.86) | 20.00 |
| Meals | OT Meals | 7/17/2013 | 8:21 PM | Ryan Kielty | Toloache | 45.22 | (25.22) | 20.00 |
| Meals | OT Meals | 7/18/2013 | 9:29 PM | Ryan Kielty | Ashiya Sushi 5 | 25.74 | (5.74) | 20.00 |
| Meals | OT Meals | 7/22/2013 | 9:09 PM | Benjamin Weingarten | ?Whym; Restaurant | 37.98 | (17.98) | 20.00 |
| Meals | OT Meals | 7/22/2013 | 8:20 PM | Ryan Kielty | Akdeniz | 29.23 | (9.23) | 20.00 |
| Meals | OT Meals | 7/23/2013 | 8:20 PM | Benjamin Weingarten | ?Whym; Restaurant | 31.68 | (11.68) | 20.00 |
| Meals | OT Meals | 7/24/2013 | 9:58 PM | Jonathan Mattern | Cafe Duke | 29.26 | (9.26) | 20.00 |
| Meals | OT Meals | 7/26/2013 | 8:03 PM | Jonathan Mattern | Sherwood To Go | 18.45 | - | 18.45 |
| Meals | OT Meals | 7/26/2013 | 8:53 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 34.42 | (14.42) | 20.00 |
| Meals | OT Meals | 7/29/2013 | 8:22 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 7/29/2013 | 8:19 PM | Karn Chopra | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 7/29/2013 | 8:19 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 8/14/2013 | 8:24 PM | Karn Chopra | Bukhara (49th Street) | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 8/14/2013 | 8:24 PM | Ryan Kielty | Bukhara (49th Street) | 32.39 | (12.39) | 20.00 |
| Meals | OT Meals | 8/20/2013 | 9:01 PM | Ryan Kielty | Jalapeno | 36.56 | (16.56) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2013 | | ECI Conferencing | 06/06 Conference Call | 20.85 | | |
| Communication & Other: Conference Calls | Conference Calls | 6/30/2013 | | ECI Conferencing | 06/07 Conference Call | 40.89 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/02 Conference Call | 37.33 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/22 Conference Call | 37.60 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/25 Conference Call | 22.56 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/25 Conference Call | 130.84 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/22 Conference Call | 19.07 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/22 Conference Call | 66.40 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/24 Conference Call | 23.23 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/24 Conference Call | 18.75 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/29 Conference Call | 37.59 | | |
| Communication & Other: Conference Calls | Conference Calls | 7/31/2013 | | ECI Conferencing | 07/31 Conference Call | 22.83 | | |
| Communication & Other: Other Expenses | Other Expenses | 7/30/2013 | | Global Relay Communi | Email Production for Discovery Purposes | 500.00 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 8/13/2013 | 12:12 AM | Jonathan Mattern | NYC Taxi 7v20 090015 Bronx | 16.00 | | |
| Transportation | Taxi / Car service | 8/14/2013 | 1:20 AM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 8/15/2013 | 12:51 AM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 8/20/2013 | 10:26 PM | Jonathan Mattern | NYC-Taxi Verifone NY Long Island City | 13.70 | | |
| Transportation | Taxi / Car service | 8/21/2013 | 11:12 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 17.00 | | |
| Transportation | Taxi / Car service | 8/22/2013 | 11:39 PM | Jonathan Mattern | Jaime F. Serrano Jai Elmhurst | 12.38 | | |
| Meals | OT Meals | 8/20/2013 | 9:00 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 29.53 | (9.53) | 20.00 |
| Meals | OT Meals | 8/21/2013 | 8:43 PM | Jonathan Mattern | Glaze Teriyaki Grill | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 8/22/2013 | 8:12 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 8/27/2013 | 8:08 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Street | 26.61 | (6.61) | 20.00 |
| Meals | OT Meals | 8/28/2013 | 8:30 PM | Jonathan Mattern | Glaze Teriyaki Grill | 21.02 | (1.02) | 20.00 |
