James Gadsden
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 238-8607
Facsimile: (212) 732-3232
e-mail: gadsden@clm.com

*Consultant to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC *et al.*,                             :    Case No. 12-12020 (MG)
                                                               :      Joint Administered
           Debtors.                                            :
                                                               :    AFFIDAVIT OF SERVICE
                                                               :
---------------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK )

    EDURIN COLON, being duly sworn, deposes and says:

    1. I am over the age of eighteen years, am not a party to this proceeding and am employed by the law firm of Carter Ledyard & Milburn LLP.

    2. On Monday, March 3, 2014, I served true and correct copies of the annexed

    FIRST AND FINAL APPLICATION OF CARTER LEDYARD &
    MILBURN LLP, CONSULTANT TO THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS, FOR FINAL ALLOWANCE OF
    COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
    AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
    EXPENSES INCURRED AS A CONSULTANT TO THE COMMITTEE

by placing the same in Federal Express envelopes addressed:

7399084.1

LARREN M. NASHELSKY
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050


KENNETH H. ECKSTEIN
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

KENNETH S. ZIMAN
Skadden Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

RICHARD M. CIERI
Kirkland & Ellis
601 Lexington Avenue
New York, New York 10022

The Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014


On said day I deposited said envelopes with a clerk at the Federal Express Office located at One Exchange Place, New York, New York to be dispatched by overnight delivery.

Edurin Colon

Sworn to before me this

3rd day of March, 2014.

_____
Notary Public.

DENNIS MURPHY
Notary Public, State of New York
No. 31-01MU4644752
Qualified in New York County
Commission Expires March 30, 2015

7399084.1