MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for The Post-Effective Date*
*Debtors, The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------    )
In re:                                                              )    Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                            )    Chapter 11
                                                                   )
                                                Debtors.            )    Jointly Administered
                                                                   )
-----------------------------------------------------------------    )

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON MARCH 5, 2014 AT 2:00 P.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**        **CONTESTED MATTER**

**1.**        Motion for Entry of Order Approving Procedures for Compliance With Discharge
              Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6525]

              **Related Document(s)**:

              **a.**        Ex Parte Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy
                            Rules 9006-1 and 9077-1 for Entry of an Order Shortening the Time For
                            Notice of and Scheduling a Hearing to Consider the Examiner's Motion for
                            Entry of Order Approving Procedures for Compliance With Discharge
                            Order Regarding Federal Subpoena Served on the Examiner [Docket No.
                            6524]

              **b.**        Order Shortening Notice and Scheduling a Hearing on the Examiner's
                            Motion for Entry of an Order Approving Procedures for Compliance with

Discharge Order Regarding Subpoena Served on the Examiner [Docket No. 6526]

**Response(s)**:

a.      Response of Ally Financial Inc. to the Motion for Entry of Order Approving Procedures for Compliance with Discharge Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6554]

**Status**:      The hearing on this matter will be going forward.


Dated:  March 3, 2014                    /s/ Lorenzo Marinuzzi
        New York, New York               Gary S. Lee
                                         Lorenzo Marinuzzi
                                         MORRISON & FOERSTER LLP
                                         1290 Avenue of the Americas
                                         New York, New York 10104
                                         Telephone: (212) 468-8000
                                         Facsimile: (212) 468-7900

                                         *Counsel for The Post-Effective Date
                                         Debtors, The ResCap Liquidating Trust
                                         and The ResCap Borrower Claims Trust*