**EXHIBIT F-1**

**RESIDENTIAL CAPITAL, LLC, et al.**

**SUMMARY OF HOURS**

**July 11, 2012 through December 17, 2013**

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 1,153.40 | $1,147,633.00 |
| Richard M. Leder (1988) | Tax | 1962 (NY) | 995 | 296.00 | 294,520.00 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 1,588.30 | 1,462,795.00 |
| Andrew Coronios (1987) | Corporate | 1978 (NY) | 875 | 226.00 | 197,750.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 1,614.10 | 1,412,337.50 |
| N. Theodore Zink (1997) | Bankruptcy & Financial Restructuring | 1984 (MO) 1991 (IL) 1996 (NY) | 855 | 1,574.10 | 1,345,855.50 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 559.80 | 473,031.00 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 620.40 | 511,830.00 |
| Marjorie Glover (1999) | Employee Benefits | 1988(MA) 1989 (NY) | 825 | 905.30 | 746,872.50 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 1,154.50 | 952,462.50 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 514.90 | 409,345.50 |
| John F. Finnegan (2008) | Litigation/ Insurance | 1983 (NY) | 755 | 1,219.20 | 909,473.00 |
| Joy Langford (2003) | Litigation/ Insurance | 1996 (DC) | 755 | 847.70 | 621,704.75 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 493.50 | 367,657.50 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 124.70 | 92,901.50 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 1,274.90 | 949,800.50 |
| Andrew Rosenblatt (2009) | Bankruptcy and Financial Restructuring | 1998 (NY) | 745 | 563.20 | 419,584.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 2,199.00 | 1,557,227.50 |
| David Gallai (2008) | Employee Benefits | 2000 (NY) | 705 | 29.10 | 20,515.50 |
| **Counsel:** | | | | | |
| Jay Henneberry | Litigation | 1983(NY) 1988 (CA) | 795 | 6.10 | 4,849.50 |
| Adam Gale | Corporate | 1994 (NY) | 725 | 11.90 | 8,627.50 |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 2,089.30 | 1,452,063.50 |
| Carey Child | Litigation/ Insurance | 1992 (VA) 1993 (DC) | 695 | 951.10 | 651,597.25 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 695 | 1,963.20 | 1,331,654.75 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 1,433.90 | 950,484.50 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 1,452.20 | 965,713.00 |
| Marcelo Blackburn | Litigation | 2005 (NY) | 655 | 196.60 | 128,773.00 |
| James Stenger | Corporate | 1978 (DC) | 645 | 1,413.60 | 907,192.50 |
| Don Mros | Litigation/ Insurance | 1984 (MO) 1988 (DC) | 635 | 229.40 | 145,669.00 |
| | | | | | |
| **Associate:** | | | | | |
| Seth Kruglak | Litigation | 2004 (NY) | 675 | 19.30 | 13,027.50 |
| Ted P. Castell | Corporate | 2003 (NJ) 2004 (NY) | 655 | 166.70 | 109,188.50 |
| Robert J. Gayda | Bankruptcy & Financial Restructuring | 2005 (NY) | 655 | 2,301.20 | 1,507,286.00 |
| Adam Price | Corporate | 2000 (NY) | 655 | 899.50 | 589,172.50 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 1,027.30 | 672,881.50 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 2,297.10 | 1,504,600.50 |
| Joseph Ramadei | Corporate | 2003 (MA) 2008 (NY) | 655 | 33.50 | 21,942.50 |
| Monika Szymanski | Litigation | 2004 (NJ) 2005 (NY) | 655 | 1,371.80 | 896,367.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Susan St. Denis | Litigation | 1990 (CA) | 645 | 138.00 | 88,074.75 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 1,290.10 | 806,312.50 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 1,921.40 | 1,200,875.00 |
| Noelle Francis | Corporate | 2008 (DC) 2008 (NY) | 595 | 283.80 | 168,861.00 |
