**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

----------------------------------------------------------------x

### COVER SHEETS FOR FIFTH INTERIM AND FINAL APPLICATION OF MOELIS & COMPANY LLC FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM MAY 16, 2012 THROUGH DECEMBER 17, 2013</u>

| | |
|---|---|
| Name of Applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | August 30, 2012, *nunc pro tunc* to May 16, 2012 |

**Fifth Interim Period:**

| | |
|---|---|
| Period for which compensation and reimbursement are sought : | September 1, 2013 through December 17, 2013 |
| Amount of compensation sought as actual, reasonable, and necessary (including Restructuring Fee): [1] | $7,525,000.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $5,172.69 |

**Final Period:**

Period for which compensation

---

[1] In this Final Application, Moelis is requesting allowance of its Restructuring Fee of $7,750,000 plus monthly fees of $900,000, less a credit (totaling $1,125,000 in the aggregate) equal to 50% of Moelis' monthly fees beginning with its tenth full monthly fee. *See* May 30, 2012 Engagement Letter, ¶ 2(a)(ii).

| and reimbursement are sought: | May 16, 2012 through December 17, 2013 |

Amount of compensation sought as
actual, reasonable, and necessary

| (including Restructuring Fee): | $14,616,129.03 |

Amount of expense reimbursement

| sought as actual, reasonable and necessary: | $250,527.01 |

| This is a(n): | Final Application |

If this is not the first application filed, disclose the following for each prior interim application:

| Date Interim Fee Application Filed | Period Covered by Interim Fee Application | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (Including Holdback) | Expenses |
| 10/19/2012 [Docket No. 1898] | 5/16/12 – 8/31/12 | $1,391,129.03 | $20,194.72 | $1,391,129.03 | $18,318.99 |
| 3/14/2013 [Docket No. 3198] | 9/1/12 – 12/31/12 | $2,400,000.00 | $197,895.04 | $2,400,000.00 | $195,710.04 |
| 8/7/2013 [Docket No. 4564] | 1/1/13 – 4/30/13 | $2,100,000.00 | $15,805.11 | $2,100,000.00 | $15,460.79 |
| 11/18/2013 [Docket No. 5856] | 5/1/13 – 8/31/13 | $1,200,000.00 | $20,364.50 | $1,200,000.00 | $15,864.50 |

**SUMMARY OF PROFESSIONAL TIME AND EXPENSE RECORDS**
**SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

Schedules of hours and expense disbursements relating to the Fifth Interim Compensation Period (September 1, 2013 through December 17, 2013) are provided as Exhibits B and C to the Final Application.

## SUMMARY OF FEE CALCULATIONS
## <u>MAY 16, 2012 THROUGH DECEMBER 17, 2013</u>

A summary calculation of the fees requested for the entire Final Compensation Period is provided as Exhibit D to the Final Application.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,       :    Case No. 12-12020 (MG)
                                              :
                    Debtors.                  :    Jointly Administered
----------------------------------------------------------------x

**FIFTH INTERIM AND FINAL APPLICATION OF**
**MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF**
**ACTUAL AND NECESSARY EXPENSES INCURRED AS INVESTMENT**
**BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
<u>**FOR THE PERIOD FROM MAY 16, 2012 THROUGH DECEMBER 17, 2013**</u>

Pursuant to sections 328(a) and 331 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1532, as amended (the "<u>Bankruptcy Code</u>") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of Bankruptcy

Practice and Procedure for the United States Bankruptcy Court for the Southern District of New

York (the "<u>Local Rules</u>"), General Order M-447 Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases (Morris,

C.J.) (the "<u>Amended Guidelines</u>"), the Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals dated July 17, 2012 (the "<u>Interim</u>

<u>Compensation Order</u>"), Moelis & Company LLC ("<u>Moelis</u>") as investment banker to the official

committee of unsecured creditors (the "<u>Creditors' Committee</u>") hereby submits this fifth interim

and final application (this "<u>Final Application</u>") for (A) interim and final allowance of

compensation for professional services performed and for reimbursement of actual and necessary

expenses incurred during the period commencing September 1, 2013 through and including

December 17, 2013 (the "<u>Fifth Interim Compensation Period</u>"), and (B) final allowance of

compensation for professional services performed and for reimbursement of actual and necessary

expenses incurred during the period commencing May 16, 2012 through and including

December 17, 2013 (the "Final Compensation Period").  In support of this Final Application,

Moelis respectfully represents as follows:

## BACKGROUND

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are sections 328 and 331 of

the Bankruptcy Code, as contemplated by Bankruptcy Rule 2016 and Local Rule 2016-1.

3.      On May 14, 2012 (the "Petition Date"), the above-captioned debtors (the

"Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The

Debtors continue to operate their businesses and manage their properties as debtors-in-

possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

4.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "United States Trustee") appointed the Creditors' Committee to represent the interests

of all unsecured creditors in these Chapter 11 Cases.  The United States Trustee selected the

following nine parties to serve as members of the Creditors' Committee: (i) Wilmington Trust,

N.A.; (ii) Deutsche Bank Trust Company Americas; (iii) The Bank of New York Mellon Trust

Company, N.A.; (iv) MBIA Insurance Corporation; (v) Rowena L. Drennen; (vi) AIG Asset

Management (U.S.), LLC; (vii) U.S. Bank National Association; (viii) Allstate Life Insurance

Company; and (ix) Financial Guaranty Insurance Corporation.  At a meeting of the Creditors'

Committee held on May 16, 2012, it voted to retain Moelis as its investment banker.

2

5.       On June 27, 2012, the Creditors' Committee filed an application (the "Initial Retention Application") for an order, pursuant to sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 authorizing the Creditors' Committee to retain Moelis as its investment banker, *nunc pro tunc* to May 16, 2012.  The Initial Retention Application was approved by order dated August 30, 2012 (the "Initial Retention Order").

6.       On August 28, 2012, the Creditors' Committee filed an application (the "Supplemental Retention Application") for an order, pursuant to sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 authorizing the Creditors' Committee to expand the scope of its retention of Moelis, *nunc pro tunc* to August 1, 2012.  The Supplemental Retention Application was approved by order dated September 13, 2012 (the "Supplemental Retention Order" and together with the Initial Retention Order, the "Retention Orders").  Copies of the Retention Orders are attached hereto as Exhibit A.

7.       The Court approved Moelis' retention as investment banker to the Creditors' Committee under sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-1.  The Retention Orders require that Moelis' compensation and expense reimbursement requests be subject to review under the standards set forth in section 328(a) of the Bankruptcy Code, but provides that the Office of the United States Trustee alone is entitled to challenge the reasonableness of Moelis' compensation and expense requests on all grounds, including reasonableness under section 330 of the Bankruptcy Code.

8.       The Retention Orders modify Moelis' time-keeping requirements by providing that (a) Moelis' restructuring professionals are required only to keep reasonably-detailed time records in half-hour increments and to submit, with any interim or final fee application, together with the time records, a narrative summary, by project categories as selected by Moelis, of

3

services rendered, and to identify each professional rendering services and the categories of

services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative

departments (including legal) are not required to keep any time records, and (c) Moelis is not

required to provide or conform to any schedule of hourly rates.

9.      This Court confirmed the Debtors' chapter 11 plan by order dated December 11,

2013, and such plan became effective on December 17, 2013.

10.     To date, Moelis has received $14,401,656.04 of fees and expense reimbursements

relating to the services it provided during the Final Compensation Period.  This amount includes

a $6,850,000 payment that Moelis received on account of its Restructuring Fee on or about the

effective date of the chapter 11 plan.[1]

11.     Moelis' summary time records for the Fifth Interim Compensation Period are

annexed hereto as Exhibit B.  A detailed description of the expenses incurred during the Fifth

Interim Compensation Period is annexed hereto as Exhibit C.  Moelis' summary time records

and detailed expense descriptions for periods preceding the Fifth Interim Compensation Period

were annexed to Moelis' four previous interim fee applications [Docket Nos. 1898, 3198, 4564

& 5856], and are incorporated by reference herein.

**SUMMARY OF SERVICES RENDERED
DURING THE FINAL COMPENSATION PERIOD**

12.     In the aggregate, Moelis' restructuring professionals recorded approximately

[15,745] hours of services provided during the Final Compensation Period.  As a summary,

---

[1]  In this Final Application, Moelis is requesting allowance of its Restructuring Fee of $7,750,000 plus monthly fees
of $900,000, less a credit (totaling $1,125,000 in the aggregate) equal to 50% of Moelis' monthly fees beginning
with its tenth full monthly fee.  *See* May 30, 2012 Engagement Letter, ¶ 2(a)(ii).

Moelis provided the following investment banking services to the Creditors' Committee during the course of these chapter 11 cases: [2]

- Participated in meetings with the Creditors' Committee, its counsel and the Debtors;

- Communicated and presented material updates, business developments, diligence findings and analysis to the Creditors' Committee

- Participated in hearings before the court having jurisdiction over this Court and provided relevant testimony;

- Assisted the Creditors' Committee in reviewing and analyzing proposals for any restructuring of the Debtors;

- Assisted the Creditors' Committee in valuing certain of the Debtors' assets;

- Engaged in extensive correspondence and due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest;

- Analyzed proposed restructuring alternatives and effects on various creditors;

- Advised on the current state of the capital markets and implications for the Debtors' strategy and broader restructuring initiatives;

- Reviewed and analyzed the proposed DIP financing facilities;

- Reviewed and analyzed the stalking horse bids for the Platform Assets and Whole Loan Assets;

- Assisted the Debtors in providing Qualified Bidders with due diligence access for

---

[2] This summary is not intended to be a complete description of all the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis. Terms not defined have the same definition as defined in: (1) the Moelis engagement letter, (2) Order Under 11 U.S.C. §§ 105, 363(b) and 365 (i) Authorizing and Approving Sale Procedures, Including Payment of Break-up Fees; (ii) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (iii) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (iv) Establishing Notice Procedures and Approving Forms Of Notice, as amended and filed on June 28, 2012 (Dkt. No. 538), and (3) Notice of Bid Deadline and Sale Hearing to Sell FHA Loans Pursuant to Mortgage Loan Purchase and Interim Servicing Agreement, as filed on January 17, 2013 (Dkt. No. 2658).

the Platform Assets and Whole Loan Assets;

- Reviewed and analyzed Qualified Bidder Bid Proposals submitted on or prior to the Bid Deadline;

- Assisted the Creditors' Committee in reviewing and analyzing the Successful Bidders following the Auctions;

- Advised the Creditors' Committee with respect to financial matters related to RMBS Claims;

- Assisted with research and collection of RMBS information, including CoreLogic information management;

- Assisted the Creditors' Committee in developing loss curves necessary for the evaluation of RMBS related lifetime losses;

- Assisted in the various mediation sessions;

- Reviewed and analyzed proposed wind down plans for the Debtors' estates;

- Reviewed and analyzed the Sale Procedures for the sale of certain FHA Loans by the Debtors;

- Assisted in the investigation of selected transactions between Ally Financial Inc. and the Debtors;

- Provided litigation support in the JSN Adversary Proceeding;

- Assisted in drafting and negotiating Plan Support Agreement;

- Assisted in drafting and negotiating the Disclosure Statement and Plan of Reorganization; and

- General administrative matters including, but not limited to, retention matters, addressing questions of individual members of the Creditors' Committee, Chapter 11

procedures, communications and administrative functions and other matters not

falling into any of the aforementioned services listed above.

**SUMMARY OF DISBURSEMENTS**
**DURING THE INTERIM PERIOD**

13.    The expenses incurred by Moelis include (but are not limited to) long distance

telephone calls, overnight delivery, travel expenses, local messenger service, meals, facsimiles,

postage, duplicating and financial research charges, all of which Moelis normally bills to its non-

bankruptcy clients at rates calculated to compensate Moelis for only the actual cost of the

expense.  Moelis has made reasonable efforts to minimize its disbursements in these cases.  The

expenses incurred in the rendition of professional services were necessary, reasonable and

justified under the circumstances to serve the needs of the Creditors' Committee.

14.    The expenses incurred by Moelis also include the fees and expenses of its outside

legal counsel relating to Moelis' fee applications and statements.  Paragraph 6(c)(ii) of the

August 30, 2012 Order authorizing Moelis' retention [Docket No. 1315] and Paragraph 9 of the

September 13, 2012 Order authorizing the expanded scope of Moelis' retention [Docket No.

1432] permit Moelis to request reimbursement of the fees and expenses of its outside counsel in

respect of the preparation and prosecution of Moelis' fee applications.  Invoices for Moelis'

outside legal counsel are included in Exhibit C hereto.[3]

15.    Moelis believes that this Final Application, together with the attachments hereto,

substantially complies in all material respects with the guidelines set out in the Bankruptcy Code,

the Bankruptcy Rules, the Local Rules and the Retention Order (to the extent compliance has not

been waived).  To the extent this Final Application does not comply in every respect with these

---

[3]  Consistent with this Court's admonitions that it will not approve legal fees relating to responding to the United
States Trustee's comments on interim fee applications, Moelis does not seek reimbursement of its outside legal
counsel's fees relating to responding to the United States Trustee's comments on interim fee applications.

requirements of these guidelines and the Retention Order, Moelis respectfully requests a waiver for any such technical non-compliance.

16.     While Moelis' requested compensation is subject to review and approval by this Court under the standards set forth in section 328 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Moelis is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Moelis respectfully requests that this Court enter an order allowing (A) interim and final allowance of compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period commencing September 1, 2013 through and including December 17, 2013 and (B) final allowance of compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period commencing May 16, 2012 through and including December 17, 2013.  Moelis also respectfully requests that it be granted such other and further relief as the Court may deem just and proper.


