

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                          October 16, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                  Inv. # 1552236
Fort Washington  PA 19034                                        Our Ref. 062108-000300
                                                                 SJR

Attention:    Residential Capital, LLC

**Re:    General Claims and Equity Matters**

---

| | | | |
|---|---|---|---|
| 08/07/12 MG8 | Review motion papers seeking to establish bar dates and related matters for conflicts purposes (.20) | | 0.20 |
| | TOTAL HOURS | | 0.20 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| | | **0.20** | | **$125.00** |

**TOTAL SERVICES**                                               $125.00

**TOTAL THIS INVOICE**                                           $125.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

| | |
|---|---|
| **Mail Checks to -** | Curtis Mallet-Prevost Colt & Mosle LLP |
| | General Post Office |
| | P.O. Box 27930 |
| | New York, NY 10087-7930 |

Residential Capital, LLC
Inv. # 1552236

| | |
|---|---|
| Total Services | 125.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$125.00** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

October 16, 2012

Inv. # 1552237
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

**Re:  Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 08/08/12 | MG8 | Prepare for and attend hearing with respect to status conference on motion seeking final approval of Ally shared services agreement, motion regarding employee bonus plans and initial case conference on Lewis adversary proceeding in connection with Curtis' role as conflicts counsel (2.60) | 2.60 |
| 08/09/12 | MAC | Prepare for and attend Omnibus Hearing in connection with Curtis' role as conflicts counsel to the Debtors (1.60) | 1.60 |
| 08/14/12 | MG8 | Prepare for and attend hearing on various stay relief motions and status conference on Green Planet adversary proceeding as Debtors' conflict counsel (2.70) | 2.70 |
| 08/14/12 | MAC | Prepare for and attend Residential Capital Hearing in connection with Curtis' role as conflicts counsel to the Debtors (2.70) | 2.70 |
| 08/16/12 | MG8 | Prepare for and attend hearing on Examiner's 2004 motion and related objections and responses, as well as status conference on Ally Subservicing agreement (2.70) | 2.70 |
| 08/16/12 | MAC | Prepare for and attend hearing at Bankruptcy Court for SDNY in connection with Curtis' role as conflicts counsel to the Debtors (2.70) | 2.70 |
| 08/29/12 | MG8 | Prepare for and attend omnibus hearing in connection with Curtis' role as conflicts counsel to the Debtors (1.60) | 1.60 |

TOTAL HOURS            16.60

October 16, 2012
Inv # 1552237
Our Ref #  062108-000350

Page  2

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael Ari Cohen | Partner | 7.00 | 730 | 5,110.00 |
| Maryann Gallagher | Counsel | 9.60 | 625 | 6,000.00 |
| | | **16.60** | | **$11,110.00** |

|  |  |
|---|---|
| **TOTAL SERVICES** | **$11,110.00** |
| **TOTAL THIS INVOICE** | **$11,110.00** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538152 | 5,110.00 | 0.00 | 5,110.00 |
| 07/31/12 | 1544987 | 26,943.00 | 0.00 | 26,943.00 |
| 09/12/12 | 1547993 | 12,872.50 | 0.00 | 12,872.50 |
| | Prior Balance | | | **$44,925.50** |
| | Balance Due | | | **$56,035.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552237

| | |
|---|---|
| Total Services | 11,110.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$11,110.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 12,872.50 | 32,053.00 | | | 44,925.50 |

| | |
|---|---|
| **Balance Due** | **$56,035.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                    October 16, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                         Inv. # 1552239
                                                  Our Ref. 062108-000410
                                                  SJR

Attention:    Residential Capital, LLC

Re:   **Adversary Proceedings and Contested Matters**

---

| | | | |
|---|---|---|---|
| 08/22/12 | SJR | Follow up regarding matters related to GMAC Model Home Finance joint venture and issues related to same (1.80) | 1.80 |
| 08/23/12 | SJR | Confer with M. Gallagher regarding CMH Holdings JV and debtor GMAC Model Home Finance, LLC and matters related to same (.30) | 0.30 |
| 08/23/12 | SJR | Review underlying correspondence and prior materials including Purchase Agreement among Residential Capital, GMAC Model Home Finance and CMH Holdings (1.40) | 1.40 |
| 08/23/12 | SJR | Confer with Curtis team regarding representation of Residential Capital's potential claims against manager to joint venture and follow up regarding same (.40) | 0.40 |
| 08/23/12 | TPS | Prepare documents for review by A. Zinman in connection with CMH Holdings matter (.30) | 0.30 |
| 08/23/12 | TPS | Participate in conference call with N. Rosenbaum, E. Richards and M. Gallgher to obtain update on background to CMH Holdings dispute (.30) | 0.30 |
| 08/23/12 | TPS | Coordinate transfer of representation from Morrison & Foerster with M. Gallagher (.20) | 0.20 |
| 08/23/12 | TPS | Review documents underlying CMH Holdings - GMAC Model Home dispute for conflicts purposes (1.40) | 1.40 |
| 08/23/12 | MG8 | Meet with J. Zimmer to discuss review of documents and fact checking of draft demand letter to counsel to Cerberus (.30) | 0.30 |
| 08/23/12 | MG8 | Review document and email materials sent by Morrison and Foerster regarding potential dispute involving CMH Holdings for purposes of updating draft demand letter for conflicts purposes (2.50) | 2.50 |
| 08/23/12 | MG8 | Participate in several telephone conferences with Erica Richards about issues relating to potential dispute involving CMH Holdings for conflicts purposes (.40) | 0.40 |
| 08/23/12 | MG8 | Confer with S. Reisman regarding new conflict matter | 0.30 |

