

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                          December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                  Inv. # 1560666
Fort Washington  PA 19034                                        Our Ref. 062108-000400
                                                                 SJR

Attention:     Residential Capital, LLC

Re:   **General Litigation Matters**


| 10/04/12 | SJR | Follow up regarding Cure Objections and Curtis' handling of same same in connection with CitiMortgage's Objection and other related matters (1.70) | 1.70 |
|---|---|---|---|
| 10/04/12 | TF1 | Participate in conference call with Morrison & Foerster to discuss conflicts assignment vis-a-vis cure and assignment objections related to Sale Motion (.20) | 0.20 |
| 10/04/12 | TF1 | Attend to matters concerning legal research needed for conflicts assignment and confer with working group regarding same (1.20) | 1.20 |
| 10/04/12 | TF1 | Review and take notes on Citigroup objection to cure and assignment in connection with Sale Motion (1.10) | 1.10 |
| 10/05/12 | SJR | Attend to issues regarding objections to cure amounts and assumption and assignment of contracts in the Residential Capital case on matters where Curtis is acting as Conflicts Counsel and review underlying documentation related to same (3.30) | 3.30 |
| 10/05/12 | TPS | Conduct research in support of opposition to CitiMortgage's cure objection on sales motion (.70) | 0.70 |
| 10/05/12 | TF1 | Follow-up on staffing and assignments regarding research for conflicts project regarding objections to cure amounts and assumption/assignments (.50) | 0.50 |
| 10/08/12 | TF1 | Confer with working group regarding research in regards to objections to assumption/assignments and cure amounts (2.30) | 2.30 |
| 10/08/12 | TF1 | Confer with Morrison & Foerster's J. Marines on status of obligations to be assumed by Nationstar (.30) | 0.30 |
| 10/08/12 | TF1 | Review and take notes on materials relevant to assumption/assignment and cure amount objections, including objections by Citigroup, Fannie, RMBS Trustees, and Sale Procedures Order (4.70) | 4.70 |
| 10/09/12 | SJR | Review materials regarding assumption/assignment and cure amount objections whereby Curtis is acting as | 2.70 |

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/14/13 20:55:07    Main Document
Pg 49 of 124

| | | | |
|---|---|---|---|
| | | Conflicts Counsel in connection with same related to CitiMortgage and RMBS (2.70) | |
| 10/09/12 | TF1 | Attend to matters concerning preparation for responses to objections assignment/assumption and cure amounts for conflict parties, including communications with Morrison & Foerster regarding coordination and negotiation with Nationstar on issues pertinent to objections and follow-up on research, continued review and note-taking on pertinent orders and pleadings (1.80) | 1.80 |
| 10/10/12 | TF1 | Attend omnibus hearing, including pre-trial conference on Trustees' pre-auction objections that mirror assigment/assumption and cure objections raised by conflicts parties (1.50) | 1.50 |
| 10/10/12 | TF1 | Review agenda and debtors' reply to pre-auction objections in connection with hearing and conference on Trustee's pre-auction objections to Sale Motion (.50) | 0.50 |
| 10/11/12 | TF1 | Participate in conference call with Morrison & Foerster on assumption/assignment and cure objections by conflicts parties (.30) | 0.30 |
| 10/11/12 | TF1 | Confer with working group to discuss research needed in connection with same (.80) | 0.80 |
| 10/11/12 | TF1 | Briefly review CitiMortgage agreements received from Morrison & Foerster (.40) | 0.40 |
| 10/11/12 | TF1 | Review research results (1.00) | 1.00 |
| 10/12/12 | TF1 | Review proposed stipulation further extending stay as to conflicts parties and research related background information on conflicts parties and suits sought to be stayed (1.20) | 1.20 |
| 10/12/12 | TF1 | Review RMBS Trustees reply concerning pre-auction objections because it raises similar issues as conflicts parties in objecting to assignment/assumption (.50) | 0.50 |
| 10/12/12 | TF1 | Meet with Curtis team to discuss research for responding to conflicts parties' objections to assignment/assumptions (.50) | 0.50 |
| 10/12/12 | TF1 | Review underlying pleadings in key cases that raised similar issues to those raised by conflicts parties' objections to assignment/assumption and draft summaries regarding same for Morrison & Foerster in handling similar issues raised by other parties (4.50) | 4.50 |
| 10/13/12 | TF1 | Continue reviewing research results and underlying pleadings on issues raised by conflicts parties in objections to assumption/assignment and draft summaries of same for Morrison & Foerster (1.50) | 1.50 |

