February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 8

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/09/12 | MG8 | Correspond with working group regarding open issues and preparation of comments to draft omnibus reply to objections to Debtors' Sale Motion (.60) | 0.60 |
| 11/09/12 | MG8 | Attend to several communications with client, Morrison & Foerster, working group and counsel to JPMorgan regarding objections of JPMorgan Chase to Debtors' sale motion (.40) | 0.40 |
| 11/09/12 | MG8 | Review additional documentation regarding CitiMortgage servicing agreements and related correspondence from C. Schares and T. Witten regarding remaining agreements with CitiMortgage in connection with addressing CitiMortgage's objections to Sale Motion (.30) | 0.30 |
| 11/09/12 | MG8 | Draft correspondence to counsel to CitiMortgage regarding outstanding information needed to address CitiMortgage's objections to Debtors' Sale Motion (.30) | 0.30 |
| 11/09/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group to review status of all objections to Debtors' sale motion (1.40) | 1.40 |
| 11/09/12 | MG8 | Review Debtors' draft omnibus reply to objections to Sale Motion to confirm whether it addresses objections lodged by parties that Curtis is covering as conflicts counsel to the Debtors (1.40) | 1.40 |
| 11/09/12 | MG8 | Review client's comments to spreadsheet provided by counsel to PNC Mortgage regarding alleged cure amounts and follow-up with working group, client and Centerview regarding same (.70) | 0.70 |
| 11/09/12 | BMK | Prepare and organize documents and update spreadsheet to reflect documents and information received from various e-mails relating to objections to Sale Motion (.40) | 0.40 |
| 11/09/12 | BMK | Correspond with working group regarding the Debtors' Schedules listing PNC Mortgage's executory contracts (.20) | 0.20 |
| 11/09/12 | BMK | Correspond with working group regarding status of missing contracts in connection with CitiMortgage, Inc. and PNC Mortgage's objection to the Debtors' proposed sale and assumption and assignment of contracts (.30) | 0.30 |
| 11/09/12 | PJB2 | Initial review of draft of Debtors' omnibus reply to objections to Debtors' sale motion and follow-up on same for conflicts purposes (1.70) | 1.70 |
| 11/09/12 | PJB2 | Correspond with working group re: draft of Debtors' omnibus reply to objections to Debtors' sale motion (.20) | 0.20 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 9

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 11/10/12 | MG8 | Prepare for and participate in call with working group to coordinate suggested revisions to the Debtors' draft omnibus reply to the objections to the Sale Motion (1.20) | 1.20 |
| 11/10/12 | MG8 | Review and comment on draft reply to objections to sale motion that had been revised to reflect initial comments from Curtis with respect to objections being handled by Curtis (1.10) | 1.10 |
| 11/10/12 | PJB2 | Participate in call with working group re: revising Debtors' omnibus reply to objections to Debtors' sale motion and research re: same (.40) | 0.40 |
| 11/10/12 | PJB2 | Correspond with working group re: revising Debtors' omnibus reply to objections to Debtors' sale motion and conduct research re: same (.30) | 0.30 |
| 11/10/12 | PJB2 | Revise Debtors' omnibus reply to objections to Debtors' sale motion and conduct research re: same (5.30) | 5.30 |
| 11/11/12 | MG8 | Correspond with P. Buenger regarding burden of proof issue relating to cure amounts on defaulted executory contracts and asset of estate argument in certain objections to cure amounts (.20) | 0.20 |
| 11/11/12 | PJB2 | Correspond with M. Gallagher re: burden of proof on defaults under executory contracts and resulting cure amounts and whether executory contracts prior to rejection are assets of a debtor's estate (.20) | 0.20 |
| 11/11/12 | PJB2 | Conduct further research re: burden of proof on defaults under executory contracts and resulting cure amounts and status of executory contracts prior to rejection and update omnibus reply to various objections to Debtors' sale motion to incorporate same (.80) | 0.80 |
| 11/12/12 | MG8 | Draft correspondence to S. Wallace, counsel to CitiMortgage, regarding certain aspects of CitiMortgage's objection that were addressed by the Debtors' Omnibus Reply and arrange call to address remaining objections (.40) | 0.40 |
| 11/12/12 | MG8 | Participate in conference call with counsel to JPM Chase and in-house counsel to JPM Chase regarding JPM's objections to sale motion and potential solutions to same (.50) | 0.50 |
| 11/12/12 | MG8 | Attend to correspondence relating to JPM Chase's objections to sale and Residential Capital's inquiries related to same, as well as chart of relevant agreements sent by M. Crespo of Morrison & Foerster (.70) | 0.70 |
| 11/12/12 | MG8 | Review and coordinate with working group re: various | 1.80 |

