

## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC  
1100 Virginia Drive  
MC: 190_FTW-M01  
Fort Washington PA 19034

February 05, 2013

Inv. # 1562710  
Our Ref. 062108-000400  
SJR

Attention: Residential Capital, LLC

Re: **General Litigation Matters**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/12 | SJR | Attend to matters regarding review of potential assumed contracts with CitiMortgage and CitiMortgage Objections in connection with sale transaction and strategy related to same (1.80) | 1.80 |
| 11/01/12 | TF1 | Confer with A. Barrage regarding status of resolution of Sale Motion objections (.50) | 0.50 |
| 11/01/12 | TF1 | Review sales procedures order and objection charts and various pleadings in preparation for addressing CitiMortgage's sale objection (1.60) | 1.60 |
| 11/01/12 | TF1 | Review contracts provided by CitiMortgage counsel re: discussions to partially resolve objection (1.00) | 1.00 |
| 11/01/12 | TF1 | Confer with working group re: preparation for call with CitiMortgage counsel and draft reply to CitiMortgage's objection (.60) | 0.60 |
| 11/01/12 | TF1 | Review lists of assumed contracts with CitiMortgage and CitiMortgage's objections in preparation for call with CitiMortgage counsel (1.50) | 1.50 |
| 11/01/12 | TF1 | Participate in call with CitiMortgage counsel to discuss possible resolution of objections (.50) | 0.50 |
| 11/02/12 | SJR | Follow up regarding issues related to Cure Objections being handled by Curtis as Conflicts Counsel and issues regarding same (1.10) | 1.10 |
| 11/02/12 | TF1 | Attend to matters concerning handling cure objections and sale objections by conflicts parties, including update call with A. Barrage, review cure objection chart, suggest changes to CitiMortgage entries and review motion papers filed by debtors (2.20) | 2.20 |
| 11/05/12 | SJR | Review documentation regarding CitiMortgage issues and Objections in connection with Amended Notice of Auction results and asset sale and follow up regarding same (.90) | 0.90 |
| 11/05/12 | TF1 | Follow-up re: obtaining copies of remaining CitiMortgage's contracts for resolution of objection (.70) | 0.70 |

February 05, 2013  
Inv # 1562710  
Our Ref # 062108-000400  

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/05/12 | TF1 | Review amended notice of auction results with redline of Ocwen APA for issues relating to objections by conflicts parties (1.20) | 1.20 |
| 11/05/12 | TF1 | Participate in "all-hands" call to discuss resolution of objections to assumption/assignment and Sale Motion (1.60) | 1.60 |
| 11/05/12 | TF1 | Review revised Paragraph P language in Proposed Ocwen Sale Order and correspond with Ocwen counsel re: same (.30) | 0.30 |
| 11/05/12 | TF1 | Review objections filed by possible conflict parties and legal research relevant to conflict party objections (1.70) | 1.70 |
| 11/06/12 | SJR | Review replies to Sale/Assignment/Cure Objections by various conflict parties and follow up regarding handling matters regarding same (1.10) | 1.10 |
| 11/06/12 | TF1 | In handling replies to sale/assignment/cure objections by conflicts parties, review sale motion and notices to assume and assign SBO Servicing agreements and PNC's objections to the cure amounts (1.20) | 1.20 |
| 11/06/12 | TF1 | Follow-up on discussions with Ocwen on amended sale order and identification of conflicts parties (.20) | 0.20 |
| 11/06/12 | TF1 | Review additional CitiMortgage contracts received from client, forward to counsel for CitiMortgage in connection with objection and follow-up with client re: additional CitiMortgage contracts needed (.70) | 0.70 |
| 11/07/12 | TF1 | In responding to sale/assignment/cure objections by conflict parties, review amended notice of assignment and assumption of contracts and objections raising similar issues (1.30) | 1.30 |
| 11/07/12 | TF1 | Participate in call with Morrison & Foerster regarding amended notice of assignment and assumption of contracts and objections raising similar issues (.30) | 0.30 |
| 11/07/12 | TF1 | Participate in call with PNC Mortgage's counsel regarding PNC's objection to Sale Motion and proposed cure amounts (.40) | 0.40 |
| 11/07/12 | TF1 | Participate in various conferences with working group re: resolving objections and tasks to perform (.80) | 0.80 |
| 11/07/12 | TF1 | Correspond with counsel for PNC Mortgage and CitiMortgage regarding identification of contracts being assumed, issues regarding same and cure amounts (.90) | 0.90 |
| 11/07/12 | TF1 | Participate in conference call with Ocwen counsel updating status of open issues pertaining to conflict | 0.80 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 3

