

## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

February 05, 2013

Inv. # 1562669
Our Ref. 062108-000410
SJR

Attention: Residential Capital, LLC

Re: Adversary Proceedings and Contested Matters

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/06/12 | MG8 | Participate in telephone conference with B. Tyson of Residential Capital regarding status of CMH Holding situation and follow-up with working group re: same (.30) | 0.30 |
| 11/07/12 | TPS | Review CMH related issues and follow up with working group (.30) | 0.30 |
| 11/07/12 | MG8 | Participate in telephone conference with N. Rosenbaum to discuss status of CMH Holding situation and next steps and follow-up with Curtis team re: same (.60) | 0.60 |
| 11/07/12 | JZ | Confer with working group regarding preparation of correspondence regarding CMH Holding issues (.10) | 0.10 |
| 11/07/12 | JZ | Review files regarding CMH issue in preparation of correspondence regarding same (.50) | 0.50 |
| 11/07/12 | JZ | Review and revise draft memorandum summarizing issues related to CMH (.50) | 0.50 |
| 11/08/12 | MG8 | Review documents related to CMH in connection with preparation of requested correspondence by Residential Capital (1.20) | 1.20 |
| 11/08/12 | MG8 | Review and revise draft memo summarizing CMH Holdings' situation and follow-up with Curtis team regarding same in connection with Curtis' role as conflicts counsel to the Debtors (1.30) | 1.30 |
| 11/08/12 | JZ | Review and further revise draft memorandum providing details of CMH transaction and related issues (4.40) | 4.40 |
| 11/08/12 | JZ | Correspond with T. Smith regarding comments to memorandum regarding CMH status (.10) | 0.10 |
| 11/08/12 | JZ | Confer and correspond with working group regarding memorandum providing details regarding CMH transaction (.40) | 0.40 |
| 11/09/12 | TPS | Follow up with working group on other open conflicts matters with respect to CMH Holdings (.10) | 0.10 |

February 05, 2013
Inv # 1562669
Our Ref # 062108-000410

Page 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/09/12 | TPS | Review draft summary of CMH dispute (.80) | 0.80 |
| 11/09/12 | TPS | Confer with working group re: summary of CMH dispute (.20) | 0.20 |
| 11/09/12 | MG8 | Review and comment on revised summary with respect to CMH Holdings' situation and follow-up with J. Zimmer regarding same (.60) | 0.60 |
| 11/09/12 | MG8 | Correspond with N. Rosenbaum of Morrison & Foerster regarding status of CMH Holdings' situation (.20) | 0.20 |
| 11/09/12 | JZ | Confer and correspond with working group regarding comments to CMH summary (.10) | 0.10 |
| 11/09/12 | JZ | Confer with M. Gallagher regarding issues related to summary of CMH transaction (.50) | 0.50 |
| 11/09/12 | JZ | Review and revise draft summary of CMH transaction (2.30) | 2.30 |
| 11/11/12 | JZ | Review and revise draft correspondence regarding CMH (.60) | 0.60 |
| 11/11/12 | JZ | Correspond with working group regarding revisions to letter regarding CMH (.30) | 0.30 |
| 11/12/12 | SJR | Follow up regarding matters related to CMH issues in connection with Residential Capital (.60) | 0.60 |
| 11/12/12 | MG8 | Attend to correspondence from Morrison & Foerster regarding preparation of correspondence regarding CMH and further revise document about CMH transaction and status of the issues relating to same (1.20) | 1.20 |
| 11/12/12 | PJB2 | Confer with working group re: draft correspondence concerning CMH (.20) | 0.20 |
| 11/12/12 | PJB2 | Review and revise draft letter re: CMH (.80) | 0.80 |
| 11/12/12 | JZ | Confer and correspond with working group regarding issues related to preparation of letter regarding CMH (.20) | 0.20 |
| 11/12/12 | JZ | Confer and correspond with working group regarding revisions to letter regarding CMH Holdings (.30) | 0.30 |
| 11/12/12 | JZ | Review and further revise draft letter regarding CMH (.90) | 0.90 |
| 11/13/12 | MG8 | Attend to correspondence from L. Delehy and Morrison & Foerster regarding CMH Holdings and related correspondence (.20) | 0.20 |
| 11/13/12 | MG8 | Participate in telephone conference with A. Klein of Morrison & Foerster regarding CMH Holdings' situation | 0.20 |

