

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                      March 12, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                              Inv. # 1563252
Fort Washington  PA 19034                                   Our Ref. 062108-000210
                                                            SJR

Attention:    Residential Capital, LLC

Re:    **Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 12/03/12 | MG8 | Correspond with counsel to CPN and Curtis team regarding CPN settlement and related transfer of REO property and follow-up with working group regarding same for conflicts purposes (.20) | 0.20 |
| 12/03/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding resolution of open sale issues and follow-up with working group re: same for conflicts purposes (.20) | 0.20 |
| 12/04/12 | MG8 | Correspond with A. Root regarding addressing any open issues with PNC Mortgage in connection with the Sale Motion for conflicts purposes (.10) | 0.10 |
| 12/04/12 | MG8 | Confer with working group regarding resolving issues with PNC Mortgage (.10) | 0.10 |
| 12/05/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group to review outstanding cure issues related to the Sale Motion for conflicts purposes (.30) | 0.30 |
| 12/06/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding open issues with respect to the Sale Motion (.20) | 0.20 |
| 12/10/12 | MG8 | Participate in telephone conference with A. Root, counsel to PNC Mortgage, regarding potential stipulation resolving cure objections to assumption and assignment pursuant to Sale Motion and related matters for conflicts purposes (.20) | 0.20 |
| 12/11/12 | JD3 | Follow up with H. Jones re: status of CPN settlement for conflicts purposes (.20) | 0.20 |
| 12/11/12 | MG8 | Participate in telephone conference with M. Crespo regarding upcoming meeting on outstanding cure objections and issues regarding related proofs of claim (.20) | 0.20 |
| 12/11/12 | MG8 | Correspond with A. Root regarding potential stipulation for PNC Mortgage to address any open issues relating to Sale Motion and cure claims for conflicts purposes | 0.20 |

March 12, 2013
Inv # 1563252
Our Ref #  062108-000210

Page  2

|         |     |                                                                                                                                                                                                              |      |
|---------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|         |     | (.20)                                                                                                                                                                                                         |      |
| 12/12/12 | MG8 | Participate in telephone conference with M. Beck regarding issues relating to SBO servicers and substance to be included in stipulation addressing certain logistical issues involving SBO servicers (.20) | 0.20 |
| 12/12/12 | MG8 | Participate in conference call with Morrison & Foerster team and working group regarding outstanding cure issues in connection with Sale Motion (.50) | 0.50 |
| 12/12/12 | MG8 | Participate in call with A. Root, counsel to PNC Mortgage, regarding issues relating to SBO servicers' reimbursement of expenses incurred at or around closing of sale and related issues for conflicts purposes (.40) | 0.40 |
| 12/18/12 | MG8 | Review and revise draft stipulation addressing SBO Servicer cure issues remaining from objections to Sale Motion and related follow-up with M. Beck of Morrison & Foerster (1.60) | 1.60 |
| 12/19/12 | MG8 | Correspond with A. Root, counsel to PNC Mortgage, regarding proposed stipulation resolving remaining cure issues with SBO Servicers (.20) | 0.20 |
| 12/19/12 | MG8 | Participate in conference call with Morrison & Foerster team to review progress of resolution of outstanding cure issues related to the Debtors' sale motion for conflicts purposes (.40) | 0.40 |
| 12/26/12 | MG8 | Correspond with T. Witten of Residential Capital confirming cure objection raised by CitiMortgage as it relates to master servicing and follow-up with working group in preparation for Cure Objection hearing (.30) | 0.30 |
| 12/26/12 | MG8 | Attend to numerous correspondences with working group regarding status of draft stipulation addressing remaining issues with SBO Servicers for conflicts purposes (.30) | 0.30 |
| 12/27/12 | MG8 | Attend to correspondence from M. Crespo regarding notice for hearing on cure amounts and follow-up with working group re: same (.30) | 0.30 |
|         |     | TOTAL HOURS | 6.10 |

## Summary of Services

|                    | Title     | Hours | Rate | Amount     |
|--------------------|-----------|-------|------|------------|
| Maryann Gallagher  | Counsel   | 5.90  | 625  | 3,687.50   |
| James V. Drew      | Associate | 0.20  | 590  | 118.00     |
|                    |           | **6.10** |      | **$3,805.50** |

March 12, 2013
Inv # 1563252
Our Ref #  062108-000210

Page  3

**TOTAL SERVICES**                                   $3,805.50



**TOTAL THIS INVOICE**                               $3,805.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  |  |  |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
|  | ABA Routing #: | 021000089 |
|  | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1563252

| | |
|---|---|
| Total Services | 3,805.50 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$3,805.50** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC                                                    March 12, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                            Inv. # 1568301
Fort Washington PA 19034                                                   Our Ref. 062108-000300
                                                                           SJR

Attention:    Residential Capital, LLC

Re:    **General Claims and Equity Matters**


| | | | |
|---|---|---|---|
| 12/10/12 | MG8 | Review KCC cite for proofs of claims filed by conflict parties CitiMortgage, PNC Mortgage and JPM Chase and follow-up with KCC regarding obtaining complete copies of same (.50) | 0.50 |
| 12/10/12 | MG8 | Briefly review proofs of claim of conflict parties CitiMortgage, PNC Mortgage and JP Morgan Chase forwarded by KCC (.60) | 0.60 |
| 12/10/12 | MG8 | Confer and correspond with B. Kotliar regarding analyzing proofs of claim as they relate to conflict parties' sale objections (.20) | 0.20 |
| 12/10/12 | BMK | Coordinate with M. Rutman re: proofs of claim documents re: PNC, Citimortgage, and JPMorgan claims and objections (.10) | 0.10 |
| 12/10/12 | BMK | Review claims spreadsheet from KCC re: PNC, Citimortgage, and JPMorgan claims and objections for conflicts purposes (.60) | 0.60 |
| 12/10/12 | BMK | Confer and correspond with M. Gallagher re: proofs of claim in connection with conflict parties' sale objections (.20) | 0.20 |
| 12/10/12 | MR2 | Assist B. Kotliar with preparation of proofs of claim for review (.90) | 0.90 |
| 12/11/12 | GF | Assist B. Kotliar with preparation of materials re: Claims Related to Conflict Parties' Sale Objections (.20) | 0.20 |
| 12/11/12 | BMK | Coordinate proofs of claim documents and binder with G. Faust (.10) | 0.10 |
| 12/26/12 | MG8 | Confer with T. Foudy regarding resolution of SBO cure objections and matters related to same (.30) | 0.30 |
| | | TOTAL HOURS | 3.70 |

12-12020-mg   Doc 3209   Filed 03/14/13   Entered 03/14/13 20:55:07   Main Document
Pg 73 of 94

