12-12020-mg    Doc 4532-58    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 52 of 349



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575875
Our Ref. 062108-000210
SJR

Attention:     Residential Capital, LLC

**Re:   Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 01/03/13 | MG8 | Review PNC Mortgage's proposed revisions to stipulation addressing SBO servicer concerns relating to advance reimbursement (.40) | 0.40 |
| 01/07/13 | MG8 | Review and comment on Debtors' Omnibus Reply to Cure Objections of certain SBO Servicers, including PNC Mortgage and CitiMortgage and other parties for conflicts purposes (1.20) | 1.20 |
| 01/07/13 | MG8 | Review and comment on further revised Omnibus Reply to Cure Objections, related charts and proposed order with respect to same (.40) | 0.40 |
| 01/09/13 | MG8 | Attend to matters relating to adjournment of January 10th hearing, including cure objections of PNC Mortgage (.10) | 0.10 |
| 01/09/13 | MG8 | Attend to matters relating to preparation of materials for hearing on cure objections (.60) | 0.60 |
| 01/09/13 | MG8 | Correspond with A. Root of PNC Mortgage regarding proposed stipulation addressing SBO Servicer concerns and follow-up with M. Crespo at Morrison & Foerster regarding same (.50) | 0.50 |
| 01/10/13 | MG8 | Attend to several correspondence with T. Witten and his team at Residential Capital regarding review of PNC Mortgage's requests for reimbursement of advances that are not yet payable and follow-up re: same (.30) | 0.30 |
| 01/10/13 | MG8 | Participate in telephone conference with A. Root, counsel to PNC Mortgage, regarding last comments to the stipulation resolving SBO servicer cure objection and review request for reimbursement of advances and related follow-up (.40) | 0.40 |
| 01/11/13 | MG8 | Correspond with C. Hager of Residential Capital regarding review of PNC Mortgage spreadsheet listing current requests for reimbursement of advances (.30) | 0.30 |
| 01/11/13 | MG8 | Attend to several communications with A. Root, counsel to PNC Mortgage, regarding SBO servicer | 0.50 |

|  |  | stipulation and review chart with current PNC requests for advance reimbursement for conflicts purposes (.50) |  |
|---|---|---|---|
| 01/14/13 | MG8 | Attend to correspondence with M. Beck and T. Witten of Residential Capital regarding certain PNC Mortgage SBO servicing agreements to be included on assumed contract list in connection with Debtors' asset sales for conflicts purposes (.30) | 0.30 |
| 01/14/13 | MG8 | Attend to correspondence with A. Root, of PNC Mortgage, regarding reconciliation of requests for reimbursement of servicing advances (.20) | 0.20 |
| 01/15/13 | MG8 | Attend to matters related to finalization and execution of the SBO Servicer Stipulation with PNC Mortgage and follow-up with M. Crespo of Morrison & Foerster regarding same (.30) | 0.30 |
| 01/15/13 | MG8 | Correspond with Curtis team regarding issues relating to PNC SBO servicer agreements to be included in assumed contract schedules (.20) | 0.20 |
| 01/15/13 | MG8 | Draft correspondence to M. Beck, T. Witten and C. Hager regarding PNC Mortgage SBO servicing agreements to be included in assumed contract schedules (.30) | 0.30 |
| 01/15/13 | MG8 | Review PNC Mortgage SBO servicing agreements forwarded by T. Witten in connection with assumption schedules for conflicts purposes (.30) | 0.30 |
| 01/15/13 | MG8 | Prepare for January 16th hearing on, among other things, outstanding cure issues in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 |
| 01/16/13 | MG8 | Review fully executed copy of SBO Servicer Stipulation and related follow-up correspondence with T. Foudy and A. Root (.20) | 0.20 |
| 01/18/13 | MG8 | Attend to correspondence with M. Beck of Morrison & Foerster regarding PNC Mortgage SBO servicing agreements to be included in schedule of assumed contracts for sales to Ocwen and Berkshire Hathaway and follow-up with A. Root, of PNC Mortgage, re: same for conflicts purposes (.20) | 0.20 |
| 01/24/13 | MG8 | Telephone call with M. Crespo of Morrison & Foerster regarding SBO servicer stipulation (.10) | 0.10 |
| 01/25/13 | MG8 | Attend to correspondence with A. Root of PNC Mortgage regarding entry of SBO Servicer Stipulation (.20) | 0.20 |
| 01/28/13 | MG8 | Prepare for omnibus hearing on numerous matters, including notices seeking to assume and assign certain agreements in connection with Debtors' sale of platform and legacy portfolio assets (.70) | 0.70 |

April 17, 2013
Inv # 1575875
Our Ref #  062108-000210

Page  3

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 01/29/13 | MG8 | Attend hearing in connection with assumption of various agreements in connection with Debtors' sale motion (2.50) | 2.50 |
| 01/31/13 | JD3 | Participate in teleconference with C. DiCicco and M. Gallagher re: Calpine REO settlement and review of REO order re: same (.20) | 0.20 |
| 01/31/13 | MG8 | Review notice of proposed order and notice of filing of amended proposed order regarding assumption and assignment of executory contracts in connection with sale of Debtors' platform assets in connection with Curtis' role as conflicts counsel (.20) | 0.20 |
| 01/31/13 | MG8 | Participate in telephone conference with C. DiCicco of ResCap and J. Drew regarding CPN settlement and transfer of REO property to CPN (.20) | 0.20 |
| 01/31/13 | MG8 | Follow-up communication with H. Jones, outside counsel to Residential Capital, in connection with the REO transfer to Calpine (.40) | 0.40 |

TOTAL HOURS        11.80

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|-------|-------|------|--------|
| Maryann Gallagher | Counsel | 11.60 | 625 | 7,250.00 |
| James V. Drew | Associate | 0.20 | 590 | 118.00 |
| | | **11.80** | | **$7,368.00** |

**TOTAL SERVICES**                           $7,368.00

### Summary of Expenses

Pacer - ECF                            432.40

**TOTAL EXPENSES**                        $432.40

**TOTAL THIS INVOICE**                  $7,800.40

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/14 22:56:28    Main Document
Pg 4 of 100



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575875

| | |
|---|---|
| Total Services | 7,368.00 |
| Total Expenses | 432.40 |
| **Total This Invoice** | **$7,800.40** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575880
Our Ref. 062108-000320
SJR

Attention:    Residential Capital, LLC

**Re:   Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 01/07/13 | MG8 | Review claims filed by actual and potential conflict parties from Morrison & Foerster retention application and list of matters in which Curtis has previously acted as Debtors' conflicts counsel in connection with mediation before Judge Peck and follow-up with B. Kotliar with respect to organization of same including need for preparation of chart detailing status of same (1.60) | 1.60 |
| 01/07/13 | BMK | Draft schedule of proofs of claims filed by actual conflict parties by reviewing claims register including discussions on same with M. Gallagher (3.40) | 3.40 |
| 01/07/13 | BMK | Draft schedule of proofs of claim re: parties for which Morrison & Foerster has disclosed as a current client or affiliate of current client (3.70) | 3.70 |
| 01/07/13 | BMK | Review resulting data from conflict party claims chart to ensure accuracy, including review of Morrison & Foerster retention application (1.10) | 1.10 |
| 01/07/13 | BMK | Draft email on findings regarding conflict party claims chart for circulation to M. Gallagher and T. Foudy (.10) | 0.10 |
| 01/08/13 | BMK | Revise schedule of claims filed by conflict parties per M. Gallagher's edits (.20) | 0.20 |
| 01/09/13 | MG8 | Review precedent for claims objection procedures, including Lehman, MF Global and General Maritime, in connection with commenting on draft claims objection procedures motion circulated by Morrison & Foerster in connection with Curtis' role as Debtors' conflicts counsel (1.30) | 1.30 |
| 01/10/13 | MG8 | Review and comment on draft procedures for claims objections, settlements and schedule amendments and correspond with J. Wishnew of Morrison & Foerster regarding same (2.10) | 2.10 |
| 01/11/13 | MG8 | Draft correspondence to T. Foudy regarding securities fraud related claims asserted by Investors who filed Rule 3013 Motion and necessary research relating to | 0.20 |

12-12020-mg    Doc 4532    Filed 08/07/14    Entered 08/07/14 22:56:28    Main Document
Pg 57 of 100

April 17, 2013
Inv # 1575880
Our Ref #  062108-000320

Page  2

| | | | |
|---|---|---|---|
| | | same (.20) | |
| 01/11/13 | MG8 | Briefly review materials from the Washington Mutual case relating to securities fraud related claims in connection with review of Investors' claims (.50) | 0.50 |
| 01/11/13 | MG8 | Correspond with B. Kotliar and T. Foudy regarding research on securities fraud related claims, including obtaining materials from the Washington Mutual case relevant to same for claims objection purposes (.20) | 0.20 |
| 01/16/13 | MG8 | Review B. Kotliar's research regarding claims objection procedures that provide for ability to object to claims in different objections for conflicts purposes (.40) | 0.40 |
| 01/16/13 | MG8 | Review motion for claims procedures and approval order from Borders' Chapter 11 cases for procedures similar to those included in current draft of procedures motion proposed for Residential Capital (.30) | 0.30 |
| 01/16/13 | MG8 | Confer with J. Wishnew of Morrison & Foerster regarding status of draft motion for approval of claims objection procedures and related procedures (.10) | 0.10 |
| 01/16/13 | BMK | Draft email to M. Gallagher re: research findings re: claims objection procedures motions and orders explaining reservation of rights language with respect to multiple objections to the same claims (.80) | 0.80 |
| 01/16/13 | BMK | Research whether prior claims procedures and orders have███████████████████████████████████████(.50) | 0.50 |
| 01/16/13 | BMK | Correspond with M. Gallagher re: research summary re: claims procedures███████████████████████(.30) | 0.30 |
| 01/16/13 | BMK | Conduct research re: treatment of claims objections in recent bankruptcies by reviewing case dockets for motions, proposed orders, omnibus claims objections and orders (1.30) | 1.30 |
| 01/30/13 | MG8 | Review and provide to J. Wishnew comments to updated draft of claims procedures motion (.60) | 0.60 |
| | | TOTAL HOURS | 18.70 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 58 of 349

April 17, 2013
Inv # 1575880
Our Ref #  062108-000320

Page  3

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 7.30 | 625 | 4,562.50 |
| Bryan M. Kotliar | Associate | 11.40 | 305 | 3,477.00 |
|  |  | **18.70** |  | **$8,039.50** |

**TOTAL SERVICES**                                                   $8,039.50

**TOTAL THIS INVOICE**                                          $8,039.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575880

| | |
|---|---|
| Total Services | 8,039.50 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$8,039.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

April 17, 2013

Inv. # 1575881
Our Ref. 062108-000330
SJR

Attention: Residential Capital, LLC

**Re: Contracts/Leases Assumption and Rejection**

---

| | | | |
|---|---|---|---|
| 01/08/13 | SJR | Review Omnibus Reply and edits to Debtors' Omnibus Reply to Objections to Assumption and Assignment of Certain Agreements in connection with sale of assets where Curtis is handling matters related to PNC Mortgage for conflicts purposes (1.10) | 1.10 |
| 01/08/13 | SJR | Follow up regarding status of Omnibus Reply to objections to Assumption and Assignment of Certain Agreements in efforts to resolve Objections (.30) | 0.30 |
| 01/15/13 | BMK | Draft Correspondence to M. Gallagher re: findings on assumed and assigned contracts re: PNC Mortgage's 2004 and 2002 NCMC contracts for conflicts purposes (.30) | 0.30 |
| 01/15/13 | BMK | Review debtors' schedules of assumed and assigned contracts for contracts related to PNC re: whether NCMC 2004 contract includes the prior 2002 version (.90) | 0.90 |
| | | TOTAL HOURS | 2.60 |

<u>**Summary of Services**</u>

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.40 | 830 | 1,162.00 |
| Bryan M. Kotliar | Associate | 1.20 | 305 | 366.00 |
| | | **2.60** | | **$1,528.00** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | **$1,528.00** |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 10 of 100

April 17, 2013
Inv # 1575881
Our Ref #  062108-000330

Page  2

**TOTAL THIS INVOICE**                                                    **$1,528.00**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  |  |  |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
|  | ABA Routing #: | 021000089 |
|  | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575881

| | |
|---|---|
| Total Services | 1,528.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$1,528.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575882
Our Ref. 062108-000350
SJR

Attention:   Residential Capital, LLC

**Re:  Hearings and Court Matters**

---

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 01/09/13 | BMK | Review objections by conflict parties PNC Mortgage and Citimortgage in connection with upcoming cure objection hearing (.80) | 0.80 |
| 01/09/13 | BMK | Coordinate with A. Dreiman for production of materials for cure objection hearing scheduled for January 10th, 2013 (.50) | 0.50 |
| 01/09/13 | AD | Prepare a binder for the "Cure Objections Hearing" on January 10, 2013 at 2:00 p.m. per T. Foudy and M. Gallagher's request (3.00) | 3.00 |
| 01/15/13 | BMK | Coordinate with A. Dreiman regarding production of necessary materials for hearing on cure objections (.30) | 0.30 |
| 01/15/13 | AD | Update January 16, 2012 "Cure Objections Hearing" binder per B. Kotliar's request (.60) | 0.60 |
| 01/16/13 | MG8 | Attend hearing in connection with Curtis' role as conflicts counsel with respect to certain parties who filed cure objections (1.00) | 1.00 |
| | | TOTAL HOURS | 6.20 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|--|-------|-------|------|--------|
| Maryann Gallagher | Counsel | 1.00 | 625 | 625.00 |
| Bryan M. Kotliar | Associate | 1.60 | 305 | 488.00 |
| Alana Dreiman | Legal Assistant | 3.60 | 230 | 828.00 |
| | | **6.20** | | **$1,941.00** |

**TOTAL SERVICES**  $1,941.00

April 17, 2013
Inv # 1575882
Our Ref #  062108-000350

Page  2

### Summary of Expenses

External Photocopy Services                           60.20

**TOTAL EXPENSES**                                  **$60.20**


**TOTAL THIS INVOICE**                            **$2,001.20**



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
I O I PARK AVENUE
NEW YORK, NEW YORK  I O I 78-006 I

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:            Citibank
ABA Routing #:   021000089
F/B/O:           Curtis Mallet-Prevost Colt & Mosle LLP
Account#         40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575882

| | |
|---|---:|
| Total Services | 1,941.00 |
| Total Expenses | 60.20 |
| **Total This Invoice** | **$2,001.20** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575895
Our Ref. 062108-000400
SJR

Attention:    Residential Capital, LLC

**Re:    General Litigation Matters**

---

| 01/01/13 | BMK | Draft chart and outline of Residential Capital's prepetition credit facilities detailing specifically obligations owed to various creditor constituencies as would be relevant to Curtis' role as conflicts counsel in upcoming mediation (2.50) | 2.50 |
|---|---|---|---|
| 01/02/13 | SJR | Review research and pleadings filed related to Plan negotiation and background on same in preparation for meeting with Mediator Judge Peck, regarding efforts to resolve numerous disputes with actual and potential conflict parties in the Residential Capital case which are subject to litigation or potential litigation and impediments to a plan (4.60) | 4.60 |
| 01/02/13 | SJR | Attend to review and revision of sections of submission to Examiner in response to submission to Examiner by JSN/SUNS (1.60) | 1.60 |
| 01/02/13 | TF1 | Review and attend to responding to comments to specified sections of response to JSNs/SUNs submission to examiner for conflicts purposes (2.80) | 2.80 |
| 01/02/13 | TF1 | Review and take notes on background materials, including pleadings filed and internal research in preparation for participation in mediation on plan negotiations before Judge Peck (4.10) | 4.10 |
| 01/02/13 | TF1 | Follow-up with PNC Mortgage on comments to SBO servicing stipulation for conflicts purposes (.10) | 0.10 |
| 01/02/13 | BMK | Draft email to K. Meehan re: Morrison & Foerster's comments to Curtis' draft response to JSN/SUN submission to examiner re: ███████████ ██████████████████████████ ██████████(.50) | 0.50 |
| 01/02/13 | BMK | Draft email to T. Foudy, M. Gallagher and K. Meehan re: facts of IB Finance Transaction in 2008-2009 in connection with response to JSN/SUNS Examiner submission (1.80) | 1.80 |
| 01/02/13 | BMK | Draft outline of bankruptcy case timeline to be used as | 0.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 16 of 100

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page 2

| | | | |
|---|---|---|---|
| | | a reference chart during plan mediation before Judge Peck for conflicts purposes (.80) | |
| 01/02/13 | BMK | Prepare materials for upcoming mediation re: examiner work plans and supplements (.40) | 0.40 |
| 01/02/13 | BMK | Review and summarize RMBS Trust Settlement motion and objections in connection with the $8.7 billion allowed claim as it pertains to the mediation negotiations for conflicts purposes (3.20) | 3.20 |
| 01/02/13 | MR2 | Continue to revise compilation of materials re: Pleadings and Examiners Submissions Relevant to Mediation including additional documents and updates to the order of documents at request of B. Kotliar (1.40) | 1.40 |
| 01/02/13 | KAM | Research whether ███████████████████████ ███████████████████████ ███████████████████████ (1.50) | 1.50 |
| 01/02/13 | KAM | Revise Debtors' response to the Submissions of the Trustee for the Senior Unsecured Notes and the Ad Hoc Group of Junior Unsecured Noteholders (1.90) | 1.90 |
| 01/03/13 | SJR | Review draft Response to Examiner and attend to issues regarding responding to JSN's and SUN's submission to the Examiner and correspondence with T. Foudy and M. Gallagher regarding same (1.10) | 1.10 |
| 01/03/13 | SJR | Attend to review of materials regarding submission to Examiner including numerous pleadings and internal research and follow up correspondence with T. Foudy and M. Gallagher on possible need for additional materials to be provided to Examiner (1.10) | 1.10 |
| 01/03/13 | TF1 | Review/edit/revise drafts of JSN/SUNs' response to Examiner (2.00) | 2.00 |
| 01/03/13 | TF1 | Conference call with A. Barrage to discuss comments and revisions to draft of JSN/SUN's response to Examiner for conflicts purposes (.50) | 0.50 |
| 01/03/13 | TF1 | Emails with A. Barrage and client on certain factual information pertinent to JSN/SUNS' response (.40) | 0.40 |
| 01/03/13 | TF1 | Review/analyze PNC Mortgage comments to SBO Servicing Stipulation and forward same to M. Beck (.50) | 0.50 |
| 01/03/13 | TF1 | Conference call with A. Root, PNC Mortgage counsel, on PNC comments to SBO Servicing Stipulation (.10) | 0.10 |
| 01/03/13 | MG8 | Review proposed revisions to sections of draft submission to Examiner in response to JSN and SUNs submissions that are being handled by Curtis for | 0.60 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 68 of 100

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page 3

| | | conflicts purposes (.60) | |
|---|---|---|---|
| 01/03/13 | MG8 | Correspondence with A. Barrage and T. Foudy regarding additional research for submission to Examiner and timing for sending to Examiner's counsel (.30) | 0.30 |
| 01/03/13 | BMK | Perform supplemental caselaw research for cases re: ████████████ for response to JSNs submission to the Examiner (1.20) | 1.20 |
| 01/03/13 | BMK | Review JSNs Indenture agreement for provisions ████████████ (.30) | 0.30 |
| 01/03/13 | BMK | Draft email to T. Foudy and K. Meehan re: caselaw and indenture research re: ████████████ for the response to the JSN and SUN submission to the examiner (.30) | 0.30 |
| 01/04/13 | SJR | Review documentation regarding various issues in the Residential Capital case including draft of presentation for Judge Peck as Mediator, waterfall analysis for Mediator and other materials regarding strengths and weaknesses of particular claims and strategy regarding Plan process and Mediation process including conference with T. Foudy and B. Kotliar on same (4.70) | 4.70 |
| 01/04/13 | SJR | Attend to participation in conference call with Morrison & Foerster, M. Gallagher and T. Foudy to discuss Plan related conflict issues and upcoming mediation with Bankruptcy Judge Peck (1.10) | 1.10 |
| 01/04/13 | SJR | Follow up with Morrison & Foerster regarding issues subsequent to conference call regarding upcoming mediation with Judge Peck (.30) | 0.30 |
| 01/04/13 | TF1 | Review and edit latest drafts of JSN/SUNs' response to Examiner and provide comments on ████████████ argument contained in same (5.20) | 5.20 |
| 01/04/13 | TF1 | Follow-up with M. Beck on comments to SBO servicing stipulation resolving cure claims and finalizing same for conflicts purposes (.60) | 0.60 |
| 01/04/13 | TF1 | Conference call with G. Lee to discuss participation in mediation with Judge Peck (.30) | 0.30 |
| 01/04/13 | TF1 | Meet with S. Reisman and B. Kotliar to go over key case dynamics/facts in preparation for mediation involvement for conflicts purposes (3.10) | 3.10 |
| 01/04/13 | TF1 | Participate in call with Morrison & Foerster, S. Reisman, M. Gallagher, and B. Kotliar for purposes related to preparation for meeting with Judge Peck | 1.10 |

12-12020-mg    Doc 4532    Filed 08/07/14    Entered 08/07/14 22:56:28    Main Document
Pg 69 of 343

