**SAN MARINO BUSINESS PARTNERS LLC**
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No.12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**FINAL FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 11, 2012 THROUGH DECEMBER 17, 2013**

| | |
|---|---|
| Name of Applicant: | San Marino Business Partners LLC |
| Authorized to Provide Professional Services To: | Consultant to the Official Committee of Unsecured Creditors |
| Date of Retention: | September 13, 2012, *nunc pro tunc* to August 11, 2012 |
| Period for Which Compensation and Reimbursement is Sought: | August 11, 2012 to December 17, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $236,157.38 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 11,404.30 |
| This is a(n): _____ Monthly | _____ Interim          x  Final Application |

## PRIOR MONTHLY FEE STATEMENTS

| Date Served | Compensation Period | Fees Requested | Expenses Requested | Fees Approved | Fees Paid | Total Approved & Paid |
|---|---|---|---|---|---|---|
| 9/28/12 | 8/11/12 – 8/31/12 | 29,802.50 | 2,882.49 | 23,842.00 | 23,842.00 | 26,724.49 |
| 10/30/12 | 9/1/12 - 9/30/12 | 36,400.00 | 0.00 | 29,120.00 | 29,120.00 | 29,120.00 |
| 11/20/12 | 10/1/12 – 10/31/2 | 31,172.50 | 0.00 | 24,938.00 | 24,938.00 | 24,938.00 |
| 1/05/13 | 11/1/12 – 11/30/12 | 61,045.00 | 3,424.68 | 48,836.00 | 48,836.00 | 52,260.68 |
| 2/9/13 | 12/1/12 – 12/31/12 | 32,002.50 | 4,987.15 | 25,602.00 | 25,602.00 | 30,589.15 |
| 3/14/13 | 1/1/13 – 1/31/13 | 10,040.00 | 0.00 | 8,032.00 | 8,032.00 | 8,032.00 |
| 3/28/13 | 2/1/13 – 2/28/13 | 22,442.50 | 0.00 | 17,954.00 | 17,954.00 | 17,954.00 |
| 5/11/13 | 3/1/13 – 3/31/13 | 9,372.50 | 73.32 | 7,498.00 | 7,498.00 | 7,571.32 |
| 6/25/13 | 4/1/13 – 4/30/13 | 487.50 | 0.00 | 390.00 | 390.00 | 390.00 |
| 7/2/13 | 5/1/13 – 5/31/13 | 16,424,00 | 36.66 | 13,664.00 | 13.664.00 | 13,700.66 |
| | | | | | | |
| **TOTAL** | | **249,189.00** | **11,404.30** | **199,876.00** | **199,876.00** | **211,280.30** |

## Interim Fee Application/Payment Summary

| Interim Fee Application | Dates Covered by Interim Fee Period | Bankruptcy Court Approval Date | Amount Requested (fees+ expenses) | Total Amount Approved (fees+expenses) | Total Amount Paid | Remaining Holdback Amount Due |
|---|---|---|---|---|---|---|
| No. 1 (Docket No. 3207) | August 11, 2012 - December 31, 2012 | April 29, 2013 | 201,716.82 | 199,900.59 | 181,039.25 | 18,861.34 |
| 2 (Docket No.4572) | January 1, 2013 – April 30, 2013 | Sept. 25, 2013 | 42,415.82 | 31,200.43 | 46,949.06 | -15,748.63 |
| 3 (Docket No.5862) | May 1, 2013 – August 31, 2013 | Dec. 26, 2013 | 16,460.66 | 16,460.66 | 14,818.26 | 1,642.40 |
| TOTALS | | | 260,593.40 | 247,561.68 | 242,806.57 | 4,755.11 |

See Exhibit A

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945
Bradford Cornell

*Consultant to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

**FINAL FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 11, 2012 THROUGH DECEMBER 17, 2013**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:

