## EXHIBIT B
## FTI Retention Documents

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER UNDER SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a) AND LOCAL RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO MAY 14, 2012

Upon the application (the "Application")[1] of the Debtors for entry of an order, under

Bankruptcy Code sections 327(a) and 328(a), Bankruptcy Rule 2014, and Local Rule 2014-1,

authorizing the employment of FTI Consulting, Inc., together with its wholly owned subsidiaries,

agents, and independent contractors ("FTI") as financial advisors for the Debtors *nunc pro tunc*

to May 14, 2012; and upon the Nolan Affidavit and the Supplemental Affidavit in Support of the

Application (the "Supplemental Nolan Affidavit"); and it appearing that this Court has

jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing

that venue of these Chapter 11 cases and the Application in this district is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Application is a core

proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Application having been

given under the particular circumstances; and it appearing that no other or further notice need be

provided; and the Court having considered the Application and any opposition and responses

thereto; and it appearing that FTI neither holds nor represents any interest adverse to the

Debtors' estates; and it appearing that FTI is "disinterested," as that term is defined in

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11

1212020120725000000000003

Bankruptcy Code section 101(14); and it appearing that the relief requested by the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and after the Court finding that such relief is not duplicative of the retention and services provided by any other professionals retained in this matter; and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a), Bankruptcy Rule 2014 and Local Rule 2014-1, the Debtors are authorized to employ and retain FTI as their financial advisor, *nunc pro tunc* to the Petition Date, in accordance with the terms and conditions set forth in the Application, the Engagement Agreement, the Addendum to the Engagement Agreement dated July 18, 2012 (the "Addendum"), the Indemnification Provisions (as modified by this Order), the Nolan Affidavit and the Supplemental Nolan Affidavit.

3.      As Financial Advisor, FTI is authorized to provide the following services in connection with the Debtors' cases:

     (a)      assist with the preparation of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

     (b)      assist the Debtors with certain aspects of claims management and resolution, specifically (i) the development of a claims management database based on the schedules of liabilities (schedules D, E and F), and (ii) the analysis of creditor claims and assistance with claims management and resolution efforts;

     (c)      advise the Debtors on specific accounting matters related to the bankruptcy filing and as required by SOP 90-7, including quantification and categorization of liabilities and fresh start accounting;

     (d)      assist with the identification and implementation of short-term cash management procedures;

---

cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

(e)     advise and assist with the development and implementation of key employee retention and other critical employee benefit programs;

(f)     assist with and advise the Debtors with respect to the identification of core business assets and the disposition of assets or liquidation of unprofitable operations;

(g)     assist with the identification of executory contracts and leases and performance of cost/benefit evaluations with respect to the affirmation or rejection of each;

(h)     assist with the valuation of the present level of operations and identification of areas of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

(i)     assist in the preparation of financial information for distribution to creditors and others, including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

(j)     attend meetings and assist in discussions with potential investors, banks and other secured lenders, any official committee appointed in these Chapter 11 cases, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

(k)     assist in the preparation of information and analysis necessary for the confirmation of a plan in these Chapter 11 proceedings; and

(l)     assist in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers.

4.      In accordance with the Engagement Agreement and the Addendum, FTI shall be compensated on an hourly basis, subject to a Monthly Cap and a Rollover Provision, and shall receive reimbursement of actual and necessary expenses incurred by FTI and a Completion Fee. All hourly compensation and reimbursement of expenses to be paid to FTI shall be subject to section 330 of the Bankruptcy Code, and the Completion Fee shall be subject to section 328(a) of the Bankruptcy Code.

5.      FTI shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy

Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated November 25, 2009, the United States Trustee Fee Guidelines and any other orders of the Court.

6.     The U.S. Trustee retains all rights to respond or object to FTI's interim and final applications for compensation and reimbursement of expenses on all grounds including, but not limited to, reasonableness pursuant to section 330 of the Bankruptcy Code; provided further, that in the event the U.S. Trustee objects, the Court retains the right to review the interim and final applications pursuant to section 330 of the Bankruptcy Code.

7.     None of the fees payable to FTI shall constitute a "bonus" or fee enhancement under applicable law.

8.     Prior to any increases in FTI's rates, as set forth in paragraph 5 of the Supplemental Nolan Affidavit, FTI shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether FTI's client has consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

9.     FTI shall apply any remaining amounts of its prepetition Retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to FTI.  The first interim fee application shall include the pre-petition time records in the amount of $150,000 that had not been offset against the pre-petition retainer as of the filing date.

10.      All of FTI's personnel who provide services to or on behalf of the Debtors, with the exception of clerical staff, shall keep contemporaneous records of the services they have performed in one-half hour increments.

11.      FTI shall not be entitled to the reimbursement of attorney fees and legal expenses other than in connection with (a) indemnification, as set forth in paragraph 13 below and (b) this retention application and future fee applications as approved by the court.

12.      The following indemnification provisions are approved:

(a)      Subject to the provisions of subparagraph (b), infra, the Debtors are authorized to indemnify, and shall indemnify, FTI in accordance with the Engagement Agreement for any claim arising from, related to or in connection with the services provided for, whether prepetition or postpetition, in the Engagement Agreement;

(b)      Notwithstanding any provisions of the Engagement Agreement to the contrary, the Debtors shall have no obligation to indemnify FTI or provide contribution or reimbursement to FTI for any claim or expense that is either (i) judicially determined to have resulted primarily from the willful misconduct, gross negligence, bad faith or self-dealing of FTI, or (ii) settled prior to a judicial determination as to FTI's willful misconduct, gross negligence, bad faith or self-dealing, but determined by the Court, after notice and a hearing pursuant to subparagraph (c), infra, to be a claim or expense for which FTI should not receive indemnity, contribution or reimbursement under the terms of the Engagement Agreement; and

(c)      If, before the earlier of (i) the entry of an order confirming a Chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these Chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Agreement, including without limitation the advancement of defense costs, FTI must file an application therefore in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time during which the Court shall have jurisdiction over any request for indemnification, contribution or reimbursement by FTI and not a provision limiting the duration of the Debtors' obligation to indemnify FTI.

13.      All requests by FTI for the payment of indemnification as set forth in the Engagement Agreement shall be made by means of an application to the Court and shall be

subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Engagement Agreement and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought.

14.     In the event that FTI seeks reimbursement from the Debtors for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to the Engagement Agreement, the invoices and supporting time records from such attorneys shall be included in FTI's own applications, both interim and final, and such invoices and time records shall be subject to the United States Trustee's Guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court pursuant to sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

15.     The Debtors are authorized, empowered and directed to take all actions necessary to implement the relief granted pursuant to this Order.

16.     To the extent this Order is inconsistent with the Engagement Agreement, the Addendum, Indemnification Provisions (as modified by this Order), the Application, the Nolan Affidavit or the Supplemental Nolan Affidavit, this Order shall govern.

17.     Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the

Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

18.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:    July 25, 2012
          New York, New York


                                    _____/s/Martin Glenn_____
                                        MARTIN GLENN
                                    United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

**ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a), 328(a)**
**AND 363 APPROVING SECOND ADDENDUM TO ENGAGEMENT**
**AGREEMENT WITH FTI CONSULTING, INC.,** *NUNC PRO TUNC*
**TO DECEMBER 5, 2012, AND GRANTING RELATED RELIEF**

Upon the application, (the "<u>Application</u>"),[1] of the above-captioned debtors and

debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (the "<u>Order</u>"),

pursuant to sections 327(a), 328(a) and 363 of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy

Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules for

the United States Bankruptcy Court for the Southern District of New York (the "<u>Local</u>

<u>Rules</u>"), approving the Second Addendum to the Engagement Letter with FTI

Consulting, Inc., financial advisor to the Debtors; as more fully set forth in the

Application; and upon consideration of the declaration of William J. Nolan a Senior

Managing Director with FTI Consulting, Inc, in support of the Application; the

declaration of James Whitlinger, Chief Financial Officer of the Debtor, Residential

Capital, LLC, in support of the Application; and the Walter Investment Letter

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.

1212020130305000000000007

Agreement, and the Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the Amended Standing Order of Reference M-431 dated January

31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found

that the relief requested herein is in the best interests of the Debtors' estates, their

creditors and other parties in interest; and due and proper notice of the Application

having been provided, and it appearing that no other or further notice need be provided;

and an opportunity for a hearing having been provided and a hearing having been held to

consider the relief requested in the Application; and upon the record of the hearing, and

of all of the proceedings had before the Court; and any objections to the Application

having been withdrawn, resolved or overruled; and the Court having found and

determined that the legal and factual bases set forth in the Application establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a) and

Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Second

Addendum is approved, *nunc pro tunc* to December 5, 2012.

3.      The Debtors' employment and retention of FTI pursuant to the

Engagement Agreement, First Addendum, and the Original Retention Order is hereby

amended in accordance with the Second Addendum, *nunc pro tunc* to December 5, 2012.

4.     Subject to paragraphs 5 and 6 below, the fees and expenses incurred by FTI in connection with the Walter Project Services, and to which FTI shall be entitled, and for which FTI will be compensated on an hourly basis, plus reimbursement of actual and necessary expenses incurred, shall be in addition to the compensation as provided for under the First Addendum as approved pursuant to the Original Retention Order,

5.     FTI shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated November 25, 2009, the Unites States Trustee Fee Guidelines and any other orders of the Court.  Notwithstanding the entry of a further order approving or awarding any fees or expenses, and authorizing payment, to FTI on account of the Walter Project Work (the "Walter Project Work Fee Order"), the Debtors' obligations under this Order, the Second Addendum, and such Walter Project Work Fee Order, are conditioned upon the Debtors' actual receipt of payment on account of such awarded fees and expenses from, or on behalf of, Walter Investment (the "Walter Payment Obligation") as provided for under the Walter Investment Letter Agreement, the terms of which are hereby authorized and approved, provided that upon the Debtors' or their counsel's receipt of such funds, such funds shall be deemed held in trust for the benefit of FTI to the extent of any amounts as were awarded under the Walter Project Work Fee Order, and promptly paid to FTI.

6.     If for any reason Walter Investment fails to make such payment, or to cause such payment to be made, FTI is hereby authorized, but not obligated, to commence and pursue, in its own name or in the name of the Debtors, such actions,

including litigation, as may be necessary to recover by way of judgment, collection and or settlement any amounts due from Walter Investment, or for which Walter Investment is responsible, in connection with the Walter Project Services by FTI, with any amounts recovered to be paid to, and retained by, FTI up to the amount of the Walter Project Work Award, plus fees and expenses, including legal fees and expenses, incurred by FTI in connection therewith, as payment on account of the Walter Project Services and reimbursement of such costs and expenses.

7.     In all other respects, the provisions of the Original Retention Order remain unchanged and in full force and effect.

8.     To the extent that there may be any inconsistency between the terms of this Order and the Original Retention Order, the terms of this Order shall govern.

9.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.


Dated: March 5, 2013
        New York, New York

                              **/s/Martin Glenn**
                              MARTIN GLENN
                              United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                              Debtors.
_____

)
)
)
)
)
)
)
)

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

## ORDER UNDER BANKRUPTCY CODE SECTIONS 327(a), 328(a) AND 363 APPROVING THIRD ADDENDUM TO ENGAGEMENT AGREEMENT WITH FTI CONSULTING, INC., AS FINANCIAL ADVISOR TO THE DEBTORS

Upon the application, (the "Application"),[1] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for entry of an order (the "Order"), pursuant to sections

327(a), 328(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), approving the Third Addendum to the

Engagement Letter with FTI Consulting, Inc., financial advisor to the Debtors as more fully set

forth in the Application; and upon consideration of the declaration of William J. Nolan, a Senior

Managing Director with FTI Consulting, Inc., in support of the Application (the "Nolan

Declaration"); and upon consideration of the declaration of James Whitlinger, Chief Financial

Officer of the Debtor, Residential Capital, LLC, in support of the Application (the "Whitlinger

Declaration"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Application.

1212020130325000000000019

and 1334 and the Amended Standing Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested herein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Application; and upon the record of the hearing, and of all of the proceedings held before the Court; and any objections to the Application having been withdrawn, resolved or overruled; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Application is granted as set forth herein.

2.     In accordance with Bankruptcy Code sections 327(a), 328(a) and 363 and Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1, the Third Addendum is approved as set forth herein.

3.     The Debtors' employment and retention of FTI pursuant to the Engagement Agreement, First Addendum, and the Retention Order is hereby amended in accordance with the Third Addendum; provided however, (a) that the Rollover Period shall be extended from March 31, 2013 through and including December 31, 2013,  subject to (i) further extension upon the written consent of the Creditors' Committee, notice of which shall be filed with the Court and served upon the United States Trustee and any other party in interest who filed a response to the Application, in which event no further order shall be necessary, or (i) in the absence of such

2

consent, without prejudice to the Debtors and FTI seeking a further extension of the Rollover

Period pursuant to a further application on notice to the attorneys for Creditors' Committee, the

United States Trustee, and any other party in interest who filed a response to the Application;

and (b) without limiting FTI's rights with respect to the application of the Rollover Provision

(including as extended herein),  and to seek and obtain payment on account of the Walter

Transaction Services or the Completion Fee, FTI shall not be paid in excess of the Monthly Cap

amounts (on a cumulative basis) for any time expended prior to March 1, 2013, and shall not

seek to increase the Monthly Caps for any time expended prior to March 1, 2013.

4.      For the avoidance of doubt, the relief provided for herein is in addition to the

relief provided under that prior order of this Court dated March 5, 2013 [Docket No. 3104],

pursuant which this Court approved, *inter alia*, that certain Second Addendum with respect to the

employment of FTI.

5.      FTI shall file fee applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy

Rules, General Order M-447 regarding Amended Guidelines for Fees and Disbursements for

Professionals in the Southern District of New York Bankruptcy Cases, dated January 29, 2013,

the United States Trustee Fee Guidelines and any other orders of the Court.

6.      In all other respects, the provisions of the Retention Order remain unchanged and

in full force and effect.

7.      To the extent that there is any inconsistency between the terms of this Order and

the Retention Order, the terms of this Order shall govern.

8.      The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

3

9.      This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

Dated: March 25, 2013
      New York, New York

                                **/s/Martin Glenn**
                                  MARTIN GLENN
                  United States Bankruptcy Judge

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                          )
In re:                                    )      Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,  )      Chapter 11
                                          )
                    Debtors.              )      Jointly Administered
_____   )

**ORDER APPROVING FOURTH ADDENDUM TO ENGAGEMENT AGREEMENT**
**WITH FTI CONSULTING, INC., AS FINANCIAL ADVISOR TO THE DEBTORS,**
**AUTHORIZING PROVISION OF LITIGATION SUPPORT SERVICES**
**_NUNC PRO TUNC_ TO MARCH 1, 2013**

Upon the application (the "<u>Application</u>")[1] of the above-captioned debtors and debtors in

possession (collectively, the "<u>Debtors</u>") for entry of an order (the "<u>Order</u>"), pursuant to sections

327(a) and 328(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2014(a) of

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the

Local Rules for the United States Bankruptcy Court for the Southern District of New York (the

"<u>Local Rules</u>"), approving the Fourth Addendum to the Engagement Letter with FTI Consulting,

Inc., financial advisor to the Debtors, as more fully set forth in the Application; and upon

consideration of the declaration of William J. Nolan, a Senior Managing Director with FTI

Consulting, Inc., in support of the Application (the "<u>Nolan Declaration</u>"); and upon consideration

of the declaration of Tammy Hamzehpour, Chief Business Officer of the Debtor, Residential

Capital, LLC, in support of the Application (the "<u>Hamzehpour Declaration</u>"); and the Court

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference M-431 dated January 31, 2012 (Preska, C.J.); and consideration of

the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

_____
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.



1212020130613000000000005

12-12020-mgg   Doc 6591-1   Filed 06/13/13   Entered 06/13/13 16:54:25   Main Document - G   Pg 18 of 99

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested herein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Application; and upon the record of the hearing, and of all of the proceedings held before the Court; and any objections to the Application having been withdrawn, resolved or overruled; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      In accordance with Bankruptcy Code sections 327(a) and 328(a), Bankruptcy Rule 2014 and Local Rule 2014-1, the Debtors are authorized to employ and retain FTI to provide the Litigation Support Services with respect to the Subordination Complaint, *nunc pro tunc* to March 1, 2013, in accordance with the terms and conditions set forth in the Application and the Fourth Addendum.

3.      As financial advisor, FTI is authorized to provide additional Litigation Support Services to the Debtors in current or potential litigation matters; provided, that:  (a) FTI will file a supplemental declaration with the Bankruptcy Court in advance of commencing the provision of such services – or in exigent circumstances as soon as practicable thereafter – detailing the matter or matters for which the services will be performed as well as the nature of the services to be performed (the "Supplemental Declaration"); (b) unless an objection to FTI providing such services is filed within seven (7) days after the filing of the Supplemental Declaration, FTI shall

be authorized to provide such services without the necessity of a further application to, or order of, the Court, and to request and receive compensation and expense reimbursement on account of such services in accordance with the Interim Compensation Order, which compensation and expense reimbursement shall be in addition to any otherwise applicable Monthly Caps or Rollover Provisions; and (c) in the event of an unresolved objection to a Supplemental Declaration, a hearing will be scheduled in accordance with the Case Management Procedures Order, approved by this Court on May 23, 2012 [Docket No. 141].

4.      The Debtors' employment and retention of FTI pursuant to the Engagement Agreement, the First Addendum, and the Retention Order is hereby amended in accordance with the Fourth Addendum and this Order.

5.      For the avoidance of doubt, the relief provided herein is in addition to the relief provided under the prior orders of this Court dated March 5, 2013 [Docket No. 3104] and March 25, 2013 [Docket No. 3308].

6.      FTI shall file fee applications for interim and final allowance of compensation and reimbursement of expenses with respect to any Litigation Support Services pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated January 29, 2013, the United States Trustee Fee Guidelines and any other orders of the Court.

7.      In all other respects, the provisions of the Retention Order remain unchanged and in full force and effect.

8.      To the extent that there is any inconsistency between the terms of this Order and the Retention Order, the terms of this Order shall govern.

12-12020-mg   Doc 3972-1   Filed 06/13/13   Entered 06/13/13 16:54:25   Main Document Pg 4 of 4

9.     The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: June 13, 2013
      New York, New York


_____/s/Martin Glenn_____
            MARTIN GLENN
      United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
)
In re:                                     )     Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, et al.,          )     Chapter 11
)
Debtors.                     )     Jointly Administered
)
---------------------------------------------------------------

**FIRST SUPPLEMENTAL DECLARATION OF WILLIAM J. NOLAN**
**PURSUANT TO FOURTH ADDENDUM TO ENGAGEMENT AGREEMENT**
**WITH FTI CONSULTING, INC., AS FINANCIAL ADVISOR TO THE DEBTORS**

I, William J. Nolan, being duly sworn, hereby depose and say:

**A.**   **Background and Qualifications**

1.      I am a Senior Managing Director with FTI Consulting, Inc., which together with

its wholly owned subsidiaries, agents, independent contractors and employees (collectively,

"FTI"), is an international consulting firm.  I submit this declaration (the "Declaration") on

behalf of FTI in furtherance of that certain prior order of the court titled *Order Approving Fourth*

*Addendum To Engagement Agreement With FTI Consulting, Inc., As Financial Advisor To The*

*Debtors, Authorizing Provision Of Litigation Support Services Nunc Pro Tunc To March 1,*

*2013,* entered on June 13, 2013, Docket No. 3971 (the "Litigation Support Approval and

Procedures Order").[1]  Except as otherwise noted, I have personal knowledge of the matters set

forth herein.[2]

---

1 Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Litigation
Support Approval and Procedures Order.

2 Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and
are based on information provided by them.

40000/0527-9728332v3



1212020130730000000000026

**B.** **Additional Litigation Support Services**

2.      Pursuant to the Litigation Support Approval and Procedures Order, FTI was

authorized to provide certain Litigation Support Services in addition to the other services being

provided by FTI, and to be compensated for such Litigation Support Services in addition to the

compensation to which it was otherwise entitled for other services. In addition, the Litigation

Support Approval and Procedures Order provides that FTI was authorized to provide additional

Litigation Support Services to the Debtors in current or potential litigation matters; provided,

that:

> (a) FTI will file a supplemental declaration with the Bankruptcy Court in advance
> of commencing the provision of such services – or in exigent circumstances as
> soon as practicable thereafter – detailing the matter or matters for which the
> services will be performed as well as the nature of the services to be performed
> (the "Supplemental Declaration"); (b) unless an objection to FTI providing such
> services is filed within seven (7) days after the filing of the Supplemental
> Declaration, FTI shall be authorized to provide such services without the
> necessity of a further application to, or order of, the Court, and to request and
> receive compensation and expense reimbursement on account of such services in
> accordance with the Interim Compensation Order, which compensation and
> expense reimbursement shall be in addition to any otherwise applicable Monthly
> Caps or Rollover Provisions; and (c) in the event of an unresolved objection to a
> Supplemental Declaration, a hearing will be scheduled in accordance with the
> Case Management Procedures Order, approved by this Court on May 23, 2012
> [Docket No. 141].
>
> See Litigation Support Approval and Procedures Order, ¶ 3.

3.      Accordingly, by this Declaration, notice is hereby given that the Debtors have

requested that FTI provide the additional Litigation Support Services in connection with the Ad

Hoc Group Contested Matters, as described and defined below, for which, in accordance with the

Litigation Support Approval and Procedures Order, FTI will be entitled to request and receive

compensation and expense reimbursement on account of such services in accordance with the

Interim Compensation Order. Such compensation and expense reimbursement shall be in

40000/0527-9728332v3

addition to any compensation to which FTI is otherwise entitled for other services, including, without limitation, any otherwise applicable Monthly Caps or Rollover Provisions. Although FTI commenced providing the services described herein prior to July 1, 2013, the engagement for such services will be *nunc pro tunc* to July 1, 2013.

4.    The Debtors have requested that FTI provide Litigation Support Services in connection with certain contested matters and other litigation involving, among others, certain creditors who have identified themselves as the Ad Hoc Group of Junior Secured Noteholders (the "Ad Hoc Group"). By complaint filed on May 3, 2013, Docket No. 1 in Adversary Case No. 13-01343-mg, the Debtors commenced an adversary proceeding (the "JSN Adversary Proceeding") against, among others, UMB Bank, N.A. ("UMB") in its capacity as indenture trustee for the 9.625% Junior Secured Guaranteed Notes due 2015 issued by the Debtor Residential Capital, LLC (the "Junior Secured Notes"); Wells Fargo Bank, N.A. in its capacity as third priority collateral agent and collateral agent for the Junior Secured Notes, and the Ad Hoc Group. In addition, the Debtors have requested that FTI provide Litigation Support Services in connection with the Ad Hoc Group's stated intention that, if its demands are not met, "the Ad Hoc Group will, among other things, oppose confirmation of the Plan"[3] (the "Ad Hoc Group Confirmation Objections" and  collectively with the JSN Adversary Proceeding, the "Ad Hoc Group Contested Matters").[4]  It is FTI's understanding that, in addition to engaging Houlihan

---

3 See that certain *Statement and Reservation of Rights of the Ad Hoc Group of Junior Secured Noteholders in Connection With the Debtors' Motion For An Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement With Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants*, filed on June 19, 2013 [Docket No.4018].

4 By complaint filed on February 28, 2013, Docket No. 1 in Adversary Case No. 13-01277-mg, the Official Committee of Unsecured Creditors in these cases commenced an adversary proceeding against, among others, UMB in its capacity as indenture trustee for the Junior Secured Notes, seeking declaratory and other relief with respect to the Junior Secured Notes and the collateral alleged to have been pledged therefore (the "Committee JSN Adversary Proceeding"). In addition, the Ad Hoc Group filed a "Motion of Ad Hoc Group of Junior Secured Noteholders For Order In Aid of Mediation and Settlement," dated July 18, 2013, Docket No. 4286 (the "Ad Hoc Group Mediation

40000/0527-9728332v3

Lokey as financial advisors, the Ad Hoc Group has also engaged the services of Zolfo Cooper as

its financial and litigation support advisor.

5.      The nature of the services to be provided by FTI on behalf of the Debtors in

connection with the Ad Hoc Group Contested Matters include assisting the Debtors with all

aspects of discovery, including in terms of working with the Debtors to retrieve and organize

documents and other information responsive to broad and extensive discovery requests.  In

addition to serving as the conduit for the production of these documents and other information,

FTI has been organizing and categorizing the documents as well as tracking the status of the

fulfillment of the requests to ensure timely production.  FTI has also been asked to respond to

broad and comprehensive discovery requests regarding FTI work product which will require,

among other tasks, engaging e-discovery services to facilitate the search of the e-mails of

multiple custodians for over 85 search terms which will result in the production of a very large

volume of e-mails.  These e-mails will have to be individually reviewed by an FTI professional

in accordance with instructions from counsel for the Debtors.  In addition, the Ad Hoc Group

may seek to depose FTI personnel.  FTI may also be called upon to provide expert consulting or

testimony services, to address other requests as may be made by the Debtors, and to address

issues and matters raised by both Houlihan Lokey and Zolfo Cooper as well as other advisors

retained on behalf of the Ad Hoc Group, in each instance, specific to the Ad Hoc Group

Contested Matters.

6.      For the avoidance of doubt, the Litigation Support Services hereunder for which

FTI will be entitled to compensation in addition to any otherwise applicable Monthly Caps or

---

Motion").  To the extent FTI is called upon to provide services in connection with the Committee JSN Adversary
Proceeding and/or the Ad Hoc Group Mediation Motion, or any mediation in connection therewith, such services
will be included as part of the Ad Hoc Group Contested Matters.

12-12020-mgg   Doc 4417   Filed 07/30/13   Entered 07/30/13 16:17:42   Main Document Pg 5 of 5

Rollover Provisions, shall not include services that would have been provided by FTI under terms of its otherwise applicable retention in the absence of the Ad Hoc Group Contested Matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __30__ day of July, 2013.


_____
William J. Nolan

5

# **EXHIBIT C**
## **Summary of Rollover Fees for Interim Application Period**

**EXHIBIT C**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**SUMMARY OF ROLLOVER FEES**
*FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013*

|     |                                              | 9/1/13-9/30/13 | 10/1/13-10/31/13 | 11/1/13-11/30/13 | 12/1/13-12/17/13 |
| --- | -------------------------------------------- | -------------: | ---------------: | ---------------: | ---------------: |
|     | Fees for Period                              | $1,040,274.00  | $1,476,361.50    | $929,725.50      | $201,605.50      |
|     | Plus: Rollover Fees from Prior Periods[1]    | 1,775,814.75   | 1,386,561.75     | 862,563.75       | 318,852.75       |
| (A) | **SUBTOTAL**                                 | **2,816,088.75** | **2,862,923.25** | **1,792,289.25** | **520,458.25**   |
|     | Cap on Fees for Period                       | 1,000,000.00   | 1,000,000.00     | 1,000,000.00     | 1,000,000.00     |
|     | Litigation Support - JSN Proceeding          | 429,527.00     | 1,000,359.50     | 473,436.50       | 0.00             |
| (B) | Total Cap on Fees for the Period             | 1,429,527.00   | 2,000,359.50     | 1,473,436.50     | 1,000,000.00     |
|     | **Billable Fees for Period (lesser of A or B)** | **1,429,527.00** | **2,000,359.50** | **1,473,436.50** | **520,458.25** |
|     | Expenses for Period                          | 47,047.23      | 13,443.36        | 13,250.30        | 348.13           |
|     | **Total Fees and Expenses for Period**       | **1,476,574.23** | **2,013,802.86** | **1,486,686.80** | **520,806.38**   |
|     | Rollover Fees for Next Period (lesser of $0 or A-B) | $1,386,561.75 | $862,563.75    | $318,852.75      | $0.00            |

[1] Beginning rollover amount was adjusted to reflect additional reduction negotiated with the US Trustee in connection with the Fourth Interim Application.

## **EXHIBIT D**
## **Summary of Fees and Hours by Task Code for Interim Application Period**

**EXHIBIT D**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**SUMMARY OF FEES BY TASK**
*FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Cash Management/Treasury | 19.3 | $12,802.50 |
| 2 | Cash Forecasting/Reporting | 42.2 | 27,334.00 |
| 5 | Technical Accounting and A/P Cutoff | 61.8 | 44,551.50 |
| 6 | Assistance with Various Motions | 119.2 | 64,501.00 |
| 9 | Tax | 1.3 | 1,163.50 |
| 11 | Monthly Operating Report | 21.6 | 13,647.00 |
| 12 | UCC/Ad-hoc Committee Management | 285.4 | 196,647.00 |
| 13 | UST Compliance | 0.6 | 490.50 |
| 15 | Estate Winddown Planning | 254.8 | 154,491.00 |
| 16 | Claims Management, Reconciliation and Resolution | 975.6 | 468,162.00 |
| 17 | Plan Development and Supporting Analyses | 711.0 | 429,831.50 |
| 18 | Recovery Waterfall Analysis | 4.2 | 2,268.00 |
| 20 | Case/Project Management | 152.3 | 106,741.00 |
| 21 | Prepare for and Attend Court Hearings | 12.4 | 9,754.00 |
| 23 | 363 Sale Support | 2.7 | 1,495.50 |
| 24 | Fee Application Process | 635.6 | 303,254.50 |
| 25 | Travel | 95.0 | 68,882.50 |
| 28 | Litigation Support - JSN Proceeding | 3,146.3 | 1,903,323.00 |
| | **Subtotal** | **6,541.3** | **$3,809,340.00** |
| | Voluntary reduction for non-working travel time[1] | | (67,032.50) |
| | Voluntary reduction for fee application preperation time | | (106,451.00) |
| | Voluntary reduction for transitory timekeeper[2] | | (2,837.00) |
| | **Grand Total** | **6,541.3** | **$3,633,019.50** |

[1] Includes additional reductions to non-working travel time incurred in September 2013 for travel to and from New York, not included on the fee statement. This brings the total reduction for travel to and from New York to 100% of time incurred in the Interim Application Period.

[2] Reflects reduction in fees incurred by FTI professionals, which billed fewer than 5 hours on this matter.

## **EXHIBIT E**
## **Summary of Fees and Hours by Professional for Interim Application Period**

**EXHIBIT E**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Alvarez, Javier | Senior Director | 570 | 2.8 | $ 1,596.00 |
| Bernstein, Matthew | Senior Consultant | 470 | 0.7 | 329.00 |
| Brower, Daly | Consultant | 280 | 76 | 21,280.00 |
| Brown JR, Walton | Managing Director | 740 | 82.4 | 60,976.00 |
| Brown, Michael[1] | Consultant | 285 | 137.8 | 39,297.00 |
| Dragelin, Timothy J. | Senior Managing Director | 895 | 43.8 | $ 39,201.00 |
| Eisenband, Michael | Senior Managing Director | 895 | 8 | 7,160.00 |
| Giampietro, Claude | Consultant | 305 | 5.8 | 1,769.00 |
| Grover, Mark | Senior Managing Director | 720 | 21.7 | 15,624.00 |
| Gutzeit, Gina | Senior Managing Director | 895 | 322 | 288,190.00 |
| Hayes, Dana | Senior Director | 560 | 1.2 | 672.00 |
| Heller, Alana | Director | 535 | 56.5 | 30,227.50 |
| Hellmund-Mora, Marili | Associate | 250 | 152.3 | 38,075.00 |
| Imburgia, Basil | Senior Managing Director | 720 | 1.6 | 1,152.00 |
| Joffe, Steven | Senior Managing Director | 895 | 0.3 | 268.50 |
| Kay, Peter | Senior Managing Director | 700 | 0.8 | 560.00 |
| Kerr, Andrew | Consultant | 305 | 56.3 | 17,171.50 |
| Khairoullina, Kamila | Senior Consultant | 505 | 8.1 | 4,090.50 |
| Lynch, Phillip | Senior Consultant | 420 | 15.2 | 6,384.00 |
| Mathur, Yash | Senior Consultant | 325 | 705 | 229,125.00 |
| McDonagh, Timothy | Managing Director | 755 | 115.6 | 87,278.00 |
| McDonald, Brian | Director | 615 | 432.7 | 266,110.50 |
| Meerovich, Tatyana | Managing Director | 725 | 437.2 | 316,970.00 |
| Milazzo, Anthony[1] | Managing Director | 623 | 198 | 123,442.00 |
| Moore, Teresa | Professional Assistant | 220 | 86.5 | 19,030.00 |
| Moser, Edward | Consultant | 325 | 1 | 325.00 |
| Murphy, Jennifer | Consultant | 280 | 39 | 10,920.00 |
| Nolan, William J. | Senior Managing Director | 895 | 388.6 | 347,797.00 |
| Park, Ji Yon | Managing Director | 705 | 6.4 | 4,512.00 |

**EXHIBIT E**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Renzi, Mark A | Senior Managing Director | 790 | 490.8 | 387,732.00 |
| Rodriguez, Yolanda | Paraprofessional | 150 | 10 | 1,500.00 |
| Smith, Douglas[1] | Senior Director | 542 | 20.6 | 11,169.00 |
| Stahlke IV, William | Consultant | 315 | 10 | 3,150.00 |
| Szymik, Filip | Senior Consultant | 540 | 555.9 | 300,186.00 |
| Talarico, Michael J | Managing Director | 740 | 669.3 | 495,282.00 |
| Thompson, Brian | Senior Consultant | 250 | 4.5 | 1,125.00 |
| Tracy, Alexander | Consultant | 325 | 636.1 | 206,732.50 |
| Witherell, Brett | Director | 570 | 735.8 | 419,406.00 |
| Yozzo, John | Managing Director | 705 | 5 | 3,525.00 |
| **SUB TOTAL** | | | **6,541.3** | **3,809,340.00** |
| Voluntary reduction for non-working travel time[2] | | | | (67,032.50) |
| Voluntary reduction for fee application preperation time | | | | (106,451.00) |
| Voluntary reduction for transitory timekeeper[3] | | | | (2,837.00) |
| **GRAND TOTAL** | | | **6,541.3** | **$ 3,633,019.50** |

[1] Billing rate reflects a blended average for the priod.

[2] Includes additional reductions to non-working travel time incurred in September 2013 for travel to and from New York, not included on the fee statement. This brings the total reduction for travel to and from New York to 100% of time incurred in the Interim Application Period.

[3] Reflects reduction in fees incurred by FTI professionals, which billed fewer than 5 hours on this matter.

## **EXHIBIT F**
### **Summary of Expenses by Category for Interim Application Period**

**EXHIBIT F**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**SUMMARY OF EXPENSES BY CATEGORY**
*SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013*

| *Expense Category* | *Total Expenses* |
|---|---|
| Airfare | $22,319.30 |
| Business Meals | $3,479.51 |
| Ground Transportation | $11,325.96 |
| Lodging | $16,660.06 |
| Other | $20,304.19 |
| *Total* | **$74,089.02**[1] |

*(1) Prior period expenses incurred, but not previously billed, are included in total.*

# EXHIBIT G
## Detail of Time Entries for Interim Application Period

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/3/2013 | McDonagh, Timothy | 0.5 | Respond to questions regarding purpose of restricted cash with Ally. |
| 1 | 10/3/2013 | McDonagh, Timothy | 0.4 | Participate in call with B. Westman (Debtors) to discuss purpose of restricted cash with Ally. |
| 1 | 10/3/2013 | Witherell, Brett | 0.2 | Participate in call on treasury activity with B. Joslin (Debtors), P. Grande (Debtors), K. Peterson (Debtors), J. Micke (Debtors), K. Abdallah (AFI), S. McClellan (AFI). |
| 1 | 10/7/2013 | Witherell, Brett | 0.2 | Participate in call on treasury activity with B. Joslin (Debtors), K. Peterson (Debtors), P. Grande (Debtors), and K. Abdallah (AFI). |
| 1 | 10/9/2013 | Witherell, Brett | 0.2 | Review file of professional fees paid from J. Horner (Debtors). |
| 1 | 10/9/2013 | Witherell, Brett | 0.3 | Participate in call on treasury activity with P. Grande (Debtors), J. Micke (Debtors), K. Peterson (Debtors), B. Joslin (Debtors), K. Abdallah (AFI), and S. McClellan (AFI). |
| 1 | 10/10/2013 | Witherell, Brett | 0.3 | Participate in call on treasury activity with P. Grande (Debtors), K. Peterson (Debtors), B. Joslin (Debtors), K. Abdallah (AFI), S. McClellan (AFI). |
| 1 | 10/11/2013 | Witherell, Brett | 0.2 | Participate in call on treasury activity with J. Micke (Debtors), K. Peterson (Debtors), B. Joslin (Debtors), K. Abdallah (AFI), S. McClellan (AFI). |
| 1 | 10/14/2013 | Witherell, Brett | 0.2 | Participate in call on treasury activity with J. Micke (Debtors), K. Peterson (Debtors), B. Joslin (Debtors), and S. McClellan (AFI). |
| 1 | 10/15/2013 | Witherell, Brett | 0.2 | Check cash balances in cash flow variance and forecast against actual cash balances by facility. |
| 1 | 10/16/2013 | Witherell, Brett | 0.2 | Participate in treasury cash meeting with B. Joslin (Debtors), K. Peterson (Debtors), K. Abdallah (AFI), S. McClellan (AFI). |
| 1 | 10/18/2013 | Witherell, Brett | 0.2 | Participate in treasury meeting with B. Joslin (Debtors), K. Abdallah (AFI), and S. McClellan (AFI). |
| 1 | 10/23/2013 | Witherell, Brett | 0.2 | Participate in treasury call with B. Joslin (Debtors), K. Peterson (Debtors), J. Micke (Debtors), and K. Abdallah (AFI). |
| **1 Total** | | | **3.3** | |
| 2 | 10/1/2013 | Gutzeit, Gina | 0.4 | Verify professional fees approved, accrued and payments. |
| 2 | 10/3/2013 | Gutzeit, Gina | 0.6 | Review updated analysis of professional fees by firm and estimates through confirmation of Plan. |
| 2 | 10/8/2013 | Witherell, Brett | 0.3 | Answer questions on lifetime cash flow expenses. |
| 2 | 10/9/2013 | Witherell, Brett | 0.7 | Create file of lifetime cash forecast for distribution to UCC. |
| 2 | 10/11/2013 | Meerovich, Tatyana | 1.2 | Review draft of September variance analysis. |
| 2 | 10/11/2013 | Meerovich, Tatyana | 1.7 | Review draft of October cash flow projections. |
| 2 | 10/11/2013 | Witherell, Brett | 0.6 | Review draft September variance report. |
| 2 | 10/11/2013 | Witherell, Brett | 1.1 | Review draft of the October cash flow forecast. |
| 2 | 10/11/2013 | Witherell, Brett | 0.9 | Participate in call with J. Horner (Debtors), P. Grande (Debtors), K. Peterson (Debtors), J. Micke (Debtors) to review September variance report and October forecast. |
| 2 | 10/15/2013 | Meerovich, Tatyana | 0.9 | Review and provide comments on revised October cash flow projections. |
| 2 | 10/15/2013 | Meerovich, Tatyana | 0.7 | Review revised draft of September cash flow variance analysis. |
| 2 | 10/15/2013 | Witherell, Brett | 0.9 | Review final version of September variance report and October cash flow forecast. |
| 2 | 10/15/2013 | Witherell, Brett | 0.6 | Participate in call with P. Grande (Debtors), K. Peterson (Debtors), J. Micke (Debtors), B. Joslin (Debtors) to review September variance report and October Cash Flow Forecast. |
| 2 | 10/16/2013 | Witherell, Brett | 0.4 | Review flash report to be published on 10/16. |
| 2 | 10/21/2013 | Tracy, Alexander | 0.7 | Revise October cash flow projections for external distribution to UCC. |
| 2 | 10/22/2013 | Meerovich, Tatyana | 0.5 | Review excel support of October forecast and variance analysis prepared at the request of M. Eisenberg (Alix). |
| 2 | 10/22/2013 | Tracy, Alexander | 0.4 | Perform quality check of October cash flow projections for distribution to UCC. |
| 2 | 10/22/2013 | Tracy, Alexander | 0.5 | Prepare September variance analysis in excel for external distribution to UCC. |
| 2 | 10/22/2013 | Tracy, Alexander | 0.3 | Perform quality check of September variance analysis for distribution to UCC. |
| 2 | 10/22/2013 | Witherell, Brett | 0.2 | Prepare cash flow forecast and variance for distribution to the UCC. |
| 2 | 10/24/2013 | Witherell, Brett | 2.1 | Review cash flows from September against tracking file. |
| **2 Total** | | | **15.7** | |
| 5 | 10/3/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Horst (Debtors), P. Fossell (Debtors), and G. Westervelt (Debtors) to discuss the process for communicating allowed claims to the accounting group for recognition in the books and records. |
| 5 | 10/8/2013 | Gutzeit, Gina | 0.4 | Read and respond to question from B. Westman (Debtors) on the treatment of the Pension Plan for ResCap employees. |
| 5 | 10/10/2013 | Milazzo, Anthony | 1.3 | Perform research related to liquidation accounting query from B. Westman (Debtors). |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 10/11/2013 | Milazzo, Anthony | 2.0 | Prepare detailed response to liquidation accounting query incorporating additional research on topic. |
| 5 | 10/14/2013 | Gutzeit, Gina | 0.4 | Read pension plan and outline accounting requirements. |
| 5 | 10/29/2013 | Milazzo, Anthony | 1.0 | Respond to ResCap related pension accounting query. |
| 5 | 10/29/2013 | Talarico, Michael J | 0.7 | Participate in call with G. Westervelt (Debtors) and P. Fossell (Debtors) to discuss the process for providing the Debtors' accounting group with information to book entries for Liabilities Subject to Compromise. |
| 5 | 10/30/2013 | Gutzeit, Gina | 0.5 | Research and respond to questions from B. Westman (Debtors) regarding treatment of pension plans and related accounting. |
| **5 Total** | | | **6.8** | |
| 6 | 10/25/2013 | McDonald, Brian | 0.2 | Read latest court filings entered into docket. |
| **6 Total** | | | **0.2** | |
| 9 | 10/4/2013 | Nolan, William J. | 0.4 | Review tax information regarding the OID calculation requested by Alix Partners. |
| 9 | 10/4/2013 | Nolan, William J. | 0.3 | Participate in call with B. Westman (Debtors) to discuss the OID calculations and tax impact. |
| 9 | 10/4/2013 | Nolan, William J. | 0.3 | Correspond with J. Levitt (MoFo) and S. Engelhardt (MoFo) to discuss the tax documents and sharing with Alix Partners. |
| **9 Total** | | | **1.0** | |
| 11 | 10/23/2013 | Talarico, Michael J | 0.5 | Prepare revised claims resolution counts and dollars to incorporate into global notes for the September Monthly Operating Report. |
| 11 | 10/24/2013 | Gutzeit, Gina | 0.5 | Participate in call with J. Wishnew (MoFo), P. Grande (Debtors), J. Bazella (Debtors), and B. Westman (Debtors) to review the September Monthly Operating Report (partial). |
| 11 | 10/24/2013 | Talarico, Michael J | 0.3 | Review draft of the September Monthly Operating Report and provide comments and edits. |
| 11 | 10/24/2013 | Talarico, Michael J | 0.3 | Review revised draft of the September Monthly Operating Report. |
| 11 | 10/24/2013 | Talarico, Michael J | 0.6 | Participate in call with J. Wishnew (MoFo), P. Grande (Debtors), J. Bazella (Debtors), and B. Westman (Debtors) to review the September Monthly Operating Report. |
| 11 | 10/24/2013 | Witherell, Brett | 1.2 | Verify information in September Monthly Operating Report. |
| 11 | 10/24/2013 | Witherell, Brett | 0.6 | Participate in call to review September MOR files with J. Bazella (Debtors), B. Westman (Debtors), P. Grande (Debtors), K. Peterson (Debtors), and J. Wishnew (MoFo). |
| 11 | 10/25/2013 | Talarico, Michael J | 0.2 | Perform final review of the September Monthly Operating Report. |
| **11 Total** | | | **4.2** | |
| 12 | 10/1/2013 | Gutzeit, Gina | 0.4 | Discuss with Debtors' management the proposed agenda for 10/2/13 UCC meeting. |
| 12 | 10/1/2013 | Meerovich, Tatyana | 1.0 | Participate in call with J. Horner (Debtors), C. Gordy (Debtors), W. Tyson (Debtors), and D. Horst (Debtors) to review draft of October UCC presentation. |
| 12 | 10/1/2013 | Meerovich, Tatyana | 0.8 | Review and provide comments on draft October UCC presentation. |
| 12 | 10/1/2013 | Meerovich, Tatyana | 0.8 | Review draft UCC flash report. |
| 12 | 10/1/2013 | Nolan, William J. | 0.1 | Review agenda and updates for UCC meeting. |
| 12 | 10/1/2013 | Nolan, William J. | 0.7 | Review ResCap Borrower True Up presentation in anticipation of the meeting with the UCC on 10/2/2013. |
| 12 | 10/1/2013 | Nolan, William J. | 0.3 | Review draft UCC flash report. |
| 12 | 10/1/2013 | Nolan, William J. | 0.5 | Review and provide comments on draft October UCC report. |
| 12 | 10/1/2013 | Nolan, William J. | 0.1 | Address FTI coverage of the UCC meeting on 10/2/13. |
| 12 | 10/1/2013 | Talarico, Michael J | 0.3 | Participate in call with D. Mannal (KL) and J. Wishnew (MoFo) to discuss the presentation to the UCC on the borrower trust true-up analysis. |
| 12 | 10/1/2013 | Talarico, Michael J | 0.6 | Participate in call with the Debtors and MoFo to review the monthly update presentation for the UCC. |
| 12 | 10/1/2013 | Talarico, Michael J | 1.3 | Summarize talking points on the large non-borrower claims for meeting with the UCC and their advisors. |
| 12 | 10/1/2013 | Talarico, Michael J | 0.3 | Participate in call with J. Wishnew (MoFo) to discuss claims update presentation for the UCC. |
| 12 | 10/1/2013 | Talarico, Michael J | 1.3 | Prepare analysis of the claims strategy report summarizing the priority of the claims by strategy type in response to request from KL. |
| 12 | 10/1/2013 | Witherell, Brett | 0.5 | Participate in call with J. Horner (Debtors), P. Grande (Debtors), C. Gordy (Debtors), T. Hamzehpour (Debtors), J. Wishnew (MoFo), N. Rosenbaum (MoFo), and D. Horst (Debtors) on presentation to UCC. |
| 12 | 10/2/2013 | Gutzeit, Gina | 0.3 | Review agenda and updates for UCC meeting. |
| 12 | 10/2/2013 | McDonald, Brian | 0.1 | Participate in call with M. Landy (Alix) to discuss questions re: FHA/VA interest to be discussed with Debtors. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 10/2/2013 | Nolan, William J. | 0.3 | Review agenda and case updates in preparation for UCC meeting. |
| 12 | 10/2/2013 | Nolan, William J. | 2.8 | Participate in meeting with UCC and all advisors for monthly update presentation. |
| 12 | 10/2/2013 | Nolan, William J. | 0.7 | Prepare for the meeting with the UCC advisors for the monthly update presentation. |
| 12 | 10/2/2013 | Nolan, William J. | 0.4 | Work on the reconciliation of the amount of distribution to unsecured creditors at UCC's request. |
| 12 | 10/2/2013 | Szymik, Filip | 1.3 | Review the Debtors' 10/2/13 UCC presentation. |
| 12 | 10/2/2013 | Szymik, Filip | 0.9 | Prepare summary of changes in recoveries between the Plan Support Agreement and the 10/2/13 UCC presentation. |
| 12 | 10/2/2013 | Talarico, Michael J | 0.4 | Prepare summary talking points for meeting with the UCC on claims. |
| 12 | 10/2/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Horst (Debtors) to debrief from the UCC presentation and discuss analysis of disputed claims reserve. |
| 12 | 10/2/2013 | Talarico, Michael J | 2.2 | Participate in the monthly UCC meeting with Kramer, Alix Partners, Centerview, and MoFo to provide state of the Estate report (partial). |
| 12 | 10/2/2013 | Witherell, Brett | 0.7 | Review UCC presentation in advance of monthly update meeting. |
| 12 | 10/2/2013 | Witherell, Brett | 2.8 | Participate in meeting with UCC and all advisors for monthly update presentation. |
| 12 | 10/4/2013 | Talarico, Michael J | 0.2 | Correspond with J. Shifer (KL) explaining the methodology in the estimation of the holders of Liquidating Trust Units at the Effective Date. |
| 12 | 10/4/2013 | Talarico, Michael J | 0.1 | Correspond with J. Shifer (KL) regarding the assumptions in the estimate of Liquidating Trust Unit holders at the Effective Date. |
| 12 | 10/6/2013 | Nolan, William J. | 0.1 | Correspond with J. Horner (Debtors) regarding waterfall and reconciliation of recoveries on unsecured claims. |
| 12 | 10/7/2013 | Nolan, William J. | 0.6 | Address J. Horner's (Debtors) request to review the reconciliation of overall expenses as requested by the UCC. |
| 12 | 10/8/2013 | Nolan, William J. | 0.2 | Address question from P. Grande (Debtors) regarding the waterfall and reconciliation of recoveries to unsecured creditors. |
| 12 | 10/8/2013 | Szymik, Filip | 0.5 | Participate in call with A. Gibler (Moelis) re: reconciliation of the GUC claims included in the UCC presentation. |
| 12 | 10/8/2013 | Talarico, Michael J | 0.3 | Correspond with M. Eisenberg (Alix Partners) to address questions on wholly unliquidated claims. |
| 12 | 10/9/2013 | Meerovich, Tatyana | 0.4 | Review updated draft of lifetime cash flows requested by S. Tandberg (Alix). |
| 12 | 10/9/2013 | Meerovich, Tatyana | 0.4 | Review projected workstream for UCC advisors. |
| 12 | 10/9/2013 | Talarico, Michael J | 1.2 | Research questions on unliquidated claims to prepare for call with Alix. |
| 12 | 10/9/2013 | Talarico, Michael J | 2.2 | Participate in call with J. Shifer (KL), C. Archer (KL) to discuss the number of trust unit holders and the disputed claims reserve analysis. |
| 12 | 10/9/2013 | Talarico, Michael J | 0.8 | Participate in call with S. Tandberg (Alix) and M. Eisenberg (Alix) to discuss the estimation of wholly unliquidated claims for the disputed claims reserve. |
| 12 | 10/9/2013 | Talarico, Michael J | 0.4 | Review changes to the borrower trust true-up presentation to UCC based on comments from KL and MoFo. |
| 12 | 10/9/2013 | Tracy, Alexander | 1.8 | Perform quality check of draft of UCC borrower claims true-up presentation. |
| 12 | 10/9/2013 | Witherell, Brett | 0.5 | Review file on work flow for UCC. |
| 12 | 10/9/2013 | Witherell, Brett | 1.2 | Update borrower true-up slides for UCC presentation to incorporate changes from KL and MoFo. |
| 12 | 10/10/2013 | McDonald, Brian | 0.1 | Participate on call with M. Landy (Alix) to discuss follow-up regarding certain cash accounts at ResCap. |
| 12 | 10/10/2013 | McDonald, Brian | 0.2 | Follow up with ResCap regarding bank statement follow-ups from M. Landy (Alix) and D. Strouse (Alix). |
| 12 | 10/10/2013 | Szymik, Filip | 0.7 | Participate in call with A. Gibler (Moelis) re: claim amounts included in the UCC presentation. |
| 12 | 10/10/2013 | Talarico, Michael J | 0.4 | Document the difference in the claims estimate in the disclosure statement recovery analysis and presentation to the UCC. |
| 12 | 10/10/2013 | Talarico, Michael J | 0.5 | Bridge GMACM claims estimate in the disclosure statement versus the most recent UCC presentation to respond to request from Moelis. |
| 12 | 10/10/2013 | Talarico, Michael J | 1.0 | Participate in call with D. Horst (Debtors) and C. MacElree (Debtors) to discuss the UCC presentation on the disputed claims reserve. |
| 12 | 10/14/2013 | Nolan, William J. | 0.1 | Prepare correspondence re: update on the reconciliation analysis of recoveries to unsecured creditors. |
| 12 | 10/14/2013 | Szymik, Filip | 1.6 | Update trial balance model as of 4/30/13 to reflect proceeds from the Ocwen true-up and other increases in recoveries. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 10/14/2013 | Szymik, Filip | 1.4 | Update waterfall model to reflect the additional recoveries and impact of decrease in expenses. |
| 12 | 10/14/2013 | Szymik, Filip | 2.4 | Prepare bridge analysis between recoveries from the original Plan Support Agreement and the updated waterfall model. |
| 12 | 10/15/2013 | Mathur, Yash | 1.8 | Create flash report analysis of the entire claims reconciliation process as requested by D. Horst (Debtors). |
| 12 | 10/15/2013 | Meerovich, Tatyana | 0.8 | Review draft of UCC flash report. |
| 12 | 10/17/2013 | Meerovich, Tatyana | 0.4 | Finalize and prepare for distribution UCC flash report. |
| 12 | 10/17/2013 | Nolan, William J. | 0.4 | Review and comment upon the UCC flash report. |
| 12 | 10/17/2013 | Nolan, William J. | 0.1 | Distribute finalized UCC Flash Report to Alix Partners. |
| 12 | 10/20/2013 | Talarico, Michael J | 0.7 | Update presentation for the disputed claims reserve to review with MoFo and the Debtors. |
| 12 | 10/20/2013 | Talarico, Michael J | 0.8 | Prepare talking points for meeting with the UCC to discuss presentation on the disputed claims reserve. |
| 12 | 10/20/2013 | Witherell, Brett | 0.6 | Summarize updates to the disputed claims reserve presentation. |
| 12 | 10/20/2013 | Witherell, Brett | 2.1 | Update disputed claims presentation. |
| 12 | 10/20/2013 | Witherell, Brett | 1.0 | Participate in call on disputed claims reserve presentation with D. Horst (Debtors), B. Thompson (Debtors) J. Wishnew (MoFo), and N. Rosenbaum (MoFo). |
| 12 | 10/21/2013 | Gutzeit, Gina | 1.7 | Participate in call with J. Shifer (KL), D. Mannal (KL), M. Eisenberg (Alix), S. Tandberg (Alix), J. Wishnew (MoFo), N. Rosenbaum (MoFo), and D. Horst (Debtors) on disputed claims estimate and presentation. |
| 12 | 10/21/2013 | Mathur, Yash | 0.8 | Review draft disputed claims reserve deck to be reviewed with MoFo and the Debtors. |
| 12 | 10/21/2013 | Mathur, Yash | 0.9 | Revise the draft claims analysis for the disputed claims reserve presentation. |
| 12 | 10/21/2013 | Talarico, Michael J | 0.4 | Summarize updates to the disputed claims reserve presentation based on call with MoFo and the Debtors. |
| 12 | 10/21/2013 | Talarico, Michael J | 1.1 | Prepare exhibit for the disputed claims reserve presentation to reconcile the claims included in the disputed claims reserve to the claims register. |
| 12 | 10/21/2013 | Talarico, Michael J | 0.3 | Incorporate edits from MoFo into the disputed claims reserve analysis before reviewing with KL. |
| 12 | 10/21/2013 | Talarico, Michael J | 0.4 | Participate in call with D. Horst (Debtors) to discuss the follow-ups based on reviewing the disputed claims reserve with KL. |
| 12 | 10/21/2013 | Witherell, Brett | 1.7 | Participate in call with J. Shifer (KL), D. Mannal (KL), M. Eisenberg (Alix), S. Tandberg (Alix), J. Wishnew (MoFo), N. Rosenbaum (MoFo), and D. Horst on disputed claims estimate and presentation. |
| 12 | 10/22/2013 | Szymik, Filip | 0.5 | Review due diligence questions from Moelis and Alix regarding the status of negotiations of excluded deals. |
| 12 | 10/22/2013 | Talarico, Michael J | 0.9 | Update claims register and respond to the UCC requests on disputed claims reserve. |
| 12 | 10/23/2013 | Eisenband, Michael | 0.9 | Participate in call with K. Eckstein (KL) re: key case issues. |
| 12 | 10/23/2013 | McDonald, Brian | 0.2 | Participate in call with C. Gordy (Debtors) regarding production of updated forecast for excluded deals by counterparty. |
| 12 | 10/23/2013 | McDonald, Brian | 0.6 | Review prior document productions to identify potential documents being referenced by UCC advisors regarding recoveries on excluded deals. |
| 12 | 10/23/2013 | Szymik, Filip | 0.3 | Participate in call with S. Hasan (Moelis) and S. Tandberg (Alix) re: status of excluded deals. |
| 12 | 10/23/2013 | Witherell, Brett | 1.3 | Create deliverables from claims strategy file for KL. |
| 12 | 10/24/2013 | McDonald, Brian | 0.1 | Participate on call with S. Tandberg (Alix) to discuss Syncora cures and excluded deals. |
| 12 | 10/24/2013 | McDonald, Brian | 0.2 | Participate on call with T. Farley (Debtors) to discuss excluded deals forecast to be provided to UCC. |
| 12 | 10/24/2013 | McDonald, Brian | 0.1 | Participate on call with S. Tandberg (Alix) and S. Hasan (Moelis) to discuss excluded deal follow-up questions. |
| 12 | 10/24/2013 | McDonald, Brian | 0.4 | Review and verify schedule of excluded deal recoveries provided by C. Gordy (Debtors) to be sent to UCC advisors. |
| 12 | 10/24/2013 | McDonald, Brian | 0.2 | Cross reference excluded deal execution forecast vs. cash forecast provided by C. Gordy (Debtors) prior to providing to UCC advisors. |
| 12 | 10/24/2013 | McDonald, Brian | 0.1 | Prepare cover email to provide to UCC advisors regarding excluded deals forecasts. |
| 12 | 10/24/2013 | McDonald, Brian | 0.1 | Coordinate conference call to be held 10/25/13 with S. Hasan (Moelis), S. Tandberg (Alix), and T. Farley (Debtors). |
| 12 | 10/24/2013 | Meerovich, Tatyana | 1.4 | Review draft September UCC performance report prepared by C. Gordy (Debtors). |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 10/24/2013 | Talarico, Michael J | 0.5 | Participate in call with J. Shifer (KL), S. Tandberg (Alix), M. Dolan (Debtors), and H. Snyder (Debtors) to discuss the contract assumption list. |
| 12 | 10/24/2013 | Talarico, Michael J | 0.6 | Prepare reconciliation of the revised disputed claims reserve analysis to what was presented to the UCC advisors in response to request. |
| 12 | 10/24/2013 | Talarico, Michael J | 0.1 | Correspond with J. Wishnew (MoFo) to address questions on analyses in response to requests from KL. |
| 12 | 10/24/2013 | Witherell, Brett | 1.5 | Review draft of September monthly update presentation to UCC. |
| 12 | 10/25/2013 | Mathur, Yash | 0.6 | Update flash claims report depicting a high level overview of the reconciliation status of all claims on the claims register as requested by D. Horst (Debtors). |
| 12 | 10/25/2013 | McDonald, Brian | 0.4 | Participate on call with S. Tandberg (Alix), S. Hasan (Moelis), and T. Farley (Debtors) regarding excluded deal recovery forecast. |
| 12 | 10/25/2013 | McDonald, Brian | 0.5 | Review estimates of recoveries on excluded deals in preparation for call with UCC advisors to discuss same. |
| 12 | 10/25/2013 | Meerovich, Tatyana | 0.6 | Participate on a conference call with C. Gordy (Debtors), J. Horner (Debtors), J. Micke (Debtors), and P. Grande (Debtors) to review draft of September UCC performance report (partial). |
| 12 | 10/25/2013 | Talarico, Michael J | 0.6 | Participate in call with J. Wishnew (MoFo), D. Horst (Debtors), and C. MacElree (Debtors) to discuss information to provide the UCC in response to disputed claims reserve. |
| 12 | 10/25/2013 | Talarico, Michael J | 0.2 | Participate in call with J. Wishnew (MoFo) regarding the presentation on the disputed claims reserve. |
| 12 | 10/25/2013 | Talarico, Michael J | 0.3 | Update presentation on the disputed claims reserve to reflect comments from MoFo. |
| 12 | 10/25/2013 | Witherell, Brett | 0.6 | Review September monthly performance presentation for UCC. |
| 12 | 10/25/2013 | Witherell, Brett | 0.8 | Participate in call with J. Horner (Debtors), C. Gordy (Debtors), P. Grande (Debtors), R. Nielsen (Debtors), and J. Micke (Debtors) on September performance review for UCC. |
| 12 | 10/26/2013 | Talarico, Michael J | 0.1 | Review schedule from Moelis estimating the impact of the disputed claims reserve on the liquidating trust units. |
| 12 | 10/27/2013 | Talarico, Michael J | 2.1 | Participate in call with C. MacElree (Debtors) to work on deliverables on servicing and whole loan repurchase claims for meeting with UCC advisors. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.6 | Participate in call with J. Shifer (KL), N. Rosenbaum (MoFo), and J. Wishnew (MoFo) to discuss the impact of the disputed claims reserve on the units and recovery percentage. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.9 | Participate in call with C. MacElree (Debtors), D. Horst (Debtors), and C. Laubach (Debtors) for presentation on servicing and whole loan repurchase claims for meeting with UCC advisors. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.8 | Review and revise analysis summary of servicing and whole loan repurchase claims for meeting with UCC advisors. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.1 | Review responses to questions on write-up of analysis of servicing and whole loan repurchase claims for meeting with the UCC advisors. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.3 | Revise presentation on disputed claims reserve for comments from KL. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.2 | Participate in call with J. Shifer (KL) to discuss updates to the disputed claims reserve presentation. |
| 12 | 10/27/2013 | Talarico, Michael J | 1.8 | Update presentation on the disputed claims reserve for comments from KL. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.1 | Participate in call with J. Shifer (KL) to discuss the analysis of disputed claims reserve impact on liquidating trust unit allocation. |
| 12 | 10/27/2013 | Talarico, Michael J | 0.2 | Summarize secured, administrative, priority and convenience class reserve in response to question from J. Shifer (KL). |
| 12 | 10/27/2013 | Talarico, Michael J | 0.3 | Research and respond to questions from J. Shifer (KL) regarding the comparison of the allowed and disputed claims reserve with the estimate of general unsecured claims in the disclosure statement. |
| 12 | 10/28/2013 | Gutzeit, Gina | 0.7 | Review Estate monthly performance summary provided to UCC. |
| 12 | 10/28/2013 | Talarico, Michael J | 1.2 | Participate in call with D. Horst (Debtors) to discuss the presentation to the UCC for monthly status report and the disputed claims reserve. |
| 12 | 10/28/2013 | Talarico, Michael J | 0.3 | Prepare reconciliation of current disputed claims reserve analysis to the prior version reviewed with the UCC advisors. |
| 12 | 10/28/2013 | Talarico, Michael J | 0.8 | Update presentation on the disputed claims reserve analysis to reflect additional comments from KL. |
| 12 | 10/28/2013 | Talarico, Michael J | 0.4 | Participate in call with J. Shifer (KL) regarding the reconciliation of the general unsecured claims estimate versus the current estimate including the disputed claims reserve motion. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 10/28/2013 | Talarico, Michael J | 0.5 | Participate in call with J. Shifer (KL) to discuss the impact of the disputed claims reserve estimates on trust units. |
| 12 | 10/28/2013 | Witherell, Brett | 0.5 | Participate in call on whole loan claims and securitizations with D. Horst (Debtors), C. MacElree (Debtors), L. Delehey (Debtors), and J. Shifer (KL). |
| 12 | 10/29/2013 | McDonald, Brian | 0.2 | Perform quality control checks to schedule of recoveries on excluded deals to be produced to S. Hasan (Moelis) and S. Tandberg (Alix). |
| 12 | 10/29/2013 | Talarico, Michael J | 0.4 | Highlight differences in proposed changes to the Disputed Claims Reserve presentation from KL. |
| 12 | 10/30/2013 | McDonald, Brian | 0.1 | Perform final review and quality control of excluded deal recovery schedule to be provided to S. Hasan (Moelis), and S. Tandberg (Alix). |
| 12 | 10/30/2013 | Talarico, Michael J | 0.3 | Participate in call with D. Horst (Debtors) to discuss the presentation to the UCC on the disputed claims reserve. |
| 12 | 10/30/2013 | Talarico, Michael J | 0.4 | Prepare sensitivity analysis on the Disputed Claims Reserve calculation based on parameters from KL. |
| 12 | 10/30/2013 | Talarico, Michael J | 0.6 | Update Disputed Claims Reserve presentation for additional comments from KL. |
| **12 Total** | | | **86.2** | |
| 13 | 10/25/2013 | Talarico, Michael J | 0.1 | Address questions from Debtors relating to questions on paying its quarterly US Trustee Fees. |
| 13 | 10/30/2013 | Gutzeit, Gina | 0.3 | Respond to inquiry from J. Horner (Debtors) re: UST quarterly fees. |
| **13 Total** | | | **0.4** | |
| 15 | 10/2/2013 | Gutzeit, Gina | 0.3 | Discuss with J. Horner (Debtors) the update required for the proposed 2014 KEIP / KERP. |
| 15 | 10/3/2013 | Gutzeit, Gina | 0.5 | Review existing compensation and incentive plans, outline requirements for updates post confirmation. |
| 15 | 10/3/2013 | Gutzeit, Gina | 0.5 | Review outline of analyses and related data required for update of incentive compensation plans including development of incentive targets for 2014 based on comments from MoFo. |
| 15 | 10/3/2013 | McDonagh, Timothy | 0.7 | Prepare workplan for 2014 KERP and revenue projections. |
| 15 | 10/3/2013 | Meerovich, Tatyana | 0.5 | Address organizational matters related to estate incentive plans and requested analyses. |
| 15 | 10/3/2013 | Nolan, William J. | 0.5 | Review update re: Estate incentive plans and requested analyses. |
| 15 | 10/3/2013 | Nolan, William J. | 0.4 | Address open items related to KEIP/ KERP. |
| 15 | 10/4/2013 | Gutzeit, Gina | 0.5 | Participate in discussion with the Debtors' management need to identify current and forecast by employee, by level and potential incentive compensation criteria. |
| 15 | 10/4/2013 | Gutzeit, Gina | 0.7 | Read the updated draft of the trust agreements and identified the securities trust issues. |
| 15 | 10/4/2013 | McDonagh, Timothy | 0.5 | Participate in call with J. Horner (Debtors) to discuss 2014 KERP. |
| 15 | 10/4/2013 | Witherell, Brett | 3.5 | Read draft of Borrower Trust Agreement and identify items for operational execution. |
| 15 | 10/6/2013 | Nolan, William J. | 0.2 | Prepare correspondence regarding upcoming conference call regarding KEIP/ KERP. |
| 15 | 10/7/2013 | McDonagh, Timothy | 0.5 | Participate in call with J. Horner (Debtors) and E. Oles (Debtors) to discuss 2014 KERP. |
| 15 | 10/7/2013 | McDonagh, Timothy | 0.6 | Participate in call with E. Oles (Debtors) to discuss 2014 KERP participant details. |
| 15 | 10/7/2013 | McDonagh, Timothy | 0.9 | Prepare outline of 2014 KERP presentation. |
| 15 | 10/7/2013 | McDonagh, Timothy | 0.8 | Review 2014 KERP participant detail. |
| 15 | 10/7/2013 | Nolan, William J. | 0.5 | Participate in call with J. Horner (Debtors) and E. Oles (Debtors) to discuss incentive compensation. |
| 15 | 10/7/2013 | Tracy, Alexander | 0.4 | Prepare summary of key items discussed on the KERP call with J. Horner (Debtors) and E. Oles (Debtors) overviewing changes to KERP. |
| 15 | 10/7/2013 | Tracy, Alexander | 0.8 | Review KERP model built by E. Oles (Debtors). |
| 15 | 10/7/2013 | Tracy, Alexander | 0.3 | Participate on call with E. Oles (Debtors) regarding outstanding questions regarding KERP model. |
| 15 | 10/7/2013 | Tracy, Alexander | 1.8 | Prepare KERP comparison schedule for inclusion into KERP UCC presentation. |
| 15 | 10/7/2013 | Tracy, Alexander | 0.8 | Perform quality check of KERP comparison schedule for inclusion into UCC presentation. |
| 15 | 10/7/2013 | Tracy, Alexander | 2.2 | Prepare KERP overview table for inclusion into KERP UCC presentation. |
| 15 | 10/7/2013 | Tracy, Alexander | 0.7 | Perform quality check review of KERP overview table for inclusion into UCC presentation. |
| 15 | 10/7/2013 | Tracy, Alexander | 1.1 | Revise KERP overview table for inclusion into UCC presentation. |
| 15 | 10/7/2013 | Tracy, Alexander | 0.8 | Prepare first draft of KERP presentation. |
| 15 | 10/8/2013 | McDonagh, Timothy | 0.5 | Participate in call with E. Oles (Debtors) to discuss 2014 KERP presentation. |
| 15 | 10/8/2013 | McDonagh, Timothy | 2.0 | Continue to develop presentation for 2014 KERP. |
| 15 | 10/8/2013 | McDonagh, Timothy | 0.5 | Correspond with E. Oles (Debtors) regarding questions on 2014 KERP participants. |
| 15 | 10/8/2013 | McDonagh, Timothy | 0.4 | Continue to review 2014 KERP participant detail. |
| 15 | 10/8/2013 | Tracy, Alexander | 1.5 | Revise KERP plan comparison schedule. |
| 15 | 10/8/2013 | Tracy, Alexander | 1.8 | Build KERP headcount summary schedule. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 15 | 10/8/2013 | Tracy, Alexander | 0.5 | Perform quality check review of KERP headcount summary schedule. |
| 15 | 10/8/2013 | Tracy, Alexander | 0.8 | Make revisions to KERP model based on edits from E. Oles (Debtors). |
| 15 | 10/8/2013 | Tracy, Alexander | 0.8 | Revise KERP headcount summary schedule based on internal comments. |
| 15 | 10/8/2013 | Tracy, Alexander | 0.3 | Revise KERP comparison schedule based on internal comments. |
| 15 | 10/8/2013 | Tracy, Alexander | 0.2 | Participate in call with E. Oles (Debtors) to review schedules. |
| 15 | 10/9/2013 | McDonagh, Timothy | 2.0 | Continue to develop presentation for 2014 KERP. |
| 15 | 10/9/2013 | Nolan, William J. | 0.4 | Participate in discussion with T. Hamzehpour (Debtors) regarding revised KEIP/ KERP and/ or management contracts. |
| 15 | 10/9/2013 | Tracy, Alexander | 1.2 | Update charts to revised KERP analysis and input received from the Debtors. |
| 15 | 10/9/2013 | Tracy, Alexander | 1.1 | Build additional schedules for KERP analysis. |
| 15 | 10/9/2013 | Tracy, Alexander | 1.3 | Build backup schedules for KERP analysis. |
| 15 | 10/9/2013 | Tracy, Alexander | 0.7 | Perform quality check review of all schedules for KERP analysis to tie back to model. |
| 15 | 10/9/2013 | Tracy, Alexander | 0.9 | Update headcount summary within KERP analysis with revised information received from the Debtors. |
| 15 | 10/9/2013 | Tracy, Alexander | 2.5 | Continue to revise the KERP analysis based on internal and external comments. |
| 15 | 10/9/2013 | Tracy, Alexander | 0.4 | Participate on call with E. Oles (Debtors) to discuss updated model. |
| 15 | 10/9/2013 | Tracy, Alexander | 0.9 | Update KERP schedules for further revised information received from the Debtors. |
| 15 | 10/10/2013 | Brown JR, Walton | 0.8 | Prepare update re: Disputed Claim Reserve processing. |
| 15 | 10/10/2013 | McDonagh, Timothy | 0.5 | Participate in call with E. Oles (Debtors) to discuss updated KERP data. |
| 15 | 10/10/2013 | McDonagh, Timothy | 0.6 | Review updated KERP data from E. Oles (Debtors). |
| 15 | 10/10/2013 | McDonagh, Timothy | 1.7 | Incorporate comments to KERP presentation. |
| 15 | 10/10/2013 | McDonagh, Timothy | 1.3 | Update KERP presentation prior to distribution. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.7 | Update schedules for KERP analysis based on additional comments and information received from the Debtors. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.8 | Build additional percentage range schedule for KERP analysis. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.3 | Draft email to distribute KERP presentation externally. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.1 | Analyze certain metrics to answer external question regarding KERP presentation. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.7 | Revise KERP presentation to provide additional descriptions and add requested clarifications. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.6 | Revise KERP metrics calculation. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.3 | Participate in a call with E. Oles (Debtors) to discuss further updates to model. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.1 | Perform quality check review of KERP analysis, model, and presentation before external distribution. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.3 | Incorporate J. Horner (Debtors) comments to KERP presentation. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.4 | Incorporate J. Wishnew (MoFo) comments to KERP presentation. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.5 | Update all KERP schedules with updated information. |
| 15 | 10/10/2013 | Tracy, Alexander | 1.3 | Perform quality check review of all KERP schedules with updated model. |
| 15 | 10/10/2013 | Tracy, Alexander | 0.7 | Incorporate additional comments into KERP presentation. |
| 15 | 10/10/2013 | Witherell, Brett | 2.3 | Read draft of borrower trust agreement. |
| 15 | 10/11/2013 | McDonagh, Timothy | 0.6 | Participate in call with T. Hamzehpour (Debtors), E. Oles (Debtors), and J. Horner (Debtors) to discuss 2014 KERP presentation. |
| 15 | 10/11/2013 | McDonagh, Timothy | 1.7 | Incorporate comments and updates to KERP presentation based on call with Debtors. |
| 15 | 10/11/2013 | Nolan, William J. | 0.3 | Review draft framework for KERP Presentation. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.7 | Verify all KERP schedules against source information. |
| 15 | 10/11/2013 | Tracy, Alexander | 1.2 | Perform quality check review of KERP presentation and all schedules before external distribution. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.7 | Incorporate J. Wishnew (MoFo) edits into KERP presentation. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.6 | Revise KERP presentation based on external comments. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.8 | Perform quality check review of revised KERP presentation before distribution. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.7 | Prepare summary of key items discussed in call with  T. Hamzehpour (Debtors), L. Kruger (CRO), J. Horner (Debtors), E. Oles (Debtors) regarding  KERP presentation. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.8 | Update schedules within KERP presentation for revised line items. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.6 | Continue to verify all KERP schedules against source information. |
| 15 | 10/11/2013 | Tracy, Alexander | 1.8 | Revise KERP presentation for all comments recorded on earlier call. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.7 | Perform quality check review of revised KERP presentation. |
| 15 | 10/11/2013 | Tracy, Alexander | 0.9 | Revise KERP presentation based on final internal comments. |
| 15 | 10/11/2013 | Tracy, Alexander | 1.0 | Perform quality check review of KERP presentation before external distribution to the group. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 15 | 10/11/2013 | Witherell, Brett | 1.8 | Prepare list of work streams post confirmation at the request of J. Horner (Debtors). |
| 15 | 10/14/2013 | Gutzeit, Gina | 0.4 | Assess process to identify the contracts to be assigned to the liquidating trust. |
| 15 | 10/14/2013 | McDonagh, Timothy | 0.4 | Participate in call with J. Wishnew (MoFo) regarding 2014 KERP. |
| 15 | 10/15/2013 | Witherell, Brett | 0.3 | Review disclosure statement for mechanism to establish professional fee escrow reserve. |
| 15 | 10/16/2013 | McDonald, Brian | 0.3 | Read 6/18/13 State of the Estate presentation regarding basis for operating expense forecast in response to questions from P. Grande (Debtors). |
| 15 | 10/16/2013 | McDonald, Brian | 1.8 | Review Plan Implementation work plan and provide comments to J. Horner (Debtors). |
| 15 | 10/17/2013 | Gutzeit, Gina | 3.9 | Participate in meeting on Plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), and L. Marinuzzi (MoFo). |
| 15 | 10/17/2013 | Gutzeit, Gina | 1.2 | Continue to participate in meeting on plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), L. Marinuzzi (MoFo). |
| 15 | 10/17/2013 | Witherell, Brett | 3.9 | Participate in meeting on Plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), and L. Marinuzzi (MoFo). |
| 15 | 10/17/2013 | Witherell, Brett | 1.2 | Continue to participate in meeting on plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), L. Marinuzzi (MoFo). |
| 15 | 10/18/2013 | McDonagh, Timothy | 0.9 | Participate in ResCap Board meeting. |
| 15 | 10/18/2013 | McDonagh, Timothy | 0.6 | Prepare for ResCap Board meeting. |
| 15 | 10/21/2013 | Gutzeit, Gina | 0.3 | Participate in call with J. Horner (Debtors) re: tasks and requirements for effective date, distributions and financial reporting. |
| 15 | 10/28/2013 | Gutzeit, Gina | 0.3 | Participate in call with J. Horner (Debtors) to discuss upcoming meetings with liquidating trust leadership and Trust transition workplan. |
| 15 | 10/28/2013 | McDonagh, Timothy | 0.5 | Participate in call with J. Horner (Debtors) to discuss 2014 KEIP. |
| 15 | 10/28/2013 | McDonagh, Timothy | 0.8 | Compile background information regarding the KEIP. |
| 15 | 10/28/2013 | McDonagh, Timothy | 0.6 | Prepare initial summary of 2014 KEIP. |
| 15 | 10/28/2013 | Meerovich, Tatyana | 0.1 | Address questions from S. Martin (MoFo) regarding Interlinks contract. |
| 15 | 10/28/2013 | Tracy, Alexander | 0.3 | Record notes on call outlining 2014 KEIP background with J. Horner (Debtors). |
| 15 | 10/28/2013 | Tracy, Alexander | 0.7 | Perform research to assist in development of 2014 KEIP. |
| 15 | 10/28/2013 | Tracy, Alexander | 2.8 | Research Adelphia bankruptcy to assist in development of 2014 KEIP. |
| 15 | 10/29/2013 | McDonagh, Timothy | 1.3 | Draft responses to questions from Alix regarding 2014 KERP and distribute to Debtors. |
| 15 | 10/29/2013 | Tracy, Alexander | 0.7 | Construct template of KERP schedule of 2013 and proposed 2014 participants to be provided to the UCC. |
| 15 | 10/29/2013 | Tracy, Alexander | 1.3 | Update KERP schedule for 2013 to be provided to the UCC. |
| 15 | 10/29/2013 | Tracy, Alexander | 1.3 | Verify 2013 KERP amounts for all participants within KERP schedule to be provided to UCC. |
| 15 | 10/29/2013 | Tracy, Alexander | 1.1 | Build administrative flexibility adjustments into KERP schedule to be provided to UCC. |
| 15 | 10/29/2013 | Tracy, Alexander | 0.5 | Perform quality check of the KERP schedule before internal distribution. |
| 15 | 10/29/2013 | Tracy, Alexander | 0.3 | Participate in call with E. Oles (Debtors) regarding status of 2013 terminated / voluntarily resigned employees. |
| 15 | 10/29/2013 | Tracy, Alexander | 0.2 | Participate in call with E. Oles (Debtors) regarding administrative flexibility payments. |
| 15 | 10/30/2013 | Gutzeit, Gina | 0.9 | Review analysis from P. Grande (Debtors) on funds available for distribution and additional data for the Estate planning meeting. |
| 15 | 10/30/2013 | McDonagh, Timothy | 0.5 | Correspond with E. Oles (Debtors) regarding administrative flexibility provision to the KERP. |
| 15 | 10/30/2013 | McDonagh, Timothy | 0.4 | Participate in call with S. Tandberg (Alix) regarding 2014 KERP. |
| 15 | 10/30/2013 | Tracy, Alexander | 0.9 | Update KERP schedules based on company edits. |
| 15 | 10/31/2013 | McDonagh, Timothy | 1.6 | Review updated KERP amounts from E. Oles (Debtors) and develop follow-up questions. |
| 15 | 10/31/2013 | McDonagh, Timothy | 3.5 | Update individual KERP summary for all new KERP amounts. |
| 15 | 10/31/2013 | McDonagh, Timothy | 2.6 | Update KERP presentation and charts with new KERP amounts. |
| 15 | 10/31/2013 | McDonagh, Timothy | 0.7 | Correspond with E. Oles (Debtors) regarding updated KERP amounts. |
| 15 | 10/31/2013 | McDonagh, Timothy | 0.8 | Prepare comparison chart of updated 2014 KEIP amounts. |
| 15 | 10/31/2013 | Talarico, Michael J | 0.6 | Participate in call with D. Horst (Debtors) and J. Morrow (KCC) to discuss post-confirmation role of claims agent for budgeting purposes. |
| **15 Total** | | | **116.1** | |
| 16 | 10/1/2013 | Brown JR, Walton | 1.8 | Review Borrower Claim Trust calculations and Disputed Claim Reserve processing. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/1/2013 | Brown JR, Walton | 0.7 | Participate in discussion with D. Horst (Debtors) regarding Disputed Claim Reserve processing. |
| 16 | 10/1/2013 | Brown JR, Walton | 1.7 | Review key points re: Disputed Claim Reserve processing. |
| 16 | 10/1/2013 | Brown JR, Walton | 2.3 | Research establishment and processing of Disputed Claim Reserve (from the Disclosure Statement/Plan of Reorganization). |
| 16 | 10/1/2013 | Gutzeit, Gina | 0.8 | In response to request from KL, review analysis of the approx. 2,100 remaining non-borrower claims including overall claim count, unliquidated claim count, and amounts for GUC, priority, secured, and admin claims. |
| 16 | 10/1/2013 | Talarico, Michael J | 0.8 | Participate in call with J. Shifer (KL) to discuss the estimation of the remaining non-borrower claims. |
| 16 | 10/1/2013 | Talarico, Michael J | 0.9 | Participate in call with D. Horst (Debtors) to discuss presentation on claims update for the UCC and plan for resolving the large unresolved non-borrower claims. |
| 16 | 10/2/2013 | Brown JR, Walton | 1.9 | Research Disputed Claim Reserve processing (from the Disclosure Statement/Plan of Reorganization). |
| 16 | 10/2/2013 | Brown JR, Walton | 2.1 | Review claim by The Federal Housing Administration (#6261) in preparation for telephone call with C. Laubach (Debtors). |
| 16 | 10/2/2013 | Brown JR, Walton | 0.7 | Research Disputed Claim Reserve processing (from the Disclosure Statement/Plan of Reorganization). |
| 16 | 10/2/2013 | Brown JR, Walton | 0.3 | Review correspondence re: Disputed Claim Reserve processing. |
| 16 | 10/2/2013 | Brown JR, Walton | 0.9 | Participate in call with C. Laubach (Debtors) regarding claim by The Federal Housing Administration (#6261). |
| 16 | 10/2/2013 | Gutzeit, Gina | 0.3 | Review key items re: follow-up to meeting KL on claims status. |
| 16 | 10/2/2013 | Talarico, Michael J | 0.2 | Correspond with MoFo regarding the notice of satisfaction/notice of amendment for certain scheduled claims. |
| 16 | 10/2/2013 | Talarico, Michael J | 0.7 | Participate in discussion with D. Horst (Debtors) and J. Horner (Debtors) regarding the quantification of claims reserves to estimate initial distributions. |
| 16 | 10/3/2013 | Mathur, Yash | 1.2 | Revise the omnibus objections exhibits for no liability books and records (Res Judicata) as requested by S. Molison (MoFo). |
| 16 | 10/3/2013 | Mathur, Yash | 1.9 | Create analysis on Whole Loan Rep and Warrant claims as requested by D. Horst (Debtors). |
| 16 | 10/3/2013 | Mathur, Yash | 1.6 | Revise analysis on Whole Loan Rep and Warrant claims based on comments provided by D. Horst (Debtors) and C. MacElree (Debtors). |
| 16 | 10/3/2013 | Talarico, Michael J | 0.4 | Participate in call with N. Flagg (E&Y), T. Mitchell (E&Y), N. Bulson (Debtors), D. Horst (Debtors), J. Demro (Debtors), and J. Wishnew (MoFo) to review the status of resolving tax claims. |
| 16 | 10/3/2013 | Talarico, Michael J | 0.3 | Participate in call with C. MacElree (Debtors) and D. Horst (Debtors) to discuss the review of securities claims for potential reclassification to other workstreams. |
| 16 | 10/4/2013 | Mathur, Yash | 0.4 | Participate in call with D. Horst (Debtors) to discuss identified for objection claims that were not included on omnibus objections (partial). |
| 16 | 10/4/2013 | Mathur, Yash | 1.6 | Participate in call with P. Fossell (Debtors), D. Backora (Debtors), and M. Windler (Debtors) to discuss secured property tax claims ready to be placed on an omnibus objection. |
| 16 | 10/4/2013 | Mathur, Yash | 1.9 | Create analysis of all property tax claims that are identified for an omnibus objection as requested by P. Fossell (Debtors). |
| 16 | 10/5/2013 | Talarico, Michael J | 0.2 | Identify population of estimated allowed claims at the Effective Date. |
| 16 | 10/7/2013 | Brown JR, Walton | 0.5 | Prepare update re: current status of unliquidated and large claims. |
| 16 | 10/7/2013 | Brown JR, Walton | 2.5 | Prepare summary of Disputed Claim Reserve processing (timeline, inclusions/exclusions, calculations, etc.). |
| 16 | 10/7/2013 | Mathur, Yash | 1.1 | Create analysis of all borrower and non-borrower claims expunged to date through omnibus objections, including withdrawals as requested by MoFo. |
| 16 | 10/7/2013 | Mathur, Yash | 0.9 | Create analysis of all borrower and non-borrower claims eliminated from the claims register through ordered Omnibus objections as requested by MoFo. |
| 16 | 10/7/2013 | Mathur, Yash | 1.9 | Create analysis of all borrower and non-borrower claims subject to filed Omnibus objections as requested by MoFo. |
| 16 | 10/7/2013 | Mathur, Yash | 1.6 | Create analysis of all borrower and non-borrower claims identified to be placed on Omnibus and individual objections as requested by MoFo. |
| 16 | 10/7/2013 | Mathur, Yash | 0.8 | Create analysis of all borrower and non-borrower claims remaining to be reconciled as requested by MoFo. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/7/2013 | Mathur, Yash | 1.8 | Create master claims strategy file using the latest claims register information as of 10.07.13. |
| 16 | 10/7/2013 | Talarico, Michael J | 0.3 | Research question from MoFo on omnibus objection for assumed contracts. |
| 16 | 10/7/2013 | Talarico, Michael J | 0.3 | Participate in call with M. Rothchild (MoFo) and G. Westervelt (Debtors) regarding the reconciliation of claim on the assumed contract omnibus objection. |
| 16 | 10/7/2013 | Talarico, Michael J | 1.3 | Participate in call with N. Rosenbaum (MoFo), E. Richards (MoFo), M. Rothchild (MoFo), J. Wishnew (MoFo), N. Kosinski (Debtors), B. Thompson (Debtors), D. Horst (Debtors), C. MacElree (Debtors), and C. Laubach (Debtors) to discuss the resolution of large claims and wholly unliquidated claims. |
| 16 | 10/7/2013 | Tracy, Alexander | 0.5 | Verify RMBS trustee trust count within claims tracking file. |
| 16 | 10/7/2013 | Witherell, Brett | 1.3 | Participate in call on wholly unliquidated claims with D. Horst (Debtors), L. Delahey (Debtors), K. Priore (Debtors), N. Kosinski (Debtors), J. Wishnew (MoFo), and N. Rosenbaum (MoFo). |
| 16 | 10/7/2013 | Witherell, Brett | 0.4 | Review files of wholly unliquidated claims. |
| 16 | 10/8/2013 | Mathur, Yash | 0.6 | Revise the thirtieth omnibus objection exhibit as requested by S. Molison (MoFo). |
| 16 | 10/8/2013 | Mathur, Yash | 0.7 | Continue to revise the thirtieth omnibus objection exhibit with further comments provided by S. Molison (MoFo). |
| 16 | 10/8/2013 | Mathur, Yash | 2.3 | Continue to create master claims strategy file using the latest claims register information as of 10.07.13. |
| 16 | 10/8/2013 | Mathur, Yash | 2.1 | Revise the master claims strategy file based on information provided by D. Horst (Debtors) and N. Kosinski (Debtors). |
| 16 | 10/8/2013 | Talarico, Michael J | 0.8 | Analyze estimated increase in allowed general unsecured claims based on recent settlements and the impact on cash distributed to other general unsecured claims. |
| 16 | 10/8/2013 | Talarico, Michael J | 0.9 | Analyze potential changes to the estimate of non-borrower other general unsecured claims. |
| 16 | 10/9/2013 | Brown JR, Walton | 2.2 | Participate in call with C. Archer (KL) and J. Shifer, (KL) regarding Disputed Claim Reserve. |
| 16 | 10/9/2013 | Brown JR, Walton | 0.9 | Prepare correspondence re: Disputed Claim Reserve processing. |
| 16 | 10/9/2013 | Brown JR, Walton | 1.1 | Review wholly unliquidated claims in order to prepare report regarding pending resolution. |
| 16 | 10/9/2013 | Mathur, Yash | 1.7 | Create analysis on estimated amounts for escheatment and HR claims. |
| 16 | 10/9/2013 | Mathur, Yash | 0.8 | Create analysis on the high estimate amounts of non-borrower claims. |
| 16 | 10/9/2013 | Mathur, Yash | 0.7 | Revise thirtieth omnibus objection exhibit based on the Omnibus hearing as requested by S. Molison (MoFo). |
| 16 | 10/9/2013 | Mathur, Yash | 0.9 | Revise thirty-first omnibus objection exhibit based on the Omnibus hearing as requested by M. Rothchild (MoFo). |
| 16 | 10/9/2013 | Mathur, Yash | 0.5 | Participate in call with M. Eisenberg (Alix) and S. Tandberg (Alix) to discuss unliquidated Account Payable claims. |
| 16 | 10/9/2013 | Mathur, Yash | 2.3 | Create analysis of discrepancies between the data provided in the KCC claims register and the claims database. |
| 16 | 10/9/2013 | Mathur, Yash | 0.7 | Participate in call with G. Westervelt (Debtors) and M. Jewel (Debtors) to discuss changes and improvements required to the claims database. |
| 16 | 10/9/2013 | Talarico, Michael J | 0.4 | Revise schedule showing estimate of the number of trust unit holders at the effective date. |
| 16 | 10/9/2013 | Talarico, Michael J | 0.1 | Correspond with the Debtors regarding the removal of unrelated claims from the claims register. |
| 16 | 10/9/2013 | Talarico, Michael J | 0.3 | Provide claims data points on number of claims resolved requested by MoFo. |
| 16 | 10/10/2013 | Brown JR, Walton | 1.4 | Review wholly unliquidated claims to prepare report regarding pending resolution. |
| 16 | 10/10/2013 | Mathur, Yash | 1.2 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben, and G. Westervelt (Debtors) to continue discussing open items related to the claims Access database. |
| 16 | 10/10/2013 | Mathur, Yash | 2.6 | Revise the master claims strategy file based on information provided by C. MacElree (Debtors) and K. Priore (Debtors). |
| 16 | 10/10/2013 | Mathur, Yash | 1.2 | Continue to revise the master claims strategy file based on additional information provided by G. Westervelt (Debtors). |
| 16 | 10/10/2013 | Talarico, Michael J | 0.3 | Participate in call with N. Flagg (E&Y), N. Bulson (Debtors), J. Wishnew (MoFo), and J. Horner (Debtors) to discuss the resolution of corporate tax claims. |
| 16 | 10/10/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Horst (Debtors), J. Wishnew (MoFo), N. Kosinski (Debtors), L. Delehey (Debtors), and K. Priore (Debtors) to discuss the next round of omnibus objections. |
| 16 | 10/10/2013 | Talarico, Michael J | 0.4 | Review status schedule from E&Y to prepare for call on the corporate tax claim analysis. |
| 16 | 10/10/2013 | Talarico, Michael J | 0.6 | Review schedule prepare by the Debtors for resolution of large liquidated claims and unliquidated claims and provide additional input. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/10/2013 | Witherell, Brett | 1.6 | Review claims strategy file of non-borrower claims. |
| 16 | 10/11/2013 | Brown JR, Walton | 0.5 | Prepare for call with ResCap claim management team, MoFo regarding Disputed Claim Reserve. |
| 16 | 10/11/2013 | Brown JR, Walton | 1.6 | Update summary of Disputed Claim Reserve processing (timeline, inclusions/exclusions, calculations, etc.). |
| 16 | 10/11/2013 | Mathur, Yash | 0.9 | Create analysis of borrower claims seeking redesignation or reclassification as requested by N. Kosinski (Debtors). |
| 16 | 10/11/2013 | Mathur, Yash | 1.3 | Revise analysis of borrower claims seeking redesignation or reclassification based on information provided by N. Kosinski (Debtors). |
| 16 | 10/11/2013 | Mathur, Yash | 1.5 | Continue to revise the master claims strategy file based on reconciliation of data between the claims register and the claims database. |
| 16 | 10/11/2013 | Witherell, Brett | 2.0 | Review non-Borrower claims in KCC claims register. |
| 16 | 10/12/2013 | Brown JR, Walton | 2.8 | Update summary of Disputed Claim Reserve processing (timeline, inclusions/exclusions, calculations, etc.). |
| 16 | 10/12/2013 | Talarico, Michael J | 0.6 | Update workstreams related to the claims reconciliation and estimation. |
| 16 | 10/13/2013 | Talarico, Michael J | 0.7 | Prepare detailed workplan to address deadlines for claims reconciliation. |
| 16 | 10/13/2013 | Talarico, Michael J | 0.4 | Analyze estimate of remaining borrower claims after giving effect to next round of omnibus objections. |
| 16 | 10/14/2013 | Brown JR, Walton | 2.9 | Update summary of Disputed Claim Reserve processing (timeline, inclusions/exclusions, calculations, etc.). |
| 16 | 10/14/2013 | Mathur, Yash | 0.9 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben, and G. Westervelt (Debtors) to continue discussing open items related to the claims Access database. |
| 16 | 10/14/2013 | Mathur, Yash | 1.2 | Participate in call with M. Jewel (Debtors) to discuss reconciliation of the claims register and the claims Access database. |
| 16 | 10/14/2013 | Mathur, Yash | 1.3 | Update analysis of discrepancies between the data provided in the KCC claims register and the claims database based on feedback from M. Jewel (Debtors). |
| 16 | 10/14/2013 | Talarico, Michael J | 0.6 | Participate in call with D. Horst (Debtors) regarding the unresolved borrower claims and plan for addressing. |
| 16 | 10/15/2013 | Brown JR, Walton | 1.0 | Participate in call with ResCap claims management group and MoFo to discuss status of Disputed Claim Reserve pending items. |
| 16 | 10/15/2013 | Brown JR, Walton | 2.3 | Prepare draft presentation of Disputed Claim Reserve build-up. |
| 16 | 10/15/2013 | Mathur, Yash | 1.6 | Participate in call with D. Horst (Debtors), N. Kosinski (Debtors), K. Priore (Debtors), and L. Delehey (Debtors) to discuss borrower claims after the effective date of the Plan. |
| 16 | 10/15/2013 | Mathur, Yash | 2.6 | Update master claims strategy file based on the latest KCC claims register incorporated into the claims Access database. |
| 16 | 10/15/2013 | Talarico, Michael J | 0.1 | Correspond with D. Horst (Debtors) regarding resolution of vendor claims. |
| 16 | 10/15/2013 | Talarico, Michael J | 0.6 | Prepare revised estimate of the priority tax claims and bridge to the disclosure statement estimate. |
| 16 | 10/16/2013 | Brown JR, Walton | 2.9 | Spot review the Liquidating Trust Agreement and exhibits to clarify ResCap claim processing. |
| 16 | 10/16/2013 | Gutzeit, Gina | 0.4 | Review update on claims estimation and reserve and related calculation of initial |
| 16 | 10/16/2013 | Gutzeit, Gina | 0.4 | Read borrower litigation update including Nora motions. |
| 16 | 10/16/2013 | Mathur, Yash | 2.3 | Continue to update the master claims strategy file based on the latest KCC claims register incorporated into the claims Access database. |
| 16 | 10/16/2013 | Mathur, Yash | 1.2 | Create updated analysis of identified claims for objection that were not placed on omnibus exhibits as requested by N. Kosinski (Debtors). |
| 16 | 10/16/2013 | Mathur, Yash | 0.4 | Revise analysis of identified claims for objection that were not placed on omnibus exhibits with additional information as requested by N. Kosinski (Debtors). |
| 16 | 10/16/2013 | Mathur, Yash | 0.8 | Create analysis of scheduled HR claims, other unmatched scheduled claims, and convenience class claims. |
| 16 | 10/16/2013 | Mathur, Yash | 1.5 | Participate in call with P. Fossell (Debtors) and D. Backora (Debtors) to discuss the reconciliation of secured property tax claims. |
| 16 | 10/16/2013 | Mathur, Yash | 1.1 | Participate in call with N. Kosinski (Debtors) and G. Westervelt (Debtors) to discuss the reconciliation of borrower and non-borrower claims into identified omnibus objections. |
| 16 | 10/16/2013 | Mathur, Yash | 1.5 | Analyze the claims register to determine claims to be added to a late filed, amended and superseded, or duplicate omnibus objection. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/16/2013 | Talarico, Michael J | 0.7 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), K. Priore (Debtors), D. Horst (Debtors), and N. Kosinski (Debtors) to discuss process for resolving remaining borrower claims. |
| 16 | 10/17/2013 | Brown JR, Walton | 1.1 | Review draft worksheet to quantify potential liability related to FHA claim. |
| 16 | 10/17/2013 | Brown JR, Walton | 0.8 | Review Liquidating Trust Agreement and exhibits to clarify ResCap claim processing (pages 1 through 10 of 70). |
| 16 | 10/17/2013 | Brown JR, Walton | 1.6 | Participate in call with M. Rothchild (MoFo), N. Rosenbaum (Debtors), B. Thompson (Debtors), D. Horst (Debtors), C. Laubach (Debtors) to discuss the analysis of large unliquidated claim. |
| 16 | 10/17/2013 | Mathur, Yash | 0.8 | Correspond with J. Wishnew (MoFo) regarding questions on the master claims strategy file. |
| 16 | 10/17/2013 | Mathur, Yash | 0.9 | Participate in call with P. Fossell (Debtors), D. Backora (Debtors), and M. Jewel (Debtors) to discuss open items related to the claims Access database. |
| 16 | 10/17/2013 | Mathur, Yash | 0.4 | Update master claims strategy file based on comments provided by J. Wishnew (MoFo). |
| 16 | 10/17/2013 | Mathur, Yash | 0.3 | Update the master claims strategy file based on comments provided by L. Salas (KCC). |
| 16 | 10/17/2013 | Mathur, Yash | 0.9 | Participate in call with P. Fossell (Debtors) and M. Jewel (Debtors) to discuss the capturing payment information from Accounts Payable within the claims database. |
| 16 | 10/17/2013 | Mathur, Yash | 1.9 | Create additional claims analyses within the master claims strategy file. |
| 16 | 10/17/2013 | Mathur, Yash | 1.1 | Update the master claims strategy file based on additional comments provided by J. Wishnew (MoFo). |
| 16 | 10/17/2013 | Talarico, Michael J | 1.6 | Participate in call with M. Rothchild (MoFo), N. Rosenbaum (MoFo), B. Thompson (Debtors), D. Horst (Debtors), C. Laubach (Debtors) to discuss the analysis of large unliquidated claim. |
| 16 | 10/17/2013 | Talarico, Michael J | 0.7 | Summarize disposition and potential exposure of non-borrower unsecured claims for MoFo. |
| 16 | 10/17/2013 | Talarico, Michael J | 0.6 | Analyze claims register for changes to claims strategy based on progress of resolving claims. |
| 16 | 10/17/2013 | Witherell, Brett | 1.6 | Participate in call with M. Rothchild (MoFo), N. Rosenbaum (MoFo), B. Thompson (Debtors), D. Horst (Debtors), C. Laubach (Debtors) to discuss the analysis of large unliquidated claim. |
| 16 | 10/18/2013 | Mathur, Yash | 1.9 | Create analysis of the approximately 4,700 claims remaining to be investigated, reconciled, negotiated and/or litigated. |
| 16 | 10/19/2013 | Talarico, Michael J | 0.6 | Reconcile schedule of allowed claims to incorporate into comparison to estimated general unsecured claims in the disclosure statement. |
| 16 | 10/19/2013 | Talarico, Michael J | 0.6 | Update claims strategy file to reclassify those claims that have been settled. |
| 16 | 10/20/2013 | Gutzeit, Gina | 0.4 | Review update for claims reserve conference call. |
| 16 | 10/21/2013 | Mathur, Yash | 2.4 | Create analysis of the current claim status for all claims compared against KCC's voting classification file as requested by KCC. |
| 16 | 10/21/2013 | Mathur, Yash | 1.6 | Revise analysis of the current claim status for all claims compared against KCC's voting classification file based on updated information from KCC. |
| 16 | 10/21/2013 | Mathur, Yash | 1.1 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben (Debtors), and G. Westervelt (Debtors) to continue discussing open items related to the claims Access database. |
| 16 | 10/21/2013 | Talarico, Michael J | 0.1 | Correspond with J. Horner (Debtors) on the resolution of priority tax claims. |
| 16 | 10/21/2013 | Talarico, Michael J | 1.2 | Participate in call with D. Horst (Debtors) and C. MacElree (Debtors) to discuss the analysis of exposure related to indemnification claims. |
| 16 | 10/22/2013 | Mathur, Yash | 1.1 | Update master claims strategy file based on the latest KCC claims register as of 10.17.13 incorporated into the claims Access database. |
| 16 | 10/22/2013 | Mathur, Yash | 1.3 | Update master claims strategy file to incorporate recently ordered and adjourned omnibus objections. |
| 16 | 10/22/2013 | Mathur, Yash | 1.5 | Participate in call with D. Horst (Debtors) to discuss updates to be made within the claims register and database. |
| 16 | 10/22/2013 | Talarico, Michael J | 0.4 | Gather and update information requested by the UCC advisors with respect to lease rejection damages. |
| 16 | 10/22/2013 | Talarico, Michael J | 0.8 | Participate in call with J. Abbell (Debtors) to discuss the analysis of the landlord lease rejection claim. |
| 16 | 10/22/2013 | Talarico, Michael J | 0.1 | Follow-up with T. Mitchell (E&Y) regarding status of resolving the Ohio corporate tax claim. |
| 16 | 10/22/2013 | Witherell, Brett | 0.4 | Create detailed list of items to reclassify in the claims strategy file. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/22/2013 | Witherell, Brett | 1.5 | Participate in call with D. Horst (Debtors) to reclassify claims in claims strategy report. |
| 16 | 10/22/2013 | Witherell, Brett | 0.4 | Review open items to update claims strategy report. |
| 16 | 10/22/2013 | Witherell, Brett | 0.7 | Analyze updated Claims Strategy file. |
| 16 | 10/22/2013 | Witherell, Brett | 0.9 | Prepare update regarding claims strategy. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.5 | Review schedule of information to include in the motion for rejection of certain executory contracts. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.8 | Prepare analysis of lease rejection claims compared to estimate of damages to respond to the UCC request. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.3 | Follow-up on question from KL regarding the classification of borrower claims in the register. |
| 16 | 10/23/2013 | Talarico, Michael J | 1.1 | Participate in call with N. Rosenbaum (MoFo), E. Richards (MoFo), D. Horst (Debtors), C. Laubach (Debtors), and M. Gallagher (Curtis) to discuss the treatment of whole loan repurchase claims. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.7 | Analyze potential exposure for rejection damages claims from list of contracts to be rejected. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.4 | Research issues with classification of borrower and non-borrower claims in the voting spreadsheet. |
| 16 | 10/23/2013 | Talarico, Michael J | 0.3 | Summarize issues with open corporate tax claims to address with E&Y and the Debtors. |
| 16 | 10/23/2013 | Witherell, Brett | 1.6 | Prepare update regarding claims strategy and next steps. |
| 16 | 10/24/2013 | Bernstein, Matthew | 0.7 | Participate in call with Alix Partners and M. Dolan (Debtors), and H. Snyder (Debtors) to discuss Batch 3 of contract rejections. |
| 16 | 10/24/2013 | Mathur, Yash | 0.9 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben (Debtors), and G. Westervelt (Debtors) to continue discussing open items related to the claims Access database. |
| 16 | 10/24/2013 | Mathur, Yash | 0.6 | Participate in call with J. Wishnew (MoFo), N. Kosinski (Debtors), M. Rothchild (MoFo), and K. Priore (Debtors) to discuss the status of resolving borrower claims removed from previous omnibus objections. |
| 16 | 10/24/2013 | Mathur, Yash | 1.3 | Participate in call with N. Kosinski (Debtors) and K. Priore (Debtors) to further discuss the status of resolving borrower claims removed from previous omnibus objections. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.2 | Review information requested by Alix Partners related to contract rejection list. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.3 | Participate in call with N. Rosenbaum (MoFo), E. Richards (MoFo), M. Gallagher (Curtis), D. Horst (Debtors), and C. Laubach (Debtors) to discuss the strategy for whole loan repurchase claims. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.7 | Participate in call with N. Flagg (E&Y), T. Mitchell (E&Y), J. Wishnew (MoFo), J. Horner (Debtors), N. Bulson (Debtors), and D. Horst (Debtors) to discuss the status of resolving corporate tax claims. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.1 | Correspond with N. Flagg (E&Y) regarding list of open tax claims to resolve. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.2 | Research questions on the stipulation with tax agencies as to the resolution of all claims filed by the entity. |
| 16 | 10/24/2013 | Talarico, Michael J | 0.7 | Research question from the Debtors on the classification and estimate of allowed amounts for indemnification claims. |
| 16 | 10/24/2013 | Witherell, Brett | 0.7 | Prepare update regarding status of claims. |
| 16 | 10/24/2013 | Witherell, Brett | 0.4 | Prepare list of securities and whole loan claims. |
| 16 | 10/25/2013 | Mathur, Yash | 0.6 | Create summary of all claim objections that have been ordered/adjourned as requested by P. Fossell (Debtors). |
| 16 | 10/25/2013 | Mathur, Yash | 0.6 | Create summary of all claim objections that have been ordered/adjourned as requested by P. Fossell (Debtors). |
| 16 | 10/25/2013 | Mathur, Yash | 0.7 | Revise exhibit for the thirty-eighth omnibus objection as requested by C. Damast (MoFo). |
| 16 | 10/25/2013 | Mathur, Yash | 1.7 | Update master claims strategy file to incorporate the latest claims information from the claims database as requested by D. Horst (Debtors). |
| 16 | 10/25/2013 | Mathur, Yash | 0.9 | Create analysis on claims that have been moved to a different claims strategy with commentary describing the change as requested by D. Horst (Debtors). |
| 16 | 10/25/2013 | Mathur, Yash | 0.8 | Create summary spreadsheet representing the percentages of all borrower and non-borrower claims that have been withdrawn, expunged, filed, identified, and/or reconciled as requested by D. Horst (Debtors). |
| 16 | 10/25/2013 | Mathur, Yash | 1.7 | Participate in call with P. Fossell (Debtors), D. Backora (Debtors), and M. Windler (Debtors) to review secured property tax claims ready to be placed on an omnibus objection. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/25/2013 | Talarico, Michael J | 0.6 | Participate in call with various representatives from MoFo, Alix Partners, Kramer Levin and the Debtors to discuss the contract assumption and rejection lists. |
| 16 | 10/25/2013 | Witherell, Brett | 0.5 | Participate in call with D. Horst (Debtors), C. MacElree (Debtors), and J. Wishnew (MoFo) on securities and whole loan claims. |
| 16 | 10/27/2013 | Talarico, Michael J | 0.6 | Analyze current claims register to assess the remaining secured, administrative and priority claims. |
| 16 | 10/28/2013 | Gutzeit, Gina | 0.3 | Review update on claims objections / resolution status. |
| 16 | 10/28/2013 | Mathur, Yash | 0.6 | Revise the exhibit for the fifty-first omnibus objection as requested by S. Molison (MoFo). |
| 16 | 10/28/2013 | Mathur, Yash | 0.7 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben (Debtors), and G. Westervelt (Debtors) to continue discussing open items related to the claims Access database. |
| 16 | 10/28/2013 | Mathur, Yash | 1.1 | Participate in meeting with G. Westervelt (Debtors) and N. Kosinski (Debtors) to create the analysis of borrower and non-borrower claims that need require review prior to omnibus objection identification. |
| 16 | 10/28/2013 | Mathur, Yash | 0.9 | Continue to meet with G. Westervelt (Debtors) and N. Kosinski (Debtors) to create the analysis of borrower and non-borrower claims that need require review prior to omnibus objection identification. |
| 16 | 10/28/2013 | Mathur, Yash | 1.4 | Participate in call with P. Fossell (Debtors) and D. Backora (Debtors) to discuss California supplemental tax claims. |
| 16 | 10/28/2013 | Mathur, Yash | 2.1 | Update master claims strategy file to incorporate the latest KCC claims register information as of 10.24.13. |
| 16 | 10/28/2013 | Talarico, Michael J | 1.9 | Participate in call with J. Shifer (KL), J. Wishnew (MoFo), N. Rosenbaum (MoFo), D. Horst (Debtors), B. Thompson (Debtors), L. Delehey (Debtors), C. MacElree (Debtors), and N. Kosinski (Debtors) to discuss analysis of whole loan repurchase and servicing claims. |
| 16 | 10/28/2013 | Talarico, Michael J | 0.7 | Prepare analysis that bridges the estimate general unsecured claims in the disclosure statement to the current estimate. |
| 16 | 10/29/2013 | Mathur, Yash | 0.4 | Create summary spreadsheet of claim dispositions of all claims placed on an omnibus objection, ordered, filed, or adjourned, as requested by G. Westervelt (Debtors). |
| 16 | 10/29/2013 | Mathur, Yash | 0.4 | Create summary spreadsheet of claim dispositions of all claims placed on an omnibus objection, ordered, filed, or adjourned, as requested by G. Westervelt (Debtors). |
| 16 | 10/29/2013 | Mathur, Yash | 1.6 | Create summary excel workbook containing all necessary data based on the prior weeks omnibus and individual objection filings for incorporation into the claims Access database. |
| 16 | 10/29/2013 | Mathur, Yash | 2.1 | Review claims register on a claim by claim basis to determine if additional information is needed to reconcile claims for objection identification. |
| 16 | 10/29/2013 | Mathur, Yash | 0.8 | Create summary schedules based on review of the claims register on a claim by claim basis to determine if additional information is needed to reconcile claims for objection identification. |
| 16 | 10/30/2013 | Mathur, Yash | 0.9 | Create summary schedules of all securities litigation and indemnification claims based on the latest claims information as of 10.30.13. |
| 16 | 10/30/2013 | Mathur, Yash | 0.7 | Create summary analysis of all borrower and non-borrower omnibus and individual objections as requested by D. Horst (Debtors). |
| 16 | 10/30/2013 | Mathur, Yash | 0.9 | Revise exhibit for the fifty-first omnibus objection based on additional comments by S. Molison (MoFo). |
| 16 | 10/30/2013 | Mathur, Yash | 2.2 | Participate in working session with K. Priore (Debtors) and N. Kosinski (Debtors) to review borrower claims that can be identified for a reduce and allow omnibus objection, or settled for lower amounts. |
| 16 | 10/30/2013 | Mathur, Yash | 3.3 | Continue to review the claims register on a claim by claim basis to determine if additional information is needed to reconcile claims for objection identification. |
| 16 | 10/30/2013 | Talarico, Michael J | 1.0 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), M. Rothchild (MoFo), D. Horst (Debtors), and C. Laubach (Debtors) to discuss potential claim settlement positions. |
| 16 | 10/31/2013 | Mathur, Yash | 0.9 | Participate in call with P. Fossell (Debtors), M. Jewel (Debtors), T. Warren (Debtors), D. Hoben and G. Westervelt (Debtors) to continue discussion open items related to the claims Access database. |
| 16 | 10/31/2013 | Mathur, Yash | 0.5 | Participate in call with J. Wishnew (MoFo), D. Horst (Debtors), L. Delehey (Debtors), K. Priore (Debtors), and N. Kosinski (Debtors) to discuss the reconciliation approach to borrower claims. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/31/2013 | Mathur, Yash | 0.6 | Participate in call with J. Morrow (KCC), L. Salas (KCC), G. Westervelt (Debtors), and P. Fossell (Debtors) to discuss stipulations and ordered objections on the claims register. |
| 16 | 10/31/2013 | Mathur, Yash | 2.1 | Update master claims strategy file to incorporate the latest KCC claims register information as of 10.31.13. |
| 16 | 10/31/2013 | Mathur, Yash | 1.7 | Continue to update the master claims strategy file to incorporate the latest KCC claims register information as of 10.31.13. |
| 16 | 10/31/2013 | Mathur, Yash | 0.9 | Update analysis of the current claim status for all claims compared against KCC's voting classification file based on updated information from KCC as of 10.31.13. |
| 16 | 10/31/2013 | Mathur, Yash | 0.9 | Continue working session with N. Kosinski (Debtors) to review borrower claims that can be identified for a reduce and allow omnibus objection, or settled for lower amounts. |
| 16 | 10/31/2013 | Mathur, Yash | 1.4 | Revise summary schedules of all securities litigation and indemnification claims based comments provided by C. MacElree (Debtors). |
| 16 | 10/31/2013 | Mathur, Yash | 0.9 | Participate in call with E. Frejka (KL), J. Krell (SA), J. Wishnew (MoFo), and D. Horst (Debtors) regarding the update on the review of borrower claims. |
| 16 | 10/31/2013 | Talarico, Michael J | 0.5 | Participate in call with J. Morrow (KCC), L. Salas (KCC), G. Westervelt (Debtors), P. Fossell (Debtors) to discuss the process for summarizing the ordered claims subject to further objections. |
| 16 | 10/31/2013 | Talarico, Michael J | 0.6 | Participate in call with N. Flagg (EY), T. Mitchell (EY), N. Bulson (Debtors), J. Horner (Debtors), D. Horst (Debtors), and J. Demro (Debtors) to discuss the status of resolving open priority claims. |
| 16 | 10/31/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Horst (Debtors), J. Wishnew (MoFo), K. Priore (Debtors), N. Kosinski (Debtors), and L. Delehey (Debtors) to prepare for meeting with KL and SilvermanAcampora to discuss borrower claims. |
| 16 | 10/31/2013 | Talarico, Michael J | 0.1 | Review amended tax claims filed by the State of Ohio. |
| **16 Total** | | | **201.3** | |
| 17 | 10/1/2013 | Brown JR, Walton | 0.8 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 175 through 175). |
| 17 | 10/1/2013 | Brown JR, Walton | 0.4 | Continue to review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 176 through 186). |
| 17 | 10/1/2013 | Brown JR, Walton | 0.3 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 186 through 196). |
| 17 | 10/1/2013 | Brown JR, Walton | 0.5 | Continue to review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 197 through 210). |
| 17 | 10/1/2013 | Brown JR, Walton | 0.9 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 211 through 236). |
| 17 | 10/1/2013 | Nolan, William J. | 0.2 | Address questions related to Ditech claims relative to the liquidation analysis. |
| 17 | 10/1/2013 | Talarico, Michael J | 0.4 | Update presentation on borrower trust true-up for the UCC monthly update meeting. |
| 17 | 10/1/2013 | Talarico, Michael J | 0.4 | Review comments from KL on the borrower trust true-up analysis. |
| 17 | 10/1/2013 | Talarico, Michael J | 1.1 | Participate in meeting with J. Wishnew (MoFo), N. Rosenbaum (MoFo), D. Horst (Debtors) to review the presentation on borrower trust true-up. |
| 17 | 10/1/2013 | Talarico, Michael J | 3.4 | Participate in meeting with D. Horst (Debtors), D. Mannal (KL), E. Frejka (KL), R. Ringer (KL), N. Rosenbaum (MoFo), and J. Wishnew (MoFo), representatives of Silverman Acampora and representatives of the Borrowers Trust to review the analysis of the need for a borrower trust true-up. |
| 17 | 10/1/2013 | Talarico, Michael J | 0.5 | Prepare checklist of modifications to the borrower trust true-up analysis. |
| 17 | 10/1/2013 | Talarico, Michael J | 1.2 | Edit supporting schedules for the borrower trust true-up analysis. |
| 17 | 10/1/2013 | Witherell, Brett | 1.1 | Participate in meeting with J. Wishnew (MoFo), N. Rosenbaum (MoFo), D. Horst (Debtors) to review the presentation on borrower trust true-up. |
| 17 | 10/1/2013 | Witherell, Brett | 3.4 | Participate in meeting with D. Horst (Debtors), D. Mannal (KL), E. Frejka (KL), R. Ringer (KL), N. Rosenbaum (MoFo), and J. Wishnew (MoFo), representatives of Silverman Acampora and representatives of the Borrowers Trust to review the analysis of the need for a borrower trust true-up. |
| 17 | 10/1/2013 | Witherell, Brett | 1.1 | Prepare for borrower true up meeting including update of follow up action items. |
| 17 | 10/1/2013 | Witherell, Brett | 3.0 | Update borrower true-up analysis with comments from meeting today. |
| 17 | 10/1/2013 | Witherell, Brett | 0.3 | Participate in call with R. Ringer (KL) on changes to the borrower true-up presentation. |
| 17 | 10/1/2013 | Witherell, Brett | 0.7 | Edit borrower true-up presentation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/2/2013 | Nolan, William J. | 0.1 | Follow up on reserve for professionals success fee. |
| 17 | 10/2/2013 | Talarico, Michael J | 0.8 | Research questions from the Debtors on the preparation of the cure schedule for notice of assumption. |
| 17 | 10/3/2013 | Gutzeit, Gina | 0.4 | Review listing of the source and data relied upon in to support the recovery and liquidation analyses. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.6 | Participate in call with D. Horst (Debtors) and J. Horner (Debtors) to discuss the calculation of the disputed claims reserve. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.5 | Participate in call with M. Dolan (Debtors) and M. Winchell (Debtors) to discuss the preparation of the cure schedule for the contract assumption list for the Plan Supplement. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.1 | Correspond with G. Westervelt (Debtors) re: layout of analysis for developing cure estimates for the assumption list for the Plan Supplement. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.7 | Review Plan and Disclosure Statement to estimate the number of unit holders at the effective date. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.7 | Reconcile cash for Other GUC claims in the recovery plan to the schedules for the UCC presentation. |
| 17 | 10/3/2013 | Talarico, Michael J | 1.3 | Review claims register to identify the number of holders of units at the effective date. |
| 17 | 10/3/2013 | Talarico, Michael J | 1.4 | Reconcile number of claims filed to the number of holders of units at the effective date. |
| 17 | 10/3/2013 | Talarico, Michael J | 0.6 | Participate in call with D. Harris (MoFo) and J. Wishnew (MoFo) to discuss the estimated holders of units at the effective date. |
| 17 | 10/3/2013 | Talarico, Michael J | 1.2 | Revise schedule of estimated holders of Liquidating Trust Units as of the Effective Date based on call with MoFo. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.8 | Participate in call with D. Horst (Debtors), G. Westervelt (Debtors), P. Fossell (Debtors), and M. Jewell (Debtors) to discuss updates to the claims database to capture the disputed claims reserve. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.9 | Update analysis metrics in the revised voting analysis spreadsheet to analyze the voting power of the consenting claimants. |
| 17 | 10/4/2013 | Talarico, Michael J | 1.4 | Participate in call with D. Horst (Debtors) to discuss the disputed claims reserve analysis and the borrower trust agreement. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.4 | Update schedule of estimated holders of Liquidating Trust Units as of the Effective Date for unique claimants in claims categories. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.6 | Participate in call with G. Westervelt (Debtors), T. Delia (Debtors), and L. Karples (Debtors) to discuss the cure cost for contracts being assumed where the vendor filed a proof of claim. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.3 | Review schedule of cure costs for contracts being assumed where the vendor filed a proof of claim. |
| 17 | 10/4/2013 | Talarico, Michael J | 1.8 | Create reconciliation schedule of the total claims in the claims register to the estimated number of Liquidating Trust Unit holders. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.5 | Participate in call with J. Morrow (KCC) and D. Harris (MoFo) to discuss adjustments to the voting spreadsheet based on the objections filed before the deadline. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.8 | Review updated voting spreadsheet file from KCC to understand differences from prior spreadsheet. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.8 | Update analysis of voting power by the consenting claimants to reflect the count of the RMBS Trustee trusts. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.2 | Correspond with D. Harris (MoFo) regarding the count to use for the RMBS Trustees in the voting analysis. |
| 17 | 10/4/2013 | Talarico, Michael J | 0.4 | Analyze cash impact on the updated claims assuming disclosure statement recovery rate. |
| 17 | 10/5/2013 | Talarico, Michael J | 0.1 | Correspond with D. Harris (MoFo) regarding observations on the analysis of the voting power of the consenting claimants. |
| 17 | 10/7/2013 | Brown JR, Walton | 1.4 | Participate in call with D. Horst (Debtors) to discuss the disputed claims reserve analysis and the borrower trust agreement. |
| 17 | 10/7/2013 | Nolan, William J. | 0.2 | Review mark up of borrower trust true up analysis. |
| 17 | 10/7/2013 | Talarico, Michael J | 1.1 | Analyze claims that comprise the elements of the disputed claims reserve. |
| 17 | 10/7/2013 | Talarico, Michael J | 1.0 | Incorporate edits from MoFo into the borrower trust true-up analysis. |
| 17 | 10/7/2013 | Talarico, Michael J | 0.4 | Review schedule of contract cures for the Plan Supplement and provide edits to the Debtors. |
| 17 | 10/7/2013 | Talarico, Michael J | 1.7 | Reconcile trusts in the RMBS Trustee claims to the voting analysis spreadsheet. |
| 17 | 10/7/2013 | Talarico, Michael J | 0.3 | Correspond with KCC regarding the proofs of claims filed for the RMBS Trustees to determine the appropriate number of trusts to include in the voting analysis. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/7/2013 | Talarico, Michael J | 1.0 | Participate in call with D. Horst (Debtors) to discuss the work plan for completing the tasks required in the Chapter 11 Plan. |
| 17 | 10/7/2013 | Talarico, Michael J | 0.6 | Update schedule of estimated holders of Liquidated Trust Units as of the Effective Date. |
| 17 | 10/7/2013 | Talarico, Michael J | 0.4 | Research questions from the Debtors with respect to real estate contracts. |
| 17 | 10/8/2013 | Brown JR, Walton | 0.4 | Review of ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 237 through 248). |
| 17 | 10/8/2013 | Talarico, Michael J | 0.9 | Participate in call with D. Horst (Debtors) to discuss the claims objections and disputed claims reserve analysis. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.4 | Work with J. Wishnew (MoFo) on edits to the borrower trust true-up based on comments from KL. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.4 | Participate in discussion with D. Horst (Debtors), B. Thompson (Debtors), L. Delehey (Debtors), and K. Priore (Debtors) regarding the borrower trust true-up deck. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.4 | Participate in call with D. Harris (MoFo) and J. Morrow (KCC) to discuss the NCUAB claims stipulation and ballots. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.4 | Participate in call with N. Rosenbaum (MoFo), J. Wishnew (MoFo), D. Mannal (KL), R. Ringer (KL), and E. Frejka (KL) to discuss the borrower trust true-up for the Plan Supplement. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.8 | Participate in call with D. Horst (Debtors), N. Kosinski (Debtors) and K. Priore (Debtors) to discuss comments on the borrower true-up analysis for the Plan Supplement. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.5 | Update presentation on borrower trust true-up for call with KL to discuss Plan Supplement. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.3 | Finalize estimate of holders of trust units at the effective date and send to KL. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Harris (MoFo) regarding the updated Plan voting analysis spreadsheet. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.3 | Update Plan voting analysis for recently settled claims. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.3 | Review and update the documentation of the methodology for summarizing the Plan voting analysis. |
| 17 | 10/8/2013 | Talarico, Michael J | 0.1 | Provide update to the Debtors regarding the borrower trust true-up to include in the Plan Supplement. |
| 17 | 10/9/2013 | Mathur, Yash | 0.5 | Update disputed claims reserve analysis. |
| 17 | 10/9/2013 | Talarico, Michael J | 0.6 | Prepare disputed claims reserve analysis presentation. |
| 17 | 10/9/2013 | Talarico, Michael J | 0.9 | Review updates to the presentation for the disputed claims reserve analysis. |
| 17 | 10/9/2013 | Talarico, Michael J | 0.6 | Update chart on the estimate of liquidating trust unit holders based on feedback from KL. |
| 17 | 10/10/2013 | Mathur, Yash | 0.9 | Participate in call with D. Horst (Debtors) and C. MacElree (Debtors) to discuss requirements related to the disputed claims reserve. |
| 17 | 10/10/2013 | Talarico, Michael J | 0.4 | Participate in call with C. MacElree (Debtors) to discuss the analyses for the disputed claims reserve. |
| 17 | 10/10/2013 | Talarico, Michael J | 1.3 | Prepare strawman outline of the disputed claims reserve analysis presentation for internal discussion. |
| 17 | 10/10/2013 | Talarico, Michael J | 0.4 | Review the updated voting spreadsheet file from KCC. |
| 17 | 10/10/2013 | Talarico, Michael J | 0.1 | Correspond with KCC regarding changes to the voting spreadsheet file. |
| 17 | 10/10/2013 | Talarico, Michael J | 0.8 | Summarize the results of the claims voting from KCC. |
| 17 | 10/10/2013 | Talarico, Michael J | 0.4 | Update borrower trust true-up analysis for KL comments as part of the Plan Supplement. |
| 17 | 10/10/2013 | Witherell, Brett | 0.5 | Review edits to borrower true-up analysis. |
| 17 | 10/10/2013 | Witherell, Brett | 0.9 | Update Borrower True-up analysis with new category names. |
| 17 | 10/10/2013 | Witherell, Brett | 0.7 | Update Borrower true-up file to reflect change from Kramer Levin. |
| 17 | 10/11/2013 | Brown JR, Walton | 1.0 | Participate in call with D. Horst (Debtors), B. Thompson (Debtors), C. MacElree (Debtors), C. Laubach (Debtors), J. Wishnew (MoFo), and N. Rosenbaum (MoFo) to discuss the methodology to develop the disputed claims reserve. |
| 17 | 10/11/2013 | Brown JR, Walton | 1.2 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 249 through 286). |
| 17 | 10/11/2013 | Brown JR, Walton | 0.5 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 287 through 300). |
| 17 | 10/11/2013 | Brown JR, Walton | 0.9 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 301 through 327). |
| 17 | 10/11/2013 | Mathur, Yash | 0.9 | Participate in call with D. Horst (Debtors), C. MacElree (Debtors) to discuss requirements for large and wholly unliquidated claims related to the disputed claims reserve. |
| 17 | 10/11/2013 | Talarico, Michael J | 1.3 | Participate in call with C. MacElree (Debtors) regarding the classification and treatment of securities related claims for the disputed claims reserve. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/11/2013 | Talarico, Michael J | 1.0 | Participate in call with D. Horst (Debtors), B. Thompson (Debtors), C. MacElree (Debtors), C. Laubach (Debtors), J. Wishnew (MoFo), and N. Rosenbaum (MoFo) to discuss the methodology to develop the disputed claims reserve. |
| 17 | 10/11/2013 | Talarico, Michael J | 0.6 | Prepare outline of methodology for the disputed claims reserve for Participate in call with the Debtors and MoFo. |
| 17 | 10/11/2013 | Talarico, Michael J | 0.4 | Participate in call with D. Harris (MoFo) and J. Morrow (KCC) to discuss the treatment of the RMBS ballots for tabulation by Debtor. |
| 17 | 10/11/2013 | Witherell, Brett | 1.1 | Participate in call on disputed claims reserve with D. Horst (Debtors), L. Delehey (Debtors), C. MacElree (Debtors), N. Kosinski (Debtors), G. Westervelt (Debtors), and N. Rosenbaum (MoFo). |
| 17 | 10/11/2013 | Witherell, Brett | 1.5 | Review claims which will be incorporated into the Disputed Claims Reserve. |
| 17 | 10/12/2013 | Brown JR, Walton | 0.8 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 328 through 350). |
| 17 | 10/12/2013 | Brown JR, Walton | 0.7 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 351 through 370). |
| 17 | 10/12/2013 | Brown JR, Walton | 0.9 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 371 through 398). |
| 17 | 10/12/2013 | Talarico, Michael J | 1.2 | Revise voting analysis by Debtor to account for the RMBS Trust claims at the Debtors where they have asserted claims. |
| 17 | 10/12/2013 | Talarico, Michael J | 0.2 | Correspond with D. Harris (MoFo) regarding the impact of RMBS Trust claims on acceptance of general unsecured claims classes. |
| 17 | 10/12/2013 | Witherell, Brett | 0.2 | Respond to questions on recovery and liquidation analyses. |
| 17 | 10/13/2013 | Talarico, Michael J | 1.3 | Update voting analysis spreadsheet for recently filed objections. |
| 17 | 10/13/2013 | Talarico, Michael J | 0.4 | Prepare summary by Debtor of the likely voting results for general unsecured claims class. |
| 17 | 10/14/2013 | Brown JR, Walton | 0.7 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 399 through 420). |
| 17 | 10/14/2013 | Brown JR, Walton | 0.7 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 421 through 440). |
| 17 | 10/14/2013 | Brown JR, Walton | 0.9 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 441 through 469). |
| 17 | 10/14/2013 | Brown JR, Walton | 0.9 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 470 through 496). |
| 17 | 10/14/2013 | Talarico, Michael J | 0.6 | Update analysis of the disputed claims reserve estimate based on analysis of large unresolved GUC claims. |
| 17 | 10/14/2013 | Talarico, Michael J | 0.9 | Summarize general unsecured claims by Debtor to analyze the likely voting treatment. |
| 17 | 10/14/2013 | Witherell, Brett | 1.0 | Review updates to presentation for disputed claims reserve. |
| 17 | 10/14/2013 | Witherell, Brett | 3.0 | Prepare analysis to calculate disputed claims reserve. |
| 17 | 10/15/2013 | Brown JR, Walton | 0.6 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 497 through 513). |
| 17 | 10/15/2013 | Brown JR, Walton | 1.3 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 514 through 551). |
| 17 | 10/15/2013 | Brown JR, Walton | 0.8 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 552 through 573). |
| 17 | 10/15/2013 | Mathur, Yash | 0.9 | Conference call with D. Horst (Debtors) and C. MacElree (Debtors) to continue to discuss requirements for large and wholly unliquidated claims related to the disputed claims reserve. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.6 | Review and edit the updated presentation on the disputed claims reserve. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.5 | Participate in call with D. Horst (Debtors) to discuss disputed claims reserve analysis. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.9 | Participate in call with C. MacElree (Debtors) to discuss the impact of securities claims on the disputed claims reserve. |
| 17 | 10/15/2013 | Talarico, Michael J | 1.1 | Participate in call with N. Rosenbaum (MoFo), J. Wishnew (MoFo), E. Richards (MoFo), M. Rothchild (MoFo), D. Horst (Debtors), C. MacElree (Debtors), B. Thompson (Debtors) to discuss the process for estimating the disputed claims reserve. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.7 | Develop methodology for estimating the disputed claims reserve and the presentation format. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.2 | Participate in call with D. Horst (Debtors) to discuss process for completing analysis of disputed claims reserve. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.9 | Summarize the reserves required in the Liquidating Trust Agreement for allocating claims in the register to the various reserves. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/15/2013 | Talarico, Michael J | 0.3 | Review liquidating trust agreement to understand the distribution on ETS claims to address question from Debtors. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.2 | Analyze cure costs associated with the contacts on the Estate Assumption schedule to determine the ability to renegotiate the larger cure amounts. |
| 17 | 10/15/2013 | Talarico, Michael J | 0.3 | Participate in discussion with D. Harris (MoFo) regarding confirming claims covered by Plan Support Agreement. |
| 17 | 10/15/2013 | Witherell, Brett | 3.5 | Prepare model and presentation for Disputed Claims Reserve analysis. |
| 17 | 10/15/2013 | Witherell, Brett | 1.1 | Participate in call with N. Rosenbaum (MoFo), J. Wishnew (MoFo), E. Richards (MoFo), M. Rothchild (MoFo), D. Horst (Debtors), C. MacElree (Debtors), B. Thompson (Debtors) to discuss the process for estimating the disputed claims reserve. |
| 17 | 10/15/2013 | Witherell, Brett | 0.9 | Review updates to the disputed claims reserve analysis. |
| 17 | 10/15/2013 | Witherell, Brett | 3.1 | Update Disputed Claims Reserve calculations. |
| 17 | 10/16/2013 | Brown JR, Walton | 0.5 | Review ResCap Disclosure Statement as a basis for preparing framework for claims review and analysis in connection with Disputed Claims Reserve (pages 574 through 587). |
| 17 | 10/16/2013 | Talarico, Michael J | 0.7 | Participate in call with D. Horst (Debtors) to discuss outline of presentation on disputed claims reserve. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.2 | Participate in call with N. Rosenbaum (MoFo) regarding the analysis to develop disputed claims reserve. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.8 | Participate in call with N. Rosenbaum (MoFo) to discuss the metrics to consider for the disputed claims reserve. |
| 17 | 10/16/2013 | Talarico, Michael J | 1.3 | Analyze calculations and assumptions used in the disputed claims reserve analysis to prepare for discussion with the Debtors and MoFo. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.6 | Participate in call with P. Grande (Debtors) to discuss the components of the administrative claims allocation in the Plan. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.6 | Participate in call with J. Morrow (KCC) and D. Harris (MoFo) to discuss the voting tabulation of the Private Securities Claims. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.2 | Participate in call with D. Horst (Debtors) to discuss the unit holder analysis. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.7 | Participate in call with D. Horst (Debtors) and J. Horner (Debtors) to discuss the claims reserve agenda item for Plan execution meeting. |
| 17 | 10/16/2013 | Talarico, Michael J | 1.7 | Participate in meeting with D. Horst (Debtors) to prepare talking points on claims reserves for meeting on Plan execution. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.8 | Update talking points for meeting on Plan execution with respect to claims reserves. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.4 | Review estimate of the priority tax claims estimate to provide update in Plan Execution meeting. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.5 | Review components of the other priority claims estimate to provide update in the Plan Execution meeting. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.3 | Review components of the ETS claims reserve estimate to provide update in the Plan Execution meeting. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.4 | Review components of other secured claims reserve estimate to provide update in the Plan Execution Meeting. |
| 17 | 10/16/2013 | Talarico, Michael J | 0.3 | Review calculation of the convenience class claims estimated recovery to provide update in the Plan Execution Meeting. |
| 17 | 10/16/2013 | Witherell, Brett | 3.5 | Update model for disputed claims reserve calculation. |
| 17 | 10/16/2013 | Witherell, Brett | 1.9 | Incorporate updated claims strategy file based on updated claims register into disputed claims reserve model. |
| 17 | 10/16/2013 | Witherell, Brett | 3.6 | Update disputed claims reserve model for categories in claims strategy file. |
| 17 | 10/16/2013 | Witherell, Brett | 0.5 | Validate assumptions for disputed claims reserve. |
| 17 | 10/16/2013 | Witherell, Brett | 1.7 | Update disputed claims reserve with detailed assumptions on large claims. |
| 17 | 10/17/2013 | Nolan, William J. | 0.5 | Review and comment on the Analysis of the Summary of Expense Assumptions in ResCap Liquidation Analysis. |
| 17 | 10/17/2013 | Nolan, William J. | 0.5 | Read Plan Supplement to the Joint Chapter 11 Plan. |
| 17 | 10/17/2013 | Talarico, Michael J | 3.9 | Participate in meeting on Plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), and L. Marinuzzi (MoFo). |
| 17 | 10/17/2013 | Talarico, Michael J | 1.2 | Continue to participate in meeting on plan confirmation with J. Horner (Debtors), P. Grande (Debtors), B. Tyson (Debtors), B. Thompson (Debtors), D. Horst (Debtors), D. Mannal (KL), L. Marinuzzi (MoFo). |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/17/2013 | Talarico, Michael J | 0.7 | Participate in discussion with D. Harris (MoFo), J. Marines (MoFo), S. Zide (KL), and R. Ringer (KL) to discuss the best interest of creditor issues. |
| 17 | 10/17/2013 | Talarico, Michael J | 0.5 | Research questions raised by KL related to claims at various Debtor entities to address the best interest of creditor test. |
| 17 | 10/17/2013 | Witherell, Brett | 0.5 | Update disputed claims reserve and print for meeting with MoFo, Kramer Levin, and Debtors. |
| 17 | 10/18/2013 | Talarico, Michael J | 3.4 | Participate in meeting with D. Horst (Debtors), B. Thompson (Debtors), J. Wishnew (MoFo) and N. Rosenbaum (MoFo) to develop methodology and assumptions for the disputed claims reserve. |
| 17 | 10/18/2013 | Talarico, Michael J | 1.6 | Continue to meet with D. Horst (Debtors), B. Thompson (Debtors), J. Wishnew (MoFo) and N. Rosenbaum (MoFo) to work on assumptions for the disputed claims reserve. |
| 17 | 10/18/2013 | Talarico, Michael J | 0.5 | Reconcile claims used in the disputed claims reserve calculation to the claims strategy classification. |
| 17 | 10/18/2013 | Talarico, Michael J | 0.7 | Summarize changes that need to be made to the disputed claims reserve analysis and presentation. |
| 17 | 10/18/2013 | Witherell, Brett | 1.0 | Update disputed claims model and presentation. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.8 | Participate in call with D. Horst (Debtors) to discuss the description of large liquidated claims for the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.9 | Review updates to the disputed claims reserve analysis based on meeting with MoFo. |
| 17 | 10/19/2013 | Talarico, Michael J | 1.1 | Prepare analysis of the large liquidated claims for the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.7 | Revise disputed claims reserve analysis to segregate the impact of claims filed against multiple Debtors. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.5 | Review and update the comparison of the disputed claims reserve to the estimate of general unsecured claims in the disclosure statement. |
| 17 | 10/19/2013 | Talarico, Michael J | 1.3 | Update analysis of estimate for disputed claims reserve for those claims where an objection has been filed. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.2 | Correspond with J. Wishnew (MoFo) regarding questions for treatment of certain claims in the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.4 | Reconcile claims in the claims strategy file to those used in the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 1.2 | Reconcile claims in the claims strategy file to those used in the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.3 | Reconcile claims in the claims strategy file to those used in the disputed claims reserve that are subject to current objections. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.7 | Reconcile claims in the claims strategy file to those used in the disputed claims reserve that are identified objections. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.8 | Reconcile claims in the claims strategy file to those used in the disputed claims reserve that are wholly unliquidated. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.3 | Analyze cash impact for expected recovery rates for the disputed claims reserve. |
| 17 | 10/19/2013 | Talarico, Michael J | 0.7 | Update disputed claims reserve to reflect the impact of the notice of satisfaction of scheduled claims. |
| 17 | 10/19/2013 | Witherell, Brett | 0.8 | Summarize changes that need to be made to the disputed claims reserve analysis and presentation. |
| 17 | 10/19/2013 | Witherell, Brett | 3.1 | Update disputed claims reserve with edits from MoFo. |
| 17 | 10/19/2013 | Witherell, Brett | 0.9 | Continue to update disputed claims reserve with edits from MoFo. |
| 17 | 10/19/2013 | Witherell, Brett | 2.8 | Update disputed claims reserve file with additional large dollar claims. |
| 17 | 10/19/2013 | Witherell, Brett | 2.6 | Update disputed claims reserve model with expected allowed amounts for filed and expected to be filed objections. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.9 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), B. Thompson (Debtors), and L. Delehey (Debtors) to discuss the presentation to the UCC advisors related to the disputed claims reserve. |
| 17 | 10/20/2013 | Talarico, Michael J | 2.2 | Prepare executive summary for the disputed claims reserve presentation for the UCC advisors. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.4 | Review revised schedule of estimate of unliquidated claims to use in the disputed claims reserve analysis. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.2 | Review stipulation between the Debtors and several claimants to incorporate into the disputed claims reserve analysis. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.4 | Prepare analysis comparing the estimate of allowed claims and disputed claims reserves to the general unsecured claims estimate in the disclosure statement. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.3 | Prepare chart for disputed claims reserve analysis of the claims that are currently allowed. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/20/2013 | Talarico, Michael J | 0.6 | Revise narrative on the methodology used to develop the disputed claims reserve. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.2 | Participate in call with D. Horst (Debtors) to discuss the revised amounts in the disputed claims reserve analysis. |
| 17 | 10/20/2013 | Talarico, Michael J | 0.7 | Prepare reconciliation of the allowed general unsecured claims and disputed claims reserve to the disclosure statement estimate of general unsecured claims. |
| 17 | 10/20/2013 | Witherell, Brett | 0.8 | Updated disputed claims reserve unliquidated claims. |
| 17 | 10/21/2013 | Talarico, Michael J | 1.8 | Participate in call with D. Mannal (KL), J. Shifer (KL), S. Zide (KL), N. Rosenbaum (MoFo), J. Wishnew (MoFo), and D. Horst (Debtors) to discuss the estimation of the disputed claims reserve. |
| 17 | 10/21/2013 | Talarico, Michael J | 0.3 | Analyze the impact of responses to filed claims objection to update the disputed claims reserve analysis. |
| 17 | 10/21/2013 | Talarico, Michael J | 0.9 | Update disputed claims reserve analysis to reflect the analysis of indemnification claims by MoFo. |
| 17 | 10/21/2013 | Tracy, Alexander | 1.3 | Prepare preliminary analysis of disputed claims reserve. |
| 17 | 10/21/2013 | Witherell, Brett | 3.5 | Update disputed claims reserve with changes and comments. |
| 17 | 10/21/2013 | Witherell, Brett | 1.3 | Update disputed claims reserve with comments from MoFo. |
| 17 | 10/21/2013 | Witherell, Brett | 1.7 | Update disputed claims reserve with claims on omnibus objections where the response date has passed. |
| 17 | 10/21/2013 | Witherell, Brett | 0.8 | Remove claims from omnibus objections 34-47 in disputed claims reserve calculation. |
| 17 | 10/22/2013 | Gutzeit, Gina | 0.6 | Read Plan objections. |
| 17 | 10/22/2013 | Mathur, Yash | 0.5 | Review changes to the disputed claims reserve analysis. |
| 17 | 10/22/2013 | Mathur, Yash | 3.2 | Create claim by claim analysis of the disputed claims reserve by claim type. |
| 17 | 10/22/2013 | Mathur, Yash | 1.9 | Continue to create claim by claim analysis of the disputed claims reserve by claim type. |
| 17 | 10/22/2013 | Mathur, Yash | 0.6 | Create analysis for KCC on the current claims status of all claims for voting purposes. |
| 17 | 10/22/2013 | Nolan, William J. | 0.4 | Read objection of the FHFA to confirmation of the Joint Plan. |
| 17 | 10/22/2013 | Talarico, Michael J | 1.0 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), D. Horst (Debtors), B. Thompson (Debtors) to discuss the follow-up for refining analysis of disputed claims reserve. |
| 17 | 10/22/2013 | Talarico, Michael J | 1.3 | Participate in meeting with D. Horst (Debtors) to update the claims register to reflect current status of claims consistent with disputed claims reserve analysis. |
| 17 | 10/22/2013 | Talarico, Michael J | 0.2 | Analyze revised analysis of the disputed claims reserve after incorporation of strategy discussed in working sessions. |
| 17 | 10/22/2013 | Talarico, Michael J | 0.2 | Analyze revised voting analysis from KCC to identify those classes that have not accepted the Plan. |
| 17 | 10/22/2013 | Talarico, Michael J | 0.1 | Review waterfall recovery analysis to understand treatment of FHFA liability. |
| 17 | 10/22/2013 | Talarico, Michael J | 0.2 | Analyze the tabulation of the voting by Debtor to understand which Debtor classes did not vote for the Plan. |
| 17 | 10/22/2013 | Witherell, Brett | 1.8 | Update disputed claims reserve calculation based on comments from KL. |
| 17 | 10/22/2013 | Witherell, Brett | 1.1 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), D. Horst (Debtors), B. Thompson (Debtors) on Disputed Claims Reserve. |
| 17 | 10/22/2013 | Witherell, Brett | 0.9 | Incorporate high estimated allowed amounts into disputed claims reserve for unreconciled line items. |
| 17 | 10/23/2013 | Mathur, Yash | 2.6 | Continue to create claim by claim analysis of the disputed claims reserve by claim type. |
| 17 | 10/23/2013 | Mathur, Yash | 2.7 | Continue to create claim by claim analysis of the disputed claims reserve by claim type. |
| 17 | 10/23/2013 | Mathur, Yash | 2.4 | Revise claim by claim analysis of the disputed claims reserve by claim type for unliquidated claims and claims identified for future objections. |
| 17 | 10/23/2013 | Mathur, Yash | 1.9 | Revise claim by claim analysis of the disputed claims reserve by claim type and other general unsecured claims. |
| 17 | 10/23/2013 | Mathur, Yash | 0.6 | Update the claim by claim analysis of the disputed claims reserve by claim type by incorporating reconciliation information from the disputed claims reserve presentation. |
| 17 | 10/23/2013 | Mathur, Yash | 1.4 | Create modified claims register as of 10.17.13 that includes the claims strategy, appropriate disputed claims category, and high claims estimate. |
| 17 | 10/23/2013 | Mathur, Yash | 0.3 | Correspond with J. Wishnew (MoFo) regarding the latest master claims strategy file reconciling the disputed claims reserve figures. |
| 17 | 10/23/2013 | Talarico, Michael J | 0.7 | Review the updated disputed claims reserve analysis to ensure the changes discussed on call with UCC advisors are reflected. |
| 17 | 10/23/2013 | Witherell, Brett | 2.8 | Adjust claims strategy file to align with disputed claims reserve. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/23/2013 | Witherell, Brett | 2.6 | Reconcile differences in claims strategy file against claim counts for disputed claims reserve. |
| 17 | 10/24/2013 | Mathur, Yash | 0.7 | Update claim by claim analysis of the disputed claims reserve by claim type by incorporating additional commentary explaining movements of claims within different |
| 17 | 10/24/2013 | Mathur, Yash | 1.9 | Create reconciliation analysis of the movements between claim types within the disputed claims reserve. |
| 17 | 10/24/2013 | Talarico, Michael J | 0.4 | Participate in discussion with M. Dolan (Debtors) and H. Snyder (Debtors) regarding contract schedules for Plan Supplements. |
| 17 | 10/24/2013 | Talarico, Michael J | 0.1 | Prepare email for MoFo re: contract issues raised by Kramer Levin. |
| 17 | 10/24/2013 | Talarico, Michael J | 0.4 | Analyze the impact of RMBS Trustee votes at entities listed in the proof of claim at request of MoFo. |
| 17 | 10/24/2013 | Talarico, Michael J | 0.1 | Participate in call with D. Harris (MoFo) to discuss the treatment of the RMBS Trustee Plan voting treatment. |
| 17 | 10/24/2013 | Witherell, Brett | 0.2 | Update notes in disputed claims reconciliation. |
| 17 | 10/25/2013 | Talarico, Michael J | 0.7 | Research questions from MoFo regarding assumptions used in the disputed claims reserve estimate. |
| 17 | 10/25/2013 | Talarico, Michael J | 0.3 | Participate in call with J. Wishnew (MoFo), D. Horst (Debtors), D. Harris (MoFo), M. Rothchild (MoFo), and P. Fossell (Debtors) to discuss the resolution of taxing authorities objections to the Plan. |
| 17 | 10/27/2013 | Talarico, Michael J | 0.3 | Review changes to the disputed claims reserve analysis  from MoFo and send email to J. Wishnew (MoFo) for clarification. |
| 17 | 10/27/2013 | Talarico, Michael J | 1.8 | Analyze calculation of the reallocation of liquidating trust units as a result of the disputed claims reserve. |
| 17 | 10/28/2013 | Talarico, Michael J | 0.4 | Update reconciliation of claims in the disputed claims reserve analysis to the claims register to ensure claims are accounted for. |
| 17 | 10/28/2013 | Talarico, Michael J | 1.2 | Update analysis and estimate of the disputed claims reserve to reflect the trust units. |
| 17 | 10/28/2013 | Witherell, Brett | 0.3 | Prepare update regarding disputed claims reserve. |
| 17 | 10/29/2013 | Talarico, Michael J | 0.2 | Correspond with J. Horner (Debtors) regarding changes to the cash available at effective date for Plan Execution meeting. |
| 17 | 10/29/2013 | Talarico, Michael J | 0.5 | Confirm amounts included in the initial cash distribution analysis for certain claims |
| 17 | 10/29/2013 | Talarico, Michael J | 0.2 | Review treatment of contracts used by both the Debtors and Ally. |
| 17 | 10/29/2013 | Talarico, Michael J | 0.1 | Participate in call with P. Grande (Debtors) to discuss disputed claims reserve amounts. |
| 17 | 10/30/2013 | Gutzeit, Gina | 0.6 | Review schedule of Estate contracts excluded from the Plan assumption schedule. |
| 17 | 10/30/2013 | Talarico, Michael J | 1.6 | Participate in call with N. Rosenbaum (MoFo), J. Wishnew (MoFo), J. Horner (Debtors), D. Horst (Debtors), C. MacElree (Debtors), L. Delehey (Debtors), K. Priore (Debtors), and J. Brodsky (Liquidating Trustee) to discuss the disputed claims reserve assumptions and outstanding claims. |
| 17 | 10/30/2013 | Talarico, Michael J | 0.1 | Participate in call with J. Shifer (KL) to discuss sensitivity analysis on the Disputed Claims Reserve calculation. |
| 17 | 10/30/2013 | Talarico, Michael J | 2.7 | Participate in call with various representatives from MoFo, Kramer, Liquidating Trustee, and Debtors to discuss tasks for readying the Estate for going effective. |
| 17 | 10/31/2013 | Talarico, Michael J | 0.4 | Participate in call with J. Wishnew (MoFo), N. Rosenbaum (MoFo), J. Brodsky (Liquidating Trustee), D. Horst (Debtors), L. Delehey (Debtors), C. Laubach (Debtors) and K. Priore (Debtors) to discuss the mechanics of the disputed claims reserve. |
| 17 | 10/31/2013 | Talarico, Michael J | 0.3 | Participate in call with D. Horst (Debtors) to discuss the budget for managing claims post-effective date. |
| 17 | 10/31/2013 | Talarico, Michael J | 0.3 | Review outline for testimony on the borrower trust true-up process and results. |
| 17 | 10/31/2013 | Talarico, Michael J | 0.7 | Review direct testimony for the Borrower Trust True-Up process. |
| **17 Total** | | | **225.7** | |
| 20 | 10/1/2013 | Gutzeit, Gina | 0.2 | Prepare for Estate bi-weekly call including summarizing status of workstreams, deliverables and upcoming meetings. |
| 20 | 10/1/2013 | Gutzeit, Gina | 0.4 | Participate in Estate leadership call to discuss upcoming meetings/ Court hearing and deliverables and related issues. |
| 20 | 10/2/2013 | Eisenband, Michael | 1.0 | Review update on key case issues, workstreams, and upcoming meetings. |
| 20 | 10/7/2013 | McDonagh, Timothy | 1.1 | Participate in FTI team call to discuss workstreams and updates. |
| 20 | 10/7/2013 | McDonald, Brian | 1.1 | Participate on weekly team update call to discuss expert reports and work plan. |
| 20 | 10/7/2013 | Meerovich, Tatyana | 1.1 | Participate in FTI team meeting to discuss key case issues and next steps. |
| 20 | 10/7/2013 | Nolan, William J. | 1.1 | Lead FTI team meeting to discuss key case issues and next steps. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 10/7/2013 | Nolan, William J. | 0.5 | Address J. Horner's (Debtors) request for an analysis of FTI staffing and work streams. |
| 20 | 10/7/2013 | Szymik, Filip | 1.1 | Participate in weekly team meeting to provide update re: litigation. |
| 20 | 10/7/2013 | Talarico, Michael J | 1.1 | Participate in meeting with FTI team to discuss high-priority work streams. |
| 20 | 10/7/2013 | Witherell, Brett | 1.1 | Participate in team call to discuss key issues in the case. |
| 20 | 10/8/2013 | Meerovich, Tatyana | 0.5 | Participate on an Estate management update call with representatives of Debtors MoFo and CV. |
| 20 | 10/8/2013 | Nolan, William J. | 0.5 | Participate in Estate management update call with representatives the Debtors, MoFo, and CV. |
| 20 | 10/8/2013 | Nolan, William J. | 0.2 | Coordinate coverage of the 10/9/13 court hearing with T. Goren (MoFo). |
| 20 | 10/9/2013 | Nolan, William J. | 0.2 | Participate in discussion with T. Hamzehpour (Debtors) regarding forecasts for professional fees. |
| 20 | 10/10/2013 | Meerovich, Tatyana | 0.8 | Prepare summary of projected work streams at the request of J. Horner (Debtors). |
| 20 | 10/10/2013 | Nolan, William J. | 0.3 | Review workstream template prepared at the request of the Debtors. |
| 20 | 10/10/2013 | Tracy, Alexander | 1.1 | Develop projected work flow analysis template as requested by the Debtors. |
| 20 | 10/10/2013 | Tracy, Alexander | 0.4 | Incorporate revisions at the projected work flow analysis template requested by the Debtors. |
| 20 | 10/11/2013 | Eisenband, Michael | 1.1 | Review update on key case issues, workstreams, and upcoming meetings. |
| 20 | 10/11/2013 | Meerovich, Tatyana | 0.8 | Prepare draft write-up of projected workstreams. |
| 20 | 10/11/2013 | Nolan, William J. | 0.1 | Coordinate the completion of the Work Stream analysis requested by the Debtors. |
| 20 | 10/13/2013 | Tracy, Alexander | 0.7 | Incorporate additional revisions at the projected work flow analysis template requested by the Debtors. |
| 20 | 10/13/2013 | Tracy, Alexander | 0.2 | Classify all responses in FTI work flow analysis by responsible party. |
| 20 | 10/13/2013 | Tracy, Alexander | 0.6 | Revise categories of projected work streams based on additional comments. |
| 20 | 10/13/2013 | Tracy, Alexander | 1.2 | Continue to update work flow analysis based on additional comments from FTI team. |
| 20 | 10/13/2013 | Tracy, Alexander | 1.1 | Revise narrative in the projected work flow analysis for grammar and consistency. |
| 20 | 10/13/2013 | Tracy, Alexander | 0.4 | Perform quality check of work flow analysis before distribution. |
| 20 | 10/14/2013 | Gutzeit, Gina | 0.8 | Participate in internal planning meeting regarding update from team members on JSN litigation, Plan objections, claims objections, updates to cash flow and liquidating trust projections (partial). |
| 20 | 10/14/2013 | Mathur, Yash | 0.8 | Participate in internal weekly meeting with FTI team to discuss priority workstreams (partial). |
| 20 | 10/14/2013 | McDonagh, Timothy | 0.5 | Participate in call with FTI team call to discuss workstreams and updates (partial). |
| 20 | 10/14/2013 | McDonald, Brian | 0.3 | Provide comments to summary of key ongoing work streams. |
| 20 | 10/14/2013 | McDonald, Brian | 0.2 | Update summary of key ongoing work streams. |
| 20 | 10/14/2013 | Meerovich, Tatyana | 1.0 | Participate in weekly FTI team planning meeting. |
| 20 | 10/14/2013 | Meerovich, Tatyana | 0.8 | Review and revise write-up of projected workstreams. |
| 20 | 10/14/2013 | Nolan, William J. | 1.0 | Lead FTI internal call to discuss key issues in the case. |
| 20 | 10/14/2013 | Nolan, William J. | 0.2 | Correspond with Counsel and senior FTI staff to coordinate FTI coverage of phase one trial. |
| 20 | 10/14/2013 | Nolan, William J. | 0.2 | Address FTI transition of staffing of the analysis of CFDR for the loans identified on the post-May 14, 2010 releases. |
| 20 | 10/14/2013 | Szymik, Filip | 1.0 | Participate in weekly team meeting. |
| 20 | 10/14/2013 | Talarico, Michael J | 1.0 | Participate in call with FTI team to discuss deliverables and current status of restructuring efforts. |
| 20 | 10/14/2013 | Tracy, Alexander | 0.4 | Incorporate various updates to FTI work flow analysis. |
| 20 | 10/14/2013 | Tracy, Alexander | 0.3 | Perform quality check of work flow analysis before distribution. |
| 20 | 10/14/2013 | Tracy, Alexander | 0.4 | Incorporate additional revisions at the projected work flow analysis template requested by the Debtors. |
| 20 | 10/14/2013 | Tracy, Alexander | 1.0 | Participate in the weekly ResCap internal meeting regarding update on case key issues, workstreams, and deliverables. |
| 20 | 10/14/2013 | Witherell, Brett | 1.0 | Participate in internal call to discuss key issues in the case. |
| 20 | 10/15/2013 | Gutzeit, Gina | 0.2 | Prepare for Estate bi-weekly call including summarizing status of workstreams, deliverables and upcoming meetings. |
| 20 | 10/15/2013 | Gutzeit, Gina | 0.5 | Participate in Estate leadership call with various representatives from MoFo and CV to discuss upcoming meetings/ Court hearing and deliverables and related issues. |
| 20 | 10/15/2013 | Nolan, William J. | 0.2 | Prepare for Estate bi-weekly call including summarizing status of work streams, deliverables and upcoming meetings. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 10/15/2013 | Nolan, William J. | 0.5 | Participate in Estate leadership call with various representatives from MoFo and CV to discuss upcoming meetings/ Court hearing and deliverables and related issues. |
| 20 | 10/17/2013 | McDonald, Brian | 2.1 | Prepare presentation of critical work streams currently being performed by FTI. |
| 20 | 10/17/2013 | McDonald, Brian | 0.4 | Update presentation of critical work streams being performed by FTI. |
| 20 | 10/17/2013 | Meerovich, Tatyana | 1.2 | Revise write-up of projected workstreams based on comments from W. Nolan (FTI). |
| 20 | 10/17/2013 | Meerovich, Tatyana | 0.6 | Review revised write up of projected workstreams. |
| 20 | 10/17/2013 | Nolan, William J. | 1.2 | Review and comment on the projected work streams analysis requested by the Debtors. |
| 20 | 10/17/2013 | Nolan, William J. | 0.6 | Review write up of projected work streams. |
| 20 | 10/17/2013 | Nolan, William J. | 0.5 | Review of the materials circulated by the Debtors to prepare for the BOD call on 10/18. |
| 20 | 10/18/2013 | Nolan, William J. | 0.2 | Prepare for the BOD call. |
| 20 | 10/18/2013 | Nolan, William J. | 0.8 | Participate in the BOD Call addressing various issues including management's presentation of the KERP, the FHA sale and status of the case. |
| 20 | 10/21/2013 | Gutzeit, Gina | 0.7 | Discuss update from FTI team members on workstreams, deliverables and coordination with MoFo. |
| 20 | 10/21/2013 | Nolan, William J. | 0.7 | Lead discussion with FTI team members re: update on work streams, deliverables and coordination with MoFo. |
| 20 | 10/21/2013 | Nolan, William J. | 0.1 | Coordinate FTI coverage of hearings for the week. |
| 20 | 10/22/2013 | Gutzeit, Gina | 0.5 | Participate in Estate leadership call with MoFo and Centerview to discuss upcoming meetings, Court hearing and deliverables and JSN litigation requirements. |
| 20 | 10/22/2013 | Mathur, Yash | 0.8 | Participate in internal weekly meeting with FTI team to discuss priority workstreams (partial). |
| 20 | 10/22/2013 | McDonagh, Timothy | 1.2 | Participate in call with FTI team call to discuss workstreams and updates. |
| 20 | 10/22/2013 | McDonald, Brian | 0.2 | Verify that project work streams update for T. Hamzehpour (Debtors) is complete and encompasses appropriate detail. |
| 20 | 10/22/2013 | McDonald, Brian | 1.2 | Participate on weekly team update call to discuss expert reports and work plan. |
| 20 | 10/22/2013 | Meerovich, Tatyana | 1.2 | Participate in weekly team update call to discuss expert reports and work plan. |
| 20 | 10/22/2013 | Nolan, William J. | 0.2 | Prepare for the Estate leadership call. |
| 20 | 10/22/2013 | Nolan, William J. | 1.2 | Lead weekly team update call to discuss expert reports and work plan. |
| 20 | 10/22/2013 | Nolan, William J. | 0.9 | Prepare final version of the work stream analysis for T. Hamzehpour (Debtors) and forward to T. Hamzehpour and L. Marinuzzi (MoFo). |
| 20 | 10/22/2013 | Renzi, Mark A | 1.0 | Participate in FTI team call to discuss update on the expert report (partial). |
| 20 | 10/22/2013 | Szymik, Filip | 1.2 | Participate in weekly team update call to discuss expert reports and work plan. |
| 20 | 10/22/2013 | Talarico, Michael J | 1.2 | Participate in call with the FTI ResCap team to discuss the strategy of the restructuring work streams. |
| 20 | 10/22/2013 | Witherell, Brett | 1.2 | Participate in internal call to discuss key issues in the case. |
| 20 | 10/24/2013 | Gutzeit, Gina | 0.4 | Participate in Estate leadership call with representatives of MoFo and the Debtors to discuss current status of case, workstreams and upcoming deadlines. |
| 20 | 10/24/2013 | McDonald, Brian | 2.1 | Prepare high level budget of FTI work streams by professional for October through December. |
| 20 | 10/24/2013 | McDonald, Brian | 1.5 | Continue to work on high level budget of FTI work streams by professional for October through December. |
| 20 | 10/24/2013 | Meerovich, Tatyana | 0.3 | Set up framework for the high level FTI budget analysis requested by T. Hamzehpour (Debtors). |
| 20 | 10/25/2013 | McDonald, Brian | 0.5 | Review, verify and make edits to estimated FTI budget by professional and by work stream. |
| 20 | 10/25/2013 | McDonald, Brian | 1.1 | Perform quality control review and update estimated FTI budget. |
| 20 | 10/25/2013 | Meerovich, Tatyana | 0.6 | Update draft FTI budget analysis prepared at the request of T. Hamzehpour (Debtors). |
| 20 | 10/25/2013 | Meerovich, Tatyana | 0.7 | Review and provide comments on draft FTI budget requested by T. Hamzehpour (Debtors). |
| 20 | 10/29/2013 | Gutzeit, Gina | 0.7 | Participate in FTI team call to discuss workstreams and coordination with MoFo including claims reserve and objections, JSN litigation requirements, Plan confirmation, UCC meeting and coming Court hearing (partial). |
| 20 | 10/29/2013 | McDonagh, Timothy | 1.0 | Participate in FTI team call to discuss workstreams and updates. |
| 20 | 10/29/2013 | Szymik, Filip | 1.0 | Participate in weekly team meeting to provide update re: litigation. |
| 20 | 10/30/2013 | Meerovich, Tatyana | 0.6 | Prepare update on staffing and prioritization of work stream. |
| 20 | 10/31/2013 | Eisenband, Michael | 1.0 | Review update on key case issues, workstreams, and upcoming meetings. |
| **20 Total** | | | **64.9** | |
| 21 | 10/8/2013 | McDonald, Brian | 0.6 | Review Kruger revised retention documents in preparation for 10/9/13 Court hearing. |
| 21 | 10/8/2013 | Nolan, William J. | 0.7 | Review Kruger Report and related documents to prepare for 10/9/13 Court hearing. |
| 21 | 10/8/2013 | Nolan, William J. | 0.3 | Correspond with M. Rothchild (MoFo) to prepare for court hearing on 10/9/2013. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 10/9/2013 | McDonald, Brian | 0.4 | Participate telephonically in Court hearing re: Kruger retention (partial attendance). |
| 21 | 10/9/2013 | McDonald, Brian | 0.5 | Review Nolan Declaration in support of amendment to Kruger Retention in preparation for hearing to discuss same. |
| 21 | 10/9/2013 | Nolan, William J. | 0.4 | Participate telephonically in Court hearing re: Kruger retention (partial attendance). |
| 21 | 10/9/2013 | Nolan, William J. | 0.4 | Review Nolan Declaration in support of amendment to Kruger Retention in preparation for hearing to discuss same. |
| 21 | 10/15/2013 | McDonald, Brian | 0.2 | Review Court docket in preparation for 10/16/13 Court hearing. |
| **21 Total** | | | **3.5** | |
| 24 | 10/1/2013 | Hellmund-Mora, Marili | 1.0 | Incorporate updates to the July fee statement. |
| 24 | 10/1/2013 | McDonagh, Timothy | 2.4 | Review fee exhibits for June fee statement. |
| 24 | 10/2/2013 | Gutzeit, Gina | 0.5 | Review exhibits for June monthly fee statement including summary by professional and by task code. |
| 24 | 10/2/2013 | Gutzeit, Gina | 2.1 | Review exhibits for June monthly fee statement. |
| 24 | 10/2/2013 | Gutzeit, Gina | 0.9 | Review exhibits for June monthly fee statement including summary task code by professional. |
| 24 | 10/2/2013 | Hellmund-Mora, Marili | 2.4 | Incorporate revisions to the June fee statement. |
| 24 | 10/2/2013 | McDonagh, Timothy | 3.2 | Review fee exhibits for June fee statement. |
| 24 | 10/2/2013 | McDonagh, Timothy | 0.8 | Continue to review fee exhibits for June fee statement. |
| 24 | 10/2/2013 | McDonagh, Timothy | 3.5 | Review fee exhibits for July fee statement. |
| 24 | 10/2/2013 | Nolan, William J. | 0.5 | Prepare correspondence regarding fee statement. |
| 24 | 10/2/2013 | Tracy, Alexander | 0.4 | Review ResCap fee exhibits for the September fee statement. |
| 24 | 10/3/2013 | Hellmund-Mora, Marili | 0.5 | (Voluntary Reduction in Fees) - Communicate with professionals regarding clarification of fee detail for the July fee statement. |
| 24 | 10/3/2013 | Hellmund-Mora, Marili | 1.2 | Generate proforma for July, August and September and prepare fee detail extracts for fee statements. |
| 24 | 10/4/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate fees and cost corresponding to technology fees. |
| 24 | 10/4/2013 | McDonagh, Timothy | 0.4 | Correspond with professionals regarding fee statement exhibits for June fee statement. |
| 24 | 10/4/2013 | Moore, Teresa | 1.5 | Download expenses into proforma analysis. |
| 24 | 10/4/2013 | Moore, Teresa | 0.7 | Review June proforma to identify new expense entries. |
| 24 | 10/4/2013 | Moore, Teresa | 1.9 | (Voluntary Reduction in Fees) - Review expense entries for the June fee statement. |
| 24 | 10/7/2013 | Hellmund-Mora, Marili | 2.9 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement. |
| 24 | 10/7/2013 | Hellmund-Mora, Marili | 0.4 | Correspond with professionals regarding fee statement exhibits for August fee statement. |
| 24 | 10/7/2013 | Hellmund-Mora, Marili | 2.1 | Compile time detail for the July monthly fee statement. |
| 24 | 10/7/2013 | Hellmund-Mora, Marili | 1.0 | Incorporate time detail entries for the August fee statement. |
| 24 | 10/7/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate time detail to the September fee statement. |
| 24 | 10/7/2013 | McDonagh, Timothy | 0.3 | Develop process for July through September fee statement preparation. |
| 24 | 10/7/2013 | McDonagh, Timothy | 0.5 | Review expense exhibits for June fee statement exhibits. |
| 24 | 10/7/2013 | Moore, Teresa | 3.2 | (Voluntary Reduction in Fees) - Continue to review expenses exhibits for the June monthly fee statement. |
| 24 | 10/7/2013 | Moore, Teresa | 0.4 | (Voluntary Reduction in Fees) - Communicate with specific professionals to verify dates of internet and parking expenses. |
| 24 | 10/7/2013 | Moore, Teresa | 0.5 | (Voluntary Reduction in Fees) - Research specific expense details for the June fee statement. |
| 24 | 10/7/2013 | Moore, Teresa | 1.8 | (Voluntary Reduction in Fees) - Review June meals and adjust as necessary to ensure in compliance with Court's ruling. |
| 24 | 10/7/2013 | Moore, Teresa | 0.8 | (Voluntary Reduction in Fees) - Follow up with professionals for clarification regarding June 2013 expenses. |
| 24 | 10/7/2013 | Moore, Teresa | 1.1 | (Voluntary Reduction in Fees) - Continue to review June expenses for the June fee statement. |
| 24 | 10/8/2013 | Hellmund-Mora, Marili | 2.1 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement. |
| 24 | 10/8/2013 | Hellmund-Mora, Marili | 2.1 | Incorporate updates to the August fee statement. |
| 24 | 10/8/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the September fee statement. |
| 24 | 10/8/2013 | Moore, Teresa | 1.4 | Review and classify expenses for the June fee statement. |
| 24 | 10/8/2013 | Moore, Teresa | 0.1 | Prepare update re: status of July, August and September expense exhibits. |
| 24 | 10/8/2013 | Moore, Teresa | 0.3 | (Voluntary Reduction in Fees) - Correspond with professionals re: clarification needed on their expenses for the June fee statement. |
| 24 | 10/8/2013 | Moore, Teresa | 0.8 | Review comments to the June 2013 expenses in the June fee statement. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/8/2013 | Moore, Teresa | 0.4 | (Voluntary Reduction in Fees) - Complete research and review expenses and language for accuracy. |
| 24 | 10/8/2013 | Moore, Teresa | 1.1 | (Voluntary Reduction in Fees) - Research flight information for the expense section of the fee statement. |
| 24 | 10/8/2013 | Moore, Teresa | 0.7 | (Voluntary Reduction in Fees) - Adjust June expenses as necessary to ensure in compliance with Court's ruling. |
| 24 | 10/8/2013 | Moore, Teresa | 1.1 | (Voluntary Reduction in Fees) - Reconcile transportation expenses in the August fee statement. |
| 24 | 10/9/2013 | Hellmund-Mora, Marili | 2.9 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement. |
| 24 | 10/9/2013 | Hellmund-Mora, Marili | 2.1 | Incorporate time detail to the September fee statement master file. |
| 24 | 10/9/2013 | Hellmund-Mora, Marili | 1.0 | Incorporate time detail entries for the August fee statement. |
| 24 | 10/9/2013 | Hellmund-Mora, Marili | 0.3 | (Voluntary Reduction in Fees) - Correspond with professionals regarding time detail entries for the September fee statement. |
| 24 | 10/9/2013 | Moore, Teresa | 0.9 | Incorporate edits in the expense exhibits included in the August fee statement. |
| 24 | 10/9/2013 | Moore, Teresa | 0.7 | (Voluntary Reduction in Fees) - Reconcile expenses hotel, airfare, car service, taxi in the September fee statement. |
| 24 | 10/9/2013 | Moore, Teresa | 0.1 | Generate July through September 2013 expense proforma in preparation of the fee statements. |
| 24 | 10/9/2013 | Moore, Teresa | 1.3 | (Voluntary Reduction in Fees) - Review and update July 2013 expense detail in the July fee statement. |
| 24 | 10/9/2013 | Moore, Teresa | 0.4 | (Voluntary Reduction in Fees) - Follow up with professionals for clarification regarding July 2013 expenses. |
| 24 | 10/9/2013 | Moore, Teresa | 1.1 | Verify August 2013 expense detail to ensure all expenses have been captured. |
| 24 | 10/9/2013 | Moore, Teresa | 0.4 | (Voluntary Reduction in Fees) - Follow up with professionals for clarification regarding August 2013 expenses. |
| 24 | 10/9/2013 | Moore, Teresa | 0.9 | Verify September 2013 expense detail to ensure all expenses have been captured. |
| 24 | 10/9/2013 | Moore, Teresa | 0.3 | (Voluntary Reduction in Fees) - Follow up with professionals for clarification regarding September 2013 expenses. |
| 24 | 10/9/2013 | Moore, Teresa | 0.1 | Generate proforma for July through September 2013 to incorporate recently received expenses. |
| 24 | 10/9/2013 | Moore, Teresa | 1.2 | Prepare draft exhibits for July through September 2013 expenses for the fee statements. |
| 24 | 10/9/2013 | Moore, Teresa | 0.6 | (Voluntary Reduction in Fees) - Review expense reports and receipts to determine proper dates and billing narrative for prior periods expenses. |
| 24 | 10/10/2013 | Hellmund-Mora, Marili | 1.8 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement. |
| 24 | 10/10/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate time detail entries for the August fee statement. |
| 24 | 10/10/2013 | Hellmund-Mora, Marili | 0.4 | (Voluntary Reduction in Fees) - Correspond with professionals regarding time detail entries for the July fee statement. |
| 24 | 10/10/2013 | Hellmund-Mora, Marili | 1.8 | Incorporate time detail to the August and September fee statements and prepare summary report. |
| 24 | 10/10/2013 | Moore, Teresa | 1.1 | (Voluntary Reduction in Fees) - Follow up with professionals for clarification regarding July through September expenses. |
| 24 | 10/10/2013 | Moore, Teresa | 3.2 | (Voluntary Reduction in Fees) - Review expenses to hours worked on dates with respect to July through September meals, hotel, and airfare to ensure compliance with Court ruling and UST guidelines. |
| 24 | 10/10/2013 | Moore, Teresa | 1.0 | (Voluntary Reduction in Fees) - Communicate with specific professionals to verify dates of interment and parking expenses. |
| 24 | 10/10/2013 | Moore, Teresa | 2.8 | Complete drafts of exhibits for expenses for the period of July through September. |
| 24 | 10/11/2013 | Hellmund-Mora, Marili | 2.1 | (Voluntary Reduction in Fees) - Review time detail for the September fee statement. |
| 24 | 10/11/2013 | Hellmund-Mora, Marili | 1.9 | Incorporate time detail to the August and September fee statement. |
| 24 | 10/11/2013 | Hellmund-Mora, Marili | 0.6 | Incorporate time detail to the August and September fee statements and prepare summary report. |
| 24 | 10/11/2013 | Hellmund-Mora, Marili | 0.3 | (Voluntary Reduction in Fees) - Correspond with professionals regarding time detail entries for the July fee statement. |
| 24 | 10/11/2013 | McDonagh, Timothy | 0.8 | Review fee exhibits for June fee statement. |
| 24 | 10/12/2013 | Hellmund-Mora, Marili | 2.1 | Incorporate time detail to the August and September fee statement. |
| 24 | 10/13/2013 | Hellmund-Mora, Marili | 3.0 | Incorporate time detail to the August and September fee statements and prepare summary report. |
| 24 | 10/14/2013 | Hellmund-Mora, Marili | 0.5 | Incorporate updates to the August fee statement. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/14/2013 | McDonagh, Timothy | 0.3 | Review fee exhibits for June fee statement. |
| 24 | 10/14/2013 | Moore, Teresa | 0.9 | (Voluntary Reduction in Fees) - Correspond with professionals re: follow-up on expenses to clarify amounts incurred. |
| 24 | 10/15/2013 | Hellmund-Mora, Marili | 2.9 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement to ensure compliance with the UST bankruptcy guidelines. |
| 24 | 10/15/2013 | Hellmund-Mora, Marili | 0.8 | (Voluntary Reduction in Fees) - Continue to review July time detail to ensure compliance with UST bankruptcy guidelines. |
| 24 | 10/16/2013 | Hellmund-Mora, Marili | 2.0 | (Voluntary Reduction in Fees) - Review time detail for the July fee statement to ensure compliance with UST bankruptcy guidelines. |
| 24 | 10/16/2013 | Hellmund-Mora, Marili | 0.7 | (Voluntary Reduction in Fees) - Continue to review July time detail to ensure compliance with UST bankruptcy guidelines. |
| 24 | 10/16/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the August fee statement. |
| 24 | 10/16/2013 | McDonagh, Timothy | 3.1 | Review expense exhibits for June fee statement. |
| 24 | 10/17/2013 | Hellmund-Mora, Marili | 1.9 | (Voluntary Reduction in Fees) - Review August time detail to ensure compliance with UST bankruptcy guidelines. |
| 24 | 10/18/2013 | Hellmund-Mora, Marili | 2.7 | (Voluntary Reduction in Fees) - Continue to review July time detail to ensure compliance with UST bankruptcy guidelines. |
| 24 | 10/18/2013 | Hellmund-Mora, Marili | 1.5 | Incorporate updates to the August fee statement. |
| 24 | 10/18/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the September fee statement. |
| 24 | 10/18/2013 | McDonagh, Timothy | 0.7 | Provide updated comments on expense exhibits in the June fee statement. |
| 24 | 10/21/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the July fee statement. |
| 24 | 10/21/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate time detail entries to the August fee statement. |
| 24 | 10/21/2013 | Hellmund-Mora, Marili | 0.6 | (Voluntary Reduction in Fees) - Prepare extracts for time detail for the August fee statement. |
| 24 | 10/21/2013 | McDonagh, Timothy | 2.7 | Prepare draft of June fee statement. |
| 24 | 10/22/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate submitted time detail to the September fee statement. |
| 24 | 10/22/2013 | Hellmund-Mora, Marili | 0.4 | (Voluntary Reduction in Fees) - Prepare correspondence regarding time detail clarification re: September fee statement. |
| 24 | 10/22/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate time detail entries to the August fee statement. |
| 24 | 10/23/2013 | Hellmund-Mora, Marili | 0.9 | (Voluntary Reduction in Fees) - Review September fee detail to ensure compliance with UST guidelines. |
| 24 | 10/23/2013 | Hellmund-Mora, Marili | 1.0 | (Voluntary Reduction in Fees) - Review time detail for the August fee statement to ensure compliance with UST guidelines. |
| 24 | 10/23/2013 | Tracy, Alexander | 0.8 | (Voluntary Reduction in Fees) - Review time detail for the September fee statement to ensure compliance with UST guidelines. |
| 24 | 10/24/2013 | Hellmund-Mora, Marili | 0.8 | (Voluntary Reduction in Fees) - Incorporate time detail entries to the August fee statement. |
| 24 | 10/24/2013 | Hellmund-Mora, Marili | 1.8 | (Voluntary Reduction in Fees) - Review time detail for the August fee statement to ensure compliance with UST guidelines. |
| 24 | 10/25/2013 | Hellmund-Mora, Marili | 2.1 | Incorporate time detail entries to the August fee statement. |
| 24 | 10/26/2013 | McDonald, Brian | 1.5 | Review time exhibits for the July fee statement. |
| 24 | 10/28/2013 | Hellmund-Mora, Marili | 1.1 | (Voluntary Reduction in Fees) - Review September fee detail to ensure compliance with UST guidelines. |
| 24 | 10/28/2013 | Hellmund-Mora, Marili | 2.5 | (Voluntary Reduction in Fees) - Continue to review fee detail for the August fee statement. |
| 24 | 10/28/2013 | McDonald, Brian | 1.0 | (Voluntary Reduction in Fees) - Review July fee detail to ensure compliance with UST guidelines. |
| 24 | 10/28/2013 | McDonald, Brian | 3.5 | Review time exhibits for the July fee statement. |
| 24 | 10/28/2013 | McDonald, Brian | 3.5 | (Voluntary Reduction in Fees) - Review July fee detail to ensure compliance with UST guidelines. |
| 24 | 10/28/2013 | McDonald, Brian | 2.9 | Continue to review exhibits for the July fee statement. |
| 24 | 10/28/2013 | Tracy, Alexander | 0.5 | (Voluntary Reduction in Fees) - Review September time detail to ensure compliance with UST guidelines. |
| 24 | 10/28/2013 | Tracy, Alexander | 0.4 | Prepare September fee exhibits for review. |
| 24 | 10/29/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the June fee statement. |
| 24 | 10/29/2013 | Hellmund-Mora, Marili | 0.8 | (Voluntary Reduction in Fees) - Review August fee detail to ensure compliance with UST guidelines. |
| 24 | 10/29/2013 | McDonald, Brian | 3.5 | Review September fee statement exhibits. |
| 24 | 10/29/2013 | McDonald, Brian | 1.6 | Review and comment re: exhibits for July fee statement. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/29/2013 | Moore, Teresa | 1.9 | (Voluntary Reduction in Fees) - Reconcile expenses by category by date of travel in the July fee statement. |
| 24 | 10/29/2013 | Moore, Teresa | 2.8 | (Voluntary Reduction in Fees) - Reconcile meals and ground transportation expenses in the July fee statement. |
| 24 | 10/29/2013 | Moore, Teresa | 0.4 | (Voluntary Reduction in Fees) - Review recently uploaded expenses into the master file. |
| 24 | 10/29/2013 | Moore, Teresa | 1.3 | (Voluntary Reduction in Fees) - Continue to research and review expenses for the July fee statement. |
| 24 | 10/29/2013 | Tracy, Alexander | 1.5 | (Voluntary Reduction in Fees) - Review time detail for the September fee statement to ensure compliance with UST guidelines. |
| 24 | 10/30/2013 | Hellmund-Mora, Marili | 0.5 | Incorporate updates to the July fee statement. |
| 24 | 10/30/2013 | Hellmund-Mora, Marili | 2.0 | (Voluntary Reduction in Fees) - Review August fee detail to ensure compliance with UST guidelines. |
| 24 | 10/30/2013 | Hellmund-Mora, Marili | 0.6 | (Voluntary Reduction in Fees) - Continue to review fee detail for the August fee statement. |
| 24 | 10/30/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the June fee statement. |
| 24 | 10/30/2013 | McDonagh, Timothy | 2.6 | Review updated fee statement exhibits for additional time detail submissions. |
| 24 | 10/30/2013 | McDonald, Brian | 2.1 | Review and comment re: expense exhibits for July fee statement. |
| 24 | 10/31/2013 | Hellmund-Mora, Marili | 2.1 | (Voluntary Reduction in Fees) - Continue to review fee detail for the August fee statement. |
| 24 | 10/31/2013 | Hellmund-Mora, Marili | 0.6 | (Voluntary Reduction in Fees) - Communicate with professionals regarding clarification of fee detail for the August fee statement to ensure compliance with UST guidelines. |
| 24 | 10/31/2013 | Hellmund-Mora, Marili | 0.7 | Prepare summary of hours by task code for the June fee statement. |
| 24 | 10/31/2013 | Hellmund-Mora, Marili | 1.9 | (Voluntary Reduction in Fees) - Review fee detail updates to the August monthly fee statement to comply with UST guidelines. |
| 24 | 10/31/2013 | Hellmund-Mora, Marili | 1.7 | (Voluntary Reduction in Fees) - Incorporate updates to the August fee detail to ensure compliance with UST guidelines. |
| 24 | 10/31/2013 | Moore, Teresa | 2.8 | Incorporate edits to the July 2013 expense exhibits. |
| 24 | 10/31/2013 | Moore, Teresa | 0.2 | Prepare draft expense exhibits. |
| 24 | 10/31/2013 | Moore, Teresa | 0.1 | Finalize expenses July exhibits for final review. |
| 24 | 10/31/2013 | Tracy, Alexander | 0.6 | Prepare summary by task codes for September fee statement. |
| **24 Total** | | | **175.9** | |
| 25 | 10/2/2013 | Brown JR, Walton | 3.0 | Travel from NY to Dallas, TX. |
| 25 | 10/2/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 10/3/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC. |
| 25 | 10/3/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 10/8/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY. |
| 25 | 10/11/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC. |
| 25 | 10/14/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 10/17/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to NY. |
| 25 | 10/17/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 10/18/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 10/21/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 10/22/2013 | Szymik, Filip | 1.5 | Travel from NY to Boston, MA. |
| 25 | 10/24/2013 | Szymik, Filip | 1.5 | Travel from Boston, MA to NY. |
| 25 | 10/24/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 10/29/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 10/31/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| **25 Total** | | | **28.5** | |
| 28 | 10/1/2013 | Brown, Michael | 2.1 | Review and prepare summary of expert report of P. Eric Siegert Global Summary. |
| 28 | 10/1/2013 | Brown, Michael | 1.9 | Continue to analyze and review of various expert reports in connection with JSN litigation. |
| 28 | 10/1/2013 | Brown, Michael | 1.8 | Summarize JSN securities held for sale data from expert report of Michael Fazio, HFS, and Unsold/Other Assets. |
| 28 | 10/1/2013 | Brown, Michael | 2.2 | Prepare draft analyses for inclusion in preparatory deposition documentation at the request of counsel. |
| 28 | 10/1/2013 | Brown, Michael | 1.6 | Prepare support documentation including financial models for deposition at the request of counsel. |
| 28 | 10/1/2013 | Brown, Michael | 1.4 | Analyze historical monthly change in unpledged vs. pledged loans by loan identification number. |
| 28 | 10/1/2013 | Dragelin, Timothy J. | 2.5 | Read JSN Expert reports and outline observations for trial preparation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/1/2013 | Gutzeit, Gina | 0.9 | Read and outline observations relating to the RFC audited financial statements for 2009, 2010 and 2011 in connection with Intercompany receivables and payables in response to request from Counsel on JSN litigation. |
| 28 | 10/1/2013 | Gutzeit, Gina | 1.0 | Participate in call with J. Marines (MoFo) and S. Bleiberg (MoFo) to discuss US GAAP accounting requirements for related party and intercompany transactions in preparation for JSN depositions. |
| 28 | 10/1/2013 | Gutzeit, Gina | 0.6 | Read accounting research and interpretations for related party transitions and intercompany accounting to provide further information to Counsel for JSN litigation. |
| 28 | 10/1/2013 | McDonald, Brian | 0.6 | Participate in call with A. Lawrence (MoFo), J. Marines (MoFo), and L. Marinuzzi (MoFo) regarding intercompany discovery for JSNs. |
| 28 | 10/1/2013 | McDonald, Brian | 2.2 | Participate in call with various representatives from MoFo, and CV to discuss responses to JSN expert reports. |
| 28 | 10/1/2013 | McDonald, Brian | 2.8 | Read Taylor Allocation of Purchase Price expert report for JSNs to develop questions and issues to be raised at deposition. |
| 28 | 10/1/2013 | McDonald, Brian | 2.1 | Read Fazio valuation of HFS & Other Assets report for JSNs to develop questions and issues to be raised at deposition. |
| 28 | 10/1/2013 | McDonald, Brian | 0.7 | Research issues underlying financial institution valuation with respect to JSN expert reports. |
| 28 | 10/1/2013 | McDonald, Brian | 2.9 | Continue to read through and review Winn Administrative Expense report for JSNs to further develop questions and issues to be raised at deposition. |
| 28 | 10/1/2013 | McDonald, Brian | 0.8 | Read and prepare notes regarding CV initial responses to JSN expert reports in preparation for call to discuss same. |
| 28 | 10/1/2013 | McDonald, Brian | 0.3 | Review emails to identify intercompany correspondences with A. Sagat (A&M) in response to discovery requests from JSNs and MoFo. |
| 28 | 10/1/2013 | McDonald, Brian | 1.1 | Read and provide comments to initial deposition questions list for JSN expert witnesses. |
| 28 | 10/1/2013 | McDonald, Brian | 0.4 | Read Levine MSR and Servicer Advance valuation report to identify specific issues with respect to other reports. |
| 28 | 10/1/2013 | McDonald, Brian | 0.6 | Review Siegert Global Summary report to ensure consistency with other expert testimony. |
| 28 | 10/1/2013 | Meerovich, Tatyana | 1.6 | Participate in call with representatives of CV, MoFo, and KL to discuss questions/comments on JSN expert reports. |
| 28 | 10/1/2013 | Meerovich, Tatyana | 2.1 | Review draft questions/comments prepared for the review of JSN expert reports and deposition preparation. |
| 28 | 10/1/2013 | Meerovich, Tatyana | 0.6 | Review information on seasonality of servicing business in preparation for JSN litigation. |
| 28 | 10/1/2013 | Meerovich, Tatyana | 1.8 | Review expert reports filed by JSNs and prepare questions regarding same. |
| 28 | 10/1/2013 | Meerovich, Tatyana | 0.6 | Review update regarding the status of JSN expert reports review. |
| 28 | 10/1/2013 | Milazzo, Anthony | 1.0 | Participate in call with J. Marines (MoFo), L. Marinuzzi (MoFo) and S. Bleiberg (MoFo) regarding intercompany accounting issues with ResCap and RFC for JSN litigation. |
| 28 | 10/1/2013 | Milazzo, Anthony | 1.0 | Research intercompany accountings issues with ResCap and RFC for JSN litigation. |
| 28 | 10/1/2013 | Nolan, William J. | 1.6 | Participate in call with representatives of CV, MoFo, and KL to discuss questions/comments on JSN expert reports. |
| 28 | 10/1/2013 | Nolan, William J. | 2.1 | Review JNS expert reports in anticipation of conference call with Counsel. |
| 28 | 10/1/2013 | Nolan, William J. | 1.2 | Review and comment on the JSN Expert Report Questions. |
| 28 | 10/1/2013 | Renzi, Mark A | 0.6 | Participate in call with A. Lawrence (MoFo), J. Marines (MoFo), and L. Marinuzzi (MoFo) regarding intercompany discovery for JSNs. |
| 28 | 10/1/2013 | Renzi, Mark A | 1.1 | Participate in call with R. Scarseth (Debtors) regarding the CFDR database an results from data analysis. |
| 28 | 10/1/2013 | Renzi, Mark A | 1.2 | Participate in discussion with J. Rosell (PSZJ) on updated data regarding servicing advances in the companies books in records regarding lien releases. |
| 28 | 10/1/2013 | Renzi, Mark A | 3.1 | Prepare for meeting with MoFo regarding intercompany balances and JSN litigation regarding intercos. |
| 28 | 10/1/2013 | Renzi, Mark A | 2.0 | Participate in meeting with J. Marines (MoFo) regarding JSN litigation and expert reports. |
| 28 | 10/1/2013 | Renzi, Mark A | 1.0 | Participate on call with MoFo and CV regarding JSN expert reports (partial). |
| 28 | 10/1/2013 | Renzi, Mark A | 2.2 | Review draft of October UCC presentation and in developing my expert reports and testimony. |
| 28 | 10/1/2013 | Renzi, Mark A | 2.9 | Prepare for expert testimony on Oct 3. |
| 28 | 10/1/2013 | Szymik, Filip | 0.8 | Review estimate of accrued and unpaid expenses charged to the JSN collateral for JSN litigation purposes. |
| 28 | 10/1/2013 | Szymik, Filip | 1.4 | Review Winn Expert Report regarding the CFDR database. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/1/2013 | Szymik, Filip | 1.6 | Review LOC borrowing base report as of May 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/1/2013 | Szymik, Filip | 1.4 | Review LOC borrowing base report as of June 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/1/2013 | Szymik, Filip | 1.3 | Review LOC borrowing base report as of February 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/1/2013 | Szymik, Filip | 1.5 | Review LOC borrowing base report as of May 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/1/2013 | Szymik, Filip | 2.3 | Review Fazio Expert Report regarding the valuation of the JSN collateral. |
| 28 | 10/1/2013 | Szymik, Filip | 1.7 | Continue to review the Fazio Expert Report regarding the valuation of the JSN collateral. |
| 28 | 10/1/2013 | Szymik, Filip | 1.5 | Prepare list of questions and findings based on review of the Fazio Expert Report regarding the valuation of the JSN collateral. |
| 28 | 10/1/2013 | Szymik, Filip | 1.4 | Review correspondence regarding the preparation of the 4/4/13 presentation regarding the intercompany balances for JSN litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 0.7 | Edit expert report deposition questions for clarity for JSN litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.1 | Incorporate and edit deposition questions into master spreadsheet for JSN litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 0.1 | Research best email discovery practices for JSN litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.1 | Update template for additional deposition questions to be asked regarding Levine report for JSN litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.5 | Update template for additional deposition questions to be asked regarding Held-for-Sale and Other Assets - Fazio report for litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.2 | Update template for additional deposition questions to be asked regarding Fair Market Value of MSRs - Fazio report for litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.4 | Update template for additional deposition questions to be asked regarding Allocation of Purchase Price - John A. Taylor report for litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 2.0 | Continue to revise deposition questions to be asked based on JSN collateral expert reports for litigation purposes. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.1 | Edit litigation deposition questions to be asked for litigation purposes based on comments received. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.2 | Finalize draft of deposition questions to be asked based on JSN collateral expert reports. |
| 28 | 10/1/2013 | Tracy, Alexander | 1.9 | Assemble support documents related to cash collateral needed for Renzi expert report in connection with JSN litigation. |
| 28 | 10/1/2013 | Tracy, Alexander | 2.7 | Research and compile additional documents needed as support for Renzi expert report from external and internal sources. |
| 28 | 10/1/2013 | Witherell, Brett | 2.1 | Review expert report on allocation of purchase price from John Taylor (HL) in connection with JSN litigation. |
| 28 | 10/1/2013 | Witherell, Brett | 1.5 | Review expert reports in advance of M. Renzi deposition in connection with JSN litigation to assist in preparation. |
| 28 | 10/1/2013 | Witherell, Brett | 3.1 | Formulate questions surrounding expert reports in preparation for deposition of M. Renzi (FTI) in connection with JSN litigation. |
| 28 | 10/2/2013 | Brown, Michael | 1.5 | Compile data from collateral value reports into master file. |
| 28 | 10/2/2013 | Brown, Michael | 1.7 | Extract loan data from Wynn expert report. |
| 28 | 10/2/2013 | Brown, Michael | 0.7 | Prepare comparison between the export report loan data and internally prepared data files. |
| 28 | 10/2/2013 | Brown, Michael | 1.4 | Identify missing loan identification numbers and attempt to find in supporting documents. |
| 28 | 10/2/2013 | Brown, Michael | 0.8 | Analyze historical monthly movement of specific loans from unpledged to otherwise. |
| 28 | 10/2/2013 | Brown, Michael | 1.4 | Model movement of loans from unpledged to GMAC LOC. |
| 28 | 10/2/2013 | Brown, Michael | 0.8 | Incorporate revisions to the sample questions for Mark Renzi deposition. |
| 28 | 10/2/2013 | Brown, Michael | 2.2 | Prepare sample questions for Mark Renzi deposition. |
| 28 | 10/2/2013 | Dragelin, Timothy J. | 3.1 | Review Fazio reports and develop enhanced list of questions and issues for rebuttal. |
| 28 | 10/2/2013 | Gutzeit, Gina | 0.5 | Review update from MoFo on the scheduling of depositions in connection with Plan Confirmation. |
| 28 | 10/2/2013 | Gutzeit, Gina | 0.4 | Review update from MoFo on JSN litigation progress. |
| 28 | 10/2/2013 | Hayes, Dana | 0.2 | Review comparable companies in connection to expert reports in JSN litigation. |
| 28 | 10/2/2013 | McDonald, Brian | 0.4 | Participate in call with B. Westman (Debtors), M. Landy (Alix), and T. Toaso (Alix) to discuss FHA/VA interest, hedge unwind, and equity pledges for JSNs. |
| 28 | 10/2/2013 | McDonald, Brian | 0.8 | Participate on call with M. Landy (Alix) and D. Strouse (Alix) to discuss hedge unwind, GMACM 2010-1, and other issues related to JSN litigation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/2/2013 | McDonald, Brian | 0.4 | Review revised questions list for JSN deposition purposes. |
| 28 | 10/2/2013 | McDonald, Brian | 2.3 | Review Fazio MSR, Servicer Advance and Platform expert report to compile questions for deposition. |
| 28 | 10/2/2013 | McDonald, Brian | 3.2 | Update JSN deposition questions list to include further detail and cross-references to specific data points in JSN reports. |
| 28 | 10/2/2013 | McDonald, Brian | 0.4 | Make revisions to sample loan population schedule for response to Winn CFDR analysis report. |
| 28 | 10/2/2013 | McDonald, Brian | 0.4 | Review documents related to MSR Swap and unwind of hedge positions in order to develop response to questions from M. Landy (Alix). |
| 28 | 10/2/2013 | McDonald, Brian | 2.2 | Research specific points and references that may be contradictory between JSN reports. |
| 28 | 10/2/2013 | McDonald, Brian | 0.5 | Review mortgage seasonality documents related to rebuttal of JSN expert testimony. |
| 28 | 10/2/2013 | McDonald, Brian | 0.5 | Review questions compiled for M. Renzi deposition preparation. |
| 28 | 10/2/2013 | Meerovich, Tatyana | 3.0 | Participate in call with P. Bentley (KL) regarding preparation of Winn deposition. |
| 28 | 10/2/2013 | Meerovich, Tatyana | 0.6 | Participate in call with M. Landy (Alix) and T. Toaso (Alix) regarding swap and hedge collateral for JSN litigation. |
| 28 | 10/2/2013 | Meerovich, Tatyana | 2.5 | Participate in prep session for M. Renzi (FTI) deposition for JSN litigation. |
| 28 | 10/2/2013 | Milazzo, Anthony | 0.8 | Perform research regarding intercompany accounting matters at request of counsel for JSN litigation. |
| 28 | 10/2/2013 | Nolan, William J. | 3.0 | Participate in call with P. Bentley (KL) regarding preparation of Winn deposition. |
| 28 | 10/2/2013 | Nolan, William J. | 0.3 | Review and provide guidance on the analysis of lien releases for JSN litigation. |
| 28 | 10/2/2013 | Nolan, William J. | 0.8 | Participate in call with J. Rosell (PSZ) and N. Hamerman (KL) to discuss the status of the lien release research for JSN litigation. |
| 28 | 10/2/2013 | Nolan, William J. | 0.5 | Follow up on questions presented by Alix regarding the tax effect of the debt exchange with B. Westman (Debtors) for JSN litigation. |
| 28 | 10/2/2013 | Nolan, William J. | 0.5 | Participate in call with L. Marinuzzi (MoFo), and J. Marines (MoFo) to discuss expert testimony and fact witnesses. |
| 28 | 10/2/2013 | Nolan, William J. | 0.3 | Address issues related to M. Renzi's deposition prep based upon discussions and e mails with Counsel. |
| 28 | 10/2/2013 | Renzi, Mark A | 1.9 | Review assets added to the LOC between December 28, 2009 and January 31, 2010 in response to Winn collateral analysis report. |
| 28 | 10/2/2013 | Renzi, Mark A | 1.2 | Review latest Mountainview report regarding MSR valuations for JSN litigation purposes. |
| 28 | 10/2/2013 | Renzi, Mark A | 0.4 | Participate in discussion with C. Senick (Debtors) re: latest Mountainview report on MSR valuations for JSN litigation purposes. |
| 28 | 10/2/2013 | Renzi, Mark A | 1.6 | Review historical ResCap valuation comparable companies in regards to analysis of HL expert reports. |
| 28 | 10/2/2013 | Renzi, Mark A | 1.0 | Participate in call with J. Rosell (PSZJ) regarding Domestic Mortgage loans and tracking of collateral that is being challenged by the JSNs in litigation. |
| 28 | 10/2/2013 | Renzi, Mark A | 3.0 | Participate in meeting with MoFo to prepare for expert testimony (morning session). |
| 28 | 10/2/2013 | Renzi, Mark A | 3.0 | Participate in meeting with MoFo to prepare for expert testimony (afternoon session). |
| 28 | 10/2/2013 | Renzi, Mark A | 2.6 | Review notes in preparation for all day meeting at MoFo re: expert testimony. |
| 28 | 10/2/2013 | Renzi, Mark A | 1.7 | Prepare list of questions to be researched in preparation for my deposition. |
| 28 | 10/2/2013 | Szymik, Filip | 1.3 | Review LOC borrowing base report as of May 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 1.5 | Review LOC borrowing base report as of June 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 1.1 | Review LOC borrowing base report as of February 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 1.4 | Review LOC borrowing base report as of May 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.6 | Cross reference loans specified in the Winn Expert Report against loans included in the LOC borrowing base as of May 2010 in connection with JSN litigation. |
| 28 | 10/2/2013 | Szymik, Filip | 0.7 | Cross reference loans specified in the Winn Expert Report against loans included in the LOC borrowing base as of June 2012 in connection with JSN litigation. |
| 28 | 10/2/2013 | Szymik, Filip | 0.5 | Cross reference loans specified in the Winn Expert Report against loans included in the LOC borrowing base as of February 2012 in connection with JSN litigation. |
| 28 | 10/2/2013 | Szymik, Filip | 0.8 | Cross reference loans specified in the Winn Expert Report against loans included in the LOC borrowing base as of May 2012 in connection with JSN litigation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/2/2013 | Szymik, Filip | 1.4 | Prepare a summary of loans found in the Debtors' LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.6 | Participate in call with M. Landy (Alix) and T. Toaso (Alix) regarding swap and hedge collateral for JSN litigation. |
| 28 | 10/2/2013 | Szymik, Filip | 0.6 | Review LOC borrowing base report as of May 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.4 | Review LOC borrowing base report as of June 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.3 | Review LOC borrowing base report as of February 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.4 | Review LOC borrowing base report as of May 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.8 | Participate in call with J. Rosell (Pachulski), N. Hamerman (KL) re: preliminary results of review of the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/2/2013 | Szymik, Filip | 0.6 | Review recoveries from BCG entities to be incorporated in Renzi expert report. |
| 28 | 10/2/2013 | Tracy, Alexander | 1.9 | Assemble supporting materials for JSN expert reports. |
| 28 | 10/2/2013 | Tracy, Alexander | 2.6 | Review the sample of RFC loans included in the CFDR database. |
| 28 | 10/2/2013 | Tracy, Alexander | 2.0 | Research seasonality of mortgage defaults for deposition questions to be asked based on JSN collateral expert reports. |
| 28 | 10/2/2013 | Tracy, Alexander | 0.8 | Summarize information on seasonality of mortgage defaults for deposition questions for litigation purposes. |
| 28 | 10/2/2013 | Witherell, Brett | 0.9 | Review CFDR loan release analysis for JSN litigation. |
| 28 | 10/2/2013 | Witherell, Brett | 2.0 | Read Fazio expert report on value of held for sale securities for the purpose of preparing draft questions for depositions. |
| 28 | 10/2/2013 | Witherell, Brett | 1.4 | Read the value of hedging as outlined in the Fazio expert report for the purpose of preparing draft questions for depositions. |
| 28 | 10/2/2013 | Witherell, Brett | 2.5 | Read Fazio report on platform valuation for the purpose of preparing draft questions for depositions. |
| 28 | 10/2/2013 | Witherell, Brett | 3.9 | Write detailed deposition questions with cross references to JSN expert reports. |
| 28 | 10/3/2013 | Brown, Michael | 1.6 | Compare missing loan identification numbers against loans from RFC database for JSN litigation purposes. |
| 28 | 10/3/2013 | Brown, Michael | 0.8 | Compile RFC loan data in master file and review loan identification numbers against other compiled lists for JSN litigation purposes. |
| 28 | 10/3/2013 | Brown, Michael | 1.5 | Analyze loan movement activity between collateral silos for JSN litigation. |
| 28 | 10/3/2013 | Brown, Michael | 1.1 | Summarize findings of loan movement activity between collateral silos JSN litigation. |
| 28 | 10/3/2013 | Brown, Michael | 0.6 | Compile RFC loan data in master file and reviewing loans against other data sources for JSN litigation. |
| 28 | 10/3/2013 | Brown, Michael | 1.9 | Prepare comparison of export report loan data and other data files for JSN litigation purposes. |
| 28 | 10/3/2013 | Dragelin, Timothy J. | 2.6 | Read Taylor report and research accounting rules referenced in report. |
| 28 | 10/3/2013 | Gutzeit, Gina | 0.4 | Review ResCap, RFC and GMACM intercompany balances and reporting in connections with JSN litigation. |
| 28 | 10/3/2013 | Gutzeit, Gina | 0.5 | Review JSN litigation deposition scope and related documents from MoFo. |
| 28 | 10/3/2013 | Gutzeit, Gina | 1.2 | Participate in call with L. Marinuzzi (MoFo), G. Lee (MoFo), and J. Marines (MoFo) to discuss depositions, expert report, JSN experts, next steps and timing. |
| 28 | 10/3/2013 | Gutzeit, Gina | 0.4 | Review outline of topics expected for T. Hamzehpour (Debtors) and B. Westman (Debtors) upcoming deposition. |
| 28 | 10/3/2013 | Gutzeit, Gina | 0.9 | Review overview of the centralized cash management system, intercompany transactions and related general accounting re: JSN litigation. |
| 28 | 10/3/2013 | Gutzeit, Gina | 0.8 | As a follow-up to discussion with J. Marines (MoFo) prepare summary of the issues raised related to stand alone financial statements, intercompany receivables and payables, debt forgiveness, accounting policies and related treatment under GAAP. |
| 28 | 10/3/2013 | McDonald, Brian | 1.1 | Read Siegert Global Summary to research potential issues with overall methodology of JSN valuations and expert testimony. |
| 28 | 10/3/2013 | McDonald, Brian | 0.6 | Continue to work through and create "script" questions for litigation attorneys to depose JSN experts. |
| 28 | 10/3/2013 | McDonald, Brian | 0.3 | Review and comment re: CFDR loan review document to be used as reference in Winn deposition. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/3/2013 | McDonald, Brian | 2.4 | Prepare draft questions for lawyers involved in JSN expert deposition. |
| 28 | 10/3/2013 | McDonald, Brian | 0.5 | Review outline format of JSN deposition questions. |
| 28 | 10/3/2013 | McDonald, Brian | 1.1 | Create summary of "factual background" for Winn Administrative Expense report. |
| 28 | 10/3/2013 | McDonald, Brian | 0.6 | Confirm documents regarding hedge unwind proceeds for purposes of UCC preference analysis in connection with JSN litigation. |
| 28 | 10/3/2013 | McDonald, Brian | 0.2 | Verify CapRe financial statement prior to providing to M. Landy (Alix) in connection with JSN litigation. |
| 28 | 10/3/2013 | McDonald, Brian | 0.2 | Read email re: valuation of ResCap assets as of 5/14/12 referenced in JSN expert reports. |
| 28 | 10/3/2013 | McDonald, Brian | 0.2 | Review GMACM 2010-1 loan list as of 2/28/12 and 5/13/12 prior to sending to M. Landy (Alix) for JSN litigation purposes. |
| 28 | 10/3/2013 | McDonald, Brian | 1.5 | Continue to work on outline of deposition questions for Winn Administrative Expense |
| 28 | 10/3/2013 | McDonald, Brian | 1.1 | Make further revisions to JSN questions list based on review of expert reports. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.9 | Review lien release borrowing base test for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 1.8 | Review and perform detailed analysis of the data for borrowing base test for lien review project for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.8 | Review and revise template for performing detailed analysis of the data for borrowing base test for lien review project for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.8 | Review draft summary of questions for the Winn deposition. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.9 | Review borrowing base files and identify applicable loan id information for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.4 | Address questions from T. Goren (MoFo) regarding hedge collateral for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.3 | Prepare update regarding research related to hedge collateral and related open items for JSN litigation. |
| 28 | 10/3/2013 | Meerovich, Tatyana | 0.8 | Perform research and review information related to hedge collateral for JSN litigation. |
| 28 | 10/3/2013 | Milazzo, Anthony | 1.3 | Follow up call with S. Bleiberg (MoFo) related to intercompany accounting issues with ResCap and RFC. |
| 28 | 10/3/2013 | Milazzo, Anthony | 0.8 | Perform additional research into intercompany accounting matters. |
| 28 | 10/3/2013 | Nolan, William J. | 0.4 | Review ResCap, RFC and GMACM intercompany balances and reporting in connections with JSN litigation. |
| 28 | 10/3/2013 | Nolan, William J. | 1.2 | Participate in call with L. Marinuzzi (MoFo), G. Lee (MoFo), and J. Marines(MoFo) to discuss depositions, expert report, JSN experts, next steps and timing. |
| 28 | 10/3/2013 | Nolan, William J. | 0.5 | Participate in call with J. Rosell (PSZ) and  N. Hamerman (KL) to discuss the status of the lien release research. |
| 28 | 10/3/2013 | Nolan, William J. | 0.2 | Prepare correspondence regarding expert witness. |
| 28 | 10/3/2013 | Nolan, William J. | 0.2 | Address questions from T. Goren (MoFo) regarding hedge collateral for JSN litigation. |
| 28 | 10/3/2013 | Nolan, William J. | 0.8 | Review S. Winn (ZC) report regarding lien release in anticipation of sharing it with |
| 28 | 10/3/2013 | Park, Ji Yon | 0.4 | Prepare summary of hedge unwind to address requests in connection with JSN litigation. |
| 28 | 10/3/2013 | Renzi, Mark A | 1.5 | Review lien release documents provided by the Debtors regarding the Winn expert report. |
| 28 | 10/3/2013 | Renzi, Mark A | 1.8 | Prepare for expert testimony. |
| 28 | 10/3/2013 | Renzi, Mark A | 3.1 | Attend my deposition on expert testimony provided in JSN litigation. |
| 28 | 10/3/2013 | Renzi, Mark A | 2.8 | Continue to attend my deposition on expert testimony provided in JSN litigation. |
| 28 | 10/3/2013 | Renzi, Mark A | 1.1 | Meet with J. Levitt (MoFo), T. Goren (MoFo) and S. Martin (MoFo) regarding my deposition testimony. |
| 28 | 10/3/2013 | Szymik, Filip | 1.6 | Read Fazio MSR, Servicer Advance and Platform expert report to compile questions for deposition. |
| 28 | 10/3/2013 | Szymik, Filip | 1.5 | Read M. Fazio's expert report regarding the value of the JSN collateral to compile questions for deposition. |
| 28 | 10/3/2013 | Szymik, Filip | 1.1 | Read Winn expert report regarding administrative expenses for the purpose of preparing draft questions for deposition. |
| 28 | 10/3/2013 | Szymik, Filip | 0.8 | Prepare list of questions and comments regarding Fazio's expert report on the value of the JSN collateral. |
| 28 | 10/3/2013 | Szymik, Filip | 1.1 | Prepare list of questions and comments regarding the Winn expert report on administrative expenses. |
| 28 | 10/3/2013 | Szymik, Filip | 0.8 | Review LOC borrowing base report as of May 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/3/2013 | Szymik, Filip | 0.6 | Review LOC borrowing base report as of June 2010 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/3/2013 | Szymik, Filip | 0.5 | Review LOC borrowing base report as of February 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/3/2013 | Szymik, Filip | 0.9 | Review LOC borrowing base report as of May 2012 as part of the CFDR database validation exercise for JSN litigation purposes. |
| 28 | 10/3/2013 | Szymik, Filip | 2.1 | Prepare summary of findings regarding loans included in the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/3/2013 | Szymik, Filip | 1.5 | Continue to prepare summary of findings regarding loans included in the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/3/2013 | Szymik, Filip | 1.2 | Prepare questions for M. Renzi deposition preparation. |
| 28 | 10/3/2013 | Szymik, Filip | 1.6 | Cross reference loans specified in the Winn Expert Report against loans included in the LOC borrowing base reports. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.1 | Perform quality check on sample population of domestic mortgage loans for JSN discovery purposes. |
| 28 | 10/3/2013 | Tracy, Alexander | 0.6 | Compile underlying data used in Winn expert report on loan releases. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.6 | Edit draft JSN expert reports related deposition questions. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.2 | Research and summarize cash collateral information available in public filings for JSN litigation purposes. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.6 | Prepare status update on the review of JSN expert reports and related open items. |
| 28 | 10/3/2013 | Tracy, Alexander | 0.4 | Research MSR UPB values as of the petition date for purposes of rebuttal of JSN expert report. |
| 28 | 10/3/2013 | Tracy, Alexander | 0.8 | Summarize MSR valuation guidelines for the purposes of rebuttal of JSN expert report. |
| 28 | 10/3/2013 | Tracy, Alexander | 0.7 | Prepare listing of borrowing base loan ID analysis for litigation purposes. |
| 28 | 10/3/2013 | Tracy, Alexander | 2.4 | Validate part 1 of 2 of borrowing base loan listings against company data. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.5 | Validate part 2 of 2 of borrowing base loan listings against company data. |
| 28 | 10/3/2013 | Tracy, Alexander | 1.0 | Summarize results of the borrowing base loan analysis for JSN litigation purposes. |
| 28 | 10/3/2013 | Witherell, Brett | 0.3 | Participate in discussions with B. Westman (Debtors) regarding restricted cash and Regulation W in connection with JSN litigation. |
| 28 | 10/3/2013 | Witherell, Brett | 0.7 | Review files from B. Westman (Debtors) on hedging collateral and restricted cash in connection with JSN litigation. |
| 28 | 10/3/2013 | Witherell, Brett | 0.3 | Summarize restricted cash findings into e-mail for MoFo for JSN litigation purposes. |
| 28 | 10/3/2013 | Witherell, Brett | 0.8 | Continue drafting list of questions on cash expense allocation in relation to Houlihan Expert Reports. |
| 28 | 10/3/2013 | Witherell, Brett | 2.0 | Write questions on expert reports from Houlihan Lokey experts Fazio and Levine for deposition preparation in connection with JSN litigation. |
| 28 | 10/3/2013 | Witherell, Brett | 3.5 | Continue to read expert reports and formulate questions for attorneys in advance of depositions in connection with JSN litigation. |
| 28 | 10/3/2013 | Yozzo, John | 1.5 | Perform research on mortgage servicing sector and on various publicly owned mortgage servicing companies, with emphasis on relative valuations and valuation methodologies. |
| 28 | 10/4/2013 | Dragelin, Timothy J. | 2.1 | Review master list of questions for Counsel on cross examination issues on all experts. |
| 28 | 10/4/2013 | Gutzeit, Gina | 1.2 | Analyze ResCap, RFC and GMAC 2008 and 2009 financials specifically as relates to the debt forgiveness for JSN litigation purposes. |
| 28 | 10/4/2013 | Gutzeit, Gina | 0.5 | Participate in call with J. Marines (MoFo) re: debt forgiveness in connection with JSN reports. |
| 28 | 10/4/2013 | McDonald, Brian | 0.5 | Review update on valuation of ResCap assets as of 5/14/12 referenced in JSN expert reports. |
| 28 | 10/4/2013 | McDonald, Brian | 0.5 | Review summary of mortgage company valuation stratifications for JSN deposition purposes. |
| 28 | 10/4/2013 | McDonald, Brian | 1.1 | Revise and incorporate updates to the JSN deposition questions list. |
| 28 | 10/4/2013 | McDonald, Brian | 0.8 | Participate in call with J. Levitt (MoFo), T. Goren (MoFo) and S. Martin (MoFo) re: Renzi expert testimony. |
| 28 | 10/4/2013 | McDonald, Brian | 0.2 | Participate on follow-up call with S. Martin (MoFo) regarding Renzi expert testimony and work plan to complete schedules and supporting documentation. |
| 28 | 10/4/2013 | McDonald, Brian | 1.1 | Perform a quality check review of M. Renzi expert testimony. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.4 | Review update re: borrowing base test for the lien release analysis for JSN litigation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.9 | Review corrected Winn expert report on expense allocation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.4 | Participate in discussion with M. Landy (Alix) regarding derivative proceeds for JSN litigation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.3 | Address questions related to derivative proceeds from T. Goren (MoFo) for JSN litigation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.3 | Review update on lien release borrowing base test for JSN litigation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.2 | Participate in follow up discussion with M. Landy (Alix) regarding derivative proceeds for JSN litigation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 1.1 | Perform quality check review of the lien release borrowing base test analysis for JSN litigation. |
| 28 | 10/4/2013 | Meerovich, Tatyana | 0.4 | Participate in call with J. Levitt (MoFo), T. Goren (MoFo), and S. Martin (MoFo) to review draft of Renzi expert report. (partial). |
| 28 | 10/4/2013 | Milazzo, Anthony | 1.5 | Participate in call with S. Bleiberg (MoFo) to discuss intercompany matters in ResCap and RFC financials. |
| 28 | 10/4/2013 | Nolan, William J. | 0.3 | Read revised lists of questions relating to the JSN Expert Reports. |
| 28 | 10/4/2013 | Nolan, William J. | 0.8 | Read the revised Winn report. |
| 28 | 10/4/2013 | Nolan, William J. | 0.7 | Read Renzi deposition transcript. |
| 28 | 10/4/2013 | Nolan, William J. | 0.8 | Review updates to the Mark Renzi deposition and direct testimony. |
| 28 | 10/4/2013 | Nolan, William J. | 0.8 | Participate in call with J. Levitt (MoFo), T. Goren (MoFo), and S. Martin (MoFo) re: Renzi expert testimony. |
| 28 | 10/4/2013 | Nolan, William J. | 0.6 | Participate in call with J. Levitt (MoFo) regarding Renzi expert report. |
| 28 | 10/4/2013 | Renzi, Mark A | 2.9 | Analyze historical borrowing bases regarding JSN collateral tracking for the JSN litigation. |
| 28 | 10/4/2013 | Renzi, Mark A | 1.2 | Produce documents per MoFo's request re: promissory notes and/or borrower's confirmation letters for transaction numbers for JSNs. |
| 28 | 10/4/2013 | Renzi, Mark A | 2.1 | Review records and emails regarding intercompany payables and make sure that documents were produced for JSNs. |
| 28 | 10/4/2013 | Renzi, Mark A | 0.8 | Participate on call with J. Levitt (MoFo), T. Goren (MoFo), and S. Martin (MoFo) re: Renzi expert testimony. |
| 28 | 10/4/2013 | Renzi, Mark A | 0.7 | Participate in call with J. Levitt (MoFo) regarding Renzi expert report. |
| 28 | 10/4/2013 | Renzi, Mark A | 1.6 | Review record of my expert report to confirm if any additional support material is required. |
| 28 | 10/4/2013 | Renzi, Mark A | 3.2 | Continue to review and rewrite my revised direct testimony. |
| 28 | 10/4/2013 | Smith, Douglas | 1.5 | Review lien release analysis and perform checks against data within CFDR database. |
| 28 | 10/4/2013 | Szymik, Filip | 1.0 | Draft summary on the review of loans included in the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/4/2013 | Szymik, Filip | 0.8 | Revise summary of findings regarding loans included in the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/4/2013 | Szymik, Filip | 0.5 | Participate in call with B. Westman (Debtor) re: movement of loans between funding facilities for JSN litigation purposes. |
| 28 | 10/4/2013 | Szymik, Filip | 0.9 | Prepare summary of outliers in the sample of loans included in the LOC borrowing base reports for JSN litigation purposes. |
| 28 | 10/4/2013 | Szymik, Filip | 0.8 | Participate in call with J. Levitt (MoFo), S. Martin (MoFo), and T. Goren (MoFo) re: M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/4/2013 | Szymik, Filip | 2.7 | Review preliminary draft of M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/4/2013 | Tracy, Alexander | 0.7 | Edit summary schedule of borrowing base source loan IDs analysis based on comments for JSN litigation purposes. |
| 28 | 10/4/2013 | Tracy, Alexander | 1.7 | Validate HELOC population included in the borrowing base test analysis for JSN litigation purposes. |
| 28 | 10/4/2013 | Tracy, Alexander | 2.4 | Continue to review and analyze HELOC population included in the borrowing base test analysis for JSN litigation purposes. |
| 28 | 10/4/2013 | Witherell, Brett | 2.2 | Read transcript of Renzi deposition to assess key topics. |
| 28 | 10/4/2013 | Witherell, Brett | 0.6 | Verify HFS loans appearing in CFDR database in May and June for JSN litigation purposes. |
| 28 | 10/4/2013 | Yozzo, John | 2.5 | Obtain historical financial statements on "as reported" basis for companies and valuation methodology, support to be used in the expert report in connection with JSN litigation. |
| 28 | 10/5/2013 | Gutzeit, Gina | 0.5 | Read update from MoFo on the Expert Reports from the JSN experts. |
| 28 | 10/5/2013 | McDonald, Brian | 0.7 | Participate in call with W. Tyson (Debtors) regarding Renzi expert testimony and asset recovery assumptions. |
| 28 | 10/5/2013 | McDonald, Brian | 0.2 | Prepare update re: status of review of Renzi expert testimony. |
| 28 | 10/5/2013 | McDonald, Brian | 1.5 | Review and comment re: Renzi expert testimony. |
| 28 | 10/5/2013 | McDonald, Brian | 2.4 | Perform quality check review of M. Renzi expert testimony and supporting documentation. |
| 28 | 10/5/2013 | McDonald, Brian | 2.7 | Continue to review supporting documents for Renzi expert testimony to ensure all factual statements are supported. |
| 28 | 10/5/2013 | Nolan, William J. | 2.5 | Read JSN expert reports in anticipation of meeting with MoFo. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/5/2013 | Nolan, William J. | 0.7 | Participate in call with W. Tyson (Debtors) regarding Renzi expert testimony and asset recovery assumptions. |
| 28 | 10/5/2013 | Renzi, Mark A | 0.7 | Participate in call with W. Tyson (Debtors) regarding my expert testimony and asset recovery assumptions. |
| 28 | 10/5/2013 | Renzi, Mark A | 0.2 | Prepare correspondence regarding status of my expert report. |
| 28 | 10/5/2013 | Renzi, Mark A | 2.3 | Review expert testimony in preparation for discussions with MoFo. |
| 28 | 10/5/2013 | Renzi, Mark A | 3.5 | Review supporting documentation for my expert report. |
| 28 | 10/5/2013 | Szymik, Filip | 1.5 | Participate in call with G. Lee (MoFo). L. Marinuzzi (MoFo), S. Martin (MoFo), S. Engelhard (MoFo), and J. Levitt (MoFo). re: JSN litigation matters. |
| 28 | 10/5/2013 | Szymik, Filip | 0.7 | Participate in call with W. Tyson (Debtors) regarding Renzi expert testimony and asset recovery assumptions. |
| 28 | 10/5/2013 | Szymik, Filip | 0.2 | Prepare update regarding status of review of Renzi expert testimony. |
| 28 | 10/5/2013 | Szymik, Filip | 1.8 | Review and comment on draft of Renzi expert testimony in connection with JSN litigation. |
| 28 | 10/5/2013 | Szymik, Filip | 2.5 | Review and perform quality review of M. Renzi expert testimony and supporting documentation. |
| 28 | 10/5/2013 | Szymik, Filip | 2.8 | Continue to review supporting documents for Renzi expert testimony to ensure all factual statements are supported. |
| 28 | 10/5/2013 | Szymik, Filip | 0.9 | Review support documentation for M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/5/2013 | Szymik, Filip | 1.3 | Update M. Renzi's testimony based on comments from MoFo. |
| 28 | 10/5/2013 | Szymik, Filip | 0.5 | Research FASB 157 regarding the definition of fair market value. |
| 28 | 10/5/2013 | Tracy, Alexander | 2.7 | Incorporate updates to the support documentation for M. Renzi testimony. |
| 28 | 10/5/2013 | Tracy, Alexander | 0.6 | Perform quality check of the support materials for M. Renzi testimony. |
| 28 | 10/5/2013 | Tracy, Alexander | 1.9 | Prepare draft schedule of bid and non-bid assets by facility including recoveries versus book values for M. Renzi expert report. |
| 28 | 10/5/2013 | Tracy, Alexander | 1.4 | Amend schedule of bid and non-bid assets by facility recoveries versus book values in assets detail for M. Renzi expert report. |
| 28 | 10/5/2013 | Tracy, Alexander | 1.6 | Prepare schedule breaking out FHA/VA line item detail with recovery percentages for M. Renzi expert report. |
| 28 | 10/6/2013 | McDonald, Brian | 1.2 | Review updates to the Renzi testimony to ensure all changes were property incorporated. |
| 28 | 10/6/2013 | McDonald, Brian | 0.8 | Continue to review revised Renzi expert testimony to ensure changes were made correctly. |
| 28 | 10/6/2013 | Nolan, William J. | 1.0 | Read Puntus rebuttal report in anticipation of conference call with MoFo. |
| 28 | 10/6/2013 | Nolan, William J. | 1.5 | Participate in a call with K. Chopra (CV), S. Martin (MoFo), T. Goren (MoFo), S. Engelhardt (MoFo), G. Horowitz (KL), and J. Levitt (MoFo) to discuss the JSN Litigation and address the Puntus rebuttal report. |
| 28 | 10/6/2013 | Nolan, William J. | 0.3 | Address completion of the questions for the JSN expert depositions. |
| 28 | 10/6/2013 | Nolan, William J. | 1.5 | Continue to review the JSN expert rebuttal reports. |
| 28 | 10/6/2013 | Nolan, William J. | 0.3 | Review analysis of book value and recoveries by facility prepared for Renzi testimony. |
| 28 | 10/6/2013 | Nolan, William J. | 1.2 | Review updates to the Renzi testimony. |
| 28 | 10/6/2013 | Renzi, Mark A | 2.4 | Review HL four rebuttal reports to the Debtors expert reports. |
| 28 | 10/6/2013 | Renzi, Mark A | 1.2 | Review revised draft of my expert testimony. |
| 28 | 10/6/2013 | Renzi, Mark A | 0.9 | Review detail behind the updated carve out amount for direct testimony. |
| 28 | 10/6/2013 | Renzi, Mark A | 1.7 | Review additional documents produced and referenced for my direct testimony. |
| 28 | 10/6/2013 | Renzi, Mark A | 0.7 | Review and provide comments to draft of my expert testimony. |
| 28 | 10/7/2013 | Dragelin, Timothy J. | 2.9 | Read expert rebuttal reports to assist in preparation for trial and testimony. |
| 28 | 10/7/2013 | McDonald, Brian | 1.3 | Review deposition outline for Winn administrative expense analysis. |
| 28 | 10/7/2013 | McDonald, Brian | 1.7 | Continue to review deposition outline re: the Winn report to provide to Kramer Levin. |
| 28 | 10/7/2013 | McDonald, Brian | 1.5 | Revise Winn deposition outline per comments from team members. |
| 28 | 10/7/2013 | McDonald, Brian | 0.6 | Incorporate additional  updates to the JSN deposition questions list. |
| 28 | 10/7/2013 | McDonald, Brian | 0.5 | Continue to revise JSN deposition questions list per comments from team members. |
| 28 | 10/7/2013 | McDonald, Brian | 0.8 | Continue to read and perform quality checks re: Renzi expert testimony. |
| 28 | 10/7/2013 | McDonald, Brian | 0.8 | Participate on call with T. Farley (Debtors), T. Goren (MoFo), S. Martin (MoFo), and S. Engelhardt (MoFo) to discuss Renzi and Farley expert testimony. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 0.4 | Address questions from K. Chopra (CV) related to JSN expense allocation for JSN litigation. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 0.8 | Address questions from CV and MoFo related to Winn expense allocation in preparation of expert report rebuttal. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 2.1 | Update list of questions for Winn deposition at the request of P. Bentley (KL). |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/7/2013 | Meerovich, Tatyana | 0.9 | Review update regarding preparation for Winn deposition. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 0.8 | Review update on the Winn lien release report review and verification to determine next steps. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 1.7 | Continue to work on preparation for Winn deposition. |
| 28 | 10/7/2013 | Meerovich, Tatyana | 0.7 | Review and provide comments on draft of M. Renzi (FTI) expert testimony in JSN |
| 28 | 10/7/2013 | Nolan, William J. | 0.8 | Review and comment on the list of questions regarding the Winn report. |
| 28 | 10/7/2013 | Nolan, William J. | 0.8 | Address the Winn lien release report and provide comments. |
| 28 | 10/7/2013 | Nolan, William J. | 0.4 | Participate in discussion with L. Alexander (MoFo) regarding schedule of depositions and topics for the week. |
| 28 | 10/7/2013 | Nolan, William J. | 0.8 | Provide additional comments on the Winn deposition outline. |
| 28 | 10/7/2013 | Nolan, William J. | 0.4 | Review notes and questions on the Winn Report prepared for P. Bentley (KL). |
| 28 | 10/7/2013 | Nolan, William J. | 0.4 | Review revised list of JSN expert questions and provide comments. |
| 28 | 10/7/2013 | Nolan, William J. | 0.3 | Prepare correspondence re: coverage of deposition preparation meetings and address critical topics. |
| 28 | 10/7/2013 | Nolan, William J. | 0.8 | Participate on call with T. Goren (MoFo), S. Martin (MoFo), and S. Engelhardt (MoFo) to discuss Renzi and Farley expert testimony. |
| 28 | 10/7/2013 | Renzi, Mark A | 1.2 | Research intercompany information to assist in T. Hamzehpour (Debtors) deposition preparation. |
| 28 | 10/7/2013 | Renzi, Mark A | 2.5 | Review intercompany balance forgiveness in response to questions from MoFo regarding JSN litigation. |
| 28 | 10/7/2013 | Renzi, Mark A | 1.3 | Review latest loan sample and loan count in connection with lien release review for JSN litigation. |
| 28 | 10/7/2013 | Renzi, Mark A | 0.8 | Participate on call with T. Farley (Debtors), T. Goren (MoFo), S. Martin (MoFo), and S. Engelhardt (MoFo) to discuss Farley and my expert testimony. |
| 28 | 10/7/2013 | Renzi, Mark A | 2.1 | Continue to refine draft of my direct testimony. |
| 28 | 10/7/2013 | Renzi, Mark A | 1.1 | Participate in discussion with T. Farley (Debtors) and S Martin (MoFo) regarding components of expert testimony. |
| 28 | 10/7/2013 | Szymik, Filip | 1.1 | Review schedule of pending debt forgiveness provided by the Debtors for Renzi expert report in JSN litigation. |
| 28 | 10/7/2013 | Szymik, Filip | 1.4 | Prepare summary of pending debt forgiveness balances based on the source file provided by the Debtors for Renzi expert report in JSN litigation. |
| 28 | 10/7/2013 | Szymik, Filip | 0.3 | Correspond with J. Marines (MoFo) re: schedule of intercompany balances. |
| 28 | 10/7/2013 | Szymik, Filip | 1.4 | Review M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/7/2013 | Szymik, Filip | 1.2 | Review source documents used in preparation of M. Renzi's direct testimony to ensure completeness. |
| 28 | 10/7/2013 | Szymik, Filip | 0.5 | Review schedule of actual debt forgiveness for Renzi expert report in JSN litigation. |
| 28 | 10/7/2013 | Szymik, Filip | 0.8 | Review population of HELOC loans included in the Winn Expert Report. |
| 28 | 10/7/2013 | Szymik, Filip | 0.8 | Update exhibit 1 in M. Renzi's direct testimony regarding the JSN collateral. |
| 28 | 10/7/2013 | Szymik, Filip | 0.6 | Update exhibit 3 in M. Renzi's direct testimony regarding the JSN collateral. |
| 28 | 10/7/2013 | Szymik, Filip | 0.5 | Update exhibit 4 in M. Renzi's direct testimony regarding the JSN collateral. |
| 28 | 10/7/2013 | Szymik, Filip | 1.4 | Continue to review M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/7/2013 | Tracy, Alexander | 1.1 | Research expert reports filed on the docket within the previous month for litigation |
| 28 | 10/7/2013 | Tracy, Alexander | 2.6 | Prepare support documentation for M. Renzi expert report in connection with JSN litigation. |
| 28 | 10/7/2013 | Witherell, Brett | 0.3 | Review cost analysis and allocation of costs to collateral pools for JSN litigation purposes. |
| 28 | 10/7/2013 | Witherell, Brett | 2.0 | Review revised Winn expert report. |
| 28 | 10/7/2013 | Witherell, Brett | 0.5 | Read questions from Centerview surrounding expert reports. |
| 28 | 10/7/2013 | Witherell, Brett | 0.6 | Review expert reports and formulate questions for depositions. |
| 28 | 10/7/2013 | Witherell, Brett | 1.3 | Identify questions surrounding the revised Winn expert report. |
| 28 | 10/7/2013 | Witherell, Brett | 1.6 | Finalize questions on the Winn expert report. |
| 28 | 10/8/2013 | Dragelin, Timothy J. | 1.7 | Review and revise questions for expert depositions including cross referencing with reports. |
| 28 | 10/8/2013 | McDonald, Brian | 1.6 | Participate in call with P. Bentley (KL) regarding detailed questions for preparation of Winn deposition. |
| 28 | 10/8/2013 | McDonald, Brian | 0.5 | Make further revisions to JSN questions list based on review of expert reports. |
| 28 | 10/8/2013 | McDonald, Brian | 0.9 | Review Winn expert report to identify asset categories excluded from allocation methodology. |
| 28 | 10/8/2013 | McDonald, Brian | 0.8 | Review Intralinks Treasury data room and base reports per follow-up questions from P. Bentley (KL) for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/8/2013 | McDonald, Brian | 1.1 | Review Court docket to locate JSN Plan Support Agreement to analyze Ally Revolver subordination stipulation included in original PSA for JSN litigation purposes. |
| 28 | 10/8/2013 | McDonald, Brian | 0.4 | Prepare for Winn Deposition preparation call with P. Bentley (KL). |
| 28 | 10/8/2013 | McDonald, Brian | 0.1 | Make further updates to JSN questions list. |
| 28 | 10/8/2013 | McDonald, Brian | 0.5 | Prepare detailed email to P. Bentley (KL) regarding responses to follow-ups from Winn Deposition planning call. |
| 28 | 10/8/2013 | McDonald, Brian | 0.3 | Read JSN PSA regarding language about Ally Revolver subordination stipulation for JSN litigation purposes. |
| 28 | 10/8/2013 | McDonald, Brian | 0.2 | Prepare summary of composition of DIP collateral at 5/31/12 and 12/31/12 for JSN litigation purposes. |
| 28 | 10/8/2013 | McDonald, Brian | 0.5 | Continue to revise questions and review documentation re: Taylor expert report to prepare for upcoming deposition. |
| 28 | 10/8/2013 | McDonald, Brian | 0.4 | Correspond with R. Abdelhamid (MoFo) regarding sourcing of statements made in Renzi expert testimony. |
| 28 | 10/8/2013 | McDonald, Brian | 0.3 | Read Solicitation Version Disclosure Statement to validate source of expense forecasts included in Renzi testimony. |
| 28 | 10/8/2013 | McDonald, Brian | 0.2 | Review cash flow documentation provided to UCC to identify source documents referenced in Renzi expert testimony. |
| 28 | 10/8/2013 | Meerovich, Tatyana | 1.6 | Participate in call with P. Bentley (KL) regarding detailed questions for preparation of Winn deposition. |
| 28 | 10/8/2013 | Meerovich, Tatyana | 1.3 | Review and gather materials requested by P. Bentley (KL) in preparation for Winn deposition. |
| 28 | 10/8/2013 | Meerovich, Tatyana | 0.2 | Review and edit email with summary of follow up information to P. Bentley (KL). |
| 28 | 10/8/2013 | Meerovich, Tatyana | 0.6 | Address questions related to support for M. Renzi (FTI) direct testimony. |
| 28 | 10/8/2013 | Nolan, William J. | 1.6 | Participate in call with P. Bentley (KL) regarding detailed questions for preparation of Winn deposition. |
| 28 | 10/8/2013 | Nolan, William J. | 0.5 | Prepare correspondence re: deposition questions and appropriate litigators at MoFo and KL. |
| 28 | 10/8/2013 | Nolan, William J. | 0.4 | Finalize deposition questions and cover letter to be sent to J. Levitt (MoFo), G. Horowitz (KL), and M. Moscato (Curtis). |
| 28 | 10/8/2013 | Nolan, William J. | 0.1 | Prepare correspondence re: progress in preparing for depositions. |
| 28 | 10/8/2013 | Nolan, William J. | 0.1 | Correspond with Counsel regarding the FTI coverage of the depositions. |
| 28 | 10/8/2013 | Nolan, William J. | 0.5 | Read the revised Renzi direct testimony. |
| 28 | 10/8/2013 | Renzi, Mark A | 3.1 | Participate in meeting with MoFo regarding T. Hamzehpour (Debtors) deposition preparation (morning session). |
| 28 | 10/8/2013 | Renzi, Mark A | 2.0 | Participate in meeting with MoFo regarding T. Hamzehpour (Debtors) deposition preparation (morning session). |
| 28 | 10/8/2013 | Renzi, Mark A | 1.5 | Provide questions for MoFo to ask JSN experts regarding JSN expert reports. |
| 28 | 10/8/2013 | Renzi, Mark A | 0.9 | Review files from Debtors regarding pending debt forgiveness to be used in my expert testimony. |
| 28 | 10/8/2013 | Renzi, Mark A | 0.7 | Review Disclosure Statement version of expense allocation and recoveries detail for the purpose of my direct testimony in JSN litigation. |
| 28 | 10/8/2013 | Renzi, Mark A | 1.5 | Finalize testimony regarding JSN collateral value. |
| 28 | 10/8/2013 | Szymik, Filip | 1.6 | Review available documents regarding intercompany balances in preparation for meeting with T. Hamzehpour (Debtors) for JSN litigation purposes. |
| 28 | 10/8/2013 | Szymik, Filip | 3.0 | Participate in meeting with T. Hamzehpour (Debtors) and MoFo re: witness preparation. |
| 28 | 10/8/2013 | Szymik, Filip | 2.1 | Continue to meet with T. Hamzehpour (Debtors) and MoFo re: witness preparation. |
| 28 | 10/8/2013 | Szymik, Filip | 1.2 | Review sample of loans included in the Winn Expert Report regarding the validity of the CFDR database. |
| 28 | 10/8/2013 | Szymik, Filip | 0.4 | Participate in call with B. Westman (Debtors) re: pending debt forgiveness in connection with preparation of Renzi testimony in JSN litigation. |
| 28 | 10/8/2013 | Szymik, Filip | 0.7 | Review M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/8/2013 | Tracy, Alexander | 0.7 | Perform quality check of JSN expert report documents. |
| 28 | 10/8/2013 | Tracy, Alexander | 0.6 | Research JSN expert report question regarding rep and warrant expense. |
| 28 | 10/8/2013 | Tracy, Alexander | 1.2 | Conduct additional search of any JSN documents filed within the last month. |
| 28 | 10/8/2013 | Tracy, Alexander | 1.3 | Incorporate updates to the support documentation for the JSN expert reports. |
| 28 | 10/9/2013 | Dragelin, Timothy J. | 0.8 | Prepare update on key items regarding the deposition prep and attendance. |
| 28 | 10/9/2013 | Dragelin, Timothy J. | 1.0 | Read expert reports in preparation for deposition. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/9/2013 | McDonald, Brian | 2.9 | Prepare analysis mimicking Taylor valuations of intangible assets in preparation for Taylor Deposition. |
| 28 | 10/9/2013 | McDonald, Brian | 0.7 | Compile documents to be referenced in Taylor Deposition. |
| 28 | 10/9/2013 | McDonald, Brian | 0.5 | Compile documents to be referenced in Winn Deposition. |
| 28 | 10/9/2013 | McDonald, Brian | 1.0 | Read valuation standards in preparation for Taylor Deposition. |
| 28 | 10/9/2013 | McDonald, Brian | 0.3 | Prepare outline of analysis to demonstrate changes to intercompany balances over time for JSN litigation purposes. |
| 28 | 10/9/2013 | McDonald, Brian | 0.6 | Review process for Taylor deposition and Renzi testimony. |
| 28 | 10/9/2013 | McDonald, Brian | 1.6 | Participate in call with C. Gordy (Debtors) regarding asset recovery status and assumptions to be included in document summary for Renzi testimony preparation. |
| 28 | 10/9/2013 | McDonald, Brian | 0.4 | Read CapRe financial statements in context of M. Renzi expert testimony and to develop potential questions and responses. |
| 28 | 10/9/2013 | Meerovich, Tatyana | 0.7 | Identify and review supporting documents for Winn deposition. |
| 28 | 10/9/2013 | Meerovich, Tatyana | 0.3 | Correspond with P. Bentley (KL) regarding preparation for Winn deposition. |
| 28 | 10/9/2013 | Meerovich, Tatyana | 0.3 | Read correspondence re: status of various analysis for depositions and JSN ligation. |
| 28 | 10/9/2013 | Meerovich, Tatyana | 0.6 | Review update regarding preparation for Renzi testimony. |
| 28 | 10/9/2013 | Nolan, William J. | 0.9 | Coordinate logistics of deposition prep and attendance. |
| 28 | 10/9/2013 | Nolan, William J. | 0.6 | Participate in discussion with S. Engelhardt (MoFo) regarding preparing for depositions and questions for the Winn and the Taylor depositions. |
| 28 | 10/9/2013 | Nolan, William J. | 2.4 | Participate in meeting with L. Marinuzzi (MoFo), C. Kerr (MoFo), J. Marines (MoFo), T. Hamzehpour (Debtors), and B. Westman (Debtors) to prepare for Debtors deposition (partial). |
| 28 | 10/9/2013 | Nolan, William J. | 0.3 | Address J. Levitt (MoFo) question regarding significant contingent liabilities at CapRe and GMAC - RFC. |
| 28 | 10/9/2013 | Nolan, William J. | 0.6 | Review update on process for Taylor deposition and Renzi testimony. |
| 28 | 10/9/2013 | Nolan, William J. | 0.5 | Review draft of Renzi expert report. |
| 28 | 10/9/2013 | Park, Ji Yon | 2.4 | Perform detailed review of recovery models, support schedules, and DIP forecast at the time of filing for JSN litigation purposes. |
| 28 | 10/9/2013 | Renzi, Mark A | 1.2 | Analyze CFDR and types of Freddie Corporate Advances and other type of advances in CFDR in connection with JSN litigation. |
| 28 | 10/9/2013 | Renzi, Mark A | 1.7 | Continue to analyze top 15 Intercompany Balances post the Impact of historical Balance Forgiveness and pending balance forgiveness in connection with JSN litigation. |
| 28 | 10/9/2013 | Renzi, Mark A | 1.0 | Participate in discussion with R. Greseth (Debtors) new loan sampling regarding CFDR regarding Winn (ZC) expert report for JSN litigation purposes. |
| 28 | 10/9/2013 | Renzi, Mark A | 0.6 | Address process and coordination matters related to my expert testimony. |
| 28 | 10/9/2013 | Renzi, Mark A | 1.6 | Participate on call with C. Gordy (Debtors) regarding asset recovery status and assumptions to be included in document summary for my testimony preparation. |
| 28 | 10/9/2013 | Renzi, Mark A | 2.9 | Review all legal entities with no assets that the JSN claim to have a equity pledge in preparation for additional comments on my testimony. |
| 28 | 10/9/2013 | Szymik, Filip | 2.8 | Participate in the preparation session for T. Hamzehpour 's (Debtors) deposition. |
| 28 | 10/9/2013 | Szymik, Filip | 2.1 | Prepare notes regarding recovery assumptions for the FHA/VA assets in the recovery analysis for Renzi testimony preparation in connection with JSN litigation. |
| 28 | 10/9/2013 | Szymik, Filip | 1.6 | Participate in call with C. Gordy (Debtors) regarding asset recovery status and assumptions to be included in document summary for Renzi testimony preparation. |
| 28 | 10/9/2013 | Szymik, Filip | 0.6 | Prepare update regarding process for Taylor deposition and Renzi testimony. |
| 28 | 10/9/2013 | Szymik, Filip | 1.1 | Prepare notes regarding recovery assumptions for deals excluded from sale in the recovery analysis for Renzi testimony preparation in connection with JSN litigation. |
| 28 | 10/9/2013 | Szymik, Filip | 0.9 | Prepare notes regarding recovery assumptions for the other assets remaining in the Estate for Renzi testimony preparation in connection with JSN litigation. |
| 28 | 10/9/2013 | Szymik, Filip | 1.3 | Prepare summary of recoveries by asset class consistent with the recovery analysis for Renzi testimony preparation in connection with JSN litigation. |
| 28 | 10/9/2013 | Szymik, Filip | 1.1 | Review M. Renzi's direct testimony regarding the value of the JSN collateral. |
| 28 | 10/9/2013 | Tracy, Alexander | 1.1 | Revise intercompany transaction slides to show net bank balances for JSN litigation purposes. |
| 28 | 10/9/2013 | Tracy, Alexander | 0.8 | Perform quality check of intercompany transaction slides to show net bank balances for JSN litigation purposes. |
| 28 | 10/9/2013 | Tracy, Alexander | 0.8 | Make additional revisions to the intercompany transaction analysis prepared for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/9/2013 | Tracy, Alexander | 0.5 | Verify calculation in Taylor expert report for JSN litigation purposes. |
| 28 | 10/9/2013 | Witherell, Brett | 2.2 | Update analysis of recoveries by facility and underlying assumptions for JSN litigation purposes. |
| 28 | 10/9/2013 | Witherell, Brett | 0.8 | Review questions for Taylor deposition. |
| 28 | 10/9/2013 | Witherell, Brett | 1.5 | Review assumptions within the State of the Estate presentation on asset recoveries for JSN litigation purposes. |
| 28 | 10/9/2013 | Witherell, Brett | 1.5 | Participate in call with C. Gordy (Debtors) regarding the underlying assumptions of asset recoveries for JSN litigating purposes. |
| 28 | 10/9/2013 | Witherell, Brett | 0.4 | Compile support documentation for Winn deposition including cost analysis, JSN cash flows, DIP forecasts and variance reports. |
| 28 | 10/9/2013 | Witherell, Brett | 0.6 | Provide comments on Renzi expert report and assumptions incorporated therein. |
| 28 | 10/10/2013 | Dragelin, Timothy J. | 2.8 | Read Taylor report to develop additional questions for deposition. |
| 28 | 10/10/2013 | McDonald, Brian | 0.2 | Compile further documents to be referenced in Winn Deposition. |
| 28 | 10/10/2013 | McDonald, Brian | 0.1 | Participate on call with M. Landy (Alix) regarding cash account reconciliations provided to JSNs for JSN litigation purposes. |
| 28 | 10/10/2013 | McDonald, Brian | 0.3 | Review DIP interest and fees allocations in preparation for Winn deposition. |
| 28 | 10/10/2013 | McDonald, Brian | 0.1 | Correspond with S. Tice (MoFo) regarding production of bank statements and reconciliations to JSNs in connection with litigation. |
| 28 | 10/10/2013 | McDonald, Brian | 0.9 | Continue to review documentation in preparation for Taylor deposition. |
| 28 | 10/10/2013 | McDonald, Brian | 0.1 | Participate in call with S. Engelhardt (MoFo) to discuss questions re: Taylor deposition. |
| 28 | 10/10/2013 | McDonald, Brian | 1.7 | Review and provide comments to summary of asset recoveries for M. Renzi expert testimony preparation. |
| 28 | 10/10/2013 | McDonald, Brian | 0.6 | Make edits to summary of asset recoveries for M. Renzi expert testimony preparation. |
| 28 | 10/10/2013 | McDonald, Brian | 2.0 | Verify supporting documents for Renzi testimony for review by M. Renzi (FTI). |
| 28 | 10/10/2013 | Meerovich, Tatyana | 3.0 | Attend Winn deposition in support of Counsel. |
| 28 | 10/10/2013 | Meerovich, Tatyana | 1.8 | Prepare for Winn deposition including gathering supporting documentation. |
| 28 | 10/10/2013 | Meerovich, Tatyana | 1.2 | Prepare analysis of allocation of DIP interest to whole loan collateral at the request of P. Bentley (KL). |
| 28 | 10/10/2013 | Meerovich, Tatyana | 0.4 | Review public disclosure made by HL and treatment of expenses. |
| 28 | 10/10/2013 | Meerovich, Tatyana | 0.4 | Participate in call with P. Bentley (KL) to discuss allocation of DIP interest and fees to whole loans and other items in preparation for Winn deposition. |
| 28 | 10/10/2013 | Meerovich, Tatyana | 1.0 | Prepare a summary update regarding depositions status and next steps. |
| 28 | 10/10/2013 | Nolan, William J. | 0.1 | Participate in discussion with J. Levitt (MoFo) re: coordination of FTI coverage of the Taylor Deposition. |
| 28 | 10/10/2013 | Nolan, William J. | 0.4 | Review Houlihan analysis and compare to the Winn rebuttal report as it relates to cost sharing. |
| 28 | 10/10/2013 | Nolan, William J. | 0.3 | Participate in discussion with P. Bentley (KL) regarding the Houlihan analysis and its implications for cost sharing. |
| 28 | 10/10/2013 | Nolan, William J. | 1.4 | Prepare for the Winn deposition including review report and associated questions and |
| 28 | 10/10/2013 | Nolan, William J. | 3.0 | Attend Winn deposition in support of Counsel. |
| 28 | 10/10/2013 | Nolan, William J. | 0.4 | Review analysis of allocation of DIP interest to whole loan collateral at the request of P. Bentley (KL). |
| 28 | 10/10/2013 | Nolan, William J. | 0.4 | Participate in call with P. Bentley (KL) to discuss allocation of DIP interest and fees to whole loans and other items in preparation for Winn deposition. |
| 28 | 10/10/2013 | Nolan, William J. | 1.0 | Review summary update regarding depositions status and next steps. |
| 28 | 10/10/2013 | Park, Ji Yon | 0.3 | Review cash flow projections for JSN litigation purposes. |
| 28 | 10/10/2013 | Renzi, Mark A | 2.5 | Prepare for meeting with MoFo regarding intercompany balances expert report and valuation for JSN litigation purposes. |
| 28 | 10/10/2013 | Renzi, Mark A | 2.7 | Participate in meetings with C. Kerr (MoFo) regarding intercompany balance expert report and valuation scenarios. |
| 28 | 10/10/2013 | Renzi, Mark A | 2.0 | Review supporting documents in preparation for my testimony. |
| 28 | 10/10/2013 | Szymik, Filip | 2.3 | Review sample of loans specified as not released in the Winn Expert Report. |
| 28 | 10/10/2013 | Szymik, Filip | 1.1 | Update notes on asset recovery assumptions in the disclosure statement for JSN litigation purposes. |
| 28 | 10/10/2013 | Szymik, Filip | 2.8 | Participate in meeting with C. Kerr (MoFo), J. Marines (MoFo), T. Goren (MoFo), L. Marinuzzi (MoFo), A. Lawrence (MoFo), D. Harris (MoFo) re: M. Renzi expert report regarding the liquidation analysis. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/10/2013 | Szymik, Filip | 1.7 | Continue to meet with C. Kerr (MoFo), J. Marines (MoFo), T. Goren (MoFo), L. Marinuzzi (MoFo), A. Lawrence (MoFo), D. Harris (MoFo) re: M. Renzi expert report regarding the liquidation analysis. |
| 28 | 10/10/2013 | Szymik, Filip | 1.6 | Review draft of M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/10/2013 | Szymik, Filip | 1.2 | Continue to review the draft of M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/10/2013 | Witherell, Brett | 0.2 | Respond to questions from P. Bentley (KL) related to Winn deposition. |
| 28 | 10/10/2013 | Witherell, Brett | 1.2 | Review summarized list of asset recovery assumptions and form list of open items not yet addressed for JSN litigation purposes. |
| 28 | 10/10/2013 | Witherell, Brett | 0.8 | Review underlying assumptions of asset recoveries for JSN litigation purposes. |
| 28 | 10/10/2013 | Witherell, Brett | 0.8 | Create summary of DIP interest and fees paid since filing for JSN litigation purposes. |
| 28 | 10/10/2013 | Witherell, Brett | 0.9 | Review detail from Ally cash desk of interest paid on DIP A-1 and A-2 notes for JSN litigation purposes. |
| 28 | 10/10/2013 | Witherell, Brett | 2.2 | Update detailed assumptions of asset recoveries for JSN litigation purposes. |
| 28 | 10/11/2013 | Dragelin, Timothy J. | 0.7 | Review questions for deposition of Taylor in preparation for deposition. |
| 28 | 10/11/2013 | Dragelin, Timothy J. | 2.8 | Attend Taylor deposition in support of Counsel. |
| 28 | 10/11/2013 | Dragelin, Timothy J. | 1.7 | Continue attend Taylor deposition in support of Counsel. |
| 28 | 10/11/2013 | McDonald, Brian | 0.5 | Participate in meeting with S. Engelhardt (MoFo) to prepare for Taylor deposition. |
| 28 | 10/11/2013 | McDonald, Brian | 2.8 | Attend Taylor deposition in support of Counsel. |
| 28 | 10/11/2013 | McDonald, Brian | 1.7 | Continue attend Taylor deposition in support of Counsel. |
| 28 | 10/11/2013 | McDonald, Brian | 0.3 | Prepare outline of potential market comps for ResCap "platform" sale to be referenced in expert depositions. |
| 28 | 10/11/2013 | Nolan, William J. | 0.1 | Coordinate coverage of the B. Westman (Debtor) deposition preparation session. |
| 28 | 10/11/2013 | Nolan, William J. | 0.5 | Read the Winn Deposition Transcript. |
| 28 | 10/11/2013 | Renzi, Mark A | 1.2 | Participate in discussion with J. Rosell (PSZ) re: loan analysis review and additional analyses for JSN litigation purposes. |
| 28 | 10/11/2013 | Renzi, Mark A | 0.8 | Review Loan and Receivable Carry Value Determination per financial statements in regards to JSN litigation. |
| 28 | 10/11/2013 | Renzi, Mark A | 3.5 | Prepare for trial at MoFo regarding expert reports and direct testimony. |
| 28 | 10/11/2013 | Renzi, Mark A | 2.5 | Continue to prepare for trial at MoFo regarding expert reports and direct testimony. |
| 28 | 10/11/2013 | Szymik, Filip | 0.8 | Investigate the definition of book value and fair market value in GAAP for JSN litigation purposes. |
| 28 | 10/11/2013 | Szymik, Filip | 1.4 | Review results of the CFDR database review regarding a sample of loans from the Winn Expert Report regarding the validity of the CFDR database. |
| 28 | 10/11/2013 | Szymik, Filip | 0.5 | Participate in call with N. Hamerman (KL) re: review of loans in CFDR in connection with JSN litigation. |
| 28 | 10/11/2013 | Szymik, Filip | 0.8 | Review Debtors historical financial statements re: definition of fair market value for JSN litigation purposes. |
| 28 | 10/11/2013 | Szymik, Filip | 1.5 | Review and provide comments on updated draft of M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/11/2013 | Szymik, Filip | 1.2 | Prepare recovery charts to be included in M. Renzi's testimony. |
| 28 | 10/11/2013 | Szymik, Filip | 2.7 | Participate in meeting with MoFo re: preparation in advance of M. Renzi's testimony. |
| 28 | 10/11/2013 | Tracy, Alexander | 0.3 | Research fair market value vs. book value under GAAP for JSN litigation purposes. |
| 28 | 10/11/2013 | Witherell, Brett | 0.4 | Investigate expenses paid at the ETS legal entity for JSN litigation purposes. |
| 28 | 10/12/2013 | Khairoullina, Kamila | 1.7 | Prepare comparison between a draft model of the purchase price allocation to the final version to be used in JSN litigation. |
| 28 | 10/12/2013 | Meerovich, Tatyana | 0.9 | Prepare materials for M. Renzi (FTI) for JSN trial. |
| 28 | 10/12/2013 | Meerovich, Tatyana | 0.4 | Research responses to questions from P. Bentley (KL) regarding expense allocation in preparation for JSN trial. |
| 28 | 10/12/2013 | Meerovich, Tatyana | 1.2 | Review documents produced to JSN for sale true-up at the request of J. Levitt (MoFo) in preparation for JSN trial. |
| 28 | 10/12/2013 | Meerovich, Tatyana | 0.3 | Prepare update re: JSN trial preparation. |
| 28 | 10/12/2013 | Nolan, William J. | 0.3 | Correspond with J. Levitt (MoFo) and coordinate a response to her questions about a document sale true-up preparation for JSN trial. |
| 28 | 10/12/2013 | Nolan, William J. | 0.2 | Address questions from P. Bentley (KL) regarding expense allocation in preparation for JSN trial. |
| 28 | 10/12/2013 | Nolan, William J. | 0.3 | Review analysis Sales Closing Comparison to respond J. Levitt's (MoFo) questions. |
| 28 | 10/12/2013 | Szymik, Filip | 1.2 | Review notes regarding the assumptions behind recoveries on assets remaining in the Estate for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/12/2013 | Szymik, Filip | 0.9 | Update the notes on asset recoveries for JSN litigation purposes. |
| 28 | 10/13/2013 | Gutzeit, Gina | 0.4 | Participate in discussion with B. Westman (Debtors) regarding preparation for JSN trial. |
| 28 | 10/13/2013 | Meerovich, Tatyana | 1.7 | Continue to review and provide information to J. Levitt (MoFo) in preparation for JSN trial. |
| 28 | 10/13/2013 | Meerovich, Tatyana | 0.4 | Address questions from P. Bentley (KL) regarding expense allocation in preparation for JSN trial. |
| 28 | 10/13/2013 | Milazzo, Anthony | 3.8 | Participate in meeting with various representatives from MoFo and B. Westman (Debtors) in preparation for B. Westman (Debtors) deposition (partial). |
| 28 | 10/13/2013 | Nolan, William J. | 0.1 | Coordinate coverage of the B. Westman (Debtors) deposition preparation session. |
| 28 | 10/13/2013 | Nolan, William J. | 1.5 | Participate in call with L. Marinuzzi (MoFo), J. Martins (MoFo), C. Kerr (MoFo), and B. Westman (Debtors) to prepare for upcoming Westman testimony (morning session). |
| 28 | 10/13/2013 | Nolan, William J. | 3.8 | Participate in a call with  L. Marinuzzi (MoFo), J. Martins (MoFo), C. Kerr (MoFo), and B. Westman (Debtors) to prepare for upcoming Westman Testimony (afternoon session). |
| 28 | 10/13/2013 | Szymik, Filip | 1.3 | Review notes regarding the assumptions behind recoveries on assets remaining in the Estate for JSN litigation purposes. |
| 28 | 10/13/2013 | Szymik, Filip | 1.6 | Update notes regarding the assumptions behind recoveries on assets remaining in the Estate for JSN litigation purposes. |
| 28 | 10/13/2013 | Szymik, Filip | 1.5 | Participate in meeting with various representatives from MoFo and B. Westman (Debtors) in preparation for Westman deposition (morning session). |
| 28 | 10/13/2013 | Szymik, Filip | 3.8 | Participate in meeting with various representatives from MoFo and B. Westman (Debtors) in preparation for Westman Deposition (afternoon session). |
| 28 | 10/13/2013 | Witherell, Brett | 0.8 | Update costs analysis to determine allocated costs through December for JSN litigation purposes. |
| 28 | 10/14/2013 | Brown, Michael | 0.8 | Compile and review data for preparation of liquidation sensitivity analysis for JSN litigation purposes. |
| 28 | 10/14/2013 | Brown, Michael | 1.2 | Continue to compile and review data for preparation of liquidation sensitivity analysis for JSN litigation purposes. |
| 28 | 10/14/2013 | Dragelin, Timothy J. | 1.0 | Review expert reports for JSN trial preparation. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.4 | Read defendants' objections to plaintiffs' trial exhibits and review certain exhibits. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.3 | Review requirements for JSN litigation, deposition prep, and Court hearings. |
| 28 | 10/14/2013 | Gutzeit, Gina | 1.2 | Work on deposition preparation for B. Westman (Debtors) specifically related to accounting for certain transactions. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.3 | Review questions raised during B. Westman (Debtors) deposition preparation. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.4 | Review schedule for Debtor/Committee witnesses and cross examination. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.4 | Read update from MoFo on B. Westman (Debtors) deposition preparation. |
| 28 | 10/14/2013 | Gutzeit, Gina | 0.4 | Review certain support data utilized for M. Renzi (FTI) expert report. |
| 28 | 10/14/2013 | McDonald, Brian | 0.5 | Participate on call with C. Gordy (Debtors) and W. Tyson (Debtors) to discuss asset recovery assumptions for JSN litigation purposes. |
| 28 | 10/14/2013 | McDonald, Brian | 0.5 | Update schedule of released loans to be cross-referenced against CFDR for JSN litigation purposes. |
| 28 | 10/14/2013 | Meerovich, Tatyana | 1.0 | Prepare for JSN trial including review and analysis of relevant information. |
| 28 | 10/14/2013 | Meerovich, Tatyana | 1.6 | Review support documents in preparation for JSN trial and Renzi testimony. |
| 28 | 10/14/2013 | Meerovich, Tatyana | 0.6 | Prepare update re: preparation of M. Renzi (FTI) expert report. |
| 28 | 10/14/2013 | Milazzo, Anthony | 3.8 | Attend meeting at MoFo offices for B. Westman (Debtors) deposition preparation (morning session). |
| 28 | 10/14/2013 | Milazzo, Anthony | 2.6 | Attend meetings at MoFo offices for B. Westman (Debtors) deposition preparation (afternoon session). |
| 28 | 10/14/2013 | Milazzo, Anthony | 1.7 | Address questions from counsel to in relation to B. Westman deposition preparation. |
| 28 | 10/14/2013 | Nolan, William J. | 0.6 | Review and comment on the Renzi Expert report addressing the Best Interest of Creditors Test, Limited Partial Consolidation and Borrower True Up. |
| 28 | 10/14/2013 | Nolan, William J. | 0.1 | Correspond with J. Marines (MoFo) regarding the Renzi expert report. |
| 28 | 10/14/2013 | Renzi, Mark A | 1.4 | Review loans that were included only in the post May 2010 lien releases for JSN litigation purposes. |
| 28 | 10/14/2013 | Renzi, Mark A | 2.4 | Participate in meeting with MoFo  re: preparation of B. Westman (Debtors) (partial). |
| 28 | 10/14/2013 | Renzi, Mark A | 3.3 | Continue to review expert report regarding the best interests of creditors test for JSN litigation purposes. |
| 28 | 10/14/2013 | Renzi, Mark A | 3.5 | Continue to prepare for my testimony in JSN litigation. |
| 28 | 10/14/2013 | Szymik, Filip | 0.5 | Participate in call with C. Gordy (Debtors) and W. Tyson (Debtors) to discuss asset recovery assumptions for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/14/2013 | Szymik, Filip | 1.8 | Review and provide comments on draft M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/14/2013 | Szymik, Filip | 1.3 | Review sample of loans selected from the Winn Expert Report. |
| 28 | 10/14/2013 | Szymik, Filip | 3.5 | Participate in M. Renzi's (FTI) deposition preparation session at MoFo's offices. |
| 28 | 10/14/2013 | Tracy, Alexander | 0.7 | Prepare summary of key items and immediate deliverables regarding JSN litigation. |
| 28 | 10/14/2013 | Tracy, Alexander | 2.8 | Prepare summary consolidating recovery analysis, liquidation analysis low and high scenarios, and assumptions for each asset category for litigation support. |
| 28 | 10/14/2013 | Tracy, Alexander | 1.5 | Continue to revise schedule consolidating recovery analysis, liquidation analysis, and assumptions for litigation support. |
| 28 | 10/14/2013 | Tracy, Alexander | 2.7 | Prepare analysis of intangible servicing valuation comps for JSN litigation purposes. |
| 28 | 10/14/2013 | Tracy, Alexander | 3.1 | Verify information on servicing sales in other bankruptcy cases and restructurings for JSN litigation purposes. |
| 28 | 10/14/2013 | Witherell, Brett | 2.1 | Update assumptions for the recovery and liquidation analysis for JSN litigation purposes. |
| 28 | 10/14/2013 | Witherell, Brett | 2.8 | Review recoveries by asset class and the underlying assumptions behind each recovery percentage for JSN litigation purposes. |
| 28 | 10/14/2013 | Witherell, Brett | 0.5 | Participate in call with C. Gordy (Debtors) regarding recovery analysis assumptions for JSN litigation purposes. |
| 28 | 10/14/2013 | Witherell, Brett | 1.5 | Review and provide comments on  M. Renzi expert report. |
| 28 | 10/15/2013 | Brown, Michael | 2.1 | Prepare sensitivity analysis of liquidation scenarios for ResCap legal entity for JSN litigation purposes. |
| 28 | 10/15/2013 | Brown, Michael | 1.9 | Prepare sensitivity analysis of liquidation scenarios for RFC legal entity for JSN litigation purposes. |
| 28 | 10/15/2013 | Gutzeit, Gina | 0.2 | Read update on B. Westman (Debtors) deposition. |
| 28 | 10/15/2013 | Gutzeit, Gina | 1.3 | Read and highlight areas for review of data in support of draft Renzi expert report. |
| 28 | 10/15/2013 | Gutzeit, Gina | 0.5 | Review comments to draft Renzi expert report. |
| 28 | 10/15/2013 | Gutzeit, Gina | 1.5 | Review and provide comments on draft of Renzi report. |
| 28 | 10/15/2013 | Gutzeit, Gina | 0.8 | Read and ensure incorporation of comments to updated Renzi expert report. |
| 28 | 10/15/2013 | McDonald, Brian | 1.5 | Research basis for additional wind-down costs included in Liquidation Analysis for JSN litigation purposes. |
| 28 | 10/15/2013 | McDonald, Brian | 0.1 | Participate in call with R. Greseth (Debtors) to discuss status of follow-ups re: Revolver collateral released to LOC for JSN litigation purposes. |
| 28 | 10/15/2013 | McDonald, Brian | 1.3 | Review and update summary of loans released from Revolver to LOC collateral for JSN litigation purposes. |
| 28 | 10/15/2013 | McDonald, Brian | 0.6 | Review summary of mortgage platform sales since 2007 for purposes of Taylor expert testimony. |
| 28 | 10/15/2013 | McDonald, Brian | 1.8 | Perform research regarding mortgage platform sales since 2007 for purposes of Taylor expert testimony. |
| 28 | 10/15/2013 | McDonald, Brian | 0.6 | Continue to review and update the summary of loans released from Revolver to LOC collateral for JSN litigation purposes. |
| 28 | 10/15/2013 | McDonald, Brian | 0.1 | Participate in follow-up call with R. Greseth (Debtors) to discuss questions regarding treatment of loans in CFDR for JSN litigation purposes. |
| 28 | 10/15/2013 | McDonald, Brian | 0.5 | Research Liquidation Analysis in response to questions re: Renzi expert testimony. |
| 28 | 10/15/2013 | Meerovich, Tatyana | 3.7 | Attend court hearing on JSN trial (morning session). |
| 28 | 10/15/2013 | Meerovich, Tatyana | 3.3 | Attend court hearing on JSN trial (afternoon session). |
| 28 | 10/15/2013 | Meerovich, Tatyana | 1.2 | Review and provide comments on draft of Renzi report. |
| 28 | 10/15/2013 | Meerovich, Tatyana | 0.6 | Review consolidated comments on draft of Renzi report. |
| 28 | 10/15/2013 | Milazzo, Anthony | 3.9 | Participate in meeting with B. Westman (Debtors) and MoFo to prepare for the Westman deposition (morning session). |
| 28 | 10/15/2013 | Milazzo, Anthony | 3.4 | Participate in meeting with B. Westman (Debtors) and MoFo to prepare for the Westman deposition (afternoon session). |
| 28 | 10/15/2013 | Milazzo, Anthony | 0.6 | Continue to participate in meeting with B. Westman (Debtors) and MoFo to prepare for the Westman deposition (afternoon session). |
| 28 | 10/15/2013 | Nolan, William J. | 1.6 | Review and comment on the Renzi Expert report addressing the Best Interest of Creditors Test, Limited Partial Consolidation and Borrower True Up. |
| 28 | 10/15/2013 | Nolan, William J. | 1.8 | Continue to review and comment on the Renzi Expert report addressing the Best Interest of Creditors Test, Limited Partial Consolidation and Borrower True Up. |
| 28 | 10/15/2013 | Nolan, William J. | 1.8 | Participate in M. Renzi' s (FTI) preparation session at Kramer's offices (Partial). |
| 28 | 10/15/2013 | Nolan, William J. | 0.9 | Review and provide comments to the Renzi expert report draft. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/15/2013 | Nolan, William J. | 0.2 | Participate in call with G. Lee (MoFo) to discuss the timing of providing our comments, edits and additions to M. Renzi' s (FTI) Expert report. |
| 28 | 10/15/2013 | Nolan, William J. | 0.2 | Prepare correspondence regarding Renzi witnesses prep and the implications for the next report. |
| 28 | 10/15/2013 | Renzi, Mark A | 1.7 | Participate in JSN litigation trial (morning session). |
| 28 | 10/15/2013 | Renzi, Mark A | 3.3 | Participate in JSN litigation trial (afternoon session). |
| 28 | 10/15/2013 | Renzi, Mark A | 3.5 | Continue to prepare for JSN litigation testimony. |
| 28 | 10/15/2013 | Renzi, Mark A | 1.4 | Review in detail assumptions and excel files that underlie the Liquidation Analysis in regards to my expert testimony. |
| 28 | 10/15/2013 | Szymik, Filip | 1.7 | Review sample of loans from exhibit 6.3.1 of the Winn Expert Report regarding the CFDR database. |
| 28 | 10/15/2013 | Szymik, Filip | 1.5 | Continue to review the sample of loans from exhibit 6.3.1 of the Winn Expert Report regarding the CFDR database. |
| 28 | 10/15/2013 | Szymik, Filip | 1.3 | Review matrix of recoveries in the high and low liquidation scenarios assuming various amounts of additional AFI contribution. |
| 28 | 10/15/2013 | Szymik, Filip | 2.1 | Participate in M. Renzi's (FTI) preparation session at Kramer's offices. |
| 28 | 10/15/2013 | Szymik, Filip | 1.5 | Update notes on asset recoveries in preparation for M. Renzi's testimony. |
| 28 | 10/15/2013 | Szymik, Filip | 1.8 | Prepare bridge analysis between recoveries from the original Plan Support Agreement and the updated waterfall model for JSN litigation purposes. |
| 28 | 10/15/2013 | Szymik, Filip | 1.5 | Continue to prepare bridge analysis between recoveries from the original Plan Support Agreement and the updated waterfall model for JSN litigation purposes. |
| 28 | 10/15/2013 | Szymik, Filip | 1.4 | Prepare additional detail on assumptions used in the liquidation analysis. |
| 28 | 10/15/2013 | Talarico, Michael J | 0.3 | Provide input on claims estimates and borrower true-up for JSN litigation preparation. |
| 28 | 10/15/2013 | Tracy, Alexander | 3.1 | Research initial valuation of intangibles to verify validity of claims made within the Taylor expert report. |
| 28 | 10/15/2013 | Tracy, Alexander | 1.6 | Research additional valuation of intangibles to verify validity of claims made within the Taylor expert report. |
| 28 | 10/15/2013 | Tracy, Alexander | 2.2 | Review transaction comparable to check validity of claims made within the Taylor expert report. |
| 28 | 10/15/2013 | Tracy, Alexander | 1.2 | Prepare summary analysis of transaction comparable to verify validity of claims made within the Taylor expert report. |
| 28 | 10/15/2013 | Tracy, Alexander | 0.3 | Perform quality check of the ResCap liquidation analysis matrix of recoveries to be used in expert report testimony. |
| 28 | 10/15/2013 | Tracy, Alexander | 0.4 | Perform quality check of the RFC liquidation analysis matrix of recoveries to be used in expert report testimony. |
| 28 | 10/15/2013 | Tracy, Alexander | 0.5 | Update ResCap liquidation analysis matrix of recoveries to be used in expert report testimony. |
| 28 | 10/15/2013 | Tracy, Alexander | 0.4 | Update RFC liquidation analysis matrix of recoveries to be used in expert report testimony. |
| 28 | 10/15/2013 | Tracy, Alexander | 1.6 | Prepare analysis of loans by funding facility by date for select sample of loans used in the Winn report. |
| 28 | 10/15/2013 | Tracy, Alexander | 1.5 | Prepare supporting documentation for M. Renzi (FTI) expert testimony. |
| 28 | 10/15/2013 | Witherell, Brett | 0.2 | Review matrix of asset recoveries assuming contribution from AFI and alternate claim amounts for JSN litigation purposes. |
| 28 | 10/15/2013 | Witherell, Brett | 3.1 | Incorporate revisions and updates to M. Renzi disclosure. |
| 28 | 10/15/2013 | Witherell, Brett | 1.4 | Review final version of notes on recoveries in advance of M. Renzi testimony. |
| 28 | 10/16/2013 | Brown, Michael | 0.9 | Prepare summary matrix of JSN claim payouts for each contribution level in sensitivity analysis. |
| 28 | 10/16/2013 | Brown, Michael | 0.7 | Finalize summary matrix of JSN claim payouts for each contribution level in sensitivity analysis. |
| 28 | 10/16/2013 | Brown, Michael | 0.4 | Prepare table assessing the validity of intercompany claims. |
| 28 | 10/16/2013 | Gutzeit, Gina | 0.5 | Review JSN expert reports re: JSN litigation. |
| 28 | 10/16/2013 | Gutzeit, Gina | 0.2 | Read update on B. Westman (Debtors) deposition. |
| 28 | 10/16/2013 | Gutzeit, Gina | 1.1 | Read Renzi draft deposition transcript. |
| 28 | 10/16/2013 | Gutzeit, Gina | 1.4 | Read and update comments and verify changes to draft Renzi report. |
| 28 | 10/16/2013 | Gutzeit, Gina | 0.8 | Review and verify changes to updated draft Renzi report. |
| 28 | 10/16/2013 | Gutzeit, Gina | 2.1 | Participate in a working session with J. Marines (MoFo), L. Marinuzzi (MoFo), C. Kerr (MoFo), and D. Harris (MoFo) to work on Renzi expert report in support of plan confirmation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/16/2013 | McDonald, Brian | 0.1 | Participate in call with J. Rosell (KL) to discuss transfer of loans from Revolver to LOC. |
| 28 | 10/16/2013 | McDonald, Brian | 1.3 | Prepare summary of expense estimates included in July 3 Liquidation Analysis for JSN litigation purposes. |
| 28 | 10/16/2013 | McDonald, Brian | 1.9 | Prepare analysis of loan movements on and off collateral facilities after 5/14/10 for JSN litigation purposes. |
| 28 | 10/16/2013 | McDonald, Brian | 0.6 | Research basis for amount in professional fees included in Liquidation Analysis for JSN litigation purposes. |
| 28 | 10/16/2013 | McDonald, Brian | 0.5 | Read Renzi Expert Testimony regarding best interest of creditors test. |
| 28 | 10/16/2013 | McDonald, Brian | 0.6 | Review Nolan Declaration regarding cost of RMBS litigation to understand implications of extensive litigation in bankruptcy cases. |
| 28 | 10/16/2013 | Meerovich, Tatyana | 2.1 | Participate in meeting with J. Marines (MoFo), L. Marinuzzi (MoFo), C. Kerr (MoFo), and D. Harris (MoFo), to review Renzi expert report in support of Plan confirmation. |
| 28 | 10/16/2013 | Meerovich, Tatyana | 1.2 | Review documentation and supporting analysis for Renzi report in support of plan confirmation. |
| 28 | 10/16/2013 | Meerovich, Tatyana | 3.0 | Attend court hearing on JSN trial (morning session). |
| 28 | 10/16/2013 | Meerovich, Tatyana | 2.0 | Attend court hearing on JSN trial (afternoon session). |
| 28 | 10/16/2013 | Meerovich, Tatyana | 0.8 | Prepare supporting analysis for Renzi report in support of plan confirmation. |
| 28 | 10/16/2013 | Milazzo, Anthony | 3.3 | Research related to related party transactions for JSN litigation purposes. |
| 28 | 10/16/2013 | Nolan, William J. | 1.8 | Attend the JSN Litigation Trial. |
| 28 | 10/16/2013 | Nolan, William J. | 2.1 | Participate in meeting with J. Marines (MoFo), L. Marinuzzi (MoFo), C. Kerr (MoFo), and D. Harris (MoFo) to work on Renzi expert report in support of plan confirmation. |
| 28 | 10/16/2013 | Nolan, William J. | 1.2 | Review updates to the Mark Renzi expert report. |
| 28 | 10/16/2013 | Nolan, William J. | 1.8 | Review and comment on revised draft of the M. Renzi Expert report. |
| 28 | 10/16/2013 | Nolan, William J. | 0.3 | Correspond with J. Marines (MoFo) regarding the Renzi expert report. |
| 28 | 10/16/2013 | Nolan, William J. | 0.8 | Continue to review and comment on revised draft of the M. Renzi Expert report. |
| 28 | 10/16/2013 | Renzi, Mark A | 2.1 | Review latest results regarding CFDR selection of loans regarding tracking collateral for JSN litigation. |
| 28 | 10/16/2013 | Renzi, Mark A | 1.2 | Continue to prepare for JSN litigation testimony. |
| 28 | 10/16/2013 | Renzi, Mark A | 2.7 | Participate in JSN litigation trial. |
| 28 | 10/16/2013 | Renzi, Mark A | 2.3 | Continue to participate in JSN litigation trial. |
| 28 | 10/16/2013 | Szymik, Filip | 3.2 | Attend court hearing re: testimony of M. Puntus (CV). |
| 28 | 10/16/2013 | Szymik, Filip | 0.7 | Attend the court hearing re: testimony of M. Renzi (FTI). |
| 28 | 10/16/2013 | Szymik, Filip | 0.5 | Participate in meeting with MoFo re: preparation of M. Renzi in advance of his testimony. |
| 28 | 10/16/2013 | Szymik, Filip | 1.3 | Review assumptions behind the wind-down costs in the liquidation analysis for JSN litigation purposes. |
| 28 | 10/16/2013 | Szymik, Filip | 2.1 | Participate in meeting with MoFo re: review of M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/16/2013 | Szymik, Filip | 1.4 | Review matrix of recoveries in the high and low liquidation scenarios assuming various amounts of additional AFI contribution. |
| 28 | 10/16/2013 | Szymik, Filip | 0.9 | Review source documents used in preparation of M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/16/2013 | Tracy, Alexander | 1.7 | Update RFC Ally contribution liquidation analysis. |
| 28 | 10/16/2013 | Tracy, Alexander | 0.6 | Verify calculations within Taylor expert report for litigation purposes. |
| 28 | 10/16/2013 | Tracy, Alexander | 1.2 | Prepare support documentation related to the Ditech, ETS, and revised liquidation analyses for litigation support purposes. |
| 28 | 10/16/2013 | Tracy, Alexander | 2.7 | Analyze impact of Ally contribution on liquidation recoveries for JSN litigation purposes. |
| 28 | 10/16/2013 | Tracy, Alexander | 3.3 | Continue to analyze impact of Ally contribution on liquidation recoveries for JSN litigation purposes. |
| 28 | 10/16/2013 | Tracy, Alexander | 1.7 | Incorporate internal comments into draft of Renzi expert report. |
| 28 | 10/16/2013 | Tracy, Alexander | 0.9 | Update Renzi expert report support material with additional documents. |
| 28 | 10/16/2013 | Tracy, Alexander | 0.5 | Source additional documentation for the Renzi expert report. |
| 28 | 10/16/2013 | Witherell, Brett | 2.8 | Review and edit draft of Mark Renzi expert report. |
| 28 | 10/16/2013 | Witherell, Brett | 0.9 | Analyze matrix of recoveries if Ally contribution and claims are adjusted. |
| 28 | 10/17/2013 | Gutzeit, Gina | 0.5 | Read related party disclosure accounting literature for JSN litigation purposes. |
| 28 | 10/17/2013 | Gutzeit, Gina | 0.7 | Review and provide comments on draft Renzi expert report. |
| 28 | 10/17/2013 | McDonald, Brian | 0.8 | Update analysis of expenses forecasted in the Disclosure Statement liquidation analysis for reference. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/17/2013 | McDonald, Brian | 1.9 | Prepare analysis of expenses forecasted in Disclosure Statement Liquidation analysis to be included in Renzi testimony. |
| 28 | 10/17/2013 | McDonald, Brian | 0.7 | Review archived documents to locate summary of adjustments to asset recoveries as included in liquidation analysis. |
| 28 | 10/17/2013 | McDonald, Brian | 0.2 | Edit matrix of potential litigation fees based on the Nolan Declaration. |
| 28 | 10/17/2013 | McDonald, Brian | 0.5 | Continue to review Renzi expert testimony. |
| 28 | 10/17/2013 | McDonald, Brian | 0.6 | Review liquidation analysis waterfall model to identify assumptions used re: expenses for JSN litigation purposes. |
| 28 | 10/17/2013 | McDonald, Brian | 0.2 | Prepare reconciliation of expenses between liquidating expense analysis and liquidation analysis included in Disclosure Statement. |
| 28 | 10/17/2013 | Meerovich, Tatyana | 0.9 | Review and provide comments on the admin expense analysis in support of Renzi expert report. |
| 28 | 10/17/2013 | Meerovich, Tatyana | 0.6 | Review and provide comments on scenario analysis for Renzi expert report. |
| 28 | 10/17/2013 | Meerovich, Tatyana | 1.4 | Review and provide comments on revised draft of Renzi expert report in support of Plan confirmation. |
| 28 | 10/17/2013 | Meerovich, Tatyana | 1.3 | Review and amend supporting information for Renzi expert report. |
| 28 | 10/17/2013 | Nolan, William J. | 0.1 | Prepare correspondence regarding the size and nature of claims against Ditech. |
| 28 | 10/17/2013 | Nolan, William J. | 0.3 | Read accounting literature on intercompany account treatment for JSN litigation purposes. |
| 28 | 10/17/2013 | Nolan, William J. | 0.3 | Review research on the Ditech claims. |
| 28 | 10/17/2013 | Nolan, William J. | 0.3 | Review analysis of Ditech claims with J. Marines (MoFo). |
| 28 | 10/17/2013 | Nolan, William J. | 0.2 | Correspond with D. Harris (MoFo) and J. Marines (MoFo) regarding the Renzi expert report and the Ditech issue. |
| 28 | 10/17/2013 | Nolan, William J. | 2.8 | Participate in meeting with J. Marine (MoFo), L. Marinuzzi (MoFo), and D. Harris (MoFo) to prepare for M. Renzi Expert report regarding the best interest of creditors and partial consolidation. |
| 28 | 10/17/2013 | Nolan, William J. | 0.6 | Review modifications to the Renzi expert report based upon discussions with Counsel. |
| 28 | 10/17/2013 | Renzi, Mark A | 2.7 | Prepare updates to intercompany transaction flow charts based on comments from MoFo in regards to litigation. |
| 28 | 10/17/2013 | Renzi, Mark A | 1.2 | Review analysis of expenses forecasted in Disclosure Statement liquidation analysis. |
| 28 | 10/17/2013 | Renzi, Mark A | 0.6 | Provide feedback regarding expenses forecasted in Disclosure Statement liquidation analysis. |
| 28 | 10/17/2013 | Renzi, Mark A | 2.9 | Continue to prepare expert report for review with MoFo and Kramer Levin. |
| 28 | 10/17/2013 | Renzi, Mark A | 0.7 | Participate in discussion with MoFo re: borrower true up in regard to the expert report. |
| 28 | 10/17/2013 | Szymik, Filip | 1.1 | Review summary of recoveries in the liquidation analysis as part of preparation for M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 2.8 | Participate in meeting with MoFo re: preparation of M. Renzi for his testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 1.4 | Continue to participate in meeting with MoFo re: preparation of M. Renzi for his testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 0.8 | Update schedule of recoveries included in M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 1.0 | Participate in call with various representatives of MoFo and Kramer re: hypothetical scenarios in the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 1.5 | Review sources used for preparation of M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 0.7 | Provide comments to MoFo regarding M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Szymik, Filip | 1.6 | Review M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/17/2013 | Tracy, Alexander | 1.1 | Build matrix of professional fees in liquidation to be used in liquidation analysis assumptions for Renzi expert report. |
| 28 | 10/17/2013 | Tracy, Alexander | 2.8 | Revise ResCap Ally contribution liquidation analysis to calculate using different base assumptions and Ally contribution rates for Renzi expert report. |
| 28 | 10/17/2013 | Tracy, Alexander | 2.3 | Revise RFC Ally contribution liquidation analysis to calculate using different base assumptions and Ally contribution rates for Renzi expert report. |
| 28 | 10/17/2013 | Tracy, Alexander | 1.3 | Draft footnotes for ResCap Ally contribution liquidation matrix for liquidation analysis for Renzi expert report. |
| 28 | 10/17/2013 | Tracy, Alexander | 1.2 | Draft footnotes for RFC Ally contribution liquidation matrix for liquidation analysis for Renzi expert report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/17/2013 | Tracy, Alexander | 0.8 | Incorporate additional documents to the support materials for the Renzi expert report. |
| 28 | 10/17/2013 | Tracy, Alexander | 0.7 | Make additional revisions to the supporting documentation for Renzi expert report. |
| 28 | 10/18/2013 | Gutzeit, Gina | 1.6 | Review revised draft of Renzi expert report including review of support data for analyses. |
| 28 | 10/18/2013 | Gutzeit, Gina | 1.0 | Participate in call with MoFo and Kramer to discuss Renzi expert report. |
| 28 | 10/18/2013 | Gutzeit, Gina | 0.9 | Read and prepare comments and suggested changes to update draft of Renzi expert report. |
| 28 | 10/18/2013 | McDonald, Brian | 0.2 | Participate in call with N. Hamerman (KL) regarding Taylor testimony and cross-examination outline. |
| 28 | 10/18/2013 | McDonald, Brian | 0.3 | Perform final review and quality control of servicing valuation comparable analysis for S. Engelhardt (MoFo). |
| 28 | 10/18/2013 | McDonald, Brian | 1.2 | Perform research regarding Electronic Mortgage Banc, Ltd as referenced in Taylor valuation analysis. |
| 28 | 10/18/2013 | Meerovich, Tatyana | 0.4 | Address questions from T. Goren (MoFo) regarding Ally shared service payments for JSN litigation purposes. |
| 28 | 10/18/2013 | Meerovich, Tatyana | 1.2 | Review revised draft of Renzi expert report in support of plan confirmation. |
| 28 | 10/18/2013 | Nolan, William J. | 0.3 | Prepare for call with MoFo and KL regarding the Renzi expert report. |
| 28 | 10/18/2013 | Nolan, William J. | 1.0 | Participate in call with MoFo and KL to discuss Renzi expert report. |
| 28 | 10/18/2013 | Renzi, Mark A | 0.5 | Update resume for expert report based on request from counsel and solicit comments from MoFo regarding level of detail. |
| 28 | 10/18/2013 | Renzi, Mark A | 0.7 | Provide final edits on expert report and discuss with C Kerr (MoFo). |
| 28 | 10/18/2013 | Renzi, Mark A | 1.4 | Prepare for call with MoFo and Kramer regarding expert report. |
| 28 | 10/18/2013 | Renzi, Mark A | 1.7 | Review latest financial information regarding Ditech and potential changes to the Plan. |
| 28 | 10/18/2013 | Renzi, Mark A | 0.7 | Review latest financial information regarding ETS and potential changes to the Plan. |
| 28 | 10/18/2013 | Renzi, Mark A | 1.0 | Participate in call with MoFo and KL to discuss my expert report. |
| 28 | 10/18/2013 | Renzi, Mark A | 1.5 | Review updated draft of expert report. |
| 28 | 10/18/2013 | Renzi, Mark A | 1.2 | Review supporting materials for the expert report. |
| 28 | 10/18/2013 | Szymik, Filip | 2.5 | Review M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Szymik, Filip | 0.4 | Analyze amounts of monoline claims at each legal entity. |
| 28 | 10/18/2013 | Szymik, Filip | 0.8 | Provide comments to MoFo regarding M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Szymik, Filip | 1.4 | Update exhibits to M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Szymik, Filip | 2.4 | Continue to review M. Renzi's testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Szymik, Filip | 1.1 | Update M. Renzi's CV to be used in M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Szymik, Filip | 1.0 | Compile source documents used in preparation of M. Renzi's direct testimony regarding the liquidation analysis. |
| 28 | 10/18/2013 | Talarico, Michael J | 0.6 | Participate in call with S. Zide (KL), J. Marines (MoFo), and C. Kerr (MoFo) to discuss best interest of creditor issues in connection with Renzi expert report. |
| 28 | 10/18/2013 | Tracy, Alexander | 2.2 | Research Electronic Banc Mortgage for information to be used in analyzing the licensing agreement included in the Taylor expert report. |
| 28 | 10/18/2013 | Tracy, Alexander | 1.4 | Analyze CapIQ data for various licensing agreements in Taylor expert report. |
| 28 | 10/18/2013 | Tracy, Alexander | 2.1 | Perform quality check review of analyses included in Renzi expert testimony to source materials. |
| 28 | 10/18/2013 | Tracy, Alexander | 1.6 | Continue to validate analyses included in Renzi expert testimony against source materials. |
| 28 | 10/18/2013 | Tracy, Alexander | 1.9 | Organize source materials for Renzi expert testimony. |
| 28 | 10/18/2013 | Tracy, Alexander | 1.2 | Continue to organize source materials for Renzi expert testimony. |
| 28 | 10/19/2013 | Gutzeit, Gina | 0.5 | Read and respond to comments from L. Marinuzzi (MoFo) regarding JSN Fazio expert report. |
| 28 | 10/19/2013 | McDonald, Brian | 0.5 | Review and coordinate responses to be provided to N. Hamerman (KL) and G. Horowitz (KL) regarding Taylor royalty rate comparable. |
| 28 | 10/19/2013 | Meerovich, Tatyana | 1.3 | Review JSN expert reports re: JSN litigation. |
| 28 | 10/19/2013 | Nolan, William J. | 0.1 | Prepare correspondence regarding expert reports and scheduling a call to review. |
| 28 | 10/19/2013 | Nolan, William J. | 1.3 | Review JSN expert reports re: JSN litigation. |
| 28 | 10/19/2013 | Nolan, William J. | 0.1 | Correspond with G. Lee (MoFo) regarding JSN Expert reports. |
| 28 | 10/19/2013 | Nolan, William J. | 0.2 | Review various scenarios with alternative treatments of intercompany. |
| 28 | 10/19/2013 | Nolan, William J. | 0.2 | Prepare correspondence regarding the scenarios and the review process and timing of sharing information with Counsel. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/19/2013 | Renzi, Mark A | 1.1 | Review latest round of expert reports from HL including M. Fazio (HL) expert report regarding the recovery analysis and R Bingham (ZC) expert report regarding intercompany claims. |
| 28 | 10/19/2013 | Renzi, Mark A | 1.4 | Continue to review latest round of expert reports from HL including M. Fazio (HL) expert report regarding the recovery analysis and R Bingham (ZC) expert report regarding intercompany claims. |
| 28 | 10/19/2013 | Renzi, Mark A | 0.6 | Prepare update re: expert reports from HL and potential analyses that should be prepared. |
| 28 | 10/19/2013 | Renzi, Mark A | 0.4 | Participate in discussion with S. Engelhardt (MoFo) re: JSN litigation issues. |
| 28 | 10/19/2013 | Renzi, Mark A | 0.9 | Review Taylor (ZC) comparable company analysis. |
| 28 | 10/19/2013 | Szymik, Filip | 2.1 | Prepare analysis regarding the hypothetical waterfall scenario with no AFI contribution and allowed intercompany claims. |
| 28 | 10/19/2013 | Szymik, Filip | 1.0 | Update recovery analysis model to reflect no AFI contribution and allowed intercompany balances. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.7 | Research information on comparable servicing transfer and sale transitions for use in analyzing JSN expert reports. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.3 | Prepare summary of comparable servicing transfer and sale transactions for use in analyzing JSN expert reports. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.7 | Verify Licensee / Licensor comparable used in Taylor expert report for Century 21 Real Estate Corporation. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.6 | Verify Licensee / Licensor comparable used in Taylor expert report for Coldwell Banker Real Estate Corporation. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.6 | Verify Licensee / Licensor comparable used in Taylor expert report for Brooke Finance Corporation Real Estate Corporation. |
| 28 | 10/19/2013 | Tracy, Alexander | 0.9 | Verify Licensee / Licensor comparable used in Taylor expert report for Electronic Mortgage. |
| 28 | 10/19/2013 | Tracy, Alexander | 1.8 | Prepare summary schedule of Licensee / Licensor comparable to be used in analyzing Taylor expert report. |
| 28 | 10/19/2013 | Tracy, Alexander | 2.2 | Revise summary schedule of Licensee / Licensor comparable derived from Taylor expert report. |
| 28 | 10/20/2013 | Dragelin, Timothy J. | 0.5 | Participate on a conference call with W. Nolan (FTI), T. Meerovich  (FTI), F. Szymik (FTI), and G. Gutzeit (FTI) regarding JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | Dragelin, Timothy J. | 2.0 | Read Zolfo report by Bingham and develop questions for cross. |
| 28 | 10/20/2013 | Gutzeit, Gina | 0.5 | Participate on a conference call with W. Nolan (FTI), T. Meerovich  (FTI), F. Szymik (FTI), and T. Dragelin (FTI) regarding JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | McDonald, Brian | 0.8 | Review and verify schedules regarding developed software and know-how comparable to be provided to G. Horowitz (KL) and N. Hamerman (KL) in connection with JSN litigation. |
| 28 | 10/20/2013 | Meerovich, Tatyana | 0.5 | Participate on a conference call with W. Nolan (FTI), G. Gutzeit (FTI), F. Szymik (FTI), and T. Dragelin (FTI) regarding JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | Meerovich, Tatyana | 1.6 | Review JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | Milazzo, Anthony | 3.0 | Review expert report and provide feedback to Counsel responding to counsel's inquiries. |
| 28 | 10/20/2013 | Nolan, William J. | 0.2 | Prepare for call to discuss JSN Expert reports. |
| 28 | 10/20/2013 | Nolan, William J. | 0.4 | Read Consolidated Audit Guide for Audits of HUD Programs Handbook. |
| 28 | 10/20/2013 | Nolan, William J. | 0.3 | Correspond with C. Kerr (MoFo) regarding various interpretations of the HUD Audit guide and its treatment of intercompany and affiliate investments. |
| 28 | 10/20/2013 | Nolan, William J. | 1.1 | Review JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | Nolan, William J. | 0.2 | Correspond with MoFo to coordinate review and discussion of the JSN expert reports. |
| 28 | 10/20/2013 | Nolan, William J. | 0.5 | Participate on a conference call with G. Gutzeit (FTI), T. Meerovich  (FTI), F. Szymik (FTI) and T. Dragelin (FTI) regarding JSN expert reports re: JSN litigation. |
| 28 | 10/20/2013 | Renzi, Mark A | 1.7 | Analyze results of analysis regarding recoveries if intercompany claims are allowed. |
| 28 | 10/20/2013 | Renzi, Mark A | 2.2 | Prepare table of possible rebuttal scenarios to HL expert reports in regards to intercompany claims. |
| 28 | 10/20/2013 | Renzi, Mark A | 0.2 | Correspond with L. Marinuzzi (MoFo) regarding table of possible rebuttal scenarios to HL expert reports in regards to intercompany claims. |
| 28 | 10/20/2013 | Szymik, Filip | 1.5 | Review expert report of M. Fazio (Houlihan) regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/20/2013 | Szymik, Filip | 1.9 | Update the waterfall model to reflect assumptions used in the M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/20/2013 | Szymik, Filip | 2.4 | Update waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/20/2013 | Szymik, Filip | 0.5 | Review rebuttal of the JSN expert reports. |
| 28 | 10/20/2013 | Szymik, Filip | 0.8 | Prepare template of questions/comments regarding the JSN expert reports. |
| 28 | 10/20/2013 | Talarico, Michael J | 0.4 | Review analysis of expert reports filed by the JSN professionals. |
| 28 | 10/20/2013 | Tracy, Alexander | 2.6 | Research Electronic Mortgage Banc, Ltd. for purposes of analyzing Taylor expert report. |
| 28 | 10/20/2013 | Tracy, Alexander | 0.7 | Draft email regarding information found on Electronic Mortgage Banc, Ltd. for purposes of analyzing Taylor expert report. |
| 28 | 10/20/2013 | Tracy, Alexander | 1.6 | Revise summary schedule of Licensee / Licensor comparable to be used in analyzing Taylor expert report. |
| 28 | 10/21/2013 | Gutzeit, Gina | 0.6 | Review revised draft of Renzi expert report in support of plan confirmation. |
| 28 | 10/21/2013 | Gutzeit, Gina | 0.7 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), M. Renzi (FTI), A. Milazzo (FTI), and T. Dragelin (FTI) regarding prep for call with MoFo regarding JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Gutzeit, Gina | 1.0 | Participate on a conference call with W. Nolan (FTI), T. Meerovich (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/21/2013 | Gutzeit, Gina | 0.5 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), M. Renzi (FTI), A. Milazzo (FTI), and F. Szymik (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Heller, Alana | 3.1 | Identifying basic background information relating to Michael Fazio and Robert Bingham. |
| 28 | 10/21/2013 | Heller, Alana | 1.4 | Research Daubert tracker database and other expert witness databases to find information about Michael Fazio and Robert Bingham's past expert roles and expert witness challenges. |
| 28 | 10/21/2013 | McDonald, Brian | 0.2 | Participate on call with N. Hamerman (KL) regarding Taylor testimony and issues regarding valuation. |
| 28 | 10/21/2013 | McDonald, Brian | 0.5 | Perform research regarding Electronic Mortgage Banc, LTD for reference in cross-examination of J. Taylor (HL). |
| 28 | 10/21/2013 | McDonald, Brian | 1.1 | Prepare revised summary of developed software and know-how valuation excluding Electronic Mortgage Banc, LTD for reference in cross-examination of J. Taylor (HL). |
| 28 | 10/21/2013 | McDonald, Brian | 0.6 | Continue to review, revise and quality control schedules related to cross-examination of J. Taylor (HL). |
| 28 | 10/21/2013 | Meerovich, Tatyana | 0.5 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI), M. Renzi (FTI), A. Milazzo (FTI), and T. Dragelin (FTI) regarding prep for call with MoFo regarding JSN expert reports re: JSN litigation (partial attendance). |
| 28 | 10/21/2013 | Meerovich, Tatyana | 1.0 | Participate on a conference call with W. Nolan (FTI), G. Gutzeit (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/21/2013 | Meerovich, Tatyana | 0.5 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI), M. Renzi (FTI), A. Milazzo (FTI), and F. Szymik (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Milazzo, Anthony | 0.7 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), M. Renzi (FTI), G. Gutzeit (FTI), and T. Dragelin (FTI) regarding prep for call with MoFo regarding JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Milazzo, Anthony | 1.0 | Participate on a conference call with W. Nolan (FTI), G. Gutzeit (FTI), M. Renzi (FTI), T. Meerovich (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/21/2013 | Milazzo, Anthony | 0.5 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI), M. Renzi (FTI), T. Meerovich (FTI), and F. Szymik (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Milazzo, Anthony | 3.4 | Prepare structure of draft expert report including research and document review. |
| 28 | 10/21/2013 | Milazzo, Anthony | 2.9 | Continue to prepare structure of draft expert report including research and document review. |
| 28 | 10/21/2013 | Nolan, William J. | 0.2 | Review top 15 intercompany balances and the impact of balance forgiveness for JSN litigation purposes. |
| 28 | 10/21/2013 | Nolan, William J. | 0.3 | Read AIRA presentation of Intercompany Claims and Issues in Complex Bankruptcies for JSN litigation purposes. |
| 28 | 10/21/2013 | Nolan, William J. | 0.3 | Review updated analysis of JSN recovery under various intercompany treatments, hypothetical changes in Ally settlement and unsecured claims for JSN litigation purposes. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/21/2013 | Nolan, William J. | 0.2 | Read ASC 310 section on Notes and Other Receivables from Affiliates for JSN litigation purposes. |
| 28 | 10/21/2013 | Nolan, William J. | 0.7 | Participate on a conference call with T. Meerovich (FTI), A. Milazzo (FTI), M. Renzi (FTI), G. Gutzeit (FTI) and T. Dragelin (FTI) regarding prep for call with MoFo regarding JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Nolan, William J. | 1.0 | Participate on a conference call with G. Gutzeit (FTI), T. Meerovich (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo) and J. Marines (MoFo) regarding rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/21/2013 | Nolan, William J. | 0.5 | Participate on a conference call with G. Gutzeit (FTI), F. Szymik (FTI), M. Renzi (FTI), T. Meerovich (FTI) and A. Milazzo (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Renzi, Mark A | 0.5 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), G. Gutzeit (FTI), A. Milazzo (FTI), and F. Szymik (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Renzi, Mark A | 3.4 | Continue to evaluate M. Fazio (HL) expert report regarding intercompany claims. |
| 28 | 10/21/2013 | Renzi, Mark A | 1.0 | Participate on a conference call with W. Nolan (FTI), T. Meerovich (FTI), G. Gutzeit (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/21/2013 | Renzi, Mark A | 1.4 | Review outline of rebuttal to M. Fazio's expert report. |
| 28 | 10/21/2013 | Renzi, Mark A | 0.7 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), G. Gutzeit (FTI), A. Milazzo (FTI), and T. Dragelin (FTI) regarding prep for call with MoFo regarding JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Szymik, Filip | 2.3 | Update waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/21/2013 | Szymik, Filip | 1.9 | Continue to update the waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/21/2013 | Szymik, Filip | 2.1 | Prepare outline of M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/21/2013 | Szymik, Filip | 2.3 | Continue to prepare an outline of M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/21/2013 | Szymik, Filip | 0.5 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI), M. Renzi (FTI), T. Meerovich (FTI) and A. Milazzo (FTI) regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Szymik, Filip | 1.0 | Analyze information related to expert reports on intercompany balances. |
| 28 | 10/21/2013 | Szymik, Filip | 0.4 | Prepare for a conference call regarding strategy for rebuttals to JSN expert reports re: JSN litigation. |
| 28 | 10/21/2013 | Tracy, Alexander | 1.7 | Research parent / subsidiary relationship between Pacific International Inc. and Electronic Mortgage Banc for JSN litigation purposes. |
| 28 | 10/21/2013 | Tracy, Alexander | 1.1 | Prepare summary of licensing agreement between Pacific International Inc. and Electronic Mortgage Banc for JSN litigation purposes. |
| 28 | 10/21/2013 | Tracy, Alexander | 0.5 | Perform quality check and provide comments on developed software and know-how royalty calculation for litigation purposes. |
| 28 | 10/21/2013 | Tracy, Alexander | 0.3 | Modify current template of top 15 intercompany debt forgiveness relationships to accommodate all intercompany debt forgiveness relationships. |
| 28 | 10/21/2013 | Tracy, Alexander | 1.8 | Prepare quality check of all intercompany debt forgiveness relationships. |
| 28 | 10/21/2013 | Tracy, Alexander | 2.6 | Identify all debt forgiveness between existing intercompany relationships. |
| 28 | 10/21/2013 | Tracy, Alexander | 0.8 | Build debt forgiveness schedule of existing relationships based on all previously identified information. |
| 28 | 10/21/2013 | Tracy, Alexander | 0.4 | Quality check debt forgiveness schedule of existing relationships. |
| 28 | 10/21/2013 | Tracy, Alexander | 0.4 | Reconcile opposite direction debt forgiveness to HL Fazio Analysis report. |
| 28 | 10/22/2013 | Gutzeit, Gina | 1.6 | Read and provide comments to Renzi expert report. |
| 28 | 10/22/2013 | Gutzeit, Gina | 0.8 | Read B. Westman (Debtors) deposition. |
| 28 | 10/22/2013 | Gutzeit, Gina | 1.2 | Review information in preparation of rebuttal report including accounting research, policies and procedures and other key items for related party and intercompany transactions. |
| 28 | 10/22/2013 | Gutzeit, Gina | 1.4 | Review of Bingham expert report and outline areas for rebuttal report. |
| 28 | 10/22/2013 | Heller, Alana | 3.5 | Research federal court dockets and other online resources to identify full-text expert testimony and affidavits submitted by Michael Fazio and Robert Bingham. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/22/2013 | Heller, Alana | 3.3 | Continue to research federal court dockets and other online resources to identify full-text expert testimony and affidavits submitted by Michael Fazio and Robert Bingham. |
| 28 | 10/22/2013 | McDonald, Brian | 1.3 | Review expert report of J. Taylor (HL) and E. Siegert (HL) regarding valuation methodologies and differing valuation dates in preparation for upcoming cross |
| 28 | 10/22/2013 | Meerovich, Tatyana | 0.9 | Review information regarding pre-sale shared services receipts and payments for JSN litigation purposes. |
| 28 | 10/22/2013 | Meerovich, Tatyana | 0.4 | Address questions from T. Goren (MoFo) regarding shared services payments and receipts for JSN litigation purposes. |
| 28 | 10/22/2013 | Milazzo, Anthony | 1.0 | Participate on call with M. Renzi (FTI) and F. Szymik (FTI) re: rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Milazzo, Anthony | 0.8 | Participate on call with M. Renzi (FTI) and F. Szymik (FTI) re: preliminary review of the FTI's expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Milazzo, Anthony | 2.7 | Research and document review related to aspects of draft expert report. |
| 28 | 10/22/2013 | Milazzo, Anthony | 1.6 | Continue to research and document review related to aspects of draft expert report. |
| 28 | 10/22/2013 | Milazzo, Anthony | 2.9 | Work on draft of expert report. |
| 28 | 10/22/2013 | Nolan, William J. | 0.5 | Participate in Estate leadership call with MoFo and Centerview to discuss upcoming meetings, Court hearing and deliverables and JSN litigation requirements. |
| 28 | 10/22/2013 | Nolan, William J. | 0.1 | Address S. Martin's (MoFo) request for verification of certain numbers based upon the CFDR for the Winn Collateral Stip. |
| 28 | 10/22/2013 | Nolan, William J. | 0.2 | Prepare correspondence regarding S. Martin's (MoFo) request for information for the Winn Collateral Stip. |
| 28 | 10/22/2013 | Nolan, William J. | 0.2 | Review draft Renzi expert report outline. |
| 28 | 10/22/2013 | Nolan, William J. | 1.0 | Participate in call with G. Lee (MoFo), L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), and C. Kerr (MoFo) re: results of hypothetical waterfall scenarios to be used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/22/2013 | Renzi, Mark A | 1.0 | Participate on call with A. Milazzo (FTI) and F. Szymik (FTI) re: rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Renzi, Mark A | 0.8 | Participate on call with A. Milazzo (FTI) and F. Szymik (FTI) re: preliminary review of the FTI's expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Renzi, Mark A | 1.0 | Participate in call with G. Lee (MoFo), L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), and C. Kerr (MoFo) re: results of hypothetical waterfall scenarios to be used in my rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/22/2013 | Renzi, Mark A | 2.3 | Review analysis of various scenarios that dispute the value of M. Fazio (HL) for intercompany balances. |
| 28 | 10/22/2013 | Renzi, Mark A | 1.6 | Review schedule of actual debt forgiveness to and the effects of reversals of the forgiveness to intercompany balances and JSN collateral valuation. |
| 28 | 10/22/2013 | Szymik, Filip | 1.6 | Update waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/22/2013 | Szymik, Filip | 2.4 | Continue to update the waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/22/2013 | Szymik, Filip | 1.0 | Participate in call with G. Lee (MoFo), L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), and C. Kerr (MoFo) re: results of hypothetical waterfall scenarios to be used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/22/2013 | Szymik, Filip | 0.8 | Review preliminary draft of M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/22/2013 | Szymik, Filip | 1.0 | Participate on call with M. Renzi (FTI) and A. Milazzo (FTI) re: rebuttal of the JSN expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Szymik, Filip | 0.8 | Participate on call with M. Renzi (FTI) and A. Milazzo (FTI) re: preliminary review of the FTI's expert reports regarding intercompany balances. |
| 28 | 10/22/2013 | Talarico, Michael J | 0.8 | Participate in call with J. Marines (MoFo) and G. Lee (MoFo) to discuss intercompany analyses in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 0.6 | Create template for scenario 3 claims summary for Renzi rebuttal report in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 1.9 | Incorporate information for scenario 3 claims summary for Renzi rebuttal report in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 0.1 | Create template for scenario 4 claims summary for Renzi rebuttal report in connection with JSN litigation. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/22/2013 | Tracy, Alexander | 1.7 | Incorporate information for scenario 4 claims summary for Renzi rebuttal report in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 0.5 | Perform quality check of claims summary templates for scenario 3 and 4 for Renzi rebuttal report in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 0.7 | Revise claims summary templates for scenario 3 and 4 for Renzi rebuttal report in connection with JSN litigation. |
| 28 | 10/22/2013 | Tracy, Alexander | 1.6 | Update intercompany comparison schedule for May 2011 balances JSN expert report uses. |
| 28 | 10/22/2013 | Tracy, Alexander | 0.4 | Quality check intercompany comparison schedule for May 2011 balances JSN expert report uses. |
| 28 | 10/22/2013 | Witherell, Brett | 1.4 | Research Winn expert report for categorization of shared service payments and receipts. |
| 28 | 10/23/2013 | Giampietro, Claude | 2.9 | Research Lehman bankruptcy testimony for information on Michael Fazio in preparation for JSN litigation. |
| 28 | 10/23/2013 | Gutzeit, Gina | 1.1 | Review JSN objection to plan confirmation. |
| 28 | 10/23/2013 | Gutzeit, Gina | 1.6 | Review of draft rebuttal suggestions provided by counsel and incorporation into draft rebuttal report. |
| 28 | 10/23/2013 | Gutzeit, Gina | 0.9 | Research and document review related to draft expert report. |
| 28 | 10/23/2013 | Gutzeit, Gina | 1.3 | Review financial information in preparation of rebuttal report on intercompany. |
| 28 | 10/23/2013 | Heller, Alana | 2.4 | Verify education and credentials reported in biographies in expert reports submitted by Michael Fazio and Robert Bingham. |
| 28 | 10/23/2013 | Heller, Alana | 2.4 | Research state and federal civil and criminal proceedings relating to Michael Fazio and Robert Bingham. |
| 28 | 10/23/2013 | Heller, Alana | 1.9 | Continue to research state and federal civil and criminal proceedings relating to Michael Fazio and Robert Bingham. |
| 28 | 10/23/2013 | McDonald, Brian | 2.5 | Attend expert testimony hearing for J. Taylor (HL). |
| 28 | 10/23/2013 | McDonald, Brian | 0.7 | Verify and quality control schedule of debt forgiveness impact to pre-petition intercompany balances. |
| 28 | 10/23/2013 | McDonald, Brian | 0.6 | Review and verify supporting schedules for summary of debt forgiveness impact to pre-petition intercompany balances. |
| 28 | 10/23/2013 | McDonald, Brian | 1.1 | Verify and provide comments to summary of recovery and liquidation analysis recovery rate assumptions to be provided as evidence for Renzi testimony. |
| 28 | 10/23/2013 | Meerovich, Tatyana | 0.6 | Address questions from S. Martin (MoFo) regarding assets of Equity Investments I, LLC for JSN litigation purposes. |
| 28 | 10/23/2013 | Meerovich, Tatyana | 0.9 | Research treatment of auction credit in cash flow projections at the request of S. Tandberg (Alix) for JSN litigation purposes. |
| 28 | 10/23/2013 | Meerovich, Tatyana | 1.7 | Review JSN objection to plan confirmation. |
| 28 | 10/23/2013 | Meerovich, Tatyana | 1.0 | Participate on a conference call with B. Westman (Debtors) and W. Nolan (FTI) regarding background on intercompany transactions. |
| 28 | 10/23/2013 | Meerovich, Tatyana | 1.2 | Review information in preparation of rebuttal report on intercompany. |
| 28 | 10/23/2013 | Milazzo, Anthony | 0.5 | Coordination of expert report background checks. |
| 28 | 10/23/2013 | Milazzo, Anthony | 1.0 | Coordinate with trial services related to graphics for draft rebuttal report. |
| 28 | 10/23/2013 | Milazzo, Anthony | 2.7 | Review of draft rebuttal suggestions provided by counsel and incorporation into draft rebuttal report. |
| 28 | 10/23/2013 | Milazzo, Anthony | 1.0 | Coordinate regarding open items with team including forgiveness information. |
| 28 | 10/23/2013 | Milazzo, Anthony | 3.8 | Edit and revise draft rebuttal report. |
| 28 | 10/23/2013 | Nolan, William J. | 1.0 | Participate on a conference call with B. Westman (Debtors) and T. Meerovich (FTI) regarding background on intercompany transactions. |
| 28 | 10/23/2013 | Renzi, Mark A | 2.5 | Continue to evaluate the impact of intercompany notes under various scenarios for my expert report. |
| 28 | 10/23/2013 | Renzi, Mark A | 1.1 | Verify and provide comments to summary of recovery and liquidation analysis recovery rate assumptions to be provided as evidence for my testimony. |
| 28 | 10/23/2013 | Renzi, Mark A | 1.1 | Review schedule of identified pending forgiveness to determine what should be included in my expert report. |
| 28 | 10/23/2013 | Renzi, Mark A | 1.8 | Evaluate changes in value of JSN collateral based on changes in pending balance forgiveness. |
| 28 | 10/23/2013 | Szymik, Filip | 2.3 | Update waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/23/2013 | Szymik, Filip | 1.8 | Continue to update the waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/23/2013 | Szymik, Filip | 0.8 | Review M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Szymik, Filip | 0.7 | Review schedule of intercompany balances to be included as exhibit to M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Szymik, Filip | 0.8 | Review schedule of actual debt forgiveness to be included as exhibit to M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Szymik, Filip | 1.1 | Review schedule of identified pending forgiveness to be included as exhibit to M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Szymik, Filip | 1.9 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Szymik, Filip | 1.5 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/23/2013 | Talarico, Michael J | 0.4 | Analyze Debtors' Statement of Financial Affairs to identify prepetition intercompany transactions for analysis for JSN litigation. |
| 28 | 10/23/2013 | Talarico, Michael J | 0.1 | Review intercompany balances prior to the Filing Date. |
| 28 | 10/23/2013 | Talarico, Michael J | 0.2 | Participate in call with B. Westman (Debtors) regarding the intercompany balances prior to the filing date for JSN litigation. |
| 28 | 10/23/2013 | Talarico, Michael J | 0.6 | Participate in call with J. Marines (MoFo) and D. Harris (MoFo) to discuss the intercompany balances for JSN litigation. |
| 28 | 10/23/2013 | Thompson, Brian | 2.5 | Summarize intercompany balances between ResCap and RFC from the consolidated financial statements for rebuttal report in JSN litigation. |
| 28 | 10/23/2013 | Tracy, Alexander | 0.6 | Update schedule of intercompany pending debt forgiveness schedules. |
| 28 | 10/23/2013 | Tracy, Alexander | 0.9 | Update schedule of top 15 intercompany debt forgiveness. |
| 28 | 10/23/2013 | Tracy, Alexander | 1.2 | Update schedule of existing intercompany relationships with debt forgiveness. |
| 28 | 10/23/2013 | Tracy, Alexander | 2.8 | Revise debt forgiveness schedules to be included in M. Renzi expert report for consistency. |
| 28 | 10/23/2013 | Tracy, Alexander | 0.7 | Begin to set up template for M. Renzi expert report on impact of intercompany balances. |
| 28 | 10/23/2013 | Tracy, Alexander | 2.8 | Prepare draft of M. Renzi intercompany balances expert report based on debt forgiveness schedules and other information. |
| 28 | 10/23/2013 | Tracy, Alexander | 2.4 | Write introduction section with background on the waterfall model for Renzi expert report purposes. |
| 28 | 10/23/2013 | Witherell, Brett | 2.5 | Analyze expert reports from Bingham and Fazio on intercompany balances and recoveries. |
| 28 | 10/24/2013 | Brown, Michael | 1.0 | Prepare presentation exhibit contrasting information in Renzi and Fazio expert reports. |
| 28 | 10/24/2013 | Giampietro, Claude | 2.9 | Read witness testimony from Lehman bankruptcy for information on Michael Fazio in preparation for JSN litigation. |
| 28 | 10/24/2013 | Gutzeit, Gina | 1.0 | Participate on a conference call with W. Nolan (FTI), T. Meerovich (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding FTI rebuttal reports on intercompany. |
| 28 | 10/24/2013 | Gutzeit, Gina | 0.8 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), and A. Milazzo (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/24/2013 | Gutzeit, Gina | 1.3 | Draft and edit draft rebuttal report following discussions with counsel and team. |
| 28 | 10/24/2013 | Gutzeit, Gina | 0.6 | Read research and document review related to GAAP, GAAS and SEC matters relevant to the draft rebuttal report. |
| 28 | 10/24/2013 | Gutzeit, Gina | 1.1 | Review of certain documents provided by counsel related to items pertaining to draft rebuttal expert report. |
| 28 | 10/24/2013 | Hayes, Dana | 0.4 | Perform research regarding transactions in connection to expert reports in JSN litigation. |
| 28 | 10/24/2013 | Heller, Alana | 3.2 | Research state and federal civil and criminal proceedings, judgments, and liens relating to Michael Fazio and Robert Bingham. |
| 28 | 10/24/2013 | Heller, Alana | 1.5 | Continue to research state and federal civil and criminal proceedings, judgments, and liens relating to Michael Fazio and Robert Bingham. |
| 28 | 10/24/2013 | McDonald, Brian | 0.4 | Review and provide final comments to summary of recoveries assumptions included in Disclosure Statement for JSN litigation purposes. |
| 28 | 10/24/2013 | Meerovich, Tatyana | 1.0 | Participate on a conference call with W. Nolan (FTI), G. Gutzeit (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding FTI rebuttal reports on intercompany. |
| 28 | 10/24/2013 | Meerovich, Tatyana | 0.8 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI) and A. Milazzo (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/24/2013 | Meerovich, Tatyana | 2.1 | Work on draft of rebuttal report on intercompany. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/24/2013 | Meerovich, Tatyana | 2.8 | Review information in preparation of rebuttal report on intercompany. |
| 28 | 10/24/2013 | Meerovich, Tatyana | 0.5 | Discuss follow-up items on intercompany rebuttal report with J. Marines (MoFo). |
| 28 | 10/24/2013 | Meerovich, Tatyana | 1.3 | Review and provide comments on draft summary of intercompany balances and change in historical balances. |
| 28 | 10/24/2013 | Milazzo, Anthony | 1.0 | Participate on a conference call with W. Nolan (FTI), G. Gutzeit (FTI), M. Renzi (FTI), T. Meerovich (FTI), C. Kerr (MoFo), G. Lee (MoFo), and J. Marines (MoFo) regarding FTI rebuttal reports on intercompany. |
| 28 | 10/24/2013 | Milazzo, Anthony | 0.8 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI) and T. Meerovich (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/24/2013 | Milazzo, Anthony | 3.2 | Research and document review related to GAAP, GAAS and SEC matters relevant to the draft rebuttal report. |
| 28 | 10/24/2013 | Milazzo, Anthony | 1.0 | Review information provided by counsel related to items discussed pertaining to draft rebuttal expert report. |
| 28 | 10/24/2013 | Milazzo, Anthony | 2.0 | Draft and edit draft rebuttal report following discussions with counsel and team. |
| 28 | 10/24/2013 | Nolan, William J. | 1.0 | Participate on a conference call with G. Gutzeit (FTI), T. Meerovich (FTI), M. Renzi (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo) and J. Marines (MoFo) regarding FTI rebuttal reports on intercompany. |
| 28 | 10/24/2013 | Nolan, William J. | 0.8 | Participate on a conference call with G. Gutzeit (FTI), A. Milazzo (FTI) and T. Meerovich (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/24/2013 | Renzi, Mark A | 2.4 | Prepare a summary of additional hypothetical scenarios to run in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/24/2013 | Renzi, Mark A | 1.4 | Review detail of JSN collateral by facility and what changes it may have to intercompany balance value. |
| 28 | 10/24/2013 | Renzi, Mark A | 1.0 | Participate on a conference call with G. Gutzeit (FTI), T. Meerovich (FTI), W. Nolan (FTI), A. Milazzo (FTI), C. Kerr (MoFo), G. Lee (MoFo) and J. Marines (MoFo) regarding FTI rebuttal reports on intercompany. |
| 28 | 10/24/2013 | Renzi, Mark A | 0.8 | Review current draft of G. Gutzeit (FTI) expert report and determine effects on my expert report. |
| 28 | 10/24/2013 | Szymik, Filip | 1.3 | Update waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/24/2013 | Szymik, Filip | 0.9 | Continue to update the waterfall model to reflect additional hypothetical scenarios in response to M. Fazio's expert report regarding the impact of intercompany balances on the JSN collateral. |
| 28 | 10/24/2013 | Szymik, Filip | 1.8 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/24/2013 | Szymik, Filip | 1.2 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/24/2013 | Tracy, Alexander | 1.9 | Prepare variance analysis of recovery vs liquidation scenarios for JSN litigation purposes. |
| 28 | 10/24/2013 | Tracy, Alexander | 2.2 | Revise variance analysis of recovery vs liquidation scenarios for JSN litigation purposes. |
| 28 | 10/24/2013 | Tracy, Alexander | 1.7 | Prepare timeline graphs of top five intercompany balances. |
| 28 | 10/24/2013 | Tracy, Alexander | 1.1 | Create summary schedule for top five intercompany claims. |
| 28 | 10/24/2013 | Tracy, Alexander | 0.7 | Prepare outline of presentation of top five intercompany claims and balances with information from Bingham expert report for internal review. |
| 28 | 10/24/2013 | Tracy, Alexander | 0.8 | Update outline of presentation of top five intercompany balances based on comments received. |
| 28 | 10/24/2013 | Tracy, Alexander | 2.8 | Update schedules for top nine intercompany balances. |
| 28 | 10/24/2013 | Tracy, Alexander | 1.5 | Prepare schedules for top nine intercompany balances using information sourced from Bingham expert report. |
| 28 | 10/24/2013 | Tracy, Alexander | 1.1 | Prepare summary of annual debt forgiveness for top nine intercompany relationships with forgiveness. |
| 28 | 10/24/2013 | Tracy, Alexander | 0.6 | Update presentation of top intercompany balances to include new schedules, graphs, comments, and additional intercompany relationships. |
| 28 | 10/24/2013 | Tracy, Alexander | 0.4 | Update presentation of intercompany relationships based on comments received. |
| 28 | 10/25/2013 | Brown, Michael | 0.5 | Participate on a call with A. Tracy (FTI), T. Meerovich (FTI), and B. Witherell (FTI) to discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Brown, Michael | 0.3 | Discuss consolidating annual trial balances for top nine intercompany relationships with A. Tracy (FTI). |
| 28 | 10/25/2013 | Brown, Michael | 1.3 | Begin consolidating balance sheets of legal entities under the GMACM organizational umbrella. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/25/2013 | Brown, Michael | 1.4 | Finish consolidating balance sheets of GMACM subsidiaries and performed quality control check. |
| 28 | 10/25/2013 | Brown, Michael | 1.5 | Consolidate balance sheets of legal entities under the RFC organizational umbrella. |
| 28 | 10/25/2013 | Brown, Michael | 1.0 | Perform a quality control of all consolidated balance sheets for RFC subsidiaries. |
| 28 | 10/25/2013 | Gutzeit, Gina | 2.1 | Draft and edit draft rebuttal report incorporating additional research and document review. |
| 28 | 10/25/2013 | Gutzeit, Gina | 1.1 | Review information in preparation of rebuttal report on intercompany. |
| 28 | 10/25/2013 | Heller, Alana | 3.6 | Research media and web sources relating to Michael Fazio and Robert Bingham. |
| 28 | 10/25/2013 | Heller, Alana | 3.7 | Continue to research media and web sources relating to Michael Fazio and Robert Bingham. |
| 28 | 10/25/2013 | McDonald, Brian | 0.3 | Prepare compilation of detailed trial balance files to be referenced in testimony of M. Renzi. |
| 28 | 10/25/2013 | Meerovich, Tatyana | 1.2 | Participate on a conference call with J. Marines (MoFo) and B. Witherell (FTI) to discuss draft rebuttal report on intercompany. |
| 28 | 10/25/2013 | Meerovich, Tatyana | 0.5 | Participate on a call with A. Tracy (FTI), M. Brown (FTI), and B. Witherell (FTI) to discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Meerovich, Tatyana | 1.1 | Participate on a conference call with F. Szymik (FTI), A. Tracy (FTI), B. Witherell (FTI), and W. Nolan (FTI) to review draft and discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Meerovich, Tatyana | 1.9 | Review information in preparation of rebuttal report on intercompany. |
| 28 | 10/25/2013 | Meerovich, Tatyana | 1.7 | Work on draft of rebuttal report on intercompany. |
| 28 | 10/25/2013 | Milazzo, Anthony | 2.4 | Review documents for incorporation into draft rebuttal report. |
| 28 | 10/25/2013 | Milazzo, Anthony | 2.7 | Draft and edit draft rebuttal report including incorporating additional research. |
| 28 | 10/25/2013 | Milazzo, Anthony | 2.9 | Continue to draft and edit draft rebuttal report including incorporating additional research. |
| 28 | 10/25/2013 | Nolan, William J. | 1.1 | Lead a conference call with F. Szymik (FTI), A. Tracy (FTI), B. Witherell (FTI) and T. Meerovich (FTI) to review draft and discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Renzi, Mark A | 1.4 | Participate in discussion with MoFo re: additional scenarios to consider regarding intercompany balance treatment. |
| 28 | 10/25/2013 | Renzi, Mark A | 0.6 | Review status of excluded deals and the effect on JSN collateral. |
| 28 | 10/25/2013 | Renzi, Mark A | 1.6 | Review updated draft of expert report with new analysis of scenarios. |
| 28 | 10/25/2013 | Szymik, Filip | 2.3 | Update waterfall model to reflect additional hypothetical scenarios in requested by MoFo. |
| 28 | 10/25/2013 | Szymik, Filip | 1.9 | Continue to update the waterfall model to reflect additional hypothetical scenarios in requested by MoFo. |
| 28 | 10/25/2013 | Szymik, Filip | 1.3 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by MoFo. |
| 28 | 10/25/2013 | Szymik, Filip | 1.8 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances based on additional comments received. |
| 28 | 10/25/2013 | Szymik, Filip | 1.2 | Prepare schedule of impact of pending debt forgiveness to be included in M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/25/2013 | Szymik, Filip | 1.4 | Prepare schedule of impact of fraudulent conveyances to be included in M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/25/2013 | Szymik, Filip | 0.6 | Participate in call with J. Marines (MoFo) re: additional waterfall scenarios for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/25/2013 | Szymik, Filip | 0.8 | Prepare a schedule of subordinated intercompany balances to be included in M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/25/2013 | Szymik, Filip | 1.1 | Participate on a conference call with T. Meerovich (FTI), A. Tracy (FTI), B. Witherell (FTI) and W. Nolan (FTI) to review draft and discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Tracy, Alexander | 0.5 | Participate on a call with T. Meerovich (FTI), M. Brown (FTI), and B. Witherell (FTI) to discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Tracy, Alexander | 1.1 | Participate on a conference call with T. Meerovich (FTI), F. Szymik (FTI), B. Witherell (FTI) and W. Nolan (FTI) to review draft and discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Tracy, Alexander | 0.3 | Discuss consolidating annual trial balances for top nine intercompany relationships with M. Brown (FTI). |
| 28 | 10/25/2013 | Tracy, Alexander | 0.9 | Prepare trial balances for consolidation. |
| 28 | 10/25/2013 | Tracy, Alexander | 1.4 | Analyze annual trial balances. |
| 28 | 10/25/2013 | Tracy, Alexander | 0.9 | Construct template of all necessary trial balance source files and output pages in workbook. |
| 28 | 10/25/2013 | Tracy, Alexander | 1.8 | Analyze trial balances for past five years to determine ability to consolidate certain line items. |
| 28 | 10/25/2013 | Tracy, Alexander | 1.4 | Prepare summary level sub-totals for trial balances. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/25/2013 | Tracy, Alexander | 0.7 | Perform quality check on GMACM family of trial balances. |
| 28 | 10/25/2013 | Tracy, Alexander | 0.8 | Build template for consolidated balance sheet of Residential Capital. |
| 28 | 10/25/2013 | Tracy, Alexander | 3.3 | Continue to consolidate certain balances from historical trial balances from a five year period. |
| 28 | 10/25/2013 | Witherell, Brett | 1.2 | Participate on a conference call with J. Marines (MoFo) and T. Meerovich (FTI) to discuss draft rebuttal report on intercompany. |
| 28 | 10/25/2013 | Witherell, Brett | 0.5 | Participate on a call with T. Meerovich (FTI), M. Brown (FTI), and A. Tracy (FTI) to discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Witherell, Brett | 1.1 | Participate on a conference call with T. Meerovich (FTI), F. Szymik (FTI), A. Tracy (FTI) and W. Nolan (FTI) to review draft and discuss analyses for rebuttal report on intercompany. |
| 28 | 10/25/2013 | Witherell, Brett | 2.3 | Analyze pre-petition intercompany balances and debt forgiveness. |
| 28 | 10/25/2013 | Witherell, Brett | 1.3 | Review intercompany loan agreements between Debtors. |
| 28 | 10/25/2013 | Witherell, Brett | 1.7 | Work on draft intercompany expert rebuttal report. |
| 28 | 10/25/2013 | Witherell, Brett | 2.7 | Review source material for intercompany balances. |
| 28 | 10/26/2013 | Gutzeit, Gina | 0.8 | Review and analyze historical financial information for rebuttal report on intercompany. |
| 28 | 10/26/2013 | Meerovich, Tatyana | 1.0 | Participate on a conference call with W. Nolan (FTI) and B. Witherell (FTI) regarding intercompany rebuttal report. |
| 28 | 10/26/2013 | Meerovich, Tatyana | 1.4 | Review revised draft of rebuttal report on intercompany and underlying analyses. |
| 28 | 10/26/2013 | Meerovich, Tatyana | 2.3 | Review and analyze historical financial information for rebuttal report on intercompany. |
| 28 | 10/26/2013 | Milazzo, Anthony | 2.7 | Perform additional research and document review incorporation into the draft rebuttal report. |
| 28 | 10/26/2013 | Milazzo, Anthony | 1.3 | Coordinate with team and counsel regarding incorporating additional information into draft rebuttal report. |
| 28 | 10/26/2013 | Nolan, William J. | 1.0 | Lead a conference call with B. Witherell (FTI) and T. Meerovich (FTI) regarding intercompany rebuttal report. |
| 28 | 10/26/2013 | Renzi, Mark A | 2.4 | Review compilation of detailed trial balance files reference in my testimony. |
| 28 | 10/26/2013 | Renzi, Mark A | 1.6 | Evaluate impact of fraudulent conveyances and the effect on the value of intercompany balances. |
| 28 | 10/26/2013 | Renzi, Mark A | 1.0 | Prepare correspondence regarding changes to my expert report and questions regarding analyses. |
| 28 | 10/26/2013 | Szymik, Filip | 1.6 | Perform quality check on M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/26/2013 | Szymik, Filip | 1.3 | Prepare global assumptions summary to be included in M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/26/2013 | Szymik, Filip | 1.4 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/26/2013 | Tracy, Alexander | 0.4 | Edit M. Renzi rebuttal expert report appendix for consistency. |
| 28 | 10/26/2013 | Tracy, Alexander | 1.6 | Continue to consolidate certain balances from historical trial balances from a five year period. |
| 28 | 10/26/2013 | Tracy, Alexander | 0.5 | Update trial balance summary with additional subtotals. |
| 28 | 10/26/2013 | Tracy, Alexander | 0.8 | Perform quality check of consolidated Residential Capital trial balances. |
| 28 | 10/26/2013 | Tracy, Alexander | 0.4 | Update trial balance consolidation for GMAC Residential Holding. |
| 28 | 10/26/2013 | Tracy, Alexander | 0.7 | Perform quality check of consolidated GMAC Residential Holding trial balances. |
| 28 | 10/26/2013 | Witherell, Brett | 1.0 | Participate on a conference call with W. Nolan (FTI) and T. Meerovich (FTI) regarding intercompany rebuttal report. |
| 28 | 10/26/2013 | Witherell, Brett | 1.3 | Analyze trial balances for intercompany movements across legal entities. |
| 28 | 10/26/2013 | Witherell, Brett | 2.1 | Update commentary for intercompany expert report rebuttal. |
| 28 | 10/26/2013 | Witherell, Brett | 2.7 | Update tables and charts for intercompany expert report rebuttal. |
| 28 | 10/26/2013 | Witherell, Brett | 1.6 | Continue updating tables and charts for intercompany expert report rebuttal. |
| 28 | 10/27/2013 | Brown, Michael | 0.2 | Discuss analysis of debt forgiveness by legal entity and by group with T. Meerovich (FTI). |
| 28 | 10/27/2013 | Brown, Michael | 1.8 | Begin analyzing intercompany loan forgiveness history of legal entities in the ResCap organizational chart. |
| 28 | 10/27/2013 | Gutzeit, Gina | 0.5 | Review edits to draft rebuttal report to provide update to MoFo. |
| 28 | 10/27/2013 | Lynch, Phillip | 0.6 | Participate in internal call with T. Meerovich (FTI), and B. Witherell (FTI) on analyses for the intercompany expert report rebuttal. |
| 28 | 10/27/2013 | Lynch, Phillip | 0.4 | Review expert report data and identify information gaps. |
| 28 | 10/27/2013 | Lynch, Phillip | 0.5 | Create intercompany summary report for expert report. |
| 28 | 10/27/2013 | Lynch, Phillip | 2.5 | Create trial balance summary report for top 5 intercompany relationships. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/27/2013 | Lynch, Phillip | 1.9 | Create trial balance summary report for top 6-9 intercompany relationships. |
| 28 | 10/27/2013 | Lynch, Phillip | 0.6 | Review trial balance summary information for expert report for accuracy. |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.6 | Participate in internal call with P. Lynch (FTI), and B. Witherell (FTI) on analyses for the intercompany expert report rebuttal. |
| 28 | 10/27/2013 | Meerovich, Tatyana | 1.3 | Participate in call with T. Hamzehpour (Debtors), W. Nolan (FTI), and B. Witherell (FTI) to discuss background information related to the Debtors' operations. |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.2 | Discuss analysis of debt forgiveness by legal entity and by group with M. Brown (FTI). |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.3 | Discuss open items and next steps regarding preparation of rebuttal report on intercompany with B. Witherell (FTI). |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.5 | Discuss key takeaways and logistics regarding additional work on the rebuttal report on intercompany with B. Witherell (FTI) and W. Nolan (FTI). |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.5 | Review draft summary of debt forgiveness by legal entity and by group prepare by M. Brown (FTI). |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.7 | Review draft analysis of historical financial performance prepared by P. Lynch (FTI) and provide comments thereto. |
| 28 | 10/27/2013 | Meerovich, Tatyana | 0.8 | Review revised draft of the analysis of historical financial performance prepared by P. Lynch (FTI). |
| 28 | 10/27/2013 | Meerovich, Tatyana | 2.3 | Review and make revisions to the draft rebuttal report on intercompany. |
| 28 | 10/27/2013 | Nolan, William J. | 1.3 | Participate on a conference call with T. Hamzehpour (Debtors), T. Meerovich (FTI) and B. Witherell (FTI) to discuss background information related to the Debtors' operations. |
| 28 | 10/27/2013 | Nolan, William J. | 0.5 | Discuss key takeaways and logistics regarding additional work on the rebuttal report on intercompany with B. Witherell (FTI) and T. Meerovich (FTI). |
| 28 | 10/27/2013 | Renzi, Mark A | 1.9 | Review waterfall model used for the my expert report regarding the impact of intercompany balances and provide a list of questions to be researched. |
| 28 | 10/27/2013 | Witherell, Brett | 0.6 | Participate in internal call with T. Meerovich (FTI), and P. Lynch (FTI) on analyses for the intercompany expert report rebuttal. |
| 28 | 10/27/2013 | Witherell, Brett | 1.3 | Participate on a conference call with T. Hamzehpour (Debtors), W. Nolan (FTI) and T. Meerovich (FTI) to discuss background information related to the Debtors' operations. |
| 28 | 10/27/2013 | Witherell, Brett | 0.3 | Discuss open items and next steps regarding preparation of rebuttal report on intercompany with T. Meerovich (FTI). |
| 28 | 10/27/2013 | Witherell, Brett | 0.5 | Discuss key takeaways and logistics regarding additional work on the rebuttal report on intercompany with T. Meerovich (FTI) and W. Nolan (FTI). |
| 28 | 10/27/2013 | Witherell, Brett | 1.7 | Analyze draft expert rebuttal from A. Milazzo (FTI) on intercompany accounting. |
| 28 | 10/27/2013 | Witherell, Brett | 1.6 | Update intercompany rebuttal report with comments from call with T. Hamzehpour (Debtors). |
| 28 | 10/28/2013 | Brown, Michael | 0.3 | Participate on call with A. Tracy (FTI) to discuss debt forgiveness analysis and strategize on how to expand analysis to all entities. |
| 28 | 10/28/2013 | Brown, Michael | 1.2 | Analyzing intercompany loan forgiveness history of legal entities in the ResCap organizational chart. |
| 28 | 10/28/2013 | Brown, Michael | 1.9 | Continue analyzing intercompany loan forgiveness history of legal entities in the ResCap organizational chart. |
| 28 | 10/28/2013 | Brown, Michael | 0.6 | Quality check of all loan forgiveness data and summary tables. |
| 28 | 10/28/2013 | Gutzeit, Gina | 0.8 | Participate in call with B. Westman (Debtors), W. Nolan (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo) on draft rebuttal report. |
| 28 | 10/28/2013 | Gutzeit, Gina | 1.3 | Review and provide revisions to the draft rebuttal report. |
| 28 | 10/28/2013 | Gutzeit, Gina | 1.1 | Review MoFo' s comments and proposed edits to draft expert report. |
| 28 | 10/28/2013 | Gutzeit, Gina | 0.6 | Review additional research and incorporate into the draft rebuttal report. |
| 28 | 10/28/2013 | Gutzeit, Gina | 0.7 | Prepare my resume for inclusion in expert report. |
| 28 | 10/28/2013 | Heller, Alana | 3.3 | Research business affiliations, executive roles and SEC filings relating to Michael Fazio. |
| 28 | 10/28/2013 | Heller, Alana | 3.1 | Continue to research business affiliations, executive roles and SEC filings relating to Michael Fazio. |
| 28 | 10/28/2013 | Lynch, Phillip | 1.6 | Add affiliated borrowings to trial balance summary report for top 5 intercompany relationships. |
| 28 | 10/28/2013 | Lynch, Phillip | 1.0 | Add affiliated borrowings to trial balance summary report for top 6-9 intercompany relationships. |
| 28 | 10/28/2013 | Lynch, Phillip | 0.4 | Quality check trial balance summary report for use in expert report. |
| 28 | 10/28/2013 | Lynch, Phillip | 1.3 | Analyze summary trial balance summary report for expert report. |
| 28 | 10/28/2013 | Meerovich, Tatyana | 2.3 | Review and make revisions to the draft rebuttal report on intercompany. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/28/2013 | Meerovich, Tatyana | 1.6 | Continue to review and make revisions to the draft rebuttal report on intercompany. |
| 28 | 10/28/2013 | Meerovich, Tatyana | 0.2 | Participate in internal call with W. Nolan (FTI) and B. Witherell (FTI) regarding intercompany rebuttal report. |
| 28 | 10/28/2013 | Milazzo, Anthony | 1.0 | Coordination with asset research group related to expert report background checks. |
| 28 | 10/28/2013 | Milazzo, Anthony | 2.0 | Review comments and edits from counsel to draft expert report. |
| 28 | 10/28/2013 | Milazzo, Anthony | 2.3 | Revise draft expert report. |
| 28 | 10/28/2013 | Milazzo, Anthony | 1.3 | Coordinate progress of draft expert report with team. |
| 28 | 10/28/2013 | Nolan, William J. | 0.2 | Lead an internal call with B. Witherell (FTI) and T. Meerovich (FTI) regarding intercompany rebuttal report. |
| 28 | 10/28/2013 | Nolan, William J. | 0.8 | Participate in call with B. Westman (Debtors), G. Gutzeit (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo) on draft rebuttal report. |
| 28 | 10/28/2013 | Nolan, William J. | 0.8 | Participate in call with B. Westman (Debtors), B. Witherell (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo) on intercompany transactions. |
| 28 | 10/28/2013 | Nolan, William J. | 0.6 | Participate in follow up call on intercompany transactions with B. Westman (Debtors), B. Witherell (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo). |
| 28 | 10/28/2013 | Nolan, William J. | 0.5 | Call with K. Eckstein (KL) to discuss the rebuttal report content and timing. |
| 28 | 10/28/2013 | Nolan, William J. | 0.7 | Call with C. Kerr (MoFo) to discuss the rebuttal report content and timing. |
| 28 | 10/28/2013 | Nolan, William J. | 1.2 | Participate in call with G. Lee (MoFo). L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), C. Kerr (MoFo), S. Zide (KL), P. Kaufman (KL), and K. Eckstein (KL) re: results of hypothetical waterfall scenarios to be used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/28/2013 | Park, Ji Yon | 0.8 | Validated updated waterfall model and results to be used for Renzi testimony. |
| 28 | 10/28/2013 | Renzi, Mark A | 1.1 | Prepare for call with MoFo and Kramer regarding intercompany  expert report. |
| 28 | 10/28/2013 | Renzi, Mark A | 1.2 | Participate in call with G. Lee (MoFo). L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), C. Kerr (MoFo), S. Zide (KL), P. Kaufman (KL), K. Eckstein (KL) re: results of hypothetical waterfall scenarios to be used in my rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/28/2013 | Renzi, Mark A | 0.9 | Participate in discussion with J. Marines (MoFo) re: changes to the my expert report. |
| 28 | 10/28/2013 | Renzi, Mark A | 1.8 | Assess range of changes to intercompany balance and effect on JSN collateral based on discussions with MoFo. |
| 28 | 10/28/2013 | Renzi, Mark A | 0.9 | Review updated analyses for my expert report based on results of calls with MoFo. |
| 28 | 10/28/2013 | Szymik, Filip | 2.5 | Perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/28/2013 | Szymik, Filip | 1.9 | Continue to perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/28/2013 | Szymik, Filip | 1.2 | Participate in call with G. Lee (MoFo). L. Marinuzzi (MoFo), J. Marines (MoFo), D. Harris (MoFo), C. Kerr (MoFo), S. Zide (KL), P. Kaufman (KL), and K. Eckstein (KL) re: results of hypothetical waterfall scenarios to be used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/28/2013 | Szymik, Filip | 2.3 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer and MoFo. |
| 28 | 10/28/2013 | Szymik, Filip | 2.0 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer and MoFo. |
| 28 | 10/28/2013 | Szymik, Filip | 1.0 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by MoFo and Kramer. |
| 28 | 10/28/2013 | Szymik, Filip | 0.8 | Participate in call with S. Tandberg (Alix) re: synchronization of the waterfall models for JSN litigation purposes. |
| 28 | 10/28/2013 | Tracy, Alexander | 0.3 | Participate on call with M. Brown (FTI) to discuss debt forgiveness analysis and strategize on how to expand analysis to all entities. |
| 28 | 10/28/2013 | Tracy, Alexander | 0.8 | Analyze debt forgiveness schedules to derive best method of deriving debt between families. |
| 28 | 10/28/2013 | Tracy, Alexander | 1.1 | Compile list of sources used for intercompany rebuttal report. |
| 28 | 10/28/2013 | Tracy, Alexander | 1.9 | Analyze support information in relation to certain intercompany relationships to determine debt forgiveness. |
| 28 | 10/28/2013 | Tracy, Alexander | 1.6 | Build graphs and support information for certain intercompany relationships to show debt forgiveness. |
| 28 | 10/28/2013 | Witherell, Brett | 0.2 | Participate in internal call with W. Nolan (FTI) and T. Meerovich (FTI) regarding intercompany rebuttal report. |
| 28 | 10/28/2013 | Witherell, Brett | 1.5 | Analyze consolidated and consolidating balance sheets for intercompany borrowings. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/28/2013 | Witherell, Brett | 2.3 | Draft sections of intercompany report for intercompany relationships 1-5. |
| 28 | 10/28/2013 | Witherell, Brett | 1.7 | Continue to draft sections of intercompany report for intercompany relationships 1-5. |
| 28 | 10/28/2013 | Witherell, Brett | 1.8 | Draft sections of intercompany report for intercompany relationships 6-9. |
| 28 | 10/28/2013 | Witherell, Brett | 0.8 | Participate in call with B. Westman (Debtors), W. Nolan (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo) on intercompany transactions. |
| 28 | 10/28/2013 | Witherell, Brett | 0.6 | Participate in follow up call on intercompany transactions with B. Westman (Debtors), W. Nolan (FTI), L. Marinuzzi (MoFo), and J. Marines (MoFo). |
| 28 | 10/28/2013 | Witherell, Brett | 1.2 | Draft sections of intercompany report. |
| 28 | 10/29/2013 | Gutzeit, Gina | 2.2 | Read, provide comments and revisions to draft expert report. |
| 28 | 10/29/2013 | Gutzeit, Gina | 0.6 | Review status of open items related to rebuttal report and support data. |
| 28 | 10/29/2013 | Gutzeit, Gina | 0.4 | Discuss with MoFo regarding draft expert report. |
| 28 | 10/29/2013 | Heller, Alana | 3.5 | Research business affiliations, executive roles and SEC filings relating to Robert Bingham |
| 28 | 10/29/2013 | Heller, Alana | 3.2 | Continue to research business affiliations, executive roles and SEC filings relating to Robert Bingham. |
| 28 | 10/29/2013 | Lynch, Phillip | 0.4 | Update draft Intercompany Rebuttal Report. |
| 28 | 10/29/2013 | McDonald, Brian | 0.5 | Review and provide comments to the expert report of M. Renzi. |
| 28 | 10/29/2013 | McDonald, Brian | 0.8 | Perform quality control checks to intercompany forgiveness schedules included in expert report of M. Renzi. |
| 28 | 10/29/2013 | McDonald, Brian | 0.6 | Read draft expert of M. Renzi in order to vet assumptions and provide comments. |
| 28 | 10/29/2013 | McDonald, Brian | 0.8 | Continue to perform quality control checks to supporting schedules included in expert report of M. Renzi. |
| 28 | 10/29/2013 | Meerovich, Tatyana | 0.5 | Discuss status and open items related to rebuttal report on intercompany with W. Nolan (FTI). |
| 28 | 10/29/2013 | Meerovich, Tatyana | 0.7 | Coordinate gathering of work-papers for rebuttal report on intercompany. |
| 28 | 10/29/2013 | Meerovich, Tatyana | 1.4 | Review revised draft of rebuttal report on intercompany. |
| 28 | 10/29/2013 | Milazzo, Anthony | 3.5 | Incorporate revisions and edits to draft expert report. |
| 28 | 10/29/2013 | Milazzo, Anthony | 1.3 | Analyze draft expert report. |
| 28 | 10/29/2013 | Milazzo, Anthony | 1.3 | Prepare support materials for draft expert report. |
| 28 | 10/29/2013 | Nolan, William J. | 0.5 | Discuss status and open items related to rebuttal report on intercompany with T. Meerovich (FTI). |
| 28 | 10/29/2013 | Nolan, William J. | 3.6 | Review and revised the draft rebuttal report. |
| 28 | 10/29/2013 | Renzi, Mark A | 0.4 | Review updated intercompany forgiveness schedules to be used in my expert report. |
| 28 | 10/29/2013 | Renzi, Mark A | 0.6 | Review revised draft of my expert testimony. |
| 28 | 10/29/2013 | Renzi, Mark A | 2.1 | Review intercompany model to ensure integrity and accuracy of my expert report. |
| 28 | 10/29/2013 | Rodriguez, Yolanda | 3.2 | Continue to create footnote support binder for the expert report. |
| 28 | 10/29/2013 | Rodriguez, Yolanda | 3.3 | Create footnote support binder for the expert report. |
| 28 | 10/29/2013 | Szymik, Filip | 1.8 | Perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/29/2013 | Szymik, Filip | 1.5 | Continue to perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/29/2013 | Szymik, Filip | 1.6 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer and MoFo. |
| 28 | 10/29/2013 | Szymik, Filip | 1.4 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/29/2013 | Szymik, Filip | 0.6 | Update waterfall model to reflect additional hypothetical scenarios requested by MoFo and Kramer. |
| 28 | 10/29/2013 | Szymik, Filip | 1.2 | Continue to update the waterfall model to reflect additional hypothetical scenarios requested by MoFo and Kramer. |
| 28 | 10/29/2013 | Talarico, Michael J | 0.2 | Correspond with MoFo regarding the methodology and information on estimating borrower claims for the liquidation analysis for JSN litigation purposes. |
| 28 | 10/29/2013 | Tracy, Alexander | 0.8 | Identify all references that require source detail within Bingham intercompany rebuttal report. |
| 28 | 10/29/2013 | Tracy, Alexander | 0.9 | Locate source documents for Bingham intercompany rebuttal report. |
| 28 | 10/29/2013 | Tracy, Alexander | 1.4 | Tie sources to Bingham intercompany rebuttal report while noting those that require further verification. |
| 28 | 10/29/2013 | Tracy, Alexander | 0.2 | Verify all references to sources have been marked within Bingham intercompany rebuttal report. |
| 28 | 10/29/2013 | Tracy, Alexander | 0.9 | Create draft exhibit of all referenced sources for Bingham rebuttal report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/29/2013 | Witherell, Brett | 1.4 | Edit intercompany rebuttal report working papers. |
| 28 | 10/29/2013 | Witherell, Brett | 2.6 | Continue to edit intercompany rebuttal report working papers. |
| 28 | 10/29/2013 | Witherell, Brett | 3.9 | Convert intercompany rebuttal report working papers into draft version of rebuttal report. |
| 28 | 10/29/2013 | Witherell, Brett | 2.8 | Draft top 5 intercompany relationships within working papers into rebuttal report. |
| 28 | 10/29/2013 | Witherell, Brett | 1.6 | Draft remaining 4 intercompany relationships within working papers into rebuttal report. |
| 28 | 10/30/2013 | Brown, Michael | 0.4 | Prepare ResCap organizational charts for supporting report binder. |
| 28 | 10/30/2013 | Brown, Michael | 0.4 | Prepare subsidiary relationship tables for supporting report binder. |
| 28 | 10/30/2013 | Brown, Michael | 0.7 | Gather loan agreements referenced in report and consolidated for supporting report binder. |
| 28 | 10/30/2013 | Brown, Michael | 0.5 | Coordinate preparation of supporting documentation on call with A. Tracy (FTI), B. Witherell (FTI), and P. Lynch (FTI). |
| 28 | 10/30/2013 | Gutzeit, Gina | 2.5 | Participate in meeting with P. Kauffman (KL), S. Zide (KL), L. Marinuzzi (MoFo), D. Harris (MoFo), J. Marines (MoFo), B. Witherell (FTI), T. Meerovich (FTI), A. Milazzo (FTI), and W. Nolan (FTI) on intercompany rebuttal report. |
| 28 | 10/30/2013 | Gutzeit, Gina | 1.3 | Review and incorporate additional edits to Bingham rebuttal report. |
| 28 | 10/30/2013 | Heller, Alana | 1.5 | Identify basic background information relating to Gina Gutzeit. |
| 28 | 10/30/2013 | Imburgia, Basil | 1.6 | Analyze draft expert report and supporting materials. |
| 28 | 10/30/2013 | Lynch, Phillip | 0.5 | Coordinate preparation of supporting documentation on call with A. Tracy (FTI), B. Witherell (FTI), and M. Brown (FTI). |
| 28 | 10/30/2013 | Lynch, Phillip | 3.5 | Prepare appendix of supporting documentation for expert report. |
| 28 | 10/30/2013 | McDonald, Brian | 0.2 | Participate on call with M. Landy (Alix), T. Toaso (Alix), and A. Holtz (Alix) regarding the treatment of interest on intercompany balances. |
| 28 | 10/30/2013 | McDonald, Brian | 0.1 | Participate in call with B. Westman (Debtors) to discuss treatment of interest on intercompany balances. |
| 28 | 10/30/2013 | McDonald, Brian | 0.5 | Reconcile schedules related to interest accruals and payments on intercompany balances are raised by M. Landy (Alix). |
| 28 | 10/30/2013 | McDonald, Brian | 0.7 | Research documentation related to intercompany interest payments in response to questions from M. Landy (Alix). |
| 28 | 10/30/2013 | McDonald, Brian | 1.6 | Perform quality control checks and prepare reconciliation schedules related to waterfall model as used in expert report of M. Renzi. |
| 28 | 10/30/2013 | McDonald, Brian | 0.3 | Prepare list of questions and follow-up items related to schedules and assumptions included in expert report of M. Renzi. |
| 28 | 10/30/2013 | McDonald, Brian | 0.4 | Review list of required supporting schedules included in expert report of G. Gutzeit in order to provide missing documents and assist in compilation of support documents. |
| 28 | 10/30/2013 | McDonald, Brian | 0.4 | Prepare reconciliation of total recoveries included in various waterfall scenarios as part of quality control process. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 2.5 | Participate in a meeting with S. Zide (KL), P. Kaufman (KL), J. Marines (MoFo), L. Marinuzzi (MoFo), G. Lee (MoFo), D. Harris (MoFo), B. Witherell (FTI), W. Nolan (FTI), G. Gutzeit (FTI), and A. Milazzo (FTI) to review draft of the Bingham rebuttal report. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 2.4 | Revise draft of the top 9 intercompanies for the Bingham rebuttal report based on comments from the meeting with MoFo, KL and FTI. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 1.3 | Review and incorporate comments from S. Zide (KL) on top 9 intercompanies for the Bingham rebuttal report. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 1.7 | Review supporting documentation for draft Bingham rebuttal report and incorporate in the report. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 1.4 | Review and incorporate additional edits from G. Gutzeit (FTI) to Bingham rebuttal report. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 2.1 | Review and revise draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/30/2013 | Meerovich, Tatyana | 1.2 | Review and provide comments to the overview section of the Bingham rebuttal report. |
| 28 | 10/30/2013 | Milazzo, Anthony | 0.5 | Additional coordination of asset research team's background checks of experts. |
| 28 | 10/30/2013 | Milazzo, Anthony | 2.5 | Participate in a meeting with S. Zide (KL), P. Kaufman (KL), J. Marines (MoFo), L. Marinuzzi (MoFo), G. Lee (MoFo), D. Harris (MoFo), B. Witherell (FTI), W. Nolan (FTI), G. Gutzeit (FTI), and T. Meerovich (FTI) to review draft of the Bingham rebuttal report. |
| 28 | 10/30/2013 | Milazzo, Anthony | 3.0 | Incorporate revisions based upon comments to draft expert report. |
| 28 | 10/30/2013 | Milazzo, Anthony | 1.8 | Review support documentation for the expert report. |
| 28 | 10/30/2013 | Milazzo, Anthony | 2.6 | Provide counsel with revised draft of expert report and draft exhibits. |
| 28 | 10/30/2013 | Nolan, William J. | 2.5 | Participate in a meeting with S. Zide (KL), P. Kaufman (KL), J. Marines (MoFo), L. Marinuzzi (MoFo), G. Lee (MoFo), D. Harris (MoFo), B. Witherell (FTI), T. Meerovich (FTI), G. Gutzeit (FTI) and A. Milazzo (FTI) to review draft of the Bingham rebuttal report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/30/2013 | Nolan, William J. | 2.9 | Continue reviewing supporting documentation for draft Bingham rebuttal report. |
| 28 | 10/30/2013 | Nolan, William J. | 2.3 | Review and provide comments to the overview section of the Bingham rebuttal report. |
| 28 | 10/30/2013 | Nolan, William J. | 2.8 | Review and revise draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/30/2013 | Renzi, Mark A | 0.8 | Prepare update regarding key items and status of litigation. |
| 28 | 10/30/2013 | Renzi, Mark A | 1.4 | Review model of combined adjustments to intercompany notes and effects on JSN collateral. |
| 28 | 10/30/2013 | Renzi, Mark A | 0.9 | Participate on call with D. Harris (MoFo) and S. Zide (KL) regarding updates to my expert report. |
| 28 | 10/30/2013 | Rodriguez, Yolanda | 3.5 | Revise footnote support binder based on changes made to expert report. |
| 28 | 10/30/2013 | Szymik, Filip | 1.2 | Prepare schedule of claim amounts and allocation in the liquidation analysis as part of the JSN production. |
| 28 | 10/30/2013 | Szymik, Filip | 1.4 | Review solicitation version of the disclosure statement. |
| 28 | 10/30/2013 | Szymik, Filip | 1.3 | Review M. Fazio's expert report regarding the impact of intercompany balances. |
| 28 | 10/30/2013 | Szymik, Filip | 2.3 | Perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/30/2013 | Szymik, Filip | 1.8 | Continue to perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/30/2013 | Szymik, Filip | 1.5 | Perform quality check on M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/30/2013 | Szymik, Filip | 1.2 | Continue to perform quality check on M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/30/2013 | Szymik, Filip | 1.0 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer. |
| 28 | 10/30/2013 | Talarico, Michael J | 1.1 | Prepare summary of support for the low scenario estimate of general unsecured claims. |
| 28 | 10/30/2013 | Talarico, Michael J | 0.4 | Prepare summary of the support for the high scenario estimate of general unsecured claims. |
| 28 | 10/30/2013 | Talarico, Michael J | 0.8 | Analyze Debtors' liquidation analysis to summarize the assumptions used in the high/low general unsecured claims estimate in response to discovery request from the JSN. |
| 28 | 10/30/2013 | Talarico, Michael J | 0.4 | Participate in call with N. Rosenbaum (MoFo) and A. Lawrence (MoFo) to discuss discovery request regarding the components of the general unsecured claims in the disclosure statement. |
| 28 | 10/30/2013 | Tracy, Alexander | 0.5 | Coordinate preparation of supporting documentation on call with P. Lynch (FTI), B. Witherell (FTI) and M. Brown (FTI). |
| 28 | 10/30/2013 | Tracy, Alexander | 1.6 | Prepare and consolidate source information for intercompany rebuttal report. |
| 28 | 10/30/2013 | Tracy, Alexander | 1.7 | Continue to prepare and consolidate source information for intercompany rebuttal report. |
| 28 | 10/30/2013 | Tracy, Alexander | 1.3 | Update trial balances to incorporate additional information related to the legal entity. |
| 28 | 10/30/2013 | Tracy, Alexander | 0.4 | Continue to prepare summary schedules of trial balances. |
| 28 | 10/30/2013 | Tracy, Alexander | 1.1 | Analyze summary schedule trial balances. |
| 28 | 10/30/2013 | Tracy, Alexander | 0.5 | Prepare quality check of intercompany relationship organizational charts. |
| 28 | 10/30/2013 | Tracy, Alexander | 0.7 | Revise intercompany relationship organizational charts. |
| 28 | 10/30/2013 | Tracy, Alexander | 1.4 | Analyze intercompany balance schedule. |
| 28 | 10/30/2013 | Tracy, Alexander | 1.2 | Create line graphs of intercompany monthly balances. |
| 28 | 10/30/2013 | Tracy, Alexander | 0.5 | Discuss various intercompany schedules with B. Westman (Debtors) via call. |
| 28 | 10/30/2013 | Tracy, Alexander | 2.3 | Continue to prepare source material for intercompany analysis. |
| 28 | 10/30/2013 | Witherell, Brett | 2.5 | Participate in meeting with P. Kauffman (KL), S. Zide (KL), L. Marinuzzi (MoFo), D. Harris (MoFo), J. Marines (MoFo), G. Gutzeit (FTI), T. Meerovich (FTI), A. Milazzo (FTI), and W. Nolan (FTI) on intercompany rebuttal report. |
| 28 | 10/30/2013 | Witherell, Brett | 3.4 | Incorporate edits to Intercompany rebuttal report. |
| 28 | 10/30/2013 | Witherell, Brett | 2.1 | Participate in discussions with L. Marinuzzi, (MoFo ), J. Marines (MoFo), and D. Harris (MoFo) regarding intercompany rebuttal report. |
| 28 | 10/30/2013 | Witherell, Brett | 3.5 | Incorporate edits from MoFo into the intercompany rebuttal report. |
| 28 | 10/30/2013 | Witherell, Brett | 1.8 | Incorporate edits from Kramer Levin into the intercompany rebuttal report. |
| 28 | 10/30/2013 | Witherell, Brett | 0.5 | Coordinate preparation of supporting documentation on call with A. Tracy (FTI), P. Lynch (FTI) and M. Brown (FTI). |
| 28 | 10/31/2013 | Gutzeit, Gina | 0.6 | Participate on a conference call with T. Meerovich (FTI), W. Nolan (FTI), and A. Milazzo (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/31/2013 | Gutzeit, Gina | 0.9 | Participate in conference calls with MoFo and FTI team to discuss updates to draft expert report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/31/2013 | Gutzeit, Gina | 0.8 | Review listing of documents considered for Bingham rebuttal report. |
| 28 | 10/31/2013 | Gutzeit, Gina | 2.2 | Review and provide comments on updated draft rebuttal report and consider comments provided by counsel. |
| 28 | 10/31/2013 | Gutzeit, Gina | 0.9 | Review revise draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/31/2013 | Gutzeit, Gina | 1.1 | Review and provide comments to the overview section of the draft expert rebuttal report. |
| 28 | 10/31/2013 | Gutzeit, Gina | 0.4 | Review updated CV for rebuttal report. |
| 28 | 10/31/2013 | Heller, Alana | 1.3 | Research Daubert tracker database and other expert witness databases to find information about Gina Gutzeit 's past expert roles and expert witness challenges. |
| 28 | 10/31/2013 | Heller, Alana | 1.8 | Research federal court dockets and other online resources to identify full-text expert testimony and affidavits submitted by Gina Gutzeit. |
| 28 | 10/31/2013 | Heller, Alana | 2.7 | Continue to research federal court dockets and other online resources to identify full-text expert testimony and affidavits submitted by Gina Gutzeit. |
| 28 | 10/31/2013 | Heller, Alana | 1.6 | Verify education and credentials reported in biographies in expert reports submitted by Gina Gutzeit. |
| 28 | 10/31/2013 | Kerr, Andrew | 3.0 | Prepare support materials for ResCap expert report, including developing binders of documents considered. |
| 28 | 10/31/2013 | Kerr, Andrew | 3.5 | Prepare support materials for ResCap expert report, including organizing tracking files of support materials. |
| 28 | 10/31/2013 | Kerr, Andrew | 1.5 | Develop expert report support materials, including collaborating with colleagues to organize binders categorically. |
| 28 | 10/31/2013 | Kerr, Andrew | 1.6 | Quality control review support binders and organize documents for consistency with expert report. |
| 28 | 10/31/2013 | McDonald, Brian | 0.1 | Participate on call with M. Landy (Alix) regarding intercompany interest questions. |
| 28 | 10/31/2013 | McDonald, Brian | 1.5 | Review and comment re: expert testimony of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.7 | Perform quality control review of fraudulent conveyance scenario included in expert report of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.5 | Perform further quality control review of debt forgiveness scenario included in expert report of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.5 | Read and provide further comments to expert testimony of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.4 | Verify schedule of GUC claim allocations in Chapter 7 liquidation scenarios for M. Renzi expert report. |
| 28 | 10/31/2013 | McDonald, Brian | 0.6 | Perform quality control review of subordination scenario included in expert report of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.7 | Verify schedules of debt forgiveness included in expert report of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 0.9 | Confirm assumptions included in different scenarios of expert report of M. Renzi. |
| 28 | 10/31/2013 | McDonald, Brian | 1.3 | Continue to perform quality control checks to waterfall model supporting expert report of M. Renzi. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.6 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI), and A. Milazzo (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.4 | Discuss status of the Bingham rebuttal report and next steps with J. Marines (MoFo) and D. Harris (MoFo). |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.2 | Review supporting documentation and tick and tie numbers in Bingham rebuttal report. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.5 | Participate on a conference call with B. Westman (Debtors) and W. Nolan (FTI) regarding background on intercompany transactions. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.2 | Review and revise draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.3 | Review and provide comments to the overview section of the Bingham rebuttal report. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.7 | Work on preparation of listing of documents considered for Bingham rebuttal report including identification of applicable bates numbers. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 2.2 | Work on organization of documents considered for Bingham rebuttal report for cross reference and tie out to the Bingham rebuttal report. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.4 | Review regulatory requirements for net worth calculation. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.6 | Review edits to Bingham rebuttal report from S. Zide (KL). |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.4 | Review sections of B. Westman (Debtors) deposition transcript and exhibits. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.3 | Review sections of C. Dondzila (Debtors) deposition transcript and exhibits. |
| 28 | 10/31/2013 | Meerovich, Tatyana | 1.6 | Review and revise updated draft description of the top 9 intercompany balances for Bingham rebuttal report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/31/2013 | Meerovich, Tatyana | 0.9 | Participate in discussions with J. Marines (MoFo), L. Marinuzzi (MoFo), W. Nolan (FTI), and G. Gutzeit (FTI) to discuss updates and exhibits to draft expert report. |
| 28 | 10/31/2013 | Milazzo, Anthony | 0.6 | Participate on a conference call with G. Gutzeit (FTI), W. Nolan (FTI) and T. Meerovich (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/31/2013 | Milazzo, Anthony | 1.5 | Review and provide comments to version of draft expert report. |
| 28 | 10/31/2013 | Milazzo, Anthony | 3.6 | Draft expert report and exhibits including documents considered. |
| 28 | 10/31/2013 | Milazzo, Anthony | 1.8 | Continue to draft expert report and exhibits including documents considered. |
| 28 | 10/31/2013 | Nolan, William J. | 0.6 | Participate on a conference call with G. Gutzeit (FTI), A. Milazzo (FTI) and T. Meerovich (FTI) regarding rebuttal report on intercompany. |
| 28 | 10/31/2013 | Nolan, William J. | 0.5 | Participate on a conference call with B. Westman (Debtors) and T. Meerovich (FTI) regarding background on intercompany transactions. |
| 28 | 10/31/2013 | Nolan, William J. | 2.1 | Review supporting documentation for intercompany expert report. |
| 28 | 10/31/2013 | Nolan, William J. | 1.2 | Review and revise draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/31/2013 | Nolan, William J. | 2.9 | Review sections of B. Westman (Debtors) deposition transcript and exhibits. |
| 28 | 10/31/2013 | Nolan, William J. | 2.7 | Review sections of C. Dondzila (Debtors) deposition transcript and exhibits. |
| 28 | 10/31/2013 | Nolan, William J. | 0.7 | Review and revise updated draft description of the top 9 intercompany balances for Bingham rebuttal report. |
| 28 | 10/31/2013 | Nolan, William J. | 0.9 | Participate in discussions with J. Marines (MoFo), L. Marinuzzi (MOFO), T. Meerovich (FTI) and G. Gutzeit (FTI) to discuss updates and exhibits to draft expert report. |
| 28 | 10/31/2013 | Renzi, Mark A | 1.7 | Review waterfall model used in my rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Renzi, Mark A | 0.7 | Participate in call with J. Marines (MoFo) to discuss status of my expert report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Renzi, Mark A | 2.9 | Continue to review intercompany model to ensure integrity and accuracy for my expert report. |
| 28 | 10/31/2013 | Szymik, Filip | 0.4 | Participate in call with A. Lawrence (MoFo) re: JSN discovery requests. |
| 28 | 10/31/2013 | Szymik, Filip | 2.8 | Review of the waterfall model used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Szymik, Filip | 1.7 | Continue to review waterfall model used in M. Renzi's rebuttal report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Szymik, Filip | 2.2 | Perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Szymik, Filip | 2.3 | Continue to perform quality check on the waterfall model used for M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Szymik, Filip | 0.7 | Participate in call with J. Marines (MoFo) re: M. Renzi's expert report regarding the impact of intercompany balances. |
| 28 | 10/31/2013 | Szymik, Filip | 1.7 | Update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer and MoFo. |
| 28 | 10/31/2013 | Szymik, Filip | 1.2 | Continue to update M. Renzi's rebuttal report regarding the impact of intercompany balances based on comments provided by Kramer and MoFo. |
| 28 | 10/31/2013 | Talarico, Michael J | 0.2 | Review information responsive to the discovery request regarding unsecured claims in the disclosure statement. |
| 28 | 10/31/2013 | Talarico, Michael J | 0.3 | Participate in call with A. Lawrence (MoFo) to discuss response to the discovery request on unsecured claims. |
| 28 | 10/31/2013 | Tracy, Alexander | 1.7 | Organize all source documentation by intercompany relationship. |
| 28 | 10/31/2013 | Tracy, Alexander | 1.5 | Source open items within initial section of draft intercompany report. |
| 28 | 10/31/2013 | Tracy, Alexander | 0.7 | Participate in meeting with C. Kerr (MoFo), L. Marinuzzi (MoFo), J. Marines (MoFo), and D. Harris (MoFo) to discuss edits to intercompany report (partial). |
| 28 | 10/31/2013 | Tracy, Alexander | 2.2 | Create document tracker of all intercompany support information. |
| 28 | 10/31/2013 | Tracy, Alexander | 1.2 | Prepare additional source material for intercompany analysis. |
| 28 | 10/31/2013 | Tracy, Alexander | 0.8 | Continue to organize intercompany source material. |
| 28 | 10/31/2013 | Tracy, Alexander | 1.1 | Record notes with B. Westman (Debtors) on call regarding intercompany balances. |
| 28 | 10/31/2013 | Tracy, Alexander | 2.8 | Analyze current draft of intercompany report to identify additional sources. |
| 28 | 10/31/2013 | Tracy, Alexander | 0.4 | Review sections of B. Westman (Debtors) reports to find source information. |
| 28 | 10/31/2013 | Tracy, Alexander | 0.9 | Edit debt forgiveness documents to show calculations and sources. |
| 28 | 10/31/2013 | Tracy, Alexander | 1.3 | Prepare tie binder for intercompany report. |
| 28 | 10/31/2013 | Witherell, Brett | 3.6 | Edit opening paragraphs of intercompany rebuttal report. |

**EXHIBIT G**
**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/31/2013 | Witherell, Brett | 3.5 | Edit sections containing top nine balances for intercompany rebuttal report. |
| 28 | 10/31/2013 | Witherell, Brett | 3.7 | Rework consistency of paragraphs in the intercompany rebuttal report. |
| 28 | 10/31/2013 | Witherell, Brett | 2.7 | Incorporate edits to intercompany rebuttal report. |
| **28 Total** | | | **1,641.3** | |
| **Grand Total** | | | **2,575.0** | |