**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | |
| Debtors. | Jointly Administered |

## ORDER REQUIRING PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING

On September 20, 2013, the Debtors filed the *Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims — Books and Records)* (the "Objection," ECF Doc. # 5162). That Objection sought to expunge, among others, Claim Number 3502 filed by Jacqueline A. Warner. Warner filed an opposition to the Objection (ECF Doc. # 5454), and the Debtors filed a reply (ECF Doc. # 5736). The Debtors and Ms. Warner are directed to submit supplemental briefing addressing whether 15 U.S.C. § 1635(e), 12 C.F.R. § 226.15(f), and/or 12 C.F.R. § 226.23(f), are relevant to the merits of Claim Number 3502. Specifically, the parties are directed to address (1) whether Ms. Warner's loan was a purchase money mortgage for the claimant's primary dwelling (i.e., Did Ms. Warner use the loan to acquire her primary residence?); and (2) whether the above-cited statutory and regulatory provisions precluded Ms. Warner from rescinding her loan. The parties shall submit this additional briefing, not to exceed five pages, by March 14, 2014.

**IT IS SO ORDERED.**

Dated: March 4, 2014
New York, New York

                                             /s/Martin Glenn
                                             MARTIN GLENN
                                    United States Bankruptcy Judge