**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

## AFFIDAVIT OF SERVICE

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On March 3, 2014, I caused to be served true and correct copies of the following documents upon the parties listed on the annexed service list by Federal Express:

*Amended Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No.6577]; and*

*Fifth and Final Application of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner for the Period July 24, 2012 Through December 17, 2013 [Docket No. 6578].*

CPAM: 5019193.4

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                           */s/ Helen M. Lamb*
                                                             Helen M. Lamb

Sworn to before me this
4th day of March 2014

*/s/Francisco Vazquez*
      Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

2

CPAM: 5019193.4

**SERVICE LIST**

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Kenneth S. Ziman
Jonathan H. Hofer
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

Richard M. Cieri
Ray C. Schrock
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Tracy Hope Davis
Linda A. Riffkin
Brian S. Masumoto
Michael Driscoll
Office of the US Trustee
Southern District of New York
201 Varick Street, Suite 2006
New York, NY 10014

Eric J. Small
Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY 12601

ResCap Liquidating Trust
c/o Quest Turnaround Advisors, LLC
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573
Attn: Jeffrey Brodsky