Hearing Date and Time: June 18, 2014 at 10:00 a.m. (ET)
Objection Deadline: June 2, 2014 at 4:00 p.m. (ET)
Reply Deadline: June 16, 2014 at 12:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- )
In re:                                                        )   Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,                             )   Chapter 11
                                                              )
                                    Debtors.                  )   Jointly Administered
                                                              )
------------------------------------------------------------- )

### NOTICE OF HEARING AND DEADLINES REGARDING FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that the hearing on the final applications for allowance of compensation and reimbursement of expenses (collectively, the "Applications") will be held on **June 18, 2014 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections to any Application shall be due no later than **June 2, 2014 at 4:00 p.m. (ET)**. Any reply by an applicant shall be filed by **June 16, 2014 at 12:00 p.m. (ET)**.

ny-1132300

|  |  |
|---|---|
| Dated: March 4, 2014<br>        New York, New York | /s/ Lorenzo Marinuzzi<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Erica J. Richards<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors* |