Jacqueline A. Warner, Creditor Claimant for Claim 3502
Mailing and Service Address:
3053 West Craig Road, E-155
North Las Vegas, NV 89032
650-520-5596 / email: h7890p@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In Re:

RESIDENTIAL CAPITOL, LLC, et al          Chapter 11
                                          Case No: 12-12020-mg

               Debtor

_____X

### AFFIDAVIT

### ATTACHMENT EXHIBIT 6-A

IN SUPPORT OF JACQUELINE A. WARNER'S :CREDITOR'S CLAIM 3502
CLAIMANT'S OPPOSITION TO DEBTOR'S OMNIBUS REPLY
IN SUPPORT OF
DEBTOR'S FIFTIETH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER'S CLAIMS – BOOKS AND RECORDS)

TO ALL CONCERNED the EXHIBIT 6-A included herein, a Certified Copy of the

November 16, 2009 Loan RescissionLetter, is to be added to the Affidavit of Jacqueline A.

Warner as Evidence.



RECEIVED
MAR - 4 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## CERTIFICATE OF SERVICE

I, Jacqueline A. Warner, mailed via Fedex and fully pre-paid, the "AFFIDAVIT ATTACHMENT EXHIBIT 6-A" to be included in the Exhibits of Creditor's Claim 3502 and sent overnight to the following parties:

Clerk of the Court
U.S. BANKRUPTCY COURT, Office of Honorable Martin Green
Southern District of New York
One Bowling Green
New York, New York 10004

Fedex Tracking Number:


Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104

Fedex Tracking Number:


I declare under the penalty of perjury that the foregoing is true and correct on this 3rd day of March 2014,

Declarant: _____
Jacqueline A. Warner