1  Jacqueline A. Warner, Creditor Claimant for Claim 3502
2  Mailing and Service Address:
3  3053 West Craig Road E-155
   North Las Vegas, NV 89032
4  650-520-5596 / email: h7890p@yahoo.com

**RECEIVED MAR -4 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
                                                    X

In Re:

RESIDENTIAL CAPITOL, LLC, et al         Chapter 11
                                        Case No: 12-12020-mg

           Debtor.
                                                    X

## PROOF OF SERVICE

of
**AFFIDAVIT
OF JACQUELINE A. WARNER AND EXHIBITS IN SUPPORT OF:
CREDITOR'S CLAIM 3502**
and
**CLAIMANT'S OPPOSITION TO DEBTOR'S OMNIBUS REPLY
IN SUPPORT OF
DEBTORS FIFTIETH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER'S CLAIMS- BOOKS AND RECORDS)**
and

**CLAIMANT'S REQUEST FOR DECLARATORY JUDGMENT AND WRIT OF REPLEVIN**

1.  At the time of service I was over eighteen (18) years of age and not a party to this action.

2.  My residence or business address is: 8414 Farm Road, Suite 180374, Las Vegas, NV 89131

3.  On March 3, 2014, I served the following document by United States Mail, FedEx or other courier; I enclosed the documents in a sealed envelope or package addressed to the persons in 4 and 5 by depositing the sealed envelope or package with the above service, with the postage fully prepaid.

PROOF OF SERVICE OF AFFIDAVIT OF JACQUELINE A. WARNER IN SUPPORT OF
CREDITOR'S CLAIM 3502 in U.S. Bankruptcy Court, Chapter 11 Case No: 12-12020-mg

1

## DOCUMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Chapter 11
Case No: 12-12020-mg

**Document 1.**
**AFFIDAVIT OF JACQUELINE A. WARNER AND EXHIBITS**
**IN SUPPORT OF:**
**Document 2.**
**CREDITOR JACQUELINE A. WARNER'S OPPOSITION TO DEBTOR'S**
**OMNIBUS REPLY IN SUPPORT OF**
**DEBTORS FIFTIETH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY BORROWER'S CLAIMS- BOOKS AND RECORDS)** and
**CLAIMANT'S REQUEST FOR DECLARATORY JUDGMENT AND WRIT OF REPLEVIN**

## COURT

Tracking No. 8045 7461 1007

4. Clerk of the Court
U.S. BANKRUPTCY COURT, Office of Honorable Martin Green
Southern District of New York
One Bowling Green
New York, New York  10004

5. Business or residence address where the person or persons were served:
Norman S. Rosenbaum
Jordan A. Wishnew                F/x - 8045746 0993
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104

I declare under the penalty of perjury that the foregoing is true and correct on this 3rd day of March 2014,

Declarant: _Sharon Wrobleyski_ (Seal)
            Sharon Wrobleyski

PROOF OF SERVICE OF AFFIDAVIT OF JACQUELINE A. WARNER IN SUPPORT OF
CREDITOR'S CLAIM 3502 in U.S. Bankruptcy Court, Chapter 11 Case No: 12-12020-mg