MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

|  |  |
|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

------------------------------------------------------------

### NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS' THIRTIETH, FORTY-NINTH AND FIFTIETH OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 4887] (the "<u>Thirtieth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Gwendell L. Philpot (Claim No. 5067), previously scheduled to be heard on March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "<u>March 11 Hearing</u>"), has been adjourned to **March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>March 26 Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5161] (the "<u>Forty-Ninth Omnibus Claims Objection</u>"), solely as it relates to the claims filed by Mary R. Biancavilla (Claim No. 4397) and Douglas and Irene Schmidt (Claim

No. 2024), previously scheduled to be heard at the March 11 Hearing, has been adjourned to **April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "April 10 Hearing", and together with the March 26 Hearing, the "Hearings").

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection"), solely as it relates to the claim filed by Jacqueline A. Warner (Claim No. 3502), previously scheduled to be heard at the March 11 Hearing, has been adjourned to the **March 26 Hearing**.

PLEASE TAKE FURTHER NOTICE that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: March 4, 2014
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*