KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. [12-12020] (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION (FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS) AGAINST THE EVEREST COMPANIES TO APRIL 10, 2014 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims)* [Docket No. 4119] as it relates to the proofs of claim filed by Everest International Reinsurance (Bermuda) Ltd. (Claim No. 3480) and Everest International Reinsurance Ltd. (Claim No. 3481), previously scheduled to be heard on **March 11, 2014 at 10:00 a.m**. **(Prevailing Eastern Time)**, will now be heard on **April 10, 2014 at 10:00 a.m**. **(Prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

Dated:   March 4, 2014
         New York, NY

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                    /s/  Joseph A. Shifer
                    Kenneth H. Eckstein
                    Douglas H. Mannal
                    Joseph A. Shifer
                    1177 Avenue of the Americas
                    New York, New York 10036
                    Telephone: (212) 715-9100
                    Facsimile: (212) 715-8000

                    *Counsel for the ResCap Liquidating Trust*