MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 5, 2014 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     CONTESTED MATTER**

**1.**     Motion for Entry of Order Approving Procedures for Compliance With Discharge Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6525]

   **Related Document(s)**:

   **a.**     Ex Parte Motion Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077-1 for Entry of an Order Shortening the Time For Notice of and Scheduling a Hearing to Consider the Examiner's Motion for Entry of Order Approving Procedures for Compliance With Discharge Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6524]

---

[1] Amended items appear in **bold**.

ny-1132605

    **b.**    Order Shortening Notice and Scheduling a Hearing on the Examiner's Motion for Entry of an Order Approving Procedures for Compliance with Discharge Order Regarding Subpoena Served on the Examiner [Docket No. 6526]

**Response(s)**:

    **a.**    Response of Ally Financial Inc. to the Motion for Entry of Order Approving Procedures for Compliance with Discharge Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6554]

**Replies:**

    **a.**    **Examiner's Reply to Response of Ally Financial Inc. to Examiner's Motion for Entry of Order Approving Procedures for Compliance With Discharge Order Regarding Federal Subpoena Served on the Examiner [Docket No. 6594]**

    **b.**    **Reply of the United States of America to Response of Ally Financial Inc. to Examiner's Motion for Order Concerning Federal Subpoena Served on Examiner [Docket No. 6605]**

    **Status**:    The hearing on this matter will be going forward.

Dated:  March 4, 2014      /s/ Lorenzo Marinuzzi
       New York, New York      Gary S. Lee
                                                Lorenzo Marinuzzi
                                                MORRISON & FOERSTER LLP
                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                Telephone: (212) 468-8000
                                                Facsimile: (212) 468-7900

                                                *Counsel for The Post-Effective Date*
                                                *Debtors, The ResCap Liquidating Trust*
                                                *and The ResCap Borrower Claims Trust*