UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       : Chapter 11
                                                             :
Residential Capital, LLC, *et al*.,                          : Case No. 12-12020 (MG)
                                                             :
            Debtors.                                         : Jointly Administered
                                                             :
------------------------------------------------------------ x **Ref. Docket Nos. 6559, 6569, 6580-6587, 6589 & 6590**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a) "Fourth and Final Application of Silvermanacampora LLP, Special Counsel to Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2013 Through December 16, 2013," dated March 3, 2014 [Docket No. 6559], (the "Silvermanacampora Fee Application"),

    b) "First and Final Application of Carter Ledyard & Milburn LLP, Consultants to the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Consultant to the Committee," dated March 3, 2014 [Docket No. 6569], (the "Carter Ledyard Fee Application"),

    c) "Fifth and Final Fee Application of Alixpartners, LLP Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Incurred During the Fifth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and for the Total Compensation Period of May 21, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6580], (the "Alixpartners Fee Application"),

d) "Final Fee Application of Analytic Focus, LLC, Consultant to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses From August 28, 2012 Through December 17, 2013," dated February 28, 2014 [Docket No. 6581], (the "Analytic Focus Fee Application"),

e) "Fourth Interim and Final Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Interim Period From September 1, 2013 Through December 17, 2013 and the Final Period From May 22, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6582], (the "Epiq Fee Application"),

f) "Fifth Interim and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors for the Period From May 16, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6583], (the "Moelis & Company Fee Application"),

g) "Consolidated Summary Sheet for Third Interim and Final Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP, as Special Counsel for Certain Regulatory Matters to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period From December 12, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6584], (the "Wilmer Cutler Pickering Fee Application"),

h) "First and Final Application of Quest Turnaround Advisors, LLC Consultant to the Official Committee of Unsecured Creditors for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 16, 2013 Through December 17, 2013," dated March 3, 2014 [Docket No. 6585], (the "Quest Turnaround Fee Application"),

i) "Fourth and Final Application of Coherent Economics, LLC Consultant to the Official Committee of Unsecured Creditors for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During (I) the Fourth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and (II) the Total Compensation Period of August 11, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6586], (the "Coherent Economics Fee Application"),

j) "Final Application J F. Morrow, Consultant to the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Total Compensation Period of September 5, 2012 Through August 31, 2013," dated March 3, 2014 [Docket No. 6587], (the "J F. Morrow Fee Application"),

k) "Fifth and Final Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During (I) the Fifth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and (II) the Total Compensation Period of May 16, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6589], (the "Kramer Levin Fee Application"), and

l) "Final Fee Application of San Marino Business partners LLC as Consultants to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period August 11, 2012 Through December 17, 2013," dated March 3, 2014 [Docket No. 6590], (the "San Marino Fee Application"),

by causing true and correct copies of the:

i. Silvermanacampora Fee Application, Carter Ledyard Fee Application, Alixpartners Fee Application, Analytic Focus Fee Application, Epiq Fee Application, Moelis & Company Fee Application, Wilmer Cutler Pickering Fee Application, Quest Turnaround Fee Application, Coherent Economics Fee Application and J.F. Morrow Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on March 3, 2014, and

ii. Kramer Levin Fee Application and San Marino Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, on March 4, 2014,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Pete Caris*

Sworn to before me this
4th day of March, 2014

*Notary Public*

**CAROL IRIS ZHANG**
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

RES FEE APP

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

RES FEE APP

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

RES FEE APP

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto
Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

RES FEE APP

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

RES FEE APP

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman
4 Times Square
New York, NY 10036

RES FEE APP

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

**EXHIBIT B**

RES FEE APP

Morrison & Foerster LLP
Attn:  Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY  10104

RES FEE APP

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein & Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

RES FEE APP

Office of the United States Trustee
Attn: Tracy Hope Davis, Linda Rifkin &
Brian S. Masumoto
Federal Office Building
201Varick Street, Room 1006
New York, NY  10014

RES FEE APP

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

RES FEE APP

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman
4 Times Square
New York, NY  10036

RES FEE APP

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601