**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                              :

In re                          :          **Chapter 11**
                              :

**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :   **Case No. 12-12020 (MG)**
                              :

                              :   **(Jointly Administered)**
          **Debtors.**         :
-----------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On February 28, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Overnight Mail upon the service list attached hereto as **<u>Exhibit A</u>**:

- **Order Denying Anaissa B. Gerwald's Motion for Reconsideration of Order Disallowing Claim** [Docket No. 6506]

B. Additionally, on February 28, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **<u>Exhibit B</u>**, and via Overnight Mail upon the service list attached hereto as **<u>Exhibit C</u>**:

- **Order Sustaining Objection to Motions of Karen Michele Rozier for Payment on Claims** [Docket No. 6519]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

C. Additionally, on February 28, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit D**, and via Overnight Mail upon the service list attached hereto as **Exhibit E**:

- **Order Granting Motion to Extend Time to File Designation of Items to be Included in Record** [Docket No. 6538]

Dated:  March 5, 2014

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of March, 2014, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A
Served via Overnight Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Anaissa B Gerwald | 12 Bluegrass Ln | Savannah | GA | 31405 |

# EXHIBIT B

Exhibit B

Served via Electronic Mail

| CreditorName | Email |
|---|---|
| Karen Michele Rozier | rozier.karen@yahoo.com |

# EXHIBIT C

Exhibit C
Served via Overnight Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Karen Michele Rozier | 7957 Dahlia Circle | Buena Park | CA | 90620 |

# EXHIBIT D

Served via Electronic Mail

| CreditorName | Email |
| --- | --- |
| CORLA REEVES JACKSON | mail@corlajacksonvsgmacmortgage.info; corlareevesjackson@gmail.com |

# EXHIBIT E

Exhibit E
Served via Overnight Mail

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| CORLA REEVES JACKSON | 13230 TOM GASTON RD | MOBILE | AL | 36695 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

Page 1 of 1

2/28/2014