**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                      :
In re                                                 :         **Chapter 11**
                                                      :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :       **Case No. 12-12020 (MG)**
                                                      :
                                                      :
                                                      :         **(Jointly Administered)**
                    **Debtors.**                      :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On March 3, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the Fee Application Service List attached hereto as **Exhibit A**, and via Overnight Mail upon the Fee Application Service List attached hereto as **Exhibit B**:

- **Summary of Final Application of Bryan Cave LLP as Ordinary Course Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through June 30, 2013** [Docket No. 6512]

- **Summary of Fourth and Final Fee Application of Towers Watson Delaware Inc. as Human Resources Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period June 25, 2012 through April 30, 2013** [Docket No. 6528]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Independent Auditor and Attest Service Provider to the Debtors for the Period from May 14, 2012 through August 31, 2013** [Docket No. 6531]

- **Cover Sheet and Third Interim and Final Application of Ernst & Young LLP for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses** [Docket No. 6536]

- **Summary of Final Application of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel for the Debtors, for Compensation and Reimbursement of Expenses Incurred for the Period of May 14, 2012 through and including December 17, 2013** [Docket No. 6537]

- **Final Fee Application of Prince Lobel Tye LLP for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of May 14, 2012 through December 17, 2013** [Docket No. 6541]

- **Fifth Interim and Final Fee Application of KPMG LLP, as Tax Compliance Professionals and Information Technology Advisors to the Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2013 thru December 17, 2013, and for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 thru December 17, 2013** [Docket No. 6542]

- **Administrative Agent for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 Through December 17, 2013** [Docket No. 6549]

- **Summary of the Third and Final Application of Perkins Coie LLP as Special Insurance Coverage Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred** [Docket No. 6552]

- **Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 and Final Fee Application of Morrison Cohen LLP** [Docket No. 6555]

2

- **Coversheet and Final Fee Application to Tilghman & Co., P.C. as Noticing Agent to Debtor in Connection with the Kessler Settlement Agreement, for Allowance of Compensation for the Period of May 14, 2012 through December 17, 2013** [Docket No. 6556]

- **Fifth Interim and Final Fee Application of Morrison & Foerster LLP as Bankruptcy Counsel for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 through December 17, 2013** [Docket No. 6567]

- **Summary of Fifth and Final Fee Application of Fortace LLC as Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred from July 6, 2012 through December 17, 2013** [Docket No. 6570]

- **Summary of Fifth Interim and Final Application of Centerview Partners LLC as Investment Banker for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through December 17, 2013** [Docket No. 6573]

- **Summary of Final Application of Rubenstein Associates, Inc. as Corporate Communications Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through April 30, 2013** [Docket No. 6579]

B. Additionally, on March 3, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Fee Application service list attached hereto as **<u>Exhibit A</u>**:

- **Summary of the Fifth Interim and Final Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 Through and Including December 17, 2013** [Docket No. 6588]

C. Additionally, on March 4, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Overnight Mail upon the Fee Application service list attached hereto as **<u>Exhibit B</u>**:

- **Summary of the Fifth Interim and Final Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 Through and Including December 17, 2013** [Docket No. 6588]

D. Additionally, on March 4, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Fee Application Service List attached hereto as **Exhibit A**, and via Overnight Mail upon the Fee Application service list attached hereto as **Exhibit B**:

- **Fifth Interim and Final Application of FTI Consulting, Inc., as Financial Advisor for the Debtors for Compensation and Reimbursement of Expenses Incurred from the Interim Period of September 1, 2013 through December 17, 2013 and for Final Approval of Compensation and Reimbursement of Expenses Incurred for the Period of May 14, 2012 through December 17, 2013** [Docket No. 6591]

Dated:  March 5, 2014

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th of March, 2014, by Clarissa D. Cu proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A

Served via Electronic Mail

| CreditorName | NoticeName | Email |
|---|---|---|
| Kirkland & Ellis | Richard M. Cieri & Ray C. Schrock | ray.schrock@kirkland.com; richard.cieri@kirkland.com |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein & Douglas H. Mannal | keckstein@kramerlevin.com; dmannal@kramerlevin.com |
| Morrison & Foerster LLP | Laura Guido | lguido@mofo.com |
| Office of the United States Trustee | Eric J Small | eric.j.small@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | Michael Driscoll | Michael.Driscoll@Usdoj.Gov |
| Office of the United States Trustee for the Southern District of New York | Brian S. Masumoto | Brian.Masumoto@Usdoj.Gov |
| ResCap Liquidating Trust c o Quest Turnaround Advisors LLC | Jeffrey Brodsky | jbrodsky@qtadvisors.com |

# EXHIBIT B

Exhibit B

Served via Overnight Mail

| CreditorName | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kirkland & Ellis | Richard M. Cieri & Ray C. Schrock | 601 Lexington Avenue | | New York | NY | 10022 |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein & Douglas H. Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Morrison Foerster LLP* | Laura Guido | 1290 Avenue of the Americas | | New York | NY | 10104-0050 |
| Office of the United States Trustee | Eric J Small | 355 Main Street | First Floor | Poughkeepsie | NY | 12601 |
| Office of the United States Trustee for the Southern District of New York | Michael Driscoll | 201 Varick Street, Suite 1006 | | New York | NY | 10014 |
| Office of the United States Trustee for the Southern District of New York | Brian S. Masumoto | 201 Varick Street, Suite 1006 | | New York | NY | 10014 |
| ResCap Liquidating Trust | c o Quest Turnaround Advisors LLC | 800 Westchester Ave Ste S 520 | Attn Jeffrey Brodsky | Rye Brook | NY | 10573 |
| *Not Served Docket No. 6591 | | | | | | |