# DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

### DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**
And INCLUSIVE INVOICE for CASE # 12-12032

**Honorable Martin Glenn**                                    Express Mail™ EG 625748436 US
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House, One Bowling Green, Room 501
New York, New York 10004-1408                    Certified Mail 7013 2250 0000 8488 5050

**MORRISON & FOERSTER LLP et al (Libellees)**        Certified Mail 7013 1710 0000 4139 7060
Att; Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew, Jennifer L. Marines, Alexandra
Att; Steinberg Barrage, Todd M. Green, Lorenzo Marinuzzi

**Office of the United States Trustee for the Southern District of New York et al**
Linda A. Riffkin, and Brian S. Masumoto            Certified Mail 7013 1710 000 4139 7077

**Office of the United States Attorney General, U.S. Department of Justice et al**
Att; US Attorney General, Eric H. Holder, Jr.,        Certified Mail 7013 1710 0000 4139 7084

**Office of the New York State Attorney General et al**
Att; Nancy Lord, Esq., Enid N. Stuart, Esq..        Certified Mail 7013 1710 0000 4139 7091

**Office of the U.S. Attorney for the Southern District of New York et al**
Att; Joseph N. Cordaro, Esq.,                Certified Mail 7013 1710 0000 4139 7107

**The ResCap Borrower Claims Trust et al  (Libellees)**
Att; Daniel J. Flanigan, and Peter S. Kravitz,        Certified Mail 7013 1710 0000 4139 7114

## TORTUROUS CLAIM DUE TO LITGATION

**Affiants States, FACT:** <u>Libellees, GMAC MORTGAGE et al were in ESTOPPEL BY ACQUIESCENCE: and JUDGMENT BY ESTOPPEL before filing the FIFTY-EIGHT OMNIBUS.</u>

**Affiants States, FACT:** This Affidavit is an admission to the facts. Libellant furthers request nominal, compensatory, punitive and any other damages that the court deems Just and Proper, inclusive of reasonable compensation for "time" necessarily expended to prosecute this action. Punitive damages are in order due to the Respondents frivolous and non-responsive alleged "answers" to Libellant submissions throughout this emotional ordeal; which directly caused unnecessary delay and the subsequent attempt to Libellant to lose his claim and tie up an overburdened Court. Libellant will be entitled to the forfeiture of the operational and public hazard bond of **Libellees, by a torturous claim.** The tort claim is Ten (10) times $ 2,037,653.92 = **$20, 376,539.20)** Any and all bonds, assets, of the real parties involved. *(See Claim #7407 with Exhibit A – ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321)*

**Affiants States, FACT:** On April 4, 2012, Libellees, **GMAC MORTGAGE, et al agreed to a CONSENT JUDGEMENT, Civil Action No. 12 0361** where the " UNITED STATES OF AMERICA, et al (Plaintiffs) vs BANK OF AMERICA CORP., et al, **Residential Capital LLC, Ally Financial, Inc, and GMAC Mortgage, LLC** (collectively, "Defendant") admitted they <u>violated, among other laws, the Unfair and Deceptive Acts and Practices laws of the Plaintiff states,</u> the False Claims Act, the Financial Institutions Reform, recovery, and Enforcement Act of 1989, the Servicemember Civil  Relief Act, and the Bankruptcy Code and Federal Rules of Bankruptcy.. *(See Exhibit D)* <u>All corporate government is based upon Commercial Affidavits.</u>

**Affiants States, FACT:** Affiant accepts Title 42 for this Affidavit and Libellees et al.

DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE ———THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
1

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

# DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
## OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

**DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM**
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
**[28 U.S.C. §§ 1333, 1337]**
<u>ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL</u>
<u>And INCLUSIVE INVOICE for CASE # 12-12032</u>

**Affiants States, FACT:** On April 4, 2012, Libellees, **GMAC MORTGAGE, et al** agreed to a CONSENT JUDGEMENT, Civil Action No. 12 0361 where they agreed that " <u>**Nothing in this Consent Judgment shall relieve Defendant of its obligation to comply with applicable state and federal law.**</u>" *(See Exhibit D)*

**Affiants States, FACT: Libellees, BANK OF AMERICA,** BANK OF AMERICA HOME LOANS, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS, T.D. SERVICE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, WELLS FARGO BANK, NA, <u>**GMAC MORTGAGE, et al.,**</u> failure to cure constituted, as an operation of law, the FINAL admission by Libellees through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquire shall be deemed **RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL** binding on Libellees. Based upon the Libellee(s) default to Libellant's amended petition of International Commercial Claim within the Admiralty Administrative Remedy, <u>**Registered Mail™ RE 778 831 138 US**</u> and Case No. GCO49295 Libellees may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings. <u>**Original Filed July 6, 2012, Los Angeles Superior Court.**</u>

**Affiants States, FACT:** On July 6, 2012 Libellees, GMAC MORTGAGE et al including their Attorneys knew the FACT that they were ESTOPPEL in <u>Los Angeles Superior Court</u> with Walter Olszewski and kept this information from this court.

