**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- **X**

In re:                                              Chapter 11

**Residential Capital, LLC**                        Case No. **12-12020-mg**

                         Debtor.

-------------------------------------------------------- **X**

### CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, SIGNED FEBRUARY 18, 2014  (DOCUMENT
NO.: 6494) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.