**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Justin R. Bernbrock, request admission *pro hac vice* in the above-referenced chapter 11 cases to represent Ally Financial Inc. and Ally Bank. I certify that I am a member in good standing of the bar of the State of Illinois. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: March 6, 2014                                  Respectfully submitted,

                                                      */s/ Justin R. Bernbrock*
                                                      Justin R. Bernbrock
                                                      justin.bernbrock@kirkland.com
                                                      KIRKLAND & ELLIS LLP
                                                      300 North LaSalle
                                                      Chicago, IL 60654
                                                      Telephone:    (312) 862-2000
                                                      Facsimile:    (312) 862-2200

                                                      *Attorney for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Justin R. Bernbrock to be admitted *pro hac vice* to represent Ally Financial Inc. and Ally Bank, parties in interest in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois, it is hereby

**ORDERED** that Justin R. Bernbrock, Esq., is admitted to practice *pro hac vice* in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2014
New York, New York

_____
United States Bankruptcy Judge