Hearing Date:    March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED
FOR MARCH 11, 2014 OMNIBUS HEARING TO
MARCH 26, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the following matters, previously scheduled to be heard on March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "**March 11 Hearing**"), have been adjourned at the direction of the Court to **March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "**March 26 Hearing**") and will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501:

    a) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §

       362(d) [Docket No. 2401];

b) Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734], *solely as it relates to the claim filed by Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell (Claim No. 5724)*;

c) Motion of Simona Robinson for Relief from Stay [Docket No. 4948];

d) Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621];

e) Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses [Docket No. 6174];

f) The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims [Docket No. 6305]; and

g) Adversary Proceeding Pre-Trial Status Conference: *von Brincken v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01436).

**PLEASE TAKE FURTHER NOTICE** that Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161], *solely as it relates to the claims filed by James and Anne Ladd (Claim No. 4722) and William J. Futrell (Claim No. 725)*, previously scheduled to be heard at the March 11 Hearing, has been resolved and therefore no hearing is required.

**PLEASE TAKE FURTHER NOTICE** that Deutsche Bank withdrew Claim Nos. 276 and 344 and an order expunging and disallowing Claim No. 408 of Deutsche Bank has been entered by the Court; therefore, the March 11 Hearing on the Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 6074], solely as it relates to these claims, is not required.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard at the March 26 Hearing, will be going forward at that hearing:

a) Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887], *solely as it relates to the claim filed by Gwendell L. Philpot (Claim No. 5067)*;

b) Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162], *solely as it relates to the claim filed by Jacqueline Warner (Claim No. 3502)*;

c) Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 6074], *solely as it relates to the claims filed by UBS Real Estate Securities, Inc. (Claim Nos. 4200 and 4453)*;

d) Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) [Docket No. 6077], *solely as it relates to the claims filed by Freddie Mac (Claim Nos. 4875 and 4899)*;

e) The ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6448];

f) The ResCap Borrower Claims Trust's Sixtieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 6457];

g) Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6527]; and

h) Motion of James Robert Finch III for Relief from Stay [Docket No. 6530].

| | |
|---|---|
| Dated: March 6, 2014<br>　　　New York, New York | Respectfully submitted, |

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*

ny-1133458　　　　　　　　　4