MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – ASSIGNED CONTRACT CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY HEWLETT-PACKARD COMPANY (CLAIM NOS. 2224, 2226, 2231, 2234 AND 2236)**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust (the "Liquidating Trust") withdraws, without prejudice, the *Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability Borrower Claims – Assigned Contract Claims)* [Docket No. 6077] (the "Fifty-Fifth Omnibus Claims Objection") against Hewlett-Packard Company ("Hewlett-Packard").

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust's withdrawal of the Fifty-Fifth Omnibus Claims Objection as to Hewlett-Packard is on account of the court's entry of the *Stipulation and Order Resolving Objection of Hewlett-Packard Company and HP Enterprise Services, LLC to the Debtors' Proposed Assumption and Assignment of Executory Contract* [Docket No. 6616], pursuant to which Hewlett-Packard agrees to withdraw Claim Nos. 2224, 2226, 2231, 2234 and 2236 with prejudice from the official claims register maintained in

ny-1133460

the above-captioned Chapter 11 cases.

Dated: March 6, 2014  
      New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*