**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Justin R. Bernbrock to be admitted *pro hac vice* to represent Ally Financial Inc. and Ally Bank, parties in interest in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois, it is hereby

**ORDERED** that Justin R. Bernbrock, Esq., is admitted to practice *pro hac vice* in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 7, 2014         **/s/Martin Glenn**
New York, New York         United States Bankruptcy Judge