JULIO PICHARDO
1201 E SUDENE AVE
FULLERTON CA 92831

CREDITOR CLAIM# 452

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR - 6 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

|  |  |
|---|---|
| IN RE: | CASE NO. 12-12020 |
| RESIDENTIAL CAPITAL, LLC, et al | CHAPTER 11 |
|  | Proof of Claim #452 |
| Debtors |  |

MOTION FOR PAYMENT OF CLAIM NUMBER: 452
TO THE HONORABLE JUDGE: MARTIN GLENN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, N.Y. 10004

HONORABLE: MARTIN GLENN;

MY NAME IS JULIO PICHARDO. I AM HOLDER OF CLAIM #452.
I REQUEST A MOTION FOR PAYMENT OF ABOVE CLAIM.

MANY INQUIRY HAVE BEEN MADE TO FIND STATUS OF CLAIM BUT NO ANSWER TO DATE.

AS I UNDERSTAND THE OBJECTION DATE HAS PASSED ON CLAIMS & THERE HAS BEEN NO OBJECTION TO THIS CLAIM TO DATE.
THE ONLY RESPONSE MONTHS BACK WAS ITS BEING REVIEWED.

THIS CLAIM WAS FILED FOR PERSONAL INJURY IN PLACING ME IN A HOSPITAL AMONG OTHER THINGS.

RESIDENTIAL CAPITAL (GMAC) USED DECEITFUL MEANS IN DEALING WITH MY LOAN.
INCLUSIVE, CUASING EMOTIONAL DISTRESS, DEPRESSION, ANXIETY.

TO THIS EXTENT, A PROOF OF CLAIM WAS TIMELY FILED. SINCE THEN I HAVE PATIENTLY WAITED BUT NO RESPONSE HAS BEEN GIVEN TO INQUIRY OF THIS CLAIM.

THIS IS WHY I REQUEST MOTION BE GRANTED AS THIS CLAIM WAS PROPERLY FILED.

IN ADDITION I SENT RESPONSE FROM KCCLC REPRESETNATIVE ADVISING THAT GMAC HAS EMERGED FROM BANKRUPTCY.

AS JUDGE AGUIRRE IN CALIFORNIA HAS INQUIRED OF STATUS OF BANKRUPTCY, I REQUIRED RESPONSE FROM KURTZMAN & CARSON CONSULTANT.

THEY IN TURN REPONDED WITH ENCLOSED NOTICE OF EMERGENCE.
DEBTORS TRIED VARIOUS MEANS TO DELAY & DENY PAYMENTS OF CLAIMS.

*I RESPECTFULLY REQUEST MOTION TO PAY CLAIM #452 BE GRANTED.*

*ALSO A REPONSE TO JUDGE AGUIRRE OF GMAC EMERGENCE BE VERIFIED.*

*PLEASE GRANT MOTION.*

*THANK YOU*

*JULIO PICHARDO* _____