*JULIO PICHARDO*
*1201 E SUDENE AVE*
*FULLERTON CA 92831*



*UNITED STATE BANKRUPTCY COURT*
*SOUTHERN DISRICT OF NEW YORK*

---

|  |  |  |
|---|---|---|
| *RE: GMAC DOCUMENT* | ) | *CASE NO. 12-12020* |
|  | ) |  |
| *ACTION AGAINST* | ) | *ACTION FILED AGAINST OCWEN LOAN* |
| *OCWEN LOAN SERVICING* | ) | *LOAN SERVICING FOR BREACHES & VIOLATIONS* |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| | ) | |

---

*TO THE HONORABLE JUDGE: MARTIN GLENN.*

*IN THE ABOVE CALIFORNIA ACTION WITH AMENDED COMPLAINT, THE COURT IN CASE NO. 30-2012-00581642 HAS ACKNOWLEDGED RESIDENTIAL CAPITAL BANKRUPTCY STAY.*

*ENCLOSED YOU MAY FIND CONFERENCES SCHEDULED BY JUDGE MOSS & JUDGE AGUIRRE, IN WHICH THEY REQUESTED BANRUPTCY STATUS FROM GMAC REPRESENTATIVES.*

*COUNSEL FOR GMAC IS ALSO COUNSEL OF RECORD FOR OCWEN LOAN SERVICING, IN THE ABOVE ENTITLED MATTER.*

*AS OCWEN HAS CHOSEN NOT TO COMPLY WITH TERMS CONTRACT BREACHING SUCH, & HAS OPPOSED EVERY ATTEMPT FROM PLAINTIFF TO INPOSE SUCH DOCUMENTS, IN ADDITION TO OTHER VIOLATIONS, ACTION WAS COMMENCED AGAINST OCWEN*

*AS YOUR COURT HAD RULED 4/24/2013 " MATTER OUT OF JURISDICTION", IN AS MUCH AS DOCUMENTS, NECESSARY ACTION AGAINST OCWEN WAS COMMENCED AS DOE #1. NO ACTION HAS BEEN TAKEN AGAINST GMAC, ALWAYS ADVISING CALIFORNIA COURT OF GMAC STAY.*

*IN EVERY STEP OF THE WAY OCWEN LOAN SERVICING HAS TRIED TO ELUDE RESPONSIBILITY FOR DOCUMENTS OBTAINED THROUGH BANKRUPTCY COURT.*

*OCWEN BREACHES WAS & IS OUT OF THIS COURT'S JURISDICTION, AND SINCE OCWEN DOES NOT COMPLY BEACHING & OBMITTING HAS CUASED PLAINTIFF CONSIDERABLE FINANCIAL HARDSHIP. BY IT OWN ACTIONS OCWEN HAS CAUSED MORE IRREPARABLE HARM TO ME & MY FAMILY.*

*AS SEEN IN COURTS CONFERENCE SCHEDULING HAS BEEN DONE BY THE COURTS THEMSELVES TO ACQUIRE STAY STATUS, EVEN WITH COUNSEL PRESENT. VIA TELEPHONICALLY.*

*JULIO PICHARDO HAS COMPLIED WITH YOUR COURT STAY REGULATIONS & EVERY DOCUMENT CITES STAY.*

*SHOULD OCWEN TAKE THE RESPONSIBILITY TO COMFORM TO DOCUMENTS OBTAINED IN THIS COURT, IT WOULD NOT BE UNECCESSARY TO ADDRESS SUCH AT THIS TIME.*

*OCWEN COUNSEL HAS ADVISED SUBMITTING NOTICE TO BANKRUPTCY COURT OF CALIFORNIA ACTION.*

OCWEN INCOMPLIANCE NOW WOULD LIKE TO ASSERT TO YOUR COURT THAT THERE HAS BEEN ACTION THAT VIOLATES STAY.

NOTHING IS FURTHER FROM THE TRUTH.

THE ONLY REFERENCE MADE IN COMPLAINT IS THAT THIS DOCUMENT WAS OBTAINED FROM GMAC WHO OWNED THIS LOAN. ALL OTHER MATTERS HAVE BEEN DIRECTED TO OCWEN ACTIONS.

HOPEFULLY; WITH YOUR HONOR'S WISDOM WILL SEE THAT CONTINUED HARM IS BEING PERPETRATED ON ME & MY FAMILY.

