- **Stipulation and Order Authorizing Withdrawal of Proofs of Claim Numbered 6841 and 6842** [Docket No. 6508]

Dated: March 7, 2014

_____
Leticia Salas

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th of March, 2014, by Leticia Salas, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> LYDIA PASTOR NINO
> Commission # 1960751
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 18, 2015