# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC *et al.*,                     Chapter 11
              Debtors                     Case No. 12-12020 (MG)
                               Administratively Consolidated

## MOTION TO WITHDRAW NOTICE OF APPEAL

**NOW COMES** Wendy Alison Nora and moves the Court to all her to withdraw her Notice of Appeal (Doc. 4790) because her issues with the Debtors have been resolved.

Dated at Madison, Wisconsin this 8th day of March, 2014.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone (612) 333-4144
Facsimile (608) 497-1026
accesslegalservices@gmail.com

## UNSWORN DECLARATION OF SERVICE

Wendy Alison Nora declares, under penalty of perjury, that she filed the above-captioned document with the United States Bankruptcy Court for the Southern District of New York on March 8, 2014 by CM/ECF and thereby served the same on all parties capable of service thereby.

*/s/ Wendy Alison Nora*
Wendy Alison Nora