**NEW YORK SOUTHERN DISTRCT BANKRUPTCY COURT**
**ONE BOWLING GREEN**
**NEW YORK, N.Y. 10004-1408**

2/10/2014

ATT: JUDGE GLENN MARTIN'S CHAMBERS
RE: GMAC RESCAP BANKRUPTCY EMERGENCE
CASE: 12-12020

PLEASE BE ADVISED THAT RESCAP HAS SENT ENCLOSED RESPONSE OF BANKRUPTCY STATUS REQUEST.

VERIFICATION IS REQUIRED FROM CHAMBERS, OF BANKRUPTCY, PER ENCLOSED EMERGENCE NOTICE.

YOUR RESPONSE IS GREATLY APPRECIATED.

1201 E. SUDENE AVE FULLERTON CA, 92831       TEL/FAX 714 447-4207

JULIO PICHARDO _____

FEB 14 2014

| | |
|---|---|
| Subject: | Residential Capital Bankruptcy Case Status |
| From: | William Howard (whoward@kccllc.com) |
| To: | rj7sam1@yahoo.com; |
| Date: | Wednesday, January 22, 2014 9:38 AM |

Julio,

 The debtor's Plan has gone effective, essentially the company has emerged from bankruptcy. However, the company liquidated their assets and are not continuing to operate. Please see the Confirmation Order below:

Notice of Confirmation Order and Effective Date 

If you have further questions, please let me know.

Regards,

Bill Howard
Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245
tel 310.823.9000
whoward@kccllc.com
www.kccllc.com

FEB 1 4 2014

*****************************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
*****************************************************************************

Docket #6137  Date Filed: 12/17/2013

| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & |
| Gary S. Lee | FRANKEL LLP |
| Lorenzo Marinuzzi | Kenneth H. Eckstein |
| Todd M. Goren | Douglas H. Mannal |
| Jennifer L. Marines | Stephen D. Zide |
| 1290 Avenue of the Americas | Rachael L. Ringer |
| New York, New York 10104 | 1177 Avenue of the Americas |
| Telephone: (212) 336-4323 | New York, New York 10036 |
| Facsimile: (212) 468-7900 | Telephone: (212) 715-3280 |
| | Facsimile: (212) 715-8000 |
| *Counsel for the Debtors and* | |
| *Debtors in Possession* | *Counsel for the Official Committee of* |
| | *Unsecured Creditors* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                  :   Chapter 11
                                        :
Residential Capital, LLC, et al.,       :   Case No. 12-12020 (MG)
                                        :
                    Debtors.            :   Jointly Administered
                                        :
------------------------------------------------------------ x

**NOTICE OF ENTRY OF CONFIRMATION ORDER CONFIRMING
THE SECOND AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY
RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND OCCURRENCE OF EFFECTIVE DATE**

1.    **Confirmation of the Plan**. On December 11, 2013, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered the *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065] (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (as may be amended, modified or supplemented from time to time, the "**Plan**").[1]

2.    **Effective Date**. On December 17, 2013, pursuant to the satisfaction of the conditions set forth in Article X.B of the Plan, the Effective Date of the Plan occurred, and the Plan was substantially consummated.

3.    **Bar Date for Administrative Claims.** Except as otherwise provided in Article II.A of the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of an Administrative Claim accrued on or before the Effective Date must be made in writing, conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court Southern District of New York (the "**Local Bankruptcy Rules**"), be filed with the Bankruptcy Court, and served on the Plan Proponents or the Liquidating Trust, as applicable, so as to be received **no later than January 16, 2014** (the "**Administrative Claims Bar Date**"). Holders of Administrative Claims that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, the

---

[1]    Capitalized terms used but not otherwise defined herein shall have the mean
ny-1121529



Plan Trusts, or their assets or properties, and such Administrative Claims shall be deemed discharged as of the Effective Date.

4. **Deadline for Professional Claims**. All final requests for payment of Professional Claims and expenses for services rendered before the Effective Date, including any holdback amounts, must be filed with the Bankruptcy Court and served on the Debtors and the Liquidating Trust so as to be actually received **no later than March 3, 2014**, and must comply with the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and the procedures established by the Bankruptcy Code and prior Bankruptcy Court orders.

5. **Access to Court Documents.** The Confirmation Order, the Plan, copies of the documents included in the Plan or any other document filed in these Chapter 11 Cases are available: (a) by calling the Debtors' restructuring hotline at (888) 251-2914 or by visiting the Debtors' restructuring website at www.kccllc.net/rescap, or (b) for a fee via PACER by visiting www.nysb.uscourts.gov.

---

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE DEBTORS' RESTRUCTURING HOTLINE AT (888) 251-2914**

---

Dated: December 17, 2013
New York, New York

Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 336-4323
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachael L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors*