my 2nd request

RECEIVED
MAR -7 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

NEW YORK BANKRUPTCY COURT
SOUTHERN DIVISION NY

RE: Residential Capital         No 12-12020

## MOTION - CHANGE OF ADDRESS & REQUEST INFORMATION OF WHO IS IN CHARGE OF MY CASE

I, Anaissa Beth Gerwald, requests this court information of the Representants on my case under Anaissa Beth Gerwald, with the location of 12 Bluegrass Ln, Savannah, GA 31405.

I have not receive any updates since 12/1/13, Dec. 1 2013. I request updates on my matter, and any motions within.

I also request the Court to pls. change my address (mailing) temporal 'til May 19, 2014 to:
  C/o Anaissa Beth Gerwald
  12317 Hwy GA 251
  Darien, GA 31305

RESPECTFULLY,

[signature]

February 25, 2014

1. Gerwald
7 Hwy GA 251
'an, GA 31305

JACKSONVILLE FL 320

04 MAR 2014 PM 3 L



RECEIVED
MAR -7 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

NY Bk Court #12-12020
1 Bowling Green
625
New York, NY 10004

USMB SDNY

10004141599