# PROOF OF SERVICE
## Case No. 12-12020 (MG) In re Residential Capital, LLC et al.



**Delivery by U.S. Mail**: Proof of Service by Mail.

I, Kenny Andrus, declare that I am over the age of eighteen years and not a party to the action. My address is

P.O. Box 2295
Redondo Beach, CA 90278

On, March 5, 2014, I served conforming copies of the Motion for Payment by placing a true copy in the United States mail enclosed in a sealed envelope with postage fully prepaid, addressed to as follows:

**United States Bankruptcy Court**
Honorable Judge Martin Glenn
Southern District of New York
One Bowling Green
New York, NY 10004

**Counsel to the Debtors**
Norman Rosenabaum
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

**Counsel to the Official Committee of Unsecured Creditors**
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Office of the United States Trustee**
William K. Harrington
201 Varick Street, Suite 1006
New York, NY 10004

**Counsel to the Examiner**
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

KCC
ATTN: RESCAP
2335 Alaska Avenue
El Segundo, CA 90245

The ResCap Borrower Claims Trust
Peter S. Kravitz, Esq., Trustee
Solution Trust
29209 Canwood Street
Agoura Hills, CA 91301

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5th, 2014 in Los Angeles, California.

_[signed] MAR. 5, 2014_
Signature

KENNY ANDREWS
Type or Print Name