Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle
David A. Beck (admitted *pro hac vice*)
CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, NY 10036
Phone:  (212) 837-1110

*Special Litigation Counsel to the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------- ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ------------------------------------------------------- ) | | |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT**
**DOCUMENTATION) SOLELY AS IT RELATES TO THE CLAIMS FILED**
**BY UBS REAL ESTATE SECURITIES INC. TO A DATE TO BE DETERMINED**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Second Omnibus*

*Objection to Claims (Insufficient Documentation)* [Docket No. 6074] (the "Objection"),

previously scheduled to be heard on March 26, 2014 at 10:00 A.M. (Prevailing Eastern Time),

solely as it relates to the proofs of claim filed by UBS Real Estate Securities Inc. ("UBS")

(Claim Nos. 4200 and 4453), has been adjourned by mutual agreement to a date yet to be

determined.  The ResCap Liquidating Trust will provide at least 21 days notice to the Court and

UBS regarding the omnibus hearing at which they intend to proceed on the Objection.

**PLEASE TAKE FURTHER NOTICE** that the ResCap Liquidating Trust's reply, if

any, in connection with the Objection shall be filed at least 14 days before any such hearing.

**PLEASE TAKE FURTHER NOTICE that nothing herein shall prejudice the right**

1

**of the ResCap Liquidating Trust to withdraw the Objection or file an objection to Claim**

**Nos. 4200 and 4453** on any grounds not raised in the Objection.  Nothing contained herein shall

prejudice the right of UBS to file a response to any such additional objection.

Dated: March 12, 2014

/s/ David A. Beck

Jeffrey A. Lipps (admitted *pro hac vice*)
lipps@carpenterlipps.com
Jennifer A.L. Battle
battle@carpenterlipps.com
David A. Beck (admitted *pro hac vice*)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, NY 10036
Phone:  (212) 837-1110

*Special Litigation Counsel to the ResCap Liquidating Trust*