**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, Massachusetts 02110
(617) 422-0200
Hale Yazicioglu, Esq.

*Attorneys for Iron Mountain Information Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Iron Mountain Information Management, LLC, in connection with the above-captioned matter. Frank F. McGinn, Esq., will continue to represent Iron Mountain Information Management, LLC in this case.

Dated: Boston, Massachusetts
       March 13, 2014

                                    BARTLETT HACKETT FEINBERG P.C.
                                    *Attorneys for Iron Mountain Information
                                    Management, LLC*

                            By:     /s/ Hale Yazicioglu
                                    HALE YAZICIOGLU
                                    155 Federal Street, 9th Floor
                                    Boston, MA 02110
                                    (617) 422-0200