BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, Massachusetts 02110
Tel: (617) 422-0200
Fax: (617) 896-6275
Hale Yazicioglu, Esq.
e-mail: hy@bostonbusinesslaw.com

*Attorneys for Iron Mountain Information Management, LLC.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                                    Chapter 11

RESIDENTIAL CAPITAL, LLC, et al.,                Case No. 12-12020 (MG)
                                                                              (Jointly Administered)
                          Debtors.
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

 I, **HALE YAZICIOGLU**, an attorney duly admitted to practice law before this Court, hereby certify that on the 13th day of March, 2014, I served a copy of the **NOTICE OF WITHDRAWAL OF APPEARANCE,** upon the attorneys and parties registered with the Court through its ECF system.

 Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  Boston, Massachusetts
   March 13, 2014


             /s/ Hale Yazicioglu
             HALE YAZICIOGLU
             BARTLETT HACKETT FEINBERG P.C.
             155 Federal Street
             9th Floor
             Boston, MA 02215
             (617) 422-0200

1