**Presentment Date and Time:  March 24, 2014 at 12:00 p.m. (ET)**
**Objection Deadline:  March 21, 2014 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for The Debtors and*
*The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------- ) | |
| In re:                                      ) | Case No. 12-12020 (MG) |
|                                             ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,           ) | Chapter 11 |
|                                             ) | |
|                           Debtors.          ) | Jointly Administered |
| ----------------------------------------------------------- ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **March 24, 2014 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

NY-1124474

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **March 21, 2014 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for the ResCap Liquidating Trust, Morrison &

Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Norman S.

Rosenbaum, Erica J. Richards, and James A. Newton); (b) the Office of the United States

Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY

10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the

United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW,

Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the

New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord and

Enid N. Stuart); (e) Office of the U.S. Attorney for the Southern District of New York, One St.

Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro); (f) counsel for Ally Financial

Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M.

Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden,

Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,  NY 10036 (Attn: Ken

Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer

Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn:

Kenneth Eckstein & Greg Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford

Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco &

Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355

South Grand Avenue, Los Angeles, CA, 90071 (Attn: Seth Goldman & Thomas B. Walper);

NY-1124474

(k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight

mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities

and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400,

New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (m) counsel for

the Requesting Party, Rosicki, Rosicki, Associates, P.C., 51 E. Bethpage Road, Plainview, NY

11803 (Attn: Eric S. Sheidlower).

       **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated: March 14, 2014                    Respectfully submitted,
      New York, New York

                                 /s/ Norman S. Rosenbaum
                                 Norman S. Rosenbaum
                                 Erica J. Richards
                                 James A. Newton
                                 MORRISON & FOERSTER LLP
                                 1290 Avenue of the Americas
                                 New York, New York 10104
                                 Telephone: (212) 468-8000
                                 Facsimile: (212) 468-7900

                                 *Counsel for The Debtors and*
                                 *The ResCap Liquidating Trust*

NY-1124474

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-----------------------------------------------------------------

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** LoanCare Mortgage Servicing ("**Requesting Party**"), as Servicer for Freedom Mortgage Co. asserts that it holds a mortgage and security interest on lands and premises of Richard H. Epstein with an address of 1827 County Road 1, Westtown, NY 10998 (the "**Mortgaged Property**");

**WHEREAS** the relevant land records reflect that GMAC Mortgage, LLC, one of the above-captioned Debtors (the "**Debtors**" and, together with Requesting Party, the "**Parties**") also hold a lien on the Mortgaged Property;

**WHEREAS** the Requesting Party has requested (the "**Request**") relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), to commence and complete the foreclosure of its interests in the Mortgaged Property;

**WHEREAS** the Debtors, following a review of their records have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Property;

**WHEREAS** the Debtors have agreed to consent to the Request on the terms and conditions contained in this Stipulation and Order;

NY-1106051

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Request is granted as set forth herein.

2. The automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow the Requesting Party to commence and/or complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors or the ResCap Liquidating Trust, to contest the validity, priority, or amount of any or all of Requesting Party's lien in the Mortgaged Property with respect to any other lien on the Mortgaged Property in any foreclosure proceeding.

4. The Requesting Party shall provide due notice to the Debtors and Ocwen Loan Servicing, LLC[1] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to proceeding with a sale of the Mortgaged Property.

5. By entering into this Stipulation and Order, Requesting Party hereby represents that it is an agent for and has the authority to seek relief from the automatic stay on behalf of Freedom Mortgage Company.

6. This Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

---

[1] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

7.      This Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

8.      Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay of this Order imposed by such rule is waived.  The Requesting Party is authorized to implement the provisions of this Order immediately upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

| | |
|---|---|
| GMAC MORTGAGE, LLC<br><br><br>By: /s/  Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*The ResCap Liquidating Trust* | LOANCARE MORTGAGE SERVICING, AS SERVICER FOR FREEDOM MORTGAGE CO.<br><br>By: /s/ Eric S. Sheidlower<br>Eric S. Sheidlower<br>**ROSICKI, ROSICKI, ASSOCIATES, P.C.**<br>51 E. Bethpage Road<br>Plainview, New York 11803<br>Telephone:  (516)741-2585<br>Facsimile:  (516) 873-7243<br><br>*Counsel for LoanCare Mortgage Servicing, as*<br>*Servicer for Freedom Mortgage Co.* |

APPROVED AND SO ORDERED
This ___ day of March, 2014, in New York, NY.


_____

**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**