GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Scott A. Humphries, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile:  (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090

-AND-

ROPES & GRAY LLP
D. Ross Martin, Esq. (DM-2947)
Steven T. Hoort, Esq. (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Attorneys for the Ad Hoc RMBS Holder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Steven T. Hoort, Esq., of the firm Ropes & Gray LLP,

41640772_1

hereby withdraws as counsel for the Ad Hoc RMBS Holder Group, and requests to be removed from all notice and service lists in this case.[1]

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Steven T. Hoort, Esq., and does not impact the representation of the Ad Hoc RMBS Holder Group by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: March 17, 2014
       Boston, MA

By */s/* Steven T. Hoort
Steven T. Hoort
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

---

[1] Mr. Hoort retired as a partner with Ropes & Gray LLP on January 31, 2014.

41640772_1