Indexed Thru: 4/11/2012

7 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|---|---|---|---|---|---|---|---|---|
| 2003100227 PDF TIFF | 11/07/2003 | NEESE CYNTHIA G SMITH PHILIP A | JACKSON CORLA | VENDORS LIEN DEED | 5490 | 1847 | | L 1 COPELAND ISLAND ESTS |
| 2004042905 PDF TIFF | 06/10/2004 | NEESE CYNTHIA G SMITH CYNTHIA G SMITH PHILLIP A | JACKSON CORLA | CANCELLATION OF VENDORS LIEN DEED | 5605 | 1909 | | L 1 COPELAND ISL ESTS |
| 2004042906 PDF TIFF | 06/10/2004 | JACKSON CORLA | OPTION ONE MTG CORP | MORTGAGE | 5605 | 1910 | | L 1 COPELAND ISL ESTS |
| 2007034520 PDF TIFF | 05/08/2007 | TOWN & COUNTRY ROOFING CONTR L | CORLA INTL JACKSON CORLA | LIEN: HOSPITAL, JUDGMENT, MECHANIC, SEWER, TAX | 6179 | 686 | | |
| 2007035071 PDF TIFF | 05/09/2007 | CORLA INTL JACKSON CORLA | NAME OMITTED | LIEN: HOSPITAL, JUDGMENT, MECHANIC, SEWER, TAX | 6180 | 911 | | M/LIEN L 1 COPELAND ISL ESTS |
| 2010008851 PDF TIFF | 02/23/2010 | JACKSON CORLA | FLORIDA GAS TRANSM1SSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6628 | 734 | | LOT 1 COPELAND ISLAND ESTATES AS RECORDED IN MAP BOOK 81 PAGE 94 |
| 2010024702 PDF TIFF | 05/10/2010 | JACKSON CORLA | FLORIDA GAS TRANSMISSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6653 | 1980 | | SECTION 23 TOWNSHIP 5 SOUTH RANGE 4 WEST (BOOK 6628 PAGE 734) |

New Search

WHEN RECORDED MAIL TO:
OPTION ONE MORTGAGE CORPORATION
P.O. BOX 57096
IRVINE, CA 92619-7096
ATTN: RECORDS MANAGEMENT

28.50
360.00
388.50
10.00
398.50
2.00
400.50

2004042906 Book-5605 Page-1916
Total Number of Pages: 11

Heritage Title LLC   $240,000.00

Loan Number: ⬛⬛⬛8367
Servicing Number: 001347464-9

[Space Above This Line For Recording Data]

# MORTGAGE

THIS MORTGAGE ("Security Instrument") is given on  May 26, 2004        . The grantor is
CORLA JACKSON, A  SINGLE WOMAN

("Borrower"). This Security Instrument is given to

Option One Mortgage Corporation, a California Corporation

which is organized and existing under the laws of CALIFORNIA                    , and whose
address is

3 Ada, Irvine, CA  92618

("Lender"). Borrower owes Lender the principal sum of
TWO HUNDRED FORTY THOUSAND
. . . AND NO/100THS         Dollars (U.S. $ 240,000.00        ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides
for monthly payments, with the full debt, if not paid earlier, due and payable on  July 01, 2034
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and
all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced
under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's
covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby
mortgage, grant and convey to Lender and Lender's successors and assigns, with power of sale, the following
described property located in
                                                     Mobile                         County, Alabama:

02-35-06-23-0-000-002.010
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF.

State of Alabama - Mobile County
I certify this instrument was filed on:

Thu, Jun-10-2004 @ 2:13:56PM
RECORDING FEE           28.50
SURCHARGE               10.00
S. R. FEE                2.00
MORTGAGE TAX           360.00
TOTAL AMOUNT          $400.50

2004042906
Don Davis, Judge of Probate

which has the address of 13230  TOM GASTON RD, MOBILE

Alabama       36695-8658            ("Property Address");                     [Street, City],
             [Zip Code]

TO HAVE AND TO HOLD this property unto Lender and Lender's successors and assigns, forever,
together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and
fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this
Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

ALABAMA - Single Family
Page 1 of 7                                                                ALD10011.wp (11-30-01)

C.J.

12-12020-mg Doc 6660 Filed 03/14/14 Entered 03/17/14 18:09:06 Main Document
12-12020-mg Doc 5100-13 Filed 09/19/17 Entered 09/19/17 Page 79 of Exhibit J
to Declaration Pg 80 of 99

| A. U.S. Department of Housing and Urban Development | | B. Type of Loan | | |
|---|---|---|---|---|
| | | 1. [ ] FHA | 2. [ ] FMHA | 3. [ ] Conv. Unins. |
| | | 4. [ ] VA | 5. [ ] Conv. Ins. | [X] Other. |
| | | 6. File Number 401582 | | 7. Loan Number |

### Settlement Statement

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

D. Name of Borrower: Cutis Jackson

E. Name of Seller:

F. Name of Lender: Option One Mortgage Corporation, 1855 Parkwood Circle SE, Atlanta, GA 30339-2147

G. Property Location: 13330 Tom Gaston Rd, Mobile, AL

H. Settlement Agent: Heritage Title, LLC (228) 265-7152

Place of Settlement: TIN: 03-1202723

I. Settlement Date: 5/28/2004    Proration Date: 5/1/2004

| | | | | | |
|---|---|---|---|---|---|
| 100. | Gross amount due from borrower: | | | 400. | Gross amount due to seller: |
| 101. | Contract sales price | | | 401. | Contract sales price |
| 102. | Personal property | | | 402. | Personal property |
| 103. | Settlement charges to borrower (line 1400) | 234,766.18 | | 403. | |
| 104. | Pay off of Vendors Lien | 5,000.00 | | 404. | |
| 105. | Pay off of Vendors Lien | 5,000.00 | | 405. | |
| 106. | | | | 406. | |
| 107. | County taxes | | | 407. | County taxes |
| 108. | Assessments | | | 408. | Assessments |
| 109. | | | | 409. | |
| 110. | | | | 410. | |
| 111. | | | | 411. | |
| 112. | | | | 412. | |
| 120. | Gross amount due from borrower: | 244,766.18 | | 420. | Gross amount due to seller: | 0.00 |
| 201. | Deposit or earnest money | | | 401. | Excess deposit (see instructions) |
| 202. | Principal amount of new loan(s) | 245,000.00 | | 402. | Settlement charges to seller (line 1400) | 0.00 |
| 203. | Existing loan(s) taken subject to | | | 403. | Existing loan(s) taken subject to |
| 204. | | | | 404. | Payoff of first mortgage loan |
| 205. | | | | 405. | Payoff of second mortgage loan |
| 206. | | | | 406. | |
| 207. | | | | 407. | |
| 208. | Lender Credit to Borrower | 4,800.00 | | 408. | |
| 210. | | | | 510. | |
| 211. | County taxes | | | 511. | County taxes |
| 212. | Assessments | | | 512. | Assessments |
| 213. | | | | 513. | |
| 214. | | | | 514. | |
| 215. | | | | 515. | |
| 216. | | | | 516. | |
| 217. | | | | 517. | |
| 218. | | | | 518. | |
| 219. | | | | 519. | |
| 220. | Total paid by/for borrower: | 249,800.00 | | 520. | Total reduction in amount due seller: | 0.00 |
| 301. | Gross amount due from borrower (line 120) | 244,766.18 | | 601. | Gross amount due to seller (line 420) | 0.00 |
| 302. | Less amount paid by/for borrower (line 220) | 249,800.00 | | 602. | Less total reduction in amount due seller(line 520) | 0.00 |
| 303. | CASH (FROM )(TO BORROWER) | 33.82 | | 603. | CASH (FROM )(TO SELLER) | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT – The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is not asked, lines 405 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTION – If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Heritage Title, LLC (228) 265-7152 with your correct taxpayer identification number.
If you do not provide Heritage Title, LLC (228) 265-7152 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

