UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
In re:                                                       :  Chapter 11
                                                             :
Residential Capital, LLC, *et al.*,                          :  Case No. 12-12020 (MG)
                                                             :
            Debtors.                                         :  Jointly Administered
                                                             :
------------------------------------------------------------- x  **Ref. Docket No. 6645**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2014, I caused to be served a "*Letter from Kramer Levin Naftalis & Frankel, LLP to the Honorable Martin Glenn regarding Verizon's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 6253]*," dated March 13, 2014 [Docket No. 6645], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Christina Siguenza
                                                                    Christina Siguenza

Sworn to before me this
14th day of March, 2014

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

T:\Clients\Rescap\Affidavits\Letter to Martin Glenn_DI 6645_AFF_3-13-14.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN & G. HOROWITZ, ESQS. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, S. ENGELHARDT AND T. GOREN ESQS. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERG J. FEINSTEIN, J. MORRIS & M. BOVE 780 THIRD AVENUE 36TH FLOOR NEW YORK NY 10017-2024 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SILVERMANACAMPORA LLP | ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO NY 11753 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | WILLIAM K. HARRINGTON, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  29**

RES DE6645 03-13-14

**STINSON LEONARD STREET LLP**
**Attn: Darrell Clark**
**1775 Pennsylvania Ave., N.W.**
**Suite 800**
**Washington, D.C. 20006**

**EXHIBIT B**

**EMAIL SERVICE LIST**

| | |
|---|---|
| adam.lesman@cliffordchance.com | joel@shafeldlaw.com |
| bankruptcynoticeschr@sec.gov | john.bellaver@ally.com |
| bwalker@kmllp.com | john.kibler@allenovery.com |
| colette.wahl@gmacrescap.com | john.stern@texasattorneygeneral.gov |
| deanna.horst@gmacrescap.com | jonathanu@blbglaw.com |
| eileen.oles@gmacrescap.com | joseph.cordaro@usdoj.gov |
| ericwinston@quinnemanuel.com | josselson@sewkis.com |
| jmorganroth@morganrothlaw.com | jteitelbaum@tblawllp.com |
| jtrachtman@kramerlevin.com | jvincequerra@duanemorris.com |
| julie.busch@gmacrescap.com | jwcohen@daypitney.com |
| lauren.delehey@gmacrescap.com | jweisser@gibsondunn.com |
| mroitman@chadbourne.com | jwilliams@wilmingtontrust.com |
| patty.zellmann@ally.com | jzajac@proskauer.com |
| pbentley@kramerlevin.com | kathryn.thorpe@tdsecurities.com |
| rgayda@chadbourne.com | kay.brock@co.travis.tx.us |
| szide@kramerlevin.com | kdwbankruptcydepartment@kelleydrye.com |
| william.thompson@gmacrescap.com | keckstein@kramerlevin.com |
| william.tyson@gmacrescap.com | keith.wofford@ropesgray.com |
| abehlmann@lowenstein.com | kelly.j.rentz@wellsfargo.com |
| accesslegalservices@gmail.com | kelvin.vargas@db.com |
| adam.harris@srz.com | ken.coleman@allenovery.com |
| adam.parkin@tdsecurities.com | kenton_hambrick@freddiemac.com |
| adoshi@magnozzikye.com | kgcully@kgcully.com |
| agbanknewyork@ag.tn.gov | kgiannelli@gibbonslaw.com |
| aglenn@kasowitz.com | kit.weitnauer@alston.com |
| ajowers@kslaw.com | kmarino@khmarino.com |
| alavinbuk@robbinsrussell.com | kotwick@sewkis.com |
| almeyers@sjgov.org | kpatrick@gibbsbruns.com |
| almoskowitz@winston.com | krehns@cohenmilstein.com |
| alves@sewkis.com | kristi.garcia@wellsfargo.com |
| andrea.hartley@akerman.com | ksadeghi@mofo.com |
| angela.baglanzis@obermayer.com | ksheehan@flwlaw.com |
| arosen@jacobslawpc.com | laura.moran@usbank.com |
| askdoj@usdoj.gov | lberkoff@moritthock.com |
| ayala.hassell@hp.com | lee.gordon@mvbalaw.com |
| bankruptcy@clm.com | lemiller@jonesday.com |
| bankruptcy@morrisoncohen.com | linda.riffkin@usdoj.gov |
| bankruptcy2@ironmountain.com | lmarinuzzi@mofo.com |
| bateman@sewkis.com | lnashelsky@mofo.com |

bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bmyrick@sidley.com
bnkatty@aldine.k12.tx.us
bobbie.theivakumaran@citi.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian.masumoto@usdoj.gov
brian@gmcnjlaw.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
courtney.lowman@ally.com
cristine.phillips@usdoj.gov
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dbessner@kramerlevin.com
dblumenthal@schneidermitola.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com

lneish@zuckerman.com
lnyhan@sidley.com
lrobbins@robbinsrussell.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
maofiling@cgsh.com
marguerite.gardiner@srz.com
marie.l.cerchero@irs.gov
mark.ellenberg@cwt.com
mark.flannagan@umb.com
marriott@ballardspahr.com
marty.bunin@alston.com
matthewj@blbglaw.com
mauricio.espana@dechert.com
mbove@pszjlaw.com
mcarney@mckoolsmith.com
mdyer@aclawllp.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
mgallagher@curtis.com
michael.cutini@srz.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkbroyles@feinsuchcrane.com
mknitter@co.monroe.pa.us
mkraut@morganlewis.com
mmadden@robbinsrussell.com
mmorganroth@morganrothlaw.com
mpmorris@gelaw.com
mrollin@rplaw.com
mschaedle@blankrome.com
mstein@kasowitz.com
mstrauss@kmllp.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
mzafrin@logs.com
namamoo@kasowitz.com
nancy.lord@oag.state.ny.us
ncohen@zuckerman.com

