OLSEN DAINES, P.C.
PO Box 12829
Salem, OR 97309
Telephone: (503) 362-9393
David Johnson, Esq.

*Attorneys for Movant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION**
**OF JAMES ROBERT FINCH II FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE** that on 2/27/2014, James Robert Finch II (the "**Movant**"), by and through his undersigned counsel, filed the *Motion for Relief from Stay* [Docket No. 6530] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Movant hereby withdraws the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on March 26, 2014, at 10:00 a.m. (ET), has been canceled.

Dated: March _19_, 2014                Respectfully submitted,

      /s/ David T. Johnson
David T. Johnson
Olsen Daines, P.C.
PO Box 12829
Salem, OR 97309
Telephone: (503) 362-9393
Email: djohnson@olsendaines.com

*Attorney for Movant*