SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kenneth S. Ziman
Nikolay Kodes

Counsel for Barclays Bank PLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, et al.,                                :    Case No. 12-12020 (MG)
                                                                 :
                     Debtors.                                    :    Jointly Administered
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF CLAIMS NUMBER 2603, 2880, 2883 AND 2917**
**FILED BY BARCLAYS BANK PLC**

Reference is made to (i) claim number 2603 against Residential Funding Company, LLC (Case No. 12-12019), (ii) claim number 2880 against RFC-GSAP Servicer Advance, LLC (Case No. 12-12064), (iii) claim number 2883 against GMACR Mortgage Products, LLC (Case No. 12-12037) and (iv) claim number 2917 against GMAC Mortgage, LLC (Case No. 12-12032), each filed by Barclays Bank PLC on November 7, 2012 (collectively, the "Claims").

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Barclays Bank PLC hereby withdraws the Claims, authorizes Skadden, Arps, Slate, Meagher & Flom LLP to file this notice with the Court in order to effectuate the withdrawal of the Claims and authorizes the duly appointed claims agent to reflect this withdrawal of the Claims on the official claims register.

Dated: New York, New York

March 19, 2014

                Respectfully submitted,

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   */s/  Nikolay Kodes*
       Nikolay Kodes

       Kenneth S. Ziman
       Nikolay Kodes
       Four Times Square
       New York, New York  10036-6522
       Telephone: 212-735-3000
       Fax: 212-735-2000
       Email: Ken.Ziman@skadden.com
             Nikolay.Kodes@skadden.com

Counsel for Barclays Bank PLC