UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                  CHAPTER 11
RESIDENTITAL CAPITAL, LLC, et al.,                      CASE NO. 12-12020 (MG)

Debtor
_____/

**CREDITOR ANTHONY DAVIDE REQUEST FOR STATUS ON RECLASSIFICATION OF CLAIM FROM SECURED TO UNSECURED**

Anthony L. Davide, pro se, creditor, files this Request for updated on the status of his objection to the reclassification of his claim and states as reason the following:

1) Davide attended a hearing on November 17, 2013 before the Honorable Judge Glenn via telephone.

2) Judge Glenn ordered Davide to provide additional information regarding his claim to Silverman and Campora.

3) On November 20, 2013 Davide emailed bpowers@silvermanandcampora.com the information requested.

4) On December 17, 2013 Davide emailed the same party requesting an update.

5) Davide believes that there was a telephone exchange or an exchange of voice mails during that period but never got to speak with the party.

6) Davide would like to know the status of his claim.

7) A trial is currently scheduled in Key Largo, Florida involving the property secured with the mortgage and involving the funds in question.

Davide prays this court will issue an update or schedule a hearing to determine the status of the claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on March 14, 2014 to the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; Morrision & Forester LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn Gary Less Esq., Norman S. Rosenbaum, Esq. and Jordan Wishnew, Esq. and Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, New York, 10036, Attn Kenneth H. Eckstein Esq. and Douglas H. Mannal, Esq.,

Respectfully submitted,

Anthony Davide
9415 Sunset Drive
Suite 274
Miami, Florida 33173
(Tel.) 305-728-3338