MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**OMNIBUS NOTICE OF WITHDRAWAL OF (I) RESCAP BORROWER CLAIMS TRUST'S FIFTY-EIGHTH OMNIBUS OBJECTION TO (A) AMENDED AND SUPERSEDED BORROWER CLAIMS; (B) LATE-FILED BORROWER CLAIMS; AND (C) NON-DEBTOR BORROWER CLAIMS SOLELY AS IT RELATES TO THE CLAIMS FILED BY WALTER OLSZEWSKI (CLAIM NOS. 7172 AND 7163); AND (II) RESCAP BORROWER CLAIMS TRUST'S FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED BY RUTH HUTCHINS (CLAIM NO. 5602)**

**PLEASE TAKE NOTICE** that the ResCap Borrower Claims Trust (the "Borrower Claims Trust") withdraws, without prejudice, *The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims* [Docket No. 6305] (the "Fifty-Eighth Omnibus Claims Objection") against Walter Olszewski (Claim Nos. 7172 and 7163) ("Mr. Olszewski") and *The ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims)* [Docket No. 6448] (the "Fifty-Ninth Omnibus Claims Objection") against Ruth Hutchins (Claim No. 5602) ("Ms. Hutchins").

ny-1135213

**PLEASE TAKE FURTHER NOTICE** that the Borrower Claims Trust's withdrawal of the Fifty-Eighth Omnibus Claims Objection as to Mr. Olszewski (Claim Nos. 7172 and 7163) and the Fifty-Ninth Omnibus Claims Objection as to Ms. Hutchins (Claim No. 5602) does not constitute any admission or finding with respect to the allowance of Claim Nos. 7172, 7163 and 5602 (collectively, the "<u>Claims</u>") filed by Mr. Olszewski and Ms. Hutchins, and the Borrower Claims Trust reserves all rights to object to those Claims on any other basis at a future point in time.

Dated: March 19, 2014  
      New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1135213