1  Jacqueline A. Warner, Creditor Claimant for Claim 3502
2  Mailing and Service Address:
3  3053 West Craig Road E-155
   North Las Vegas, NV 89032
4  650-520-5596 / email: h7890p@yahoo.com

**RECEIVED MAR 18 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In Re:

RESIDENTIAL CAPITOL, LLC, et al                    Chapter 11
                                                   Case No: 12-12020-mg

                    Debtor.
_____X

## PROOF OF SERVICE

1.  At the time of service I was over eighteen (18) years of age and not a party to this action.

2.  My residence or business address is: _7345 S DURANGO DR, B107 LV NV 89113_

3.  On March 17, 2014, I served the following document by United States Mail, FedEx or other courier; I enclosed the documents in a sealed envelope or package addressed to the persons in 4 and 5 by depositing the sealed envelope or package with the above service, with the postage fully prepaid.

## DOCUMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Case No: 12-12020-mg

**AFFIDAVIT AND RESPONSE TO GMAC MARCH 14, 2014 RESPONSE TO COURT ORDER**

**OF JACQUELINE A. WARNER'S IN SUPPORT OF JACQUELINE A. WARNER CREDITOR'S CLAIM 3502**

PROOF OF SERVICE OF RESPONSE TO GMAC REPLY TO COURT ORDER DATED MARCH 14, 2014
AND AFFIDAVIT OF JACQUELINE A. WARNER IN OPPOSITION OF GMAC REPLY
IN CREDITOR'S CLAIM 3502 in
U.S. Bankruptcy Court, Chapter 11 Case No: 12-12020-mg

1

**IN CLAIMANT'S OPPOSITION TO DEBTOR'S OMNIBUS REPLY IN SUPPORT OF DEBTORS FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER'S CLAIMS- BOOKS AND RECORDS)**
AND

**CLAIMANT'S REQUEST FOR DECLARATORY JUDGMENT AND WRIT OF REPLEVIN**

COURT

Tracking No. 8037 9454 9947

4. Clerk of the Court
   U.S. BANKRUPTCY COURT
   Southern District of New York
   One Bowling Green
   New York, New York 10004

5. Business or residence address where the person or persons were served:

   Jonathan Petts                    Tracking No. 7012 2970 0000 9264 5403
   MORRISON & FOERSTER, LLP
   1290 Avenue of the Americas
   New York, New York 10104

I declare under the penalty of perjury that the foregoing is true and correct on this 17th day of March 2014,

Declarant: _____ (Seal)

PROOF OF SERVICE OF RESPONSE TO GMAC REPLY TO COURT ORDER DATED MARCH 14, 2014
AND AFFIDAVIT OF JACQUELINE A. WARNER IN OPPOSITION OF GMAC REPLY
IN CREDITOR'S CLAIM 3502 in
U.S. Bankruptcy Court, Chapter 11 Case No: 12-12020-mg

2