USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 9 2013

**MORRISON & FOERSTER LLP**
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

*Counsel for the Debtors and Debtors in Possession, as Appellee*

**JONES DAY**
Richard L. Wynne
Howard F. Sidman
Erin Brady (*pro hac vice*)
222 East 41st Street
New York, New York 10017
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

*Counsel for Creditor Financial Guaranty Insurance Company, as Appellee*

**WHITE & CASE LLP**
J. Christopher Shore
Harrison L. Denman
Julia M. Winters
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

- and -

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
Gerard Uzzi
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel for the Ad Hoc Group of Junior Secured Noteholders, as Appellant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Civ. A. No. 13-8024 (KBF) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) |
| | ) Bankr. No. 12-12020 (MG) |
| Debtors. | ) |

### STIPULATION OF DISMISSAL OF APPEAL FROM THE BANKRUPTCY COURT PURSUANT TO BANKRUPTCY RULE 8001(c)(2)

WHEREAS, on September 13, 2013, the United States Bankruptcy Court for the Southern District of New York entered a *Memorandum Opinion and Order, and Findings of Fact and Conclusions of Law, Approving the FGIC Settlement Motion* [Bankruptcy Dkt. No. 5042] (the "Decision"), in the jointly administered Chapter 11 cases entitled *In re Residential*

*Capital, LLC, et al.*, Case No. 12-12020 (MG) (Bankr. S.D.N.Y) (the "ResCap Chapter 11 Cases"); and

WHEREAS, on September 20, 2013, the United States Bankruptcy Court for the Southern District of New York entered an *Order Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval Of the Settlement Agreement Among FGIC, The Debtors, The Trustees and the Institutional Investors* [Bankruptcy Dkt. No. 5125] (the "Order"), in the ResCap Chapter 11 Cases; and

WHEREAS, on October 4, 2013, the Ad Hoc Group of Junior Secured Noteholders filed a Notice of Appeal pursuant to 18 U.S.C. § 158(a) from the Decision and the Order; and

WHEREAS, on December 4, 2013, this Court entered an Order setting a briefing schedule in connection with this appeal; and

WHEREAS, the Ad Hoc Group of Junior Secured Noteholders, the Debtors in the ResCap Chapter 11 Cases and other parties have entered into a settlement agreement, which was incorporated into a Second Amended Joint Chapter 11 Plan (the "Plan") and approved by the Bankruptcy Court on December 11, 2013, pursuant to an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Bankruptcy Dkt. No. 6065] (the "Confirmation Order"), in the ResCap Chapter 11 Cases; and

WHEREAS, the Plan and Confirmation Order resolves any and all issues raised by this appeal.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), this

appeal be dismissed with prejudice, with each party to bear its own costs and expenses in connection with these actions.

New York, New York
Dated: 12/16/13

| | /s/ Christopher Shore /jmw |
|---|---|
| Gary S. Lee | J. Christopher Shore |
| Charles L. Kerr | Harrison L. Denman |
| J. Alexander Lawrence | Julia M. Winters |
| **MORRISON & FOERSTER LLP** | **WHITE & CASE LLP** |
| 1290 Avenue of the Americas | 1155 Avenue of the Americas |
| New York, New York 10104 | New York, NY 10036 |
| Telephone: (212) 468-8000 | Telephone: (212) 819-8200 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 354-8113 |
| *Counsel for the Debtors and Debtors in Possession, as Appellee* | - and - |
| | Gerard Uzzi |
| | **MILBANK, TWEED, HADLEY & MCCLOY LLP** |
| Richard L. Wynne | 1 Chase Manhattan Plaza |
| Howard F. Sidman | New York, New York 10005 |
| Erin Brady (*pro hac vice*) | Telephone: (212) 530-5000 |
| **JONES DAY** | Facsimile: (212) 530-5219 |
| 222 East 41st Street | |
| New York, New York 10017 | *Counsel for the Ad Hoc Group of Junior Secured Noteholders, as Appellant* |
| Telephone: (212) 326-3939 | |
| Facsimile: (212) 755-7306 | |
| *Counsel for Creditor Financial Guaranty Insurance Company, as Appellee* | |

SO ORDERED this 18 day of December 2013

/s/ K. B. Forrest

THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

*The Clerk of the Court is directed to terminate this matter.*

ny-1122054

appeal be dismissed with prejudice, with each party to bear its own costs and expenses in connection with these actions.

New York, New York
Dated: 12/16/13

*[signature]*

| | |
|---|---|
| Gary S. Lee<br>Charles L. Kerr<br>J. Alexander Lawrence<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:   (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession, as Appellee* | J. Christopher Shore<br>Harrison L. Denman<br>Julia M. Winters<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>- and - <br><br>Gerard Uzzi<br>**MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>*Counsel for the Ad Hoc Group of Junior Secured Noteholders, as Appellant* |
| Richard L. Wynne<br>Howard F. Sidman<br>Erin Brady *(pro hac vice)*<br>**JONES DAY**<br>222 East 41st Street<br>New York, New York 10017<br>Telephone:  (212) 326-3939<br>Facsimile:   (212) 755-7306<br><br>*Counsel for Creditor Financial Guaranty Insurance Company, as Appellee* | |

SO ORDERED this ___ day of December 2013

_____
THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

3

ny-1122054

appeal be dismissed with prejudice, with each party to bear its own costs and expenses in connection with these actions.

New York, New York
Dated: 12/16/13

| | |
|---|---|
| Gary S. Lee<br>Charles L. Kerr<br>J. Alexander Lawrence<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession, as Appellee* | J. Christopher Shore<br>Harrison L. Denman<br>Julia M. Winters<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br><br>- and - |
| /s/ Richard L. Wynne<br>Richard L. Wynne<br>Howard F. Sidman<br>Erin Brady *(pro hac vice)*<br>**JONES DAY**<br>222 East 41st Street<br>New York, New York 10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br>*Counsel for Creditor Financial Guaranty Insurance Company, as Appellee* | Gerard Uzzi<br>**MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>*Counsel for the Ad Hoc Group of Junior Secured Noteholders, as Appellant* |

SO ORDERED this ____ day of December 2013

_____
THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

3

ny-1122054