# Exhibit 3

**Order Denying Respondent's Motion for Reconsideration**



COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE TRIAL COURT
Suffolk County Courthouse
Three Pemberton Square, Room 507
Boston, MA 02108
Phone: 617-788-7470    Fax: 617-788-8952

August 26, 2011

Joseph P. Calandrelli, Esq.
Richard E. Briansky, Esq.
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

Israel M Sanchez, Jr., Esq.
90 Homestead Circle
Milford, NH 03055

John A. Doonan, Esq.
Erin P. Severini, Esq.
Reneau Jean Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

RE: 09 MISC 408202 (GHP)
Randle v. GMAC Mortgage, LLC

NOTICE OF DOCKET ENTRY

Notice is hereby given that the following docket entry has been made in the above-captioned matter:

August 25, 2011: "Upon Review of the Motion by Allison Randle for Reconsideration and/or to Alter or Amend the Judgment, the Opposition thereto filed by GMAC Mortgage, LLC, the Reply to that Opposition, and the Papers Supporting all of these Filings, the Motion for Reconsideration and/or to Alter or Amend the Judgment is DENIED, Substantially for the Reasons set forth at Length in the Opposing Papers Filed by GMAC Mortgage, LLC. The Judgment as Previously Entered is to Stand without Alteration. The Request by GMAC Mortgage, LLC for Sanctions is DENIED." (Piper, J.)

Very truly yours,
**Liz Missett**
617-788-7442
elizabeth.missett@jud.state.ma.us

cc:    File