## Exhibit 4

**Notices**

ny-1134387



# ISRAEL M. SANCHEZ, JR.
COUNSELOR AT LAW
90 HOMESTEAD CIRCLE, MILFORD, NH 03055-4250, PHONE 781-964-2248
FAX 877-570-8413

isan316@gmail.com

September 23, 2011

Recorder
Land Court Dept. of the Trial Court
3 Pemberton Square
Boston, MA  02108

[LAND COURT FILED 2011 SEP 27 PM 1:02]

Re:  Allison L. Randle v. GMAC Mortgage, LLC;
     Case No. 09-MISC-408202-GHP

     and

     GMAC Mortgage, LLC v. Allison L. Randle;
     Servicemember Case No. 08-MISC-369658

Dear Sir/Madam:

Enclosed herewith for filing please find separate "Notice(s) of Appeal" for each of the above referenced civil actions, and accompanying certificate of service.

Also enclosed herewith please find a copy of each document. Kindly date-stamp each copy and return the same to the undersigned in the self-addressed, stamped envelope.

Thank-you for your anticipated, prompt attention to this matter.

Very truly yours,

Israel M. Sanchez, Jr., Esq.

cc:  file

     Richard E. Calandrelli, Esq.
     Reneau J. Longoria, Esq.
     Client
     encs.

COMMONWEALTH OF MASSACHUSETTS

LAND COURT
FILED

2011 SEP 27 PM 1:02

WORCESTER, SS.                                    LAND COURT
                                                  DEPT. OF THE
                                                  TRIAL COURT

NO. 09-MISC-408202-GHP

ALLISON L. RANDLE, )
)
Plaintiff, )
)
v. )
)
GMAC MORTGAGE, LLC, )
)
Defendant. )

*Late?*
*Left message*
*w/ atty Sanchez*
*11/15/11*

## NOTICE(S) OF APPEAL

Pursuant to Mass. R. App. P. 3 and 4, the undersigned hereby appeals to the Massachusetts Appeals Court from the entry of (1) Denial of Plaintiff's Emergency Motion and Memorandum of Allison L. Randle to Enlarge Time to file and serve Opposition to Defendant's Motion for Summary Judgment, for Leave to file and serve a Cross-Motion for Partial Summary Judgment, and for leave to file and serve a Supplemental Pleading Setting Forth Transactions which have happened since the date of Plaintiff's Original Complaint, Gordon H. Piper, J., entered April 30, 2010; (2) Decision, Gordon H. Piper, J., entered October 12, 2010; (3) Judgment, Gordon H. Piper, J., entered

October 12, 2010, and (4) Denial of Plaintiff's Motion for Reconsideration and/or to Alter or Amend Judgment, Gordon H. Piper, J., entered August 25, 2011.

Respectfully submitted,

ALLISON L. RANDLE,

_____
Israel M. Sanchez, Jr. – (BBO # 546217)
Sanchez & Associates
90 Homestead Circle
Milford, NH  03055-4250
Tel: (781)-964-2248
FAX: (877)-570-8413

Date: September 23, 2011

## CERTIFICATE OF SERVICE

I, Israel M. Sanchez, Jr., hereby certify that on the 23rd. day of September, 2001, I served a copy of the within document via first class mail, postage prepaid, upon the following:

Richard E. Calandrelli, Esquire
Prince Lobel & Tye LLP
100 Cambridge Street – Suite 2200
Boston, MA  02114

Reneau J. Longoria, Esquire
Doonan, Graves & Longoria LLC
100 Cummings Center – Suite 225D
Beverly, MA  01915

_____
Israel M. Sanchez, Jr.

2

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                             LAND COURT
                                                          DEPT. OF THE
                                                          TRIAL COURT

                                                          NO. 08-MISC-369658

|  |  |
|---|---|
| ALLISON L. RANDLE, | ) |
| Plaintiff, | ) |
| v. | ) |
| GMAC MORTGAGE, LLC, | ) |
| Defendant. | ) |

## NOTICE(S) OF APPEAL

Pursuant to Mass. R. App. P. 3 and 4, the undersigned hereby appeals to the Massachusetts Appeals Court from the entry of (1) Denial of Plaintiff's Motion for Reconsideration and/or to Alter or Amend Judgment, Gordon H. Piper, J., entered August 25, 2011; Order Amending Judgment, Gordon H. Piper, J., entered October 12, 2010, and (3) Judgment for Entry and Sale, Kathryn J. Scheier, CJ, entered August 25, 2011.

          Respectfully submitted,

          ALLISON L. RANDLE,

*/s/ Israel M. Sanchez, Jr.*

Israel M. Sanchez, Jr. – (BBO # 546217)
Sanchez & Associates
90 Homestead Circle
Milford, NH 03055-4250
Tel: (781)-964-2248
FAX: (877)-570-8413

Date: September 23, 2011

## CERTIFICATE OF SERVICE

I, Israel M. Sanchez, Jr., hereby certify that on the 23rd. day of September, 2001, I served a copy of the within document via first class mail, postage prepaid, upon the following:

Richard E. Calandrelli, Esquire
Prince Lobel & Tye LLP
100 Cambridge Street – Suite 2200
Boston, MA  02114

Reneau J. Longoria, Esquire
Doonan, Graves & Longoria LLC
100 Cummings Center – Suite 225D
Beverly, MA  01915

          */s/ Israel M. Sanchez, Jr.*

          Israel M. Sanchez, Jr.