# Exhibit 5

## Randle Action and Foreclosure Action Dockets

ny-1134387

# 08 MISC 369658

**Case Type** Servicemembers
**Case Status** Closed
**File Date** 01/14/2008
**Case Judge:**
**Next Event:**

## All Information

### Party Information

**GMAC Mortgage, LLC- Plaintiff**

| Attorney/Bar Code | Phone Number |
|---|---|
| Briansky, Esq., Richard E. (632709) (617)456-8000 | |
| Doonan, Esq., John A (547838) (978)921-2670 | |
| Longoria, Esq., Reneau Jean (635118) (978)921-2670 | |
| Severini, Esq., Erin P (654644) (617)519-1810 | |

More Party Information

**Randle, Allison L- Defendant**

| Attorney/Bar Code | Phone Number |
|---|---|
| Pro Se, . (PROPER) | |
| Sanchez, Jr., Esq., Israel M (546217) (781)964-2248 | |

More Party Information

### Events

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 02/23/2010 10:00 AM | Motion | Piper, Hon. Gordon H | Event Held |
| 03/16/2010 10:00 AM | Motion | Piper, Hon. Gordon H | Event Rescheduled. |
| 03/31/2010 02:00 PM | Motion | Piper, Hon. Gordon H | Event Rescheduled. |
| 04/13/2010 10:00 AM | Motion to Vacate Judgment | Piper, Hon. Gordon H | Motion |
| 05/04/2010 12:00 PM | Status Conference | Piper, Hon. Gordon H | Status Conference held. |

### Docket Information

| Docket Date | Docket Text | Amount |
|---|---|---|
| 01/14/2008 | Complaint under Servicemembers Civil Relief Act filed. | |
| 01/14/2008 | Land Court servicemembers fee Receipt: 133261 Date: 06-feb-2008 | $0.00 |
| 01/14/2008 | Land Court surcharge Receipt: 133261 Date: 06-feb-2008 | $0.00 |
| 04/14/2008 | Order of Notice for service, for recording and for publication in the Worcester Telegram, returnable 05/26/2008, issued. | |
| 05/27/2008 | Notice of Removal to the U.S. District Court, District of Massachusetts (Case No. 08 CA 40102) filed. | |
| 01/08/2009 | Order of Notice with Return Day of 05/26/2008 cancelled because of non-use by Attorney. | |
| 01/09/2009 | Order of Notice for service, for recording and for publication in the Worcester Telegram, returnable 02/23/2009, issued. | |
| 02/20/2009 | Answer of Allison L Randle filed. | |
| 05/26/2009 | Order of Remand issued on May 21, 2009 by F. Dennis Saylor IV, United States District Judge and filed with the Land Court on May 26, 2009 | |
| 06/15/2009 | Order of Notice with Return Day of 02/23/2009 cancelled because of non-use by Attorney. | |
| 06/25/2009 | Order of Notice for service, for recording and for publication in the Worcester Telegram, returnable 08/10/2009, issued. | |
| 07/27/2009 | Motion to Mark Up Cross-Motion, filed. | |
| 07/29/2009 | Motion To Strike The Defendants' Answer, Affirmative Defenses and Cross-Motion, filed. | |
| 08/04/2009 | Mortgagee's Affidavit Under Chapter 206 of the Acts of 2007, filed | |

