**Francine Silver**
**8613 Franklin Ave**
**Los Angeles, CA 90069**
**Tel 310 945 6105**

**Holder of claim # 61**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK – COURT ROOM 501

| | |
|---|---|
| | ) Hon. Judge Martin Glenn, Presiding |
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) **PRO SE MOTION BY** |
| | **FRANCINE SILVER FOR** |
| | **PAYMENT OF CLAIM # 61** |

## NOTICE OF MOTION

In accordance with the settlement plan that has been voted on and confirmed I ask that

the Honorable Judge Martin Glenn grants my motion and instructs the debtors to settle

my claim as called for in the plan and release my share of the settlement funds.

Ready for decision at the Honorable Judge's earliest convenience.

Respectfully,

*Francine Silver*

Francine Silver

RECEIVED

MAR 2 1 2014

U.S. BANKRUPTCY COURT, SDNY