**Francine Silver**
**8613 Franklin Ave**
**Los Angeles, CA 90069**
**Tel 310 945 6105**

**Holder of claim # 61**

### AFFIRMATION IN SUPPORT OF PRO SE MOTION BY FRANCINE SILVER FOR PAYMENT OF CLAIM # 61

I Francine Silver affirm that everything in my motion for payment is true.

I declare under penalty of perjury that the foregoing is true and correct,"

*[signature]*

Francine Silver                    Date. 3/14/14