**Exhibit A**

Morrison & Foerster LLP

Here are the documents needed to support the claim Doc 6448 Claimant Alfredia Holiday who is now deceased, The reason for not responding in a timely matter. I am sending these documents on behalf of Alfredia Holiday and as his executor of his Estate deceased (Oct 20, 2013)

Estate of Alfredia
Holiday (Executor) Brandi Hayes
1606 Sheridan                1606 Sheridan
Saginaw, MI 48601            (989) 213-8101

respectfully submitted

ny-1126325

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | Alfredia Holiday<br>3350 Williamson Rd.<br>Saginaw, MI 48601 | 1661 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$96,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Annie Trammell<br>7494 County Road 278<br>Roanoke, AL 36274 | 4419 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$80,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 3 | Barbara Ann White<br>PO Box 9001719<br>Louisville, KY 40290-1719 | 5743 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$131,455.97 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | BUDELIS, LOUISE M<br>2594F S ARLINGTON MILL DR<br>GROUND RENT<br>ARLINGTON, VA 22206 | 731 | 09/25/2012 | $19.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Charlene M. Butler<br>19201 N.W. 11 Ave<br>Miami, FL 33169 | 6326 | 12/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$40,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON THE RESCAP BORROWER CLAIMS TRUST'S
FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT
DOCUMENTATION BORROWER CLAIMS)**

**Alfredia Holiday**

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 1661 10/24/12 | GMAC Mortgage, LLC | Administrative Priority | N/A | Insufficient Documentation |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | $96,000.00 | |

PLEASE TAKE NOTICE that, on February 7, 2014, the ResCap Borrower Claims Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a Borrower Claim with Insufficient

---

[1] A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

## Mortgage Interest Statement FORM 1098 (Keep for your records)

**RECIPIENT'S/LENDER'S Name, Street Address, City, State, and ZIP Code**
GMAC MORTGAGE CORPORATION
3451 HAMMOND AVE
WATERLOO IA 50702
800-766-4622

**Copy B For Payer**
The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

* Caution. The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

Department of the Treasury - Internal Revenue Service

**PAYER'S/BORROWER'S Name (first, middle, last), Street Address, City, State, and ZIP Code**
861098 12/09/04  13:32 0060897 20050111 DA026116/1098  1 OZ DOM DA02610000- 146316  PD
#BWNHJPY
#KW06678J49205#

ALFREDIA HOLIDAY
CHERYL A. HOLIDAY
3217 CARTER
SAGINAW MI 48601-4053



| | RECIPIENT'S Federal I.D. Number | PAYER'S Social Security Number | OMB No. 1545-0901 IRS REPORTING YEAR |
|---|---|---|---|
| | 23-1694840 | 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 | 2004 |
| | 1. Mortgage Interest received from Payer(s)/Borrower(s)* | | 2. Points paid directly by Payer(s)/Borrower(s) on purchase of principal residence |
| | $ 3,110.96 | | $ 0.00 |
| | 3. Refund of Overpaid Interest (see box 3 on back) | | 4. Real Estate Taxes Paid |
| | $ 0.00 | | $ 0.00 |

**STATEMENT OF ACCOUNT THROUGH 12-31-2004**
**ACCOUNT NUMBER: 0544400609**
**PROPERTY LOCATION:**
  3217 CARTER
  SAGINAW MI 48601

INTEREST PAID DURING 2004:         3,110.96
HAZARD INSURANCE PAID IN 2004:         0.00
INTEREST ON ESCROW 2004:               0.00
ESCROW INTEREST WITHHELD 2004:         0.00
PRIOR YEAR PREPAID INTEREST:           0.00

