The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recover...

B 10 Modified (Official Form 10) (12-11)

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**COPY**

**PROOF OF CLAIM**

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

NameID: 10995344

Name and address where notices should be sent:

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101   **91001**

Telephone number: **626 798-4422**   email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim.
**7407, 7321 7163,**
Court Claim **7172, 7310**
Number: **7453**
(if known)
Filed on: **3/3/2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**

Telephone number: **626 798-4422**   email: *johnotrin@earthlink.net*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

**1. Amount of Claim as of Date Case Filed:** $   **$22,414,193.12**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.   **8.2507 %**

**2. Basis for Claim:** **Issuer of Promissory notes for $612,000.00 tendered on  10/27/2006**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **760-8**

**3a. Debtor may have scheduled account as:** N/A

**3b. Uniform Claim Identifier (optional):** (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe:

**Value of Property:** **$612,000.00**   **Annual Interest Rate 8.2507 %** ☐ Fixed ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ **N/A**

Basis for perfection: **N/A**

**Amount of Secured Claim:** $ **$22,414,193.12**   **Amount Unsecured:** $ **N/A**

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ **N/A** (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (*See instruction #8, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are ☐ available, please explain:   **DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT**

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Walter Olszewski**
Title: **Secured Issuer of the Credit**
Company: **Standing and Power of Attorney**
Address: **104 West Loma Alta Drive, Altadena California 91001**
**626 798-4422**
*johnotrin@earthlink.net*
Telephone number:   Email:

(Signature)   3/21/2017 (Date)

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
**$22,414,193.12**

*Amounts are subject to adjustment on 4-1-13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Claim # ___ Hand Delivered
Initials ___

**RECEIVED**
**MAR 2 1 2014**
KURTZMAN CARSON CONSULTANTS
**COURT USE ONLY**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-5_domestic_21/030037/180218

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF walter Olszewski
CREDITOR SECURED PARTY                                  FIRST NOTICE  Registered Mail #__ RE 076 974 228 US____
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al , Debtors                    CASE # 12-12032 (MG)

**Honorable Martin Glenn**                          Certified Mail 7013 3020 0000 3075 9020
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House              *deanna_anderson@nysb.uscourts.gov*
One Bowling Green, Room 501
New York, New York 10004-1408

**Mr. Jeffrey Brodsky, CPA**                          Certified Mail 7013 2250 0000 8488 5067
**Quest Turnaround Advisors**                          *jbrodsky@qtadvisors.com*
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

**Kenneth H. Eckstein, Esq.**                          Certified Mail 7013 2250 0000 8488 5074
KRAMER LEVIN NAFTALIS & FRANKEL, LLP        *keckstein@kramerlevin.com*
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba              Certified Mail 7013 2250 0000 8488 5081
RESIDENTIAL CAPITAL,LLC et al and any successors.
Suite 175, 8400 Normandale Lake Blvd.          *Claims.management@rescapestate.com*
Bloomington, Mn.  55437-1069

The ResCap Borrower Claims Trust dba Libellees    Certified Mail 7013 3020 0000 3075 8962
Polsinelli PC, 900 Third Avenue, 21st Floor        *Claims.management@rescapestate.com*
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee and any successors.

MORRISON & FOERSTER LLP dba Libellees **FIRST NOTICE** Registered Mail #__ RE 076 974 228 US____
**1290 Avenue of the Americas**                          *giee@mofo.com*
**New York, New York 10104**                          Certified Mail 7013 3020 0000 3075 8979
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L.
Marine, Libellee, Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi,
Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Att. Linda A. Riffkin & Brian S. Masumoto              Certified Mail 7013 3020 0000 3075 8986

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr.          Certified Mail 7013 3020 0000 3075 8993

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.          Certified Mail 7013 3020 0000 3075 9006

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Att: Joseph N. Cordaro, Esq.                          Certified Mail 7013 3020 0000 3075 9013          RECEIVED

FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW          MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of walter Olszewski
CREDITOR SECURED PARTY                         FIRST NOTICE  Registered Mail #__RE 076 974 228 US_____
**(This is a verified plain statement of fact)**
ONE COURT CLAIM# 7453 with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al , Debtors                         CASE # 12-12032 (MG)

**RECEIVED**

walter; olszewski, Creditor Secured Party
Los Angeles County
The State of California
United States of America 1776 AD

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
### 28 U.S.C. §1333, §2461 and §2463

File # **INCLUSIVE INVOICE for CASE # 12-12032; ONE COURT CLAIM # 7453 with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321**

Date: March 21, 2014

Declarant:      walter; olszewski, Creditor Secured Party,
                C/o Tanya-Llanes; Tarver, Notary Acceptor
                P.O BOX 50202
                Pasadena [91105] California

Respondent:     **MORRISON & FOERSTER LLP et al dba RESIDENTIAL CAPITAL, LLC. et al
                dba GMAC MORTGAGE, et al dba HOMECOMING FINANCIAL, LLC et al,
                Libellees and any successors.**          Mail Carrier:
                1290 Avenue of the Americas
                New York, New York 10104

| | |
|---|---|
| dba GARY S. LEE | Co-chair of the Finance Department of Morrison & Foerster LLP |
| dba NORMAN S. ROSENBAUM | Counsel to Residential Capital and its affiliates |
| dba JORDAN A. WISHNEW | Counsel to Residential Capital and its affiliates |
| dba JENNIFER L. MARINES | Counsel to Residential Capital and its affiliates |
| dba ALEXANDRA STEINBERG BARRAGE | Counsel to Residential Capital and its affiliates |
| dba TODD M. GROEN | Counsel to Residential Capital and its affiliates |
| dba LORENZO MARINUZZI | Counsel to Residential Capital and its affiliates |
| dba JOSEPH MORROW | Supervisor at KCC |
| dba DANIEL J. FLANIGAN | The ResCap Borrower Claims Trust |
| dba PETER S. KRAVITZ | The ResCap Borrower Claims Trust |
| dba DEANNA HORST | Chief Claims Officer for Residential Capital, LLC |
| dba Tammy Hamzehpour | General Counsel- Residential Capital LLC et al |

In care of:
GARY S. LEE                               Libellee is charged with distributing
**(Lead counsel to Residential Capital and its affiliates)**    copies to all other named Libellees.

**Affiants States: FACT:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in <u>Haines v. Kerner</u>, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF walter Olszewski
CREDITOR SECURED PARTY                    FIRST NOTICE  Registered Mail #   RE 076 974 228 US
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

**In Re: RESIDENTAL CAPITAL, LLC et al , Debtors**                    **CASE # 12-12032 (MG)**

pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above
referenced matter without waiver of any other defenses.

## Maxims of Lawe:

*All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole
truth, and nothing but the truth.*

*Truth as a valid statement of reality is sovereign in commerce.*

*An unrebutted affidavit stands as truth in commerce.*

*An unrebutted affidavit is acted upon as the judgment in commerce.*

*Guaranteed—All men shall have a remedy by the due course of law.  If a remedy does not exist, or if the existing
remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by
expressing it in their affidavit.*

*(Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is
easily and readily available to anyone making a reasonable effort to study the law.)*

*All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and
Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.*

*The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of  Commercial
Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature,
means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.*

*The Corporate Legal Power is secondary to Commercial Guarantors.  Case law is not a responsible substitute for a
Bond.*

*Municipal corporations which include cities, counties, states and national governments have no commercial reality
without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).*

*In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to its
Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.*

*If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty
(60) days then it must pay the full face value of a defaulted Lien process (at 90 days)*

*Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a
Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.*

*Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal
corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bon
A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.*

*Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole
proprietorships without suspending commerce by a general declaration of martial law.*

*It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without
the Court.*

*An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to
use a summary process.*

*An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien
without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the
lien.  Pound breach (breach of impoundment) and rescue is a felony.*

*It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien.  Only the
Lien Claimant or a Jury can dissolve a commercial lien.*

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF walter Olszewski
CREDITOR SECURED PARTY                    FIRST NOTICE  Registered Mail #__RE 076 974 228 US____
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7453 with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al , Debtors                    CASE # 12-12032 (MG)

## Notice to agent is notice to principal; notice to principal is notice to agent.

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.**

## FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

**Affiants States: FACT:** Declarant is moving pursuant to U.C.C. Article 9 causing his NOTICE OF DEMAND AND SETTLEMENT service upon the Respondents by Registered Mail. This instant action is "within the Admiralty Ab Initio" pursuant to 28 USC §1333 or §1337and §2461 and §2463.

**Affiants States: FACT:** Respondents are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain of **Twenty-two million four-hundred and fourteen thousand, one-hundred ninety-three DOLS twelve CTS ($22,414,193.12) USD** as evidenced in Declarant's Accounting and True Bill and Agreement/Contract of a Debt INFACT.

**Affiants States: FACT:** Respondents are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/Contract, File# **ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172  #7310 # 7321**, will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

**Affiants States: FACT:** Declarant is exhausting his Administrative Remedies and the Respondents are **"ESTOPPED"** from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

**Affiants States: FACT:** Respondents violations are deemed a trespass and enlarge the value of the claim by 10 times for compensatory and punitive damages based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

**Affiants States: FACT:** All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral, is a criminal act. Declarant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

**Affiants States: FACT:** In reference to Doc 6670 FILED 03/19/14, RESIDENTIAL CAPITAL, LLC, et al, Debtors, Borrower Claim Trust has no rights to object to this Claim on any basis at any future point in time as they are in Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter and I do believe the above described acts to have been committed contrary to law.

RECEIVED

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of walter Olszewski
CREDITOR SECURED PARTY                          FIRST NOTICE  Registered Mail #_____RE 076 974 228 US____
**(This is a verified plain statement of fact)**
ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al , Debtors                    CASE # 12-12032 (MG)

**Affiants States: FACT:** All responses are required to be served upon the Declarant and the Notary
Acceptor at the locations shown and expressly and exactly as shown:

walter; olszewski, Creditor Secured Party              walter; olszewski, Creditor Secured Party
C/o 104 West Loma Alta Drive                           C/o Tanya-Llanes; Tarver, Notary Acceptor
Altadena [91001] California                            P.O BOX 50202, Pasadena [91105] California

**Affiants States: FACT:** Service is required by U.S. Mail Registered on all correspondence at both the
Declarant's and the Notary Acceptor's location shown above.

## COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

I certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and
competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the
whole truth and nothing but the truth, so help me God.

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary Public
My name is **non-negotiable**;
All rights reserved without prejudice.

RECEIVED

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

walter: olszewski, affiant
**Libellant, Secured Issuer of the Credit; agent, U.C.C. 3-402 (b)(1)**

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

**JURAT**

state of California _____ )
                                  ) ss.
county of Los Angeles_____ )

**Subscribed and sworn to before me on March 21, 2014**

Notary Seal:                              **walter: olszewski**
                                          **Proved to me on her basis of satisfactory evidence**
                                          **to be the person who appeared before me.**

Signature of Notary Public in and for said State
                                          Tarver Tanya Llanes
                                          Printed Name of Notary
                                          **My commission Expires:  March 17, 2016**

**LAWE NOTICE**: Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA
and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced
documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY
acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party
contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER
73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal
Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of
the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled
"Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime
for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of
America those rights protected by the Constitution and U.S. laws.

**FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW**

# JURAT

State of California
County of Los Angeles    } ss.

RECEIVED

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

---

HENK NEEF
Commission # 1937047
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2015

Notary Seal

---

Subscribed and sworn to (~~or affirmed~~) before
me on     March 21, 2014        by:
Walter Laddie Olszewski

---

Proved to me on the basis of satisfactory
evidence to be the person(s) who appeared
before me.

_____
Signature of Notary Public in and for said State

_____
        Henk Neef
        Printed Name of Notary

---

*OPTIONAL INFORMATION*

Description of Attached Document:    **Declaration of Commercial Claim by Affidavit**
Number of Pages:                     **9 pages ( including this attachment)**
Document Date:                       **March 21, 2014**

Embosser Seal

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| | |



FIRST NOTICE **Registered** Mail # ___RE  076  974  228 US___

## CALIFORNIA JURAT WITH AFFIANT STATEMENT
## GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

RECEIVED

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

_____       _____
*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me

on this __21 ST__ day of __MARCH__, 20 __14__,

by     Date     Month     Year

(1) __WALTER OLSZEWSKI__

(2) _____
       *Name(s) of Signer(s)*

**JOHN RAMIREZ**
Commission # 1989476
Notary Public - California
Los Angeles County
My Comm. Expires Aug 28, 2016

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
       *Signature of Notary Public*

*Place Notary Seal Above*

————————— **OPTIONAL** —————————

*Though this section is optional, completing this information can deter alteration of the document
or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## OF COMMERCIAL CLAIM

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of walter Olszewski
CREDITOR SECURED PARTY                                    FIRST NOTICE  Registered Mail #____RE 076 974 228 US____

### (This is a verified plain statement of fact)

ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172  #7310 # 7321

In Re: RESIDENTAL CAPITAL, LLC et al , Debtors                        CASE # 12-12032 (MG)

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT
# PROOF OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

March 21, 2014

Honorable Martin Glenn                          Certified Mail 7013 3020 0000 3075 9020
**United States Bankruptcy Court for the Southern District of New York**
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

**Mr. Jeffrey Brodsky, CPA**                          Certified Mail 7013 2250 0000 8488 5067
**Quest Turnaround Advisors**
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

**Kenneth H. Eckstein, Esq.**                          Certified Mail 7013 2250 0000 8488 5074
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba                   **Certified Mail 7013 2250 0000 8488 5081**
RESIDENTIAL CAPITAL,LLC et al
Suite 175, 8400 Normandale Lake Blvd.
Bloomington, Mn.  55437-1069

**The ResCap Borrower Claims Trust dba Libellees**          Certified Mail 7013 3020 0000 3075 8962
Polsinelli PC, 900 Third Avenue, 21st Floor
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee

**MORRISON & FOERSTER LLP dba Libellees**          FIRST NOTICE Registered Mail #__RE 076 974 228 US____
1290 Avenue of the Americas                          Certified Mail 7013 3020 0000 3075 8979
New York, New York 10104
**dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L. Marine, Libellee, Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi, Libellee and any successors.**

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Att: Linda A. Riffkin & Brian S. Masumoto          **Certified Mail 7013 3020 0000 3075 8986**

**Office of the United States Attorney General, U.S. Department of Justice**
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr.          Certified Mail 7013 3020 0000 3075 8993

**Office of the New York State Attorney General, The Capitol**
Albany, NY 12224-0341
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.          **Certified Mail 7013 3020 0000 3075 9006**

**Office of the U.S. Attorney for the Southern District of New York**
One St. Andrews Plaza
New York, New York 10007
Att: Joseph N. Cordaro, Esq.          **Certified Mail 7013 3020 0000 3075 9013**

RECEIVED

MAR 2 1 2014

KURTZMAN CARSON CONSULTANTS

**FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW**
**PROOF OF SERVICE**                                                            1

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## OF COMMERCIAL CLAIM

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of** walter Olszewski
**CREDITOR SECURED PARTY**                    **FIRST NOTICE  Registered Mail #** ___RE 076 974 228 US___
### (This is a verified plain statement of fact)
**ONE COURT CLAIM# 7453  with Amendments Inclusive of Numbers #7407 #7163 #7172  #7310 # 7321**
**In Re: RESIDENTAL CAPITAL, LLC et al , Debtors**                    **CASE # 12-12032 (MG)**

KNOW ALL MEN BY THESE PRESENTS:
**RE:  Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on
the attached DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT OF COMMERCIAL CLAIM OF Walter
Olszewski IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT, ALL WITNESS BY THREE (3) NOTARY
PUBLIC and PROOF OF SERVICE.**

I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response.
Your response must be complete in responding point for point, and a copy of your response should also be provided to the
undersigned authorized representative of the Issuer of the credit. All responses must be sent via **Registered Mail**. All responses by
any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the
best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute
prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records
are private and proprietary and are to be kept confidential so as not too prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The
undersigned Notary Public witness is merely a duty-bound messenger.

Now I, Tanya Llanes Tarver, Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter
Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW
42.44.010, RCW62A.3.505, and RCW 62A.3.504.

This record certifies that the above document was delivered via **Registered Mail and/or Certified Mail** by placing same in a
postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under
the exclusive face and custody of the U.S. Postal Service within the State of California.

**All replies must be made by Registered Mail addressed as follows to the correct addressee and to both correct locations:**

walter; olszewski, Creditor Secured Party                    walter; olszewski, Creditor Secured Party
C/o 104 West Loma Alta Drive                    C/o Tanya-Llanes; Tarver, Notary Acceptor
Altadena [91001] California                    P.O BOX 50202, Pasadena [91105] California

All other replies will be certified as a non-response, and in dishonor.

                                                                                        March 21, 2014
                                        Awaiting your timely response,
                                        Regards,

STATE OF CALIFORNIA          )
                                                )
COUNTY OF LOS ANGELES          )

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.



                                        _____
                                        Signature of Notary Public in and for said State
                                        **Tarver Tanya Llanes**
                                        Printed Name of Notary
                                        **My commission Expires:  March 17, 2016**
**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and
has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced
documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY
acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third
party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I,
CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a
quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations
as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code,
Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This
Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States
and/or United States of America those rights protected by the Constitution and U.S. laws.
**FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW**          RECEIVED

**PROOF OF SERVICE**                                                                          2
                                                                                        MAR 2 1 2014

                                                                        KURTZMAN CARSON CONSULTANTS