**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** U.S. Bank Cust for Pro Capital I, LLC, its assignees and/or successors in interest ("Requesting Party") asserts that it holds a tax lien on lands and premises of Janina Friedman with an address of 829 Roebling Avenue, Trenton, NJ 08611 (the "Mortgaged Property");

**WHEREAS** the relevant land records reflect that GMAC Mortgage, LLC, one of the above-captioned debtors (the "Debtors" and, together with Requesting Party, the "Parties") also holds a lien on the Mortgaged Property;

**WHEREAS** the Requesting Party requested (the "Request") relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), to commence and complete the foreclosure of its interests in the Mortgaged Property;

**WHEREAS** the Debtors, following a review of their records have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Property;

**WHEREAS** the Debtors have agreed to consent to the Motion on the terms and conditions contained in this Stipulation and Order;

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the parties to this Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow the Requesting Party to commence and complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3. Nothing in this Stipulation shall be deemed to affect the rights of any entity to contest the relative priority of Requesting Party's mortgage and security interest in the Mortgaged Property in any subsequent foreclosure proceeding.

4. The Requesting Party shall provide due notice to the Debtors and Ocwen Loan Servicing, LLC[1] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to proceeding with a sale of the Mortgaged Property, in accordance with and to the extent the holder of a lien on the Mortgaged Property would be entitled to notice under applicable state law.

5. This Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

6. This Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

---

[1] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

7. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay of this Order imposed by such rule is waived. The Requesting Party is authorized to implement the provisions of this Order immediately upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

| GMAC MORTGAGE, LLC | U.S. BANK CUST FOR PRO CAPITAL I, LLC, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST |
|---|---|
| By: /s/ Norman S. Rosenbaum <br> Norman S. Rosenbaum <br> Erica J. Richards <br> James A. Newton <br> **MORRISON & FOERSTER LLP** <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> Telephone: (212) 468-8000 <br> Facsimile: (212) 468-7900 <br><br> *Counsel for The Debtors and The ResCap Liquidating Trust* | By: /s/ Linda S. Fossi <br> Gary C. Zeitz <br> Linda S. Fossi <br> **GARY C. ZEITZ, LLC** <br> 1105 Laurel Oak Road, Suite 136 <br> Voorhees, NJ 08043 <br> Telephone: (856) 857-1222 <br> Facsimile: (856) 857-1234 <br><br> *Counsel for U.S. Bank Cust for Pro Capital I, LLC, its assignees and/or successors in interest* |

**SO ORDERED.**

Dated: March 25, 2014
       New York, New York

                                      **/s/Martin Glenn**
                                      MARTIN GLENN
                            United States Bankruptcy Judge