**Hearing Date and Time: April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------
                                                                          )
   In re:                                                                 )    Case No. 12-12020 (MG)
                                                                          )
   RESIDENTIAL CAPITAL, LLC, et al.,                                      )    Chapter 11
                                                                          )
                                                        Debtors.          )    Jointly Administered
----------------------------------------------------------------------------  )

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS) AGAINST ANNIE TRAMMELL (CLAIM NO. 4419) AND ALFREDIA HOLIDAY (CLAIM NO. 1661) TO APRIL 24, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims)* [Docket No. 6448] (the "Fifty-Ninth Omnibus Claims Objection") against Annie Trammell (Claim No. 4419) and Alfredia Holiday (Claim No. 1661), previously scheduled to be heard on March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1135900

| | |
|---|---|
| Dated: March 25, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the ResCap Borrower Claims Trust* |

ny-1135900