MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CORRECTED AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MARCH 26, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     WITHDRAWN/SETTLED MATTERS**:

**1.**     Derrius Silmon's Motion for Relief from Stay [Docket No. 3585]

   **Related Document(s)**:

   **a.**     Notice of Hearing on Motion for Relief from Stay [Docket No. 5084]

   **b.**     Notice of Adjournment of Hearing on Derrius Silmon's Motion for Relief from Stay to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5223]

   **c.**     Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to December 17, 2013 at 10:00 a.m. [Docket No. 5627]

---

[1] Amended items appear in **bold.**

ny-1135924

    **d.**    Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to January 9, 2014 at 10:00 a.m. [Docket No. 6051]

    **e.**    Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to January 30, 2014 at 10:00 a.m. [Docket No. 6214]

    **f.**    Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to February 20, 2014 at 10:00 a.m. [Docket No. 6346]

    **g.**    Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to March 26, 2014 at 10:00 a.m. [Docket No. 6478]

    **h.**    Notice of (I) Withdrawal with Prejudice of Motion of Derrius E. Silmon for Relief from Stay and (II) Disallowance and Expungement of Proof of Claim No. 4784 [Docket No. 6501]

    **Response(s)**:    None.

    **Status**:    This matter has been withdrawn. No hearing is required.

**2.**    Motion of James Robert Finch III's for Relief from Stay [Docket No. 6530]

    **Related Document(s)**:

    **a.**    Notice of Withdrawal of Motion of James Robert Finch II for Relief from Stay [Docket No. 6665]

    **Response(s)**:    None.

    **Status**:    This matter has been withdrawn. No hearing is required.

**II.**    **ADJOURNED MATTER(S)**

**1.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

    **Related Document(s)**:

    **a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

    **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

    **c.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

|   |   |
|---|---|
|   | from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624] |
| **d.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729] |
| **e.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848] |
| **f.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008] |
| **g.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239] |
| **h.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539] |
| **i.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682] |
| **j.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948] |
| **k.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186] |
| **l.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348] |

**m.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**Response(s)**:

**a.**     Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:     The hearing on this matter has been adjourned to April 24, 2014.

**2.**     Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

   **Related Document(s)**:

   **a.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

   **b.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

   **c.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

   **d.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

   **e.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

   **f.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

   **g.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

   **Response(s)**:

   **a.**     Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

   **b.**     Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

   **Reply**:

   **a.**     Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

   **Status**:     The hearing on this matter has been adjourned to April 10, 2014.

**3.**     Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621]

ny-1135924                              5

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to January 9, 2014 at 10:00 a.m. [Docket No. 6105]

**b.** Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to February 6, 2014 at 10:00 a.m. [Docket No. 6357]

**c.** Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to February 20, 2014 at 10:00 a.m. [Docket No. 6431]

**d.** Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to March 11, 2014 at 10:00 a.m. [Docket No. 6491]

**e.** Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to April 10, 2014 at 10:00 a.m. [Docket No. 6679]

**Response(s)**:

**a.** Debtors' Objection to Motion for Relief from Stay Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 6056]

**Status**: The hearing on this matter has been adjourned to April 10, 2014.

## III.   ADJOURNED ADVERSARY PROCEEDING MATTER(S):

### *von Brincken v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01436)

**1.** Pre-Trial Conference

**Related Document(s)**:

**a.** Complaint [Docket No. 1]

**b.** Amended Summons with Notice of Pre-Trial Conference [Docket No. 3]

**c.** Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 4]

**d.** Joint Progress Report [Docket No. 7]

**e.** Notice of Adjournment of Status Conference to January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 11]

|  |  |  |
|---|---|---|
| | **f.** | Motion to Amend Adversary Complaint [Docket No. 13] |
| | **g.** | Order Setting Deadline for Plaintiff to File Amended Complaint and Scheduling Pre-Trial Conference [Docket No. 14] |
| | **h.** | Amended Complaint [Docket No. 15] |
| | **i.** | Amended Summons with Notice of Pre-Trial Conference [Docket No. 16] |

**Status**: The pre-trial conference on this matter has been rescheduled for April 24, 2014.

## IV.    CONTESTED MATTER(S)

**1.** Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses [Docket No. 6174]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses to March 11, 2014 at 10:00 A.M. [Docket No. 6377]

**b.** Stipulated Facts in Connection with the Motion of Citibank, N.A. for an Order (I) Determining That It is Entitled to Post-Petition Interest on Its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses [Docket No. 6658]

**Response(s)**:

**a.** Objection of the Liquidating Trust to Motion of Citibank, N.A. for an Order (I) Determining That It Is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses [Docket No. 6276]

**Reply**:

**a.** Reply of Citibank to Liquidating Trust's Objection to Citibank's Motion for an Order (I) Determining That it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II)

    Directing Debtors to Pay Such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses [Docket No. 6352]

  **Status**:  The hearing on this matter will be going forward.

**2.** Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6527]

  **Related Document(s)**:

  **a.** Declaration of Robert Ellis in Support of Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6621]

  **Response(s)**:

  **a.** Timothy J. Lahrman's Special Appearance for the Limited Purposes of Presenting Objections and Raising Jurisdictional Issues Warranting Dismissal with Prejudice of the Ally Motion [Docket No. 6635]

  **Reply**:

  **a.** Ally Financial Inc.'s Reply in Support of Its Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6661]

  **Status**:  The hearing on this matter will be going forward.

**V.** **CLAIMS OBJECTIONS**

**1.** Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734]

  **Related Document(s):**

  **a.** Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

  **b.** Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claim Filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724) to November 7, 2013 at 2:00 p.m. [Docket No. 5170]

  **c.** Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Extension of Time to File Creditor's Objection to Debtors' Twenty-Sixth Omnibus Objection to Claims and Motion for Continuance of Hearing Thereof [Docket No. 5165]

    **d.**    Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Continuance of Hearing Regarding Debtors' Objections to the Estate's Proof of Claim [Docket No. 5739]

    **e.**    Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

    **f.**    Motion of Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Continuance of January 27, 2014 Hearing Regarding Debtors' Objections to the Estate's Proof of Claim [Docket No. 6329]

    **g.**    Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claim Filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724) to March 11, 2014 at 10:00 a.m. [Docket No. 6342]

**Response(s):**    None.

**Reply**:

    **a.**    Debtors' Second Omnibus Reply in Support of Debtors' Twenty-Sixth Omnibus Claim Objection (Borrower Claims with Insufficient Documentation) [Docket No. 5731]

**Status**:    This matter, solely as it relates the claim filed by Karen Mitchell-Smith for the Estate of Felecia V. Mitchell, has been resolved. No hearing is required.

**2.**    Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s):**

    **a.**    Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims- Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5467]

    **b.**    Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

    **c.**    Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6360]

  **d.**  Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6476]

  **e.**  Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

  **f.**  Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to April 10, 2014 at 10:00 A.M. (Prevailing Eastern Time) [Docket No. 6669]

 **Response(s):**

  **a.**  Gwendell L. Philpot's Opposition to Objection, Expungement and Disallowance of Claim [Docket No. 5233]

 **Reply**:

  **a.**  Debtors' Second Supplemental Omnibus Reply in Support of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 6089]

 **Status**:  The hearing on this matter, solely as it relates to the claim filed by Gwendell L. Philpot, has been adjourned to April 10, 2014.

**3.** Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162]

 **Related Documents**:

  **a.**  Order Requiring Parties to Submit Supplemental Briefing [Docket No. 6592]

  **b.**  Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

 **Responses**:

  **a.**  Creditor Jacqueline A. Warner's Opposition to Debtor's Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims- Books and Records) [Docket No. 5454]

  **b.**  Creditor Jacqueline A. Warner's Notice of Reservation of Right and Intent to Respond to Debtors' Omnibus Reply in Support of Debtors' Fiftieth

|   |   |
|---|---|
|   | Omnibus Objection to Claims (No Liability Borrower Claims-Books and Records) [Docket No. 6521] |
| **c.** | **Affidavit of Service of Jacqueline A. Warner re: Loan Rescission Letter [Docket No. 6600]** |
| **d.** | **Affidavit of Service of Jacqueline A. Warner re: Exhibits in Support of Creditors Claim 3502 and Claimants Opposition to Debtors Omnibus Reply in Support of Debtors Fiftieth Omnibus Objection to Claims [Docket No. 6601]** |
| e. | Jacqueline A. Warner's Response to U.S. Bankruptcy Judge Martin Glenn's Court Order Dated March 4, 2014 Requiring Parties to Submit Supplemental Briefing and Claimant's Response for Declaratory Judgment and Writ of Replevin [Docket No. 6657] |
| f. | Affidavit of Jacqueline A. Warner, Claim 3502, In Support of : Claimant's Opposition To Supplemental Brief Of The Rescap Borrower Claims [Docket No. 6672] |

**Replies**:

a. Debtors' Omnibus Reply in Support of Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records [Docket No. 5736]

b. Supplemental Brief of The ResCap Borrower Claims Trust with Respect to Claim No. 3502 of Jacqueline Warner [Docket No. 6652]

**Status**: The hearing on this matter, solely as it relates to the claim filed by Jacqueline A. Warner, will be going forward.

4. Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 6074]

**Related Document(s)**:

a. Notice of Adjournment of Hearing as to Certain Claims on (A) Debtors' Fifty-Second Omnibus Objections to Claims (Insufficient Documentation), and (B) Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) [Docket No. 6210]

b. Notice of Adjournment of Hearing on Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) Solely as it Relates to the Claims Filed by UBS Real Estate Securities Inc. to February 20, 2014 at 10:00 a.m. [Docket No. 6328]

  **c.**  Notice of Adjournment of Hearing on Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) Solely as it Relates to the Claim Filed by Deutsche Bank to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6469]

  **d.**  Notice of Adjournment of Hearing on Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) Solely as it Relates to Claims Filed by UBS Real Estate Securities, Inc. [Docket No. 6490]

  **e.**  Notice of Adjournment of Hearing on Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) Solely as it Relates to the Claims Filed by UBS Real Estate Securities Inc. to a Date to be Determined [Docket No. 6641]

**Response(s)**:

  **a.**  Response of UBS Real Estate Securities Inc. to Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 6470]

**Status**:  The hearing on this matter, solely as it relates to the claims filed by UBS Real Estate Securities Inc., has been adjourned to a date to be determined.

**5.**  Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) [Docket No. 6077]

**Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing as to Certain Claims on (A) Debtors' Fifty-Second Omnibus Objections to Claims (Insufficient Documentation), and (B) Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) [Docket No. 6210]

  **b.**  Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) Solely as it Relates to the Claims Filed by Federal Home Loan Mortgage Corporation to February 20, 2014 at 10:00 a.m. [Docket No. 6323]

  **c.**  Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) Solely as it Relates to the Claims Filed by Federal Home Loan Mortgage Corporation to March 26, 2014 at 10:00 a.m. [Docket No. 6477]

  **d.**  Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims) Solely as it Relates to the Claims Filed by Federal Home Loan Mortgage Corporation to April 10, 2014 at 10:00 a.m. [Docket No. 6644]

**Response(s)**:   None.

**Status**: The hearing on this matter, solely as it relates to the claims filed by Federal Home Loan Mortgage Corporation, has been adjourned to April 24, 2014.

**6.** The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims [Docket No. 6305]

**Related Document(s)**:

**a.** Omnibus Notice of Withdrawal of (I) ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims Solely as it Relates to the Claims Filed By Walter Olszewski (Claim Nos. 7172 and 7163); and (II) ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Solely as it Relates to the Claim Filed By Ruth Hutchins (Claim No. 5602) [Docket No. 6670]

**Response(s)**:

**a.** Response of Leroy Hines to The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims [Docket No. 6455]

**b.** Response of Walter Olszewski to The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims [Docket No. 6504]

**c.** Supplemental Objection of Walter Olszewski to The ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims [Docket No. 6615]

**Reply**:

**a.** ResCap Borrower Claims Trust's Reply in Support of Fifty-Eighth Omnibus Claims Objection to Late-Filed Borrower Claims [Docket No. 6677]

**Status**: This matter, solely as it relates to the claims filed by Walter Olszewski (Claim Nos. 7163 and 7172), has been withdrawn. The hearing on this matter as it relates to all other claimants will be going forward.

**7.**     ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6448]

      **Related Document(s)**:

      **a.**     Omnibus Notice of Withdrawal of (I) ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims Solely as it Relates to the Claims Filed By Walter Olszewski (Claim Nos. 7172 and 7163); and (II) ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Solely as it Relates to the Claim Filed By Ruth Hutchins (Claim No. 5602) [Docket No. 6670]

      **b.**     **Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Against Annie Trammell (Claim No. 4419) and Alfredia Holiday (Claim No. 1661) to April 24, 2014 at 10:00 A.M. (Prevailing Eastern Time) [Docket No. 6699]**

      **Response(s)**:

      **a.**     **Response Re: 59th Omnibus Objection to Claims filed by Brandi Hayes on behalf of Alfredia Holiday [Docket No. 6691]**

      **b.**     **Response Re: 59th Omnibus Objection to Claims filed by Annie Trammell [Docket No. 6692]**

      **Status**:     This matter, solely as it relates to the claim filed by Ruth Hutchins (Claim No. 5602), has been withdrawn. **The hearing on this matter, as it relates to the claims filed by Annie Trammell and Alfredia Holiday, has been adjourned to April 24, 2014.** The hearing on this matter as it relates to all other claimants will be going forward.

**8.**     ResCap Borrower Claim Trust's Sixtieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 6457]

      **Related Document(s)**:     None.

      **Response(s)**:

      **a.**     Opposition and Memorandum of Allison L. Randle to The ResCap Borrower Claims Trust's Sixtieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 6664]

**Reply**:

a.  ResCap Borrower Claims Trust's Reply in Support of its Sixtieth Omnibus Claims Objection to Res Judicata Borrower Claims [Docket No. 6678]

**Status**:  The hearing on this matter will be going forward.

Dated: March 25, 2014    /s/ Norman S. Rosenbaum
New York, New York    Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*