# EXHIBIT 2

| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT<br>CASE TYPE: OTHER CIVIL |

RESIDENTIAL FUNDING COMPANY, LLC,

      Plaintiff,

v.

HSBC MORTGAGE CORP. (USA),

      Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice, pursuant to 28 U.S.C. §1452, that defendant HSBC Mortgage Corporation (USA), removed the above-captioned action from the District Court of Hennepin County, Minnesota (Fourth Judicial District), where it was originally filed, to the United States District Court for the District of Minnesota.

Attached hereto as Exhibit A, and made a part hereof, is a copy of the Notice of Removal that was filed in the United States District Court.

Dated: January 15, 2014

                                        Respectfully Submitted,

                                        s/Elizabeth V. Kniffen
                                        Elizabeth V. Kniffen (#0346329)
                                        ZELLE HOFMANN VOELBEL & MASON LLP
                                        500 Washington Avenue South, Suite 4000
                                        Minneapolis, Minnesota 55415
                                        (612) 339-2020
                                        *Counsel for Defendant HSBC Mortgage Corporation (USA)*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant HSBC Mortgage Corporation (USA)'s Notice of Filing Notice of Removal were served by mail, on the following, on January 15, 2014:

>Donald G. Heeman, Esq.
>Jessica J. Nelson, Esq.
>FELHABER LARSON
>220 South 6th St., Suite 2200
>Minneapolis, MN 55402-4504
>
>Jeffrey A. Lipps, Esq.
>Jennifer A.L. Battle, Esq.
>CARPENTER LIPPS & LELAND LLP
>280 Plaza, Suite 1300
>280 North High Street
>Columbus, Ohio 43215
>
>*Counsel for Plaintiff Residential Funding Co., LLC*

s/Elizabeth V. Kniffen
Elizabeth V. Kniffen