# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY LLC, | Court File No. _____ |
| Plaintiff, | **PROOF OF FILING**<br>**IN STATE COURT** |
| vs. | |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

TO: The United States District Court for the District of Minnesota, and the above-named Plaintiff, Residential Mortgage Company, LLC, by and through its attorney Donald G. Heeman.

COMES NOW the above-named Defendant HSBC Mortgage Corp. (USA) ("HSBC"), by and through its undersigned attorneys, Zelle Hofmann Voelbel & Mason LLP, and certifies that a Notice of Filing Notice of Removal has been filed for the record in the Minnesota District Court for the Fourth Judicial District, Hennepin County, Minnesota in the above-referenced action.

Counsel for Defendant HSBC further certifies that a copy of a Notice of Removal of the above-referenced action has been filed for the record in the Minnesota District Court for the Fourth Judicial District, Hennepin County, Minnesota in the above-referenced action.

Dated: January 15, 2014      **ZELLE HOFMANN VOELBEL & MASON LLP**

By\_\_\_\_s/Elizabeth V. Kniffen_____
Elizabeth V. Kniffen (#0346329)
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
612-339-2020

R. Hackney Wiegmann (*pro hac* pending)
Matthew V. Johnson (*pro hac* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Counsel for Defendant HSBC Mortgage Corp. (USA)*

2