**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| HSBC MORTGAGE CORP. (USA), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT OF ELIZABETH V. KNIFFEN**
**IN SUPPORT OF NOTICE OF REMOVAL**

Elizabeth V. Kniffen, being first duly sworn upon oath, states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota admitted to practice in the United States District Court for the District of Minnesota. I am one of the attorneys representing the Defendant in the above-captioned action. I make this affidavit of my own personal knowledge, and in support of Defendant's Notice of Removal.

2. Attached to the Notice of Removal as Exhibit 1 is a true and correct copy of the summons and complaint in *Residential Funding Company, LLC v. HSBC Mortgage Corp. (USA)*, which was served on the Defendant on or about December 16, 2013.

3. Attached to the Notice of Removal as Exhibit 2 is the Notice of Filing of Notice of Removal in *Residential Funding Company, LLC v. HSBC Mortgage Corp. (USA)*.

4. Attached to the Notice of Removal as <u>Exhibit 3</u> is the Proof of Filing in State Court.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Second Amended Joint Chapter 11 Plan Proposed By Residential Capital, LLC, *et al.* and the Official Committee of Secured Creditors (Doc. # 6065-1), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 11, 2013).

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Order Confirming Second Amended Joint Chapter 11 Plan Proposed By Residential Capital, LLC, *et al.* and the Official Committee of Secured Creditors (Doc. #6065), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 11, 2013).

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Liquidating Trust Agreement (Doc. #6136-1), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 17, 2013).

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: January 15, 2014      s/Elizabeth V. Kniffen
                Elizabeth V. Kniffen

Subscribed and sworn to before me
this 15th day of January, 2014.

s/Amanda M. Garberson
Notary Public, Anoka County, MN