# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____
                                                            )
RESIDENTIAL FUNDING COMPANY, LLC, )
                                                            )
       Plaintiff,                       )
                                                            )
v.                                                         )    Civil Action No. 0:14-cv-00144
                                                            )
HSBC MORTGAGE CORP. (USA),         )
                                                            )
       Defendant.                     )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant HSBC Mortgage Corporation (USA)'s Notice of Removal, Affidavit of Elizabeth V. Kniffen, Motion for Admission Pro Hac Vice of R. Hackney Wiegmann, and Motion for Admission Pro Hac Vice of Matthew V. Johnson were served by U.S. Mail, on the following, on January 15, 2014:

> Donald G. Heeman, Esq.
> Jessica J. Nelson, Esq.
> FELHABER LARSON
> 220 South 6th St., Suite 2200
> Minneapolis, MN 55402-4504
>
> Jeffrey A. Lipps, Esq.
> Jennifer A.L. Battle, Esq.
> CARPENTER LIPPS & LELAND LLP
> 280 Plaza, Suite 1300
> 280 North High Street
> Columbus, Ohio 43215
> *Counsel for Plaintiff Residential Funding Co., LLC*
>
> s/Elizabeth V. Kniffen
> Elizabeth V. Kniffen