# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number: 0:14-cv-00144-DWF-SER

RESIDENTIAL FUNDING COMPANY, LLC

*Plaintiff(s)*

**RULE 7.1-CORPORATE DISCLOSURE STATEMENT**

v.

HSBC MORTGAGE CORP. (USA)

*Defendant(s)*

---

HSBC Mortgage Corp. (USA)

Makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

    ☒ Yes     ☐ No

    If yes, the parent corporation is: HSBC Bank, USA, NA

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

    ☐ Yes     ☒ No

    If yes, identify all such owners:

Date: January 16, 2014

s/Elizabeth V. Kniffen
*Attorney Name: Elizabeth V. Kniffen*
*Bar ID:0346329*
*Law Firm: Zelle Hofmann Voelbel & Mason LLP*
*Address: 500 Washington Avenue South, Suite 4000*
*Minneapolis, MN 55415*
*Phone: 612-339-2020*
*Email: EKniffen@zelle.com*
ATTORNEY FOR DEFENDANT