# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Civil No. 0:14-CV-00144 (DWF/SER) |
| Plaintiff, | |
| vs. | |
| HSBC MORTGAGE CORP. (USA) | |
| Defendant. | |

## NOTICE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1412 TO UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that on **March 14, 2014 at 9:00 a.m.**, or as soon as counsel may be heard thereafter, the above-named Defendant HSBC Mortgage Corporation (USA) ("HSBC") will bring a Motion to Transfer Venue for hearing before the Honorable Donovan W. Frank. The motion will be heard in Courtroom 7C, United States District Court, St. Paul Courthouse, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: January 16, 2014

Respectfully Submitted,

s/Elizabeth V. Kniffen
Elizabeth V. Kniffen (#0346329)
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020

R. Hackney Wiegmann
Matthew V. Johnson (*pro hac* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

*Counsel for Defendant HSBC Mortgage Corp. (USA)*