# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>                Plaintiff,<br>vs.<br><br>HSBC MORTGAGE CORP. (USA)<br><br>                Defendant. | Civil No. 0:14-CV-00144 (DWF/SER)<br><br>**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |

     I, Elizabeth V. Kniffen, hereby certify that, pursuant to D. Minn. L.R. 7.1(f), the attached brief was prepared using Microsoft Word 2007 and that its text, exclusive of the caption, signature text, Table of Contents, Table of Authorities and certificates of counsel, contains 4,146 words according to the Microsoft Word automatic word count function, which has been specifically applied to include all text, including headings, footnotes and quotations. I further certify that the attached brief has a typeface of 13 points in Times New Roman and complies with D. Minn. L.R. 7.1(h).

Dated: January 16, 2014              **Z**ELLE **H**OFMANN **V**OELBEL **& M**ASON **LLP**

                                                By: <u>s/Elizabeth V. Kniffen</u>
                                                Elizabeth V. Kniffen (Bar # 0346329)
                                                500 Washington Avenue South, Suite 4000
                                                Minneapolis, MN 55415
                                                Phone: (612) 339-2020
                                                Fax:    (612) 336-9100
                                                E-mail: ekniffen@zelle.com

                                                ATTORNEYS FOR HSBC MORTGAGE CORP. (USA)