12-12020-mg Doc 6710-15 Filed 03/11/14 Entered 03/11/14 15:44:07 Exhibit 13 main
Case 1:14-cv-01075-JSR Document 13 Filed 01/16/14 Page 1 of 2
Pg 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Civil No. 0:14-CV-00144 (DWF/SER) |
| Plaintiff, | |
| vs. | |
| HSBC MORTGAGE CORP. (USA) | |
| Defendant. | |

**AFFIDAVIT OF ELIZABETH V. KNIFFEN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1412 TO UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Elizabeth V. Kniffen, being first duly sworn upon oath, states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota admitted to practice in the United States District Court for the District of Minnesota. I am one of the attorneys representing the Defendants in the above-captioned action. I make this affidavit of my own personal knowledge, and in support of Defendant's Motion to Transfer Venue Under 28 U.S.C. § 1412 to United States Bankruptcy Court for the Southern District of New York.

2. True and correct copies of exhibits 1-6, to the extent referenced in the Motion to Transfer Venue, are attached to the Kniffen Aff. In Support of Notice of Removal, filed January 15, 2014 (Doc. # 2).

12-12020-mg Doc 6710-15 Filed 03/11/14 Entered 03/27/14 15:44:07 13 main
Case 1:14-cv-01075-JSR Document 13 Filed 01/16/14 Page 2 of 2
Pg 2 of 2

3. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Borrower Claims Trust Agreement (Doc. # 6136-3), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 17, 2013).

4. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the RMBS Trust Agreement, (Doc. # 6136-2), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 17, 2013).

5. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from the Closing Arguments for Phase II Trial (Doc. # 6072), *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. Dec. 12, 2013).

FURTHER YOUR AFFIANT SAYETH NOT.

                                                                              s/Elizabeth V. Kniffen
                                                                              Elizabeth V. Kniffen

Subscribed and sworn to before me
this 16th day of January, 2014.

<u>Elaine A. Ray</u>
Notary Public

395782v1