# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**RESIDENTIAL FUNDING COMPANY, LLC**

        Plaintiff(s),

vs.

Case No. **0:14-cv-00144**

**HSBC MORTGAGE CORP. (USA)**

        Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name) **Elizabeth V. Kniffen**, representing the

(party) **Defendant(s)**, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: **Donald G. Heeman and Jessica J. Nelson** (party/parties or attorney/attorneys you met with)

    On: **January, 15th 2014** (date you met and conferred)

    Discussing the following motion:

    **Motion to Transfer Venue Under 28 U.S.C. § 1412 to United States Bankruptcy Court for the Southern District of New York**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this **16th**    day of **January,**    **2014**

Signature of Party    **Elizabeth V. Kniffen**

Mailing Address

**Zelle Hofmann Voelbel & Mason LLP**
**500 Washington Avenue South, Suite 4000**
**Minneapolis, MN 55415**

Telephone Number  **612-339-2020**

Note:  All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).