# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING COMPANY, LLC,

                Plaintiff,

vs.

HSBC MORTGAGE CORP. (USA)

                Defendant.

Civil No. 0:14-CV-00144 (DWF/SER)

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties to this action, through their undersigned counsel, hereby stipulate and agree that the time for Defendant HSBC Mortgage Corp. (USA) to answer, move, or otherwise plead in response to Plaintiff Residential Funding Company, LLC's Complaint is extended up to and including 30 days after the Court rules on Defendant's Motion to Transfer Venue Under 28 U.S.C. § 1412 To United States Bankruptcy Court for the Southern District of New York, or 120 days from the date of this stipulation, whichever occurs sooner.

The parties further stipulate and agree that Plaintiff Residential Funding Company, LLC shall have the right to amend its Complaint once as a matter of course during the extension period described above.

Dated: January 31, 2014

Respectfully Submitted,


s/Jessica J. Nelson
Donald G. Heeman, #286023
Jessica J. Nelson, #0347358
FELHABER LARSON
220 South 6th Street, Suite 2200
Minneapolis, Minnesota 55402-4504
Telephone: (612) 339-6321
Facsimile: (612) 335-0535
DHeeman@felhaber.com
JNelson@felhaber.com

*Attorneys for Plaintiff Residential Funding Company, LLC*

Dated: January 31, 2014

Respectfully Submitted,


s/Elizabeth V. Kniffen
Elizabeth V. Kniffen (#0346329)
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020

R. Hackney Wiegmann (*pro hace vice*)
Matthew V. Johnson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)


*Counsel for Defendant HSBC Mortgage Corp. (USA)*