# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Court File No. 14-cv-00144 (DWF/SER) |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF BRIEFING PERIOD ON DEFENDANT'S MOTION TO TRANSFER VENUE** |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

Whereas Defendant HSBC Mortgage Corp. (USA) filed a Motion to Transfer Venue Under 28 U.S.C. § 1412 to the United States Bankruptcy Court for the Southern District of New York [Dkt. No. 10] on January 16, 2014;

Whereas Plaintiff Residential Funding Company, LLC's response to Defendant's Motion to Transfer Venue is presently due February 6, 2014;

Whereas a hearing before the Court on Defendant's Motion to Transfer Venue is set for March 14, 2014, at 9:00AM;

Now, therefore, the parties to this action, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court extend the briefing period on Defendant's Motion to Transfer Venue by an additional 14 days, thereby causing Plaintiff's response to be due on or before February 20, 2014, and causing Defendant's reply to be due on or before March 6, 2014.

583826.1

Respectfully submitted,

Dated: February 5, 2014  FELHABER LARSON

By: s/Donald G. Heeman
Donald G. Heeman, #286023
Jessica J. Nelson, #0347358
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
dheeman@felhaber.com
jnelson@felhaber.com

ATTORNEYS FOR PLAINTIFF
RESIDENTIAL FUNDING COMPANY, LLC

Dated: February 5, 2014  By: s/Elizabeth V. Kniffen
Elizabeth V. Kniffen #0346329
ZELLE HOFFMAN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
ekniffen@zelle.com

R. Hackney Wiegmann (*pro hac vice*)
Matthew V. Johnson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

ATTORNEYS FOR DEFENDANT HSBC
MORTGAGE CORP. (USA)