UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING COMPANY, LLC,                Court File No. 14-cv-00144 (DWF/SER)

          Plaintiff,

v.                                                                    **CERTIFICATE OF SERVICE
                                                                        ON PROPOSED ORDER**

HSBC MORTGAGE CORP. (USA),

          Defendant.

---

      I hereby certify that on February 5, 2014, I caused the proposed Order to be filed with the court via e-mail to the following magistrate judge:

      Magistrate Judge Rau      rau_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed Order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

      Elizabeth V. Kniffen      ekniffen@zelle.com; tvermeul@zelle.com
      Matthew V. Johnson      mjohnson@wc.com
      R. Hackney Wiegmann      hwiegmann@wc.com

Dated: February 5, 2014      FELHABER LARSON

      By:   s/Donald G. Heeman
      Donald G. Heeman, #286023
      Jessica J. Nelson, #0347358
      220 South Sixth Street, Suite 2200
      Minneapolis, MN 55402-4504
      Telephone: (612) 339-6321
      Facsimile: (612) 338-0535
      dheeman@felhaber.com
      jnelson@felhaber.com

      ATTORNEYS FOR PLAINTIFF
      RESIDENTIAL FUNDING COMPANY, LLC

584141.1