# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Residential Funding Company, LLC, | Civil No. 14-144 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF BRIEFING PERIOD ON DEFENDANT'S MOTION TO TRANSFER VENUE** |
| HSBC Mortgage Corp. (USA), | |
| Defendant. | |

Based upon the parties' Stipulation for an Extension of the Briefing Period on Defendant's Motion to Transfer Venue, (Doc. No. [20]),

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's deadline to respond to Defendant's Motion to Transfer Venue is extended to February 20, 2014;

2. Defendant's deadline to reply to Plaintiff's response to Defendant's Motion to Transfer Venue is extended to March 6, 2014.

3. The hearing date on Defendant's Motion to Transfer Venue remains unchanged. Defendant's Motion shall be heard by the Court on March 14, 2014, at 9:00 a.m.


Dated: February 6, 2014        s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge