# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Court File No. 14-cv-00144 (DWF/SER) |
| Plaintiff, | **CERTIFICATE OF COMPLIANCE** |
| v. | |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

Plaintiff Residential Funding Company, LLC's Memorandum in Response to and Support of HSBC's Motion to Transfer Venue Under 28 U.S.C. § 1412 to United States Bankruptcy Court for the Southern District of New York complies with the 12,000-word limit set forth in Local Rule 7.1(c), as the memorandum contains 799 words. The undersigned utilized Microsoft® Word 2010 to produce this memorandum and to calculate the word count. The undersigned adjusted Microsoft® Word 2010's Word Count tool to include all text, including headings, footnotes, and quotations.

This memorandum also complies with the type size limitation set forth in Local Rule 7.1(e), as this memorandum utilizes font size 13.

590985.1

Dated: February 20, 2014        FELHABER LARSON

By:  s/Donald G. Heeman
   Donald G. Heeman, #286023
   Jessica J. Nelson, #0347358
   220 South Sixth Street, Suite 2200
   Minneapolis, MN 55402-4504
   Telephone: (612) 339-6321
   Facsimile: (612) 338-0535
   dheeman@felhaber.com
   jnelson@felhaber.com

   ATTORNEYS FOR PLAINTIFF
   RESIDENTIAL FUNDING COMPANY, LLC