# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Court File No. 14-cv-00144 (DWF/SER) |
| Plaintiff, | **REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO AND SUPPORT OF HSBC'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1412** |
| v. | |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

1.  On January 16, 2014, Defendant HSBC Mortgage Corp. (USA) ("HSBC") filed a Motion to Transfer Venue Under 28 U.S.C. § 1412 [Dkt. No. 10] ("Motion").

2.  In support of its Motion, HSBC cited to provisions proposed and advocated by the debtors—including Plaintiff Residential Funding Company, LLC ("RFC')—in the Chapter 11 liquidation plan confirmed by the Bankruptcy Court for the Southern District of New York whereby that court retains "exclusive jurisdiction" over certain post-confirmation proceedings, including claims for indemnity of the sort at issue in this case.

3.  RFC filed a Memorandum in Response to and Support of HSBC's Motion [Dkt. No. 23] on February 20, 2014. Therein, RFC stated that it does not oppose the Motion and requested that it be granted.

4.  Accordingly, HSBC respectfully requests that the Court grant its Motion and enter the previously submitted Proposed Order transferring this action to the United States District Court for the Southern District of New York, for referral to the Bankruptcy Court as the S.D.N.Y. District Court's rules may provide.

Respectfully submitted,

Dated: By: s/Elizabeth V. Kniffen
Elizabeth V. Kniffen #0346329
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020

R. Hackney Wiegmann (*pro hac vice*)
Matthew V. Johnson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

ATTORNEYS FOR DEFENDANT HSBC
MORTGAGE CORP. (USA)