**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Court File No. 14-cv-00144 (DWF/SER) |
| Plaintiff, | **L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO AND SUPPORT OF HSBC'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1412** |
| v. | |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

I, Elizabeth V. Kniffen, hereby certify that, pursuant to D. Minn. L.R. 7.1(f), the above referenced memorandum of law was prepared using Microsoft Word 2010 and that its text, exclusive of the caption, signature, Table of Contents, and certificates of counsel, if any, contains 177 words, for a cumulative total, in this and the original memorandum, of 4,146 words according to the Microsoft Word automatic word count function, which has been specifically applied to include all text, including headings, footnotes, and quotations. I further certify that the above-referenced memorandum of law has a typeface of 13 points in Times New Roman and complies with D. Minn. L.R. 7.1(h).

Respectfully submitted,

Dated: By: s/Elizabeth V. Kniffen
Elizabeth V. Kniffen #0346329
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020

R. Hackney Wiegmann (*pro hac vice*)
Matthew V. Johnson (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

ATTORNEYS FOR DEFENDANT HSBC
MORTGAGE CORP. (USA)