# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Court File No. 14-cv-00144 (DWF/SER) |
| Plaintiff, | |
| v. | **STIPULATION FOR TRANSFER OF VENUE** |
| HSBC MORTGAGE CORP. (USA), | |
| Defendant. | |

Whereas Defendant HSBC Mortgage Corp. (USA) ("HSBC") filed a Motion to Transfer Venue Under 28 U.S.C. § 1412 to the United States Bankruptcy Court for the Southern District of New York [Dkt. No. 10] on January 16, 2014;

Whereas Plaintiff Residential Funding Company, LLC filed a Memorandum in Response to and Support of HSBC's Motion to Transfer Venue Under 28 U.S.C. § 1412 to United States Bankruptcy Court for the Southern District of New York [Dkt. No. 23] on February 20, 2014;

Whereas HSBC filed a Reply to Plaintiff's Memorandum in Response to and Support of HSBC's Motion to Transfer Venue Under 28 U.S.C. § 1412 [Dkt. 24] on March 6, 2014;

Whereas a hearing before the Court on Defendant's Motion to Transfer Venue is set for March 14, 2014, at 9:00AM;

Whereas the parties agree that the above-referenced action is related to a case currently pending in the S.D.N.Y. Bankruptcy Court, *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. May 14, 2012);

Whereas, for the reasons set forth in the parties' briefing, the parties agree that transfer of the above-referenced action to the United States District Court for the Southern District of New York, for referral as the District Court's rules may provide to the Bankruptcy Court for disposition in connection with the related bankruptcy case, *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. May 14, 2012), is proper.

Now, therefore, the parties to this action, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court grant Defendant's Motion to Transfer Venue, with each party bearing its own costs, and enter the Proposed Order attached hereto.

Respectfully submitted,

Dated: 3/10/2014  FELHABER LARSON

By: s/Donald G. Heeman
 Donald G. Heeman, #286023
 Jessica J. Nelson, #0347358
 220 South Sixth Street, Suite 2200
 Minneapolis, MN 55402-4504
 Telephone: (612) 339-6321
 Facsimile: (612) 338-0535
 dheeman@felhaber.com
 jnelson@felhaber.com

 ATTORNEYS FOR PLAINTIFF
 RESIDENTIAL FUNDING COMPANY, LLC

Dated: 3/10/2014  By: s/Elizabeth V. Kniffen
 Elizabeth V. Kniffen #0346329
 ZELLE HOFMANN VOELBEL & MASON LLP
 500 Washington Avenue South, Suite 4000
 Minneapolis, Minnesota 55415
 (612) 339-2020

 R. Hackney Wiegmann (*pro hac vice*)
 Matthew V. Johnson (*pro hac vice*)
 WILLIAMS & CONNOLLY LLP
 725 Twelfth Street, N.W.
 Washington, D.C. 20005
 (202) 434-5000
 (202) 434-5029 (fax)

 ATTORNEYS FOR DEFENDANT HSBC
 MORTGAGE CORP. (USA)