# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | Civil No. 0:14-CV-00144 (DWF/SER) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |
| HSBC MORTGAGE CORP. (USA) | |
| Defendant. | |

I hereby certify that on March 10, 2014, I caused a proposed order to be filed with the court via email to the following judge who is hearing the motion:

Judge Donovan W. Frank, frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below to the following:

| | |
|---|---|
| Donald G. Heeman | dheeman@felhaber.com |
| Jessica J. Nelson | jnelson@felhaber.com |
| R. Hackney Wiegmann | hwiegmann@wc.com |
| Matthew V. Johnson | mjohnson@wc.com |

Dated: March 10, 2014

s/Elizabeth V. Kniffen
Elizabeth V. Kniffen (#0346329)
ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020
ekniffen@zelle.com

Counsel for Defendant HSBC Mortgage Corporation (USA)

396294v1