# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Residential Funding Company, LLC,　　　　　　　　　　Civil No. 14-144 (DWF/SER)

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

HSBC Mortgage Corp. (USA),

　　　　　　Defendant.

　　　　Upon consideration of Defendant HSBC Mortgage Corporation (USA)'s Motion to Transfer Venue Under 28 U.S.C. § 1412 (Doc. No. [10]), briefing by the parties on the Motion, and the Stipulation for Transfer of Venue submitted by the parties on March 10, 2014 (Doc. No. [25]),

　　　　**IT IS HEREBY ORDERED** that this case be transferred to the United States District Court for the Southern District of New York, for referral as the District Court's rules may provide to the Bankruptcy Court for disposition in connection with the related bankruptcy case, *In re: Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y. May 14, 2012), and with each party bearing its own costs.

Dated: March 11, 2014　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　United States District Judge