12-12020-mg Doc 6710-31 Filed 03/27/14 Entered 03/27/14 15:44:07 Pg 1 of 28
Case 1:14-cv-01678-JSR Document 28 Filed 03/11/14 Page 1 of 4
CLOSED,CV

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:14–cv–00144–DWF–SER

Residential Funding Company, LLC v. HSBC Mortgage Corporation (USA)DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT..
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Steven E. Rau
Demand: $75,000
Cause: 28:1441 Petition For Removal––Other Contract

Date Filed: 01/15/2014
Date Terminated: 03/11/2014
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Residential Funding Company, LLC**     represented by     **Donald G Heeman**
Felhaber Larson
220 S 6th St Ste 2200
Mpls, MN 55402–4504
(612) 339–6321
Email: dheeman@felhaber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica J Nelson**
Felhaber Larson
220 S 6th St Ste 2200
Mpls, MN 55402–4504
(612) 339–6321
Email: jnelson@felhaber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HSBC Mortgage Corporation (USA)**     represented by     **Matthew V Johnson**
Williams &Connolly LLP
725 12th Street NW
Washington, DC 20005
202–434–5000
Email: mjohnson@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Hackney Wiegmann**
Williams &Connolly LLP
725 12th Street NW
Washington, DC 20005
202–434–5000
Email: hwiegmann@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Elizabeth V Kniffen**
Zelle Hofmann Voelbel &Mason LLP
500 Washington Ave S Ste 4000
Mpls, MN 55415
612–359–4261
Fax: 612–336–9100
Email: ekniffen@zelle.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2014 | Ï 1 | NOTICE OF REMOVAL from Hennepin County. ( Filing fee $ 400 receipt number 0864–3833052.) Filed by HSBC Mortgage Corporation (USA). No summons requested. (Attachments: # 1 Summons and Complaint (Exhibit 1), # 2 Notice of Filing of Notice of Removal (Exhibit 2), # 3 Exhibit(s) 3 – Proof of Filing in State Court, # 4 Civil Cover Sheet) (Kniffen, Elizabeth) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 2 | AFFIDAVIT of Elizabeth V. Kniffen re 1 Notice of Removal, by HSBC Mortgage Corporation (USA). (Attachments: # 1 Exhibit(s) 4–6)(Kniffen, Elizabeth) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 3 | MOTION for Admission Pro Hac Vice for Attorney R. Hackney Wiegmann. Filing fee $ 100, receipt number 0864–3833097 by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 4 | MOTION for Admission Pro Hac Vice for Attorney Matthew W. Johnson. Filing fee $ 100, receipt number 0864–3833103 by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 5 | CERTIFICATE OF SERVICE by HSBC Mortgage Corporation (USA) re 2 Affidavit, 3 MOTION for Admission Pro Hac Vice for Attorney R. Hackney Wiegmann. Filing fee $ 100, receipt number 0864–3833097, 4 MOTION for Admission Pro Hac Vice for Attorney Matthew W. Johnson. Filing fee $ 100, receipt number 0864–3833103, 1 Notice of Removal, (Kniffen, Elizabeth) (Entered: 01/15/2014) |
| 01/16/2014 | Ï 6 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Donovan W. Frank per Master List referred to Magistrate Judge Steven E. Rau. Please use case number 14−cv−144 (DWF/SER). (MMP) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 7 | TEXT ONLY ENTRY: Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Jeffrey A. Lipps and Jennifer A. L. Battle** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (MMP) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 8 | TEXT ONLY ENTRY: ORDER granting 3 Motion for Admission Pro Hac Vice of Attorney R. Hackney Wiegmann for HSBC Mortgage Corporation (USA). Approved by Magistrate Judge Steven E. Rau on 1/16/2014. (MAP) (Entered: 01/16/2014) |

| 01/16/2014 | 9 | RULE 7.1 DISCLOSURE STATEMENT. HSBC Mortgage Corp. (USA) parent corporation is HSBC Bank, USA, NA. (Kniffen, Elizabeth) Modified text on 1/17/2014 (MMP). (Entered: 01/16/2014) |
|---|---|---|
| 01/16/2014 | 10 | MOTION to Transfer/Change Venue by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/16/2014 | 11 | NOTICE OF HEARING ON MOTION 10 MOTION to Transfer/Change Venue : Motion Hearing set for 3/14/2014 09:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. (Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/16/2014 | 12 | MEMORANDUM in Support re 10 MOTION to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/16/2014 | 13 | AFFIDAVIT of Elizabeth V. Kniffen in SUPPORT OF 10 MOTION to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 Exhibit(s) 7 – 9)(Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/16/2014 | 14 | MEET and CONFER STATEMENT re 10 Motion to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/16/2014 | 15 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 10 MOTION to Transfer/Change Venue *Under 28 U.S.C. 1412 to United States Bankruptcy Court for the Southern District of New York* (Kniffen, Elizabeth) (Entered: 01/16/2014) |
| 01/17/2014 | 16 | TEXT ONLY ENTRY: ORDER granting 4 Motion for Admission Pro Hac Vice of Attorney Matthew V Johnson for HSBC Mortgage Corporation (USA). Approved by Magistrate Judge Steven E. Rau on 1/17/2014. (MAP) (Entered: 01/17/2014) |
| 01/31/2014 | 17 | STIPULATION *for Extension of Time to Respond to Complaint* by HSBC Mortgage Corporation (USA). Jointly Signed by Residential Funding Company, LLC and HSBC Mortgage Corp. (USA). (Kniffen, Elizabeth) (Entered: 01/31/2014) |
| 01/31/2014 | 18 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 17 Stipulation *for Extension of Time to Respond to Complaint* (Kniffen, Elizabeth) (Entered: 01/31/2014) |
| 02/03/2014 | 19 | TEXT ONLY ENTRY: ORDER Defendant's deadline to respond to the Complaint is extended up to and including 30 days after the Court rules on Defendants Motion to Transfer Venue Under 28 U.S.C. § 1412 To United States Bankruptcy Court for the Southern District of New York, or 120 days from the date of this stipulation, whichever occurs sooner. Signed by Magistrate Judge Steven E. Rau on 02/03/2014. (MME) (Entered: 02/03/2014) |
| 02/05/2014 | 20 | STIPULATION *for Extension of Briefing Period on Defendant's Motion to Transfer Venue* by Residential Funding Company, LLC. Jointly Signed by HSBC Mortgage Corp. (USA). (Heeman, Donald) (Entered: 02/05/2014) |
| 02/05/2014 | 21 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by Residential Funding Company, LLC re 20 Stipulation *for Extension of Briefing Period on Defendant's Motion to Transfer Venue* (Heeman, Donald) (Entered: 02/05/2014) |
| 02/06/2014 | 22 | ORDER GRANTING EXTENSION OF BRIEFING PERIOD ON DEFENDANT'S MOTION TO TRANSFER VENUE. Signed by Judge Donovan W. Frank on 2/6/2014. (BJS) (Entered: 02/06/2014) |
| 02/20/2014 | 23 |  |

| | | |
|---|---|---|
| | | RESPONSE in Support re 10 MOTION to Transfer/Change Venue filed by Residential Funding Company, LLC. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Heeman, Donald) (Entered: 02/20/2014) |
| 03/06/2014 | 24 | REPLY re 10 MOTION to Transfer/Change Venue *Under 28 U.S.C Sec. 1412* filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kniffen, Elizabeth) (Entered: 03/06/2014) |
| 03/10/2014 | 25 | STIPULATION *for Transfer of Venue* by HSBC Mortgage Corporation (USA). Jointly Signed by Residential Funding Company, LLC and HSBC Mortgage Corp. (USA). (Kniffen, Elizabeth) (Entered: 03/10/2014) |
| 03/10/2014 | 26 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 25 Stipulation *for Transfer of Venue* (Kniffen, Elizabeth) (Entered: 03/10/2014) |
| 03/11/2014 | 27 | ORDER. This case be transferred to the United States District Court for the Southern District of New York, for referral as the District Court's rules may provide to the Bankruptcy Court for disposition in connection with the related bankruptcy case, In re: Residential Capital, LLC, No. 12–12020 (Bankr. S.D.N.Y. May 14, 2012), and with each party bearing its own costs. Signed by Judge Donovan W. Frank on 3/11/2014. (BJS) (Entered: 03/11/2014) |