UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 1:14-cv-01678-JSR<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Peter Calamari of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                                  By:  /s/ Peter Calamari
                                         Peter Calamari
                                         Quinn Emanuel Urquhart & Sullivan LLP
                                         51 Madison Avenue, 22nd Floor
                                         New York, New York  10010
                                         Tel:    (212) 849–7000
                                         Fax:   (212) 849–7100
                                         Email: *petercalamari@quinnemanuel.com*

                                         *Attorney for Plaintiff*