UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RESIDENTIAL FUNDING CO., LLC, <br><br> Plaintiff, <br><br> -against- <br><br> HSBC MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 1:14-cv-01678-JSR <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Isaac Nesser of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                        By: /s/ Isaac Nesser
                              Isaac Nesser
                              Quinn Emanuel Urquhart & Sullivan LLP
                              51 Madison Avenue, 22nd Floor
                              New York, New York  10010
                              Tel:    (212) 849–7000
                              Fax:   (212) 849–7100
                              Email: *isaacnesser@quinnemanuel.com*

                              *Attorney for Plaintiff*