UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,<br><br>Plaintiff,<br><br>-against-<br><br>HSBC MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 1:14-cv-01678-JSR<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that John Sullivan of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

   I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                                By:  /s/ John Sullivan
                                     John Sullivan
                                     Quinn Emanuel Urquhart & Sullivan LLP
                                     51 Madison Avenue, 22nd Floor
                                     New York, New York  10010
                                     Tel:    (212) 849–7000
                                     Fax:   (212) 849–7100
                                     Email: *johnsullivan@quinnemanuel.com*

                                     *Attorney for Plaintiff*