UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC, | |
| Plaintiff, | |
| -against- | Case No. 1:14-cv-01678-JSR |
| HSBC MORTGAGE CORPORATION, | **NOTICE OF APPEARANCE** |
| Defendant. | |

PLEASE TAKE NOTICE that Nicholas Smith of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

By: /s/ Nicholas Smith
    Nicholas Smith
    Quinn Emanuel Urquhart & Sullivan LLP
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    Tel:   (212) 849–7000
    Fax:   (212) 849–7100
    Email: *nicholassmith@quinnemanuel.com*

*Attorney for Plaintiff*