**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC<br>            Plaintiff,<br>v.<br>HSBC MORTGAGE CORP. (USA)<br>            Defendant. | Case No. 1:14-cv-1678-JSR<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Benjamin M. Greenblum of Williams & Connolly LLP hereby appears on behalf of HSBC Mortgage Corp. (USA) in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated: March 19, 2014      /s/ Benjamin M. Greenblum
                                     Benjamin M. Greenblum (BG1979)
                                       bgreenblum@wc.com
                                       WILLIAMS & CONNOLLY LLP
                                       725 Twelfth Street, N.W.
                                       Washington, D.C. 20005
                                       (202) 434-5000
                                       (202) 434-5029 (fax)

                                       ATTORNEYS FOR DEFENDANT HSBC MORTGAGE
                                       CORP. (USA)