CLOSED, BKREF, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:14−cv−01678−JSR
*Internal Use Only*

Residential Funding Company, LLC v. HSBC Mortgage Corporation (USA)
Assigned to: Judge Jed S. Rakoff
Demand: $75,000
Case in other court:  Minnesota, 0:14−cv−00144
Cause: 28:1441 Petition For Removal−−Other Contract

Date Filed: 03/11/2014
Date Terminated: 03/11/2014
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Residential Funding Company, LLC**     represented by     **Donald G Heeman**
Felhaber Larson
220 S 6th St Ste 2200
Mpls, MN 55402−4504
(612) 339−6321
Email: dheeman@felhaber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica J Nelson**
Felhaber Larson
220 S 6th St Ste 2200
Mpls, MN 55402−4504
(612) 339−6321
Email: jnelson@felhaber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Johannes Bittner Rossmiller**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849−7000
Fax: (212) 849−7100
Email: alexrossmiller@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Isaac Nesser**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
212−849−7000
Fax: (212) 849−7100
Email: isaacnesser@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**John Patrick Sullivan**
Quinn Emanuel Urquhart &Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212−849−7000
Fax: 212−849−7100
Email: johnsullivan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Nicholas David Smith**
Quinn Emanuel Urquhart &Sullivan LLP
51 Madison Avenue

22nd Floor
New York, NY 10010
(212)–849–7351
Email: nicholassmith@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Peter E. Calamari**
Quinn Emanuel Urquhart Oliver &Hedges, LLP
335 Madison Ave.
New York, NY 10017
(212) 849–7171
Fax: (212) 849–7100
Email: petercalamari@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HSBC Mortgage Corporation (USA)** represented by **Benjamin M. Greenblum**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434–5919
Fax: (202) 434–5029
Email: bgreenblum@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew V Johnson**
Williams &Connolly LLP
725 12th Street NW
Washington, DC 20005
202–434–5000
Email: mjohnson@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Hackney Wiegmann**
Williams &Connolly LLP
725 Twelfth Street Nw
Washington, DC 20005
(202)–434–5546
Fax: (202) 434–5029
Email: hwiegmann@wc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth V Kniffen**
Zelle Hofmann Voelbel &Mason LLP
500 Washington Ave S Ste 4000
Mpls, MN 55415
612–359–4261
Fax: 612–336–9100
Email: ekniffen@zelle.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/15/2014 | 1 | NOTICE OF REMOVAL from Hennepin County. ( Filing fee $ 400 receipt number 0864−3833052.) Filed by HSBC Mortgage Corporation (USA). No summons requested. (Attachments: # 1 Summons and Complaint (Exhibit 1), # 2 Notice of Filing of Notice of Removal (Exhibit 2), # 3 Exhibit(s) 3 − Proof of Filing in State Court, # 4 Civil Cover Sheet) (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/15/2014) |
| 01/15/2014 | 2 | AFFIDAVIT of Elizabeth V. Kniffen re 1 Notice of Removal, by HSBC Mortgage Corporation (USA). (Attachments: # 1 Exhibit(s) 4−6)(Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/15/2014) |
| 01/15/2014 | 3 | MOTION for Admission Pro Hac Vice for Attorney R. Hackney Wiegmann. Filing fee $ 100, receipt number 0864−3833097 by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/15/2014) |
| 01/15/2014 | 4 | MOTION for Admission Pro Hac Vice for Attorney Matthew W. Johnson. Filing fee $ 100, receipt number 0864−3833103 by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/15/2014) |
| 01/15/2014 | 5 | CERTIFICATE OF SERVICE by HSBC Mortgage Corporation (USA) re 2 Affidavit, 3 MOTION for Admission Pro Hac Vice for Attorney R. Hackney Wiegmann. Filing fee $ 100, receipt number 0864−3833097, 4 MOTION for Admission Pro Hac Vice for Attorney Matthew W. Johnson. Filing fee $ 100, receipt number 0864−3833103, 1 Notice of Removal, (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/15/2014) |
| 01/16/2014 | 6 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Donovan W. Frank per Master List referred to Magistrate Judge Steven E. Rau. Please use case number 14−cv−144 (DWF/SER). (MMP) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 7 | TEXT ONLY ENTRY: Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Jeffrey A. Lipps and Jennifer A. L. Battle** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (MMP) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 8 | TEXT ONLY ENTRY: ORDER granting 3 Motion for Admission Pro Hac Vice of Attorney R. Hackney Wiegmann for HSBC Mortgage Corporation (USA). Approved by Magistrate Judge Steven E. Rau on 1/16/2014. (MAP) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 9 | RULE 7.1 DISCLOSURE STATEMENT. HSBC Mortgage Corp. (USA) parent corporation is HSBC Bank, USA, NA. (Kniffen, Elizabeth) Modified text on 1/17/2014 (MMP). [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 10 | MOTION to Transfer/Change Venue by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 11 | NOTICE OF HEARING ON MOTION 10 MOTION to Transfer/Change Venue : Motion Hearing set for 3/14/2014 09:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 12 | MEMORANDUM in Support re 10 MOTION to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kniffen, Elizabeth) [Transferred from Minnesota |

| | | |
|---|---|---|
| | | on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 13 | AFFIDAVIT of Elizabeth V. Kniffen in SUPPORT OF 10 MOTION to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 Exhibit(s) 7 – 9)(Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 14 | MEET and CONFER STATEMENT re 10 Motion to Transfer/Change Venue filed by HSBC Mortgage Corporation (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/16/2014 | 15 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 10 MOTION to Transfer/Change Venue *Under 28 U.S.C. 1412 to United States Bankruptcy Court for the Southern District of New York* (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/16/2014) |
| 01/17/2014 | 16 | TEXT ONLY ENTRY: ORDER granting 4 Motion for Admission Pro Hac Vice of Attorney Matthew V Johnson for HSBC Mortgage Corporation (USA). Approved by Magistrate Judge Steven E. Rau on 1/17/2014. (MAP) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/17/2014) |
| 01/31/2014 | 17 | STIPULATION *for Extension of Time to Respond to Complaint* by HSBC Mortgage Corporation (USA). Jointly Signed by Residential Funding Company, LLC and HSBC Mortgage Corp. (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/31/2014) |
| 01/31/2014 | 18 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 17 Stipulation *for Extension of Time to Respond to Complaint* (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 01/31/2014) |
| 02/03/2014 | 19 | TEXT ONLY ENTRY: ORDER Defendant's deadline to respond to the Complaint is extended up to and including 30 days after the Court rules on Defendants Motion to Transfer Venue Under 28 U.S.C. § 1412 To United States Bankruptcy Court for the Southern District of New York, or 120 days from the date of this stipulation, whichever occurs sooner. Signed by Magistrate Judge Steven E. Rau on 02/03/2014. (MME) [Transferred from Minnesota on 3/11/2014.] (Entered: 02/03/2014) |
| 02/05/2014 | 20 | STIPULATION *for Extension of Briefing Period on Defendant's Motion to Transfer Venue* by Residential Funding Company, LLC. Jointly Signed by HSBC Mortgage Corp. (USA). (Heeman, Donald) [Transferred from Minnesota on 3/11/2014.] (Entered: 02/05/2014) |
| 02/05/2014 | 21 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by Residential Funding Company, LLC re 20 Stipulation *for Extension of Briefing Period on Defendant's Motion to Transfer Venue* (Heeman, Donald) [Transferred from Minnesota on 3/11/2014.] (Entered: 02/05/2014) |
| 02/06/2014 | 22 | ORDER GRANTING EXTENSION OF BRIEFING PERIOD ON DEFENDANT'S MOTION TO TRANSFER VENUE. Signed by Judge Donovan W. Frank on 2/6/2014. (BJS) [Transferred from Minnesota on 3/11/2014.] (Entered: 02/06/2014) |
| 02/20/2014 | 23 | RESPONSE in Support re 10 MOTION to Transfer/Change Venue filed by Residential Funding Company, LLC. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Heeman, Donald) [Transferred from Minnesota on 3/11/2014.] (Entered: 02/20/2014) |
| 03/06/2014 | 24 | REPLY re 10 MOTION to Transfer/Change Venue *Under 28 U.S.C Sec. 1412* filed by HSBC Mortgage Corporation (USA). (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 03/06/2014) |
| 03/10/2014 | 25 | STIPULATION *for Transfer of Venue* by HSBC Mortgage Corporation (USA). Jointly Signed by Residential Funding Company, LLC and HSBC Mortgage Corp. (USA). (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: |

| | | |
|---|---|---|
| | | 03/10/2014) |
| 03/10/2014 | 26 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by HSBC Mortgage Corporation (USA) re 25 Stipulation *for Transfer of Venue* (Kniffen, Elizabeth) [Transferred from Minnesota on 3/11/2014.] (Entered: 03/10/2014) |
| 03/11/2014 | 27 | ORDER. This case be transferred to the United States District Court for the Southern District of New York, for referral as the District Court's rules may provide to the Bankruptcy Court for disposition in connection with the related bankruptcy case, In re: Residential Capital, LLC, No. 12–12020 (Bankr. S.D.N.Y. May 14, 2012), and with each party bearing its own costs. Signed by Judge Donovan W. Frank on 3/11/2014. (BJS) [Transferred from Minnesota on 3/11/2014.] (Entered: 03/11/2014) |
| 03/11/2014 | 28 | CASE TRANSFERRED IN from the United States District Court – District of Minnesota; Case Number: 0:14–cv–00144. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 03/11/2014) |
| 03/11/2014 | | Magistrate Judge Andrew J. Peck is so designated. (sjo) (Entered: 03/11/2014) |
| 03/11/2014 | | Case Designated ECF. (sjo) (Entered: 03/11/2014) |
| 03/11/2014 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at http://www.nysd.uscourts.gov for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules &Filing Instructions. (sjo) (Entered: 03/11/2014) |
| 03/11/2014 | | Transmission to the Case Openings Clerk. Transmitted re: 36 Order,, to the Case Openings Clerk for case processing. (sjo) Modified on 3/17/2014 (sjo). (Entered: 03/11/2014) |
| 03/11/2014 | 36 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 12–12020. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12–mc–00032 (M–10–468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (sjo) Modified on 3/24/2014 (sjo). (Entered: 03/17/2014) |
| 03/11/2014 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. (laq) (Entered: 03/27/2014) |
| 03/12/2014 | 29 | NOTICE OF COURT CONFERENCE: Status Conference set for 4/2/2014 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 3/12/2014) (djc) (Entered: 03/12/2014) |
| 03/13/2014 | 30 | NOTICE OF APPEARANCE by Peter E. Calamari on behalf of Residential Funding Company, LLC. (Calamari, Peter) (Entered: 03/13/2014) |
| 03/13/2014 | 31 | NOTICE OF APPEARANCE by Isaac Nesser on behalf of Residential Funding Company, LLC. (Nesser, Isaac) (Entered: 03/13/2014) |
| 03/13/2014 | 32 | NOTICE OF APPEARANCE by Alexander Johannes Bittner Rossmiller on behalf of Residential Funding Company, LLC. (Bittner Rossmiller, Alexander) (Entered: 03/13/2014) |
| 03/13/2014 | 33 | NOTICE OF APPEARANCE by John Patrick Sullivan on behalf of Residential Funding Company, LLC. (Sullivan, John) (Entered: 03/13/2014) |
| 03/13/2014 | 34 | NOTICE OF APPEARANCE by Nicholas David Smith on behalf of Residential Funding Company, LLC. (Smith, Nicholas) (Entered: 03/13/2014) |
| 03/13/2014 | 35 | NOTICE OF CHANGE OF ADDRESS by John Patrick Sullivan on behalf of Residential Funding Company, LLC. New Address: Quinn Emanuel Urquhart &Sullivan, LLP, 51 Madison Avenue, 22nd Fl., New York, New York, United States 10010, (212)849–7000. (Sullivan, John) (Entered: 03/13/2014) |

| | | |
|---|---|---|
| 03/19/2014 | 37 | NOTICE OF APPEARANCE by Benjamin M. Greenblum on behalf of HSBC Mortgage Corporation (USA). (Greenblum, Benjamin) (Entered: 03/19/2014) |
| 03/19/2014 | 38 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:13−cv−08937−PKC. Document filed by HSBC Mortgage Corporation (USA).(Greenblum, Benjamin) (Entered: 03/19/2014) |