| STATE OF NEW YORK | SOUTHERN DIST1COUNTY | U. S. DISTRICT COURT |
|---|---|---|

DOCUMENTS SERVED WITH INDEX # **13 CV 8937** AND FILED ON

ATTORNEY(S)

*Residential Funding Company LLC*   Plaintiff(s)/Petitioner(s)
*vs*
*Greenpoint Mortgage Funding Inc an Affiliate of Capital One Bank*   Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on December 20, 2013 at 10:55 am at Corporation Service Company, 80 State St., Albany, NY deponent (did / ~~did not~~) serve the following:

Summons in a Civil Action & Complaint   Civil Cover Sheet

on: **Greenpoint Mortgage Funding Inc** ,

Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A xxxxxx corporation, by delivering thereat a true copy of each to Maureen Cogan personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Authorized Agent thereof.

**#3 SUITABLE AGE PERSON** [ ]
Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** [X]
(use with #1, 2 or 3)
A description of the person served, is as follows:
Sex Female Color of skin White Color of hair Brown Approx.Age 51 - 65 Yrs. Approx.Height 5' 4" - 5' 8" Approx. weight 161 - 200 Lbs Other Glasses

**#8 WIT. FEES** [ ]
$ ___, the authorized travel expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this

20th day of December 2013

Notary Public
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

Christopher Warner

**Invoice•Work Order #** 1320288

Attorney File #