UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,

    Plaintiff,

  v.

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

    Defendant.

No. 13-cv-08937 (PKC)

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    Please enter my appearance in the above-captioned action as counsel for Plaintiff Residential Funding Company, LLC.  I certify that I have been admitted to practice in this Court.

Dated:  January 6, 2014

Respectfully submitted,

BINDER & SCHWARTZ LLP

By:   /s/ Daniel E. Clark

    Daniel E. Clark
    Binder & Schwartz LLP
    28 West 44th Street
    New York, NY 10036
    (347) 334-5090
    dclark@binderschwartz.com

TO:  All Counsel of Record