UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>GREENPOINT MORTGAGE FUNDING, INC., AN AFFILIATE OF CAPITAL ONE BANK,<br><br>Defendant. | Civil Action No.: 13-cv-8937 (PKC)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT** |

The parties, by and through their respective counsel, hereby stipulate and agree to extend the time from January 11, 2014, to March 6, 2014, for Defendant GreenPoint Mortgage Funding, Inc., to file a responsive pleading to Plaintiff's Complaint.

Dated: January 6, 2014

By: /s/ Wendy H. Schwartz

Wendy H. Schwartz
Binder & Schwartz LLP
28 West 44th Street, 6th Floor
New York, New York  10036
Tel: 347.334.5084
Fax: 347.772.3072
E-mail: wschwartz@binderschwartz.com
*Attorneys for Plaintiff*

By: /s/ Cameron S. Matheson

Cameron S. Matheson
Murphy & McGonigle, P.C.
4870 Sadler Road
Glen Allen, Virginia 23060
Tel: 804.762.5332
Fax: 804.762.5361
E-mail: cmatheson@mmlawus.com
*Attorneys for Defendant*

SO ORDERED.

_____
P. Kevin Castel
United States District Court Judge

Dated: January ____, 2014