UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br>AN AFFILIATE OF CAPITAL ONE BANK,<br><br>       Defendant. | No. 13-cv-08937 (PKC) |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that, upon the annexed affidavit of Jeffrey A. Lipps in support of this motion and the Certificate of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Jeffrey A. Lipps, a member of the firm of Carpenter Lipps & Leland LLP and a member in good standing of the Bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the Plaintiff Residential Funding Company, LLC.

                                     Respectfully submitted,

                                       /s/ Wendy H. Schwartz

                                     Wendy H. Schwartz
                                     Binder & Schwartz LLP
                                     28 West 44th Street
                                     New York, NY 10036
                                     (347) 334-5082
                                     wschwartz@binderschwartz.com

Dated: January 14, 2014