UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br>AN AFFILIATE OF CAPITAL ONE BANK,<br><br>    Defendant. | **AFFIDAVIT OF<br>JEFFREY A. LIPPS<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE**<br><br>No. 13-cv-08937 (PKC) |

STATE OF OHIO       )
                                 ) ss:
COUNTY OF FRANKLIN  )

JEFFREY A. LIPPS, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Carpenter Lipps & Leland LLP.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Ohio.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Residential Funding Company, LLC.

*[signature]*

Jeffrey A. Lipps
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
lipps@carpenterlipps.com

Subscribed and sworn before me, in my presence,
This 13th day of January 2014.

*[signature: Bonni J. Auteri]*

My commission expires July 1, 2017.

BONNI J. AUTERI
NOTARY PUBLIC
STATE OF OHIO
My Comm. Expires July 1, 2017

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Jeffrey Alan Lipps

was admitted to the practice of law in Ohio on November 06, 1981; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 19th day of December, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Tammy White
*Attorney Services Manager*