UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC<br><br>Plaintiff,<br><br>– against –<br><br>GREENPOINT MORTGAGE FUNDING, INC., AN AFFILIATE OF CAPITAL ONE BANK,<br><br>Defendant. | No. 13 Civ. 8937 (PKC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record in the above captioned matter for defendant GREENPOINT MORTGAGE FUNDING, INC.

Dated: February 3, 2014
      New York, New York

MURPHY & MCGONIGLE, P.C.

By: /s/ James A. Murphy
    James A. Murphy
    *jmurphy@mmlawus.com*
    4870 Sadler Road, Suite 301
    Glen Allen, Virginia 23060
    (804) 762-5320

    *Attorneys for Defendant*
    *GreenPoint Mortgage Funding, Inc.*