UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL FUNDING COMPANY, LLC

Plaintiff,

– against –

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

Defendant.

---

No. 13 Civ. 8937 (PKC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record in the above captioned matter for defendant GREENPOINT MORTGAGE FUNDING, INC.

Dated: February 3, 2014
       New York, New York

MURPHY & MCGONIGLE, P.C.

By: /s/ Theodore R. Snyder
    Theodore R. Snyder
    *tsnyder@mmlawus.com*
    55 Broadway
    One Exchange Place, Suite 1600
    New York, New York 10006
    (212) 880-3976

    *Attorneys for Defendant*
    *GreenPoint Mortgage Funding, Inc.*