UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL FUNDING COMPANY, LLC

    Plaintiff,

– against –

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

    Defendant.

No. 13 Civ. 8937 (PKC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record in the above captioned matter for defendant GREENPOINT MORTGAGE FUNDING, INC.

Dated: February 3, 2014
      New York, New York

MURPHY & MCGONIGLE, P.C.

By: /s/ Cameron S. Matheson
    Cameron S. Matheson
    cmatheson@mmlawus.com
    4870 Sadler Road, Suite 301
    Glen Allen, Virginia 23060
    (804) 762-5320

    *Attorneys for Defendant*
    *GreenPoint Mortgage Funding, Inc.*