UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL FUNDING COMPANY, LLC

    Plaintiff,

– against –

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

    Defendant.

No. 13 Civ. 8937 (PKC)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record in the above captioned matter for defendant GREENPOINT MORTGAGE FUNDING, INC.

Dated: February 3, 2014
      New York, New York

MURPHY & MCGONIGLE, P.C.

By: /s/ Soren E. Packer
    Soren E. Packer
    *spacker@mmlawus.com*
    One Grand Central Place
    60 E. 42nd Street, Suite 5230
    New York, NY 10165
    (212) 880-3999

    *Attorneys for Defendant*
    *GreenPoint Mortgage Funding, Inc.*