UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC

Plaintiff,

– against –

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

Defendant.

No. 13 Civ. 8937 (PKC)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys for defendant GreenPoint Mortgage Funding, Inc. certify that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

GreenPoint Mortgage Funding is an indirect wholly owned subsidiary of Capital One Financial Corporation ("COF"). COF is a publicly traded corporation. No publicly-held entity owns 10 percent or more of the stock of COF.

Dated: New York, New York
February 3, 2014

MURPHY & MCGONIGLE, P.C.

By: /s/ Theodore R. Snyder
Theodore R. Snyder
tsnyder@mmlawus.com
55 Broadway
One Exchange Place, Suite 1600
New York, New York 10006
(212) 880-3976

James A. Murphy
jmurphy@mmlawus.com
Cameron S. Matheson
cmatheson@mmlawus.com
4870 Sadler Road, Suite 301
Glen Allen, Virginia 23060
(804) 762-5320

*Attorneys for Defendant
GreenPoint Mortgage Funding, Inc.*

James K. Goldfarb
*jgoldfarb@mmlawus.com*
Soren E. Packer
*spacker@mmlawus.com*
One Grand Central Place
60 E. 42nd Street, Suite 5230
New York, NY 10165
(212) 880-3999

ii