UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,

        Plaintiff,

v.

GREENPOINT MORTGAGE FUNDING, INC.,
AN AFFILIATE OF CAPITAL ONE BANK,

        Defendant.

No. 13-cv-08937 (PKC)

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in the above-captioned action as counsel for Plaintiff Residential Funding Company, LLC. I certify that I have been admitted *pro hac vice* to practice in this Court.

Dated: February 10, 2014

Respectfully submitted,

By:   /s/ Jeffrey A. Lipps
Jeffrey A. Lipps
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100
(614) 365-9145 (Facsimile)
lipps@carpenterlipps.com

*Attorneys for Plaintiff Residential Funding Company, LLC*