UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RESIDENTIAL FUNDING CO., LLC

                Plaintiff(s),

         - against -

GREENPOINT MORTGAGE

                Defendant(s).

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-14

13 Civ. 8937(PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

      As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By March 28, 2014, the plaintiff ~~shall~~ will advise the Court whether it intends to make an application to the JPMDL or dismiss without prejudice to refiling in state court or consent to transfer to the bankruptcy court or remain in this Court. ~~Defendant shall respond by April 8, 2014.~~

2. By February 21, 2014, defendant shall submit a premotion letter on a proposed 12(b)(6) motion or such motion will be deemed waived. Plaintiff is granted leave to amend in an effort to meet the perceived pleading ~~deficiencies~~ by March 14. Thereafter, if defendant

3. ~~By~~ _____, 201_, _____ shall _____ wishes to move, it may do so by April 18, 2014.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

    SO ORDERED.

                                                      _____
                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York

2-11-14