UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,<br><br>Plaintiff,<br><br>-against-<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | Case No. 1:13-cv-08937-PKC<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Peter Calamari of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                              By: /s/ Peter Calamari
                                   Peter Calamari
                                   Quinn Emanuel Urquhart & Sullivan LLP
                                   51 Madison Avenue, 22nd Floor
                                   New York, New York 10010
                                   Tel:   (212) 849–7000
                                   Fax:   (212) 849–7100
                                   Email: *petercalamari@quinnemanuel.com*

                                   *Attorney for Plaintiff*