UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>-against-  )<br>)<br>GREENPOINT MORTGAGE FUNDING, INC.,  )<br>)<br>Defendant.  )<br>) | Case No. 1:13-cv-08937-PKC<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Isaac Nesser of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

     I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                                    By: /s/ Isaac Nesser
                                          Isaac Nesser
                                          Quinn Emanuel Urquhart & Sullivan LLP
                                          51 Madison Avenue, 22nd Floor
                                          New York, New York  10010
                                          Tel:    (212) 849–7000
                                          Fax:    (212) 849–7100
                                          Email: *isaacnesser@quinnemanuel.com*

                                          *Attorney for Plaintiff*