UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,<br><br>Plaintiff,<br><br>-against-<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | Case No. 1:13-cv-08937-PKC<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Alex Rossmiller of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                                        By: /s/ Alex Rossmiller
                                            Alex Rossmiller
                                            Quinn Emanuel Urquhart & Sullivan LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Tel:   (212) 849–7000
                                            Fax:   (212) 849–7100
                                            Email: *alexrossmiller@quinnemanuel.com*

                                            *Attorney for Plaintiff*