UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RESIDENTIAL FUNDING CO., LLC, ) ) ) Plaintiff, ) ) -against- ) ) GREENPOINT MORTGAGE FUNDING INC., ) ) Defendant. ) ) | Case No. 1:13-cv-08937-PKC **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nicholas Smith of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

By: /s/ Nicholas Smith
Nicholas Smith
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:  (212) 849–7000
Fax:  (212) 849–7100
Email: *nicholassmith@quinnemanuel.com*

*Attorney for Plaintiff*