**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RESIDENTIAL FUNDING COMPANY, LLC,

Plaintiff,

-against-

GREENPOINT MORTGAGE FUNDING, INC., AN AFFILIATE OF CAPITAL ONE BANK,

Defendant.

Civil Action No.: 13-cv-8937 (PKC)

**NOTICE OF MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Daniel E. Clark, dated March 14, 2014, Daniel E. Clark, attorney of record for Residential Funding Company, LLC, hereby moves this Court for an Order to withdraw as counsel of record on behalf of this entity.

Dated: March 14, 2014

Respectfully Submitted,

/s/ Daniel E. Clark
Daniel E. Clark, Esq.
BINDER & SCHWARTZ LLP
28 West 44th Street, 6th Floor
New York, NY 10036
Tel: (347) 334-5090
Fax: (347) 772-3072
dclark@binderschwartz.com