UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>GREENPOINT MORTGAGE FUNDING, INC., AN AFFILIATE OF CAPITAL ONE BANK,<br><br>Defendant. | Civil Action No.: 13-cv-8937 (PKC) |

### DECLARATION OF DANIEL E. CLARK
### IN SUPPORT OF MOTION TO WITHDRAW

I, Daniel E. Clark, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate with the firm Binder & Schwartz LLP (the "Firm"), and I am currently entered as an attorney of record for Residential Funding Company, LLC, in this matter. I submit this Declaration in support of my Motion to Withdraw ("Motion to Withdraw").

2. Alexander Rossmiller, Isaac Nesser, Nicholas Smith, Peter Calamari, and Nicholas Smith, members of the firm of Quinn Emanuel Urquhart & Sullivan, LLP, are acting and will continue to act as attorneys of record for Residential Funding Company, LLC, in this matter.

3. Residential Funding Company, LLC, does not need multiple law firms in this matter and will not be prejudiced or negatively impacted in any way by my withdrawal.

4. Pursuant to Local Civil Rule 1.4, I declare that I am not asserting a retaining or charging lien against Residential Funding Company, LLC.

5. For all the foregoing reasons, I respectfully request that the Court grant this Motion to

Withdraw.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2014.                /s/ Daniel E. Clark
                                           Daniel E. Clark, Esq.
                                           BINDER & SCHWARTZ LLP
                                           28 West 44th Street, 6th Floor
                                           New York, NY 10036
                                           Tel: (347) 334-5090
                                           Fax: (347) 772-3072
                                           dclark@binderschwartz.com