12-12020-mg    Doc 6711-38    Filed 03/19/14    Entered 03/27/14 16:36:49    Pg 1 of 34
Case 1:13-cv-08937-PKC    Document 34    Filed 03/18/14    Page 1 of 2
IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

Residential Funding Company, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:13-cv-08937 (PKC) |

Greenpoint Mortgage Funding, Inc., an affiliate of Capital One Bank

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Residential Funding Company, LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:13-cv-08867 (RA) |

Columbia Home Loans, LLC

Defendant

12-12020-mg   Doc 6711-38   Filed 03/19/14   Entered 03/27/14 16:36:49   Pg 2 of 34
Case 1:13-cv-08937-PKC   Document 34   Filed 03/18/14   Page 2 of 2
IH-32                                                                  Rev: 2014-1

Status of Earlier Filed Case:

| ✔ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ☐ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Voluntary dismissal; no appeal pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

See attached statement.

Signature: /s/ Peter E. Calamari                    Date: March 18, 2014

Firm: Quinn Emanuel Urquhart & Sullivan, LLP

Page 2