**Presentment Date and Time: April 4, 2014 at 12:00 p.m. (ET)**
**Objection Deadline: April 3, 2014 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the ResCap Borrower*
*Claims Trust and the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND CONSENT ORDER MODIFYING THE AUTOMATIC STAY WITH RESPECT TO KASPARIK LITIGATION**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation and Consent Order Modifying the Automatic Stay With Respect To Kasparik Litigation* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **April 4, 2014 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **April 3, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the ResCap Liquidating Trust and the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Norman S. Rosenbaum and Erica J. Richards) (b) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10004 (Attn: Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord and Enid N. Stuart); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York,  NY 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA, 90071 (Attn: Seth Goldman & Thomas B. Walper); (k) Internal Revenue Service,

P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (m) counsel for Rosalind Alexander Kasparik, Cate Legal Group, 7710 Balboa Avenue, Suite 316, San Diego, CA 92111 (Attn: Allan O. Cate).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: March 27, 2014
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust and the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND CONSENT ORDER MODIFYING**
**THE AUTOMATIC STAY WITH RESPECT TO KASPARIK LITIGATION**

WHEREAS, Rosalind Alexander-Kasparik ("**Borrower**") is a plaintiff in a civil action against, among others, GMAC Mortgage, LLC ("**GMACM**"), one of the above captioned debtors (collectively, the "**Debtors**"), filed in the Superior Court of the State of California, County of San Diego (the "**State Court**"), Case No. 37-2012-101531 (the "**California Litigation**");

WHEREAS, on May 14, 2012, each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

WHEREAS, on July 13, 2012, the Court entered the *Final Supplemental Order Under Bankruptcy Code Sections 105(a), 362, 363, 502, 1107(a), and 1108 and Bankruptcy Rule 9019 (I) Authorizing the Debtors to Continue Implementing Loss Mitigation Programs; (II) Approving Procedures for Compromise and Settlement of Certain Claims, Litigations and Causes of Action; (III) Granting Limited Stay Relief to Permit Foreclosure and Eviction Proceedings, Borrower Bankruptcy Cases, and Title Disputes to Proceed; and (IV) Authorizing and Directing the Debtors to Pay Securitization Trustee Fees and Expenses* [Docket No. 774] (the "**Supplemental Servicing Order**").

1

ny-1133388

WHEREAS, on or about July 31, 2012, Borrower filed a complaint commencing the California Litigation.

WHEREAS, on October 10, 2012, GMACM filed a Notice of Bankruptcy and Suggestion of Automatic Stay (the "**NOB**") in the California Litigation.

WHEREAS, the California Litigation has remained stayed since the NOB was filed.

WHEREAS, on November 8, 2012, Borrower's counsel filed a proof of claim (Claim No. 3695) on Borrower's behalf against GMACM, asserting a secured claim on account of the California Litigation in the amount of $1.5 million (the "**Proof of Claim**").

WHEREAS, on November 21, 2012, the Court entered an order [Docket No. 2246] (the "**Sale Order**") approving the sale of the Debtors' mortgage loan origination and servicing platform to Ocwen Loan Servicing, LLC ("**Ocwen**") on the terms set forth in that certain Asset Purchase Agreement between the parties dated November 2, 2012 (the "**APA**").

WHEREAS, on February 15, 2013, the sale of the Debtors' mortgage loan servicing platform to Ocwen closed.

WHEREAS, on November 7, 2013, Borrower filed the *Motion for Relief From Stay* [Docket No. 5621] (the "**Stay Relief Motion**") with this Court.

WHEREAS, among other things, the Stay Relief Motion seeks relief from the automatic stay (the "**Stay**") of section 362(a) of the Bankruptcy Code for the purpose of liquidating Borrower's monetary claims against the Debtors.

WHEREAS, on December 10, 2013, the Debtors filed the *Debtors' Objection to Motion for Relief from Stay Filed on Behalf of Rosalind Alexander-Kasparik* [Docket No. 6056].

WHEREAS, on December 11, 2013, following the confirmation hearing, the Court entered an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential*

2

ny-1133388

*Capital, LLC et al. and the Official Committee of Unsecured Creditors* approving the terms of the Chapter 11 plan, as amended (the "**Plan**"), in these Chapter 11 Cases [Docket No. 6065]. On December 17, 2013, the Plan went effective and the ResCap Borrower Claims Trust (the "**Borrower Claims Trust**") and the ResCap Liquidating Trust (the "**Liquidating Trust**") were created [Docket No. 6137]. The Borrower Claims Trust, the Liquidating Trust, and the Borrower are collectively referred to herein as the "**Parties**".

WHEREAS, Borrower and the ResCap Borrower Claims Trust (collectively, the "**Parties**") have conferred and the Borrower Claims Trust has consented to a limited modification of the Stay pursuant to the terms, and subject to the conditions set forth in this stipulation and consent order (the "**Stipulation and Consent Order**");

WHEREAS, the Liquidating Trust has consented to the terms of this Stipulation and Consent Order;

NOW THEREFORE, it is hereby stipulated and agreed as between the Parties to this Stipulation and Consent Order, through their undersigned counsel, that:

1. The Stay Relief Motion is hereby withdrawn.

2. The Stay shall be modified solely to the extent set forth herein.

3. Borrower may prosecute the equitable claims in the California Litigation (including any appeals) solely to the extent they are asserted for the purpose of defending and unwinding the foreclosure of Borrower's loan secured by a first deed of trust from Unitrust Mortgage, Inc. in the amount of $314,240.00 against the property located at 1021 Scott Street #149, San Diego, California 92106, which claims Ocwen is responsible for defending pursuant to the terms of the Sale Order and APA.

4. Notwithstanding anything in this Stipulation and Consent Order or the

3

Motion to the contrary, absent further order of this Court, the automatic stay shall remain in full force and effect with respect to all claims asserted by Borrower for monetary relief of any kind and of any nature against the Debtors, which claims shall be liquidated and adjudicated by the Bankruptcy Court in connection with the reconciliation of the Proof of Claim.

5. The Borrower Claims Trust and Borrower hereby agree that the Proof of Claim is disputed in accordance with Bankruptcy Code section 502(b); *provided*, that, solely with respect to the Proof of Claim, the Borrower Claims Trust shall have until the later of (a) the Claim Objection Deadline (as defined in the Plan) or (b) thirty (30) days following the date the Borrower Claims Trust receives notice that the California Litigation has been resolved on a final basis, to file an objection to the Proof of Claim.

6. This Stipulation and Consent Order shall not be modified, altered, amended or vacated without the prior written consent of all Parties hereto. Any such modification, alteration, amendment or vacation in whole or part shall be subject to the approval of this Court. No statement made or action taken in the negotiation of this Stipulation and Order, nor set forth herein, may be used by any Party in the California Litigation.

7. This Stipulation and Consent Order is the entire agreement between the Parties in respect of the subject matter hereof.

8. Each person who executes this Stipulation and Consent Order on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation and Consent Order on behalf of such Party.

9. This Stipulation and Consent Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

10. The 14-day stay period under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and this Stipulation and Consent Order shall be immediately effective upon its entry.

11. This Stipulation and Consent Order shall be of no force or effect unless and until it is approved by the Court.

12. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Stipulation and Consent Order.

Dated: March 26, 2014

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

Dated: March 26, 2014

/s/ Allan O. Cate
Allan O. Cate
CATE LEGAL GROUP
7710 Balboa Avenue, Suite 316
San Diego, CA 92111
Telephone: (858) 224-5865
Facsimile: (858) 228-9885

*Counsel for Rosalind Alexander-Kasparik*

Dated: March 26, 2014

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*

**IT IS SO ORDERED**

New York, New York
Dated: _____, 2014

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE