**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S
FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(INSUFFICIENT DOCUMENTATION BORROWER CLAIMS)**

Upon the fifty-ninth omnibus objection to claims, dated February 7, 2014 [Docket No. 6448] (the "<u>Fifty-Ninth Omnibus Claims Objection</u>")[1] of The ResCap Borrower Claims Trust (the "<u>Trust</u>") established pursuant to the terms of the confirmed Plan filed in the above-referenced Chapter 11 Cases, as successor in interest to the Debtors for Borrower Claim matters, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Insufficient Documentation Borrower Claims on the basis that such claims fail to explain the basis for the claim or attach supporting documentation sufficient to support the claim, all as more fully described in the Fifty-Ninth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-Ninth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-Ninth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifty-Ninth Omnibus Claims Objection.

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifty-Ninth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Fifty-Ninth Omnibus Claims Objection and the Declaration of Deanna Horst and the Declaration of Norman S. Rosenbaum, annexed to the Fifty-Ninth Omnibus Claims Objection as <u>Exhibits 1</u> and <u>Exhibit 2</u>, respectively; and the Court having found and determined that the relief sought in the Fifty-Ninth Omnibus Claims Objection is in the best interests of the Debtors' estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-Ninth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Fifty-Ninth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Ninth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto (collectively, the "<u>Insufficient Documentation Borrower Claims</u>") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Insufficient Documentation Borrower Claims identified on the schedule annexed hereto as <u>Exhibit A</u> so that such claims are no longer maintained on the Debtors' Claims Register; and it is further

2

ORDERED that the following matters related to the Insufficient Documentation Borrower Claims shall be adjourned to the omnibus hearing scheduled for April 24, 2014 at 10:00 am EST:

- Alfredia Holiday (Claim No. 1661); and
- Anne Trammell (Claim No. 4419); and it is further

ORDERED that the Trust is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-Ninth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Trust and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Borrower Claims identified on Exhibit A, annexed hereto, as if each such Insufficient Documentation Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 28, 2014
      New York, New York                                 **/s/Martin Glenn**
                                                            MARTIN GLENN
                                                  United States Bankruptcy Judge

**<u>Exhibit A</u>**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Barbara Ann White<br>PO Box 9001719<br>Louisville, KY 40290-1719 | 5743 | 11/19/2012 | $0.00<br>$0.00<br>$131,455.97<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | BUDELIS, LOUISE M<br>2594F S ARLINGTON MILL DR<br>GROUND RENT<br>ARLINGTON, VA 22206 | 731 | 09/25/2012 | $19.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Charlene M. Butler<br>19201 N.W. 11 Ave<br>Miami, FL 33169 | 6326 | 12/06/2012 | $0.00<br>$0.00<br>$40,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | Dave & Terri Archer<br>15960 Cumberland<br>Riverview, MI 48193 | 3459 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Dominick Aluotto<br>3906 Fillmore Ave<br>Brooklyn, NY 11234 | 5791 | 11/19/2012 | $0.00<br>$0.00<br>BLANK<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | HAMPTON, SHARON<br>3700 ANYA WAY<br>NORTH LAS VEGAS, NV 89032 | 6340 | 12/14/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Kathleen M. Hanover<br>Attn Marc E. Dann<br>Dann, Doberdruk & Harshman, LLC<br>4600 Prospect Ave.<br>Cleveland, OH 44103 | 5763 | 11/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 8 | M and M Real Estate and Mortgage<br>9008 Elk Grove Blvd<br>Elk Grove, CA 95624 | 6405 | 12/31/2012 | $0.00<br>$0.00<br>$250,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | MARIA CLAUDIO<br>418 SPIKE CT<br>KISSIMMEE, FL 34759 | 703 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 10 | Patricia Crenshaw<br>25043 Pierce St<br>Southfield, MI 48075 | 6850 | 05/09/2013 | $280,000.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|------------------|--------------|------------|--------------|--|----------------------|----------------------|
| 11 | Patricia Crenshaw<br>25043 Pierce St<br>Southfield, MI 48075 | 6770 | 02/28/2013 | $280.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | ROBERT DUENNER AND AMANDA DUENNER<br>1818 E 43RD ST<br>TULSA, OK 74105-4210 | 1473 | 10/22/2012 | $0.00<br>$0.00<br>$400,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | Ronald Gillis<br>PO Box 380842<br>Murdock, FL 33938-0842 | 913 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$209,859.68 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 14 | SHERI REIMAN<br>3867 PENINSULA COURT<br>STOCKTON, CA 95219 | 866 | 09/28/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 15 | VICKI I TEMKIN ATT AT LAW<br>15021 VENTURA BLVD #753<br>SHERMAN OAKS, CA 91403 | 477 | 09/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |