MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Adam A. Lewis
Norman S. Rosenbaum
Daniel J. Harris

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESCAP BORROWER CLAIMS TRUST'S COUNTER-
DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits, on behalf of Residential Capital,

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013. The Plan provides for the creation and implementation of the Borrower Trust. *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S, and this

*(cont'd)*

ny-1134979

LLC ("**ResCap**") and its affiliated post-effective date debtors (collectively, the "**Debtors**")[2] in the Chapter 11 Cases, the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal [Docket No. 6659] filed by appellant Corla Jackson ("**Appellant**"), from the *Memorandum Opinion and Order Sustaining Objection and Expunging Claim No. 4443 by Corla Jackson* [Docket No. 6363], which was entered by the Bankruptcy Court on January 27, 2014.

The Borrower Trust designates the following additional items to be included in the record on appeal.[3]

**A.    Pleadings**

| Docket No. | Description |
|---|---|
| 5100 | Debtors' Objection to Proof of Claim Filed by Corla Jackson (Claim No. 4443) (the "**Debtors' Objection**") |
| 6363 | Memorandum Opinion and Order Sustaining Objection and Expunging Claim No. 4443 by Corla Jackson |
| 6487 | Notice of Appeal by Corla Jackson |
| 6518 | Motion to Extend Time to File Designation of Items to be Included in Record on Appeal filed by Corla Jackson |
| 6538 | Order Granting Motion to Extend Time to File Designation of Items to be Included on Appeal |
| 6659 | Notice of Appeal by Corla Jackson |
| 6660 | Designation of Contents by Corla Jackson |

_____

*(cont'd from previous page)*

    appeal arises from the Debtors' objection to the allowance of the proof of claim filed by the Appellant in the Chapter 11 Cases.

[2]    The names of the Debtors in the Chapter 11 Cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].

[3]    For the avoidance of doubt, the Borrower Trust's designation of any pleadings and/or exhibit lists includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

ny-1134979

B.  **Transcripts**[4]

| Date/Time of Hearing | ECF No. | Type of Hearing | Court Reporter or Recorder | Copy Ordered By Debtors |
|---|---|---|---|---|
| 11/15/2013 at 10:00 a.m. | 5880 | Omnibus Hearing Regarding, *inter alia*, Debtors' Objection to Proof of Claim Filed by Corla Jackson (Claim No. 4443) | eScribers, LLC | Yes |

C.  **Other**

| Docket No. | Description |
|---|---|
| 5100, Ex. 2-M | Proof of Claim Number 4443 filed by Corla Jackson on November 9, 2012 |

Dated: March 31, 2014
    New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Adam A. Lewis
Norman S. Rosenbaum
Daniel J. Harris
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

---

[4] Pursuant to Local Bankruptcy Rule 8007-1(b), the transcript has not been filed as an exhibit due to its voluminous nature.