THOMAS D MARGOLIS
125 E Charles Street   Suite 214
Muncie IN 47305
Telephone 765-288-0600

*Attorneys for Movant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION
FOR REINSTATEMENT**

**PLEASE TAKE NOTICE** that on March 11, 20104, William J Futrell (the "**Movant**"), by and through his undersigned counsel, filed the *Motion for Reinstatement* [Docket No. 725] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Movant hereby withdraws the Motion.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on March 26, 2014, at 10:00 a.m. (ET), requests that the hearing on the motion be canceled.



RECEIVED MAR 3 1 2014 U.S. BANKRUPTCY COURT, SDNY

ny-1115483

Dated: March 27, 2014                    Respectfully submitted,

_____
Thomas D Margolis   10189-18
125 E Charles Street   Suite 214
Muncie IN 47305
Telephone 765-288-0600

*Attorneys for Movant*

2