# Certificate of Service

The pleading of the Claimant, William J Futrell, has been served on the following —

Morrison &Foerster
1290 Avenue of the Americas
New York, New York 10104
Attn. - Gary Lee

Judge Martin Glenn
U.S Bankruptcy Court, SD New York
One Bowling Green
New York, New York 10004-1408

Office of US Trustee
US Courthouse Bldg
201 Varrick Street   Suite 1006
NY, NY 10014
12th of March, 2014

on the 21th day of March 2014, by _____ OS Mail _____

_____ Thomas Margolis _____