The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**  PROOF OF CLAIM

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

Name and address where notices should be sent:  NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101  **91001**

Telephone number: **626 798-4422**   email: *johnotrin@earthlink.net*

Name and address where payment should be sent (if different from above):
**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**
Telephone number: **626 798-4422**   email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim.
Court Claim Number: **7453,7407, 7321, 7163,7172, 7310**
**7457**
(If known)
Filed on: **3/21/2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed: $ $22,414,193.12**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. **8.2507 %**

2. **Basis for Claim:** **Issuer of Promissory notes for $612,000.00 tendered on 10/27/2006**
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** **760-8**

3a. Debtor may have scheduled account as: **N/A** (See instruction #3a)

3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
Describe:
Value of Property: $ **$612,000.00**   Annual Interest Rate **8.2507 %** ☐ Fixed ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **N/A**    Basis for perfection: **N/A**

Amount of Secured Claim: $ **$22,414,193.12**    Amount Unsecured: $ **N/A**

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ **N/A** (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: **MEMORANDUM For and on the Public Record BY AFFIDAVIT**

9. **Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Walter Olszewski**
Title: **Secured Issuer of the Credit**
Company: **Standing and Power of Attorney**
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**
**626 798-4422**   *johnotrin@earthlink.net*
(Signature) 3/28/14

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$ **$22,414,193.12**

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
MAR 31 2014
U.S. BANKRUPTCY COURT, SDNY

RECEIVED
MAR 28 2014
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-5_domestic_21/030037/180218    1212032120824150615002972

# DECLARATION OF MEMORANDUM BY AFFIDAVIT
# FOR AND ON THE PUBLIC RECORD

ONE COURT CLAIM# 7457 with Amendments Inclusive of Numbers #7453 #7407 #7163 #7172 #7310 # 7321

*This is a verified plain statement of fact*

| | |
|---|---|
| In Re: RESIDENTAL CAPITAL, LLC et al , | CASE # 12-12032 (MG) |
| Debtors and Borrower Claim Trust et al | Assigned Judge Martin Glenn |

<u>Honorable Martin Glenn</u>　　　　　　　　　　　Certified Mail 7013 3020 0000 3139 3551
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House　　　　　　　*deanna_anderson@nysb.uscourts.gov*
One Bowling Green, Room 501
New York, New York 10004-1408

**Mr. Jeffrey Brodsky, CPA**　　　　　　　　　　Certified Mail 7013 3020 0000 3139 3568
**Quest Turnaround Advisors**　　　　　　　　　　*jbrodsky@qtadvisors.com*
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

**Kenneth H. Eckstein, Esq.**　　　　　　　　　　Certified Mail 7013 3020 0000 3139 3575
KRAMER LEVIN NAFTALIS & FRANKEL, LLP　　*keckstein@kramerlevin.com*
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba　　　　　Certified Mail 7013 3020 0000 3139 3582
RESIDENTIAL CAPITAL,LLC et al and any successors.
Suite 175, 8400 Normandale Lake Blvd.　　　　　*Claims.management@rescapestate.com*
Bloomington, Mn. 55437-1069

The ResCap Borrower Claims Trust dba Libellees　Certified Mail 7013 3020 0000 3139 3599
Polsinelli PC, 900 Third Avenue, 21st Floor　　　*Claims.management@rescapestate.com*
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee and any successors.

**MORRISON & FOERSTER LLP dba Libellees**　Certified Mail 7013 3020 0000 3139 3605
1290 Avenue of the Americas　　　　　　　　　　*glee@mofo.com*
New York, New York 10104
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee,
Jennifer L. Marine, Libellee, Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee,
Lorenzo Marinuzzi, Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Att. Linda A. Riffkin & Brian S. Masumoto　　　Certified Mail 7013 3020 0000 3139 3612

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr.　　Certified Mail 7013 3020 0000 3139 3629

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.　　Certified Mail 7013 3020 0000 3139 3636

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Att: Joseph N. Cordaro, Esq.　　　　　　　　　Certified Mail 7013 3020 0000 3139 3643

RECEIVED
MAR 2 8 2014

1

**DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT**

KURTZMAN CARSON CONSULTANTS

# DECLARATION OF MEMORANDUM BY AFFIDAVIT
# FOR AND ON THE PUBLIC RECORD

**ONE COURT CLAIM# 7457 with Amendments Inclusive of Numbers #7453 #7407 #7163 #7172 #7310 # 7321**

*This is a verified plain statement of fact*

| | |
|---|---|
| In Re: RESIDENTAL CAPITAL, LLC et al , | CASE # 12-12032 (MG) |
| Debtors and Borrower Claim Trust et al | Assigned Judge Martin Glenn |

## Memorandum for the Case File:
## For and on the Pubic Record

**Affiant States, FACT:** On March 26,2014 the assigned Judge did not give me the time in court to state the following facts to be placed for and on the Pubic record, therefore the Affiants Demands the following statement be added into the court record:

*"For and on the Pubic record I am the executor of the Estate Trust Account **WALTER OLSZEWSKI** (XXX XX 9363) and in reference to Court Case **12-12020-mg** RESIDENTIAL CAPITAL, LLC, et al, Debtors and Borrower Claim Trust et al **has no rights to object to Libellant Claim** (Court Documents 6504 6615 and 6693) on any basis at this time or any future point in time as they are in Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter and therefore the **Affiant Demands: That the Judge find the facts and make conclusions of lawe based on the evidence.**"*

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary
My name is **non-negotiable**;
All rights reserved without prejudice.

Walter: Olszewski
Libellant, Secured Issuer of the Credit and Executor

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

## JURAT

state of California _____ )
) ss.
county of Los Angeles_____ )

Subscribed and sworn to before me on March 28,2014
**Walter: Olszewski**

Notary Seal:

Proved to me on her basis of satisfactory evidence
to be the person who appeared before me.



TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

RECEIVED
MAR 2 8 2014

Signature of Notary Public in and for said State
Tarver Tanya Llanes
Printed Name of Notary
My commission Expires: **March 17, 2016**

KURTZMAN CARSON CONSULTANTS

2

**DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT**

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

State of California

County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me on this __28TH__ day of __MARCH__, 20__14__, by
    Date          Month         Year

(1) _____WALTER OLSZEWSKI_____

(2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JOHN RAMIREZ
Commission # 1989476
Notary Public - California
Los Angeles County
My Comm. Expires Aug 28, 2016

Signature _____
Signature of Notary Public

Place Notary Seal Above

――――――― **OPTIONAL** ―――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

RECEIVED
MAR 2 8 2014
KURTZMAN CARSON CONSULTANTS

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_    _Signature of Document Signer No. 2 (if any)_

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __20th__ day of __March__, 20__14__,
by
(1) __Walter Olszewski__
(2) _____
_Name(s) of Signer(s)_

[Notary Seal: M. J. BARAJAS, Commission # 1935618, Notary Public - California, Los Angeles County, My Comm. Expires May 8, 2015]

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
_Signature of Notary Public_

_Place Notary Seal Above_

—————————— **OPTIONAL** ——————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____
Document Date: __March 20, 2014__    Number of Pages: __7__

Signer(s) Other Than Named Above: _____

©2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

RECEIVED
MAR 2 8 2014

KURTZMAN CARSON CONSULTANTS

# DECLARATION OF MEMORANDUM BY AFFIDAVIT
# FOR AND ON THE PUBLIC RECORD

ONE COURT CLAIM# 7457 with Amendments Inclusive of Numbers #7453 #7407 #7163 #7172 #7310 # 7321

*This is a verified plain statement of fact*

| | |
|---|---|
| In Re: RESIDENTAL CAPITAL, LLC et al, | CASE # 12-12032 (MG) |
| Debtors and Borrower Claim Trust et al | Assigned Judge Martin Glenn |

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

## PROOF OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

March 28, 2014

Honorable Martin Glenn — Certified Mail 7013 3020 0000 3139 3551
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

Mr. Jeffrey Brodsky, CPA — Certified Mail 7013 3020 0000 3139 3568
Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

Kenneth H. Eckstein, Esq. — Certified Mail 7013 3020 0000 3139 3575
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba — Certified Mail 7013 3020 0000 3139 3582
RESIDENTIAL CAPITAL,LLC et al
Suite 175, 8400 Normandale Lake Blvd.
Bloomington, Mn. 55437-1069

The ResCap Borrower Claims Trust dba Libellees — Certified Mail 7013 3020 0000 3139 3599
Polsinelli PC, 900 Third Avenue, 21st Floor
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee

MORRISON & FOERSTER LLP dba Libellees — Certified Mail 7013 3020 0000 3139 3605
1290 Avenue of the Americas
New York, New York 10104
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L. Marine, Libellee, Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi, Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Att. Linda A. Riffkin & Brian S. Masumoto — Certified Mail 7013 3020 0000 3139 3612

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr. — Certified Mail 7013 3020 0000 3139 3629

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq. — Certified Mail 7013 3020 0000 3139 3636

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Att: Joseph N. Cordaro, Esq. — Certified Mail 7013 3020 0000 3139 3643

RECEIVED
MAR 2 8 2014
KURTZMAN CARSON CONSULTANTS

DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT

PROOF OF SERVICE                                                                 1

# DECLARATION OF MEMORANDUM BY AFFIDAVIT
# FOR AND ON THE PUBLIC RECORD

ONE COURT CLAIM# 7457 with Amendments Inclusive of Numbers #7453 #7407 #7163 #7172 #7310 # 7321

*This is a verified plain statement of fact*

| | |
|---|---|
| In Re: RESIDENTAL CAPITAL, LLC et al, | CASE # 12-12032 (MG) |
| Debtors and Borrower Claim Trust et al | Assigned Judge Martin Glenn |

KNOW ALL MEN BY THESE PRESENTS:

RE:  Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION OF MEMORANDUM BY AFFIDAVIT FOR AND ON THE PUBLIC RECORD for Walter Olszewski IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT, **ALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE.**

I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via **Registered Mail. All responses by any other means will be deemed and certified as a non-response.**

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not too prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver,</u> Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.

This record certifies that the above document was delivered via **Certified Mail** by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

**All replies must be made by Registered Mail addressed as follows to the correct addressee and to both correct locations:**

| | |
|---|---|
| walter; olszewski, Creditor Secured Party<br>C/o 104 West Loma Alta Drive<br>Altadena [91001] California | walter; olszewski, Creditor Secured Party<br>C/o Tanya-Llanes; Tarver, Notary Acceptor<br>P.O BOX 50202, Pasadena [91105] California |

All other replies will be certified as a non-response, and in dishonor.

March 28, 2014

Awaiting your timely response,
Regards,

STATE OF CALIFORNIA       )
                                             )
COUNTY OF LOS ANGELES  )

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.



TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

Signature of Notary Public in and for said State
Tarver Tanya Llanes
Printed Name of Notary
My commission Expires: **March 17, 2016**

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT

**PROOF OF SERVICE**                                                                                                                        2

RECEIVED
MAR 2 8 2014
KURTZMAN CARSON CONSULTANTS