12-12020-mg    Doc 6735    Filed 04/01/14    Entered 04/01/14 13:03:20    Main Document
Pg 1 of 10

**SEWARD & KISSEL LLP**
Mark D. Kotwick, Esq.
Arlene R. Alves, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association,*
*as Trustee of Certain RMBS Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**Certificate of Service**

       I, Arlene R. Alves, an attorney duly admitted, hereby certify that on March 31, 2014, I caused a copy of the Notice of Filing of (1) Amended Exhibit 16 (Final Version of The RMBS Trust Claims Schedules to The Plan), and (2) Annex to Exhibit 3 (Representative Share Schedules to The RMBS Claims Trust Claims Agreement), Comprising Plan Supplement to The Confirmed Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, Et Al and The Official Committee of Unsecured Creditors to be served upon the parties on the annexed service list by first class.

                                                               /S/ Arlene R. Alves
                                                                 Arlene R. Alves

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn Russell Lipman | 80 Pine St | | New York | NY | 10038 | |
| Akerman Senterfitt LLP | Andrea S Hartley | One Southeast Third Ave | 25th Floor | Miami | FL | 33131 | |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | 335 Madison Ave Ste 2600 | | New York | NY | 10017 | |
| Akin Gump Strauss Hauer & Feld LLP | Daniel H. Golden & David M. Zensky & Abid Qureshi & Philip C Dublin & Rachel Ehrlich Albanese | One Bryant Park | | New York | NY | 10036 | |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | One Bryant Park | | New York | NY | 10036-6745 | |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | |
| Allen & Overy LLP | Ken Coleman & John Kibler | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | # 1100 | Charlotte | NC | 28202 | |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | |
| Anaissa B Gerwald | | 12 Bluegrass Lane | | Savannah | GA | 31405 | |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | |
| Ballard Spahr LLP | Andrew J. Petrie & Sarah B. Wallace | 1225 Seventeenth Street, Suite 2300 | | Denver | CO | 80202-5596 | |
| Ballard Spahr LLP | Sarah Schindler-Williams & Vincent J Marriott III | 1735 Market Street, 51st Floor | | Philadelphia | PA | 19103 | |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | |
| Barclays Bank PLC | Joe Tricamo & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1500 | | Wilmington | DE | 19801 | |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Blank Rome LLP | Michael B Schaedle | One Logan Square | | Philadelphia | PA | 19103 | |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | 1201 N. Market Street, Suite 800 | | Wilmington | DE | 19801 | |

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | 200 Renaissance Center | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | |
| BRACEWELL & GIULIANI LLP | Ryan M. Philp | 1251 Avenue of the Americas | 49th Floor | New York | NY | 10020-1104 | |
| BRACEWELL & GIULIANI LLP | Stan Chelney | 1251 Avenue of the Americas | 49th Floor | New York | NY | 10020-1104 | |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | |
| Brown Rudnick LLP | Sigmund S Wissner Gross | 7 Times Square | | New York | NY | 10036 | |
| Butler Fitzgerald Fiveson & McCarthy | David K Fiveson & Jennifer M Hall | Nine East 45th St 9th Floor | | New York | NY | 10017 | |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | 2340 130th Ave NE Ste D 150 | | Bellevue | WA | 98005 | |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | | New York | NY | 10006 | |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | |
| Cohn Birnbaum & Shea PC | Scott D Rosen | 100 Pearl St 12th Fl | | Hartford | CT | 06103- | |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | |
| Crowe & Dunlevy PC | William H. Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| David P Stich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | |
| Day Pitney LLP | Herbert K Ryder | 1 Jefferson Rd | | Parsippany | NJ | 07054-2891 | |
| Day Pitney LLP | James J Tancredi | 242 Trumbull St | | Hartford | CT | 06103 | |
| Day Pitney LLP | Joshua W. Cohen | 1 Audubon St | | New Haven | CT | 06510 | |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | |

2

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | |
| Diem T Nguyen | | PO Box 12139 | | Westminster | CA | 92685 | |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Vincequerra Esq | 1540 Broadway | | New York | NY | 10036 | |
| Fedelina Roybal-DeAguero 2008 Trust | | 42265 Little Lake Rd | | Medocino | CA | 94560 | |
| Fein Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 747 Chestnut Ridge Rd | Ste 200 | Chestnut Ridge | NY | 10977 | |
| Fein Such & Crane LLP | Tammy L Terrell Benoza | 7 Century Dr Ste 201 | | Parsippany | NJ | 07054- | |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall, Suite 1450 | | Sacramento | CA | 95814 | |
| FIDC | Dennis J Early | Counsel - Legal Division | 3501 Fairfax Dr Rm VS-D-7076 | Arlington | VA | 22226-3500 | |
| Financial Guaranty Insurance Company | Attn John Dubel | 125 Park Ave | | New York | NY | 10017 | |
| Flores & Saucedo PLLC | Christina Flores | 5517 McPherson Ste 14 | | Laredo | TX | 78041 | |
| Foley & Mansfield PLLP | Thomas J Lallier | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | M/S202 | 8200 Jones Branch Dr | McLean | VA | 22102 | |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | |
| Fried Frank Harris Shriver & Jacobson | William G McGuinness & Israel David & Gary L Kaplan | 1 New York Plaza | | New York | NY | 10004 | |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | |
| Gibbons PC | Jeffrey S Berkowitz & Christopher A Albanese | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | Suite 5300 | Houston | TX | 77002 | |
| Gibson Dunn Crutcher | David M Feldman & Joshua Weisser | 200 Park Ave | | New York | NY | 10166-0193 | |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | ######### | |
| Grant & Eisenhofer PA | Georffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | |
| Guttleman Muhlstock Chewcaskie | Brian Chewcaskie | 2200 Fletcher Ave, No 16 | | Fort Lee | NJ | 07024- | |
| Hinshaw & Culbertson | Ali Ryan Amin & Benjamin Noren | 780 Third Ave 4th Fl | | New York | NY | 10017 | |

3

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| HINSHAW & CULBERTSON LLP | Schuyler B. Kraus | 800 Third Avenue, 13th Floor | | New York | NY | 10022 | |
| HINSHAW & CULBERTSON, LLP | Benjamin Noren | 800 Third Avenue | 13th Floor | New York | NY | 10022 | |
| HP Enterprise Services LLC | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | |
| IBM Corporation | Attn Shawn Konig | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada |
| Imperial County Tax Collector | | 940 W Main St Ste 106 | | El Centro | CA | 92243 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | ######### | |
| Iron Mountain Information Management Inc | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111- | |
| John Ciampoli County Attorney of Nassau County | Patrick R Gallagher | 1 West St | | Mineola | NY | 11501 | |
| Jones Day | Carl E Black | 901 Lakeside Ave | | Cleveland | OH | 44114 | |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | 10017 | |
| Julie Eriksen | | 2647 Kendridge Lane | | Aurora | IL | 60502 | |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | 1633 Broadway | | New York | NY | 10019 | |
| KATHLEEN G CULLY PLLC | Kathleen G Cully | 180 Cabrini Blvd No 128 | | New York | NY | 10033-1167 | |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | 280 King of Prussia Rd | | Radnor | PA | 19087 | |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | ######### | |
| KIRBY McINERNEY LLP | Mark A Strauss & J Brandon Walker | 825 Third Ave 16th Fl | | New York | NY | 10022 | |
| Kirkland & Ellis | Judson Brown | 655 Fifteenth St NW | | Washington | DC | 20005-5793 | |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | |
| Kozeny, McCubbin & Katz, LLP | Jordan S Katz | 395 N Service Rd | Ste 401 | Melville | NY | 11747 | |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | |

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Kriss & Feuerstein LLP | Jason S Leibowitz | 360 Lexington Ave Ste 1200 | | New York | NY | 10017 | |
| Kurtzman Carson Consultants | P Joe Morrow | 2335 Alaska Ave | | El Segundo | CA | 90245 | |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | 120 South Sixth St Ste 2500 | | Minneapolis | MN | 55402 | |
| Law Debenture Trust Company of New York | James D Heaney Managing Director | 400 Madison Ave | | New York | NY | 10017 | |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | |
| Law Offices of Richard Sax | Richard Sax | 448 Sebastopol Ave | | Santa Rosa | CA | 95401 | |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| Leopold & Associates PLLC | Saul Leopold & Phillip Mahony | 80 Business Park Dr Ste 110 | | Armonk | NY | 10504 | |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | Po Box 17428 | | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Locke Lord LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10281-2101 | |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Magnozzi & Kye LLP | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | |
| Marino Tortorella & Boyle PC | Kevin H Marino & John A Boyle | 437 Southern Boulevard | | Chatham | NJ | 07928-1488 | |
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | P.O. Box 1269 | | Round Rock | TX | 78680 | |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | |
| Menter Rudin & Trivelpiece PC | Kevin M Newman | 308 Maltibe St Ste 200 | | Syracuse | NY | 13204-1439 | |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | |

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Missouri Department of Revenue | Attn Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi & Kayvan B Sadeghi | 1290 Avenue of the Americas | | New York | NY | 10104 | |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | Angela L. Baglanzis & Edmond M. George | One Penn Center, Suite 1900 | 1617 John F. Kennedy Boulevard | Philadelphia | PA | 19103 | |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | |
| Office of Shabbir A Khan | Phonxay Keokham | 44 N San Joaquin St Ste 150 | PO Box 2169 | Stockton | CA | 95201 | |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | |
| Paul N Papas II | Mylegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | |
| Pillsbury Winthrop Shaw Pittman LLP | Brandon Johnson | | PO Box 2824 | San Francisco | CA | 94126 | |
| Placer County Office of the Treasurer-Tax Collector | Jenny McMurtry Deputy Tax Collector | 2976 Richardson Dr | | Auburn | CA | 95603 | |
| POLSINELLI PC | Daniel J. Flanigan | 900 Third Avenue, 21st Floor | | New York | NY | 10022 | |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | |
| Quinn Emanuel Urquhart & Sullivan | Eric D Winston & Jeremy D Anderson | 865 S Figueroa St 10th Fl | | Los Angeles | CA | 90017 | |

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| LLP | | | | | | | |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | One Montgomery Steet Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | |
| Robert E Brown PC | | 44 Wall St 12th Fl | | New York | NY | 10005 | |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | |
| Ron Ericksen | | 2647 Kendridge Lane | | Aurora | IL | 60502 | |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | |
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | |
| Rubin LLC | Paul A Rubin | 345 Seventh Ave 21st Fl | | New York | NY | 10001 | |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | |
| SAUL EWING | Adam H Isenberg & Gregory G Schwab & Andrea P Brockway | Centre Market West | 1500 Market St, 38th Fl | Philadelphia | PA | 19102 | |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | 26 Broadway, 19th Floor | | New York | NY | 10004 | |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | |
| Schnader Harrison Segal & Lewis LLP | Eric A Boden | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | |
| SCHNEIDER MITOLA LLP | Dan Blumenthal | 666 Old Country Road, Suite 412 | | Garden City | NY | 11530 | |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | |
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | |
| Schulte Roth & Zabel LLP | Michael G Cutini | 919 Third Ave | | New York | NY | 10022 | |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | |
| Secretary of State, Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | |

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | |
| Seward & Kissell LLP | Greg S Bateman & Dale C Christensen Jr & Sagar Patel & Thomas Ross Hopper | One Battery Park Plaza | | New York | NY | 10004 | |
| Seward & Kissell LLP | Ronald L Cohen Kalyan Das Mark D Kotwick Arlene R Alves & Laurie R Binder | One Battery Park Plaza | | New York | NY | 10004 | |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | |
| Stein Wiener & Roth LLP | Attn Pranali Datta | 1 Old Country Rd, Ste 113 | | Carle Place | NY | 11514 | |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | |
| Sweeney Gallo Reich & Bolz | Melanie A Sweeney | 95 25 Queens Blvd 11th Fl | | Rego Park | NY | 11374 | |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | 200 Lake St | | Wayzata | MN | 55391 | |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | |
| Tennessee Depatment of Revenue | c o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada |
| The Law Office of Rachel Blumenfeld | | 26 Court St Ste 2220 | | Brooklyn | NY | 11242 | |
| The Law Office of Thomas M Mullaney | Attn Thomas M Mullaney | 489 Fifth Ave 19th Fl | | New York | NY | 10017 | |
| The Meyers Law Firm | Glenn R Meyers | 1123 Broadway Ste 301 | | New York | NY | 10010 | |
| Tom Franklin | | 5633 Oak Grove Road | | Fort Worth | TX | 76134 | |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | ######### | |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | St. Paul | MN | 55107 | |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |

8

**SERVICE LIST**

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| UMB Bank NA | Mark B Flannagan | 1010 Grand Blvd. 4th Floor | | Kansas City | MO | 64106 | |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro & Cristine Irvin Phillips | 86 Chambers St 3rd Fl | | New York | NY | 10007 | |
| US Bank Global Corporate Trust Services | James H Byrnes | 1 Federal St 3rd Fl | | Boston | MA | 02110- | |
| US Bank NA Corporate Trust Services Division | Laura L Moran | 1 Federal St 3rd Fl | | Boston | MA | 02110- | |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | | New York | NY | 10014 | |
| Walter Investment Management Corp | Stuart Boyd | 3000 Bayport Drive | Suite 1100 | Tampa | FL | 33607 | |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St | Kansas City | MO | 64105 | |
| Weil Gotschal & Manges LLP | Gary T Holtzer | 767 Fifth Ave | | New York | NY | 10153 | |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | 9062 Old Annapolis Road | Columbia | MD | 21045 | |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | 4101 Wiseman Blvd | San Antonio | TX | 78251 | |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | |
| Wendy Alison Nora | | 310 Fourth Ave South Ste 5010 | | Minneapolis | MN | 55415 | |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | New York | NY | 10019 | |
| Wilmington Trust | Roseline Maney | 1100 N. Market St. | | Wilmington | DE | 19801 | |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | One Gateway Center 9th Fl | | Newark | NJ | 07102- | |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | |

SK 03687 0158 1466093