MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-NINTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY
BORROWER CLAIMS – BOOKS AND RECORDS) SOLELY AS IT
RELATES TO THE CLAIM FILED BY IRENE SCHMIDT (CLAIM NO. 2024)**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection") as to Irene Schmidt ("Ms. Schmidt").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Forty-Ninth Omnibus Claims Objection as to Ms. Schmidt does not constitute any admission or finding with respect to the allowance of claim number 2024 (the "Claim") filed by Ms. Schmidt, and the Borrower Claims Trust reserves all rights to object to the Claim on any basis at a future point in time.

ny-1136899

| | |
|---|---|
| Dated:  April 1, 2014<br>        New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Borrower Claims Trust* |

ny-1136899