# Exhibit 1-A

**Proof of Claim No. 5680**

**The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: GMAC Mortgage, LLC    Case Number: 12-12032

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al

Name and address where notices should be sent:    NameID: 10987575
GREGORY C MORSE VS ROBERT STANLEY ABB MORTGAGGE WALID ABD PINNACLE TITLE COMPANY LP COMMONWEALTH LAND TITLE et al
SANDERS OHANLON and MOTLEY PLLC
111 S TRAVIS ST
SHERMAN, TX 75090

Telephone number: 214-808-7028    email: pilot7503@yahoo.com

Name and address where payment should be sent (if different from above):
G. C. Morse: 223 High Point Drive, Murphy, Texas 75094

Telephone number: 214-808-7028    email: pilot7503@yahoo.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ 6,475,662
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Rico Fraud Complaint Filed In E. District Of Texas Federal Court
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:  ___ ___ ___ ___

3a. Debtor may have scheduled account as:
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $_____    Annual Interest Rate _____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)    their authorized agent.    indorser, or other codebtor.
    (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory C. Morse
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
223 High Point Drive, Murphy, Texas 75094
Telephone number: 214-808-7028    Email: pilot7503@yahoo.com

(Signature) /s/ GCM    (Date) 11-14-2012

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
**NOV 1 6 2012**
**KURTZMAN CARSON CONSULTANTS**
COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both

001KC0002_51765-5_domestic_21/027845/167066    12120321208241506100C

1212032121116000000000106

EXHIBIT 1: TO FORM B10
GREGORY C. MORSE
CASE NUMBER: 12-12032 & 42
NAME ID: ▮▮▮▮▮▮

# Summary of Unsecured Claim Of:

Gregory C. Morse
NameID: ▮▮▮▮▮▮
Case Numbers: 12-12042 and 12-12032

| | |
|---|---:|
| Mortgage Principal [1] | $414,500 |
| Mortgage Interest [2] | $480,147 |
| Equity - (In Property) [3] | $848,400 |
| Maintenance and Improvements [4] | $415,507 |
| Total Investment in Property | $2,158,554 |
| Treble Damages [5] | x3 |
| **Total Unsecured Claim** | **$6,475,662** |

Notes:

[1] Mortgage Principal for March 3, 2008 Mortgage

[2] Mortgage Interest based on GMAC 30 Year 6% Fixed (See Exhibit 2)

[3] Inclusive of period December 18, 2002 to August 20, 2012. A total of 3535 days at $240 per day ($10/hr x 24hrs/day).

[4] Includes Maintenance, Capital Improvements, Utilities, Taxes

[5] RICO Fraud Civil Damages (See 18 USC §1964 for civil damages to private citizen and/or property)

12-12020-mg    Doc 6743-2    Filed 04/02/14    Entered 04/02/14 18:53:25    Exhibit 1-A
- Proof of Claim No. 5680    Exhibit 2: TO FORM B10    Page 1 of 8
GREGORY C. MORSE
CASE NUMBER: 12-12032 & 42
NAME ID:

Amortizing Loan Calculator

# GMAC Mortgage

www.gmacmortgage.com

Get Started. (877) 941-4622

## Amortizing Loan Calculator

**Your payment is $2,485.14 for a $414,500 loan.**

Your $414,500 loan has a payment of $2,485.14 per month for 360 months. If you make all of your payments on this loan, and do not prepay any of the principal, the total interest for this loan is $480,147.48.

Recalculate



Principal Balances for a $414,500 loan

Loan summary

| | |
|---|---|
| Monthly payment | $2,485.14 |
| Loan amount | $414,500 |
| Interest rate | 6.000% |
| Term | 360 months |
| Total of payments | $894,647.48 |
| Total interest paid | $480,147.48 |

Payment schedule

| # | Payment | Principal | Interest | Loan balance |
|---|---|---|---|---|
| | | | | $414,500 |
| 1 | $2,485.14 | $412.64 | $2,072.50 | $414,087.36 |
| 2 | $2,485.14 | $414.70 | $2,070.44 | $413,672.66 |
| 3 | $2,485.14 | $416.78 | $2,068.36 | $413,255.88 |
| 4 | $2,485.14 | $418.86 | $2,066.28 | $412,837.02 |
| 5 | $2,485.14 | $420.95 | $2,064.19 | $412,416.07 |
| 6 | $2,485.14 | $423.06 | $2,062.08 | $411,993.01 |
| 7 | $2,485.14 | $425.17 | $2,059.97 | $411,567.84 |

EXHIBIT 3: TO FORM B10
GREGORY C. MORSE
CASE NUMBER: 12-12032 & 42
NAME ID: ▮

# AFFIDAVIT OF SECURED INTEREST IN THE PROPERTY OF:

Gregory C. Morse
223 High Point Drive
Murphy, Texas  75094

BEFORE ME, the undersigned Notary Public, on this day personally appeared Affiant Gregory C. Morse, who, being by me duly sworn on oath deposed and said:

"My name is Gregory C. Morse. I am over the age of 21, have never been convicted of a felony, and am not, to the best of my knowledge and belief, disqualified to testify and give an Affidavit in the State of Texas. This Affidavit is based upon my personal firsthand knowledge of the facts presented herein, unless specifically stated otherwise."

1. I, Gregory C. Morse, entered into an agreement to purchase specific real property, by Deed Of Trust Contract on or about March 3, 2008.

2. I, Gregory C. Morse, give notice that the address of said property is:

   223 High Point Drive
   Murphy, Texas  75094

3. I, Gregory C. Morse, give notice that the legal description of said property is:

**LOT 4, BLOCK B, ROLLING RIDGE ESTATES - PHASE I, AN ADDITION TO THE CITY OF MURPHY, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME N, PAGE 304, MAP RECORDS, COLLIN COUNTY, TEXAS. TOGETHER WITH A CERTIFICATE OF CORRECTION, FILED SEPTEMBER 4, 2002, RECORDED IN VOLUME 5246, PAGE 545, DEED RECORDS, COLLIN COUNTY, TEXAS.**

4. I, Gregory C. Morse, give notice that the sales price of the property was and the face amount of the Deed Of Trust is $414,500.

5. I, Gregory C. Morse give notice that the closing of the Deed Of Trust contract and the Promissory Note was conducted by and through Pinnacle Title Company, Houston, Texas.

6. I, Gregory C. Morse, made payments to multiple alleged servicers pursuant to the alleged loan agreement specific to the purchase of the above described property, including but not limited to Homecomings Financial, L.L.C. and GMAC Mortgage, L.L.C.

7. I, Gregory C. Morse, as of August 20, 2012, have (for 9 years and 8 months) maintained and kept up the property. This maintenance and upkeep has an approximate aggregate value of $848,400. This Affidavit is being simultaneously filed in support of and is attached to that certain U.S. Bankruptcy Court Southern District of New York State Form B10 regarding the bankruptcies of GMAC Mortgage, L.L.C. and Homecomings Financial, L.L.C. (See Form B10 Exhibit 1)

8. To date, no party has made any offer to Affiant, Gregory C. Morse, to settle Affiant's interest in said property.

9. Further affiant sayeth not.

Signature: _____    Date: November 15, 2012

Gregory C. Morse, Affiant

AFFIDAVIT OF SECURED INTEREST                                    Page 2 of 3

STATE OF TEXAS

COUNTY OF COLLIN

Before me on this day personally appeared Gregory C. Morse known and proven to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 15th day of November, 2012.

_____
Notary: Signature

SEAL
M. JASON DUKE
MY COMMISSION EXPIRES
November 21, 2015

_M Jason Duke_____
Notary: Printed Name

My Commission Expires: 11-21-15

AFFIDAVIT OF SECURED INTEREST                                    Page 3 of 3