## Exhibit 4

**Rosenbaum Declaration**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF NORMAN S. ROSENBAUM IN SUPPORT OF THE RESCAP BORROWER CLAIMS TRUST OBJECTION TO PROOFS OF CLAIM FILED BY GREGORY C. MORSE PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

Norman S. Rosenbaum, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1.  I am a partner in the law firm of Morrison & Foerster LLP ("M&F"). M&F maintains offices for the practice of law, among other locations in the United States and worldwide, at 1290 Avenue of the Americas, New York, New York 10104. I am an attorney duly admitted to practice before this Court and the courts of the State of New York. By this Court's Order entered on July 16, 2012, M&F was retained as counsel to Residential Capital, LLC and its affiliated debtors (the "Debtors").

2.  I submit this declaration (the "Declaration") in support of the ResCap Borrower Claims Trust Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section

sf-3338697

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (the "Objection") and in compliance with this Court's Order entered March 21, 2013, pursuant to section 105(a) of Title 11, United States Code (the "Bankruptcy Code") and Rules 1009, 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure approving: (i) Claim Objection Procedures; (ii) Borrower Claim Procedures; (iii) Settlement Procedures; and (iv) Schedule Amendment Procedures [Docket No. 3294] (the "Procedures Order").

3.  It is my understanding that in connection with the filing of the Objection, prior to the Plan Effective Date the Debtors have complied with the Procedures Order. I have been advised by M&F attorneys under my supervision that in accordance with the Procedures Order, prior to filing the Objection, the Debtors' personnel mailed a request letter to Gregory C. Morse ("Morse") to request additional supporting documentation and explanation in support of claim numbers 5680 and 5682 (the "Morse Claims"). I am further advised that the Debtors conferred with SilvermanAcampora LLP then acting as Special Counsel to the Creditors' Committee for Borrower Issues ("Special Counsel") in drafting the request letter and provided Special Counsel with copies of the request letter sent to Morse.

4.  To the best of my knowledge, prior to filing the Objection, both the Debtors and Special Counsel (prior to the Plan Effective Date) fully complied with all other relevant terms of the Procedures Order.

       I declare under penalty of perjury that the foregoing is true and correct.
       Executed in New York, New York on April 2, 2014

                                        /s/ Norman S. Rosenbaum
                                        Norman S. Rosenbaum

sf-3338697