# Exhibit 5

# Request Letter

sf-3338697



MORRISON | FOERSTER

June 11, 2013

**Claim Numbers: 5680 and 5682**

Dear Claimant:

You are receiving this letter because you or someone on your behalf filed a Proof of Claim form in the jointly-administered chapter 11 bankruptcy cases of Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG) (the "ResCap bankruptcy case"), and we need additional information from you regarding the claims you are asserting against the Debtors.

**The Information we Need From You Regarding Your Proof of Claim:**
We reviewed a copy of the Proof of Claim form(s) and documents, that you filed in the ResCap bankruptcy case. A copy of your Proof of Claim form(s) are enclosed for your reference. In the process of reviewing the Proof of Claim form(s) and the document(s) you submitted, we noticed that you cited as the "Basis for Claim", "Rico Fraud Complaint Filed in E. District Of Texas Federal Court." It is our understanding that this lawsuit has been dismissed. Accordingly, in order to evaluate your claim, we need to understand why you believe you are still owed money or are entitled to other relief from one or more of the Debtors given that the underlying litigation which allegedly supports your claim has been dismissed.

**You Must Respond to this Email by no Later Than July 11, 2013:**
In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you **must** respond to this email by no later than July 11, 2013 with an explanation stating the legal and factual reasons why you believe you are owed money or are entitled to other relief from one or more of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases). You **must** also provide copies of any and all documentation that you believe supports the basis for your claim. Included with this letter is a form to assist you in responding to our request.

**Consequences of Failing to Respond:**
If you do not provide additional information that supports the stated basis for your claim by July 11, 2013, the Debtors may file a formal objection to your Proof of Claim on one or more bases includingthat you failed to provide sufficient information and documentation to support your claim, and your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim forms will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for your claim.

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

Residential Capital, LLC    P.O. Box 385220    Bloomington, Minnesota 55438
Morrison & Foerster LLP    New York, New York 10104

**Questions**:

If you have any questions about this email, or need help in providing the requested information and document(s), you should contact an attorney. You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

**You must send the requested information and document(s) supporting your claims on or before the date provided in this letter to either:**

(i)  Claims.Management@gmacrescap.com, or
(ii) Residential Capital, LLC
     P.O. Box 385220
     Bloomington, Minnesota 55438

**Please mark each document you send with the Claim Numbers referenced above.**

Sincerely,

Claims Management
Residential Capital, LLC

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually and, therefore, cannot provide you with legal advice.