**Exhibit 11**

**Civil Docket Sheet for Case # 4:12-CV-00375-RC-DDB**

APPEAL,CASREF,PROSE,STAYED

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
### CIVIL DOCKET FOR CASE #: 4:12-cv-00375-RC-DDB

| | |
|---|---|
| Morse v. Homecomings Financial, L.L.C. et al | Date Filed: 06/20/2012 |
| Assigned to: Judge Ron Clark | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Don D. Bush | Nature of Suit: 290 Real Property: Other |
| Related Case: 4:11-cv-00230-DDB | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Notice of Removal | |

**Plaintiff**

**Gregory C Morse**                    represented by **Gregory C Morse**
223 High Point Drive
Murphy, TX 75094
214.808.7028
*PRO SE*

V.

**Defendant**

**Homecomings Financial, L.L.C.**            represented by **Preston Hunter Neel**
Bradley Arant Boult Cummings
LLP-Birmingham
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
205-521-8000
Fax: 205-488-6491
Email: pneel@babc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GMAC Mortgage Corporation, LLC**         represented by **Preston Hunter Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GMAC Bank (Ally Bank)**                represented by **Chais Lavonne Sweat**
Dykema Gossett PLLC - Dallas
Comerica Bank Tower
1717 Main Street

|  |  |
|---|---|
|  | Ste 4000<br>Dallas, TX 75201<br>214-642-6400<br>Fax: 214-462-6401<br>Email: csweat@dykema.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Preston Hunter Neel**<br>(See above for address)<br>*TERMINATED: 09/24/2013* |
| **Defendant**<br>**Mortgage Electronic Registration Systems, Inc.**<br>*TERMINATED: 09/24/2013* | represented by **Preston Hunter Neel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**MERSCORP, Inc.**<br>*TERMINATED: 09/24/2013* | represented by **Preston Hunter Neel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Federal National Mortgage Association**<br>*TERMINATED: 09/24/2013* | represented by **Preston Hunter Neel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Commonwealth Land Title Insurance Company**<br>*TERMINATED: 09/24/2013* | represented by **Ashley Anne Smith**<br>Fidelity National Law Group<br>5151 Beltline Road<br>Ste 410<br>Dallas, TX 75024<br>972-281-0452<br>Fax: 972-812-9408<br>Email: ashleya.smith@fnf.com<br>*TERMINATED: 09/25/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Jude Thaddeus Barreneche**<br>Irelan & Hargis, PLLC<br>6060 N. Central Expressway<br>Ste 500 |

Dallas, TX 75206
214-237-2995
Fax: 214-237-2997
Email: thad@irelanhargis.com
*TERMINATED: 09/24/2013*

| Date Entered | # | Docket Text |
|---|---|---|
| 06/20/2012 | 1 | NOTICE OF REMOVAL by All Defendants *Homecomings Financial, LLC, GMAC Mortgage Corporation, LLC, GMAC Bank (Ally Bank), Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., Federal National Mortgage Association* from 199th Judicial District Court, Collin County, Texas, case number 199-01915-2012. (Filing fee $ 350 receipt number 0540-3644533), filed by All Defendants. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Neel, Preston) (Entered: 06/20/2012) |
| 06/20/2012 | 2 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |
| 06/20/2012 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |
| 06/20/2012 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |
| 06/20/2012 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |
| 06/20/2012 | 6 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |

| | | |
|---|---|---|
| 06/20/2012 | 7 | CORPORATE DISCLOSURE STATEMENT filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc. (Neel, Preston) (Entered: 06/20/2012) |
| 06/21/2012 | 8 | Case Assign to Judge Ron Clark and Magistrate Judge Amos L. Mazzant pursuant to standing order. (Attachments: # 1 Magistrate Referrak) (kls, ) (Entered: 06/21/2012) |
| 06/21/2012 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. *Consent Form and Pro Se Guidelines mailed to Plaintiff. (kls, ) (Entered: 06/21/2012) |
| 06/21/2012 | 9 | ***ORIGINAL PETITION FILED IN STATE COURT***<br><br>COMPLAINT against Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., filed by Gregory C Morse.(kls, ) (Entered: 06/21/2012) |
| 06/22/2012 | 10 | ORDER AND ADVISORY. Signed by Magistrate Judge Amos L. Mazzant on 6/22/2012. (kls, ) (Entered: 06/22/2012) |
| 07/17/2012 | 11 | MOTION for Extension of Time to File Response to ORDER AND ADVISORY by Gregory C Morse. (kls, ) (Entered: 07/17/2012) |
| 07/20/2012 | 12 | ORDER AND ADVISORY granting 11 Motion for Extension of Time to Comply with Order and Advisory. It is therefore ORDERED that Plaintiff will comply with the Court's Order and Advisory no later than August 20, 2012. Signed by Magistrate Judge Amos L. Mazzant on 7/20/2012. (kls, ) (Entered: 07/20/2012) |
| 08/06/2012 | 13 | ACKNOWLEDGMENT OF RECEIPT by Gregory C Morse as to 12 Order on Motion for Extension of Time to File. (kls, ) (Entered: 08/06/2012) |
| 08/22/2012 | 14 | AMENDED COMPLAINT against Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., filed by Gregory C Morse.(kls, ) (Entered: 08/22/2012) |
| 09/10/2012 | 15 | MOTION to Dismiss by Commonwealth Land Title Insurance Company. Responses due by 9/10/2012 (Barreneche, Jude) (Entered: 09/10/2012) |

| 09/10/2012 | 16 | NOTICE by GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C. *Notice of Bankruptcy Filing and Supplemental Servicing Order* (Attachments: # 1 Exhibit A (Final Supplemental Order))(Neel, Preston) (Entered: 09/10/2012) |
|---|---|---|
| 09/10/2012 | 17 | MOTION to Dismiss *and Supporting Memorandum of Legal Authority* by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Neel, Preston) (Entered: 09/10/2012) |
| 09/11/2012 | 18 | CORPORATE DISCLOSURE STATEMENT filed by Commonwealth Land Title Insurance Company identifying Corporate Parent Commonwealth Land Title Insurance Corporation for Commonwealth Land Title Insurance Company. (Barreneche, Jude) (Entered: 09/11/2012) |
| 10/05/2012 | 19 | RESPONSE to Motion re 17 MOTION to Dismiss *and Supporting Memorandum of Legal Authority filed by Gregory C Morse*. (kls, ) (Entered: 10/05/2012) |
| 10/10/2012 | 20 | MOTION for Leave to File Excess Pages (100) of Exhibits by Gregory C Morse. (kls, ) (Entered: 10/10/2012) |
| 10/10/2012 | 21 | Additional Attachments to Main Document: 19 Response to Motion. (Attachments: # 1 Exhibit 301, # 2 Exhibit 397, # 3 Exhibit 310, # 4 Exhibit 396, # 5 Exhibit 398, # 6 Exhibit 295, # 7 Exhibit 296, # 8 Exhibit 297, # 9 Exhibit 298, # 10 Exhibit 299, # 11 Exhibit 300, # 12 Exhibit 302, # 13 Exhibit 303, # 14 Exhibit 312, # 15 Exhibit 414, # 16 Exhibit 415, # 17 Exhibit 325, # 18 Exhibit 150, # 19 Exhibit 275, # 20 Exhibit 276, # 21 Exhibit 277, # 22 Exhibit 278, # 23 Exhibit 279, # 24 Exhibit 187, # 25 Exhibit 188, # 26 Exhibit 199, # 27 Exhibit 317, # 28 Exhibit 372, # 29 Exhibit 315, # 30 Exhibit 313, # 31 Exhibit 72, # 32 Exhibit 73, # 33 Exhibit 74, # 34 Exhibit 75, # 35 Exhibit 76, # 36 Exhibit 184)(kls, ) (Entered: 10/10/2012) |
| 10/11/2012 | 22 | RESPONSE in Support re 17 MOTION to Dismiss *and Supporting Memorandum of Legal Authority filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.*. (Neel, Preston) (Entered: 10/11/2012) |
| 10/24/2012 | 23 | SUR-REPLY to Reply to Response to Motion re 17 MOTION to Dismiss *and Supporting Memorandum of Legal Authority filed by Gregory C Morse*. (kls, ) (Entered: 10/24/2012) |
| 11/13/2012 | 24 | ORDER REFERRING CASE to Magistrate Judge Don D. Bush for pretrial purposes. Signed by Judge Ron Clark on 11/11/2012. (pad, ) (Entered: 11/13/2012) |

| | | |
|---|---|---|
| 12/18/2012 | 25 | MOTION to Compel Responsive Answers to Questions, Explanation of Knowledge and Production of Documents Regarding Defendant Homecomings Wholesale Funding From Attorney Hope T. Cannon by Gregory C Morse. (Attachments: # 1 Exhibit 399, # 2 Exhibit 400, # 3 Exhibit 417, # 4 Exhibit 419, # 5 Exhibit 420, # 6 Exhibit 421, # 7 Exhibit 422, # 8 Exhibit 423)(kls, ) (Entered: 12/18/2012) |
| 12/18/2012 | 26 | MOTION for Sanctions of Defendant's Attorney for Attempting to Eliminate Defendant Homecomings Wholesale Funding From This Action by Removing Defendant's Name from Caption by Gregory C Morse. (Attachments: # 1 Exhibit 38, # 2 Exhibit 81, # 3 Exhibit 373, # 4 Exhibit 397, # 5 Exhibit 419, # 6 Exhibit 420, # 7 Exhibit 421, # 8 Exhibit 423)(kls, ) (Entered: 12/18/2012) |
| 12/18/2012 | 27 | MOTION for Sanctions of Defendants and Defendant's Attorneys for Submitting Fraudulent Documents to the Court by Gregory C Morse. (kls, ) (Entered: 12/18/2012) |
| 12/18/2012 | 28 | MOTION for Sanctions of Defendant's Attorneys Due to The Intentional and Willful Misrepresentations to The Court Regarding The Prior Order of Dismissal Issued by The Court by Gregory C Morse. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(kls, ) (Entered: 12/18/2012) |
| 12/18/2012 | 29 | JUDICIAL NOTICE by Gregory C Morse. (kls, ) (Entered: 12/18/2012) |
| 12/20/2012 | 30 | NOTICE to the Court by Gregory C Morse (Attachments: # 1 Letter, # 2 Affidavit)(kls, ) (Entered: 12/20/2012) |
| 12/27/2012 | 31 | RESPONSE to Motion re 26 MOTION for Sanctions, 27 MOTION for Sanctions *filed by Commonwealth Land Title Insurance Company*. (Barreneche, Jude) (Additional attachment(s) added on 1/9/2013: # 1 Text of Proposed Order) (cm, ). (Entered: 12/27/2012) |
| 01/02/2013 | 32 | RESPONSE in Opposition re 25 MOTION to Compel *Responsive Answers to Questions, Explanation of Knowledge and Production of Documents Regarding Defendant Homecomings Wholesale Funding from Attorney Hope Cannon filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc.*. (Attachments: # 1 Text of Proposed Order)(Neel, Preston) (Entered: 01/02/2013) |
| 01/02/2013 | 33 | RESPONSE in Opposition re 26 MOTION for Sanctions *of Defendants' Attorneys for Attempting to Eliminate Defendant Homecomings Wholesale Funding From This Action by Removing Defendant's Name from Caption filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.*. (Attachments: # 1 Text of Proposed Order)(Neel, Preston) (Entered: 01/02/2013) |

| | | |
|---|---|---|
| 01/02/2013 | 34 | RESPONSE in Opposition re 27 MOTION for Sanctions *of Defendants and Defendants' Attorneys for Submitting Fraudulent Documents to the Court* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Attachments: # 1 Text of Proposed Order)(Neel, Preston) (Entered: 01/02/2013) |
| 01/02/2013 | 35 | RESPONSE in Opposition re 28 MOTION for Sanctions *Due to the Intentional and Willful Misrepresentations to the Court Regarding the Prior Order of Dismissal Issued by the Court* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Attachments: # 1 Text of Proposed Order)(Neel, Preston) (Entered: 01/02/2013) |
| 01/02/2013 | 36 | RESPONSE to 29 Notice (Other) *Defendants' Brief in Opposition to Plaintiff's Request for Judicial Notice* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Attachments: # 1 Text of Proposed Order)(Neel, Preston) (Entered: 01/02/2013) |
| 01/08/2013 | 37 | REPLY to Response to Motion re 26 MOTION for Sanctions, 27 MOTION for Sanctions filed by Gregory C Morse. (kls, ) (Entered: 01/08/2013) |
| 01/11/2013 | 38 | ORDER Setting Hearing on Motions 26 MOTION for Sanctions, 27 MOTION for Sanctions, 28 MOTION for Sanctions, 25 MOTION to Compel : Motion Hearing set for 2/5/2013 at 2:00 PM in Ctrm 108 (Plano) - Bush before Magistrate Judge Don D. Bush. Signed by Magistrate Judge Don D. Bush on 1/11/2013. (kls, ) (Entered: 01/11/2013) |
| 01/11/2013 | 39 | REPLY to Response to Motion re 25 MOTION to Compel filed by Gregory C Morse. (kls, ) (Entered: 01/11/2013) |
| 01/11/2013 | 40 | REPLY to Response to Motion re 28 MOTION for Sanctions filed by Gregory C Morse. (kls, ) (Entered: 01/11/2013) |
| 01/11/2013 | 41 | REPLY to Response to Motion re 26 MOTION for Sanctions filed by Gregory C Morse. (kls, ) (Entered: 01/11/2013) |
| 01/11/2013 | 42 | REPLY to Response to Motion re 28 MOTION for Sanctions filed by Gregory C Morse. (kls, ) (Entered: 01/11/2013) |
| 01/11/2013 | 43 | REPLY to Response to Motion re 27 MOTION for Sanctions filed by Gregory C Morse. (kls, ) (Entered: 01/11/2013) |
| 01/28/2013 | 44 | MOTION to Continue Scheduling and Status Conference by Gregory C Morse. (pad, ) (Entered: 01/28/2013) |

| | | |
|---|---|---|
| 01/31/2013 | 45 | ORDER granting 44 Motion to Continue; denying 25 Motion to Compel; denying 26 Motion for Sanctions; denying 27 Motion for Sanctions; denying 28 Motion for Sanctions. The request to continue is GRANTED, and the hearing set for February 5, 2013 is cancelled until further notice. Plaintiff's motions set for hearing (Dkts. 25, 26, 27 and 28) are DENIED without prejudice to Plaintiff re-urging them in this matter once Plaintiff is prepared to proceed. Signed by Magistrate Judge Don D. Bush on 1/30/2013. (kls, ) (Entered: 01/31/2013) |
| 03/11/2013 | 46 | Plaintiff's MOTION Requesting Extension for Continuance pf the Scheduling and Status Conference by Gregory C Morse. (kls, ) (Entered: 03/11/2013) |
| 03/13/2013 | 47 | RESPONSE in Opposition re 46 MOTION to Continue *Scheduling and Status Conference* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 03/13/2013) |
| 04/26/2013 | 48 | ORDER granting in part 46 Motion Requesting Extension for Continuance of the Scheduling and Status Conference. Plaintiff's motion is GRANTED in part. All discovery and pretrial matters in this case are STAYED pending the Court's consideration of Defendants' motions to dismiss and Plaintiff's response. The parties shall file no additional pleadings until further order or other leave of Court. Signed by Magistrate Judge Don D. Bush on 4/25/2013. (kls, ) (Entered: 04/26/2013) |
| 08/13/2013 | 49 | ORDER granting 20 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Don D. Bush on 8/13/2013. (pad, ) (Entered: 08/13/2013) |
| 08/13/2013 | 50 | REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE re 17 MOTION to Dismiss *and Supporting Memorandum of Legal Authority* and 15 MOTION to Dismiss. Signed by Magistrate Judge Don D. Bush on 8/13/2013. (pad, ) (Entered: 08/13/2013) |
| 08/28/2013 | 51 | Plaintiff's OBJECTION to 50 Report and Recommendation by Gregory C Morse. (kls, ) (Entered: 08/28/2013) |
| 08/28/2013 | 52 | Plaintiff's MOTION for Sanctions of Defendant's Attorneys Due to the Intentional and Willful Misrepresentations to the Court Regarding the Prior Order of Dismissal Issued by the Court by Gregory C Morse. (kls, ) (Entered: 08/28/2013) |
| 08/28/2013 | 53 | Plaintiff's MOTION for Sanctions of Defendants and Defendant's Attorneys for Submitting Fraudulent Documents to the Court by Gregory C Morse. (kls, ) (Entered: 08/28/2013) |
| 08/28/2013 | 54 | Plaintiff's MOTION for Sanctions of Defendant's Attorneys for Attempting to Eliminate Defendant Homecomings Wholesale Funding From This Action by Removing Defendant's Name from Caption by Gregory C Morse. (kls, ) (Entered: 08/28/2013) |

| 08/28/2013 | 55 | Plaintiff's MOTION to Compel Responsive Answers to Questions, Explanation of Knowledge and Production of Documents Regarding Defendant Homecomings Wholesale Funding from Attorney Hope T. Cannon by Gregory C Morse. (kls, ) (Entered: 08/28/2013) |
|---|---|---|
| 08/28/2013 | 56 | NOTICE TO THE COURT REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION by Gregory C Morse re 51 Objection to Report and Recommendation. (kls, ) (Entered: 08/28/2013) |
| 08/28/2013 | 57 | Opposed MOTION to Withdraw as Attorney *Thad T. Barreneche*, Opposed MOTION to Substitute Attorney *Ashley A. Smith* by Commonwealth Land Title Insurance Company. (Attachments: # 1 Text of Proposed Order)(Smith, Ashley) (Entered: 08/28/2013) |
| 09/09/2013 | 58 | MOTION to Substitute Attorney by GMAC Bank (Ally Bank). (Attachments: # 1 Text of Proposed Order)(Sweat, Chais) (Entered: 09/09/2013) |
| 09/09/2013 | 59 | NOTICE of Attorney Appearance by Chais Lavonne Sweat on behalf of GMAC Bank (Ally Bank) (Sweat, Chais) (Entered: 09/09/2013) |
| 09/11/2013 | 60 | NOTICE of Designation of Attorney in Charge to Ashley Anne Smith on behalf of Commonwealth Land Title Insurance Company (Smith, Ashley) (Entered: 09/11/2013) |
| 09/11/2013 | 61 | RESPONSE to Motion re 53 MOTION for Sanctions, 54 MOTION for Sanctions *Responses filed by Commonwealth Land Title Insurance Company*. (Smith, Ashley) (Entered: 09/11/2013) |
| 09/11/2013 | 62 | RESPONSE to 51 Objection to Report and Recommendations *Response filed by Commonwealth Land Title Insurance Company*. (Smith, Ashley) (Entered: 09/11/2013) |
| 09/11/2013 | 63 | RESPONSE to 56 Notice (Other), 51 Objection to Report and Recommendations *Responses filed by Commonwealth Land Title Insurance Company*. (Smith, Ashley) (Entered: 09/11/2013) |
| 09/16/2013 | 64 | ***DISREGARD ENTRY - REPLACED WITH DOCKET ENTRY 71 ***<br><br>BRIEF filed *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS OF DEFENDANTS ATTORNEYS FOR ATTEMPTING TO ELIMINATE DEFENDANT HOMECOMINGS WHOLESALE FUNDING FROM THIS ACTION BY REMOVING DEFENDANTS NAME FROM CAPTION* by Federal National Mortgage Association, GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 09/16/2013) |
| 09/16/2013 | 65 | ***DISREGARD ENTRY - REPLACED BY DOCKET ENTRY 69 *** |

| | | |
|---|---|---|
| | | BRIEF filed *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS OF DEFENDANTS AND DEFENDANTS ATTORNEYS FOR SUBMITTING FRAUDULENT DOCUMENTS TO THE COURT* by Federal National Mortgage Association, GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 09/16/2013) |
| 09/16/2013 | 66 | **\*\*\*DISREGARD ENTRY - REPLACED BY DOCKET ENTRY 70 \*\*\***<br><br>BRIEF filed *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS DUE TO THE INTENTIONAL AND WILLFUL MISREPRESENTATIONS TO THE COURT REGARDING THE PRIOR ORDER OF DISMISAL ISSUED BY THE COURT* by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 09/16/2013) |
| 09/16/2013 | 67 | RESPONSE to 51 Objection to Report and Recommendations *DEFENDANTS RESPONSE TO PLAINTIFFS OBJECTION TO MAGISTRATES REPORT AND RECOMMENDATION* by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 09/16/2013) |
| 09/16/2013 | 68 | RESPONSE to Motion re 55 MOTION to Compel *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION TO COMPEL RESPONSIVE ANSWERS TO QUESTIONS, EXPLANATION OF KNOWLEDGE AND PRODUCTION OF DOCUMENTS REGARDING DEFENDANT HOMECOMINGS WHOLESALE FUNDING* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) (Entered: 09/16/2013) |
| 09/23/2013 | 69 | RESPONSE in Opposition re 53 MOTION for Sanctions *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS OF DEFENDANTS AND DEFENDANTS ATTORNEYS FOR SUBMITTING FRAUDULENT DOCUMENTS TO THE COURT* filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc.. (Neel, Preston) **\*Replaces Docket Entry 65**<br><br>(Entered: 09/23/2013) |
| 09/23/2013 | 70 | RESPONSE in Opposition re 52 MOTION for Sanctions *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS DUE TO THE INTENTIONAL AND WILLFUL MISREPRESENTATIONS TO THE COURT* |

| | | |
|---|---|---|
| | | REGARDING THE PRIOR ORDER OF DISMISAL ISSUED BY THE COURT *filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc..* (Neel, Preston) **\*Replaces Docket Entry 66**<br><br>(Entered: 09/23/2013) |
| 09/23/2013 | 71 | RESPONSE in Opposition re 54 MOTION for Sanctions *DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SANCTIONS OF DEFENDANTS ATTORNEYS FOR ATTEMPTING TO ELIMINATE DEFENDANT HOMECOMINGS WHOLESALE FUNDING FROM THIS ACTION BY REMOVING DEFENDANTS NAME FROM CAPTION filed by Federal National Mortgage Association, GMAC Bank (Ally Bank), GMAC Mortgage Corporation, LLC, Homecomings Financial, L.L.C., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc..* (Neel, Preston) **\*Replaces Docket Entry 64**<br><br>(Entered: 09/23/2013) |
| 09/25/2013 | 72 | ORDER granting 57 Motion to Withdraw as Attorney; granting 58 Motion to Substitute Attorney. Ashley A. Smith is substituted as counsel for Defendant Commonwealth, and Jude T. Barrenceche is hereby discharged as counsel for Defendant Commonwealth in this matter. Chais L. Sweat of Dykema Gossett, PLLC is substituted as counsel for Defendant Ally Bank, and Preston Hunter Neel of Bradley Arant Boult Cummings LLP is hereby discharged as counsel for Defendant Ally Bank in this matter. Signed by Magistrate Judge Don D. Bush on 9/24/2013. (kls, ) (Entered: 09/25/2013) |
| 09/25/2013 | 73 | ORDER OF DISMISSAL ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE for 50 Report and Recommendation. It is, therefore, ORDERED that Defendant Commonwealth Title Insurance Corporation's Motion to Dismiss for Plaintiff's Failure to State a Claim [Doc. #15] and Defendants Homecomings Financial, LLC, GMAC Mortgage, LLC, Ally Bank (Ally), Mortgage Electronic Registration Systems, Inc. (MERS), MERSCORP, Inc., and Federal National Mortgage Association's (Fannie Mae) Motion to Dismiss [Doc. #17] are GRANTED and that all claims against Defendants Commonwealth Land Title Insurance Company, MERS, MERSCORP., Inc.,Ally and Fannie Mae are DISMISSED WITH PREJUDICE for failure to state a claim. Further, the claims against Homecomings Wholesale Funding are DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m). Given this dismissal, plaintiff's Motion to Compel Responsive Answers to Questions, Explanation of Knowledge and Production of Documents Regarding Defendant Homecomings Wholesale Funding from Attorney Hope T.Cannon [Doc. #55] is DENIED. As to the claims against defendants Homecomings and GMAC, the declaratory judgment action against is DISMISSED with prejudice. |

| | | |
|---|---|---|
| | | All remaining claims against Homecomings and GMAC are and shall remain STAYED pending the resolution of the bankrupcy proceedings. Finally, the court has considered Plaintiff's Motion for Sanctions against defendants' attorneys [Docs. #52, 53 and 54] and defendants' responses. The motions are DENIED. Signed by Judge Ron Clark on 9/24/2013. (kls, ) (Entered: 09/25/2013) |
| 10/24/2013 | 74 | MOTION for Leave to Appeal in forma pauperis by Gregory C Morse. (cm, ) (Entered: 10/24/2013) |
| 10/24/2013 | 75 | NOTICE OF APPEAL as to 73 Order Adopting Report and Recommendations. by Gregory C Morse. (Attachments: # 1 Order on Appeal)(cm, ) (Entered: 10/24/2013) |
| 11/15/2013 | 76 | ORDER denying 74 Motion for Leave to Appeal in forma pauperis. Signed by Magistrate Judge Don D. Bush on 11/15/2013. (kls, ) (Entered: 11/15/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2014 19:03:06 | | | |
| PACER Login: | mf1354 | Client Code: | 73214-0000001-13849 |
| Description: | Docket Report | Search Criteria: | 4:12-cv-00375-RC-DDB Start date: 6/20/2012 End date: 12/21/2013 |
| Billable Pages: | 9 | Cost: | 0.90 |