# Exhibit 13

**Order Denying Motion to Proceed *In Forma Pauperis***

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **GREGORY C. MORSE** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:12CV375 |
| | § | |
| **COMMONWEALTH LAND TITLE** | § | |
| **INSURANCE COMPANY, ET AL.** | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff has filed a Motion to Proceed in Forma Pauperis on Appeal (Dkt. 74). The Court notes that there is no final judgment in this matter and the case has been stayed pending conclusion of bankruptcy proceedings. Nonetheless, the Court addresses Plaintiff's request.

Under Federal Rule of Appellate Procedure 24(a)(1), any such motion must state, in affidavit form, a claim for redress and the issues that the party intends to present on appeal. FED. R. APP. P. 24(a)(1)(B)-(C). Plaintiff has not made such a showing here. Therefore, the motion is DENIED without prejudice to Plaintiff re-filing a motion which complies with Rule 24(a).

SO ORDERED.
SIGNED this 15th day of November, 2013.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE