Hearing Date and Time: June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – ASSIGNED CONTRACT CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY CALIFORNIA HOUSING FINANCE AGENCY TO JUNE 10, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims)* [Docket No. 6077] (the "Fifty-Fifth Omnibus Claims Objection"), solely as it relates to the proofs of claim filed by California Housing Finance Agency (Claim Nos. 4631 and 4632), previously scheduled to be heard on April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander

ny-1137320

Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: April 3, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for The ResCap Liquidating Trust* |

ny-1137320