KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
ON DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION
(FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS)
AGAINST THE EVEREST COMPANIES TO A DATE TO BE DETERMINED**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims)* [Docket No. 4119] (the "**Objection**") as it relates to the proofs of claim filed by Everest International Reinsurance (Bermuda) Ltd. (Claim No. 3480) and Everest International Reinsurance Ltd. (Claim No. 3481), previously scheduled to be heard on **April 10, 2014 at 10:00 a.m**. **(Prevailing Eastern Time)**, has been adjourned by mutual agreement to a date to be determined before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004. The ResCap Liquidating Trust will

provide at least 30 days' notice to the Court and the Everest Companies regarding the omnibus hearing at which they intend to proceed on the objection.

Dated:   April 7, 2014
         New York, NY

                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                 /s/  Joseph A. Shifer
                                 Kenneth H. Eckstein
                                 Douglas H. Mannal
                                 Joseph A. Shifer
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Telephone: (212) 715-9100
                                 Facsimile: (212) 715-8000

                                 *Counsel for the ResCap Liquidating Trust*