MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- )<br>In re:                                                                  )<br>                                                                          )<br>RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,       )<br>                                                                          )<br>                                             Debtors.       )<br>------------------------------------------------------------- ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON APRIL 10, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.       SETTLED MATTER(S)**:

**1.**       Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621]

         **Related Document(s)**:

         **a.**       Notice of Adjournment of Hearing on Motion of Rosalind Alexander-
                      Kasparik for Relief from Stay to January 9, 2014 at 10:00 a.m. [Docket No.
                      6105]

         **b.**       Notice of Adjournment of Hearing on Motion of Rosalind Alexander-
                      Kasparik for Relief from Stay to February 6, 2014 at 10:00 a.m. [Docket
                      No. 6357]

ny-1136903

    **c.**        Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to February 20, 2014 at 10:00 a.m. [Docket No. 6431]

    **d.**        Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to March 11, 2014 at 10:00 a.m. [Docket No. 6491]

    **e.**        Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to April 10, 2014 at 10:00 a.m. [Docket No. 6679]

    **f.**        Notice of Presentment of Stipulation and Consent Order Modifying the Automatic Stay With Respect To Kasparik Litigation [Docket No. 6712]

    **g.**        Stipulation and Consent Order Modifying the Automatic Stay with Respect to Kasparik Litigation [Docket No. 6753]

**Response(s)**:

    **a.**        Debtors' Objection to Motion for Relief from Stay Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 6056]

**Status**:    This matter has been resolved.  No hearing is required.

**II.**        **ADJOURNED MATTER(S)**

**1.**        Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

    **Related Document(s)**:

    **a.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

    **b.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

    **c.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

    **d.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

**e.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

**f.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

**g.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

**h.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

**Response(s)**:

**a.**    Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

**b.**    Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

**a.**    Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:    The hearing on this matter has been adjourned to April 24, 2014.

2.    Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

**Related Document(s)**:

**a.**    Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

**b.**    Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to April 24, 2014.

**III.**    **CONTESTED MATTER(S)**

**1.**    Ex Parte Motion of Reverend Yosef Le Roi Mustafanos for Emergency Relief from
the Automatic Stay [Docket Nos. 6535/6682]

**Related Document(s)**:    None.

**Response(s)**:

a.    Statement of the ResCap Liquidating Trust in Connection with Motion of
Movant Yosef Le Roi Mustafanos for an Order Shortening Notice Period
for Certain Emergency Relief from the Automatic Stay [Docket No. 6747]

b.    Ally Financial Inc.'s Objection to Ex Parte Motion of the Movant Yosef Le
Roi Mustafanos for an Order Shortening the Notice Period for Certain
Emergency Relief from the Automatic Stay [Docket No. 6748]

**Status**:    The hearing on this matter will be going forward.

**I.**    **CLAIMS OBJECTIONS**

**1.**    Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred
Securities Claims) [Docket No. 4119]

**Related Document(s):**

a.    Declaration of Lewis Kruger in Support of the Debtors' Tenth Omnibus
Claims Objection [Docket No. 4120]

b.    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013
Omnibus Hearing to August 29, 2013 [Docket No. 4312]

c.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims
Objection (Facially Defective and Time-Barred Securities Claims) Against
Everest Companies and MetLife Companies Proofs of Claim to September
11, 2013 at 10:00 a.m. [Docket No. 4726]

d.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims
Objection (Facially Defective and Time-Barred Securities Claims) Against
Everest Companies and MetLife Companies Proofs of Claim to September
24, 2013 at 10:00 a.m. [Docket No. 4983]

e.    Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims
Objection (Facially Defective and Time-Barred Securities Claims) Against
Everest Companies and MetLife Companies Proofs of Claim to November
7, 2013 at 2:00 p.m. [Docket No. 5135]

**f.**     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to December 17, 2013 at 10:00 a.m. [Docket No. 5479]

**g.**     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against the Everest Companies to January 9, 2014 at 10:00 a.m.  [Docket No. 6057]

**h.**     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against the Everest Companies to March 11, 2014 at 10:00 a.m. [Docket No. 6343]

**i.**     Notice of Adjournment of Hearing On Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against The Everest Companies to April 10, 2014 At 10:00 a.m. [Docket No. 6604]

**j.**     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against the Everest Companies to a Date to be Determined [Docket No. 6756]

**Response(s):**

**a.**     Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3480) [Docket No. 4334]

**b.**     Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3481) [Docket No. 4337]

**Status**:     This matter, solely as it relates to the claims filed by the Everest Companies, has been adjourned to a date to be determined.

2.     Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s):**

**a.**     Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims- Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5467]

**b.**     Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

    **c.**    Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6360]

    **d.**    Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6476]

    **e.**    Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

    **f.**    Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to April 10, 2014 at 10:00 A.M. (Prevailing Eastern Time) [Docket No. 6669]

    **g.**    Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections with Respect to Certain Claimants [Docket No. 6745]

  **Response(s)**:

    **a.**    Gwendell L. Philpot's Opposition to Objection, Expungement and Disallowance of Claim [Docket No. 5233]

  **Reply**:

    **a.**    Debtors' Second Supplemental Omnibus Reply in Support of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 6089]

  **Status**:    The hearing on this matter, solely as it relates to the claim filed by Gwendell L. Philpot, has been adjourned to April 24, 2014.

**3.**    Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161]

  **Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to Certain Claimants [Docket No. 5673]

    **b.**    Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

c.      Notice of Adjournment of Hearing on Debtors' Forty-Ninth and Fiftieth
        Omnibus Claims Objections Against Certain Claimants [Docket No. 6213]

d.      Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and
        Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants
        [Docket No. 6360]

e.      Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus
        Objection to Claims (No Liability Borrower Claims - Books and Records),
        Solely as it Relates to the Claim Filed by Douglas and Irene Schmidt, to
        February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No.
        6385]

f.      Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth
        Omnibus Objections to Claims with Respect to Certain Claimants [Docket
        No. 6476]

g.      Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and
        Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket
        No. 6602]

h.      Notice of Withdrawal of Debtors' Forty-Ninth Omnibus Objection to
        Claims (No Liability Borrower Claims - Books and Records) Solely as it
        Relates to the Claim Filed by Irene Schmidt (Claim No. 2024) [Docket No.
        6737]

i.      Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth
        Omnibus Objections with Respect to Certain Claimants [Docket No. 6745]

**Responses**:

a.      Response of Irene Schmidt to Debtors' Forty-Ninth Omnibus Objection to
        Claims (No Liability Borrower Claims - Books and Records) [Docket Nos.
        5505/5552]

b.      Response of Mary R. Biancavilla to Debtors' Forty-Ninth Omnibus
        Objection to Claims ("No Liability Borrower Claims – Books and
        Records") and Request for Enlargement of Time Limitations Specified by
        Notice of Filing of Exhibits 2 through 21 Compromising the Plan
        Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital,
        LLC, *et al.* and the Official Committee of Unsecured Creditors, and
        Declaration of Mary R. Biancavilla Pursuant to Title 28 U.S.C. Section
        1746 [Docket No. 5755]

**Reply**:

a.      Borrower Claims Trust's Reply In Support Of Debtors' Forty-Ninth
Omnibus Objection to Claims (No Liability Borrower Claims - Books and
Records) [Docket No. 6369]

**Status**:   This matter, solely as it relates to the claim filed by Douglas and Irene
Schmidt, has been withdrawn.  The hearing on this matter, solely as it
relates to the claim filed by Mary R. Biancavilla, has been adjourned to
May 15, 2014.

4.      Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract
Claims) [Docket No. 6077]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing as to Certain Claims on (A) Debtors'
Fifty-Second Omnibus Objections to Claims (Insufficient Documentation),
and (B) Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability -
Assigned Contract Claims) [Docket No. 6210]

b.      Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus
Objection to Claims (No Liability - Assigned Contract Claims) Solely as it
Relates to the Claims Filed by Federal Home Loan Mortgage Corporation
to February 20, 2014 at 10:00 a.m. [Docket No. 6323]

c.      Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus
Objection to Claims (No Liability - Assigned Contract Claims) Solely as it
Relates to the Claims Filed by Federal Home Loan Mortgage Corporation
to March 26, 2014 at 10:00 a.m. [Docket No. 6477]

d.      Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus
Objection to Claims (No Liability- Assigned Contract claims) Solely as it
Related to the Claims Filed by California Housing Finance Agency to
April 10, 2014 at 10:00 a.m. [Docket No. 6563]

e.      Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus
Objection to Claims (No Liability - Assigned Contract Claims) Solely as it
Relates to the Claims Filed by Federal Home Loan Mortgage Corporation
to April 10, 2014 at 10:00 a.m. [Docket No. 6644]

f.      Notice of Adjournment of Hearing on Debtors' Fifty-Fifth Omnibus
Objection to Claims (No Liability - Assigned Contract Claims) Solely as it
Relates to the Claims Filed by California Housing Finance Agency to June
10, 2014 at 10:00 a.m. [Docket No. 6746]

**Response(s)**:

**a.**     Opposition of California Housing Finance Agency to Debtors' Fifty-Fifth
            Omnibus Objection to Claims (No Liability- Assigned Contract Claims)
            [Docket No. 6216]

**Status**:   The hearing on this matter, solely as it relates to the claims filed by Federal
              Home Loan Mortgage Corporation, has been resolved.  The hearing on this
              matter, solely as it relates to the claims filed by California Housing Finance
              Agency, has been adjourned to June 10, 2014.

Dated:  April 8, 2014              /s/ Norman S. Rosenbaum
      New York, New York        Lorenzo Marinuzzi
                                   Norman S. Rosenbaum
                                   MORRISON & FOERSTER LLP
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for The Post-Effective Date*
                                   *Debtors, The ResCap Liquidating Trust*
                                   *and The ResCap Borrower Claims Trust*