**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re:  RESIDENTIAL CAPITAL, LLC et. al. | Case No. 12-12020 (MG) |
|  | Chapter 11 |
| Debtors | |

_____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas W. Armstrong, request admission, *pro hac vice,* before the Honorable Martin Glenn, to represent Ruby Robinson, Willie Clara Hill, Marcus Chatman, Wanda and Anthony Donaldson, and Berkley and Georgina Squires, with regard to *Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction*, Document No. 6723, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Alabama.

I have submitted the filing fee of $200.0 with this motion for *pro hac vice* admission.

Dated: April 9, 2014

/s/Nicholas W. Armstrong
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
E-mail address: narmstrong@mmlaw.net
Telephone number: (205) 939-0199