**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:  RESIDENTIAL CAPITAL, LLC et. al.         Case No. 12-12020 (MG)
                                                  Chapter 11
         Debtors

_____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion to Nicholas W. Armstrong, to be admitted, ***pro hac vice***, to represent Ruby Robinson, Willie Clara Hill, Marcus Chatman, Wanda and Anthony Donaldson, and Berkley and Georgina Squires, (the "Clients") with regard to *Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction*, Document No. 6723 in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama, is hereby

**ORDERED,** that Nicholas W. Armstrong, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York         /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE