# Exhibit F

## Florida Appeals Court's Decision



NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS as Trustee for RALI 2007QS3, <br><br> Appellant/Cross-Appellee, <br><br> v. <br><br> BARRY F. MACK a/k/a BARRY FRITZ MACK a/k/k BERRY FRITZ MACK; CHERYL M. MACK a/k/a CHERYL MARGRET MACK a/k/a CHERLY MARGARET MACK; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES OR OTHER CLAIMANTS; JOHN DOE; and JANE DOE, as UNKNOWN TENANTS IN POSSESSION, <br><br> Appellees/Cross-Appellants. | Case No. 2D13-1544 |

Opinion filed October 18, 2013.

Appeal from the Circuit Court for Collier County; Ramiro Mañalich, Judge.

Stanley A. Bunner, Jr. of Salvatori, Wood & Buckel, P.L., Naples; and John W. Smith T and Jeffrey M. Anderson of Bradley Arant

Boult Cummings, LLP, Birmingham,
Alabama, for Appellant/Cross-Appellee.

David F. Garber of David F. Garber, P.A.,
Naples, for Appellees/Cross-Appellants
Barry F. Mack and Cheryl M. Mack.

No appearance for remaining Appellees.


PER CURIAM.

       Affirmed.

KELLY, CRENSHAW, and SLEET, JJ., Concur.