# Exhibit G

**Order Denying Motion for Rehearing En Banc**

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

December 16, 2013

**CASE NO.: 2D13-1544**
L.T. No. : 09-CA-7336

| Deutsche Bank Trust Co. | v. | Barry F. Mack |
|---|---|---|
| Appellant / Petitioner(s), | | Appellee / Respondent(s). |

**BY ORDER OF THE COURT:**

Appellant's motion for rehearing en banc or in the alternative, motion for rehearing and written opinion is denied.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| Jeffrey Michael Anderson, Esq. | John W. Smith, Esq. | Stanley A. Bunner, Jr., Esq. |
| Robert E. Morris, Esq. | David F. Garber, Esq. | Dwight E. Brock, Clerk |

me

James Birkhold
Clerk

