# Exhibit H

**Acknowledgement of Payment and Partial Release and Assignment**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE FOR RALI 2007QS3,

    Plaintiff,

vs.                                            Case No. 2009-CA-7336

BARRY F. MACK, a/k/a BARRY FRITZ
MACK, a/k/a BERRY FRITZ MACK, ET AL.

    Defendants.
_____/

## ACKNOWLEDGMENT OF PAYMENT, AND PARTIAL RELEASE AND ASSIGNMENT

    The undersigned, DAVID F. GARBER, as attorney for BARRY FRITZ MACK and CHERYL M. MACK, acknowledges receipt from NGM INSURANCE COMPANY in the above-styled cause of the amount of $321,970.77 under that certain Final Judgment dated May 5, 2011, and Final Order entered February 26, 2013 in favor of BARRY FRITZ MACK and CHERYL M. MACK, due to the failure and/or refusal of the Bond Principal to pay and provide the same.

    Based upon the said payment by NGM INSURANCE COMPANY of the amount of $321,970.77, the undersigned, BARRY FRITZ MACK and CHERYL M. MACK, by their attorney, DAVID F. GARBER, with regard to the payment of $321,970.77 do hereby release NGM INSURANCE COMPANY, and do hereby assign, transfer, set over and convey to NGM INSURANCE COMPANY their rights under the said Final Judgment and Final Order **only to the extent of payment** in order that NGM INSURANCE COMPANY may pursue recovery of the same pursuant to assignment, subrogation or otherwise.

    IN WITNESS WHEREOF, the undersigned has set its hand and seal in Naples, Collier County, Florida, this _20_ day of March, 2013.

                                        BARRY FRITZ MACK
                                        CHERYL M. MACK

                                BY: _____
                                    DAVID F. GARBER, Florida Bar No. 672386
                                    as attorney for BARRY FRITZ MACK and CHERYL
                                    M. MACK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail to all parties on the Service List this _20_ day of March, 2013.

## SERVICE LIST

| | |
|---|---|
| Stanley A. Bunner, Jr., Esquire<br>Salvatori, Wood & Buckel, P.L.<br>9132 Strada Place<br>Fourth Floor<br>Naples, Florida 34108-2942<br>Telephone: 239-552-4100<br>Facsimile: 239-649-1706<br>E-Mail: sab@swbnaples.com | Christina W. Hancock, Esquire<br>Bradley, Arant, Boult, Cummings, LLP<br>Bank of America Corporate Center<br>100 North Tryon Street<br>Suite 2690<br>Charlotte, North Carolina 28202<br>Telephone: 704-332-8842<br>Facsimile: 704-332-8858<br>E-Mail: chancock@babc.com |
| John W. Smith T, Esquire<br>Bradley, Arant, Boult, Cummings, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203-2104<br>Telephone: 205-521-8521<br>Facsimile: 205-488-6521<br>E-Mail: jsmitht@babc.com | Jose D. Vega, Esquire<br>Bradley, Arant, Boult, Cummings, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203-2104<br>Telephone: 205-521-8521<br>Facsimile: 205-488-6521<br>E-Mail: jvega@babc.com |
| Robert E. Morris, Esquire<br>Julie Fox Jones, Esquire<br>Morris Law Firm<br>245 East Washington Street<br>Monticello, Florida 32344<br>Telephone: 850-997-0440<br>Facsimile: 850-997-2567<br>E-Mail(s): remorrislawfirm@gmail.com;<br>jfoxjones@rempa.com | |

_____
DAVID F. GARBER