**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re: RESIDENTIAL CAPITAL, LLC et. al.        Case No. 12-12020 (MG)
                                                Chapter 11
        Debtors

_____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion to Nicholas W. Armstrong, to be admitted, *pro hac vice*, to represent Ruby Robinson, Willie Clara Hill, Marcus Chatman, Wanda and Anthony Donaldson, and Berkley and Georgina Squires, (the "Clients") with regard to *Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction*, Document No. 6723 in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama, is hereby

**ORDERED,** that Nicholas W. Armstrong, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **April 11, 2014**

    New York, New York                                                                          **/s/Martin Glenn**
                                                                                   UNITED STATES BANKRUPTCY JUDGE