JS 44C/SDNY
REV. 2/2014

# CIVIL COVER SHEET

14 CV 2170

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

MAR 27 2014

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Residential Funding Company, LLC | UBS Real Estate Securities, Inc. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor, New York, NY 10010<br>(212) 849-7000 | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square, New York, NY 10036<br>(212) 735-3000 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

(1) Breach of contract and (2) indemnity, including for liabilities and losses incurred in and as a result of Plaintiff's bankruptcy.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ] Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____  & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [X]   Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)* **NATURE OF SUIT**

**TORTS**

**ACTIONS UNDER STATUTES**

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY | | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 | AIRPLANE | [ ] 362 | PERSONAL INJURY - MED MALPRACTICE | [ ] 610 | AGRICULTURE | [ ] 422 | APPEAL 28 USC 158 | [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 120 | MARINE | [ ] 315 | AIRPLANE PRODUCT LIABILITY | [ ] 365 | PERSONAL INJURY | [ ] 620 | OTHER FOOD & DRUG | [ ] 423 | WITHDRAWAL 28 USC 157 | [ ] 410 | ANTITRUST |
| [ ] 130 | MILLER ACT | [ ] 320 | ASSAULT, LIBEL & SLANDER | | PRODUCT LIABILITY | [ ] 625 | DRUG RELATED SEIZURE OF | | | [ ] 430 | BANKS & BANKING |
| [ ] 140 | NEGOTIABLE INSTRUMENT | | | [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT | | PROPERTY 21 USC 081 | | PROPERTY RIGHTS | [ ] 450 | COMMERCE |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 330 | FEDERAL EMPLOYERS' LIABILITY | | LIABILITY | [ ] 630 | LIQUOR LAWS | | | [ ] 460 | DEPORTATION |
| | | [ ] 340 | MARINE | | PERSONAL PROPERTY | [ ] 640 | RR & TRUCK | [ ] 820 | COPYRIGHTS | [ ] 470 | RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 | MEDICARE ACT | [ ] 345 | MARINE PRODUCT LIABILITY | [ ] 370 | OTHER FRAUD | [ ] 650 | AIRLINE REGS | [ ] 830 | PATENT | | |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 | MOTOR VEHICLE | [ ] 371 | TRUTH IN LENDING | [ ] 660 | OCCUPATIONAL SAFETY/HEALTH | [ ] 840 | TRADEMARK | [ ] 480 | CONSUMER CREDIT |
| | | [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY | [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE | [ ] 690 | OTHER | | | [ ] 490 | CABLE/SATELLITE TV |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 | OTHER PERSONAL INJURY | [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY | | | | SOCIAL SECURITY | [ ] 810 | SELECTIVE SERVICE |
| | | | | | | **LABOR** | | [ ] 861 | HIA (1395ff) | [ ] 850 | SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160 | STOCKHOLDERS SUITS | | | | | [ ] 710 | FAIR LABOR STANDARDS ACT | [ ] 862 | BLACK LUNG (923) | [ ] 875 | CUSTOMER CHALLENGE 12 USC 3410 |
| [x] 190 | OTHER CONTRACT | | | | | [ ] 720 | LABOR/MGMT RELATIONS | [ ] 863 | DIWC/DIWW (405(g)) | | |
| | | | | **PRISONER PETITIONS** | | | | [ ] 864 | SSID TITLE XVI | | |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | | | [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 730 | LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 865 | RSI (405(g)) | [ ] 890 | OTHER STATUTORY ACTIONS |
| | | | **ACTIONS UNDER STATUTES** | | | | | | | [ ] 891 | AGRICULTURAL ACTS |
| [ ] 196 | FRANCHISE | | **CIVIL RIGHTS** | [ ] 530 | HABEAS CORPUS | [ ] 740 | RAILWAY LABOR ACT | | FEDERAL TAX SUITS | [ ] 892 | ECONOMIC STABILIZATION ACT |
| | | | | [ ] 535 | DEATH PENALTY | [ ] 790 | OTHER LABOR LITIGATION | [ ] 870 | TAXES (U.S. Plaintiff or Defendant) | [ ] 893 | ENVIRONMENTAL MATTERS |
| | | [ ] 441 | VOTING | [ ] 540 | MANDAMUS & OTHER | [ ] 791 | EMPL RET INC SECURITY ACT | [ ] 871 | IRS-THIRD PARTY 26 USC 7609 | [ ] 894 | ENERGY ALLOCATION ACT |
| | | [ ] 442 | EMPLOYMENT | | | | | | | [ ] 895 | FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | | [ ] 443 | HOUSING/ ACCOMMODATIONS | | | **IMMIGRATION** | | | | [ ] 900 | APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 210 | LAND CONDEMNATION | [ ] 444 | WELFARE | | **PRISONER CIVIL RIGHTS** | [ ] 462 | NATURALIZATION APPLICATION | | | | |
| [ ] 220 | FORECLOSURE | [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 | CIVIL RIGHTS | [ ] 463 | HABEAS CORPUS-ALIEN DETAINEE | | | [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 230 | RENT LEASE & EJECTMENT | | | [ ] 555 | PRISON CONDITION | [ ] 465 | OTHER IMMIGRATION ACTIONS | | | | |
| [ ] 240 | TORTS TO LAND | [ ] 446 | AMERICANS WITH DISABILITIES -OTHER | | | | | | | | |
| [ ] 245 | TORT PRODUCT LIABILITY | [ ] 440 | OTHER CIVIL RIGHTS (Non-Prisoner) | | | | | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | | | | | | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ over $75,000.00  OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Ronnie Abrams _____ DOCKET NUMBER 1:13-cv-8938

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                                      **ORIGIN**

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☒ a. all parties represented
☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)*   **BASIS OF JURISDICTION**

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*
*(28 USC 1332, 1441)*

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

8400 Normandale Lake Boulevard
Minneapolis, Hennepin County, Minnesota 55437

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

1285 Avenue of the Americas
New York, New York County, New York 10019

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 3/27/2014   SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
☒ YES (DATE ADMITTED Mo. 06 Yr. 2004 )
Attorney Bar Code # IN-2629

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)