UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on this date Timothy J. Lahrman did filed his Rule 9023 and Rule 9024 motions and that a hearing will be held on these motions before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York (the **"Bankruptcy Court"**), in Room 501, One Bowling Green, New York New York 10004-1408, on a date to be set by the Court and at the Court's earliest convenience.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motions and relief requested therein, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefore and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399, by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov , the official website for the Bankruptcy Court), with a hard copy delivered directly to Chambers and served, so as to be received no later than ____ days prior to the scheduled hearing or as otherwise specified by any order from the Bankruptcy Court, upon all parties to whom notice and service is due in these proceedings.



RECEIVED APR 10 2014 U.S. BANKRUPTCY COURT, SDNY

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the relief requested in the Motions, the Bankruptcy Court may deem any opposition waived, treat the Motions as conceded, and enter an order granting the relief requested in the motion without further notice or hearing.

Dated: April 9, 2014

_____
Timothy J. Lahrman, *pro se*

### CERTIFICATE OF SERVICE

I hereby certify that I am not an ECF/Pacer subscriber with access to electronic filing yet on April 9, 2014, via U.S. Postal Service over-night prepaid Priority Mail Express (article # EK 077052790 US) I filed the foregoing pleading or paper with the Clerk of the Court who, by entering the document into the CM/ECF system will cause to be sent a copy of this filing on all parties of record who are registered in and subscriber to the CM/ECF system and identified to receive Notice in these proceedings.

_____
Timothy J. Lahrman