**Presentment Date and Time:  April 18, 2014 at 12:00 p.m. (ET)**
**Objection Deadline:  April 17, 2014 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

and

2000 Pennsylvania, NW Suite 6000
Washington, DC 20006-1888
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763
Alexandra Steinberg Barrage

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER
WITHDRAWING PROOFS OF CLAIM FILED BY INDIVIDUAL STATE
<u>PARTIES IN CONNECTION WITH THE DOJ/AG SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Withdrawing Proofs of Claim Filed by Individual State Parties in*

*Connection with the DOJ/AG Settlement* (the "<u>Stipulation and Order</u>"), to the Honorable Martin

Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern

District of New York (the "<u>Bankruptcy Court</u>"), Alexander Hamilton Custom House, One

ny-1138484                                        1

Bowling Green, New York, New York 10004, Room 501, for signature on **April 18, 2014 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **April 17, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum and Jordan A. Wishnew) and 2000 Pennsylvania Avenue, NW Suite 6000, Washington, DC 20006-1888 (Attention: Alexandra Steinberg Barrage); (b) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles &

Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) counsel for the States, Ohio Attorney General, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio, 45202 (Attention: Victoria D. Garry, Senior Assistant Attorney General) and Donn D. Rosenblum, Principal Assistant Attorney General, 150 East Gay Street, 21st Floor, Columbus, Ohio 43215.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: April 11, 2014  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

and

Alexandra Steinberg Barrage  
2000 Pennsylvania Avenue, NW Suite 6000  
Washington, DC 20006-1888  
Telephone: (202) 887-1500  
Facsimile: (202) 887-0764

*Counsel for the ResCap Liquidating Trust*

ny-1138484        3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**STIPULATION AND ORDER WITHDRAWING PROOFS OF CLAIM FILED BY**
**INDIVIDUAL STATE PARTIES IN CONNECTION WITH**
**THE DOJ/AG SETTLEMENT**

This stipulation ("<u>Stipulation</u>") is made and entered into between The ResCap Liquidating Trust (the "<u>Liquidating Trust</u>") established pursuant to the terms of the Plan (as defined below) in the above-captioned bankruptcy cases (the "<u>Chapter 11 Cases</u>") and the Attorney General of Ohio, on behalf of all States[1] that filed proofs of claim in the Chapter 11 Cases in connection with the DOJ/AG Settlement[2] (each a "<u>State</u>" and collectively, the "<u>States</u>,"[3] and together with the Liquidating Trust, the "<u>Parties</u>"), through their respective counsel, to withdraw the State Claims (defined herein), listed on **Exhibit 1** annexed hereto, from the Debtors' Claims Register (defined herein).

---

[1] The Commonwealth of Massachusetts also filed proofs of claim in the Chapter 11 Cases, including in connection with the DOJ/AG Settlement. Such proofs of claim will be addressed separately between the Liquidating Trust and the Commonwealth of Massachusetts.

[2] "DOJ/AG Settlement" means the Consent Judgment filed by the United States District Court for the District of Columbia (Case: 1:12-cv-00361-RMC) on April 4, 2012.

[3] The States include Arizona, California, Delaware, Florida, Hawaii, Idaho, Illinois, Indiana, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, Texas, and Utah.

ny-1132237

**RECITALS**

**WHEREAS**, on May 14, 2012 (the "Petition Date"), each of the debtors in the Chapter 11 Cases (collectively, the "Debtors") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

**WHEREAS**, on the Petition Date, the Court entered an order jointly administering the Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules");

**WHEREAS**, on May 16, 2012, the Court entered an order [Docket No. 96] appointing Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in the Chapter 11 Cases. Among other things, KCC is authorized to maintain an official claims register for the Debtors (the "Claims Register");

**WHEREAS**, on August 29, 2012, this Court entered an order approving the Debtors' motion to establish procedures for filing proofs of claim in the Chapter 11 Cases [Docket No. 1309] (the "Bar Date Order"). The Bar Date Order established, among other things, (a) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribed the form and manner for filing proofs of claim; and (b) November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental Bar Date"). (Bar Date Order ¶¶ 2, 3). On November 7, 2012, the Court entered an order extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time) [Docket No. 2093]. The Governmental Bar Date was not extended;

**WHEREAS**, on or prior to the Governmental Bar Date, the States filed general

unsecured proofs of claim against certain of the Debtors, each in unliquidated amounts (collectively, the "State Claims"). In general, the State Claims are based on each State's asserted right to enforce claims in connection with regulating the Debtors' conduct in their mortgage servicing business, as set forth in the DOJ/AG Settlement. Each of the State Claims is identified on **Exhibit 1** annexed hereto, which includes the claim number designated by KCC on the Claims Register;

WHEREAS, on August 23, 2013, the Court entered an *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and For Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 4809] (the "Disclosure Statement Order") authorizing the Plan Proponents (as defined in the Disclosure Statement Order) to, among other things, solicit votes on the proposed Chapter 11 plan (as amended, the "Plan");

WHEREAS, on or about August 29, 2013, ballots were sent by KCC to the States entitling the States to vote to accept or reject the Plan;

WHEREAS, on October 21, 2013, certain States, through the Attorney General of Ohio, filed an objection to the Plan [Docket No. 5415] (the "Plan Objection"), asserting that the Plan's "Injunction" provision was overly broad and improperly limited the States' asserted enforcement rights as set forth in the DOJ/AG Settlement;

WHEREAS, on or about November 19, 2013, after good faith, arm's-length negotiations among the Debtors and certain States, an agreement was reached with respect to issues concerning the State Claims, the Plan Objection was resolved, and subsequently, the

States agreed to withdraw the State Claims upon the Effective Date and the Confirmation Order becoming a final, non-appealable order;

**WHEREAS**, on December 11, 2013, following the confirmation hearing, the Bankruptcy Court entered an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "Confirmation Order") approving the terms of the Plan filed in these Chapter 11 Cases [Docket No. 6065]. On December 17, 2013, the Effective Date (as such term is defined in the Plan) of the Plan occurred, and, among other things, the Liquidating Trust was established [Docket No. 6137];

**WHEREAS**, the Plan provides for the creation and implementation of the Liquidating Trust. *See* Plan, Art. VI.A-D; *see also* Confirmation Order ¶ 22. Further, pursuant to the Confirmation Order:

> In accordance with the provisions of the Plan, pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), without any further notice to or action, order or approval of the Bankruptcy Court, after the Effective Date, the Liquidating Trust may compromise and settle Claims against the Debtors and Causes of Action against other Entities.

Confirmation Order ¶ 20; and

**WHEREAS**, the Liquidating Trust has determined that entering into this Stipulation is in the best interests of the Liquidating Trust, the Liquidating Trust's constituents, the Debtors, and other parties in interest.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows, and IT IS ORDERED:

1. The Recitals form an integral part of this Stipulation and are incorporated fully herein.

2. Pursuant to Bankruptcy Rule 3006, the States withdraw each of the State Claims, identified on **Exhibit 1** annexed hereto, from the Claims Register.

3. The Parties represent and warrant that each has full and requisite power and authority to enter into and perform its obligations under this Stipulation. In connection therewith, the undersigned is authorized to enter into this Stipulation on behalf of the Liquidating Trust, and the Attorney General of Ohio is authorized to enter into this Stipulation on behalf of the States.

4. This Stipulation constitutes the entire agreement and understanding between the Parties with regard to the matters addressed herein, and supersedes all prior and contemporaneous discussions, negotiations, understandings and agreements, whether oral or written, express or implied, between and among the Parties hereto regarding the subject matter of this Stipulation.

5. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or PDF shall be as fully binding on the Parties as an original document.

6. This Stipulation shall be binding on the Parties upon execution, and may not be altered, modified, changed or vacated without the prior written consent of the Parties or their respective counsel, as applicable.

7. This Stipulation shall be binding upon the Parties as well as any successor in interest.

8. The Parties hereby are authorized to take any and all actions reasonably

necessary to effectuate the relief granted pursuant to this Stipulation. KCC is authorized and directed to take all actions as are necessary and appropriate to implement and effectuate the terms of this Stipulation, including updating the Claims Register to reflect the withdrawal of the State Claims.

9. The Court shall retain jurisdiction with respect to implementation and enforcement of the terms of this Stipulation, and all Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, and in agreement herewith, the Parties have executed and delivered this Stipulation as of the date set out below.

Dated: April 11, 2014                    /s/ Norman S. Rosenbaum
                                         Norman S. Rosenbaum
                                         Alexandra Steinberg Barrage
                                         Jordan A. Wishnew
                                         **MORRISON & FOERSTER LLP**
                                         250 West 55th Street
                                         New York, New York 10019
                                         Telephone: (212) 468-8000
                                         Facsimile: (212) 468-7900

                                         *Counsel for The ResCap Liquidating Trust*


Dated: April 11, 2014                    /s/ Donn D. Rosenblum
                                         Victoria D. Garry
                                         Senior Assistant Attorney General
                                         Ohio Attorney General
                                         1600 Carew Tower
                                         441 Vine Street
                                         Cincinnati, Ohio 45202
                                         Telephone: (513) 852-1536
                                         Facsimile: (866) 496-1724

                                         *and*

                                         Donn D. Rosenblum
                                         Principal Assistant Attorney General
                                         150 East Gay Street, 21st Floor
                                         Columbus, Ohio 43215
                                         Telephone: (614) 728-5754
                                         Facsimile: (866) 591-5768

                                         *On behalf of the States*

**SO ORDERED:**

Dated: _____, 2014

_____
HONORALE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**The Claims**

Residential Capital, LLC, et al.
Listing of State Attorney General "Consent Judgment" Claims

| | | | | Claims Classification | |
|---|---|---|---|---|---|
| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Unsecured | Secured |
| 5966 | 11/28/2012 | The State of Texas | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 5972 | 11/28/2012 | The State of Texas | Residential Capital, LLC | UNLIQUIDATED | |
| 5973 | 11/28/2012 | The State of Texas | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6006 | 11/29/2012 | State of Missouri | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6007 | 11/29/2012 | State of Missouri | Residential Capital, LLC | UNLIQUIDATED | |
| 6008 | 11/29/2012 | State of Missouri | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6012 | 11/29/2012 | The State of North Carolina | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6013 | 11/29/2012 | The State of Texas | Residential Capital, LLC | UNLIQUIDATED | |
| 6016 | 11/29/2012 | The State of North Carolina | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6017 | 11/29/2012 | Office of the Nevada Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6019 | 11/29/2012 | State of Hawaii | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6020 | 11/29/2012 | State of Hawaii | Residential Capital, LLC | UNLIQUIDATED | |
| 6021 | 11/29/2012 | State of Idaho | Residential Capital, LLC | UNLIQUIDATED | |
| 6022 | 11/29/2012 | California Department of Justice | Residential Capital, LLC | UNLIQUIDATED | |
| 6023 | 11/29/2012 | State of Wisconsin | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6024 | 11/29/2012 | State of Wisconsin | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6026 | 11/29/2012 | State of New Mexico, ex rel. Attorney General Gary K. King | Residential Capital, LLC | $1.00 | |
| 6027 | 11/29/2012 | Mississippi Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6029 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6030 | 11/29/2012 | State of New York | Residential Capital, LLC | UNLIQUIDATED | |
| 6031 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6032 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6034 | 11/29/2012 | Mississippi Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6035 | 11/29/2012 | State of New York | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6037 | 11/29/2012 | Illinois Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6038 | 11/29/2012 | Illinois Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6040 | 11/29/2012 | Mississippi Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6041 | 11/29/2012 | State of New York | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6042 | 11/29/2012 | State of Wisconsin | Residential Capital, LLC | UNLIQUIDATED | |
| 6044 | 11/29/2012 | Oregon Department of Justice | GMAC-RFC Holding Company, LLC | UNLIQUIDATED | |
| 6045 | 11/29/2012 | Oregon Department of Justice | GMAC Model Home Finance I, LLC | UNLIQUIDATED | |
| 6046 | 11/29/2012 | Oregon Department of Justice | GMAC Mortgage USA Corporation | UNLIQUIDATED | |
| 6047 | 11/29/2012 | Oregon Department of Justice | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6048 | 11/29/2012 | Oregon Department of Justice | GMAC Residential Holding Company, LLC | UNLIQUIDATED | |
| 6049 | 11/29/2012 | Oregon Department of Justice | RAHI B, LLC | UNLIQUIDATED | |
| 6050 | 11/29/2012 | Oregon Department of Justice | RAHI A, LLC | UNLIQUIDATED | |
| 6051 | 11/29/2012 | Oregon Department of Justice | PATI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6052 | 11/29/2012 | Oregon Department of Justice | GMAC RH Settlement Services, LLC | UNLIQUIDATED | |
| 6053 | 11/29/2012 | Oregon Department of Justice | GMACM Borrower LLC | UNLIQUIDATED | |
| 6054 | 11/29/2012 | Oregon Department of Justice | GMACM REO LLC | UNLIQUIDATED | |
| 6055 | 11/29/2012 | Oregon Department of Justice | GMACR Mortgage Products, LLC | UNLIQUIDATED | |
| 6056 | 11/29/2012 | Oregon Department of Justice | HFN REO Sub II, LLC | UNLIQUIDATED | |
| 6057 | 11/29/2012 | Oregon Department of Justice | Home Connects Lending Services, LLC | UNLIQUIDATED | |
| 6058 | 11/29/2012 | Oregon Department of Justice | Homecomings Financial Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6059 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Ohio, LLC | UNLIQUIDATED | |
| 6060 | 11/29/2012 | Oregon Department of Justice | Homecomings Financial, LLC | UNLIQUIDATED | |
| 6061 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Alabama, LLC | UNLIQUIDATED | |
| 6062 | 11/29/2012 | Oregon Department of Justice | Ladue Associates, Inc. | UNLIQUIDATED | |
| 6063 | 11/29/2012 | Oregon Department of Justice | Residential Asset Securities Corporation | UNLIQUIDATED | |
| 6064 | 11/29/2012 | Oregon Department of Justice | Passive Asset Transactions, LLC | UNLIQUIDATED | |
| 6065 | 11/29/2012 | Oregon Department of Justice | PATI A, LLC | UNLIQUIDATED | |
| 6066 | 11/29/2012 | Oregon Department of Justice | PATI B, LLC | UNLIQUIDATED | |
| 6067 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Securities I, Inc. | UNLIQUIDATED | |
| 6068 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Exchange, LLC | UNLIQUIDATED | |
| 6069 | 11/29/2012 | Oregon Department of Justice | Residential Asset Mortgage Products, Inc. | UNLIQUIDATED | |
| 6070 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services, LLC | UNLIQUIDATED | |
| 6071 | 11/29/2012 | Oregon Department of Justice | Residential Accredit Loans, Inc. | UNLIQUIDATED | |
| 6072 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Texas, LLC | UNLIQUIDATED | |
| 6073 | 11/29/2012 | Oregon Department of Justice | RCSFJV2004, LLC | UNLIQUIDATED | |
| 6074 | 11/29/2012 | Oregon Department of Justice | RFC SFJV-2002, LLC | UNLIQUIDATED | |
| 6075 | 11/29/2012 | Oregon Department of Justice | RFC REO LLC | UNLIQUIDATED | |
| 6076 | 11/29/2012 | Oregon Department of Justice | RFC Construction Funding, LLC | UNLIQUIDATED | |
| 6077 | 11/29/2012 | Oregon Department of Justice | RAHI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6078 | 11/29/2012 | Oregon Department of Justice | RFC Borrower LLC | UNLIQUIDATED | |
| 6079 | 11/29/2012 | Oregon Department of Justice | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6080 | 11/29/2012 | Oregon Department of Justice | RFC Asset Management, LLC | UNLIQUIDATED | |
| 6081 | 11/29/2012 | Oregon Department of Justice | Residential Capital, LLC | UNLIQUIDATED | |
| 6082 | 11/29/2012 | Oregon Department of Justice | RFC Asset Holdings II, LLC | UNLIQUIDATED | |
| 6083 | 11/29/2012 | Oregon Department of Justice | RFC-GSAP Servicer Advance, LLC | UNLIQUIDATED | |
| 6084 | 11/29/2012 | Oregon Department of Justice | ditech, LLC | UNLIQUIDATED | |
| 6085 | 11/29/2012 | Oregon Department of Justice | DOA Holding Properties, LLC | UNLIQUIDATED | |
| 6086 | 11/29/2012 | Oregon Department of Justice | Residential Mortgage Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6087 | 11/29/2012 | Oregon Department of Justice | DOA Properties IX (Lots-Other), LLC | UNLIQUIDATED | |
| 6088 | 11/29/2012 | Oregon Department of Justice | Residential Funding Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6089 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Securities II, Inc. | UNLIQUIDATED | |
| 6090 | 11/29/2012 | Oregon Department of Justice | EPRE LLC | UNLIQUIDATED | |
| 6091 | 11/29/2012 | Oregon Department of Justice | Equity Investment I, LLC | UNLIQUIDATED | |
| 6092 | 11/29/2012 | Oregon Department of Justice | ETS of Virginia, Inc. | UNLIQUIDATED | |
| 6093 | 11/29/2012 | Oregon Department of Justice | ETS of Washington, Inc. | UNLIQUIDATED | |
| 6094 | 11/29/2012 | Oregon Department of Justice | Executive Trustee Services, LLC | UNLIQUIDATED | |
| 6125 | 11/30/2012 | The State of Nebraska | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6140 | 11/30/2012 | The State of Nebraska | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6144 | 11/30/2012 | The State of Nebraska | Residential Capital, LLC | UNLIQUIDATED | |
| 6153 | 11/30/2012 | State of Ohio | Residential Capital, LLC | UNLIQUIDATED | |

Residential Capital, LLC, et al.
**Listing of State Attorney General "Consent Judgment" Claims**

| | | | | Claims Classification | |
|---|---|---|---|---|---|
| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Unsecured | Secured |
| 6159 | 11/30/2012 | State of Indiana | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6161 | 11/30/2012 | State of Indiana | Residential Capital, LLC | UNLIQUIDATED | |
| 6162 | 11/30/2012 | State of Indiana | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6163 | 11/30/2012 | State of Arizona and its Agencies | RFC Borrower LLC | UNLIQUIDATED | |
| 6164 | 11/30/2012 | State of Arizona and its Agencies | RFC Construction Funding, LLC | UNLIQUIDATED | |
| 6165 | 11/30/2012 | State of Arizona and its Agencies | RFC REO LLC | UNLIQUIDATED | |
| 6166 | 11/30/2012 | State of Ohio | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6167 | 11/30/2012 | State of Arizona and its Agencies | RFC SFJV-2002, LLC | UNLIQUIDATED | |
| 6168 | 11/30/2012 | State of Arizona and its Agencies | RFC Asset Holdings II, LLC | UNLIQUIDATED | |
| 6169 | 11/30/2012 | State of Arizona and its Agencies | RFC Asset Management, LLC | UNLIQUIDATED | |
| 6170 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6171 | 11/30/2012 | State of Arizona and its Agencies | Residential Mortgage Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6172 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Securities I, Inc. | UNLIQUIDATED | |
| 6174 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Exchange, LLC | UNLIQUIDATED | |
| 6175 | 11/30/2012 | State of Arizona and its Agencies | RFC-GSAP Servicer Advance, LLC | UNLIQUIDATED | |
| 6176 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services, LLC | UNLIQUIDATED | |
| 6177 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Securities II, Inc. | UNLIQUIDATED | |
| 6178 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Alabama, LLC | UNLIQUIDATED | |
| 6179 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Ohio, LLC | UNLIQUIDATED | |
| 6180 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Texas, LLC | UNLIQUIDATED | |
| 6181 | 11/30/2012 | State of Arizona and its Agencies | Residential Accredit Loans, Inc. | UNLIQUIDATED | |
| 6182 | 11/30/2012 | State of Arizona and its Agencies | Residential Asset Mortgage Products, Inc. | UNLIQUIDATED | |
| 6183 | 11/30/2012 | State of Arizona and its Agencies | Residential Asset Securities Corporation | UNLIQUIDATED | |
| 6184 | 11/30/2012 | State of Arizona and its Agencies | RAHI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6185 | 11/30/2012 | State of Arizona and its Agencies | RCSFJV2004, LLC | UNLIQUIDATED | |
| 6186 | 11/30/2012 | State of Arizona and its Agencies | RAHI B, LLC | UNLIQUIDATED | |
| 6187 | 11/30/2012 | State of Arizona and its Agencies | PATI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6188 | 11/30/2012 | State of Arizona and its Agencies | RAHI A, LLC | UNLIQUIDATED | |
| 6189 | 11/30/2012 | State of Arizona and its Agencies | Passive Asset Transactions, LLC | UNLIQUIDATED | |
| 6190 | 11/30/2012 | State of Arizona and its Agencies | PATI A, LLC | UNLIQUIDATED | |
| 6191 | 11/30/2012 | State of Arizona and its Agencies | PATI B, LLC | UNLIQUIDATED | |
| 6192 | 11/30/2012 | State of Arizona and its Agencies | Home Connects Lending Services, LLC | UNLIQUIDATED | |
| 6193 | 11/30/2012 | Office of Attorney General, State of North Dakota | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6194 | 11/30/2012 | State of Arizona and its Agencies | Homecomings Financial Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6195 | 11/30/2012 | State of Arizona and its Agencies | Homecomings Financial, LLC | UNLIQUIDATED | |
| 6196 | 11/30/2012 | State of Arizona and its Agencies | GMACM REO LLC | UNLIQUIDATED | |
| 6197 | 11/30/2012 | State of Arizona and its Agencies | GMACR Mortgage Products, LLC | UNLIQUIDATED | |
| 6198 | 11/30/2012 | State of Arizona and its Agencies | HFN REO Sub II, LLC | UNLIQUIDATED | |
| 6199 | 11/30/2012 | State of Hawaii | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6200 | 11/30/2012 | State of Arizona and its Agencies | Equity Investment I, LLC | UNLIQUIDATED | |
| 6201 | 11/30/2012 | State of Arizona and its Agencies | Executive Trustee Services, LLC | UNLIQUIDATED | |
| 6202 | 11/30/2012 | State of Arizona and its Agencies | ETS of Washington, Inc. | UNLIQUIDATED | |
| 6203 | 11/30/2012 | State of Arizona and its Agencies | ETS of Virginia, Inc. | UNLIQUIDATED | |
| 6204 | 11/30/2012 | California Department of Justice | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6205 | 11/30/2012 | State of Arizona and its Agencies | GMAC Mortgage USA Corporation | UNLIQUIDATED | |
| 6206 | 11/30/2012 | State of New Jersey | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6207 | 11/30/2012 | State of Arizona and its Agencies | GMAC-RFC Holding Company, LLC | UNLIQUIDATED | |
| 6208 | 11/30/2012 | State of Arizona and its Agencies | GMAC Model Home Finance I, LLC | UNLIQUIDATED | |
| 6209 | 11/30/2012 | State of Utah | Residential Capital, LLC | UNLIQUIDATED | |
| 6210 | 11/30/2012 | State of Arizona and its Agencies | GMAC RH Settlement Services, LLC | UNLIQUIDATED | |
| 6211 | 11/30/2012 | Office of the Maryland Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6214 | 11/30/2012 | State of Arizona and its Agencies | GMACM Borrower LLC | UNLIQUIDATED | |
| 6215 | 11/30/2012 | State of Arizona and its Agencies | GMAC Residential Holding Company, LLC | UNLIQUIDATED | |
| 6216 | 11/30/2012 | State of Arizona and its Agencies | EPRE LLC | UNLIQUIDATED | |
| 6217 | 11/30/2012 | State of Arizona and its Agencies | DOA Holding Properties, LLC | UNLIQUIDATED | |
| 6218 | 11/30/2012 | Office of the Maryland Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6219 | 11/30/2012 | State of Arizona and its Agencies | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6220 | 11/30/2012 | State of Arizona and its Agencies | ditech, LLC | UNLIQUIDATED | |
| 6221 | 11/30/2012 | State of Arizona and its Agencies | Residential Capital, LLC | UNLIQUIDATED | |
| 6222 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6223 | 11/30/2012 | State of Arizona and its Agencies | DOA Properties IX (Lots-Other), LLC | UNLIQUIDATED | |
| 6224 | 11/30/2012 | State of Arizona and its Agencies | Ladue Associates, Inc. | UNLIQUIDATED | |
| 6225 | 11/30/2012 | Office of the Maryland Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6229 | 11/30/2012 | Mississippi Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6230 | 11/30/2012 | Mississippi Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6232 | 11/30/2012 | Mississippi Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6233 | 11/30/2012 | Louisiana Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6235 | 11/30/2012 | Louisiana Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6239 | 11/30/2012 | The State of Michigan - Office of Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6241 | 11/30/2012 | State of Utah | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6242 | 11/30/2012 | State of Utah | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6243 | 11/30/2012 | Louisiana Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6244 | 11/30/2012 | The State of Michigan - Office of Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6247 | 11/30/2012 | The State of Delaware | Residential Capital, LLC | | UNLIQUIDATED |
| 6248 | 11/30/2012 | The State of Michigan - Office of Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6249 | 11/30/2012 | State of New Jersey | Residential Capital, LLC | UNLIQUIDATED | |
| 6250 | 11/30/2012 | The State of Delaware | GMAC Mortgage, LLC | UNLIQUIDATED | UNLIQUIDATED |
| 6251 | 11/30/2012 | Office of the Minnesota Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6252 | 12/30/2012 | Office of the Nevada Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6253 | 11/30/2012 | Office of the Minnesota Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6254 | 11/30/2012 | Office of the Minnesota Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6255 | 11/30/2012 | California Department of Justice | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6256 | 11/30/2012 | Office of the Nevada Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6263 | 11/30/2012 | Office of Attorney General, State of North Dakota | Residential Funding Company, LLC | UNLIQUIDATED | |

**Residential Capital, LLC, et al.**
**Listing of State Attorney General "Consent Judgment" Claims**

| | | | | Claims Classification | |
|---|---|---|---|---|---|
| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Unsecured | Secured |
| 6264 | 11/30/2012 | State of New Jersey | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6265 | 11/30/2012 | Office of Attorney General, State of North Dakota | Residential Capital, LLC | UNLIQUIDATED | |
| 6275 | 11/29/2012 | Commonwealth of Pennsylvania | Residential Capital, LLC | UNLIQUIDATED | |
| 6276 | 11/29/2012 | Commonwealth of Pennsylvania | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6287 | 12/3/2012 | Office of the Maryland Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6288 | 12/3/2012 | Office of the Maryland Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6289 | 12/3/2012 | Office of the Maryland Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6290 | 12/3/2012 | State of Ohio | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6314 | 12/3/2012 | State of Ohio | Residential Capital, LLC | UNLIQUIDATED | |
| 6327 | 11/29/2012 | Commonwealth of Pennsylvania | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6396 | 12/11/2012 | State of New Mexico, ex rel. Attorney General Gary K. King | GMAC Mortgage, LLC | $1.00 | |