UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Residential Capital LLC

Case No.: <u>12-12020</u>

Chapter <u>11</u>

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Jared B. Pearson</u>, request admission, *pro hac vice*, before the Honorable <u>Bankruptcy Judge</u>, to represent <u>Cliff Lantz</u>, a <u>individual</u> in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of <u>Utah</u> and, if applicable, the bar of the U.S. District Court for the <u>Central Div.</u> District of <u>Utah</u>.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>04-08-2014</u>
_____, New York

/s/Jared B. Pearson
Mailing Address:

<u>8833 S. Redwood Road, Suite C</u>
<u>West Jordan, Utah 84088</u>

E-mail address: <u>lea@evelandlawfirm.con</u>
Telephone number: <u>(801) 676-5506</u>