MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower
Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' THIRTIETH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY BORROWER
CLAIMS – BOOKS AND RECORDS) SOLELY AS IT RELATES
TO THE CLAIM FILED BY GWENDELL L. PHILPOT (CLAIM NO. 5067)**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 4887] (the "Thirtieth Omnibus Claims Objection") as to Gwendell L. Philpot ("Mr. Philpot").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Thirtieth Omnibus Claims Objection as to Mr. Philpot does not constitute any admission or finding with respect to the allowance of claim number 5067 (the "Claim") filed by Mr. Philpot, and the Borrower Claims Trust reserves all of its rights to object to the Claim on any basis at a future point in time, and Mr. Philpot will be noticed of any such objection.

ny-1138982

**PLEASE TAKE FURTHER NOTICE** that all of Mr. Philpot's rights and defenses are preserved in relation to any future objection by the Borrower Claims Trust to the Claim.

| | |
|---|---|
| Dated: April 16, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims Trust* |