**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | Case No. 12-12020 (MG) |
| ) | Chapter 11 |
| ) | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC, et al., ) |  |
| ) |  |
| Debtors ) |  |
| ) |  |

# DECLARATION OF MAX WEINSTEIN

I, Max Weinstein, declare as follows:

1.   I am counsel for Karla Brown.

2.   Attached to this declaration is a true and accurate copy of Philip Brown's and Karla Brown's Combined Statement of Undisputed Material Facts in *Brown v. Accredited Home Lenders et al.*, Mass Super Ct. No. 09-1812 E (Suffolk County).

Signed under penalty of perjury,

/s/ Max Weinstein
Max Weinstein

Dated: April 17, 2014