**Exhibit 1**

**The Claims**

Residential Capital, LLC, et al.
Listing of State Attorney General "Consent Judgment" Claims

| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Unsecured | Secured |
|---|---|---|---|---|---|
| | | | | **Claims Classification** | |
| 5966 | 11/28/2012 | The State of Texas | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 5972 | 11/28/2012 | The State of Texas | Residential Capital, LLC | UNLIQUIDATED | |
| 5973 | 11/28/2012 | The State of Texas | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6006 | 11/29/2012 | State of Missouri | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6007 | 11/29/2012 | State of Missouri | Residential Capital, LLC | UNLIQUIDATED | |
| 6008 | 11/29/2012 | State of Missouri | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6012 | 11/29/2012 | The State of North Carolina | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6013 | 11/29/2012 | The State of Texas | Residential Capital, LLC | UNLIQUIDATED | |
| 6016 | 11/29/2012 | The State of North Carolina | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6017 | 11/29/2012 | Office of the Nevada Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6019 | 11/29/2012 | State of Hawaii | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6020 | 11/29/2012 | State of Hawaii | Residential Capital, LLC | UNLIQUIDATED | |
| 6021 | 11/29/2012 | State of Idaho | Residential Capital, LLC | UNLIQUIDATED | |
| 6022 | 11/29/2012 | California Department of Justice | Residential Capital, LLC | UNLIQUIDATED | |
| 6023 | 11/29/2012 | State of Wisconsin | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6024 | 11/29/2012 | State of Wisconsin | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6026 | 11/29/2012 | State of New Mexico, ex rel. Attorney General Gary K. King | Residential Capital, LLC | $1.00 | |
| 6027 | 11/29/2012 | Mississippi Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6029 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6030 | 11/29/2012 | State of New York | Residential Capital, LLC | UNLIQUIDATED | |
| 6031 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6032 | 11/29/2012 | State of Florida, Department of Legal Affairs, Office of the Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6034 | 11/29/2012 | Mississippi Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6035 | 11/29/2012 | State of New York | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6037 | 11/29/2012 | Illinois Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6038 | 11/29/2012 | Illinois Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6040 | 11/29/2012 | Mississippi Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6041 | 11/29/2012 | State of New York | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6042 | 11/29/2012 | State of Wisconsin | Residential Capital, LLC | UNLIQUIDATED | |
| 6044 | 11/29/2012 | Oregon Department of Justice | GMAC-RFC Holding Company, LLC | UNLIQUIDATED | |
| 6045 | 11/29/2012 | Oregon Department of Justice | GMAC Model Home Finance I, LLC | UNLIQUIDATED | |
| 6046 | 11/29/2012 | Oregon Department of Justice | GMAC Mortgage USA Corporation | UNLIQUIDATED | |
| 6047 | 11/29/2012 | Oregon Department of Justice | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6048 | 11/29/2012 | Oregon Department of Justice | GMAC Residential Holding Company, LLC | UNLIQUIDATED | |
| 6049 | 11/29/2012 | Oregon Department of Justice | RAHI B, LLC | UNLIQUIDATED | |
| 6050 | 11/29/2012 | Oregon Department of Justice | RAHI A, LLC | UNLIQUIDATED | |
| 6051 | 11/29/2012 | Oregon Department of Justice | PATI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6052 | 11/29/2012 | Oregon Department of Justice | GMAC RH Settlement Services, LLC | UNLIQUIDATED | |
| 6053 | 11/29/2012 | Oregon Department of Justice | GMACM Borrower LLC | UNLIQUIDATED | |
| 6054 | 11/29/2012 | Oregon Department of Justice | GMACM REO LLC | UNLIQUIDATED | |
| 6055 | 11/29/2012 | Oregon Department of Justice | GMACR Mortgage Products, LLC | UNLIQUIDATED | |
| 6056 | 11/29/2012 | Oregon Department of Justice | HFN REO Sub II, LLC | UNLIQUIDATED | |
| 6057 | 11/29/2012 | Oregon Department of Justice | Home Connects Lending Services, LLC | UNLIQUIDATED | |
| 6058 | 11/29/2012 | Oregon Department of Justice | Homecomings Financial Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6059 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Ohio, LLC | UNLIQUIDATED | |
| 6060 | 11/29/2012 | Oregon Department of Justice | Homecomings Financial, LLC | UNLIQUIDATED | |
| 6061 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Alabama, LLC | UNLIQUIDATED | |
| 6062 | 11/29/2012 | Oregon Department of Justice | Ladue Associates, Inc. | UNLIQUIDATED | |
| 6063 | 11/29/2012 | Oregon Department of Justice | Residential Asset Securities Corporation | UNLIQUIDATED | |
| 6064 | 11/29/2012 | Oregon Department of Justice | Passive Asset Transactions, LLC | UNLIQUIDATED | |
| 6065 | 11/29/2012 | Oregon Department of Justice | PATI A, LLC | UNLIQUIDATED | |
| 6066 | 11/29/2012 | Oregon Department of Justice | PATI B, LLC | UNLIQUIDATED | |
| 6067 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Securities I, Inc. | UNLIQUIDATED | |
| 6068 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Exchange, LLC | UNLIQUIDATED | |
| 6069 | 11/29/2012 | Oregon Department of Justice | Residential Asset Mortgage Products, Inc. | UNLIQUIDATED | |
| 6070 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services, LLC | UNLIQUIDATED | |
| 6071 | 11/29/2012 | Oregon Department of Justice | Residential Accredit Loans, Inc. | UNLIQUIDATED | |
| 6072 | 11/29/2012 | Oregon Department of Justice | Residential Consumer Services of Texas, LLC | UNLIQUIDATED | |
| 6073 | 11/29/2012 | Oregon Department of Justice | RCSFJV2004, LLC | UNLIQUIDATED | |
| 6074 | 11/29/2012 | Oregon Department of Justice | RFC SFJV-2002, LLC | UNLIQUIDATED | |
| 6075 | 11/29/2012 | Oregon Department of Justice | RFC REO LLC | UNLIQUIDATED | |
| 6076 | 11/29/2012 | Oregon Department of Justice | RFC Construction Funding, LLC | UNLIQUIDATED | |
| 6077 | 11/29/2012 | Oregon Department of Justice | RAHI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6078 | 11/29/2012 | Oregon Department of Justice | RFC Borrower LLC | UNLIQUIDATED | |
| 6079 | 11/29/2012 | Oregon Department of Justice | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6080 | 11/29/2012 | Oregon Department of Justice | RFC Asset Management, LLC | UNLIQUIDATED | |
| 6081 | 11/29/2012 | Oregon Department of Justice | Residential Capital, LLC | UNLIQUIDATED | |
| 6082 | 11/29/2012 | Oregon Department of Justice | RFC Asset Holdings II, LLC | UNLIQUIDATED | |
| 6083 | 11/29/2012 | Oregon Department of Justice | RFC-GSAP Servicer Advance, LLC | UNLIQUIDATED | |
| 6084 | 11/29/2012 | Oregon Department of Justice | ditech, LLC | UNLIQUIDATED | |
| 6085 | 11/29/2012 | Oregon Department of Justice | DOA Holding Properties, LLC | UNLIQUIDATED | |
| 6086 | 11/29/2012 | Oregon Department of Justice | Residential Mortgage Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6087 | 11/29/2012 | Oregon Department of Justice | DOA Properties IX (Lots-Other), LLC | UNLIQUIDATED | |
| 6088 | 11/29/2012 | Oregon Department of Justice | Residential Funding Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6089 | 11/29/2012 | Oregon Department of Justice | Residential Funding Mortgage Securities II, Inc. | UNLIQUIDATED | |
| 6090 | 11/29/2012 | Oregon Department of Justice | EPRE LLC | UNLIQUIDATED | |
| 6091 | 11/29/2012 | Oregon Department of Justice | Equity Investment I, LLC | UNLIQUIDATED | |
| 6092 | 11/29/2012 | Oregon Department of Justice | ETS of Virginia, Inc. | UNLIQUIDATED | |
| 6093 | 11/29/2012 | Oregon Department of Justice | ETS of Washington, Inc. | UNLIQUIDATED | |
| 6094 | 11/29/2012 | Oregon Department of Justice | Executive Trustee Services, LLC | UNLIQUIDATED | |
| 6125 | 11/30/2012 | The State of Nebraska | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6140 | 11/30/2012 | The State of Nebraska | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6144 | 11/30/2012 | The State of Nebraska | Residential Capital, LLC | UNLIQUIDATED | |
| 6153 | 11/30/2012 | State of Ohio | Residential Capital, LLC | UNLIQUIDATED | |

Residential Capital, LLC, et al.
Listing of State Attorney General "Consent Judgment" Claims

| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Claims Classification Unsecured | Secured |
|---|---|---|---|---|---|
| 6159 | 11/30/2012 | State of Indiana | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6161 | 11/30/2012 | State of Indiana | Residential Capital, LLC | UNLIQUIDATED | |
| 6162 | 11/30/2012 | State of Indiana | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6163 | 11/30/2012 | State of Arizona and its Agencies | RFC Borrower LLC | UNLIQUIDATED | |
| 6164 | 11/30/2012 | State of Arizona and its Agencies | RFC Construction Funding, LLC | UNLIQUIDATED | |
| 6165 | 11/30/2012 | State of Arizona and its Agencies | RFC REO LLC | UNLIQUIDATED | |
| 6166 | 11/30/2012 | State of Ohio | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6167 | 11/30/2012 | State of Arizona and its Agencies | RFC SFJV-2002, LLC | UNLIQUIDATED | |
| 6168 | 11/30/2012 | State of Arizona and its Agencies | RFC Asset Holdings II, LLC | UNLIQUIDATED | |
| 6169 | 11/30/2012 | State of Arizona and its Agencies | RFC Asset Management, LLC | UNLIQUIDATED | |
| 6170 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6171 | 11/30/2012 | State of Arizona and its Agencies | Residential Mortgage Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6172 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Securities I, Inc. | UNLIQUIDATED | |
| 6174 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Exchange, LLC | UNLIQUIDATED | |
| 6175 | 11/30/2012 | State of Arizona and its Agencies | RFC-GSAP Servicer Advance, LLC | UNLIQUIDATED | |
| 6176 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services, LLC | UNLIQUIDATED | |
| 6177 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Mortgage Securities II, Inc. | UNLIQUIDATED | |
| 6178 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Alabama, LLC | UNLIQUIDATED | |
| 6179 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Ohio, LLC | UNLIQUIDATED | |
| 6180 | 11/30/2012 | State of Arizona and its Agencies | Residential Consumer Services of Texas, LLC | UNLIQUIDATED | |
| 6181 | 11/30/2012 | State of Arizona and its Agencies | Residential Accredit Loans, Inc. | UNLIQUIDATED | |
| 6182 | 11/30/2012 | State of Arizona and its Agencies | Residential Asset Mortgage Products, Inc. | UNLIQUIDATED | |
| 6183 | 11/30/2012 | State of Arizona and its Agencies | Residential Asset Securities Corporation | UNLIQUIDATED | |
| 6184 | 11/30/2012 | State of Arizona and its Agencies | RAHI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6185 | 11/30/2012 | State of Arizona and its Agencies | RCSFJV2004, LLC | UNLIQUIDATED | |
| 6186 | 11/30/2012 | State of Arizona and its Agencies | RAHI B, LLC | UNLIQUIDATED | |
| 6187 | 11/30/2012 | State of Arizona and its Agencies | PATI Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6188 | 11/30/2012 | State of Arizona and its Agencies | RAHI A, LLC | UNLIQUIDATED | |
| 6189 | 11/30/2012 | State of Arizona and its Agencies | Passive Asset Transactions, LLC | UNLIQUIDATED | |
| 6190 | 11/30/2012 | State of Arizona and its Agencies | PATI A, LLC | UNLIQUIDATED | |
| 6191 | 11/30/2012 | State of Arizona and its Agencies | PATI B, LLC | UNLIQUIDATED | |
| 6192 | 11/30/2012 | State of Arizona and its Agencies | Home Connects Lending Services, LLC | UNLIQUIDATED | |
| 6193 | 11/30/2012 | Office of Attorney General, State of North Dakota | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6194 | 11/30/2012 | State of Arizona and its Agencies | Homecomings Financial Real Estate Holdings, LLC | UNLIQUIDATED | |
| 6195 | 11/30/2012 | State of Arizona and its Agencies | Homecomings Financial, LLC | UNLIQUIDATED | |
| 6196 | 11/30/2012 | State of Arizona and its Agencies | GMACM REO LLC | UNLIQUIDATED | |
| 6197 | 11/30/2012 | State of Arizona and its Agencies | GMACR Mortgage Products, LLC | UNLIQUIDATED | |
| 6198 | 11/30/2012 | State of Arizona and its Agencies | HFN REO Sub II, LLC | UNLIQUIDATED | |
| 6199 | 11/30/2012 | State of Hawaii | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6200 | 11/30/2012 | State of Arizona and its Agencies | Equity Investment I, LLC | UNLIQUIDATED | |
| 6201 | 11/30/2012 | State of Arizona and its Agencies | Executive Trustee Services, LLC | UNLIQUIDATED | |
| 6202 | 11/30/2012 | State of Arizona and its Agencies | ETS of Washington, Inc. | UNLIQUIDATED | |
| 6203 | 11/30/2012 | State of Arizona and its Agencies | ETS of Virginia, Inc. | UNLIQUIDATED | |
| 6204 | 11/30/2012 | California Department of Justice | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6205 | 11/30/2012 | State of Arizona and its Agencies | GMAC Mortgage USA Corporation | UNLIQUIDATED | |
| 6206 | 11/30/2012 | State of New Jersey | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6207 | 11/30/2012 | State of Arizona and its Agencies | GMAC-RFC Holding Company, LLC | UNLIQUIDATED | |
| 6208 | 11/30/2012 | State of Arizona and its Agencies | GMAC Model Home Finance I, LLC | UNLIQUIDATED | |
| 6209 | 11/30/2012 | State of Utah | Residential Capital, LLC | UNLIQUIDATED | |
| 6210 | 11/30/2012 | State of Arizona and its Agencies | GMAC RH Settlement Services, LLC | UNLIQUIDATED | |
| 6211 | 11/30/2012 | Office of the Maryland Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6214 | 11/30/2012 | State of Arizona and its Agencies | GMACM Borrower LLC | UNLIQUIDATED | |
| 6215 | 11/30/2012 | State of Arizona and its Agencies | GMAC Residential Holding Company, LLC | UNLIQUIDATED | |
| 6216 | 11/30/2012 | State of Arizona and its Agencies | EPRE LLC | UNLIQUIDATED | |
| 6217 | 11/30/2012 | State of Arizona and its Agencies | DOA Holding Properties, LLC | UNLIQUIDATED | |
| 6218 | 11/30/2012 | Office of the Maryland Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6219 | 11/30/2012 | State of Arizona and its Agencies | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6220 | 11/30/2012 | State of Arizona and its Agencies | ditech, LLC | UNLIQUIDATED | |
| 6221 | 11/30/2012 | State of Arizona and its Agencies | Residential Capital, LLC | UNLIQUIDATED | |
| 6222 | 11/30/2012 | State of Arizona and its Agencies | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6223 | 11/30/2012 | State of Arizona and its Agencies | DOA Properties IX (Lots-Other), LLC | UNLIQUIDATED | |
| 6224 | 11/30/2012 | State of Arizona and its Agencies | Ladue Associates, Inc. | UNLIQUIDATED | |
| 6225 | 11/30/2012 | Office of the Maryland Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6229 | 11/30/2012 | Mississippi Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6230 | 11/30/2012 | Mississippi Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6232 | 11/30/2012 | Mississippi Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6233 | 11/30/2012 | Louisiana Attorney Generals Office | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6235 | 11/30/2012 | Louisiana Attorney Generals Office | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6239 | 11/30/2012 | The State of Michigan - Office of Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6241 | 11/30/2012 | State of Utah | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6242 | 11/30/2012 | State of Utah | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6243 | 11/30/2012 | Louisiana Attorney Generals Office | Residential Capital, LLC | UNLIQUIDATED | |
| 6244 | 11/30/2012 | The State of Michigan - Office of Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6247 | 11/30/2012 | The State of Delaware | Residential Capital, LLC | | UNLIQUIDATED |
| 6248 | 11/30/2012 | The State of Michigan - Office of Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6249 | 11/30/2012 | State of New Jersey | Residential Capital, LLC | UNLIQUIDATED | |
| 6250 | 11/30/2012 | The State of Delaware | GMAC Mortgage, LLC | UNLIQUIDATED | UNLIQUIDATED |
| 6251 | 11/30/2012 | Office of the Minnesota Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6252 | 11/30/2012 | Office of the Nevada Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6253 | 11/30/2012 | Office of the Minnesota Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6254 | 11/30/2012 | Office of the Minnesota Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6255 | 11/30/2012 | California Department of Justice | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6256 | 11/30/2012 | Office of the Nevada Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6263 | 11/30/2012 | Office of Attorney General, State of North Dakota | Residential Funding Company, LLC | UNLIQUIDATED | |

**Residential Capital, LLC, et al.**
**Listing of State Attorney General "Consent Judgment" Claims**

| | | | | Claims Classification | |
|---|---|---|---|---|---|
| Claim No | Date Filed | Claimant Name | Debtor Name per KCC | Unsecured | Secured |
| 6264 | 11/30/2012 | State of New Jersey | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6265 | 11/30/2012 | Office of Attorney General, State of North Dakota | Residential Capital, LLC | UNLIQUIDATED | |
| 6275 | 11/29/2012 | Commonwealth of Pennsylvania | Residential Capital, LLC | UNLIQUIDATED | |
| 6276 | 11/29/2012 | Commonwealth of Pennsylvania | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6287 | 12/3/2012 | Office of the Maryland Attorney General | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6288 | 12/3/2012 | Office of the Maryland Attorney General | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6289 | 12/3/2012 | Office of the Maryland Attorney General | Residential Capital, LLC | UNLIQUIDATED | |
| 6290 | 12/3/2012 | State of Ohio | GMAC Mortgage, LLC | UNLIQUIDATED | |
| 6314 | 12/3/2012 | State of Ohio | Residential Capital, LLC | UNLIQUIDATED | |
| 6327 | 11/29/2012 | Commonwealth of Pennsylvania | Residential Funding Company, LLC | UNLIQUIDATED | |
| 6396 | 12/11/2012 | State of New Mexico, ex rel. Attorney General Gary K. King | GMAC Mortgage, LLC | $1.00 | |