UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:  Residential Capital, LLC

                      Debtor

Case No.: 12-12020(MG)

Chapter ___

-----------------------------------------------------------x

                      Plaintiff

            v.

                      Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paul R. Collier, III, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Karla Brown, a third party Plaintiff in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Massachusetts and, if applicable, the bar of the U.S. District Court for the District of Masachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 18, 2014
_____, New York

*Mailing Address*:

678 Massachusetst Avenue, 3rd Floor
Cambridge, MA, 02139
E:paul.collier@paulcollierlawoffice.com
*E-mail address*: _____
*Telephone number*: (617) 441-3303

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:  Residential Capital, LLC

                                       Debtor

Case No.: 12-12020(MG)

Chapter 11

-----------------------------------------------------------x

                                    Plaintiff

                           v.

                                    Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paul R. Collier, III _____, to be admitted, *pro hac vice*, to represent Karla Brown _____, (the "Client") a third-party Plaintiff in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts ____ and, if applicable, the bar of the U.S. District Court for the _____ District of Massachusetts ____, it is hereby

**ORDERED**, that Paul R. Collier, III _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE