12-12020-mg    Doc 6798    Filed 04/18/14    Entered 04/18/14 17:05:38    Main Document
   Pg 1 of 2

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON REQUEST OF VERIZON BUSINESS NETWORK SERVICES INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM TO MAY 15, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Claim* [Docket No. 6253] previously scheduled to be heard on **April 24, 2014 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned by mutual agreement to **May 15, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

Dated:   April 18, 2014
         New York, NY

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        /s/  Joseph A. Shifer
                        Kenneth H. Eckstein
                        Douglas H. Mannal
                        Joseph A. Shifer
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Telephone: (212) 715-9100
                        Facsimile: (212) 715-8000

                        *Counsel for the ResCap Liquidating Trust*