**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: ) | Case No. 12-12020  (MG) |
| ) | Chapter 11 |
| ) | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC,   et al., ) |  |
| ) |  |
| Debtors ) |  |
| ) |  |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Paul R. Collier, III, to be admitted, pro hac vice, to represent Karla Brown, (the "Client") a third-party Plaintiff in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts and, if applicable, the bar of the U.S. District Court for the District of Massachusetts, it is hereby,

**ORDERED**, that Paul R. Collier, III , Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **April 21, 2014**              /s/Martin Glenn
        New York, New York        UNITED STATES BANKRUPTCY JUDGE