UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Residential Capital, LLC et al       :Chapter 11
Debtor                                       :Case No. 12-12020

## WITHDRAWAL OF PROOF OF CLAIM
## No.252  FILED 7/9/12
## BY HARTFORD FIRE INSURANCE COMPANY

1. On May 14, 2012, Residential Capital, LLC et al. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, Southern District of New York.

2. On July 9, 2012, Hartford Fire Insurance Company filed a Contingent/Unliquidated Proof of Claim, Claim no. 252, in the Debtor's Chapter 11 case.

WHEREFORE, Hartford Fire Insurance Company hereby withdraws the above-referenced Proof of Claim.

HARTFORD FIRE INSURANCE COMPANY

By_____
Hank D. Hoffman
Vice-President
The Hartford
Hartford Plaza
Hartford, CT  06115

Executed this 2nd day of ~~March~~ April 2014