**NORMA E. RODRIGUEZ**
14429 S. Cookacre Street
Compton, California 90221
Telephone No.: (310) 748-8008
Facsimile No.: (310) 748-8008

<u>Creditor, **NORMA E. RODRIGUEZ** *In Pro Se*</u>

[RECEIVED APR 17 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | **CHAPTER 11** |
|---|---|---|
| | ) | |
| | ) | **CASE NO. 12-12020 (MG)** |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | **CREDITOR, NORMA E. RODRIGUEZ'S DECLARATION IN SUPPORT OF HER TIMELY PROOF OF CLAIM;** |

<u>**DECLARATION OF CREDITOR NORMA E. RODRIGUEZ**</u>

I, **<u>NORMA E. RODRIGUEZ</u>**, the undersigned *Creditor In Pro Se*, hereby declare as follows:

1. I am *Creditor* for the County of Los Angeles in the State of California. I previously resided at: 3422 Hope Street in the Huntington Park,

1

Creditor, Norma E. Rodriguez's Declaration in Support of her Timely Proof of Claim

California 90255. Currently, I reside at: 14429 S. Cookacre Street in the City of Compton, California 90221.

2. In that capacity I am Creditor in the foregoing Declaration in support of her PROOF OF CLAIM dated January 15, 2014; and I make this declaration on my behalf for the reason that the material facts alleged therein are more within my personal knowledge.

3. I submit this declaration in support of this Declaration in support of her PROOF OF CLAIM dated January 15, 2014; that I have filed in this matter.

4. I have direct and first-hand personal knowledge of the facts contained within this declaration except as to those matters which are stated on information and belief and as to those matters I believe them to be true. If called upon to testify, I could and would competently testify thereto.

5. Attached as **EXHIBIT A"** is true and correct copy of that Notice of the Deadline and Procedures for Filing Certain Administrative Claims dated December 17, 2013.

6. **On December 30, 2013, creditor obtained copies of said Notice of the Deadline and Procedures for Filing Certain Administrative Claims dated December 17, 2013. In fact, debtors' attorneys of record sent copies of said Notice of the Deadline and Procedures for Filing Certain Administrative Claims to "incorrect" foreclosed residential address. As of December 1, 2013, I resided at 14429 S. Cookacre Street in the City of Compton, California 90255.**

7. Attached as **EXHIBIT "B"** is true and correct copy of that U.S. Postal Service Express Mail No. EI 460227983 US mailing receipt including a copy of that envelope addressed mailing information.

2

Creditor, Norma E. Rodriguez's Declaration in Support of her Timely Proof of Claim

8. Attached as **EXHIBIT "C"** is true and correct copy of that PROOF OF CLAIM dated January 15, 2014 including copies of supporting documents.

8. Thereafter, I served copy of that PROOF OF CLAIM dated January 15, 2014 via U.S. Postal Service Express Mail No. EI 460227983 US including a correspondence and supporting documents to: ATTN: ResCap Claims Processing Center, c/o KCC, P.O. BOX 5004, Hawthorne, California 90250. As a result, PROOF OF CLAIM was returned as NOT DELIVERABLE AS ADDRESSED.

**I declare (or certify, verify, or state) under penalty of perjury in the State of California, and of the United States, that the foregoing is true and correct.**

Executed this 2nd day of February, 2014, at the City of Los Angeles, California.

Dated: February 2, 2014

///

By: *Norma E Rodriguez*
**NORMA E. RODRIGUEZ**
*Creditor In Pro Se*

---

3

Creditor, Norma E. Rodriguez's Declaration in Support of her Timely Proof of Claim