# EXHIBIT "B"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

ATTN: ResCap Claims Processing Center
c/o KCC
P.O. Box 5004
Hawthorne, CA 90250

[Postmark: JAN 16 2014]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
EI 460 227 983 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**PRESS HARD. YOU ARE MAKING 3 COPIES.**

**USPS EXPRESS MAIL**

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 90063
Date Accepted: Mo. 1 Day 16 Year 14
Time Accepted: 5:24 ☒ PM
Flat Rate ☐ or Weight: lbs. 4 ozs.

Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Scheduled Date of Delivery: Month 1 Day 17
Scheduled Time of Delivery: ☒ Noon ☐ 3 PM
Military: ☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code

Postage: $19.95
Return Receipt Fee: $2.55
COD Fee / Insurance Fee:
Total Postage & Fees: $22.50
Acceptance Emp. Initials: [signature]

FROM: (PLEASE PRINT) PHONE (310) 748-3998
Norma E. Rodriguez-Cookacre
14429 S. Cookacre
Compton, CA 90221

TO: (PLEASE PRINT) PHONE
ResCap Claims
P.O. Box 5004
Hawthorne, CA 90250

[Stamp: NO DELIVERY - RETURNED TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD]

DELIVERY (POSTAL USE ONLY)
Delivery Attempt: Mo. 1 Day 17 Time ___ ☐ AM ☐ PM   Employee Signature
Delivery Attempt: Mo. Day Time ___ ☐ AM ☐ PM   Employee Signature
Delivery Date: Mo. Day Time ___ ☐ AM ☐ PM   Employee Signature

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE®

**Customer Copy** — Label 11-B, March 2004

**Post Office To Addressee**

EI 460227983 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 90063
- Date Accepted: Mo. 1 Day 16 Year 14
- Time Accepted: 1:21 PM
- Flat Rate or Weight: lbs. 4 ozs.
- Day of Delivery: ☒ Next
- Postage: $19.95
- Scheduled Date of Delivery: Month 1 Day 7
- Return Receipt Fee: $2.55
- Scheduled Time of Delivery: ☒ Noon
- Total Postage & Fees: $22.50
- Acceptance Emp. Initials: no

**DELIVERY (POSTAL USE ONLY)** — (blank)

**CUSTOMER USE ONLY**

FROM: Norma E. Rodriguez
14429 S. Cookacre
Compton, CA 90221
PHONE: 310-743-5008

TO: ResCap Claims
P.O. Box 5004
Hawthorne, CA 90250

ZIP+4: 90250

FOR PICKUP OR TRACKING Visit www.usps.com Call 1-800-222-1811