## (PROOF OF SERVICE BY MAIL - 1013a and 2015.5 C.C.P.)

I, Mr. David R. Miranda, the undersigned declares:

I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business or residence is: 920 North Eastman Avenue, Los Angeles, California 90063.

On of: **February 10, 2014,** at the direction of Creditor Norma E. Rodriguez, I served a true and correct copy, with all exhibits, of the following document ( s ) described as:

**CREDITOR NORMA E. RODRIGUEZ'S DECLARATION IN SUPPORT OF HER TIMELY PROOF OF CLAIM;**

on the party or parties named below, by placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

### SERVICE LIST
*In Re: Residential Capital, LLC et al.,*
UNITED STATES BANKRUPTCY COURT NO. 12-12020 (MG)

| | |
|---|---|
| **Residential Capital, LLC** c/o KCC 2335 Alaska Ave El Segundo, California 90245 | Direct: Facsimile: For *Debtors*, RESIDENTIAL CAPITAL, LLC. |
| **Gary S. Lee, Esq.** **Lorenzo Marinuzzi, Esq.** **Todd M. Goren, Esq.** **Jennifer L. Marines, Esq.** MORRISON & FOERSTER LLP 1290 Avenue of the Americas New York, New York  10104 | Direct: (212) 336-4323 Facsimile: (212) 468-7900 For *Debtors*, RESIDENTIAL CAPITAL, LLC. |

1

Creditor's Proof of Service by Mail

Kenneth H. Eckstein, Esq.  
Douglas H. Mannal, Esq.  
Stephen D. Zide, Esq.  
Rachael L. Ringer, Esq.  
KRAMER LEVIN NAFTALIS &  
FRANKEL LLP  
1177 Avenue of the Americas  
New York, New York  10036

Direct: (212) 715-3280  
Facsimile: (212) 715-8000  
For *Debtors*, RESIDENTIAL CAPITAL, LLC.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the State of California, and of the United States, that the foregoing is true and correct and that this declaration was executed on **February 10, 2014**, at *Los Angeles, California.*

**DAVID R. MIRANDA**