The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** — **PROOF OF CLAIM**

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al**

Name and address where notices should be sent:    NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101  **91001**

Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

Name and address where payment should be sent (if different from above):
**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**
Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim. **7457, 7453, 7407, 7321, 7163, 7172, 7310**
Court Claim Number: **7461**
(If known)
Filed on: **3/28/2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **$22,414,193.12**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. **8.2507 %**

2. Basis for Claim: **Issuer of Promissory notes for $612,000.00 tendered on 10/27/2006**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **760-8**
3a. Debtor may have scheduled account as: **N/A**
3b. Uniform Claim Identifier (optional): _____

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☒Other
Describe:
Value of Property: **$612,000.00**    Annual Interest Rate **8.2507%** ☐ Fixed ☐ Variable (when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ **N/A**    Basis for perfection: **N/A**
Amount of Secured Claim: $ **$22,414,193.12**    Amount Unsecured: $ **N/A**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ **$22,414,193.12**

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ **N/A**    (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **For & On Public Record, 2nd Declaration of Commercial Claim By AFFIDAVIT**

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Walter Olszewski**
Title: **Executor & Secured Issuer of the Credit**
Company: **Standing and Power of Attorney**
(Signature)  *Walter Olszewski* 4-10-14
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**
**626 798-4422**    *johnotrin@earthlink.net*
Telephone number:    Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED APR 14 2014 U.S. BANKRUPTCY COURT

RECEIVED APR 11 2014 KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

SEE ATTACHED NOTARIAL CERTIFICATE(S)

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1_____
2_____
3_____
4_____
5_____
6_____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

State of California
County of Los Angeles

Subscribed and sworn to ~~(or affirmed)~~ before me
on this 10th day of April, 2014,
by
(1) Walter Olszewski
(2)_____
_Name(s) of Signer(s)_

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
_Signature of Notary Public_

_Place Notary Seal Above_

———— **OPTIONAL** ————

_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: Proof of Claim
Document Date: April 10th, 2014     Number of Pages: 1
Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910

RECEIVED
APR 11 2014
KURTZMAN CARSON CONSULTANTS

# JURAT

State of California

County of __Los Angeles__ } SS.

Subscribed and sworn to (or affirmed) before me on this __10th__ day of __APRIL__, 20__14__, by __Walter Olszewski__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RECEIVED
APR 1 1 2014
KURTZMAN CARSON CONSULTANTS

[Notary Seal: TANYA LLANES TARVER, Comm. # 1972366, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Exp. Mar. 17, 2016]

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**
- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER _____ TITLE(S)
- [ ] PARTNER(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER: _____

**DESCRIPTION OF ATTACHED DOCUMENT**

__Proof of Claim__
TITLE OR TYPE OF DOCUMENT

__2__
NUMBER OF PAGES

__APRIL 10th 2014__
DATE OF DOCUMENT

OTHER

RIGHT THUMBPRINT OF SIGNER   [Top of thumbprint here]

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Walter Olszewski
CREDITOR SECURED PARTY          **SECOND NOTICE** Registered Mail # <u>RE 589 684 421 US</u>
**(This is a verified plain statement of fact)**
ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al, Debtors          CASE # 12-12032 (MG)

<u>**Honorable Martin Glenn**</u>          Certified Mail 7013 2250 0002 0065 2375
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

**Mr. Jeffrey Brodsky, CPA**          Certified Mail 7013 2250 0002 0065 2368
**Quest Turnaround Advisors**          *jbrodsky@qtadvisors.com*
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

**Kenneth H. Eckstein, Esq.**          Certified Mail 7013 2250 0002 0065 2351
KRAMER LEVIN NAFTALIS & FRANKEL, LLP          *keckstein@kramerlevin.com*
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba          Certified Mail 7013 2250 0002 0065 2344
**RESIDENTIAL CAPITAL,LLC** et al and any successors.
Suite 175, 8400 Normandale Lake Blvd.          *tammy.hamzehpour@rescapestate.com*
Bloomington, Mn. 55437-1069

The ResCap Borrower Claims Trust dba Libellees          Certified Mail 7013 2250 0002 0065 2337
Polsinelli PC, 900 Third Avenue, 21st Floor          *Claims.management@rescapestate.com*
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee and any successors.

**MORRISON & FOERSTER LLP** dba Libellees **SECOND NOTICE** Registered Mail # <u>RE 589 684 421 US</u>
1290 Avenue of the Americas          *glee@mofo.com*
New York, New York 10104          Certified Mail 7013 2250 0002 0065 2320
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L.
Marine, Libellee, Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi,
Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building          Certified Mail 7013 2250 0002 0065 2313
201 Varick Street, Suite 1006          *Linda.Riffkin@usdoj.gov*
New York, New York, 10014          *Brian.Masumoto@usdoj.gov*
Att. Linda A. Riffkin & Brian S. Masumoto

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue          Certified Mail 7013 2250 0002 0065 2306
NW, Washington, DC 20530-0001          *AskDOJ@usdoj.gov*
Att: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341          Certified Mail 7013 2250 0002 0065 2290
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.          *enid.stuart@OAG.State.NY.US*

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza          Certified Mail 7013 2250 0002 0065 2283
New York, New York 10007          *joseph.cordaro@usdoj.gov*          RECEIVED
Att: Joseph N. Cordaro, Esq.
                                                                      APR 11 2014

Page 1of 5
SECOND NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW
                                                          KURTZMAN CARSON CONSULTANTS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Walter Olszewski
CREDITOR SECURED PARTY                               SECOND NOTICE   Registered Mail # RE 589 684 421 US

(This is a verified plain statement of fact)
ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al, Debtors                    CASE # 12-12032 (MG)



Walter Olszewski Creditor Secured Party
Los Angeles County
The State of California
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL
### CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY
### 28 U.S.C. §1333, §2461 and §2463

File # **INCLUSIVE INVOICE for CASE # 12-12032;** ONE COURT CLAIM # 7461 with Amendments Inclusive of
Numbers #7457 # 7453 #7407 #7163 #7172 #7310 # 7321

Date: April 10, 2014

| | |
|---|---|
| Declarant: | walter; olszewski, Creditor Secured Party,<br>C/o Tanya-Llanes; Tarver, Notary Acceptor<br>P.O BOX 50202<br>Pasadena [91105] California |
| Respondent: | **MORRISON & FOERSTER LLP et al dba RESIDENTIAL CAPITAL, LLC. et al dba GMAC MORTGAGE, et al dba HOMECOMING FINANCIAL, LLC et al, Libellees and the listed dba Libellees any successors.**   Mail Carrier:<br>1290 Avenue of the Americas<br>New York, New York 10104 |

| | |
|---|---|
| dba GARY S. LEE | Co-chair of the Finance Department of Morrison & Foerster LLP |
| dba NORMAN S. ROSENBAUM | Counsel to Residential Capital and its affiliates |
| dba JORDAN A. WISHNEW | Counsel to Residential Capital and its affiliates |
| dba JENNIFER L. MARINES | Counsel to Residential Capital and its affiliates |
| dba ALEXANDRA STEINBERG BARRAGE | Counsel to Residential Capital and its affiliates |
| dba TODD M. GROEN | Counsel to Residential Capital and its affiliates |
| dba LORENZO MARINUZZI | Counsel to Residential Capital and its affiliates |
| dba JOSEPH MORROW | Supervisor at KCC |
| dba DANIEL J. FLANIGAN | The ResCap Borrower Claims Trust |
| dba PETER S. KRAVITZ | The ResCap Borrower Claims Trust |
| dba DEANNA HORST | Chief Claims Officer for Residential Capital, LLC |
| dba TAMMY HAMZEHPOUR | General Counsel- Residential Capital LLC et al |

In care of:
GARY S. LEE                                                                                    Libellee is charged with distributing
**(Lead counsel to Residential Capital and its affiliates)**    copies to all other named Libellees.

**Affiants States: FACT:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

RECEIVED
APR 1 1 2014

SECOND NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

KURTZMAN CARSON CONSULTANTS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Walter Olszewski
CREDITOR SECURED PARTY                                    **SECOND NOTICE**   Registered Mail # RE 589 684 421 US
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al, Debtors                    CASE # 12-12032 (MG)

## Maxims of Lawe:

*All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.*

*Truth as a valid statement of reality is sovereign in commerce.*

*An unrebutted affidavit stands as truth in commerce.*

*An unrebutted affidavit is acted upon as the judgment in commerce.*

*Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.*

*(Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)*

*All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.*

*The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.*

*The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.*

*Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).*

*In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.*

*If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days then it must pay the full face value of a defaulted Lien process (at 90 days)*

*Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.*

*Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bon*
*A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.*

*Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.*

*It is tax fraud to use Courts to settle a dispute/controversy, which could be settled peacefully outside of or without the Court.*

*An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.*

*An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.*

*It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.*

## Notice to agent is notice to principal; notice to principal is notice to agent.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

RECEIVED

APR 1 1 2014

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Walter Olszewski
CREDITOR SECURED PARTY                                    SECOND NOTICE    Registered Mail #  RE 589 684 421 US
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

# DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al, Debtors                CASE # 12-12032 (MG)

## SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW
## NOTICE OF FAULT-OPPORTUNITY TO CURE

Affiants States: FACT: Truth as a valid statement of reality is sovereign in commerce. **Libellees** unrebutted affidavit stands as truth in commerce. **Libellees** unrebutted affidavit is acted upon as the judgment in commerce. **All replies must be made by Affidavit.** All other replies (example Exhibit "E") have and will be certified as a non-response, and in dishonor.

Affiants States: FACT: In reference to Exhibit E; email dated March 12,2014, RESCAP – MORRISON I FOESTER, **Libellees** :(1.) the court does not accept emails for filing. (2) **Libellees unrebutted affidavit agreed that Libellant affidavits provided sufficient support for Libellant's "Basis for Claim",** and (3) Libellees has no rights to object to this Claim on any basis at any future point in time as they are in Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter and I do believe the above described acts to have been committed contrary to lawe.

Affiants States: FACT: In reference to emails, Deanna Marie Anderson, Courtroom Deputy to the Honorable Martin Glenn stated: *"... our policy is not to accept documents by email or fax, and ... will not be accepted for filing."*

Affiants States: FACT: In reference to Doc 6670 FILED 03/19/14, RESIDENTIAL CAPITAL, LLC, et al, Debtors, Borrower Claim Trust **has no rights to object to this Claim** on any basis at any future point in time as they are in Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter and I do believe the above described acts to have been committed contrary to law.

Affiants States: FACT: Libellees violations (Exhibit "E") are deemed a trespass and enlarge the value of the claim by 10 times for compensatory and punitive damages based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

Affiants States: FACT: Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain of $ **Twenty-two million four-hundred and fourteen thousand, one-hundred ninety-three DOLS twelve CTS ($22,414,193.12) USD** as evidenced in Libellant's Accounting and True Bill and Agreement/Contract of a Debt INFACT.

Affiants States: FACT: Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/Contract, File# **ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321,** will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Affiants States: FACT: Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Affiants States: FACT: All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral, is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

Affiants States: FACT: *"For and on the Pubic record I am the executor of the Estate Trust Account WALTER OLSZEWSKI (XXX XX 9363) and in reference to Court Case 12-12020-mg RESIDENTIAL CAPITAL, LLC, et al* RECEIVED

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Walter Olszewski
CREDITOR SECURED PARTY                                    SECOND NOTICE  Registered Mail # RE 589 684 421 US
(This is a verified plain statement of fact)
ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

## DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT

In Re: RESIDENTAL CAPITAL, LLC et al, Debtors                    CASE # 12-12032 (MG)

*Debtors and Borrower Claim Trust et al has no rights to object to Libellant Claim (Court Documents 6504, 6615, 6693, 6734 and 6744) on any basis at this time or any future point in time as they are in Collateral Estoppel, Estoppel by Acquiescence and Res Judicatta in this matter and therefore the Affiant Demands: That the Judge find the facts and make conclusions of lawe based on the evidence.*

**Affiants States: FACT:** All responses are required U.S. Mail Registered to be served upon the Declarant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

walter; olszewski, Creditor Secured Party           walter; olszewski, Creditor Secured Party
C/o 104 West Loma Alta Drive                        C/o Tanya-Llanes; Tarver, Notary Acceptor
Altadena [91001] California                         P.O BOX 50202, Pasadena [91105] California

### COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

I certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary Public
My name is **non-negotiable**;
All rights reserved without prejudice.

RECEIVED
APR 1 1 2014
KURTZMAN CARSON CONSULTANTS

walter: olszewski, affiant
Executor, Libellant, Secured Issuer of the Credit; agent, U.C.C. 3-402 (b)(1)

This document is hereby Notarized Without Wavier or Prejudice as to Rights

JURAT

state of California          )
                             ) ss.
county of Los Angeles        )

Notary Seal: [TANYA LLANES TARVER COMM. # 1972366 NOTARY PUBLIC-CALIFORNIA LOS ANGELES COUNTY My Comm. Exp. Mar. 17, 2016]

[TANYA LLANES TARVER COMM. # 1972366 NOTARY PUBLIC-CALIFORNIA LOS ANGELES COUNTY My Comm. Exp. Mar. 17, 2016]

Subscribed and sworn to before me on April 10, 2014

**walter: olszewski**
Proved to me on her basis of satisfactory evidence
to be the person who appeared before me.

Signature of Notary Public in and for said State
Tarver Tanya Llanes
Printed Name of Notary
My commission Expires: **March 17, 2016**

**LAWE NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Page 5 of 5
SECOND NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

SEE ATTACHED
NOTARIAL CERTIFICATE(s)

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____ RECEIVED
4. _____ APR 11 2014
5. _____ KURTZMAN CARSON CONSULTANTS
6. _____

*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

State of California

County of __LOS ANGELES__

Subscribed and sworn to (or affirmed) before me on this __10TH__ day of __APRIL__, 20__14__,
by
(1) __WALTER OLSZEWSKI__
(2) _____
*Name(s) of Signer(s)*

[Notary Seal: JOHN RAMIREZ, Commission # 1989476, Notary Public - California, Los Angeles County, My Comm. Expires Aug 26, 2016]

*Place Notary Seal Above*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

State of California
County of Los Angeles

Subscribed and sworn to (~~or affirmed~~) before me on this 10th day of April, 2014,
by
(1) Walter Olszewski
(2) _____
*Name(s) of Signer(s)*

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

*Place Notary Seal Above*

——————— **OPTIONAL** ———————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Declaration of Commercial Claim by Affidavit
Document Date: April 10th, 2014        Number of Pages: 7pgs
Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

RECEIVED
APR 11 2014
KURTZMAN CARSON CONSULTANTS



ResCap                                     MORRISON | FOERSTER

# Exhibit "E"
### PAGE 1 OF 2

March 12, 2014

**Claim Number: 7453 (that amends and supersedes claim numbers 7163, 7172, 7310, 7321 and 7407)**

Dear Mr. Olszewski:

We received your response to the objection to Claim Nos. 7163 and 7172 as being late-filed (the "Late-Filed Objection"). After further review, the ResCap Borrower Claims Trust, as successor in interest to the Debtors[1] (the "Trust") as it relates to Borrower Claims, intends to advise the Bankruptcy Court that the Trust's objection as to those two claims is being withdrawn, and so, the Trust will not pursue the Late-Filed Objection as to these two claims during the hearing scheduled for March 26, 2014 at 10:00 a.m. EST. Please note that the withdrawal of the Late-Filed Objection by the Trust does not mean that the Trust acknowledges the validity of Claim Nos. 7163 and 7172 and reserves its rights to contest the allowance of those claims on other grounds.

**The Information We Need From You Regarding Your Proofs of Claim:**
Notwithstanding the withdrawal of the Late-Filed Objection, after reviewing the Proof of Claim forms and any accompanying documents, we have determined that you did not provide sufficient information to support your "Basis for Claim" and we do not have sufficient information to understand the calculations you used to determine the amount you claim to be owed. In order to evaluate your claim, we need to understand the specific reasons as to why you believe the Debtors owed you money before May 14, 2012 (the date when the Debtors sought bankruptcy protection). Please reply using the attached form and provide a written explanation, with supporting documentation, and include a detailed explanation of how you calculated the amount of your claim.

As part of your submission of documentation and an explanation in support of your claims, please address the following:

A. In Claim No. 7453, you assert a secured claim of $22,414,193.12 against GMAC Mortgage, LLC, which consists of the following purported damages:

| | |
|---|---|
| Unexplained Damages | $2,037,653.92 |
| Punitive Damages | $20,376,539.20 (equal to "Ten times" unexplained damages) |
| Total Claim | $22,414,193.12 |

1. Please provide a complete itemization of the unexplained damages of $2,037,653.92. The itemization should include i) an explanation for the factual and legal bases for Debtors' liability to you for this sum, and ii) the date(s) when the itemized damages occurred or became due to you.

---

[1] Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG).

Residential Capital, LLC    P.O. Box 385220  Bloomington, Minnesota  55438

RECEIVED
APR 1 1 2014
KURTZMAN CARSON CONSULTANTS

2. Please explain the legal basis for your assertion that Debtor is liable for punitive damages equal to "ten times" your alleged damages.

B. You acknowledge that you "had paid off" a loan "with Homecomings LLC", but the claims you have asserted are against GMAC Mortgage LLC.

3. Please identify the basis of GMAC Mortgage LLC's purported liability to you.

C. You assert that the entire claim amount is a priority claim under section 507 of the Bankruptcy Code.

4. On what basis do you have a priority claim? If you believe you have a secured claim, please explain and provide evidence of your lien or security interest against the Debtors' property that gives you the right to be paid from that collateral.

D. You make reference to a consent judgment against one or more of the Debtors in connection with case 1:12-cv-00361 "United States of America, et al. (Plaintiffs) v. Bank of America Corp. et al. (Defendants).

5. Please provide an explanation as to why you are entitled to any compensation from your proof of claim in connection with the consent judgment.

**You Must Respond to this Letter by no Later Than April 12, 2014**:
In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you **must** respond to this letter by no later than April 12, 2014 with an explanation stating the legal and factual reasons why you believe you are owed money or are entitled to other relief from one or more of the Debtors as of May 14, 2012. You **must** provide copies of any and all documentation that you believe supports the basis for and amount of your claim. A form is included with this letter to assist you in responding to our request for additional information.

**Consequences of Failing to Respond**:
If you do not provide the requested information regarding the basis for and amount of your claim and the supporting documentation by April 12, 2014, then the Trust may file a formal objection to your Proofs of Claim on one or more bases, including that you failed to provide sufficient information and documentation to support your claim. If the Trust files such an objection and it is successful, your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for and amount of your claim.

**For Those With a Mortgage Loan Originated or Serviced by One of the Debtors**:
If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and any documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

# Exhibit "E"
PAGE 2 OF 2

Residential Capital, LLC    P.O. Box 385220  Bloomington, Minnesota  55438

RECEIVED

APR 1 1 2014

KURTZMAN CARSON CONSULTANTS

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## OF COMMERCIAL CLAIM FOR AND ON THE PUBLIC RECORD

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF walter Olszewski
CREDITOR SECURED PARTY                SECOND NOTICE  Registered Mail #___RE 589 684 421 US_____

ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321

*This is a verified plain statement of fact*

In Re: RESIDENTAL CAPITAL, LLC et al,                    CASE # 12-12032 (MG)
Debtors and Borrower Claim Trust et al                    Assigned Judge Martin Glenn

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

## PROOF OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

April 10, 2014

Honorable Martin Glenn                                    Certified Mail 7013 2250 0002 0065 2375
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

Mr. Jeffrey Brodsky, CPA                                  Certified Mail 7013 2250 0002 0065 2368
Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

Kenneth H. Eckstein, Esq.                                 Certified Mail 7013 2250 0002 0065 2351
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee dba                        Certified Mail 7013 2250 0002 0065 2344
RESIDENTIAL CAPITAL,LLC et al
Suite 175, 8400 Normandale Lake Blvd.
Bloomington, Mn. 55437-1069

The ResCap Borrower Claims Trust dba Libellees            Certified Mail 7013 2250 0002 0065 2337
Polsinelli PC, 900 Third Avenue, 21st Floor
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee

MORRISON & FOERSTER LLP dba Libellees                     SECOND NOTICE Registered Mail #___RE 589 684 421 US____
1290 Avenue of the Americas                               Certified Mail 7013 2250 0002 0065 2320
New York, New York 10104
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L. Marine, Libellee,
Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi, Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York, 10014
Att. Linda A. Riffkin & Brian S. Masumoto                 Certified Mail 7013 2250 0002 0065 2313

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr.             Certified Mail 7013 2250 0002 0065 2306

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.               Certified Mail 7013 2250 0002 0065 2290

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007 Att: Joseph N. Cordaro, Esq.     Certified Mail 7013 2250 0002 0065 2283

RECEIVED
APR 1 1 2014
KURTZMAN CARSON CONSULTANTS

DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT
SECOND NOTICE            PROOF OF SERVICE                                1

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
# OF COMMERCIAL CLAIM FOR AND ON THE PUBLIC RECORD

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF walter Olszewski**
**CREDITOR SECURED PARTY            SECOND NOTICE  Registered Mail # __RE 589 684 421 US__**
**ONE COURT CLAIM# 7461 with Amendments Inclusive of Numbers #7457 #7453 #7407 #7163 #7172 #7310 # 7321**

*This is a verified plain statement of fact*

**In Re: RESIDENTAL CAPITAL, LLC et al,**              **CASE # 12-12032 (MG)**
**Debtors and Borrower Claim Trust et al**              **Assigned Judge Martin Glenn**

KNOW ALL MEN BY THESE PRESENTS:

RE: Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION OF COMMERCIAL CLAIM BY AFFIDAVIT FOR AND ON THE PUBLIC RECORD for Walter Olszewski IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT, ALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE.

I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via **Registered Mail. All responses by any other means will be deemed and certified as a non-response.**

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not too prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver,</u> Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.

This record certifies that the above document was delivered via **Certified Mail** by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the-State of California.

**All replies must be made by Registered Mail addressed as follows to the correct addressee and to both correct locations:**

walter; olszewski, Creditor Secured Party          walter; olszewski, Creditor Secured Party
C/o 104 West Loma Alta Drive                       C/o Tanya-Llanes; Tarver, Notary Acceptor
Altadena [91001] California                         P.O BOX 50202, Pasadena [91105] California

All other replies will be certified as a non-response, and in dishonor.

April 10, 2014

Awaiting your timely response,
Regards,

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.



_____
Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires: March 17, 2016**

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**DECLARATION *FOR AND ON THE PUBLIC RECORD* BY AFFIDAVIT**       RECEIVED
**SECOND NOTICE              PROOF OF SERVICE**                          2

APR 1 1 2014

KURTZMAN CARSON CONSULTANTS