MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON APRIL 24, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.**    **SETTLED MATTER(S)**:

**1.**    Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6723]

   **Related Document(s)**:

   **a.**    Joint Stipulation Regarding Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction Filed at ECF 6723 [Docket No. 6784]

   **Response(s)**:    None.

   **Status**:    This matter has been settled.  No hearing is required.

ny-1138515

**II.     ADJOURNED MATTER(S)**

1.   Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

   **Related Document(s)**:

   a.   Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

   b.   [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

   c.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

   d.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

   e.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

   f.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

   g.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

   h.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

   i.   Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

|   |   |
|---|---|
|   | from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682] |
| **j.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948] |
| **k.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186] |
| **l.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348] |
| **m.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855] |
| **n.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120] |
| **o.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255] |
| **p.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751] |
| **q.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087] |
| **r.** | Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374] |

  **s.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

  **t.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**Response(s)**:

  **a.**  Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

  **Status**:  The hearing on this matter has been adjourned to May 29, 2014.

**2.**  Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

  **Related Document(s)**:

    **a.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

    **b.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

    **c.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

    **d.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

    **e.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

    **f.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

    **g.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

    **h.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

    **i.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6804]

**Response(s)**:

    **a.**    Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

    **b.**    Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

    **a.**    Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:    The hearing on this matter has been adjourned to May 15, 2014.

**3.**    Request of Verizon Business Network Services, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6253]

    **Related Document(s)**:

        **a.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to February 6, 2014 at 10:00 A.M. [Docket No. 6381]

        **b.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to February 20, 2014 at 10:00 a.m. [Docket No. 6434]

        **c.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to May 15, 2014 at 10:00 a.m. [Docket No. 6798]

**Response(s)**:

a. Objection of the Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6340]

    **(i)** Declaration of Deanna Horst in Support of Objection of The Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6341]

b. Statement of the Liquidating Trust in Connection with Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6502]

**Reply**:

a. Reply of Verizon Business Network Services Inc. In Support Of Request For Allowance And Payment Of Administrative Expense Claim [Docket No. 6372]

**Status**: The hearing on this matter has been adjourned to May 15, 2014.

I. **CONTESTED MATTER(S)**

1. Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

    **Related Document(s)**:

    a. Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

    b. Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

    **Response(s)**:

    a. Karla Brown's Opposition to the Motion of the Liquidating for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6794]

    **Reply**:

    a. Reply of the ResCap Liquidating Trust in Support of its Motion for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6807]

    **Status**: The hearing on this matter will be going forward.

## II. CLAIMS OBJECTIONS

1. Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

   **Related Document(s):**

   a. Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims- Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5467]

   b. Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

   c. Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6360]

   d. Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6476]

   e. Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

   f. Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to April 10, 2014 at 10:00 A.M. (Prevailing Eastern Time) [Docket No. 6669]

   g. Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections with Respect to Certain Claimants [Docket No. 6745]

   h. Notice of Withdrawal of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to the Claim Filed by Gwendell L. Philpot (Claim No. 5067) [Docket No. 6792]

   **Response(s):**

   a. Gwendell L. Philpot's Opposition to Objection, Expungement and Disallowance of Claim [Docket No. 5233]

   b. Gwendell L. Philpot's Reply Against Debtors' Second Supplemental Declaration of Deanna Horst Regarding Debtors' Thirtieth Omnibus

        Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 6786]

    **Reply**:

    **a.**    Debtors' Second Supplemental Omnibus Reply in Support of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 6089]

    **Status**:    This matter, solely as it relates to the claim filed by Gwendell L. Philpot, has been withdrawn. No hearing is required.

**2.**    ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6448]

    **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Solely as it Relates to the Claim Filed by Alfredia Holiday (Claim No. 1661) to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6803]

    **Response(s)**:

    **a.**    Response of Brandi Hayes for the Estate of Alfredia Holiday in Response to the ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6691]

    **b.**    Response of Annie M. Trammell to the ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6692]

    **Reply**:

    **a.**    ResCap Borrower Claims Trust's Reply in Support of its Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) as to Claim No. 4419 [Docket No. 6797]

    **Status**:    The hearing on this matter, solely as it relates to the claim filed by Annie M. Trammell, will be going forward. The hearing on this matter, solely as it relates to the claim filed Alfredia Holiday, is not required as parties anticipate claimant's filing of a Notice of Withdrawal of claim.

**III.    ADVERSARY PROCEEDING MATTER(S)**

*Hawthorne v. GMAC Mortgage, LLC,* **Adv. Proc. No. 12-02050 (MG)**

**1.**    Status Conference

    **Related Document(s)**:

        **a.**    Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. § 506(a) [Docket No. 1]

        **b.**    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 3]

        **c.**    Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 4]

        **d.**    Letter from N. Rosenbaum to Judge Glenn Requesting Extension of Time by which all Defendants Must Answer or Otherwise Respond to the Complaint [Docket No. 6]

        **e.**    Second Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 7]

        **f.**    Order Directing the Applicability of Borrower Adversary Proceeding Procedures [Docket No. 9]

        **g.**    Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 10]

        **h.**    Defendant's Progress Report [Docket No. 12]

        **i.**    Defendant's Status Report [Docket No. 15]

        **j.**    Defendant's Progress Report [Docket No. 17]

        **k.**    Notice of Status Conference [Docket No. 19]

        **l.**    Notice of Status Conference [Docket No. 22]

        **m.**    Status Report [Docket No. 23]

    **Status**:    The status conference on this matter will be going forward.

<u>*von Brincken v. GMAC Mortgage, LLC*</u>**, Adv. Proc. No. 13-01436 (MG)**

**1.**     Pre-Trial Conference

   **Related Document(s)**:

   **a.**     Complaint [Docket No. 1]

   **b.**     Summons with Notice of Pre-Trial Conference [Docket No. 2]

   **c.**     Amended Summons with Notice of Pre-Trial Conference [Docket No. 3]

   **d.**     Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 4]

   **e.**     Joint Progress Report [Docket No. 7]

   **f.**     Notice of Adjournment of Status Conference to January 30, 2014 at 10:00 a.m. [Prevailing Eastern Time [Docket No. 11]

   **g.**     Motion to Amend Adversary Complaint [Docket No. 13]

   **h.**     Order Setting Deadline for Plaintiff to File Amended Complaint and Scheduling Pre-Trial Conference [Docket No. 14]

   **i.**     Amended Complaint [Docket No. 15]

   **j.**     Amended Summons with Notice of Pre-Trial Conference [Docket No 16]

   **k.**     Joint Progress Report [Docket No. 17]

   **Status**:     The pre-trial status conference on this matter will be going forward.

Dated: April 22, 2014            /s/ Norman S. Rosenbaum
New York, New York              Lorenzo Marinuzzi
                                Norman S. Rosenbaum
                                MORRISON & FOERSTER LLP
                                250 West 55th Street
                                New York, New York 10019
                                Telephone: (212) 468-8000
                                Facsimile: (212) 468-7900

                                *Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*