# Exhibits Table of Contents:
## Response To Objection Of Gregory C. Morse Claims

**EXHIBIT 312:** (PLAINTIFF) - (NOTICE OF CONTRACT DEFAULT TO GMAC) - (FROM SANDERS)

**EXHIBIT 321:** (PLAINTIFF) - (HC FIN SELLS MORT LOAN TO GMAC BANK PRIOR TO 2-29-2008) - (LOAN CLOSED 3-3-2008)

**EXHIBIT 397:** (COLLIN CTY) - (2008-03-14) - (2008 LOAN) - (BASTIAN) - (2ND DOT FOR 414_5K 1ST LIEN BY HC FIN WITH RIDERS and CTY FILING)

**EXHIBIT 74:** (MERS) - (ONLINE USER GUIDE)

**EXHIBIT 316:** (PLAINTIFF) - (MERS ORG ID NO. REPORT) - (HC FIN LLC ON DOCS BUT HC WHOLESALE MIN NUM ON DEED)

**EXHIBIT 188:** (FANNIE MAE) - (LOAN LOOKUP SCREEN) - (223 HIGH POINT) - (2ND SCREEN) - (FANNIE OWNS LOAN)

**EXHIBIT 199:** (FANNIE MAE) - (GLENN GREGORY TELECON WITH FANNIE MAE HELP DESK)

**EXHIBIT 722:** (GMAC Mort) – Illegal DOT Assignment (10-12-2012)

**EXHIBIT 719:** RALI Series 2008-QR1_ - REMIC RESEARCH

**EXHIBIT 619:** (RALI Series 2008-QR1) Prospectus Supplement and Trust Agreement

**EXHIBIT 257:**   (TX LOCAL GOVT CODE) - (CH 192) - (INSTRUMENTS TO BE RECORDED BY COUNTIES)

**EXHIBIT 302:**   (PLAINTIFF) - (QUALIFIED WRITTEN REQUEST NUM 1) - (GMAC RESPONSE and EXHIBITS)

**EXHIBIT 396:**   (COLLIN CTY) - (2008-03-13) - (2008 LOAN) - (BASTIAN) - (DEED OF RELEASE ROBOSIGNED ON BEHALF OF MERS AS LENDER WITH CTY FILING)

**EXHIBIT 631:**   (FLORDIA DISTRICT Court) DOCX Federal Criminal Complaint

**EXHIBIT 632:**   (Florida District Court) LPS-DOCX Lorraine Brown Plea Agreement

**EXHIBIT 398:**   (COLLIN CTY) - (2008-03-24) - (MERS RELEASE OF LIEN HC FIN)

**EXHIBIT 721:**   (AFFIDAVIT) - Non Receipt of Request Letter from ResCap

**EXHIBIT 316:**   (PLAINTIFF) - (MERS ORG ID NO. REPORT) - (HC FIN LLC ON DOCS BUT HC WHOLESALE MIN NUM ON DEED)

**EXHIBIT 668:**   (WA State Supreme Court)  Bain v Metropolitan Mortgage

**EXHIBIT 669:**   (Oregon Supreme Court)  Case S060281

**EXHIBIT 659:**   (North TX District Court) McCarthy v BOA

**EXHIBIT 240:**   (TX BUS and COMM CODE) - (CH 3) - (NEGOTIABLE INSTRUMENTS)

**EXHIBIT 241:**   (TX BUS and COMM CODE) - (CH 9) - (UCC - SECURED TRANSACTIONS)

**EXHIBIT 720:**   (East TX District Court) - Case 4_11-CV-230 - Dkt Num 31