# Severson & Werson

A Professional Corporation

Duane M. Geck
Attorney
Direct Line: (415) 677-5506
dmg@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

April 25, 2014

U.S. Mail
United States Bankruptcy Court
New York Division
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  Residential Capital, LLC
     Case No: 12-12020-MG

To whom it may concern:

Please allow this letter to serve as my request to be removed from the mailing list in the case of *Residential Capital, LLC*, 12-12020-MG. Thank you.

Very truly yours,

Duane M. Geck

DMG:pag

19000.9997/3241806.1

San Francisco ~ Orange County ~ Walnut Creek