UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.

Case No.: 12-12020 (MG

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David F. Garber, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent BARRY MACK, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Middle District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 4/24/14

Naples Fl, ~~New York~~

[Signature: David F Garber]

*Mailing Address:*

700 Eleventh Street South, Suite 202

Naples, Florida 34102

*E-mail address:* davidfgarberpa@gmail.com

*Telephone number:* (239) 774-1400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Motion for Admission to Practice, Pro Hac Vice, has been furnished to the person(s) listed below this 24th day of April, 2014.

Gary S. Lee
Norman S. Rosenbaum
Adam A. Lewis
Morrison & Forrester, LLP
1290 Avenue of the Americas
New York, NY 10104

John W. Smith T, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Linda A. Riffkin
Brian S. Masumoto
Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building, 201 Varick Street, Suite 1006
New York, NY 10014

Eric H. Holder, Jr.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Nancy Lord
Enid N. Stuart
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341

Joseph N. Coradro
Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Richard M. Cieri
Ray Schrock
Kirkland & Ellis, LLP
153 East 53rd Street
New York, NY 10022

Kenneth Eckstein and Douglas Mannal
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Jennifer C. DeMarco
Adam Lesman
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Thomas Walper
Seth Goldman
Munger, Tolles & Olsen, LLP
355 South Grand Avenue
Los Angeles, CA 90071

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

George S. Canellos, Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

_____
David F. Garber, Esq.
Attorney for Creditor Barry Mack