**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of DAVID F. GARBER, ESQ., to be admitted, pro hac vice, to represent BARRY F. MACK, (the "Client") a Claimant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Middle District of Florida, it is hereby

ORDERED, that David F. Garber, Esq., is admitted to practice, pro hac vice, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **April 28, 2014**
New York, New York

                                                                          /s/Martin Glenn
                                                    HONORABLE MARTIN GLENN
                                                    UNITED STATES BANKRUPTCY JUDGE