**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------

|                                              |   |                         |
|----------------------------------------------|---|-------------------------|
| In re:                                       | ) | Case No. 12-12020 (MG)  |
|                                              | ) |                         |
| RESIDENTIAL CAPITAL, LLC, et al.,            | ) | Chapter 11              |
|                                              | ) |                         |
| Debtors.                                     | ) | Jointly Administered    |
|                                              | ) |                         |

---------------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF CLAIM NO. 1661
### FILED BY ALFREDIA HOLIDAY

Brandi Hayes, as executor of the estate of Alfredia Holiday, hereby gives notice of the withdrawal of Claim No. 1661 against GMAC Mortgage, LLC (the "Claim"), previously filed by Alfredia Holiday, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Brandi Hayes hereby withdraws the Claim, and authorizes Morrison & Foerster LLP, counsel to the ResCap Borrower Claims Trust in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim. Ms. Hayes further authorizes the duly appointed Claims Agent to reflect this withdrawal on the Debtors' official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated:  April 22, 2014                    Brandi Hayes

                                          /s/ Brandi Hayes                    (Sign Name)
                                          Brandi Hayes
                                          Executor of the Estate of Alfredia Holiday

1

ny-1139023