MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower
Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP BORROWER CLAIMS TRUST'S
FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT
DOCUMENTATION BORROWER CLAIMS) SOLELY AS IT RELATES
TO THE CLAIM FILED BY ALFREDIA HOLIDAY (CLAIM NO. 1661)**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims)* [Docket No. 6448] (the "Fifty-Ninth Omnibus Claims Objection") as to Alfredia Holiday ("Ms. Holiday").

**PLEASE TAKE FURTHER NOTICE** that due to the *Notice of Withdrawal of Claim No. 1661 filed by Alfredia Holiday* [Docket No. 6832], the Fifty-Ninth Omnibus Claims Objection as to claim number 1661 (the "Claim") is rendered moot.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Fifty-Ninth Omnibus Claims Objection as to Ms. Holiday does not constitute any admission or finding with

ny-1140125

respect to the allowance of the Claim filed by Ms. Holiday.

| | |
|---|---|
| Dated: April 29, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for The ResCap Borrower Claims Trust* |