# Eduardo Lichi, M.D.

1019 Crosspointe Drive, #3 • Naples, Florida  34110 • (239) 262-2058

December 1, 2009

To Whom It May Concern:

Mrs. Cheryl Mack has been a patient of mine since 2005. Recently, her depression and drinking exacerbated secondary to facing potential foreclosure to the point of the patient becoming a danger to self and requiring hospitalization.

If I can be of any further assistance, please contact me.

Sincerely,

Eduardo Lichi, M.D.

EL/ls

cc: C. Mack

Adult Psychiatry • Psychotherapy