# STATE OF NEW JERSEY

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

B000 6758244
STATE FILE NUMBER: 20130057658

**1a. Legal Name of Decedent** (First, Middle, Last, Suffix): Cheryl M Mack
**1b. Also Known As (AKA), If Any**:
LIMB ONLY: ☐

**2. Sex**: Female
**3. Social Security Number**: 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
**4a. Age**: 61 Years
**5. Date of Birth (Mo/Day/Yr)**: 11/24/1951
**6. Birthplace (City & State/Foreign Country)**: Camden, New Jersey
**7a. Residence-State**: New Jersey
**7b. County**: Burlington
**7c. Municipality/City**: Delran Township
**7d. Street and Number**: 42 Amberfield Drive
**7e. Apt No.**:
**7f. Zip Code**: 08075
**7g. Inside City Limits?**: Yes
**8a. Ever in US Armed Forces**: No
**8b. If Yes, Name of War**:
**8c. War Service Dates (From/To)**:
**9. Domestic Status at Time of Death**: Married
**10. Name of Surviving Spouse/Partner**: Barry F Mack
**11. Father's Name** (First, Middle, Last): Alfred C Grover
**12. Mother's Name Prior to First Marriage** (First, Middle, Last): Dorothy Cubbler
**13a. Name of Informant**: Barry F Mack
**13b. Relationship to Decedent**: Spouse
**13c. Mailing Address**: 42 Amberfield Drive, Delran, NJ 08075
**14. Method of Disposition**: Burial
**15. Place of Disposition**: Lakeview Memorial Park
**16. Location- City & State/Foreign Country**: Cinnaminson Township, New Jersey
**17. Name and Complete Address of Funeral Facility**: Grover-Givnish Funeral Home, 1200 Rt #130, Cinnaminson, NJ 08077-3006
**18. Electronic Signature of Funeral Director**: John J Mcglone
**19. NJ License Number**: 23JP00406500
**20. Decedent Education**: High school graduate or GED completed
**21. Decedent of Hispanic Origin?**: Not Spanish / Hispanic / Latino
**22. Decedent Race**: White
**23. Occupation of Decedent**: Senior Systems Analyst
**24. Kind of Business/Industry**: Toy Manufacturing
**25. Name and Address of Last Employer**: Tyco Toys, NJ
**26. Date Pronounced Dead**: 10/25/2013
**28. Name of Person Pronouncing Death**: Susan Constantine
**27. Time Pronounced Dead (24-hr)**: 1633
**29. License Number**: 26NR08430600
**30. Date Signed**: 10/25/2013
**31. Date of Death**: 10/25/2013
**32. Time of Death (24-hr)**: Approx 1633
**33. Was Medical Examiner Contacted?**: No
**34. Place of Death**: Decedent's Home
**35a. Facility Name**: 42 Amberfield Dr Delran, NJ
**35b. Municipality**: Delran Township
**35c. County**: Burlington

**CAUSE OF DEATH**
**36a. PART I - IMMEDIATE CAUSE**
| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause a. | Cirrhosis | unknown |
| Due to b. | Renal Failure | unknown |
| Due to c. | Congestive Heart Failure | unknown |
| Due to d. | Neuropathy | unknown |

**36b. PART II** - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.
**37. Was an Autopsy Performed?**: No
**38. Were Autopsy Findings Available to Complete Cause of Death?**: Not Applicable
**39. Date of Injury**:
**40. Time of Injury**:
**41. Place of Injury**:
**42. Injury at work?**:
**43a. Location of Injury**:
**43b. Municipality**:
**43c. County**:
**43d. State**:
**44. Describe How Injury Occurred**:
**45. If Transportation Injury**:
**46. Manner of Death**: Natural
**47. Did Decedent Have Diabetes?**: No
**48. Did Tobacco Use Contribute to Death?**: Unknown
**49. If Female, Pregnancy State**: Not pregnant within the past year
**50. Certifier Type**: Certifying Physician
**51. Name, Address, and Zip Code of Certifier**: Scott M Dorfner, Dorfner Family Medicine 1105 Sunset Road, Burlington, NJ 08016-2290
**52. Electronic Signature of Certifier**: Scott M Dorfner
**53. License Number**: 25MB05391000
**54. Date Certified**: 10/28/2013
**55. Electronic Signature of Local Registrar**: Pamela McCartney
**56. District No.**: V0317
**57. Date Received**: 10/28/2013
**Case ID Number**: 1829018

Record Contains Amendment

**DATE ISSUED**: October 29, 2013
**ISSUED BY**: New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arisi
State Registrar
Office of Vital Statistics and Registry

REG-42B
JAN 13

**THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED**