UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ronak N. Patel, request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent the Riverside County Treasurer-Tax Collector, a California Taxing Authority in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California, and if applicable, the bar of the U.S. District Court for the Central District, Southern District and East District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 24, 2014
Riverside, California

Ronak N. Patel, Esq.
Deputy County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501
Telephone: (951) 955-6300
rpatel@co.riverside.ca.us