**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**ORDER REGARDING EX PARTE DOCUMENTS SENT TO COURT BY GREGORY C. MORSE**

On April 22 and April 23, 2014, the Court received two boxes of documents from Gregory C. Morse, purporting to be (1) a whistleblower package and (2) exhibits to his response to the ResCap Borrower Claims Trust's (the "Trust") objection to proofs of claim he filed in these chapter 11 cases. Morse did not file these documents on the Court's Electronic Case Filing system ("ECF") and has not served counsel for the Trust with copies of the documents. Morse's response to the Trust's objection is filed on ECF and will be considered in opposition to the objection. (*See* ECF Doc. # 6825.) The Court will not consider the documents Morse sent to the Court on April 22 and 23, 2014, that were not filed on ECF and not served on the Trust. Morse may collect the documents provided to the Court on April 22 and 23, 2014; if he fails to do so before the Court rules on the objection, the documents will be destroyed.

**IT IS SO ORDERED.**

Dated: April 30, 2014
New York, New York

                                                         **/s/Martin Glenn**
                                                         MARTIN GLENN
                                           United States Bankruptcy Judge