MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Samantha L. Martin

*Counsel for the ResCap Liquidating Trust*

```
-------------------------------------------------------x
                                                       :
Jennifer L. Wilson,                                    :
                                                       :   Adv. Proc. 12-01936 (MG)
                        Plaintiff,                     :
                                                       :
              v.                                       :
                                                       :
Residential Capital, LLC, et al.                       :
                                                       :
                        Defendants.                    :
-------------------------------------------------------x
In re                                                  :
                                                       :   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                      :
                                                       :   Chapter 11
                                                       :
                        Debtors                        :   Jointly Administered
-------------------------------------------------------x
```

## AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED TO BE HEARD ON MAY 1, 2014 AT 9:00 A.M. (EST)

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADVERSARY PROCEEDING MATTER(S)**

**Wilson v. Residential Capital LLC (Adv. Proc. No. 12-01936)**

**1.**      Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

---

[1] Amended items appear in **bold**.

ny-1139770

**Related Document(s):**

a. Complaint [Docket No. 1]

b. Amended Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 5]

c. Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 11]

d. Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13]

e. Amended Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 19]

f. Notice of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. §1334(c)(1) [Docket No. 40]

g. **Motion to Stay Proceedings Pending Motion to Withdraw Reference [Docket No. 44]**

h. **Memorandum Endorsed So-Ordered Motion to Stay Proceedings Pending Motion to Withdraw Reference Denied [Docket No. 45]**

**Response(s):**

a. Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 14]

b. Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 15]

  **c.**  Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 16]

  **d.**  Memorandum of Points and Authorities in Support of Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 17]

**Reply**:

  **a.**  The ResCap Liquidating Trust's Reply in Support of the Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 38]

  **Status**:  The hearing on this matter will be going forward.

Dated: April 30, 2014    /s/ Norman S. Rosenbaum
   New York, New York   Norman S. Rosenbaum
              Samantha L. Martin
              MORRISON & FOERSTER LLP
              250 West 55th Street
              New York, New York 10019-9601
              Telephone: (212) 468-8000
              Facsimile: (212) 468-7900

              *Counsel for the ResCap Liquidating Trust*