

May 6, 2014

Clerk, United States Bankruptcy Court
Southern District of New York
Manhattan Division

<u>**REQUEST FOR SERVICE OF NOTICES**</u>

RE: Debtor(s) : Residential Capital, LLC
   Case Number : 12-12020
   Chapter : 11
   Secured Creditor : PennyMac Loan Services, LLC
   Loan Number : 5886

Dear Sir / Madam:

  Would you please add the following interested party to the mailing / service list in the above referenced case:

      PennyMac Loan Services, LLC
      c/o Aldridge Connors LLP
      Bankruptcy Department
      Fifteen Piedmont Center
      3575 Piedmont Road, N.E., Suite 500
      Atlanta, GA 30305


  Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

  Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.


      Very Truly Yours,

      /s/ Ciro A. Mestres
      Ciro A. Mestres, Esq.
      Agent for PennyMac Loan Services, LLC

cc: Debtor's Counsel
  Trustee
  United States Trustee

          Fifteen Piedmont Center
          3575 Piedmont Road, N.E.
          Suite 500
          Atlanta, GA 30305
          P: 404~994~7400
          F: 888~246~7307