UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No.: 12-12020 )MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Colette J. Kellerhouse, depose and say that I am employed by David F. Garber, Esq., attorney for Creditor, Barry F. Mack, and on April 29, 2014, I caused the following document to be served via electronic mail and priority mail to the addressees listed on Exhibit A, and via Overnight Mail to the addressees listed on Exhibit B:

**Creditor Barry Mack's Response to ResCap Borrower Claims Trust's Objection to Proof of Claim No.: 386 filed by Barry and Cheryl Mack**

Dated: May 6, 2014

_____
Colette J. Kellerhouse, Esq.

STATE OF FLORIDA
COUNTY OF COLLIER

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2014, by Colette J. Kellerhouse, who is personally known to me.

_____
NOTARY PUBLIC – STATE OF FLORIDA



DIANE ALDERUCCIO
MY COMMISSION # EE 036547
EXPIRES: December 17, 2014
Bonded Thru Budget Notary Services

Exhibit A

Morrison & Foerster LLP
Gary S. Lee, Norman S. Rosenbaum
Adam A. Lewis
1290 Avenue of the Americas
New York, NY 10104
glee@mofo.com
nrosenbaum@mofo.com
alewis@mofo.com

Bradley Arant Boult Cummings LLP
John W. Smith T.
1819 Fifth Avenue North
Birmingham, AL 35202
johnsmitht@babc.com

United States Attorney General
Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
askDOJ@usdoj.gov

New York State Attorney General,
Nancy Lord, Enid N. Stuart
The Capitol
Albany, NY 12224-0341
enid.stuart@oag.state.ny.us

U.S. Attorney for the SDNY
Joseph N. Cordaro
One St. Andrews Plaza
New York, NY 10007
Joseph.cordaro@usdoj.gov

Kirkland & Ellis LLP
Richard M. Cieri, Ray Schrock
153 East 53rd Street
New York, NY 10022
Richard.cieri@kirkland.com
Ray.schrock@kirkland.com

Kramer Levin Naftalis & Frankel LLP
Kenneth Eckstein, Douglas Mannal
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Clifford Chance US LLP
Jennifer C. DeMarco, Adam Lesman
31 West 52nd Street
New York, NY 10019
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com

Munger, Tolles & Olson LLP
Thomas Walper, Seth Goldman
355 South Grand Avenue
Los Angeles, CA 90071
Thomas.walper@mto.com
Seth.goldman@mto.com

Securities and Exchange Commission
George S. Canellos, Regional Director
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
secbankruptcy@sec.gov

Exhibit B

United States Trustee for the SDNY
Linda A. Riffkin and Brian S. Masumoto
U.S. Federal Office Building
201 Varick Street, Suite 1006,
New York, NY 10014

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104