**Hearing Date: June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: June 6, 2014 at 5:00 p.m. (Prevailing Eastern Time)**

Jared B. Pearson, JD (12200)
**EVELAND & ASSOCIATES, PLLC**
8833 South Redwood Road, Suite C
West Jordan, Utah 84088
Telephone    801.676.5506
Facsimile    801.676.5508

*Attorneys for Creditor Clifford Lantz*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| Residential Captial, LLC, et. al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON CREDITOR CLIFFORD LANTZ MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 AND § 1301**

**PLEASE TAKE NOTICE** that a hearing will be held on **Tuesday June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Judge Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, Room 501, One Bowling Green, New York, New York, 10004 to consider Creditor Clifford Lantz's Motion for Relief from the Automatic Stay Pursuant to § 362 and § 1301 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must (i) be in writing; (ii) state the name and address of the objecting party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such objection; (iv) conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; (v) be filed with the

1

Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-399, by registered users of the Court's Electronic Case Filing System, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **June 6, 2014 at 5:00 p.m.** (the "Response Deadline"); and (vi) be served on (a) Jared B. Pearson, JD, Eveland & Associates, 8833 South Redwood Road, Suite C, West Jordan, Utah 84088; and (b) a courtesy copy to the chambers of the Honorable Martin Glenn, United States Bankruptcy Court, Courtroom 501, One Bowling Green, New York, New York, 10004.

　　　　　　**PLEASE TAKE FURTHER NOTICE** that replies, if any, in further support of the Motion must be filed and served no later than **June 6, 2014 at 5:00 p.m.**

　　DATED this 6th day of May, 2014.

　　　　　　　　　　　　　　　　　　**EVELAND & ASSOCIATES, PLLC**

　　　　　　　　　　　　　　　　　　By:  /s/Jared B. Pearson
　　　　　　　　　　　　　　　　　　Jared B. Pearson, JD
　　　　　　　　　　　　　　　　　　Eveland & Associates, PLLC
　　　　　　　　　　　　　　　　　　8833 South Redwood Road, Suite C
　　　　　　　　　　　　　　　　　　West Jordan, Utah 84088
　　　　　　　　　　　　　　　　　　Telephone: (801) 676-5506
　　　　　　　　　　　　　　　　　　Facsimile: (801) 676-5508
　　　　　　　　　　　　　　　　　　Email: jared@evelandlawfirm.com
　　　　　　　　　　　　　　　　　　Attorneys for Lantz

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of May, 2014, he/she caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing. In addition, the following were served by U.S. Mail, pre-paid, first class on the date set forth above:

Morrison & Foerster LLP
Gary S. Lee
1290 Avenue of the Americas
New York, New York 10104

Kramer Levin Naftalis & Frankel LLP
Kenneth H. Eckstein
1177 Avenue of the Americas
New York, New York 10036

By: _____/s/Lea Mendez_____