Jared B. Pearson, JD (12200)
**EVELAND & ASSOCIATES, PLLC**
8833 South Redwood Road, Suite C
West Jordan, Utah 84088
Telephone    801.676.5506
Facsimile    801.676.5508

*Attorneys for Creditor Clifford Lantz*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| Residential Captial, LLC, et. al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CREDITOR CLIFFORD LANTZ'S EX PARTE MOTION TO APPEAR TELEPHONICALLY
BY ATTORNEY JARED B. PEARSON**

Clifford Lantz ("Lantz"), by and through counsel Jared B. Pearson, respectfully moves this Honorable Court, ex parte, to permit his counsel to appear telephonically before this Honorable Court at the hearing scheduled for Tuesday, June 10, 2014 at 10:00 a.m. in New York, New York in this above-captioned case. In support of this motion Lantz represents as follows:

1. Lantz is an individual residing in the State of Utah.

2. Lantz's counsel, Jared B. Pearson, has been admitted pro hac vice in this matter. *See* Docket Entry No.: 6787.

3. Lantz is a homeowner that has been affected by proceeding and does not have the funds to pay counsel to travel to New York for this hearing.

4. Prior to this Bankruptcy case filing, Lantz filed a complaint against

1

Homecomings Financial in the Third District Court, Salt Lake County, Salt Lake Department, State of Utah on October 17, 2006 alleging claims sounding in Breach of Contract, Breach of Good Faith and Fair Dealing, Negligent Infliction of Emotional Distress, and Preliminary Injunctions.

5. Lantz has filed a Motion for Relief in this case and desires to have his counsel appear telephonically to save costs and allow his motion to be heard.

6. Mr. Pearson, Lantz's counsel, is based in West Jordan, Salt Lake County, State of Utah.

7. The law firm of Eveland & Associates does not maintain offices or associate counsel in New York.

8. Mr. Pearson has appeared telephonically in other states via Court Call and requests permission to do so at this hearing.

WHEREFORE, Lantz respectfully requests that this Honorable Court permit his counsel, Jared B. Pearson, to appear telephonically before this Court at the hearing and grant such other relief as is just and proper.

DATED this 6th day of May, 2014.

**RESPECTFULLY SUBMITTED,**

By: /s/Jared B. Pearson
Jared B. Pearson, JD
Eveland & Associates, PLLC
8833 South Redwood Road, Suite C
West Jordan, Utah 84088
Telephone: (801) 676-5506
Facsimile: (801) 676-5508
Email: jared@evelandlawfirm.com
Attorneys for Lantz

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on this 6th day of May, 2014, he/she caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

                            By:  _____/s/Lea Mendez_____