MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- )
  In re:                                         )      Case No. 12-12020 (MG)
                                               )
  RESIDENTIAL CAPITAL, LLC, et al.,    )      Chapter 11
                                               )
                                Debtors.    )      Jointly Administered
---------------------------------------------------------------------- )

## NOTICE OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
- **July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
- **July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

Dated:  May 6, 2014
         New York, New York

                                                /s/ Norman S. Rosenbaum
                                                Lorenzo Marinuzzi
                                                Norman S. Rosenbaum
                                                MORRISON & FOERSTER LLP
                                                250 West 55th Street
                                                New York, New York 10019
                                                Telephone: (212) 468-8000
                                                Facsimile: (212) 468-7900

                                                *Counsel for The ResCap Liquidating Trust
                                                and The ResCap Borrower Claims Trust*

ny-1141631