# **Exhibit C**

## **Individualized Notice**

# THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE AMENDMENT.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF HEARING ON THE RESCAP LIQUIDATING TRUST'S FIRST OMNIBUS MOTION REQUESTING APPROVAL TO AMEND THE DEBTORS' SCHEDULES

**[Claimant Name]**

| Scheduled Claim(s) To Be Reduced | | | |
|---|---|---|---|
| Debtor | Schedule | Original Scheduled Amount | Reduced Amount |
|  |  |  |  |

PLEASE TAKE NOTICE that, on May 7, 2014, the ResCap Liquidating Trust (the "**Trust**"), established pursuant to the terms of the Chapter 11 Plan confirmed in the above-captioned case, on behalf of Residential Capital, LLC and its affiliated post-Effective Date debtors (collectively, the "**Debtors**") filed the *ResCap Liquidating Trust's First Omnibus Motion Requesting Approval to Amend the Debtors' Schedules* (the "**Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1]  The Motion requests that the Bankruptcy Court reduce your originally scheduled and noticed claim amount(s) listed above under ORIGINAL SCHEDULED AMOUNT to the lower amount(s) listed above under REDUCED AMOUNT.

If you do NOT oppose the reduction of your claim(s) listed above under REDUCED AMOUNT, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reduction of your claim(s) listed above under REDUCED AMOUNT, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Motion that is received on or before 4:00 p.m. Prevailing Eastern Time on May 28, 2014 (the "**Response Deadline**").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

ny-1138001

       Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Motion to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reduced for the reasons set forth in the Motion, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Motion; (iv) all documentation or other evidence of the claim upon which you will rely in opposing the Motion; (v) the address(es) to which the Trust must return any reply to your response; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the response on your behalf.

       The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., attorneys for the Trust.

       A hearing will be held on June 10, 2014 to consider the Motion. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Motion, you should plan to appear at the hearing. The Trust, however, reserves the right to continue the hearing on the Motion with respect to your response. If the Trust does continue the hearing with respect to the Motion, then the hearing will be held at a later date. If the Trust does not continue the hearing with respect to the Motion, then a hearing on your response will be conducted on the above date.

       Whether or not the Bankruptcy Court reduces your claim(s) listed above, the Trust has the right to object on other grounds to the scheduled amount of your claim(s) at a later date. You will receive a separate notice of any such objections.

       You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.

       If you wish to view the complete Motion, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Motion, or if you would like to request a complete copy of the Motion at the Trust's expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

ny-1138001

Dated: May 7, 2014
       New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*

ny-1138001