Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114

617 456 8000 main   617 456 8100 fax
PrinceLobel.com

# PRINCE LOBEL

April 28, 2014

The Honorable Merita A. Hopkins
Suffolk Superior Court
Three Pemberton Square
Unified Session SDP 914
Boston, MA 02108

Re:   Karla Brown v. Accredited Home Lenders, Inc. et al. Civil Action No. SUCV2009-01812

Dear Judge Hopkins:

We are writing to you as counsel to defendants GMAC Mortgage, LLC ("GMAC Mortgage") and Philip Brown ("Mr. Brown") in the above-referenced action (the "Action").

As the Court is aware, in connection with its pending chapter 11 case before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered along with the chapter 11 cases of its affiliates as In re Residential Capital, LLC, et al., Case No. 12-12020 (MG) (the "Bankruptcy Cases"), GMAC Mortgage filed a motion (the "Motion") with the Bankruptcy Court seeking to enforce the injunction provisions of the plan of reorganization confirmed in the Bankruptcy Cases (the "Plan") and enjoin further prosecution of the Action against Mr. Brown by the Plaintiff.

At a hearing on the Motion before the Bankruptcy Court on April 24, 2014, the Bankruptcy Court agreed, at the request of the parties, to adjourn the hearing on the Motion to June 10, 2014, to allow the parties additional time to reach a global settlement that would resolve the Motion, as well as the Plaintiff's claims against both GMAC Mortgage and Mr. Brown.

The Bankruptcy Court also requested that the parties submit a letter in agreed form to the Court, informing the Court of the adjournment of the hearing on the Motion and the Bankruptcy Court's request that the Court withhold any decision on any pending motions for summary judgment until the Motion is adjudicated by the Bankruptcy Court or otherwise resolved.

In accordance with the Bankruptcy Court's request, the parties have agreed to this letter. For the Court's convenience, a transcript of the hearing is attached hereto.

Very truly yours,

Richard E. Briansky

REB:vad
Enclosure

cc:   Max Weinstein, Esq.
      Paul R. Collier, III, Esq.
      The Honorable Martin Glenn (via ECF)
      Kenneth H. Eckstein, Esq.
      Douglas H. Mannal, Esq.

Direct Dial: 617-456-8052
Email: rbriansky@princelobel.com
1899153.1 104909/75