**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

             Debtors.

Case No.: 12-12020 (MG)

Chapter 11

Jointly Administered

----------------------------------------------------------

RECEIVED
MAY - 5 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stacey A. O'Stafy, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent U.S. Bank National Association, as Trustee, successor in Interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-4 Trust, by and through its mortgage servicer Select Portfolio Servicing, an interested party in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and the bars of the U.S. District Court for the Northern, Central and Southern districts of Illinois, and the bars of the U.S. District Court for the Northern and Southern districts of Ohio and Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 29, 2014
Cleveland, Ohio

*Stacey O'Stafy*
Stacey A. O'Stafy (State of Ohio Bar #0070386)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: sao@manleydeas.com
Phone: (614) 220-5611