**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

　　　　　Debtors.

Case No.: 12-12020 (MG)

Chapter 11

Jointly Administered

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stacey A. O'Stafy, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as trustee for SRMOF II 2011-1 Trust, by and through its mortgage servicer Selene Finance, an interested party in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and the bars of the U.S. District Court for the Northern, Central and Southern districts of Illinois, and the bars of the U.S. District Court for the Northern and Southern districts of Ohio and Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 29, 2014
Cleveland, Ohio

　　　　　　　　　　　　　　　　/s/ Stacey A. O'Stafy
　　　　　　　　　　　　　　　　Stacey A. O'Stafy (State of Ohio Bar #0070386)
　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　P.O. Box 165028
　　　　　　　　　　　　　　　　Columbus, OH  43216-5028
　　　　　　　　　　　　　　　　Telephone: 614-220-5611
　　　　　　　　　　　　　　　　Fax: 614-627-8181
　　　　　　　　　　　　　　　　Email: sao@manleydeas.com
　　　　　　　　　　　　　　　　Phone: (614) 220-5611

*[Received stamp: MAY - 5 2014, U.S. BANKRUPTCY COURT, SO DIST OF NEW YORK]*