**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

              Debtors.

-----------------------------------------------------------------

Case No.: 12-12020 (MG)

Chapter 11

Jointly Administered

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stacey A. O'Stafy, to be admitted, *pro hac vice*, to represent U.S. Bank National Association, as Trustee, successor in Interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-4 Trust, by and through its mortgage servicer Select Portfolio Servicing (the "Client"), an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bars of the U.S. District Court for the Northern, Central and Southern districts of Illinois, and the bars of the U.S. District Court for the Northern and Southern districts of Ohio and Indiana, it is hereby

**ORDERED**, that Stacey A. O'Stafy, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **May 8, 2014**
        New York, New York

                                                        _____/s/Martin Glenn_____
                                                           MARTIN GLENN
                                                United States Bankruptcy Judge