May 5, 2014

To: United States Bankruptcy Court
    Southern District of New York

In re: Residential Capital, LLC, et al.,
Case No. 12-12020 (MG)
Chapter 11, Jointly Administered

Reason for Disallowance:
Reported Administrative Claim-
Duplicate of Prepetition Claim



Re: Vicki West, Tel. #323 299-2434
    5328 7th Avenue, Los Angeles, CA 90043
    Claim #7322 filed 1/14/14
    General Unsecured amount $29,849.85

I, Vicki West oppose the disallowance and expungement of my claim.

**RECEIVED**
MAY 0 6 2014
KURTZMAN CARSON CONSULTANTS

On January 10, 2014 I wasn't sure which address to send my claims to. There were multiple addresses on the letter and after calling numerous times and leaving messages as to the exact address where it

should be mailed, with the deadline approaching in a few days (1/16/14) I sent the claim to 2 different addresses that I saw on the letter. After mailing the claims I received a call from Residential Capital, LLC El Segundo office the next day saying that the address that I mailed them to were correct. I truly wasn't trying to claim twice with the same claim number. Please accept my claim as it was not with the intent of deception or any dishonest purpose.

I thank you in advance for attention in this matter.

Sincerely,

*Vicki West*

Vicki West

RECEIVED

MAY 0 6 2014

KURTZMAN CARSON CONSULTANTS

## THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING ON THE RESCAP LIQUIDATING TRUST'S SIXTY-THIRD OMNIBUS CLAIMS OBJECTION (PURPORTED ADMINISTRATIVE CLAIMS)

**Vicki West**

| Proposed Claim(s) to be Disallowed and Expunged ||||  Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 7322 1/14/14 | Residential Capital, LLC | Administrative Priority | N/A | Purported Administrative Claim - Duplicate of Prepetition Claim |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | $29,849.85 | |

PLEASE TAKE NOTICE that, on April 30, 2014, the ResCap Liquidating Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a Duplicate of Prepetition Claim.

---

[1] A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.