**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
In re:                                                    )          Chapter 11
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )          Case No. 12-12020 (MG)
                                                          )          Honorable Martin Glenn
                            Debtors.                      )
                                                          )          Jointly Administered
                                                          )
_____)

## NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION *PRO HAC VICE*

     ***Please Take Notice*** that I, Katherine H. Wheatley, a member in good standing of the bar

of the District of Columbia, do hereby withdraw my Motion for Admission to Practice *Pro Hac*

*Vice*, filed November 18, 2013 (Dkt. #5805), to represent the Board of Governors of the Federal

Reserve System before the Honorable Martin Glenn in this action.


Dated:  May 8, 2014
       Washington D.C.



                      Respectfully submitted,


                        /s/ Katherine H. Wheatley
                      Katherine H. Wheatley
                      Associate General Counsel
                      Board of Governors of the Federal Reserve System
                      20th & C Streets N.W.
                      Washington, D.C. 20551
                      (PH) (202) 452-3779
                      (FAX) (202) 736-5615
                      Email: kit.wheatley@frb.gov

                      *Attorney for the Board of Governors of the*
                      *Federal Reserve System*