Robert J. Feinstein, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36h Floor
New York, NY 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the RESCAP Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
In re:                                                                    :
                                                                          :  Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                                         :  Case No. 12-12020 (MG)
                                                                          :  Jointly Administered
                                   Debtors.                               :
                                                                          :
                                                                          :
------------------------------------------------------------------------- x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey P. Nolan, a member in good standing of the Bar of the State of California admitted to practice before the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, request admission to practice, *pro hac vice*, before the Honorable Martin Glenn to represent the Rescap Liquidating Trust in the proceedings in the above-referenced bankruptcy case.

I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: May 9, 2014
      Los Angeles, California

                    PACHULSKI STANG ZIEHL & JONES LLP

                    */s/ Jeffrey P. Nolan*
                    Jeffrey P. Nolan
                    10100 Santa Monica Blvd. 13th Fl.
                    Los Angeles, CA  90067
                    Telephone: (310) 277-6900
                    Facsimile:  (310) 201-0760
                    jnolan@pszjlaw.com

*Counsel for Plaintiff, the Rescap Liquidating Trust and the duly authorized Liquidating Trust Manager, Quest Turnaround Advisors, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re:                                                                   :
                                                                         :       Chapter 11
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al.</u>,                          :       Case No. 12-12020 (MG)
                                                                         :       Jointly Administered
                        Debtors.                                         :
                                                                         :
                                                                         ::
------------------------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey P. Nolan, to be admitted ***pro hac vice***, to represent the Rescap Liquidating Trust in the proceedings in the above-referenced bankruptcy case, (the "<u>Liquidating Trust</u>") in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED**, that Jeffrey P. Nolan, Esq. is admitted to practice ***pro hac vice*** to represent the Liquidating Trust in the proceedings in the above-referenced bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May __, 2014
       New York, New York

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

DOCS_LA:277664.1 73837/001