

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| RESIDENTIAL CAPTIAL, L.L.C, et al., | § |
| | §  Case No. 12-12020(MG) |
| | § |
| Debtors. | §  Jointly Administered |
| | § |

## NOTICE OF ADJOURNMENT

Pro Se Creditor and Claimant Gregory C. Morse hereby states:

Pro se Creditor and claimant's 89 year old mother is a CLL leukemia patient who is suffering a re-occurrence and serious inflammation of her previously dormant leukemia. At this time, she is suffering a severe medical crisis. Pro se Creditor and claimant's 91 year old father is suffering from dementia in its middle to latter stages. It appears likely that my mother will be required to undergo a rehabilitative regime in order to regain some of the strength she has lost because of this medical flare up.

This flare up was not predicted and is posing hardships on me and the family. I must be available on a moment to moment basis to provide assistance to my mother and father, who is requiring additional support due to my mother's worsened condition. During the period Pro se Claimant's mother is undergoing proper medical and rehabilitation procedures, Claimant is required to be available to support and, if necessary, arrange for the care of both parents on an as required and regularly changing demand basis.

Based upon historical and documented experiences with her previous flare ups, these conditions have taken 60 days to be dealt with and to achieve a degree of safety and normalcy.

Under the direction of the Nathaniel Asher, attempts have been made to arrive at a mutually agreeable date for an Adjournment and re-scheduling of the May 15, 2014 hearing with Jonathan Petts of the law firm of Morrison and Foerster.

Conservations with Mr. Petts have been for naught and no mutually agreeable future date has been agree to. In my absence, I requested Mr. Glenn Gregory, to talk to Mr. Petts on April 28, 2014. Subsequently, Mr. Petts forwarded to me an extortion letter (See Exhibit 726 attached). In this proposed scheduling order, it stipulates that I agree to waive all rights to file any further pleadings with this Court until after the hearing date. Further, it states that this is an agreement between Adam A. Lewis and myself. I have never heard of Attorney Adam Lewis and would not enter into any agreement unless I knew specifically with whom I was dealing. Lastly, I certainly would not agree to voluntarily wave any of my legal rights and voluntarily obligate myself when not required otherwise to do so.

Mr. Petts and the law firm of Morrison and Foerster have shown an utter and complete disregard for the involuntary and uncontrollable trials I am currently dealing with regarding my family. Mr. Petts and the law firm of Morrison and Foerster have been unwilling to consider any adjournment beyond June 10, 2014.

It would be disrespectful to the Court to knowingly agree to a re-scheduled date when, it is known now, that the proposed re-scheduled date is not realistic and would likely have to be reset in the immediate future.

Therefore, in keeping with the Chamber Rules for Judge Martin Glenn's Courtroom as posted on the Southern District of New York Bankruptcy website, I formally and respectfully pray to the Court to adjourn the hearing on the Objection to my claims until Tuesday, July 15, 2014.

Respectfully submitted,

*[signature]*

Gregory C. Morse
Claimant and Creditor NameID # 10987575

12-12020-mg    Doc 6880    Filed 05/07/14    Entered 05/09/14 14:36:04    Main Document
Pg 3 of 5

# Certificate of Service

I hereby certify that on the 6th day of May, 2014, I served a copy of the foregoing with the Clerk of the Court via Federal Express for delivery on the morning of May 7, 2014 and copies were addressed and forwarded to the following prepaid by United States Mail, Certified Return Receipt Requested:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Gary S. Lee, Norman S. Rosenbaum and Adam A. Lewis

Bradley Arant Boult Cummings LLP,
1819 Fifth Avenue North
Birmingham, AL 35202
Attention: Hope T. Cannon and D. Brian O'Dell

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
Attention: Linda A. Riffkin and Brian S. Masumoto

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Washington, DC 20530-0001
Attention: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attention: Joseph N. Cordaro, Esq.

Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Attention: Richard M. Cieri and Ray Schrock

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention: Kenneth Eckstein and Douglas Mannal

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attention: Jennifer C. DeMarco and Adam Lesman

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attention: Thomas Walper and Seth Goldman

Internal Revenue Service
2970 Market Street, Mail
Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
Attention: George S. Canellos, Regional Director