**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al*.<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Before the Court is Timothy J. Lahrman's *Motion to Extend Deadline* (the "Motion," ECF Doc. # 6879). The Court has reviewed the Motion and grants Lahrman an additional fourteen (14) days from the date of this Order to file his notice of appeal.

**IT IS SO ORDERED.**

Dated: May 12, 2014
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　 **/s/Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge