**Presentment Date and Time: May 20, 2014 at 12:00 p.m. (ET)**
**Objection Deadline: May 19, 2014 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for The Debtors and*
*The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO**
**11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **May 20, 2014 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

NY-1134536

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **May 19, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for The Debtors and The ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Erica J. Richards, and James A. Newton); (b) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord and Enid N. Stuart); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attn: Seth Goldman & Thomas B. Walper);

(k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director); and (m) counsel for the Requesting Parties, Rosicki, Rosicki, Associates, P.C., 51 E. Bethpage Road, Plainview, NY 11803 (Attn: Eric S. Sheidlower).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: May 12, 2014  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Erica J. Richards  
James A. Newton  
**MORRISON & FOERSTER LLP**  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The Debtors and*  
*The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** each of the parties listed on **Exhibit 1** hereto (each a "**Requesting Party**" and collectively, the "**Requesting Parties**") asserts that it holds a senior mortgage or security interest in the respective properties set forth on **Exhibit 1** hereto (each, a "**Mortgaged Property**" and collectively the "**Mortgaged Properties**");

**WHEREAS** undersigned counsel represents each of the Requesting Parties;

**WHEREAS** the Requesting Parties have obtained a foreclosure or other title search in connection with the pending or prospective foreclosure of each of the respective Mortgaged Properties which indicates that one of the above-captioned debtors (the "**Debtors**"), or other similarly-named entity, may hold a lien on the Mortgaged Property;

**WHEREAS** the Requesting Parties have requested (each a "**Request**," and collectively, the "**Requests**") that the Debtors consent to relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), in order to permit the Requesting Parties to commence and/or complete the foreclosure of their respective interests in the Mortgaged Properties;

**WHEREAS** the Debtors and the ResCap Liquidating Trust, following a review of their records, have determined that to the best of their knowledge they never did, or no longer, hold an interest in the

Mortgaged Properties, although, in some instances an assignment of the Debtors' mortgage has not yet been filed;

**WHEREAS** the Debtors and the ResCap Liquidating Trust have agreed to consent to the Requests on the terms and conditions contained in this Stipulation and Order to permit the Requesting Parties to proceed with foreclosures without violating the automatic stay;

**WHEREAS** the Stipulation and Order is not being submitted under the Procedures approved by the Bankruptcy Court in the *Order Pursuant to Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824] ("**Procedures Order**") due to the omnibus nature of the relief agreed upon;

**NOW, THEREFORE**, it is hereby stipulated and agreed as between the Debtors and each Requesting Party, each solely in respect of the Mortgaged Properties for which such Requesting Party seeks relief from the automatic stay, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Requests are granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow each of the Requesting Parties to commence and/or complete the foreclosure of the mortgage and security interest it holds on the respective Mortgaged Property, as specified on **Exhibit 1** hereto.

3. By entering into this Stipulation and Order, counsel for the Requesting Party hereby represents that it is authorized to execute this Stipulation and Order on behalf of each of the Requesting Parties.

2

12-12020-mg    Doc 6889    Filed 05/12/14    Entered 05/12/14 16:52:49    Main Document
Pg 6 of 11

4. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors or The ResCap Liquidating Trust, to contest in any foreclosure proceeding the validity or relative priority of the applicable Requesting Party's mortgage and security interest in the respective Mortgaged Property relative to any other lien on such Mortgaged Property.

5. Nothing in this Stipulation and Order shall be construed to provide for the annulment of or any other retroactive relief from the automatic stay.

6. Each Requesting Party shall provide due notice to all parties required by applicable law to receive notice, as well as to the Debtors and The ResCap Liquidating Trust[1], Ocwen Loan Servicing, LLC[2], and Green Tree Servicing LLC[3], in connection with any action to be taken with respect to the respective Mortgaged Property, including, but not limited to, proceeding with a sale of such Mortgaged Property, in accordance with and to the extent the Requesting Party would be required by applicable state law to provide notice to the holder of any lien on such Mortgaged Property.

7. A Requesting Party and the Debtors may agree, in a signed writing, to a modification of this Stipulation and Order solely with respect to the application of this Stipulation and Order to such Requesting Party, and such signed writing shall not be deemed to affect in any manner the application of this Stipulation and Order to any other Requesting Party, provided, however, that except

---

[1] Notices should be served on the Debtors and The ResCap Liquidating Trust, at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 and 8400 Normandale Lake Boulevard, Bloomington, MN 55437.

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

[3] Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

as specifically set forth in this paragraph, this Stipulation and Order may not be modified other than by further order of the Court.

8. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

9. Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Each Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC<br><br><br>By:  /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Debtors and The ResCap Liquidating Trust* | EACH OF THE REQUESTING PARTIES SET FORTH ON **EXHIBIT 1**, HERETO, EACH SOLELY IN RESPECT OF THE MORTGAGED PROPERTY FOR WHICH IT SEEKS RELIEF FROM THE AUTOMATIC STAY<br><br>By:  /s/ William Knox<br>William Knox<br>**ROSICKI, ROSICKI, ASSOCIATES, P.C.**<br>51 E. Bethpage Road<br>Plainview, New York 11803<br>Telephone:  (516)741-2585<br>Facsimile:  (516) 873-7243<br><br>*Counsel for the Requesting Parties* |
|---|---|

APPROVED AND SO ORDERED
This ___ day of May, 2014, in New York, NY.

_____
**HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE**

4

# **EXHIBIT 1**

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|---|---|---|---|
| 1  | CitiMortgage, Inc. | CitiMortgage, Inc. | Angelia M. Paschal and Samuel A. Paschal | 1839 N. Rutland Street, Wichita, KS 67206 |
| 2  | Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Northwest Bank Minnesota, N.A., Solely as Trustee for Bear Steams Asset Backed Securities I, LLC, Green Point Mortgage Funding Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1 | JPMorgan Chase Bank, N.A. | Armando Otalora | 19421 Stonebrook Street, Fort Lauderdale, FL 33332 |
| 3  | Bank of America, N.A. | Bank of America, N.A. | Benjamin R. McCorkle and Laura McCorkle | 2303 Florida Boulevard, Bradenton, FL 34207 |
| 4  | Green Tree Servicing, LLC, as Servicer for Federal National Mortgage Association | Green Tree Servicing, LLC | Brett E. Farling | 609 State Street, #8, Portsmouth, NH 03801 |
| 5  | CitiMortgage, Inc. | CitiMortgage, Inc. | Charles G. Baldwin and Amy E. Baldwin | 4 John Street, Akron, NY 14001 |
| 6  | LaSalle Bank National Association, as Trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-8 | Select Portfolio Servicing, Inc. | Christine Swanson | 1602 Coronado, Leander, TX 78641 |
| 7  | Bank of America, N.A. | Bank of America, N.A. | Connie G. Ledford | 108 Humber Ave, Lumpkin, GA 31815 |
| 8  | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association | Green Tree Servicing, LLC | Crissa Black | 114 Private Drive 4310 Street, Route 775, Proctorville, OH 45669 |
| 9  | CitiMortgage, Inc. | CitiMortgage, Inc. | Dale L. White and Lisa C. White | 3612 State Route 14, Rootstown, OH 44272 |
| 10 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | David Kirk | 171 White Oaks Road, Laconia, NH 03246 |
| 11 | CitiMortgage, Inc. | CitiMortgage, Inc. | Dawn C. Shearn | 18890 Manzanita Drive, Twain Harte, CA 95383 |
| 12 | Bank of America, N.A. | Bank of America, N.A. | Dennis Woodford and Cheryl Woodford | 2620 West Mount Zion Road, Crestwood, KY 40014 |
| 13 | Bank of America, N.A. | Bank of America, N.A. | Edward A. Weiskopf | 2420 Allen Boulevard, Beachwood, OH 44122 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|---|---|---|---|
| 14 | CitiMortgage, Inc. | CitiMortgage, Inc. | Elizabeth A. Salopeck | 8180 Deepwood, #12, Mentor, OH 44060 |
| 15 | Seterus, Inc. as Servicer for Federal National Mortgage Association | Seterus, Inc. | Eric M. Stuck and Ashley B. Lupo | 80 Ellicott Street, Rochester, NY 14619 |
| 16 | Seterus, Inc. as Servicer for Federal National Mortgage Association | Seterus, Inc. | Ezequiel Gonzalez | 3501 SW 118th Avenue, Miami, FL 33175 |
| 17 | CitiMortgage, Inc., Successor by Merger to Associates Home Equity Services, Inc. | CitiMortgage, Inc. | Gary L. Kline and Donna Kline | 5989 State Route 235 North, Lewistown, OH 43333 |
| 18 | Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | Bayview Loan Servicing, LLC | Gary Lower and Nancy Lower | 214 Woodbridge Lane, Chardon, OH 44024 |
| 19 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | George S. McKee | 2375 Azaella Drive, Longanville, GA 30052 |
| 20 | Bank of America, N.A. | Bank of America, N.A. | Geraldine Defelice | 53 Montowese Street, Hartford, CT 06114 |
| 21 | Citibank, N.A., as Trustee for the Benefit of Registered Holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3 | Select Portfolio Servicing, Inc. | Hector Moreno | 9854 Salt Water Creek Court, Lake Worth, FL 33467 |
| 22 | Green Tree Servicing, LLC as Servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Holdie M. Daniel | 28 Jackson Drive, Stony Point, NY 10980 |
| 23 | Flagstar Bank, FSB | Flagstar Bank, FSB | James Davis | 808 Brookwater Drive, McKinney, TX 75071 |
| 24 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association | Green Tree Servicing, LLC | James L. Palmer | 6310 White Lake Road, Weyauwega, WI 54983 |
| 25 | Bank of America, N.A. | Bank of America, N.A. | Jason Farnsworth and Marina Farnsworth | 240 Abbott Drive, Austin, TX 78737 |
| 26 | Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-AR2 | Select Portfolio Servicing, Inc. | Jason Miller and Alyson Kellee Miller | 1701 Blind Pond Avenue, Lutz, FL 33549 |
| 27 | U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates | Select Portfolio Servicing, Inc. | Jeannine Gelin | 3642 SW 161 Terrace, Miramar, FL 33027 |
| 28 | HSBC Mortgage Corporation (USA) | PHH-HSBC | Justin Behan and Erin Behan | 17 Glenwood Drive, Goffstown, NH 03045 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|------------------|---------|
| 29 | CitiMortgage, Inc. | CitiMortgage, Inc. | Kenneth A. Dalpe | 1168 Socorro Way, Sacramento, CA 95833 |
| 30 | Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3 | Select Portfolio Servicing, Inc. | Lesley Shields and William Lomenield | 12039 Colony Lakes Boulevard, New Port Richey, FL 34654 |
| 31 | Green Tree Servicing, LLC as Servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Leslie Carter | 9805 Bennington Drive, Tampa, FL 33626-2443 |
| 32 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Louis A. Pittorf | 434 Benzinger Street, Buffalo, NY 14206 |
| 33 | Citimortgage, Inc. | CitiMortgage, Inc. | Lynn H. Crofford | 520 Butte Avenue, Pacific, WA 98047 |
| 34 | Bayview Loan Servicing, LLC | Bayview Loan Servicing, LLC | Maggy Martinez | 1118 N. 26th Avenue, Hollwood, FL 33020 |
| 35 | U.S. Bank N.A., as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S2 Mortgage Pass-Through Certificates | Select Portfolio Servicing, Inc. | Maritza Diaz | 13801 S.W. 171 Terrace, Miami, FL 33177 |
| 36 | US Bank Home Mortgage | US Bank, N.A. | Mark A. Williams and Rebecca D. Williams | 829 Chinkapen Avenue, Nixa, MO 65714 |
| 37 | Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | Bayview Loan Servicing, LLC | Mary Cantleberry | 892 Expressview Drive, Mansfield, OH 44905 |
| 38 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Mary K. Debski | 67 Bluffs Drive, 116, Concord, NH 03303 |
| 39 | Green Tree Servicing, LLC | Green Tree Servicing, LLC | Michael E. Murray | 297 Hackett Hill Road, Hooksett, NH 03106 |
| 40 | Green Tree Servicing, LLC As Servicer For Federal National Mortgage Association. | Green Tree Servicing, LLC | Paul A. Beckwith and Carrie S. Beckwith | 560 Megan Drive, Manchester, NH 03109 |
| 41 | LNV Corporation | Dovenmuehle Mortgage, Inc. | Penny Santiago and Elisvell Santiago | 39 Laurel Lane, Loch Sheldrake, NY 12759 |
| 42 | Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 | Select Portfolio Servicing, Inc. | Priscilla Farmer | 375 Ward Hollow Road, Shelbyville, TN 37160 |
| 43 | CitiMortgage, Inc. | CitiMortgage, Inc. | Richard D. Brown and Leslie Brown | 11225 S 32nd Terrace, Independence, MO 64052 |

3

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|-------------------|---------|
| 44 | CitiMortgage, Inc. | CitiMortgage, Inc. | Robert Harris and Carol Harris | 1988 Glenrose Drive, Redding, CA 96001 |
| 45 | Bank of America, N.A. | Bank of America, N.A. | Ronald J. Kelley | 1616 Commercial Street, East Weymouth, MA 02189-3014 |
| 46 | Bank of America, N.A., as successor by merger to Countrywide Home Loans, Inc. | Bank of America, N.A. | Rosanna Herbert-Spann | 658 Ashford Street, Brooklyn, NY 11207 |
| 47 | Green Tree Servicing, LLC as Servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Russell Rosecrans | 8 Alvord Street, Stratford, CT 06614 |
| 48 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Scotlyn Kephart and Shelley Kephart | 6223 N. Moriah Drive, Nine Mile Falls, WA 99026 |
| 49 | Green Tree Servicing, LLC as servicer for Federal National Mortgage Association. | Green Tree Servicing, LLC | Sharon Landowski | 2119 County Road South, Edgar, WI 54426 |
| 50 | Seterus, Inc. as Servicer for Federal National Mortgage Association | Seterus, Inc. | Susanna Eerhart | 77 Seamans Street, Providence, RI 02908 |
| 51 | WFB as Trustee for the Certificate-Holders of SASCO Mortgage Pass-Through Certificates, Series 2007-MLN1 | Select Portfolio Servicing, Inc. | Timothy A. Hughes | 2103 Denham Avenue, Columbia, TN 38401 |
| 52 | CitiMortgage, Inc. | CitiMortgage, Inc. | William R Priem and Melissa S. Priem | 744 Park Road, Painesville, OH 44077 |

NY-1125496