**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Preston H. Neel, a member in good standing of the bars of the States of Texas and Alabama, the bars of the United States District Courts for the Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Texas, Eastern District of Texas, Southern District of Texas, and Western District of Texas request admission, *pro hac vice*, before the Honorable Martin Glenn to represent the ResCap Borrower Claims Trust, in the above-referenced case.

My address is:    Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: May 12, 2014                    Respectfully submitted,

By:    /s/ Preston H. Neel
Preston H. Neel

ny-1142426

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Preston H. Neel, dated May 12, 2014, for admission to practice *pro hac vice* to represent the ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Texas and Alabama, the bars of the United States District Courts for the for the Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Texas, Eastern District of Texas, Southern District of Texas, and Western District of Texas.

IT IS HEREBY ORDERED that Preston H. Neel is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
       May __, 2014

 _____
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

2

ny-1142426