**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Jointly Administered |

## ORDER DENYING MOTION FOR ADJOURNMENT

Before the Court is Gregory C. Morse's *Request for an Adjournment of Hearing on Objection to Claim* (the "Motion," ECF Doc. # 6880). Morse requests that the Court adjourn the hearing on the Debtors' objection to his claim until July. All briefing on the objection has been completed, and no further papers or evidence will be accepted. All that remains is for the hearing to be conducted. The Court will permit Morse to appear at the hearing by telephone. If he chooses not to appear, the Court will take the matter under submission without argument by any of the parties and the objection will be decided on the papers alone. Therefore, the motion to adjourn the hearing is DENIED.

**IT IS SO ORDERED.**

Dated: May 13, 2014
       New York, New York

                                    /s/Martin Glenn
                                 MARTIN GLENN
                        United States Bankruptcy Judge