UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
In re:                                                                       :
                                                                             :   Chapter 11
RESIDENTIAL CAPITAL, LLC, et al.,                                            :   Case No. 12-12020 (MG)
                                                                             :   Jointly Administered
                        Debtors.                                             :
                                                                             ::
---------------------------------------------------------------------------- x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew W. Caine, to be admitted *pro hac vice*, to represent the Rescap Liquidating Trust (the "Liquidating Trust") in the proceedings in the above-referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and the United States Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED**, that Andrew W. Caine, Esq. is admitted to practice *pro hac vice* to represent the Liquidating Trust in the proceedings in the above-referenced bankruptcy case in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

**SO ORDERED.**

Dated:  May 13, 2014
        New York, New York

                                              _____/s/Martin Glenn_____
                                                   MARTIN GLENN
                                              United States Bankruptcy Judge