MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MAY 15, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    SETTLED MATTER(S)**:

**1.**    The ResCap Borrower Claims Trust's Objection to Claim No. 3582 of Judith and James C. Winkler [Docket No. 6776]

   **Related Document(s)**:    None.

   **Response(s)**:    None.

   **Status**:    This matter has been settled.  No hearing is required.

**II.    ADJOURNED MATTER(S)**

**1.**    Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

ny-1141064

**Related Document(s)**:

a.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

b.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

c.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

d.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

e.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

f.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

g.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

h.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

i.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6804]

j.  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6935]

**Response(s)**:

a.  Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

b.  Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

    **a.**    Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:    The hearing on this matter has been adjourned to May 29, 2014.

**2.**    Request of Verizon Business Network Services, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6253]

**Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to February 6, 2014 at 10:00 A.M. [Docket No. 6381]

    **b.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to February 20, 2014 at 10:00 a.m. [Docket No. 6434]

    **c.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to May 15, 2014 at 10:00 a.m. [Docket No. 6798]

    **d.**    Notice of Adjournment of Hearing on Request of Verizon Business Network Services, Inc. for Allowance and Payment of Administrative Expense Claim to June 10, 2014 at 10:00 a.m. [Docket No. 6936]

**Response(s)**:

    **a.**    Objection of the Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6340]

            **(i)**    Declaration of Deanna Horst in Support of Objection of The Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6341]

    **b.**    Statement of the Liquidating Trust in Connection with Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6502]

**Reply**:

    **a.**    Reply of Verizon Business Network Services Inc. In Support of Request for Allowance and Payment of Administrative Expense Claim [Docket No. 6372]

    **Status**:    The hearing on this matter has been adjourned to June 10, 2014.

**I.**    **UNCONTESTED MATTER(S)**:

**1.**    Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 6827]

    **Related Document(s)**:    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

**II.**    **CLAIMS OBJECTIONS**

**1.**    The ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 6743]

    **Related Document(s)**:

    **a.**    Order Regarding Ex Parte Documents Sent to Court by Gregory C. Morse [Docket No. 6842]

    **b.**    Gregory C. Morse's Request for an Adjournment of Hearing on Objection to Claim [Docket No. 6880]

    **c.**    Order Denying Motion for Adjournment [Docket No. 6931]

    **Response(s)**:

    **a.**    Response of Claimant Gregory C. Morse to the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 6825]

    **Reply**:

    **a.**    The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 6892]

    **Status**:    The hearing on this matter will be going forward.

**2.**    The ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6763]

    **Related Document(s)**:    None.

**Response(s)**:

a. Creditor Barry Mack's Response to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6834]

**Reply**:

a. ResCap Borrower Claims Trust's Reply to Claimant Barry Mack's Reply to the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6893]

**Status**: The hearing on this matter will be going forward.

3. The ResCap Borrower Claims Trust's Objection to Claim No. 4664 of James C. Jackson [Docket No. 6778]

    **Related Document(s)**: None.

    **Response(s)**: None.

    **Status**: The hearing on this matter will be going forward.

4. The ResCap Borrow Claims Trust to Claim Number 4167 Filed by Gerald Gandrup [Docket No. 6779]

    **Related Document(s)**: None.

    **Response(s)**: None.

    **Status**: The hearing on this matter will be going forward.

5. Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161]

    **Related Documents**:

    a. Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to Certain Claimants [Docket No. 5673]

    b. Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

    c. Notice of Adjournment of Hearing on Debtors' Forty-Ninth and Fiftieth Omnibus Claims Objections Against Certain Claimants [Docket No. 6213]

    **d.**    Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6360]

    **e.**    Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6476]

    **f.**    Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

    **g.**    Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections with Respect to Certain Claimants [Docket No. 6745]

    **h.**    Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records), Solely as it Relates to the Claim Filed by Mary R. Biancavilla, to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6878]

**Responses**:

    **a.**    Response of Mary R. Biancavilla to Debtors' Forty-Ninth Omnibus Objection to Claims ("No Liability Borrower Claims – Books and Records") and Request for Enlargement of Time Limitations Specified by Notice of Filing of Exhibits 2 through 21 Compromising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al*. and the Official Committee of Unsecured Creditors, and Declaration of Mary R. Biancavilla Pursuant to Title 28 U.S.C. Section 1746 [Docket No. 5755]

**Status**:    The hearing on this matter, solely as it relates to the claim filed by Mary R. Biancavilla, has been adjourned to May 29, 2014.

**6.**    ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6448]

    **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Solely as it Relates to the Claim Filed by Alfredia Holiday (Claim No. 1661) to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6803]

    **b.**    Notice of Withdrawal of Claim No. 1661 Filed by Alfredia Holiday [Docket No. 6832]

ny-1141064    6

    **c.**    Notice of Withdrawal of ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) Solely as it Relates to the Claim Filed by Alfredia Holiday (Claim No. 1661) [Docket No. 6833]

**Response(s)**:

    **a.**    Response of Brandi Hayes for the Estate of Alfredia Holiday in Response to the ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Insufficient Documentation Borrower Claims) [Docket No. 6691]

    **Status**:    This matter, solely as it relates to the claim filed by Alfredia Holiday, has been withdrawn. No hearing is required.

Dated: May 13, 2014  
       New York, New York

/s/ Norman S. Rosenbaum  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*