# Exhibit A

## Seller/Servicer Contract

This Seller/Servicer Contract (as may be amended, supplemented or otherwise modified from time to time, this "Contract") is made this ___10th___ day of ___January___, 19_96_, by and between Residential Funding Corporation, its successors and assigns ("Residential Funding") and ___Prism Mortgage Company___ (the "Seller/Servicer", and, together with Residential Funding, the "parties" and each, individually, a "party").

WHEREAS, the Seller/Servicer desires to sell Loans to, and/or service Loans for, Residential Funding, and Residential Funding desires to purchase Loans from the Seller/Servicer and/or have the Seller/Servicer service various of its Loans, pursuant to the terms of this Contract and the Residential Funding Seller and Servicer Guides incorporated herein by reference, as amended, supplemented or otherwise modified, from time to time (together, the "Guides").

NOW, THEREFORE, in consideration of the premises, and the terms, conditions and agreements set forth below, the parties agree as follows:

1. **Incorporation of Guides by Reference.**

The Seller/Servicer acknowledges that it has received and read the Guides. All provisions of the Guides are incorporated by reference into and made a part of this Contract, and shall be binding upon the parties; *provided, however,* that the Seller/Servicer shall be entitled to sell Loans to and/or service Loans for Residential Funding only if and for so long as it shall have been authorized to do so by Residential Funding in writing. Specific reference in this Contract to particular provisions of the Guides and not to other provisions does not mean that those provisions of the Guides not specifically cited in this Contract are not applicable. All terms used herein shall have the same meanings as such terms have in the Guides, unless the context clearly requires otherwise.

2. **Amendments.**

This Contract may not be amended or modified orally, and no provision of this Contract may be waived or amended except in writing signed by the party against whom enforcement is sought. Such a written waiver or amendment must expressly reference this Contract. However, by their terms, the Guides may be amended or supplemented by Residential Funding from time to time. Any such amendment(s) to the Guides shall be binding upon the parties hereto.

3. **Representations and Warranties.**

   *a. Reciprocal Representations and Warranties.*

   The Seller/Servicer and Residential Funding each represents and warrants to the other that as of the date of this Contract:

   (1) Each party is duly organized, validly existing, and in good standing under the laws of its jurisdiction of organization, is qualified, if necessary, to do business and in good standing in each jurisdiction in which it is required to be so qualified, and has the requisite power and authority to enter into this Contract and all other agreements which are contemplated by this Contract and to carry out its obligations hereunder and under the Guides and under such other agreements.

   (2) This Contract has been duly authorized, executed and delivered by each party and constitutes a valid and legally binding agreement of each party enforceable in accordance with its terms.

   (3) There is no action, proceeding or investigation pending or threatened, and no basis therefor is known to either party, that could affect the validity or prospective validity of this Contract.

   (4) Insofar as its capacity to carry out any obligation under this Contract is concerned, neither party is in violation of any charter, articles of incorporation, bylaws, mortgage, indenture, indebtedness, agreement, instrument, judgment, decree, order, statute, rule or regulation and none of the foregoing adversely affects its capacity to fulfill any of its obligations under this Contract. Its execution of, and performance pursuant to, this Contract will not result in a violation of any of the foregoing.

 

*b. Seller/Servicer's Representations, Warranties and Covenants.*

In addition to the representations, warranties and covenants made by the Seller/Servicer pursuant to subparagraph (a) of this paragraph 3, the Seller/Servicer makes the representations, warranties and covenants set forth in the Guides and, upon request, agrees to deliver to Residential Funding the certified Resolution of Board of Directors which authorizes the execution and delivery of this Contract.

4. **Remedies of Residential Funding.**

If an Event of Seller Default or an Event of Servicer Default shall occur, Residential Funding may, at its option, exercise one or more of those remedies set forth in the Guides.

5. **Seller/Servicer's Status as Independent Contractor.**

At no time shall the Seller/Servicer represent that it is acting as an agent of Residential Funding. The Seller/Servicer shall, at all times, act as an independent contractor.

6. **Prior Agreements Superseded.**

This Contract restates, amends and supersedes any and all prior Seller Contracts or Servicer Contracts between the parties except that any subservicing agreement executed by the Seller/Servicer in connection with any loan-security exchange transaction shall not be affected.

7. **Assignment.**

This Contract may not be assigned or transferred, in whole or in part, by the Seller/Servicer without the prior written consent of Residential Funding. Residential Funding may sell, assign, convey, hypothecate, pledge or in any other way transfer, in whole or in part, without restriction, its rights under this Contract and the Guides with respect to any Commitment or Loan.

8. **Notices.**

All notices, requests, demands or other communications that are to be given under this Contract shall be in writing, addressed to the appropriate parties and sent by telefacsimile or by overnight courier or by United States mail, postage prepaid, to the addresses and telefacsimile numbers specified below. However, another name, address and/or telefacsimile number may be substituted by the Seller/Servicer pursuant to the requirements of this paragraph 8, or by Residential Funding pursuant to an amendment to the Guides.

If to Residential Funding, notices must be sent to the appropriate address or telefacsimile number specified in the Guides.

If to the Seller/Servicer, notices must be sent to:

Prism Mortgage Company
350 W. Hubbard St. 222
Chicago IL 60610
Attention: Kurt Bokenkamp
Telefacsimile Number: (312) 494-0257

9. **Jurisdiction and Venue.**

Each of the parties irrevocably submits to the jurisdiction of any state or federal court located in Hennepin County, Minnesota, over any action, suit or proceeding to enforce or defend any right under this Contract or otherwise arising from any loan sale or servicing relationship existing in connection with this Contract, and each of the parties irrevocably agrees that all claims in respect of any such action or proceeding may be heard or determined in such state or federal court. Each of the parties irrevocably waives the defense of an inconvenient forum to the maintenance of any such action or proceeding and any other substantive or procedural rights or remedies it may have with respect to the maintenance of any such action or proceeding in any such forum. Each of the parties agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in any other jurisdiction by suit on the judgment or in any other manner provided by law. Each of the parties further agrees not to institute any legal actions or proceedings against the other party or any director, officer, employee, attorney, agent or property of the other party, arising out of or relating to this Contract in any court other than as hereinabove specified in this paragraph 9.

10. **Miscellaneous.**

This Contract, including all documents incorporated by reference herein, constitutes the entire understanding between the parties hereto and supersedes all other agreements, covenants, representations, warranties, understandings and communications between the parties, whether written or oral, with respect to the transactions contemplated by this Contract. All paragraph headings contained herein are for convenience only and shall not be construed as part of this Contract. Any provision of this Contract that is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining portions hereof or affecting the validity or enforceability of such provision in any other jurisdiction, and, to this end, the provisions hereof are severable. This Contract shall be governed by, and construed and enforced in accordance with, applicable federal laws and the laws of the State of Minnesota.

IN WITNESS WHEREOF, the duly authorized officers of the Seller/Servicer and Residential Funding have executed this Seller/Servicer Contract as of the date first above written.

ATTEST:                                                    SELLER/SERVICER

[Corporate Seal]
*(If none, so state.)*                                     PRISM MORTGAGE COMPANY
                                                           _____
No Seal                                                    (Name of Seller/Servicer)
By: _____                                By: _____
       (Signature)                                                (Signature)

JAMES P. HAYES                                             KURT BOKENKAMP
   (Typed Name)                                               (Typed Name)

Title: ____CONTROLLER____                                  Title: ___VICE PRESIDENT___

ATTEST:                                                    RESIDENTIAL FUNDING CORPORATION
By: _____                                By: _____
       (Signature)                                                (Signature)

DANA STONEBACK                                             Mark Buckman
   (Typed Name)                                               (Typed Name)

Title: ___ASSOCIATE___                                     Title: ___Director___

| Client Contract | **GMAC RFC** |
|---|---|

This Client Contract (as amended from time to time, the "Contract") between Residential Funding Corporation ("GMAC-RFC") and RBC Mortgage Company (the "Client") is dated as of April 30, 2002.

Client desires to sell residential mortgage loans ("Loans") to, and/or service Loans for, GMAC-RFC, and GMAC-RFC desires to purchase Loans from, and/or have Client service Loans for, GMAC-RFC pursuant to the terms and conditions of this Contract and the applicable Guides (as Guides is defined below).

In consideration of the above premises, and of the mutual agreements set forth below, and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Client and GMAC-RFC agree as follows:

1.  **Guides.** GMAC-RFC has approved Client to sell Loans to, and/or service Loans for GMAC-RFC, under the Guide(s) checked below, which Guide(s) are incorporated by reference into this Contract (as amended from time to time, the "Guides").

    **STATUS**
    ☒ Client Only
    ☐ Servicer Only
    ☐ Client and Servicer

    **APPLICABLE GUIDES**
    ☒ Client Guide
    ☐ Servicer Guide

    Upon the execution by GMAC-RFC and Client and delivery of an addendum to this Contract, GMAC-RFC may in the exercise of its sole discretion approve Client to sell Loans to, and/or service Loans for, GMAC-RFC under other Guides than those checked above. All capitalized terms used in this Contract and not otherwise defined shall have the meanings set forth in the applicable Guides.

2.  **Commitment Letters.** Pursuant to the applicable Guides' terms, GMAC-RFC may offer to enter into one or more Commitment Letters with Client. By executing a Commitment Letter and delivering it to GMAC-RFC, Client agrees to abide by its terms and conditions, which terms and conditions constitute a material part of this Contract, as if set forth expressly herein.

3.  **Amendments and Governing Contract.** This Contract and any Commitment Letter may only be amended in writing signed by both parties. The Guides may be amended only as set forth in the applicable Guide. In the case of any inconsistency between this Contract and the applicable Guide, this Contract's terms and conditions shall control. In the case of any inconsistency between either: (i) this Contract and any Commitment Letter; or (ii) the applicable Guide and any Commitment Letter, the Commitment Letter's terms and conditions shall control.

4.  **Representations and Warranties.** Client hereby makes to GMAC-RFC all of Client's representations and warranties set forth in the applicable Guides. Client also hereby covenants to GMAC-RFC that Client shall continue to comply with all of Client's covenants and obligations set forth in the applicable Guides, each Commitment Letter, and/or this Contract. Pursuant to the terms of the applicable Guides, GMAC-RFC's rights and remedies with respect to any breach of the above-referenced Client representations, warranties, and covenants will survive delivery and Funding of any Loan and the termination or suspension of this Contract, any Commitment Letter, any other program documents, or the applicable Guides.

5.  **Board of Directors Resolution.** Along with the execution of this Contract, Client shall delivery to GMAC-RFC the certified resolution of its Board of Directors authorizing this Contract's execution and delivery.

6.  **GMAC-RFC's Remedies.** If an event of default shall occur, GMAC-RFC may exercise, at its option, one or more of the remedies set forth in the applicable Guides.

7.  **Suspension and Termination.** This Contract, other program documents, Commitment Letters, and any applicable Guides may be suspended or terminated as set forth in the applicable Guides.

8. **Client's Status as Independent Contractor.** At no time shall Client represent that it is acting as GMAC-RFC's agent. Client shall act, at all times, as an independent contractor.

9. **Prior Agreements Superseded.** This Contract restates, amends and supersedes any and all prior Contracts or agreements between the parties except that any subservicing agreement executed by Client in connection with any loan-security exchange transaction shall not be affected.

10. **Assignment.** Client may not assign or transfer this Contract, in whole or in part, without GMAC-RFC's prior written consent. GMAC-RFC may sell, assign, convey, hypothecate, pledge, or in any other way transfer, in whole or in part, without restriction, its rights under this Contract and the applicable Guides with respect to any Commitment or Loan.

11. **Notices.** All notices, requests, demands or other communications that are to be given under this Contract shall, if to GMAC-RFC be as set forth in the applicable Guides and if to Client to the addresses and facsimile numbers specified in as set forth below.

> RBC Mortgage Company
> 440 N. Orleans St
> Chicago, IL 60610

Attention: Legal/Secondary Marketing

Facsimile Number: 312.494.0273

12. **Jurisdiction and Venue.** The parties submit to the jurisdiction of any state or federal court located in Hennepin County, Minnesota, and the parties irrevocably agree that all claims may be heard or determined in such state or federal court. The parties waive the defense of an inconvenient forum and any other substantive or procedural rights or remedies it may have in any other forum. The parties agree that a final judgment in any action between the parties shall be conclusive and may be enforced in any other jurisdiction than that set forth above. The parties further agree not to institute any legal actions or proceedings against the other party, or any director, officer, employee, attorney, agent or property of the other party, arising out of or relating to this Contract in any court other than as specified in this paragraph.

13. **Miscellaneous.** This Contract, including all documents incorporated by reference, constitutes the entire understanding between the parties and supersedes all other agreements, covenants, representations, warranties, understandings and communications between the parties, whether written or oral, with respect to the transactions contemplated by this Contract. All paragraph headings contained herein are for convenience only and shall not be construed as part of this Contract. Any Contract provision that is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining portions hereof or affecting the validity or enforceability of such provision in any other jurisdiction, and, to this end, the provisions hereof are severable. This Contract shall be governed by, and construed and enforced in accordance with, applicable federal laws and the laws of the State of Minnesota. This Contract may be executed in any number of counterparts, all of which taken together shall constitute one and the same instrument, and either of the parties may execute this Contract by signing any such counterpart.

IN WITNESS WHEREOF, Client's and GMAC-RFC's duly authorized officers have executed this Contract as of the date first written above.

CLIENT: RBC Mortgage

By: _____ (Signature)

Name: Russell Hossain (Typed or Printed)

AVP / Secondary Mkt.

RESIDENTIAL FUNDING CORPORATION

By: _____ (Signature)

Name: Darrin George (Typed or Printed)

Director

Client Contract
GMAC-RFC (10/00)
Page 3 of 2

 **GMAC** Residential Funding

GMAC Residential Funding
One Meridian Crossings
Suite 100
Minneapolis, MN 55423

RE:   Assumption by RBC Mortgage Company of Obligations of Prism Mortgage Company to Residential Funding Corporation ("RFC")

Ladies and Gentlemen:

This letter (this "letter agreement") dated **April 17, 2002**, shall serve to evidence and confirm our agreement with respect to the referenced matter.

RBC Mortgage Company hereby agrees to assume full liability for the making and performance of all agreements, covenants, representations and warranties made by Prism Mortgage Company in favor of RFC that in any way relate to or otherwise affect any loans sold Prism Mortgage Company to RFC. The aforesaid assumption agreement shall cover all obligations and liabilities, whether now existing or hereafter arising, with respect to the assumed agreements, covenants, representations and warranties, including, but not limited to, those contained in the **Seller/Servicer Contract** dated January 10, 1996, between RFC and Prism Mortgage Company, and the RFC Guide incorporated therein by reference, as amended, supplemented, restated or otherwise modified from time to time.

This letter agreement shall be in favor of, and insure to the benefit of, RFC and its successors and assigns.

By:   RBC Mortgage Company

Name (Sign): _Jamie G. Zelvin_

Name (Print): _Jamie G. Zelvin_

Title: _Associate General Counsel and Asst Sec._

Last revised 11-14-01

# GMAC Residential Funding

## MASTER COMMITMENT LETTER

April 30, 2002

Russell Hossain
Assistant Vice President
RBC Mortgage Company
440 N. Orleans
Chicago, IL 60610

CC ID #E84/2280

Dear Russell:

Residential Funding Corporation ("GMAC-RFC") is pleased to offer RBC Mortgage Company ("Client") a Master Commitment under which GMAC-RFC will commit to purchase certain residential mortgage Loans to be delivered in accordance with the provisions of this Master Commitment and subject to the terms and conditions set forth in the Client Contract between Client and GMAC-RFC dated as of April 30, 2002, and the GMAC-RFC Client Guide ("Client Guide") as the same may be supplemented, amended or modified from time to time. This Master Commitment constitutes an amendment to the Client Contract and the Client Guide. To the extent the terms of this Master Commitment conflict with the terms of the Client Contract or the Client Guide, the terms of this Master Commitment shall control with respect to Loans that are the subject of this Master Commitment. Capitalized terms used herein but not otherwise defined shall have their respective meanings set forth in the Client Contract and the Client Guide.

For good and valuable consideration, the adequacy and sufficiency of which are hereby acknowledged, GMAC-RFC and Client agree to the terms and conditions set out herein.

| | |
|---|---|
| Term: | April 30, 2002 to April 30, 2003 |
| | All delivery commitments taken under this Master Commitment must be ordered on or before April 30, 2002. |
| Fees: | There is no fee due GMAC-RFC under this Master Commitment. |
| Product, Program and Underwriting variances: | The following Product, Program and Underwriting variances will apply throughout the term of this Master Commitment. |

### Jumbo A
GMAC-RFC has reviewed the RBC Mortgage Company Jumbo Fixed (J30 and J15) program dated February 12, 2002. GMAC-RFC will purchase loans under the terms of this master commitment, which have been underwritten in conformance of those guidelines on a bulk bid basis. In addition, the following parameters apply:

#### Fields Disclosure on Bid Tapes
The RBC Mortgage Company Jumbo program utilizes Desktop Underwriter (DU) for automated underwriting decisions. To facilitate bidding on DU approved loans RBC Mortgage Company will disclose individual loan characteristics on the bid tape. Fields to be disclosed include Bankruptcy/Foreclosure (timeframe from discharge), prior mortgage history, debt-to-income ratios, borrower citizenship and additional fields as available.

#### Fields not available on Bid Tape
**Tradelines** – Loans with 3 or less tradelines on the borrowers credit report will be reviewed on a case by case basis.
**Appraisals** – Any loan amount greater than $650,000 will be bid and slotted to the NCA shelf due to guideline of only one appraisal report. Any streamlined refinance loan with an appraisal report greater than one year old and a credit score less than 680 will be subject to repricing.

Last revised 11-14-01

**Fannie Mae Desktop Underwriter Automated Underwriting**
(Jumbo A, Expanded Criteria)
GMAC-RFC agrees to purchase loans that have been underwritten by Fannie Mae Desktop Underwriter with the limitations and requirements set forth in the attached Exhibit A. GMAC-RFC further agrees that, with respect to loans sold under the Master Commitment, the credit underwriting requirements described in Exhibit A supersede any conflicting requirements in Part Four (4) of the Client Guide.

Future
Amendments:       GMAC-RFC and Client agree to notify each other as necessary when issues arise that are not addressed in this Master Commitment. Any amendments to this Master Commitment must be mutually agreed upon in writing and incorporated into this Master Commitment.

Termination:      GMAC-RFC may at any time in the exercise of its sole discretion terminate Client's right to sell Loans to GMAC-RFC under this Master Commitment with 30 days written notice by GMAC-RFC to Client. GMAC-RFC may from time to time in the exercise of its sole discretion modify or supplement any of the program criteria or requirements effective immediately upon notice by GMAC-RFC to Client. Except for increasing the notice period for discretionary termination from 5 to 30 days, nothing contained in this paragraph or Master Commitment shall affect or limit GMAC-RFC's rights under the Client Guide to disqualify, suspend, inactivate, or terminate Client's right to sell Loans to GMAC-RFC.

Confidentiality:  GMAC-RFC and Client each agree that the specific terms and provisions of this Master Commitment are confidential except as required by law or as may be reasonably necessary to be disclosed in connection with the sale or securitization of Loans sold to GMAC-RFC by Client.

Commitment Offer
Expiration Date:  This Master Commitment may be canceled at GMAC-RFC's option if an executed copy is not received on or before May 15, 2002.

We look forward to our continued relationship with RBC Mortgage Company. If the terms of this Master Commitment are acceptable to you, please so indicate by executing both of the enclosed copies, return one original to GMAC-RFC on or before the date indicated above, and retain the other original for your records.

Sincerely,
Residential Funding Corporation

Bonnie Arnold
Sales Director


AGREED AND ACCEPTED BY: (RBC Mortgage Company)

SIGNATURE: _____
NAME:       Russell Hossain
TITLE:      AVP/ Secondary Mktg.
DATE:       5/29/02

2

Last revised 11-14-01

*EXHIBIT A*
*RBC MORTGAGE COMPANY*
*FANNIE MAE DESKTOP UNDERWRITER GUIDELINES – JUMBO AND EXPANDED CRITERIA*

The following GMAC-RFC mortgage products are eligible for Fannie Mae Desktop Underwriter underwriting:
GMAC-RFC Jumbo A and Expanded Criteria:
- 30 year and 15 year FRM, all LIBOR and Treasury indexed ARM's
- One to four unit properties
- Primary, Second/Vacation and Investment Properties
- Full Documentation or Stated Income Documentation
- Maximum loan amount of $650,000
- Maximum LTV/CLTV's in accordance with the GMAC-RFC Client Guide as amended from time to time the "Client Guide".

For each loan that has been underwritten by Fannie Mae Desktop Underwriter GMAC-RFC requires that a printed copy of the Fannie Mae Desktop Underwriter Feedback certificate be submitted to GMAC-RFC in the loan file and that certificate must contain the following information:

Borrower Name, Lender Case Number, Recommendation of "Approved-Eligible" or "Approved-Ineligible", Verification Messages/ Approval Conditions, Observations, Total LTV Calculated by Fannie Mae Desktop Underwriter, and the full credit report provided by Fannie Mae Desktop Underwriter. Each approval condition must be satisfied with the exception of loan balance exceeding Fannie Mae loan limits.

The following Credit Standards will apply to all loans:
- Full documentation loans the minimum qualifying credit score is 620.
- Stated Income documentation the minimum qualifying credit score is 680 for Jumbo A and 660 for Expanded Criteria.
- Housing history – no 30 day lates in the past 12 months and no 60 day lates in the past 24 months
- Bankruptcy/Foreclosure – Full documentation loans a minimum of 4 years must have elapsed from discharge for credit scores of 680 or greater, loans with a credit score of 679 or less a minimum of 7 years must have elapsed. Stated Income loans require a minimum of 7 years since discharge.

Maximum Debt-to-income "DTI" ratios for fixed rate loans are 36/40% and 33/38% for ARM loans. ARM loans are qualified at the rate that could be in effect at the start of the second year. Flexibility in ratio guidelines may be allowed with adequate compensating factors and a minimum FICO credit score based on the product:

| Grade | Standard DTI Ratio | Ratio with compensating factors |
|---|---|---|
| A1, A2, A3 | 38% (ARM) | 42% (ARM) |
|  | 40% (FRM) | 45% (FRM) |

A minimum of two of the following compensating factors are required for DTI parameters to exceed stated program guidelines:
- Borrower's own equity reduces LTV by 10% below program maximum;
- Housing payment and total debt are less than or equal to the Borrower's current payment levels;
- Six months reserves where two or fewer months reserves are required by the program;
- LTV is 65% or less; or
- Ability to dedicate more income to housing expense as evidenced by residual income (a standard of $2,000); only applies to full documentation program.

In addition to at least two compensating factors as stated above, a minimum FICO credit score for full documentation is required as follows:
- 680 credit score for Jumbo A
- 660 credit score for Expanded Criteria

No exception to LTV or CLTV parameters is allowed in conjunction with a DTI exception.

3

Last revised 11-14-01

### EXHIBIT A
### RBC MORTGAGE COMPANY
### *FANNIE MAE DESKTOP UNDERWRITER GUIDELINES – JUMBO AND EXPANDED CRITERIA*

Each loan must conform in all respects to the loan documentation standards set forth in the Client Guide with the exception of any applicable credit documentation reductions set forth in Fannie Mae's Desktop Underwriter documentation requirements. Regardless of the documentation set required by the findings report each credit file must contain the following documentation to be considered a full doc file:

**Income**
    Salaried borrower – one paystub showing 30 days of earnings, plus YTD
    Self-employed – personal tax returns for two years

Any file containing less than the above documentation will be considered stated income for pricing purposes and adjustments.

**Assets**
    Two months of bank statements including evidence of reserves

**Reserves**
    Full Documentation – Two months PITI
    Stated Income – Six months PITI

Each loan must have a complete property appraisal that conforms in all respects to the appraisal standards set forth in the Client Guide.

For all loans of any type underwritten using Fannie Mae Desktop Underwriter, RBC Mortgage Company represents and warrants that the information input into Fannie Mae Desktop Underwriter is complete and accurate RBC Mortgage Company further acknowledges and agrees that the fact that a loan may be underwritten and approved using the Fannie Mae Desktop Underwriter System shall not relieve the RBC Mortgage Company from liability for any misrepresentation under, or any other breach of any of the terms or conditions of, the Guides.

Except as expressly set forth above, the terms of the Seller/Servicer Contract between RBC Mortgage Company and GMAC-RFC and the Master Commitment hereby shall remain unchanged. GMAC-RFC reserves the right to cancel the terms of this negotiated feature with 30 days notice.

4