# Exhibit C

| CMG Mortgage, Inc.- Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 4657296 | 2004-SL1 | 5/4/2001 | $345,000.00 |
| 5076671 | 2004-SL2 | 8/9/2001 | $390,000.00 |
| 5136921 | 2004-SL2 | 9/7/2001 | $400,000.00 |
| 5218438 | 2004-SL1 | 9/17/2001 | $365,000.00 |
| 5347513 | 2004-SL2 | 9/28/2001 | $490,000.00 |
| 5357096 | 2004-SL1 | 10/9/2001 | $556,000.00 |
| 5394034 | 2004-SL2 | 10/3/2001 | $426,400.00 |
| 5475778 | 2004-SL2 | 10/11/2001 | $477,000.00 |
| 5774898 | 2004-SL3 | 11/7/2001 | $465,000.00 |
| 5799870 | 2004-SL3 | 11/7/2001 | $350,000.00 |
| 6317628 | 2004-SL4 | 12/6/2001 | $340,000.00 |
| 6494688 | 2005-SL1 | 1/2/2002 | $403,000.00 |
| 6693464 | 2005-SL1 | 1/10/2002 | $380,000.00 |
| 6874622 | 2005-SL1 | 1/15/2002 | $398,000.00 |
| 7562698 | 2005-SL2 | 2/15/2002 | $840,000.00 |
| 8599050 | 2004-S1 | 9/12/2003 | $364,000.00 |
| 8779610 | 2004-S2 | 10/30/2003 | $1,000,000.00 |
| 8801654 | 2004-QS1 | 12/12/2003 | $100,000.00 |
| 8817292 | 2004-S3 | 11/19/2003 | $986,000.00 |
| 8817346 | 2004-S1 | 11/13/2003 | $753,000.00 |
| 8822328 | 2004-QS1 | 12/3/2003 | $242,000.00 |
| 8839274 | 2004-QS1 | 12/3/2003 | $200,000.00 |
| 8885370 | 2004-S1 | 12/5/2003 | $492,000.00 |
| 8885568 | 2004-S1 | 12/5/2003 | $556,000.00 |
| 8891854 | 2004-QS3 | 12/12/2003 | $460,000.00 |
| 8900770 | 2004-QS1 | 12/12/2003 | $497,500.00 |
| 8902526 | 2004-QS3 | 12/12/2003 | $400,000.00 |
| 8905780 | 2004-QS3 | 12/16/2003 | $110,000.00 |
| 8919646 | 2004-HS1 | 12/22/2003 | $41,729.56 |
| 8919704 | 2004-HS1 | 12/22/2003 | $26,655.01 |
| 8919734 | 2004-HS1 | 12/22/2003 | $69,330.08 |
| 8919826 | 2004-QS2 | 1/12/2004 | $165,000.00 |
| 8919940 | 2004-HS1 | 12/22/2003 | $45,293.22 |
| 8920140 | 2004-HS1 | 12/22/2003 | $40,691.74 |
| 8929728 | 2004-QS1 | 12/30/2003 | $308,000.00 |
| 8929742 | 2004-QS1 | 12/17/2003 | $448,000.00 |
| 8929772 | 2004-QS1 | 12/23/2003 | $400,000.00 |
| 8937602 | 2004-QS1 | 12/22/2003 | $370,000.00 |
| 8939405 | 2004-S5 | 4/20/2004 | $726,000.00 |
| 8944416 | 2004-HS1 | 12/31/2003 | $25,458.08 |
| 8944448 | 2004-HS1 | 12/22/2003 | $88,377.78 |
| 8944572 | 2004-HS1 | 12/24/2003 | $39,932.60 |
| 8951954 | 2004-RS1 | 12/22/2003 | $367,500.00 |
| 8951970 | 2004-S1 | 12/18/2003 | $368,000.00 |
| 8952054 | 2004-S1 | 12/19/2003 | $521,600.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 8952137 | 2004-QS8 | 6/9/2004 | $225,300.00 |
| 8952138 | 2004-QS1 | 12/18/2003 | $463,000.00 |
| 8952144 | 2004-S3 | 12/22/2003 | $650,000.00 |
| 8952176 | 2004-S1 | 12/30/2003 | $376,000.00 |
| 8952200 | 2004-S3 | 12/22/2003 | $577,000.00 |
| 8952247 | 2004-QS10 | 6/15/2004 | $163,000.00 |
| 8952298 | 2004-S3 | 12/18/2003 | $407,000.00 |
| 8952330 | 2004-S1 | 12/19/2003 | $494,000.00 |
| 8952410 | 2004-S1 | 12/18/2003 | $400,000.00 |
| 8952418 | 2004-S1 | 12/22/2003 | $446,050.00 |
| 8952480 | 2004-S1 | 12/19/2003 | $450,000.00 |
| 8952516 | 2004-S1 | 12/22/2003 | $550,000.00 |
| 8952558 | 2004-S1 | 12/23/2003 | $336,000.00 |
| 8953286 | 2004-S4 | 12/30/2003 | $374,900.00 |
| 8953290 | 2004-S1 | 12/23/2003 | $393,000.00 |
| 8953344 | 2004-S1 | 12/22/2003 | $504,000.00 |
| 8956884 | 2004-HS1 | 1/23/2004 | $39,839.81 |
| 8956926 | 2004-HS1 | 1/23/2004 | $73,878.34 |
| 8956928 | 2004-HS1 | 1/23/2004 | $29,775.57 |
| 8956930 | 2004-HS1 | 1/23/2004 | $19,984.78 |
| 8956962 | 2004-HS1 | 1/23/2004 | $43,913.98 |
| 8956968 | 2004-HS1 | 1/23/2004 | $37,357.91 |
| 8971412 | 2004-QS1 | 12/31/2003 | $303,000.00 |
| 8983678 | 2004-HS1 | 2/18/2004 | $59,353.67 |
| 8983692 | 2004-HS1 | 2/18/2004 | $18,485.57 |
| 8983696 | 2004-HS1 | 2/18/2004 | $42,350.00 |
| 8983706 | 2004-HS1 | 2/18/2004 | $68,600.00 |
| 8984172 | 2004-S3 | 1/8/2004 | $375,000.00 |
| 8991013 | 2004-S5 | 5/11/2004 | $650,000.00 |
| 8991161 | 2004-QS8 | 6/2/2004 | $505,000.00 |
| 8993264 | 2004-QS2 | 1/28/2004 | $562,500.00 |
| 9000643 | 2004-QS8 | 6/18/2004 | $180,000.00 |
| 9001166 | 2004-QS2 | 2/11/2004 | $280,000.00 |
| 9001172 | 2004-QS6 | 2/10/2004 | $369,000.00 |
| 9010610 | 2004-QS3 | 1/14/2004 | $175,800.00 |
| 9012860 | 2004-HS1 | 2/18/2004 | $30,173.91 |
| 9012862 | 2004-HS1 | 2/18/2004 | $57,427.94 |
| 9013310 | 2004-HS1 | 2/18/2004 | $44,972.74 |
| 9013320 | 2004-HS1 | 2/18/2004 | $29,934.38 |
| 9021363 | 2004-QS8 | 5/27/2004 | $166,500.00 |
| 9035586 | 2004-QS2 | 2/12/2004 | $412,000.00 |
| 9041326 | 2004-QS2 | 1/23/2004 | $119,200.00 |
| 9055904 | 2004-QS4 | 2/27/2004 | $250,000.00 |
| 9055954 | 2004-QS2 | 2/10/2004 | $150,000.00 |
| 9065323 | 2004-QS9 | 6/17/2004 | $260,000.00 |
| 9068188 | 2004-QS2 | 2/4/2004 | $63,750.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9068222 | 2004-QS2 | 2/11/2004 | $356,000.00 |
| 9070652 | 2004-QS2 | 2/12/2004 | $280,000.00 |
| 9075681 | 2004-RZ2 | 6/14/2004 | $237,500.00 |
| 9075693 | 2004-RZ3 | 8/24/2004 | $144,200.00 |
| 9075729 | 2004-RZ3 | 7/15/2004 | $223,000.00 |
| 9076936 | 2004-QS2 | 2/5/2004 | $426,000.00 |
| 9077022 | 2004-QS2 | 2/12/2004 | $255,000.00 |
| 9082956 | 2004-QS2 | 2/12/2004 | $205,000.00 |
| 9093894 | 2004-QS3 | 2/18/2004 | $141,350.00 |
| 9098630 | 2004-HS1 | 3/9/2004 | $52,460.06 |
| 9107080 | 2004-HS2 | 2/17/2004 | $49,171.21 |
| 9108986 | 2004-QS4 | 2/24/2004 | $159,950.00 |
| 9113286 | 2004-S4 | 3/26/2004 | $440,000.00 |
| 9113292 | 2004-QS5 | 3/25/2004 | $270,000.00 |
| 9113738 | 2004-S2 | 2/19/2004 | $425,000.00 |
| 9114366 | 2004-S2 | 2/27/2004 | $476,000.00 |
| 9114556 | 2004-S2 | 2/19/2004 | $386,000.00 |
| 9114660 | 2004-S4 | 3/25/2004 | $356,000.00 |
| 9125980 | 2004-S2 | 3/2/2004 | $775,000.00 |
| 9126132 | 2004-S3 | 3/1/2004 | $552,500.00 |
| 9126172 | 2004-S4 | 3/17/2004 | $525,000.00 |
| 9126212 | 2004-S2 | 2/27/2004 | $650,000.00 |
| 9126248 | 2004-S2 | 2/27/2004 | $397,000.00 |
| 9129290 | 2004-S2 | 3/5/2004 | $580,000.00 |
| 9129528 | 2004-S2 | 3/11/2004 | $352,500.00 |
| 9130963 | 2004-QS12 | 7/13/2004 | $164,000.00 |
| 9132164 | 2004-S2 | 3/2/2004 | $425,000.00 |
| 9132908 | 2004-S2 | 2/27/2004 | $633,750.00 |
| 9137672 | 2004-HS1 | 3/9/2004 | $34,471.02 |
| 9137710 | 2004-HS1 | 3/9/2004 | $66,738.13 |
| 9138332 | 2004-HS1 | 3/9/2004 | $44,274.51 |
| 9138338 | 2004-HS1 | 3/9/2004 | $18,386.34 |
| 9138488 | 2004-HS1 | 3/9/2004 | $19,785.31 |
| 9138500 | 2004-HS1 | 3/9/2004 | $30,074.08 |
| 9138528 | 2004-HS1 | 3/9/2004 | $19,188.07 |
| 9138602 | 2004-HS1 | 3/9/2004 | $58,951.64 |
| 9138614 | 2004-S2 | 2/26/2004 | $460,000.00 |
| 9138622 | 2004-HS1 | 3/9/2004 | $25,000.00 |
| 9138634 | 2004-S2 | 2/27/2004 | $438,000.00 |
| 9141094 | 2004-QS7 | 4/8/2004 | $137,750.00 |
| 9143822 | 2004-S2 | 3/3/2004 | $650,000.00 |
| 9153968 | 2004-S3 | 3/12/2004 | $378,000.00 |
| 9168966 | 2004-S2 | 3/11/2004 | $395,000.00 |
| 9168968 | 2004-S2 | 3/12/2004 | $640,000.00 |
| 9169006 | 2004-S2 | 3/11/2004 | $400,000.00 |
| 9169118 | 2004-S2 | 3/11/2004 | $490,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9169194 | 2004-S2 | 3/11/2004 | $565,000.00 |
| 9169280 | 2004-S2 | 3/11/2004 | $370,000.00 |
| 9170168 | 2004-S2 | 3/12/2004 | $387,000.00 |
| 9171256 | 2004-S2 | 3/12/2004 | $379,000.00 |
| 9171296 | 2004-S2 | 3/16/2004 | $436,000.00 |
| 9171344 | 2004-S4 | 3/17/2004 | $475,000.00 |
| 9171456 | 2004-S2 | 3/12/2004 | $644,200.00 |
| 9171488 | 2004-S2 | 3/12/2004 | $385,600.00 |
| 9171492 | 2004-S3 | 3/12/2004 | $454,000.00 |
| 9173492 | 2004-S4 | 4/1/2004 | $540,000.00 |
| 9173634 | 2004-S2 | 3/11/2004 | $521,000.00 |
| 9173970 | 2004-S4 | 3/23/2004 | $426,800.00 |
| 9173990 | 2004-S2 | 3/11/2004 | $426,100.00 |
| 9174070 | 2004-S2 | 3/11/2004 | $370,000.00 |
| 9174450 | 2004-S3 | 3/11/2004 | $480,000.00 |
| 9174938 | 2004-S4 | 3/25/2004 | $650,000.00 |
| 9182888 | 2004-S4 | 3/17/2004 | $568,000.00 |
| 9188454 | 2004-S4 | 3/19/2004 | $496,000.00 |
| 9190636 | 2004-S4 | 3/19/2004 | $460,000.00 |
| 9190822 | 2004-S4 | 3/19/2004 | $450,000.00 |
| 9190914 | 2004-QS6 | 3/24/2004 | $100,000.00 |
| 9190974 | 2004-S4 | 3/23/2004 | $655,000.00 |
| 9191040 | 2004-S4 | 3/19/2004 | $464,000.00 |
| 9199950 | 2004-QS7 | 3/25/2004 | $374,000.00 |
| 9203374 | 2004-S4 | 3/24/2004 | $620,000.00 |
| 9203408 | 2004-QS5 | 3/29/2004 | $181,000.00 |
| 9203582 | 2004-S5 | 3/26/2004 | $925,000.00 |
| 9203806 | 2004-S4 | 3/26/2004 | $391,000.00 |
| 9203812 | 2004-S4 | 3/25/2004 | $466,000.00 |
| 9203888 | 2004-S4 | 3/25/2004 | $526,000.00 |
| 9213302 | 2004-S4 | 3/30/2004 | $397,500.00 |
| 9214338 | 2004-S4 | 3/30/2004 | $352,000.00 |
| 9214344 | 2004-S4 | 4/1/2004 | $492,700.00 |
| 9222830 | 2004-S4 | 3/31/2004 | $440,000.00 |
| 9244068 | 2004-S4 | 4/8/2004 | $390,000.00 |
| 9244086 | 2004-S6 | 4/19/2004 | $385,000.00 |
| 9245569 | 2004-QS12 | 8/20/2004 | $355,000.00 |
| 9246821 | 2004-RS11 | 10/13/2004 | $194,100.00 |
| 9251054 | 2004-S4 | 4/9/2004 | $460,500.00 |
| 9251056 | 2004-S6 | 4/9/2004 | $551,200.00 |
| 9251062 | 2004-S4 | 4/9/2004 | $377,500.00 |
| 9251088 | 2004-S4 | 4/9/2004 | $378,000.00 |
| 9251092 | 2004-S4 | 4/12/2004 | $463,000.00 |
| 9251096 | 2004-S4 | 4/9/2004 | $590,000.00 |
| 9260936 | 2004-S4 | 4/19/2004 | $500,000.00 |
| 9263886 | 2004-S5 | 4/13/2004 | $412,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9264546 | 2004-HS2 | 5/24/2004 | $16,986.41 |
| 9264594 | 2004-HS2 | 5/24/2004 | $56,000.00 |
| 9264596 | 2004-HS2 | 5/24/2004 | $30,976.41 |
| 9264608 | 2006-HSA1 | 5/24/2004 | $60,000.00 |
| 9264650 | 2004-HS2 | 5/24/2004 | $57,500.00 |
| 9264780 | 2004-HS2 | 5/24/2004 | $59,949.59 |
| 9439079 | 2004-QS12 | 9/2/2004 | $625,000.00 |
| 9458711 | 2004-QS12 | 8/24/2004 | $600,000.00 |
| 9507713 | 2004-QS12 | 9/8/2004 | $110,000.00 |
| 9552595 | 2004-RS10 | 9/27/2004 | $206,000.00 |
| 9563057 | 2004-QA5 | 10/1/2004 | $280,000.00 |
| 9611021 | 2004-S9 | 10/21/2004 | $389,000.00 |
| 9611051 | 2004-QS15 | 10/21/2004 | $585,000.00 |
| 9612419 | 2004-S9 | 10/21/2004 | $365,000.00 |
| 9613263 | 2004-QA5 | 11/4/2004 | $255,500.00 |
| 9613807 | 2005-QA7 | 11/4/2004 | $217,500.00 |
| 9621453 | 2004-QA6 | 11/12/2004 | $230,000.00 |
| 9622477 | 2005-SA1 | 11/12/2004 | $317,000.00 |
| 9630325 | 2004-QA6 | 11/12/2004 | $188,000.00 |
| 9656445 | 2004-QA6 | 11/30/2004 | $243,750.00 |
| 9657037 | 2005-RS5 | 1/5/2005 | $467,200.00 |
| 9657055 | 2004-QA6 | 11/30/2004 | $340,000.00 |
| 9657059 | 2004-QA6 | 11/30/2004 | $480,000.00 |
| 9657065 | 2004-QA6 | 11/30/2004 | $319,250.00 |
| 9657155 | 2004-QA6 | 11/30/2004 | $512,000.00 |
| 9657161 | 2004-QA6 | 11/30/2004 | $634,000.00 |
| 9729021 | 2005-RS5 | 1/19/2005 | $436,000.00 |
| 9729025 | 2005-RS5 | 1/19/2005 | $416,000.00 |
| 9729135 | 2005-RS5 | 1/19/2005 | $525,000.00 |
| 9729139 | 2005-RS5 | 1/19/2005 | $640,000.00 |
| 9729147 | 2005-RS5 | 1/19/2005 | $263,150.00 |
| 9729153 | 2005-RS5 | 1/19/2005 | $507,200.00 |
| 9729165 | 2005-RS5 | 1/19/2005 | $364,000.00 |
| 9729177 | 2005-RS5 | 1/19/2005 | $362,500.00 |
| 9729379 | 2005-RS5 | 1/19/2005 | $318,500.00 |
| 9745435 | 2005-RS5 | 1/26/2005 | $649,950.00 |
| 9745439 | 2005-RS5 | 1/25/2005 | $317,800.00 |
| 9745441 | 2005-RS5 | 1/25/2005 | $485,000.00 |
| 9745443 | 2005-RS5 | 1/25/2005 | $491,250.00 |
| 9745999 | 2005-RS5 | 1/25/2005 | $398,800.00 |
| 9746001 | 2005-RS5 | 1/25/2005 | $450,000.00 |
| 9746009 | 2005-RS5 | 1/25/2005 | $370,000.00 |
| 9746011 | 2005-RS5 | 1/25/2005 | $574,400.00 |
| 9746015 | 2005-RS5 | 1/25/2005 | $448,000.00 |
| 9746033 | 2005-RS5 | 1/25/2005 | $468,000.00 |
| 9896499 | 2005-HS1 | 6/24/2005 | $87,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9896503 | 2005-HS1 | 6/24/2005 | $62,200.00 |
| 9929491 | 2005-HS1 | 7/21/2005 | $28,900.00 |
| 9929493 | 2005-HS1 | 7/21/2005 | $26,800.00 |
| 9945711 | 2005-HS1 | 8/1/2005 | $100,000.00 |
| 9945715 | 2005-HS2 | 8/1/2005 | $80,000.00 |
| 9945727 | 2005-HS1 | 8/1/2005 | $73,000.00 |
| 9945729 | 2005-HS1 | 8/1/2005 | $39,000.00 |
| 9952717 | 2005-HS1 | 6/29/2005 | $119,200.00 |
| 9952789 | 2005-HS1 | 7/1/2005 | $33,700.00 |
| 9952819 | 2005-HS1 | 6/29/2005 | $157,900.00 |
| 9952847 | 2005-HS1 | 6/24/2005 | $42,200.00 |
| 9952983 | 2005-HS1 | 6/24/2005 | $71,250.00 |
| 9952987 | 2005-HS1 | 6/24/2005 | $31,900.00 |
| 9952995 | 2005-HS1 | 6/29/2005 | $23,700.00 |
| 9953459 | 2005-HS1 | 6/24/2005 | $75,700.00 |
| 9953513 | 2005-HS1 | 6/29/2005 | $195,000.00 |
| 9953515 | 2005-HS1 | 6/29/2005 | $47,000.00 |
| 9953545 | 2005-HS1 | 6/29/2005 | $24,000.00 |
| 9953575 | 2005-HS1 | 6/29/2005 | $80,000.00 |
| 9953589 | 2005-HS1 | 6/29/2005 | $114,200.00 |
| 9953617 | 2005-HS1 | 7/14/2005 | $85,000.00 |
| 9954325 | 2005-HS1 | 6/24/2005 | $48,100.00 |
| 9956347 | 2005-HS1 | 6/29/2005 | $70,100.00 |
| 9957303 | 2005-HS1 | 6/29/2005 | $77,000.00 |
| 9960965 | 2005-HS1 | 6/29/2005 | $13,500.00 |
| 9960975 | 2005-HS1 | 7/22/2005 | $57,000.00 |
| 9961111 | 2005-HS1 | 6/29/2005 | $34,200.00 |
| 9961135 | 2005-HS1 | 6/29/2005 | $23,500.00 |
| 9961161 | 2005-HS1 | 6/24/2005 | $77,000.00 |
| 9961169 | 2005-HS1 | 6/29/2005 | $36,000.00 |
| 9961217 | 2005-HS1 | 6/29/2005 | $32,700.00 |
| 9961233 | 2005-HS2 | 6/29/2005 | $66,000.00 |
| 9961267 | 2005-HS1 | 6/29/2005 | $27,200.00 |
| 9962483 | 2005-HS1 | 6/29/2005 | $42,200.00 |
| 9962985 | 2005-HS2 | 6/29/2005 | $50,000.00 |
| 9963105 | 2005-HS1 | 6/29/2005 | $89,200.00 |
| 9963113 | 2005-HS1 | 6/29/2005 | $70,000.00 |
| 9963295 | 2005-HS1 | 6/29/2005 | $35,800.00 |
| 9964039 | 2005-HS1 | 6/29/2005 | $75,000.00 |
| 9964055 | 2005-HS1 | 6/29/2005 | $50,000.00 |
| 9965645 | 2005-HS1 | 6/29/2005 | $66,200.00 |
| 9965681 | 2005-HS1 | 6/29/2005 | $85,000.00 |
| 9965693 | 2005-HS1 | 6/29/2005 | $28,400.00 |
| 9965697 | 2005-HS1 | 6/29/2005 | $20,000.00 |
| 9965723 | 2005-HS1 | 6/29/2005 | $20,000.00 |
| 9965771 | 2005-HS1 | 6/29/2005 | $80,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9965779 | 2005-HS1 | 6/29/2005 | $192,000.00 |
| 9965799 | 2005-HS1 | 6/29/2005 | $183,000.00 |
| 9966249 | 2005-HS1 | 6/29/2005 | $30,800.00 |
| 9966339 | 2005-HS1 | 6/29/2005 | $32,200.00 |
| 9966347 | 2005-HS1 | 7/14/2005 | $51,000.00 |
| 9966901 | 2005-HS1 | 6/29/2005 | $35,000.00 |
| 9966909 | 2005-HS1 | 6/29/2005 | $67,500.00 |
| 9966921 | 2005-HS1 | 6/29/2005 | $42,850.00 |
| 9967059 | 2005-HS1 | 6/29/2005 | $30,400.00 |
| 9967115 | 2005-HS1 | 6/29/2005 | $35,000.00 |
| 9967133 | 2005-HS1 | 6/29/2005 | $39,000.00 |
| 9967165 | 2005-HS1 | 6/29/2005 | $31,800.00 |
| 9968329 | 2005-HS2 | 8/24/2005 | $100,300.00 |
| 9968331 | 2005-HS2 | 8/24/2005 | $72,000.00 |
| 9968347 | 2005-HS2 | 8/24/2005 | $119,000.00 |
| 9968467 | 2005-HS1 | 6/29/2005 | $110,000.00 |
| 9968497 | 2005-HS1 | 6/29/2005 | $18,000.00 |
| 9968563 | 2005-HS1 | 6/29/2005 | $103,000.00 |
| 9968583 | 2005-HS1 | 6/29/2005 | $25,400.00 |
| 9969497 | 2005-HS1 | 6/29/2005 | $93,000.00 |
| 9969655 | 2005-HS1 | 6/29/2005 | $92,800.00 |
| 9969681 | 2005-HS1 | 7/1/2005 | $48,000.00 |
| 9969699 | 2005-HS1 | 6/29/2005 | $80,000.00 |
| 9969709 | 2005-HS1 | 6/29/2005 | $185,000.00 |
| 9969711 | 2005-HS1 | 7/1/2005 | $15,000.00 |
| 9969771 | 2005-HS1 | 6/29/2005 | $44,800.00 |
| 9973099 | 2005-HS1 | 6/29/2005 | $110,000.00 |
| 9973117 | 2005-HS1 | 6/29/2005 | $60,000.00 |
| 9973131 | 2005-HS1 | 6/29/2005 | $66,900.00 |
| 9973167 | 2005-HS1 | 6/29/2005 | $25,500.00 |
| 9973177 | 2005-HS1 | 6/29/2005 | $30,000.00 |
| 9973179 | 2005-HS1 | 6/29/2005 | $87,500.00 |
| 9973183 | 2005-HS1 | 6/29/2005 | $16,900.00 |
| 9984303 | 2005-HS1 | 7/19/2005 | $21,700.00 |
| 9984311 | 2005-HS1 | 7/15/2005 | $173,700.00 |
| 9984319 | 2005-HS1 | 7/15/2005 | $44,000.00 |
| 9984325 | 2005-HS1 | 7/15/2005 | $60,000.00 |
| 9984329 | 2005-HS1 | 7/15/2005 | $25,900.00 |
| 9984335 | 2005-HS1 | 7/15/2005 | $184,000.00 |
| 9984355 | 2005-HS1 | 7/15/2005 | $172,500.00 |
| 9984361 | 2005-HS1 | 7/15/2005 | $39,200.00 |
| 9984395 | 2005-HS1 | 7/15/2005 | $39,000.00 |
| 9984399 | 2005-HS1 | 7/15/2005 | $129,000.00 |
| 9984445 | 2005-HS1 | 7/15/2005 | $62,200.00 |
| 9984449 | 2005-HS1 | 7/15/2005 | $200,000.00 |
| 9984633 | 2005-HS1 | 7/15/2005 | $55,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9984639 | 2005-HS1 | 7/15/2005 | $172,500.00 |
| 9984649 | 2005-HS1 | 7/15/2005 | $62,500.00 |
| 9984661 | 2005-HS1 | 7/15/2005 | $53,000.00 |
| 9984669 | 2005-HS1 | 7/15/2005 | $37,600.00 |
| 9984739 | 2005-HS1 | 7/15/2005 | $150,000.00 |
| 9985659 | 2005-HS1 | 7/15/2005 | $37,000.00 |
| 9985691 | 2005-HS2 | 7/15/2005 | $72,000.00 |
| 9985709 | 2005-HS1 | 7/15/2005 | $145,000.00 |
| 9985719 | 2005-HS1 | 7/15/2005 | $41,000.00 |
| 9985733 | 2005-HS1 | 7/15/2005 | $200,000.00 |
| 9985735 | 2005-HS1 | 7/15/2005 | $34,200.00 |
| 9985741 | 2005-HS1 | 7/15/2005 | $30,000.00 |
| 9985755 | 2005-HS1 | 7/15/2005 | $40,000.00 |
| 9985761 | 2005-HS1 | 7/22/2005 | $96,000.00 |
| 9985763 | 2005-HS2 | 7/15/2005 | $61,400.00 |
| 9985767 | 2005-HS1 | 7/15/2005 | $40,200.00 |
| 9985777 | 2005-HS1 | 7/15/2005 | $30,500.00 |
| 9985795 | 2005-HS1 | 7/15/2005 | $53,200.00 |
| 9990475 | 2005-HS1 | 7/21/2005 | $138,000.00 |
| 9990479 | 2005-HS1 | 7/21/2005 | $22,200.00 |
| 9990481 | 2005-HS1 | 8/5/2005 | $110,000.00 |
| 9990489 | 2005-HS1 | 7/21/2005 | $70,000.00 |
| 9990495 | 2005-HS2 | 7/21/2005 | $25,000.00 |
| 9990499 | 2005-HS1 | 7/21/2005 | $100,000.00 |
| 9990505 | 2005-HS1 | 7/21/2005 | $42,000.00 |
| 9990507 | 2005-HS1 | 7/21/2005 | $60,000.00 |
| 9990511 | 2005-HS1 | 7/21/2005 | $70,000.00 |
| 9990521 | 2005-HS1 | 7/21/2005 | $89,400.00 |
| 9990525 | 2005-HS1 | 7/21/2005 | $14,550.00 |
| 9990537 | 2005-HS1 | 7/21/2005 | $85,400.00 |
| 9990543 | 2005-HS1 | 7/21/2005 | $19,900.00 |
| 9990553 | 2005-HS1 | 7/21/2005 | $83,000.00 |
| 9990593 | 2005-HS1 | 7/21/2005 | $25,900.00 |
| 9991339 | 2005-HS1 | 7/21/2005 | $109,900.00 |
| 9991601 | 2005-HS1 | 7/21/2005 | $100,000.00 |
| 9991847 | 2005-HS1 | 7/21/2005 | $40,000.00 |
| 9992127 | 2005-HS1 | 7/21/2005 | $54,400.00 |
| 9992135 | 2005-HS1 | 7/21/2005 | $49,500.00 |
| 9992139 | 2005-HS1 | 7/21/2005 | $106,000.00 |
| 9992147 | 2005-HS1 | 7/21/2005 | $36,500.00 |
| 9992497 | 2005-HS2 | 7/21/2005 | $70,500.00 |
| 9992993 | 2005-HS2 | 7/21/2005 | $79,800.00 |
| 9996853 | 2005-HS1 | 7/21/2005 | $81,990.00 |
| 9998029 | 2005-HS1 | 7/21/2005 | $145,000.00 |
| 9998189 | 2005-HS1 | 8/24/2005 | $39,900.00 |
| 9998191 | 2005-HS1 | 8/24/2005 | $42,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9998365 | 2005-HS1 | 8/19/2005 | $25,000.00 |
| 9998371 | 2005-HS1 | 8/19/2005 | $45,000.00 |
| 9999291 | 2005-HS1 | 9/6/2005 | $26,500.00 |
| 9999303 | 2005-HS1 | 9/6/2005 | $20,900.00 |
| 10001391 | 2005-HS1 | 7/22/2005 | $27,800.00 |
| 10001395 | 2005-HS1 | 7/22/2005 | $35,500.00 |
| 10001405 | 2005-HS1 | 7/22/2005 | $25,000.00 |
| 10001523 | 2005-HS1 | 7/22/2005 | $36,000.00 |
| 10001527 | 2005-HS1 | 7/21/2005 | $35,000.00 |
| 10001547 | 2005-HS2 | 7/22/2005 | $72,300.00 |
| 10001621 | 2005-HS1 | 7/22/2005 | $200,000.00 |
| 10001627 | 2005-HS1 | 7/22/2005 | $40,000.00 |
| 10001645 | 2005-HS1 | 7/22/2005 | $63,700.00 |
| 10001743 | 2005-HS1 | 7/22/2005 | $45,400.00 |
| 10001747 | 2005-HS1 | 7/22/2005 | $70,000.00 |
| 10001765 | 2005-HS2 | 8/4/2005 | $18,000.00 |
| 10001771 | 2005-HS1 | 7/22/2005 | $39,500.00 |
| 10001779 | 2005-HS1 | 7/22/2005 | $51,700.00 |
| 10002439 | 2005-HS1 | 7/22/2005 | $22,900.00 |
| 10002603 | 2005-HS1 | 7/22/2005 | $25,800.00 |
| 10002611 | 2005-HS1 | 7/22/2005 | $75,300.00 |
| 10002615 | 2005-HS1 | 7/22/2005 | $21,300.00 |
| 10002649 | 2005-HS1 | 7/22/2005 | $65,000.00 |
| 10002659 | 2005-HS1 | 7/22/2005 | $154,000.00 |
| 10002665 | 2005-HS1 | 7/25/2005 | $60,000.00 |
| 10002671 | 2005-HS1 | 7/22/2005 | $30,000.00 |
| 10002715 | 2005-HS1 | 7/22/2005 | $119,000.00 |
| 10002717 | 2005-HS1 | 7/22/2005 | $53,000.00 |
| 10002721 | 2005-HS1 | 7/22/2005 | $129,000.00 |
| 10002723 | 2005-HS1 | 7/22/2005 | $13,600.00 |
| 10009723 | 2005-HS2 | 8/1/2005 | $47,000.00 |
| 10009751 | 2005-HS1 | 8/1/2005 | $46,400.00 |
| 10009761 | 2005-HS1 | 8/1/2005 | $35,200.00 |
| 10020659 | 2005-HS1 | 8/1/2005 | $40,500.00 |
| 10022283 | 2005-HS1 | 8/1/2005 | $66,000.00 |
| 10029651 | 2005-HS1 | 8/12/2005 | $125,000.00 |
| 10029679 | 2005-HS1 | 8/12/2005 | $19,600.00 |
| 10029701 | 2005-HS1 | 8/12/2005 | $143,000.00 |
| 10029879 | 2005-HS1 | 8/12/2005 | $45,200.00 |
| 10029889 | 2005-HS1 | 8/19/2005 | $16,500.00 |
| 10029945 | 2005-HS1 | 8/12/2005 | $25,000.00 |
| 10030021 | 2005-HS1 | 8/12/2005 | $25,600.00 |
| 10030025 | 2005-HS1 | 8/12/2005 | $75,500.00 |
| 10030083 | 2005-HS1 | 8/12/2005 | $67,500.00 |
| 10030723 | 2005-HS1 | 8/12/2005 | $74,100.00 |
| 10030727 | 2005-HS1 | 8/12/2005 | $41,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10030731 | 2005-HS1 | 8/12/2005 | $37,000.00 |
| 10030803 | 2005-HS1 | 8/12/2005 | $150,000.00 |
| 10030815 | 2005-HS1 | 8/12/2005 | $22,300.00 |
| 10030823 | 2005-HS1 | 8/12/2005 | $107,200.00 |
| 10035657 | 2005-HSA1 | 9/26/2005 | $84,200.00 |
| 10035659 | 2005-HSA1 | 9/26/2005 | $179,800.00 |
| 10046641 | 2005-S6 | 8/10/2005 | $450,000.00 |
| 10046675 | 2005-S6 | 8/10/2005 | $393,000.00 |
| 10046689 | 2005-S6 | 8/10/2005 | $400,000.00 |
| 10046727 | 2005-S6 | 8/10/2005 | $504,000.00 |
| 10046739 | 2005-S6 | 8/10/2005 | $560,000.00 |
| 10046747 | 2005-S6 | 8/10/2005 | $584,000.00 |
| 10046849 | 2005-S6 | 8/10/2005 | $731,500.00 |
| 10052521 | 2005-QS14 | 8/19/2005 | $830,000.00 |
| 10052565 | 2005-QS13 | 8/19/2005 | $383,200.00 |
| 10052583 | 2005-QS13 | 8/19/2005 | $435,000.00 |
| 10053051 | 2005-QS13 | 8/19/2005 | $410,000.00 |
| 10062939 | 2005-HS1 | 8/24/2005 | $32,000.00 |
| 10062949 | 2005-HS1 | 8/24/2005 | $58,000.00 |
| 10063245 | 2005-HS1 | 8/24/2005 | $50,000.00 |
| 10063261 | 2005-HS1 | 8/24/2005 | $89,500.00 |
| 10063263 | 2005-HS1 | 8/24/2005 | $144,800.00 |
| 10064357 | 2005-HS1 | 8/12/2005 | $122,600.00 |
| 10064375 | 2005-HS1 | 8/12/2005 | $125,000.00 |
| 10064411 | 2005-HS1 | 8/12/2005 | $80,000.00 |
| 10064429 | 2005-HS1 | 8/12/2005 | $53,650.00 |
| 10064437 | 2005-HS1 | 8/12/2005 | $50,000.00 |
| 10064473 | 2005-HS1 | 8/19/2005 | $50,000.00 |
| 10064485 | 2005-HS1 | 8/19/2005 | $59,900.00 |
| 10064491 | 2005-HS1 | 8/19/2005 | $49,300.00 |
| 10064497 | 2005-HS1 | 8/19/2005 | $106,000.00 |
| 10064553 | 2005-HS1 | 8/19/2005 | $70,600.00 |
| 10066557 | 2005-HS1 | 8/19/2005 | $64,000.00 |
| 10066563 | 2005-HS1 | 8/19/2005 | $43,200.00 |
| 10066573 | 2005-HS1 | 8/19/2005 | $42,000.00 |
| 10066575 | 2005-HS1 | 8/19/2005 | $30,800.00 |
| 10066577 | 2005-HS1 | 8/19/2005 | $69,000.00 |
| 10066579 | 2005-HS1 | 8/19/2005 | $41,600.00 |
| 10066581 | 2005-HS1 | 8/19/2005 | $44,800.00 |
| 10068861 | 2005-S6 | 8/19/2005 | $636,000.00 |
| 10068905 | 2005-S6 | 8/19/2005 | $384,000.00 |
| 10068975 | 2005-S6 | 8/19/2005 | $520,000.00 |
| 10069017 | 2005-S6 | 8/19/2005 | $450,000.00 |
| 10069083 | 2005-S6 | 8/19/2005 | $440,000.00 |
| 10069109 | 2005-S6 | 8/19/2005 | $679,000.00 |
| 10074825 | 2005-HS2 | 10/17/2005 | $66,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10074827 | 2005-HSA1 | 10/17/2005 | $120,000.00 |
| 10076699 | 2005-S8 | 8/26/2005 | $400,000.00 |
| 10076787 | 2005-QS13 | 8/26/2005 | $520,000.00 |
| 10076945 | 2005-QS13 | 8/26/2005 | $532,000.00 |
| 10076963 | 2005-QS14 | 8/26/2005 | $711,000.00 |
| 10078295 | 2005-HS1 | 9/6/2005 | $49,800.00 |
| 10078301 | 2005-HS1 | 9/6/2005 | $150,000.00 |
| 10079255 | 2005-HS1 | 9/6/2005 | $20,000.00 |
| 10079261 | 2005-HS1 | 9/6/2005 | $65,200.00 |
| 10079273 | 2005-HSA1 | 9/6/2005 | $52,000.00 |
| 10079281 | 2005-HS1 | 9/6/2005 | $45,000.00 |
| 10079295 | 2005-HSA1 | 9/6/2005 | $120,000.00 |
| 10079299 | 2005-HSA1 | 9/6/2005 | $54,000.00 |
| 10079313 | 2005-HSA1 | 9/6/2005 | $51,200.00 |
| 10079321 | 2005-HS1 | 9/6/2005 | $39,900.00 |
| 10079329 | 2005-HSA1 | 9/6/2005 | $82,900.00 |
| 10079339 | 2005-HS1 | 9/6/2005 | $25,000.00 |
| 10079579 | 2005-HS1 | 9/6/2005 | $32,000.00 |
| 10079587 | 2005-HS1 | 9/6/2005 | $41,300.00 |
| 10080943 | 2005-HS1 | 9/6/2005 | $43,000.00 |
| 10114773 | 2005-HSA1 | 9/9/2005 | $31,000.00 |
| 10116263 | 2005-HS1 | 9/2/2005 | $32,000.00 |
| 10116265 | 2005-HSA1 | 9/2/2005 | $128,000.00 |
| 10116271 | 2005-HSA1 | 9/2/2005 | $49,600.00 |
| 10116275 | 2005-HS1 | 9/2/2005 | $60,000.00 |
| 10116295 | 2005-HSA1 | 9/2/2005 | $84,000.00 |
| 10116469 | 2005-HSA1 | 9/2/2005 | $33,000.00 |
| 10116479 | 2005-HS1 | 9/2/2005 | $57,200.00 |
| 10122211 | 2005-QS13 | 9/20/2005 | $400,000.00 |
| 10122217 | 2005-QS13 | 9/20/2005 | $736,000.00 |
| 10122241 | 2005-QS13 | 9/20/2005 | $480,000.00 |
| 10122263 | 2005-QS13 | 9/20/2005 | $700,000.00 |
| 10122285 | 2005-QS13 | 9/20/2005 | $380,000.00 |
| 10126913 | 2005-HS2 | 9/26/2005 | $26,000.00 |
| 10127481 | 2005-HS2 | 9/15/2005 | $72,000.00 |
| 10127489 | 2005-HS2 | 9/15/2005 | $31,200.00 |
| 10127511 | 2005-HS2 | 9/23/2005 | $47,900.00 |
| 10133243 | 2005-HS2 | 9/23/2005 | $20,000.00 |
| 10133257 | 2005-HS2 | 9/23/2005 | $51,500.00 |
| 10134971 | 2005-HS2 | 9/23/2005 | $39,750.00 |
| 10134979 | 2005-HS2 | 9/23/2005 | $46,300.00 |
| 10135019 | 2005-HS2 | 9/23/2005 | $84,000.00 |
| 10135029 | 2005-HS2 | 9/23/2005 | $99,350.00 |
| 10135039 | 2005-HSA1 | 10/6/2005 | $88,100.00 |
| 10135057 | 2005-HS2 | 9/23/2005 | $65,000.00 |
| 10135061 | 2005-HS2 | 9/23/2005 | $76,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10135065 | 2005-HS2 | 9/23/2005 | $33,300.00 |
| 10135067 | 2005-HS2 | 9/29/2005 | $143,900.00 |
| 10135079 | 2005-HS2 | 9/23/2005 | $43,200.00 |
| 10135099 | 2005-HS2 | 9/23/2005 | $23,000.00 |
| 10135125 | 2005-HS2 | 9/30/2005 | $52,200.00 |
| 10135169 | 2005-HS2 | 9/23/2005 | $50,000.00 |
| 10135179 | 2005-HS2 | 9/23/2005 | $200,000.00 |
| 10135187 | 2005-HS2 | 9/23/2005 | $72,400.00 |
| 10137551 | 2005-HS2 | 9/29/2005 | $135,000.00 |
| 10139369 | 2005-HS2 | 9/29/2005 | $88,900.00 |
| 10139375 | 2005-HSA1 | 9/29/2005 | $68,000.00 |
| 10139389 | 2005-HS2 | 9/29/2005 | $98,000.00 |
| 10159367 | 2005-HSA1 | 9/29/2005 | $41,600.00 |
| 10159383 | 2005-HS2 | 9/29/2005 | $66,000.00 |
| 10159407 | 2005-HS2 | 9/30/2005 | $34,000.00 |
| 10159471 | 2005-HSA1 | 9/29/2005 | $193,000.00 |
| 10176465 | 2005-HS2 | 10/17/2005 | $25,200.00 |
| 10176479 | 2005-HSA1 | 10/17/2005 | $69,000.00 |
| 10176491 | 2005-HS2 | 10/17/2005 | $145,000.00 |
| 10176523 | 2005-HSA1 | 10/17/2005 | $65,500.00 |
| 10176527 | 2005-HS2 | 10/17/2005 | $49,000.00 |
| 10176539 | 2005-HSA1 | 10/17/2005 | $59,500.00 |
| 10176541 | 2005-HS2 | 10/17/2005 | $25,000.00 |
| 10176545 | 2005-HSA1 | 10/26/2005 | $81,400.00 |
| 10176557 | 2005-HSA1 | 10/17/2005 | $32,400.00 |
| 10209927 | 2005-HS2 | 11/9/2005 | $42,000.00 |
| 10209929 | 2005-HS2 | 11/9/2005 | $114,000.00 |
| 10209933 | 2005-HS2 | 11/9/2005 | $28,500.00 |
| 10209935 | 2005-HS2 | 11/16/2005 | $159,600.00 |
| 10209941 | 2005-HS2 | 11/9/2005 | $60,000.00 |
| 10209943 | 2005-HS2 | 11/9/2005 | $86,000.00 |
| 10224481 | 2005-HS2 | 11/9/2005 | $40,000.00 |
| 10257131 | 2005-HSA1 | 11/29/2005 | $79,000.00 |
| 10257203 | 2005-HSA1 | 11/29/2005 | $28,900.00 |
| 10257207 | 2006-HSA1 | 11/29/2005 | $26,000.00 |
| 10257209 | 2006-HSA1 | 11/29/2005 | $35,000.00 |
| 10257211 | 2005-HSA1 | 11/29/2005 | $78,000.00 |
| 10257213 | 2005-HSA1 | 11/29/2005 | $31,500.00 |
| 10257217 | 2005-HSA1 | 11/29/2005 | $136,600.00 |
| 10257221 | 2006-HSA1 | 12/9/2005 | $68,600.00 |
| 10257227 | 2005-HSA1 | 11/29/2005 | $190,000.00 |
| 10257231 | 2006-HSA1 | 12/9/2005 | $40,000.00 |
| 10257237 | 2006-HSA1 | 11/29/2005 | $82,500.00 |
| 10257241 | 2005-HSA1 | 11/29/2005 | $55,500.00 |
| 10269405 | 2005-QA13 | 12/9/2005 | $528,000.00 |
| 10269827 | 2006-SA1 | 12/12/2005 | $460,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10269855 | 2006-QA2 | 12/12/2005 | $511,000.00 |
| 10269873 | 2005-QA13 | 12/9/2005 | $336,550.00 |
| 10269915 | 2005-QA13 | 12/12/2005 | $604,000.00 |
| 10271413 | 2006-SA2 | 12/12/2005 | $999,950.00 |
| 10271625 | 2005-QA13 | 12/12/2005 | $350,000.00 |
| 10272421 | 2006-SA1 | 12/9/2005 | $877,500.00 |
| 10272509 | 2006-SA2 | 12/12/2005 | $690,000.00 |
| 10276875 | 2006-SA1 | 12/12/2005 | $416,000.00 |
| 10278117 | 2005-QA13 | 12/12/2005 | $328,000.00 |
| 10315919 | 2006-SA2 | 1/9/2006 | $560,000.00 |
| 10315921 | 2006-SA2 | 1/9/2006 | $500,715.64 |
| 10316969 | 2006-SA2 | 1/9/2006 | $400,000.00 |
| 10316977 | 2006-QA2 | 1/9/2006 | $192,000.00 |
| 10317003 | 2006-SA2 | 1/9/2006 | $460,000.00 |
| 10317005 | 2006-SA2 | 1/9/2006 | $379,650.00 |
| 10317021 | 2006-QA2 | 1/9/2006 | $310,100.00 |
| 10317043 | 2006-QA1 | 1/9/2006 | $576,000.00 |
| 10318959 | 2006-QA2 | 1/9/2006 | $520,000.00 |
| 10318979 | 2006-QA2 | 1/9/2006 | $180,000.00 |
| 10319557 | 2006-QA2 | 1/9/2006 | $420,000.00 |
| 10324671 | 2006-QA1 | 1/9/2006 | $430,400.00 |
| 10530303 | 2006-HSA3 | 4/7/2006 | $120,000.00 |
| 10530311 | 2006-HSA3 | 4/7/2006 | $66,200.00 |
| 10533639 | 2006-HSA3 | 4/24/2006 | $183,500.00 |
| 10545199 | 2006-HSA3 | 4/14/2006 | $225,000.00 |
| 10546497 | 2006-HSA3 | 4/19/2006 | $54,700.00 |
| 10551733 | 2006-HSA3 | 4/26/2006 | $26,000.00 |
| 10556093 | 2006-HSA3 | 4/20/2006 | $30,000.00 |
| 10557455 | 2006-HSA4 | 4/20/2006 | $28,700.00 |
| 10557509 | 2006-HSA3 | 4/24/2006 | $117,600.00 |
| 10557787 | 2006-HSA3 | 4/24/2006 | $132,000.00 |
| 10567025 | 2006-HSA4 | 5/8/2006 | $27,000.00 |
| 10580747 | 2006-HSA3 | 4/25/2006 | $43,000.00 |
| 10580855 | 2006-HSA3 | 4/26/2006 | $70,800.00 |
| 10580979 | 2006-HSA3 | 4/26/2006 | $75,000.00 |
| 10585203 | 2006-HSA4 | 4/28/2006 | $100,000.00 |
| 10586913 | 2006-HSA4 | 4/28/2006 | $50,000.00 |
| 10591087 | 2006-HSA4 | 4/28/2006 | $39,500.00 |
| 10603909 | 2006-HSA4 | 5/9/2006 | $54,400.00 |
| 10604811 | 2006-HSA4 | 5/9/2006 | $49,500.00 |
| 10609793 | 2006-HSA4 | 5/25/2006 | $50,000.00 |
| 10611683 | 2006-HSA4 | 5/9/2006 | $35,000.00 |
| 10613555 | 2006-HSA4 | 5/10/2006 | $25,400.00 |
| 10614429 | 2006-HSA5 | 5/30/2006 | $31,700.00 |
| 10619911 | 2006-HSA4 | 5/10/2006 | $45,500.00 |
| 10620077 | 2006-HSA4 | 5/18/2006 | $46,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10626919 | 2006-HSA4 | 5/19/2006 | $62,500.00 |
| 10632699 | 2006-HSA4 | 5/18/2006 | $131,000.00 |
| 10634353 | 2006-HSA4 | 5/18/2006 | $60,000.00 |
| 10642447 | 2006-HSA4 | 5/25/2006 | $57,600.00 |
| 10642599 | 2006-HSA4 | 5/25/2006 | $79,500.00 |
| 10644619 | 2006-HSA4 | 5/25/2006 | $150,000.00 |
| 10646597 | 2006-HSA4 | 6/1/2006 | $98,800.00 |
| 10646731 | 2006-HSA4 | 5/25/2006 | $80,000.00 |
| 10663733 | 2006-HSA5 | 6/9/2006 | $150,000.00 |
| 10669887 | 2006-HI4 | 6/6/2006 | $24,900.00 |
| 10669999 | 2006-HSA5 | 6/9/2006 | $74,000.00 |
| 10675577 | 2006-HSA5 | 6/9/2006 | $28,000.00 |
| 10679037 | 2006-HSA5 | 6/9/2006 | $73,000.00 |
| 10720603 | 2006-HSA5 | 6/23/2006 | $32,400.00 |
| 10741957 | 2006-HI4 | 7/3/2006 | $55,000.00 |
| 10759473 | 2006-HSA5 | 7/10/2006 | $34,200.00 |
| 10759553 | 2006-HSA5 | 7/7/2006 | $35,000.00 |
| 10766765 | 2006-HSA5 | 7/10/2006 | $125,000.00 |
| 10783127 | 2006-HSA5 | 7/20/2006 | $37,000.00 |
| 10783171 | 2006-HSA5 | 7/20/2006 | $85,000.00 |
| 10815585 | 2006-HSA5 | 7/27/2006 | $150,000.00 |
| 10837025 | 2006-HSA5 | 8/7/2006 | $200,000.00 |
| 10861741 | 2007-HSA1 | 8/17/2006 | $106,000.00 |
| 10879317 | 2007-HSA1 | 9/27/2006 | $38,500.00 |
| 10909709 | 2007-HSA1 | 9/14/2006 | $18,750.00 |
| 10918105 | 2007-HSA1 | 9/14/2006 | $126,000.00 |
| 10934331 | 2007-HSA1 | 9/14/2006 | $27,500.00 |
| 10968005 | 2007-HSA1 | 10/4/2006 | $61,000.00 |
| 10984697 | 2007-HSA1 | 10/4/2006 | $142,500.00 |
| 11002931 | 2007-HSA1 | 10/10/2006 | $183,000.00 |
| 11009345 | 2007-HSA1 | 10/10/2006 | $80,000.00 |
| 11055479 | 2007-HSA2 | 10/27/2006 | $55,000.00 |
| 11058789 | 2007-HSA1 | 11/1/2006 | $150,000.00 |
| 11066413 | 2007-HSA1 | 11/1/2006 | $200,000.00 |
| 11068169 | 2007-HSA1 | 11/1/2006 | $82,000.00 |
| 11068177 | 2007-HSA1 | 11/7/2006 | $46,000.00 |
| 11079057 | 2007-HSA1 | 11/1/2006 | $57,000.00 |
| 11080697 | 2007-HSA2 | 11/6/2006 | $28,000.00 |
| 11089575 | 2007-HSA2 | 11/7/2006 | $46,500.00 |
| 11115419 | 2007-HSA2 | 12/15/2006 | $127,200.00 |
| 11115545 | 2007-HSA1 | 12/8/2006 | $42,400.00 |
| 11130405 | 2007-HSA1 | 11/27/2006 | $43,500.00 |
| 11188001 | 2007-HSA2 | 12/29/2006 | $14,500.00 |
| 11188461 | 2007-HSA2 | 12/28/2006 | $49,800.00 |
| 11188729 | 2007-HSA1 | 12/15/2006 | $19,000.00 |
| 11199151 | 2007-HSA2 | 12/28/2006 | $14,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11199675 | 2007-HSA2 | 1/5/2007 | $92,850.00 |
| 11211793 | 2007-HSA1 | 12/29/2006 | $130,500.00 |
| 11219903 | 2007-HSA2 | 12/29/2006 | $56,000.00 |
| 11219955 | 2007-HSA2 | 12/29/2006 | $53,800.00 |
| 11220229 | 2007-HSA2 | 12/29/2006 | $36,700.00 |
| 11224781 | 2007-HSA2 | 1/8/2007 | $13,500.00 |
| 11227781 | 2007-HSA1 | 1/5/2007 | $150,000.00 |
| 11227929 | 2007-HSA1 | 1/5/2007 | $200,000.00 |
| 11237187 | 2007-HSA1 | 1/11/2007 | $350,000.00 |
| 11250069 | 2007-HSA1 | 1/12/2007 | $100,000.00 |
| 11258459 | 2007-HSA2 | 1/25/2007 | $73,500.00 |
| 11263267 | 2007-HSA2 | 1/25/2007 | $13,500.00 |
| 11275767 | 2007-HSA2 | 1/25/2007 | $29,900.00 |
| 11275815 | 2007-HSA2 | 1/25/2007 | $94,000.00 |
| 11276413 | 2007-HSA1 | 1/25/2007 | $44,200.00 |
| 11276467 | 2007-HSA1 | 1/25/2007 | $168,350.00 |
| 11300529 | 2007-HSA2 | 2/1/2007 | $104,000.00 |
| 11300533 | 2007-HSA2 | 2/1/2007 | $61,200.00 |
| 11300569 | 2007-HSA2 | 2/1/2007 | $26,400.00 |
| 11311889 | 2007-HSA2 | 2/8/2007 | $110,400.00 |
| 11315627 | 2007-HSA2 | 2/14/2007 | $62,200.00 |
| 11317973 | 2007-HSA2 | 2/14/2007 | $41,200.00 |
| 11318013 | 2007-HSA2 | 2/14/2007 | $32,100.00 |
| 11328937 | 2007-HSA2 | 2/22/2007 | $19,000.00 |
| 11332789 | 2007-HSA2 | 2/16/2007 | $36,000.00 |
| 11332851 | 2007-HSA2 | 2/16/2007 | $36,000.00 |
| 11341729 | 2007-HSA2 | 2/26/2007 | $28,200.00 |
| 11341911 | 2007-HSA2 | 2/23/2007 | $24,500.00 |
| 11341981 | 2007-HSA2 | 2/23/2007 | $34,500.00 |
| 11342057 | 2007-HSA2 | 2/22/2007 | $100,000.00 |
| 11342303 | 2007-HSA2 | 2/23/2007 | $36,000.00 |
| 11358463 | 2007-HSA2 | 2/28/2007 | $148,000.00 |
| 11358551 | 2007-HSA3 | 3/12/2007 | $24,861.04 |
| | | | |
| TOTAL | | | $132,651,846.13 |