| Meals | OT Meals | 8/29/2013 | 8:31 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2013 | | ECI Conferencing | 08/09 Conference Call: 6 lines | 28.79 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2013 | | ECI Conferencing | 08/23 Conference Call: 1 lines | 20.64 | | |
| Communication & Other: Conference Calls | Conference Calls | 8/31/2013 | | ECI Conferencing | 08/23 Conference Call: 7 lines | 203.67 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 9/4/2013 | 10:07 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 9/7/2013 | 11:28 PM | Ryan Kielty | All Taxi Management  Long Island City | 16.75 | | |
| Transportation | Taxi / Car service | 9/9/2013 | 10:19 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 19.00 | | |
| Transportation | Taxi / Car service | 9/10/2013 | 10:15 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 20.00 | | |
| Transportation | Taxi / Car service | 9/11/2013 | 9:38 PM | Ryan Kielty | NYC Taxi 1v70 090122 Long Island City | 13.75 | | |
| Transportation | Taxi / Car service | 9/12/2013 | 11:49 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 14.00 | | |
| Transportation | Taxi / Car service | 9/14/2013 | 10:25 PM | Ryan Kielty | NYC Interboro Manage Long Island City | 11.30 | | |
| Transportation | Taxi / Car service | 9/16/2013 | 11:46 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 21.00 | | |
| Transportation | Taxi / Car service | 9/18/2013 | 10:29 PM | Jonathan Mattern | Taxi Credit Card Cor Woodside | 12.38 | | |
| Transportation | Taxi / Car service | 9/20/2013 | 10:32 PM | Jonathan Mattern | Aly A. Zayed Aly Zay Astoria | 12.38 | | |
| Transportation | Taxi / Car service | 9/25/2013 | 11:52 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 14.00 | | |
| Transportation | Taxi / Car service | 9/27/2013 | 9:43 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 14.00 | | |
| Transportation | Taxi / Car service | 9/28/2013 | 11:46 PM | Jonathan Mattern | NYC Taxi 3m46 090116 Flushing | 12.60 | | |
| Transportation | Taxi / Car service | 9/28/2013 | 10:46 PM | Ryan Kielty | NYC Taxi 5d13 090001 Brooklyn | 14.40 | | |
| Transportation | Taxi / Car service | 9/28/2013 | 12:22 AM | Ryan Kielty | NYC Taxi 7k19 090003 New York | 13.80 | | |
| Meals | In-House Meals | 9/3/2013 | | Lisa Mcdonald | Sherwood To Go Catering.  Lunch for Meeting (Attendees: Karn Chopra, Jamie Levitt, Todd Goren, Stefan Engelhardt, Gregory Horowitz, Samantha Martin) | 57.78 | | |
| Meals | OT Meals | 9/3/2013 | 8:17 PM | Karn Chopra | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 9/3/2013 | 8:17 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 9/9/2013 | 8:27 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 9/12/2013 | 9:10 PM | Jonathan Mattern | !Savory | 34.33 | (14.33) | 20.00 |
| Meals | OT Meals | 9/16/2013 | 8:52 PM | Jonathan Mattern | !Savory | 34.33 | (14.33) | 20.00 |
| Meals | OT Meals | 9/16/2013 | 8:34 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.35 | (9.35) | 20.00 |
| Meals | OT Meals | 9/24/2013 | 8:17 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 9/25/2013 | 9:01 PM | Jonathan Mattern | Gluze Teriyaki Grill | 20.46 | (0.46) | 20.00 |
| Meals | OT Meals | 9/26/2013 | 9:36 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Meals | OT Meals | 9/27/2013 | 8:10 PM | Jonathan Mattern | !Eatery | 22.02 | (2.02) | 20.00 |
| Meals | OT Meals | 9/30/2013 | 8:46 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2013 | | ECI Conferencing | 09/05 Conference Call: 5 lines | 107.25 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2013 | | ECI Conferencing | 09/10 Conference Call: 1 lines | 19.11 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2013 | | ECI Conferencing | 09/10 Conference Call: 1 lines | 19.12 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2013 | | ECI Conferencing | 09/11 Conference Call: 12 lines | 225.58 | | |
| Communication & Other: Conference Calls | Conference Calls | 9/30/2013 | | ECI Conferencing | 09/18 Conference Call: 11 lines | 141.98 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 7/29/2013 | 12:57 AM | Jonathan Mattern | NYC Taxi 2811 090043 Long Island C | 12.00 | | |
| Transportation | Taxi / Car service | 7/30/2013 | 9:22 PM | Marc Puntus | Car to offsite client meeting | 100.57 | | |
| Transportation | Taxi / Car service | 7/30/2013 | 11:19 PM | Jonathan Mattern | NYC Taxi 3t10 090170 New York | 11.00 | | |
| Transportation | Taxi / Car service | 9/30/2013 | 11:35 PM | Jonathan Mattern | NYC Taxi 7g83 090007 Woodside | 13.50 | | |
| Transportation | Taxi / Car service | 10/3/2013 | 11:47 PM | Jonathan Mattern | NYC Taxi 2h32 090118 Long Island C | 13.10 | | |
| Transportation | Taxi / Car service | 10/5/2013 | 2:13 AM | Jonathan Mattern | NYC Taxi 9c86 090001 Long Island | 14.35 | | |
| Transportation | Taxi / Car service | 10/6/2013 | 1:37 AM | Jonathan Mattern | White And Blue Group Long Island Cit | 18.00 | | |
| Transportation | Taxi / Car service | 10/7/2013 | 12:42 AM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 10/7/2013 | 11:07 PM | Jonathan Mattern | Ady*uber Technologie 866-576-1039 | 15.00 | | |
| Transportation | Taxi / Car service | 10/9/2013 | 11:06 PM | Jonathan Mattern | NYC Taxi 6v39 090015 Woodside | 11.40 | | |
| Transportation | Taxi / Car service | 10/10/2013 | 10:39 PM | Ryan Kielty | NYC-Taxi Verifone NY Long Island Cit | 15.50 | | |
| Transportation | Taxi / Car service | 10/12/2013 | 12:01 AM | Ryan Kielty | NYC Taxi 3y80 090001 Long Island C | 18.00 | | |
| Transportation | Taxi / Car service | 10/12/2013 | 9:55 PM | Ryan Kielty | NYC Taxi Group Inc-1 Brooklyn | 19.75 | | |
| Transportation | Taxi / Car service | 10/14/2013 | 11:35 PM | Karn Chopra | Car from Kramer Levin (meeting to prepare for trial) to home in Larchmont, NY | 155.09 | | |
| Transportation | Taxi / Car service | 10/22/2013 | 11:49 PM | Jonathan Mattern | NYC Taxi 7v44 090015 Bronx | 12.50 | | |
| Transportation | Taxi / Car service | 10/23/2013 | 11:30 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 18.00 | | |
| Transportation | Taxi / Car service | 10/24/2013 | 11:51 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 27.00 | | |
| Meals | OT Meals | 8/1/2013 | 8:30 PM | Jonathan Mattern | !Savory | 21.02 | (1.02) | |
| Meals | OT Meals | 8/3/2013 | 8:02 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Stree | 26.61 | (6.61) | |
| Meals | OT Meals | 8/9/2013 | 8:13 PM | Jonathan Mattern | Sherwood To Go | 24.87 | (4.87) | |
| Meals | OT Meals | 8/13/2013 | 8:07 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Stree | 26.61 | (6.61) | |
| Meals | OT Meals | 8/14/2013 | 1:01 AM | Jonathan Mattern | Sherwood To Go | 13.49 | - | |
| Meals | OT Meals | 8/14/2013 | 8:16 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | |
| Meals | OT Meals | 8/15/2013 | 8:20 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Stree | 29.53 | (9.53) | |
| Meals | OT Meals | 8/16/2013 | 8:53 PM | Jonathan Mattern | !Savory Full | 21.58 | (1.58) | |
| Meals | OT Meals | 10/1/2013 | 9:14 PM | Jonathan Mattern | Cafe Duke | 23.18 | (3.18) | |
| Meals | OT Meals | 10/1/2013 | 8:30 PM | Ryan Kielty | Aoki Japanese Restaurant | 29.35 | (9.35) | |
| Meals | OT Meals | 10/2/2013 | 8:46 PM | Karn Chopra | Bukhara (49th Street) | 32.39 | (12.39) | |
| Meals | OT Meals | 10/2/2013 | 8:46 PM | Ryan Kielty | Bukhara (49th Street) | 32.39 | (12.39) | |
| Meals | OT Meals | 10/3/2013 | 9:02 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | |
| Meals | OT Meals | 10/4/2013 | 8:34 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Stree | 29.53 | (9.53) | |
| Meals | OT Meals | 10/6/2013 | 9:57 PM | Jonathan Mattern | !Eatery | 19.80 | - | |
| Meals | OT Meals | 10/7/2013 | 8:25 PM | Jonathan Mattern | Hatsuhana | 36.56 | (16.56) | |
| Meals | OT Meals | 10/7/2013 | 8:25 PM | Karn Chopra | Hatsuhana | 36.55 | (16.55) | |
| Meals | OT Meals | 10/7/2013 | 8:25 PM | Ryan Kielty | Hatsuhana | 36.55 | (16.55) | |
| Meals | OT Meals | 10/8/2013 | 8:41 PM | Jonathan Mattern | !Savory | 34.33 | (14.33) | |
| Meals | OT Meals | 10/8/2013 | 9:21 PM | Ryan Kielty | Akdeniz | 29.23 | (9.23) | |
| Meals | OT Meals | 10/9/2013 | 8:49 PM | Jonathan Mattern | Natureworks (55th St) | 23.77 | (3.77) | |
| Meals | OT Meals | 10/10/2013 | 9:57 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | |
| Meals | OT Meals | 10/21/2013 | 8:19 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | |
| Meals | OT Meals | 10/22/2013 | 9:26 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | |
| Meals | OT Meals | 10/23/2013 | 8:33 PM | Jonathan Mattern | Dig Inn Seasonal Market - 55th Stree | 29.53 | (9.53) | |
| Meals | OT Meals | 10/23/2013 | 9:30 PM | Ryan Kielty | Natureworks (55th St) | 24.15 | (4.15) | |
| Meals | OT Meals | 10/30/2013 | 8:33 PM | Karn Chopra | Dig Inn Seasonal Market - 55th Stree | 18.96 | - | |
| Meals | OT Meals | 10/30/2013 | 8:33 PM | Ryan Kielty | Dig Inn Seasonal Market - 55th Stree | 18.95 | - | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Expense Category | Expense Type | Date Expense Incurred[1] | Time Expense Incurred[1] | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[2] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 10/30/2013 | 10:19 PM | Karn Chopra | NYC Taxi 9p68 090116 Flushing | 14.40 | | |
| Transportation | Taxi / Car service | 11/4/2013 | 10:03 PM | Karn Chopra | 31 W 52 ST 7 to 103 EDGEWOOD AVE  LA | 125.02 | | |
| Transportation | Taxi / Car service | 11/11/2013 | 11:02 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 19.00 | | |
| Transportation | Taxi / Car service | 11/12/2013 | 11:55 PM | Jonathan Mattern | NYC Taxi 9648 090015 New York | 13.12 | | |
| Transportation | Taxi / Car service | 11/13/2013 | 11:41 PM | Jonathan Mattern | White And Blue Group Lic | 12.38 | | |
| Transportation | Taxi / Car service | 11/13/2013 | 9:20 PM | Karn Chopra | Ady*uber Technologie 866-576-1039 | 79.00 | | |
| Transportation | Taxi / Car service | 11/13/2013 | 9:11 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 40.00 | | |
| Transportation | Taxi / Car service | 11/15/2013 | 11:22 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 26.00 | | |
| Transportation | Taxi / Car service | 11/19/2013 | 10:52 PM | Jonathan Mattern | Fa Management Fa Man New York | 12.38 | | |
| Transportation | Taxi / Car service | 11/23/2013 | 12:46 AM | Ryan Kielty | NYC Taxi - Verifone  Long Ixalnd Cit | 10.25 | | |
| Transportation | Taxi / Car service | 11/23/2013 | 8:42 PM | Ryan Kielty | NYC Taxi - Verifone  Long Ixalnd Cit | 10.10 | | |
| Meals | OT Meals | 11/4/2013 | 8:32 PM | Karn Chopra | Bukhara (49th Street) | 34.33 | (14.33) | 20.00 |
| Meals | OT Meals | 11/12/2013 | 8:27 PM | Jonathan Mattern | ?Savory | 33.81 | (13.81) | 20.00 |
| Meals | OT Meals | 11/13/2013 | 9:25 PM | Jonathan Mattern | Hatsuhana | 29.93 | (9.93) | 20.00 |
| Meals | OT Meals | 11/13/2013 | 8:16 PM | Karn Chopra | Bukhara (49th Street) | 28.83 | (8.83) | 20.00 |
| Meals | OT Meals | 11/19/2013 | 8:25 PM | Jonathan Mattern | Sherwood To Go | 27.22 | (7.22) | 20.00 |
| Communication & Other: Conference Calls | Conference Calls | 11/18/2013 | | Karn Chopra | Ccall Id#5918942 - Fee to dial in to conference call | 79.00 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2013 | | ECI Conferencing | 10/06 Conference Call: 4 lines | 37.77 | | |
| Communication & Other: Conference Calls | Conference Calls | 10/31/2013 | | ECI Conferencing | 10/06 Conference Call: 11 lines | 486.03 | | |
| Communication & Other: Other Expenses | Prof Fees Other Acc | 8/28/2013 | | Ernst & Young | Tax research related to OID issue in JSN litigation | 530.00 | | |
| Communication & Other: Other Expenses | Prof Fees Other Acc | 11/25/2013 | | Ernst & Young | Research related to MSR valuation, amortization and tax basis for JSN litigation | 3,405.00 | | |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.
(2) Represents overtime meal cost above $20.00 per meal.

**DETAIL OF EXPENSES INCURRED BY CENTERVIEW PARTNERS LLC**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**DECEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

| Expense Category | Expense Type | Date Expense Incurred* | Time Expense Incurred* | Vendor / Employee Name | Description | Expenses | Less: Meal Overage[1] | Revised Meal Expense |
|---|---|---|---|---|---|---|---|---|
| Transportation | Taxi / Car service | 12/6/2013 | 10:37 PM | Ryan Kielty | Taxi Credit Card Cor Woodside | 12.50 | | |
| Transportation | Taxi / Car service | 12/7/2013 | 9:54 PM | Ryan Kielty | Ady*uber Technologie 866-576-1039 | 15.00 | | |
| Meals | OT Meals | 12/5/2013 | 8:10 PM | Ryan Kielty | Natureworks (55th St) | 13.32 | - | 13.32 |
| Meals | OT Meals | 12/11/2013 | 8:36 PM | Jonathan Mattern | !Savory | 23.26 | (3.26) | 20.00 |

(1) Due to Centerview expense tracking systems, certain expenses incurred in a specified month are not recorded until the following month.

(2) Represents overtime meal cost above $20.00 per meal.

## <u>EXHIBIT J</u>

**ADDITIONAL INVOICE SUPPORT FOR EXPENSES INCURRED BY CENTERVIEW
PARTNERS LLC ON BEHALF OF THE DEBTORS DURING THE PERIOD
MAY 14, 2012 THROUGH DECEMBER 17, 2013**

**ℲℲ ERNST & YOUNG**

Invoice Number: ███████

*On Call Fee Analysis*
*Centerview Advisory Partners Holdings LLC*
*June 29, 2013 through August 2, 2013*

28-Aug-13

| Centerview Contact | Date | Description of Work | E&Y Contact | Total Fees |
|---|---|---|---|---|
| | | | | |
| Kielty, Ryan 429-2322 | 26-Jul-2013 | **Project Bounce:** Accretion of OID on debt instrument for tax purposes | Madsen | 530 |
| | | | | |

*ERNST & YOUNG*

On Call Fee Analysis
Centerview Advisory Partners Holdings LLC
September 28, 2013 through November 1, 2013

Invoice Number: ████████
25-Nov-13

| Centerview Contact | Date | Description of Work | E&Y Contact | Total Fees |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| Kielty, Ryan | 01-Oct-2013 02-Oct-2013 03-Oct-2013 | Valuation of mortgage servicing platform; research and call on amortization; recovery period of mortgage servicing rights tax basis | Levy Smith Finn Garlock Jacobs | $3,405 |
| ████ | ████ | ████ | ████ | ████ |