| Lee Gordon | Corporate | 2008 (NY) | 595 | 14.30 | 8,508.50 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 1,428.90 | 846,566.00 |
| LeeAnn O'Neill | Litigation/ Insurance | 2008 (NY/DC) | 595 | 1,291.30 | 766,538.50 |
| Megan Towers | Bankruptcy & Financial Restructuring | 2008 (NY) | 595 | 1,694.30 | 1,008,108.50 |
| Lara Aryani | Corporate | 2009 (NY) | 565 | 40.50 | 22,882.50 |
| Blake Betheil | Tax | 2009 (NY) | 565 | 747.00 | 422,055.00 |
| Bonnie Dye | Bankruptcy & Financial Restructuring | 2009 (NY) | 565 | 1,364.60 | 767,863.25 |
| Kate McSweeny | Litigation/ Insurance | 2004 (VA) 2006 (DC) | 565 | 1,363.20 | 770,208.00 |
| Patrick Narvaez | Corporate | 2007 (NJ) 2008 (NY) | 565 | 23.50 | 13,277.50 |
| Michael Pusateri | Litigation | 2009 (NY) 2012 (DC) | 565 | 443.10 | 250,351.50 |
| Rachel Santangelo | Employee Benefits | 2009 (NY) | 565 | 735.10 | 415,331.50 |
| Adrienne Sebring | Corporate | 2009 (NY) | 565 | 545.80 | 308,377.00 |
| Kimberly Zafran | Litigation | 2009 (NY) | 565 | 22.20 | 12,543.00 |
| Nicolas Ferre | Corporate | 2010 (NY) | 505 | 80.30 | 40,551.50 |
| Alison Gold | Corporate | 1997 (DC) | 505 | 33.50 | 16,917.50 |
| Lata Nott | Litigation | 2011 (NY) | 505 | 182.90 | 92,364.50 |
| Aarta Alkarimi | Litigation | 2002 (NY) | 495 | 263.50 | 130,432.50 |
| Marwan Azzi | Corporate | 2010 (NY) | 495 | 307.90 | 152,410.50 |
| Lucia Benabentos | Corporate | 2012 (NY) | 495 | 60.10 | 29,749.50 |
| James Berger | Corporate | 2010 (NY) | 495 | 56.80 | 28,116.00 |
| Laure Berthelot | Corporate | 2001 (NY) | 495 | 204.70 | 101,326.50 |
| Nona Crane | Corporate | 2003 (NY) | 495 | 320.90 | 158,845.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Eric Daucher | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 834.80 | 413,226.00 |
| Ali Donat | Corporate | 2007 (NY) | 495 | 59.50 | 29,452.50 |
| Amanda Forsythe | Corporate | 2010 (NY) | 495 | 68.40 | 33,858.00 |
| S. Jean Kim | Litigation | 1999 (NY) 2006 (CA) | 495 | 166.90 | 82,615.50 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 1,941.90 | 958,790.25 |
| Nicholas Scannavino | Corporate | 2010 (NY) | 495 | 26.10 | 12,919.50 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 1,116.80 | 552,816.00 |
| David John Frenkil | Corporate | 2011 (DC) | 465 | 83.10 | 38,641.50 |
| Kathryn Cervon | Litigation/ Insurance | 1991 (DC) | 475 | 174.30 | 82,792.50 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 1,354.20 | 588,076.50 |
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 2,093.80 | 910,803.00 |
| Yan Kuznetsov | Corporate | 2011 (NY) | 435 | 441.20 | 191,922.00 |
| Garrett Lyman | Corporate | 2011 (NY) | 435 | 5.90 | 2,566.50 |
| Zaid Mohiuddin | Corporate | 2012 (NY) | 435 | 319.30 | 138,895.50 |
| Nicolas Stebinger | Litigation | 2011 (NY) | 435 | 23.80 | 10,353.00 |
| Philip Kaminski | Corporate | 2012 (NY) | 395 | 732.30 | 289,258.50 |
| Jordan Manekin | Corporate | 2011 (NY) | 395 | 362.80 | 143,306.00 |
| Lindsay MacLeod | Corporate | 2012 (NY) | 395 | 66.90 | 26,425.50 |
| Coleman Miller | Corporate | 2012 (NY) | 395 | 24.30 | 9,598.50 |
| Marc Reston | Corporate | 1979 (NY) | 395 | 1,000.00 | 395,000.00 |
| Joshua Apfel | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 1,703.90 | 673,040.50 |
| Noah Brick | Corporate | 2012-JD | 395 | 1,355.10 | 535,264.50 |
| Claudia Cohen | Litigation | 2013 (NY) | 395 | 1,436.90 | 567,575.50 |
| Michaela Cohen | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 1,414.40 | 558,688.00 |
| Ginger Collier | Corporate | 2013 (NY) | 395 | 574.90 | 227,085.50 |
| Gabrielle DiBernardi | Corporate | 2013 (NY) | 395 | 350.90 | 138,605.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Julia Dobtsis | Corporate | 2013 (NY) | 395 | 46.10 | 18,209.50 |
| Patrick Dorime | Corporate | 2013 (NY) | 395 | 357.80 | 141,331.00 |
| Margaret Grazzini | Tax | 2013 (NY) | 395 | 1,054.80 | 413,861.25 |
| Zachary Levin | Corporate | 2013 (NY) | 395 | 979.90 | 384,137.50 |
| Jiadai Lin | Litigation | 2013 (NY) | 395 | 1,417.70 | 559,991.50 |
| Joslyn Massengale | Corporate | 2013 (NY) | 395 | 378.30 | 147,809.00 |
| Stephanie Palmer | Corporate | 2013 (NY) | 395 | 237.10 | 93,654.50 |
| John Pappas | Corporate | 2013 (NY) | 395 | 1,165.70 | 460,451.50 |
| Diana Sanders | Litigation | 2013 (NY) | 395 | 1,594.20 | 627,497.00 |
| Jake Seligman | Corporate | 2013 (NY) | 395 | 327.30 | 129,283.50 |
| Thomas Watson | Corporate | 2013 (NY) | 395 | 67.50 | 26,662.50 |
| | | | | | |
| **Law Clerk:** | | | | | |
| Seth Bloomfield | n/a | n/a | 285 | 20.20 | 5,757.00 |
| | | | | | |
| **Paraprofessional:** | | | | | |
| Lori Moloney | Litigation | n/a | 330 | 590.40 | 194,832.00 |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 506.50 | 149,417.50 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 364.70 | 107,586.50 |
| Michele Chasse | Litigation | n/a | 290 | 131.30 | 38,077.00 |
| Thomas Scott | Corporate | n/a | 285 | 259.00 | 73,815.00 |
| Mary T. Barbetta | Litigation | n/a | 280 | 13.80 | 3,864.00 |
| Sandra Buzaglo | Corporate | n/a | 280 | 67.10 | 18,788.00 |
| Sarah Chan | Corporate | n/a | 280 | 792.50 | 221,900.00 |
| Mariana Fradman | Corporate | n/a | 280 | 350.80 | 98,224.00 |
| Diane Larmon-Dixon | Corporate | n/a | 280 | 30.80 | 8,624.00 |
| Gregory Rodriguez | Corporate | n/a | 280 | 17.40 | 4,872.00 |
| Jay Aubrey | Corporate | n/a | 270 | 125.20 | 34,650.00 |
| Patrick Dezil | Litigation | n/a | 270 | 31.50 | 8,505.00 |
| Lissette Mendoza | Litigation | n/a | 270 | 392.00 | 105,840.00 |
| Ellen Weissman | Litigation | n/a | 270 | 4.10 | 1,107.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Justine Carr | Corporate | n/a | 265 | 16.20 | 4,293.00 |
| Jamie Moses | Corporate | n/a | 265 | 106.30 | 28,169.50 |
| Wale Bakare | Litigation | n/a | 260 | 79.80 | 20,748.00 |
| Gregory Godwin | Litigation | n/a | 260 | 875.90 | 227,734.00 |
| Matilde Pena | Corporate | n/a | 250 | 78.90 | 19,725.00 |
| Laura Ferrazzano | Corporate | n/a | 245 | 21.10 | 5,169.50 |
| Jason Lopez | Litigation | n/a | 235 | 376.60 | 88,501.00 |
| Eric Ruiz | Litigation | n/a | 225 | 38.60 | 8,685.00 |
| Isida Tushe | Corporate | n/a | 180 | 1,289.50 | 232,110.00 |
| Natasha McGlynn | Corporate | n/a | 120 | 172.50 | 20,700.00 |
| | | | | | |
| **Librarian:** | | | | | |
| Tania Danielson | n/a | n/a | 200 | 4.60 | 1,102.00 |
| Amy Ratchford | n/a | n/a | 200 | 5.80 | 1,276.00 |
| Marjorie Richmond | n/a | n/a | 200 | 5.00 | 1,100.00 |
| Barbara Schubeck | n/a | n/a | 200 | 13.70 | 3,014.00 |
| | | | | | |
| SUB-TOTAL | | | | 82,814.50 | $47,275,880.75 |
| | | | | | |
| Less US Trustee Deduction in First Interim Fee Application | | | | | (19,414.59) |
| Less Chadbourne Voluntary Deduction in Second Interim Fee Application (fee deduction for librarian and transient time recorders). | | | | | (6,659.50) |
| Less US Trustee Deduction in Second Interim Fee Application | | | | | (175,000.00) |
| Less US Trustee Deduction in Third Interim Fee Application | | | | | (84,000.00) |
| Less US Trustee Deduction in Fourth Interim Fee Application | | | | | (100,000.00) |
| | | | | | |
| **TOTAL** | | | | | **$46,890,806.66** |

BLENDED RATE:    $599.55 (excludes paraprofessionals and contract attorneys)

\* Includes year elected Partner at firm or joined firm as Partner.

Note: For attorneys who expended time for travel, although those rates appear at full hourly rates, the 50% adjustment is reflected in the total fee amount.

# EXHIBIT F-2
## RESIDENTIAL CAPITAL, LLC, et al
### SUMMARY OF SERVICES BY PROJECT CATEGORY
### July 11, 2012 through December 17, 2013

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 1,825.20 | $ 1,001,712.50 |
| Report Drafting and Legal Research | 003 | 27,294.90 | 15,967,689.50 |
| Document Review and Analysis | 005 | 23,051.00 | 12,763,533.00 |
| Witness Interviews and Discovery | 006 | 23,095.70 | 12,590,598.50 |
| Substantive Investigation Planning and Coordination | 007 | 5,972.60 | 4,171,803.50 |
| Fee/Retention Applications | 010 | 1,135.00 | 633,320.00 |
| Non-Working Travel* | 011 | 440.10 | 147,223.75 |
| SUB-TOTAL | | 82,814.50 | $47,275,880.75 |
| | | | |
| Less US Trustee Deduction in First Interim Fee Application | | | (19,414.59) |
| Less Chadbourne Voluntary Deduction in Second Interim Fee Application | | | (6,659.50) |
| Less US Trustee Deduction in Second Interim Fee Application | | | (175,000.00) |
| Less US Trustee Deduction in Third Interim Fee Application | | | (84,000.00) |
| Less US Trustee Deduction in Fourth Interim Fee Application | | | (100,000.00) |
| | | | |
| **TOTAL** | | | **$46,890,806.66** |

\* Non-working travel billed at 50% of normal hourly rates.

**EXHIBIT F-3**

**RESIDENTIAL CAPITAL, LLC, et al**

**SUMMARY OF EXPENSES INCURRED**

**July 11, 2012 through December 17, 2013**

| DISBURSEMENT | AMOUNT |
|---|---|
| Long Distance Travel Fees:<br>  Coach Airfare:   $47,173.53<br>  Ground<br>    Transportation   17,579.90<br>  Lodging         44,044.81<br>  Meals           5,418.47 | $ 114,216.71 |
| Courier Related Expenses | 1,538.23 |
| Federal Express | 19,368.29 |
| Postage | 675.83 |
| Court Reporter | 325,693.45 |
| Carfare (Late Night/Weekends) | 64,447.61 |
| Late Night/Weekend Meals | 37,778.01 |
| Paralegal Late Night/Weekend Meals | 235.42 |
| Business Meals/Catering | 30,074.17 |
| Paralegal Overtime | 98,653.30 |
| Secretarial Overtime | 1,036.77 |
| Lexis Legal Research | 88,629.01 |
| Westlaw Legal Research | 206,089.75 |
| Information Retrieval (West Publishing) | 15,899.83 |
| Information Retrieval (Morningstar) | 1,388.22 |
| Information Retrieval (Bloomberg Law) | 794.79 |
| Information Retrieval (National Corporate Research) | 30,144.49 |
| Reproduction | 214,179.50 |

| | |
|---|---|
| Telephone Charges | 4,935.33 |
| Telephone Reimbursement | 675.73 |
| Outside Professional Services (Complete Discovery Source - Document Database) | 527,493.15 |
| Outside Professional Services (Firmex - Document Repository) | 46,250.00 |
| Outside Professional Services (Smartsource Rentals - Computer Rental) | 27,561.93 |
| Outside Professional Services (Update Legal - Contract Attorney Services) | 841,824.00 |
| Outside Professional Services (R.R. Donnelley) | 371,405.20 |
| Temporary Help (Cybersearch Corp. – Outsource Litigation Support) | 7,328.75 |
| Outside Professional Services (RR Donnelley – Outsourced Paraprofessional Services) | 17,234.77 |
| Witness Expense Reimbursement | 8,300.72 |
| Process Server Fees (EPS Judicial Process, Provest Holdings, Demovsky Lawyer Services) | 3,110.02 |
| Managing Clerk Services (PACER) | 15,532.11 |
| SUB-TOTAL | $3,131,159.91 |
| | |
| Less US Trustee Deduction in First Interim Fee Application | (13,577.70) |
| Less Credits Applied in Second Interim Fee Application | (87,793.31) |
| Less US Trustee Deduction in Third Interim Fee Application | (30,013.07) |
| Less Credit Applied in Fourth Interim Fee Application | (4,356.36) |
| **TOTAL REQUEST** | **$2,995,419.47** |