Dated:  March 3, 2014
        New York, New York


                                    MOELIS & COMPANY LLC

                                    By: _____
                                    Name:  Jared J. Dermont
                                    Title:  Managing Director

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,           :        Case No. 12-12020 (MG)
                                                    :
                              Debtors.              :        Jointly Administered
-----------------------------------------------------------------x

**CERTIFICATION OF COMPLIANCE WITH**
**GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**<u>PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES</u>**

Jared J. Dermont certifies that:

1.      I am a managing director of Moelis & Company LLC ("<u>Moelis</u>"), investment

banker to the official committee of unsecured creditors (the "<u>Creditors' Committee</u>") in the

above-captioned chapter 11 cases.  This certification is made pursuant to General Order M-447

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New

York Bankruptcy Cases (Morris, C.J.) (the "<u>Amended Guidelines</u>"), in support of Moelis' final

fee application (the "<u>Final Application</u>").

2.      I have read the Final Application and, to the best of my knowledge, information

and belief, formed after reasonable inquiry, (a) the fees and disbursements sought in the Final

Application comply with the Amended Guidelines and the United States Trustee's promulgated

guidelines (together, the "<u>Fee Guidelines</u>") to the extent compliance has not been waived, (b)

except to the extent that fees or disbursements are prohibited by the Fee Guidelines, the fees and

disbursements sought are billed at rates and in accordance with practices customarily employed

by Moelis and generally accepted by Moelis' clients, (c) in seeking reimbursement of an expense

in the Final Application, Moelis does not make a profit on that expenditure, whether it is

performed by Moelis in-house or through a third party, (d) Moelis has provided the U.S. Trustee,

the Debtors and the Creditors' Committee with monthly fee statements for the fees and expenses

requested in the Final Application and (e) Moelis has not provided the U.S. Trustee, the Debtors

or the Creditors' Committee with a copy of the Final Application at least fourteen days before

the filing deadline for the Final Application, but I understand that a copy of the Final Application

will be provided to such parties at least twenty (20) days before the date set by this Court for a

hearing on the Final Application.

3.      To the extent required by section 504 of the Bankruptcy Code, there is no

agreement or understanding between Moelis and any other person, other than the principals and

employees of Moelis, for the sharing of compensation to be received for services rendered in

these chapter 11 cases.

WHEREFORE, I declare that the above is true and correct to the best of my knowledge, information and belief.

Dated:  March 3, 2014

_____

JARED J. DERMONT

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,         :        Case No. 12-12020 (MG)
                                                  :
                    Debtors.                      :        Jointly Administered
-------------------------------------------------------------------x

## ORDER AUTHORIZING THE EMPLOYMENT AND
## RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO
## <u>THE COMMITTEE *NUNC PRO TUNC* TO MAY 16, 2012</u>

Upon the application (the "**Application**")[1] of the Committee for entry of an order (the

"**Order**") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rules 2014(a) and 2016

of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules, authorizing the

Committee to retain and employ Moelis & Company LLC ("**Moelis**") as its investment banker in

accordance with the terms and conditions set forth in the Engagement Letter, *nunc pro tunc* to

May 16, 2012, as described in the Application and the Dermont Declaration; and the Court

having jurisdiction to consider the Application and the relief requested therein in accordance

with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application

being adequate and appropriate under the particular circumstances having been given; and a

hearing having been held to consider the relief requested by the Application (the "**Hearing**");

and upon consideration of the Application, the Dermont Declaration, the supplemental

declaration of Jared Dermont in further support of the Application (the "**Supplemental Dermont**

---

[1] Capitalized Terms used and not otherwise defined herein shall have the meanings set forth for such terms in the Application.

1

1212020120830000000000004

**Declaration**"), the record of the Hearing and all proceedings had before the Court; and the Court

having found and determined that the relief sought in the Application is in the best interests of

the Committee, the Debtors' estates, their creditors and other parties in interest, and that the legal

and factual bases set forth in the Application and the Dermont Declaration establish just cause

for the relief granted herein; and any objections to the requested relief having been withdrawn or

overruled on the merits; and the Court being satisfied based on the representations made in the

Application and the Dermont Declaration, and the Court hereby finds, that (a) Moelis does not

represent in connection with these chapter 11 cases any other party having an adverse interest to

the Committee or the Debtors and (b) Moelis is eligible for retention by the Committee pursuant

to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule

2014-1; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Application is granted to the extent provided herein.

2.    The provisions set forth in the Engagement Letter (and all attachments thereto)

are hereby approved, except as otherwise expressly provided herein to the contrary.   In

accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and

Local Rule 2014-1, the Committee is authorized to employ and retain Moelis in accordance with

the terms and conditions set forth in the Engagement Letter, *nunc pro tunc* to May 16, 2012.

3.    Subject to Paragraphs 4 and 6 of this Order, all of Moelis' fees and

reimbursement of expenses under the Engagement Letter, and the indemnification, contribution

and reimbursement provisions of the Engagement Letter, are all hereby approved pursuant to

section 328(a) of the Bankruptcy Code.  The Debtors are authorized and directed to perform their

payment, indemnification, contribution and reimbursement obligations and its non-monetary

obligations under the Engagement Letter, except as otherwise expressly provided herein.  Subject

to Paragraphs 4 and 6 of this Order, all compensation, reimbursement of expenses,

indemnification, contribution and reimbursement to Moelis and any Indemnified Person (as

defined in the Engagement Letter) under the Engagement Letter shall be subject to review only

pursuant to the standards set forth in section 328(a) of the Bankruptcy Code, and shall not be

subject to any other standard of review including but not limited to that set forth in section 330 of

the Bankruptcy Code.

4.      Notwithstanding anything in this Order to the contrary, the United States Trustee

for the Southern District of New York shall retain all rights to respond or object to Moelis'

interim and final applications for compensation and reimbursement of expenses on all grounds,

including, but not limited to, reasonableness, pursuant to section 330 of the Bankruptcy Code,

and in the event the U.S. Trustee objects, the Court retains the right to review such interim and

final applications pursuant to section 330 of the Bankruptcy Code.

5.      Moelis will file applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the

Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and

such procedures as may be fixed by order of this Court; *provided, however*, that the requirements

of the Bankruptcy Code, the Bankruptcy Rules, the Trustee Guidelines and Local Rule 2016-1

and any other compensation procedures adopted by this Court are hereby modified such that (a)

Moelis' restructuring professionals shall be required only to keep reasonably-detailed time

records in half-hour increments and to submit, with any interim or final fee application, together

with the time records, a narrative summary, by project categories as selected by Moelis, of

services rendered and will identify each professional rendering services and the categories of

services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative

departments (including legal) shall not be required to keep any time records, and (c) Moelis shall

not be required to provide or conform to any schedule of hourly rates.

6.     The indemnification, contribution and reimbursement provisions of <u>Annex A</u> to

the Engagement Letter are approved, subject to the following:

a.     All requests by Indemnified Persons for the payment of
indemnification as set forth in the Engagement Letter shall be shall
be made by means of an application (interim or final as the case
may be) and shall be subject to review by the Court to ensure that
payment of such indemnity conforms to the terms of the
Engagement Letter and is reasonable based upon the circumstances
of the litigation or settlement in respect of which indemnity is
sought, <u>provided</u>, <u>however</u>, that in no event shall an Indemnified
Person be indemnified in the case of its own bad-faith, self-
dealing, breach of fiduciary duty (if any), gross negligence or
willful misconduct.

b.     In the event that an Indemnified Person seeks reimbursement from
the Debtors for reasonable attorneys' fees in connection with a
request by Moelis for payment of indemnity pursuant to the
Engagement Letter, as modified by this Order, the invoices and
supporting time records from such attorneys shall be included in
Moelis' own application (interim or final as the case may be) and
such invoices and time records shall be subject to the Fee
Guidelines and the approval of the Court under the standards of
sections 330 and 331 of the Bankruptcy Code without regard to
whether such attorney has been retained under section 327 of the
Bankruptcy Code and without regard to whether such attorneys'
services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

c.     Indemnified Persons shall not be entitled to reimbursement by the
Debtors for any fees, disbursements and other charges of their
counsel other than (i) those incurred in connection with a request
for payment of indemnity and (ii) the fees and expenses of Moelis'
outside counsel in respect of the preparation and prosecution of
Moelis' fee applications in these chapter 11 cases to the extent
approved by the Court.  The invoices and supporting time records
from such attorneys shall be included in Moelis' own application
(both interim and final) and such invoices and time records shall be
subject to the Fee Guidelines and the approval of the Court under
the standards of sections 330 and 331 of the Bankruptcy Code
without regard to whether such attorney has been retained under

4

           section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

7.     The second sentence of paragraph 6 (on page 5) of the Engagement Letter is hereby deleted.

8.     Notwithstanding anything to the contrary in the Engagement Letter, the Application, the Dermont Declaration, or the Supplemental Dermont Declaration, any Restructuring Fee that would otherwise be earned and payable upon the consummation of a Restructuring under the terms of the Engagement Letter shall continue to be earned upon consummation but shall not be paid until the effective date of a confirmed plan in the Chapter 11 Cases.

9.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among Ally Financial Inc. ("**AFI**"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

10.    In the event of a conflict between the Engagement Letter, the Application, and the express terms of this Order, the express terms of this Order shall govern.

11.    The Committee and Moelis are authorized and empowered to take all actions necessary to implement the relief granted in and pursuant to this Order.

5

12-12020-mg   Doc 1576   Filed 08/30/12   Entered 08/30/12 09:49:59   Main Document
Pg 8 of 8

12.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     Notwithstanding any provision to the contrary in the Application or the Engagement Letter, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated:     August 30, 2012
           New York, New York


                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                 United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    :        Chapter 11
                                                          :
RESIDENTIAL CAPITAL, LLC, et al.,                         :        Case No. 12-12020 (MG)
                                                          :
                              Debtors.                    :        Jointly Administered
------------------------------------------------------------x

### ORDER AUTHORIZING THE EXPANDED SCOPE OF RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO THE COMMITTEE *NUNC PRO TUNC* TO AUGUST 1, 2012

Upon the application (the "**Supplemental Application**")[1] of the Committee for entry of an order (the "**Order**") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rules 2014(a) and 2016 of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules, authorizing the Committee to expand the scope of retention of Moelis & Company LLC ("**Moelis**") as its investment banker in accordance with the terms and conditions set forth in the Supplemental Engagement Letter, *nunc pro tunc* to August 1, 2012, as described in the Supplemental Application and the Dermont Declaration; and the Court having jurisdiction to consider the Supplemental Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Supplemental Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Supplemental Application being adequate and appropriate under the particular circumstances having been given; and a hearing having been held to consider the relief requested by the Supplemental Application (the "**Hearing**"); and upon consideration of the Supplemental

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings set forth for such terms in the Supplemental Application.

1

1212020120913000000000006

Application, the Dermont Declaration, the record of the Hearing and all proceedings had before

the Court; and the Court having found and determined that the relief sought in the Supplemental

Application is in the best interests of the Committee, the Debtors' estates, their creditors and

other parties in interest, and that the legal and factual bases set forth in the Supplemental

Application and the Dermont Declaration establish just cause for the relief granted herein; and

any objections to the requested relief having been withdrawn or overruled on the merits; and the

Court being satisfied based on the representations made in the Supplemental Application and the

Dermont Declaration, and the Court hereby finds, that (a) Moelis does not represent in

connection with these chapter 11 cases any other party having an adverse interest to the

Committee or the Debtors and (b) Moelis is eligible for retention by the Committee pursuant to

sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-

1; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The Supplemental Application is granted to the extent provided herein.

2.     Moelis shall use its best efforts to avoid any duplication of services provided by

any of the Committee's other retained professionals in these Chapter 11 cases.

3.     If the Committee requests that Moelis provide additional advice on matters

substantially associated with the subject matter of Moelis' retention but not specifically

enumerated in the Supplemental Application, Moelis shall advise the US Trustee and the Debtors

to the extent possible of such additional matters.

4.     The provisions set forth in the Supplemental Engagement Letter (and all

attachments thereto) are hereby approved, except as otherwise expressly provided herein to the

contrary.   In accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy

2

Rule 2014 and Local Rule 2014-1, the Committee is authorized to expand the scope of retention

of Moelis in accordance with the terms and conditions set forth in the Supplemental Engagement

Letter, *nunc pro tunc* to August 1, 2012.

5.    Subject to Paragraphs 7 and 9 of this Order, all of Moelis' fees and

reimbursement of expenses under the Supplemental Engagement Letter, and the indemnification,

contribution and reimbursement provisions of the Initial Engagement Letter, are all hereby

approved pursuant to section 328(a) of the Bankruptcy Code.  The Debtors are authorized and

directed to perform their payment, indemnification, contribution and reimbursement obligations

and its non-monetary obligations under the Supplemental Engagement Letter, except as

otherwise expressly provided herein.    Subject to Paragraphs 7 and 9 of this Order, all

compensation, reimbursement of expenses, indemnification, contribution and reimbursement to

Moelis and any Indemnified Person (as defined in the Initial Engagement Letter) under the

Supplemental Engagement Letter shall be subject to review only pursuant to the standards set

forth in section 328(a) of the Bankruptcy Code, and shall not be subject to any other standard of

review including but not limited to that set forth in section 330 of the Bankruptcy Code.

6.    Moelis is hereby authorized to request reimbursement of CoreLogic Solutions,

LLC's fees and expenses in Moelis' own monthly statements and fee applications.  The Debtors

are hereby authorized and directed to indemnify CoreLogic Solutions, LLC and its personnel on

the same terms and conditions as the indemnity contained in the Initial Engagement Letter and

any modification thereto contained in the Original Retention Order (defined below).  For the

avoidance of doubt, CoreLogic Solutions, LLC and its indemnified persons shall not be entitled

to indemnification in the case of their own bad-faith, self-dealing, breach of fiduciary duty (if

any), gross negligence or willful misconduct.

7.      The United States Trustee retains all rights to object to Moelis' interim and final
fee applications (including its Monthly Fee, its Restructuring Fee and expense reimbursements)
on all grounds including, but not limited to, the reasonableness standard provided for in section
330 of the Bankruptcy Code and solely in adjudicating any objection filed by the United States
Trustee, the Court retains the right to review the interim and final applications pursuant to
section 330 of the Bankruptcy Code.

8.      Moelis will file applications for interim and final allowance of compensation and
reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the
Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and
such procedures as may be fixed by order of this Court; *provided, however*, that the requirements
of the Bankruptcy Code, the Bankruptcy Rules, the Trustee Guidelines and Local Rule 2016-1
and any other compensation procedures adopted by this Court are hereby modified such that
(a) Moelis' restructuring professionals shall be required only to keep reasonably-detailed time
records in half-hour increments and to submit, with any interim or final fee application, together
with the time records, a narrative summary, by project categories as selected by Moelis, of
services rendered and will identify each professional rendering services and the categories of
services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative
departments (including legal) shall not be required to keep any time records, and (c) Moelis shall
not be required to provide or conform to any schedule of hourly rates.

9.      The indemnification, contribution and reimbursement provisions of the
Supplemental Engagement Letter (which references the Initial Engagement Letter), including
any indemnification of CoreLogic Solutions, LLC, are approved, subject to the modifications set
forth in Paragraph 6 of the Order Authorizing the Employment and Retention of Moelis &

4

Company LLC as Investment Banker to the Committee *Nunc Pro Tunc* to May 16, 2012, entered on August 30, 2012 [Docket N. 1315] (the "**Original Retention Order**").

10.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among Ally Financial Inc. ("**AFI**"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

11.     In the event of a conflict between the Supplemental Engagement Letter, the Supplemental Application, and the express terms of this Order, the express terms of this Order shall govern.

12.     The Committee and Moelis are authorized and empowered to take all actions necessary to implement the relief granted in and pursuant to this Order.

13.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14.     Notwithstanding any provision to the contrary in the Supplemental Application or the Supplemental Engagement Letter, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated:    September 13, 2012
          New York, New York

                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                    United States Bankruptcy Judge

# EXHIBIT B

# ResCap

## Summary of Hours

| Category | 2012 | | | | | | | | 2013 | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | Jun. | Jul. | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jul. | Aug. | Sept. | Oct | Nov | Dec | Total |
| UCC Meetings / Calls | 61.0 | 219.5 | 165.0 | 106.0 | 87.0 | 135.0 | 127.5 | 133.5 | 182.5 | 107.5 | 191.0 | 158.5 | 40.0 | 89.0 | 76.0 | 118.0 | 77.0 | 121.0 | 80.5 | 56.0 | 2,331.5 |
| Other Meetings / Calls | 85.0 | 123.5 | 141.0 | 70.5 | 70.0 | 117.0 | 155.5 | 126.5 | 219.0 | 167.0 | 78.0 | 169.5 | 360.0 | 170.0 | 118.0 | 64.5 | 30.0 | 28.5 | 71.5 | 51.5 | 2,416.5 |
| Case Administration | 44.5 | 36.0 | -- | 56.5 | 29.0 | 17.5 | 48.0 | 53.0 | 24.0 | 33.0 | 52.0 | 18.5 | 18.5 | 26.0 | 34.0 | 25.0 | 44.5 | 18.0 | 36.0 | 30.0 | 644.0 |
| Court Hearings / Filings / Depositions | -- | 115.0 | 19.5 | 31.0 | 67.0 | 133.0 | 19.5 | 16.0 | 18.0 | 18.0 | 81.0 | 36.0 | 16.0 | 38.0 | 42.0 | 46.0 | 71.5 | 174.0 | 122.0 | 28.0 | 1,091.5 |
| Financial Analysis / Modeling / Internal Materials | 266.0 | 168.5 | 244.5 | 132.0 | 159.0 | 177.5 | 147.0 | 190.0 | 206.0 | 113.5 | 81.0 | 239.5 | 97.0 | 130.5 | 180.0 | 157.0 | 144.5 | 122.5 | 137.5 | 97.5 | 3,191.0 |
| RMBS Litigation Support | -- | -- | 181.0 | 876.0 | 830.5 | 531.0 | 403.0 | 108.0 | 187.5 | 230.0 | 171.0 | 167.0 | 164.0 | 24.0 | -- | -- | -- | -- | -- | -- | 3,873.0 |
| General Other | 174.0 | 203.5 | 77.0 | 79.5 | 88.0 | 70.0 | 113.0 | 118.5 | 121.5 | 95.5 | 50.0 | 26.0 | 165.0 | 283.5 | 153.0 | 99.0 | 90.5 | 84.0 | 65.5 | 40.0 | 2,197.0 |
| **TOTAL** | **630.5** | **866.0** | **828.0** | **1,351.5** | **1,330.5** | **1,181.0** | **1,013.5** | **745.5** | **958.5** | **764.5** | **704.0** | **815.0** | **860.5** | **761.0** | **603.0** | **509.5** | **458.0** | **548.0** | **513.0** | **303.0** | **15,744.5** |

# ResCap

## Summary of Hours

| | J. Dermont | Y. Rozov | P. Shiu | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| **Month** | | | | | | | | | |
| May 2012 | 119.0 | 36.5 | - | 52.0 | 29.0 | 130.5 | - | - | 630.5 |
| June 2012 | 133.0 | 67.0 | 17.0 | 79.0 | 47.5 | 177.0 | 140.5 | - | 866.0 |
| July 2012 | 97.5 | 65.0 | 74.0 | 118.0 | 27.5 | 148.0 | 139.5 | - | 828.0 |
| August 2012 | 145.0 | 100.0 | 171.0 | 166.0 | 33.5 | 216.0 | 195.0 | 40.0 | 1,351.5 |
| September 2012 | 147.5 | 105.5 | 141.5 | 150.5 | 64.5 | 196.5 | 127.0 | 158.0 | 1,330.5 |
| October 2012 | 153.5 | 81.0 | 80.5 | 150.5 | 92.0 | 195.5 | 158.5 | 184.0 | 1,181.0 |
| November 2012 | 120.5 | 79.5 | 50.5 | 123.0 | 90.0 | 170.5 | 159.0 | 181.5 | 1,013.5 |
| December 2012 | 85.0 | 47.0 | - | 107.0 | 69.0 | 158.5 | 117.0 | 162.0 | 745.5 |
| January 2013 | 129.0 | 102.0 | 47.5 | 121.0 | 82.5 | 193.5 | 98.0 | 185.0 | 958.5 |
| February 2013 | 72.0 | 83.5 | 48.0 | 96.5 | 69.5 | 161.0 | 83.0 | 151.0 | 764.5 |
| March 2013 | 69.0 | 71.0 | 64.0 | 89.5 | 78.0 | 131.0 | 85.0 | 116.5 | 704.0 |
| April 2013 | 94.5 | 68.0 | 59.0 | 84.5 | 102.5 | 139.0 | 119.5 | 148.0 | 815.0 |
| May 2013 | 98.0 | 49.0 | 55.0 | 91.5 | 137.0 | 69.0 | 176.5 | 184.5 | 860.5 |
| June 2013 | 70.5 | 52.5 | 18.0 | 78.5 | 120.5 | 125.0 | 154.0 | 142.0 | 761.0 |
| July 2013 | 62.0 | 57.0 | - | 60.0 | 93.0 | 101.5 | 114.0 | 115.5 | 603.0 |
| August 2013 | 54.5 | 31.0 | - | 44.5 | 88.0 | 59.5 | 112.5 | 119.5 | 509.5 |
| September 2013 | 66.5 | 54.0 | - | 59.0 | 71.5 | 65.5 | 68.0 | 73.5 | 458.0 |
| October 2013 | 79.5 | 52.0 | - | 61.5 | 75.5 | 93.5 | 89.0 | 97.0 | 548.0 |
| November 2013 | 77.5 | 38.5 | - | 46.5 | 83.0 | 50.0 | 112.5 | 105.0 | 513.0 |
| December 2013 | 31.0 | 18.0 | - | 16.0 | 46.5 | 29.5 | 82.0 | 80.0 | 303.0 |
| **Total** | **1,905.0** | **1,258.0** | **826.0** | **1,795.0** | **1,500.5** | **2,610.5** | **2,330.5** | **2,243.0** | **15,744.5** |

# ResCap

## Summary of Hours - September 2013

| Date | J. Dermont | Y. Rozov | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| Sep-13 | | | | | | | | |
| 9/1 | - | - | - | - | - | - | - | - |
| 9/2 | - | - | - | - | - | - | - | - |
| 9/3 | 2.5 | 2.5 | 2.5 | 6.5 | 2.5 | 6.5 | 6.5 | 29.5 |
| 9/4 | 5.0 | 3.0 | 5.0 | 5.0 | 5.0 | 4.5 | 4.5 | 32.0 |
| 9/5 | - | - | - | - | - | - | - | - |
| 9/6 | 7.5 | 2.5 | 2.5 | 5.0 | 2.5 | 5.0 | 7.5 | 32.5 |
| 9/7 | - | - | - | - | - | - | - | - |
| 9/8 | - | - | - | - | - | - | - | - |
| 9/9 | - | - | - | - | - | - | - | - |
| 9/10 | 4.0 | 2.5 | 3.0 | 2.5 | 4.0 | 1.0 | 0.5 | 17.5 |
| 9/11 | 8.5 | 5.5 | 5.5 | 7.0 | 5.5 | 7.0 | 7.5 | 46.5 |
| 9/12 | 3.0 | 3.0 | 3.0 | 4.5 | 3.0 | 4.5 | 4.5 | 25.5 |
| 9/13 | 5.5 | 1.5 | 3.0 | 7.5 | 4.5 | 5.5 | 5.5 | 33.0 |
| 9/14 | - | - | - | - | - | - | - | - |
| 9/15 | - | 2.5 | - | 2.5 | - | - | - | 5.0 |
| 9/16 | 3.0 | 3.0 | 1.0 | 3.0 | - | 2.0 | - | 12.0 |
| 9/17 | 0.5 | 0.5 | 3.0 | 0.5 | 3.0 | - | - | 7.5 |
| 9/18 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | 6.0 |
| 9/19 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | - | 12.0 |
| 9/20 | - | - | - | - | - | - | - | - |
| 9/21 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 28.0 |
| 9/22 | - | - | - | - | - | - | - | - |
| 9/23 | - | - | 1.0 | 1.0 | 2.5 | 5.0 | 7.5 | 17.0 |
| 9/24 | 5.5 | 6.0 | 6.0 | 9.5 | 9.5 | 9.5 | 10.0 | 56.0 |
| 9/25 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 21.0 |
| 9/26 | - | - | - | - | - | - | - | - |
| 9/27 | 7.0 | 7.0 | 9.0 | 5.0 | 9.0 | 4.5 | 7.0 | 48.5 |
| 9/28 | 2.5 | 2.5 | 2.5 | - | 2.5 | - | 2.5 | 12.5 |
| 9/29 | - | - | - | - | - | - | - | - |
| 9/30 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 3.0 | 3.0 | 16.0 |
| September | **66.5** | **54.0** | **59.0** | **71.5** | **65.5** | **68.0** | **73.5** | **458.0** |

# ResCap

## Summary of Hours - October  2013

| Date | J. Dermont | Y. Rozov | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| | | | | Oct-13 | | | | |
| 10/1 | 2.0 | 3.0 | 3.0 | 2.0 | 3.0 | 2.0 | 3.0 | 18.0 |
| 10/2 | 8.0 | 3.0 | 4.0 | 8.0 | 4.0 | 5.5 | 5.5 | 38.0 |
| 10/3 | 2.0 | - | - | 3.0 | 5.5 | 2.5 | 5.5 | 18.5 |
| 10/4 | 4.0 | - | - | 4.0 | - | 3.0 | 1.0 | 12.0 |
| 10/5 | - | - | - | - | - | - | - | - |
| 10/6 | - | - | - | - | - | - | - | - |
| 10/7 | 4.0 | - | - | 1.5 | 1.5 | 1.5 | 1.5 | 10.0 |
| 10/8 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 7.0 |
| 10/9 | 10.0 | 8.0 | 9.0 | 10.0 | 9.0 | 9.0 | 9.0 | 64.0 |
| 10/10 | - | - | 2.0 | - | - | - | 4.0 | 6.0 |
| 10/11 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | - | 12.0 |
| 10/12 | - | - | - | - | - | - | - | - |
| 10/13 | 2.0 | 2.0 | - | - | 3.0 | 1.0 | 3.0 | 11.0 |
| 10/14 | - | - | - | - | - | - | - | - |
| 10/15 | 5.0 | 5.0 | 5.0 | 7.0 | 7.0 | 9.0 | 5.0 | 43.0 |
| 10/16 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 10.0 | 8.0 | 43.0 |
| 10/17 | 4.0 | 4.0 | 4.0 | 4.0 | 7.0 | 7.0 | 7.0 | 37.0 |
| 10/18 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 5.0 | 3.0 | 18.0 |
| 10/19 | - | - | - | - | - | - | - | - |
| 10/20 | - | - | - | - | - | - | - | - |
| 10/21 | 2.0 | - | - | - | 2.0 | - | - | 4.0 |
| 10/22 | 2.5 | - | - | 2.0 | 6.0 | - | 2.5 | 13.0 |
| 10/23 | 9.0 | 7.0 | 7.0 | 10.0 | 10.0 | 10.0 | 8.0 | 61.0 |
| 10/24 | 10.0 | 4.0 | 5.0 | 9.5 | 9.0 | 9.0 | 10.0 | 56.5 |
| 10/25 | 1.5 | 1.5 | 1.5 | - | 4.5 | 5.0 | 5.0 | 19.0 |
| 10/26 | - | - | - | - | - | 2.0 | 2.0 | 4.0 |
| 10/27 | - | - | - | - | - | - | - | - |
| 10/28 | - | - | - | - | - | - | - | - |
| 10/29 | - | 3.0 | 4.0 | - | 5.0 | - | 2.0 | 14.0 |
| 10/30 | 1.5 | 1.5 | 6.0 | 1.5 | 7.0 | 4.5 | 7.0 | 29.0 |
| 10/31 | 2.0 | - | 1.0 | 3.0 | - | - | 4.0 | 10.0 |
| **October** | **79.5** | **52.0** | **61.5** | **75.5** | **93.5** | **89.0** | **97.0** | **548.0** |

# ResCap

## Summary of Hours - November 2013

| Date | J. Dermont | Y. Rozov | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|------|-----------|----------|-----------|----------|----------|-----------|-----------|-------|
| | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| Nov-13 | | | | | | | | |
| 11/1 | 5.5 | 5.0 | 4.0 | 4.0 | 2.0 | 2.0 | 1.0 | 23.5 |
| 11/2 | - | - | - | - | - | - | - | - |
| 11/3 | 4.5 | 2.0 | 8.0 | 4.0 | 8.0 | 4.0 | 6.0 | 36.5 |
| 11/4 | 3.0 | 2.0 | 1.0 | 1.0 | 4.0 | 3.0 | 3.0 | 17.0 |
| 11/5 | 4.0 | 2.0 | 4.0 | 1.0 | 4.5 | 5.5 | 7.0 | 28.0 |
| 11/6 | 6.0 | 2.0 | - | 8.5 | 2.5 | 8.5 | 8.5 | 36.0 |
| 11/7 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 6.5 | 6.5 | 28.0 |
| 11/8 | 4.5 | 4.5 | 4.5 | 4.5 | 2.0 | 4.5 | 2.0 | 26.5 |
| 11/9 | 3.0 | 3.0 | 3.0 | 3.0 | - | - | - | 12.0 |
| 11/10 | 10.0 | - | - | 4.5 | 4.5 | 10.0 | 6.5 | 35.5 |
| 11/11 | - | - | - | - | 3.0 | - | - | 3.0 |
| 11/12 | - | - | - | - | - | 1.0 | 1.0 | 2.0 |
| 11/13 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 5.0 | 5.0 | 25.0 |
| 11/14 | 3.5 | 2.5 | 2.5 | 6.5 | - | 6.0 | 6.0 | 27.0 |
| 11/15 | 2.0 | - | - | 2.0 | - | 5.0 | 3.0 | 12.0 |
| 11/16 | - | - | - | - | - | - | - | - |
| 11/17 | - | - | - | - | - | - | - | - |
| 11/18 | - | - | 2.0 | - | 1.0 | - | 4.0 | 7.0 |
| 11/19 | 3.0 | 3.0 | 3.0 | 5.0 | 5.0 | 5.0 | 5.0 | 29.0 |
| 11/20 | 4.5 | - | - | 6.5 | - | 6.5 | 2.0 | 19.5 |
| 11/21 | 2.0 | - | - | 2.0 | - | 4.0 | 2.0 | 10.0 |
| 11/22 | 2.0 | - | - | 5.0 | - | 8.5 | 8.5 | 24.0 |
| 11/23 | - | - | - | - | - | - | - | - |
| 11/24 | - | - | - | - | - | - | - | - |
| 11/25 | 3.5 | 1.0 | 1.0 | 3.5 | - | 6.5 | 7.0 | 22.5 |
| 11/26 | 4.5 | 2.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 29.5 |
| 11/27 | 3.0 | 3.0 | 3.0 | 6.0 | 3.0 | 7.5 | 7.5 | 33.0 |
| 11/28 | - | - | - | 2.0 | - | 4.5 | 4.5 | 11.0 |
| 11/29 | 2.0 | - | - | 2.5 | - | 2.5 | 2.5 | 9.5 |
| 11/30 | 1.0 | - | - | 1.0 | - | 2.0 | 2.0 | 6.0 |
| November | 77.5 | 38.5 | 46.5 | 83.0 | 50.0 | 112.5 | 105.0 | 513.0 |

# ResCap

## Summary of Hours - December  2013

| Date | J. Dermont | Y. Rozov | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| | | | | Dec-13 | | | | |
| 12/1 | - | - | - | - | - | - | - | - |
| 12/2 | - | - | - | - | 2.5 | 2.5 | 2.5 | 7.5 |
| 12/3 | 3.0 | 6.0 | 6.0 | 3.0 | 2.0 | 7.0 | 7.0 | 34.0 |
| 12/4 | 3.0 | 3.0 | 3.0 | 3.0 | 5.0 | 5.0 | 5.0 | 27.0 |
| 12/5 | 2.0 | - | - | - | 2.0 | 4.0 | 4.0 | 12.0 |
| 12/6 | 2.0 | - | - | 2.0 | - | 9.0 | 9.0 | 22.0 |
| 12/7 | 2.0 | - | - | 2.0 | 2.0 | 5.0 | 5.0 | 16.0 |
| 12/8 | 2.0 | - | - | 6.0 | 2.0 | 9.0 | 9.0 | 28.0 |
| 12/9 | 2.0 | 2.0 | - | 4.0 | 2.0 | 6.0 | 4.0 | 20.0 |
| 12/10 | 1.0 | - | - | 8.0 | - | 10.0 | 10.0 | 29.0 |
| 12/11 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 9.5 | 9.5 | 44.0 |
| 12/12 | 4.0 | 2.0 | 2.0 | 8.5 | 2.0 | 10.0 | 10.0 | 38.5 |
| 12/13 | 3.0 | - | - | 3.0 | 3.0 | 3.0 | 3.0 | 15.0 |
| 12/14 | - | - | - | - | - | - | - | - |
| 12/15 | - | - | - | - | - | - | - | - |
| 12/16 | - | - | - | - | - | - | - | - |
| 12/17 | 2.0 | - | - | 2.0 | 2.0 | 2.0 | 2.0 | 10.0 |
| 12/18 | - | - | - | - | - | - | - | - |
| 12/19 | - | - | - | - | - | - | - | - |
| 12/20 | - | - | - | - | - | - | - | - |
| 12/21 | - | - | - | - | - | - | - | - |
| 12/22 | - | - | - | - | - | - | - | - |
| 12/23 | - | - | - | - | - | - | - | - |
| 12/24 | - | - | - | - | - | - | - | - |
| 12/25 | - | - | - | - | - | - | - | - |
| 12/26 | - | - | - | - | - | - | - | - |
| 12/27 | - | - | - | - | - | - | - | - |
| 12/28 | - | - | - | - | - | - | - | - |
| 12/29 | - | - | - | - | - | - | - | - |
| 12/30 | - | - | - | - | - | - | - | - |
| December | 31.0 | 18.0 | 16.0 | 46.5 | 29.5 | 82.0 | 80.0 | 303.0 |

# ResCap

## Summary of Hours - September 2013

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 77.0 |
| Other Meetings / Calls | 30.0 |
| Case Administration | 44.5 |
| Court Hearings / Filings / Depositions | 71.5 |
| Financial Analysis / Modeling / Internal Materials | 144.5 |
| RMBS Litigation Support | 0.0 |
| General Other | 90.5 |
| **TOTAL** | **458.0** |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 66.5 hour(s) |

| | |
|---|---|
| **Banker:** | Jared Dermont |

| | |
|---|---|
| **Restructuring Case:** | ResCap |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 2. | 9/4/2013 | 2.0 hour(s) | Discussion with Debtors regarding FHA Sale |
| 3. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Accrued Expenses and Wind Down Reserve |
| 5. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Distributable Value at Confirmation |
| 6. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 7. | 9/10/2013 | 1.0 hour(s) | Case Administrative Work - Interim Fee App Review |
| 8. | 9/10/2013 | 1.5 hour(s) | Discussion with Debtors regarding FHA Sale |
| 9. | 9/10/2013 | 1.5 hour(s) | Review of Wind-Down Deck for CLO |
| 10. | 9/11/2013 | 3.0 hour(s) | Financial Analysis on JSN Trading Levels |
| 11. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 12. | 9/11/2013 | 1.5 hour(s) | Review of Debtors' UCC Presentation |
| 13. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 14. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 16. | 9/13/2013 | 3.0 hour(s) | Review of JSN Proposal to Judge Peck |
| 17. | 9/13/2013 | 1.0 hour(s) | Review of UCC Member's JSN Analysis |
| 18. | 9/16/2013 | 1.0 hour(s) | Review of Centerview Amended Engagement |
| 19. | 9/16/2013 | 2.0 hour(s) | Review of JSN Paydown Mechanics |
| 20. | 9/17/2013 | 0.5 hour(s) | Review of Walter True-Up |
| 21. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 22. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 23. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 24. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 25. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 26. | 9/24/2013 | 2.5 hour(s) | JSN Litigation Meeting |
| 27. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 28. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 29. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 30. | 9/27/2013 | 0.5 hour(s) | Case Administrative Work - Monthly Fee Application Review |
| 31. | 9/27/2013 | 2.0 hour(s) | Financial Analysis on Non-Gov Loan Sale |
| 32. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 33. | 9/28/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 34. | 9/30/2013 | 2.0 hour(s) | Committee Professionals Work Plan |
| **September Total** | | **66.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        54.0 hour(s)

**Banker:**        Yadin Rozov

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 2. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 3. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 4. | 9/10/2013 | 1.0 hour(s) | Case Administrative Work - Interim Fee App Review |
| 5. | 9/10/2013 | 1.5 hour(s) | Review of Wind-Down Deck for CLO |
| 6. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 7. | 9/11/2013 | 1.5 hour(s) | Review of Debtors' UCC Presentation |
| 8. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 10. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 11. | 9/15/2013 | 2.5 hour(s) | Calls regarding Reserves Calculation |
| 12. | 9/16/2013 | 1.0 hour(s) | Review of Centerview Amended Engagement |
| 13. | 9/16/2013 | 2.0 hour(s) | Review of JSN Paydown Mechanics |
| 14. | 9/17/2013 | 0.5 hour(s) | Review of Walter True-Up |
| 15. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 16. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 17. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 18. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 19. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 20. | 9/24/2013 | 3.0 hour(s) | Omnibus Hearing |
| 21. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 24. | 9/27/2013 | 0.5 hour(s) | Case Administrative Work - Monthly Fee Application Review |
| 25. | 9/27/2013 | 2.0 hour(s) | Financial Analysis on Non-Gov Loan Sale |
| 26. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 27. | 9/28/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 28. | 9/30/2013 | 2.0 hour(s) | Committee Professionals Work Plan |
| **September Total** | | **54.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        59.0 hour(s)

**Banker:**        Landon Parsons

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 2. | 9/4/2013 | 2.0 hour(s) | Discussion with Debtors regarding FHA Sale |
| 3. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 5. | 9/10/2013 | 1.5 hour(s) | Discussion with Debtors regarding FHA Sale |
| 6. | 9/10/2013 | 1.5 hour(s) | Review of Wind-Down Deck for CLO |
| 7. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 8. | 9/11/2013 | 1.5 hour(s) | Review of Debtors' UCC Presentation |
| 9. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 10. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 9/13/2013 | 3.0 hour(s) | Review of JSN Proposal to Judge Peck |
| 12. | 9/16/2013 | 1.0 hour(s) | Review of Centerview Amended Engagement |
| 13. | 9/17/2013 | 3.0 hour(s) | Review of Walter True-Up |
| 14. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 15. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 16. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 17. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 18. | 9/23/2013 | 1.0 hour(s) | Case Administrative Work - Hour Reviews |
| 19. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 20. | 9/24/2013 | 3.0 hour(s) | Omnibus Hearing |
| 21. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 24. | 9/27/2013 | 0.5 hour(s) | Case Administrative Work - Monthly Fee Application Review |
| 25. | 9/27/2013 | 4.0 hour(s) | Financial Analysis on Non-Gov Loan Sale |
| 26. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 27. | 9/28/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 28. | 9/30/2013 | 2.0 hour(s) | Committee Professionals Work Plan |
| **September Total** | | **59.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        71.5 hour(s)

**Banker:**        Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 4.0 hour(s) | Financial Analysis on OID |
| 2. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 3. | 9/4/2013 | 2.0 hour(s) | Discussion with Debtors regarding FHA Sale |
| 4. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Accrued Expenses and Wind Down Reserve |
| 6. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Distributable Value at Confirmation |
| 7. | 9/10/2013 | 1.0 hour(s) | Case Administrative Work - Interim Fee App Review |
| 8. | 9/10/2013 | 1.5 hour(s) | Discussion with Debtors regarding FHA Sale |
| 9. | 9/11/2013 | 3.0 hour(s) | Financial Analysis on JSN Trading Levels |
| 10. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 11. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 12. | 9/12/2013 | 1.5 hour(s) | Review of UCC Member's JSN Analysis |
| 13. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 14. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 15. | 9/13/2013 | 2.0 hour(s) | Internal Meeting regarding Financial Analysis |
| 16. | 9/13/2013 | 3.0 hour(s) | Review of JSN Proposal to Judge Peck |
| 17. | 9/13/2013 | 1.0 hour(s) | Review of UCC Member's JSN Analysis |
| 18. | 9/15/2013 | 2.5 hour(s) | Calls regarding Reserves Calculation |
| 19. | 9/16/2013 | 1.0 hour(s) | Review of Centerview Amended Engagement |
| 20. | 9/16/2013 | 2.0 hour(s) | Review of JSN Paydown Mechanics |
| 21. | 9/17/2013 | 0.5 hour(s) | Review of Walter True-Up |
| 22. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 23. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 24. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 25. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 26. | 9/23/2013 | 1.0 hour(s) | Case Administrative Work - Hour Reviews |
| 27. | 9/24/2013 | 4.0 hour(s) | Financial Analysis on JSN Litigation |
| 28. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 29. | 9/24/2013 | 2.5 hour(s) | JSN Litigation Meeting |
| 30. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 31. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 32. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 33. | 9/27/2013 | 0.5 hour(s) | Case Administrative Work - Monthly Fee Application Review |
| 34. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 35. | 9/30/2013 | 2.0 hour(s) | Committee Professionals Work Plan |
| **September Total** | | **71.5 hour(s)** | |

# ResCap

## Timekeeping

| | | |
|---|---|---|
| **Total Hours:** | 65.5 hour(s) | |
| **Banker:** | Syed Hasan | |
| **Restructuring Case:** | ResCap | |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 2. | 9/4/2013 | 2.0 hour(s) | Discussion with Debtors regarding FHA Sale |
| 3. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 5. | 9/10/2013 | 1.0 hour(s) | Case Administrative Work - Interim Fee App Review |
| 6. | 9/10/2013 | 1.5 hour(s) | Discussion with Debtors regarding FHA Sale |
| 7. | 9/10/2013 | 1.5 hour(s) | Review of Wind-Down Deck for CLO |
| 8. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 9. | 9/11/2013 | 1.5 hour(s) | Review of Debtors' UCC Presentation |
| 10. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 11. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 13. | 9/13/2013 | 3.0 hour(s) | Review of JSN Proposal to Judge Peck |
| 14. | 9/17/2013 | 3.0 hour(s) | Review of Walter True-Up |
| 15. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 16. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 17. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 18. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 19. | 9/23/2013 | 2.5 hour(s) | Case Administrative Work |
| 20. | 9/24/2013 | 4.0 hour(s) | Financial Analysis on JSN Litigation |
| 21. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 22. | 9/24/2013 | 2.5 hour(s) | JSN Litigation Meeting |
| 23. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 24. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 25. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 26. | 9/27/2013 | 0.5 hour(s) | Case Administrative Work - Monthly Fee Application Review |
| 27. | 9/27/2013 | 4.0 hour(s) | Financial Analysis on Non-Gov Loan Sale |
| 28. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 29. | 9/28/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 30. | 9/30/2013 | 2.0 hour(s) | Committee Professionals Work Plan |
| **September Total** | | **65.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**      68.0 hour(s)

**Banker:**      Adam Waldman

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 4.0 hour(s) | Financial Analysis on OID |
| 2. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 3. | 9/4/2013 | 1.5 hour(s) | Call with UCC Member regarding OID Question |
| 4. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Accrued Expenses and Wind Down Reserve |
| 6. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Distributable Value at Confirmation |
| 7. | 9/10/2013 | 1.0 hour(s) | Case Administrative Work - Interim Fee App Review |
| 8. | 9/11/2013 | 3.0 hour(s) | Financial Analysis on JSN Trading Levels |
| 9. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 10. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 11. | 9/12/2013 | 1.5 hour(s) | Review of UCC Member's JSN Analysis |
| 12. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 14. | 9/13/2013 | 3.0 hour(s) | Internal Meeting regarding Financial Analysis |
| 15. | 9/13/2013 | 1.0 hour(s) | Review of UCC Member's JSN Analysis |
| 16. | 9/16/2013 | 2.0 hour(s) | Review of JSN Paydown Mechanics |
| 17. | 9/18/2013 | 1.0 hour(s) | Review of Proposed Fee Order |
| 18. | 9/19/2013 | 2.0 hour(s) | Review of Expert Disclosures |
| 19. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 20. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 21. | 9/23/2013 | 2.5 hour(s) | Case Administrative Work |
| 22. | 9/23/2013 | 2.5 hour(s) | Case Administrative Work - Hour Reviews |
| 23. | 9/24/2013 | 4.0 hour(s) | Financial Analysis on JSN Litigation |
| 24. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 25. | 9/24/2013 | 2.5 hour(s) | JSN Litigation Meeting |
| 26. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 27. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 28. | 9/27/2013 | 2.5 hour(s) | Case Administrative Work - Monthly Fee Application |
| 29. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 30. | 9/30/2013 | 3.0 hour(s) | Committee Professionals Work Plan |

**September Total**           **68.0 hour(s)**

# ResCap

## Timekeeping

**Total Hours:**          73.5 hour(s)

**Banker:**          Ally Gibler

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 9/3/2013 | 4.0 hour(s) | Financial Analysis on OID |
| 2. | 9/3/2013 | 2.5 hour(s) | Hearing |
| 3. | 9/4/2013 | 1.5 hour(s) | Call with UCC Member regarding OID Question |
| 4. | 9/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Accrued Expenses and Wind Down Reserve |
| 6. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Distributable Value at Confirmation |
| 7. | 9/6/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 8. | 9/10/2013 | 0.5 hour(s) | Review of Wind-Down Deck for CLO |
| 9. | 9/11/2013 | 3.0 hour(s) | Financial Analysis on JSN Trading Levels |
| 10. | 9/11/2013 | 3.0 hour(s) | Omnibus Hearing |
| 11. | 9/11/2013 | 0.5 hour(s) | Review of Debtors' UCC Presentation |
| 12. | 9/11/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 13. | 9/12/2013 | 1.5 hour(s) | Review of UCC Member's JSN Analysis |
| 14. | 9/12/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 9/13/2013 | 1.5 hour(s) | Financial Analysis on Reserves Calculation |
| 16. | 9/13/2013 | 3.0 hour(s) | Internal Meeting regarding Financial Analysis |
| 17. | 9/13/2013 | 0.5 hour(s) | Review of UCC Member's JSN Analysis |
| 18. | 9/21/2013 | 4.0 hour(s) | Review of JSN Litigation Reports |
| 19. | 9/24/2013 | 1.0 hour(s) | Ambac Sale Objection Hearing |
| 20. | 9/23/2013 | 2.5 hour(s) | Case Administrative Work |
| 21. | 9/23/2013 | 5.0 hour(s) | Case Administrative Work - Hour Reviews |
| 22. | 9/24/2013 | 4.0 hour(s) | Financial Analysis on JSN Litigation |
| 23. | 9/24/2013 | 1.0 hour(s) | JSN Discovery Status Conference |
| 24. | 9/24/2013 | 3.0 hour(s) | Omnibus Hearing |
| 25. | 9/24/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 26. | 9/25/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 27. | 9/27/2013 | 5.0 hour(s) | Case Administrative Work - Monthly Fee Application |
| 28. | 9/27/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 29. | 9/28/2013 | 2.5 hour(s) | Financial Analysis on Monolines |
| 30. | 9/30/2013 | 3.0 hour(s) | Committee Professionals Work Plan |

**September Total**          **73.5 hour(s)**

# ResCap

## Summary of Hours – October 2013

| Category | Hours |
| --- | --- |
| UCC Meetings / Calls | 121.0 |
| Other Meetings / Calls | 28.5 |
| Case Administration | 18.0 |
| Court Hearings / Filings / Depositions | 174.0 |
| Financial Analysis / Modeling / Internal Materials | 122.5 |
| RMBS Litigation Support | 0.0 |
| General Other | 84.0 |
| **TOTAL** | **548.0** |

# ResCap

## Timekeeping

**Total Hours:**        79.5 hour(s)

**Banker:**        Jared Dermont

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 2. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 3. | 10/2/2013 | 4.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 4. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 10/3/2013 | 2.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 6. | 10/4/2013 | 4.0 hour(s) | Review of Testimony Outline |
| 7. | 10/7/2013 | 4.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 8. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 10/9/2013 | 1.0 hour(s) | Financial Analysis regarding JSNs |
| 10. | 10/9/2013 | 1.0 hour(s) | Hearing re: Ambac |
| 11. | 10/9/2013 | 4.0 hour(s) | Omnibus Hearing |
| 12. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 14. | 10/13/2013 | 2.0 hour(s) | Review of AFI and Berkshire Sale Analysis |
| 15. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 16. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 17. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 19. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 20. | 10/21/2013 | 2.0 hour(s) | Review of Syncora Outline |
| 21. | 10/22/2013 | 2.5 hour(s) | Illustrative Syncora Settlement Analysis |
| 22. | 10/23/2013 | 5.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 23. | 10/23/2013 | 1.0 hour(s) | Internal Meeting regarding Illustrative Settlement Analysis |
| 24. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 25. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 26. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 27. | 10/24/2013 | 2.0 hour(s) | Confirmation Testimony Preparation |
| 28. | 10/24/2013 | 2.0 hour(s) | Review of Debtors' Testimonies |
| 29. | 10/24/2013 | 2.0 hour(s) | Review of Testimony Outline |
| 30. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 31. | 10/25/2013 | 1.5 hour(s) | Review of Illustrative Settlement Analysis |
| 32. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| 33. | 10/31/2013 | 2.0 hour(s) | Review of FHA Sale Analysis |
| **October Total** | | **79.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**    52.0 hour(s)

**Banker:**    Yadin Rozov

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Non-Gov Loan Sale Call with Debtors |
| 2. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 3. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 4. | 10/2/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 6. | 10/9/2013 | 1.0 hour(s) | Hearing re: Ambac |
| 7. | 10/9/2013 | 4.0 hour(s) | Omnibus Hearing |
| 8. | 10/9/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 9. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 10. | 10/13/2013 | 2.0 hour(s) | Review of AFI and Berkshire Sale Analysis |
| 11. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 12. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 13. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 14. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 16. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 17. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 18. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 19. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 20. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 10/25/2013 | 1.5 hour(s) | Review of Illustrative Settlement Analysis |
| 22. | 10/29/2013 | 3.0 hour(s) | Review of FHA Recovery Rate |
| 23. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| **October Total** | | **52.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        61.5 hour(s)

**Banker:**        Landon Parsons

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| | 10/1/2013 | 1.0 hour(s) | Non-Gov Loan Sale Call with Debtors |
| 1. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 2. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 3. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 5. | 10/9/2013 | 1.0 hour(s) | Hearing re: Ambac |
| 6. | 10/9/2013 | 4.0 hour(s) | Omnibus Hearing |
| 7. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 10/10/2013 | 2.0 hour(s) | Administrative Work - Hours Review |
| 9. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 10. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 11. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 12. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 13. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 14. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 15. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 16. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 17. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 19. | 10/24/2013 | 1.0 hour(s) | Preparation of FHA Sale Update |
| 20. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 10/25/2013 | 1.5 hour(s) | Call with Debtors regarding Excluded Deals |
| 22. | 10/29/2013 | 1.0 hour(s) | Preparation of FHA Sale Analysis |
| 23. | 10/29/2013 | 3.0 hour(s) | Review of FHA Recovery Rate |
| 24. | 10/30/2013 | 1.5 hour(s) | Call regarding FHA Loan Sale |
| 25. | 10/30/2013 | 3.0 hour(s) | Preparation of FHA Sale Analysis |
| 26. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| 27. | 10/31/2013 | 1.0 hour(s) | Review of FHA Sale Analysis |
| **October Total** | | **61.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        75.5 hour(s)

**Banker:**        Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 2. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 3. | 10/2/2013 | 4.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 4. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 10/3/2013 | 3.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 6. | 10/4/2013 | 4.0 hour(s) | Review of Testimony Outline |
| 7. | 10/7/2013 | 1.5 hour(s) | Confirmation Testimony and Declaration Preparation |
| 8. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 10/9/2013 | 1.0 hour(s) | Financial Analysis regarding JSNs |
| 10. | 10/9/2013 | 1.0 hour(s) | Hearing re: Ambac |
| 11. | 10/9/2013 | 4.0 hour(s) | Omnibus Hearing |
| 12. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 14. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 15. | 10/15/2013 | 2.0 hour(s) | Review of JSN Trial Presentations |
| 16. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 17. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 19. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 20. | 10/22/2013 | 2.0 hour(s) | Illustrative Syncora Settlement Analysis |
| 21. | 10/23/2013 | 3.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 22. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 23. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 24. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 25. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 26. | 10/24/2013 | 3.0 hour(s) | Confirmation Testimony Preparation |
| 27. | 10/24/2013 | 2.5 hour(s) | Meeting with Financial Advisor |
| 28. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 29. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| 30. | 10/31/2013 | 2.0 hour(s) | Administrative Work - Hours Review |
| 31. | 10/31/2013 | 1.0 hour(s) | Review of FHA Sale Analysis |
| **October Total** | | **75.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        93.5 hour(s)

**Banker:**        Syed Hasan

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Non-Gov Loan Sale Call with Debtors |
| 2. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 3. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 4. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 10/3/2013 | 3.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 6. | 10/3/2013 | 2.5 hour(s) | UCC Work Flow Analysis |
| 7. | 10/7/2013 | 1.5 hour(s) | Confirmation Testimony and Declaration Preparation |
| 8. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 10/9/2013 | 1.0 hour(s) | Hearing re: Ambac |
| 10. | 10/9/2013 | 4.0 hour(s) | Omnibus Hearing |
| 11. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 13. | 10/13/2013 | 3.0 hour(s) | Review of AFI and Berkshire Sale Analysis |
| 14. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 15. | 10/15/2013 | 2.0 hour(s) | Review of JSN Trial Presentations |
| 16. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 17. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 10/17/2013 | 3.0 hour(s) | UCC Work Flow Analysis |
| 19. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 21. | 10/21/2013 | 2.0 hour(s) | Review of Syncora Outline |
| 22. | 10/22/2013 | 2.5 hour(s) | Illustrative Syncora Settlement Analysis |
| 23. | 10/22/2013 | 3.5 hour(s) | Review of Walter True-Up |
| 24. | 10/23/2013 | 2.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 25. | 10/23/2013 | 1.0 hour(s) | Internal Meeting regarding Illustrative Settlement Analysis |
| 26. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 27. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 28. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 29. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 30. | 10/24/2013 | 3.0 hour(s) | Confirmation Testimony Preparation |
| 31. | 10/24/2013 | 2.0 hour(s) | Review of Debtors' Testimonies |
| 32. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 33. | 10/25/2013 | 1.5 hour(s) | Call with Debtors regarding Excluded Deals |
| 34. | 10/25/2013 | 3.0 hour(s) | Review of Illustrative Settlement Analysis |
| 35. | 10/29/2013 | 2.0 hour(s) | Preparation of FHA Sale Analysis |
| 36. | 10/29/2013 | 3.0 hour(s) | Review of FHA Recovery Rate |
| 37. | 10/30/2013 | 1.5 hour(s) | Call regarding FHA Loan Sale |
| 38. | 10/30/2013 | 4.0 hour(s) | Preparation of FHA Sale Analysis |
| 39. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| **October Total** | | **93.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**  89.0 hour(s)

**Banker:**  Adam Waldman

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 2. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 3. | 10/2/2013 | 1.5 hour(s) | Call with Debtors' Advisors regarding UCC Presentation |
| 4. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 10/3/2013 | 2.5 hour(s) | UCC Work Flow Analysis |
| 6. | 10/4/2013 | 3.0 hour(s) | Review of Testimony Outline |
| 7. | 10/7/2013 | 1.5 hour(s) | Confirmation Testimony and Declaration Preparation |
| 8. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 10/9/2013 | 3.0 hour(s) | Financial Analysis regarding JSNs |
| 10. | 10/9/2013 | 2.0 hour(s) | Review of Updated Lifetime Cash Flows from Debtors |
| 11. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 10/11/2013 | 2.0 hour(s) | Review of Plan Supplemental Documents |
| 13. | 10/13/2013 | 1.0 hour(s) | Call regarding JSN Implied Trading Price |
| 14. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 15. | 10/15/2013 | 4.0 hour(s) | Review of JSN Trial Presentations |
| 16. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 17. | 10/16/2013 | 5.0 hour(s) | Litigation Support regarding OID |
| 18. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 19. | 10/17/2013 | 3.0 hour(s) | UCC Work Flow Analysis |
| 20. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 10/18/2013 | 3.0 hour(s) | Litigation Support regarding OID |
| 22. | 10/18/2013 | 2.0 hour(s) | Review of Expert Reports |
| 23. | 10/23/2013 | 2.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 24. | 10/23/2013 | 1.0 hour(s) | Internal Meeting regarding Illustrative Settlement Analysis |
| 25. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 26. | 10/23/2013 | 2.0 hour(s) | Review of Plan Objections |
| 27. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 28. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 29. | 10/24/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 30. | 10/24/2013 | 2.0 hour(s) | Review of Debtors' Testimonies |
| 31. | 10/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 32. | 10/25/2013 | 3.0 hour(s) | Administrative Work - Interim Fee Application |
| 33. | 10/25/2013 | 2.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 34. | 10/26/2013 | 2.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 35. | 10/30/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 36. | 10/30/2013 | 1.5 hour(s) | Review of Proposed Syncora Settlement |
| **October Total** | | **89.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        97.0 hour(s)

**Banker:**        Ally Gibler

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 10/1/2013 | 1.0 hour(s) | Non-Gov Loan Sale Call with Debtors |
| 2. | 10/1/2013 | 1.0 hour(s) | Review of Debtors' UCC Presentation |
| 3. | 10/1/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 4. | 10/2/2013 | 1.5 hour(s) | Call with Debtors' Advisors regarding UCC Presentation |
| 5. | 10/2/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 6. | 10/3/2013 | 3.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 7. | 10/3/2013 | 2.5 hour(s) | UCC Work Flow Analysis |
| 8. | 10/4/2013 | 1.0 hour(s) | Review of Testimony Outline |
| 9. | 10/7/2013 | 1.5 hour(s) | Confirmation Testimony and Declaration Preparation |
| 10. | 10/8/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 11. | 10/9/2013 | 3.0 hour(s) | Financial Analysis regarding JSNs |
| 12. | 10/9/2013 | 2.0 hour(s) | Review of Updated Lifetime Cash Flows from Debtors |
| 13. | 10/9/2013 | 4.0 hour(s) | Weekly UCC Call/Meeting |
| 14. | 10/10/2013 | 4.0 hour(s) | Administrative Work - Hours Review |
| 15. | 10/13/2013 | 1.0 hour(s) | Call regarding JSN Implied Trading Price |
| 16. | 10/13/2013 | 2.0 hour(s) | Review of AFI and Berkshire Sale Analysis |
| 17. | 10/15/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 18. | 10/16/2013 | 5.0 hour(s) | JSN Phase I Trial |
| 19. | 10/16/2013 | 3.0 hour(s) | Litigation Support regarding OID |
| 20. | 10/17/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 21. | 10/17/2013 | 3.0 hour(s) | UCC Work Flow Analysis |
| 22. | 10/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 10/18/2013 | 3.0 hour(s) | Litigation Support regarding OID |
| 24. | 10/22/2013 | 2.5 hour(s) | Illustrative Syncora Settlement Analysis |
| 25. | 10/23/2013 | 2.0 hour(s) | Confirmation Testimony and Declaration Preparation |
| 26. | 10/23/2013 | 1.0 hour(s) | Internal Meeting regarding Illustrative Settlement Analysis |
| 27. | 10/23/2013 | 4.0 hour(s) | Omnibus Hearing |
| 28. | 10/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 29. | 10/24/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Illustrative Settlement Analysis |
| 30. | 10/24/2013 | 4.0 hour(s) | Confirmation Testimony Preparation |
| 31. | 10/24/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 32. | 10/24/2013 | 2.0 hour(s) | Review of Debtors' Testimonies |
| 33. | 10/25/2013 | 3.0 hour(s) | Administrative Work - Interim Fee Application |
| 34. | 10/25/2013 | 2.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 35. | 10/26/2013 | 2.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 36. | 10/29/2013 | 2.0 hour(s) | Preparation of FHA Sale Analysis |
| 37. | 10/30/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 38. | 10/30/2013 | 4.0 hour(s) | Preparation of FHA Sale Analysis |
| 39. | 10/31/2013 | 4.0 hour(s) | Administrative Work - Hours Review |

**October Total**        **97.0 hour(s)**

# ResCap

## Summary of Hours - November 2013

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 80.5 |
| Other Meetings / Calls | 71.5 |
| Case Administration | 36.0 |
| Court Hearings / Filings / Depositions | 122.0 |
| Financial Analysis / Modeling / Internal Materials | 137.5 |
| RMBS Litigation Support | 0.0 |
| General Other | 65.5 |
| **TOTAL** | **513.0** |

# ResCap

## Timekeeping

| | | |
|---|---|---|
| **Total Hours:** | 77.5 hour(s) | |
| **Banker:** | Jared Dermont | |
| **Restructuring Case:** | ResCap | |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 2.0 hour(s) | Review and Analysis on FHA Sale |
| 2. | 11/1/2013 | 3.5 hour(s) | Review of Confirmation Strategy Memo |
| 3. | 11/3/2013 | 4.5 hour(s) | Review of Declaration Draft |
| 4. | 11/4/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Sale |
| 5. | 11/4/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 6. | 11/5/2013 | 2.0 hour(s) | Review and Preparation of Presentation on FHA Sale |
| 7. | 11/5/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 8. | 11/6/2013 | 2.0 hour(s) | Closing Phase I Hearing |
| 9. | 11/6/2013 | 4.0 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 10. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 12. | 11/8/2013 | 2.5 hour(s) | Review of Deposition Transcripts |
| 13. | 11/9/2013 | 3.0 hour(s) | Review of Complaints |
| 14. | 11/10/2013 | 3.5 hour(s) | Deposition Preparation |
| 15. | 11/10/2013 | 2.0 hour(s) | Internal Analysis regarding Precedent Cases |
| 16. | 11/10/2013 | 4.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 17. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 18. | 11/14/2013 | 1.0 hour(s) | Administrative Work - Review of Fees |
| 19. | 11/14/2013 | 2.5 hour(s) | Review of Syncora Settlement Stipulation |
| 20. | 11/15/2013 | 2.0 hour(s) | Hearing |
| 21. | 11/19/2013 | 3.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 22. | 11/20/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 23. | 11/20/2013 | 3.0 hour(s) | Review of Disputed Claims and Settlement Presentation |
| 24. | 11/21/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 25. | 11/22/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 26. | 11/25/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 27. | 11/25/2013 | 1.0 hour(s) | Analysis on Settlements and PPI |
| 28. | 11/25/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 29. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 30. | 11/26/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 31. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| 32. | 11/29/2013 | 2.0 hour(s) | Review and Preparation of Presentation on Distributable Value |
| 33. | 11/30/2013 | 1.0 hour(s) | Review and Preparation of Presentation on Distributable Value |
| **November Total** | | **77.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        38.5 hour(s)

**Banker:**        Yadin Rozov

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 4.0 hour(s) | Review and Analysis on FHA Sale |
| 2. | 11/1/2013 | 1.0 hour(s) | Review of Confirmation Strategy Memo |
| 3. | 11/3/2013 | 2.0 hour(s) | Review of Declaration Draft |
| 4. | 11/4/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 5. | 11/5/2013 | 2.0 hour(s) | Review and Preparation of Presentation on FHA Sale |
| 6. | 11/6/2013 | 2.0 hour(s) | Closing Phase I Hearing |
| 7. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 9. | 11/8/2013 | 2.5 hour(s) | Review of Deposition Transcripts |
| 10. | 11/9/2013 | 3.0 hour(s) | Review of Complaints |
| 11. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 11/14/2013 | 2.5 hour(s) | Review of Syncora Settlement Stipulation |
| 13. | 11/19/2013 | 3.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 14. | 11/25/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 15. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 16. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| **November Total** | | **38.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          46.5 hour(s)

**Banker:**          Landon Parsons

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 4.0 hour(s) | Review and Analysis on FHA Sale |
| 2. | 11/3/2013 | 2.0 hour(s) | Review and Analysis on FHA Sale |
| 3. | 11/3/2013 | 2.0 hour(s) | Review of Declaration Draft |
| 4. | 11/3/2013 | 4.0 hour(s) | Review of JSN Reports |
| 5. | 11/4/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Sale |
| 6. | 11/5/2013 | 4.0 hour(s) | Review and Preparation of Presentation on FHA Sale |
| 7. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 9. | 11/8/2013 | 2.5 hour(s) | Review of Deposition Transcripts |
| 10. | 11/9/2013 | 3.0 hour(s) | Review of Complaints |
| 11. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 11/14/2013 | 2.5 hour(s) | Review of Syncora Settlement Stipulation |
| 13. | 11/18/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 14. | 11/19/2013 | 3.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 15. | 11/25/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 16. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 17. | 11/26/2013 | 2.0 hour(s) | Review of Non-Government Loan Sales |
| 18. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| **November Total** | | **46.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          83.0 hour(s)

**Banker:**          Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 4.0 hour(s) | Review and Analysis on FHA Sale |
| 2. | 11/3/2013 | 4.0 hour(s) | Review of Declaration Draft |
| 3. | 11/4/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Sale |
| 4. | 11/5/2013 | 1.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 5. | 11/6/2013 | 1.5 hour(s) | Call with Advisors regarding August Estate Update |
| 6. | 11/6/2013 | 1.0 hour(s) | Call with UCC Member regarding August Estate Update |
| 7. | 11/6/2013 | 2.0 hour(s) | Closing Phase I Hearing |
| 8. | 11/6/2013 | 4.0 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 9. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 10. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 11. | 11/8/2013 | 2.5 hour(s) | Review of Deposition Transcripts |
| 12. | 11/9/2013 | 3.0 hour(s) | Review of Complaints |
| 13. | 11/10/2013 | 4.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 14. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 11/14/2013 | 1.0 hour(s) | Administrative Work - Review of Fees |
| 16. | 11/14/2013 | 3.0 hour(s) | Analysis on Distributable Value |
| 17. | 11/14/2013 | 2.5 hour(s) | Review of Syncora Settlement Stipulation |
| 18. | 11/15/2013 | 2.0 hour(s) | Hearing |
| 19. | 11/19/2013 | 5.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 20. | 11/20/2013 | 2.0 hour(s) | Analysis on Unit Allocation |
| 21. | 11/20/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 22. | 11/20/2013 | 3.0 hour(s) | Review of Disputed Claims and Settlement Presentation |
| 23. | 11/21/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 24. | 11/22/2013 | 3.0 hour(s) | Analysis on Settlements and PPI |
| 25. | 11/22/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 26. | 11/25/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 27. | 11/25/2013 | 1.0 hour(s) | Analysis on Settlements and PPI |
| 28. | 11/25/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 29. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 30. | 11/26/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 31. | 11/27/2013 | 3.0 hour(s) | Analysis on Distributable Value |
| 32. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| 33. | 11/28/2013 | 2.0 hour(s) | Preparation of Presentation on Distributable Value |
| 34. | 11/29/2013 | 2.5 hour(s) | Review and Preparation of Presentation on Distributable Value |
| 35. | 11/30/2013 | 1.0 hour(s) | Review and Preparation of Presentation on Distributable Value |

**November Total**                    **83.0 hour(s)**

# ResCap

## Timekeeping

**Total Hours:**          50.0 hour(s)

**Banker:**          Syed Hasan

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 2. | 11/3/2013 | 4.0 hour(s) | Review and Analysis on FHA Sale |
| 3. | 11/3/2013 | 4.0 hour(s) | Review of Declaration Draft |
| 4. | 11/4/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Sale |
| 5. | 11/4/2013 | 3.0 hour(s) | Review of Confirmation Strategy Memo |
| 6. | 11/5/2013 | 4.5 hour(s) | Review and Preparation of Presentation on FHA Sale |
| 7. | 11/6/2013 | 2.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 8. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 9. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 10. | 11/10/2013 | 4.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 11. | 11/11/2013 | 3.0 hour(s) | Review of Declaration Draft |
| 12. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 11/18/2013 | 1.0 hour(s) | Administrative Work - Interim Fee Applications |
| 14. | 11/19/2013 | 5.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 15. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 16. | 11/26/2013 | 2.0 hour(s) | Review of Non-Government Loan Sales |
| 17. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| **November Total** | | **50.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          112.5 hour(s)

**Banker:**          Adam Waldman

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 2. | 11/3/2013 | 4.0 hour(s) | Review of Declaration Draft |
| 3. | 11/4/2013 | 3.0 hour(s) | Review of Post-Trial Submissions / Expert Rebuttal Reports |
| 4. | 11/5/2013 | 3.5 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 5. | 11/5/2013 | 2.0 hour(s) | Review of Confirmation Strategy Memo |
| 6. | 11/6/2013 | 1.5 hour(s) | Call with Advisors regarding August Estate Update |
| 7. | 11/6/2013 | 1.0 hour(s) | Call with UCC Member regarding August Estate Update |
| 8. | 11/6/2013 | 2.0 hour(s) | Closing Phase I Hearing |
| 9. | 11/6/2013 | 4.0 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 10. | 11/7/2013 | 3.5 hour(s) | Administrative Work - Fee Applications |
| 11. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 13. | 11/8/2013 | 2.5 hour(s) | Review of Deposition Transcripts |
| 14. | 11/10/2013 | 3.5 hour(s) | Deposition Preparation |
| 15. | 11/10/2013 | 2.0 hour(s) | Internal Analysis regarding Precedent Cases |
| 16. | 11/10/2013 | 4.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 17. | 11/12/2013 | 1.0 hour(s) | Review of Impact of Impac Settlement |
| 18. | 11/13/2013 | 2.0 hour(s) | Review of Debtors' Updated Lifetime Cash Flows |
| 19. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 11/14/2013 | 3.0 hour(s) | Administrative Work - Review of Fees |
| 21. | 11/14/2013 | 3.0 hour(s) | Analysis on Distributable Value |
| 22. | 11/15/2013 | 3.0 hour(s) | Administrative Work - Interim Fee Applications |
| 23. | 11/15/2013 | 2.0 hour(s) | Hearing |
| 24. | 11/19/2013 | 5.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 25. | 11/20/2013 | 2.0 hour(s) | Analysis on Unit Allocation |
| 26. | 11/20/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 27. | 11/20/2013 | 3.0 hour(s) | Review of Disputed Claims and Settlement Presentation |
| 28. | 11/21/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 29. | 11/21/2013 | 2.0 hour(s) | Preparation of Disputed Claims and Settlement Presentation |
| 30. | 11/22/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 31. | 11/22/2013 | 4.5 hour(s) | Analysis on Settlements and PPI |
| 32. | 11/22/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 33. | 11/25/2013 | 3.0 hour(s) | Analysis on Settlements and PPI |
| 34. | 11/25/2013 | 2.0 hour(s) | Call with Financial Advisor regarding JSN |
| 35. | 11/25/2013 | 1.5 hour(s) | Confirmation Hearing and Phase II Trial |
| 36. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 37. | 11/26/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 38. | 11/27/2013 | 4.5 hour(s) | Analysis on Distributable Value |
| 39. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| 40. | 11/28/2013 | 4.5 hour(s) | Preparation of Presentation on Distributable Value |
| 41. | 11/29/2013 | 2.5 hour(s) | Review and Preparation of Presentation on Distributable Value |
| 42. | 11/30/2013 | 2.0 hour(s) | Review and Preparation of Presentation on Distributable Value |
| **November Total** | | **112.5 hour(s)** | |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 105.0 hour(s) |

| | |
|---|---|
| **Banker:** | Ally Gibler |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 11/1/2013 | 1.0 hour(s) | Review of Confirmation Strategy Memo |
| 2. | 11/3/2013 | 2.0 hour(s) | Review and Analysis on FHA Sale |
| 3. | 11/3/2013 | 4.0 hour(s) | Review of Declaration Draft |
| 4. | 11/4/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Sale |
| 5. | 11/4/2013 | 2.0 hour(s) | Review of Post-Trial Submissions / Expert Rebuttal Reports |
| 6. | 11/5/2013 | 3.5 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 7. | 11/5/2013 | 2.5 hour(s) | Review and Preparation of Presentation on FHA Sale |
| 8. | 11/5/2013 | 1.0 hour(s) | Review of Confirmation Strategy Memo |
| 9. | 11/6/2013 | 1.5 hour(s) | Call with Advisors regarding August Estate Update |
| 10. | 11/6/2013 | 1.0 hour(s) | Call with UCC Member regarding August Estate Update |
| 11. | 11/6/2013 | 2.0 hour(s) | Closing Phase I Hearing |
| 12. | 11/6/2013 | 4.0 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 13. | 11/7/2013 | 3.5 hour(s) | Administrative Work - Fee Applications |
| 14. | 11/7/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 11/8/2013 | 2.0 hour(s) | Call with Advisors regarding Deposition Preparation |
| 16. | 11/10/2013 | 2.0 hour(s) | Internal Analysis regarding Precedent Cases |
| 17. | 11/10/2013 | 4.5 hour(s) | Meeting with Advisors regarding Deposition Preparation |
| 18. | 11/12/2013 | 1.0 hour(s) | Review of Impact of Impac Settlement |
| 19. | 11/13/2013 | 2.0 hour(s) | Review of Debtors' Updated Lifetime Cash Flows |
| 20. | 11/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 11/14/2013 | 3.0 hour(s) | Administrative Work - Review of Fees |
| 22. | 11/14/2013 | 3.0 hour(s) | Analysis on Distributable Value |
| 23. | 11/15/2013 | 3.0 hour(s) | Administrative Work - Interim Fee Applications |
| 24. | 11/18/2013 | 3.0 hour(s) | Administrative Work - Fee Schedule |
| 25. | 11/18/2013 | 1.0 hour(s) | Administrative Work - Interim Fee Applications |
| 26. | 11/19/2013 | 5.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 27. | 11/20/2013 | 2.0 hour(s) | Analysis on Unit Allocation |
| 28. | 11/21/2013 | 2.0 hour(s) | Preparation of Disputed Claims and Settlement Presentation |
| 29. | 11/22/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 30. | 11/22/2013 | 4.5 hour(s) | Analysis on Settlements and PPI |
| 31. | 11/22/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 32. | 11/25/2013 | 3.0 hour(s) | Analysis on Settlements and PPI |
| 33. | 11/25/2013 | 2.0 hour(s) | Call with Financial Advisor regarding JSN |
| 34. | 11/25/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 35. | 11/26/2013 | 2.5 hour(s) | Call with UCC and Consenting Claimants |
| 36. | 11/26/2013 | 2.0 hour(s) | Confirmation Hearing and Phase II Trial |
| 37. | 11/27/2013 | 4.5 hour(s) | Analysis on Distributable Value |
| 38. | 11/27/2013 | 3.0 hour(s) | Call with UCC and Consenting Claimants |
| 39. | 11/28/2013 | 4.5 hour(s) | Preparation of Presentation on Distributable Value |
| 40. | 11/29/2013 | 2.5 hour(s) | Review and Preparation of Presentation on Distributable Value |
| 41. | 11/30/2013 | 2.0 hour(s) | Review and Preparation of Presentation on Distributable Value |
| **November Total** | | **105.0 hour(s)** | |

# ResCap

## Summary of Hours - December 2013

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 56.0 |
| Other Meetings / Calls | 51.5 |
| Case Administration | 30.0 |
| Court Hearings / Filings / Depositions | 28.0 |
| Financial Analysis / Modeling / Internal Materials | 97.5 |
| RMBS Litigation Support | 0.0 |
| General Other | 40.0 |
| **TOTAL** | **303.0** |

# ResCap

## Timekeeping

**Total Hours:**        31.0 hour(s)

**Banker:**        Jared Dermont

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/3/2013 | 1.0 hour(s) | Review of Updated Roosevelt Bid |
| 2. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 3. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 12/5/2013 | 2.0 hour(s) | Review of Funds Available for Distribution |
| 5. | 12/6/2013 | 2.0 hour(s) | Call with UCC Member regarding Unit Allocations |
| 6. | 12/7/2013 | 2.0 hour(s) | Review of Disputed Claims Reserve Motion |
| 7. | 12/8/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 8. | 12/9/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 9. | 12/10/2013 | 1.0 hour(s) | Financial Analysis regarding SUNs |
| 10. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 11. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 12. | 12/12/2013 | 2.0 hour(s) | Financial Analysis regarding SUNs |
| 13. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| 14. | 12/13/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 15. | 12/17/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| **December Total** | | **31.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**      18.0 hour(s)

**Banker:**      Yadin Rozov

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/3/2013 | 4.0 hour(s) | Review of Updated Roosevelt Bid |
| 2. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 3. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 12/9/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 5. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 6. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 7. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| **December Total** | | **18.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        16.0 hour(s)

**Banker:**        Landon Parsons

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/3/2013 | 4.0 hour(s) | Review of Updated Roosevelt Bid |
| 2. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 3. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 5. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 6. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| **December Total** | | **16.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        46.5 hour(s)

**Banker:**        Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/3/2013 | 1.0 hour(s) | Review of Updated Roosevelt Bid |
| 2. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 3. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 12/6/2013 | 2.0 hour(s) | Call with UCC Member regarding Unit Allocations |
| 5. | 12/7/2013 | 2.0 hour(s) | Review of Disputed Claims Reserve Motion |
| 6. | 12/8/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 7. | 12/8/2013 | 4.0 hour(s) | Analysis regarding Disputed Claims |
| 8. | 12/9/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 9. | 12/9/2013 | 2.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 10. | 12/10/2013 | 3.0 hour(s) | Financial Analysis regarding SUNs |
| 11. | 12/10/2013 | 3.0 hour(s) | Internal Analysis regarding Unit Allocations |
| 12. | 12/10/2013 | 2.0 hour(s) | Review of Other GUCs Claims |
| 13. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 14. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 12/12/2013 | 3.0 hour(s) | Review of Unit Allocation with Advisors |
| 16. | 12/12/2013 | 1.5 hour(s) | Call with Advisors regarding Unit Allocations |
| 17. | 12/12/2013 | 2.0 hour(s) | Financial Analysis regarding SUNs |
| 18. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| 19. | 12/13/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 20. | 12/17/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| **December Total** | | **46.5 hour(s)** | |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 29.5 hour(s) |

| | |
|---|---|
| **Banker:** | Syed Hasan |

| | |
|---|---|
| **Restructuring Case:** | ResCap |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/2/2013 | 2.5 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 2. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 3. | 12/4/2013 | 2.0 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 4. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 12/5/2013 | 2.0 hour(s) | Review of Funds Available for Distribution |
| 6. | 12/7/2013 | 2.0 hour(s) | Review of Disputed Claims Reserve Motion |
| 7. | 12/8/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 8. | 12/9/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 9. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 10. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| 12. | 12/13/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 13. | 12/17/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| **December Total** | | **29.5 hour(s)** | |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 82.0 hour(s) |

| | |
|---|---|
| **Banker:** | Adam Waldman |

| | |
|---|---|
| **Restructuring Case:** | ResCap |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/2/2013 | 2.5 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 2. | 12/3/2013 | 3.0 hour(s) | Analysis regarding Disputed Claims |
| 3. | 12/3/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Settlements |
| 4. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 5. | 12/4/2013 | 2.0 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 6. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 7. | 12/5/2013 | 4.0 hour(s) | Review of Funds Available for Distribution |
| 8. | 12/6/2013 | 2.0 hour(s) | Call with UCC Member regarding Unit Allocations |
| 9. | 12/6/2013 | 2.5 hour(s) | Call with UCC Member's Advisor regarding Unit Allocations |
| 10. | 12/6/2013 | 2.5 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 11. | 12/6/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| 12. | 12/7/2013 | 3.0 hour(s) | Analysis regarding Disputed Claims |
| 13. | 12/7/2013 | 2.0 hour(s) | Review of Disputed Claims Reserve Motion |
| 14. | 12/8/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 15. | 12/8/2013 | 4.0 hour(s) | Analysis regarding Disputed Claims |
| 16. | 12/8/2013 | 3.0 hour(s) | Administrative Work - Fee Applications |
| 17. | 12/9/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 18. | 12/9/2013 | 4.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 19. | 12/10/2013 | 1.0 hour(s) | Call with Debtors regarding Other GUCs Claims |
| 20. | 12/10/2013 | 3.0 hour(s) | Financial Analysis regarding SUNs |
| 21. | 12/10/2013 | 3.0 hour(s) | Internal Analysis regarding Unit Allocations |
| 22. | 12/10/2013 | 3.0 hour(s) | Review of Other GUCs Claims |
| 23. | 12/11/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 24. | 12/11/2013 | 2.5 hour(s) | Calls with UCC Member's Advisor regarding Unit Allocations |
| 25. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 26. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 27. | 12/12/2013 | 3.0 hour(s) | Review of Unit Allocation with Advisors |
| 28. | 12/12/2013 | 1.5 hour(s) | Call with Advisors regarding Unit Allocations |
| 29. | 12/12/2013 | 3.5 hour(s) | Financial Analysis regarding SUNs |
| 30. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| 31. | 12/13/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 32. | 12/17/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| **December Total** | | **82.0 hour(s)** | |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 80.0 hour(s) |

| | |
|---|---|
| **Banker:** | Ally Gibler |

| | |
|---|---|
| **Restructuring Case:** | ResCap |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 12/2/2013 | 2.5 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 2. | 12/3/2013 | 3.0 hour(s) | Analysis regarding Disputed Claims |
| 3. | 12/3/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Settlements |
| 4. | 12/3/2013 | 2.0 hour(s) | Status Conference |
| 5. | 12/4/2013 | 2.0 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 6. | 12/4/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 7. | 12/5/2013 | 4.0 hour(s) | Review of Funds Available for Distribution |
| 8. | 12/6/2013 | 2.0 hour(s) | Call with UCC Member regarding Unit Allocations |
| 9. | 12/6/2013 | 2.5 hour(s) | Call with UCC Member's Advisor regarding Unit Allocations |
| 10. | 12/6/2013 | 2.5 hour(s) | Financial Analysis for UCC Member regarding Estate Update |
| 11. | 12/6/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| 12. | 12/7/2013 | 3.0 hour(s) | Analysis regarding Disputed Claims |
| 13. | 12/7/2013 | 2.0 hour(s) | Review of Disputed Claims Reserve Motion |
| 14. | 12/8/2013 | 2.0 hour(s) | Administrative Work - Fee Schedule |
| 15. | 12/8/2013 | 4.0 hour(s) | Analysis regarding Disputed Claims |
| 16. | 12/8/2013 | 3.0 hour(s) | Administrative Work - Fee Applications |
| 17. | 12/9/2013 | 4.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 18. | 12/10/2013 | 1.0 hour(s) | Call with Debtors regarding Other GUCs Claims |
| 19. | 12/10/2013 | 3.0 hour(s) | Financial Analysis regarding SUNs |
| 20. | 12/10/2013 | 3.0 hour(s) | Internal Analysis regarding Unit Allocations |
| 21. | 12/10/2013 | 3.0 hour(s) | Review of Other GUCs Claims |
| 22. | 12/11/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 23. | 12/11/2013 | 2.5 hour(s) | Calls with UCC Member's Advisor regarding Unit Allocations |
| 24. | 12/11/2013 | 2.0 hour(s) | Closing Arguments for Phase II Trial |
| 25. | 12/11/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 26. | 12/12/2013 | 3.0 hour(s) | Review of Unit Allocation with Advisors |
| 27. | 12/12/2013 | 1.5 hour(s) | Call with Advisors regarding Unit Allocations |
| 28. | 12/12/2013 | 3.5 hour(s) | Financial Analysis regarding SUNs |
| 29. | 12/12/2013 | 2.0 hour(s) | UCC Call regarding Liquidating Trust |
| 30. | 12/13/2013 | 3.0 hour(s) | Financial Analysis - Unit Allocation Scenarios |
| 31. | 12/17/2013 | 2.0 hour(s) | Review of Unit Allocation with Advisors |
| **December Total** | | **80.0 hour(s)** | |

# EXHIBIT C

**Residential Capital, LLC**

September 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 8/13/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.70 |
| 8/13/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.70 |
| 7/9/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.69 |
| 8/18/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/8/13 | 20.00 |
| 8/18/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/6/13 | 20.00 |
| 8/18/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/10/13 | 20.00 |
| 9/1/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/21/13 | 20.00 |
| 9/1/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/27/13 | 20.00 |
| 9/15/2013 | Meals | Gibler | Seamless Web Overtime Meals: 9/12/13 | 20.00 |
| 9/15/2013 | Meals | Gibler | Seamless Web Overtime Meals: 9/13/13 | 20.00 |
| 9/15/2013 | Meals | Gibler | Seamless Web Overtime Meals: 9/11/13 | 20.00 |
| 9/29/2013 | Meals | Gibler | Seamless Web Overtime Meals: 9/23/13 | 20.00 |
| 9/29/2013 | Meals | Gibler | Seamless Web Overtime Meals: 9/20/13 | 20.00 |
| 10/13/2013 | Meals | Klein | Seamless Web Overtime Meals: 10/3/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/1/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/3/13 | 15.68 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 8/4/13 | 20.00 |
| 10/13/2013 | Meals | Klein | Seamless Web Overtime Meals: 10/2/13 | 20.00 |
| 10/13/2013 | Meals | Klein | Seamless Web Overtime Meals: 10/7/13 | 20.00 |
| 10/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/7/13 | 20.00 |
| 10/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/8/13 | 20.00 |
| 10/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/10/13 | 20.00 |
| 10/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/11/13 | 20.00 |
| 10/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/9/13 | 20.00 |
| 8/4/2013 | Meals | Hasan | Seamless Web Overtime Meals: 8/1/13 | 19.15 |
| 9/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 20.00 |
| 8/4/2012 | Meals | Shiu | Seamless Web Overtime Meals: Weekends | 12.25 |
| 8/21/2013 | Meals | Waldman | Seamless Web Overtime Meals: Weekends | 5.95 |
| 12/3/2012 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 7.58 |
| 8/21/2013 | Taxi | Dermont | Taxi - Working Late | 262.09 |
| 9/25/2013 | Taxi | Dermont | Taxi - Working Late | 245.79 |
| 8/29/2013 | Taxi | Dermont | Taxi - Working Late | 266.41 |
| 8/10/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 8/4/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 10/7/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 10/4/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 10/3/2013 | Taxi | Gibler | Taxi - Working Late | 16.80 |
| 10/2/2013 | Taxi | Gibler | Taxi - Working Late | 10.20 |
| 10/1/2013 | Taxi | Gibler | Taxi - Working Late | 18.00 |
| 9/30/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 9/26/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 9/25/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 9/24/2013 | Taxi | Gibler | Taxi - Working Late | 10.80 |
| 9/23/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 9/13/2013 | Taxi | Gibler | Taxi - Working Late | 14.88 |
| 9/12/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 9/11/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 9/10/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 9/9/2013 | Taxi | Gibler | Taxi - Working Late | 11.40 |
| 9/6/2013 | Taxi | Gibler | Taxi - Working Late | 16.00 |
| 9/5/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 9/4/2013 | Taxi | Gibler | Taxi - Working Late | 18.00 |
| 9/3/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 8/29/2013 | Taxi | Gibler | Taxi - Working Late | 8.90 |
| 8/16/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 8/13/2013 | Taxi | Gibler | Taxi - Working Late | 17.30 |
| 8/5/2013 | Taxi | Gibler | Taxi - Working Late | 13.10 |
| 10/8/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 8/1/2013 | Taxi | Hasan | Taxi - Working Late | 9.35 |
| 8/19/2013 | Taxi | Klein | Taxi - Working Late | 142.23 |
| 9/26/2013 | Taxi | Klein | Taxi - Working Late | 142.23 |
| 10/9/2013 | Taxi | Klein | Taxi - Working Late | 142.23 |
| 10/7/2013 | Taxi | Klein | Taxi - Working Late | 142.23 |
| 10/2/2013 | Taxi | Parsons | Taxi - Working Late | 7.80 |
| 8/21/2013 | Taxi | Waldman | Taxi - Working Late | 23.50 |
| **TOTAL** | | | | **$2,122.92** |

*Note: Pre-September expenses are included above due to time required for internal processing*

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

October 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 11/22/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application | $606.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/25/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/22/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/27/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/26/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/30/13 | 20.00 |
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/23/13 | 20.00 |
| 10/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 20.00 |
| 8/29/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 11.57 |
| 10/14/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 39.00 |
| 10/16/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 131.08 |
| 11/4/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 52.80 |
| 8/28/2013 | Printing & Presentations | Hasan | In-sourced Document Production[1] | 120.25 |
| 9/23/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 440.20 |
| 9/23/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 90.90 |
| 10/2/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 151.50 |
| 10/17/2013 | Taxi | Gibler | Taxi - Working Late | 44.84 |
| 10/28/2013 | Taxi | Gibler | Taxi - Working Late | 14.30 |
| 11/10/2013 | Taxi | Gibler | Taxi - Working Late | 9.25 |
| 11/3/2013 | Taxi | Gibler | Taxi - Working Late | 10.10 |
| 10/10/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 11/7/2013 | Taxi | Gibler | Taxi - Working Late | 14.40 |
| 10/24/2013 | Taxi | Gibler | Taxi - Working Late | 16.20 |
| 11/4/2013 | Taxi | Gibler | Taxi - Working Late | 10.80 |
| 10/9/2013 | Taxi | Gibler | Taxi - Working Late | 16.10 |
| 11/3/2013 | Taxi | Gibler | Taxi - Working Late | 11.25 |
| 11/11/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 8/28/2013 | Taxi | Gibler | Taxi - Working Late | 14.40 |
| 10/24/2013 | Taxi | Hasan | Taxi - Working Late | 15.50 |
| 10/22/2013 | Taxi | Hasan | Taxi - Working Late | 13.00 |
| 11/14/2013 | Taxi | Klein | Taxi - Working Late | 9.50 |
| 11/7/2013 | Taxi | Klein | Taxi - Working Late | 9.50 |
| 10/29/2013 | Taxi | Klein | Taxi - Working Late on Weekend | 142.23 |
| 10/29/2013 | Taxi | Klein | Taxi - Working Late on Weekend | 142.23 |
| 11/14/2013 | Taxi | Klein | Taxi - Working Late | 9.00 |
| 10/10/2013 | Taxi | Waldman | Taxi - Working Late | 22.00 |
| **TOTAL** | | | | **$2,333.00** |

*Note: Pre-October expenses are included above due to time required for internal processing*

---

1.     Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

November and December 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 10/8/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | $16.76 |
| 10/8/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.76 |
| 11/30/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/16/13 | 20.00 |
| 11/30/2013 | Meals | Hasan | Seamless Web Overtime Meals: 10/22/13 | 20.00 |
| 11/30/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/21/13 | 20.00 |
| 11/30/2013 | Meals | Gibler | Seamless Web Overtime Meals: 10/15/13 | 20.00 |
| 11/18/2013 | Taxi | Klein | Taxi - Working Late: 11/06/13 | 176.56 |
| 11/18/2013 | Taxi | Klein | Taxi - Working Late: 11/10/13 | 142.23 |
| 11/18/2013 | Taxi | Klein | Taxi - Working Late: 11/10/13 | 142.23 |
| 11/18/2013 | Taxi | Klein | Taxi - Working Late: 11/15/13 | 142.23 |
| **TOTAL** | | | | **$716.77** |

*Note: Pre-November and Pre-December expenses are included above due to time required for internal processing*

# EXHIBIT D

**I. Fees Pursuant to Engagement Letter Under Notice Of Application Pursuant To Sections 328 And 1103 Of The Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 2014 For An Order To Retain And Employ Moelis & Company LLC As Investment Banker To The Official Committee Of Unsecured Creditors To The Debtors, Nunc Pro Tunc, To May 16, 2012 (Docket #0529)**

| Month | Amount | Comment |
|---|---|---|
| May 2012 | $116,129.03 | ▪ Per page 2 of Initial Engagement Letter. Monthly Fee of $225,000.00 pro-rated from May 16, 2012 |
| June 2012 | 225,000.00 | |
| July 2012 | 225,000.00 | |
| August 2012 | 225,000.00 | |
| September 2012 | 225,000.00 | |
| October 2012 | 225,000.00 | |
| November 2012 | 225,000.00 | |
| December 2012 | 225,000.00 | |
| January 2013 | 225,000.00 | |
| February 2013 | 225,000.00 | |
| March 2013 | 225,000.00 | |
| April 2013 | 225,000.00 | |
| May 2003 | 225,000.00 | |
| June 2013 | 225,000.00 | |
| July 2013 | 225,000.00 | |
| August 2013 | 225,000.00 | |
| September 2013 | 225,000.00 | |
| October 2013 | 225,000.00 | |
| November 2013 | 225,000.00 | |
| December 2013 | 225,000.00 | |
| Restructuring Fee | 7,750,000.00 | |
| **Total** | **$12,141,129.03** | |

**II. Fees Pursuant to Engagement Letter Under Notice Of Supplemental Application Pursuant to Sections 328 And 1103 Of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order to Expand the Scope Of Retention of Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors of the Debtors Nunc Pro Tunc to August 1, 2012 (Docket #1303)**

| Month[1] | Amount | Comment |
|---|---|---|
| August 2012 | $600,000.00 | ▪ Per page 2 of Supplemental Engagement Letter. Initial RMBS Claims Monthly Fee |
| September 2012 | 600,000.00 | |
| October 2012 | 300,000.00 | |
| November 2012 | 300,000.00 | |
| December 2012 | 300,000.00 | |
| January 2013 | 300,000.00 | |
| February 2013 | 300,000.00 | |
| March 2013 | 300,000.00 | |
| April 2013 | 300,000.00 | |
| May 2003 | 300,000.00 | |
| **Total** | **$3,600,000.00** | |

*1. Pursuant to page 2 of the engagement letter, the monthly fee for August and September was $600,000. For each subsequent month, the monthly fee will be $300,000 per month until the time in which the Committee*

**MOELIS & COMPANY FEES UNDER THE ORIGINAL AND
SUPPLEMENTAL ENGAGEMENT LETTERS**

*notifies Moelis in writing that it no longer requires Moelis to perform services with respect to the RMBS
Claims (the "Adjusted RMBS Claims Monthly Fee")*

### III. Out-of-Pocket Expenses

| Month | Amount | Comment |
|-------|-------|---------|
| May 2012 - July 2012 | $17,354.97 | ■ Per May through July 2012 monthly invoice |
| August 2012 | 2,839.75 | ■ Per August 2012 monthly invoice |
| September 2012 | 3,833.19 | ■ Per September 2012 monthly invoice |
| October 2012 | 9,280.90 | ■ Per October 2012 monthly invoice |
| November 2012 | 2,343.08 | ■ Per November 2012 monthly invoice |
| December 2012 | 3,164.29 | ■ Per December 2012 monthly invoice |
| January 2013 | 7,548.72 | ■ Per January 2013 monthly invoice |
| February 2013 | 1,594.07 | ■ Per February 2013 monthly invoice |
| March 2013 | 4,030.60 | ■ Per March 2013 monthly invoice |
| April 2013 | 2,631.72 | ■ Per April 2013 monthly invoice |
| May 2003 | 3,855.11 | ■ Per May 2013 monthly invoice |
| June 2013 | 3,318.36 | ■ Per June 2013 monthly invoice |
| July 2013 | 2,011.62 | ■ Per July 2013 monthly invoice |
| August 2013 | 1,339.08 | ■ Per August 2013 monthly invoice |
| Supplemental | 9,840.33 | ■ Per Supplemental interim invoice |
| September 2013 | 2,122.92 | ■ Per September 2013 monthly invoice |
| October 2013 | 2,333.00 | ■ Per October 2013 monthly invoice |
| November 2013 - December 2013 | 716.77 | ■ Per November 2013 - December 2013 monthly invoice |
| Less: Objected Expenses | (8,905.05) | |
| **Total** | **$71,253.43** | |

### IV. CoreLogic, LLC Expenses

| Month | Amount | Comment |
|-------|-------|---------|
| October | $179,273.58 | ■ Per October 2012 monthly invoice |
| **Total** | **$179,273.58** | |

### V. Total Fees and Expense

| Item | Amount | Comment |
|------|-------|---------|
| Amount of Compensation Sought | $15,741,129.03 | ■ Sum of totals under I and II above |
| Less: Monthly Fee Crediting | (1,125,000.00) | |
| Amount of expense reimbursement sought | 250,527.01 | ■ See III above |
| **Total** | **$14,866,656.04** | ■ Per Final Interim Application (see attached) |