October 16, 2012
Inv # 1552239
Our Ref # 062108-000410

Page 2

| | | involving CMH Holdings JV and debtor GMAC Model Home Finance I, LLC (.30) | |
|---|---|---|---|
| 08/23/12 | MG8 | Participate in conference call with N. Rosenbaum, E. Richards and T. Smith to obtain background on dispute involving CMH Holdings in order to prepare demand letter and follow up on matters regarding same (.40) | 0.40 |
| 08/23/12 | AD | Assemble purchase agreements and emails and attachments re: CMH Holdings per M. Gallagher's request (1.00) | 1.00 |
| 08/23/12 | JZ | Confer and correspond with working group regarding potential conflicts matters involving CMH Holdings and need for assistance in connection with same (.50) | 0.50 |
| 08/23/12 | JZ | Review files in connection with potential new conflicts matter involving CMH Holdings (.30) | 0.30 |
| 08/24/12 | JZ | Review and revise draft demand letter to counsel to Cerberus (.30) | 0.30 |
| 08/24/12 | JZ | Review files in connection with CMH Holdings matter for conflicts purposes (1.50) | 1.50 |
| 08/24/12 | JZ | Correspond with working group regarding issues related to CMH Holdings matter (.30) | 0.30 |
| 08/26/12 | JZ | Review LLC documents and operating agreement of CMH for purposes related to CMH Holdings conflicts matter (.30) | 0.30 |
| 08/27/12 | TPS | Review revised draft of demand letter re: distribution from CMH joint venture and follow-up with M. Gallagher (.90) | 0.90 |
| 08/27/12 | MG8 | Participate in telephone conference with L. Delehey of Residential Capital's Legal Department regarding letter to opposing counsel regarding CMH Holdings joint venture for conflicts purposes (.20) | 0.20 |
| 08/27/12 | MG8 | Revise draft demand letter to opposing counsel relating to CMH Holdings joint venture and follow-up with T. Smith and J. Zimmer re: same (.70) | 0.70 |
| 08/27/12 | MG8 | Participate in telephone conference with B. Tyson regarding letter to opposing counsel regarding dispute involving CMH Holdings (.20) | 0.20 |
| 08/27/12 | MG8 | Draft correspondence to B. Tyson and L. Delehey of Residential Capital explaining revisions to draft demand letter to opposing counsel and related issues (.60) | 0.60 |
| 08/27/12 | ABZ | Review correspondence and emails re: dispute background and draft demand letter (.40) | 0.40 |
| 08/27/12 | ABZ | Review draft demand letter regarding CMH Holdings (.20) | 0.20 |

October 16, 2012
Inv # 1552239
Our Ref #  062108-000410

Page  3

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 08/27/12 | JZ | Review CMH Holdings' operating agreement and related LLC documents for purposes related to dispute with joint venture managing partner matter for conflicts purposes (.30) | 0.30 |
| 08/27/12 | JZ | Review and revise draft of demand letter to opposing counsel in CMH Holdings dispute (.30) | 0.30 |
| 08/27/12 | JZ | Correspond with working group regarding comments to draft of demand letter to be sent to counsel to Schulte, Roth (.10) | 0.10 |
| 08/27/12 | JZ | Confer and correspond with M. Gallagher regarding comments to demand letter related to CMH Holdings' matter and follow up regarding same (.40) | 0.40 |
| 08/28/12 | TPS | Finalize letter to Schulte, Roth re: CMH distributions to GMAC Model Home Finance for conflicts purposes (.40) | 0.40 |
| 08/28/12 | MG8 | Correspond with working group regarding completion and transmittal of demand letter regarding CMH Holdings (.20) | 0.20 |
| 08/28/12 | MG8 | Review comments from B. Tyson and L. Delehey of Residential Capital to draft demand letter regarding CMH and revise draft demand letter accordingly and correspond with working group regarding completion and transmittal of demand letter regarding CMH Holdings (.50) | 0.50 |
| 08/29/12 | SJR | Review correspondence to John Pollack at Schulte Roth and underlying documentation regarding CMH Holdings matter and conflicts litigation being handled by Curtis (.30) | 1.30 |
| 08/29/12 | MG8 | Attend to matters relating to completion of T. Smith's letter to Schulte, Roth regarding CMH Holdings situation and related follow-up with working group (.80) | 0.80 |
| 08/29/12 | MG8 | Correspond with N. Rosenbaum regarding CMH Holdings matter and other conflicts matters, and follow-up regarding same (.40) | 0.40 |
| 08/29/12 | ABZ | Finalize and transmit demand letter to Schulte, Roth (.20) | 0.20 |

TOTAL HOURS        22.30

12-12020-mg    Doc 1890    Filed 10/19/12    Entered 10/19/12 17:14:48    Main Document
Pg 215 Pg 10 of 44

October 16, 2012
Inv # 1552239
Our Ref # 062108-000410

Page 4

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 5.20 | 830 | 4,316.00 |
| Turner P. Smith | Partner | 3.50 | 830 | 2,905.00 |
| Maryann Gallagher | Counsel | 7.50 | 625 | 4,687.50 |
| Andrew B. Zinman | Associate | 0.80 | 590 | 472.00 |
| James Zimmer | Associate | 4.30 | 345 | 1,483.50 |
| Alana Dreiman | Legal Assistant | 1.00 | 230 | 230.00 |
| | | **22.30** | | **$14,094.00** |

**TOTAL SERVICES**                                    $14,094.00

**Summary of Expenses**

Postage                                    0.45

**TOTAL EXPENSES**                                    $0.45

**TOTAL THIS INVOICE**                                    $14,094.45



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538153 | 38,135.40 | 0.00 | 38,135.40 |
| 07/31/12 | 1544989 | 47,488.00 | 0.00 | 47,488.00 |
| 09/12/12 | 1547995 | 4,529.00 | 0.00 | 4,529.00 |
| | Prior Balance | | | **$90,152.40** |
| | Balance Due | | | **$104,246.85** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552239

| | |
|---|---|
| Total Services | 14,094.00 |
| Total Expenses | 0.45 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$14,094.45** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 4,529.00 | 85,623.40 | | | 90,152.40 |

| | |
|---|---|
| **Balance Due** | **$104,246.85** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                      October 16, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                     Inv. # 1552240
                                                             Our Ref. 062108-000430
                                                             SJR

Attention:    Residential Capital, LLC

Re:   **Automatic Stay/Adequate Protection Matters**

| | | | |
|---|---|---|---|
| 08/01/12 | SJR | Review draft Stipulation regarding Wells Fargo's Relief from Stay Motion and follow up regarding matters related to same (.70) | 0.70 |
| 08/01/12 | SJR | Review correspondence regarding Declarations for Wells Fargo regarding Lift Stay Motion related to Susilo litigation (.60) | 0.60 |
| 08/01/12 | TPS | Review Wells Fargo comments to draft stipulation and order for Wells Fargo's stay relief motion with respect to Susilio action (.30) | 0.30 |
| 08/01/12 | TPS | Confer with M. Gallagher re: Wells Fargo's lift stay requests in two unrelated cases, i.e. Susilio and Dexter (.20) | 0.20 |
| 08/01/12 | MG8 | Confer with J. Shulman regarding Wells Fargo's comments to stipulation resolving lift stay motion related to Susilo litigation in federal court in California (.20) | 0.20 |
| 08/01/12 | MG8 | Confer with T. Smith regarding issue with proposed stipulation and order resolving Wells Fargo lift stay motion with respect to Susilio litigation for conflicts purposes (.20) | 0.20 |
| 08/01/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo, in California Dexter landlord dispute, regarding potential motion seeking relief from stay, and review lengthy draft declaration in support of same for conflicts purposes (1.10) | 1.10 |
| 08/01/12 | MG8 | Correspond with Curtis team and N. Rosenbaum regarding Wells Fargo's proposed stay relief motion seeking to allow California litigation involving landlord dispute to go forward (.60) | 0.60 |
| 08/01/12 | MG8 | Correspond with C. DiCicco at Residential Capital and V. Tsoong regarding declarations for Wells Fargo per the resolution of Wells Fargo's lift stay motion relating to Susilo litigation (.30) | 0.30 |
| 08/01/12 | MG8 | Participate in telephone conference with V. Tsoong, counsel to debtor ETS in Susilo litigation involving | 0.30 |

|          |     | Wells Fargo, regarding declarations for Wells Fargo and related issues (.30) |      |
| -------- | --- | --- | ---- |
| 08/02/12 | SJR | Follow up regarding matters related to Wells Fargo litigation being handled by Curtis, Mallet as Conflicts Counsel and issues related to same and conduct a general update regarding same (.90) | 0.90 |
| 08/02/12 | TPS | Attend to new lift stay dispute in California action of Dexter v. Wells Fargo, et al. (.40) | 0.40 |
| 08/02/12 | TPS | Follow-up on the selection of ETS witnesses for declarations by Wells Fargo and review revisions to the draft stipulation for conflicts purposes (.40) | 0.40 |
| 08/02/12 | MG8 | Revise stipulation and order for Wells Fargo's stay relief motion regarding Susilio litigation and confer with Curtis team regarding J. Schulman's comments (.40) | 0.40 |
| 08/02/12 | MG8 | Correspond with J. Shulman regarding revised stipulation and order resolving Wells Fargo's stay relief motion in connection with Susilio litigation (.20) | 0.20 |
| 08/02/12 | MG8 | Participate in telephone conference with C. DiCicco regarding ETS employees to be witnesses/declarants for Wells Fargo in Susilo litigation and follow-up re: same (.40) | 0.40 |
| 08/02/12 | MG8 | Correspond with J. Scoliard and N. Campbell regarding Wells Fargo's potential request for stay relief related to California landlord litigation (.30) | 0.30 |
| 08/02/12 | MG8 | Participate in telephone conference with J. Scoliard, J. Hoy, and outside counsel to GMAC Mortgage, regarding a potential stay relief request from Wells Fargo regarding landlord litigation pending in California for conflicts purposes (.50) | 0.50 |
| 08/02/12 | MG8 | Correspond with N. Rosenbaum regarding Wells Fargo's informal request for stay relief related to California landlord litigation (.20) | 0.20 |
| 08/02/12 | MG8 | Correspond with T. Hamzehpour regarding Wells Fargo's informal request for stay relief in connection with Dexter litigation and confer with M. Cohen re: same (.30) | 0.30 |
| 08/02/12 | MG8 | Follow-up with N. Campbell and J. Hoy regarding potential request for stay relief by Wells Fargo in connection with the Dexter litigation (.30) | 0.30 |
| 08/02/12 | MG8 | Participate in telephone conference with J. Shulman regarding changes to stipulation and order relating to identity of witnesses/declarants for Susilo litigation for conflicts purposes (.20) | 0.20 |
| 08/02/12 | MAC | Review and revise stipulation resolving Wells Fargo's stay relief motion for Susilio litigation (.80) | 0.80 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page 3

| 08/02/12 | MAC | Confer with M. Gallagher re: Stipulation resolving Wells Fargo's stay relief motion (.20) | 0.20 |
|---|---|---|---|
| 08/02/12 | JZ | Confer with working group regarding potential new matters with Wells Fargo in connection with proposed stay relief motion for stay relief for conflicts purposes (.20) | 0.20 |
| 08/03/12 | TPS | Confer with M. Gallagher re: next steps in Susilo stay relief matter (.10) | 0.10 |
| 08/03/12 | TPS | Confer with M. Gallagher re: the Dexter - Wells Fargo's stay relief matter (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with J. Shulman regarding final comments to sign off on stipulation and order for sending to Committee (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with B. Holman, counsel to Wells Fargo, regarding likely time frame for discovery and trial in Dexter litigation and follow-up re: same (.20) | 0.20 |
| 08/03/12 | MG8 | Review correspondence from Ken Skogg and his associate, counsel to GMAC Mortgage in Dexter Street litigation, and review docket activity and relevant orders vacating dates and staying proceedings attached to same (.60) | 0.60 |
| 08/03/12 | MG8 | Correspond with J. Zimmer regarding research on automatic stay issue relating to discovery in connection with California landlord litigation for conflicts purposes (.30) | 0.30 |
| 08/03/12 | MG8 | Draft correspondence to Elise Frejka of Kramer, Levin transmitting stipulation and order resolving Wells Fargo's stay relief motion for Susilio litigation and requesting review of and Committee consent to same (.30) | 0.30 |
| 08/03/12 | MG8 | Correspond with attorneys at Residential Capital's Legal Department regarding Wells Fargo stipulation and order with respect to Susilio matter (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with J. Hoy of Residential Capital regarding communications with B. Holman and K. Skogg regarding potential request for stay relief by Wells Fargo in Dexter matter and confer with T. Smith re: same (.30) | 0.30 |
| 08/03/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo in California landlord litigation, regarding potential resolutions to informal request for stay relief (.30) | 0.30 |
| 08/03/12 | MG8 | Confer with T. Smith regarding legal issue relating to Wells Fargo informal request for discovery in California landlord litigation and Susilio case and follow up | 0.20 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

| | | | |
|---|---|---|---|
| | | regarding same (.20) | |
| 08/03/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to delivery and submission of stipulation and order in connection with Wells Fargo's motion for relief from automatic stay and research related to same for conflicts purposes (.30) | 0.30 |
| 08/03/12 | JZ | Correspond with chambers regarding delivery of stipulation and order related to Wells Fargo's motion for relief from automatic stay (.20) | 0.20 |
| 08/04/12 | MG8 | Research issues relating to consensual relief from stay and follow-up regarding more detailed research regarding same (.70) | 0.70 |
| 08/04/12 | JZ | Correspond with M. Gallagher regarding research related to Section 362(d) of the Bankruptcy Code and relief from automatic stay without order of court for conflicts purposes (.30) | 0.30 |
| 08/04/12 | JZ | Conduct research regarding relief from automatic stay without order of court and related issues under Section 362(d) of the Bankruptcy Code for conflicts purposes (2.90) | 2.90 |
| 08/05/12 | MG8 | Participate in telephone conference with N. Rosenbaum regarding potential new lift stay request from Wells Fargo and follow-up re: same (.40) | 0.40 |
| 08/06/12 | TPS | Attend to procedural questions for resolving lift stay dispute in Dexter case with Wells Fargo for conflicts purposes (.30) | 0.30 |
| 08/06/12 | MG8 | Correspond with N. Campbell of Legal Department regarding potential solutions to Wells Fargo's request in connection with California landlord litigation (.30) | 0.30 |
| 08/06/12 | MG8 | Update J. Zimmer's research on automatic stay issue relating Wells Fargo informal request relating to automatic stay and California landlord litigation (.60) | 0.60 |
| 08/06/12 | MAC | Review issues in connection with Wells Fargo's informal requests for discovery (.40) | 0.40 |
| 08/06/12 | MAC | Confer with working group re: Wells Fargo's informal requests for discovery (.20) | 0.20 |
| 08/06/12 | JZ | Correspond with M. Gallagher regarding research related to automatic stay under Section 362(d) of the Bankruptcy Code and precedent related to same (.30) | 0.30 |
| 08/07/12 | SJR | Review Objections to Stay Relief requests in connection with Curtis' representation of Residential Capital and Wells Fargo matters (1.30) | 1.30 |
| 08/07/12 | SJR | Review underlying Wells Fargo litigation claims and responses (.70) | 0.70 |

12-12020-mg   Doc 1890   Filed 10/19/12   Entered 10/19/12 14:48:56   Main Document
Pg 165 of 170

| | | | |
|---|---|---|---|
| 08/07/12 | TPS | Confer with M. Gallagher re: Wells Fargo's Dexter potential stay relief status for conflicts purposes (.20) | 0.20 |
| 08/07/12 | TPS | Review Judge Glenn's ruling on Aurora lift stay motion (.50) | 0.50 |
| 08/07/12 | MG8 | Review Debtors' three objections to stay relief requests, including objection to FHFA request, objection to Ulrich request, and omnibus objection to three other requests and confer with M. Cohen re: same (1.60) | 1.60 |
| 08/07/12 | MG8 | Confer with T. Smith on strategy for Wells Fargo informal stay relief request regarding landlord litigation in California (.20) | 0.20 |
| 08/07/12 | MG8 | Review Judge Glenn's decision denying Aurora request for stay relief (.40) | 0.40 |
| 08/07/12 | MAC | Review automatic stay relief motions and recent opinions relating to same and confer with M. Gallagher re: same (.90) | 0.90 |
| 08/07/12 | JZ | Conduct research regarding automatic stay issues under 362(d) in connection with Wells Fargo's motion for relief from stay (.60) | 0.60 |
| 08/08/12 | SJR | Review final Stipulation regarding Wells Fargo's Susilio stay relief matter (.70) | 0.70 |
| 08/08/12 | MG8 | Correspond with E. Frejka, counsel to the Committee, regarding the Committee's sign off on proposed stipulation and order resolving Wells Fargo's stay relief request in connection with Susilo litigation (.20) | 0.20 |
| 08/08/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo in Dexter litigation pending in California, regarding potential request for stay relief and issues and problems related to same (.40) | 0.40 |
| 08/08/12 | MG8 | Correspond with counsel to Wells Fargo regarding recent opinions of Bankruptcy Court on automatic stay motions (.20) | 0.20 |
| 08/08/12 | MG8 | Correspond with J. Scoliard and C. Hancock at Residential Capital regarding Committee sign off and any final comments to proposed stipulation and order resolving Wells Fargo's request for stay relief with respect to Susilo litigation for conflicts purposes (.30) | 0.30 |
| 08/08/12 | MG8 | Review memorandum opinion issued today by Judge Glenn denying Gilbert's request for stay relief and motion to dismiss Chapter 11 cases for conflicts counsel purposes (.30) | 0.30 |
| 08/08/12 | JZ | Review recently entered order in Residential Capital regarding relief from automatic stay for purposes related to Wells Fargo's motion for relief from | 0.30 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page 6

| Date | Init | Description | Hours |
|---|---|---|---|
| | | automatic stay for conflicts purposes (.30) | |
| 08/09/12 | SJR | Attend to matters regarding resolving Susilo matter related to Wells Fargo's litigation where Curtis is acting as Conflicts Counsel and various e-mails and follow up regarding same (1.10) | 1.10 |
| 08/09/12 | TPS | Attend to changes to proposed Wells Fargo stipulation (.20) | 0.20 |
| 08/09/12 | MG8 | Correspond with Curtis team regarding J. Scoliard's comments to proposed stipulation and order resolving Wells Fargo's stay relief motion regarding Susilo action (.30) | 0.30 |
| 08/09/12 | MG8 | Review revised proposed stipulation and order resolving Wells Fargo's motion for stay relief with respect to Susilo action and circulate the same to Curtis team, Committee and counsel to Wells Fargo (.30) | 0.30 |
| 08/09/12 | MG8 | Participate in telephone conference with J. Shulman, counsel to Wells Fargo, regarding additional changes to the draft stipulation and order (.20) | 0.20 |
| 08/09/12 | MG8 | Participate in telephone conference with Judge Glenn's chambers regarding transmittal of proposed stipulation and order resolving Wells Fargo's stay relief motion with respect to Susilo litigation for conflicts purposes (.10) | 0.10 |
| 08/09/12 | MG8 | Review and incorporate new stipulation language proposed by J. Shulman, counsel to Wells Fargo in Susilo matter, regarding withdrawal of motion with prejudice and follow-up regarding same (.50) | 0.50 |
| 08/09/12 | MG8 | Participate in telephone conference with J. Scoliard regarding stipulation and order resolving Wells Fargo's Stay Relief Motion in connection with Susilo litigation and related stay relief matters (.40) | 0.40 |
| 08/09/12 | MG8 | Participate in telephone conference with E. Frejke, counsel to Committee, regarding changes to stipulation and order resolving Wells Fargo's motion for stay relief with respect to Susilo Action (.20) | 0.20 |
| 08/09/12 | MG8 | Revise transmittal to chambers regarding proposed stipulation and order resolving Wells Fargo motion for stay relief with respect to Susilo Action and submit same to chambers (.20) | 0.20 |
| 08/10/12 | SJR | Confer with Curtis team regarding matters related to Wells Fargo Motion for Relief from Stay (.20) | 0.20 |
| 08/10/12 | MAC | Review automatic stay pleadings and FHFA pleadings in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 08/14/12 | MG8 | Review memorandum opinion granting and denying in | 0.30 |

12-12020-mg    Doc 1890-13    Filed 12/03/14    Entered 12/03/14 22:56:28    Exhibit
Exhibit 13    Pg 167 of 174

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  7

| | | | |
|---|---|---|---|
| | | part Taggart's stay relief motion in connection with Curtis' role as Debtors' conflicts counsel (.30) | |
| 08/16/12 | SJR | Follow up regarding matters regarding Wells Fargo's Automatic Stay litigation in efforts to resolve same (.60) | 0.60 |
| 08/16/12 | MG8 | Correspond with B. Holman, counsel to Wells Fargo, in connection with informal automatic stay request relating to Dexter landlord litigation for conflicts purposes (.30) | 0.30 |
| 08/16/12 | MG8 | Review opinions denying Ulbrich and Jackson stay relief motions for conflicts counsel purposes (.30) | 0.30 |
| 08/16/12 | MAC | Review automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.70) | 0.70 |
| 08/17/12 | MG8 | Correspond with J. Scoliard regarding strategy for Wells Fargo's stay relief request relating to Dexter landlord litigation (.10) | 0.10 |
| 08/20/12 | MG8 | Review entered stipulation and order resolving Wells Fargo's stay relief motion with respect to Susilo action and attend to related follow-up correspondence to client, ETS outside counsel in Susilo action and members of Residential Capital's Legal Department (.70) | 0.70 |
| 08/20/12 | MG8 | Communicate with Curtis team regarding reminder for entry of stipulation and order resolving Wells Fargo's stay relief motion for conflicts purposes (.30) | 0.30 |
| 08/21/12 | MG8 | Participate in telephone conference with J. Scoliard and N. Campbell regarding Wells Fargo's stay relief issues with respect to the Dexter landlord litigation pending in California and related follow-up (.50) | 0.50 |
| 08/21/12 | JZ | Confer with working group regarding issues related to upcoming automatic stay hearing and potential need for Curtis at hearing (.20) | 0.20 |
| | | TOTAL HOURS | 37.30 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 6.80 | 830 | 5,644.00 |
| Turner P. Smith | Partner | 2.80 | 830 | 2,324.00 |
| Michael Ari Cohen | Partner | 4.00 | 730 | 2,920.00 |
| Maryann Gallagher | Counsel | 18.40 | 625 | 11,500.00 |
| James Zimmer | Associate | 5.30 | 345 | 1,828.50 |
| | | **37.30** | | **$24,216.50** |

**TOTAL SERVICES**                                          $24,216.50


**TOTAL THIS INVOICE**                                    $24,216.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 09/12/12 | 1547996 | 94,623.00 | 0.00 | 94,623.00 |
| | | Prior Balance | | **$94,623.00** |
| | | Balance Due | | **$118,839.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552240

| | |
|---|---|
| Total Services | 24,216.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$24,216.50** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 94,623.00 | | | | 94,623.00 |

| | |
|---|---|
| **Balance Due** | **$118,839.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                          October 16, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                   Inv. # 1552241
Fort Washington PA 19034                                          Our Ref. 062108-000700
                                                                 SJR

Attention:    Residential Capital, LLC

Re:  **Curtis Retention/Billing/Fee Applications**

---

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 08/01/12 | MG8 | Attend to final review of and logistics relating to the service of the Monthly Fee Statement and numerous consultations with Curtis team regarding same (.40) | 0.40 |
| 08/01/12 | AD | Finish reviewing and revising the Monthly Fee Statement Cover Letter and related Charts for May 14, 2012 through and including June 30, 2012 (.50) | 0.50 |
| 08/01/12 | AD | Prepare and send Curtis' Monthly Fee Statement to Residential Capital, LLC via Overnight Mail (.80) | 0.80 |
| 08/02/12 | AD | Attend to the service of the May 14th through and including June 30th Monthly Fee Statement (.50) | 0.50 |
| 08/02/12 | JZ | Confer with working group regarding May and June Monthly Fee Statement issues (.10) | 0.10 |
| 08/06/12 | JZ | Confer with working group regarding preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/08/12 | JZ | Confer with working group regarding issues related to preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/16/12 | JZ | Attend to preparation of July Monthly Fee Statement and issues related to same (.40) | 0.40 |
| 08/20/12 | JZ | Confer with working group regarding preparation of July Monthly Fee Statement and issues related to same (.20) | 0.20 |
| 08/21/12 | JZ | Confer and correspond with working group regarding additional conflicts search parties for CMH matter and Curtis' ability to represent debtors in connection with action for conflicts purposes (.30) | 0.30 |
| 08/21/12 | JZ | Review conflicts searches in connection with CMH matter (.20) | 0.20 |
| 08/22/12 | AD | Update July 2012 Monthly Fee Statement Charts and related Cover Letter (1.00) | 1.00 |
| 08/29/12 | AD | Prepare Ally's "Request to Add or Modify Timekeepers/Billing Rates" chart per the request of M. Gallagher (2.00) | 2.00 |

October 16, 2012
Inv # 1552241
Our Ref # 062108-000700

Page 2

| | | | |
|---|---|---|---|
| 08/29/12 | JZ | Confer and correspond with working group regarding preparation of July Monthly Fee Statement and related issues (.20) | 0.20 |
| 08/29/12 | JZ | Confer and correspond with working group regarding preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/29/12 | JZ | Review and revise July Monthly Fee Statement (.20) | 0.20 |
| | | TOTAL HOURS | 7.10 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.40 | 625 | 250.00 |
| James Zimmer | Associate | 1.90 | 345 | 655.50 |
| Alana Dreiman | Legal Assistant | 4.80 | 230 | 1,104.00 |
| | | **7.10** | | **$2,009.50** |

TOTAL SERVICES                                         $2,009.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 40.40 |

TOTAL EXPENSES                                         $40.40

TOTAL THIS INVOICE                                     $2,049.90



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538155 | 17,825.50 | 0.00 | 17,825.50 |
| 07/31/12 | 1544991 | 22,513.50 | 0.00 | 22,513.50 |
| 09/12/12 | 1547997 | 12,944.00 | 0.00 | 12,944.00 |
| | | Prior Balance | | **$53,283.00** |
| | | Balance Due | | **$55,332.90** |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**

| | |
|---|---|
| Bank: | Citibank |
| ABA Routing #: | 021000089 |
| F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552241

| | |
|---|---:|
| Total Services | 2,009.50 |
| Total Expenses | 40.40 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$2,049.90** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 12,944.00 | 40,339.00 | | | 53,283.00 |

**Balance Due**          **$55,332.90**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                    November 09, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034                                    Inv. # 1557014
                                                           Our Ref. 062108-000100
                                                           SJR

Attention:    Residential Capital, LLC

Re:  **Case Administration**

---

| 09/04/12 | MG8 | Review filings on the SDNY Bankruptcy Court docket in connection with Curtis' role as conflicts counsel, including numerous objections to the Debtors' exclusivity motion, filings related to the automatic stay and discovery of Debtors in connection with FHFA litigation and notices related to hearing scheduled for September 11, 2012 (1.60) | 1.60 |
|---|---|---|---|
| 09/05/12 | MG8 | Review for potential conflicts issues the Committee's objection to Debtors' motion to extend exclusive periods (.30) | 0.30 |
| 09/05/12 | MG8 | Brief review of daily docket activity for potential conflicts (.50) | 0.50 |
| 09/06/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including pleadings in connection with compensation to PWC in connection with foreclosure review and compliance with Federal Reserve Consent Order and reaffirmance of GA servicing consent order, payments to independent directors, motion for declaratory ruling of possible stay violations, notices of withdrawal, Union Bank motion for relief from stay and committee statement regarding retention of certain professionals (2.20) | 2.20 |
| 09/07/12 | SJR | Attend to review of pleadings regarding extension of exclusivity where Curtis may be called upon regarding new potential conflict matter (.60) | 0.60 |
| 09/07/12 | MG8 | Review daily docket activity for potential conflicts issues, including responses to objections to exclusivity motion and status report regarding RMBS settlement, notices and agendas relating to September 11th hearing and letter requesting adjournment of September 11th hearing on FHFA matters due to UBS appeal to Second Circuit (1.20) | 1.20 |
| 09/10/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including numerous affidavits regarding professional retentions, correspondence regarding stay motion relating to UBS appeal in FHFA litigation, Committee statement regarding status report filed by Debtors regarding RMBS settlement, | 1.90 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 2

| | | | |
|---|---|---|---|
| | | Stipulation and Order with Greenpoint, order denying request to adjourn hearing on FHFA motion for stay relief and related matters and Taggert motion relating to stay and review MBIA joinder to Committee statement regarding RMST statement report (1.90) | |
| 09/11/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including Debtors' motion for approval of procedures for stay relief to allow senior lenders to foreclose on properties where debtors have junior interest (.70) | 0.70 |
| 09/12/12 | MG8 | Brief review of the Committee's professional retention applications in connection with analysis of RMBS settlement for potential conflicts purposes (.10) | 0.10 |
| 09/13/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel to the Debtors, including Connor Supplement to Motion Seeking a Declaratory Ruling as to Possible Violations of the Automatic Stay, Notice of Status Conference relating to motion to approve RMBS settlement, retention applications and filed letter regarding Second Circuit stay of FHFA litigation pending hearing on appeal, retention applications, retention orders and various notices (1.20) | 1.20 |
| 09/13/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.30) | 0.30 |
| 09/14/12 | MG8 | Review heavy docket activity in connection with Curtis' role as conflicts counsel, including pleadings opposing request for appointment of official borrowers' committee, request and order regarding stay relief, notice with respect to intent to assume certain executory contracts and numerous other notices (1.70) | 1.70 |
| 09/17/12 | MG8 | Review docket activity for potential conflicts purposes, including Wilmington Trust limited objection to payments to PWC for foreclosure review required by consent order, and several stay relief motions, including those filed by Wachovia, HSBC and Household Finance (.80) | 0.80 |
| 09/17/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.50) | 0.50 |
| 09/18/12 | MG8 | Review heavy docket activity for potential conflicts purposes, including Debtors' status report, numerous responses and statements filed in connection with the September 19th status conference with respect to RMBS Settlement, several additional notices and orders in connection with lift stay motions, a motion to convert, orders relating to retention of certain Committee professionals and an objection to payment of PWC's fees in connection with foreclosure review (1.60) | 1.60 |
| 09/19/12 | MG8 | Review docket activity in Debtors' cases in connection | 1.10 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 3

| | | | |
|---|---|---|---|
| | | with Curtis' role as Debtors' conflicts counsel, including JP Morgan's objection to Debtors' motion to approve procedures for stay relief when senior lenders seek to foreclose on property in which Debtors assert or represent a junior security interest, the Committee's objection to the Debtors' motion to make payments to PWC and retain two law firms in connection with foreclosure review required by FRB Consent Order, the notice of order requiring arbitration in Ulbrich litigation, the committee reservation or rights with respect to Debtors' motion to pay expenses of independent directors and numerous other notices and orders (1.10) | |
| 09/19/12 | MAC | Review recently filed RMBS and automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.90) | 0.90 |
| 09/20/12 | MG8 | Review heavy docket activity in Debtors' Chapter 11 cases, including Citibank's objection to Wilmington Trust's motion to modify scheduling order for RMBS settlement, notice of adjournment of RMBS settlement hearing, motion to join motion for borrower's committee, Debtors' objections to Corla Jackson's motion and Matthew's motion for stay relief, and Debtors' opposition to Lewis' motion for summary judgment (1.70) | 1.70 |
| 09/20/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court (.10) | 0.10 |
| 09/20/12 | JZ | Correspond with working group regarding calendar entries for upcoming deadlines (.10) | 0.10 |
| 09/21/12 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including correspondence to the court regarding FHFA discovery, attorney affidavits of disinterestedness, notices relating to de minimus sales, hearing notices, reply with respect to homeowners' committee motion and notice regarding supplemental exhibits for motion to compensate PWC for obligations under Consent Order (1.10) | 1.10 |
| 09/21/12 | MAC | Review automatic stay relief pleadings filed in Chapter 11 case in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 09/21/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court and confer with J. Zimmer regarding same (.30) | 0.30 |
| 09/21/12 | JZ | Confer with A. Dreiman regarding necessary calendar entries for upcoming hearing dates (.10) | 0.10 |
| 09/24/12 | MG8 | Review docket activity throughout the day in connection with Curtis' role as Debtors' conflicts counsel, including numerous notices, proposed orders re: RMBS settlement, pleadings relating to stay relief, objection to cure amounts, declaration in support of additional | 2.40 |

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page  4

disclosures, status report on plan process and several other filings and briefly review the Committee's motion for authority to bring certain actions in lieu of Debtors (2.40)

| Date | Init | Description | Hours |
|---|---|---|---|
| 09/24/12 | MAC | Review recently filed automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 09/24/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the Court and confer with J. Zimmer regarding same (.30) | 0.30 |
| 09/24/12 | JZ | Confer with A. Dreiman regarding updating internal calendar regarding upcoming hearing dates involving conflict parties (.30) | 0.30 |
| 09/25/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including numerus notices relating to hearing scheduled for September 27, 2012, pleadings and orders relating to stay relief requests, the Committee's request to compel discovery of Gibbs & Brun regarding RMBS settlement, the Committee's Motion for standing to bring certain actions which Debtors cannot due to certain stipulations, related notices of hearing, pleadings regarding motion to convert, Debtors' monthly operating report, Ally Financial Inc.'s motion with respect to Position Statement Regarding the Debtors' PricewaterhouseCoopers and related motions and pleadings relating to motion for Homeowners' Committee (including "amicus" brief) (1.80) | 1.80 |
| 09/25/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by the court (.60) | 0.60 |
| 09/26/12 | MG8 | Brief review of docket activity for the day in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 09/27/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel to the Debtors (1.10) | 1.10 |
| 09/27/12 | AD | Retrieve the Final Supplemental Order filed on July 13, 2012 in the Residential Capital, LLC case (.10) | 0.10 |
| 09/28/12 | MG8 | Review heavy docket activity in connection with Curtis' role as conflicts counsel to the Debtors (1.70) | 1.70 |

TOTAL HOURS          31.30

November 09, 2012
Inv # 1557014
Our Ref # 062108-000100

Page 5

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.60 | 830 | 498.00 |
| Michael Ari Cohen | Partner | 2.50 | 730 | 1,825.00 |
| Maryann Gallagher | Counsel | 25.50 | 625 | 15,937.50 |
| James Zimmer | Associate | 0.50 | 345 | 172.50 |
| Alana Dreiman | Legal Assistant | 2.20 | 230 | 506.00 |
| | | **31.30** | | **$18,939.00** |

TOTAL SERVICES                                    $18,939.00

**Summary of Expenses**

Transportation: Subway to Court                    18.00

TOTAL EXPENSES                                    $18.00

TOTAL THIS INVOICE                                $18,957.00



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538615 | 34,290.10 | 0.00 | 34,290.10 |
| 07/31/12 | 1544985 | 42,382.20 | 0.00 | 42,382.20 |
| 09/12/12 | 1547991 | 14,593.61 | 0.00 | 14,593.61 |
| 10/16/12 | 1552235 | 25,347.29 | 0.00 | 25,347.29 |
| | | Prior Balance | | **$116,613.20** |
| | | Balance Due | | **$135,570.20** |



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

### PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -
| | |
|---|---|
| Bank: | Citibank |
| ABA Routing #: | 021000089 |
| F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| Account# | 40585074 |

Mail Checks to -
Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557014

| | |
|---|---|
| Total Services | 18,939.00 |
| Total Expenses | 18.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$18,957.00** |

### ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 25,347.29 | 14,593.61 | | 76,672.30 | | 116,613.20 |

| | |
|---|---|
| **Balance Due** | **$135,570.20** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



### CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

November 09, 2012

Inv. # 1557015
Our Ref. 062108-000210
SJR

Attention:    Residential Capital, LLC

Re:   **Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 09/20/12 MG8 | Participate in telephone conference for conflicts purposes with G. Opero of Professional Services regarding issue with short sale on Florida property on which GMAC may hold second lien and follow-up with N. Rosenbaum regarding same (.30) | 0.30 | |
| 09/27/12 JD3 | Review draft Settlement Agreement with Calpine and follow up review of Final Supplemental Order authorizing settlement of foreclosure disputes for conflicts purposes (.40) | 0.40 | |
| 09/28/12 MG8 | Review four objections of Wells Fargo in various capacities to Debtors' motion to assume and assign executory contracts and to proposed cure amounts in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 | |
| | TOTAL HOURS | 1.40 | |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 1.00 | 625 | 625.00 |
| James V. Drew | Associate | 0.40 | 590 | 236.00 |
| | | 1.40 | | **$861.00** |

| | |
|---|---|
| **TOTAL SERVICES** | **$861.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$861.00** |



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538151 | 2,287.00 | 0.00 | 2,287.00 |
| 07/31/12 | 1544986 | 9,604.50 | 0.00 | 9,604.50 |
| 09/12/12 | 1547992 | 5,398.00 | 0.00 | 5,398.00 |
| | | Prior Balance | | **$17,289.50** |
| | | Balance Due | | **$18,150.50** |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -     Bank:          Citibank
                    ABA Routing #: 021000089
                    F/B/O:         Curtis Mallet-Prevost Colt & Mosle LLP
                    Account#       40585074

Mail Checks to -    Curtis Mallet-Prevost Colt & Mosle LLP
                    General Post Office
                    P.O. Box 27930
                    New York, NY 10087-7930


                    Residential Capital, LLC
                    Inv. # 1557015

                    Total Services              861.00

                    Total Expenses                0.00

                    Applied Credit                0.00
                                            _____

                    **Total This Invoice       $861.00**


ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 5,398.00 | | 11,891.50 | | 17,289.50 |

**Balance Due          $18,150.50**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC                                November 09, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                               Inv. # 1557016
                                                        Our Ref. 062108-000350
                                                        SJR

Attention:   Residential Capital, LLC

Re:   **Hearings and Court Matters**

---

| | | | |
|---|---|---|---|
| 09/11/12 | MG8 | Prepare for and attend omnibus hearing addressing, among other things, the status of the RMBS settlement and related discovery issues, exclusivity and several uncontested matters in connection with Curtis' role as conflicts counsel to the debtors (2.30) | 2.30 |
| 09/11/12 | MG8 | Prepare for and attend evidentiary hearing on FHFA motion for third party discovery of debtors and, to the extent necessary, relief from stay in connection with Curtis' role as conflicts counsel to Debtors in connection with a variety of stay relief matters (2.50) | 2.50 |
| 09/19/12 | MG8 | Prepare for and attend hearing with respect to scheduling and related issues in connection with the Debtors' motion seeking approval of the RMBS Settlement in connection with Curtis' role as conflicts counsel to the Debtors (4.20) | 4.20 |
| 09/27/12 | MG8 | Attend Omnibus hearing, including Status Conference, on preauction objections of RMBS Trustees, Debtors' motion authorizing payment to PWC for review in compliance with FRB Consent Order and related retention applications, GMAC Mortgage litigation against Silmon, Debtors' motion to reimburse expenses of independent directors, motion seeking appointment of a Borrowers' Committee, Corla Jackson motion regarding alleged stay violations, hearing in adversary proceedings commenced by Lewis parties and certain uncontested stay relief motions involving HELOCs in connection with Curtis' role as Debtors' conflicts counsel (3.10) | 3.10 |

                                   TOTAL HOURS                12.10

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 12.10 | 625 | 7,562.50 |
| | | 12.10 | | **$7,562.50** |

November 09, 2012
Inv # 1557016
Our Ref #  062108-000350

Page  2

| | |
|---|---|
| **TOTAL SERVICES** | $7,562.50 |
| **TOTAL THIS INVOICE** | $7,562.50 |



**CURTIS**

Curtis. Mallet-Prevost. Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538152 | 5,110.00 | 0.00 | 5,110.00 |
| 07/31/12 | 1544987 | 26,943.00 | 0.00 | 26,943.00 |
| 09/12/12 | 1547993 | 12,872.50 | 0.00 | 12,872.50 |
| 10/16/12 | 1552237 | 11,110.00 | 0.00 | 11,110.00 |
| | | Prior Balance | | **$56,035.50** |
| | | Balance Due | | **$63,598.00** |



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

## ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -

| | |
|---|---|
| Bank: | Citibank |
| ABA Routing #: | 021000089 |
| F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| Account# | 40585074 |

Mail Checks to -

Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1557016

| | |
|---|---|
| Total Services | 7,562.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$7,562.50** |

## ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 11,110.00 | 12,872.50 | | 32,053.00 | | 56,035.50 |

| | |
|---|---|
| **Balance Due** | **$63,598.00** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

12-12020-mg   Doc 3209-12   Filed 03/04/13   Entered 03/03/20:55:07   Main Document
Pg 41 of 44



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC                                                November 09, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                               Inv. # 1557018
                                                                       Our Ref. 062108-000410
                                                                       SJR

Attention:   Residential Capital, LLC

Re:   Adversary Proceedings and Contested Matters

| | | | |
|---|---|---|---|
| 09/04/12 | MG8 | Confer with J. Zimmer regarding CMH Holdings and related issues (.10) | 0.10 |
| 09/04/12 | JZ | Confer with M. Gallagher regarding CMH Holdings issues for conflicts purposes (.10) | 0.10 |
| 09/10/12 | TPS | Follow up with M. Gallagher regarding CMH Holdings JV dispute for conflicts purposes (.10) | 0.10 |
| 09/10/12 | MG8 | Participate in telephone conference with B. Tyson regarding issue with Cerberus regarding CMH Holdings and related follow-up with T. Smith (.20) | 0.20 |
| 09/13/12 | MG8 | Correspond with B. Tyson of Residential Capital regarding dispute involving CMH Holdings JV for conflicts purposes (.20) | 0.20 |
| 09/25/12 | TPS | Follow up re: CMH Holding dispute (.20) | 0.20 |
| 09/25/12 | MG8 | Confer with B. Tyson of Residential Capital regarding status of disagreement with Cerberus regarding CMH Holdings JV distributions and follow-up with Curtis team re: same (.30) | 0.30 |
| | | **TOTAL HOURS** | **1.20** |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Turner P. Smith | Partner | 0.30 | 830 | 249.00 |
| Maryann Gallagher | Counsel | 0.80 | 625 | 500.00 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| | | 1.20 | | **$783.50** |

**TOTAL SERVICES**                                                    $783.50

November 09, 2012
Inv # 1557018
Our Ref #  062108-000410

Page  2

| | |
|---|---|
| TOTAL THIS INVOICE | $783.50 |



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

### Outstanding Accounts Receivable

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538153 | 38,135.40 | 0.00 | 38,135.40 |
| 07/31/12 | 1544989 | 47,488.00 | 0.00 | 47,488.00 |
| 09/12/12 | 1547995 | 4,529.00 | 0.00 | 4,529.00 |
| 10/16/12 | 1552239 | 14,094.00 | 0.00 | 14,094.00 |
| | | Prior Balance | | $104,246.40 |
| | | Balance Due | | $105,029.90 |



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |
| Mail Checks to - | Curtis Mallet-Prevost Colt & Mosle LLP | |
| | General Post Office | |
| | P.O. Box 27930 | |
| | New York, NY 10087-7930 | |

Residential Capital, LLC
Inv. # 1557018

| | |
|---|---|
| Total Services | 783.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$783.50** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| 14,094.00 | 4,529.00 | | 85,623.40 | | 104,246.40 |

| | |
|---|---|
| **Balance Due** | **$105,029.90** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.