12-12020-mg   Doc 3209   Filed 03/04/13   Entered 03/03/20:55:07   Main Document
Pg 499 of 194

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  3

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/14/12 | TF1 | Continue reviewing research results and underlying pleadings on issues raised by conflicts parties in objections to assumption/assignment and draft summaries of same for Morrison & Foerster (1.30) | 1.30 |
| 10/15/12 | TF1 | Review pleadings in other cases uncovered by researchers relevant to assignment/assumption objections made by conflicts parties and draft summaries of same for Morrison & Foerster for similar issues raised by other parties (6.50) | 6.50 |
| 10/15/12 | TF1 | Confer with working group on results of research (.30) | 0.30 |
| 10/16/12 | TF1 | Review and send comments to latest draft stipulation regarding extension of automatic stay and review Judge's ruling on FHFA discovery request in connection therewith (1.00) | 1.00 |
| 10/16/12 | TF1 | Review unreported pleadings found by researchers relevant to issues raised by conflicts parties about indemnification obligations in objections to assumption/assignment of servicing rights (1.40) | 1.40 |
| 10/16/12 | TF1 | Confer with working group re: legal research in connection with assumption/assignment of indemnification obligations (.20) | 0.20 |
| 10/16/12 | TF1 | Review E. Combs' memo on assumption/assignment of indemnification obligations and exchange emails with working group re: same (.40) | 0.40 |
| 10/17/12 | TF1 | Attend hearing on RMBS pre-auction objections in light of Citigroup filing in relation to same (.80) | 0.80 |
| 10/17/12 | TF1 | Prepare for hearing on RMBS pre-auction objections by reviewing agenda and filings in light of Citigroup filing in relation to same (.70) | 0.70 |
| 10/17/12 | TF1 | Review and edit stipulation on extending stay to January 2013 for conflicts purposes (.30) | 0.30 |
| 10/17/12 | TF1 | Review and edit John Hancock's stipulation on extending stay (.40) | 0.40 |
| 10/17/12 | TF1 | Correspond with Morrison & Foerster on progress of negotiations regarding consensual extension of stay for conflicts purposes (.20) | 0.20 |
| 10/17/12 | TF1 | In light of naming additional conflicts parties, review and edit amended complaint to extend stay and renewed motion to extend stay (2.70) | 2.70 |
| 10/17/12 | MG8 | Prepare for and attend hearing on RMBS Trustee's pre-auction objections to the Debtors' proposed sale of the servicing platform, the debtors' KEIP program and the Debtors' motion to amend the Barclays' DIP facility | 1.20 |

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  4

in connection with Curtis' role as Debtors' conflicts
counsel (1.20)

| | | | |
|---|---|---|---|
| 10/18/12 | TF1 | Review and communicate with Morrison & Foerster on final version of Hancock extend stay stipulation (.20) | 0.20 |
| 10/18/12 | TF1 | Follow-up on status in regards to Colonial Bank, amended complaint to extend stay, and renewed motion to extend stay for conflicts purposes (.20) | 0.20 |
| 10/19/12 | TF1 | Follow-up regarding revisions to Sale Order as pertains to conflicts parties' objections to assumption and assignment (.10) | 0.10 |
| 10/22/12 | TF1 | Review new stipulation filed in extend stay adversary proceeding (.10) | 0.10 |
| 10/23/12 | TF1 | Review filed and signed stipulations regarding extend stay adversary proceeding involving conflicts parties (.20) | 0.20 |
| 10/26/12 | TF1 | Review new scheduling order for RMBS Trustee, results of auction, and other updates pertinent to objections by conflicts parties to assignment/assumption (.20) | 0.20 |
| 10/31/12 | TF1 | Confer with A. Barrage on Citibank objection to sale (.10) | 0.10 |
| 10/31/12 | TF1 | Participate in group call on responses to sale objections (1.00) | 1.00 |
| 10/31/12 | TF1 | Follow-up with client and counsel for CitiMortgage on potential resolution of CitiMortgage objection (.50) | 0.50 |
| 10/31/12 | TF1 | Review information on Citigroup and other objections in preparation for call (.90) | 0.90 |

TOTAL HOURS          54.10

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 7.70 | 830 | 6,391.00 |
| Turner P. Smith | Partner | 0.70 | 830 | 581.00 |
| Theresa A. Foudy | Partner | 44.50 | 730 | 32,485.00 |
| Maryann Gallagher | Counsel | 1.20 | 625 | 750.00 |
| | | **54.10** | | **$40,207.00** |

**TOTAL SERVICES**                    $40,207.00

December 21, 2012
Inv # 1560666
Our Ref #  062108-000400

Page  5

**TOTAL THIS INVOICE**                                                    $40,207.00

12-12020-mg    Doc 6588-15    Filed 03/03/14    Entered 03/03/14 22:56:28    Exhibit
Exhibit J-6 Pg 6 of 23



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/31/12 | 1544988 | 27,041.50 | 21,633.20 | 5,408.30 |
| 09/12/12 | 1547994 | 2,704.50 | 2,163.60 | 540.90 |
| | Prior Balance | | | **$5,949.20** |
| | Balance Due | | | **$46,156.20** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  |  |  |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
|  | ABA Routing #: | 021000089 |
|  | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | Account# | 40585074 |

|  |  |
|---|---|
| **Mail Checks to -** | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | General Post Office |
|  | P.O. Box 27930 |
|  | New York, NY 10087-7930 |

Residential Capital, LLC
Inv. # 1560666

| | |
|---|---:|
| Total Services | 40,207.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$40,207.00** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
|  |  |  | 540.90 | 5,408.30 | 5,949.20 |

| | |
|---|---|
| **Balance Due** | **$46,156.20** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC                                                    December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                            Inv. # 1560668
Fort Washington  PA 19034                                                   Our Ref. 062108-000430
                                                                            SJR

Attention:    Residential Capital, LLC

Re:   **Automatic Stay/Adequate Protection Matters**

| | | | |
|---|---|---|---|
| 10/03/12 | SJR | Follow up regarding matters related to Susilo litigation (.30) | 0.30 |
| 10/03/12 | SJR | Review matters related to Wells Fargo's stay release litigation where Curtis is acting as Conflicts Counsel (.60) | 0.60 |
| 10/03/12 | MG8 | Attend to correspondence from C. DiCicco and S. Chuck regarding response to Shulman letter regarding declarations for Wells Fargo in Susilo litigation (.30) | 0.30 |
| 10/03/12 | MG8 | Participate in telephone conference with J. Scoliard and C. DiCicco with respect to J. Shulman letter regarding issues with declarations to be provided by debtor ETS in the Susilo litigation for conflicts purposes (.20) | 0.20 |
| 10/03/12 | MG8 | Review correspondence from J. Shulman regarding issues relating to declarations provided for by stipulation and order with respect to Wells Fargo's stay relief request for Susilo litigation, as well as related follow-up correspondence with J. Scoliard and C. DiCicco (.50) | 0.50 |
| 10/03/12 | MG8 | Review and revise response prepared by S. Chuck to Shulman letter regarding issues with ETS declarations for Wells Fargo in connection with Susilo litigation for conflicts purposes (.50) | 0.50 |
| 10/03/12 | MAC | Review Susilo correspondence re: discovery issues and conduct analysis re: same for conflicts purposes (.60) | 0.60 |
| 10/03/12 | MAC | Review multiple new automatic stay motions and other pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.90) | 0.90 |
| 10/04/12 | TPS | Attend to issues related to extension of automatic stay (.30) | 0.30 |
| 10/04/12 | TPS | Review dispute arising in connection with Susilo action and Wells Fargo's request for support on seeking additional time (.30) | 0.30 |

12-12020-mg    Doc 3208-15    Filed 03/04/13    Entered 03/04/13 20:55:07    Exhibit
Exhibit J-4    Pg 9 of 23

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

Page  2

| 10/04/12 | MG8 | Correspond with J. Scoliard and S. Chuck regarding response to J. Shulman, counsel to Wells Fargo, regarding issues with ETS declarations in support of Wells Fargo's summary judgment motion in Susilo litigation for conflicts purposes (.50) | 0.50 |
|---|---|---|---|
| 10/05/12 | MG8 | Attend to several emails from V. Tsoong and C. DiCicco regarding issues with Susilo litigation and related stipulation and order modifying stay for preparation of declarations and provision of trial witnesses (.30) | 0.30 |
| 10/11/12 | TPS | Follow up on Susilo action and the requests for company declarations (.30) | 0.30 |
| 10/16/12 | SJR | Review amended complaint to extend automatic stay to non-debtor parties in the Residential Capital case where extension is beneficial to Residential Capital (1.30) | 1.30 |
| 10/16/12 | MG8 | Review and comment on drafts of amended complaint, motion and proposed stipulation and order further extending automatic stay to certain non-debtor affiliates of Residential Capital for conflicts purposes (1.80) | 1.80 |
| 10/17/12 | SJR | Attend to matters regarding extending stay and renewed motion to extend stay with respect to conflict parties (1.30) | 1.30 |
| 10/17/12 | TPS | Confer with M. Gallagher re: stay relief strategy (.20) | 0.20 |
| 10/17/12 | TPS | Review Dexter's request for a stipulated relief from stay and M. Gallagher's draft in reply (.30) | 0.30 |
| 10/17/12 | MG8 | Review correspondence forwarded by Residential Capital with request for stay relief by plaintiff in Dexter litigation and follow-up with Residential Capital and T. Smith re: same (.40) | 0.40 |
| 10/17/12 | MG8 | Draft and send response to email from counsel to plaintiff in Dexter Street landlord litigation requesting stipulated relief from the automatic stay (.60) | 0.60 |
| 10/17/12 | MG8 | Participate in telephone conference with K. Skogg, counsel to GMAC Mortgage in Dexter litigation, regarding plaintiff's request for stipulated stay relief (.20) | 0.20 |
| 10/17/12 | MG8 | Participate in telephone conference with N. Rosenbaum of Morrison & Foerster regarding request from plaintiff in Dexter landlord litigation for stipulated relief from stay (.10) | 0.10 |
| 10/17/12 | MG8 | Attend to matters relating to review and comment on draft amended complaint, draft motion to further extend stay and draft stipulations for consensual extensions for | 2.80 |

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

Page  3

|            |      |                                                                                                                                                                                      |       |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | extension of automatic stay in connection with Curtis' role as conflicts counsel in connection with several defendants in actions involving certain non-debtors affiliates (2.80) |       |
| 10/18/12   | TPS  | Follow-up on Dexter litigation with Wells Fargo and the proposed modification of the automatic stay (.30)                                                                             | 0.30  |
| 10/18/12   | MG8  | Attend to correspondence from B. Smelco, counsel to plaintiff in landlord litigation pending in state court in California regarding request for stay relief and follow-up with J. Scoliard re: same for conflicts purposes (.70) | 0.70  |
| 10/18/12   | MG8  | Attend to numerous correspondences with J. Rothberg regarding pleadings relating to further request to extend automatic stay with respect to conflicts parties (.40)                 | 0.40  |
| 10/18/12   | JZ   | Confer with working group regarding status of Dexter litigation and potential need for assistance on same (.20)                                                                      | 0.20  |
| 10/22/12   | MG8  | Review stipulations further extending automatic stay with respect to certain non-debtor affiliates and follow-up with Curtis team re: same (.30)                                     | 0.30  |
| 10/22/12   | PJB2 | Review stipulation and agreed order filed in adversary proceeding re: debtors versus Allstate Insurance Company et al. and follow-up with working group re: same (.40)               | 0.40  |
| 10/23/12   | MG8  | Review so-ordered stipulations further extending automatic stay with respect to certain actions against non-debtor affiliates in connection with Curtis' role as conflicts counsel (.30) | 0.30  |
| 10/26/12   | TPS  | Review M. Gallagher's exchange with Bill Smelko re: Dexter's request to lift stay for conflicts purposes (.20)                                                                       | 0.20  |
| 10/26/12   | MG8  | Attend to correspondence with K. Skogg, counsel to GMAC in Dexter Litigation, regarding Wells Fargo's request for limited stay relief and related follow-up with L. Delehy (.50)    | 0.50  |
|            |      | TOTAL HOURS                                                                                                                                                                           | 17.90 |

December 21, 2012
Inv # 1560668
Our Ref #  062108-000430

Page  4

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 3.50 | 830 | 2,905.00 |
| Turner P. Smith | Partner | 1.90 | 830 | 1,577.00 |
| Michael Ari Cohen | Partner | 1.50 | 730 | 1,095.00 |
| Maryann Gallagher | Counsel | 10.40 | 625 | 6,500.00 |
| Peter Josef Buenger | Associate | 0.40 | 425 | 170.00 |
| James Zimmer | Associate | 0.20 | 345 | 69.00 |
| | | **17.90** | | **$12,316.00** |

**TOTAL SERVICES**                                   $12,316.00

**TOTAL THIS INVOICE**                              $12,316.00

12-12020-mg    Doc 6588-15    Filed 03/03/14    Entered 03/03/14 22:56:28    Exhibit
                        Exhibit O    Pg 109 of 23



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 09/12/12 | 1547996 | 94,623.00 | 75,711.30 | 18,911.70 |
| 10/16/12 | 1552240 | 24,216.50 | 19,373.20 | 4,843.30 |
| 11/09/12 | 1557019 | 222.00 | 177.60 | 44.40 |
| | | Prior Balance | | **$23,799.40** |
| | | Balance Due | | **$36,115.40** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:              Citibank
                      ABA Routing #:     021000089
                      F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#           40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930


                      Residential Capital, LLC
                      Inv. # 1560668

                      Total Services                    12,316.00

                      Total Expenses                         0.00

                      Applied Credit                         0.00


                      **Total This Invoice**          **$12,316.00**


**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
|  | 44.40 | 4,843.30 | 18,911.70 |  | 23,799.40 |

**Balance Due**          **$36,115.40**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/13/20:55:07    Main Document
Pg 11 of 23



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                December 21, 2012
1100 Virginia Drive
MC: 190_FTW-M01                                                        Inv. # 1560669
Fort Washington  PA 19034                                             Our Ref. 062108-000700
                                                                       SJR

Attention:     Residential Capital, LLC

**Re:   Curtis Retention/Billing/Fee Applications**

| | | | |
|---|---|---|---|
| 10/02/12 | AD | Update August 2012 Monthly Fee Statement Cover Memo and follow up with J. Zimmer regarding same (.20) | 0.20 |
| 10/02/12 | JZ | Confer with A. Dreiman regarding preparation of August Fee Statement (.20) | 0.20 |
| 10/03/12 | AD | Prepare Request to Modify Timekeeper Billing Rates per client instructions and retention order (.10) | 0.10 |
| 10/03/12 | JZ | Review and revise draft of First Interim Fee Application (1.00) | 1.00 |
| 10/03/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement (.10) | 0.10 |
| 10/03/12 | JZ | Revise August Fee Statement (.40) | 0.40 |
| 10/04/12 | AD | Begin preparing the Detail of Disbursement and Other Charges chart for the First Interim Fee Period (1.00) | 1.00 |
| 10/05/12 | JZ | Confer with working group regarding issues related to preparation of August Fee Statement (.10) | 0.10 |
| 10/05/12 | JZ | Revise draft of First Interim Fee Application (.80) | 0.80 |
| 10/08/12 | JZ | Confer and correspond with working group regarding issues related to preparation of August Fee Statement and First Interim Fee Application (.20) | 0.20 |
| 10/08/12 | JZ | Review and further revise draft of First Interim Fee Application (1.20) | 1.20 |
| 10/09/12 | JZ | Review and further revise draft First Interim Fee Application (.40) | 0.40 |
| 10/09/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement and First Interim Fee Application (.20) | 0.20 |
| 10/11/12 | JZ | Confer and correspond with working group regarding preparation of August Fee Statement and First Interim Fee Application (.10) | 0.10 |

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  2

| | | | |
|---|---|---|---|
| 10/15/12 | MG8 | Review and revise monthly fee statement for August per the Interim Fee Order in connection with Curtis' engagement as Debtors' conflicts counsel (.60) | 0.60 |
| 10/15/12 | AD | Update August 2012 Monthly Fee Statement charts and cover letter per J. Zimmer and M. Gallagher's requests and follow up with J. Zimmer re: same (1.00) | 1.00 |
| 10/15/12 | JZ | Review and revise draft August Fee Statement (.30) | 0.30 |
| 10/15/12 | JZ | Confer and correspond with A. Dreiman regarding requirements for and preparation of First Interim Fee Application and August Fee Statement (.20) | 0.20 |
| 10/16/12 | SJR | Review and revise Curtis' First Interim Fee Application (1.10) | 1.10 |
| 10/16/12 | MG8 | Review and revise draft of First Interim Fee Application (1.70) | 1.70 |
| 10/16/12 | AD | In connection with prepartion of the First Interim Fee Application, update August 2012 Monthly Fee Statement tables and charts per M. Gallagher and J. Zimmer's comments and follow up with J. Zimmer regarding same (2.50) | 2.50 |
| 10/16/12 | AD | Begin preparing First Interim Fee Application tables and Charts per J. Zimmer's request and follow up with J. Zimmer regarding same (4.30) | 4.30 |
| 10/16/12 | JZ | Confer and correspond with A. Dreiman regarding finalization and submission of August Fee Statement (.10) | 0.10 |
| 10/16/12 | JZ | Review and revise draft of First Interim Fee Application (.90) | 0.90 |
| 10/16/12 | JZ | Confer and correspond with working group regarding preparation of First Interim Fee Application (.30) | 0.30 |
| 10/16/12 | JZ | Confer and correspond with A. Dreiman regarding preparation of First Interim Fee Application (.30) | 0.30 |
| 10/17/12 | MG8 | Attend to further review and comment on Curtis' First Interim Fee Application and related follow up with Curtis team (1.30) | 1.30 |
| 10/17/12 | AD | Continue preparing the tables and charts to be included in the First Interim Fee Application and follow up with J. Zimmer regarding same (3.80) | 3.80 |
| 10/17/12 | AD | Update August 2012 Monthly Fee Statement per M. Gallagher's request to aid in preparation of First Interim Fee Application and follow up with J. Zimmer regarding same (3.00) | 3.00 |

12-12020-mg    Doc 3209    Filed 03/14    Entered 03/13/20:55:07    Main Document
Pg 112 of 23

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  3

| | | | |
|---|---|---|---|
| 10/17/12 | JZ | Confer and correspond with working group regarding revisions to First Interim Fee Application (.50) | 0.50 |
| 10/17/12 | JZ | Review and revise draft of First Interim Fee Application (1.40) | 1.40 |
| 10/17/12 | JZ | Review M. Gallagher's comments to First Interim Fee Application (.40) | 0.40 |
| 10/18/12 | MG8 | Attend to review and revisions of Curtis' First Interim Fee Application and numerous communications with J. Zimmer and A. Dreiman regarding the same (1.30) | 1.30 |
| 10/18/12 | MG8 | Participate in numerous communications with E. Richards of Morrison & Foerster regarding First Interim Fee Application requirements and related dates (.30) | 0.30 |
| 10/18/12 | AD | Review and revise the tables and charts to be included in the First Interim Fee Application and follow up regarding same with M. Gallagher and J. Zimmer (3.00) | 3.00 |
| 10/18/12 | JZ | Review and revise draft of First Interim Fee Application (.50) | 0.50 |
| 10/18/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to preparation of First Interim Fee Application (.60) | 0.60 |
| 10/18/12 | JZ | Confer and correspond with A. Dreiman regarding issues related to preparation of First Interim Fee Application (.40) | 0.40 |
| 10/19/12 | SJR | Review, comment and sign-off on First Interim Fee Application filed by Curtis in the Residential Capital cases and coordinate with the Curtis team on matters regarding filing and service of same (1.60) | 1.60 |
| 10/19/12 | MG8 | Attend to review, finalization and filing of Curtis' First Interim Fee Application (1.10) | 1.10 |
| 10/19/12 | AD | Prepare letter of transmittal to Judge Glenn and affidavit of service regarding First Interim Fee Application (.50) | 0.50 |
| 10/19/12 | AD | File the First Interim Fee Application in the Southern District of New York Bankruptcy Court (.50) | 0.50 |
| 10/19/12 | AD | Attend to the transmission of the First Interim Fee Application to parties of notice (1.00) | 1.00 |
| 10/19/12 | JZ | Review and finalize First Interim Fee Application (.20) | 0.20 |
| 10/19/12 | JZ | Attend to issues related to filing of First Interim Fee Application (.40) | 0.40 |
| 10/19/12 | JZ | Confer and correspond with working group regarding | 0.40 |

|  |  |  |  |
|---|---|---|---|
|  |  | issues related to finalizing First Interim Fee Application (.40) |  |
| 10/22/12 | AD | Attend to transmission of Letter to Judge Glenn re: First Interim Fee Application (.50) | 0.50 |
| 10/22/12 | AD | File the Affidavit of Service re: the First Interim Fee Application in the SDNY Bankruptcy Court (.50) | 0.50 |
| 10/22/12 | JZ | Confer and correspond with working group regarding follow up related to service filing of First Interim Fee Application (.20) | 0.20 |
| 10/23/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.10) | 0.10 |
| 10/24/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.20) | 0.20 |
| 10/25/12 | PJB2 | Confer with working group re: drafting amended disclosure statement of Steven Reisman re: additional disclosures to be made in connection with Curtis' retention application (.10) | 0.10 |
| 10/25/12 | PJB2 | Draft amended disclosure statement of Steven Reisman re: additional disclosures to be made in connection with Curtis retention application (1.70) | 1.70 |
| 10/25/12 | PJB2 | Follow-up with working group re: same (.10) | 0.10 |
| 10/25/12 | PJB2 | Revise amended disclosure statement of Steven Reisman same pursuant to comments by M. Gallagher (.30) | 0.30 |
| 10/25/12 | PJB2 | Correspond with S. Reisman re: amended disclosure statement of Steven Reisman (.10) | 0.10 |
| 10/25/12 | JZ | Review and revise draft of September Fee Statement (.30) | 0.30 |
| 10/26/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement and issues related to same (.30) | 0.30 |
|  |  | TOTAL HOURS | 45.90 |

12-12020-mg   Doc 6588-15   Filed 03/03/14   Entered 03/03/14 22:56:28   Exhibit
Exhibit Pg 4 of 23

December 21, 2012
Inv # 1560669
Our Ref #  062108-000700

Page  5

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 2.70 | 830 | 2,241.00 |
| Maryann Gallagher | Counsel | 6.30 | 625 | 3,937.50 |
| Peter Josef Buenger | Associate | 2.30 | 425 | 977.50 |
| James Zimmer | Associate | 12.70 | 345 | 4,381.50 |
| Alana Dreiman | Legal Assistant | 21.90 | 230 | 5,037.00 |
| | | **45.90** | | **$16,574.50** |

**TOTAL SERVICES** $16,574.50

**TOTAL THIS INVOICE** $16,574.50

12-12020-mg    Doc 658-15    Filed 03/03/14    Entered 03/03/14 22:56:28    Exhibit
Exhibit    Pg 19 of 23



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538155 | 17,825.50 | 0.00 | 17,825.50 |
| 07/31/12 | 1544991 | 22,513.50 | 18,010.80 | 4,502.70 |
| 09/12/12 | 1547997 | 12,944.00 | 10,355.20 | 2,588.80 |
| 10/16/12 | 1552241 | 2,049.90 | 1,648.00 | 401.90 |
| 11/09/12 | 1557020 | 4,164.00 | 3,331.20 | 832.80 |
| | Prior Balance | | | **$26,151.70** |
| | Balance Due | | | **$42,726.20** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |
| | | |
| **Mail Checks to -** | Curtis Mallet-Prevost Colt & Mosle LLP | |
| | General Post Office | |
| | P.O. Box 27930 | |
| | New York, NY 10087-7930 | |

Residential Capital, LLC
Inv. # 1560669

| | |
|---|---|
| Total Services | 16,574.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$16,574.50** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 832.80 | 401.90 | 2,588.80 | 22,328.20 | 26,151.70 |

**Balance Due**            **$42,726.20**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                        February 05, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                Inv. # 1562709
Fort Washington  PA 19034                                      Our Ref. 062108-000100
                                                               SJR

Attention:   Residential Capital, LLC

Re:  **Case Administration**

| | | |
|---|---|---|
| 11/02/12 MG8 | Attend to review of recent docket activity for potential conflicts purposes (.50) | 0 50 |
| 11/05/12 MG8 | Briefly review numerous letters to bankruptcy court regarding discovery dispute relating to potentially privileged and confidential documents of Debtors/AFI in connection with RMBS settlement, including correspondence from Committee, Morrison & Foerster, AFI, FGIC and MBIA for potential conflicts purposes (.70) | 0.70 |
| 11/06/12 MG8 | Review recent docket activity for potential conflicts purposes, including Debtors' notices relating to assumption and assignment of SBO servicing agreements, joinder of US Bank to RMBS Trustees' pre-auction objections (.80) | 0.80 |
| 11/07/12 MG8 | Review recent docket activity, including, among other items, the order extending general bar date, stipulation and order extending bar date for RMBS Trustees in connection with Curtis' role as conflicts counsel, numerous objections to Debtors' sale motion, including objections of USAA Federal Savings Bank, Fannie and Federal Home Loan Mortgage Corporation (Freddie) for conflicts purposes (1.20) | 1.20 |
| 11/08/12 MG8 | Review daily docket activity for potential conflicts purposes (.50) | 0.50 |
| 11/14/12 MG8 | Attend to recent docket activity, including various motions seeking to modify the automatic stay, stipulations and order, Committee application to retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel, pleadings relating to appeals and a variety of filing and orders relating to the Debtors' Sale Motion, all in connection with Curtis' role as Debtors' conflicts counsel (1.20) | 1 20 |
| 11/16/12 MG8 | Participate in telephone conference with attorney for Washington County New York regarding notices received from Residential Capital in connection with Curtis' role as conflicts counsel (.20) | 0.20 |

February 05, 2013
Inv # 1562709
Our Ref # 062108-000100

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/16/12 | MG8 | Attend to docket review regarding recent general docket activity in Debtors' Chapter 11 cases in connection with Curtis role as Debtors' conflicts counsel (.60) | 0.60 |
| 11/21/12 | SJR | Confer with M. Gallagher regarding Examiner's application for appointment of conflicts counsel (.10) | 0.10 |
| 11/21/12 | MG8 | Review Examiner's application for appointment of conflicts counsel and follow-up with S. Reisman in connection with Curtis' role as Debtors' conflicts counsel (.20) | 0.20 |
| 11/26/12 | MG8 | Review heavy daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |
| 11/27/12 | AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court (.20) | 0.20 |
| 11/29/12 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including numerous notices and pleadings filed in connection with RMBS Settlement (.70) | 0.70 |
| 11/30/12 | MG8 | Attend to recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 |
| | | **TOTAL HOURS** | 8.30 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.10 | 830 | 83.00 |
| Maryann Gallagher | Counsel | 8.00 | 625 | 5,000.00 |
| Alana Dreiman | Legal Assistant | 0.20 | 230 | 46.00 |
| | | 8.30 | | $5,129.00 |

TOTAL SERVICES                                    $5,129.00

TOTAL THIS INVOICE                               $5,129.00



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -       Bank:              Citibank
                      ABA Routing #:     021000089
                      F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#           40585074

Mail Checks to -      Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930

                      Residential Capital, LLC
                      Inv. # 1562709

                      Total Services                    5,129.00

                      Total Expenses                        0.00

                      **Total This Invoice**          $5,129.00

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.