12-12020-mg Doc 3206588-7 Filed 03/03/14 Entered 03/03/14 22:56:28 Exhibit
Exhibit I-6 Pg 3 of 13

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 10

| | | | |
|---|---|---|---|
| | | language of APAs in order to address certain objections to Sale Motion raised by JPM, PNC and CitiMortgage (1.80) | |
| 11/12/12 | MG8 | Review filed versions of Debtors' Omnibus Reply to Debtors' sale motion and related declarations and exhibits in connection with Curtis' role as Debtors' conflicts counsel (1.60) | 1.60 |
| 11/12/12 | MG8 | Review emails and copies of agreements and related materials sent by R. Smith of JPM Chase in connection with JPM's reservation of rights and limited objection to Debtors' Sale Motion (1.20) | 1.20 |
| 11/12/12 | MG8 | Participate in call with M. Crespo regarding JPM Chase's objections to sale motion, background and related issues (.30) | 0.30 |
| 11/12/12 | MG8 | Participate in call with M. Woehr and T. Witten regarding PNC Mortgage's objections to Sale Motion and related issues (.50) | 0.50 |
| 11/12/12 | BMK | Review recently filed Debtors' Omnibus Reply to Objections to Debtors' Sale Motion and related pleadings and objections for conflicts purposes (2.50) | 2.50 |
| 11/12/12 | BMK | Organize documents for sales hearing binder and index and discuss upcoming sales hearing procedures with P. Buenger (1.20) | 1.20 |
| 11/12/12 | PJB2 | Circulate as-filed version of Debtors' omnibus reply to objections to Debtors' sale motion to group and follow-up with B. Kotliar re: upcoming sales hearing procedures and preparation for same (.30) | 0.30 |
| 11/12/12 | PJB2 | Review as-filed Debtors' omnibus reply to objections to Sale Motion and various declarations and exhibits in support thereof re: obligations being assumed and assigned and various other objections raised by potential conflicts parties to the Debtors' Sale Motion and/or cure amounts (1.50) | 1.50 |
| 11/13/12 | SFP | Review correspondence and documents relating to JPMorgan Chase Agreements where JPMC objected to assumption and assignment (3.80) | 3.80 |
| 11/13/12 | MG8 | Attend to correspondence with S. Wallace, counsel to CitiMortgage, regarding explanation of reason for two SBO notices and divisibility of agreements by loans and follow-up with Residential Capital re: same (.60) | 0.60 |
| 11/13/12 | MG8 | Participate in telephone conference with working group and A. Root, counsel to PNC Mortgage, regarding potential resolution to PNC Mortgage's objections to Sale Motion and Assumption and Assignment (.30) | 0.30 |
| 11/13/12 | MG8 | Participate in conference call with counsel to | 0.70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 11

| | | | |
|---|---|---|---|
| | | CitiMortgage and working group to discuss objections to Sale Motion, potential resolutions and related follow-up (.70) | |
| 11/13/12 | MG8 | Participate in telephone conference with R. Smith of JPMorgan Chase and working group regarding issues with respect to certain agreements listed on the Debtors' assumption schedules relevant to resolving JPMorgan Chase's limited objections to Sale Motion (.20) | 0.20 |
| 11/13/12 | MG8 | Attend to numerous communications with Residential Capital's in-house counsel, Residential Capital's business personnel, Morrison & Foerster and working group in connection with efforts to resolve JPMorgan Chase's limited objections to Sale Motion (.80) | 0.80 |
| 11/13/12 | MG8 | Attend to numerous communications with R. Smith, counsel to JPMorgan Chase, regarding agreements to be assumed and assigned and related issues with respect to JPMorgan's limited objections to the Debtors' Sale Motion (.50) | 0.50 |
| 11/13/12 | MG8 | Review applicable notices, orders and APAs for determination about approved procedures for adding and deleting executory agreements to be assumed and assigned in connection with Sale Motion and follow-up with Curtis working group re: same (.80) | 0.80 |
| 11/13/12 | BMK | Review appropriate sale documents and asset purchase agreements for procedures for additional contracts to be assumed and assigned (1.20) | 1.20 |
| 11/13/12 | BMK | Coordinate the production of materials for hearing on Sale Motion and index of same (.50) | 0.50 |
| 11/13/12 | BMK | Investigate Debtors' schedules on the assumption and assignment notice, amended notice and Debtors' First and Second Notices of assuming and assigning SBO servicing contracts as to potentially absent counterparties (0.50) | 0.50 |
| 11/13/12 | RMS | Begin to prepare key documents binder re: sale hearing for attorney review, per the request of B. Kotliar (.80) | 0.80 |
| 11/14/12 | SFP | Further review JPM documents subject of assumption notices, confer with M. Gallagher and consider possible expiration of certain agreements (1.40) | 1.40 |
| 11/14/12 | JD3 | Correspond and confer with working group, Calpine counsel and GMAC counsel re: status of Calpine settlement and sale of REO property (.50) | 0.50 |
| 11/14/12 | MG8 | Draft and respond to numerous communications with counsel to CitiMortgage in connection with efforts to resolve CitiMortgage's objections to the Debtors' sale motion (.70) | 0.70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 12

| | | | |
|---|---|---|---|
| 11/14/12 | MG8 | Review various schedules for executory agreements to be assumed and assigned pursuant to Sale Motion and correspond with Centerview and C. Schares of Residential Capital regarding purchase price allocations related to agreements of certain objecting counter parties (.80) | 0.80 |
| 11/14/12 | MG8 | Attend to correspondence with M. Woehr of Residential Capital and M. Beck of Morrison & Foerster regarding potential resolution of PNC Mortgage's objections to cure amounts and the Debtors' Sale Motion and possible implications related to such resolution (.40) | 0.40 |
| 11/14/12 | MG8 | Review and comment on correspondence to PNC Mortgage with respect to proposed resolution of PNC Mortgage's objections to cure amounts and the Debtors' sale motion (.30) | 0.30 |
| 11/14/12 | MG8 | Review follow-up correspondence with counsel to JPMorgan Chase regarding potential resolution to JPMorgan Chase's reservation of rights with respect to Sale Motion (.20) | 0.20 |
| 11/14/12 | MG8 | Review proposal of PNC Mortgage for potential resolution of PNC Mortgage's objection to Sales Motion and cure amounts and confer with working group regarding same (.30) | 0.30 |
| 11/14/12 | MG8 | Correspond with A. Barrage of Morrison & Foerster and working group regarding status of attempts to resolve various objections to Sales Motion and information needed to further analyze appropriate resolutions (.40) | 0.40 |
| 11/14/12 | MG8 | Attend to several communications relating to settlement of REO litigation involving CPN and related sale of REO property to CPN (.50) | 0.50 |
| 11/14/12 | MG8 | Meet with S. Pollack to review JPM documents listed on assumption and assignment schedules and follow-up re: same (.80) | 0.80 |
| 11/14/12 | MG8 | Review JPM assignment schedules and review and revise correspondence to JPM with respect to proposed resolution to JPM reservation of rights with respect to the Debtors' sale motion (.70) | 0.70 |
| 11/14/12 | MAC | Review sale pleadings and objections in connection with Curtis' role as conflicts counsel to the Debtors (1.10) | 1.10 |
| 11/14/12 | BMK | Revise indices of materials for Sale Motion hearing per P. Buenger's comments and coordinate its production (.80) | 0.80 |
| 11/14/12 | BMK | E-mail T. Foudy and M. Gallagher with list of CitiMortgage, Inc.'s assumed and assigned contracts | 0.20 |

12-12020-mg    Doc 6588-7    Filed 03/03/14    Entered 03/03/14 22:56:28    Exhibit
Exhibit I-6    Pg 6 of 13

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 13

|  |  |  |  |
|---|---|---|---|
| | | pursuant to Debtors' schedules (.20) | |
| 11/14/12 | RMS | Retrieve and compile key documents re: sale hearing, per the request of B. Kotliar (2.10) | 2.10 |
| 11/14/12 | HH | Review materials prepared by P. Buenger re: Debtors' sale hearing (.30) | 0.30 |
| 11/14/12 | HH | Review Debtors' omnibus reply to sale objections in preparation for sale hearing (.80) | 0.80 |
| 11/14/12 | HH | Correspond with working group re: preparations to be made for sale hearing and Curtis' role in same (.70) | 0.70 |
| 11/15/12 | MG8 | Attend to efforts to resolve CitiMortgage's objections to assumption and assignment, as well as to Debtors' Sale Motion, including numerous discussions with counsel to CitiMortgage and Residential Capital regarding CitiMortgage's specific issues, with Morrison & Foerster regarding state of play and with RMBS Trustees and Ocwen regarding outstanding issues with respect to master servicers and SBO service agreements (1.70) | 1.70 |
| 11/15/12 | MG8 | Attend to numerous calls and communications with counsel to JPMorgan Chase, Residential Capital and working group in connection with identification and review of documents in order to resolve JPMorgan Chase's reservations of rights with respect to Debtors' Sale Motion (1.50) | 1.50 |
| 11/15/12 | MG8 | Review Committee Statement Concerning Sale of Servicing Platform and Legacy Platform and follow-up with working group as it relates to continuing negotiations with certain objecting parties (.40) | 0.40 |
| 11/15/12 | MG8 | Confer with B. Kotliar regarding preparation of materials for hearing on Debtors' sale motion and review drafts indices for binders (.30) | 0.30 |
| 11/15/12 | MG8 | Attend to matters relating to resolving objections of PNC Mortgage to Debtors' Sale Motion and to assumption and assignment of PNC Mortgage agreements, including numerous communications with working group and A. Root regarding proposed resolutions and open issues, and follow-up with Morrison & Foerster as to the treatment of SBO servicers generally (1.20) | 1.20 |
| 11/15/12 | MG8 | Review newly filed updated proposed order for Legacy Portfolio sale to Berkshire Hathaway (.50) | 0.50 |
| 11/15/12 | MG8 | Attend to numerous communications with T. Witten, C. Schares and B. Weingarten regarding implications of CitiMortgage's objection to Debtors' Sale Motion (1.20) | 1.20 |
| 11/15/12 | MG8 | Draft detailed email to counsel to CitiMortgage | 0.70 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 14

|  |  |  |  |
|---|---|---|---|
|  |  | addressing open points on CitiMortgage's objection to Sale Motion and assumption and assignment, potential resolutions, state of play and rationale for certain agreements made with RMBS Trustees (.70) |  |
| 11/15/12 | BMK | Monitor case docket and review relevant documents for sales hearing (.50) | 0.50 |
| 11/15/12 | BMK | Prepare sales hearing materials for working group (1.20) | 1.20 |
| 11/15/12 | BMK | Update sales hearing materials to include proposed orders and statement of the Official Committee of Unsecured Creditors (.20) | 0.20 |
| 11/15/12 | BMK | Confer with M. Gallagher re: production of materials for sales hearing (.30) | 0.30 |
| 11/15/12 | BMK | Coordinate the production of the sales hearing materials (.70) | 0.70 |
| 11/15/12 | RMS | Retrieve and compile key documents re: November 19th sale hearing, per the request of B. Kotliar (4.90) | 4.90 |
| 11/16/12 | SJR | Review strategy regarding addressing remaining Objections of conflict parties in connection with Residential Capital's sale transaction and review documentation related to same (2.20) | 2.20 |
| 11/16/12 | MG8 | Participate in telephone conference with working group regarding status of PNC Mortgage and CitiMortgage's objection and open issues and tasks before hearing on Sale Motion (.20) | 0.20 |
| 11/16/12 | MG8 | Participate in telephone conference with G. Lee and M. Crespo to review plan for addressing remaining objections to Sale Motion (.30) | 0.30 |
| 11/16/12 | MG8 | Attend to numerous communications with working group and S. Wallace, counsel to CitiMortgage, regarding open issues and potential resolutions to CitiMortgage's objections to Debtors' Sale Motion (.50) | 0.50 |
| 11/16/12 | MG8 | Attend to communications with A. Root and M. Schaedle, counsel to PNC Mortgage, regarding open issues and points of clarification in connection with assumption and assignment of PNC Mortgage's objections to sale motion (.70) | 0.70 |
| 11/16/12 | MG8 | Review CitiMortgage's supplemental objection to Sale Motion, calculation of cure claim and follow-up with Curtis team and client re: same (.50) | 0.50 |
| 11/16/12 | MG8 | Correspond with T. Witten, M. Waehr, and C. Schares of Residential Capital regarding obtaining list of PNC Mortgage-serviced loans being purchased by Berkshire Hathaway and follow-up with counsel to PNC Mortgage | 0.60 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 15

| | | regarding same (.60) | |
|---|---|---|---|
| 11/16/12 | MG8 | Attend to numerous communications with counsel to Ocwen regarding issues relating to CitiMortgage's objection to Debtors' Sale Motion (.60) | 0.60 |
| 11/16/12 | MG8 | Attend to preparation of materials for hearing on Debtors' Sale Motion and follow-up with Curtis team re: same (.50) | 0.50 |
| 11/16/12 | MG8 | Attend to numerous communications with Residential Capital and Centerview teams with respect to certain issues relating to pricing related to certain parties objecting to Debtors' Sale Motion and confer with B. Weingarten regarding same (.70) | 0.70 |
| 11/16/12 | MG8 | Locate and review objections to Debtors' Sale Motion filed by master servicers (1.20) | 1.20 |
| 11/16/12 | MG8 | Review email from A. Root, counsel to PNC Mortgage, seeking certain clarifications in connection with Sale Motion and follow-up regarding same (.30) | 0.30 |
| 11/16/12 | MG8 | Review filed objections to Debtors' notices of intent to assume and assign certain SBO servicing agreements and follow-up with Curtis team and Residential Capital re: same (.60) | 0.60 |
| 11/16/12 | GF | Assist B. Kotliar with preparation of materials for Monday's sale hearing for M. Gallagher and T. Foudy (1.00) | 1.00 |
| 11/16/12 | BMK | Coordinate the production of the sales hearing materials and review index (.80) | 0.80 |
| 11/16/12 | BMK | Discuss preparations for sales hearing, relevant pleadings, and the status of outstanding objections with working group (.20) | 0.20 |
| 11/16/12 | RMS | Complete retreival and review of key documents re: sale hearing for attorney review, per the request of B. Kotliar (3.40) | 3.40 |
| 11/16/12 | HH | Confer with working group throughout the day re: status of materials requested by M. Gallagher for sales hearing and other issues related to hearing (.50) | 0.50 |
| 11/16/12 | HH | Review materials related to upcoming sale hearing, including objections filed by RMBS trustees (.30) | 0.30 |
| 11/17/12 | BMK | Correspond with working group re: reviewing received PNC Mortgage contracts (.20) | 0.20 |
| 11/18/12 | MG8 | Prepare for hearing on Debtors' Sale Motion, including review and organize relevant materials for CitiMortgage, JPM Chase and PNC Mortgage's objections (1.30) | 1.30 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 16

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/18/12 | MG8 | Review updated chart summarizing objections to Sale Motion and current status and participate in conference call with Morrison & Foerster and Curtis teams regarding same (1.40) | 1.40 |
| 11/18/12 | MG8 | Correspond with B. Kotliar regarding preparations for Debtors' sale hearing (.20) | 0.20 |
| 11/18/12 | MG8 | Attend to correspondence with A. Root and T. Foudy regarding PNC Mortgage's objections to Sale Motion and related follow-up (.30) | 0.30 |
| 11/19/12 | MG8 | Attend hearing on Debtors' sales motion, including numerous communications with counsel to PNC Mortgage, Counsel to CitiMortgage, Morrison & Foerster and counsel to Ocwen throughout the day with respect to possible resolutions to outstanding issues and objections (5.80) | 5.80 |
| 11/19/12 | MG8 | Prepare for hearing on Debtors' sale motion, including assembling materials related to negotiations taking place overnight (1.20) | 1.20 |
| 11/19/12 | MG8 | Attend to correspondence with M. Beck regarding open issues relating to SBO advance reimbursement in connection with resolution to objection of PNC Mortgage(.30) | 0.30 |
| 11/19/12 | BMK | Finalize materials for sale hearing (.40) | 0.40 |
| 11/19/12 | BMK | Draft summary of sale hearing held on November 19, 2012 (1.20) | 1.20 |
| 11/19/12 | HH | Review and summarize pleadings, per T. Foudy's request, in connection with Residential Capital's sale motion (.40) | 0.40 |
| 11/20/12 | MG8 | Prepare for and attend continued hearing on Debtors' motions to approve asset sales free and clear to Ocwen and Berkshire Hathaway (3.10) | 3.10 |
| 11/20/12 | MG8 | Attend to numerous communications with A. Root, counsel to PNC Mortgage, attorneys at Morrison & Foerster, and attorneys to other SBO servicers regarding finalizing language to sale orders addressing specific concerns of SBO servicers and related follow-up (2.30) | 2.30 |
| 11/20/12 | MG8 | Participate in telephone conference with S. Wallace, counsel to CitiMortgage, to review language of paragraph 36 to Ocwen Sale Order addressing issues relating to master servicers (.30) | 0.30 |
| 11/20/12 | MG8 | Participate in numerous communications with S. Wallace, counsel to CitiMortgage, regarding proposed language to Sale Order resolving objections of | 0.80 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 17

|          |     |                                                                                                                                                                     |      |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |     | CitiMortgage and follow-up with T. Goren and A. Barrage regarding same (.80)                                                                                        |      |
| 11/20/12 | MG8 | Review newly filed proposed orders for Ocwen and Berkshire Hathaway sales and transmit relevant provisions to CitiMortgage's counsel (.60)                          | 0.60 |
| 11/26/12 | MG8 | Attend to correspondence relating to CPN REO acquisition (.10)                                                                                                      | 0.10 |
| 11/26/12 | MG8 | Prepare for and participate in call with Morrison & Foerster team to discuss outstanding cure amount issues following approval of Debtors' sale motions (.50)       | 0.50 |
| 11/26/12 | MG8 | Review letter agreement between Ally Bank, Ocwen and Walter in connection with Curtis' role as Debtors' conflicts counsel (.20)                                     | 0.20 |
| 11/26/12 | MG8 | Review and update chart circulated by Morrison & Foerster for outstanding cure issues remaining after hearing on Sale Motion (.40)                                  | 0.40 |
| 11/26/12 | MG8 | Correspond with S. Wallace, counsel to CitiMortgage Master Servicing, regarding obtaining list of loans subject to CitiMortgage master servicing (.10)              | 0.10 |
| 11/26/12 | MG8 | Attend to matters relating to determining economic impact of assumption of CitiMortgage's agreements and correspond with C. Schares, T. Witten, T. Foudy and B. Weingarten re: same (1.20) | 1.20 |
| 11/27/12 | JD3 | Attend to correspondence re: status of Calpine REO property settlement (.20)                                                                                        | 0.20 |
| 11/27/12 | MG8 | Attend to matters relating to reconciliation of loans and cure amounts associated with CitiMortgage in its capacity as Master Servicer and SBO servicer (1.20)      | 1.20 |
| 11/27/12 | MG8 | Participate in telephone conference with A. Root, counsel to PNC, regarding open issues in connection with cure claim (.30)                                         | 0.30 |
| 11/27/12 | MG8 | Participate in telephone conference with B. Weingarten of Centerview Partners regarding issues relating to CitiMortgage proposed cure amounts (.20)                 | 0.20 |
| 11/28/12 | MG8 | Participate in telephone conference with M. Beck and T. Witten regarding mechanics of SBO servicing, reimbursement of advances and related issues (.70)             | 0.70 |
| 11/28/12 | MG8 | Review Berkshire Hathaway APA and sales orders for matters relating to SBO servicers and correspond with T. Witten and M. Crespo regarding same (1.20)              | 1.20 |
| 11/28/12 | MG8 | Participate in telephone conference with A. Barrage and M. Beck regarding issues relating to cure claims of SBO servicers (.50)                                     | 0.50 |

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 18

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/29/12 | MG8 | Attend to numerous emails with T. Witten and M. Beck regarding SBO servicer whole loans being transferred to Berkshire Hathaway (.50) | 0.50 |
| 11/29/12 | MG8 | Review provisions of Berkshire Hathaway APA relating to SBO servicers' whole loans being transferred under the Berkshire Hathaway APA and discuss same with working group (.80) | 0.80 |
| 11/29/12 | MG8 | Review further correspondence from T. Witten regarding SBO servicing transition issues (.10) | 0.10 |
| 11/29/12 | MG8 | Participate in telephone conference with T. Witten, C. Hager and M. Beck to discuss SBO servicer transition issues (.50) | 0.50 |
| 11/29/12 | MG8 | Participate in conference call with Morrison & Foerster team to review status of cure objections and resolution strategies (1.00) | 1.00 |

TOTAL HOURS  186.00

### Summary of Services

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 8.90 | 830 | 7,387.00 |
| Michael Ari Cohen | Partner | 1.10 | 730 | 803.00 |
| Susan F. Pollack | Counsel | 5.20 | 635 | 3,302.00 |
| Maryann Gallagher | Counsel | 84.20 | 625 | 52,625.00 |
| James V. Drew | Associate | 0.70 | 590 | 413.00 |
| Peter Josef Buenger | Associate | 29.70 | 425 | 12,622.50 |
| Heather Hiznay | Associate | 3.00 | 345 | 1,035.00 |
| Bryan M. Kotliar | Associate | 41.00 | 305 | 12,505.00 |
| Georgia Faust | Legal Assistant | 1.00 | 230 | 230.00 |
| Rebecca M. Srulowitz | Legal Assistant | 11.20 | 230 | 2,576.00 |
| | | **186.00** | | **$93,498.50** |

TOTAL SERVICES  $93,498.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 250.10 |

**TOTAL EXPENSES**  **$250.10**

February 05, 2013
Inv # 1562650
Our Ref # 062108-000210

Page 19

| TOTAL THIS INVOICE | $93,748.60 |
|---|---|



**CURTIS**
Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

Wire Funds to -  Bank: Citibank
ABA Routing #: 021000089
F/B/O: Curtis Mallet-Prevost Colt & Mosle LLP
Account#: 40585074

Mail Checks to - Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562650

| | |
|---|---:|
| Total Services | 93,498.50 |
| Total Expenses | 250.10 |
| **Total This Invoice** | **$93,748.60** |

If you require further information regarding past due accounts, please contact Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.