| | | | |
|---|---|---|---|
| | | parties (.80) | |
| 11/08/12 | TF1 | Review back-up materials provided by PNC Mortgage in support of their cure objection (.30) | 0.30 |
| 11/08/12 | TF1 | Follow-up on PNC Mortgage and CitiMortgage's sale objection resolution (.30) | 0.30 |
| 11/08/12 | TF1 | Participate in conference call with Blank Rome, counsel to PNC Mortgage, re: context for cure claims and questions regarding SBO assignments and assumption (.40) | 0.40 |
| 11/08/12 | TF1 | Review research materials pertinent to omnibus reply to objection (.90) | 0.90 |
| 11/09/12 | SJR | Attend to reviewing of JPMorgan Objection and e-mails where Curtis will be acting on behalf of Residential Capital in connection with addressing JPMorgan Objection (1.30) | 1.30 |
| 11/09/12 | SJR | Attend internal e-mails and discussions regarding same (.60) | 0.60 |
| 11/09/12 | TF1 | Review JPM's objection to assumption and assignment and emails re: negotiations with JPM counsel in preparation for taking over defense of JPM's objection from Morrison & Foerster for conflicts purposes (.70) | 0.70 |
| 11/09/12 | TF1 | Draft emails to client and JPM counsel regarding coordination of preparation for taking over defense of JPM's objection from Morrison & Foerster (.40) | 0.40 |
| 11/09/12 | TF1 | Prepare for call with client re: conflict party objections being handled by Curtis (.60) | 0.60 |
| 11/09/12 | TF1 | Participate in conference call with client re: conflict party objections being handled by Curtis (.40) | 0.40 |
| 11/09/12 | TF1 | Participate in "all hands" call on sale and assignment objections relating to Sale Motion (1.50) | 1.50 |
| 11/09/12 | TF1 | Review additional information/contracts gathered in response to CitiMortgage's request for further information (1.30) | 1.30 |
| 11/09/12 | TF1 | Attend to potential resolution of PNC Mortgage's objection, including review client analysis of cure claims, correspond with both client and PNC Mortgage counsel re: same and confer with PNC counsel re: same (1.70) | 1.70 |
| 11/10/12 | SJR | Review draft Reply to Sale Objections for matters being handled by Curtis as Conflicts Counsel (1.20) | 1.20 |
| 11/10/12 | TF1 | Participate in conference call with working group re: analysis of objection reply in terms of addressing | 0.40 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 4

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| | | issues raised by conflicts parties (.40) | |
| 11/10/12 | TF1 | Review and edit draft reply to sale objections, including review and incorporate suggested changes from P Buenger and M. Gallagher as appropriate (3.60) | 3.60 |
| 11/11/12 | TF1 | Review and revise chart of sale objection entries regarding conflicts parties (.70) | 0.70 |
| 11/11/12 | TF1 | Draft email to CitiMortgage counsel regarding information request and resolution of objection (.30) | 0.30 |
| 11/12/12 | SJR | Analyze issues in connection with Sale/Assignment Objections raised by conflict parties and follow up regarding same (1.10) | 1.10 |
| 11/12/12 | TF1 | Review latest draft of sale order (1.50) | 1.50 |
| 11/12/12 | TF1 | Follow-up re: resolving objections to sale/assignment raised by conflicts parties, including conference calls with client regarding same, correspondence with conflicts parties and factual and legal investigation/analysis of issues raised by each party (3.20) | 3.20 |
| 11/12/12 | TF1 | Confer with M. Crespo of Morrison & Foerster regarding background to JPM's objection to Sale Motion (.40) | 0.40 |
| 11/12/12 | MG8 | Confer with working group regarding preparation of materials for hearing on Debtors' Sale Motion (.20) | 0.20 |
| 11/13/12 | SJR | Review Final Reply to Sale Objections (.70) | 0.70 |
| 11/13/12 | SJR | Participate in discussions regarding efforts to resolve Objections (.30) | 0.30 |
| 11/13/12 | TF1 | Review filed Reply to Sale Objections for handling objections by counter-parties (.70) | 0.70 |
| 11/13/12 | TF1 | Correspond and confer with J. Ruhlin re: treatment of JPM's contracts (.50) | 0.50 |
| 11/13/12 | TF1 | Correspond and confer with CitiMortgage counsel re: resolving objection and follow-up re: same with working group (1.50) | 1.50 |
| 11/13/12 | TF1 | Participate in conference call with PNC Mortgage counsel re: resolving PNC's objections and follow-up re: same (1.50) | 1.50 |
| 11/13/12 | TF1 | Correspond with JPM counsel regarding resolving JPM's objections to sale (.30) | 0.30 |
| 11/13/12 | TF1 | Review materials on contracts received from JPM and Morrison & Foerster (.70) | 0.70 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 5

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 11/14/12 | TF1 | Attend to resolution of PNC Mortgage's objections, including multiple calls with PNC counsel, review proposed sale order language, draft email memorializing resolution and correspond with client re: same (2.30) | 2.30 |
| 11/14/12 | TF1 | Continue reviewing materials filed in support of sale motion in preparation for hearing (.50) | 0.50 |
| 11/14/12 | TF1 | Discuss preparation for upcoming sale hearing with working group (.30) | 0.30 |
| 11/14/12 | TF1 | Meet with working group to discuss JPM's contracts at issue in JPM's objection to assumption and assignment (.40) | 0.40 |
| 11/14/12 | TF1 | Attend to resolution of JPM's objection, including draft email with proposed resolution (.80) | 0.80 |
| 11/14/12 | TF1 | Correspond with Morrison & Foerster and client re: appropriate resolutions of objections to Sale Motion (.40) | 0.40 |
| 11/14/12 | TF1 | Attend to resolution of CitiMortgage's Objection, including correspond with CitiMortgage counsel, client and Ocwen counsel on proposed resolution (.90) | 0.90 |
| 11/15/12 | SJR | Attend to issues regarding resolving Objections of CitiMortgage, PNC Mortgage, JPMorgan and others in connection with sale transactions (1.20) | 1.20 |
| 11/15/12 | TF1 | Confer with working group regarding status of resolving objections with conflicts parties and preparation for sale hearing (.50) | 0.50 |
| 11/15/12 | TF1 | Meet with working group re: preparation of hearing binders (.30) | 0.30 |
| 11/15/12 | TF1 | Follow-up on resolutions of objections of CitiMortgage, PNC Mortgage and JPM Chase, including review of emails with draft resolution language with counsel for objecting parties and participate in conference calls re: same (1.20) | 1.20 |
| 11/15/12 | TF1 | Review provisions of sale orders relevant to resolving objections and correspond with M. Gallagher re: same (.50) | 0.50 |
| 11/16/12 | TF1 | Prepare material and arguments for sale hearing vis-a-vis conflict party objections (1.70) | 1.70 |
| 11/16/12 | TF1 | Participate in call with Morrison & Foerster and Clifford Chance re: open issues for Sale Hearing (1.20) | 1.20 |
| 11/16/12 | TF1 | Review proposed Sale Order and Committee Statement (.90) | 0.90 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 6

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/16/12 | TF1 | Attend to resolution of PNC Mortgage's objections, including emails and conference calls with counsel regarding same and follow-up with client and Morrison & Foerster re: same (2.10) | 2.10 |
| 11/16/12 | TF1 | Attend to resolution of CitiMortgage's objections, including emails with CitiMortgage regarding same, review CitiMortgage's new objection and confer with client re: CitiMortgage cure amount back-up (1.70) | 1.70 |
| 11/17/12 | TF1 | Participate in conference call with Morrison & Foerster and other professionals re: "open issues" in advance of Sale Hearing and resolution of objections, including those by conflicts parties (.70) | 0.70 |
| 11/18/12 | TF1 | Participate in multiple conference calls re: resolving objections to sale and assignment/assumption and other open issues with respect to sale hearing (1.70) | 1.70 |
| 11/18/12 | TF1 | Attend to emails re: potential resolution of objections by PNC Mortgage and CitiMortgage (.50) | 0.50 |
| 11/19/12 | SJR | Attend to matters regarding efforts to resolve Objections of conflict parties in connection with Sale Hearing, review e-mails and follow up regarding same (2.30) | 2.30 |
| 11/19/12 | TF1 | Attend Sale Motion Hearing and attend to negotiation of resolution of objections and sale order language during breaks (8.10) | 8.10 |
| 11/19/12 | TF1 | Prepare for sale hearing, including review new proposed sale orders, updated objection charts and law for potential argument on objections raised by CitiMortgage (1.10) | 1.10 |
| 11/20/12 | SJR | Attend to matters regarding resolving conflict party Objections in connection with Residential Capital sales (1.10) | 1.10 |
| 11/20/12 | TF1 | Attend continued Sale Hearing on modifications to Sale Order (2.40) | 2.40 |
| 11/20/12 | TF1 | Confer and correspond with counsel for PNC Mortgage and Morrison & Foerster re: issues surrounding language and implementation regarding SBO Servicers (.70) | 0.70 |
| 11/20/12 | TF1 | Correspond and confer with CitiMortgage counsel re: incorporating CitiMortgage into Sale Order and Residential Capital's refusal to pay CitiMortgage's fees (.80) | 0.80 |
| 11/20/12 | TF1 | Review and send suggested changes on draft sale order to Morrison & Foerster and review final sale order (1.60) | 1.60 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 7

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/21/12 | TF1 | Organize files from Sale Hearing and objections for records and possible future retrieval and use in responding to cure objections and proofs of claim (.50) | 0.50 |
| 11/27/12 | TF1 | Organize storage of emails/documents regarding Sale Hearing and objections for possible future use, especially in regards to resolving cure objections of conflict parties (.30) | 0.30 |
| 11/28/12 | SJR | Review Residential Capital's Examiner draft response with respect to third-party releases and objections raised by conflict party in Examiner submission (.70) | 0.70 |
| 11/28/12 | SJR | Attend to matters regarding claims to be brought in connection with reparation as requested by Morrison & Foerster related to Federal Home Loan Bank entities in responding to Examiner submissions (1.60) | 1.60 |
| 11/28/12 | SJR | Review materials regarding responding to issues raised in connection with Ally receiving a third-party release and the related objections by conflict party in Examiner submission (1.70) | 1.70 |
| 11/28/12 | TF1 | Confer with M. Gallagher and A. Barrage re: conflicts' assignment concerning submissions to Examiner (.80) | 0.80 |
| 11/28/12 | TF1 | Confer with M. Beck, A. Barrage, and M. Gallagher re: resolution of concerns regarding SBO cure objections (.30) | 0.30 |
| 11/28/12 | TF1 | Attend to staffing matters and briefing associates on research tasks re: estate claims in connection with response to Examiner submissions (1.10) | 1.10 |
| 11/28/12 | TF1 | Review FHLB submission to Examiner (1.20) | 1.20 |
| 11/28/12 | TF1 | Begin review of key precedent/cases re: FHLB litigation (.40) | 0.40 |
| 11/28/12 | TF1 | Follow-up on CitiMortgage's requests and preparation for resolving cure objections of conflict parties (.50) | 0.50 |
| 11/28/12 | MG8 | Confer with T. Foudy regarding research in connection with response to Examiner related to submissions of conflict parties (.80) | 0.80 |
| 11/28/12 | MG8 | Attend to correspondence with A. Barrage and T. Foudy regarding assistance on response to Examiner in connection with FHLB submissions to Examiner (.30) | 0.30 |
| 11/28/12 | MG8 | Review research in connection with preparation of response to Examiner, as requested by Morrison & Foerster due to FHLB entity conflicts (2.50) | 2.50 |
| 11/28/12 | MG8 | Prepare for and participate in telephone conference with M. Beck, T. Foudy and A. Barrage with respect to | 0.70 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 8

| | | | |
|---|---|---|---|
| | | research and assistance in connection with response to Examiner and follow up with matters regarding same (.70) | |
| 11/28/12 | KAM | Review FHLB submission and begin drafting response regarding same (1.50) | 1.50 |
| 11/28/12 | KAM | Conduct research related to estate claims in connection with submissions to Examiner (2.10) | 2.10 |
| 11/29/12 | TF1 | Review Morrison & Foerster's draft submission to Examiner responding to arguments made by conflicts parties and others (1.20) | 1.20 |
| 11/29/12 | TF1 | Participate in call with Morrison & Foerster regarding handling cure claims (.80) | 0.80 |
| 11/29/12 | TF1 | Call A. Barrage regarding arguments made by conflicts parties and others in Examiner submissions (.50) | 0.50 |
| 11/29/12 | TF1 | Participate in call with A. Klein regarding arguments about certain contractual and other obligations in connection with Debtors' response to submissions to Examiner (.20) | 0.20 |
| 11/29/12 | TF1 | Meet with K. Meehan to discuss results of research and drafting response to conflicts parties' submission to Examiner (.40) | 0.40 |
| 11/29/12 | TF1 | Attend to matters concerning organization and staffing with respect to drafting response to conflicts parties' submission to Examiner (.40) | 0.40 |
| 11/29/12 | TF1 | Participate in call with Morrison & Foerster regarding SBO transition issues pertinent to resolution of SBO cure claims (.50) | 0.50 |
| 11/29/12 | JFC | Search for complaint in Federal Home Loan Bank of Indianapolis vs. Bank of America Mortgage Securities for G. Spencer in connection with Examiner submission (.10) | 0.10 |
| 11/29/12 | JFC | Obtain copy of Complaint from USDC, SD of Indiana, via PACER computer system (.10) | 0.10 |
| 11/29/12 | MG8 | Obtain and review proofs of claim filed by FHLB Boston, FHLB Chicago, FHLB Indianapolis from KCC and determine overlap with issues raised in Examiner submissions (1.20) | 1.20 |
| 11/29/12 | MG8 | Participate in telephone conference with working group and A. Barrage to discuss research and issues for response to Examiner with respect to FHLB submission (.50) | 0.50 |
| 11/29/12 | MG8 | Participate in meeting with Curtis team regarding research and drafting response to Examiner in | 0.80 |

12-12020-mg Doc 6588-8 Filed 03/03/14 Entered 03/03/14 22:56:28 Exhibit
Exhibit I-7 Pg 9 of 14

12-12020-mg Doc 3209 Filed 03/14/13 Entered 03/14/13 20:55:07 Main Document
Pg 148 of 194

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 9

| | | | |
|---|---|---|---|
| | | connection with FHLB submission (.80) | |
| 11/29/12 | BMK | Conduct research re: various state law claims under Delaware law and individual creditors' ability to bring same (1.30) | 1.30 |
| 11/29/12 | BMK | Conduct research re: certain estate and/or bankruptcy claims in connection with preparing submissions to Examiner (1.10) | 1.10 |
| 11/29/12 | BMK | Confer with Curtis team re: research issues in connection with FHLB litigation and non-debtor releases as they relate to Examiner submission (.60) | 0.60 |
| 11/29/12 | BMK | Correspond with Curtis team re: research on fraudulent transfer claims under applicable state law (.30) | 0.30 |
| 11/29/12 | BMK | Conduct research re: status of fraudulent transfer claims under certain state laws as property of the estate and creditors' standing to assert same (1.30) | 1.30 |
| 11/29/12 | BMK | Correspond with Curtis team re: research findings regarding bankruptcy claims (.40) | 0.40 |
| 11/29/12 | BMK | Correspond with Curtis team re: additional research findings regarding bankruptcy claims (.30) | 0.30 |
| 11/29/12 | BMK | Correspond with K. Meehan re: research findings regarding status of certain state law claims under Delaware law and issues relating to same (.40) | 0.40 |
| 11/29/12 | BMK | Conduct research re: section 510(c) of the Bankruptcy Code and standing to assert same in connection with Examiner submissions (1.40) | 1.40 |
| 11/29/12 | JTW | Attend meeting with working group re: Debtors' Omnibus Response to Submission to Examiner (.60) | 0.60 |
| 11/29/12 | JTW | Conduct research for Debtors' Omnibus Response to Submissions to Examiner re: status of avoidance actions and certain state law claims (3.10) | 3.10 |
| 11/29/12 | GES | Review and analyze FHLB submission to Examiner regarding non-debtor claims (1.20) | 1.20 |
| 11/29/12 | GES | Review and analyze Complaints filed by FHLB for purposes of preparing submission to Examiner (2.60) | 2.60 |
| 11/29/12 | GES | Conduct legal research re: enjoining non-debtor claims (3.90) | 3.90 |
| 11/29/12 | GES | Confer with working group re: enjoining non-debtor claims (.40) | 0.40 |
| 11/29/12 | HH | Begin research on third party nondebtor releases in settlement agreement or plans of reorganization in connection with submission to Examiner (1.20) | 1.20 |

12-12020-mg Doc 6588-8 Filed 03/03/14 Entered 03/03/14 22:56:28 Exhibit Exhibit Pg 149 of 194

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 10

| | | | |
|---|---|---|---|
| 11/29/12 | KAM | Confer with T. Foudy regarding FHLB response to Examiner (.40) | 0.40 |
| 11/29/12 | KAM | Confer with working group regarding FHLB response to Examiner (.30) | 0.30 |
| 11/29/12 | KAM | Confer with working group regarding response to FHLB submission to Examiner (.20) | 0.20 |
| 11/29/12 | KAM | Research and review research results from B. Kotliar and J. Weber in preparation for drafting inserts to Debtors' submission to Examiner (2.70) | 2.70 |
| 11/29/12 | KAM | Draft insert to response to FHLB submission to Examiner (6.70) | 6.70 |
| 11/30/12 | TF1 | Review and edit subsequent draft of submission and send to Morrison & Foerster (1.90) | 1.90 |
| 11/30/12 | TF1 | Participate in conference call with A. Klein and M. Gallagher regarding submission to Examiner and follow up re: same (.30) | 0.30 |
| 11/30/12 | TF1 | Confer with G. Spencer re: indemnification argument/submission and incorporate comments regarding same for Morrison & Foerster (.60) | 0.60 |
| 11/30/12 | TF1 | Review M. Gallagher's comments on Debtors' response to FHLB Examiner submission (.20) | 0.20 |
| 11/30/12 | TF1 | Attend to correspondence regarding response to Examiner on certain jurisdiction-related arguments (.30) | 0.30 |
| 11/30/12 | TF1 | Review and provide comments of initial draft of response to FHLB submission to Examiner (1.10) | 1.10 |
| 11/30/12 | MG8 | Review and comment on drafts of insert prepared by Curtis in connection with responses to Examiner (1.20) | 1.20 |
| 11/30/12 | MG8 | Review revised draft of omnibus response to Examiner provided by Morrison & Foerster and coordinate comments with Curtis team (.80) | 0.80 |
| 11/30/12 | MG8 | Review caselaw cited in RMBS investors' submission to Examiner and subsequent history and correspond with Curtis team regarding same in connection with draft insert to response to Examiner (.60) | 0.60 |
| 11/30/12 | MG8 | Review RMBS investors' submission to Examiner per request of A. Klein to assist with certain claims asserted that are similar to those of FHLB Parties and follow-up with Curtis team regarding same (.60) | 0.60 |
| 11/30/12 | MG8 | Conduct additional research on issues relating to certain bankruptcy/estate claims in connection with | 1.30 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 11

|  |  |  |  |
|---|---|---|---|
|  |  | response to Examiner with respect to FHLB submission (1.30) |  |
| 11/30/12 | MG8 | Participate in telephone conference with A. Klein and T. Foudy regarding response to Examiner, additional research and related issues (.30) | 0.30 |
| 11/30/12 | MG8 | Discuss status of research for Examiner submission with B. Kotliar (.10) | 0.10 |
| 11/30/12 | MG8 | Review research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submissions (2.30) | 2.30 |
| 11/30/12 | MG8 | Follow up with B. Kotliar re: research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submission (0.10) | 0.10 |
| 11/30/12 | MG8 | Review research and cases cited in submissions for Debtors' response to Examiner in connection with FHLB submissions (2.30) | 0.10 |
| 11/30/12 | BMK | Review draft response to FHLB specifically for arguments regarding state law and bankruptcy code claims (.30) | 0.30 |
| 11/30/12 | BMK | Research additional case law regarding equitable subordination for purposes of Examiner submission (.50) | 0.50 |
| 11/30/12 | BMK | Correspond with K. Meehan re: status of substantive consolidation research (.60) | 0.60 |
| 11/30/12 | BMK | Confer with M. Gallagher re: status of research (.10) | 0.10 |
| 11/30/12 | BMK | Review Steering Committee Investors' Submission Paper to Examiner (.90) | 0.90 |
| 11/30/12 | BMK | Prepare and organize cases for K. Meehan from authorities relied upon by Steering Committee paper to Examiner (.30) | 0.30 |
| 11/30/12 | BMK | Correspond with M. Gallagher and K. Meehan re: research findings on equitable subordination in connection with submissions to Examiner (.40) | 0.40 |
| 11/30/12 | BMK | Confer with J. Weber throughout the day regarding status of research assignments and findings thus far in connection with submissions to Examiner (.50) | 0.50 |
| 11/30/12 | BMK | Conduct additional research re: equitable subordination claims in connection with submissions to Examiner (1.50) | 1.50 |
| 11/30/12 | BMK | Research issues relating to alter ego claims in connection with submissions to Examiner (1.40) | 1.40 |

12-12020-mg    Doc 3209-8    Filed 03/14/13    Entered 03/14/13 20:55:07    Exhibit
Exhibit Pg 715 Pg 12 of 794 of 14

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 12

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/30/12 | JTW | Conduct further research re: issues of equitable subordination in connection with submissions to Examiner (2.00) | 2.00 |
| 11/30/12 | JTW | Conduct research on certain jurisidictional issues in connection with submissions to Examiner (3.90) | 3.90 |
| 11/30/12 | JTW | Confer with B. Kotliar throughout the day re: jurisdictional issue and various other research issues in connection with submissions to Examiner (.50) | 0.50 |
| 11/30/12 | JTW | Conduct additional research relating to standing in connection with submissions to Examiner (3.20) | 3.20 |
| 11/30/12 | GES | Review and analyze FHLB submission to Examiner regarding non-debtor releases (.80) | 0.80 |
| 11/30/12 | GES | Review and analyze complaints filed by FHLB in connection with submissions to Examiner (1.50) | 1.50 |
| 11/30/12 | GES | Conduct legal research regarding non-debtor claims in connection with submissions to Examiner (3.20) | 3.20 |
| 11/30/12 | GES | Communicate with T. Foudy regarding research on status of non-debtor claims in connection with submissions to Examiner (.20) | 0.20 |
| 11/30/12 | GES | Review and revise draft submission in response to FHLB Examiner submission regarding status of non-debtor claims (2.70) | 2.70 |
| 11/30/12 | HH | Conduct research re: standard for allowance of release/injunction of third party nondebtor parties in bankruptcy plans or other contexts in connection with Examiner submissions (4.40) | 4.40 |
| 11/30/12 | HH | Continue research on nondebtor third party releases in the Second Circuit, in conjunction with reviewing draft response to Examiner on same topic (2.80) | 2.80 |
| 11/30/12 | KAM | Draft/revise response to FHLB submission to Examiner (4.50) | 4.50 |
| 11/30/12 | KAM | Research and review research results from J. Weber and B. Kotliar in connection with drafting response to Examiner (2.00) | 2.00 |
| 11/30/12 | KAM | Correspond with T. Foudy regarding Debtors' response to FHLB submission to Examiner (.20) | 0.20 |
| 11/30/12 | KAM | Correspond with B. Kotliar and J. Weber regarding research issues for responses to Examiner (.30) | 0.30 |
| 11/30/12 | KAM | Correspond with M. Gallagher regarding responses to FHLB and Steering Committee submission to Examiner (.10) | 0.10 |

February 05, 2013
Inv # 1562710
Our Ref # 062108-000400

Page 13

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/30/12 | KAM | Research and review research results from J. Weber and B. Kotliar regarding Debtors' FHLB response to submission to Examiner (.90) | 0.90 |
| 11/30/12 | KAM | Review research results from J. Weber and B. Kotliar regarding Debtors' response to Steering Committee submission to Examiner (1.50) | 1.50 |
| 11/30/12 | KAM | Draft portion of response to Steering Committee submission to Examiner (1.60) | 1.60 |
| | | TOTAL HOURS | 200.70 |

### Summary of Services

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 18.70 | 830 | 15,521.00 |
| Theresa A. Foudy | Partner | 90.60 | 730 | 66,138.00 |
| Maryann Gallagher | Counsel | 14.40 | 625 | 9,000.00 |
| George E. Spencer | Associate | 16.50 | 520 | 8,580.00 |
| Joseph F. Clyne | Associate | 0.20 | 425 | 85.00 |
| Kevin Arthur Meehan | Associate | 25.00 | 375 | 9,375.00 |
| Heather Hiznay | Associate | 8.40 | 345 | 2,898.00 |
| Bryan M. Kotliar | Associate | 13.60 | 305 | 4,148.00 |
| John Thomas Weber | Associate | 13.30 | 305 | 4,056.50 |
| | | **200.70** | | **$119,801.50** |

TOTAL SERVICES  $119,801.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 191.10 |

TOTAL EXPENSES  $191.10

TOTAL THIS INVOICE  $119,992.60



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

Wire Funds to - Bank: Citibank
ABA Routing #: 021000089
F/B/O: Curtis Mallet-Prevost Colt & Mosle LLP
Account#: 40585074

Mail Checks to - Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562710

| | |
|---|---:|
| Total Services | 119,801.50 |
| Total Expenses | 191.10 |
| **Total This Invoice** | **$119,992.60** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.