February 05, 2013
Inv # 1562669
Our Ref # 062108-000410

Page 3

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | (.20) | |
| 11/13/12 | JZ | Review and revise draft letter regarding CMH transaction (.30) | 0.30 |
| 11/13/12 | JZ | Correspond with M. Gallagher regarding revisions to CMH letter (.20) | 0.20 |
| 11/14/12 | MG8 | Participate in telephone conference with working group regarding CMH and related correspondence (.20) | 0.20 |
| 11/15/12 | MG8 | Attend to follow-up with A. Klein of Morrison & Foerster in connection with CMH's situation and follow-up with Curtis team re: same (.30) | 0.30 |
| 11/15/12 | JZ | Review and revise draft letter regarding CMH situation (.50) | 0.50 |
| 11/15/12 | JZ | Correspond with M. Gallagher regarding revisions to CMH letter (.30) | 0.30 |
| 11/16/12 | JZ | Attend to issues related to draft letter regarding CMH status (.10) | 0.10 |
| | | TOTAL HOURS | 21.90 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.60 | 830 | 498.00 |
| Turner P. Smith | Partner | 1.40 | 830 | 1,162.00 |
| Maryann Gallagher | Counsel | 6.30 | 625 | 3,937.50 |
| Peter Josef Buenger | Associate | 1.00 | 425 | 425.00 |
| James Zimmer | Associate | 12.60 | 345 | 4,347.00 |
| | | 21.90 | | $10,369.50 |

TOTAL SERVICES $10,369.50

TOTAL THIS INVOICE $10,369.50



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

Wire Funds to -  Bank:           Citibank
                 ABA Routing #:  021000089
                 F/B/O:          Curtis Mallet-Prevost Colt & Mosle LLP
                 Account#        40585074

Mail Checks to - Curtis Mallet-Prevost Colt & Mosle LLP
                 General Post Office
                 P.O. Box 27930
                 New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562669

| | |
|---|---:|
| Total Services | 10,369.50 |
| Total Expenses | 0.00 |
| Total This Invoice | **$10,369.50** |

If you require further information regarding past due accounts, please contact Chandania Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



# CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

February 05, 2013

Inv # 1562670
Our Ref. 062108-000430
SJR

Attention: Residential Capital, LLC

Re: Automatic Stay/Adequate Protection Matters

---

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/13/12 | MG8 | Participate in telephone call with V. Tsoong, counsel to ETS in the Susilo litigation, regarding issues with Wachovia trial witness subpoenas for witness purposes and related follow-up (.30) | 0.30 |
| | | **TOTAL HOURS** | 0.30 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.30 | 625 | 187.50 |
| | | 0.30 | | $187.50 |

TOTAL SERVICES     $187.50

TOTAL THIS INVOICE     $187.50



## CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account#: | 40585074 |

Mail Checks to -  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562670

| | |
|---|---|
| Total Services | 187.50 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$187.50** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC  
1100 Virginia Drive  
MC: 190_FTW-M01  
Fort Washington PA 19034

February 05, 2013

Inv. # 1562673  
Our Ref. 062108-000700  
SJR

Attention: Residential Capital, LLC

Re: Curtis Retention/Billing/Fee Applications

---

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/01/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement in accordance with UST Guidelines (.10) | 0.10 |
| 11/02/12 | JZ | Review and revise draft September Fee Statement in accordance with UST Guidelines (.60) | 0.60 |
| 11/05/12 | SJR | Confer with P. Buenger regarding Supplemental Declaration of Steven J. Reisman and matters related to same (.10) | 0.10 |
| 11/05/12 | PJB2 | Review and revise Supplemental Declaration of Steven J. Reisman re: Curtis' connections with professionals in the Chapter 11 cases (.30) | 0.30 |
| 11/05/12 | PJB2 | Confer with working group re: Supplemental Declaration of Steven J. Reisman re: Curtis' connections with professionals in the Chapter 11 cases and follow-up with S. Reisman re: same (.20) | 0.20 |
| 11/05/12 | AD | Update September 2012 Monthly Fee Statement per M. Gallagher's comments (.20) | 0.20 |
| 11/05/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.10) | 0.10 |
| 11/05/12 | JZ | Review and revise draft of September Fee Statement in accordance with guidelines set by U.S. Trustee (.20) | 0.20 |
| 11/06/12 | AD | Revise the September 2012 Monthly Fee Statement in accordance with guidelines set by U.S. Trustee and follow up with J. Zimmer re: same (1.50) | 1.50 |
| 11/06/12 | JZ | Confer and correspond with A. Dreiman regarding preparation of September fee statement (.10) | 0.10 |
| 11/07/12 | JZ | Review and further revise draft September Fee Statement in accordance with U.S. Trustee guidelines (.20) | 0.20 |
| 11/08/12 | JZ | Confer and correspond with working group regarding preparation of September Fee Statement (.20) | 0.20 |

February 05, 2013
Inv # 1562673
Our Ref # 062108-000700

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/09/12 | SJR | Confer with P. Buenger regarding comments to Supplemental Declaration of Steven J. Reisman (.10) | 0.10 |
| 11/09/12 | SJR | Review and revise Supplemental Declaration in connection with retention of Curtis as Conflicts Counsel (.50) | 0.50 |
| 11/09/12 | MG8 | Attend to matters relating to finalization and service of the supplemental affidavit of S. Reisman and follow-up with working group re: same (.20) | 0.20 |
| 11/09/12 | PJB2 | Further revise the supplemental declaration of S. Reisman regarding retention application for Curtis as conflicts counsel to the Debtors and follow-up with S. Reisman re: finalization and filing of same (.50) | 0.50 |
| 11/09/12 | AD | Attend to the transmission of the September 2012 Monthly Fee Statement to the Notice Parties (.70) | 0.70 |
| 11/09/12 | AD | File the Supplemental Declaration of S. Reisman in the SDNY Bankruptcy Court per P. Buenger's request (.30) | 0.30 |
| 11/12/12 | AD | Correspond with D. McFadden at Ally regarding the September 2012 Monthly Fee Statement, as well as related issues (.20) | 0.20 |
| 11/12/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement and issues related to same (.20) | 0.20 |
| 11/26/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement (.20) | 0.20 |
| 11/27/12 | JZ | Review and further revise draft October Fee Statement in accordance with U.S. Trustee Guidelines (.20) | 0.20 |
| 11/28/12 | JZ | Review and revise draft October Fee Statement in accordance with U.S. Trustee Guidelines (.60) | 0.60 |
| 11/29/12 | JZ | Review and revise draft of October Fee Statement in accordance with U.S. Trustee Guidelines (.20) | 0.20 |
| 11/29/12 | JZ | Confer and correspond with working group regarding preparation of October Fee Statement (.10) | 0.10 |
| 11/30/12 | JZ | Confer and correspond with working group regarding issues related to preparation of October Fee Statement (.20) | 0.20 |
| | | TOTAL HOURS | 8.00 |

February 05, 2013
Inv # 1562673
Our Ref # 062108-000700

Page 3

Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.70 | 830 | 581.00 |
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| Peter Josef Buenger | Associate | 1.00 | 425 | 425.00 |
| James Zimmer | Associate | 3.20 | 345 | 1,104.00 |
| Alana Dreiman | Legal Assistant | 2.90 | 230 | 667.00 |
| | | 8.00 | | $2,902.00 |

TOTAL SERVICES $2,902.00

TOTAL THIS INVOICE $2,902.00

12-12020-mg Doc 6588-9 Filed 03/03/14 Entered 03/03/14 22:56:28 Exhibit
Exhibit 8 Pg 10 of 14



ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

Payment Instructions:

| | | |
|---|---|---|
| Wire Funds to - | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to -   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1562673

| | |
|---|---:|
| Total Services | 2,902.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$2,902.00** |

If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

March 12, 2013

Inv. # 1563251
Our Ref. 062108-000100
SJR

Attention: Residential Capital, LLC

Re: **Case Administration**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/03/12 | MG8 | Review recent docket activity for potential conflicts purposes (.70) | 0.70 |
| 12/04/12 | MG8 | Review recent docket activity in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 12/04/12 | AD | Per M. Gallagher's request, retrieve and create a PDF of Exhibit 8 of the First Day Affidavit of James Whitlinger and circulate to M. Gallagher and T. Foudy (.20) | 0.20 |
| 12/05/12 | MG8 | Review daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.50) | 0.50 |
| 12/06/12 | MG8 | Review Debtors' motions seeking further extension of exclusivity and appointment of plan mediator in connection with Curtis' role as Debtors' conflicts counsel (.30) | 0.30 |
| 12/10/12 | MG8 | Review docket activity for potential conflicts purposes (.60) | 0.60 |
| 12/10/12 | AD | Update internal calendar to reflect hearing dates and deadlines as set by the Court (.20) | 0.20 |
| 12/10/12 | JZ | Confer and correspond with working group regarding updates to internal calendar regarding upcoming hearing dates and important bankruptcy deadlines (.10) | 0.10 |
| 12/12/12 | MG8 | Review recent docket activity for potential conflicts purposes (.50) | 0.50 |
| 12/13/12 | MG8 | Attend to recent docket activity, including several filings related to the Debtors' request to extend exclusivity and appoint a plan mediation, in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| 12/14/12 | MG8 | Review docket activity for potential conflicts purposes (.60) | 0.60 |
| 12/17/12 | MG8 | Attend to recent docket activity for potential conflicts issues in connection with Curtis' role as Debtors' | 0.60 |

March 12, 2013
Inv # 1563251
Our Ref # 062108-000100

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | conflicts counsel (.60) | |
| 12/18/12 | GF | Request and prepare hearing transcript from 6/18/12 hearing in Residential Capital proceedings per B. Kotliar's request (.50) | 0.50 |
| 12/19/12 | MG8 | Review voluminous docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |
| 12/19/12 | MG8 | Review amended agenda for December 20, 2012 Onmnibus Hearing and follow-up with Curtis team regarding certain potential conflict matters (.20) | 0.20 |
| 12/20/12 | SJR | Attend Omnibus hearing at U.S. Bankruptcy Court Southern District of New York in the Residential Capital case including hearing on First Interim Fee Application (5.60) | 5.60 |
| 12/20/12 | MG8 | Prepare for and attend omnibus hearing addressing, among other things, motions to extend exclusivity and appointment of a plan mediator, Committee's STN motion to prosecute certain avoidance actions, various stay relief motions and adversary proceedings commenced by borrowers, motion for procedures relating to rejection of executory contracts, Debtors' supplemental motion regarding reimbursement to AFI for certain payments made to employees of Debtors and related items in connection with Curtis' role as Debtors' conflicts counsel (3.10) | 3.10 |
| 12/20/12 | MG8 | Attend hearing on First Interim Fee Applications to provide factual and related support to S. Reisman (1.30) | 1.30 |
| 12/26/12 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.40) | 0.40 |
| | | **TOTAL HOURS** | 17.70 |

**Summary of Services**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 5.60 | 830 | 4,648.00 |
| Maryann Gallagher | Counsel | 11.10 | 625 | 6,937.50 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| Georgia Faust | Legal Assistant | 0.50 | 230 | 115.00 |
| Alana Dreiman | Legal Assistant | 0.40 | 230 | 92.00 |
| | | **17.70** | | **$11,827.00** |

**TOTAL SERVICES** $11,827.00

March 12, 2013
Inv # 1563251
Our Ref # 062108-000100

Page 3

**Summary of Expenses**

| | |
|---|---:|
| Deposition Reporting/Transcripts | 409.20 |
| External Photocopy Services | 483.30 |
| Pacer - ECF | 76.40 |
| **TOTAL EXPENSES** | **$968.90** |
| | |
| **TOTAL THIS INVOICE** | **$12,795.90** |



ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

Mail Checks to - Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1563251

| | |
|---|---:|
| Total Services | 11,827.00 |
| Total Expenses | 968.90 |
| **Total This Invoice** | **$12,795.90** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.