March 12, 2013
Inv # 1568301
Our Ref # 062108-000300

Page 2

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 1.60 | 625 | 1,000.00 |
| Bryan M. Kotliar | Associate | 1.00 | 305 | 305.00 |
| Georgia Faust | Legal Assistant | 0.20 | 230 | 46.00 |
| Melissa Rutman | Legal Assistant | 0.90 | 230 | 207.00 |
| | | **3.70** | | **$1,558.00** |

**TOTAL SERVICES** $1,558.00

**Summary of Expenses**

External Photocopy Services 49.50

**TOTAL EXPENSES** $49.50

**TOTAL THIS INVOICE** $1,607.50



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1568301

| | |
|---|---|
| Total Services | 1,558.00 |
| Total Expenses | 49.50 |
| **Total This Invoice** | **$1,607.50** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
IOI PARK AVENUE
NEW YORK, NEW YORK IOI78-OO6I

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

March 12, 2013

Inv. # 1568378
Our Ref. 062108-000400
SJR

Attention:    Residential Capital, LLC

Re:    **General Litigation Matters**

| | | | |
|---|---|---|---|
| 12/01/12 | SJR | Follow up regarding Omnibus Response to Examiner in connection with FHLB Section being handled by Curtis and review materials regarding same (1.30) | 1.30 |
| 12/01/12 | MG8 | Correspond with working group regarding FHLB section to omnibus response to Examiner for conflicts purposes (.40) | 0.40 |
| 12/01/12 | JTW | Conduct research for K. Meehan re: certain estate claims in a bankruptcy proceeding for conflicts purposes (1.70) | 1.70 |
| 12/01/12 | KAM | Conduct research and review research results from B. Kotliar and J. Weber regarding Debtors' response to Steering Committee's Examiner Submission on issues overlapping with response to FHLB submission and for potential conflict purposes (2.10) | 2.10 |
| 12/01/12 | KAM | Draft response to Steering Committee's Submission for conflicts purposes (6.40) | 6.40 |
| 12/02/12 | SJR | Review and comment on Omnibus Response to Examiner addressing particular concerns being handled by Curtis as Conflicts Counsel for Residential Capital in connection with FHLB claims (1.10) | 1.10 |
| 12/02/12 | TF1 | Review Steering Committee's submission regarding "particularized injury" (.50) | 0.50 |
| 12/02/12 | TF1 | Review draft response to Examiner Submission and send suggested comments to Morrison & Foerster (.80) | 0.80 |
| 12/02/12 | TF1 | Review M. Gallagher's suggested changes to draft response to Steering Committee's submission (.20) | 0.20 |
| 12/02/12 | TF1 | Review new draft of Examiner response, edit same and send to Morrison & Foerster (.80) | 0.80 |
| 12/02/12 | TF1 | Confer with M. Gallagher re: draft of response to Examiner addressing certain estate claims for conflicts purposes (.30) | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/02/12 | MG8 | Review and revise Curtis' insert to omnibus response to Examiner addressing certain estate claims for conflicts purposes (1.50) | 1.50 |
| 12/02/12 | MG8 | Follow-up with T. Foudy re: draft of response to Examiner addressing certain estate claims for conflicts purposes (.30) | 0.30 |
| 12/02/12 | JTW | Conduct research re: Debtors' Response to Steering Committee's submission for conflicts purposes (1.60) | 1.60 |
| 12/02/12 | JTW | Correspond with working group re: Debtors' Response to Steering Committee's submission (.30) | 0.30 |
| 12/02/12 | KAM | Revise response to Steering Committee's submission to Examiner (1.00) | 1.00 |
| 12/03/12 | SJR | Participate in conference call with Morrison & Foerster to discuss tasks of Curtis as conflicts counsel in connection with submissions to Examiner (.60) | 0.60 |
| 12/03/12 | SJR | Review case law regarding standards for obtaining Releases and Third-Party Releases in Second Circuit and for Examiner submission (2.10) | 2.10 |
| 12/03/12 | SJR | Attend to issues regarding releases to be obtained under Plan and submission to Examiner in connection with same (2.30) | 2.30 |
| 12/03/12 | SJR | Review and revise draft sections of submissions to Examiner on particular issues of concern to Curtis as conflicts counsel (1.10) | 1.10 |
| 12/03/12 | SJR | Review documentation related to FHLB subject matter jurisdiction issues and third-party release issues (.80) | 0.80 |
| 12/03/12 | SJR | Attend to issues regarding cure objections which are being handled by Curtis related to PNC Mortgage and CitiMortgage (.40) | 0.40 |
| 12/03/12 | TF1 | Participate in conference call with A. Barrage and A. Klein re: Examiner's submission, including responses to arguments raised by conflict parties and follow-up with working group re: tasks/assignments (.80) | 0.80 |
| 12/03/12 | TF1 | Review and edit new draft of response to subject matter jurisdiction argument raised by conflict parties FHLB and incorporate team comments to same (1.60) | 1.60 |
| 12/03/12 | TF1 | Review certain key precedents regarding subject matter jurisdiction argument raised by FHLB and third-party release standards (1.40) | 1.40 |
| 12/03/12 | TF1 | Follow-up regarding status/resolution of conflict parties PNC Mortgage and CitiMortgage's cure objections in connection with Debtors' Sale Motion (.80) | 0.80 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

| | | | |
|---|---|---|---|
| 12/03/12 | MG8 | Review and comment on revised section of submission to Examiner addressing jurisdiction received from Morrison & Foerster team (1.10) | 1.10 |
| 12/03/12 | MG8 | Research issues relating to plan releases in connection with response to Examiner for conflicts purposes (2.50) | 2.50 |
| 12/03/12 | MG8 | Participate in call with Morrison & Foerster team and Curtis team to discuss remaining tasks for submissions to Examiner and follow-up with Curtis team re: same (1.30) | 1.30 |
| 12/03/12 | MG8 | Correspond with Morrison & Foerster team regarding certain approaches to addressing particular claims and parties discussed in Debtors' responses to Examiner for conflicts purposes (.40) | 0.40 |
| 12/03/12 | BMK | Correspond with working group regarding research re: non-debtor releases in connection with Examiner submissions (.10) | 0.10 |
| 12/03/12 | BMK | Review section of Response to Steering Committee drafted by Curtis team (.30) | 0.30 |
| 12/03/12 | BMK | Conduct research relating to non-debtor releases in recent Second Circuit bankruptcy cases in connection with Examiner submissions (3.30) | 3.30 |
| 12/03/12 | BMK | Confer with working group re: researching non-debtor releases in plan confirmation context in connection with Examiner Submissions (.10) | 0.10 |
| 12/03/12 | BMK | Summarize research findings re: non-debtor releases in plan confirmation context in connection with Examiner submissions (2.20) | 2.20 |
| 12/03/12 | GES | Review case law in preparation for meeting with working group regarding Debtors' response to FHLB Submission to Examiner regarding third-party release (.70) | 0.70 |
| 12/03/12 | GES | Participate in meeting with working group and co-counsel regarding Debtors' response to FHLB Submission to Examiner for conflicts purposes (.50) | 0.50 |
| 12/03/12 | GES | Review and revise Debtors' Response to FHLB submission to Examiner (1.70) | 1.70 |
| 12/03/12 | GES | Conduct legal research re: Debtors' response to FHLB submission raised by conflict parties (2.10) | 2.10 |
| 12/03/12 | AD | Prepare FHLB Chicago, Boston, Dallas and Indianapolis Proof of Claim binders per G. Spencer's request (3.70) | 3.70 |
| 12/03/12 | HH | Conduct extensive research related to third party | 6.20 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page 4

| | | releases in connection with preparation of Debtors' responses to submissions to the Examiner for conflicts purposes (6.20) | |
|---|---|---|---|
| 12/03/12 | KAM | Participate in conference with Morrison & Foerster re: submissions to Examiner for conflicts purposes (.70) | 0.70 |
| 12/03/12 | KAM | Review Morrison & Foerster's draft Omnibus Response to submissions to the Examiner (.40) | 0.40 |
| 12/04/12 | SJR | Review and revise submission to Examiner regarding FHLB claims and Metromedia insert (1.60) | 1.60 |
| 12/04/12 | TF1 | Review FHLB arguments regarding third party releases and follow up with G. Spencer re: same (.40) | 0.40 |
| 12/04/12 | TF1 | Review key third party release precedents for responding to conflict parties' arguments (1.10) | 1.10 |
| 12/04/12 | TF1 | Review Ally Plan Support Agreement, proposed Ally Settlement Agreement and related documents for response to FHLB third party releases argument (1.50) | 1.50 |
| 12/04/12 | TF1 | Review and edit insert to Omnibus Response on third-party releases (1.10) | 1.10 |
| 12/04/12 | TF1 | Follow up with M. Gallagher re: insert to Omnibus Response on third-party releases (.20) | 0.20 |
| 12/04/12 | MG8 | Review and comment on insert to Examiner submission related to third party release issues for conflicts purposes and follow-up with the working group to coordinate comments re: same (1.20) | 1.20 |
| 12/04/12 | MG8 | Review and comment on summary chart of research relating to third party releases and follow up with working group re: same (1.70) | 1.70 |
| 12/04/12 | MG8 | Review AFI Settlement Agreement and related documents in connection with drafting certain portions of submission to Examiner for conflicts purposes (1.10) | 1.10 |
| 12/04/12 | MG8 | Follow-up with T. Foudy regarding AFI Settlement Agreement and related documents in connection with drafting certain portions of submission to Examiner for conflicts purposes (.20) | 0.20 |
| 12/04/12 | BMK | Research case law outside of Second Circuit for treatment of non-debtor releases in plan context (2.10) | 2.10 |
| 12/04/12 | BMK | Correspond with working group re: treatment of non-debtor releases in plans of reorganization in connection with Examiner Submissions (.60) | 0.60 |
| 12/04/12 | BMK | Confer with working group re: status of drafted response to Examiner from Morrison & Foerster and the project's next steps (.20) | 0.20 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page 5

| | | | |
|---|---|---|---|
| 12/04/12 | BMK | Confer with working group re: status of ongoing research re: non-debtor releases in the Second Circuit in connection with Examiner Submissions (.30) | 0.30 |
| 12/04/12 | BMK | Review and comment on portion of current draft omnibus response to Examiner re: third party releases (.70) | 0.70 |
| 12/04/12 | GES | Correspond with working group regarding third-party releases in connection with Examiner Submissions (.20) | 0.20 |
| 12/04/12 | GES | Review and revise multiple drafts in opposition to FHLB submission to Examiner (2.20) | 2.20 |
| 12/04/12 | GES | Confer with working group regarding draft responses in opposition to FHLB submission to Examiner (.10) | 0.10 |
| 12/04/12 | GES | Confer with T. Foudy re: legal research regarding third-party releases in connection with Examiner Submissions (.40) | 0.40 |
| 12/04/12 | GES | Review further legal research regarding third-party releases in connection with Examiner Submissions (.90) | 0.90 |
| 12/04/12 | AD | Finish preparing the FHLB Chicago, Boston, Dallas and Indianapolis Proof of Claim binders per G. Spencer's request and provide same to G. Spencer and M. Gallagher (.80) | 0.80 |
| 12/04/12 | HH | Continue research related to third party release issues, including internal conferences re: research thus far and review draft response re: Examiner for conflicts purposes (3.80) | 3.80 |
| 12/04/12 | KAM | Review, revise and provide comments to Morrison & Foerster's draft insert for Omnibus Response for conflicts purposes (2.00) | 2.00 |
| 12/05/12 | TF1 | Review status of resolution of cure objections and review updated cure objection chart in connection with Debtors' Sale Motion (.40) | 0.40 |
| 12/05/12 | TF1 | Participate in call with Morrison & Foerster re: cure objections for conflicts purposes (.30) | 0.30 |
| 12/05/12 | BMK | Confer with H. Hiznay re: status of research re: third party releases in connection with responses to Submissions to Examiner (.20) | 0.20 |
| 12/05/12 | HH | Confer B. Kotliar re: status of research re: third party releases (.20) | 0.20 |
| 12/06/12 | SJR | Follow up regarding matters related to repose to FHLB submission to Examiner and review documents | 1.10 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page 6

regarding same (1.10)

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/06/12 | TF1 | Review underlying court decisions regarding FHLB in connection with their Examiner submission for conflicts purposes (.90) | 0.90 |
| 12/06/12 | TF1 | Review new draft of submission to Examiner on third-party releases in response to conflict parties' submission (.40) | 0.40 |
| 12/06/12 | MG8 | Review research and caselaw regarding releases, and follow-up with Curtis team regarding same (.60) | 0.60 |
| 12/06/12 | MG8 | Review and comment on current draft of third party release section adressing submission of conflict parties of Examiner submission forwarded by Morrison & Foerster (.30) | 0.30 |
| 12/07/12 | SJR | Review materials regarding Third-Party Releases in connection with Examiner response on behalf of Debtors and follow up regarding same (.60) | 0.60 |
| 12/07/12 | TF1 | Send to Morrison & Foerster comments on submission to Examiner on third-party releases objected to by conflict parties (.30) | 0.30 |
| 12/07/12 | TF1 | Follow-up re: resolving cure objection by PNC Mortgage for conflicts purposes (.20) | 0.20 |
| 12/07/12 | TF1 | Review Debtors' motions to extend exclusivity and to appoint mediator for potential conflicts purposes (.40) | 0.40 |
| 12/07/12 | TF1 | Participate in conference call with A. Barrage re: response submission to Examiner on third-party releases (.30) | 0.30 |
| 12/10/12 | SJR | Briefly review submissions to Examiner by various parties with focus on issues addressed by Curtis as Conflicts Counsel (1.70) | 1.70 |
| 12/10/12 | TF1 | Follow-up with working group on PNC Mortgage cure objection resolution and proofs of claims filed by conflict parties (.30) | 0.30 |
| 12/10/12 | TF1 | Review and take notes on Examiner Submissions by SUNs and JSNs for conflicts purposes (2.70) | 2.70 |
| 12/10/12 | TF1 | Review research on fiduciary duties and LLC for response to SUNs argument regarding same and review Residential Capital LLC's agreement in connection with same (1.60) | 1.60 |
| 12/10/12 | TF1 | Confer with K. Meehan on drafting portions of response to SUNs and JSNs submissions (.40) | 0.40 |
| 12/10/12 | TF1 | Participate in meeting with Curtis team to discuss research needed to draft portions of response for | 0.50 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  7

|          |     | conflicts purposes (.50)                                                                                                                                                                                                                                          |      |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 12/10/12 | TF1 | Participate in conference call with A. Barrage to discuss research needed to draft portions of response to JSNs and SUNs submissions to Examiner (.50)                                                                                                             | 0.50 |
| 12/10/12 | MG8 | Participate in conference call with A. Barrage and Curtis team regarding preparation of portions of submission to Examainer in response to submissions made by certain conflict parties (.50)                                                                     | 0.50 |
| 12/10/12 | MG8 | Meet with Curtis team to discuss new assignments relating to Debtors' response to certain submissions to the Examiner and allocation of research assignments (.60)                                                                                               | 0.60 |
| 12/10/12 | MG8 | Review submissions to Examiner made by JSNs and SUNs per A. Barrage's request for assistance with Debtors' response for conflicts purposes (2.80)                                                                                                                 | 2.80 |
| 12/10/12 | MG8 | Review and take notes on initial draft submission to Examiner prepared by Morrison & Foerster in response to submissions of various groups of noteholders (1.10)                                                                                                 | 1.10 |
| 12/10/12 | MG8 | Correspond with A. Barrage regarding assistance with drafting portions of Debtors' response to Examiner with respect to submissions made by certain conflict parties and follow-up with Curtis team with respect to submission review and obtaining certain related documents from Morrison & Foerster for conflicts purposes (.60) | 0.60 |
| 12/10/12 | MG8 | Participate in telephone conference with A. Klein of Morrison & Foerster regarding additional assistance with Debtors' response to Examiner relating to certain arguments made by conflict parties and follow-up with Curtis team re: same (.40)                 | 0.40 |
| 12/10/12 | BMK | Research caselaw re: certain indenture provisions in connection with preparing submissons to Examiner in response to submissions of certain conflict parties (3.70)                                                                                               | 3.70 |
| 12/10/12 | BMK | Confer with Curtis team re: SUN submission to Examiner and related response (.50)                                                                                                                                                                                | 0.50 |
| 12/10/12 | BMK | Review documents in connection with SUN submission to examiner for conflicts purposes (1.30)                                                                                                                                                                     | 1.30 |
| 12/10/12 | BMK | Participate in teleconference with Curtis working group and A. Barrage of Morrison & Foerster re: research required for Curtis' portion of response to Examiner re: SUN submission for conflicts purposes (.50)                                                   | 0.50 |
| 12/10/12 | JTW | Conduct research relating to certain claims which are property of the estate under section 541(a) of the Bankruptcy Code for the Debtors' response to the                                                                                                         | 1.70 |

12-12020-mg    Doc 3209    Filed 05/14/13    Entered 05/14/13 20:55:07    Main Document
Pg 15 of 31

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page  8

|  |  | SUN's submission to the Examiner (1.70) |  |
|---|---|---|---|
| 12/10/12 | JTW | Confer with working group re: certain claims that are property of the estate for the Debtors' response to the SUN's submission to the Examiner (.20) | 0.20 |
| 12/10/12 | JTW | Circulate research on certain estate claims to Curtis working group (.40) | 0.40 |
| 12/10/12 | HH | Meet with Curtis team to discuss new research projects in connection with Examiner response for conflicts purposes (.50) | 0.50 |
| 12/10/12 | HH | Conduct research re: certain arguments raised in connection with indenture agreements, in connection with response to submission to Examiner for conflicts purposes (5.30) | 5.30 |
| 12/10/12 | HH | Participate in call with Morrison & Foerster attorneys and Curtis team to discuss new research projects in connection with responses to Examiner (.50) | 0.50 |
| 12/10/12 | KAM | Review Morrison & Foerster's draft response to SUN and JSN submissions (.30) | 0.30 |
| 12/10/12 | KAM | Confer and correspond with T. Foudy regarding SUN and JSN submissions to the Examiner and responses to same and conduct necessary research related to same for conflicts purposes (1.20) | 1.20 |
| 12/10/12 | KAM | Review SUN and JSN submissions to the Examiner (2.50) | 2.50 |
| 12/10/12 | KAM | Confer with Curtis team regarding research assignments for response to SUNs/JSNs Examiner Submissions (.10) | 0.10 |
| 12/11/12 | TF1 | Meet with K. Meehan to discuss drafting portions of response submissions to Examiner (.30) | 0.30 |
| 12/11/12 | TF1 | Review and edit Curtis' insert to response to SUNs and JSNs submission along with balance of draft (3.60) | 3.60 |
| 12/11/12 | TF1 | Begin review and edit of new complete draft of submission to Examiner (1.30) | 1.30 |
| 12/11/12 | MG8 | Review research relating to certain arguments relating to indentures raised in certain submissions to Examiner (.40) | 0.40 |
| 12/11/12 | MG8 | Participate in telephone conference with A. Klein and Curtis team regarding allocation of preparation of initial drafts of inserts to Debtors' submission to Examiner responding to submissions of certain noteholders (.30) | 0.30 |
| 12/11/12 | MG8 | Review research relating to certain arguments relating to indentures raised in certain submissions to Examiner | 0.70 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page 9

| | | | |
|---|---|---|---|
| | | (.70) | |
| 12/11/12 | MG8 | Correspond with A. Klein and Curtis team regarding submission to Examiner (.20) | 0.20 |
| 12/11/12 | MG8 | Review research relating to certain estate claims raised in certain submissions to Examiner for conflicts purposes (.50) | 0.50 |
| 12/11/12 | MG8 | Review and revise draft submission to Examiner with respect to submissions of certain noteholders (2.80) | 2.80 |
| 12/11/12 | BMK | Draft e-mail to Curtis team re: Curtis' portion of response to examiner re: SUN submission re: treatment of certain provisions in indenture agreements (2.00) | 2.00 |
| 12/11/12 | BMK | Sherphardize cases referenced in e-mail to Curtis team regarding arguments relating to certain indenture provisions (.30) | 0.30 |
| 12/11/12 | JTW | Conduct research for K. Meehan for the Debtors' response to the Senior Unsecured Noteholders' submission to the Examiner re: the duplicative nature of certain claims (1.10) | 1.10 |
| 12/11/12 | HH | Conduct research at request of K. Meehan re: claim for certain estate claims under certain state laws (3.10) | 3.10 |
| 12/11/12 | HH | Continue research re: arguments made related to certain indenture agreements (1.90) | 1.90 |
| 12/11/12 | KAM | Conduct research and review research from J. Weber, B. Kotliar and H. Hiznay for purposes of drafting Debtors' response to JSNs and SUNs submissions to the Examiner (3.30) | 3.30 |
| 12/11/12 | KAM | Review draft responses to SUN and JSN submissions and provide comments to same (1.90) | 1.90 |
| 12/11/12 | KAM | Draft/revise response to SUN and JSN submissions (3.30) | 3.30 |
| 12/11/12 | KAM | Participate in telephone conference with A. Klein re: drafts of inserts to Debtors submission to Examiner (.30) | 0.30 |
| 12/11/12 | KAM | Confer with T. Foudy re: SUN and JSN submission to Examiner for conflicts purposes (.30) | 0.30 |
| 12/12/12 | TF1 | Review research on arguments raised pursuant to provisions in Indentures and certain estate claims for responses to Examiner submissions (.60) | 0.60 |
| 12/12/12 | TF1 | Finish review and edit of latest draft of response to submission by SUNs and JSNs (2.20) | 2.20 |

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/14/13 20:55:07    Main Document
Pg 184 of 794

| | | | |
|---|---|---|---|
| 12/12/12 | TF1 | Participate in conference call with A. Barrage regarding questions regarding same (.30) | 0.30 |
| 12/12/12 | TF1 | Participate in conference call re: resolving cure objections of SBO servicers (.50) | 0.50 |
| 12/12/12 | MG8 | Review and revise latest draft response to Examiner relating to submissions of Steering Committee and Tallcott Franklin Group (2.40) | 2.40 |
| 12/12/12 | KAM | Review and provide comments to Omnibus Response for conflicts purposes (4.40) | 4.40 |
| 12/13/12 | TF1 | Review and edit latest drafts of omnibus response and response to steering committee submissions to Examiner submissions (2.10) | 2.10 |
| 12/13/12 | MG8 | Review and comment on latest version of Debtors' Omnibus Response to Third-Party Submissions to Examiner and circulate to Curtis team (4.20) | 4.20 |
| 12/13/12 | BMK | Conduct research re: veil piercing under Delaware law in connection with response to Examiner submissions (.70) | 0.70 |
| 12/13/12 | BMK | Research plan and confirmation order from other recent Chapter 11 cases for scope of non-debtor releases for use in response to Examiner re: FHLB submission for conflicts purposes (.30) | 0.30 |
| 12/13/12 | BMK | Review research on third party releases to ensure accuracy of response to Examiner (.30) | 0.30 |
| 12/13/12 | BMK | Correspond with working group regarding research re: veil piercing under Delaware law (.20) | 0.20 |
| 12/13/12 | BMK | Correspond with working group with case cites and summaries re: piercing under Delaware law (.30) | 0.30 |
| 12/13/12 | KAM | Review and provide comments to response to Steering Committee's Submission to Examiner (1.00) | 1.00 |
| 12/14/12 | TF1 | Review and provide comments to new draft of Omnibus Response to Examiner and follow up with M. Gallagher re: same (3.60) | 3.60 |
| 12/14/12 | MG8 | Review and comment on latest draft of Debtors' Omnibus Response to the Examiner for conflicts purposes and follow-up with T. Foudy regarding same (3.20) | 3.20 |
| 12/17/12 | MG8 | Review and comment on latest draft of Omnibus Response to Examiner with focus on issues covered by Curtis as conflicts counsel and follow-up with Curtis team re: same (1.20) | 1.20 |

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/14/13 20:55:07    Main Document
Pg 185 of 494

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page  11

| | | | |
|---|---|---|---|
| 12/18/12 | TF1 | Attend to final review and sign-off on Omnibus Response to Examiner (.30) | 0.30 |
| 12/18/12 | TF1 | Review draft of SBO servicer stipulation and comments thereto (.40) | 0.40 |
| 12/18/12 | TF1 | Confer with M. Gallagher re: final comments to Omnibus Response to Examiner (.20) | 0.20 |
| 12/18/12 | MG8 | Correspond with A. Barrage regarding final comments to Omnibus Response to Examiner (.20) | 0.20 |
| 12/18/12 | MG8 | Review and provide final comments to Omnibus Response to Examiner and follow-up with T. Foudy re: same (4.20) | 4.20 |
| 12/18/12 | MG8 | Confer with working group regarding final comments of Curtis to Omnibus Response to Examiner and related issues (.20) | 0.20 |
| 12/18/12 | KAM | Review and provide comments on draft Omnibus Response to Examiner for conflicts purposes (3.30) | 3.30 |
| 12/20/12 | TF1 | Attend to final review, comments, and sign-off on Examiner Response to Steering Committee Submission (1.00) | 1.00 |
| 12/20/12 | MG8 | Conduct final review and revision to Debtors' Response to Submissions of the Steering Committee and the Talcott Franklin Group in connection with Curtis' role as Debtors' conflicts counsel and transmit final comments to A. Barrage of Morrison & Foerster and correspond with B. Kotliar re: same (2.40) | 2.40 |
| 12/20/12 | MG8 | Attend to correspondence from A. Barrage regarding completion of Response to Examiner with Respect to RMBS Trustees and Talcott Franklin Group and follow-up with Curtis team re: same (.30) | 0.30 |
| 12/20/12 | BMK | Review certain caselaw cited by response to Examiner for accuracy of statements (.20) | 0.20 |
| 12/20/12 | BMK | Ensure accuracy of citations in Debtors' submission to examiner (.10) | 0.10 |
| 12/20/12 | BMK | Correspond with M. Gallagher with findings re: citations in Debtors' submission to Examiner (.10) | 0.10 |
| 12/20/12 | KAM | Review Steering Committee Response and provide comments to same (1.00) | 1.00 |
| 12/21/12 | SJR | Follow up with Curtis team regarding matters related to mediation, status and next steps (.30) | 0.30 |
| 12/21/12 | SJR | Confer with T. Foudy regarding Debtors' plan mediation preparation (.10) | 0.10 |

March 12, 2013
Inv # 1568378
Our Ref # 062108-000400

Page 12

| | | | |
|---|---|---|---|
| 12/21/12 | SJR | Confer with B. Kotliar re: Curtis' role in Debtors' plan mediation (.10) | 0.10 |
| 12/21/12 | TF1 | Review email from S. Reisman on Debtors' plan mediation preparation and participate in conference call on same (.10) | 0.10 |
| 12/21/12 | BMK | Review and organize pleadings in case thus far for relevancy to upcoming plan mediation for conflicts purposes (3.30) | 3.30 |
| 12/21/12 | BMK | Confer with S. Reisman re: Curtis' role in Debtors' plan mediation (.10) | 0.10 |
| 12/21/12 | BMK | Coordinate document preparation with M. Rutman in connection with plan mediation (.40) | 0.40 |
| 12/21/12 | PJB2 | Draft confidential mediation agreement, stipulation and agreed order providing for mediation re: Residential Capital's issues for conflicts purposes (1.80) | 1.80 |
| 12/21/12 | MR2 | Assist B. Kotliar with preparation of compilation re: Pleadings and Submissions to the Examiner Relevant to Mediation, including researching relevant documents and organizing for attorney review for conflicts purposes (3.10) | 3.10 |
| 12/26/12 | TF1 | Begin review of background materials in connection with preparation of materials/factual development for participation in plan mediation with respect to conflict issues (1.00) | 1.00 |
| 12/26/12 | TF1 | Follow-up with M. Gallagher re: resolution of SBO cure objections of conflict parties prior to cure hearing (.30) | 0.30 |
| 12/26/12 | TF1 | Confer with B. Kotliar re: preparation of materials/factual development for participation in plan mediation with respect to conflict issues (.50) | 0.50 |
| 12/26/12 | BMK | Confer with T. Foudy re: preparation of materials necessary for participation in plan mediation with respect to conflict issues (.50) | 0.50 |
| 12/26/12 | MR2 | Continue to work extensively to prepare compilation of materials for S. Reisman and T. Foudy regarding submissions to the Examiner, per B. Kotliar's instructions (3.10) | 3.10 |
| 12/27/12 | TF1 | Follow-up with Morrison & Foerster re: Citigroup's counsel on listing cure objection as adjourned for purposes of January 10th hearing (.30) | 0.30 |
| 12/27/12 | BMK | Correspond with Curtis team re: order appointing a plan mediator (.20) | 0.20 |
| 12/27/12 | BMK | Analyze RMBS settlement and accompanying plan | 2.60 |

|  |  |  |  |
|---|---|---|---|
|  |  | support agreements in connection with forthcoming plan mediation (2.60) |  |
| 12/27/12 | BMK | Review motion and objections re: same RMBS settlement and accompanying plan support agreements in connection with forthcoming plan mediation (1.10) | 1.10 |
| 12/27/12 | BMK | Review order granting Creditor Comittee standing to pursue certain claims on behalf of the Debtors' estate (.20) | 0.20 |
| 12/27/12 | MR2 | Update compilation of materials related to submissions to the Examiner, per B. Kotliar comments, including additional documents, additional sections and revision of exhibits (3.10) | 3.10 |
| 12/27/12 | MR2 | Confer with B. Kotliar re: updates to compilation of materials related to submissions to the Examiner for conflicts purposes (.40) | 0.40 |
| 12/28/12 | SJR | Attend to issues regarding SBO Servicing Stipulation and dealing with conflict parties related to same and follow up (1.10) | 1.10 |
| 12/28/12 | TF1 | Follow-up on issues relating to SBO Servicing Stipulation and resolving conflict objections vis-a-vis conflict parties, including calls with PNC counsel and Morrison & Foerster regarding same (1.20) | 1.20 |
| 12/28/12 | TF1 | Confer with B. Kotliar to discuss binders prepared for participation in plan mediation with respect to conflict issues (.30) | 0.30 |
| 12/28/12 | TF1 | Follow-up on Examiner submissions (.30) | 0.30 |
| 12/28/12 | TF1 | Begin review and note-taking on background materials in binders in preparation for upcoming plan mediation (3.50) | 3.50 |
| 12/28/12 | BMK | Correspond with T. Foudy and S. Reisman regarding legal issues in connection with plan mediation (.10) | 0.10 |
| 12/28/12 | BMK | Confer with T. Foudy re: upcoming mediation (.30) | 0.30 |
| 12/28/12 | BMK | Review docket to prepare summary of bankruptcy timeline in preparation for plan mediation (1.20) | 1.20 |
| 12/28/12 | BMK | Research local rule and general order relevant to mediation (.30) | 0.30 |
| 12/28/12 | MR2 | Continue to revise compilation of materials re: submission and pleadings related to the examiners report, per B. Kotliar's request (1.40) | 1.40 |
|  |  | TOTAL HOURS | 223.80 |

March 12, 2013
Inv # 1568378
Our Ref #  062108-000400

Page  14

## Summary of Services

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 16.30 | 830 | 13,529.00 |
| Theresa A. Foudy | Partner | 44.60 | 730 | 32,558.00 |
| Maryann Gallagher | Counsel | 41.80 | 625 | 26,125.00 |
| George E. Spencer | Associate | 8.80 | 520 | 4,576.00 |
| Peter Josef Buenger | Associate | 1.80 | 425 | 765.00 |
| Kevin Arthur Meehan | Associate | 35.50 | 375 | 13,312.50 |
| Heather Hiznay | Associate | 21.50 | 345 | 7,417.50 |
| Bryan M. Kotliar | Associate | 30.90 | 305 | 9,424.50 |
| John Thomas Weber | Associate | 7.00 | 305 | 2,135.00 |
| Melissa Rutman | Legal Assistant | 11.10 | 230 | 2,553.00 |
| Alana Dreiman | Legal Assistant | 4.50 | 230 | 1,035.00 |
|  |  | **223.80** |  | **$113,430.50** |

**TOTAL SERVICES**                                      $113,430.50

## Summary of Expenses

| External Photocopy Services | 209.20 |
|---|---|
| Pacer - ECF | 8.10 |

**TOTAL EXPENSES**                                    $217.30


**TOTAL THIS INVOICE**                          $113,647.80



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

### PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:              Citibank
                      ABA Routing #:     021000089
                      F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#           40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930

                      Residential Capital, LLC
                      Inv. # 1568378

                      Total Services              113,430.50

                      Total Expenses                 217.30

                      **Total This Invoice**      **$113,647.80**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/14/13 20:55:07    Main Document
Pg 190 of 294



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

March 12, 2013

Inv. # 1563238
Our Ref. 062108-000700
SJR

Attention:    Residential Capital, LLC

Re:    **Curtis Retention/Billing/Fee Applications**

| | | | |
|---|---|---|---|
| 12/03/12 | JZ | Review and revise draft October Monthly Fee Statement per US Trustee guidelines (.30) | 0.30 |
| 12/04/12 | JZ | Confer and correspond with working group regarding preparation of October Monthly Fee Statement and November Monthly Fee Statement to conform with US Trustee guidelines (.10) | 0.20 |
| 12/05/12 | JZ | Review and revise draft October Monthly Fee Statement to conform with US Trustee guidelines (.10) | 0.10 |
| 12/06/12 | AD | Begin preparing October 2012 Monthly Fee Statment in accordance with Interim Compensation Order and US Trustee guidelines (1.20) | 1.20 |
| 12/06/12 | JZ | Confer and correspond with working group regarding preparation of October and November Monthly Fee Statement per Interim Compensation Order and US Trustee guidelines (.10) | 0.20 |
| 12/06/12 | JZ | Review and revise draft October Monthly Fee Statement for compliance with applicable orders and guidelines of U.S. Trustee (.30) | 0.40 |
| 12/07/12 | MG8 | Review summary of omnibus objection of United States Trustee to First Interim Fee Application and follow-up with working group regarding issues relating to the resolution of same (.50) | 0.50 |
| 12/07/12 | JZ | Attend to issues related to response to the United States Trustee's objection to the First Interim Fee Application (1.50) | 1.50 |
| 12/07/12 | JZ | Review and revise draft November Monthly Fee Statement in compliance with applicable orders and guidelines of the U.S. Trustee (.30) | 0.30 |
| 12/07/12 | JZ | Review and revise draft October Monthly Fee Statement in compliance with United States Trustee guidelines (.10) | 0.10 |
| 12/10/12 | MG8 | Review Omnibus Objection of the United States | 2.80 |

March 12, 2013
Inv # 1563238
Our Ref # 062108-000700

Page 2

|            |      | Trustee to First Interim Fee Applications in the Residential Capital Chapter 11 cases, review back-up materials and draft response to the United States Trustee with respect to same (2.80) |      |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 12/10/12   | JZ   | Confer and correspond with working group regarding preparation of October and November Fee Statements (.10) | 0.10 |
| 12/11/12   | AD   | Begin preparing the November 2012 Monthly Fee Statement tables and charts per applicable orders and guidelines of the U.S. Trustee (.50) | 0.50 |
| 12/11/12   | AD   | Update October 2012 Monthly Fee Statement per M. Gallagher's comments and revisions per applicable orders and guidelines of the U.S. Trustee (.50) | 0.50 |
| 12/11/12   | JZ   | Review and revise draft October Fee Statement in compliance with U.S. Trustee guidelines (.10) | 0.10 |
| 12/11/12   | JZ   | Review and revise draft November Fee Statement in compliance with U.S. Trustee guidelines (.20) | 0.20 |
| 12/11/12   | JZ   | Confer and correspond with working group regarding issues related to preparation of October and November Fee Statements (.10) | 0.20 |
| 12/12/12   | AD   | Continue preparing the November 2012 Monthly Fee Statement tables and charts per U.S. Trustee guidelines (.30) | 0.30 |
| 12/13/12   | JZ   | Review and revise draft November Fee Statement in compliance with U.S. Trustee guidelines (.20) | 0.20 |
| 12/13/12   | JZ   | Confer and correspond with working group regarding preparation of November Fee Statement (.10) | 0.10 |
| 12/17/12   | MG8  | Correspond with B. Masumoto regarding US Trustee's objections to Curtis' First Interim Fee Application and follow-up with working group re: same (.40) | 0.40 |
| 12/17/12   | MG8  | Participate in telephone call with Judge Glenn's chambers regarding extension of time to respond to objection of US Trustee to Curtis' First Interim Fee Application and follow-up with B. Masumoto re: same (.20) | 0.20 |
| 12/17/12   | MG8  | Attend to matters relating to preparation of materials for hearing on First Interim Fee Applications and follow-up with Curtis team re: same (.40) | 0.40 |
| 12/17/12   | PJB2 | Prepare for upcoming hearing on Curtis' First Interim Fee Application by reviewing previous invoices, objection by United States Trustee and drafting script for hearing and follow-up with Curtis team re: same (1.90) | 1.90 |

12-12020-mg    Doc 3209    Filed 03/14/13    Entered 03/14/13 20:55:07    Main Document
Pg 192 of 594

March 12, 2013
Inv # 1563238
Our Ref # 062108-000700

Page 3

| 12/17/12 | PJB2 | Confer with Curtis team upcoming hearing on Curtis' First Interim Fee Application, preparation for same and current United States Trustee's objections to same (.30) | 0.30 |
|---|---|---|---|
| 12/17/12 | AD | Begin preparing "Documents for First Interim Fee Application Hearing" binders for M. Gallagher and S. Reisman (.60) | 0.60 |
| 12/17/12 | JZ | Confer and correspond with working group regarding issues related to preparation of script for upcoming hearing regarding First Interim Fee Application (.20) | 0.20 |
| 12/18/12 | SJR | Review Objection of U.S. Trustee to fee applications and various related emails, including, follow up regarding supporting documentation for fees, correspond regarding Curtis' explanation and settlement offer and acceptance of same by U.S. Trustee's Office to resolve Curtis' fee issues (2.30) | 2.30 |
| 12/18/12 | PJB2 | Update script for upcoming hearing on Curtis' First Interim Fee Application pursuant to resolved objection of U.S. Trustee and follow-up with Curtis team re: same (.40) | 0.40 |
| 12/18/12 | PJB2 | Review and revise correspondence to the United States Trustee's office re: Trustee's objection to Curtis' First Interim Fee Application and follow-up with Curtis team re: same (1.10) | 1.10 |
| 12/18/12 | AD | Finish preparing and updating "Documents for First Interim Fee Application Hearing" binders for M. Gallagher and S. Reisman (1.00) | 1.00 |
| 12/19/12 | MG8 | Correspond with E. Richards of Morrison & Foerster regarding resolution of U.S. Trustee's objection to Curtis' First Interim Fee Application (.20) | 0.20 |
| 12/19/12 | MG8 | Review and revise outline for hearing on First Interim Fee Applications in Residential Capital Chapter 11 cases and related preparation for hearing (1.50) | 1.50 |
| 12/19/12 | AD | Update October 2012 Monthly Fee Statement, specifically charts and tables, per M. Gallagher and J. Zimmer's request for compliance with U.S.T. Guidelines (1.00) | 1.00 |
| 12/19/12 | AD | Update "Documents for December 20, 2012 10:00 a.m. Hearing Re: First Interim Fee Applications" for S. Reisman and M. Gallagher (1.00) | 1.00 |
| 12/20/12 | SJR | Review First Interim Fee Application, time logs and other materials in preparation for today's hearing at the U.S. Bankruptcy Court Southern District of New York, First Interim Fee Application (1.30) | 1.30 |

March 12, 2013
Inv # 1563238
Our Ref #  062108-000700

Page  4

| | | | |
|---|---|---|---|
| 12/20/12 | SJR | Review Objection of United States Trustee and terms of resolution of same in preparation for today's hearing (.40) | 0.40 |
| 12/20/12 | MG8 | Review and revise October 2012 Monthly Fee Statement and follow-up with Curtis team re: same to ensure compliance with U.S.T. guidelines and Bankruptcy Court guidelines (.50) | 0.50 |
| 12/20/12 | AD | Update October 2012 Monthly Fee Statement in compliance with U.S. Trustee guidelines per J. Zimmer's request (.50) | 0.50 |
| 12/21/12 | AD | Finalize and transmit the October 2012 Monthly Fee Statement and confer with working group throughout the day regarding same (.50) | 0.50 |
| 12/26/12 | MG8 | Attend to final review, sign-off and submission of October 2012 Monthly Fee Statement in compliance with US Trustee procedures and as outlined in Interim Fee Order (.60) | 0.60 |

TOTAL HOURS                  26.10

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 4.00 | 830 | 3,320.00 |
| Maryann Gallagher | Counsel | 7.10 | 625 | 4,437.50 |
| Peter Josef Buenger | Associate | 3.70 | 425 | 1,572.50 |
| James Zimmer | Associate | 4.20 | 345 | 1,449.00 |
| Alana Dreiman | Legal Assistant | 7.10 | 230 | 1,633.00 |
| | | **26.10** | | **$12,412.00** |

**TOTAL SERVICES**                                    $12,412.00

**TOTAL THIS INVOICE**                                $12,412.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  |  |  |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
|  | ABA Routing #: | 021000089 |
|  | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1563238

Total Services                                    12,412.00

Total Expenses                                        0.00

**Total This Invoice**                          **$12,412.00**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in {CurrencyInfo__CurrCode}.

12-12020-mg    Doc 4532    Filed 08/07/14    Entered 08/07/14 22:56:28    Main Document
Pg 48 of 283



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                              April 17, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                      Inv. # 1575869
Fort Washington  PA 19034                                           Our Ref. 062108-000100
                                                                    SJR

Attention:    Residential Capital, LLC

**Re:    Case Administration**

---

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 01/04/13 | MG8 | Review recent docket activity for potential conflict purposes, including Morgan Stanley proof of claim papers, Morrison & Foerster supplemental declaration, notice of rejection of lease, stipulation and proposed order with resepct to agreement between GMAC Mortgage and Ally Bank, motion to join motion of AIG, Allstate, Mass Mutual and Prudential seeking to classify RMBS fraud claims in same class as securitization trusts for plan purposes and directing that such claims not be subordinated (1.30) | 1.30 |
| 01/07/13 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| 01/08/13 | MG8 | Attend to review of daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 |
| 01/09/13 | MG8 | Review daily docket activity in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| 01/10/13 | MG8 | Review recent docket activity for potential conflicts purposes, including numerous filings relating to stay relief and statement of United States with respect to the Debtors' proposed sale of FHA loans (.50) | 0.50 |
| 01/11/13 | MG8 | Attend to brief review of recent docket activity for conflicts purposes (.50) | 0.50 |
| 01/14/13 | MG8 | Review recent docket activity for potential conflict purposes (.70) | 0.70 |
| 01/15/13 | MG8 | Attend to review of daily docket activity for potential conflicts purposes, including numerous filings relating to stay relief and proposed stipulation amending Berkshire Hathaway APA (.80) | 0.80 |
| 01/15/13 | AD | Update "Pleadings and Submissions to the Examiner Relevant to Mediation" binder per B. Kotliar's request (.40) | 0.40 |
| 01/16/13 | MG8 | Review revised hearing agenda and prepare for omnibus hearing in connection with Curtis' role as | 0.60 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 22:56:28    Main Document
Pg 29 of 31

April 17, 2013
Inv # 1575869
Our Ref #  062108-000100

Page  2

| | | Debtors' conflicts counsel (.60) | |
|---|---|---|---|
| 01/17/13 | MG8 | Attend to review of recent docket activity for potential conflicts purposes (.40) | 0.40 |
| 01/17/13 | AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court for matters in which Curtis is involved as conflicts counsel (.10) | 0.10 |
| 01/18/13 | MG8 | Attend to review of daily docket activity for potential conflicts purposes (.30) | 0.30 |
| 01/22/13 | MG8 | Attend to review of recent docket activity for conflicts purposes (.80) | 0.80 |
| 01/23/13 | AD | Update internal case calendar to reflect upcoming hearing dates and deadlines as set by the Court (.10) | 0.10 |
| 01/24/13 | MG8 | Review docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |
| 01/25/13 | MG8 | Telephone conference w/ J. Glenn's chambers regarding entry of SBO Servicer stipulation and related follow-up with M. Crespo regarding outcome of same (.50) | 0.50 |
| 01/28/13 | MG8 | Review heavy docket activity in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 |
| 01/28/13 | AD | Locate and assemble binder for January 29, 2013 hearing per M. Gallagher's request (.50) | 0.50 |
| 01/29/13 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including numerous filings relating to stay relief requests and extension of stay (.80) | 0.80 |
| 01/29/13 | AD | Retrieve court documents regarding the Boilermakers-Blacksmith National Pension Trust Fund claim objection in the Lehman Brothers bankruptcy for conflicts purposes and provide same to T. Foudy, M. Gallagher and B. Kotliar for use in connection with response to Investors' Rule 3013 Motion (.80) | 0.80 |
| 01/29/13 | AD | Confer with Judge Peck's Chambers regarding telephonic court appearances in the Lehman Brothers Holdings Corp. bankruptcy case as it relates to Investors Rule 3013 Motion filed in the Residential Capital bankruptcy case (.20) | 0.20 |
| 01/29/13 | AD | Assemble a binder re: court documents regarding the Boilermakers-Blacksmith National Pension Trust Fund and provide same to T. Foudy (.80) | 0.80 |
| 01/31/13 | MG8 | Attend to review of recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.80) | 0.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 30 of 31

April 17, 2013
Inv # 1575869
Our Ref #  062108-000100

Page  3

TOTAL HOURS                            14.30

### Summary of Services

|                    | Title           | Hours  | Rate | Amount      |
|--------------------|-----------------|--------|------|-------------|
| Maryann Gallagher  | Counsel         | 11.40  | 625  | 7,125.00    |
| Alana Dreiman      | Legal Assistant | 2.90   | 230  | 667.00      |
|                    |                 | **14.30** |   | **$7,792.00** |

TOTAL SERVICES                                          $7,792.00

### Summary of Expenses

| Pacer - ECF | 228.50 |
|-------------|--------|

TOTAL EXPENSES                                          $228.50


TOTAL THIS INVOICE                                      $8,020.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:                 Citibank
                              ABA Routing #:   021000089
                              F/B/O:               Curtis Mallet-Prevost Colt & Mosle LLP
                              Account#          40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
                               General Post Office
                               P.O. Box 27930
                               New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575869

Total Services                                    7,792.00

Total Expenses                                     228.50

**Total This Invoice**                        **$8,020.50**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.