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page 4

|            |     | regarding mediation (1.10)                                                                                                                            |      |
| ---------- | --- | ----------------------------------------------------------------------------------------------------------------------------------------------------- | ---- |
| 01/04/13   | TF1 | Review mediation presentation materials for Judge Peck (.60)                                                                                           | 0.60 |
| 01/04/13   | MG8 | Review and revise drafts of submission to Examiner in response to JSN and SUNs submissions (1.60)                                                      | 1.60 |
| 01/04/13   | MG8 | Participate in conference call with Morrison & Foerster, S. Reisman, T. Foudy and B. Kotliar to review plan-related conflict issues and discuss upcoming mediation with Judge Peck (1.10) | 1.10 |
| 01/04/13   | BMK | Review Morrison & Foerster retention application and retention order for AIG's status as conflicts party in event that Curtis may be requested to handle AIG issues in upcoming mediation (.70) | 0.70 |
| 01/04/13   | BMK | Correspondence with S. Reisman re: procedures for filing adversary proceeding under Bankruptcy Rule 7001 to subordinate claims (.40)                   | 0.40 |
| 01/04/13   | BMK | Conference with S. Reisman and T. Foudy re: Curtis' role in upcoming mediation and factual information and dynamics relevant to Curtis' role as conflicts counsel (3.10) | 3.10 |
| 01/04/13   | BMK | Coordinate preparation of necessary materials for mediation (.40)                                                                                     | 0.40 |
| 01/04/13   | BMK | Review draft response to SUN Noteholders' submission to Examiner for support and citation accuracy (.70)                                               | 0.70 |
| 01/04/13   | BMK | Supplement draft response to SUN/JSN submission to Examiner with case citations re: ███████████ ██████████████████████████████ (1.40)                 | 1.40 |
| 01/04/13   | BMK | Multiple emails with T. Foudy re: necessary edits to response to Examiner submissions of SUNs and JSNs such as case citations and supplemental research (.50) | 0.50 |
| 01/04/13   | BMK | Teleconference with S. Reisman, T. Foudy and Morrison & Foerster team re: upcoming mediation materials for Judge Peck and potential strategies for a Chapter 11 plan (1.10) | 1.10 |
| 01/04/13   | MR2 | Attend to final edits to compilation re: Pleadings and Examiners Submissions Relevant to Mediation for B. Kotliar (1.60)                               | 1.60 |
| 01/04/13   | KAM | Review response to SUN/JSN submission to Examiner and provide comments to same (.20)                                                                   | 0.20 |
| 01/07/13   | SJR | Follow up regarding matters related to preparation for mediation and review materials in preparation for same                                          | 2.70 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  5

|           |     | including discussions with M. Gallagher and review of background documentation including internal research regarding mediation (2.70) |      |
|-----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------|------|
| 01/07/13  | SJR | Review materials in preparation for mediation including issues related to Third-Party Releases, Examiner's Submissions, Cure Objections, Inter-Company Claims, possible Third-Party Actions, etc. (3.40) | 3.40 |
| 01/07/13  | TF1 | Review and edit latest draft of response to JSNs/SUNs Examiner Submission (2.10) | 2.10 |
| 01/07/13  | TF1 | Review and take notes on SUNs Submission in connection with same (.80) | 0.80 |
| 01/07/13  | TF1 | Follow-up on SBO Servicing Stipulation with M. Gallagher, M. Beck and A. Root, PNC's counsel (.40) | 0.40 |
| 01/07/13  | TF1 | Review key caselaw on propriety of third-party releases, B. Kotliar's notes on factual background, and other key material for participation in mediation before Judge Peck (1.90) | 1.90 |
| 01/07/13  | TF1 | Review/provide comments to Omnibus Reply to cure objections and discuss same with M. Gallagher (1.10) | 1.10 |
| 01/07/13  | MG8 | Review and provide final comments on Debtors' submission to Examiner in response to JSN and SUNs submissions (1.20) | 1.20 |
| 01/07/13  | MG8 | Review revised proposed stipulation and order addressing SBO Servicer issues circulated by Morrison & Foerster and follow-up with T. Foudy and A. Root, counsel to PNC Mortgage (.30) | 0.30 |
| 01/07/13  | MG8 | Confer with T. Foudy regarding comments to Debtors' Omnibus Reply to Certain Cure Objections and follow-up re: same (.20) | 0.20 |
| 01/07/13  | MG8 | Confer with S. Reisman regarding upcoming plan mediation and preparations relating to the same for conflicts purposes (.30) | 0.30 |
| 01/07/13  | BMK | Coordinate production of materials necessary to aid mediation (.30) | 0.30 |
| 01/08/13  | SJR | Review materials regarding analysis of Residential Capital claims, waterfall analysis, mediation and party position analysis and other materials in connection with tomorrow's mediation session with Bankruptcy Judge Peck (6.20) | 6.20 |
| 01/08/13  | SJR | Participate in conference call with Morrison & Foerster regarding upcoming Mediation Meeting with Judge Peck and confer with T. Foudy and M. Gallagher regarding same (1.20) | 1.20 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  6

| | | | |
|---|---|---|---|
| 01/08/13 | TF1 | Follow-up with Morrison & Foerster and PNC on finalizing of SBO Servicing Stipulation, including conference call with PNC's counsel on same and proof of claim for conflicts purposes (.80) | 0.80 |
| 01/08/13 | TF1 | Confer with M. Gallagher on PNC and cure objections to claim (.50) | 0.50 |
| 01/08/13 | TF1 | Review and provide comments to multiple drafts of omnibus reply on cure objections and chart thereto (1.90) | 1.90 |
| 01/08/13 | TF1 | Continue review and notetaking on background materials relevant to participation in plan mediation vis-a-vis conflict parties (.80) | 0.80 |
| 01/08/13 | TF1 | Participate in conference call with Morrison & Foerster to prepare for mediation meeting with Judge Peck and follow-up discussion with S. Reisman (1.20) | 1.20 |
| 01/08/13 | MG8 | Confer with T. Foudy regarding issues with respect to PNC Mortgage cure objection and follow-up regarding hearing on certain cure objections for conflicts purposes (.50) | 0.50 |
| 01/08/13 | MG8 | Review briefly final version of Debtors' Submission to Examiner in response to submission of SUNs and JSNs and related cover letter (.50) | 0.50 |
| 01/08/13 | MG8 | Confer with S. Reisman re: upcoming Mediation meeting with Judge Peck (.20) | 0.20 |
| 01/08/13 | BMK | Review debtors' submission to Examiner re: JSNs and SUNs specifically for portions handled by Curtis for conflicts purposes (.50) | 0.50 |
| 01/08/13 | BMK | Research whether filing of adversary proceeding to subordinate a claim█████████████████ █████████████████(.80) | 0.80 |
| 01/09/13 | SJR | Attend mediation session with Judge Peck and attorneys from Morrison & Foerster regarding presentation of position of various parties in connection with potential for settling inter-company and inter-creditor disputes through a mediation process Ordered by Court (6.80) | 6.80 |
| 01/09/13 | SJR | Review e-mail from Gary Lee of Morrison & Foerster regarding assistance needed in connection with subordination matter related to potential conflict parties, including AIG, and review documentation in connection with same (1.70) | 1.70 |
| 01/09/13 | TF1 | Review and edit draft claims procedures motion papers circulated by Morrison & Foerster (1.50) | 1.50 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  7

| Date | Init | Description | Hours |
|---|---|---|---|
| 01/09/13 | TF1 | Follow-up on SBO Servicing Stipulation and preparation for cure hearing, including emails with Morrison & Foerster and PNC's counsel regarding comments to same, and review/edit new revised drafts of same, review hearing notices/agenda, and supervise preparation of hearing binders (2.20) | 2.20 |
| 01/09/13 | TF1 | Review updated presentations to Judge Peck for mediation (.70) | 0.70 |
| 01/09/13 | BMK | Input comments to draft subordination complaint from Morrison & Foerster for review by S. Reisman (1.20) | 1.20 |
| 01/09/13 | BMK | Review draft subordination complaint of Trusts' misrepresentation claims (.90) | 0.90 |
| 01/10/13 | TF1 | Follow-up regarding resolution of PNC Mortgage Cure Objection, including review of new draft of SBO Servicing Stipulation and emails with client and PNC regarding outstanding advances spreadsheet (.80) | 0.80 |
| 01/10/13 | BMK | Review submissions by AIG, Allstate, MassMutual and Prudential to the Investors Motion pursuant to Rule 3013 seeking classification of Investors' claims with claims of RMBS Trust to aid preparation of draft subordination complaint (1.30) | 1.30 |
| 01/11/13 | SJR | Attend to review of draft memorandum and case law as well as draft Motion to Subordinate Claims of AIG, Allstate, MassMutual and Prudential and other claim and securities fraud claims against the Debtors in connection with project on behalf of ResCap to subordinate claims for determination of recovery (3.20) | 3.20 |
| 01/11/13 | TF1 | Review and analyze draft motion to subordinate claims of AIG, Allstate, MassMutual and Prudential and potentially other securities fraud claimants (1.20) | 1.20 |
| 01/11/13 | TF1 | Research law in connection with drafting of motion to subordinate claims of certain conflict parties and other securities fraud claimants (.90) | 0.90 |
| 01/11/13 | TF1 | Review email with Morrison & Foerster on comments to draft claims procedures motion (.10) | 0.10 |
| 01/11/13 | TF1 | Follow-up on finalization of SBO Servicing Stipulation/resolution of cure objections of conflict parties, including review of spreadsheet of claims and conferring with PNC Mortgage and client on same and conferring with Morrison & Foerster on status of resolution (.80) | 0.80 |
| 01/11/13 | BMK | Draft email to S. Reisman, T. Foudy and M. Gallagher circulating documents relevant to draft subordination papers in response to Investors' Rule 3013 Motion from Morrison & Foerster re: subordination issues in similar | 0.50 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  8

large mortgage company bankruptcy (.50)

| | | | |
|---|---|---|---|
| 01/14/13 | TF1 | Attend to follow-up on finalization and execution of SBO Servicing Stipulation with PNC Mortgage counsel and Morrison & Foerster for conflicts purposes (.40) | 0.40 |
| 01/14/13 | TF1 | Confer with M. Gallagher on draft memorandum in support of subordination of Investors' claims and strength of various arguments in regards to same (.70) | 0.70 |
| 01/14/13 | TF1 | Follow-up on research regarding subordination of securities fraud claims of conflict parties and begin review of key WAMU pleadings regarding same (1.60) | 1.60 |
| 01/14/13 | TF1 | Discussion with M. Cohen and M. Gallagher re: objection to trust claims pursuant to section 510 of the Bankruptcy Code in connection with Debtors' potential motion to subordinate Investors' securities fraud claims (.50) | 0.50 |
| 01/14/13 | MG8 | Confer with T. Foudy re: issues relating to potential claims for subordination of Investors' securities fraud claims and follow-up re: same (.70) | 0.60 |
| 01/14/13 | MG8 | Discussion with M. Cohen and T. Foudy on objection to Investors' securities fraud claims pursuant to section 510 of the Bankruptcy code for conflicts purposes (.50) | 0.50 |
| 01/14/13 | MAC | Confer with M. Gallagher and T. Foudy re: objection to Investors' securities fraud claims pursuant to section 510 of the Bankruptcy Code for conflicts purposes (.50) | 0.50 |
| 01/14/13 | BMK | Coordinate with A. Dreiman for the production of transcripts from several hearings in similar mortgage company bankruptcy case in connection with research or subordination issues (.20) | 0.20 |
| 01/14/13 | BMK | Draft email to T. Foudy re: findings on pleadings re: similar issues re: statutory language of section 510(b) (.40) | 0.40 |
| 01/14/13 | BMK | Research docket of similar bankruptcy cases for pleadings on the issue of amending the court's prior decision re: subordination (.40) | 0.40 |
| 01/14/13 | BMK | Draft email to T. Foudy summarizing pleadings and findings re: subordination issues in similar major mortgage company bankruptcy cases (.80) | 0.80 |
| 01/14/13 | BMK | Draft follow up email to T. Foudy explaining findings on pleadings re: similar issues in major mortgage company bankruptcy cases re: statutory language of section 510(b) (.30) | 0.30 |
| 01/14/13 | BMK | Research subordination issues in similar mortgage company bankruptcy case re: issues in connection with statutory language of section 510(b) (.80) | 0.80 |

| 01/14/13 | BMK | Correspondence with T. Foudy re: findings in In re Accredited Home Lenders re: subordination issues (.40) | 0.40 |
|---|---|---|---|
| 01/14/13 | BMK | Research recently filed mortgage company bankruptcy cases re: subordination issues re: securities holders claims in connection with response to Investors' Rule 3013 Motion (3.60) | 3.60 |
| 01/14/13 | AD | Locate and retrieve court transcripts for hearings held in the Washington Mutual case on June 28, 2011 and May 7, 2012 per B. Kotliar's request and related to Investors' Rule 3013 Motion (.20) | 0.20 |
| 01/15/13 | TF1 | Follow-up finalization of SBO servicing stipulation with PNC Mortgage and address new issue regarding additional PNC Mortgage contracts, including participating in calls with M. Gallagher, M. Beck, M. Beck, T. Witten and C. Hager on new issue and multiple calls with PNC Mortgage counsel on new issue (1.60) | 1.60 |
| 01/15/13 | TF1 | Review agenda for upcoming cure hearing at which Curtis will represent the Debtors in connection with PNC Mortgage (.10) | 0.10 |
| 01/15/13 | TF1 | Follow-up emails with B. Kotliar on status of research for subordination motion (.30) | 0.30 |
| 01/15/13 | TF1 | Call with G. Lee regarding Examiner submission in response to SUNs' submission and draft follow-up email regarding same (1.90) | 1.90 |
| 01/15/13 | MG8 | Participate in call with M. Beck, T. Witten, C. Hager and T. Foudy regarding issue relating to additional PNC Mortgage SBO servicing agreements (.40) | 0.40 |
| 01/15/13 | MG8 | Participate in telephone conference with A. Root and T. Foudy regarding PNC Mortgage SBO servicing agreements to be included in assumed agreement schedules for conflicts purposes (.30) | 0.30 |
| 01/15/13 | MG8 | Participate in call with A. Root, counsel to PNC Mortgage and T. Foudy regarding potential new issue relating to certain SBO servicer agreements (.20) | 0.20 |
| 01/15/13 | MG8 | Review materials regarding research on issues relating to subordination of Investors' securities fraud claims (.20) | 0.20 |
| 01/15/13 | BMK | Conduct research re: subordination issues in other recently filed mortgage company bankruptcy cases (2.20) | 2.20 |
| 01/15/13 | BMK | Correspond with T. Foudy re: treatment of subordination issues re: trusts and trusts' shareholders | 0.40 |

|  |  |  |  |
|---|---|---|---|
|  |  | in recent similar mortgage company bankruptcy case (.40) |  |
| 01/16/13 | TF1 | Review email updates on cure hearing and SBO Servicing Objection (.10) | 0.10 |
| 01/16/13 | TF1 | Follow-up emails with Morrison & Foerster concerning subordination legal research related to Investors' Rule 3013 Motion (.10) | 0.10 |
| 01/16/13 | TF1 | Conference call with N. Moss regarding status of research regarding subordination issues (.10) | 0.10 |
| 01/16/13 | TF1 | Continue review of key Washington Mutual papers on 510(b) subordination issue for purposes of responding to Investors' Rule 3013 Motion and potential subordination complaint (.80) | 0.80 |
| 01/16/13 | TF1 | Review PNC Mortgage SBO contracts in regards to issue regarding assumption and correspond with M. Gallagher on same (.50) | 0.50 |
| 01/16/13 | MG8 | Correspond with T. Foudy regarding review of PNC Mortgage 2004 and 2002 SBO servicing agreements and follow-up with M. Beck regarding inclusion on schedules for assumption and assignment (.20) | 0.20 |
| 01/16/13 | BMK | Review T. Foudy summary of recent mortage company bankruptcies treatment of securitization trusts' claims in Chapter 11 plans (.80) | 0.80 |
| 01/16/13 | BMK | Conduct research re: recent mortgage company bankruptcies treatment of securitization trusts contract and misrepresentation claims in chapter 11 plans (2.80) | 2.80 |
| 01/17/13 | TF1 | Review Washington Mutual hearing transcripts relevant to 510(b) subordination and follow-up regarding research on 510(b) subordination motion (1.10) | 1.10 |
| 01/17/13 | TF1 | Review JPMorgan motion to lift stay and emails discussing same in the event Curtis needs to respond (.80) | 0.80 |
| 01/17/13 | BMK | Review research material and cases received from Morrison & Foerster re: section 510(b) subordination in connection with Investors' Rule 3013 Motion (1.60) | 1.60 |
| 01/18/13 | TF1 | Follow-up on resolution of PNC Mortgage contract issue and informing PNC counsel regarding same for conflicts purposes (.20) | 0.20 |
| 01/18/13 | TF1 | Confer with M. Gallagher on JPM motion for relief from stay and review follow-up emails on scheduling call concerning same and gathering further information on potential effects on Debtors from same for conflicts purposes (.30) | 0.30 |

12-12020-mg   Doc 4532   Filed 08/08/14   Entered 08/08/14 22:56:28   Main Document
Pg 25 of 100

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page  11

| | | | |
|---|---|---|---|
| 01/18/13 | TF1 | Call J. Haims regarding coordination on Debtors' potential subordination motion with respect to Investors' securities fraud claims (.10) | 0.10 |
| 01/18/13 | MG8 | Telephone conference with T. Foudy regarding JPMorgan motion for stay relief in connection with Canterbury litigation (.30) | 0.30 |
| 01/21/13 | SJR | Attend to review of Wilmington Trust Objection, MBIA Objection, Junior Secured Noteholders Limited Objection, as well as other documentation submitted in addition to documentation in support of RMBS Settlement and other materials in connection with mediation (2.80) | 2.80 |
| 01/22/13 | TF1 | Review underlying pleadings and prior lift stay papers and information on claims filed in bankruptcy suit in conjunction with Canterbury suit in preparation for conference call on response/strategy to motion (1.50) | 1.50 |
| 01/22/13 | TF1 | Participate in conference call with J. Newton, L. Delehy, J. Lynch and M. Gallagher on JPMorgan motion to lift stay with respect to Canterbury lawsuit (.40) | 0.40 |
| 01/22/13 | MG8 | Participate in telephone conference with J. Newton, L. Delehy, J. Lynch and T. Foudy regarding development of strategy for JPMorgan to lift the stay in connection with the Canterbury TILA litigation (.50) | 0.50 |
| 01/23/13 | TF1 | Review new motions to assume and assign additional contracts with focus on conflict party contracts (.70) | 0.70 |
| 01/23/13 | TF1 | Emails with A. Root on status regarding SBO servicing stipulation with PNC Mortgage (.20) | 0.20 |
| 01/24/13 | TF1 | Follow-up regarding response to JPMorgan motion for relief from stay (.10) | 0.10 |
| 01/24/13 | TF1 | Take notes on research regarding 510(b) subordination motion (1.70) | 1.70 |
| 01/25/13 | SJR | Review draft Brief In Support of Subordination of Securities Claims under Section 510 of the Bankruptcy Code provided by Morrison & Foerster in connection with Curtis acting as conflicts counsel with respect to AIG, Allstate, MassMutual and Prudential (1.40) | 1.40 |
| 01/25/13 | SJR | Review case law and other materials cited regarding Brief In Support of Subordination of Securities Claims under Section 510 of the Bankruptcy Code regarding covering sections to be addressed by Curtis Mallet as Conflicts Counsel with respect to AIG, Allstate, Prudential and MassMutual for certain issues related to subordination (2.70) | 2.70 |
| 01/25/13 | SJR | Confer with B. Kotliar of Curtis regarding marking up of | 0.30 |

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page 12

|  |  | draft Subordination Motion/Adversary Proceeding (.30) |  |
|---|---|---|---|
| 01/25/13 | TF1 | Review and forward to PNC Mortgage counsel filed version of SBO Servicing Stipulation (.10) | 0.10 |
| 01/25/13 | TF1 | Correspondence with M. Gallagher on coverage for Tuesday hearing on Assumption and Assignment Motions (.10) | 0.10 |
| 01/25/13 | TF1 | Conference call with N. Moss on status of subordination motion (.20) | 0.20 |
| 01/25/13 | TF1 | Begin review of revised draft subordination motion in connection with securities fraud claims asserted by AIG, Allstate, MassMutual and Prudential for conflicts purposes (.60) | 0.60 |
| 01/25/13 | BMK | Discuss revisions to draft Subordination Motion/Adversary Proceeding with S. Reisman (.30) | 0.30 |
| 01/27/13 | BMK | Provide comments and markup to draft subordination motion for Investors' claims (1.80) | 1.80 |
| 01/27/13 | BMK | Draft email correspondence re: comments and markup to draft subordination motion of Investors' claims (.40) | 0.40 |
| 01/28/13 | SJR | Review documentation regarding legal analysis on subordination motion with respect to subordination claim of securities fraud claimants (.40) | 0.40 |
| 01/28/13 | SJR | Review pleadings and documentation of Lehman Brothers' Boilermakers case regarding claims related to subordination issues of counter-parties for analogous claims being asserted in Residential Capital case in connection with securities fraud claims asserted by AIG, Allstate, MassMutual and Prudential (1.10) | 1.10 |
| 01/28/13 | SJR | Internal discussion with M. Gallagher and T. Foudy regarding subordination of securities fraud claims, probable procedural mechanism for securities subordination claims with respect to AIG and other conflict parties and general timing of litigation (.30) | 0.30 |
| 01/28/13 | TF1 | Continue review and comment to draft subordination motion (1.30) | 1.30 |
| 01/28/13 | TF1 | Follow-up review on procedural issues in regards to subordination motion including discussion with B. Kotliar on same (.40) | 0.40 |
| 01/28/13 | TF1 | Review and approve new stipulations to extend stay with respect to FHLB parties and comment on same (.60) | 0.60 |
| 01/28/13 | TF1 | Review pleadings/information on Lehman/Boilermakers' claims relevant to AIG in connection with securities fraud claims (1.50) | 1.50 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  13

| 01/28/13 | TF1 | Meet with S. Reisman and M. Gallagher to discuss subordination of AIG, MassMutual, Allstate and Prudential's securities fraud claims (.30) | 0.30 |
|---|---|---|---|
| 01/28/13 | TF1 | Meet with D. Bloom and M. Gallagher to discuss research of procedural issue in regard to subordination of investors' claims (.60) | 0.60 |
| 01/28/13 | TF1 | Participate in call with Morrison & Foerster to discuss papers regarding subordination of investors' securities claims (.40) | 0.40 |
| 01/28/13 | MG8 | Meet with T. Foudy and D. Bloom to discuss research regarding procedure for responding to motion to classify Investor Claims with Trust Claims and follow-up re: same (.60) | 0.60 |
| 01/28/13 | MG8 | Meet with S. Reisman and T. Foudy to discuss approach for responding to motion to classify Investor Claims with Trust Claims (.30) | 0.30 |
| 01/28/13 | MG8 | Review Bankruptcy Code sections and Bankruptcy Rules implicated by motion to classify Investor Claims with Trust Claims and attend to follow-up in connection with preparation of response to same for conflicts purposes (.60) | 0.60 |
| 01/28/13 | MG8 | Review and take notes on updated draft response addressing motion to classify Investor Claims with Trust Claims in connection with certain conflicts parties (1.50) | 1.50 |
| 01/28/13 | MG8 | Draft email to T. Foudy re: response to AIG motion to classify Investor Claims with Trust Claims (.20) | 0.20 |
| 01/28/13 | MG8 | Review and comment, while reviewing and editing B. Kotliar's preliminary comments, on updated draft response to motion seeking to classify Investor Claims with Trust Claims (2.80) | 2.80 |
| 01/28/13 | MG8 | Attend to correspondence from G. Lee and Morrison & Foerster team regarding strategy for responding to motion to classify Investor Claims with Trust Claims (.30) | 0.30 |
| 01/28/13 | BMK | Participate in conference with T. Foudy re: classification arguments in draft subordination motion (.20) | 0.20 |
| 01/28/13 | BMK | Research treatises, case law, and memorandums in support of plan confirmation re: classification ██████ ████████████████████████████████ ████████████████ (2.70) | 2.70 |
| 01/28/13 | BMK | Draft emails to M. Gallagher and T. Foudy re: prior cases handled by Curtis involving issues of | 0.80 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  14

| | | | |
|---|---|---|---|
| | | classification ▉▉▉▉▉▉▉▉▉ (.80) | |
| 01/28/13 | DAB | Participate in conference with T. Foudy and M. Gallagher re: Investor Claimant classification motion for conflicts purposes because Morrison & Foerster cannot be adverse to, among others, AIG (.20) | 0.20 |
| 01/28/13 | DAB | Draft email memorandum to T. Foudy and M. Gallagher regarding status of research of procedural issues related to classification of claims pursuant to Bankruptcy Rule 3013 and subordination of claims pursuant to Bankruptcy Code section 510(a)-(c) (.40) | 0.40 |
| 01/28/13 | DAB | Research procedural issues related to classification of claims pursuant to Bankruptcy Rule 3013 and subordination of claims pursuant to Bankruptcy Code section 510(a)-(c) (4.30) | 4.30 |
| 01/28/13 | DAB | Review Investor Claimant classification motion filed by AIG, Allstate, MassMutual and Prudential that Curtis is responding to as conflicts counsel (.10) | 0.10 |
| 01/29/13 | SJR | Review draft of Brief In Support of Subordination of Securities Claims as well as analysis of issues regarding same and revise Brief with comments (2.70) | 2.70 |
| 01/29/13 | SJR | Review of comments to Subordination Brief related to AIG matter and other potential securities claims (1.30) | 1.30 |
| 01/29/13 | SJR | Continue revising Subordination Brief with comments and reviewing of case law and supporting legal authority for positions taken in Brief (3.40) | 3.40 |
| 01/29/13 | TF1 | Formulate general comments to draft brief seeking subordination of securities fraud claims asserted by AIG, Allstate, MassMutual and Prudential and draft email to Morrison & Foerster on same (1.40) | 1.40 |
| 01/29/13 | TF1 | Review and provide comments in draft brief on subordination in track changes and incorporate internal comments (2.40) | 2.40 |
| 01/29/13 | TF1 | Review D. Bloom email regarding procedural research on subordination and follow-up regarding same (1.10) | 1.10 |
| 01/29/13 | TF1 | Follow-up on preparation for, and coverage of, Lehman hearing on similar subordination issue raised by Investors' Rule 3013 Motion (.40) | 0.40 |
| 01/29/13 | TF1 | Exchange emails with Morrison & Foerster team on import of papers/hearing in Lehman on same issue (.60) | 0.60 |
| 01/29/13 | MG8 | Review preliminary results from D. Bloom on research relating to motion to classify Investor Claims with Trust Claims and related follow-up correspondence (.30) | 0.30 |

12-12020-mg    Doc 4532    Filed 08/02/14    Entered 08/02/14 22:56:28    Main Document
Pg 80 of 343

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  15

| 01/29/13 | MG8 | Conduct research on Rules 3007 and 7001 in connection with consideration of approach for addressing motion to classify Investor Claims with Trust Claims (1.20) | 1.20 |
|---|---|---|---|
| 01/29/13 | MG8 | Review filings in Lehman case relevant to Debtors' efforts to subordinate Boilermaker claims pursuant to section 510(b) in connection with addressing motion to classify Investor Claims with Trust Claims and follow-up related to the same for conflicts purposes (1.60) | 1.60 |
| 01/29/13 | MG8 | Meet with D. Bloom to review research relating to procedure for addressing motion seeking to classify Investor Claims with Trust Claims and follow-up research questions (.50) | 0.50 |
| 01/29/13 | BMK | Draft email to S. Reisman with recent case decisions, articles, and summaries from the In re Lower Bucks Hospital decision re: third party releases in plans of reorganization (.40) | 0.40 |
| 01/29/13 | BMK | Draft correspondence to T. Foudy re: claims classification issues in draft subordination proceeding for conflicts purposes where Curtis is responding to Investors' 3013 Motion (.30) | 0.30 |
| 01/29/13 | BMK | Draft case citations with parenthetical explanations re: circumstances of FRBP 3013 in context of plan process (1.10) | 1.10 |
| 01/29/13 | BMK | Draft insert to subordination brief re: different classification of similar claims pursuant to reasonable basis standard for conflicts purposes (2.10) | 2.10 |
| 01/29/13 | BMK | Assist D. Bloom with drafting internal memorandum re: procedural issues in connection with subordination motion related to Investors' securities fraud claims (2.40) | 2.40 |
| 01/29/13 | BMK | Review Lehman proceedings re: subordination provisions in confirmed plan and re: subordination arguments raised in connection with Boilermakers claims objection for inclusion in internal memorandum (2.20) | 2.20 |
| 01/29/13 | BMK | Research case law and advisory committee notes to rule 3013 re: procedural issues regarding filing adversary proceedings and claims objections (1.30) | 1.30 |
| 01/29/13 | BMK | Research cases cited by Investors' classification motion on bankruptcy rule 3013 (1.40) | 1.40 |
| 01/29/13 | BMK | Coordinate with R. Srulowitz re: production of documents re: subordination issue in Lehman Brothers bankruptcy (.20) | 0.20 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  16

| 01/29/13 | BMK | Attend to multiple correspondences with M. Gallagher and T. Foudy re: upcoming teleconference with Morrison & Foerster re: subordination procedural issues for conflicts purposes (.30) | 0.30 |
|---|---|---|---|
| 01/29/13 | BMK | Circulate comments of draft subordination motion to S. Reisman, T. Foudy and M. Gallagher (.10) | 0.10 |
| 01/29/13 | BMK | Review mark-up and comments of M. Gallagher to draft subordination motion (.70) | 0.70 |
| 01/29/13 | DAB | Conduct further research regarding procedural issues related to classification of claims pursuant to Bankruptcy Rule 3013 and subordination of claims pursuant to Bankruptcy Code section 510(a)-(c) (6.00) | 6.00 |
| 01/29/13 | DAB | Draft and revise memorandum detailing research regarding procedural issues related to classification of claims for conflicts purposes (2.40) | 2.40 |
| 01/29/13 | DAB | Confer with B. Kotliar to discuss research regarding claim subordination and classification and draft internal memorandum on same (.20) | 0.20 |
| 01/29/13 | DAB | Confer with M. Gallagher re: details of research relating to classification of claims for use in response to Investors' 3013 Motion (.50) | 0.50 |
| 01/30/13 | SJR | Review and analysis of procedural issues in connection with AIG Claim Subordination Motion (.60) | 0.60 |
| 01/30/13 | TF1 | Review D. Bloom memo on procedural issues concerning response to AIG motion to classify (.40) | 0.40 |
| 01/30/13 | TF1 | Review update from M. Gallagher on Assumption and Assignment Motions hearing (.10) | 0.10 |
| 01/30/13 | TF1 | Follow-up regarding resolution of JPMorgan stay motion and claims procedures motion (.20) | 0.20 |
| 01/30/13 | TF1 | Prepare to participate in call with Morrison & Foerster to discuss papers/procedures for subordination of AIG and other Investors' securities fraud claims (1.30) | 1.30 |
| 01/30/13 | TF1 | Participate in call with Morrison & Foerster to discuss papers and procedures for subordination securities claims (.90) | 0.90 |
| 01/30/13 | TF1 | Post-call meeting with M. Gallagher and B. Kotliar to discuss tasks in connection with preparation of pleadings for subordination of securities claims (.40) | 0.40 |
| 01/30/13 | TF1 | Continue to review, research and take notes on research and pleadings relevant to responding to AIG motion to classify and to subordinating securities claims of conflict parties (3.00) | 3.00 |

12-12020-mg    Doc 3588-11    Filed 05/07/13    Entered 05/07/13 14:13:23    Exhibit
Exhibit I-J    Pg 31 of 100

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  17

| Date | Init. | Description | Hours |
|---|---|---|---|
| 01/30/13 | TF1 | Confer with B. Kotliar on research regarding new potential argument in connection with same and review emails from him regarding same (.80) | 0.80 |
| 01/30/13 | MG8 | Prepare for and participate in conference call on issues relating to AIG parties' motion to classify Investor Claims with Trustee Claims and follow-up meeting with T. Foudy and B. Kotliar re: same (1.80) | 1.80 |
| 01/30/13 | MG8 | Review and comment on updated research memo on issues relating to subordination of securities claims in connection with claims filed in Residential Capital case, including those of AIG and other conflict party investors (.70) | 0.70 |
| 01/30/13 | MG8 | Participate in telephone conference with L. Marinuzzi regarding issues related to AIG parties motion to classify Investor Claim with Trust Claims and related follow-up for conflicts purposes (.20) | 0.20 |
| 01/30/13 | BMK | Research whether certain claims are barred as duplicative as requested by T. Foudy in connection with addressing issues raised by Investors' Rule 3013 motion (.80) | 0.80 |
| 01/30/13 | BMK | Attend conference call with Morrison & Foerster re: procedural issues regarding subordination of Investors' claims (1.00) | 1.00 |
| 01/30/13 | BMK | Attend status meeting with T. Foudy and M. Gallagher re: follow up to Morrison & Foerster call re: procedural issues regarding subordination (.50) | 0.50 |
| 01/30/13 | BMK | Draft summary of research re: whether duplicative claims are barred in connection with claims filed by Investors (.50) | 0.50 |
| 01/30/13 | BMK | Prepare materials re: subordination authorities relied upon in connection with duplicative claims for Curtis team in preparation for call with Morrison & Foerster (.90) | 0.90 |
| 01/30/13 | RMS | Compile and prepare materials relevant to Section 510(b) Subordination Issues, per the request of B. Kotliar (1.10) | 1.10 |
| 01/30/13 | DAB | Participate in call with Morrison & Foerster regarding procedural issues related to potential motion to subordinate Investors' claims (1.00) | 1.00 |
| 01/30/13 | DAB | Revise draft memorandum regarding classification and subordination of claims per M. Gallagher and B. Kotliar comments (.20) | 0.20 |
| 01/31/13 | TF1 | Confer with M. Gallagher concerning arguments in response to AIG motion pursuant to Rule 3013 (.30) | 0.30 |

12-12020-mg   Doc 4532   Filed 08/07/13   Entered 08/07/13 14:13:23   Main Document
Pg 32 of 100

April 17, 2013
Inv # 1575895
Our Ref # 062108-000400

Page 18

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/31/13 | TF1 | Research 1122 issues raised by AIG 3013 Motion for preparing response to that motion (.80) | 0.80 |
| 01/31/13 | TF1 | Follow-up on duplicate claims research and information on AIG's purchases/sales/holdings (.50) | 0.50 |
| 01/31/13 | MG8 | Confer with T. Foudy regarding open issues relating to response to AIG Group motion pursuant to Rule 3013 seeking to classify Investor Claims with Trust Claims (.30) | 0.30 |
| 01/31/13 | MG8 | Attend to matters relating to claims of parties to AIG Parties' motion seeking to classify Investor Claims with Trust Claims (.40) | 0.40 |
| 01/31/13 | BMK | Coordinate with C. Cu at KCC re: production of proofs of claims related to Investors Classification Motion (.30) | 0.30 |
| 01/31/13 | BMK | Conduct research re: application of single satisfaction rule in bankruptcy regarding multiple theories of liability per filed claim where bankruptcy recovery per general unsecured creditor will be less than one hundred cents on the dollar in connection with response to Investors' 3013 Motion (3.40) | 3.40 |
| 01/31/13 | BMK | Attend to internal correspondences re: research findings re: single satisfaction rule in bankruptcy regarding multiple theories of liability per filed claim including discussions with J. Zimmer on same (1.40) | 1.40 |
| 01/31/13 | BMK | Attend to internal correspondences re: Rule 2019 Statement filed by Quinn Emanuel in connection with representation of Investors (.30) | 0.30 |
| 01/31/13 | RMS | Update documents related to section 510(b) subordination issues, per the request of B. Kotliar (1.30) | 1.30 |
| 01/31/13 | JZ | Review claims register and docket in connection with AIG proofs of claim filed in the Residential Capital case (.30) | 0.30 |
| 01/31/13 | JZ | Work with B. Kotliar regarding issues regarding multiple theories of liability per filed claim related to AIG proofs of claim filed in the Residential Capital case (.30) | 0.30 |

|  |  | TOTAL HOURS | 250.50 |

April 17, 2013
Inv # 1575895
Our Ref #  062108-000400

Page  19

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 56.70 | 830 | 47,061.00 |
| Theresa A. Foudy | Partner | 77.60 | 730 | 56,648.00 |
| Michael Ari Cohen | Partner | 0.50 | 730 | 365.00 |
| Maryann Gallagher | Counsel | 23.30 | 625 | 14,562.50 |
| Daniel Alan Bloom | Associate | 15.30 | 480 | 7,344.00 |
| Kevin Arthur Meehan | Associate | 3.60 | 375 | 1,350.00 |
| James Zimmer | Associate | 0.60 | 345 | 207.00 |
| Bryan M. Kotliar | Associate | 67.30 | 305 | 20,526.50 |
| Rebecca M. Srulowitz | Legal Assistant | 2.40 | 235 | 564.00 |
| Melissa Rutman | Legal Assistant | 3.00 | 235 | 705.00 |
| Alana Dreiman | Legal Assistant | 0.20 | 230 | 46.00 |
|  |  | **250.50** |  | **$149,379.00** |

|  |  |
|---|---|
| **TOTAL SERVICES** | **$149,379.00** |

**Summary of Expenses**

| | |
|---|---|
| Duplicating | 170.00 |
| Pacer - ECF | 34.60 |

|  |  |
|---|---|
| **TOTAL EXPENSES** | **$204.60** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$149,583.60** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575895

| | |
|---|---|
| Total Services | 149,379.00 |
| Total Expenses | 204.60 |
| **Total This Invoice** | **$149,583.60** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575934
Our Ref. 062108-000430
SJR

Attention:    Residential Capital, LLC

**Re:    Automatic Stay/Adequate Protection Matters**

| | | | |
|---|---|---|---|
| 01/17/13 | MG8 | Attend to several communications with J. Newton of Morrison & Foerster regarding assistance with JPMorgan motion for stay relief in connection with Canterbury litigation due to potential conflicts and related follow-up with Curtis team (.40) | 0.40 |
| 01/17/13 | MG8 | Review JPMorgan motion for stay relief in connection with stayed litigation commenced by S. Canterbury against JPMorgan and GMAC asserting, among other things, TILA liability (.40) | 0.40 |
| 01/18/13 | SJR | Attend to matters regarding assistance with JPMorgan Motion to Lift the Automatic Stay including reviewing the Motion with respect to litigation and ability to pursue next steps to be taken by Curtis as Conflicts Counsel for ResCap (.70) | 0.70 |
| 01/18/13 | MG8 | Review correspondence from B. Kotliar regarding claims against Debtors relating to Canterbury litigation subject of the JPMorgan stay relief motion and review summary of status of that litigation (.40) | 0.40 |
| 01/18/13 | MG8 | Attend to several communications with J. Newton and outside counsel to Residential Capital regarding JPMorgan stay relief motion with respect to Canterbury litigation for conflicts purposes (.30) | 0.30 |
| 01/18/13 | MG8 | Briefly review underlying complaints, motions to dismiss and other related pleadings and filings in the Canterbury litigation against JPMorgan and GMAC in connection with JPMorgan motion for stay relief (1.30) | 1.30 |
| 01/18/13 | MG8 | Direct B. Kotliar to review JPMorgan proofs of claim and review docket in Canterbury litigation that is subject of JPMorgan's motion for stay relief (.20) | 0.20 |
| 01/18/13 | BMK | Review proofs of claim filed by JPMorgan to determine whether any filed claims relate to litigation which is the subject of the JPMorgan lift stay motion including communication with J. Zimmer on same (.40) | 0.40 |
| 01/18/13 | BMK | Draft summary of Canterbury litigation by reviewing | 0.90 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 36 of 100

April 17, 2013
Inv # 1575934
Our Ref #  062108-000430

Page  2

|            |     | documents filed in the District Court for the Western District of Virginia (.90) |      |
|------------|-----|----------------------------------------------------------------------------------|------|
| 01/18/13   | JZ  | Confer and correspond with B. Kotliar regarding issues related to JPMorgan lift stay motion including review of numerous proofs of claim filed by JPMorgan for conflicts purposes (.20) | 0.20 |
| 01/22/13   | MG8 | Discuss with J. Zimmer the potential for an objection to the lift stay motion of JPMorgan for conflicts purposes (.10) | 0.10 |
| 01/22/13   | JZ  | Confer with M. Gallagher regarding potential need for filing of objection to lift stay motion of JPMorgan for conflicts purposes (.20) | 0.20 |
| 01/24/13   | MG8 | Correspond with J. Newton regarding JPMorgan motion for stay relief and related follow-up (.20) | 0.20 |
| 01/28/13   | MG8 | Review draft stipulations further extending automatic stay with respect to John Hancock, FHLB entities and other conflict parties and follow-up with respect to the same (.50) | 0.50 |
| 01/29/13   | MG8 | Review briefly JPMorgan filed proofs of claim in connection with JPMorgan motion for stay relief in the Canterbury litigation (.70) | 0.70 |
| 01/29/13   | MG8 | Review entered stipulation and orders further extending automatic stay to non-debtor affiliates executed by various conflict parties and related follow-up (.30) | 0.30 |
| 01/29/13   | MG8 | Confer with J. Newton of Morrison & Foerster re: status of negotiations with JPMorgan regarding possible consensual resolution to motion for stay relief in connection with the Canterbury TILA litigation (.20) | 0.20 |
| 01/30/13   | MG8 | Correspond with J. Newton of Morrison & Foerster regarding potential consensual resolution of JPMorgan motion for stay relief with respect to Canterbury litigation (.20) | 0.20 |
| 01/31/13   | MG8 | Review briefly motion to shorten time and motion to extend stay in adversary proceeding in which Curtis acts as counsel to Debtors in connection with certain conflict parties who are defendants (.30) | 0.30 |

                                 TOTAL HOURS                 7.90

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 88 of 343

April 17, 2013
Inv # 1575934
Our Ref #  062108-000430

Page  3

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.70 | 830 | 581.00 |
| Maryann Gallagher | Counsel | 5.50 | 625 | 3,437.50 |
| James Zimmer | Associate | 0.40 | 345 | 138.00 |
| Bryan M. Kotliar | Associate | 1.30 | 305 | 396.50 |
| | | **7.90** | | **$4,553.00** |

**TOTAL SERVICES**                                      $4,553.00

**TOTAL THIS INVOICE**                                 $4,553.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:              Citibank
                      ABA Routing #:     021000089
                      F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#           40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
                       General Post Office
                       P.O. Box 27930
                       New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575934

| | |
|---|---:|
| Total Services | 4,553.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$4,553.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

April 17, 2013

Inv. # 1575935
Our Ref. 062108-000500
SJR

Attention:    Residential Capital, LLC

**Re:  Plan and Disclosure Statements**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/04/13 | MG8 | Review draft presentation for Judge Peck and related draft waterfall analysis in connection with upcoming mediation (.60) | 0.60 |
| 01/08/13 | MG8 | Supervise preparation of materials for plan mediation, including numerous discussions with B. Kotliar regarding the same (1.70) | 1.70 |
| 01/08/13 | BMK | Update mediation materials per recent examiner submissions re response to JSNs and SUN submissions in conference with M. Gallagher (.60) | 0.60 |
| 01/09/13 | MG8 | Briefly review preliminary draft pleading circulated by Morrison & Foerster relating to certain issues raised by actual or potential certain conflict parties relating to claim classification (.60) | 0.60 |
| 01/28/13 | MG8 | Participate in conference call with K. Sadeghi of Morrison & Foerster regarding issues related to responding to motion to classify Investor Claims with Trust Claims for conflicts purposes (.40) | 0.40 |
| | | TOTAL HOURS | 3.90 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 3.30 | 625 | 2,062.50 |
| Bryan M. Kotliar | Associate | 0.60 | 305 | 183.00 |
| | | **3.90** | | **$2,245.50** |

**TOTAL SERVICES**                                        **$2,245.50**

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 40 of 100

April 17, 2013
Inv # 1575935
Our Ref #  062108-000500

Page  2

**TOTAL THIS INVOICE**                                    $2,245.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1575935

Total Services                                    2,245.50

Total Expenses                                       0.00

**Total This Invoice**                          **$2,245.50**

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                April 17, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                        Inv. # 1575936
Fort Washington  PA 19034                                             Our Ref. 062108-000700
                                                                      SJR

Attention:    Residential Capital, LLC

**Re:   Curtis Retention/Billing/Fee Applications**

---

| | | | |
|---|---|---|---|
| 01/08/13 | JZ | Draft correspondence to A. Dreiman regarding preparation of December 2012 Monthly Fee Statement, including comments to chart and narratives on cover letter for same (.10) | 0.10 |
| 01/15/13 | JZ | Correspond with A. Dreiman regarding preparation of November 2012 Monthly Fee Statement, including comments to chart and narratives on cover letter for same (.10) | 0.10 |
| 01/15/13 | JZ | Review and revise draft of November 2012 Monthly Fee Statement in accordance with UST guidelines, including revisions to charts and cover letter for same (.40) | 0.40 |
| 01/16/13 | MG8 | Attend to preparation of November 2012 Monthly Fee Statement in order to assure compliance with UST guidelines and interim fee order (.50) | 0.50 |
| 01/16/13 | JZ | Review and revise draft of November 2012 Monthly Fee Statement, including revisions to charts and cover letter for same (.30) | 0.30 |
| 01/16/13 | JZ | Correspond with A. Dreiman regarding preparation of November 2012 Monthly Fee Statement, including providing comments to charts and related cover letter (.20) | 0.20 |
| 01/17/13 | JZ | Correspond with A. Dreiman regarding preparation of December 2012 and November 2012 Monthly Fee Statements, including providing comments to narratives in cover letters for both (.10) | 0.10 |
| 01/22/13 | JZ | Review and revise draft of December 2012 Monthly Fee Statement in accordance with UST guidelines, including revision of narratives in cover letter for same (.40) | 0.40 |
| 01/25/13 | JZ | Correspondence with A. Dreiman regarding preparation of November 2012 and December 2012 Monthly Fee Statement, including providing comments to narratives on cover letters for both (.10) | 0.10 |

April 17, 2013
Inv # 1575936
Our Ref #  062108-000700

Page  2

| 01/28/13 | MG8 | Review and revise cover letter and schedules to Monthly Fee Statement for November 2012 in accordance with UST guidelines including communication with J. Zimmer on same (.80) | 0.80 |
|----------|-----|---|------|
| 01/28/13 | JZ | Confer and correspond with M. Gallagher regarding preparation of November 2012 and December 2012 Monthly Fee Statements including providing comments to narratives on cover letters for both (.10) | 0.10 |

TOTAL HOURS          3.10

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 1.30 | 625 | 812.50 |
| James Zimmer | Associate | 1.80 | 345 | 621.00 |
| | | **3.10** | | **$1,433.50** |

TOTAL SERVICES          $1,433.50

### Summary of Expenses

| Pacer - ECF | 13.00 |
|---|---|

TOTAL EXPENSES          $13.00

TOTAL THIS INVOICE          $1,446.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**  Bank:              Citibank
                     ABA Routing #:     021000089
                     F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                     Account#           40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930


                      Residential Capital, LLC
                      Inv. # 1575936


                      Total Services                      1,433.50

                      Total Expenses                         13.00

                      **Total This Invoice**            **$1,446.50**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

12-12020-mg Doc 3588-11 Filed 03/08/14 Entered 03/08/14 22:56:28 Exhibit
Exhibit I Pg 45 of 100



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

May 17, 2013

Inv. # 1578332
Our Ref. 062108-000100
SJR

Attention:   Residential Capital, LLC

**Re:   Case Administration**

---

| | | | |
|---|---|---|---|
| 02/01/13 | AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court including numerous omnibus hearing dates (.10) | 0.10 |
| 02/04/13 | AD | Update internal case calendar to reflect hearing dates and deadlines as set by the Court, including the Second Interim Fee Application filing deadline (.10) | 0.10 |
| 02/06/13 | MG8 | Attend to review of recent docket activity for potential conflicts purposes (.50) | 0.50 |
| 02/07/13 | MG8 | Review recent docket activity for potential conflicts purposes (.50) | 0.50 |
| 02/08/13 | MG8 | Review recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.70) | 0.70 |
| 02/11/13 | MG8 | Review recent docket activity, including Wells Fargo stipulation regarding assumption and assignment of servicing agreements and motion to appoint CRO, in connection with Curtis' role as conflicts counsel to the Debtors (.60) | 0.60 |
| 02/12/13 | SJR | Review Motion of Residential Capital Estate to appoint Lou Krugar as CRO for conflicts purposes (.40) | 0.40 |
| 02/12/13 | DAB | Review and analyze CRO-related pleadings and draft correspondence to M. Gallagher and B. Kotliar regarding same for conflicts purposes (.70) | 0.70 |
| 02/13/13 | MG8 | Attend to review of recent docket activity for potential conflict issues, including numerous stipulations and orders, notices of adjournment, and motion for stay relief (.60) | 0.60 |
| 02/13/13 | MG8 | Review proposed stipulation and order amending Ally DIP facility and cash collateral order in connection with Curtis' role as conflicts counsel (.20) | 0.20 |
| 02/14/13 | MG8 | Review recent and voluminous docket activity in connection with Curtis' role as Debtors' conflict counsel, including Committee motion seeking to exclude | 1.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 46 of 343

|  |  |  |  |
|---|---|---|---|
|  |  | Debtors' reliance on advice of counsel in connection with RMBS settlement, exclusivity extension motion and several stipulations and order relating to current litigations or disputes (1.80) |  |
| 02/14/13 | AD | Prepare "Draft Documents from Morrison & Foerster LLP Re: Subordination" binder for D. Bloom and S. Reisman (.90) | 0.90 |
| 02/14/13 | AD | Following the receipt of additional documents from Morrison & Foerster, update "Draft Documents from Morrison & Foerster LLP Re: Subordination" binder for D. Bloom and S. Reisman (.60) | 0.60 |
| 02/15/13 | MG8 | Review daily docket activity for potential conflicts issues in connection with Curtis' role as Debtors' conflicts counsel, including stipulation amending AFI Dip and Cash Collateral, proposed stipulation and order relating to Ambac objection to Sale Motion, various joinders to Committee's motion to preclude Debtors' use of evidence of reliance on counsel advice in connection with RMBS Trust Settlement (.50) | 0.50 |
| 02/15/13 | AD | Per M. Gallagher's request, retrieve and assemble February 13th Lehman Brothers Transcript with respect to Boilermakers claim objection as it is similar to subordination issue raised in Residential Capital cases (.10) | 0.10 |
| 02/19/13 | AD | Update internal case calendar to reflect hearings and deadlines as set by the Court, including recently adjourned hearing date (.10) | 0.10 |
| 02/20/13 | RMS | Compile key documents re: pleadings filed in connection with the Investors' classification motion for Curtis Team (2.30) | 2.30 |
| 02/20/13 | MR2 | Prepare copies of key documents for B. Kotliar in connection with upcoming telephonic hearing in connection with complaint seeking subordination of Investors' Claims (.30) | 0.30 |
| 02/20/13 | AD | Assemble two "Debtors' Pleadings Filed on February 19, 2013" binders to transmit to Judge Glenn's chambers (2.00) | 2.00 |
| 02/20/13 | AD | Per M. Gallagher's request, revise Letter to Judge Glenn regarding documents filed on February 19, 2013 (.20) | 0.20 |
| 02/20/13 | AD | Circulate letter to Judge Glenn amongst the attorneys of notice at Curtis, Mallet and Morrison & Foerster, along with the documents filed on February 19, 2013 (.20) | 0.20 |
| 02/20/13 | AD | Travel to and from Court to deliver two "Debtors' Pleadings Filed on February 19, 2013" binders to Judge | 1.00 |

May 17, 2013
Inv # 1578332
Our Ref # 062108-000100

|            |     | Glenn's Chambers at One Bowling Green, with Letter to Judge Glenn, signed by M. Gallagher, and a CD with searchable versions of the documents included in the binders (1.00) |       |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 02/20/13   | AD  | Begin assembling "Pleadings Filed in Connection with the Investors' Classification Motion" binders and "Subordination Pleadings Filed on February 19, 2013" binders for S. Reisman, T. Foudy, M. Gallagher, D. Mize, A. Zinman and B. Kotliar (.60) | 0.60  |
| 02/25/13   | MG8 | Attend to review of recent docket activity for potential conflict purposes (.80)                                                                                           | 0.80  |
| 02/25/13   | AD  | Update internal case calendar to reflect hearing dates and deadlines as set by the Court, including recently adjourned hearing (.20)                                        | 0.20  |
| 02/26/13   | MG8 | Attend to review of recent docket activity for potential conflicts issues (.70)                                                                                            | 0.70  |
| 02/27/13   | MG8 | Attend to review of recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.50)                                                             | 0.50  |
| 02/27/13   | BMK | Review numerous case filings in January and February to continue to remain current on issues in connection with Curtis' role as conflicts counsel (1.50)                   | 1.50  |
| 02/27/13   | AD  | Update internal case calendar to reflect hearing dates and deadlines as set by the Court, including recently adjourned hearing (.20)                                        | 0.20  |
| 02/28/13   | TF1 | Review M. Gallagher summary of court hearing (.20)                                                                                                                         | 0.20  |
| 02/28/13   | TF1 | Review Wilmington Trust statement in regards to CRO motion and exclusivity extension for conflicts purposes (.30)                                                          | 0.30  |
| 02/28/13   | MG8 | Attend to review of recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including filings relating to foreclosure review required by Federal Reserve Board consent order, excutory contracts and Committee complaint against UMB Bank and Wells Fargo (.70) | 0.70  |

TOTAL HOURS        20.10

12-12020-mg   Doc 4532   Filed 08/07/13   Entered 08/07/13 14:13:23   Main Document
Pg 99 of 343

May 17, 2013
Inv # 1578332
Our Ref #  062108-000100

Page  4

### Summary of Services

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.40 | 830 | 332.00 |
| Theresa A. Foudy | Partner | 0.50 | 730 | 365.00 |
| Maryann Gallagher | Counsel | 8.10 | 625 | 5,062.50 |
| Daniel A. Bloom | Associate | 0.70 | 480 | 336.00 |
| Bryan M. Kotliar | Associate | 1.50 | 305 | 457.50 |
| Rebecca M. Srulowitz | Legal Assistant | 2.30 | 235 | 540.50 |
| Melissa Rutman | Legal Assistant | 0.30 | 235 | 70.50 |
| Alana Dreiman | Legal Assistant | 6.30 | 230 | 1,449.00 |
|  |  | **20.10** |  | **$8,613.00** |

**TOTAL SERVICES**                                    $8,613.00

### Summary of Expenses

| External Photocopy Services | 944.50 |
|---|---|
| Pacer - ECF | 31.90 |

**TOTAL EXPENSES**                                    $976.40

**TOTAL THIS INVOICE**                                    $9,589.40



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**

| | |
|---|---|
| Bank: | Citibank |
| ABA Routing #: | 021000089 |
| F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| Account# | 40585074 |

**Mail Checks to -**

Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1578332

| | |
|---|---|
| Total Services | 8,613.00 |
| Total Expenses | 976.40 |
| **Total This Invoice** | **$9,589.40** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

May 17, 2013

Inv. # 1578333
Our Ref. 062108-000210
SJR

Attention:    Residential Capital, LLC

**Re:   Asset Analysis, Sales and Recoveries**

---

| 02/07/13 | MG8 | Review Debtors' third motion for assumption and assignment of executory contracts in connection with platform sale to Ocwen in connection with Curtis' role as conflicts counsel to Debtors (.20) | 0.20 |
|---|---|---|---|
| 02/07/13 | MG8 | Correspondence with K. Piper and H. Jones relating to settlement with Calpine over title dispute with respect to California REO property on which Calpine has lien and gas line easement which transfers property to Calpine (.30) | 0.30 |

TOTAL HOURS    0.50

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.50 | 625 | 312.50 |
| | | **0.50** | | **$312.50** |

**TOTAL SERVICES**                              **$312.50**

**TOTAL THIS INVOICE**                          **$312.50**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1578333

| | |
|---|---|
| Total Services | 312.50 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$312.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                    May 17, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                            Inv. # 1578335
Fort Washington  PA 19034                                  Our Ref. 062108-000320
                                                           SJR

Attention:    Residential Capital, LLC

**Re:   Claims Administration and Objections**

---

| | | | |
|---|---|---|---|
| 02/01/13  TF1 | Review and make suggested revisions to new draft of claims objection procedures motion (1.60) | | 1.60 |
| 02/01/13  MG8 | Correspondence with B. Kotliar and T. Foudy regarding research on duplicate theories for recovery on claims in connection with issues raised by AIG, Prudential, Allstate and MassMutual for conflicts purposes and related follow-up (.60) | | 0.60 |
| 02/04/13  SJR | Attend to issues regarding AIG parties Motion to request that their investor claims be found to be legitimate Creditor claims against the ResCap Estate and attend to matters regarding same for conflicts purposes (1.30) | | 1.30 |
| 02/04/13  MG8 | Confer with B. Kotliar regarding his research on certain potentially duplicate claims filed by RMBS Investors and related matters (.30) | | 0.30 |
| 02/04/13  MG8 | Confer with D. Bloom regarding research relating to classification of claims asserted by certain conflicts parties, including AIG, Prudential and Allstate (.20) | | 0.20 |
| 02/04/13  MG8 | Review latest draft of claims and settlement procedures motion and provide comments to J. Wishnew with respect to the same (1.20) | | 1.20 |
| 02/04/13  MG8 | Review and revise memorandum addressing certain aspects of potentially duplicative claims filed in connection with claims of certain Investors, including AIG (.80) | | 0.80 |
| 02/04/13  MG8 | Confer with D. Bloom regarding additional research on classification in connection with response to AIG Parties' motion to classify the Investor Claims with Trust Claims (.20) | | 0.20 |
| 02/04/13  BMK | Review proofs of claim filed by RMBS Investors re: whether Investors continue to hold RMBS certificates and confer with M. Gallagher re: same (1.20) | | 1.20 |
| 02/04/13  DAB | Confer with M. Gallagher re: research regarding | | 0.20 |

May 17, 2013
Inv # 1578335
Our Ref #  062108-000320

Page  2

|  |  |  |  |
|---|---|---|---|
|  |  | separate classification of contract versus tort claims under the Bankruptcy Code in connection with Investors' classification motion (.20) |  |
| 02/04/13 | DAB | Confer with M. Gallagher re: research on classification for response to AIG Parties motion to classify the Investor Claims with the Trust Claims (.20) | 0.20 |
| 02/05/13 | MG8 | Review research memorandum addressing issue of duplicate recovery theories in connection with addressing claims of Investors (.40) | 0.40 |
| 02/05/13 | MG8 | Review research memorandum prepared by D. Bloom relating to classification issues in connection with responding to Investors' motion pursuant to Bankruptcy Rule 3013 seeking to have Investor claims classified with Trust claims (.40) | 0.40 |
| 02/15/13 | GF | Assist M. Rutman with preparation of proofs of claim chart re: losses per request of B. Kotliar (.60) | 0.60 |
| 02/15/13 | MR2 | Assist B. Kotliar with organization of proofs of claim as received in spreadsheet format (2.10) | 2.10 |
|  |  | TOTAL HOURS | 11.30 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.30 | 830 | 1,079.00 |
| Theresa A. Foudy | Partner | 1.60 | 730 | 1,168.00 |
| Maryann Gallagher | Counsel | 4.10 | 625 | 2,562.50 |
| Daniel A. Bloom | Associate | 0.40 | 480 | 192.00 |
| Bryan M. Kotliar | Associate | 1.20 | 305 | 366.00 |
| Georgia Faust | Legal Assistant | 0.60 | 235 | 141.00 |
| Melissa Rutman | Legal Assistant | 2.10 | 235 | 493.50 |
| | | **11.30** | | **$6,002.00** |

**TOTAL SERVICES**                                          **$6,002.00**

May 17, 2013
Inv # 1578335
Our Ref #  062108-000320

Page  3

|                        |            |
|------------------------|-----------:|
| **TOTAL THIS INVOICE** | **$6,002.00** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1578335

| | |
|---|---|
| Total Services | 6,002.00 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$6,002.00** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.

12-12020-mg Doc 4532 Filed 08/07/13 Entered 08/07/13 14:13:23 Main Document
Pg 56 of 100



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

May 17, 2013

Inv. # 1578336
Our Ref. 062108-000330
SJR

Attention:     Residential Capital, LLC

**Re:    Contracts/Leases Assumption and Rejection**

---

| Date | | Description | Hours |
|------|------|-------------|-------|
| 02/07/13 | MG8 | Review orders relating to assumption and assignment of executory contracts in connection with Curtis' role as Debtors' conflicts counsel (.50) | 0.50 |
| | | TOTAL HOURS | 0.50 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|-------|-------|------|--------|
| Maryann Gallagher | Counsel | 0.50 | 625 | 312.50 |
| | | **0.50** | | **$312.50** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | **$312.50** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$312.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1578336

Total Services                                          312.50

Total Expenses                                            0.00

**Total This Invoice**                            **$312.50**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                    May 17, 2013
1100 Virginia Drive
MC: 190_FTW-M01                                                            Inv. # 1578472
Fort Washington  PA 19034                                                  Our Ref. 062108-000400
                                                                           SJR

Attention:    Residential Capital, LLC

**Re:   General Litigation Matters**

---

| | | | |
|---|---|---|---|
| 02/01/13 | TF1 | Follow-up on research regarding Investors' securities claims as impermissible duplicative claims for purposes related to RMBS securities claims (.40) | 0.40 |
| 02/01/13 | TF1 | Review update on extend stay adversary proceeding where Curtis is adverse to FHLB Parties, John Hancock, and others (.10) | 0.10 |
| 02/01/13 | TF1 | Follow-up on information on purchase/sale information related to AIG, Allstate, Prudential and MassMutual as involved in classification motion (.30) | 0.30 |
| 02/01/13 | TF1 | Continue to research and review research concerning Section 1122 issue and subordination for responding to AIG Parties' classification motion for purposes related to RMBS securities claims (.80) | 0.80 |
| 02/01/13 | TF1 | Review information on rescheduling of Lehman hearing on subordination of securities claims as it relates to issues raised in Investors' Classification Motion pursuant to Rule 3013 (.10) | 0.10 |
| 02/01/13 | BMK | Correspond with C. Cu at KCC re: production of proofs of claims in connection with Investors' Classification Motion (.20) | 0.20 |
| 02/01/13 | BMK | Correspondence with M. Gallagher and T. Foudy re: section 510(b) subordination issue in similar bankruptcy cases (.30) | 0.30 |
| 02/01/13 | BMK | Begin researching cases for memorandum re: duplicative proofs of claim and single satisfaction rule (1.60) | 1.60 |
| 02/01/13 | BMK | Review proofs of claims filed by Investors for dates of purchases of RMBS certificates (2.40) | 2.40 |
| 02/01/13 | BMK | Follow up correspondence re: review of Investors' proofs of claims in connection with Investors' Classification Motion (.20) | 0.20 |
| 02/02/13 | BMK | Draft fact section of memorandum re: objection to | 2.70 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  2

|  |  | Investors' claims under single satisfaction rule on the basis that they are duplicative claims (2.70) |  |
|---|---|---|---|
| 02/02/13 | BMK | Review researched cases on duplicative claims and single satisfaction issue for inclusion in memorandum re: same (2.70) | 2.70 |
| 02/02/13 | BMK | Draft outline re: memorandum re: objection to Investors' claims under single satisfaction rule on the basis that they are duplicative claims (1.40) | 1.40 |
| 02/03/13 | BMK | Review additional cases re: procedures relating to duplicative claims and single satisfaction objections (1.80) | 1.80 |
| 02/03/13 | BMK | Draft memorandum re: duplicative claims objections and single satisfaction rule in connection with possible objection to Investors' claims under same theories (3.70) | 3.70 |
| 02/04/13 | SJR | Review of responsive papers in connection with Residential Capital's Motion to Approve RMBS Settlement (.80) | 0.80 |
| 02/04/13 | SJR | Follow up regarding related conflict issues being addressed by Curtis as Conflicts Counsel for ResCap in connection with the AIG Parties' classification motion (1.60) | 1.60 |
| 02/04/13 | TF1 | Follow-up on drafting response to AIG Parties'/Investors' classification motion including review of key legal precedent, discussion of research tasks, and holding information for movants (1.80) | 1.80 |
| 02/04/13 | TF1 | Begin review of voluminous papers submitted vis-a-vis objections to RMBS settlement, with particular attention to 510(b) subordination issues and related discussion on same with M. Gallagher (3.20) | 3.20 |
| 02/04/13 | MG8 | Review numerous responsive papers filed in connection with Debtors' motion to approve RMBS Trust settlement and related follow-up with T. Foudy for potential conflict purposes particularly with respect to 510(b) subordination issues raised by the AIG Parties/Investors (3.40) | 3.40 |
| 02/04/13 | BMK | Finalize memorandum re: duplicative claims objections and potential objection to Investors' claims under single satisfaction rule (2.20) | 2.20 |
| 02/04/13 | BMK | Edit memorandum re: duplicative claims objections and potential ability to object to Investors' claims under single satsifaction rule per edits of D. Bloom and M. Gallagher (1.80) | 1.80 |
| 02/04/13 | DAB | Draft memorandum detailing research regarding separate classification of contract versus tort claims | 1.00 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  3

| | | under the Bankruptcy Code and relevant case law (1.00) | |
|---|---|---|---|
| 02/04/13 | DAB | Conduct extensive research regarding ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and review relevant published and unpublished case law in connection with responding to Investors' Classification Motion and related strategy (5.60) | 5.60 |
| 02/05/13 | SJR | Review of draft Opposition concerning subordination of securities claims of AIG and other Investors related to RMBS securities claims provided Morrison & Foerster as well as review of case law and other materials in connection with subordination analysis (4.30) | 4.30 |
| 02/05/13 | SJR | Attention to matters regarding potential litigation related to AIG, Allstate and Prudential and review issues regarding parties which can be sued by Curtis (1.30) | 1.30 |
| 02/05/13 | SJR | Follow up regarding issues related to drafting of Subordination Motion and opposition to Investors' Classification Motion and editing of same ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.50) | 0.50 |
| 02/05/13 | SJR | Review Memorandum regarding Single Satisfaction Rule regarding objecting to investor misrepresentation claims and case law related to same for purposes related to securities claims of AIG related to RMBS securities claims (1.40) | 1.40 |
| 02/05/13 | TF1 | Review SUNs' letter to Board and exchange emails in regards to same (.30) | 0.30 |
| 02/05/13 | TF1 | Review and provide comments to B. Kotliar regarding memo on duplicative claim disallowance/single satisfaction rule in connection with possible objection to Investors' claims (.80) | 0.80 |
| 02/05/13 | TF1 | Review and provide comments to D. Bloom email with Section 1122 research in connection with preparation of response to Investors' 3013 Motion (.70) | 0.70 |
| 02/05/13 | TF1 | In preparation for "all hands" claims meeting, confer with M. Gallagher concerning subordination issues and other items regarding conflict parties including AIG, in connection with RMBS securities claims (.80) | 0.80 |
| 02/05/13 | TF1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ (.60) | 0.60 |
| 02/05/13 | TF1 | Prepare for all hands Claims meeting at Morrison & Foerster offices (.70) | 0.70 |
| 02/05/13 | TF1 | Attend all hands claims meeting at Morrison & | 2.10 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  4

|          |     | Foerster's offices to discuss numerous claims related issues, including securities claims of AIG related to RMBS securities issues (2.10) |      |
|----------|-----|-------------------------------------------------|------|
| 02/05/13 | MG8 | Review letter from potential conflict party to Residential Capital board of directors requesting reconsideration of certain decisions and correspond with T. Foudy regarding same (.30) | 0.30 |
| 02/05/13 | MG8 | Prepare for "all hands" claims meeting at Morrison & Forester, including review of claims of certain major constituents and submissions made and related discussions with T. Foudy on same (1.50) | 1.50 |
| 02/05/13 | MG8 | Participate in "all hands" meeting at Morrison & Forester to discuss issues and strategy for claims resolution process including various potential litigations (2.10) | 2.10 |
| 02/05/13 | BMK | Review and revise duplicative claims/single recovery memorandum in connection with potential objection to Investors' claims under single satisfaction rule per T. Foudy's edits (2.90) | 2.90 |
| 02/05/13 | BMK | Conduct additional research re: duplicative claims memorandum in connection with potential objection to Investors' claims re: overlapping claims under various state law causes of action in bankruptcy cases (3.40) | 3.40 |
| 02/05/13 | DAB | Conduct research regarding separate classification of "substantially similar" claims under the Bankruptcy Code and relevant case law in connection with addressing issues raised by Investors' Rule 3013 Motion and potential objection to same (4.30) | 4.30 |
| 02/05/13 | DAB | Conduct further research regarding separate classification of contract versus tort claims under the Bankruptcy Code and relevant case law (3.50) | 3.50 |
| 02/06/13 | TF1 | Follow-up on ███████████████████████████████ ████████████████████████████████████████ ███████████ (.30) | 0.30 |
| 02/06/13 | TF1 | Review email from B. Kotliar on follow-up research questions related to claims subordination issues and duplicative claims (.20) | 0.20 |
| 02/06/13 | DAB | Conduct further research regarding separate classification of "substantially similar" claims under the Bankruptcy Code and relevant case law in connection with issues raised by Investors' Rule 3013 Motion and in connection with potential objection to same (6.00) | 6.00 |
| 02/06/13 | DAB | Draft memorandum regarding separate classification of "substantially similar" claims under the Bankruptcy Code and relevant case law in connection with issues | 2.50 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  5

|          |      |                                                                                                                                                                                         |      |
|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |      | raised by Investors' Rule 3013 Motion and in connection with potential objection to same (2.50)                                                                                          |      |
| 02/07/13 | BMK  | Edit memorandum re: classification of substantially similar claims in different classes for plan voting purposes in connection with issues raised by Investors' Rule 3013 Motion (1.40)   | 1.40 |
| 02/07/13 | DAB  | Further revise memorandum regarding separate classification of "substantially similar" claims under the Bankruptcy Code and relevant case law in connection with issues raised by Investors' Rule 3013 Motion and in connection with drafting possible objection to same (3.00) | 3.00 |
| 02/08/13 | SJR  | Attend to issues regarding classification motion and research regarding Section 510(b) subordination and arguments with respect to subordination of claims of particular conflict parties, including AIG, Allstate, and Prudential (2.30) | 2.30 |
| 02/08/13 | TF1  | Review additional information on trading by conflict parties involved in classification motion submission, including AIG (.30)                                                            | 0.30 |
| 02/08/13 | TF1  | Continued follow-up correspondence with B. Kotliar regarding research concerning duplicative claims and Section 510(b) in connection with addressing issues raised in Investors' Rule 3013 Motion (.30) | 0.30 |
| 02/08/13 | TF1  | Review D. Bloom email on research concerning section 1122 argument with respect to Investors' classification motion (.20)                                                                 | 0.20 |
| 02/08/13 | TF1  | Begin review of Wilmington Trust/SUNs' objection to RMBS settlement for conflicts purposes (.40)                                                                                          | 0.40 |
| 02/08/13 | BMK  | Draft email summarizing research findings re: duplicative claims of securities holders to T. Foudy (.90)                                                                                  | 0.90 |
| 02/08/13 | BMK  | Conduct additional research re: duplicative claims re: securities claimants in bankruptcy proceedings in connection with issues raised by Investors' Rule 3013 Motion (2.50)              | 2.50 |
| 02/08/13 | BMK  | Begin drafting chart summarizing objections filed to RMBS Trustees settlement (2.60)                                                                                                     | 2.60 |
| 02/09/13 | BMK  | Continue drafting chart summarizing objections filed to RMBS Trustees settlement (5.50)                                                                                                   | 5.50 |
| 02/11/13 | TF1  | Review B. Kotliar follow-up research on duplicative claims and key cases on Section 510(b) in connection with issues raised by Investors' Rule 3013 Motion in connection with drafting possible objection to same (2.00) | 2.00 |

12-12020-mg    Doc 3588-11    Filed 05/07/14    Entered 05/08/14 22:56:28    Exhibit
Exhibit Pg 63 of 100

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  6

| | | | |
|---|---|---|---|
| 02/11/13 | TF1 | Review and take notes on Wilmington Trust/SUNs' and UCC objections to RMBS settlement for purposes of plan mediation/discussions and responding to Investors' Rule 3013 Motion (2.10) | 2.10 |
| 02/11/13 | TF1 | Edit most recent draft of objection to Investors' classification motion and review facts/law in connection therewith in connection with issues raised by Investors' Rule 3013 Motion in connection with drafting possible objection to same (2.70) | 2.70 |
| 02/11/13 | MG8 | Research consolidation of adversary proceeding and contested matter in connection with determining strategy for addressing issues raised by Investors' Rule 3013 motion seeking to classify Investor Claims with claims of RMBS Trusts (1.50) | 1.50 |
| 02/11/13 | BMK | Review latest draft of opposition to Investors' classification motion for internal references, citations, defined terms, and other document errors for edits and comments to be shared with debtors' primary bankruptcy counsel (5.50) | 5.50 |
| 02/11/13 | BMK | Multiple correspondences with T. Foudy and D. Bloom re: draft opposition to Investors' classification motion and commencement of adversary proceeding seeking declaratory judgment on issues under Section 510 (.40) | 0.40 |
| 02/11/13 | BMK | Review chart summarizing RMBS Trustees settlement objections (1.40) | 1.40 |
| 02/11/13 | DAB | Draft reservation of rights language for Response to classification motion with respect to AIG, Prudential, and Allstate (.30) | 0.30 |
| 02/12/13 | SJR | Review of case law and memoranda regarding Section 510(b) issue in connection with Classification Motion on which Curtis is acting as Conflicts Counsel with respect to AIG, Allstate, and Prudential (2.30) | 2.30 |
| 02/12/13 | SJR | Review of mark-up of Curtis' comments to draft Opposition to AIG Motion concerning subordination or allowance of RMBS Securities claims (1.70) | 1.70 |
| 02/12/13 | SJR | Continue work on revising draft subordination response in connection with AIG Parties' Rule 3013 Motion and potential subordination adversary proceeding in connection with same (2.70) | 2.70 |
| 02/12/13 | TF1 | Continue to review/edit classification motion opposition, including collating comments of S. Reisman and M. Gallagher (2.50) | 2.50 |
| 02/12/13 | TF1 | Attend to matters concerning coordination with Morrison & Foerster over complaint, motion for summary judgment and supporting papers and related | 0.60 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 7

|  |  |  |  |
|---|---|---|---|
|  |  | coordination with M. Gallagher (.60) |  |
| 02/12/13 | TF1 | Review key cases and memos from Morrison & Foerster on 510(b) issue in connection with revisions to classification opposition and related documents (2.10) | 2.10 |
| 02/12/13 | TF1 | Review Section 1122 memo from D. Bloom in connection with revisions to classification motion opposition (.80) | 0.80 |
| 02/12/13 | MG8 | Review and comment to updated draft of opposition to AIG Parties' motion requesting classification of Investor Claims with Trust Claims and directing that Investor Claims not be subordinated and related follow-up with B. Kotliar (1.80) | 1.80 |
| 02/12/13 | MG8 | Attend to numerous communications with T. Foudy and Morrison & Foerster teams regarding response to AIG parties motion pursuant to Rule 3013 seeking to classify Investor Claims with Trust Claims (.40) | 0.40 |
| 02/12/13 | MG8 | Review research regarding subordination of noteholders claims for amounts not relating to collection of underlying debt in connection with addressing issues raised by Investors' Rule 3013 Motion (.30) | 0.30 |
| 02/12/13 | BMK | Review recent edits and comments to most recent opposition to Investors' reclassification motion and circulate to T. Foudy and M. Gallagher to be sent to Morrison & Foerster and related follow-up with M. Gallagher (1.50) | 1.50 |
| 02/12/13 | BMK | Further review and comment on most recent draft of opposition to Investors' Rule 3013 reclassification motion (2.60) | 2.60 |
| 02/13/13 | SJR | Review outline and case law regarding subordination of claims in connection with drafting of motion seeking subordination of securities claims of Investors (1.40) | 1.40 |
| 02/13/13 | SJR | Numerous discussions with M. Gallagher and T. Foudy regarding staffing, strategy and timing of bringing action for subordination of Investors' claims (.60) | 0.60 |
| 02/13/13 | SJR | Review documentation regarding possible adversary proceeding related to subordination of claims of certain securities fraud claimants, including AIG, and Allstate (1.70) | 1.70 |
| 02/13/13 | TF1 | Attend to matters concerning staffing and preparation for filing of multiple papers on subordination of securities fraud claims and related discussions with S. Reisman and M. Gallagher (1.00) | 1.00 |
| 02/13/13 | TF1 | Conference call with K. Sadeghi to discuss papers/argument and preparation for filing of complaint | 0.30 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 8

|  |  |  |  |
|---|---|---|---|
|  |  | and motion for subordination of Investors' securities claims (.30) |  |
| 02/13/13 | TF1 | Revise draft summary of hearing in Lehman regarding subordination of Boilermaker's claims for S. Reisman and M. Gallagher (.90) | 0.90 |
| 02/13/13 | TF1 | Continue review of key cases on subordination issues for purposes related to drafting of classification motion (2.10) | 2.10 |
| 02/13/13 | TF1 | Meet with A. Zinman and D. Mize on preparation for filing subordination papers (.80) | 0.80 |
| 02/13/13 | TF1 | Attend Lehman hearing on 510(b) subordination of RMBS securities as the dispute is similar to that raised by the Investors' Classification Motion pursuant to Rule 3013 (2.00) | 2.00 |
| 02/13/13 | MG8 | Review and research various service and procedural issues relating to commencement of adversary proceeding and service of summons and complaint in connection with possible action for subordination of claims against AIG, Allstate, MassMutual, Prudential and other Investors and coordinate with S. Reisman and T. Foudy regarding same (2.20) | 2.20 |
| 02/13/13 | BMK | Research Southern District of New York bankruptcy cases for rule 7042(a) consolidation motions in connection with contemplated adversary proceeding seeking subordination of Investors' Claims (.60) | 0.60 |
| 02/13/13 | BMK | Coordinate obtaining proofs of claims re: NCUAB with claims agent (.30) | 0.30 |
| 02/13/13 | BMK | Draft summary of Lehman Brothers hearing re: subordination issue to be circulated to S. Reisman, T. Foudy, M. Gallagher and D. Bloom and Debtors' counsel (2.60) | 2.60 |
| 02/13/13 | BMK | Review parties to Classification Motion for purposes of arranging for service (.30) | 0.30 |
| 02/13/13 | BMK | Attend Lehman Brothers hearing re: subordination of MBS claims pursuant to section 510(b) of the Bankruptcy Code as the dispute is similar to that raised by the Investors' Classification Motion pursuant to Rule 3013 (2.00) | 2.00 |
| 02/13/13 | DAB | Review emails from T. Foudy, M. Gallagher and B. Kotliar regarding opposition to Investor Motion and potential adversary proceeding filing (.30) | 0.30 |
| 02/13/13 | DAB | Review list of parties to Investor Motion to compile list of potential defendants (.20) | 0.20 |
| 02/13/13 | DAB | Review CMO, Bankruptcy and Local Rules with respect | 1.00 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  9

|            |     | to procedural issues in connection with filing of adversary complaint and draft related correspondence to T. Foudy and B. Kotliar regarding same (1.00) |      |
| 02/13/13   | DAB | Review precedent with respect to possible subordination complaint and followup with A. Dreiman regarding tasks associated with the same (.80) | 0.80 |
| 02/13/13   | DAB | Review and revise draft summary of Lehman/Boilermaker hearing on 510 Subordination issue (.40) | 0.40 |
| 02/13/13   | DAB | Communication with A. Dreiman regarding review of unpublished case law in connection with filing (.20) | 0.20 |
| 02/13/13   | DAB | Review Debtors' draft opposition brief to Investors' 3013 Motion in order to assemble declaration or affidavit of relevant exhibits (.50) | 0.50 |
| 02/13/13   | DAB | Review precedent with respect to possible subordination complaint in connection with Investors' securities claims and followup with A. Dreiman regarding same (.80) | 0.80 |
| 02/13/13   | DAB | Coordinate preliminary filing preparation tasks and correspondence with B. Kotliar regarding same (.30) | 0.30 |
| 02/13/13   | JDM | Correspondence and meeting with T. Foudy and A. Zinman regarding motions to file and strategy for assuming pleadings and briefs from Morrison & Foerster (1.40) | 1.40 |
| 02/13/13   | AD  | Per D. Bloom's request, conduct research regarding sample adversary complaints seeking subordination pursuant to Bankruptcy Code Section 510 in the Southern District of New York Bankruptcy Court and Delaware Bankruptcy Court including several discussions with D. Bloom on details of same (2.20) | 2.20 |
| 02/13/13   | ABZ | Conference call with T. Foudy and D. Mize re: subordination motion papers, opposition and potential adversary complaint (.80) | 0.80 |
| 02/13/13   | ABZ | Review AIG's classification motion in order to prepare for assuming responsive papers and filing (.40) | 0.40 |
| 02/14/13   | SJR | Participate in conference call with T. Foudy and Gary Lee to discuss strategy regarding Section 510 adversary proceeding and preparation of Complaint, Motion for Relief and factual affidavits in connection with subordination of claims including preparations and follow-up for same by reviewing substantive materials and coordinating with T. Foudy and M. Gallagher (2.20) | 2.20 |
| 02/14/13   | SJR | Review case law and documentation in connection with adversary proceeding to be commenced related to subordination of particular securities law claimants in | 2.70 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 10

|  |  |  |  |
|---|---|---|---|
|  |  | the ResCap case where Curtis is acting on behalf of the Debtors as Conflicts Counsel with respect to AIG, Allstate, and Prudential (2.70) |  |
| 02/14/13 | SJR | Review and comment on draft Complaint in connection with subordination of particular securities law claims in connection with conflcit parties AIG, Allstate, and Prudential (2.30) | 2.30 |
| 02/14/13 | TF1 | Continue review of key cases on 510(b) for purposes related to preparation of complaint and motion for relief in connection with subordination of claims (1.20) | 1.20 |
| 02/14/13 | TF1 | Confer with M. Gallagher, B. Kotliar, D. Bloom, D. Mize and A. Zinman to discuss division of tasks (.80) | 0.80 |
| 02/14/13 | TF1 | Call with G. Lee and S. Reisman on strategy regarding Section 510 action and preparation of complaint, motion for relief and factual affidvits in connection with subordination of Investors' claims (1.30) | 1.30 |
| 02/14/13 | TF1 | Attend to matters concerning preparation of set of papers necessary for subordination opposition, complaint, and motion for affirmative relief, including calls with Morrison & Foerster on status of drafts and preparation of factual affidavits and internal conferences with S. Reisman and M. Gallagher regarding same (1.00) | 1.00 |
| 02/14/13 | TF1 | Conference call with D. Mize on editing of complaint for subordination of Investors' claims (.20) | 0.20 |
| 02/14/13 | MG8 | Correspondence with D. Bloom regarding procedure issue relating to motion for relief Adversary Proceeding to be commenced relating to subordination of Investor Claims (.30) | 0.30 |
| 02/14/13 | MG8 | Review and comment on draft complaint in support of subordinaton action relating to relief requested in Investor Rule 3013 Motion and related follow-up with S. Reisman and T. Foudy (1.20) | 1.20 |
| 02/14/13 | MG8 | Review and revise draft affidavit of T. Hamzepour in support of Opposition to Investor Motion and follow-up with T. Foudy and S. Reisman regarding same (.50) | 0.50 |
| 02/14/13 | MG8 | Attend to issues relating to obtaining and analyzing proofs of claims filed by parties to Investor Motion and related follow-up with S. Reisman and T. Foudy in connection with preparation of supporting materials for Opposition to Investor Motion seeking to classify Investor Claims with Trust Claims (.70) | 0.70 |
| 02/14/13 | MG8 | Review and comment on latest draft Opposition to Investor Rule 3013 Motion circulated by Morrison & Foerster (1.80) | 1.80 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  11

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 02/14/13 | MG8 | Meet with T. Foudy, B. Kotliar, D. Bloom, D. Mize and A. Zinman prepare for completion of and filing of Opposition to Investor Motion Seeking to Classify Investor Claims with Trust Claims, related Adversary Complaint and varous related supporting documents (.80) | 0.80 |
| 02/14/13 | BMK | Attend internal meeting with T. Foudy, M. Gallagher, D. Bloom, D. Mize and A. Zinman re: upcoming filing of subordination papers in connection with Investors' Motion to Reclassify and adversary proceeding seeking subordination of Investors' Claims (.80) | 0.80 |
| 02/14/13 | BMK | Coordinate various documents on Curtis' internal systems for use in drafting subordination papers (.50) | 0.50 |
| 02/14/13 | BMK | Multiple correspondences with KCC claims agent and M. Gallagher re: obtaining NCUAB's proofs of claim for use in connection with opposition to Investors' Rule 3013 Motion and adversary proceeding seeking subordination (.60) | 0.60 |
| 02/14/13 | BMK | Review Investors' proofs of claims for securitizations held and the extent of overlap with the trusts that have agreed to the RMBS Trust Settlement for use in connection with opposition to Investors' Rule 3013 Motion and adversary proceeding seeking subordination (4.80) | 4.80 |
| 02/14/13 | BMK | Coordinate documents cited by subordination papers from bankruptcy docket and other courts' dockets and certain proofs of claim (.80) | 0.80 |
| 02/14/13 | BMK | Correspondence with A. Zinman re: Kotliar Declaration in support of Opposition to Rule 3013 Motion based upon initial review of investors' claims (.30) | 0.30 |
| 02/14/13 | DAB | Attend team meeting with T. Foudy, M. Gallagher, B. Kotliar, D. Mize and A. Zinman with respect to draft pleadings including adversary complaint and opposition to Investor Motion and follow up correspondence with M. Gallagher and B. Kotliar with respect to same (.80) | 0.80 |
| 02/14/13 | DAB | Correspondence with J. Clyne, B. Kotliar and A. Dreiman regarding status of Minnesota state court Allstate litigation related to Allstate proofs of claim and review of docket with respect to same (.30) | 0.30 |
| 02/14/13 | DAB | Correspondence with D. Mize regarding edits to draft complaint seeking declaratory judgment that Investors' claims are subordinated under Section 510 (.20) | 0.20 |
| 02/14/13 | DAB | Evaluate potential discovery requests in connection with adversary proceeding complaint seeking subordination of Investors' claims (.50) | 0.50 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  12

| 02/14/13 | DAB | Revise caption for adversary proceeding complaint and ancillary documents, and correspondence with M. Gallagher and T. Foudy regarding same (.30) | 0.30 |
|----------|-----|-----|------|
| 02/14/13 | DAB | Review Lehman Boilermaker transcript in connection with drafting of subordination complaint (.20) | 0.20 |
| 02/14/13 | DAB | Extensive work conforming and editing complaint seeking subordination of Investors' claims (3.80) | 3.80 |
| 02/14/13 | DAB | Coordinate with IT to fix metadata issues with respect to MoFo draft pleadings (.30) | 0.30 |
| 02/14/13 | DAB | Review Bankruptcy and Local Rules with respect to necessity for filing of corporate disclosure form in connection with complaint and communication with team regarding same (.20) | 0.20 |
| 02/14/13 | DAB | Create and review new versions of draft subordination pleadings for Investors' claims received from Morrison & Foerster (.20) | 0.20 |
| 02/14/13 | DAB | Review and revise draft index of Morrison & Foerster draft subordination documents for internally distributed binders (.10) | 0.10 |
| 02/14/13 | DAB | Create and conform captions and signature pages of draft subordination pleadings received from Morrison & Foerster and performed various global conforming edits (.70) | 0.70 |
| 02/14/13 | DAB | Review local rules with respect to page limits of legal briefs and communication with T. Foudy, M. Gallagher, B. Kotliar regarding same in connection with anticipated filings seeking subordination of Investors' Claims (.10) | 0.10 |
| 02/14/13 | DAB | Review and revise corporate disclosure form for adversary proceeding seeking subordination per Morrison & Foerster request (.10) | 0.10 |
| 02/14/13 | DAB | Review Morrison & Foerster markup to draft subordination pleadings (.40) | 0.40 |
| 02/14/13 | DAB | Review precedent and draft reservation of rights language with respect to retention of right to object to the validity, etc. of Investor Claims and correspondence with M. Gallagher regarding same (.40) | 0.40 |
| 02/14/13 | JDM | Communications and meeting with T. Foudy, M. Gallagher, A. Zinman, D. Bloom and B. Kotilar regarding T. Foudy's communications with Morrison & Foerster and the plan for which documents will be included in the upcoming filings related to subordination of Investors' Claim, specifically whether the Debtor will move for summary judgment (1.60) | 1.60 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  13

| 02/14/13 | JDM | Review and revise draft of adversary complaint seeking subordination of Investors' Claims (3.10) | 3.10 |
| 02/14/13 | AD | Per B. Kotliar and D. Bloom's request, retrieve a "First Amended Complaint" relevant to the Residential Capital proceedings originally filed in a Minnesota District Court and identify whether or not the complaint has been removed to Federal Court, which it has not (1.00) | 1.00 |
| 02/14/13 | ABZ | Participate in Curtis strategy meeting re: opposition papers to Investors' Rule 3013 Motion and adversary proceeding seeking subordination under Section 510 (.80) | 0.80 |
| 02/14/13 | ABZ | Research bankruptcy rules and FRCP re: service requirements in connection with subordination issues (.30) | 0.30 |
| 02/14/13 | ABZ | Draft declaration of B. Kotliar for use in connection with subordination pleadings (1.00) | 1.00 |
| 02/14/13 | ABZ | Commence review of draft proposed Adversary Complaint in connection with subordination issues (.80) | 0.80 |
| 02/14/13 | ABZ | Review local rules, case management order and part rules re: procedural requirements for filings on subordination (.40) | 0.40 |
| 02/14/13 | ABZ | Review draft Hamzehpour declaration for use in connection with subordination papers (1.00) | 1.00 |
| 02/15/13 | SJR | Review comments as well as draft of Opposition to Investors' Motion to Classify Investors' Claims with Trust Claims and follow-up on strategy regarding same (1.40) | 1.40 |
| 02/15/13 | SJR | Attention to matters regarding examination of Complaint and Brief in connection with Subordination Motion for AIG and review case law related to same (4.30) | 4.30 |
| 02/15/13 | SJR | Follow up regarding matters related to adversary proceeding against AIG on subordination of securities claims and review and comment on same (2.30) | 2.30 |
| 02/15/13 | TF1 | Confer with Morrison & Foerster on procedural issues concerning Debtors' subodination adversary complaint and motion for relief sought therein (1.10) | 1.10 |
| 02/15/13 | TF1 | Review/edit Rule 7056.1 letter to Judge Glenn and meet with D. Mize to discuss comments to same (1.30) | 1.30 |
| 02/15/13 | TF1 | Follow-up on factual affidavits necessary for Tuesday filing of subordination complaint and motion for summary judgment (.80) | 0.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 122 of 349

| 02/15/13 | TF1 | Review/edit opposition brief for Investors' Rule 3013 Motion and adversary complaint regarding subordination of claims (1.20) | 1.20 |
|---|---|---|---|
| 02/15/13 | TF1 | Review research findings regarding procedures and local rules relevant to filing of adversary complaint and motion to subordinate claims of Investors (.60) | 0.60 |
| 02/15/13 | TF1 | Meet with A. Zinman to discuss finalization of papers for filing of complaint and motion to subordinate claims (.50) | 0.50 |
| 02/15/13 | TF1 | Meeting with M. Gallagher, B. Kotliar and A. Zinman to discuss finalization of papers for filing (.80) | 0.80 |
| 02/15/13 | TF1 | Review additional comments to opposition brief to Investors' Rule 3013 Motion from Morrison & Foerster (.70) | 0.70 |
| 02/15/13 | MG8 | Multiple correspondences with T. Foudy and S. Reisman regarding procedural matters relating to subordination issue addressed in the Opposition to the Investors' Motion concerning classification and subordination (1.40) | 1.40 |
| 02/15/13 | MG8 | Review and revise letter pursuant to Local Rule 7056-1 in connection with potential motion for summary judgment in adversary proceeding regarding subordination of Investor Claims in follow-up coordination meeting with A. Zinman, T. Foudy and B. Kotliar (.70) | 0.70 |
| 02/15/13 | MG8 | Review additional comments to draft Complaint and draft Opposition to Investors' Motion to Classify Investor Claims with Trust Claims circulated by Morrison & Foerster and coordinate implementation of same with T. Foudy and B. Kotliar (1.20) | 1.20 |
| 02/15/13 | MG8 | Review Committee motion regarding preclusion of Debtors' use of attorney-client privilege evidence in support RMBS trust settlement and correspondence with S. Reisman regarding the same for potential conflicts purposes (.70) | 0.70 |
| 02/15/13 | MG8 | Attend to matters relating to certain exhibits to be attached to Opposition to Investors' Rule 3013 Motion and related follow-up with Morrison & Foerster and S. Reisman (.60) | 0.60 |
| 02/15/13 | BMK | Attend meeting with T. Foudy, M. Gallagher and A. Zinman re: procedural issues in connection with subordination summary judgment motion and upcoming tasks for subordination papers (.80) | 0.80 |
| 02/15/13 | BMK | Coordinate subordination project management with M. Gallagher, T. Foudy and B. Kotliar (1.10) | 1.10 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page  15

| 02/15/13 | BMK | Numerous conferences with M. Gallagher re: various filing issues, necessary documents, and status of various subordination papers (.50) | 0.50 |
|---|---|---|---|
| 02/15/13 | BMK | Meet with A. Zinman to discuss draft Kotliar Declaration for use in support of Debtors' subordination papers with respect to Investors' securities claims (.30) | 0.30 |
| 02/15/13 | BMK | Numerous conferences with D. Bloom re: status of subordination papers with respect to Investors' securities claims and next steps re: same (.50) | 0.50 |
| 02/15/13 | BMK | Coordinate exhibits and documents in support of Debtors' Opposition to Reclassification Motion and circulate list of same to D. Bloom, T. Foudy and M. Gallagher (1.60) | 1.60 |
| 02/15/13 | BMK | Additional review of Investors' securitization holdings for factual assertions relied upon in Kotliar Declaration for use in support of Debtors' subordination papers with respect to Investors' securities claims (5.50) | 5.50 |
| 02/15/13 | BMK | Numerous correspondences with R. Baehr at Morrison & Foerster re: review of investors' holdings (.60) | 0.60 |
| 02/15/13 | BMK | Multiple conferences throughout the day with D. Bloom re: proper procedure for seeking subordination and additional case law research re: same (.80) | 0.80 |
| 02/15/13 | DAB | Draft email regarding inclusion of Local Rule 7008-1 statement in draft complaint (.20) | 0.20 |
| 02/15/13 | DAB | Draft correspondence to T. Foudy and M. Gallagher re: Investor Claimant classification motion (.20) | 0.20 |
| 02/15/13 | DAB | Research and draft email summary to team regarding proper procedural basis for seeking subordination under Bankruptcy Rules 7001(8) and/or related declaratory relief under Bankruptcy Rule 7001(9) (1.30) | 1.30 |
| 02/15/13 | DAB | Review and revise draft of Kotliar Declaration for use in support of Debtors' subordination papers (.20) | 0.20 |
| 02/15/13 | DAB | Research and draft email regarding necessity to seek prior court approval of summary judgment motion in adversary proceeding, and possible mechanisms for avoiding this requirement (.50) | 0.50 |
| 02/15/13 | DAB | Review certain draft exhibits from Morrison & Foerster and Debtors for inclusion in declarations for use in support of Debtors' subordination papers (.30) | 0.30 |
| 02/15/13 | DAB | Research case law, bankruptcy and local rules and relevant unpublished precedent with respect to possible procedural basis for seeking expedited relief in connection with filing of adversary proceeding, and | 2.30 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 124 of 349

| | | | |
|---|---|---|---|
| | | draft email memorandum to M. Gallagher and T. Foudy regarding same (2.30) | |
| 02/15/13 | DAB | Draft and revise pre-filing task list and communicate with B. Kotliar regarding same (.50) | 0.50 |
| 02/15/13 | DAB | Review Morrison & Foerster's further comments to draft opposition brief to Investors' Rule 3013 Motion and revise pleadings to incorporate certain global changes (.80) | 0.80 |
| 02/15/13 | DAB | Correspondence with B. Kotliar regarding procedural basis for filing a motion for relief following an adversary proceeding complaint and review responses to same (.30) | 0.30 |
| 02/15/13 | JDM | Attend meeting with T. Foudy regarding the documents, including Rule 7056.1 letter, that will be filed in support of the opposition and the adversary complaint in connection with subordination of Investors' securities claims (1.10) | 1.10 |
| 02/15/13 | JDM | Draft Correspondence to T. Foudy, M. Gallagher, B. Kolitar, A. Zinman and D. Bloom regarding the coordination of arguments, terms and evidence (2.40) | 2.40 |
| 02/15/13 | JDM | Review and revise brief in opposition to investors' motion to reclassify, specifically with respect to citations, declarations and references to supporting evidence (2.00) | 2.00 |
| 02/15/13 | ABZ | Discuss opposition brief and adversary proceeding regarding subordination of Investors' securities claims with T. Foudy (.50) | 0.50 |
| 02/15/13 | ABZ | Meeting with T. Foudy, B. Kotliar and M. Gallagher re: upcoming filings regarding subordination of Investors' securities claims (.40) | 0.40 |
| 02/15/13 | ABZ | Review and revise adversary complaint seeking subordination of Investor Claims (2.00) | 2.00 |
| 02/15/13 | ABZ | Discuss revisions to Kotliar declaration in support of Debtors' filings relating to subordination of Investors' claims and Opposition to Rule 3013 Motion with B. Kotliar (.30) | 0.30 |
| 02/15/13 | ABZ | Revise Hamzehpour and Kotliar declarations (.60) | 0.60 |
| 02/15/13 | ABZ | Draft, revise and discuss 7056-1(b) letter to Court with T. Foudy with respect to finalizing same (4.80) | 4.80 |
| 02/16/13 | TF1 | Emails with M. Gallagher regarding work-in-progress and tasks for finalizing subordination papers for filing on Tuesday (.50) | 0.50 |
| 02/16/13 | TF1 | Review and revise draft opposition brief to be filed in | 1.70 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  17

|           |     |                                                                                                                                                                                                                              |      |
|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|           |     | connection with Investors' Rule 3013 Motion (1.70)                                                                                                                                                                            |      |
| 02/16/13  | MG8 | Correspondence throughout the day with T. Foudy and S. Reisman relating to revisions to opposition and complaint seeking subordination of Investors' securities claims and drafting of declarations and Rule 7056-1 letter requesting status conference in connection with adversary proceeding and related matters (1.80) | 1.80 |
| 02/16/13  | BMK | Final review of Investors' securitization holdings and overlap with Trust Settlement for Kotliar Declaration and factual assertions in opposition (4.50)                                                                      | 4.50 |
| 02/16/13  | BMK | Review opposition for open issues for clarification by Morrison & Foerster and update Curtis team re: same (.70)                                                                                                              | 0.70 |
| 02/16/13  | BMK | Call with D. Bloom to discuss and flag open issues in subordination papers for next round of review (.40)                                                                                                                    | 0.40 |
| 02/16/13  | BMK | Review and revise language in opposition to Investors' Rule 3013 Motion pertaining to Kotliar Declaration relied upon for factual assertions (.50)                                                                            | 0.50 |
| 02/16/13  | DAB | Review and conform defined terms, references to exhibits, and Bankruptcy Code and Rule references in draft subordination complaint and opposition brief to Investors' Rule 3013 Motion (2.70)                                 | 2.70 |
| 02/16/13  | DAB | Confer with B. Kotliar regarding draft pleadings for subordination matters related to Investors' securities claims and followup regarding same (.40)                                                                          | 0.40 |
| 02/16/13  | DAB | Correspondence with A. Zinman regarding drafting summary judgment motion in connection with adversary proceeding complaint seeking subordination of Investors' securities claims (.40)                                        | 0.40 |
| 02/16/13  | DAB | Review and revise draft Rule 7056-1 Letter to Court for summary judgment motion on subordination and conform edits to same (.50)                                                                                             | 0.50 |
| 02/16/13  | DAB | Review revised draft pleadings on subordination matters and revise list of open issues (.50)                                                                                                                                 | 0.50 |
| 02/16/13  | JDM | Review and revise brief in opposition to Investors' Motion to Classify, specifically with respect to citations, declarations and references to supporting evidence (6.70)                                                     | 6.70 |
| 02/16/13  | ABZ | Revise Rule 7056-1 letter to Court in connection with contemplated motion in adversary seeking subordination (1.50)                                                                                                          | 1.50 |
| 02/16/13  | ABZ | Revise draft adversary complaint in connection with contemplated motion in adversary seeking subordination (1.50)                                                                                                            | 1.50 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  18

| | | | |
|---|---|---|---|
| 02/17/13 | SJR | Review of research regarding ability to file a Motion for Declaratory Judgment with respect to subordination claims and follow up on same (.70) | 0.70 |
| 02/17/13 | SJR | Review materials including draft of letter pursuant to Local Bankruptcy Rule 7056-1 in connection with moving for Summary Judgment on subordination issues under 510 of the Bankruptcy Code for ResCap and follow-up with T. Foudy and M. Gallagher on same (2.10) | 2.10 |
| 02/17/13 | TF1 | Review and revise draft letter pursuant to Rule 7056.1 regarding status conference in connection with adversary proceeding seeking subordination of Investors' securities claims (.80) | 0.80 |
| 02/17/13 | TF1 | Confer with S. Reisman on comments to Rule 7056-1 letter in connection with moving for Summary Judgment on subordination issues and incorporate therein (.30) | 0.30 |
| 02/17/13 | TF1 | Confer with M. Gallagher and B. Kotliar on various tasks and status of preparing set of papers for filing in connection with subordination issues (1.10) | 1.10 |
| 02/17/13 | TF1 | Conference call with A. Barrage on subordination issues (.50) | 0.50 |
| 02/17/13 | TF1 | Review latest comments from Morrison & Foerster and incorporate into opposition brief in connection with Investors' Rule 3013 Motion and editing down opposition in light of page limitation (3.10) | 3.10 |
| 02/17/13 | TF1 | Correspondence with Morrison & Foerster regarding filing of corporate disclosure statement in adversary proceeding (.20) | 0.20 |
| 02/17/13 | TF1 | Review article and emails on question of investor standing to pursue securities claims (.40) | 0.40 |
| 02/17/13 | TF1 | Circulate draft Rule 7056.1 letter regarding status conference for summary judgment motion on subordination matters (.10) | 0.10 |
| 02/17/13 | MG8 | Correspondence with G. Lee of Morrison & Foerster regarding filings in response to Investors' motion regarding subordination and classification of securities fraud claims (.20) | 0.20 |
| 02/17/13 | MG8 | Numerous communications and discussions throughout the day with T. Foudy, S. Reisman, B. Kotliar and D. Bloom regarding various filings in connection with subordination of investors' claims (1.20) | 1.20 |
| 02/17/13 | MG8 | Review and comment on several drafts of the Rule 7056-1 letter requesting status conference, the draft Rule 7056-1 statement, the draft opposition to the | 6.30 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:22:56    Main Document
Pg 127 of 349

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  19

|          |      | Investor's motion regarding subordination and the related declarations, the complaint in preparation for filings of Opposition and Complaint on February 19, 2013 (6.30) | |
|----------|------|---|---|
| 02/17/13 | BMK  | Call with T. Foudy re: edits to opposition and procedural issues re: summary judgment motion (.10) | 0.10 |
| 02/17/13 | BMK  | Summarize and circulate most recent subordination papers related to Investors' securities claims to T. Foudy, M. Gallagher, D. Bloom, D. Mize and A. Zinman received from A. Barrage at Morrison & Foerster and explain various versions of the document and prior edits (.80) | 0.80 |
| 02/17/13 | BMK  | Various emails with T. Foudy, M. Gallagher, and D. Bloom re: Kotliar Declaration in support of subordination pleadings, its citation and reference in the Debtors' Opposition, and next steps (.40) | 0.40 |
| 02/17/13 | BMK  | Conform subordination papers to correct citation format for internal documents and ensure consistency throughout documents to be filed (1.50) | 1.50 |
| 02/17/13 | BMK  | Update draft Hamzehpour Declaration in support of Summary Judgment motion on subordination (.30) | 0.30 |
| 02/17/13 | BMK  | Update draft Kotliar Declaration in support of Summary Judgment Motion on subordination (.60) | 0.60 |
| 02/17/13 | BMK  | Final edits and revisions to Kotliar Declaration in support of summary judgment motion on subordination and circulate same to T. Foudy, M. Gallagher and D. Bloom (1.20) | 1.20 |
| 02/17/13 | BMK  | Correspondence with D. Mize re: exhibits and attachments to Debtors' Opposition to Investors' Rule 3013 Motion and citation issues (.40) | 0.40 |
| 02/17/13 | BMK  | Correspondence with T. Foudy, M. Gallagher and D. Bloom throughout the day re: open issues, resolved issues, and next steps for subordination papers to be filed (.80) | 0.80 |
| 02/17/13 | DAB  | Confer with M. Gallagher regarding changes to draft adversary proceeding complaint seeking subordination and changes to same based on comments (.70) | 0.70 |
| 02/17/13 | DAB  | Correspondence with A. Zinman and B. Kotliar regarding further revisions to Rule 7056-1 letter to court in connection with adversary proceeding (.20) | 0.20 |
| 02/17/13 | DAB  | Correspondence with A. Zinman regarding citations to facts in summary judgment motion on subordination of Investors' securities claims (.20) | 0.20 |
| 02/17/13 | DAB  | Further correspondence with T. Foudy and B. Kotliar | 0.40 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 128 of 349

| | | regarding status of pleadings in connection with subordination issues (.40) | |
|---|---|---|---|
| 02/17/13 | DAB | Further review and conforming of defined terms, Bankruptcy Code and Rule references, and numerous other edits to draft complaint on subordination of Investors' securities claims and opposition brief to Investors' Rule 3013 Motion (2.50) | 2.50 |
| 02/17/13 | DAB | Draft and circulate status report to team regarding open issues with respect to draft pleadings (.30) | 0.30 |
| 02/17/13 | DAB | Review standing argument, communicate with team regarding same and revise draft subordination pleadings to include reservation of rights with respect to same (.50) | 0.50 |
| 02/17/13 | DAB | Review local rules regarding Debtors' need for Corporate Disclosure in connection with adversary proceeding complaint, and email to T. Foudy regarding same (.20) | 0.20 |
| 02/17/13 | DAB | Review case law, Bankruptcy Rules and unpublished precedent with respect to Rule 7056.1 statement of undisputed facts and correspondence with A. Zinman regarding drafting of same (.70) | 0.70 |
| 02/17/13 | DAB | Correspondence to B. Kotliar regarding global change to subordination pleadings per M. Gallagher comments (.20) | 0.20 |
| 02/17/13 | DAB | Confer with A. Zinman and B. Kotliar regarding multiple issues related to format and content of subordination pleadings with respect to Investors' securities claims (.80) | 0.80 |
| 02/17/13 | DAB | Review and revise B. Kotliar's draft email to T. Foudy, M. Gallagher and A. Zinman in connection with subordination pleadings with respect to Investors' securities claims (.10) | 0.10 |
| 02/17/13 | DAB | Draft email to T. Foudy regarding classification argument contained in draft opposition brief to Investors' Rule 3013 Motion and reviewed response with respect to same (.20) | 0.20 |
| 02/17/13 | DAB | Correspondence with T. Foudy and M. Gallagher regarding status of subordination pleadings with respect to Investors' securities claims and parties listed in caption (.20) | 0.20 |
| 02/17/13 | JDM | Review and revise brief in opposition to Investors' motion to classify pursuant to Rule 3013, specifically with respect to citations, declarations and references to supporting evidence (8.20) | 8.20 |
| 02/17/13 | ABZ | Revise and circulate proposed letter pursuant to Rule | 0.80 |

12-12020-mg    Doc 3532-1    Filed 03/08/14    Entered 03/08/14 22:56:28    Main Document
Pg 78 of 100

|            |     | 7056-1 to Court to Curtis team (.80) |      |
|------------|-----|-------------------------------------|------|
| 02/17/13 | ABZ | Commence draft of summary judgment motion brief on subordination of Investors' claims pursuant to Section 510 and follow-up with D. Bloom on same (4.00) | 4.00 |
| 02/17/13 | ABZ | Update draft of local rule 7056-1 Statement Undisputed Facts in support of summary judgment on subordination of Investors' claims pursuant to Section 510 (3.80) | 3.80 |
| 02/18/13 | SJR | Review and revise draft letter to Judge Glenn regarding 7056 Motion for Summary Judgment and Opposition Brief on subordination and classification (1.70) | 1.70 |
| 02/18/13 | SJR | Review of latest draft of Opposition to Motion of AIG Asset Management and others concerning subordination of investor security claims and review documentation regarding same including draft of Adversary Proceeding Complaint, draft declarations in support of opposition and documentation (2.80) | 2.80 |
| 02/18/13 | TF1 | Review/edit multiple drafts of Rule 7056.1 Letter regarding status conference in adversary proceeding seeking subordination and Opposition Brief on subordination (3.30) | 3.30 |
| 02/18/13 | TF1 | Conference call with L. Kruger on Investor claims subordination issue (.30) | 0.30 |
| 02/18/13 | TF1 | Review emails with Morrison & Foerster on coordination with L. Kruger and communications with Quinn on matters related to Debtors' opposition and motion on subordination of Investors' securities claims (.60) | 0.60 |
| 02/18/13 | TF1 | Review comments to subordination papers with respect to Investors' securities claims received from Morrison & Foerster (.50) | 0.50 |
| 02/18/13 | TF1 | Various conferences/emails with M. Gallagher, S. Reisman, D. Bloom and B. Kotliar on summary judgment papers and complaint and finalization of subordination papers (1.30) | 1.30 |
| 02/18/13 | MG8 | Attend to multiple correspondence from A. Barrage, including review of attachments, with respect to issues raised in context of other motions and in examiner submissions for consideration in connection with pleadings and submissions to be made by Debtors in connection with subordination matters related to Investors' securities claims (1.40) | 1.40 |
| 02/18/13 | MG8 | Attend to review of and comment on current draft documents to be filed on February 19 in opposition to Investors' motion regarding classification/subordination and related adversary proceeding to be filed and | 5.50 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page  22

|          |     |                                                                                                                                                                                                                                     |      |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |     | numerous follow-up communications with S. Reisman and T. Foudy regarding the same (5.50)                                                                                                                                             |      |
| 02/18/13 | MG8 | Supervise finalization of Opposition to Investors' motion pursuant to Rule 3013, related documents as well as adversary complaint seeking subordination pursuant to Rule 3013, including numerous discussions with T. Foudy, B. Kotliar and D. Bloom re: same (1.50) | 1.50 |
| 02/18/13 | MG8 | Review and revise draft subordination complaint with respect to Investors' securities claims, including numerous follow-ups with Morrison & Foerster and client regarding certain open points (1.50)                                 | 1.50 |
| 02/18/13 | BMK | Highlight open issues in opposition brief to Investors' Rule 3013 motion for M. Gallagher and T. Foudy and debtors' counsel (1.60)                                                                                                   | 1.60 |
| 02/18/13 | BMK | Confer with D. Bloom and A. Zinman re: status of subordination papers seeking subordination of Investors' securities claims pursuant to Section 510 and open issues in subordination pleadings (.80)                                  | 0.80 |
| 02/18/13 | BMK | Review case management order and docket for adversary proceeding procedures in connection with filing of adversary complaint seeking subordination (.40)                                                                             | 0.40 |
| 02/18/13 | BMK | Draft list of exhibits for reference in opposition to Investors' Rule 3013 Motion and subordination complaint (.60)                                                                                                                  | 0.60 |
| 02/18/13 | BMK | Update Kotliar and Hamzehpour declaration in support of subordination to reflect authorities relied upon in opposition brief (1.50)                                                                                                  | 1.50 |
| 02/18/13 | BMK | Review entire factual section of opposition brief to Investors' Rule 3013 motion and all references and citations to pooling and servicing agreements, the prospectus, and the prospectus supplement for accuracy and supplemental facts and update brief to reflect same (3.20) | 3.20 |
| 02/18/13 | BMK | Update subordination complaint to include proofs of claim numbers for defendant NCUAB (.30)                                                                                                                                          | 0.30 |
| 02/18/13 | DAB | Review Local Rule 5070-1 requirement for obtaining return and draft email to T. Foudy and M. Gallagher regarding same for motion for summary judgment on subordination of Investors' claims (.10)                                     | 0.10 |
| 02/18/13 | DAB | Review and verify consistency of exhibit references in draft declarations in support of adversary complaint seeking subordination pursuant to Section 510 (.50)                                                                       | 0.50 |
| 02/18/13 | DAB | Draft email to M. Gallagher and T. Foudy with further revised draft papers of subordination papers (.20)                                                                                                                             | 0.20 |

12-12020-mg    Doc 3588-11    Filed 03/08/14    Entered 03/08/14 22:56:28    Exhibit
Exhibit D-10 Part 3 Pg 80 of 100

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  23

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/18/13 | DAB | Extensive revisions to draft opposition to Investors' Rule 3013 Motion and subordination complaint to address comments by K. Sadeghi, A. Barrage, T. Foudy and M. Gallagher (2.80) | 2.80 |
| 02/18/13 | DAB | Review Case Management Order, local rules, and chambers rules with respect to filing of adversary proceedings and review of subordination complaint and ancillary documents to ensure compliance with same and related follow-up with B. Kotliar on same (1.30) | 1.30 |
| 02/18/13 | DAB | Summarize open factual items for Morrison & Foerster comment in connection with Debtors' opposition to Investors' Rule 3013 Motion and subordination complaint and provide same via email to M. Gallagher and T. Foudy (.50) | 0.50 |
| 02/18/13 | DAB | Work with IT department to fix problem with metadata in draft of opposition to Investors' Rule 3013 Motion (.30) | 0.30 |
| 02/18/13 | DAB | Conduct further review of precedent and relevant case law in connection with drafting summary judgment motion seeking subordination of Investors' claims pursuant to Section 510 (.80) | 0.80 |
| 02/18/13 | DAB | Start draft of summary judgment memorandum of law in connection with subordination complaint and accompanying notice of motion and circulate same to M. Gallagher and A. Zinman (1.30) | 1.30 |
| 02/18/13 | DAB | Further revisions to complaint seeking subordination of Investors' claims pursuant to Section 510 per A. Zinman and M. Gallagher comments and distribute redline of same (1.50) | 1.50 |
| 02/18/13 | DAB | Review draft schematic provided by Morrison & Foerster regarding securitization process and correspondence with T. Foudy regarding use of same as an exhibit in connection with opposition to Investors' Rule 3013 Motion and summary judgment motion on subordination (.20) | 0.20 |
| 02/18/13 | DAB | Cite check secondary source in opposition of Debtors to Rule 3013 Motion for accuracy and correspond with M. Gallagher regarding same (.20) | 0.20 |
| 02/18/13 | DAB | Draft email to team with latest draft adversary complaint, opposition, and ancillary documents relating to subordination (.10) | 0.10 |
| 02/18/13 | DAB | Conduct further review and edits to draft opposition and complaint seeking subordination pursuant to Section 510 (.70) | 0.70 |
| 02/18/13 | DAB | Correspondence with M. Gallagher regarding | 0.20 |

12-12020-mg    Doc 4532    Filed 03/07/13    Entered 03/07/13 14:13:23    Main Document
Pg 81 of 100

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  24

| | | comments to draft opposition to Investors' Rule 3013 Motion and notice for the summary judgment motion seeking subordination (.20) | |
|---|---|---|---|
| 02/18/13 | JDM | Review and edit draft Opposition to Investors' Rule 3013 Motion and adversary complaint seeking subordination pursuant to Section 510 (8.30) | 8.30 |
| 02/18/13 | ABZ | Revise draft memorandum in support of motion for summary judgment seeking subordination pursuant to Section 510 including correspondence with B. Kotliar and D. Bloom regarding same (4.50) | 4.50 |
| 02/18/13 | ABZ | Revise local rule 7056-1 statement for summary judgment motion seeking subordination of Investors' claims (3.50) | 3.50 |
| 02/18/13 | ABZ | Revise draft adversary complaint seeking subordination of Investors' claims pursuant to Section 510 (1.50) | 1.50 |
| 02/19/13 | SJR | Review draft of correspondence to Judge Martin Glenn regarding claim against Allstate Insurance Company and filing of adversary proceeding and moving for Summary Judgment seeking subordination pursuant to Section 510 and related follow-up with M. Gallagher (.70) | 0.70 |
| 02/19/13 | SJR | Review and revise Opposition to Classification Motion and review Declarations in connection with same including correspondence regarding moving for Summary Judgment seeking subordination pursuant to Section 510 (2.30) | 2.30 |
| 02/19/13 | SJR | Review of draft of Complaint by Residential Capital against Allstate Insurance Company regarding subordination of securities-type claims pursuant to Section 510 (2.20) | 2.20 |
| 02/19/13 | TF1 | Review page extension order for opposition to Investors' Rule 3013 Motion (.20) | 0.20 |
| 02/19/13 | TF1 | Call with Quinn Emanuel on Adversary Proceeding seeking subordination of Investors' claims and requested court call (.30) | 0.30 |
| 02/19/13 | TF1 | Attend to review/edit/finalization of Opposition to Investors' Classification Motion, Declarations submitted in connection therewith, Adversary Complaint seeking subordination, Rule 7056.1 Letter to Court including related coordination with M. Gallagher and D. Bloom (7.20) | 7.20 |
| 02/19/13 | TF1 | Call with Committee Counsel on issues related to drafting of Opposition to Classification Motion (.30) | 0.30 |
| 02/19/13 | MG8 | Attend to matters relating to organization of service of opposition and subordination complaint documents filed | 1.40 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 82 of 100

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page  25

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | in adversary proceeding and in main case, in order to ensure parties noticed of telephonic conference for adversary proceeding, including numerous communications with KCC and drafting correspondence to affected parties (1.40) | |
| 02/19/13 | MG8 | Attend to matters relating to completion and filing of Rule 7056-1 letter in connection with Debtors' request to file summary judgment motion on subordination issue, review and revision of same (.50) | 0.50 |
| 02/19/13 | MG8 | Attend to matters relating to completion of Opposition to Investors' 3013 motion regarding classification, including review and revision of document, confirmation of certain statements and supporting documentation and filing and service of the same (3.70) | 3.70 |
| 02/19/13 | MG8 | Review revised securitization flow chart and Master Servicing spreadsheet prepared by client for use in Opposition to Investors' 3013 Motion, Declarations and Adversary Complaint seeking subordination of Investors' claims (.40) | 0.40 |
| 02/19/13 | MG8 | Review and revise Rule 7056-1 letter to Court from S. Reisman and related follow-up with S. Reisman (.30) | 0.30 |
| 02/19/13 | MG8 | Attend to review and revision of adversary complaint seeking subordination of Investors' claims pursuant to Section 510, including numerous follow-up communications with D. Bloom and T. Foudy (2.50) | 2.50 |
| 02/19/13 | MG8 | Attend to preparations for telefonic conference regarding Debtors' request pursuant to Local Rule 7056-1 in connection with adversary proceeding seeking subordination of Investors' claims (1.40) | 1.40 |
| 02/19/13 | MG8 | Attend to matters relating to completing of Kotliar Declaration in support of subordination matters, including review and revision of the same, resolution of issues relating to certain exhibits and numerous follow-up communications with B. Kotliar regarding the same (1.20) | 1.20 |
| 02/19/13 | GF | Prepare exhibits for Declarations of B. Kotliar and T. Hamzehpour at direction of B. Kotliar (2.90) | 2.90 |
| 02/19/13 | GF | Assist in preparations and filing of Opposition to Investors' Rule 3013 Motion and related Declarations (1.60) | 1.60 |
| 02/19/13 | GF | Assist in preparations and filing of Complaint against Allstate Insurance Company, et al. (1.80) | 1.80 |
| 02/19/13 | GF | Correspondence with KCC re: service of Opposition to Investors' 3013 Motion and Complaint against Allstate, et al. (1.80) | 1.80 |

12-12020-mg    Doc 3588-11    Filed 05/07/14    Entered 05/07/14 22:56:28    Exhibit
Pg 134 of 349

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 26

| | | | |
|---|---|---|---|
| 02/19/13 | GF | Several discussions throughout day with B. Kotliar and coordination with A. Dreiman re: subordination filings (1.00) | 1.00 |
| 02/19/13 | GF | Review dockets for relevant filings and prepare compilations of materials for internal meetings and for submission of chambers' copies to court (5.50) | 5.50 |
| 02/19/13 | BMK | Circulate last minute edits and comments to opposition to Investors' 3013 Motion highlighting remaining issues for review by M. Gallagher, T. Foudy, D. Bloom and Morrison & Foerster (.50) | 0.50 |
| 02/19/13 | BMK | Confer with M. Gallagher re: changes to and status of Hamzehpour Declaration before filing in connection with opposition to Investors' 3013 Motion (.80) | 0.80 |
| 02/19/13 | BMK | Update and finalize exhibits to documents related to subordination filings and supervise G. Faust's work re: same (.70) | 0.70 |
| 02/19/13 | BMK | Update and finalize declarations in support of subordination filings in anticipation of filing (.60) | 0.60 |
| 02/19/13 | BMK | Coordinate production of all subordination filings with G. Faust so as to prepare M. Gallagher, T. Foudy and D. Bloom for chambers conference call (.60) | 0.60 |
| 02/19/13 | BMK | Draft summary of all objections, responses, and joinders filed to the Investors' Motion regarding classification pursuant to Rule 3013 (4.50) | 4.50 |
| 02/19/13 | BMK | Confer with D. Mize re: citation and reference checking to ensure accuracy of legal authorities relied upon for Debtors' Opposition to Investors' Rule 3013 Motion (1.00) | 1.00 |
| 02/19/13 | BMK | Supervise filing of opposition brief to Investors' Rule 3013 Motion, Hamzehpour Declaration, and Kotliar Declaration (.70) | 0.70 |
| 02/19/13 | BMK | Supervise filing of complaint seeking subordination of Investors' securities claims in new adversary proceeding specifically regarding list of all defendants named in complaint and letter for permission to file summary judgment motion seeking subordination pursuant to Section 510 (1.10) | 1.10 |
| 02/19/13 | BMK | Respond to miscellaneous inquiries throughout the day re: open issues and revisions to subordination pleadings to be filed (.90) | 0.90 |
| 02/19/13 | BMK | Attend to final revisions to and review of Debtors' opposition to Investors' Rule 3013 Motion before filing of same (1.50) | 1.50 |

12-12020-mg   Doc 4532   Filed 08/07/13   Entered 08/07/13 14:13:23   Main Document
Pg 135 of 100

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  27

| 02/19/13 | BMK | Attend to numerous correspondences re: final changes and revisions to documents in connection with subordination pleadings and Investors' Rule 3013 motion to ready for filing (.50) | 0.50 |
|---|---|---|---|
| 02/19/13 | BMK | Resolve final issues re: complaint seeking subordination pursuant to Section 510 and letter so as to ready for filing (.90) | 0.90 |
| 02/19/13 | DAB | Further revisions to draft subordination complaint and opposition to Investors' 3013 Motion per T. Foudy and M. Gallagher comments (1.00) | 1.00 |
| 02/19/13 | DAB | Correspondence with T. Foudy and M. Gallagher regarding list of Defendants against whom subordination complaint is being filed and strategic issues connected with same (.30) | 0.30 |
| 02/19/13 | DAB | Correspondence with B. Kotliar regarding inclusion of defendant AIG Asset Management (U.S.), LLC as defendant in complaint seeking subordination pursuant to Section 510 (.10) | 0.10 |
| 02/19/13 | DAB | Conduct detailed review and revision of draft complaint seeking subordination of Investors' claims for conflicts purposes pursuant to Section 510 (1.10) | 1.10 |
| 02/19/13 | DAB | Revise draft notice of summary judgment motion with respect to subordination complaint to incorporate Case Management Order and local rule requirements (.50) | 0.50 |
| 02/19/13 | DAB | Correspondence with A. Dreiman regarding exhibit size for filing purposes and inclusion of e-signatures on pleadings to be filed in connection with opposition to Investors' Rule 3013 Motion (.20) | 0.20 |
| 02/19/13 | DAB | Attend to modification of standing language in subordination complaint and opposition to Investors' 3013 Motion per correspondence with M. Gallagher (.20) | 0.20 |
| 02/19/13 | DAB | Correspondence with T. Foudy regarding revisions to complaint caption (.10) | 0.10 |
| 02/19/13 | DAB | Revise draft subordination complaint pursuant to Section 510 to incorporate T. Foudy, A. Zinman and M. Gallagher comments (2.20) | 2.20 |
| 02/19/13 | DAB | Correspondence with A. Zinman regarding summary judgment motion seeking subordination of Investors' claims and ancillary documents (.20) | 0.20 |
| 02/19/13 | DAB | Insert language throughout subordination complaint and opposition brief specifying that Debtors were Master Servicer of each Trust when Investor Claims arose per team and Morrison & Foerster comments | 0.40 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 85 of 100

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page  28

|  |  |  | (.40) |  |
|---|---|---|---|---|
| 02/19/13 | DAB | Correspondence with A. Dreiman regarding transmitting filed pleadings to Chambers (.10) | 0.10 |
| 02/19/13 | DAB | Conduct research regarding subordination of a claim by a nondebtor entity (.60) | 0.60 |
| 02/19/13 | DAB | Review email correspondence with respect to status of Debtors as Master Servicer on each of the securitizations that involve Investors'/Movants to Rule 3013 Motion and review pleadings globally for references to same (.80) | 0.80 |
| 02/19/13 | DAB | Follow up emails with A. Zinman regarding status of draft summary judgment motion papers (.20) | 0.20 |
| 02/19/13 | DAB | Review NCUAB joinder to Investors' Rule 3013 Motion and Rule 7056-1 letter for T. Foudy (.20) | 0.20 |
| 02/19/13 | DAB | Further review of precedent with respect to summary judgment motions (.30) | 0.30 |
| 02/19/13 | JDM | Review and edit Opposition to Investors' Rule 3013 Motion and adversary complaint seeking subordination pursuant to Section 510 including discussions with B. Kotliar on details of same (6.70) | 6.70 |
| 02/19/13 | AD | Prepare documents to file in Main Bankruptcy Case, assist G. Faust with filing of three documents in the Main Bankruptcy Case, retrieve as-filed versions of same and send to Curtis team (2.00) | 2.00 |
| 02/19/13 | AD | Prepare Letter to Judge Glenn's Chambers regarding February 19th Filings in the main and adversary proceeding cases in connection with subordination of Investors' claims (.60) | 0.60 |
| 02/19/13 | AD | Per B. Kotliar's request, retrieve and assemble "Pleadings Filed in Connection with the Investors' Classification" Binder for S. Reisman, T. Foudy, M. Gallagher, D. Bloom, B. Kotlair, A. Zinman and D. Mize (1.50) | 1.50 |
| 02/19/13 | ABZ | Finalize Hamzehpour declaration in support of pleadings seeking subordination of Investor claims and email J. Rothberg re: same (.50) | 0.50 |
| 02/19/13 | ABZ | Review and revise draft of opposition to Investors' Rule 3013 Motion (1.40) | 1.40 |
| 02/19/13 | ABZ | Continue drafting and revising summary judgment papers seeking subordination of Investors' claims pursuant to Section 510 (5.00) | 5.00 |
| 02/20/13 | SJR | Follow up regarding preparation for Court Hearing on status conference with respect to subordination dispute | 1.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 86 of 100

|          |     | with Quinn Emanuel clients AIG, Allstate, Prudential, MassMutual, etc. who are asserting securities claims as legitimate claims against the ResCap Estate in connection with Curtis' role as conflicts counsel on behalf of ResCap to subordinate such claims and related discussions and calls with T. Foudy and M. Gallagher (1.80) |      |
|----------|-----|----------------|------|
| 02/20/13 | SJR | Review of subordination responses/objections filed with respect to AIG's Motion for Classification of Claims Pursuant to Rule 3013 (1.60) | 1.60 |
| 02/20/13 | TF1 | Discuss next steps with S. Reisman and M. Gallagher regarding open issues and strategy for telephonic conference call with Judge Glenn on Investors' Motion regarding classification and subordination (.40) | 0.40 |
| 02/20/13 | TF1 | Participate in call with court regarding subordination dispute and Investors' motion regarding classification (.80) | 0.80 |
| 02/20/13 | TF1 | Follow-up calls with J. Haims, S. Shelley, E. Winston, S. Reisman, M. Gallagher and A. Steinberg regarding response to request made by Quinn, counsel to Investors who moved for classification, and issues to discuss during telephonic conference with Judge Glenn (.60) | 0.60 |
| 02/20/13 | TF1 | Draft email to Quinn and Zuckerman on proposed status/schedule for summary judgment motion on subordination (.80) | 0.80 |
| 02/20/13 | TF1 | Follow-up call with G. Siegel regarding proposed status/schedule for summary judgment motion on subordination (.20) | 0.20 |
| 02/20/13 | TF1 | Emails with Morrison & Foerster on issue raised by G. Siegel regarding proposed status/schedule for summary judgment motion on subordination pursuant to Section 510 (.40) | 0.40 |
| 02/20/13 | TF1 | Call with Zuckerman Spaeder re: subordination dispute with investors (.30) | 0.30 |
| 02/20/13 | TF1 | Prepare for Court status conference on subordination dispute with Investors, including review of key cases, chart of pleadings filed by other parties (5.40) | 5.40 |
| 02/20/13 | TF1 | Confer with Morrison & Foerster on court conferences and continuing negotiations with Quinn (.50) | 0.50 |
| 02/20/13 | TF1 | Multiple calls with Quinn re: subordination dispute with Investors (.70) | 0.70 |
| 02/20/13 | MG8 | Participate in telephonic status conference with Judge Glenn in connection with subordination issues raised by Investors' Reclassification Motion and Debtors' | 0.80 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 138 of 100

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  30

|  |  |  |  |
|---|---|---|---|
|  |  | adversary proceeding seeking subordination of Investors' claims (.80) |  |
| 02/20/13 | MG8 | Review objections and joinders filed by various parties in connection with Investors' motion seeking to classify Investors' Claims with Trust Claim and seeking declaration that Investor Claims cannot be subordinated pursuant section 510(b) (2.20) | 2.20 |
| 02/20/13 | MG8 | Attend to organization of materials for future use in connection with subordination adversary proceeding (.50) | 0.50 |
| 02/20/13 | MG8 | Follow-up call with S. Shelley, E. Winston, T. Foudy, J. Haims and S. Reisman regarding response to request made by Quinn Emanuel in earlier call and issues to discuss during telephonic conference with Judge Glenn (.40) | 0.40 |
| 02/20/13 | MG8 | Meet with T. Foudy and S. Reisman to discuss open issues and strategy for telephonic conference call with Judge Glenn on Investors' motion regarding classification and subordination and Debtors' Opposition and adversary proceeding seeking subordination (.40) | 0.40 |
| 02/20/13 | MG8 | Attend to issues relating to supervision of organization of documents filed by all parties in connection with Investors' motion for classification and Debtors' adversary seeking subordination, providing chambers with copies for court of pleadings and filings made in connection with Investors' motion and complaint for subordination, including review and revision of transmittal letter, confirming court's rules on related matters (1.80) | 1.80 |
| 02/20/13 | MG8 | Correspondence with T. Foudy and S. Reisman following conference call with Court to determine allocation of tasks and next steps for endeavoring to comply with Court's directive about meet and confer with Investors and issues outlined by Court with respect to summary judgment motions(.30) | 0.30 |
| 02/20/13 | MG8 | Conference call with J. Haims following call with Quinn Emanuel regarding next steps for issues raised in call regarding potential resolutions of issues (.30) | 0.30 |
| 02/20/13 | MG8 | Participate in call with Quinn Emanuel, counsel to Investors, to discuss issues and potential resolutions in advance of Court conference scheduled for later in day (.70) | 0.70 |
| 02/20/13 | MG8 | Follow-up correspondence with Morrison & Foerster and Quinn regarding possible call for February 22 to go through issues outlined by Court for status report letter due in two weeks (.20) | 0.20 |

| | | | |
|---|---|---|---|
| 02/20/13 | MG8 | Review and revise draft email to Quinn Emanuel and Zuckerman Spaeder summarizing five items that the Court wants addressed in a status letter relating to the consolidated Investors' Motion and adversary proceeding seeking subordination (.30) | 0.30 |
| 02/20/13 | MG8 | Participate in call with Morrison & Foerster to discuss strategy for telephonic conference with Judge Glenn regarding subordination issues raised by Investors' Motion and Debtors' adversary proceeding (.80) | 0.80 |
| 02/20/13 | BMK | Coordinate delivery of courtesy copies of subordination motion and complaint to chambers (.80) | 0.80 |
| 02/20/13 | BMK | Prepare for chambers teleconference, including organizing materials and documents for T. Foudy, M. Gallagher and D. Bloom and call procedures (.80) | 0.80 |
| 02/20/13 | BMK | Coordinate production and distribution to T. Foudy, M. Gallagher and D. Bloom binders re: recent filings (opposition, complaint, letter, and declarations) (.50) | 0.50 |
| 02/20/13 | BMK | Draft chart of Debtors' recent filings for reference by T. Foudy, M. Gallagher and D. Bloom and revise same regarding other objections (4.20) | 4.20 |
| 02/20/13 | BMK | Numerous conferences with D. Bloom re: procedural issues and summary judgment motion on subordination issues and filing thereof (1.00) | 1.00 |
| 02/20/13 | DAB | Review sample joint letters to chambers in connection with addressing issues raised by Court in connection with summary judgment motions (.20) | 0.20 |
| 02/20/13 | DAB | Email to T. Foudy and M. Gallagher regarding table of authorities for summary judgment motion on subordination (.10) | 0.10 |
| 02/20/13 | DAB | Correspondence with A. Zinman regarding summary judgment motion on subordination (.20) | 0.20 |
| 02/20/13 | DAB | Post-court call correspondence with B. Kotliar, T. Foudy, M. Gallagher and A. Zinman regarding next steps (.30) | 0.30 |
| 02/20/13 | DAB | Revise draft summary judgment motion seeking to subordinate Investors' claims pursuant to Section 510 and statement of undisputed facts in support of same (2.30) | 2.30 |
| 02/20/13 | DAB | Correspondence with A. Zinman regarding compliance of our service of the adversary proceeding complaint with requirements of Case Management Order, chamber rules, and local rules (.20) | 0.20 |
| 02/20/13 | DAB | Draft memorandum setting forth all relevant sections of | 1.00 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 32

|  |  |  |  |
|---|---|---|---|
|  |  | the Case Management Order, chamber rules, and the local rules with respect to adversary proceedings in discussion with B. Kotliar on same for use in adversary proceedings handled by Curtis for Debtors (1.00) |  |
| 02/20/13 | JDM | Edit and review summary judgment motion and Rule 7056.1 statement (2.20) | 2.20 |
| 02/20/13 | JDM | Attend telephonic hearing before J. Glenn regarding Opposition to Investors' Rule 3013 Motion and Debtors' letter requesting leave for summary judgment motion in connection with Complaint requesting declaration judgment for subordination of Investors' Claims pursuant to Section 510 (1.30) | 1.30 |
| 02/20/13 | ABZ | Participate on conference call with Court in connection with Rule 7056-1 letter request for permission to file summary judgment in connection with complaint seeking subordination (1.00) | 1.00 |
| 02/20/13 | ABZ | Update draft summary judgment motion papers in connection with complaint seeking subordination pursuant to Section 510 (5.00) | 5.00 |
| 02/21/13 | TF1 | Begin review/analysis of multiple opposition papers filed to AIG Parties motion on classification under Rule 3013 (1.50) | 1.50 |
| 02/21/13 | TF1 | Correspondence with Morrison & Foerster and S. Reisman on follow-up in connection with AIG Parties motion on classification under Rule 3013 (.20) | 0.20 |
| 02/21/13 | TF1 | Conference call with M. Gallagher, B. Kotliar and D. Bloom on research needed in connection with issue raised by G. Siegel in connection with AIG Parties motion on classification under Rule 3013 (.80) | 0.80 |
| 02/21/13 | TF1 | Review emails describing research progress on issues relevant to Debtors' proposed summary judgment motion with respect to subordination of securities claims and ask clarifying questions on same (.90) | 0.90 |
| 02/21/13 | MG8 | Attend to organization of materials relating to subordination pleadings, research and correspondence for later use in case (.50) | 0.50 |
| 02/21/13 | MG8 | Confer with T. Foudy, D. Bloom and B. Kotliar regarding research on issue relating to section 510(b) and related procedural questions on issues relevant to Debtors' proposed summary judgment motion with respect to subordination of securities claims (.80) | 0.80 |
| 02/21/13 | MG8 | Correspondence with T. Foudy, S. Reisman and Morrison & Foerster regarding new potential conflict matter (.30) | 0.30 |
| 02/21/13 | BMK | Conference with T. Foudy, M. Gallagher, and D. Bloom | 0.70 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 90 of 100

|  |  |  |  |
|---|---|---|---|
|  |  | re: procedural research issues re: adversary complaint and motions for summary judgment on subordination under Section 510 (.70) |  |
| 02/21/13 | BMK | Multiple conferences with D. Bloom re: status of research and additional research projects re: procedures governing ████████ ██████████ (.90) | 0.90 |
| 02/21/13 | BMK | Research and summarize ██████████████ filed in large bankruptcies in the Southern District of New York (1.40) | 1.40 |
| 02/21/13 | BMK | Numerous correspondences throughout the day with D. Bloom, M. Gallagher and T. Foudy re: status of research re: procedural aspects ████████ (.50) | 0.50 |
| 02/21/13 | BMK | Research and summarize case law re: ████████ ████████████ (3.80) | 3.80 |
| 02/21/13 | DAB | Meetings with B. Kotliar, T. Foudy and M. Gallagher regarding research required in connection with adversary proceeding complaint and opposition to Investors' classification motion (.70) | 0.70 |
| 02/21/13 | DAB | Correspondence with T. Foudy and M. Gallagher regarding implications of research on potential ████████ (.30) | 0.30 |
| 02/21/13 | DAB | Research whether affiliates are insiders under the Bankruptcy Code ████████ ████████████████ (1.50) | 1.50 |
| 02/21/13 | DAB | Draft memorandum summarizing research with respect to insiders as affiliates and ████████ (1.00) | 1.00 |
| 02/21/13 | DAB | Research relevant procedures with respect to ████████ ████████ (.80) | 0.80 |
| 02/21/13 | DAB | Research whether ████████ ████████ (.80) | 0.80 |
| 02/21/13 | DAB | Research status of joinder parties with respect to ████████ (.20) | 0.20 |
| 02/21/13 | DAB | Draft summary of findings regarding ████████ | 0.30 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  34

████████████████████████
████████████████████████
████████ (.30)

| 02/21/13 | DAB | Conduct followup research with respect to ████████ issue per T. Foudy request (.40) | 0.40 |
|---|---|---|---|
| 02/22/13 | TF1 | Finish review and note-taking on oppositions filed to AIG classification motion (1.20) | 1.20 |
| 02/22/13 | TF1 | Confer with D. Bloom on follow-up research regarding issue raised by G. Siegel with respect to ████████ Section 510 (.40) | 0.40 |
| 02/22/13 | TF1 | Pre-call with J. Haims to discuss meet and confer call with Quinn on summary judgment motions on subordination under Section 510 (.30) | 0.30 |
| 02/22/13 | TF1 | Draft email to Morrison & Foerster on results of follow-up research regarding ████ issue raised by G. Siegel (.20) | 0.20 |
| 02/22/13 | TF1 | Prepare for conference call with Quinn regarding status of proceedings with respect to subordination of Investors' claim (.40) | 0.40 |
| 02/22/13 | TF1 | Participate in conference call with Quinn and follow-up discussion with J. Haims (.50) | 0.50 |
| 02/22/13 | TF1 | Review JSNs' objection to extension of Debtors' exclusivity (.50) | 0.50 |
| 02/22/13 | TF1 | Review and edit draft statement of undisputed facts for summary judgment on subordination (2.20) | 2.20 |
| 02/22/13 | TF1 | Review and note comments/issues with draft reply on section 510(b) issue to JSNs' 9019 objection (.50) | 0.50 |
| 02/22/13 | BMK | Revise draft statement of undisputed facts for summary judgment motion to be sent to cousel for the defendants named in subordination complaint (3.80) | 3.80 |
| 02/22/13 | BMK | Numerous correspondences throughout the day re: issuance of the summons and service of the summons and complaint in adversary proceeding seeking subordination of Investors' claims pursuant to Section 510 (.90) | 0.90 |
| 02/22/13 | BMK | Discussions with D. Bloom re: status of research re: affiliates of the debtors and other procedural issues (.50) | 0.50 |
| 02/22/13 | DAB | Participate in call with Quinn Emanuel regarding status of proceedings (.40) | 0.40 |
| 02/22/13 | DAB | Conduct followup research per T. Foudy comments with respect to whether a ████████████ | 1.00 |

12-12020-mg   Doc 4532   Filed 08/08/14   Entered 08/08/14 22:56:28   Main Document
Pg 143 of 349

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  35

████████████████████████ (1.00)

| Date | Init | Description | Hours |
|---|---|---|---|
| 02/22/13 | DAB | Communicate with T. Foudy regarding Quinn call (.20) | 0.20 |
| 02/22/13 | DAB | Prepare for call with Quinn Emanuel regarding status of proceedings and current conflict matter being handled by Curtis (.30) | 0.30 |
| 02/22/13 | DAB | Draft memorandum with respect to w████████████ ██████████████████████████(.50) | 0.50 |
| 02/22/13 | DAB | Research whether a█████████████████████ ████████████████2.00) | 2.00 |
| 02/22/13 | DAB | Confer with B. Kotliar regarding service of complaint and issuance of summons in connection with adversary proceeding seeking subordination of Investors' securities claims (.50) | 0.50 |
| 02/22/13 | JDM | Participate in teleconference with counsel for Investors (.80) | 0.80 |
| 02/22/13 | JDM | Draft summary of teleconference with Investors in connection with subordination of Investors' claims (.50) | 0.50 |
| 02/22/13 | JDM | Attend to review and editing of proposed undisputed facts in support of summary judgment of subordination of Investors' securities claims (2.10) | 2.10 |
| 02/23/13 | TF1 | Conference call with A. Barrage to discuss reply to JSNs' objection to Rule 9019 motion (.40) | 0.40 |
| 02/25/13 | SJR | Attention to matters regarding issues related to Residential Capital versus Allstate adversary proceeding and review of Rule 56.1 Statement of Undisputed Facts in connection with cross-motion for summary judgment and other issues (1.80) | 1.80 |
| 02/25/13 | TF1 | Review AIG reply submission to Examiner (.60) | 0.60 |
| 02/25/13 | TF1 | Review summons issued in adversary proceeding seeking subordination of Investors' claims and follow-up on requesting waiver of service of complaint and documentation of waiver (.50) | 0.50 |
| 02/25/13 | TF1 | Review case management order and judge's rules for information pertinent to adversary proceeding and summary judgment motion in connection with subordination of Investors' securities claim (.70) | 0.70 |
| 02/25/13 | TF1 | Review additional key 510(b) cases in connection with subordination of Investors' securities claim (.80) | 0.80 |
| 02/25/13 | TF1 | Review and take notes on JSNs' objection to Rule 9019 | 1.10 |

12-12020-mg    Doc 3588-11    Filed 05/03/14    Entered 03/08/14 22:56:28    Exhibit
Exhibit I-10    Pg 93 of 100

|  |  |  |
|---|---|---|
|  | settlement with RMBS Trustees (1.10) |  |
| 02/25/13 TF1 | Review draft reply to JSN's objection to RMBS settlement and send comments on same to A. Barrage (.90) | 0.90 |
| 02/25/13 TF1 | Confer with Morrison & Foerster on comments to draft statement of undisputed facts for summary judgment motions on subordination and review written comments to same (.90) | 0.90 |
| 02/25/13 TF1 | Edit draft statement of undisputed facts for summary judgment motions on subordination in light of Morrison & Foerster comments (1.40) | 1.40 |
| 02/25/13 TF1 | Draft email to defendants with draft statement of undisputed facts for summary judgment motions on subordination (.40) | 0.40 |
| 02/25/13 TF1 | Follow up on preparation of joint status report to judge in connection with adversary proceeding seeking subordination of Investor Claims and cross-motions summary judgment (.50) | 0.50 |
| 02/25/13 TF1 | Review memo regarding settlement proposals for conflicts purposes (.30) | 0.30 |
| 02/25/13 JFC | Research procedure for service of process upon insurance companies in bankruptcy adversary proceeding (.30) | 0.30 |
| 02/25/13 JFC | Respond to B. Kotliar inquiry regarding procedure for service of process upon insurance companies in adversary proceeding (.10) | 0.10 |
| 02/25/13 MG8 | Attend to issues relating to service of summons and complaint on defendants to subordination complaint and numerous follow-up communications with B. Kotliar regarding the same (.60) | 0.60 |
| 02/25/13 MG8 | Review Debtors' response and Committee reply to Committee motion to exclude evidence of reliance of attorney advice in connection with RMBS settlement and related pleadings in connection with Curtis' role as Debtors' conflicts counsel (1.20) | 1.20 |
| 02/25/13 MG8 | Review draft statement of undisputed facts for summary judgment motions prepared by Curtis in connection with instructions by Bankruptcy Court relating to subordination issues (.40) | 0.40 |
| 02/25/13 MG8 | Review re-draft of statement of undisputed facts for summary judgment motions prepared by Curtis in connection with instructions by Bankruptcy Court relating to subordination issues to accomodate Morrison & Foerster comments (.30) | 0.30 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  37

| | | | |
|---|---|---|---|
| 02/25/13 | MG8 | Review proposed changes suggested by Morrison & Foerster to draft statement of undisputed facts for summary judgment motions prepared by Curtis in connection with instructions by Bankruptcy Court relating to subordination issues (.20) | 0.20 |
| 02/25/13 | BMK | Research defendants' corporate addresses, headquarters, and place of incorporation required for personal service of summons and complaint in connection with recently filed adversary proceeding and follow-up communication with M. Gallagher (4.50) | 4.50 |
| 02/25/13 | BMK | Research Bankruptcy Rule 7004 and Federal Rule of Civil Procedure 4 for service procedures and discuss internally with D. Bloom (.50) | 0.50 |
| 02/25/13 | BMK | Correspondence with J. Clyne re: service of summons and complaint on corporations in adversary proceedings (.30) | 0.30 |
| 02/25/13 | BMK | Review notice of appearances and other relevant court filings by defendants in adversary proceeding for instructions regarding service of summons and complaint and waivers of service (.50) | 0.50 |
| 02/25/13 | DAB | Review email from M. Gallagher regarding pre-trial conference in subordination adversary proceeding (.10) | 0.10 |
| 02/25/13 | DAB | Confer with B. Kotliar regarding service of defendants in subordination adversary proceeding and notices of appearance filed by same in main cases (.30) | 0.30 |
| 02/25/13 | DAB | Review precedent status report letters per T. Foudy request in order to draft status report letter for subordination adversary proceeding (.40) | 0.40 |
| 02/25/13 | DAB | Review and further revise draft statement of undisputed facts for inclusion in summary judgment motions regarding subordination of Investors' claims (.40) | 0.40 |
| 02/25/13 | JDM | Review and edit summary judgment motion with respect to subordination and related memorandum of law (2.10) | 2.10 |
| 02/26/13 | TF1 | Follow-up on preparation of summary judgment papers in connection with subordination of Investors' securities claims, documentation of waiver of service of process, and joint status report to judge and related correspondence with M. Gallagher in connection with subordination dispute (.40) | 0.40 |
| 02/26/13 | TF1 | Review Quinn 2019 statement filed in main case (.20) | 0.20 |
| 02/26/13 | TF1 | Review final draft of memo on objection on basis of duplicative claim (.30) | 0.30 |

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 146 of 349

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  38

| 02/26/13 | MG8 | Attend to review of Committee response in connection with Debtors' request to extend exclusivity and motion seeking appointment of CRO and related follow-up with D. Bloom, B. Kotliar and T. Foudy as the response relates to current conflicts matters that Curtis is working on (1.20) | 1.20 |
|---|---|---|---|
| 02/26/13 | MG8 | Attend to matters relating to procedural and logistical issues with obtaining waiver of service of summons and complaint in adversary proceeding seeking subordination of Investors' securities claims and numerous related communications with B. Kotliar and D. Bloom regarding the same (1.50) | 1.50 |
| 02/26/13 | BMK | Numerous correspondences and conferences with M. Gallagher and D. Bloom internally re: drafting waiver of service of summons and complaint in adversary proceeding seeking subordination of Investors' securities claims and status of defendants in the action regarding same (1.20) | 1.20 |
| 02/26/13 | BMK | Review waivers of service filed in other Residential Capital adversary proceedings as well as other large Southern District Bankruptcy cases for conformity with forms provided by federal rules (.50) | 0.50 |
| 02/26/13 | BMK | Coordinate drafting of waiver of service of summons and complaint in adversary proceeding seeking subordination of Investors' securities claims including correspondence with D. Bloom (2.20) | 2.20 |
| 02/26/13 | BMK | Update service information for defendants in subordination adversary proceeding organized by defendants' addresses on any notice of appearance, proofs of claim, and designated agent for service of process (2.50) | 2.50 |
| 02/26/13 | DAB | Communication with B. Kotliar and M. Gallagher with respect to legal issues pertaining to Zuckerman Spaeder waiver of service in adversary proceeding seeking subordination of Investors' securities claims (.20) | 0.20 |
| 02/26/13 | DAB | Review correspondence regarding Table of Authorities contained in draft summary judgment motion in adversary proceeding seeking subordination of Investors' securities claims (.10) | 0.10 |
| 02/26/13 | DAB | Correspond with B. Kotliar regarding verification of defendant contact information for potential service in the event that defendants do not waive service in adversary proceeding seeking subordination of Investors' securities claims (.10) | 0.10 |
| 02/26/13 | DAB | Correspond with T. Foudy email regarding Zuckerman Spaeder waiver of service of summons and complaint | 0.10 |

12-12020-mg    Doc 3588-11    Filed 03/08/14    Entered 03/08/14 22:56:28    Exhibit
Exhibit I-11 Pg 96 of 100

|         |     | in subordination adversary proceeding (.10) |      |
|---------|-----|---------------------------------------------|------|
| 02/26/13 | DAB | Correspond with T. Foudy and D. Mize regarding draft summary judgment papers seeking subordination of Investors' securities claims (.10) | 0.10 |
| 02/26/13 | DAB | Draft Joint Letter to Court and circulate same to T. Foudy and M. Gallagher (1.20) | 1.20 |
| 02/26/13 | DAB | Revise Zuckerman Spaeder waiver of service of summons and complaint in subordination adversary proceeding per M. Gallagher comments (.30) | 0.30 |
| 02/26/13 | DAB | Draft and revise Zuckerman Spaeder waiver of service of summons and complaint in subordination adversary proceeding (.80) | 0.80 |
| 02/26/13 | JDM | Continue to review and edit summary judgment motion seeking subordination of Investors' securities claims (3.70) | 3.70 |
| 02/27/13 | TF1 | Follow-up on service issues, including editing written waiver of summons and complaint in subordination adversary proceeding and sending to counsel (.40) | 0.40 |
| 02/27/13 | TF1 | Review agenda for Feb. 28th omnibus hearing (.20) | 0.20 |
| 02/27/13 | TF1 | Review Committee Response to motion to appoint CRO and extend exclusivity (.60) | 0.60 |
| 02/27/13 | TF1 | Email Quinn regarding notice of adjournment of hearing regarding AIG Rule 3013 Motion (.20) | 0.20 |
| 02/27/13 | TF1 | Calls/emails with Morrison & Foerster on coordination of subordination issues (.40) | 0.40 |
| 02/27/13 | TF1 | Review Washington Mutual papers concerning bond subordination dispute relevant to subordination of securities claimants in Residential Capital Chapter 11 (.80) | 0.80 |
| 02/27/13 | MG8 | Attend to numerous communications with respect to addressing five issues posed by Judge Glen in connection with Debtors' adversary complaint seeking subordination of Investors' claims and Investors' motion seeking classification and declaration that Investor claims should not be subordinated and related follow-up with D. Bloom (.80) | 0.80 |
| 02/27/13 | BMK | Circulate summary of Committee's response to Debtors' CRO and Exclusivity motions to Curtis Team specifically highlighting impact on current adversary proceeding (.80) | 0.80 |
| 02/27/13 | DAB | Review executed Zuckerman Spaeder waiver of service of summons and complaint in subordination adversary proceeding and communication with M. | 0.30 |

May 17, 2013
Inv # 1578472
Our Ref # 062108-000400

Page 40

|  |  | Gallagher and B. Kotliar regarding filing of same (.30) |  |
|---|---|---|---|
| 02/27/13 | DAB | Communication with T. Foudy, M. Gallagher and B. Kotliar regarding committee's response to the Debtors' CRO motion (.20) | 0.20 |
| 02/27/13 | DAB | Review and analyze committee's response to the Debtors' CRO motion (.50) | 0.50 |
| 02/27/13 | DAB | Communication with team regarding Quinn Emanuel/Investors' answer deadline with respect to complaint seeking subordination of Investors' claims (.10) | 0.10 |
| 02/27/13 | DAB | Analyze impact of CRO-led negotiations regarding various potentially contested claims on subordination issue (.20) | 0.20 |
| 02/27/13 | JDM | Review and edit summary judgment papers in adversary proceeding with respect to complaint seeking subordination of Investors' claims (3.10) | 3.10 |
| 02/28/13 | SJR | Attention to matters regarding litigation against Allstate Insurance and AIG regarding Section 510 and possibility of accepting service and Notice of Adjournment and review e-mails regarding same (1.10) | 1.10 |
| 02/28/13 | TF1 | Review response submissions and experts reports in regards to Rule 9019 motion from RMBS Trustees and Committee and exhibits thereto (2.10) | 2.10 |
| 02/28/13 | TF1 | Follow-up on service of Adversary Complaint with respect to complaint seeking subordination of Investors' claims (.20) | 0.20 |
| 02/28/13 | TF1 | Follow-up on coordination in regards to litigating with securities claimants, including conference call with J. Haims on same (.80) | 0.80 |
| 02/28/13 | TF1 | Review Debtors' joinder to AFI stay motion and Wilmington Trust Statement in regards to same (.60) | 0.60 |
| 02/28/13 | TF1 | Follow-up on analysis of impact of particular debtors against whom claims asserted on 510(b) analysis in connection with adversary proceeding seeking subordination of Investors' securities claims (.70) | 0.70 |
| 02/28/13 | MG8 | Attend to matters relating to obtaining and filing waivers of service of summons from Investors-Defendants to adversary proceeding seeking subordination (.60) | 0.60 |
| 02/28/13 | GF | Assist B. Kotliar with preparation and filing of Zuckerman/NCUAB Waiver of Service of Summons and Complaint in connection with adversary proceeding seeking subordination of Investors' securities claims (1.30) | 1.30 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  41

| | | | |
|---|---|---|---|
| 02/28/13 | BMK | Research proper filing procedures for waivers of service of the summons by reviewing local rules, contemporaneous filings in other cases, and conferencing with the court clerk supervisor (1.00) | 1.00 |
| 02/28/13 | BMK | Attend to filing NCUAB's waiver of the service of the summons on the adversary proceeding docket in connection with adversary proceeding seeking subordination of Investors' securities claims (.80) | 0.80 |
| 02/28/13 | BMK | Discuss with D. Bloom dates for answering complaints under Federal Rules of Bankruptcy Procedure 7004 & 7012 and Rule 4 of the Federal Rules of Civil Procedure re: answer times post waiver of the service of the summons (.70) | 0.70 |
| 02/28/13 | BMK | Review Investors' holdings re: claims asserted particular debtor entities for their roles in the securitization process and circulate draft summary to T. Foudy re: same in connection with Debtors' adversary proceeding seeking subordination of summon and complaint (.50) | 0.50 |
| 02/28/13 | DAB | Review and update draft status report letter to Judge Glenn in connection with Debtors' adversary proceeding seeking subordination of summon and complaint (.30) | 0.30 |
| 02/28/13 | DAB | Confer with B. Kotliar regarding Quinn Emanuel waiver of service of summon and complaint in connection with Debtors' adversary proceeding and drafting of same (.50) | 0.50 |
| 02/28/13 | DAB | Draft email to D. Mize regarding draft status report letter in connection with Debtors' adversary proceeding seeking subordination of summon and complaint (.10) | 0.10 |
| 02/28/13 | DAB | Communication with A. Dreiman regarding Quinn Emanuel client waiver of service of summon and complaint in connection with Debtors' adversary proceeding seeking subordination and followup regarding same (.10) | 0.10 |
| 02/28/13 | DAB | Review Bankruptcy Rule 7004 and Federal Rule 4(d)(1) and (4) to ascertain proper answer deadline for defendants to subordination adversary complaint waiving service of summons and complaint and review of relevant annotated statutes and advisory committee notes to confirm findings (.30) | 0.30 |
| 02/28/13 | AD | Per D. Bloom's request, revise Waiver of Service of Summons to include Quinn Emanuel signature block (.30) | 0.30 |

May 17, 2013
Inv # 1578472
Our Ref #  062108-000400

Page  42

TOTAL HOURS                    608.10

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 56.60 | 830 | 46,978.00 |
| Theresa A. Foudy | Partner | 104.60 | 730 | 76,358.00 |
| Maryann Gallagher | Counsel | 71.30 | 625 | 44,562.50 |
| Andrew B. Zinman | Associate | 48.10 | 590 | 28,379.00 |
| Daniel A. Bloom | Associate | 98.70 | 480 | 47,376.00 |
| Joseph F. Clyne | Associate | 0.40 | 425 | 170.00 |
| J. Derek Mize | Associate | 57.30 | 425 | 24,352.50 |
| Bryan M. Kotliar | Associate | 147.60 | 305 | 45,018.00 |
| Georgia Faust | Legal Assistant | 15.90 | 235 | 3,736.50 |
| Alana Dreiman | Legal Assistant | 7.60 | 230 | 1,748.00 |
|  |  | **608.10** |  | **$318,678.50** |

**TOTAL SERVICES**                    **$318,678.50**

**TOTAL THIS INVOICE**                    **$318,678.50**

12-12020-mg    Doc 4532    Filed 08/07/13    Entered 08/07/13 14:13:23    Main Document
Pg 100 of 100



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1578472

| | |
|---|---|
| Total Services | 318,678.50 |
| Total Expenses | 0.00 |
| **Total This Invoice** | **$318,678.50** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.