For its final fee application for compensation and reimbursement of expenses ("the **Application**") for the period August 11, 2012 through December 17, 2013 (the **"Application Period"**), San Marino Business Partners LLC (**"Applicant"**), as consultant and expert witness to the Official Committee of Unsecured Creditors  (the **"Committee"**) for evaluating for the proposed settlement of the Debtors' RMBS liabilities, respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.          This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.          The statutory bases for the relief requested herein are sections 330, 331, and 1103 of Title 11 of the United States Code (the **"Bankruptcy Code"**), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"),** and Rule 2016-1 of the Local rules for the United States Bankruptcy Court for the Southern District of New York (the **"Local Rules"**).  This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, adopted by the Court on January 23, 2013 (the **"Local Guidelines"**), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 effective January 30, 1996 (the **"UST Guidelines"** and, together with the Local Guidelines, the **"Guidelines"**).  Pursuant to the Guidelines, a certification regarding compliance with the Guidelines is attached hereto as Exhibit 1.

## BACKGROUND

### A.      The Chapter 11 Cases

3.          On May 14, 2012 (the **"Petition Date"**), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

4.          On May 16, 2012, the United States Trustee for the Southern District of New York

(the "U.S. Trustee") appointed a nine member official committee of unsecured creditors (the "Creditors' Committee.)

5.      On June 20, 2012, the Court directed than an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

6.      On July 3, 2013, the Plan Proponents filed the Plan and Disclosure Statement [Docket Nos. 4153, 4157], which were subsequently modified and amended on August 16, 2013 [Docket No. 4733], and August 20, 2013 [Docket No. 4770]. Following a hearing held on August 21, 2013 regarding the adequacy of the Disclosure Statement, on August 23, 2013, the Court entered an order approving the Disclosure Statement [Docket No. 4809]. The solicitation versions of the Plan and Disclosure Statement were filed on August 23, 2013 [Docket No. 4819].

7.      The Plan was subsequently modified and amended on November 12, 2013 [Docket No. 5770], November 18, 2013 [Docket No. 5854], December 3, 2013 [Docket No. 5993], and December 6, 2013 [Docket No. 6030]. The Plan was confirmed by the Court on December 11, 2013 [Docket No. 6065] and the effective date of the Plan occurred on December 17, 2013 [Docket No. 6137].

**B.    Applicant's Retention and Interim Compensation**

8.      On July 17, 2012, the Court entered the Order *Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the **"Interim Compensation Order"**) [Docket No. 797]. Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the **"Notice Parties"**).

9.      On August 27, 2012, the Committee applied for entry of an order authorizing it to retain San Marino Business Partners LLC ("SMBP") as consultant and possible expert witness for

the Committee.

10.      On September 13, 2012, the Court entered the *Order Approving Retention of San Marino Business Partners LLC as Consultant to the Official Committee of Unsecured Creditors, nunc pro tunc to August 11, 2012* [Docket No. 1433].

## REQUEST FOR AWARD

11.      SMBC seeks final approval of its compensation for professional services rendered to the Committee during these chapter 11 cases. Because SMBP has performed no services and incurred no expenses subsequent to the filing and approval of its last interim fee application, all of its services and expenses covered by this Application were covered by its three previously approved interim fee applications. SMBP therefore requests final approval of its prior interim fee applications and seeks payment of all amounts previously held back with respect to those interim applications.

## PRIOR INTERIM FEE APPLICATIONS

12.      On March 14, 2013 SMBP filed its first interim fee application [Docket No. 3207] (the "**First Interim Application**"), covering the period from August 11, 2012 through December 31, 2012, seeking an interim allowance of compensation in the amount of $190,422.50 and interim reimbursement of actual and necessary expenses in the amount of $11,294.32  On April 29, 2013, the Court entered an order [Docket no. 3556] allowing $188,613.37 in fees and $11,287.22 in expenses on an interim basis.  In addition, the Court awarded payment of $17,406.93 of fees previously held back pursuant to the First Interim Application filed on March 14, 2013 and approved by the court order dated April 23, 2013.

13.      On August 7, 2013, SMBP filed its second interim fee application [Docket No. 4572] (the "**Second Interim Application**"), covering the period from January 1, 2013 through

April 30, 2013, seeking an interim allowance of compensation in the amount of $42,342.50 and

interim reimbursement of actual and necessary expenses of $73.32.  On September 25, 2013, the

Court entered an order [Docket No. 5205] allowing $31,127.11 in fees and $73.32 in expenses on

an interim basis.  In addition, the Court awarded payment of $13,001.74 of fees previously held

back pursuant to the Second Interim Application filed on August 7, 2013, resulting in an

overpayment of $15,748.63.

14.    On November 18, 2013, SMBP filed its third interim fee application [Docket No.

5862] (the "**Third Interim Application**"), covering the period from May 1, 2013 through August

30, 2013, seeking an interim allowance of compensation in the amount of $13,664.00 and interim

reimbursement of actual and necessary expenses of $36.66.  On September 25, 2013, the Court

entered an order [Docket No. 6193] allowing $13,664.00 in fees and $36.66 in expenses on an

interim basis. In addition, the Court awarded payment of $1,117.60 of fees previously held back

pursuant to the Third Interim Application filed on November 18, 2013.

15.    Thus, approving the First Interim Application, the Second Interim Application, and

the Third Interim Application (collectively, the "**Interim Fee Applications**") on a final basis will

allow the remaining held back amount, $4,755.11 to be paid to SMBP.  SMBP does not seek any

additional compensation or reimbursement of expenses.

16.        Pursuant to the Guidelines, Exhibit A (attached) summarizes the Total Fees

and Expenses of $249,189.00 that were invoiced by San Marino Business Partners LLC (SMBP)

during the period from August 11, 2012 through May 31, 2013 (Summaries of the total Fees and

Expenses submitted from the First, Second, and Third Interim Fee Applications are also included

in Exhibit A, included the total amount of $247,561.68 approved by the Court.)

17.    Exhibit A also details all payments that SMBP LLC has received to date, which

total $242,806.57.  The last payment of $1,117.60 was received on December 27, 2013.

18.     A summary of the hours spent, the names of each professional and paraprofessional rendering services to the Committee during the Final Application Period, the regular customary billing rates and the total value of time incurred by each of SMBP's professionals and paraprofessionals rendering services to the Committee is attached hereto as <u>Exhibit B</u>.

19.     Applicant maintains computerized records of the time expended in the performance of its professional services required by Committee. SMBP submitted monthly fee statements (the "**Monthly Fee Statements**") to the Notice Parties (as that term is defined in the Interim Compensation Order) in the format specified by the UST Guidelines.  Copies of these computerized records were provided for each of the Interim Fee Applications, and are fully incorporated by reference herein.

20.     Applicant also maintains computerized records, along with original receipts, of all expenses incurred in connection with its performance of professional services required by the Committee and were previously submitted to the Court. A summary of the actual and necessary expenses incurred by SMBP during the Final Application Period is attached as <u>Exhibit C</u>, which provides itemized expense detail.

21.     There is no agreement or understanding between Applicant and any other person or entity for the sharing of compensation to be received for services rendered in the Chapter 11 cases.

22.     The Monthly Fee Applications submitted by Applicant were subject to a 20% holdback imposed by the Court on the allowance of fees.   Applicant respectfully requests, in connection with the relief requested herein, that the Court allow this remaining holdback amount of $4,755.11 pursuant to § 330 and § 331 of the Bankruptcy Code and authorize the Debtors to pay such an amount.

23.     San Marino Business Partners LLC's  services were summarized in the Interim Fee Applications.  Those summaries are true and correct and do not require any modification.

Applicant has represented the Official Committee of Unsecured Creditors in connection with the issue of assessing the fairness of a proposed $8.7 billion RMBS settlement agreement in the Chapter 11 cases. More specifically, the Applicant has performed the following tasks:

**1.  RMBS Analysis:**

24.    In connection with the Applicant's analysis of the proposed RMBS Settlement, the Applicant performed the following services, among others:

(a)    Reviewed legal filings related to the case and the RMBS Settlement.

(b)    Reviewed expert reports and replies related to the proposed RMBS Settlement.

(c)    Met extensively with counsel for the unsecured creditors committee both on the phone and in person.

(d)    Worked with Coherent Economics to develop an economic model to assess the damages associated with alleged breaches of representations of and warranties.

(e)    Reviewed economic literature related to the financial crisis and its impact on the mortgage market.

(f)    Traveled to New York to make a presentation to the Committee on my initial damage analysis.

(g)    Prepared critiques of opposing expert reports and discussed them with counsel for the committee.

(h)    With support for Coherent Economics, prepared a detailed expert damage report that included a statistical analysis of loan reunderwriting.

(i)    Prepared direct testimony in preparation for the trial on the motion seeking approval of the RMBS Settlement that summarized and extended my expert report.

**2.    Retention/Fee Application:**

25.    During the Application Period, Applicant spent time preparing fee applications, monthly statements to be provided to the Notice Parties (as defined in the Interim Compensation Order.

26.    The descriptions above of services rendered by Applicant are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 cases.    The time records, aggregated by month and by Project Category within each month, present more completely the work performed by the Applicant during the Application Period.

27.    As requested by the Court, Applicant has billed all flights at less than or equal to the coach rate.    Expenses for each meal were capped at $20.00.

## DETERMINATION OF SMBP'S REQUESTED FEE

28.    In seeking compensation in these Chapter 11 Cases, SMBP has applied its hourly billing rates.    These fees were agreed to in accordance with the engagement letter ("**Engagement Letter**") between SMBP and the Committee dated August 11, 2012.    For purposes of this Application, SMBP has calculated its request for compensation by multiplying: (a) the hours of time spent on services rendered on behalf of the Committee, by (b) the hourly billing rates assigned to each professional or paraprofessional rendering such services and subtracting (c) amounts disallowed from the Interim Fee Applications.

29.    The foregoing services performed by SMBP were appropriate and necessary to the effective administration of these cases.    They were in the best interests of creditors, the Debtors' estate and other parties-in-interest.    Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved.    The services were performed in an appropriately expeditious and efficient manner.

30.    The services performed by SMBP as Consultant to the Official Committee of

Unsecured Creditors during the Application Period required an aggregate expenditure of 274.7 recorded hours by SMBP professionals and paraprofessionals.  Of the aggregate time expended, 274.7 recorded hours were expended by professionals of SMBP and zero recorded hours were expended by paraprofessionals.

31.    SMBP's hourly billing rates for professionals and paraprofessionals working on these Chapter 11 Cases ranged from $250.00 to $975.00  Allowance of compensation in the amount requested will result in a total blended hourly billing rate of $864.90, which includes professional and paraprofessionals less amounts disallowed from the Interim Fee Applications. Such fees are reasonable relative to the customary compensation received by SMBP from non-bankruptcy clients and by comparably skilled practitioners in comparable bankruptcy cases in a competitive national market

## NOTICE AND NO PRIOR APPLICATION

32.    Notice of this Application and of the hearing with respect hereto has been served upon the parties specified in the Interim Compensation Order in the manner required thereby.  In light of the nature of the relief requested herein, S submits that no further or other notice is required.

33.    No previous application for relief sought herein has been made to this or any other court.

## CONCLUSION

34.    Applicant believes that the services rendered during the Application Period on behalf of the Committee were reasonable and necessary within the meaning of §330 of the Bankruptcy Code.  Further, the fees and expenses that have been submitted by the Applicant were actual and necessary to the performance of Applicant's services.

35.    Applicant therefore requests an order (i) authorizing final compensation in the total

amount of $4,755.11 for professional services rendered and final reimbursement of actual and necessary expenses incurred in connection therewith in the amount of $0.00, for a total final fee and expense request of $4,755.11, (ii) authorizing and directing the Debtors to remit payment to SMBP as set forth herein, less all amounts previously paid on account of such fees and expenses, in the total amount of $4,755.11, and (iii) granting such other and further relief as may be just and proper.

Respectfully submitted,

Bradford Cornell
SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011
Telephone: 626-833-9978
Facsimile: 213-416-9945

3/3/2014
Date

# EXHIBIT A

# SCHEDULE A

**SAN MARINO BUSINESS PARTNERS LLC**

Reconciliation of Fees/Expense for ResCap: Case No: 12-12020 (MG)

Invoice: SMBP064-RC

| MONTH | | 100% FEES | 80% FEES | 100% EXPENSES | AMOUT PAID | Date Paid |
|---|---|---|---|---|---|---|
| AUG 2012 | | 29,802.50 | 23,842.00 | 2,882.49 | | |
| SEP 2012 | | 36,400.00 | 29,120.00 | 0.00 | | |
| OCT 2012 | | 31,172.50 | 24,938.00 | 0.00 | 80,782.49 | 1/8/2013 |
| NOV 2012 | | 61,045.00 | 48,836.00 | 3,424.68 | 52,260.68 | 1/30/2013 |
| DEC 2012 | | 32,002.50 | 25,602.00 | 4,987.15 | 30,589.15 | 3/7/2013 |
| JAN 2013 | ** | 10,040.00 | 8,032.00 | 0 | 8,032.00 | 4/15/2013 |
| FEB 2013 | ** | 22,442.50 | 17,954.00 | 0 | 17,954.00 | 4/24/2013 |
| MAR 2013 | ** | 9,372.50 | 7,498.00 | 73.32 | 7,571.32 | 5/13/2013 |
| APR 2013 | ** | 487.50 | 390.00 | 0 | | |
| MAY 2013 | | 16,424.00 | 13,664.00 | 36.66 | 14,090.66 | 7/25/2013 |
| TOTAL | | 249,189.00 | 199,876.00 | 11,404.30 | 211,280.30 | |

**SAN MARINO BUSINESS PARTNERS LLC**

Reconciliation of Interim Fee Application Payments for ResCap: Case No: 12-12020 (MG)

Invoice: SMBP064-RC

| Docket Number | Fees Requested | Expenses Requested | (Fees + Exp) Total Amount Requested | (Fees + Exp) Court Approved Amount | Payments Received From Monthly Statements | Subsequent IFA Payments | Total Payments Received | Remaining Holdback Due |
|---|---|---|---|---|---|---|---|---|
| 3207 | 190,422.50 | 11,294.32 | 201,716.82 | 199,900.59 | 163,632.32 | 17,406.93 | 181,039.25 | 18,861.34 |
| 4572 | 42,342.50 | 73.32 | 42,415.82 | 31,200.43 | 33,947.32 | 13,001.74 | 46,949.06 | (15,748.63) |
| 6193 | 16,424.00 | 36.66 | 16,460.66 | 16,460.66 | 13,700.66 | 1,117.60 | 14,818.26 | 1,642.40 |
| TOTAL | 249,189.00 | 11,404.30 | 260,593.30 | 247,561.68 | 211,280.30 | 31,526.27 | 242,806.57 | 4,755.11 |

# EXHIBIT B

# SCHEDULE B
## SAN MARINO BUSINESS PARTNERS LLC

### TIMEKEEPERS SUMMARY - SAN MARINO BUSINESS PARTNERS LLC
(For the Period from August 11, 2012 through December 17, 2013)

| Name of Timekeeper | Job Title | Hourly Rate | Hours Billed | | Total |
|---|---|---|---|---|---|
| Bradford Cornell | Managing Director, Expert | 975.00 | 222.9 | | 215,855.50 |
| Bradford Cornell | Managing Director, Expert | 487.50 | 11.0 | | 5,362.50 |
| Ed Bergstrom | Controller | 400.00 | 31.5 | ** | 12,614.00 |
| Andrew Cornell | Vice President | 250.00 | 9.3 | | 2,325.00 |
| | | | | | |
| | TOTALS FOR PERIOD | | 274.7 | | 236,157.00 |
| | | | | | |
| | BLENDED HOURLY RATE | 859.60 | | | |

** After adjustments to 2nd Interim Fee Application

# SCHEDULE C

### Total Expenses: $11,404.30

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### AUGUST 2012 EXPENSES

SAN MARINO BUSINESS PARTNERS LLC
607 Foxwood Road
La Cañada, CA  91011

## Summary of Disbursements and Other Expenses for Bradford Cornell: August 2012

*All Receipts Available on Request*

Invoice: SMBP051-RC

| Date | Description | Amount | Comments |
|---|---|---|---|
| | **HOTEL** | | |
| 8/19/2012 | Hotel - The London NYC | 355.14 | Folio 2111CX |
| 8/19/2012 | Less Minibar charges | (6.53) | |
| 8/20/2012 | Hotel - The London NYC | 482.94 | |
| 8/20/2012 | Less Minibar charges | (19.59) | |
| 8/21/2012 | Hotel - The London NYC | 463.35 | |
| 8/21/2012 | Hotel - The London NYC | 477.50 | |
| 8/22/2012 | Less Minibar charges | (14.15) | |
| | Net Hotel - 4 days | 1,738.66 | |
| TOTAL | 1/4 allocated to ResCap | 434.67 | Prof. Cornell was in NY on other matters as well |
| 08/19/12 | **ROUNDTRIP AIRFARE** | | |
| 08/23/12 | Total Airfare - Ticket 0012312556755 | 4,607.60 | |
| TOTAL | 1/2 allocated to ResCap | 2,303.80 | Prof. Cornell was in NY on other matters as well |
| | | | (Total allocated less than the coach rate) |
| | **TRANSPORTATION** | | |
| 08/19/12 | LCF Service Limo from home to LAX | 96.00 | |
| 08/19/12 | Taxi  - From JFK to Hotel | 60.85 | |
| 08/20/12 | Taxi to meeting - Driver 0590389 | 12.38 | |
| 08/21/12 | Taxi to meeting - Driver 0496842 | 21.36 | |
| 08/21/12 | Taxi from meeting - Driver 447111 | 20.60 | |
| 08/23/12 | Taxi - To JFK from Hotel | 54.60 | |
| 08/23/12 | LCF Limo Service from LAX to home | 108.00 | |
| | Total Transportation | 373.79 | |
| TOTAL | 1/4 allocated to ResCap | 93.45 | Prof. Cornell was in NY on other matters as well |
| | **FOOD** | | |
| 8/19/2012 | Famous Original Rays Pizza 54 | 16.71 | |
| 8/19/2012 | Minibar - The London NYC | 6.53 | |
| 8/20/2012 | Coffee/Bagel | 7.03 | |
| 8/20/2012 | Famous Original Rays Pizza 54 | 6.80 | |
| 8/21/2012 | Soda/Bagel | 7.81 | |
| 8/21/2012 | Pranzo Pizza | 13.01 | |
| 8/21/2012 | Minibar - The London NYC | 19.59 | |
| 8/22/2012 | Pazza Note (Client Dinner) | 20.00 | Capped at $20.00 |
| 8/22/2012 | Lunch - Au Bon Pain | 14.97 | |
| 8/22/2012 | Minibar - The London NYC | 14.15 | |
| 8/23/2012 | Bagel/ | 3.47 | |
| 8/23/2012 | Muffin/Coffee | 7.90 | |
| | Total Food + Minibar | 137.97 | |
| TOTAL | 1/4 allocated to ResCap | 34.49 | Prof. Cornell was in NY on other matters as well |
| | **ONBOARD WI-FI** | | |
| 8/23/2012 | Go-Go American Airlines | 17.95 | |
| TOTAL | 1/2 allocated to ResCap | 8.98 | Dr. Cornell was in NY on other matters as well |
| | **TOTAL AUGUST 2012 EXPENSES** | 2,875.39 | |

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### NOVEMBER 2012 EXPENSES

**SAN MARINO BUSINESS PARTNERS LLC**
607 Foxwood Road
La Cañada, CA 91011

## Summary of Disbursements and Other Expenses for Bradford Cornell: November 2012

**All Receipts Available on Request**

**Invoice: SMBP054-RC**

| Date | Description | Amount | Comments |
|---|---|---|---|
| | **HOTEL** | | |
| 11/7/2012 | Hotel -New York Palace | 736.75 | |
| 11/8/2012 | Hotel -New York Palace | 736.75 | |
| **TOTAL** | Only 2 nights charged to ResCap | 1,473.50 | Prof. Cornell was in NY on other matters as well |
| 11/06/12 | **ROUNDTRIP AIRFARE** | | |
| 11/10/12 | Total Airfare - Ticket 0167143662340 | 1,675.18 | |
| **TOTAL** | Amount allocated  Rescap | 1,675.18 | |
| | **TRANSPORTATION** | | |
| 11/06/12 | LCF Service - Limo from home to LAX | 98.00 | Payment Receipt: 163 |
| 11/10/12 | Cab to JFK | 73.76 | Driver 5206731 |
| 11/10/12 | LCF Service - Limo from LAX to home | 110.00 | Payment Receipt: 163 |
| | Total Transportation | 281.76 | |
| **TOTAL** | 1/2 allocated to ResCap | 140.88 | Prof. Cornell was in NY on other matters as well |
| | **FOOD** | | |
| 11/7/2012 | Au Bon Pain Café - soup/sode | 6.73 | |
| 11/7/2012 | Au Bon Pain Café - Bagel | 1.17 | |
| 11/7/2012 | Lindt Chocolate Store - Chocolate bar | 9.25 | |
| 11/8/2012 | Famous Original Rays Pizza 54 | 4.90 | |
| 11/9/2012 | Au Bon Pain Café - Bagel/soda | 3.47 | |
| 11/9/2012 | Chipotle Mexican Grill | 3.25 | |
| 11/10/2012 | Au Bon Pain Café - Bagel/soda | 3.47 | |
| | Total Food + Minibar | 32.24 | |
| **TOTAL** | 1/2 allocated to ResCap | 16.12 | Prof. Cornell was in NY on other matters as well |
| | **TOTAL ALL TRAVEL EXPENSES** | 3,305.68 | |
| | **CERTIFIED MAIL EXPENSES FOR SENDING INVOICES** | | |
| | **(To the 5 Parties on Distribution List)** | | |
| 10/1/2012 | 5 Parties @ $5.95/mailing (August Invoices) | 29.75 | |
| 10/30/2012 | 5 Parties @ $5.95/mailing (Sept. Invoices) | 29.75 | |
| 11/20/2012 | 5 Parties @ $5.95/mailing (Oct. Invoices) | 29.75 | |
| 12/15/2012 | 5 Parties @ $5.95/mailing (Nov. Invoices) | 29.75 | |
| **TOTAL** | **TOTAL CERTIFIED MAILING EXPENSES** | 119.00 | |
| | **TOTAL ALL EXPENSES BILLED IN NOVEMBER** | 3,424.68 | |

# SAN MARINO BUSINESS PARTNERS LLC

## First Interim Fee Application
## (August 11, 2012 through December 31, 2012)

### DECEMBER 2012 EXPENSES

**SAN MARINO BUSINESS PARTNERS LLC**
607 Foxwood Road
La Cañada, CA  91011

**Summary of Disbursements and Other Expenses for Bradford Cornell: December 2012**

*All Receipts Available on Request*

Invoice: SMBP055-RC (February 9, 2013)

| Date | Description | Amount | Comments |
|------|-------------|--------|----------|
| | HOTEL | | |
| 12/18/2012 | The London NYC Hotel | 463.35 | |
| 12/19/2012 | The London NYC Hotel | 463.35 | |
| 12/20/2012 | The London NYC Hotel | 463.35 | |
| TOTAL | Only 3 nights charged to ResCap | 1,390.05 | Prof. Cornell was in NY on other matters as well |
| 12/18/12 | ROUNDTRIP AIRFARE (LAX-JFK) | | |
| 12/22/12 | Total Airfare - Ticket 0017149276495 | 3,020.00 | Coach Rate |
| | Trav Agency Fees: cancellations/modifications | 128.00 | |
| TOTAL | | 3,148.00 | |
| | TRANSPORTATION | | |
| 12/18/12 | LCF Service - Limo from home to LAX | 98.00 | Payment Receipt: 164 |
| 12/18/12 | Cab from JFK to Hotel | 67.70 | Driver 5206731 |
| 12/22/12 | Cab from Hotel to JFK | 63.00 | Driver 5386857 |
| 12/22/12 | LCF Service - Limo from LAX to home | 110.00 | Payment Receipt: 164 |
| TOTAL | | 338.70 | |
| | FOOD | | |
| 12/18/2012 | Famous Original Rays Pizza 54 | 4.63 | |
| 12/18/2012 | Hotel Minibar | 7.62 | |
| 12/19/2012 | Au Bon Pain Café - Bagel/Iced Tea | 3.47 | |
| 12/19/2012 | Lindt Chocolate Store - Chocolate bar | 1.63 | |
| 12/19/2012 | Famous Original Rays Pizza 54 | 7.89 | |
| 12/20/2012 | Au Bon Pain Café - Bagel/Soda | 3.47 | |
| 12/20/2012 | You Decide What's Inside: Rice/Beans/Soda | 4.75 | |
| 12/20/2012 | Lindt Chocolate Store - Chocolate bar | 2.18 | |
| 12/21/2012 | Au Bon Pain Café - Coffee/Bagel/Soda | 4.87 | |
| 12/21/2012 | Lindt Chocolate Store - Snack | 4.19 | |
| 12/21/2012 | Pazz Notte - Pollo Arrosto; Coca Cola | 20.00 | |
| 12/22/2012 | Au Bon Pain Café - Bagel/Iced Tea | 3.47 | |
| 12/22/2012 | Hotel Minibar | 6.53 | |
| TOTAL | TOTAL FOOD & MINIBAR | 74.70 | |
| | TOTAL ALL TRAVEL EXPENSES | 4,951.45 | |
| | CERTIFIED MAIL EXPENSES FOR SENDING INVOICES | | |
| | (To the 6 Parties on Distribution List) | | |
| 1/22/2013 | 6 Parties @ $5.95/mailing (August Invoices) | 35.70 | |
| TOTAL | TOTAL CERTIFIED MAILING EXPENSES | 35.70 | |
| | TOTAL ALL EXPENSES BILLED IN DECEMBER | 4,987.15 | |

# SAN MARINO BUSINESS PARTNERS LLC

## SUMMARY OF EXPENSES
### (May 1, 2013 through August 31, 2013)

One Certified mailing of the Monthly Fee Statements to each of the 6 parties on the ResCap distribution list (6 *certified/return receipt requested* letters) @ $6.11 each

Total expenses:  **$36.66**  (6 x $6.11)

# SAN MARINO BUSINESS PARTNERS LLC

## SUMMARY OF EXPENSES
### (January 1, 2013 through April 30, 2013)

Two Certified mailings of the Monthly Fee Statements to each of the 6 parties on the ResCap distribution list (12 *certified/return receipt requested* letters) @ $6.11 each

Total expenses:  **$73.32**  (12 x $6.11)

**USPS Receipts attached**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO FINAL FEE APPLICATION OF SAN MARINO BUSINESS PARTNERS LLC AS CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 11, 2012 THROUGH DECEMBER 17, 2013

I, Bradford Cornell, hereby certify that:

1.      I am the Managing Director of San Marino Business Partners, LLC ("**SMBP**"), consultant to the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**"). SMBP submits this final application for compensation in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on January 23, 2013 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 797] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and together with the Local Guidelines and UST Guidelines, the "**Guidelines**").

2.      This certification is made in respect of the Final Fee Application (the "**Application**") for final allowance of compensation and reimbursement of expenses for the period

from August 11, 2012 through April 30, 2013 (the "**Final Application Period**").

3.    I am the professional designated by SMBP with the responsibility for SMBP's compliance in these cases with the Guidelines.  I have read the Application and, to the best of my knowledge, information and belief formed after reasonable inquiry: (i) the fees and disbursements sought in the Application substantially comply with the Guidelines; (ii) the fees and disbursements sought are billed at or below the rates and in accordance with practices customarily employed by SMBP and generally accepted by its clients; and (iii) in providing a reimbursable service, SMBP does not make a profit on that service, whether the service is performed by SMBP in-house or through a third-party.

4.    In respect of section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that SMBP has complied with the provision requiring it to provide the appropriate notice parties, on a monthly basis, with a statement of SMBP's fees and disbursements accrued during the previous month.

5.    A copy of the Application has been provided to the Debtors, the United States Trustee for the Southern District of New York and the Committee.

Dated:    San Antonio, Texas
          March 3, 2014

Bradford Cornell