**Affiants States, FACT:** GMAC MORTGAGE, et al who was in ESTOPPEL knew Walter Olszewski correct Address and the correct Addressee and <u>continued to mislead the Court</u> with Court Service to Two different addresses and Two different City's Zip Codes.

**Affiants States, FACT:** Libellees, GMAC MORTGAGE, et al knew that <u>Walter Olszewski had paid off the loan with Homecoming Financial LLC,</u> but Walter Olszewski as the <u>Secured Issuer of the Credit did not received the balance of money when the Loan was transferred to a security.</u> Walter Olszewski never received Proof that Libellees, GMAC MORTGAGE et al <u>had paid their transfer Tax to the IRS.</u>

**Affiants States, FACT:** On April 4, 2012, Libellees, GMAC MORTGAGE, et al in the CONSENT JUDGEMENT, Civil Action No. 12 0361 stated this FACT: WHEREAS, the parties have agreed to resolve their claims <u>without the need for litigation</u> where as RESCAP BORROWER CLAIMS TRUST'S FIFTY-EIGHTH OMNIBUS is an uncertified claim that violated this agreement as they are in ESTOPPEL. *It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.*

**Affiants States, FACT:** On January 10, 2014 <u>Libellant exhausted the administrative remedies for a second time with CASE # 12-12032 and the FACTS are that Libellees incorrect Address and Addressee impeded Court service to Libellant.</u> As with any administrative process, Libellees had the right to controvert the statements and/or claims made by Libellant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Libellees with evidence in support, to the Libellant at the address exactly as given above. **Libellees agreed and admitted to all statements and claims made herein by Libellant by TACIT PROCURATION, by simply remaining silent.** *(See Claim #7407 with Exhibit A -- ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 #7321)*

DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE --------THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
2

RECEIVED
MAR 0 3 2014

# DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

### DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

**Affiants States, FACT:** On January 10, 2014, The stipulated judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other lawe became **JUDGMENT BY ESTOPPEL And INCLUSIVE INVOICE for CASE # 12-12032** against Libellees, GMAC MORTGAGE, et al. *(See Claim #7407 with Exhibit A - ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321)*

**Affiants States, FACT:** On January 10, 2014 and December 20 2013, Libellees agreed that Libellant is the real party of interest and has STANDING and POWER OF ATTORNEY. Libellant with Power of Attorney disallowed and expunged RESCAP BORROWER CLAIMS TRUST'S FIFTY-EIGHTH OMNIBUS, which has no valid claim in these chapter 11 cases and is DENIED.

**Affiants States, FACT:** Affiant has filed only "ONE COURT CLAIM" with amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321 and this AFFIDAVIT.

**Affiants States, FACT:** Walter Olszewski requested permission from the Trustee to please include his "Notarized Affidavit of Loss" in support of his "Notarized B-10 as Walter Olszewski was not allocated sufficient time to file.

**Affiants States, FACT:** Affiants is the secured Issuer of the credit and <u>TIMELY FILED</u> Notarized Affidavit of Priority Loss in support of Notarize B-10 by Registered Mail™ and Service of Process to both United States Bankruptcy Court for the Southern District of New York and ResCap Claims Processing Center c/o KCC.

**Affiants States, FACT:** Affiant accepts 28 U.S.C. 453: The Oaths of Justice and Judges.

**Affiants States, FACT:** Affiant accepts 5 U.S.C. 3331: The Oaths of Offices.

**Affiants States, FACT:** When no verified Affidavit rebuttal of this "FACTAL EVIDENTIARY REQUEST" was made in a timely manner, a <u>"Certificate of Non-Response"</u> served as an agreement from the Libellees.

**Affiants States, FACT:** Libellees confirms that Secured Issuer of the credit, Walter Olszewski, Libellant has an additional priority claim due to litigation the amount of $20,376,539.20 through tacit procuration to these DECLARATION Of PROOF OF CLAIM AND PROOF OF LOSS IN AN AFFIDAVIT FORM and the whole matter shall be deemed res judicata and stare decisis.

**Affiants States, FACT:** Libellees agreed that Libellant is entitled to the forfeiture of the public hazard bond of Libellees by torturous claim in the amount of Two Million Thirty Seven -thousand six-hundred fifty-three DOLS and ninety-two CTS ($2,037,653.92) in functional currency Dollar for Dollar of the United States plus ten (10) times punitive which is Twenty-million three-hundred seventy-six thousand, five-hundred thirty-nine DOLS and twenty CTS ($20,376,539.20), being in total Twenty-two million four-hundred and fourteen thousand, one-hundred ninety-three DOLS twelve CTS ($22,414,193.12).

<u>**Affiants Demands:**</u> **THAT THE HONORABLE JUDGE FIND THE FACTS AND MAKE CONCLUSIONS OF LAWE BASED ON THE FACTS of EVIDENCAL FACTS.**

DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE ------THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD
Court Documents were prevented, obstructed, impeded, or interfered and/or never received

RECEIVED

3

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

# DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**
And INCLUSIVE INVOICE for CASE # 12-12032

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary Public
My name is **non-negotiable**;
All rights reserved without prejudice.

_____
walter: olszewski
**Libellant, Secured Issuer of the Credit**

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

## JURAT

state of California _____ )
                              ) ss.
county of Los Angeles _____ )

**Subscribed and sworn to before me on March 3, 2014**

Notary Seal:

**walter: olszewski**
**Proved to me on her basis of satisfactory evidence to be the person who appeared before me.**

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

_____
Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires: March 17, 2016**

LAW NOTICE: Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO
ACTIONS CONTRARY TO LAWE ——————THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD
Court Documents were prevented, obstructed, impeded, or interfered and/or never received

RECEIVED

4

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1_____

2_____

3_____

4_____

5_____

6_____
_Signature of Document Signer No. 1_       _Signature of Document Signer No. 2 (if any)_

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _3rd_ day of _March_, 20_14_,
by
(1) _Walter Olszewski_

(2) _____
_Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signed]_
_Signature of Notary Public_

[Notary Seal: KATHRYN DIANE VOLPE, Commission # 2010993, Notary Public - California, Los Angeles County, My Comm. Expires Mar 10, 2017]

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Declaration of Tortuous Claim by Affiant_
Document Date: _March 3, 2014_    Number of Pages: _16_
Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1_____

2_____

3_____

4_____

5_____

6_____
*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

State of California

County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me
on this __3RD__ day of __MARCH__, 20__14__,
by              Date              Month              Year

(1)_____WALTER OLSZEWSKI_____

(2)_____
Name(s) of Signer(s)

JOHN RAMIREZ
Commission # 1989476
Notary Public - California
Los Angeles County
My Comm. Expires Aug 28, 2016

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

*Place Notary Seal Above*

——————— OPTIONAL ———————

*Though this section is optional, completing this information can deter alteration of the document
or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT__

Document Date: __MARCH 3, 2014__        Number of Pages: __17__

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

RECEIVED
MAR 03 2014
KURTZMAN CARSON CONSULTANTS

**Exhibit D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR - 4 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 12 0361 |
| BANK OF AMERICA CORP. *et al.*, | ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

**CONSENT JUDGMENT**

WHEREAS, Plaintiffs, the United States of America and the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of Kentucky, Massachusetts, Pennsylvania and Virginia, and the District of Columbia filed their complaint on March 12, 2012, alleging that Residential Capital, LLC, Ally Financial, Inc., and GMAC Mortgage, LLC (collectively, "Defendant") violated, among other laws, the Unfair and Deceptive Acts and Practices laws of the Plaintiff States, the False Claims Act, the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, the

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 3-12-12
ANGELA D. CAESAR, CLERK
By: Michael Darby 12/27/12

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

Servicemembers Civil Relief Act, and the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

WHEREAS, the parties have agreed to resolve their claims without the need for litigation;

WHEREAS, Defendant, by its attorneys, has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit the allegations of the Complaint other than those facts deemed necessary to the jurisdiction of this Court;

WHEREAS, the intention of the United States and the States in effecting this settlement is to remediate harms allegedly resulting from the alleged unlawful conduct of the Defendant;

AND WHEREAS, Defendant has agreed to waive service of the complaint and summons and hereby acknowledges the same;

NOW THEREFORE, without trial or adjudication of issue of fact or law, without this Consent Judgment constituting evidence against Defendant, and upon consent of Defendant, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore ORDERED, ADJUDGED, AND DECREED:

## I. JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1345, 1355(a), and 1367, and under 31 U.S.C. § 3732(a) and (b), and over Defendant. The Complaint states a claim upon which relief may be granted against Defendant. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) and 31 U.S.C. § 3732(a).

2

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

## II. SERVICING STANDARDS

2.  Defendant shall comply with the Servicing Standards, attached hereto as Exhibit A, in accordance with their terms and Section A of Exhibit E, attached hereto.

## III. FINANCIAL TERMS

3.  *Payment Settlement Amounts.* Defendant shall pay into an interest bearing escrow account to be established for this purpose the sum of $109,628,425, which sum shall be added to funds being paid by other institutions resolving claims in this litigation (which sum shall be known as the "Direct Payment Settlement Amount") and which sum shall be distributed in the manner and for the purposes specified in Exhibit B. Defendant's payment shall be made by electronic funds transfer no later than seven days after the Effective Date of this Consent Judgment, pursuant to written instructions to be provided by the United States Department of Justice. After Defendant has made the required payment, Defendant shall no longer have any property right, title, interest or other legal claim in any funds held in escrow. The interest bearing escrow account established by this Paragraph 3 is intended to be a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 of the U.S. Internal Revenue Code of 1986, as amended. The Monitoring Committee established in Paragraph 8 shall, in its sole discretion, appoint an escrow agent ("Escrow Agent") who shall hold and distribute funds as provided herein. All costs and expenses of the Escrow Agent, including taxes, if any, shall be paid from the funds under its control, including any interest earned on the funds.

4.  *Payments to Foreclosed Borrowers.* In accordance with written instructions from the State members of the Monitoring Committee, for the purposes set forth in Exhibit C, the Escrow Agent shall transfer from the escrow account to the Administrator appointed under

RECEIVED

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

Exhibit C $1,489,813,925.00 (the "Borrower Payment Amount") to enable the Administrator to provide cash payments to borrowers whose homes were finally sold or taken in foreclosure between and including January 1, 2008 and December 31, 2011; who submit claims for harm allegedly arising from the Covered Conduct (as that term is defined in Exhibit G hereto); and who otherwise meet criteria set forth by the State members of the Monitoring Committee. The Borrower Payment Amount and any other funds provided to the Administrator for these purposes shall be administered in accordance with the terms set forth in Exhibit C.

5.  *Consumer Relief.* Defendant shall provide $185,000,000 of relief to consumers who meet the eligibility criteria in the forms and amounts described in Paragraphs 1-8 of Exhibit D, and $15,000,000 of refinancing relief to consumers who meet the eligibility criteria in the forms and amounts described in Paragraph 9 of Exhibit D, to remediate harms allegedly caused by the alleged unlawful conduct of Defendant. Defendant shall receive credit towards such obligation as described in Exhibit D.

## IV. ENFORCEMENT

6.  The Servicing Standards and Consumer Relief Requirements, attached as Exhibits A and D, are incorporated herein as the judgment of this Court and shall be enforced in accordance with the authorities provided in the Enforcement Terms, attached hereto as Exhibit E.

7.  The Parties agree that Joseph A. Smith, Jr. shall be the Monitor and shall have the authorities and perform the duties described in the Enforcement Terms, attached hereto as Exhibit E.

8.  Within fifteen (15) days of the Effective Date of this Consent Judgment, the participating state and federal agencies shall designate an Administration and Monitoring Committee (the "Monitoring Committee") as described in the Enforcement Terms. The

4

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

Monitoring Committee shall serve as the representative of the participating state and federal agencies in the administration of all aspects of this and all similar Consent Judgments and the monitoring of compliance with it by the Defendant.

## V. RELEASES

9. The United States and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims, and remedies, as provided in the Federal Release, attached hereto as Exhibit F. The United States and Defendant have also agreed that certain claims, and remedies are not released, as provided in Paragraph 11 of Exhibit F. The releases contained in Exhibit F shall become effective upon payment of the Direct Payment Settlement Amount by Defendant.

10. The State Parties and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims, and remedies, as provided in the State Release, attached hereto as Exhibit G. The State Parties and Defendant have also agreed that certain claims, and remedies are not released, as provided in Part IV of Exhibit G. The releases contained in Exhibit G shall become effective upon payment of the Direct Payment Settlement Amount by Defendant.

## VI. SERVICEMEMBERS CIVIL RELIEF ACT

11. The United States and Defendant have agreed to resolve certain claims arising under the Servicemembers Civil Relief Act ("SCRA") in accordance with the terms provided in Exhibit H. Any obligations undertaken pursuant to the terms provided in Exhibit H, including any obligation to provide monetary compensation to servicemembers, are in addition to the obligations undertaken pursuant to the other terms of this Consent Judgment. Only a payment to

RECEIVED

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

an individual for a wrongful foreclosure pursuant to the terms of Exhibit H shall be reduced by the amount of any payment from the Borrower Payment Amount.

## VII.    OTHER TERMS

12.    The United States and any State Party may withdraw from the Consent Judgment and declare it null and void with respect to that party if the Defendant does not make the Consumer Relief Payments (as that term is defined in Exhibit F (Federal Release)) required under this Consent Judgment and fails to cure such non-payment within thirty days of written notice by the party.

13.    This Court retains jurisdiction for the duration of this Consent Judgment to enforce its terms. The parties may jointly seek to modify the terms of this Consent Judgment, subject to the approval of this Court. This Consent Judgment may be modified only by order of this Court.

14.    The Effective Date of this Consent Judgment shall be the date on which the Consent Judgment has been entered by the Court and has become final and non-appealable. An order entering the Consent Judgment shall be deemed final and non-appealable for this purpose if there is no party with a right to appeal the order on the day it is entered.

15.    This Consent Judgment shall remain in full force and effect for three and one-half years from the date it is entered ("the Term"), at which time the Defendants' obligations under the Consent Judgment shall expire, except that, pursuant to Exhibit E, Defendants shall submit a final Quarterly Report for the last quarter or portion thereof falling within the Term and cooperate with the Monitor's review of said report, which shall be concluded no later than six months after the end of the Term. Defendant shall have no further obligations under this Consent Judgment six months after the expiration of the Term, but the Court shall retain

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS

jurisdiction for purposes of enforcing or remedying any outstanding violations that are identified in the final Monitor Report and that have occurred but not been cured during the Term.

16. Except as otherwise agreed in Exhibit B, each party to this litigation will bear its own costs and attorneys' fees associated with this litigation.

17. Nothing in this Consent Judgment shall relieve Defendant of its obligation to comply with applicable state and federal law.

18. The parties further agree to the additional terms contained in Exhibit I hereto.

19. The sum and substance of the parties' agreement and of this Consent Judgment are reflected herein and in the Exhibits attached hereto. In the event of a conflict between the terms of the Exhibits and paragraphs 1-18 of this summary document, the terms of the Exhibits shall govern.

SO ORDERED this 4 day of April, 2012

*Rosemary M. Collyer*
UNITED STATES DISTRICT JUDGE

7

RECEIVED
MAR 03 2014
KURTZMAN CARSON CONSULTANTS

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

### DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

## PROOF OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

March 3, 2014

Honorable Martin Glenn             Express Mail™ EG 625748436 US
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House    Certified Mail 7013 2250 0000 8488 5050
One Bowling Green, Room 501
New York, New York 10004-1408

**MORRISON & FOERSTER LLP**         Certified Mail 7013 1710 0000 4139 7060
1290 Avenue of the Americas
New York, New York 10104
Gary S. Lee                        Certified Mail 7013 1710 0000 4139 7060
Norman S. Rosenbaum                Certified Mail 7013 1710 0000 4139 7060
Jordan A. Wishnew                  Certified Mail 7013 1710 0000 4139 7060
Jennifer L. Marines                Certified Mail 7013 1710 0000 4139 7060
Alexandra Steinberg Barrage        Certified Mail 7013 1710 0000 4139 7060
Todd M. Green                      Certified Mail 7013 1710 0000 4139 7060
Lorenzo Marinuzzi                  Certified Mail 7013 1710 0000 4139 7060

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Linda A. Riffkin                   Certified Mail 7013 1710 000 4139 7077
Brian S. Masumoto                  Certified Mail 7013 1710 000 4139 7077

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
US Attorney General, Eric H. Holder, Jr.  Certified Mail 7013 1710 0000 4139 7084

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Nancy Lord, Esq.                   Certified Mail 7013 1710 0000 4139 7091
Enid N. Stuart, Esq.               Certified Mail 7013 1710 0000 4139 7091

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Joseph N. Cordaro, Esq.            Certified Mail 7013 1710 0000 4139 7107

The ResCap Borrower Claims Trust   Certified Mail 7013 1710 0000 4139 7114
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Daniel J. Flanigan                 Certified Mail 7013 1710 0000 4139 7114
Peter S. Kravitz                   Certified Mail 7013 1710 0000 4139 7114

RECEIVED

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

### DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
### DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
Court Documents were prevented, obstructed, impeded, or interfered and/or never received

**PROOF OF SERVICE**    THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD                            1

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032

## RE: DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
DECLARATION OF AFFIDAVIT OF OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
DECLARATION OF AFFIDAVIT OF OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN
AFFIDAVIT FORMUNDER NOTARY PRESENTMENT
DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

RE: OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM
UNDER NOTARY PRESENTMENTALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE

KNOW ALL MEN BY THESE PRESENTS:

**Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT and DECLARATION OF AFFIDAVIT OF OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE UNDER NOTARY PRESENTMENT and DECLARATION OF AFFIDAVIT OF OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT, ALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE.**

I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via Certified Mail. All responses by any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not too prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver,</u> Notary Public, am sending this due presentment to you to notify you, pursuant to instructions by Walter Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.

DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
DECLARATION OF TORTUROUS CLAIM BY AFFIDAVIT
Court Documents were prevented, obstructed, impeded, or interfered and/or never received

PROOF OF SERVICE        THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD        RECEIVED        2

MAR 03 2014

KURTZMAN CARSON CONSULTANTS

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

### DECLARATION OF PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL
[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**
And INCLUSIVE INVOICE for CASE # 12-12032

This record certifies that the above document was delivered via Express Mail™ and or Certified Mail by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

**All replies must be made by certified mail addressed as follows to the correct addressee and to both correct locations:**

Walter Olszewski
c/o Tanya Llanes Tarver, Notary Public
P.O. BOX 50202
Pasadena, California 91105

Walter Olszewski
104 West Loma Alta Drive
Altadena, California 91001-3933

All other replies will be certified as a non-response, and in dishonor.

March 3, 2014

Awaiting your timely response,
Regards,

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.



Tanya Llanes Tarver, Notary Public

My Commission expires: _MAR 17 2016_

LAW NOTICE: Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
DECLARATION OF <u>TORTUROUS CLAIM</u> BY AFFIDAVIT
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
**PROOF OF SERVICE**   THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD    RECEIVED   3

MAR 0 3 2014

KURTZMAN CARSON CONSULTANTS

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

COPY

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

Name and address where notices should be sent:    NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101  **91001**

Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

Name and address where payment should be sent (if different from above):
**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**
Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim.
Court Claim Number: **7321 7163, 7172, 7310 7407**
(If known)
Filed on: **2/12/2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **$22,414,193.12**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.    **8.2507 %**

2. Basis for Claim:    **Issuer of Promissory notes for $612,000.00 tendered on  10/27/2006**
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: **760-8** | 3a. Debtor may have scheduled account as: **N/A** (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☒Other
Describe:
Value of Property: $**612,000.00**    Annual Interest Rate **8.2507%** % ☐Fixed ☒Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $  **N/A**    Basis for perfection

Amount of Secured Claim: $ **$22,414,193.12**    Amount Unsecured: $ **N/A**

RECEIVED MAR -5 2014 U.S. BANKRUPTCY COURT, SDNY

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ **N/A**    (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of

8. Documents: Attached are redacted copies of any documents that support the claim, i.e., itemized statements of running accounts, contracts, judgments, mortgages, and security completed, and redacted copies of documents providing evidence of perfection of a se definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE I
If the documents are not available, please explain:    **TORTUROUS CLAIM & OBJECTIONS TO FIFTY-EIGHTH OMNIBUS**

Claim # *Hand Delivered*
Initials *TLJ*

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Walter Olszewski**
Title:  **Secured Issuer of the Credit**
Company:  **Standing and Power of Attorney**    (Signature)    3/3/2014  (Date)
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**
**626 798-4422**    *johnotrin@earthlink.net*
Telephone number:    Email:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ **$22,414,193.12**

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
MAR 0 3 2014
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.