BUT IN SPITE OF THIS, THE STAY IS BEING OBSERVED. CALIFORNIA JUDGES HAVE NOT PROCEEDED ON (GMAC) RESIDENTIAL CAPITAL DUE TO STAY, UNTIL YOUR COURT ADVISES SO.

SHOULD SUMMARY BE REQUIRED BY CALIFORNIA COURT, IN ACKNOWLEDGING STAY, FEEL FREE TO REQUEST IT. COPY OF ENCLOSED COURTS SCHEDULE RECORD SHOULD SUFFICE.

I SUBMITT THAT ALL OFFENSES HAVE BEEN COMITTED AGAINST US.

AT NO TIME HAVE WE CAUSED ANYONE HARM OR EVIL INTENT.

ALL ACTION WAS BROUGHT ABOUT AGAINST OCWEN FOR OBMISSION, & OFFENSES COMITTED SINCE FEBRUARY 2013 TO PRESENT DATE.

YOU MAY FIND SOME EVIDENCE SHOWING OCWEN'S AGRIGOUS OFFENSES.

SHOULD THERE BE ANY SUGGESTIONS TO BE RELAYED TO CALIFORNIA'S COURT, PLEASE INFORM ME.

THANK YOU FOR YOUR UNDERSTANDING IN SUCH IMPORTANT MATTER.

JULIO PICHARDO

Case Summary:

| Case Id: | 30-2012-00581642-CU-CL-CJC |
|---|---|
| Case Title: | JULIO PICHARDO VS. GMAC MORTGAGE |
| Case Type: | OTHER COLLECTIONS |
| Filing Date: | 07/06/2012 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 7 pages | ☐ |
| 2 | CIVIL CASE COVER SHEET FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 2 pages | ☐ |
| 3 | REQUEST TO WAIVE COURT FEES FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | NA | |
| 4 | CASE ASSIGNED TO JUDICIAL OFFICER MOSS, ROBERT ON 07/06/2012. | 07/06/2012 | | 1 pages | ☐ |
| 5 | PICHARDO, JULIO REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 07/06/2012. | 07/06/2012 | | 2 pages | ☐ |
| 6 | SUMMONS ISSUED AND FILED FILED BY PICHARDO, JULIO ON 07/06/2012 | 07/06/2012 | | 1 pages | ☐ |
| 7 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 11/05/2012 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 07/09/2012 | | 2 pages | |
| 8 | PROOF OF SERVICE OF SUMMONS FILED BY PICHARDO, JULIO ON 07/16/2012 | 07/16/2012 | | 1 pages | ☐ |
| 9 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 11193851 AND RECEIPT NUMBER 11017743. | 07/30/2012 | | 1 pages | ☐ |
| 10 | NOTICE OF STAY (BANKRUPTCY) FILED BY GMAC MORTGAGE ON 07/30/2012 | 07/30/2012 | | 24 pages | ☐ |
| 11 | REVIEW HEARING SCHEDULED FOR 07/15/2013 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 11/05/2012 | | NV | |
| 12 | THE REVIEW HEARING IS SCHEDULED FOR 07/15/2013 AT 08:30 AM IN DEPARTMENT C23. | 11/05/2012 | | NV | |
| 13 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 11/05/2012 08:30:00 AM. | 11/05/2012 | | 1 pages | ☐ |
| 14 | E-FILING TRANSACTION 2158547 RECEIVED ON 11/06/2012 09:14:13 AM. | 11/09/2012 | | NV | |
| 15 | NOTICE OF HEARING FILED BY GMAC MORTGAGE ON 11/06/2012 | 11/06/2012 | | 3 pages | ☐ |
| 16 | CORRESPONDENCE | 01/23/2013 | | 18 pages | ☐ |
| 17 | SUBSTITUTION OF ATTORNEY FILED BY PICHARDO, JULIO ON 07/15/2013 | 07/15/2013 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 18 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 12/16/2013 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 07/15/2013 | | NV | |
| 19 | THE CMC: BANKRUPTCY REMOVAL IS SCHEDULED FOR 12/16/2013 AT 08:30 AM IN DEPARTMENT C23. | 07/15/2013 | | NV | |
| 20 | MINUTES FINALIZED FOR REVIEW HEARING 07/15/2013 08:30:00 AM. | 07/15/2013 | | 1 pages | |
| 21 | E-FILING TRANSACTION 339914 RECEIVED ON 07/18/2013 03:53:49 PM. | 07/19/2013 | | NV | |
| 22 | NOTICE OF HEARING FILED BY GMAC MORTGAGE ON 07/18/2013 | 07/18/2013 | | 3 pages | ☐ |
| 23 | AMENDMENT TO COMPLAINT FILED BY PICHARDO, JULIO ON 10/23/2013 | 10/23/2013 | | 1 pages | ☐ |
| 24 | PROOF OF PERSONAL SERVICE FILED BY PICHARDO, JULIO ON 11/01/2013 | 11/01/2013 | | 5 pages | ☐ |
| 25 | PROOF OF SERVICE FILED BY PICHARDO, JULIO ON 11/01/2013 | 11/01/2013 | | 1 pages | ☐ |
| 26 | E-FILING TRANSACTION 2291764 RECEIVED ON 11/11/2013 11:46:58 AM. | 11/12/2013 | | NV | |
| 27 | DEMURRER TO COMPLAINT FILED BY OCWEN LOAN SERVICING ON 11/12/2013 | 11/12/2013 | | 12 pages | ☐ |
| 28 | REQUEST FOR JUDICIAL NOTICE FILED BY OCWEN LOAN SERVICING ON 11/12/2013 | 11/12/2013 | | 21 pages | ☐ |
| 29 | PROPOSED ORDER RECEIVED ON 11/12/2013. | 11/12/2013 | | 4 pages | ☐ |
| 30 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER, 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 465.00, TRANSACTION NUMBER 11494330 AND RECEIPT NUMBER 11318242. | 11/12/2013 | | 1 pages | ☐ |
| 31 | DEMURRER TO COMPLAINT SCHEDULED FOR 02/07/2014 AT 10:00:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 11/12/2013 | | NV | |
| 32 | OPPOSITION FILED BY PICHARDO, JULIO ON 11/15/2013 | 11/15/2013 | | 45 pages | ☐ |
| 33 | E-FILING TRANSACTION 4111882 RECEIVED ON 11/22/2013 02:57:19 PM. | 11/25/2013 | | NV | |
| 34 | REPLY TO OPPOSITION FILED BY GMAC MORTGAGE; OCWEN LOAN SERVICING ON 11/22/2013 | 11/22/2013 | | 5 pages | ☐ |
| 35 | PROOF OF SERVICE BY MAIL (RE OPPOSITION) FILED BY PICHARDO, JULIO ON 11/22/2013 | 11/22/2013 | | 5 pages | ☐ |
| 36 | | 11/25/2013 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | REPLY TO OPPOSITION FILED BY PICHARDO, JULIO ON 11/25/2013 | | | | |
| 37 | PROOF OF SERVICE BY MAIL (REPLY TO OPPOSITION) FILED BY PICHARDO, JULIO ON 11/25/2013 | 11/25/2013 | | 2 pages | ☐ |
| 38 | REPLY TO OPPOSITION FILED BY PICHARDO, JULIO ON 12/02/2013 | 12/02/2013 | | 2 pages | ☐ |
| 39 | PROOF OF SERVICE BY MAIL FILED BY PICHARDO, JULIO ON 12/02/2013 | 12/02/2013 | | 3 pages | ☐ |
| 40 | CASE REASSIGNED TO FREDERICK AGUIRRE EFFECTIVE 01/06/2014. | 12/16/2013 | | 2 pages | ☐ |
| 41 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 02/07/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 12/16/2013 | | NV | |
| 42 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 02/07/2014 AT 08:30 AM IN THIS DEPARTMENT. | 12/16/2013 | | NV | |
| 43 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 12/16/2013 08:30:00 AM. | 12/16/2013 | | 1 pages | ☐ |
| 44 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 12/16/2013 | | 1 pages | ☐ |
| 45 | PROOF OF SERVICE FILED BY PICHARDO, JULIO ON 12/30/2013 | 12/30/2013 | | 9 pages | ☐ |
| 46 | CMC: BANKRUPTCY REMOVAL REASSIGNED TO C23 AT CENTRAL JUSTICE CENTER ON 02/07/2014 AT 08:30:00 AM. | 01/06/2014 | | NV | |
| 47 | DEMURRER TO COMPLAINT REASSIGNED TO C23 AT CENTRAL JUSTICE CENTER ON 02/07/2014 AT 10:00:00 AM. | 01/06/2014 | | NV | |
| 48 | NOTICE - OTHER (BANKRUPTCY EMERGENCE OF GMAC RES CAP, LLC) FILED BY PICHARDO, JULIO ON 01/23/2014 | 01/23/2014 | | 6 pages | ☐ |
| 49 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 05/19/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 02/07/2014 | | NV | |
| 50 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 05/19/2014 AT 08:30 AM IN THIS DEPARTMENT. | 02/07/2014 | | NV | |
| 51 | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 02/07/2014 08:30:00 AM. | 02/07/2014 | | 2 pages | ☐ |
| 54 | CMC: BANKRUPTCY REMOVAL SCHEDULED FOR 05/19/2014 AT 08:30:00 AM IN C23 AT CENTRAL JUSTICE CENTER. | 02/07/2014 | | NV | |
| 55 | CMC: BANKRUPTCY REMOVAL CONTINUED TO 05/19/2014 AT 08:30 AM IN THIS DEPARTMENT. | 02/07/2014 | | NV | |
| 56 | | 02/07/2014 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | MINUTES FINALIZED FOR CMC: BANKRUPTCY REMOVAL 02/07/2014 08:30:00 AM. | | | | |
| 57 | E-FILING TRANSACTION 4143939 RECEIVED ON 02/10/2014 10:54:07 AM. | 02/11/2014 | | *NV* | |
| 58 | NOTICE OF HEARING FILED BY OCWEN LOAN SERVICING ON 02/10/2014 | 02/10/2014 | | 3 pages | ☐ |
| 59 | NOTICE OF RULING FILED BY OCWEN LOAN SERVICING ON 02/10/2014 | 02/10/2014 | | 3 pages | ☐ |
| 60 | AMENDED COMPLAINT (FIRST) FILED BY PICHARDO, JULIO ON 02/24/2014 | 02/24/2014 | | 29 pages | ☐ |
| 61 | E-FILING TRANSACTION 2313642 RECEIVED ON 02/27/2014 03:24:38 PM. | 02/28/2014 | | *NV* | |
| 62 | NOTICE - OTHER (OF BANKCRUPTCY) FILED BY GMAC MORTGAGE; OCWEN LOAN SERVICING ON 02/27/2014 | 02/27/2014 | | 25 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| GMAC MORTGAGE | DEFENDANT | | 07/06/2012 | |
| SEVERSON & WERSON | ATTORNEY | | 11/12/2013 | |
| BAHADORI & THOMAS, LLP | ATTORNEY | | 07/06/2012 | |
| JULIO PICHARDO | PLAINTIFF | | 07/06/2012 | |
| OCWEN LOAN SERVICING | DEFENDANT | | 10/23/2013 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| CMC: BANKRUPTCY REMOVAL | 05/19/2014 | 08:30 | C23 | AGUIRRE |
| DEMURRER TO COMPLAINT | 02/07/2014 | 10:00 | C23 | AGUIRRE |

Print this page

2.      Plaintiff is informed and believes and based thereon alleges that Defendant GMAC MORTGAGE ("GMAC") is a residential lending service company authorized to do business in the State of California, including the County of Orange.  Plaintiff is further informed and believes and based thereon alleges that in May 2012, Defendant GMAC MORTGAGE entered into Chapter 11 Bankruptcy.

3.      Plaintiff is informed and believes and based thereon alleges that Defendant OCWEN LOAN SERVICING ("OWEN") sued herein as DOE 1 is a residential lending service company authorized to do business in the State of California, including the Count of Orange.  Plaintiff is further informed and believes and based thereon alleges that OCWEN LOAN SERVICING purchased the mortgage portfolio of Defendant GMAC MORTGAGE and serviced the loans of former GMAC customers, including Plaintiff.

4.      Plaintiff is ignorant of the true names and capacities of defendants sued as DOES 2 through 100, inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff believes that each fictitiously sued defendant was in some way responsible for the acts alleged in the complaint.  Plaintiff will amend his complaint to allege the true names and capacities when ascertained.

## FACTUAL ALLEGATIONS

5.      Plaintiff is an individual with modest means and limited fixed income.

6.      In 1991 Plaintiff purchased the real property located at 1201 East Sudene Avenue, Fullerton, California 92831.

7.      On or about August 5, 2009, after months of negotiation and proof of financial hardship Plaintiff received preliminary approval from GMAC Mortgage for a loan modification

---

**FIRST AMENDED COMPLAINT**

- 2 -