| 700. | Total sales/broker commission | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ | | | | |
| 702. | $ | | | | |
| 703. | Commission paid at settlement | | | | |
| 704. | | | | | |
| **800.** | **Items payable in connection with loan** | | | | |
| 801. | Loan origination fee | | | | |
| 802. | Loan discount | | | | |
| 803. | Appraisal fee | | | | |
| 804. | Credit report | to | Colorado Federal Savings Bank | POC$ 300.00 | |
| 805. | Lender's inspection fee | | | | |
| 806. | Mortgage insurance application fee | | | | |
| 807. | Assumption fee | | | | |
| 808. | Processing Fee | to | Colorado Federal Savings Bank | | |
| 809. | Application Fee | to | Colorado Federal Savings Bank | | |
| 810. | Administration Fee | | | 378.00 | |
| 811. | Tax Service Fee | | | | |
| 812. | Flood Certification Fee | to | Fidelity National Tax Service | | |
| 813. | Broker Fee | to | First American Flood Data Services | 70.00 | |
| 814. | Funding Fee | to | Colorado Federal Savings Bank | 12.00 | |
| 815. | Underwriting Fee | to | Option One Mortgage Corporation | 3,120.00 | |
| | | to | Option One Mortgage Corporation | 50.00 | |
| **900.** | **Items required by lender to be paid in advance** | | | 595.00 | |
| 901. | Interest from | 6/1/2004 to 7/1/2004 at $51.0000/day for 35 days | | | |
| 902. | Mortgage insurance premium for | | | 1,530.00 | |
| 903. | Hazard insurance premium for | 1 yr. | to Farmers Insurance POC$ 1735.83 | | |
| 904. | | | | | |
| **1000.** | **Reserves deposited with lender** | | | | |
| 1001. | Hazard insurance | | | | |
| 1002. | Mortgage insurance | 4 mo.@ $144.4808 per mo. | | | |
| 1003. | City property taxes | | | 577.96 | |
| 1004. | County property taxes | | | | |
| 1005. | Annual assessments (maint.) | 11 mo.@ $73.3200 per mo. | | 806.52 | |
| 1006. | | | | | |
| 1007. | | | | | |
| 1008. | Aggregate Accounting Adjustment | to | Carls Jackson | | |
| **1100.** | **Title charges** | | | | |
| 1101. | Settlement or closing fee | to | Heritage Title, LLC | (513.34) | |
| 1102. | Abstract or title search | to | Heritage Title, LLC | | |
| 1103. | Title examination | | | 360.00 | |
| 1104. | Title insurance binder | | | 100.00 | |
| 1105. | Document preparation | | | | |
| 1106. | Notary fees | | | | |
| 1107. | Attorney's fees to | | | | |
| | Includes above items no.: | | | | |
| 1108. | Title insurance | to | Heritage Title, LLC | 705.00 | |
| | Includes above items no.: | | | | |
| 1109. | Lender's coverage | 3240,000.00 | 3175.00 | | |
| 1110. | Owner's coverage | 3240,000.00 | 3530.00 | | |
| 1111. | | | | | |
| 1112. | Endorsement Fee | | | | |
| 1113. | Courier Fee | to | Heritage Title, LLC | | |
| **1200.** | **Government recording and transfer charges** | | | | |
| 1201. | Recording fees: | | | 30.00 | |
| 1202. | City/county tax/stamps: | Mortgage $434.00 | | | |
| 1203. | State tax/stamps: | | | 434.00 | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1206. | | | | | |
| **1300.** | **Additional settlement charges** | | | | |
| 1301. | Survey | | | | |
| 1302. | Pest inspection | | | | |
| 1303. | Pay off Mortgage | to | Southwest Bank | | |
| 1304. | Payoff Mortgage | to | Hibernia Bank | | |
| 1305. | Pay on Account | to | NCO Financial | 44,834.89 | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | | 181,396.15 | 291.00 |
| | | | | 234,766.15 | |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

_Carl DeWorm 5/36/04_
Carla Jackson

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

(margin note, right side: ✗✗ Paid In Full)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA REEVES JACKSON,                          Case No.: 05-13142-MAM-13

        Debtor(s).

## ORDER

This matter came before the Court on the motion of GMAC Mortgage Corporation

("GMAC") for relief from the automatic stay as it pertains to certain real property commonly known

as 13230 Tom Gaston Road, Mobile, AL 36695 ("Real Property"). Appearances were as noted in

the record. Based upon the evidence presented:

It is ORDERED that GMAC's Motion for Relief from Stay is CONDITIONALLY DENIED

upon the following terms and conditions:

1.      The sum of $16,730.24 ($16,080.24 post petition arrearage (07/05-02/06 @
$1,920.64 = $15,365.12; 07/05-01/06 late charges @ 102.16 = $715.12), $500.00 attorney's
fees, and $150.00 court costs) having been repaid in open court in one lump sum of
$1,920.64; the remaining balance of $14,809.60 shall be repaid through the Debtor's Chapter
13 plan.

2.      GMAC is granted leave to file a proof of claim in the amount of $14,809.60.

3.      Beginning with the March, 2006 payment, Debtor shall continue to make timely
monthly direct payments to GMAC in accordance with the Court's order confirming the
Debtor's Chapter 13 Plan and the agreements between the Debtor and GMAC.

4.      The Debtor shall otherwise comply with all terms and provisions of the Court's order
confirming the Debtor's Chapter 13 Plan and the agreements between the Debtor and
GMAC.

5.      If the Debtor fails to comply with the conditions stated herein, GMAC shall notify
the debtor by sending the Debtor a notice of default. Should the Debtor fail to cure the
default within ten days from the date of the letter, the automatic stay of 11 U.S.C. §362 shall
automatically TERMINATE as it pertains to the Real Property and GMAC shall be free to
enforce any and all of its right, title, and interest in and to the Real Property in accordance
with loan documentation between the parties and applicable law. GMAC shall send said
notice and Debtor may cure said default on two (2) separate occasions only. Upon the third
default of the Debtor to timely remit the regular or arrearage payments referenced above, then
the automatic stay 11 U.S.C. §362 , shall automatically TERMINATE and GMAC is
authorized to immediately exercise all its rights under its mortgage without further order of
this court. Debtor shall be responsible for attorney fees incurred for noncompliance with this
Order including any fee for notices required pursuant to any order of this Court.

Dated:   March 1, 2006

                                        _Margaret A. Mahoney_
                                        MARGARET A. MAHONEY
                                        U.S. BANKRUPTCY JUDGE

027851

THEY TRIED TO HAVE THE CASE DISMISSED KNOWING THEY HAD VIOLATED JUDGE
MAHONEY COURT ORDER NO RESPONSE" THEY ROBBED JACKSON VIOLATING FEDERAL
COURT ORDERS FILED ECF....!

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

## Southern District of Alabama
### Case No. 05-13142
### Chapter 13

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, AL 36695

Social Security / Individual Taxpayer ID No.:
xxx-xx-9711

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/20/10

MARGARET A. MAHONEY
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**PRO-LAB/SSPTM INC.**
1875 North Commerce Parkway
Weston, Florida 33326
Toll Free: 800-427-0560

Test Address:
JACKSON-TOM GASTON #2.,

Client:

PIONEER PARTNERS L L C - DAPHNE
PO BOX 1261
DAPHNE, AL 36526

Phone:    (251) 533-1458
Fax:      (251) 423-4295
Email:    rich@certifiedmoldtreatment.com

**Mold Analysis Report**
Direct Microscopic Examination

Analysis Method SSPTM SOP 8218

Report Number:    092106-0416
Received Date:    9/21/2006
Analysis Date:    9/22/2006
Report Date:      9/22/2006

John D. Shane Ph.D., QA Manager

Comments:
Algae present

Report Number:    092106-0416    Collection Location    NO INFO
Date Collected:                   Sample Submitted:    BULK
Analyst ID:    29

**Report Summary:**    Pre-Lab Number: 092106-0416    Sample Submitted:   & LK

Unusual Mold Condition(s) Exists:   Yes

This sample in this report indicates the presence of mold spores for this specific location only. The Environmental Protection Agency (EPA) recommends that any indoor mold growth be addressed and that all water or moisture sources be eliminated.

The mold sampled in this report is often associated with excess moisture and can be a problem in indoor environments at high levels. Since most organisms need water to grow, it is important to prevent moisture problems in buildings. The presence of mold, water damage or musty odors should be addressed immediately. In all instances, any source(s) of water must be stopped and the extent of water damage determined. Mold can grow virtually on any organic surface, as long as moisture and oxygen are present. When excessive moisture accumulates in buildings or on building materials, mold growth will often occur, particularly if the moisture problem remains undiscovered or unaddressed. Building materials, such as drywall are made of cellulose and are highly absorbent, perfect surfaces for mold growth when wet. Moisture problems may include roof leaks, plumbing leaks, landscaping or gutters that direct water near or under the building, and moisture condensation, appliances such as gas stoves. Water damaged building materials supporting mold growth should be cleaned or replaced as quickly as possible in order to ensure a healthy environment. Specific methods of assessing and remediating mold contamination should be based on the extent of visible contamination and the cause of damage.

The most common symptoms of mold exposure are runny nose, eye irritation, cough, congestion, and aggravation of asthma. Individuals with persistent health problems that appear to be related to mold or other types of air quality contaminant exposures should see their physicians for a referral to professionals who are trained in occupational/environmental medicine or related specialties and are knowledgeable about these types of exposures. Decisions about removing individuals from an affected area must be based on the results of such medical evaluation. Since mold is naturally present in outdoor environments and we share the same air between the indoors and the outdoors, it is impossible to eliminate all mold and their spores from the indoor environment.

The detection limit of fungal analysis using optical microscopy is one fungal spore or one fungal structure. This number or limits vary from analysis to analysis and from processing procedure to processing procedure. Contact us to determine your quantitation limits.

**FOR MORE INFORMATION, PLEASE CALL PRO-LAB™ AT 1-800-427-0560**    **END OF REPORT**

Currently there are no Federal regulations for evaluating potential health effects of fungal contamination and remediation. This information is subject to change as more information regarding fungal contaminants becomes available. For more information visit http://www.epa.gov/iaq/pubs/index.html or www.epa.gov/mold/moldresources This document was designed to follow currently known guidelines for the interpretation of microbial sampling, analysis, and remediation. Since interpretation of mold analysis reports is a subjective work in progress, it may as such be changed at any time without notice. This client is solely responsible for the use or interpretation. PRO-LAB/SSPTM Inc. bases no express or implied warranties as to kinds of a properly used plan the analyses sent to their laboratory for analysis. The Client is solely made liable for the evaluative nature of fungal analysis and the mold growth process, laboratory analysis and the change over if no resolve to a adequately sampled material. PRO-LABS/SPTM Inc. reserves the right to properly dispose of all samples after the testing of such samples are sufficiently analyzed at sites. They cannot otherwise is similar. PRO-LABS/SPTM Inc. participates in the AIHA EMPAT program. LAB ID #163230

rev 1.6

251825#2961                    P. 1

## PRO-LAB/SSPTM INC.

1675 North Commerce Parkway
Weston, Florida 33326
Toll Free: 800-427-0550

**Test Address:**
JACKSON-TON GASTON #2, ,

**Client:**

### Mold Analysis Report
Direct Microscopic Examination
Analysis Method SSPTM SOP 5210

| | |
|---|---|
| Report Number: | 092106-0416 |
| Received Date: | 9/21/2006 |
| Analysis Date: | 9/22/2006 |
| Report Date: | 9/22/2006 |

John D. Shane Ph.D., QA Manager

PIONEER PARTNERS L L C - DAPHNE
PO BOX 1261
DAPHNE, AL 36526

**Comments:**
Rigger present

| | |
|---|---|
| Phone: | (251) 533-3838 |
| Fax: | (251) 625-4295 |
| Email: | rlc@earthadenoldoabment.com |

| | | | |
|---|---|---|---|
| Report Number: | 092106-0416 | Collection Location: | KO DPO |
| Date Collected: | | Sample Submitted: | BULK |
| Analyst ID: | 20 | | |

The following fungal descriptions are pertinent to samples collected. General characterization of mold is made with respect to their most common impact to human health. Many genera of molds have species with varying characteristics.

| Spore Name | Description |
|---|---|
| PENICILLIUM/ASPERGILLUS | THIS SPECIES IS CONSIDERED COMMON TO INDOOR ENVIRONMENTS, IT IS WIDESPREAD IN THE SOIL AND ON PLANTS AND IS ALSO CONSIDERED A COMMON CONTAMINANT OF FOOD. IT HAS A MUSTY ODOR. IT IS COMMONLY BEING IMPLICATED IN PULMONARY DISEASE IN IMMUNOCOMPROMISED HOSTS. IT HAS ALSO BEEN REPORTED TO CAUSE SKIN INFECTIONS. MANY SPECIES PRODUCE MYCOTOXINS, WHICH MAY BE ASSOCIATED WITH DISEASE IN HUMANS AND OTHER ANIMALS. TOXIN PRODUCTION IS DEPENDENT ON THE STRAIN, OR ON THE FOOD SOURCE ON WHICH IT GROWS. SOME OF THESE TOXINS HAVE BEEN FOUND TO BE CARCINOGENIC IN ANIMAL SPECIES. SEVERAL TOXINS ARE CONSIDERED POTENTIAL HUMAN CARCINOGENS. |

rev 1.0

All molds have the potential to cause health effects. Molds produce allergens, irritants, and in some cases, toxins that may cause reactions in humans. The types and severity of symptoms depend, in part, on the types of mold present, the extent of an individual's exposure, the ages of the individuals, and their existing sensitivities or allergies. Specific reactions to mold growth can include the following:

**Allergic Reactions:** Inhaling or touching mold or mold spores may cause allergic reactions in sensitive individuals. Allergic reactions to mold are common – these reactions can be immediate or delayed. Allergic responses include hay fever-type



Potential Health Problems Associated with Mold Exposure include the following:
• Allergic Reactions (e.g., rhinitis and dermatitis or skin rash)
• Asthma
• Hypersensitivity Pneumonitis
• Other Immunologic Effects

Research on mold and health effects is ongoing. This list is not intended to be all-inclusive.

The health effects listed above are well documented in humans. Evidence for other health effects in humans is less substantial and is primarily based on case reports or occupational studies.

symptoms, such as sneezing, runny nose, red eyes, and skin rash (dermatitis). Mold spores and fragments can produce allergic reactions in sensitive individuals regardless of whether the mold is dead or alive. Repeated or single exposure to mold or mold spores may cause previously non-sensitive individuals to become sensitive. Repeated exposure has the potential to increase sensitivity.

**Asthma:** Molds can trigger asthma attacks in persons who are allergic (sensitized) to molds. The irritants produced by molds may also worsen asthma in non-allergic (non-sensitized) people.

**Hypersensitivity Pneumonitis:** Hypersensitivity pneumonitis may develop following either short-term (acute) or long-term (chronic) exposure to molds. The disease resembles bacterial pneumonia and is uncommon.

**Irritant Effects:** Mold exposure can cause irritation of the eyes, skin, nose, throat, and lungs, and sometimes can create a burning sensation in these areas.

**Opportunistic Infections:** People with weakened immune systems may be more vulnerable to infections by molds. Molds can cause infections of the skin, for example, mucocutaneous ... than healthy persons to mold toxins. Aspergillus fumigatus, for example, has been known to infect the lungs of immune-compromised individuals. These individuals inhale the mold spores which then start growing in their lungs. Trichoderma has also been known to infect immune-compromised children.

Healthy individuals are usually not vulnerable to opportunistic infections from airborne mold exposure. However, molds can cause common skin diseases, such as athlete's foot, as well as other infections such as yeast infections.

**Mold Toxins (Mycotoxins)**

Molds can produce toxic substances called mycotoxins. Some molds produce mycotoxins that can cause illness and death. ... mycotoxins clinging to the surface of mold spores; others may be found within spores. More than 200 mycotoxins have been identified from common molds, and many more remain to be identified. Some of the molds that are known to produce mycotoxins are commonly found in moisture-damaged buildings. Exposure pathways for mycotoxins can include inhalation, ingestion, or skin contact. Although some mycotoxins are well known to affect humans and have been shown to be responsible for human health effects, for many mycotoxins, little information is available.

Aflatoxin $B_1$ is perhaps the most well known and studied mycotoxin. It can be produced by the molds Aspergillus flavus and Aspergillus parasiticus and is one of the most potent carcinogens known. Ingestion of aflatoxin $B_1$ can cause liver cancer. There is also some evidence that inhalation of Aflatoxin $B_1$ can cause lung cancer. Aflatoxin $B_1$ has been found on contaminated grains, peanuts, and other human and animal foodstuffs. However, Aspergillus flavus and Aspergillus parasiticus are not commonly found on building materials or in indoor environments.

40

All molds have the potential to cause health effects. Molds produce allergens, irritants, and in some cases, toxins that may cause reactions in humans. The types and severity of symptoms depend, in part, on the types of mold present, the extent of an individual's exposure, the ages of the individuals, and their existing sensitivities or allergies. Specific reactions to mold growth can include the following:

**Allergic Reactions:** Inhaling or touching mold or mold spores may cause allergic reactions in sensitive individuals. Allergic reactions to mold are common – these reactions can be immediate or delayed. Allergic responses include hay fever-type symptoms, such as sneezing, runny nose, red eyes, and skin rash (dermatitis). Mold spores and fragments can produce allergic reactions in sensitive individuals regardless of whether the mold is dead or alive. Repeated or single exposure to mold or mold spores may cause previously non-sensitive individuals to become sensitive. Repeated exposure has the potential to increase sensitivity.

**Asthma:** Molds can trigger asthma attacks in persons who are allergic (sensitized) to molds. The irritants produced by molds may also worsen asthma in non-allergic (non-sensitized) people.

**Hypersensitivity Pneumonitis:** Hypersensitivity pneumonitis may develop following either short-term (acute) or long-term (chronic) exposure to molds. The disease resembles bacterial pneumonia and is uncommon.

---

**Potential Health Effects Associated with Inhalation Exposure to Molds and Mycotoxins**

- Allergic Reactions (e.g., rhinitis and dermatitis or skin rash)
- Asthma
- Hypersensitivity Pneumonitis
- Other Immunologic Effects

Research on mold and health effects is ongoing. This list is not intended to be all-inclusive.

The health effects listed above are well documented in humans. Evidence for other health effects in humans is less substantial and is primarily based on case reports or occupational studies.

---

**Irritant Effects:** Mold exposure can cause irritation of the eyes, skin, nose, throat, and lungs, and sometimes can create a burning sensation in these areas.

**Opportunistic Infections:** People with weakened immune systems (i.e., immune-compromised or immune-suppressed individuals) may be more vulnerable to infections by molds (as well as more vulnerable than healthy persons to mold toxins). Aspergillus fumigatus, for example, has been known to infect the lungs of immune-compromised individuals. These individuals inhale the mold spores which then start growing in their lungs. Trichoderma has also been known to infect immune-compromised children.

Healthy individuals are usually not vulnerable to opportunistic infections from airborne mold exposure. However, molds can cause common skin diseases, such as athlete's foot, as well as other infections such as yeast infections.

**Mold Toxins (Mycotoxins)**

Molds can produce toxic substances called mycotoxins. Some mycotoxins cling to the surface of mold spores; others may be found within spores. More than 200 mycotoxins have been identified from common molds, and many more remain to be identified. Some of the molds that are known to produce mycotoxins are commonly found in moisture-damaged buildings. Exposure pathways for mycotoxins can include inhalation, ingestion, or skin contact. Although some mycotoxins are well known to affect humans and have been shown to be responsible for human health effects, for many mycotoxins, little information is available.

Aflatoxin $B_1$ is perhaps the most well known and studied mycotoxin. It can be produced by the molds Aspergillus flavus and Aspergillus parasiticus and is one of the most potent carcinogens known. Ingestion of aflatoxin $B_1$ can cause liver cancer. There is also some evidence that inhalation of aflatoxin $B_1$ can cause lung cancer. Aflatoxin $B_1$ has been found on contaminated grains, peanuts, and other human and animal foodstuffs. However, Aspergillus flavus and Aspergillus parasiticus are not commonly found on building materials or in indoor environments.



12-12020-mg    Doc 6660    Filed 03/14/14    Entered 03/17/14 18:09:06    Main Document
What does it mean when a Hurricanes leave sags and dips... Pg 69 of Exhibit J
to Declaration    Pg 69 in roof causing major rain wate...    Page 1 of 2



AOL | Mail | Toolbar

Web    Images | Videos | Maps | News | Shopping | more »

**What does it mean when a Hurricanes leave sags and dips**

Web Results 1 - 10 of about 2,660

[PDF] SAFE REHABILITATION OF HURRICANE-DAMAGED HOMES
Roofs that sag in the middle or at the ends due to load-bearing walls that have shifted, ... a dip
in the roof and sill beam, ribbon board, cracked floor joist .... However if there is a lot of water
damage, and/or mold growth ... In adults , lead poisoning may cause high blood pressure,
fertility ...
hud.gov/offices/lead/library/misc/HUD_CSS_Booklet.pdf - Similar

[PDF] Response to Floods and Water Damage for Libraries, ...
Jun 14, 2008 ... Go onto the roof if rising water makes it necessary as long as no thunderstorm
is in progress. ... highway dips, where water may pool and pose threats. ... Emergency Drying
Procedures for Water Damaged Collections. ... Pools of cool standing water (which can cause
hypothermia if the water is less ...
www.loc.gov/preserv/emergprep/floodcomp.pdf - Similar

Roofing: How dry does the deck need to be?, asphalt shingles, ...
Apr 30, 2009 ... Anything that might soak up water, like insulation must be ripped out as it
can ... Several interior rooms beneath the damaged roof show obvious signs of warped ... one
could SEE an extreme bow or sag, but are there degrees of tolerance in what ... Look for
isolated humps or dips between rafters. ...
en.allexperts.com/q/Roofing-1598/2009/4/dry-deck-need... - Similar

Hurricane Survival Tips - Hurricane Mitigation & Survival
The two huge masses of water do leave the land in much the same way, ".... When water kills
or does damage, the wind put it up to it. ... and with major hurricanes, it ain't over until the
National Guard arrives. ..., invest in a hurricane roof as the main hole you want to avoid is a
big one with a view of Heaven. ...
www.hurricane-man.com/survival-tips.html - Similar

General information | RAGBRAI
This may cause your group to be ineligible for the lottery. .... RAGBRAI is a major economic
boost to every church, Boy Scout or Girl .... Your wristband also will give you priority to sag
wagons, bicycle shop repairs and many other services. ... If you race ahead, lag behind or
leave the official bicycle route, ...
ragbrai.com/index.php/about/general-information/ - Similar

Antigua - Local Reports (Caribbean Hurricane Network)
that it does not necessarily mean that the case brought by ABITPC against govern - .... It was
badly damaged by the 1990s hurricanes that kept visiting Antigua.. ....... Whatever will cause
this dip could occur earlier? I certainly hope not! ..... WHAT a way to start a week... with a 140
mph major hurricane on your ...
stormcarib.com/reports/2003/antigua.shtml - Similar

Using Technology to Reduce Risk and Improve Worker Safety | ...
The root cause of this unwanted connection is often a result of insulation breakdown. ...
equipment damage and present a fire and explosion risk to personnel (see photo 1). .... 5) To
reduce the momentary line-voltage dip occasioned by the occurrence and ..... Utility
Deregulation, What Does it Mean to inspectors? ...
www.iaei.org/magazine/?p=2449 - Similar

Pain in Maine, but they can measure rain « Climate Audit
But all the data sufficient to predict hurricanes is OK? ..... (Heck, if it's like my house, the
whole electrical system voltage sags whenever a big ..... that CO2 is not a major factor in
causing the earth to warm: You are a denier. ...... Does this mean that it's OK to shade the
truth about AGW so that someone, ...
www.climateaudit.org/?p=1816 - Similar

12-12020-mg    Doc 6660    Filed 03/14/14    Entered 03/17/14 18:09:06    Main Document
12-12020-mg    Doc 5100-13    Filed 09/18/13    Pg 59 of Exhibit J
to Declaration    Pg 60 of 99

**Multiple Injuries**    **#50**    **E.D. Physician Record**

JACKSON   CORLA   396009
46 B F
018996   BENJAMIN, REGINA M.   MD
E/R



Burns
cleaned
and
dressed

5 cm
deep
laceration

1° Burns

4 cm
deep
lac

2° Burns

Repeat exam at: 1130 - G witnesses
Findings: improved

**Medical Decis. Making:**

**Labs:**
☐ CBC __ nl nl except: ___
Hct ___ Hgb ___ Plts ___
WBC ___
Neut % ___ Lymph % ___
Monos % ___ Eos % ___
Baso% ___
☐ BMP: __ nl __ nl except: ___
☐ CMP: __ nl __ nl except: ___
NA ___ K ___ Glu ___ Cl ___
CO2 ___ Anion gap ___ BUN ___
Creat. ___ B/C Ratio ___ Calcium ___
Alk Phos ___ SGPT (ALT) ___
SGOT (AST) ___ T. Bili ___ T. Prot ___
Albumin ___ Globulin ___ A/G Ratio ___
☐ U/A: ___ dip neg ___ dip neg except: ___
Micro neg ___ neg except ___
☐ Qual hCG: ☐ Blood ☐ Urine  Neg / Pos
___ send quantitative

☐ Other data reviewed:
☐ ETOH
☐ Drug screen
☐ PT, PTT, INR __ ☐ T & O × ___ units RBC

☐ ABG: on __ RA / O2: __ % / L
pH ___ PO2 ___
PCO2 ___ HCO3 ___
☐ P. Ox. __ %: on __ RA / O2: __ % / L
___ nl / hypoxia

☐ EKG __ Nl study
___ NSR __ nl intervals
___ nl QRS __ nl ST-T waves
Compared to:
___ unchanged / changed
Read by: ___ E.P.
☐ Cardiac monitor: ___ NSR

**Wound Repair:**

| Location | Length / Depth | Repair |
|---|---|---|
| ① R F.A. | 5 cm | Shock |
| | superfic / SQ / M | Running # of __ 3-0 Vicryl |
| | | sutures # of __ 3-0 Nylon |
| ② L F.A. | 4 cm | sutures |
| | superfic / SQ / M | Skin simple |
| | | Dermabond / staples # of __ -0 |

Comments:
Level of contamination: clean / min / mod / severe  Skin sutures
Anesthesia: local / digital block ___ mL of 1% / 2% lid __ ± HCO3
Suture removal instruct: 10 days
☐ Explored: ___ no F.B. ___ no tendon inj / F.B. identified (tendon injury)
Injury ___ debrided ___ undermined ___ revised  F.B. removed
For above: min = 1, mod = 2, extensive = 3

**Diagnosis Considerations:** circle potential diagnoses

Smoke inhalation    Ft Bmns  cautery

**X-ray:** (Read by: ___ E.P. ___ Rad.)
1. ☐ CXR    1 - ☐ Lt upper arm 2 ×
3. ☐ ___    2 - ☐ Rt upper arm 2 ×
   ☐ F.A.
5. ☐ ___    ☐ R F.A.    4 - ☐ Pelvis
            ☐ L F.A.    6 - ☐ ___
Reviewed / discussed with Radiologist:

**Treatment / Course:**

**Medications / Orders**    **Response**
☐ O2    IV Heplock
☐ Tetanus:    TT / dT / TIG    Morphine IV
☐ Pain meds    2 IV glan IV
☐ Immobilization: static  dynamic
   Applied by: ___ E.P. ___ other
☐ compression dressing ___ crutches
☐ NPO
other procedures / meds:    APA neb q 2
   1 NS 1000 DA

Reevel Neo: Still wheeze
Procedure:
(___ see addendum)
Course: same / better / worse    APA repeated
Critical Care: ___ minutes / hour(s)    Salume did D5 m IV

**Clinical Impression:**
① Smoke inhalation    ④ contusio
② 5cm laceration ⑥ Forearm    Buttock
③ 4cm laceration ⑦ forearm    ⑤ 1° Burn
                              BYLE

**Consultation:**
Consulted Dr. ___
Suggests: admit / discharge / will see: ___ (time) / Transfer to ___
Case discussed with: patient / family / other:

**Disposition:**
☐ Transfer to: ___
   Accepting Physician ___    ___ EMTALA form completed
☐ Admit: IP / OP  ICU / Tele / Med-Surg
   Admitting physician ___    Covering Physician: ___
   Orders written in ED ___
☐ Discharged. Condition: ✓ improved ___ unchanged    BHPMSD
   Instructions given ✓ written—refer to: ___ WMH form ___ RTW form ___ school excuse
   ___ off work / school ___ lmtd work / school / gym thru ___
Discharge Rx: albuterol 5d pred Wotab
Certified Emergency? ☐ Yes ☐ No
Sig: ___ date: 3/13/08 Attend. / Resid. / PA / NP
___ date: 3/13/08 Attend. / Resid. / PA / NP
Sos: ___ Addendum ___ Attending note    ☐ dictated
Copies to: ___

**Multiple Injuries**

JACKSON, CORLA            396009
46 B F
018996            BENJAMIN, REGINA M.   MD
E/R

PROVIDENCE HOSPITAL EMERGENCY DEPARTMENT, MOBILE, AL (334) 633-18

*Check (✓) for normals, circle positives, slash negatives, note findings*

Date: 3/13/08   E.P. time: _____   Age: _____   Wt: _____   Sex: M / F
P: 111   BP: 186/70   RR: 18   Temp: 99.1

**Chief Complaint:** Multiple Injuries — House Fire — Fell

Referred by: self / clinic / PMD / family / EMS          Arrived by: EMS / walk-in / wheelchair
Historian: patient / family / friend / EMS               Hx limited by: Altered LOC / acuity / intoxication

**HPI:**

**Onset:** undetermined
**Occurred:** 0830   time   ____ date
____ mins / hrs / days PTA

**Location:** home / work
Other:

**Activity during injury:** ____ unknown
putting fire out
fell 8 ft off ladder

**Mechanism of injury:** ____ unknown
fell

**Location (anatomic):**
Burns legs, smoke inhalation, lacs

**Injury description (qualify):**
deformity / dislocation / sprain / strain /
contusion / abrasion / puncture / lacs / crush /
GSW / F.B. / burn
Pain: none / at rest / c̄ bearing / c̄ use
Pain quality: sharp / dull / aching / throbbing

Pt was trying to put
fire out — she
has smoke inhalation
burns to legs — lacs
to arms, injury to hip

**Modifying factors:** ____ none
witnessed / unwitnessed
Ambulatory at scene: yes / no
Contributing factors: ETOH / drugs /
seizure / syncope / suicide attempt
Other:

**Assoc. sxs:** ____ none
no complaints / "just stiff and sore"
wounds / bony deformity / swelling
Pain: head / face / neck / chest / abd /
back / pelvis / RUE / LUE / RLE / LLE
**LOC:** unknown / dazed / + LOC
duration: ____ sec / mins / hrs
Remembers: incident / coming to hospital
GCS: 15 /16

**Prior Rx:** ____ none
EMS: spinal immobilization
Other:

**Past, Family, Social History:**
Reviewed ____ RN note   ____ Old Records   ____ NH records   ____ EMS note
**PMH:** ____ none ____ unknown
peptic ulcer / GI bleed   HTN
arthritis / CAD / DM / IDDM / NIDDM
thrombophlebitis / clotting probs
CHF / CVA

**Surgical Hx:** none ____ unknown
Prior trauma:
Other:

**Family Hx:** none ____ unknown ____ NA
DM / CAD
clotting probs

**Meds:** ____ none ____ reviewed RN note
ASA / NSAIDs / Coumadin / Plavix
insulin / steroids
antihistamines / narcotics / sedatives
**Allergies:** ____ reviewed RN note   NKDA
Diphtheria tetanus current ____ no
____ yes year ____

**Social Hx:** ____ unknown
Tobacco: current ____ no ____ yes
quit ____ years ago / hx of ____ pack yrs
ETOH: yes drinks / wk
Recent?

Drugs:
Occupation:
Home situation: ☐ lives alone ☐ w/spouse
☐ w/family ☐ D.N.R. ☐ CARF

**Physical exam:**
____ Extent limited by: urgency of condition / pt. uncooperative
Gen: Anxious: no / mild / mod / severe   Distress: no / mild / mod / severe
VS nl                                      Orthostat. VS: 0–1

**Nutritional status:** ____ nl / obese   **Hydration:** nl / dehydrated
Long board / cervical immob. ( ED / EMS ) V nl intubation / splint
____ awake, alert, appropriate          **Skin / Nails:**
____ confus, alert, appropriate          ____ nl appearance if cyanosis
____ diaphoretic                         ____ cap refill / capillary refill   none
____ cyanotic                            ____ hydrated, warm & dry   sooty extudate
**Head / Neck (MSK):** patent / w/u       **Neuro:**
✓ head ā trauma, nl                       ____ alert & oriented x 3   Ptor
____ neck ā tend, ROM full               ____ motor sensory nl
**Eyes:**                                 ____ reflexes intact, symmetrical
✓ lids, conj. nl                          ____ nl gait, cerebellar function
✓ PERRL, EOM's full                       ____ cranial nerves intact
____ cornea, chambers, disc nl            **Psych:**
**ENT:**                                  ____ affect, mood nl
____ nose nl                              ____ judgment, memory nl   ↓ hoar
____ ext. ears, canals, TM's nl
____ nasal, mem, oropharynx nl            (R) (L) upper ext.
**CV:**                                    (mark nl as R, L or B)
____ reg rate, rhythm                      ____ extremities nl, nontender
____ heart sounds nl                       ____ ROM full ā pain
____ pulses = neck & all 4 ext.            ____ stable
**Resp, Chest:**                           ____ nl strength and tone nl
____ no resp distress   laceration        (R) (L) lower ext.
____ breath sounds nl, clear, equal        (mark nl as R, L or B)   RT mm
____ chest inspect, nl                     ____ appearance nl, nontender
**Spine / pelvis / ribs (MSK):**           ____ ROM full ā pain   wheez
____ thorac, lumbar inspect., palpat. nl   ____ stable
____ pelvis stable, inspect., palpat. nl   ____ strength and tone nl

**GI / Abdomen / Flank:**
____ soft appearance, BS nl
____ soft, nontender
____ flank nl appearance, nontender
rectal nl, heme neg.
**MSK:**
____ nl
____ toes, nails nl

**Glasgow Coma Score:** 15
Eyes open: 4-spontaneous  2-to command
2-to pain   1-none
Verbal: 5-nl  4-confused  3-inappropriate
2-incoherent sounds  1-none
Motor: 6-normal  5-localizes pain
4-withdraws  3-decorticate (flex.)
2-decerebrate (ext.)  1-none

(R) hip / buttock tender — large lac to
(R) buttock

**Review of Systems:** 25 systems reviewed
All systems reviewed: ____ negative ____ neg except as marked
____ Constit: weak / faint / fever / chills / diaphoresis
____ Eyes: F.B., sensat. / vision probs
____ ENT: ear, nose or throat c/o's / hearing probs / hoarseness
____ CV: chest discomfort / palpitations
____ Resp: SOB / breathing probs / cough / wheezing
____ GI: N / V
____ GU: urinary probs / kidney probs / genitalia pain   LMP: ____ nl / abnl
____ MS: other point/d areas: ____ n / p
____ Skin: skin probs
____ Neuro: numbness / tingling / focal deficits / paralysis / dizzy / change in behavior /
____ incontinence / seizures
____ Psych: psych probs / anxiety / depression
____ Hemat / Lymph: bruising / bleeding
____ Endo: polyuria / polydipsia
____ Immun / Allerg: HIV / AIDS / splenectomy

Last eta: ____

Copyright © 2006, EnviroMed, EMI    Photocopying without permission is prohibited    E.D. PHYSICIAN RECORD    AAEM Template    Page 1 of 2

# GMAC Mortgage

P.O. Box 25144
Santa Ana, CA 92799-5144

September 6, 2006

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695-0000

RE: Property Address    :13230 Tom Gaston Rd  Mobile, AL 36695-0000
    File No.            : GMC002124
    Date of Loss        : 08/24/2005

To Whom It May Concern:

This letter is to confirm the following. Hurricane Katrina damages on this property have been partially
completed. At this point we have confirmed that only the roof has been completed.

To date we received a total of 69,294.45 in checks payable to Ms. Jackson and GMAC. The estimate
provided by Town & Country Roofing was $59,800.00. Leaving only 9,494.45 for the rest of repair t
the property.

According to Ms. Jackson she has not received any additional funds for repair of the rest of the
damages to the property.

Any further assistance need you may contact me at 866-354-7281 ext. 8534

Sincerely,

Insurance Claims Center
FAX: (866)336-3811

# NexTier Bank

1301 Grandview Avenue, Suite 120
Pittsburgh, PA 15211
Phone: 877-533-2784 Fax: 412-390-3535

To whom it may concern,

Based on the credit information supplied to me, Corla Jackson would qualify for a mortgage if all negative information regarding her mortgage were taking off the three credit bureaus, **[Trans Union, Equifax and Experian]** Then her credit scores would need to go back up in the 700 Range. Once her credit scores are increased and the negative reporting of her current mortgage company is removed she would be able to apply for a new mortgage.

This property **is uninhabitable to live in, it cannot be borrowed against, or used as a secured instrument to** be sold as a primary residents for anyone to live in until it is brought up to zoning coded, and all the structural damages are completed, for its intended use.

Based on our knowledge of all (Structural Damages) it must also comply, with high wind zoning laws first, which exceeds the limit of the mortgage of (#240,000), and the limit of insurance of (#312,000). We cannot put a mortgage against a property that cannot be lived in safely, or as permanent primary residents, to occupy per our appraisers guidelines.

This letter basically says (Ms. Jackson) would qualify for a mortgage, if she did not carry the liability on an insured uninhabitable home, which cannot legal be occupied, until it can be signed off on by (Mobile County Chief Building Inspector.

When we closed on Ms. Jackson's current property the lender required the homeowner to obtain homeowners insurance that would cover any damages whether from fire, flooding, hurricane or any other storm related damages to this property. **This insurance covers, the entire replacement cost.**

This case had nothing to do with mold, at the time of loss. This had to do with Structural Damages being completed on this Dwelling, at the time of loss. Because the Structural Damages was not completed, and not brought up to high wind codes, to prevent further and major damages at the time of loss mold set in, by not removing and replacing the wet contaminated rain water debris throughout out the entire Dwelling. This included inside the walls, structure, and hard wood floors throughout.

If you have any questions or concerns regarding this matter, please do not hesitate to call or e-mail me.

Sincerely,

*[signature]*

**Steve Arthur**
**412-390-3530 Ext. 108**
**412-298-2748 Cell Phone** *(Evenings and Weekends)*
sarthur@fedmc.com
*********************************************************

Federated Mortgage Corp. or any subsidiaries of Federated Mortgage Corp. shall not be liable for the contents contained in this electronic data. The views contained in this electronic document are the views of the individual sending this document.
*********************************************************

# Mold Reporter

## News, Vol. 1, No. 3

Prev | Next | Volume 1, Number 3

### The Final Solution: Mold-Contaminated House Burned to Ground

Search

In February of this year, the Associated Press reported a Eugene, Oregon, couple's plan to burn their house to the ground, letting the fire department it for a training exercise. It became contaminated while Mark and Mary Ja O'Hara were having it remodeled. They and their children were made sick result (headaches, respiratory problems, rapid weight loss, swollen and pai joints, chronic fatigue, profuse nosebleeds and severely inflamed sinuses). After the house is demolished, they plan to rebuild on the same 8-acre plot land.

The O'Haras are seeking $3.5 million in damages in a lawsuit that will probably be brought to trial this summer. They allege that their architect (Michael Cockram of Eugene) failed to control the quality of work by the general contractor, Stangland Construction, which failed to keep the inside the house dry during remodeling. These issues are being contested.

The family tried to decontaminate their personal belongings, but had to dis many of them.

### Melinda Ballard & Family win Large Settlement against Farmers Insurance

It was a lawsuit that made legal history. The Dripping Springs, Texas, famil whose house was lost to mold last year was awarded $32 million by a jury i the first part of June, 2001. Farmers Insurance Exchange, they found, failed adequately and swiftly cover repairs for a water leak. As a result, the mold Stachybotrys overran their 22-room house and severely damaged the parent health and that of their child.

The award was broken down as follows:

- $6.2 million in actual damages. The house will have to be decontaminated, leveled, and rebuilt.
- $12 million in punitive damages.
- $5 million for mental anguish
- $8.9 million in lawyers' fees.

The award may be reduced by Judge John Dietz when he officially enters the judgment on June 25. Also: Farmers may appeal. And political pressure may ultimately release insurers from the necessity of covering conditions that may

**THE CASE HAD TO BE RE-INSTATED BECAUSE THEY TRIED TO BE SLICK AND GOT CAUGHT TRYING TO STEAL JACKSON HOME OUTSIDE OF FEDERAL LAWS THAT PROTECTED HER AND HER ASSETS AND LUTHER STRANGE KNEW THIS' HE LIED!**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

Corla Reeves Jackson,                    Case No. 05-13142 MAM

Debtor.                                   Chapter 13

ORDER REINSTATING CASE

Upon hearing the Court finds that the Debtor's Motion to Reinstate Case is due to be

GRANTED.

It is hereby ORDERED that the Debtor's Chapter 13 case is reinstated.

Dated:   June 27, 2007

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

Case 05-13142   Doc 60   Filed 06/27/07   Entered 06/27/07 14:35:25   Desc Main
                         Document          Page 1 of 1

THE CASE HAD TO BE RE-INSTATED BECAUSE THEY TRIED TO BE SLICK AND GOT CAUGHT TRYING TO STEAL JACKSON HOME KNOWING THEY DID NOT FILE A PROOF OF CLAIM IN ACCORDANCE WITH JUDGE MAHONEY COURT ORDERS WITH THE AGREEMENT BETWEEN JACKSON AND GMAC MORTGAGE" IT WAS IMPOSSIBLE THEY DID NOT EVEN OWN THE ASSIGNMENT AND THE LOANS NUMBERS DID NOT MATCH" THEY FABRICATED A LOAN IN JACKSON NAME WITH THE INTENT TO ROB HER UNDER FALSE PRETENSE" ALL THE EVIDENCE SPEAK FOR ITSELF TO DATE… **GMAC MORTGAGE NEVER FILED AN (RESPONSE) TO IN ACCORDANCE WITH JUDGE MAHONEY COURT ORDER DATED MARCH 1, 2006" BECAUSE THEY DID NOT OWN THE NOTE OR THE ASSIGNMENT" MARCH 1, 2006. THEY NEVER PRODUCED THE ORIGINAL LOAN DOCUMENTS ON THE**

**Case Overview**
Case No. 05-13142-MAM-13          CORLA REEVES JACKSON
CLOSED

Friday, February 24, 2012
2:47 pm
User: lip

DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **GMAC MORTGAGE CORPORATION** | | | Claim Number 7 | | |
| Jan 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0788798 | $440.33 |
| Feb 12, 2008 | CRP | CREDITOR REFUND/PRINCIPAL CREDITOR ONLY | 196515 | | $-440.33 |
| Jul 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0814560 | $1,427.16 |
| Aug 07, 2008 | CANP | CANCELLED CHECK/TO PRINCIPAL CREDITOR ONLY | 196515 | 0814560 | $-1,427.16 |
| TOTAL FOR GMAC MORTGAGE CORPORATION | | | | | $0.00 |
| **MERCHANT'S ADJUSTMENT SERVICES** | | | Claim Number 8 | | |
| Nov 17, 2005 | CR | AMOUNTS DISBURSED TO CREDITOR | 192899 | 0670749 | $31.21 |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 192899 | 0682323 | $95.48 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 192899 | 0753386 | $294.04 |
| Aug 16, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 192899 | 0766680 | $46.38 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 192899 | 0784836 | $172.26 |
| TOTAL FOR MERCHANT'S ADJUSTMENT SERVICES | | | | | $640.37 |
| **SPRINGHILL MEMORIAL HOSPITAL** | | | Claim Number 10 | | |
| Nov 17, 2005 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0571532 | $45.81 |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0683221 | $141.62 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0754309 | $431.57 |
| Aug 16, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0767573 | $68.07 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0785772 | $252.84 |
| TOTAL FOR SPRINGHILL MEMORIAL HOSPITAL | | | | | $939.91 |
| **SPRINGHILL MEMORIAL HOSPITAL** | | | Claim Number 11 | | |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0683221 | $6.18 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0754309 | $14.24 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | 687919 | 0785772 | $10.58 |
| TOTAL FOR SPRINGHILL MEMORIAL HOSPITAL | | | | | $31.00 |
| **GMAC MORTGAGE CORPORATION** | | | Claim Number 12 | | |
| May 15, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0694135 | $31.25 |
| Jun 15, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0698082 | $446.25 |
| Aug 17, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0706404 | $422.50 |
| Jan 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0788798 | $734.93 |
| Feb 12, 2008 | CRP | CREDITOR REFUND/PRINCIPAL CREDITOR ONLY | 196515 | | $-734.93 |
| Jul 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | 196515 | 0814560 | $2,381.98 |
| Aug 07, 2008 | CANP | CANCELLED CHECK/TO PRINCIPAL CREDITOR ONLY | 196515 | 0814560 | $-2,381.98 |
| TOTAL FOR GMAC MORTGAGE CORPORATION | | | | | $900.00 |
| | | | | DISBURSEMENT TOTAL | $17,582.00 |

FILED MAY 15 '12 PM 3:49 USBCALS

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORLA R JACKSON                                    CASE NUMBER: 05-13142
        Debtors

OBJECTION TO CLAIM
NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER
NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS
FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS
PAPER, YOU MUST FILE YOUR WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS
ON WHICH YOUR OBJECTIONS IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET,
MOBILE, ALABAMA 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BARRY A FRIEDMAN,
ATTORNEY AT LAW, POST OFFICE BOX 2394, MOBILE, ALABAMA 36652.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON
WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A
HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION
WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE
GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER
WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

Comes now the Debtor(s), CORLA R JACKSON, by and through her attorney of record, Barry A Friedman,
and make this motion, and shows the Court as follows:

Said Debtor(s) object to ECF Claim Number 1 heretofore filed by GMAC MORTGAGE CORPORATION in the
amount of $238,946.35 on the following grounds:

1.      ARREARS NO LONGER OWED

WHEREFORE, Debtors pray that said claim be disallowed; and for such other relief as is just in the premises.

                                        \S\ BARRY A FRIEDMAN
                                        BARRY A FRIEDMAN
                                        Attorney for Debtors
                                        257 St Anthony Street
                                        Post Office Box 2394
                                        Mobile, Alabama  36652
                                        Telephone: 251-439-7400

CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this   15TH  day of July,  2009,  served a copy of
the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile, Alabama 36633; and on GMAC Mortgage
Corporation, c/o John M Hunter, Post Office Drawer 2025, Mobile, Alabama 36652, by depositing same in the United
States mail, properly addressed and postage prepaid and/or electronically.

                                        \s\ BARRY A FRIEDMAN
                                        BARRY A FRIEDMAN

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON                                CASE NUMBER: 05-13142

Debtors

## ORDER DISALLOWING CLAIM

This matter came before the Court on the Debtor's Objection to ECF Claim #1 filed by

GMAC MORTGAGE CORPORATION. Notice of the Motion was given pursuant to Local

Order. No responses were filed. Based upon the statements made in the Motion and upon the

lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #1 filed by GMAC

MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its

entirety

Dated:    September 18, 2009

_Margaret A. Mahoney_
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

FILED MAY 15-12 PM 3:49 USBC-ALS

018789                          36207018807017

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON                                    CASE NUMBER: 05-13142

                Debtors

### AMENDED ORDER DISALLOWING CLAIM

This Order amends that Order dated September 18, 2009 in order to correct that certain paragraph that states It is **ORDERED** that the Debtor's Objection to ECF Claim #1 filed by GMAC MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its entirety to It is **ORDERED** that the Debtor's Objection to ECF Claim #1 filed by GMAC MORTGAGE CORPORATION is is **SUSTAINED** and the claim is **REDUCED** and **ALLOWED** to the amount paid. and in all other respects the Order stands as originally entered

This matter came before the Court on the Debtor's Objection to ECF Claim #1 filed by

GMAC MORTGAGE CORPORATION. Notice of the Motion was given pursuant to Local

Order. No responses were filed. Based upon the statements made in the Motion and upon the

lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #1 filed by GMAC

MORTGAGE CORPORATION is **SUSTAINED** and the claim is **REDUCED** and **ALLOWED**

to the amount paid.

Dated:    October 1, 2009

                                    _Margaret A. Mahoney_
                                    MARGARET A. MAHONEY
                                    U.S. BANKRUPTCY JUDGE

0237-48                              37512023771020

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:
CORLA R JACKSON
    Debtors

CASE NUMBER: 05-13142

### OBJECTION TO CLAIM
### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR <u>WRITTEN</u> OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTIONS IS BASED WITH THE CLERK OF THE COURT AT 201 ST LOUIS STREET, MOBILE, ALABAMA 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BARRY A FRIEDMAN, ATTORNEY AT LAW, POST OFFICE BOX 2394, MOBILE, ALABAMA 36652.**

**IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Comes now the Debtor(s), CORLA R JACKSON, by and through her attorney of record, Barry A Friedman, and make this motion, and shows the Court as follows:

Said Debtor(s) object to ECF Claim Number 7 heretofore filed by GMAC MORTGAGE CORPORATION in the amount of $14,809.60 on the following grounds:

2.     ARREARS NO LONGER OWED

WHEREFORE, Debtors pray that said claim be disallowed; and for such other relief as is just in the premises.

    /S\ BARRY A FRIEDMAN
    BARRY A FRIEDMAN
    Attorney for Debtors
    257 St Anthony Street
    Post Office Box 2394
    Mobile, Alabama 36652
    Telephone: 251-439-7400

### CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this  15TH  day of July, 2009, served a copy of the foregoing on Trustee, J C McAleer, III, Post Office Box 1884, Mobile, Alabama 36633; and on GMAC Mortgage Corporation, c/o John M Hunter, Post Office Drawer 2025, Mobile, Alabama 36652, by depositing same in the United States mail, properly addressed and postage prepaid and/or electronically.

    /S\ BARRY A FRIEDMAN
    BARRY A FRIEDMAN

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON

                                                          CASE NUMBER: 05-13142

   Debtors

## ORDER DISALLOWING CLAIM

This matter came before the Court on the Debtor's  Objection to ECF Claim #7 filed by

GMAC MORTGAGE CORPORATION.  Notice of the Motion was given pursuant to Local

Order.  No responses were filed.  Based upon the statements made in the Motion and upon the

lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #7 filed by GMAC

MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its

entirety

Dated:   September 18, 2009

_Margaret A. Mahoney_
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

FILED MAY 15 '12 PM 3 60 USDC ALS

018789                              36207018807026

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

CORLA R JACKSON                                    CASE NUMBER: 05-13142

Debtors

## AMENDED ORDER DISALLOWING CLAIM

This Order amends that Order dated September 18, 2009 in order to correct that certain paragraph that states It is **ORDERED** that the Debtor's Objection to ECF Claim #7 filed by GMAC MORTGAGE CORPORATION is **SUSTAINED** and the claim is **DISALLOWED** in its entirety to It is **ORDERED** that the Debtor's Objection to ECF Claim #7 filed by GMAC MORTGAGE CORPORATION is is **SUSTAINED** and the claim is **REDUCED** and **ALLOWED** to the amount paid. and in all other respects the Order stands as originally entered

This matter came before the Court on the Debtor's Objection to ECF Claim #7 filed by GMAC MORTGAGE CORPORATION. Notice of the Motion was given pursuant to Local Order. No responses were filed. Based upon the statements made in the Motion and upon the lack of objections, it appears to the Court that the objection is due to be granted..

It is **ORDERED** that the Debtor's Objection to ECF Claim #7 filed by GMAC MORTGAGE CORPORATION is **SUSTAINED** and the claim is **REDUCED** and **ALLOWED** to the amount paid

Dated:  October 1, 2009

MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

023748                              37512023771011

## THE COURTS REFUNDED JACKSON BACK SOME OF HER MONEY



**Case Overview**

Case No. 05-13142-MAM-13
CLOSED                    CORLA REEVES JACKSON          Friday, February 24, 2012
                                                          2:47 pm
                                                          User: lfp

DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|------|------|-------------|------------|-----------|--------|
| CORLA REEVES JACKSON | | | | | |
| Oct 15, 2009 | DEB | REFUND TO DEBTOR/CASE CLOSED | 0001/12D1 | 0875121 | $7,700.28 |
| TOTAL FOR CORLA REEVES JACKSON | | | | | $7,700.28 |

John C. McAleer III, Trustee
U.S. Bankruptcy Court
Post Office Box 1884
Mobile, Alabama 36633

CORLA REEVES JACKSON
13230 TOM GASTON RD
MOBILE, AL 36695

36695+8683 R019

THEY VIOLATED THIS FEDERAL COURT ORDER AND SOLD JACKSON HOME
OUTSIDE (BANKRUPTCY) VIOLATING A FEDERAL COURT ORDER DISALLOWNG
THEIR ORIGINAL CLAIM" THEY CAME BACK AND COMMITTED CIVIL FRUAD
USING DECEPTIVE PRACTICES VIOLATING THIS COURT STAY ORDER" WHEN ALL
THEIR CLAIMS WAS DISALLOWED AND THE CASE WAS DISMISSED BY FEDERAL
LAWS FILED ECF (JANUARY 20, 201) AND THEY ALL KNEW THIS"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CORLA JACKSON,                    )
        Plaintiff,                )
                                  )
v.                                )   CIVIL ACTION NO. 12-00111-KD-B
                                  )
GMAC MORTGAGE, LLC,               )
        Defendant.                )

ORDER

This matter is before the Court on Defendant GMAC Mortgage, LLC's[1] Suggestion of
Bankruptcy (Doc. 22), which indicates that said entity has filed a Chapter 11 bankruptcy in the
Southern District of New York.

The Court's review of the docket of the U.S. Bankruptcy Court for the Southern District of
New York indicates that Defendant GMAC Mortgage, LLC filed a Chapter 11 Voluntary Petition for
Bankruptcy on May 14, 2012 (Case #12-12032), which was then consolidated (to be jointly
administered) with bankruptcy case #12-12020 filed by Residential Capital, LLC. Pursuant to 11
U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant GMAC
Mortgage, LLC. Accordingly, it is ORDERED that all proceedings in this action against Defendant
Mortgage, LLC are hereby STAYED pending further Order of this Court. It is further ORDERED
that the parties shall jointly file a Status Report, to advise the Court as to the status of the bankruptcy
proceedings and this litigation, on or before November 30, 2012.

DONE and ORDERED this the 31st day of May 2012.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

1 Pro se Plaintiff incorrectly named the Defendant as "GMAC Mortgage Corporation" in her pleadings.

1

**Case Overview**

Case No. 05-13142-MAM-13
CLOSED

CORLA REEVES JACKSON

Friday, February 24, 2012
2:47 pm
User: lfp

## DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| **GMAC MORTGAGE CORPORATION** | | | **Claim Number 7** | | | |
| Jan 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0788798 | $440.33 |
| Feb 12, 2008 | CRP | CREDITOR REFUND/PRINCIPAL CREDITOR ONLY | | 196515 | | $-440.33 |
| Jul 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0814560 | $1,427.16 |
| Aug 07, 2008 | CANP | CANCELLED CHECK/TO PRINCIPAL CREDITOR ONLY | | 196515 | 0814560 | $-1,427.16 |
| **TOTAL FOR GMAC MORTGAGE CORPORATION** | | | | | | **$0.00** |
| **MERCHANT'S ADJUSTMENT SERVICES** | | | **Claim Number 8** | | | |
| Nov 17, 2005 | CR | AMOUNTS DISBURSED TO CREDITOR | | 192899 | 0670749 | $31.21 |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 192899 | 0682323 | $96.48 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 192899 | 0753386 | $294.04 |
| Aug 16, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 192899 | 0766680 | $46.38 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 192899 | 0784836 | $172.26 |
| **TOTAL FOR MERCHANT'S ADJUSTMENT SERVICES** | | | | | | **$640.37** |
| **SPRINGHILL MEMORIAL HOSPITAL** | | | **Claim Number 10** | | | |
| Nov 17, 2005 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0671532 | $45.81 |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0683221 | $141.62 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0754309 | $431.57 |
| Aug 16, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0767573 | $68.07 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0785772 | $252.84 |
| **TOTAL FOR SPRINGHILL MEMORIAL HOSPITAL** | | | | | | **$939.91** |
| **SPRINGHILL MEMORIAL HOSPITAL** | | | **Claim Number 11** | | | |
| Feb 16, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0683221 | $6.18 |
| Jul 19, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0754309 | $14.24 |
| Dec 20, 2007 | CR | AMOUNTS DISBURSED TO CREDITOR | | 687919 | 0785772 | $10.58 |
| **TOTAL FOR SPRINGHILL MEMORIAL HOSPITAL** | | | | | | **$31.00** |
| **GMAC MORTGAGE CORPORATION** | | | **Claim Number 12** | | | |
| May 15, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0694135 | $31.25 |
| Jun 15, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0698082 | $446.25 |
| Aug 17, 2006 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0706404 | $422.50 |
| Jan 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0788798 | $734.93 |
| Feb 12, 2008 | CRP | CREDITOR REFUND/PRINCIPAL CREDITOR ONLY | | 196515 | | $-734.93 |
| Jul 17, 2008 | CR | AMOUNTS DISBURSED TO CREDITOR | | 196515 | 0814560 | $2,381.98 |
| Aug 07, 2008 | CANP | CANCELLED CHECK/TO PRINCIPAL CREDITOR ONLY | | 196515 | 0814560 | $-2,381.98 |
| **TOTAL FOR GMAC MORTGAGE CORPORATION** | | | | | | **$900.00** |
| | | | | **DISBURSEMENT TOTAL** | | **$17,582.00** |

FILED MAY 15 '12 PM 3:49 USDCORLS

BSS Case Overview (Rev. 01/26/2010)

Page 5 of 8