| | |
|---|---|
| derek@talcottfranklin.com | nichlaus.m.ross@wellsfargo.com |
| dfeldman@gibsondunn.com | nikolay.kodes@skadden.com |
| dfiveson@bffmlaw.com | njacobs@jacobslawpc.com |
| dflanigan@polsinelli.com | nyrobankruptcy@sec.gov |
| dfliman@kasowitz.com | patel@sewkis.com |
| dgolden@akingump.com | patrick.kerner@barclays.com |
| dhall@siwpc.com | paul_mullings@freddiemac.com |
| diane.citron@ally.com | paul_papas@mylegalhelpusa.com |
| diane.sanders@lgbs.com | pdatta@hhstein.com |
| diem.home@gmail.com | pdefilippo@wmd-law.com |
| dlemay@chadbourne.com | pdublin@akingump.com |
| dlibra@lapplibra.com | peter_mcgonigle@fanniemae.com |
| dmannal@kramerlevin.com | petriea@ballardspahr.com |
| dminoff@loeb.com | pferdinands@kslaw.com |
| dmoffa@ktmc.com | pfleming@morganlewis.com |
| dneier@winston.com | pmahony@leopoldassociates.com |
| drehns@cohenmilstein.com | pmoak@mckoolsmith.com |
| dsasser@siwpc.com | ppascuzzi@ffwplaw.com |
| dskeens@wbsvlaw.com | projectrodeo@kirkland.com |
| dstichesq@gmail.com | ralbanese@akingump.com |
| dwdykhouse@pbwt.com | ra-li-ucts-bankrupt@state.pa.us |
| dwollmuth@wmd-law.com | ray.schrock@kirkland.com |
| ebcalvo@pbfcm.com | rbarkasy@schnader.com |
| eboden@schnader.com | rblmnf@aol.com |
| ecf@kaalaw.com | rbrown@robertbrownlaw.com |
| ecfmail@aclawllp.com | rchoi1@wilkie.com |
| echou@coleschotz.com | reriksen1@gmail.com |
| eciolko@ktmc.com | rescapinfo@kccllc.com |
| edmond.george@obermayer.com | rfeinstein@pszjlaw.com |
| enid.stuart@oag.state.ny.us | richard.cieri@kirkland.com |
| filings@spallp.com | richard@rsaxlaw.com |
| floraoropeza@co.imperial.ca.us | rlwynne@jonesday.com |
| floressaucedopllc@gmail.com | rmaney@wilmingtontrust.com |
| fsosnick@shearman.com | romero@mromerolawfirm.com |
| gary.holtzer@weil.com | ronald.rowland@rms-iqor.com |
| gary.kaplan@friedfrank.com | root@blankrome.com |
| gbush@zuckerman.com | rosa.mendez@db.com |
| gcatalanello@duanemorris.com | ross.martin@ropesgray.com |
| gelfarb@mosskalish.com | rrich2@hunton.com |
| george.rayzis@usbank.com | rschug@nka.com |
| ggraber@hodgsonruss.com | sarah.stout@bnymellon.com |

ghorowitz@kramerlevin.com
gjarvis@gelaw.com
glee@mofo.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@milbank.com
guzzi@whitecase.com
hadi.khatib@akerman.com
harrisj12@michigan.gov
hector.gonzalez@dechert.com
hkryder@daypitney.com
hooper@sewkis.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
hseife@chadbourne.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ingrid.bagby@cwt.com
irina.palchuk@usbank.com
isilverbrand@whitecase.com
israel.david@friedfrank.com
jai@blbglaw.com
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jboelter@sidley.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
jcorneau@klestadt.com
jdmarshall@brownrudnick.com
jeff.brown@gmacfs.com
jennifer.demarco@cliffordchance.com
jennifer.provenzano@bnymellon.com
jeremyandersen@quinnemanuel.com
jgarrity@morganlewis.com
jgelman@jacobslawpc.com
jglucksman@scarincihollenbeck.com
jhaake@wbsvlaw.com
jhardy2@wilkie.com
jill.horner@gmacrescap.com

schindlerwilliamss@ballardspahr.com
scottshelley@quinnemanuel.com
sdnyecf@dor.mo.gov
secbankruptcy@sec.gov
sengelhardt@mofo.com
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
soneal@cgsh.com
sreisman@curtis.com
srosen@cb-shea.com
srutsky@proskauer.com
stephen.hessler@kirkland.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susanp@taxcollector.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tammy.hamzehpour@gmacrescap.com
tanveer.ashraf@usbank.com
tarr@blankrome.com
tfawkes@freebornpeters.com
tfoundy@curtis.com
tgoren@mofo.com
thadwilson@kslaw.com
themeyerslawfirm@gmail.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
timothy.devine@ally.com
tjsinnickson@aol.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tmayer@kramerlevin.com
tmm@mullaw.org

jjonas@brownrudnick.com
jjtancredi@daypitney.com
jkatz@katz-law.com
jlaitman@cohenmilstein.com
jlawlor@wmd-law.com
jleibowitz@kandfllp.com
jmcmurtr@placer.ca.gov
jmhall@bffmlaw.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jmorris@pszjlaw.com
jnagi@polsinelli.com

tmoloney@cgsh.com
tracy.davis2@usdoj.gov
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
vrubinstein@loeb.com
wallaces@ballardspahr.com
wcurchack@loeb.com
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.b.solomon@ally.com
william.hao@alston.com
xrausloanops5@barclays.com

**ADDITIONAL EMAIL LIST**

darrell.clark@stinsonleonard.com