| Date | Event |
|---|---|
| 08/04/2009 | Notice Returned to Court with Service Thereon. |
| 08/04/2009 | Affidavit as to Military Service filed. |
| 08/04/2009 | Motion to take Complaint Pro Confesso filed. |
| 08/10/2009 | Order to Show Cause, issued. (Copies Sent to Attorneys Reneau J. Longoria, Israel Sanchez and Rose Castro, Pro Se) |
| 09/10/2009 | Order Striking Defendant's Answer, issued. (Copies Sent to Reneau Jean Longoria, Esq., Israel M. Sanchez, Jr., Esq., and Allison L. Randle) |
| 09/10/2009 | Motion to take Pro Confesso allowed. (Patterson, Rec.) |
| 09/17/2009 | Judgment for Entry and Sale entered. (Scheier, C.J.) |
| 12/01/2009 | Letter Sent to Attorney Reneau J. Longoria Regarding his Letter to the Court Dated November 23, 2009, |
| 02/08/2010 | Motion of Allison L. Randle to Vacate Judgment Nunc Pro Tunc for Lack of Due Process of Law, filed. |
| 02/19/2010 | Scheduled Event: Motion Date: 02/23/2010 Time: 10:00 AM Result: Event Held |
| 02/23/2010 | Event Resulted The following event: Motion scheduled for 02/23/2010 10:00 AM has been resulted as follows: Result: Status Conference Held, and Initial Argument Heard on Motion to Vacate Judgment, Counsel Present and Agreeing to Participate. Attorneys Longoria and Sanchez Appeared. Defendant Promptly to Renew Motion to Vacate Servicemembers Judgment, Supported by Affidavit(s) Detailing when Randle Received Notice of Judgment. Plaintiff's Response, if Any, to be Filed and Served no later than 12:00 P.M. on March 15, 2010. Hearing on Motion Scheduled for March 16, 2010 at 10:00 A.M. Notice of docket entry sent to counsel. |
| 02/25/2010 | Scheduled Event: Motion Date: 03/16/2010 Time: 10:00 AM Result: Event Rescheduled. |
| 03/15/2010 | Event Resulted The following event: Motion scheduled for 03/16/2010 10:00 AM has been resulted as follows: Result: Event Rescheduled. |
| 03/15/2010 | Scheduled Event: Motion to Vacate Judgment (RESCHEDULED) Date: 03/31/2010 Time: 02:00 PM Notice sent to Attorneys Longoria and Sanchez. Result: Event Rescheduled. |
| 03/15/2010 | Motion of Allison L. Randle to Reschedule Hearing Date, filed. |
| 03/15/2010 | (Renewed) Motion of Allison L. Randle to Vacate Judgment Nunc Pro Tunc for Lack of Due Process of Law, filed. |
| 03/15/2010 | (Renewed) Motion of Allison L. Randle to Dismiss, filed. |
| 03/15/2010 | Affidavit of Allison L. Randle in Support of her (Renewed) Motion to Vacate Judgment Nunc Pro Tunc; (Renewed) Motion to Dismiss and Motion to Reschedule Hearing Date, filed. |
| 03/30/2010 | Assented to Motion to Continue Hearing, filed by facsimile and ALLOWED. Continued to April 13, 2010 at 10:00 A.M. No further continuances. |
| 03/30/2010 | Event Resulted The following event: Motion scheduled for 03/31/2010 02:00 PM has been resulted as follows: Result: Event Rescheduled. |
| 04/01/2010 | Scheduled Event: Motion to Vacate Judgment Date: 04/13/2010 Time: 10:00 AM Notice sent to Attorneys Longoria and Sanchez. Result: Motion |
| 04/02/2010 | Opposition of GMAC Mortgage LLC to Motion of Allison L. Randle to Vacate Judgment Nunc Pro Tunc for Lack of Due Process, filed. |
| 04/02/2010 | Opposition to the "Renewed" Motion of Allison L. Randle to Dismiss, filed. |
| 04/02/2010 | Affidavit of Reneau Longoria, filed. |
| 04/13/2010 | Event Resulted The following event: Motion to Vacate Judgment scheduled for 04/13/2010 10:00 AM has been resulted as follows: Result: Hearing held on Defendant's Motion to Vacate Judgment. Attorneys Longoria and Sanchez Appeared. Following Argument, the Court Took No Action on the Motion to Vacate Judgment. Instead, Court will Act on Motion At or After Status Conference, to be Scheduled for May 4, 2010 at Noon, at Same Time as the Summary Judgment Hearing in Related Miscellaneous Case No. 408202. Motion to Vacate to Be Decided on Papers and Arguments Already Submitted, Unless Court Requests Further Argument on May 4, 2010. Notice of docket entry sent. |
| 04/20/2010 | Scheduled Event: Status Conference Date: 05/04/2010 Time: 12:00 PM Result: Status Conference held. |
| 05/04/2010 | Event Resulted The following event: Status Conference scheduled for 05/04/2010 12:00 PM has been resulted as follows: Result:Status Conference Held. Despite Notice, Only Attorney Longoria Appeared for Plaintiff. Pursuant to Court's Orders of April 13, 2010, Defendant's Motion to Vacate Taken Under Advisement. |
| 10/12/2010 | Order Amending Judgment, issued. (Copies Sent to Attorneys Reneau J. Longoria and Israel M. Sanchez) |
| 10/28/2010 | Notice of Docket Entry: Upon Review of Motions for Reconsideration and Supporting Memorandum in Case Nos. 09 MISC 408202 and 08 MISC 369658, it is ORDERED that Written Opposition May Be Filed, and if so, Shall Be Filed by November 10, 2010. No Hearing To Be Held on Motions to Reconsider Unless Further Order For Hearing Issues From Court, see Land Court Rule 9. (Notice Sent to Attorneys Israel M. Sanchez, Jr., Reneau J. Longoria and Joseph Calandrelli) |

| Date | Description |
|---|---|
| 11/05/2010 | Appearance of Richard E. Briansky Esq., Joseph P. Calandrelli Esq. for GMAC Mortgage, LLC. |
| 11/10/2010 | GMAC Mortgage, LLC's Opposition to Allison Randle's Motion to Alter or Amend the Judgment and Request for Sanctions, filed. |
| 11/10/2010 | Affidavit of Joseph Calandrelli, Esq., filed. |
| 01/11/2011 | Reply and Memorandum of Allison L. Randle to the Opposition of GMAC Mortgage, LLC to Randle's Motion to Alter or Amend Judgment, filed. |
| 01/11/2011 | Affidavit of Israel M. Sanchez, Jr., in Response to GMAC Mortgage, LLC's Opposition to Allison L. Randle's Motion to Alter or Amend Judgment, filed. |
| 08/25/2011 | Upon Review of the Motion by Allison Randle to Alter or Amend Judgment, the Opposition thereto Filed by GMAC Mortgage, LLC, the Reply to that Opposition, and the Papers Supporting all of these Filings, the Motion to Alter or Amend the Judgment is DENIED, Substantially for the Reason set forth at Length in the Opposing Papers Filed by GMAC Mortgage, LLC. The Amended Judgment as Previously Entered is to Stand without Alteration. The Request by GMAC Mortgage, LLC for Sanctions is DENIED. (Notice of Docket Entry Sent to Joseph P. Calandrelli, Richard E. Briansky, John A. Doonan, Erin P. Severini, Reneau Jean Longoria, and Israel M Sanchez, Jr.) |
| 08/25/2011 | Judgment for Entry and Sale entered. (Scheier, C.J.) |
| 09/27/2011 | Notice of Appeal by Allison L Randle to the Appeals Court filed. |
| 03/14/2012 | Withdrawal of Joseph P. Calandrelli Esq. for GMAC Mortgage, LLC. |
| 07/25/2013 | Motion of Defendant Allison L. Randle for the Court to Take Judicial Notice of Lack of Standing of Plaintiff GMAC Mortgage, LLC and to Vacate Sua Sponte Judgment Nunc Pro Tunc for Lack of Subject Matter Jurisdiction and to Dismiss Action with prejudice filed. |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $255.00 | $255.00 | $0.00 | $0.00 |
| | $255.00 | $255.00 | $0.00 | $0.00 |

**Receipts**

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 133261 | 02/06/2008 | Doonan Esq., John A | $255.00 |
| | | | $255.00 |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment for Entry and Sale entered. | 09/17/2009 | |
| Judgment for Entry and Sale entered. | 08/25/2011 | |

## 09 MISC 408202
Case Type Miscellaneous
Case Status Closed
File Date 08/12/2009
Case Judge: Piper, Hon. Gordon H
Next Event:

| All Information |

### Party Information

**Randle, Allison L** - Plaintiff

| Attorney/Bar Code | Phone Number |
|---|---|
| Sanchez, Jr., Esq., Israel M (546217) (781)964-2248 | |

More Party Information

**GMAC Mortgage, LLC.** - Defendant

| Attorney/Bar Code | Phone Number |
|---|---|
| Briansky, Esq., Richard E. (632709) (617)456-8000 Hackett, Esq., Amy B. (676345) (617)456-8000 | |

More Party Information

### Events

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 08/24/2009 09:30 AM | Hearing on Application for Preliminary Injunction | Piper, Hon. Gordon H | Motion Denied |
| 10/02/2009 02:15 PM | Case Management Conference | Piper, Hon. Gordon H | Event Rescheduled. |
| 10/22/2009 10:00 AM | Case Management Conference | Piper, Hon. Gordon H | Case Management Conference held |
| 02/23/2010 10:00 AM | Motion | Piper, Hon. Gordon H | Motion allowed |
| 05/04/2010 12:00 PM | Summary Judgment Hearing | Piper, Hon. Gordon H | Taken under advisement. |
| 11/16/2010 10:00 AM | Motion | Piper, Hon. Gordon H | Case Taken Off of the List. |

### Docket Information

| Docket Date | Docket Text | Amount |
|---|---|---|
| 08/12/2009 | Complaint filed. | |
| 08/12/2009 | Case assigned to the Average Track per Land Court Standing Order 1:04. | |
| 08/12/2009 | Land Court miscellaneous filing fee Receipt: 187667 Date: 08/12/2009 | $0.00 |
| 08/12/2009 | Land Court surcharge Receipt: 187667 Date: 08/12/2009 | $0.00 |
| 08/12/2009 | Uniform Counsel Certificate for Civil Cases filed by Plaintiff. | |
| 08/12/2009 | Application of Allison L. Randle for Temporary Restraining Order, Filed and DENIED. Instead, a Short Order of Notice to Issue for Hearing on Preliminary Injunction. Hearing to be Held on Monday, August 24, 2009 at 9:30 AM, in Courtroom 4. Short Order, with Copy of Complaint to All Moving and Supporting Papers to be Served No Later than Friday, August 14, 2009. Service, if Elects, may be Made by Constable and shall also be Directed to Defendant's Foreclosure Counsel. | |
| 08/12/2009 | Summons and Order of Notice issued for hearing on Application for Preliminary Injunction. Event: Hearing on Application for Preliminary Injunction Date: 08/24/2009 Time: 09:30 AM Result: Motion Denied | |
| 08/19/2009 | Event Scheduled Event: Case Management Conference Date: 10/02/2009 Time: 02:15 PM Notice sent to Attorney Sanchez. Result: Event Rescheduled. | |
| 08/20/2009 | The case has been assigned to the A Track. Notice sent. | |
| 08/21/2009 | Summons returned to Court with service on GMAC Mortgage, LLC. filed. | |
| 08/24/2009 | Event Resulted The following event: Hearing on Application for Preliminary Injunction scheduled for 08/24/2009 09:30 AM has been resulted as follows: Result: Hearing Held on Plaintiff's Application for Preliminary Injunction. Attorneys Sanchez and Calandrelli Appeared and Argued. The Court First Determined that the Suggestion of Bankruptcy of Richard S. Mara, a Junior Lienholder and Not a Party to this Case, Filed August 20, 2009 in the U.S. Bankruptcy Court for the Eastern District of Tennessee, Did Not Implicate the Automatic Stay and Did Not Prevent the Court from Reaching the Merits of the Application for Preliminary Injunction. Mara Is Not a Named or Necessary Party to this Land Court Litigation. Defendant Instructed to Determine Whether or Not Automatic Stay Prevents Going Forward with Scheduled Foreclosure Sale. Able to Reach the Merits, the Court, After Hearing, Applying the Applicable Standard in Mass. R. Civ. P. 65, DENIED | |

| Date | Entry |
|---|---|
| | the Application for the Following Reasons which Were Laid Upon the Record from the Bench: (1) Plaintiff Failed to Meet Her Burden of Demonstrating a Likelihood of Success on the Merits on her Claim that Defendant Mortgagee Failed to Give Plaintiff Notice Due Under G. L. c. 244, § 35A. That Statute Does Not Apply to "mortgages accelerated or whose statutory condition has been voided under the terms of the mortgage . . . prior to May 1, 2008," see St. 2007, c. 206, § 21. The Court Finds the Subject Mortgage Was Delinquent Since 2005, in Material Continuing Payment Default (In Breach of the Statutory Condition, see G. L. c. 183, § 20); the Court Draws Inference, Based on Mortgagee Having Commenced Two Servicemember's Actions, that Subject Mortgage Was Accelerated Prior to May 1, 2008. (2) Plaintiff Failed to Meet Her Burden of Demonstrating a Likelihood of Success on the Merits on her Claim that Mortgagee Lacked Standing to Commence a Servicemember's Action, the Court Ruling that an Entity Other than the Record Holder of the Mortgage, Which Has Some Stake or Interest in the Mortgage, May Commence a Servicemember's Action. (3) Plaintiff Failed to Meet Her Burden of Demonstrating a Likelihood of Success on the Merits on her Claim that the Recorded Assignments of Mortgage, Including That Dated April 2, 2009, Failed to Assign the Underlying Note and Debt, thus Rendering the Mortgage Unenforceable by Defendant. The Court Drew the Inference that the Defendant Assignee, Having Knowledge of the Delinquency, Would Not Have Taken the Mortgage Without Also Taking the Notes, and With it the Right to Foreclose and Sue on the Debt. Notice of Docket Entry sent. |
| 08/24/2009 | GMAC Mortgage LLC's Opposition to Plaintiff's Motion for Preliminary Injunction, filed. |
| 09/03/2009 | Answer of GMAC Mortgage, LLC, filed. |
| 10/01/2009 | Assented to Motion to Continue Case Management Conference Hearing, filed by facsimile and ALLOWED. Motion to continue CMC, assented to by defendant, allowed on Plaintiff's counsel's representation that he is engaged in another court at the scheduled time. CMC rescheduled to Thurs. Oct. 22, 2009 at 10:00 a.m. |
| 10/01/2009 | Event Resulted The following event: Case Management Conference scheduled for 10/02/2009 02:15 PM has been resulted as follows: Result: Event Rescheduled. |
| 10/01/2009 | Event Scheduled Event: Case Management Conference Date: 10/22/2009 Time: 10:00 AM Notice sent to Attorneys Sanchez and Calandrelli. Result: Case Management Conference held |
| 10/16/2009 | The Parties' Joint Statement, filed. |
| 10/22/2009 | Case Management Conference Held The following event: Case Management Conference scheduled for 10/22/2009 10:00 AM has been resulted as follows: Result: Case Management Conference Held. Early Intervention Event Held. Attorneys Sanchez and Calandrelli Appeared. By November 5, 2009, Counsel for Mortgagee to File and Serve Report on Status of Foreclosure Proceedings, and Status of Bankruptcy Proceedings in District of Tennessee. Discovery to Close December 31, 2009, by Which Date, Counsel to File Joint Report Detailing All Discovery They Have Conducted, and Either Indicating that (1) Defendant Will File Motion for Summary Judgment Within Thirty (30) Days of Close of Discovery, With Land Court Rule 4 to Govern Timing and Substance of Subsequent Filings, or (2) the Parties Request Pretrial Conference. Discovery Cutoff to be Extended One Month Upon Joint Motion Showing Good Cause, without Further Hearing Unless Otherwise Ordered. Notice of docket entry sent. |
| 10/22/2009 | Alternative Dispute Resolution: Early Intervention Event held. |
| 11/05/2009 | Report on Status of Foreclosure Proceedings, and Status of Bankruptcy Proceedings in District of Tennessee, filed. |
| 11/12/2009 | Plaintiff's Response to Defendant's November 5, 2009 Status Report, filed. |
| 01/05/2010 | Joint Motion to Extend Tracking Order, filed. |
| 01/06/2010 | Joint Motion to Extend Tracking Order, ALLOWED. Discovery to close February 5, 2010. Joint written report due ten (10) days thereafter. Summary judgment papers now due March 8, 2010, unless by Feb. 15, 2010 counsel request, in writing, that court schedule pretrial conference. Notice of docket entry sent. |
| 02/01/2010 | GMAC Mortgage, LLC's Motion to Compel, filed. |
| 02/01/2010 | Scheduled Event: Motion Date: 02/23/2010 Time: 10:00 AM Result: Motion allowed |
| 02/08/2010 | Plaintiff's Letter Regarding 08 MISC 369658, filed. |
| 02/22/2010 | GMAC Mortgage, LLC's Motion to Strike Plaintiff's Letter of February 4, 2010, filed. |
| 02/23/2010 | Opposition of Allison L. Randle to the Motion of GMAC Mortgage, LLC to Compel, filed. |
| 02/23/2010 | Event Resulted The following event: Motion scheduled for 02/23/2010 10:00 AM has been resulted as follows: Result: Hearing Held on Defendant's Motion to Compel Attendance of Plaintiff at Deposition and Production of Documents. Attorneys Briansky and Sanchez Appeared and Argued. Following Argument, Motion ALLOWED over Objection. Counsel for Plaintiff Ordered to Produce Requested Documents to Defendant's Counsel within One (1) Week. Plaintiff Ordered to Appear for Deposition, to Take Place no Later than March 12, 2010; Counsel, After Conferring, Advised the Court They Had Set March 9, 2010 as Date of Plaintiff's Deposition. Plaintiff Ordered to Pay to Defendant within Twenty (20) Days Amount of Attendance Fee Due or Paid to Stenographer with Respect to Previously Notice Deposition for which Plaintiff, Without Excuse, Did not Appear. No Other Discovery to Take Place Absent Agreement or Further Order. Summary Judgment Motion to be Filed by Defendant no Later than April 1, 2010. Notice of docket entry sent. |
| 04/01/2010 | GMAC Mortgage LLC's Motion for Summary Judgment, filed. |
| 04/01/2010 | GMAC Mortgage LLC's Rule 4 Statement, filed. |
| 04/01/2010 | GMAC Mortgage LLC's Statement of Undisputed Material Facts, filed. |

| Date | Entry |
|---|---|
| 04/01/2010 | Affidavit of Reneau Longoria, filed. |
| 04/01/2010 | Affidavit of Joseph Calandrelli, filed. |
| 04/01/2010 | Affidavit of Bill Haughton, filed. |
| 04/01/2010 | Appendix to GMAC Mortgage LLC's Motion for Summary Judgment, filed. |
| 04/06/2010 | Scheduled Event: Summary Judgment Hearing Date: 05/04/2010 Time: 12:00 PM Notice sent to Attorneys Sanchez and Calandrelli. Opposition (and cross-motion, if any) to be filed and served so as to be received by court and opposing counsel not later than Friday, April 23, 2010. Reply, if any, to be filed and served so as to be received by court and opposing counsel not later than Friday, April 30, 2010. Result: Taken under advisement. |
| 04/23/2010 | Emergency Motion and Memorandum of Allison L. Randle to Enlarge Time to File and Serve an Opposition to Defendant's Motion for Summary Judgment; For Leave to File and Serve a Cross-Motion for Partial Summary Judgment; For Leave to File and Serve a Supplemental Pleading Setting Forth Transactions Which Have Happened Since the Date of Plaintiff's Original Pleading; and to Reschedule Hearing Date for Cause, filed. |
| 04/29/2010 | GMAC Mortgage LLC's Opposition to Plaintiff's Emergency Motion to Enlarge Time to File and to File an Amended Complaint, filed. |
| 04/30/2010 | Emergency Motion and Memorandum of Allison L. Randle to Enlarge Time to File and Serve an Opposition to Defendant's Motion for Summary Judgment; For Leave to File and Serve a Cross-Motion for Partial Summary Judgment; For Leave to File and Serve a Supplemental Pleading Setting Forth Transactions Which Have Happened Since the Date of Plaintiff's Original Pleading; and to Reschedule Hearing Date for Cause, DENIED. Notice of docket entry faxed to counsel. |
| 04/30/2010 | Appearance of Amy B. Hackett Esq. for GMAC Mortgage, LLC.. |
| 05/03/2010 | Notice of Petition for Interlocutory Relief on Order Denying Plaintiff's Motion for Continuance and to Amend Complaint, filed. |
| 05/04/2010 | Event Resulted The following event: Summary Judgment Hearing scheduled for 05/04/2010 12:00 PM has been resulted as follows: Result: Hearing Held on Defendant's Motion for Summary Judgment. Attorney Hackett Appeared and Argued for Defendant. Despite Notice and Opportunity to be Heard, Plaintiff Filed No Opposition and Did Not Appear. After Argument, Motion Taken Under Advisement. |
| 05/05/2010 | Notice of Docket Entry received from Appeals Court. "Please take note that, with respect to the petition purs. to G.L. c. 231, s. 118 w/ attach. filed by Allison L. Randle (Paper #1), on May 3, 2010, the following order was entered on the docket of the above-reference case, 2010-J-0224: RE#1: Denied. (Trainor, J.) |
| 10/12/2010 | Decision issued. (Copies Sent to Attorneys Israel M. Sanchez, Joseph P. Calandrelli, Richard E. Briansky and Amy B. Hackett) |
| 10/12/2010 | Judgment entered. (Copies Sent to Attorneys Israel M. Sanchez, Joseph P. Calandrelli, Richard E. Briansky and Amy B. Hackett) |
| 10/26/2010 | Plaintiff's Motion for Reconsideration and/or Alter or Amend Judgment of Dismissal, filed. |
| 10/26/2010 | Plaintiff's Motion and Memorandum for Reconsideration and/or Alter or Amend (Amended) Judgment, filed. |
| 10/27/2010 | Scheduled Event: Motion Date: 11/16/2010 Time: 10:00 AM Result: Case Taken Off of the List. |
| 10/28/2010 | Notice of Docket Entry: Upon Review of Motions for Reconsideration and Supporting Memorandum in Case Nos. 09 MISC 408202 and 08 MISC 369658, it is ORDERED that Written Opposition May Be Filed, and if so, Shall Be Filed by November 10, 2010. No Hearing To Be Held on Motions to Reconsider Unless Further Order For Hearing Issues From Court, see Land Court Rule 9. (Notice Sent to Attorneys Israel M. Sanchez, Jr., Reneau J. Longoria and Joseph Calandrelli) |
| 10/29/2010 | Event Resulted The following event: Motion scheduled for 11/16/2010 10:00 AM has been resulted as follows: Result: Case Taken Off of the List. |
| 11/10/2010 | GMAC Mortgage, LLC's Opposition to Allison Randle's Motion to Alter or Amend the Judgment and Request for Sanctions, filed. |
| 11/10/2010 | Affidavit of Joseph Calandrelli, Esq., filed. |
| 01/11/2011 | Reply and Memorandum of Allison L. Randle to the Opposition of GMAC Mortgage, LLC to Randle's Motion to Alter or Amend Judgment, filed. |
| 01/11/2011 | Affidavit of Israel M. Sanchez, Jr., in Response to GMAC Mortgage, LLC's Opposition to Allison L. Randle's Motion to Alter or Amend Judgment, filed. |
| 08/25/2011 | Upon review of the motion by Allison Randle for Reconsideration and/or to Alter or Amend the Judgment, the opposition thereto filed by GMAC Mortgage, LLC, the reply to that opposition, and the papers supporting all of these filings, the motion for reconsideration and/or to alter or amend the judgment is DENIED, substantially for the reasons set forth at length in the opposing papers filed by GMAC Mortgage, LLC. The judgment as previously entered is to stand without alteration. The request by GMAC Mortgage, LLC for sanctions is DENIED. (Notice of Docket Entry Sent to Attorneys Joseph P. Calandrelli, Richard E. Briansky, John A. Doonan, Erin P. Severini, Reneau Jean Longoria, and Israel M. Sanchez) |
| 09/27/2011 | Notice of Appeal by Allison L Randle to the Appeals Court filed. |
| 03/14/2012 | Withdrawal of Joseph P. Calandrelli, Esq. for GMAC Mortgage, LLC.. |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $255.00 | $255.00 | $0.00 | $0.00 |
| | $255.00 | $255.00 | $0.00 | $0.00 |

**Receipts**

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 187667 | 08/12/2009 | Sanchez Jr., Esq., Israel M | $255.00 |
| | | | $255.00 |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment entered. | 10/12/2010 | Piper, Hon. Gordon H |