| DATE OF TRANSACTION | TRANS | PRINCIPAL | INTEREST | ESCROW | MISC | PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 01-09-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 61,351.47 | 0.00 |
| 01-23-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.85- | 61,351.47 | 0.00 |
| 01-23-04 | PAYMENT | 131.78 | 325.93 | 0.00 | 0.00 | 61,219.69 | 0.00 |
| 01-23-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.00 | 61,219.68 | 0.00 |
| 01-23-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 0.01- | 61,219.68 | 0.00 |
| 02-06-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 61,219.68 | 0.00 |
| 02-20-04 | PAYMENT | 132.48 | 325.23 | 0.00 | 228.85- | 61,087.20 | 0.00 |
| 02-20-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.01- | 61,087.19 | 0.00 |
| 03-05-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 61,087.19 | 0.00 |
| 03-19-04 | PAYMENT | 133.18 | 324.53 | 0.00 | 228.85- | 60,954.01 | 0.00 |
| 03-19-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.01- | 60,954.00 | 0.00 |
| 04-02-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,954.00 | 0.00 |
| 04-16-04 | PAYMENT | 133.89 | 323.82 | 0.00 | 228.85- | 60,820.11 | 0.00 |
| 04-16-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.01- | 60,820.10 | 0.00 |
| 04-30-04 | PRIN CURTAIL | 228.86 | 0.00 | 0.00 | 0.00 | 60,591.24 | 0.00 |
| 05-14-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,591.24 | 0.00 |
| 05-28-04 | PAYMENT | 135.82 | 321.89 | 0.00 | 228.85- | 60,455.42 | 0.00 |
| 05-28-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.01- | 60,455.41 | 0.00 |
| 06-11-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,455.41 | 0.00 |
| 06-25-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,455.41 | 0.00 |
| 06-29-04 | PAYMENT | 136.54 | 321.17 | 0.00 | 457.71- | 60,318.87 | 0.00 |
| 06-29-04 | PRIN CURTAIL | 0.01 | 0.00 | 0.00 | 0.01- | 60,318.86 | 0.00 |
| 07-09-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,318.86 | 0.00 |
| 07-23-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,318.86 | 0.00 |
| 07-29-04 | PAYMENT | 137.27 | 320.44 | 0.00 | 457.71- | 60,181.59 | 0.00 |
| 08-06-04 | RECEIPT | 0.00 | 0.00 | 0.00 | 228.86 | 60,181.59 | 0.00 |
| 08-20-04 | PAYMENT | 138.00 | 319.71 | 0.00 | 228.85- | 60,043.59 | 0.00 |
| 08-20-04 | PRIN CURTAIL | 0.02 | 0.00 | 0.00 | 0.02- | 60,043.57 | 0.00 |
| 09-27-04 | FEE ASSESSED | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| 10-04-04 | PAYMENT | 138.73 | 318.98 | 0.00 | 0.00 | 59,904.84 | 0.00 |
| 10-21-04 | PAYOFF | 59,904.84 | 209.26 | 581.60 | 0.00 | 0.00 | 581.60 |
| 10-21-04 | FEE PAID | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 |
| 11-08-04 | MISC DISB | 0.00 | 0.00 | 581.60- | 0.00 | 0.00 | 0.00 |

# STATE OF MICHIGAN
## DEPARTMENT OF COMMUNITY HEALTH
### CERTIFICATE OF DEATH

**LF** CF 2013-1957
**STATE FILE NUMBER:** 229534

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Alfredia Holiday |
| 2. DATE OF BIRTH | October 25, 1953 |
| 3. SEX | Male |
| 4. DATE OF DEATH | October 20, 2013 |
| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | |
| 6a. AGE - Last Birthday (Years) | 59 |
| 6b. UNDER 1 YEAR (Months / Days) | |
| 6c. UNDER 1 DAY (Hours / Minutes) | |
| 7a. LOCATION OF DEATH | St Marys of Michigan |
| 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | Saginaw |
| 7c. COUNTY OF DEATH | Saginaw |
| 8a. CURRENT RESIDENCE - STATE | Michigan |
| 8b. COUNTY | Saginaw |
| 8c. LOCALITY | Saginaw |
| 8d. STREET AND NUMBER | 3350 Williamson Road |
| 8e. ZIP CODE | 48601 |
| 9. BIRTH PLACE | Saginaw, Michigan |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. DECEDENT'S EDUCATION | Master's degree |
| 12. RACE | Black |
| 13a. ANCESTRY | African-American |
| 13b. HISPANIC ORIGIN | No |
| 14. EVER IN THE U.S. ARMED FORCES? | No |
| 15. USUAL OCCUPATION | Skilled Trades |
| 16. KIND OF BUSINESS OR INDUSTRY | Automotive |
| 17. MARITAL STATUS | Divorced |
| 18. NAME OF SURVIVING SPOUSE | |
| 19. FATHER'S NAME (First, Middle, Last) | Pressie Fentress |
| 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) | Odesa Ray |
| 21a. INFORMANT'S NAME | Brandi Hayes |
| 21b. RELATIONSHIP TO DECEDENT | Daughter |
| 21c. MAILING ADDRESS | 1606 Sheridan Avenue, Saginaw Michigan 48601 |
| 22. METHOD OF DISPOSITION | Burial |
| 23a. PLACE OF DISPOSITION | Forest Lawn Cemetery |
| 23b. LOCATION - City or Village, State | Saginaw, Michigan |
| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | Alonzo L. Betts |
| 25. LICENSE NUMBER | 4501006060 |
| 26. NAME AND ADDRESS OF FUNERAL FACILITY | Evans & Browne's Funeral Home, 441 N. Jefferson Avenue, Saginaw, Michigan 48607 |
| 27a. CERTIFIER | ☒ Certifying Physician / ☐ Medical Examiner — Nikola Kinachtchouk, M.D. |
| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 10:35 PM |
| 28b. PRONOUNCED DEAD ON | October 20, 2013 |
| 28c. TIME PRONOUNCED DEAD | 10:35 PM |
| 29. MEDICAL EXAMINER CONTACTED | Yes |
| 30. PLACE OF DEATH | Hospital |
| 31. IF HOSPITAL | Inpatient |
| 27b. DATE SIGNED | October 21, 2013 |
| 27c. LICENSE NUMBER | 065669 |
| 32. MEDICAL EXAMINER'S CASE NUMBER | 2013-685 |
| 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER | |
| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN | Nikola Kinachtchouk, M.D., 4705 Towne Centre, Suite 102, Saginaw, Michigan 48602 |
| 35a. REGISTRAR'S SIGNATURE | Susan Kaltenbach |
| 35b. DATE FILED | October 28, 2013 |

**36. PART I.** ENTER the chain of events — diseases, injuries or complications — that directly caused the death.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. | Intracerebra Bleeding | Days |
| b. | HTN | Years |
| c. | | |
| d. | | |

**PART II.** OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I: 

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ No

**38. IF FEMALE:** (not applicable)

**39. MANNER OF DEATH:** Natural
**40a. WAS AN AUTOPSY PERFORMED?** No
**40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?** 

41a–41g. INJURY information: (blank)

---

**STATE OF MICHIGAN**
**COUNTY OF SAGINAW**

I, SUSAN KALTENBACH, Clerk of said County of Saginaw and Clerk of the Circuit Court for said County, do hereby certify that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent record of the Saginaw County Clerk's Office.

WITNESSED the Seal of said court and county on this date:

OCT 3 0 2013 A.D.

*Susan Kaltenbach*, SAGINAW COUNTY CLERK

SP00852692

VRHDSS11 (12/12) Authority: MCL 333

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.**

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF SAGINAW | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>13-131242-DE |
|---|---|---|

Estate of Alfreda Holiday — deceased

TO: Name and address
Brandi V. Hayes
1606 Sheridan
Saginaw, MI 48601

Telephone no.
989-231-8101

You have been appointed and qualified as personal representative of the estate on _____DEC 2 3 2013_____. You are authorized to perform all acts authorized by law unless exceptions are specified below.
☐ Your authority is limited in the following way:
  ☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
  ☐ Other restrictions or limitations are:

☒ These letters expire: __N/A__ Date

DEC 2 3 2013
Date

Patrick J. McGraw
Judge (formal proceedings)/Register (informal proceedings)    Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Brandi V. Hayes                  In Pro Per
Attorney name (type or print)    Bar no.
1606 Sheridan
Address                          13
Saginaw, MI 48601                989-231-8101
City, state, zip                 Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

DEC 2 3 2013
Date                             Deputy register

Do not write below this line - For court use only

MCL 700.3103, MCL 700.3307, MCL 700.3414,
MCL 700.3504, MCL 700.3601,
MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE