# Exhibit C

| Primary Capital Advisors, LLC- Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 4332275 | 2005-SL1 | 3/13/2001 | $130,500.00 |
| 4546211 | 2006-RP1 | 6/29/2001 | $83,250.00 |
| 4653256 | 2005-SL2 | 5/18/2001 | $70,620.00 |
| 4668525 | 2005-SL1 | 5/18/2001 | $52,000.00 |
| 4857222 | 2005-SL2 | 7/3/2001 | $93,900.00 |
| 5602721 | 2006-RP1 | 10/26/2001 | $129,000.00 |
| 5825164 | 2006-SP3 | 11/26/2001 | $106,400.00 |
| 5849584 | 2006-SP3 | 11/30/2001 | $69,201.00 |
| 6095988 | 2004-SL3 | 12/7/2001 | $340,000.00 |
| 6526068 | 2005-SL1 | 2/7/2002 | $465,000.00 |
| 6579590 | 2005-SP2 | 12/4/2001 | $564,400.00 |
| 8874308 | 2004-HS1 | 1/7/2004 | $11,012.00 |
| 8886422 | 2004-HS1 | 12/17/2003 | $25,861.87 |
| 8891548 | 2004-QS3 | 12/5/2003 | $93,000.00 |
| 8900086 | 2004-HS1 | 1/7/2004 | $44,950.00 |
| 8908596 | 2004-RZ1 | 12/12/2003 | $109,900.00 |
| 8922908 | 2004-KS1 | 12/11/2003 | $85,000.00 |
| 8935359 | 2004-KS5 | 4/23/2004 | $198,000.00 |
| 8937517 | 2004-HS2 | 4/30/2004 | $54,000.00 |
| 8939257 | 2004-RZ2 | 5/21/2004 | $90,725.00 |
| 8943413 | 2004-QS7 | 4/30/2004 | $88,100.00 |
| 8948404 | 2004-HS1 | 1/6/2004 | $31,512.01 |
| 8951239 | 2004-QS7 | 5/3/2004 | $150,005.00 |
| 8958273 | 2004-HS2 | 5/5/2004 | $12,000.00 |
| 8961623 | 2004-QS7 | 5/4/2004 | $307,800.00 |
| 8964116 | 2004-RZ1 | 12/19/2003 | $137,750.00 |
| 8964483 | 2004-QS7 | 5/11/2004 | $87,200.00 |
| 8965731 | 2004-HS2 | 5/4/2004 | $26,980.00 |
| 8969700 | 2004-HS1 | 1/29/2004 | $33,517.00 |
| 8977689 | 2004-HS2 | 6/1/2004 | $26,600.00 |
| 8983406 | 2004-HS1 | 1/30/2004 | $43,939.24 |
| 8983418 | 2004-HS1 | 1/30/2004 | $57,919.91 |
| 8983424 | 2004-HS1 | 1/30/2004 | $48,304.13 |
| 8983432 | 2004-HS1 | 1/30/2004 | $26,819.65 |
| 8983440 | 2004-HS1 | 1/30/2004 | $10,580.88 |
| 8983452 | 2004-HS1 | 1/30/2004 | $25,960.72 |
| 8983506 | 2004-HS1 | 1/30/2004 | $23,680.09 |
| 8983542 | 2004-HS2 | 1/30/2004 | $27,716.70 |
| 8983552 | 2004-HS1 | 1/30/2004 | $35,133.14 |
| 8983560 | 2004-HS1 | 1/30/2004 | $38,861.45 |
| 8983584 | 2004-HS1 | 1/30/2004 | $34,176.47 |
| 8983588 | 2004-HS1 | 1/30/2004 | $29,359.40 |
| 8983590 | 2004-HS1 | 1/30/2004 | $66,500.61 |
| 8983592 | 2004-HS1 | 1/30/2004 | $52,727.08 |
| 8983636 | 2004-HS1 | 1/30/2004 | $44,218.77 |
| 8983646 | 2004-HS1 | 1/30/2004 | $12,800.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 8983648 | 2004-HS1 | 1/30/2004 | $33,973.48 |
| 8983652 | 2004-HS1 | 1/30/2004 | $27,727.26 |
| 8983662 | 2004-HS1 | 1/30/2004 | $16,946.44 |
| 8983664 | 2004-HS1 | 1/30/2004 | $19,985.52 |
| 8983672 | 2004-HS1 | 1/30/2004 | $28,480.32 |
| 8983732 | 2004-HS1 | 1/30/2004 | $34,860.49 |
| 8983744 | 2004-HS1 | 1/30/2004 | $36,445.67 |
| 8983754 | 2004-HS1 | 1/30/2004 | $14,840.08 |
| 8983756 | 2004-HS1 | 1/30/2004 | $29,242.40 |
| 8983768 | 2004-HS1 | 1/30/2004 | $34,974.67 |
| 8983770 | 2004-HS1 | 1/30/2004 | $43,471.54 |
| 8983786 | 2004-HS1 | 1/30/2004 | $21,119.28 |
| 8983790 | 2004-HS1 | 1/30/2004 | $58,430.87 |
| 8983792 | 2004-HS1 | 1/30/2004 | $15,953.77 |
| 9005933 | 2004-RZ2 | 5/27/2004 | $122,415.00 |
| 9006386 | 2004-HS1 | 1/30/2004 | $25,648.73 |
| 9006390 | 2004-HS1 | 1/30/2004 | $45,150.66 |
| 9006402 | 2004-HS1 | 1/30/2004 | $17,840.51 |
| 9006546 | 2004-HS1 | 1/30/2004 | $50,349.53 |
| 9006874 | 2004-HS1 | 1/30/2004 | $43,167.94 |
| 9006886 | 2004-HS1 | 2/10/2004 | $74,949.68 |
| 9007654 | 2004-RZ1 | 1/14/2004 | $131,325.00 |
| 9012371 | 2004-QS8 | 5/21/2004 | $101,250.00 |
| 9021559 | 2004-RZ2 | 6/17/2004 | $201,200.00 |
| 9023611 | 2004-RZ2 | 6/14/2004 | $92,957.00 |
| 9023729 | 2004-KS6 | 5/27/2004 | $166,400.00 |
| 9026249 | 2004-HS2 | 5/26/2004 | $52,787.00 |
| 9027621 | 2004-KS6 | 5/27/2004 | $214,500.00 |
| 9027877 | 2004-RZ2 | 5/26/2004 | $111,150.00 |
| 9027989 | 2004-RZ2 | 5/28/2004 | $281,702.99 |
| 9028219 | 2004-RZ2 | 5/26/2004 | $166,250.00 |
| 9030065 | 2004-HS2 | 6/8/2004 | $47,400.00 |
| 9034290 | 2004-RZ1 | 1/29/2004 | $156,000.00 |
| 9039535 | 2004-HS3 | 6/3/2004 | $30,000.00 |
| 9041681 | 2004-RZ2 | 6/11/2004 | $118,769.00 |
| 9045624 | 2004-HS1 | 2/10/2004 | $48,200.00 |
| 9054553 | 2004-HS2 | 6/9/2004 | $15,524.99 |
| 9056022 | 2004-RZ1 | 2/17/2004 | $168,250.00 |
| 9056054 | 2004-HS1 | 1/30/2004 | $14,462.43 |
| 9056405 | 2004-RZ2 | 6/9/2004 | $136,990.00 |
| 9057190 | 2004-HS1 | 2/20/2004 | $27,800.00 |
| 9070175 | 2004-RZ2 | 6/16/2004 | $186,000.00 |
| 9070207 | 2004-RZ3 | 6/16/2004 | $83,635.00 |
| 9070319 | 2004-RZ3 | 6/18/2004 | $93,090.00 |
| 9073957 | 2004-HS3 | 6/28/2004 | $28,730.00 |
| 9073959 | 2004-HS3 | 6/25/2004 | $68,000.00 |
| 9073961 | 2004-HS3 | 6/28/2004 | $67,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9078129 | 2004-RZ3 | 6/22/2004 | $102,900.00 |
| 9079241 | 2004-HS3 | 6/22/2004 | $33,375.00 |
| 9079253 | 2004-HS3 | 6/18/2004 | $60,600.00 |
| 9080373 | 2004-HS3 | 6/28/2004 | $51,600.00 |
| 9100606 | 2004-RZ1 | 2/18/2004 | $53,500.00 |
| 9104731 | 2004-HS3 | 7/12/2004 | $33,855.00 |
| 9106843 | 2004-RZ3 | 6/23/2004 | $144,250.00 |
| 9110311 | 2004-HS3 | 7/12/2004 | $53,800.00 |
| 9113989 | 2004-HS3 | 7/21/2004 | $32,000.00 |
| 9123328 | 2004-RZ1 | 2/20/2004 | $144,540.00 |
| 9125137 | 2004-HS3 | 7/22/2004 | $32,250.00 |
| 9125301 | 2004-HS3 | 7/14/2004 | $37,980.00 |
| 9125303 | 2004-HS3 | 7/14/2004 | $44,400.00 |
| 9125305 | 2004-HS3 | 7/22/2004 | $76,600.00 |
| 9131579 | 2004-HS3 | 7/27/2004 | $31,600.00 |
| 9131583 | 2004-HS3 | 7/26/2004 | $24,300.00 |
| 9131585 | 2004-HS3 | 7/26/2004 | $30,700.00 |
| 9134076 | 2004-QS3 | 2/27/2004 | $216,600.00 |
| 9142999 | 2004-HS3 | 7/27/2004 | $43,980.00 |
| 9143005 | 2004-HS3 | 7/27/2004 | $32,800.00 |
| 9143047 | 2004-HS3 | 7/26/2004 | $46,500.00 |
| 9144582 | 2004-HS2 | 3/30/2004 | $75,607.27 |
| 9145053 | 2004-RZ3 | 7/12/2004 | $215,820.00 |
| 9150141 | 2004-HS3 | 7/7/2004 | $23,400.00 |
| 9150153 | 2004-HS3 | 7/7/2004 | $42,400.00 |
| 9154580 | 2004-RZ1 | 3/9/2004 | $136,595.00 |
| 9166718 | 2004-HS2 | 3/31/2004 | $35,809.65 |
| 9166788 | 2004-HS2 | 3/30/2004 | $42,690.96 |
| 9174535 | 2004-HS3 | 8/4/2004 | $22,000.00 |
| 9181601 | 2004-HS3 | 7/27/2004 | $23,100.00 |
| 9182003 | 2004-HS3 | 7/30/2004 | $18,600.00 |
| 9182253 | 2004-HS3 | 8/4/2004 | $33,500.00 |
| 9183257 | 2004-HS3 | 7/30/2004 | $38,600.00 |
| 9189231 | 2004-RZ3 | 7/23/2004 | $134,000.00 |
| 9192336 | 2004-RZ2 | 3/24/2004 | $156,500.00 |
| 9193579 | 2004-RZ3 | 7/23/2004 | $216,300.00 |
| 9197487 | 2004-QS12 | 8/9/2004 | $168,055.00 |
| 9197938 | 2004-HS2 | 4/2/2004 | $32,250.00 |
| 9201166 | 2004-RZ2 | 3/26/2004 | $69,500.00 |
| 9202091 | 2004-HS3 | 8/6/2004 | $22,840.00 |
| 9202696 | 2004-HS2 | 4/5/2004 | $111,791.17 |
| 9208056 | 2004-QS5 | 3/29/2004 | $115,900.00 |
| 9208828 | 2004-HS2 | 4/19/2004 | $25,450.00 |
| 9212926 | 2004-RZ2 | 4/2/2004 | $137,886.00 |
| 9212942 | 2004-RZ2 | 4/13/2004 | $95,000.00 |
| 9216331 | 2004-RZ3 | 7/29/2004 | $61,750.00 |
| 9222432 | 2004-HS2 | 4/16/2004 | $33,615.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9222446 | 2004-HS2 | 4/19/2004 | $63,946.32 |
| 9234425 | 2004-HS3 | 8/13/2004 | $26,000.00 |
| 9234431 | 2004-HS3 | 8/16/2004 | $38,570.00 |
| 9234435 | 2004-HS3 | 8/27/2004 | $56,650.00 |
| 9234571 | 2004-HS3 | 8/13/2004 | $58,000.00 |
| 9234591 | 2004-HS3 | 8/31/2004 | $25,543.50 |
| 9234805 | 2004-HS3 | 8/16/2004 | $59,500.00 |
| 9239823 | 2004-HS3 | 7/30/2004 | $26,400.00 |
| 9243781 | 2004-HS3 | 8/23/2004 | $48,000.00 |
| 9243783 | 2004-HS3 | 8/17/2004 | $43,000.00 |
| 9243787 | 2004-HS3 | 8/17/2004 | $35,380.00 |
| 9244884 | 2004-QS7 | 4/19/2004 | $81,100.00 |
| 9245430 | 2004-QS9 | 4/6/2004 | $99,000.00 |
| 9256390 | 2004-HS2 | 4/23/2004 | $47,645.00 |
| 9256760 | 2004-HS2 | 4/23/2004 | $26,731.72 |
| 9271538 | 2004-QS7 | 4/27/2004 | $147,600.00 |
| 9272744 | 2004-HS2 | 6/7/2004 | $37,000.00 |
| 9438869 | 2004-HS3 | 8/27/2004 | $25,100.00 |
| 9438881 | 2004-HS3 | 8/30/2004 | $54,375.00 |
| 9438887 | 2004-HS3 | 8/30/2004 | $29,980.00 |
| 9438891 | 2004-HS3 | 8/31/2004 | $27,490.00 |
| 9439309 | 2004-HS3 | 8/26/2004 | $33,800.00 |
| 9440083 | 2004-HS3 | 8/16/2004 | $25,100.00 |
| 9440515 | 2004-RZ4 | 8/12/2004 | $78,280.00 |
| 9444285 | 2004-QS12 | 8/18/2004 | $175,350.00 |
| 9444323 | 2004-HS3 | 9/2/2004 | $62,200.00 |
| 9446503 | 2004-HS3 | 8/13/2004 | $27,400.00 |
| 9447695 | 2004-HS3 | 8/27/2004 | $19,500.00 |
| 9447697 | 2004-HS3 | 8/27/2004 | $10,000.00 |
| 9450651 | 2004-HS3 | 8/19/2004 | $61,556.00 |
| 9450719 | 2004-HS3 | 8/19/2004 | $30,280.00 |
| 9461333 | 2004-HS3 | 8/20/2004 | $30,990.00 |
| 9464341 | 2004-HS3 | 8/27/2004 | $69,980.00 |
| 9464459 | 2004-HS3 | 8/31/2004 | $30,400.00 |
| 9464479 | 2006-HSA4 | 8/30/2004 | $35,840.00 |
| 9464505 | 2004-HS3 | 8/25/2004 | $60,340.00 |
| 9466181 | 2004-HS3 | 9/3/2004 | $47,550.00 |
| 9467061 | 2004-HS3 | 8/24/2004 | $15,000.00 |
| 9467197 | 2004-HS3 | 8/24/2004 | $39,800.00 |
| 9467215 | 2004-HS3 | 8/27/2004 | $29,500.00 |
| 9467235 | 2004-HS3 | 8/19/2004 | $24,980.00 |
| 9467241 | 2004-HS3 | 8/24/2004 | $117,000.00 |
| 9468177 | 2004-HS3 | 8/24/2004 | $30,200.00 |
| 9476829 | 2004-HS3 | 8/27/2004 | $28,660.00 |
| 9476919 | 2004-HS3 | 8/31/2004 | $31,200.00 |
| 9482201 | 2004-HS3 | 8/26/2004 | $25,000.00 |
| 9482221 | 2004-HS3 | 8/26/2004 | $35,700.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9495769 | 2004-HS3 | 8/30/2004 | $41,800.00 |
| 9501129 | 2004-HS3 | 9/8/2004 | $39,160.00 |
| 9509297 | 2004-HS3 | 9/8/2004 | $33,968.00 |
| 9509317 | 2004-HS3 | 9/8/2004 | $25,000.00 |
| 9511871 | 2004-RZ3 | 9/10/2004 | $92,300.00 |
| 9588155 | 2004-RZ4 | 10/12/2004 | $161,037.00 |
| 9588167 | 2004-RZ4 | 10/6/2004 | $133,000.00 |
| 9594519 | 2005-HS1 | 10/28/2004 | $50,000.00 |
| 9612193 | 2005-HS1 | 11/17/2004 | $49,000.00 |
| 9613167 | 2004-RZ4 | 10/18/2004 | $130,000.00 |
| 9616923 | 2004-QS16 | 10/25/2004 | $88,800.00 |
| 9627423 | 2004-QS16 | 10/29/2004 | $72,000.00 |
| 9627437 | 2004-QS16 | 11/2/2004 | $127,500.00 |
| 9639835 | 2004-RZ4 | 11/3/2004 | $139,100.00 |
| 9645287 | 2004-QS16 | 11/10/2004 | $62,250.00 |
| 9645357 | 2004-QS16 | 11/10/2004 | $75,000.00 |
| 9645559 | 2004-QS16 | 11/10/2004 | $69,750.00 |
| 9652855 | 2004-RZ4 | 11/17/2004 | $161,370.00 |
| 9661447 | 2005-QA5 | 11/24/2004 | $270,000.00 |
| 9661449 | 2005-QA5 | 11/24/2004 | $151,200.00 |
| 9661451 | 2005-QA5 | 11/24/2004 | $101,000.00 |
| 9661455 | 2005-QA5 | 11/24/2004 | $220,000.00 |
| 9661459 | 2005-QA5 | 11/24/2004 | $102,400.00 |
| 9661461 | 2005-QA5 | 11/24/2004 | $244,720.00 |
| 9661463 | 2005-QA5 | 11/24/2004 | $477,000.00 |
| 9661465 | 2005-QA5 | 11/24/2004 | $435,000.00 |
| 9661467 | 2005-QA5 | 11/24/2004 | $450,000.00 |
| 9661469 | 2005-QA5 | 11/24/2004 | $248,000.00 |
| 9661471 | 2005-QA5 | 11/24/2004 | $118,350.00 |
| 9661473 | 2005-QA5 | 11/24/2004 | $440,000.00 |
| 9661475 | 2005-QA5 | 11/24/2004 | $100,000.00 |
| 9661479 | 2005-QA5 | 11/24/2004 | $337,000.00 |
| 9661491 | 2005-QA5 | 11/24/2004 | $114,320.00 |
| 9661493 | 2005-QA5 | 11/24/2004 | $100,000.00 |
| 9661497 | 2005-QA5 | 11/24/2004 | $214,400.00 |
| 9661499 | 2005-QA5 | 11/24/2004 | $163,860.00 |
| 9661501 | 2005-QA5 | 11/24/2004 | $127,500.00 |
| 9661503 | 2005-QA5 | 11/24/2004 | $311,920.00 |
| 9661505 | 2005-QA5 | 11/24/2004 | $196,000.00 |
| 9672745 | 2006-HSA4 | 12/1/2004 | $30,000.00 |
| 9741485 | 2005-KS2 | 1/6/2005 | $186,575.00 |
| 9747619 | 2005-QS2 | 1/12/2005 | $108,000.00 |
| 9785963 | 2005-RZ1 | 2/4/2005 | $228,445.00 |
| 9794435 | 2005-QS3 | 2/14/2005 | $179,200.00 |
| 9794445 | 2005-QS3 | 2/11/2005 | $109,520.00 |
| 9807063 | 2005-QS3 | 2/24/2005 | $58,800.00 |
| 9812081 | 2005-HS1 | 3/30/2005 | $62,300.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9843309 | 2005-QS4 | 3/25/2005 | $117,280.00 |
| 9845965 | 2005-QA5 | 3/30/2005 | $229,300.00 |
| 9845969 | 2005-QA5 | 3/30/2005 | $87,040.00 |
| 9845973 | 2005-QA5 | 3/30/2005 | $157,500.00 |
| 9845977 | 2005-QA5 | 3/30/2005 | $472,000.00 |
| 9845979 | 2005-QA5 | 3/30/2005 | $190,400.00 |
| 9845981 | 2005-QA5 | 3/30/2005 | $387,000.00 |
| 9845983 | 2005-QA5 | 3/30/2005 | $159,000.00 |
| 9845985 | 2005-QA5 | 3/30/2005 | $142,260.00 |
| 9845991 | 2005-QA5 | 3/30/2005 | $548,600.00 |
| 9845993 | 2005-QA5 | 3/30/2005 | $356,000.00 |
| 9845995 | 2005-QA5 | 3/30/2005 | $155,200.00 |
| 9845997 | 2005-QA5 | 3/30/2005 | $367,920.00 |
| 9846001 | 2007-SP1 | 3/30/2005 | $370,000.00 |
| 9846003 | 2005-QA5 | 3/30/2005 | $1,000,000.00 |
| 9846005 | 2005-QA5 | 3/30/2005 | $114,000.00 |
| 9846007 | 2005-QA5 | 3/30/2005 | $106,296.00 |
| 9846009 | 2005-QA5 | 3/30/2005 | $211,920.00 |
| 9848203 | 2005-QA5 | 3/30/2005 | $122,400.00 |
| 9848353 | 2005-QA5 | 3/30/2005 | $161,000.00 |
| 9855079 | 2005-HS1 | 4/27/2005 | $24,000.00 |
| 9879403 | 2005-RZ2 | 4/19/2005 | $133,000.00 |
| 9915283 | 2005-HS1 | 6/1/2005 | $32,380.00 |
| 9916449 | 2007-HSA1 | 5/20/2005 | $40,000.00 |
| 9922155 | 2005-HS1 | 5/31/2005 | $30,000.00 |
| 9922235 | 2005-HS1 | 5/31/2005 | $68,000.00 |
| 9929319 | 2005-HS1 | 7/12/2005 | $34,700.00 |
| 9929467 | 2005-HS1 | 7/7/2005 | $28,953.00 |
| 9934737 | 2005-HS1 | 5/31/2005 | $88,820.00 |
| 9942213 | 2005-HS1 | 5/31/2005 | $41,000.00 |
| 9945617 | 2005-HS1 | 7/19/2005 | $114,820.00 |
| 9946357 | 2005-HS1 | 6/3/2005 | $100,500.00 |
| 9967535 | 2005-HS1 | 7/29/2005 | $57,400.00 |
| 9968477 | 2005-HS2 | 6/30/2005 | $40,000.00 |
| 9971991 | 2005-HS1 | 6/20/2005 | $59,100.00 |
| 9972001 | 2005-HS1 | 7/26/2005 | $27,900.00 |
| 9974993 | 2005-HS1 | 6/27/2005 | $30,000.00 |
| 9975017 | 2005-HS2 | 6/27/2005 | $25,000.00 |
| 9975031 | 2005-HS1 | 6/27/2005 | $200,000.00 |
| 9975033 | 2005-HS1 | 6/27/2005 | $26,000.00 |
| 9975035 | 2005-HS1 | 6/27/2005 | $51,000.00 |
| 9975037 | 2005-HS1 | 6/27/2005 | $33,000.00 |
| 9975045 | 2005-HS1 | 6/27/2005 | $39,600.00 |
| 9975057 | 2005-HS1 | 6/27/2005 | $29,500.00 |
| 9975061 | 2005-HS1 | 6/27/2005 | $52,410.00 |
| 9975067 | 2005-HS1 | 6/27/2005 | $36,780.00 |
| 9975285 | 2005-HS2 | 6/27/2005 | $13,600.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9975295 | 2005-HS1 | 6/27/2005 | $41,700.00 |
| 9975303 | 2005-HS1 | 6/27/2005 | $38,100.00 |
| 9975317 | 2005-HS1 | 6/27/2005 | $25,000.00 |
| 9976901 | 2005-HS1 | 6/27/2005 | $35,000.00 |
| 9976913 | 2005-HS1 | 6/27/2005 | $26,600.00 |
| 9976917 | 2005-HS1 | 6/27/2005 | $47,980.00 |
| 9976921 | 2005-HS1 | 6/27/2005 | $34,000.00 |
| 9976927 | 2005-HS1 | 6/27/2005 | $16,400.00 |
| 9976939 | 2005-HS1 | 6/27/2005 | $53,600.00 |
| 9976997 | 2005-HS1 | 6/27/2005 | $79,350.00 |
| 9977011 | 2005-HS1 | 6/27/2005 | $50,000.00 |
| 9977031 | 2005-HS1 | 6/27/2005 | $31,950.00 |
| 9977039 | 2005-HS1 | 6/27/2005 | $26,380.00 |
| 9977043 | 2005-HS1 | 6/27/2005 | $47,910.00 |
| 9977053 | 2005-HS1 | 6/27/2005 | $21,950.00 |
| 9977065 | 2005-HS1 | 6/27/2005 | $37,000.00 |
| 9977105 | 2005-HS1 | 6/27/2005 | $32,000.00 |
| 9977109 | 2005-HS1 | 6/27/2005 | $19,400.00 |
| 9977117 | 2005-HS1 | 6/27/2005 | $29,980.00 |
| 9977129 | 2005-HS1 | 6/27/2005 | $25,750.00 |
| 9977151 | 2005-HS1 | 6/27/2005 | $23,300.00 |
| 9977179 | 2005-HS1 | 6/27/2005 | $38,250.00 |
| 9977181 | 2005-HS1 | 6/27/2005 | $27,300.00 |
| 9977191 | 2005-HS1 | 6/27/2005 | $76,100.00 |
| 9977195 | 2005-HS1 | 6/27/2005 | $31,800.00 |
| 9977205 | 2005-HS1 | 6/27/2005 | $22,780.00 |
| 9977225 | 2005-HS1 | 6/27/2005 | $24,300.00 |
| 9977233 | 2005-HS1 | 6/27/2005 | $39,300.00 |
| 9977239 | 2005-HS1 | 6/27/2005 | $38,980.00 |
| 9977243 | 2005-HS1 | 6/27/2005 | $22,800.00 |
| 9977251 | 2005-HS1 | 6/27/2005 | $63,400.00 |
| 9977261 | 2005-HS1 | 6/27/2005 | $39,000.00 |
| 9977263 | 2005-HS1 | 6/27/2005 | $40,580.00 |
| 9977271 | 2005-HS1 | 6/27/2005 | $55,575.00 |
| 9977273 | 2005-HS1 | 6/27/2005 | $31,572.00 |
| 9977279 | 2005-HS1 | 6/27/2005 | $62,000.00 |
| 9977283 | 2005-HS1 | 6/27/2005 | $18,225.00 |
| 9977285 | 2005-HS1 | 6/27/2005 | $29,400.00 |
| 9977287 | 2005-HS2 | 6/27/2005 | $22,980.00 |
| 9977289 | 2005-HS1 | 6/27/2005 | $21,400.00 |
| 9977295 | 2005-HS1 | 6/27/2005 | $42,000.00 |
| 9977297 | 2005-HS1 | 6/27/2005 | $29,600.00 |
| 9977299 | 2005-HS1 | 6/27/2005 | $36,780.00 |
| 9977301 | 2005-HS1 | 6/27/2005 | $42,750.00 |
| 9977305 | 2005-HS1 | 6/27/2005 | $39,000.00 |
| 9977307 | 2005-HS1 | 6/27/2005 | $40,940.00 |
| 9977319 | 2005-HS1 | 6/27/2005 | $68,800.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9977323 | 2005-HS1 | 6/27/2005 | $42,050.00 |
| 9977325 | 2005-HS1 | 6/27/2005 | $43,800.00 |
| 9977327 | 2005-HS1 | 6/27/2005 | $19,500.00 |
| 9977331 | 2005-HS1 | 6/27/2005 | $32,000.00 |
| 9977337 | 2005-HS1 | 6/27/2005 | $56,000.00 |
| 9977341 | 2005-HS1 | 6/27/2005 | $56,000.00 |
| 9977345 | 2005-HS1 | 6/27/2005 | $25,600.00 |
| 9977347 | 2005-HS1 | 6/27/2005 | $45,000.00 |
| 9977351 | 2005-HS1 | 6/27/2005 | $22,000.00 |
| 9977353 | 2005-HS1 | 6/27/2005 | $34,200.00 |
| 9977359 | 2005-HS1 | 6/27/2005 | $41,600.00 |
| 9977371 | 2005-HS1 | 6/27/2005 | $30,200.00 |
| 9977377 | 2005-HS1 | 6/27/2005 | $36,640.00 |
| 9977383 | 2005-HS1 | 6/27/2005 | $33,100.00 |
| 9977385 | 2005-HS1 | 6/27/2005 | $26,980.00 |
| 9977393 | 2005-HS1 | 6/27/2005 | $48,950.00 |
| 9977395 | 2005-HS1 | 6/27/2005 | $46,400.00 |
| 9977415 | 2005-HS1 | 6/27/2005 | $45,980.00 |
| 9977417 | 2005-HS1 | 6/27/2005 | $25,740.00 |
| 9977419 | 2005-HS1 | 6/27/2005 | $27,400.00 |
| 9977425 | 2005-HS1 | 6/27/2005 | $29,100.00 |
| 9977429 | 2005-HS1 | 6/27/2005 | $47,850.00 |
| 9977431 | 2005-HS1 | 6/27/2005 | $17,840.00 |
| 9977433 | 2005-HS1 | 6/27/2005 | $54,800.00 |
| 9977437 | 2005-HS1 | 6/27/2005 | $29,000.00 |
| 9977439 | 2005-HS1 | 6/27/2005 | $19,500.00 |
| 9977443 | 2005-HS1 | 6/27/2005 | $25,485.00 |
| 9977445 | 2005-HS2 | 6/27/2005 | $32,400.00 |
| 9977447 | 2005-HS1 | 6/27/2005 | $22,800.00 |
| 9977451 | 2005-HS1 | 6/27/2005 | $44,980.00 |
| 9977453 | 2005-HS1 | 6/27/2005 | $33,800.00 |
| 9977455 | 2005-HS1 | 6/27/2005 | $87,500.00 |
| 9977457 | 2005-HS1 | 6/27/2005 | $28,500.00 |
| 9977459 | 2005-HS1 | 6/27/2005 | $23,920.00 |
| 9977461 | 2005-HS1 | 6/27/2005 | $28,000.00 |
| 9977463 | 2005-HS1 | 6/27/2005 | $24,980.00 |
| 9977465 | 2005-HS1 | 6/27/2005 | $23,600.00 |
| 9977469 | 2005-HS2 | 6/27/2005 | $24,000.00 |
| 9977471 | 2005-HS1 | 6/27/2005 | $37,980.00 |
| 9977473 | 2005-HS1 | 6/27/2005 | $38,817.00 |
| 9977475 | 2005-HS1 | 6/27/2005 | $42,000.00 |
| 9977477 | 2005-HS1 | 6/27/2005 | $34,200.00 |
| 9977479 | 2005-HS1 | 6/27/2005 | $32,250.00 |
| 9977481 | 2005-HS1 | 6/27/2005 | $20,900.00 |
| 9977485 | 2005-HS1 | 6/27/2005 | $14,250.00 |
| 9977487 | 2005-HS1 | 6/27/2005 | $33,180.00 |
| 9977489 | 2005-HS2 | 6/27/2005 | $33,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9977491 | 2005-HS1 | 6/27/2005 | $40,900.00 |
| 9977757 | 2005-HS1 | 6/27/2005 | $16,200.00 |
| 9977797 | 2005-HS1 | 6/27/2005 | $34,800.00 |
| 9977855 | 2005-HS1 | 6/27/2005 | $15,460.00 |
| 9977859 | 2005-HS1 | 6/27/2005 | $37,100.00 |
| 9977861 | 2005-HS1 | 6/27/2005 | $32,980.00 |
| 9977865 | 2005-HS1 | 6/27/2005 | $20,500.00 |
| 9977873 | 2005-HS1 | 6/27/2005 | $73,600.00 |
| 9977875 | 2005-HS1 | 6/27/2005 | $42,700.00 |
| 9977877 | 2005-HS1 | 6/27/2005 | $23,400.00 |
| 9977881 | 2005-HS1 | 6/27/2005 | $38,000.00 |
| 9977885 | 2005-HS1 | 6/27/2005 | $52,800.00 |
| 9977893 | 2005-HS2 | 6/27/2005 | $28,580.00 |
| 9977895 | 2005-HS1 | 6/27/2005 | $30,940.00 |
| 9977897 | 2005-HS1 | 6/27/2005 | $25,875.00 |
| 9977903 | 2005-HS1 | 6/27/2005 | $22,400.00 |
| 9977909 | 2005-HS1 | 6/27/2005 | $50,000.00 |
| 9977913 | 2005-HS1 | 6/27/2005 | $26,000.00 |
| 9977927 | 2005-HS1 | 6/27/2005 | $28,000.00 |
| 9977929 | 2005-HS1 | 6/27/2005 | $33,400.00 |
| 9977931 | 2005-HS1 | 6/27/2005 | $25,600.00 |
| 9977933 | 2005-HS1 | 6/27/2005 | $30,980.00 |
| 9977935 | 2005-HS1 | 6/27/2005 | $13,000.00 |
| 9977941 | 2005-HS1 | 6/27/2005 | $19,690.00 |
| 9977947 | 2005-HS1 | 6/27/2005 | $35,975.00 |
| 9977949 | 2005-HS1 | 6/27/2005 | $25,980.00 |
| 9977953 | 2005-HS1 | 6/27/2005 | $45,200.00 |
| 9977957 | 2005-HS1 | 6/27/2005 | $27,800.00 |
| 9977959 | 2005-HS1 | 6/27/2005 | $21,100.00 |
| 9977963 | 2005-HS2 | 6/27/2005 | $26,300.00 |
| 9977965 | 2005-HS1 | 6/27/2005 | $29,880.00 |
| 9977967 | 2005-HS1 | 6/27/2005 | $49,600.00 |
| 9977973 | 2005-HS1 | 6/27/2005 | $37,980.00 |
| 9977975 | 2005-HS1 | 6/27/2005 | $28,200.00 |
| 9977977 | 2005-HS1 | 6/27/2005 | $29,300.00 |
| 9977979 | 2005-HS1 | 6/27/2005 | $29,400.00 |
| 9977999 | 2005-HS1 | 6/27/2005 | $15,000.00 |
| 9978029 | 2005-HS1 | 6/27/2005 | $45,980.00 |
| 9978033 | 2005-HS1 | 6/27/2005 | $106,000.00 |
| 9978037 | 2005-HS1 | 6/27/2005 | $38,600.00 |
| 9982881 | 2005-HS1 | 6/27/2005 | $22,800.00 |
| 9985523 | 2005-HS1 | 7/21/2005 | $34,260.00 |
| 9992527 | 2005-HS1 | 7/12/2005 | $33,600.00 |
| 9998687 | 2005-HS2 | 9/6/2005 | $50,000.00 |
| 10004441 | 2005-HS1 | 7/26/2005 | $37,800.00 |
| 10004495 | 2005-HS1 | 7/7/2005 | $54,800.00 |
| 10004789 | 2005-HS1 | 7/7/2005 | $24,700.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10004831 | 2005-HS1 | 7/22/2005 | $35,000.00 |
| 10014819 | 2005-HS1 | 7/12/2005 | $74,000.00 |
| 10014831 | 2005-HS1 | 7/19/2005 | $27,000.00 |
| 10018579 | 2005-HS1 | 7/22/2005 | $50,000.00 |
| 10018593 | 2005-HS1 | 7/12/2005 | $10,000.00 |
| 10029519 | 2005-HS1 | 7/28/2005 | $52,005.00 |
| 10045901 | 2005-HS1 | 7/29/2005 | $200,000.00 |
| 10055875 | 2005-HSA1 | 9/28/2005 | $175,000.00 |
| 10055879 | 2005-HS2 | 9/28/2005 | $64,980.00 |
| 10055889 | 2005-HS2 | 9/28/2005 | $27,000.00 |
| 10055895 | 2005-HS2 | 9/28/2005 | $27,700.00 |
| 10055911 | 2005-HSA1 | 9/28/2005 | $91,000.00 |
| 10055913 | 2005-HSA1 | 9/28/2005 | $24,580.00 |
| 10062877 | 2005-HS1 | 8/5/2005 | $40,000.00 |
| 10064317 | 2005-HS2 | 9/19/2005 | $99,000.00 |
| 10085339 | 2005-HS1 | 8/24/2005 | $27,580.00 |
| 10110999 | 2005-HS2 | 9/7/2005 | $51,800.00 |
| 10136407 | 2005-HS2 | 10/7/2005 | $47,400.00 |
| 10142009 | 2005-HS2 | 9/28/2005 | $20,400.00 |
| 10142023 | 2005-HS2 | 10/13/2005 | $31,800.00 |
| 10142161 | 2005-HWH13 | | |
| 10142789 | 2005-HS2 | 9/28/2005 | $31,380.00 |
| 10142887 | 2005-HSA1 | 9/28/2005 | $36,580.00 |
| 10143121 | 2005-HS2 | 10/28/2005 | $34,580.00 |
| 10143303 | 2005-HS2 | 9/28/2005 | $25,000.00 |
| 10143339 | 2005-HS2 | 9/28/2005 | $32,200.00 |
| 10143423 | 2005-HS2 | 10/13/2005 | $10,000.00 |
| 10143505 | 2005-HS2 | 9/28/2005 | $37,000.00 |
| 10143531 | 2005-HS2 | 9/28/2005 | $29,000.00 |
| 10143641 | 2005-HSA1 | 9/28/2005 | $39,250.00 |
| 10143647 | 2005-HSA1 | 9/28/2005 | $20,775.00 |
| 10143659 | 2005-HSA1 | 9/28/2005 | $69,980.00 |
| 10143669 | 2005-HSA1 | 9/28/2005 | $40,280.00 |
| 10143747 | 2005-HS2 | 9/28/2005 | $36,960.00 |
| 10143767 | 2005-HSA1 | 9/28/2005 | $35,200.00 |
| 10143777 | 2005-HS2 | 9/28/2005 | $46,980.00 |
| 10143785 | 2005-HS2 | 9/28/2005 | $39,320.00 |
| 10143793 | 2005-HSA1 | 9/28/2005 | $35,200.00 |
| 10143811 | 2005-HS2 | 9/28/2005 | $42,000.00 |
| 10143865 | 2005-HS2 | 9/28/2005 | $17,500.00 |
| 10144793 | 2005-HSA1 | 9/28/2005 | $64,000.00 |
| 10144811 | 2005-HS2 | 9/28/2005 | $27,980.00 |
| 10144829 | 2005-HS2 | 9/28/2005 | $75,000.00 |
| 10144835 | 2005-HS2 | 9/28/2005 | $39,660.00 |
| 10145059 | 2005-HS2 | 9/28/2005 | $29,700.00 |
| 10145205 | 2005-HS2 | 9/28/2005 | $33,500.00 |
| 10146385 | 2005-HS2 | 9/28/2005 | $71,600.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10149131 | 2005-HSA1 | 9/28/2005 | $34,000.00 |
| 10149175 | 2005-HSA1 | 10/26/2005 | $29,850.00 |
| 10164793 | 2005-HS2 | 10/7/2005 | $59,000.00 |
| 10169351 | 2005-HS2 | 10/27/2005 | $57,300.00 |
| 10169991 | 2005-HS2 | 10/4/2005 | $43,500.00 |
| 10173015 | 2005-HS2 | 10/24/2005 | $200,000.00 |
| 10176563 | 2005-HS2 | 10/4/2005 | $150,000.00 |
| 10198025 | 2005-HS2 | 10/25/2005 | $24,000.00 |
| 10201889 | 2005-HSA1 | 10/28/2005 | $23,000.00 |
| 10201891 | 2005-HS2 | 10/28/2005 | $13,500.00 |
| 10201893 | 2005-HS2 | 10/28/2005 | $24,000.00 |
| 10201895 | 2005-HS2 | 10/28/2005 | $35,980.00 |
| 10201897 | 2005-HS2 | 10/28/2005 | $108,000.00 |
| 10201987 | 2005-HS2 | 10/28/2005 | $10,000.00 |
| 10201989 | 2005-HSA1 | 11/18/2005 | $15,000.00 |
| 10201991 | 2005-HSA1 | 10/28/2005 | $18,000.00 |
| 10201993 | 2005-HS2 | 10/28/2005 | $31,000.00 |
| 10201995 | 2005-HS2 | 10/28/2005 | $35,000.00 |
| 10201999 | 2005-HS2 | 10/28/2005 | $31,900.00 |
| 10202001 | 2005-HS2 | 10/28/2005 | $36,300.00 |
| 10202003 | 2005-HSA1 | 10/28/2005 | $299,100.00 |
| 10202005 | 2005-HS2 | 10/28/2005 | $46,000.00 |
| 10202201 | 2005-HS2 | 10/28/2005 | $39,350.00 |
| 10202203 | 2005-HS2 | 10/28/2005 | $22,400.00 |
| 10202205 | 2005-HSA1 | 11/18/2005 | $62,600.00 |
| 10202207 | 2005-HSA1 | 10/28/2005 | $11,200.00 |
| 10202209 | 2005-HS2 | 10/28/2005 | $28,780.00 |
| 10202277 | 2005-HS2 | 10/28/2005 | $38,800.00 |
| 10202289 | 2005-HS2 | 10/28/2005 | $16,167.00 |
| 10202291 | 2005-HS2 | 10/28/2005 | $19,500.00 |
| 10202293 | 2005-HS2 | 10/28/2005 | $54,900.00 |
| 10202295 | 2005-HS2 | 10/28/2005 | $250,000.00 |
| 10202297 | 2005-HSA1 | 10/28/2005 | $25,200.00 |
| 10202299 | 2005-HSA1 | 10/28/2005 | $23,250.00 |
| 10202309 | 2005-HS2 | 10/28/2005 | $37,980.00 |
| 10202311 | 2005-HS2 | 10/28/2005 | $37,680.00 |
| 10202313 | 2005-HS2 | 10/28/2005 | $23,700.00 |
| 10202315 | 2005-HS2 | 10/28/2005 | $42,700.00 |
| 10202317 | 2005-HS2 | 10/28/2005 | $45,944.00 |
| 10202331 | 2005-HS2 | 10/28/2005 | $27,980.00 |
| 10202341 | 2006-HSA1 | 11/18/2005 | $22,000.00 |
| 10202391 | 2005-HS2 | 10/28/2005 | $23,000.00 |
| 10202413 | 2005-HS2 | 10/28/2005 | $33,900.00 |
| 10202921 | 2005-HSA1 | 10/28/2005 | $29,800.00 |
| 10202933 | 2005-HS2 | 10/28/2005 | $33,000.00 |
| 10203839 | 2005-HS2 | 10/28/2005 | $17,980.00 |
| 10203857 | 2005-HS2 | 10/28/2005 | $35,725.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10203897 | 2006-HSA1 | 11/18/2005 | $29,100.00 |
| 10203903 | 2005-HS2 | 10/28/2005 | $81,000.00 |
| 10203923 | 2005-HS2 | 10/28/2005 | $36,700.00 |
| 10203927 | 2005-HS2 | 10/28/2005 | $25,350.00 |
| 10203933 | 2005-HSA1 | 10/28/2005 | $27,800.00 |
| 10203935 | 2005-HS2 | 10/28/2005 | $30,780.00 |
| 10203943 | 2005-HS2 | 10/28/2005 | $56,000.00 |
| 10203949 | 2005-HS2 | 10/28/2005 | $52,042.00 |
| 10205147 | 2005-HS2 | 10/28/2005 | $20,500.00 |
| 10205161 | 2005-HS2 | 10/28/2005 | $32,400.00 |
| 10205163 | 2005-HS2 | 10/28/2005 | $29,000.00 |
| 10205173 | 2005-HS2 | 10/28/2005 | $25,000.00 |
| 10205185 | 2005-HS2 | 10/28/2005 | $28,200.00 |
| 10205187 | 2005-HS2 | 10/28/2005 | $47,800.00 |
| 10205189 | 2005-HS2 | 10/28/2005 | $16,300.00 |
| 10205191 | 2005-HS2 | 10/28/2005 | $43,000.00 |
| 10205193 | 2005-HSA1 | 10/28/2005 | $31,145.00 |
| 10205195 | 2005-HS2 | 10/28/2005 | $94,000.00 |
| 10205251 | 2005-HSA1 | 10/28/2005 | $101,000.00 |
| 10205253 | 2005-HS2 | 10/28/2005 | $36,000.00 |
| 10205257 | 2005-HSA1 | 10/28/2005 | $47,301.00 |
| 10205261 | 2005-HS2 | 10/28/2005 | $39,800.00 |
| 10205263 | 2005-HS2 | 10/28/2005 | $38,600.00 |
| 10205267 | 2005-HS2 | 10/28/2005 | $39,000.00 |
| 10205269 | 2005-HS2 | 10/28/2005 | $45,900.00 |
| 10205271 | 2005-HS2 | 10/28/2005 | $36,000.00 |
| 10205273 | 2005-HS2 | 10/28/2005 | $32,500.00 |
| 10205279 | 2005-HS2 | 10/28/2005 | $57,046.00 |
| 10205281 | 2005-HS2 | 10/28/2005 | $27,000.00 |
| 10205287 | 2005-HS2 | 10/28/2005 | $18,600.00 |
| 10205297 | 2005-HS2 | 10/28/2005 | $28,400.00 |
| 10205299 | 2005-HSA1 | 10/28/2005 | $34,080.00 |
| 10205301 | 2005-HS2 | 10/28/2005 | $14,000.00 |
| 10205305 | 2005-HS2 | 10/28/2005 | $82,490.00 |
| 10205307 | 2005-HSA1 | 10/28/2005 | $42,980.00 |
| 10205309 | 2005-HSA1 | 10/28/2005 | $50,372.00 |
| 10205311 | 2005-HS2 | 10/28/2005 | $36,580.00 |
| 10205315 | 2005-HSA1 | 10/28/2005 | $16,600.00 |
| 10205317 | 2005-HS2 | 10/28/2005 | $59,250.00 |
| 10205323 | 2005-HS2 | 10/28/2005 | $27,000.00 |
| 10205325 | 2005-HS2 | 10/28/2005 | $29,380.00 |
| 10205327 | 2005-HS2 | 10/28/2005 | $20,685.00 |
| 10205331 | 2005-HS2 | 10/28/2005 | $23,550.00 |
| 10205335 | 2005-HSA1 | 10/28/2005 | $82,420.00 |
| 10205339 | 2005-HS2 | 10/28/2005 | $67,000.00 |
| 10205349 | 2005-HS2 | 10/28/2005 | $31,200.00 |
| 10205357 | 2005-HS2 | 10/28/2005 | $22,185.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10205365 | 2005-HSA1 | 10/28/2005 | $26,250.00 |
| 10205373 | 2005-HS2 | 10/28/2005 | $50,105.00 |
| 10205379 | 2005-HS2 | 10/28/2005 | $22,000.00 |
| 10205427 | 2005-HS2 | 10/28/2005 | $34,958.00 |
| 10205477 | 2005-HS2 | 10/28/2005 | $29,200.00 |
| 10205481 | 2005-HS2 | 10/28/2005 | $27,300.00 |
| 10205483 | 2005-HS2 | 10/28/2005 | $17,710.00 |
| 10205485 | 2005-HSA1 | 10/28/2005 | $27,380.00 |
| 10205517 | 2005-HS2 | 10/28/2005 | $36,000.00 |
| 10205519 | 2005-HS2 | 10/28/2005 | $23,700.00 |
| 10205521 | 2005-HSA1 | 10/28/2005 | $46,000.00 |
| 10205531 | 2005-HS2 | 10/28/2005 | $42,200.00 |
| 10205537 | 2005-HS2 | 10/28/2005 | $15,500.00 |
| 10208989 | 2005-HSA1 | 10/28/2005 | $17,775.00 |
| 10208999 | 2005-HSA1 | 10/28/2005 | $23,363.00 |
| 10210583 | 2005-HS2 | 11/15/2005 | $150,000.00 |
| 10222787 | 2005-HS2 | 11/14/2005 | $34,000.00 |
| 10278193 | 2006-HSA4 | 12/9/2005 | $88,200.00 |
| 10286653 | 2006-HSA4 | 1/23/2006 | $95,000.00 |
| 10297415 | 2006-HSA1 | 12/29/2005 | $24,000.00 |
| 10297517 | 2006-HSA1 | 12/29/2005 | $29,500.00 |
| 10297519 | 2006-HSA1 | 12/30/2005 | $20,000.00 |
| 10297521 | 2006-HSA1 | 12/29/2005 | $15,000.00 |
| 10302075 | 2006-HSA1 | 12/29/2005 | $27,750.00 |
| 10302879 | 2006-HSA1 | 12/29/2005 | $26,803.00 |
| 10302893 | 2006-HSA1 | 12/29/2005 | $91,800.00 |
| 10303039 | 2006-HSA1 | 12/29/2005 | $32,350.00 |
| 10303045 | 2006-HSA1 | 12/29/2005 | $35,740.00 |
| 10303061 | 2006-HSA1 | 12/29/2005 | $24,943.00 |
| 10303065 | 2006-HSA1 | 12/29/2005 | $30,500.00 |
| 10303073 | 2006-HSA1 | 12/29/2005 | $49,100.00 |
| 10303075 | 2006-HSA1 | 12/29/2005 | $42,000.00 |
| 10303077 | 2006-HSA1 | 12/29/2005 | $25,500.00 |
| 10303085 | 2006-HSA1 | 12/29/2005 | $36,900.00 |
| 10303093 | 2006-HSA1 | 12/29/2005 | $34,000.00 |
| 10303095 | 2006-HSA1 | 12/29/2005 | $23,550.00 |
| 10303123 | 2006-HSA1 | 12/29/2005 | $115,000.00 |
| 10303137 | 2006-HSA1 | 12/29/2005 | $53,160.00 |
| 10303143 | 2006-HSA1 | 12/29/2005 | $32,780.00 |
| 10303151 | 2006-HSA1 | 12/29/2005 | $22,500.00 |
| 10303155 | 2006-HSA1 | 12/29/2005 | $17,000.00 |
| 10303161 | 2006-HSA1 | 12/29/2005 | $35,600.00 |
| 10303167 | 2006-HSA1 | 12/29/2005 | $34,300.00 |
| 10303171 | 2006-HSA1 | 12/29/2005 | $30,480.00 |
| 10303173 | 2006-HSA1 | 12/29/2005 | $21,480.00 |
| 10303175 | 2006-HSA1 | 12/29/2005 | $39,600.00 |
| 10303177 | 2006-HSA1 | 12/29/2005 | $18,750.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10303179 | 2006-HSA1 | 12/29/2005 | $31,350.00 |
| 10303181 | 2006-HSA1 | 12/29/2005 | $52,350.00 |
| 10303195 | 2006-HSA1 | 12/29/2005 | $47,000.00 |
| 10303207 | 2006-HSA1 | 12/29/2005 | $29,400.00 |
| 10303217 | 2006-HSA1 | 12/29/2005 | $46,580.00 |
| 10303219 | 2006-HSA1 | 12/29/2005 | $20,025.00 |
| 10303231 | 2006-HSA1 | 12/29/2005 | $44,500.00 |
| 10303235 | 2006-HSA1 | 12/29/2005 | $75,600.00 |
| 10303237 | 2006-HSA1 | 12/29/2005 | $39,750.00 |
| 10303257 | 2006-HSA1 | 12/29/2005 | $103,000.00 |
| 10303259 | 2006-HSA1 | 12/29/2005 | $34,100.00 |
| 10303261 | 2006-HSA2 | 1/25/2006 | $32,982.89 |
| 10303271 | 2006-HSA1 | 12/29/2005 | $31,200.00 |
| 10303283 | 2006-HSA1 | 12/29/2005 | $23,600.00 |
| 10303285 | 2006-HSA1 | 12/29/2005 | $105,800.00 |
| 10303287 | 2006-HSA1 | 12/29/2005 | $48,000.00 |
| 10303301 | 2006-HSA1 | 12/29/2005 | $64,500.00 |
| 10303303 | 2006-HSA1 | 12/29/2005 | $55,780.00 |
| 10303305 | 2006-HSA1 | 12/29/2005 | $21,600.00 |
| 10303319 | 2006-HSA1 | 12/29/2005 | $16,250.00 |
| 10303329 | 2006-HSA1 | 12/29/2005 | $70,800.00 |
| 10303353 | 2006-HSA1 | 12/29/2005 | $19,600.00 |
| 10303373 | 2006-HSA1 | 12/29/2005 | $30,200.00 |
| 10303401 | 2006-HSA1 | 12/29/2005 | $16,600.00 |
| 10303405 | 2006-HSA1 | 12/29/2005 | $28,800.00 |
| 10303437 | 2006-HSA1 | 12/29/2005 | $63,000.00 |
| 10303485 | 2006-HSA1 | 12/29/2005 | $100,998.00 |
| 10303487 | 2006-HSA1 | 12/29/2005 | $24,375.00 |
| 10303493 | 2006-HSA1 | 12/29/2005 | $26,150.00 |
| 10303495 | 2006-HSA1 | 12/29/2005 | $32,000.00 |
| 10303565 | 2006-HSA1 | 12/29/2005 | $31,620.00 |
| 10303567 | 2006-HSA1 | 12/29/2005 | $18,900.00 |
| 10303569 | 2006-HSA1 | 12/29/2005 | $35,950.00 |
| 10303571 | 2006-HSA1 | 12/29/2005 | $27,998.00 |
| 10303573 | 2006-HSA1 | 12/29/2005 | $26,076.00 |
| 10303575 | 2006-HSA1 | 12/29/2005 | $24,400.00 |
| 10303579 | 2006-HSA1 | 12/29/2005 | $72,977.00 |
| 10303585 | 2006-HSA1 | 12/29/2005 | $33,980.00 |
| 10303589 | 2006-HSA1 | 12/29/2005 | $49,300.00 |
| 10303639 | 2006-HSA1 | 12/29/2005 | $32,560.00 |
| 10303641 | 2006-HSA1 | 12/29/2005 | $21,700.00 |
| 10303643 | 2006-HSA1 | 12/29/2005 | $38,950.00 |
| 10303645 | 2006-HSA1 | 12/29/2005 | $31,200.00 |
| 10304425 | 2006-HSA1 | 12/29/2005 | $22,400.00 |
| 10304435 | 2006-HSA1 | 12/29/2005 | $46,000.00 |
| 10304439 | 2006-HSA1 | 12/29/2005 | $29,760.00 |
| 10304449 | 2006-HSA1 | 12/29/2005 | $24,800.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10304457 | 2006-HSA1 | 12/29/2005 | $38,840.00 |
| 10304459 | 2006-HSA1 | 12/29/2005 | $22,000.00 |
| 10304463 | 2006-HSA1 | 12/29/2005 | $21,000.00 |
| 10304473 | 2006-HSA1 | 12/29/2005 | $70,000.00 |
| 10304475 | 2006-HSA1 | 12/29/2005 | $31,100.00 |
| 10304483 | 2006-HSA1 | 12/29/2005 | $47,000.00 |
| 10304485 | 2006-HSA1 | 12/29/2005 | $23,800.00 |
| 10304491 | 2006-HSA1 | 12/29/2005 | $28,000.00 |
| 10304493 | 2006-HSA1 | 12/29/2005 | $71,000.00 |
| 10304495 | 2006-HSA1 | 12/29/2005 | $52,063.00 |
| 10304499 | 2006-HSA1 | 12/29/2005 | $27,225.00 |
| 10304505 | 2006-HSA1 | 12/29/2005 | $89,000.00 |
| 10304509 | 2006-HSA1 | 12/29/2005 | $31,400.00 |
| 10304511 | 2006-HSA1 | 12/29/2005 | $26,400.00 |
| 10304519 | 2006-HSA1 | 12/29/2005 | $57,990.00 |
| 10304527 | 2006-HSA1 | 12/29/2005 | $38,000.00 |
| 10304543 | 2006-HSA1 | 12/29/2005 | $41,250.00 |
| 10304555 | 2006-HSA1 | 12/29/2005 | $59,600.00 |
| 10304565 | 2006-HSA1 | 12/29/2005 | $39,200.00 |
| 10304577 | 2006-HSA1 | 12/29/2005 | $26,800.00 |
| 10304585 | 2006-HSA1 | 12/29/2005 | $18,450.00 |
| 10304595 | 2006-HSA1 | 12/29/2005 | $31,500.00 |
| 10304599 | 2006-HSA1 | 12/29/2005 | $25,200.00 |
| 10304615 | 2006-HSA1 | 12/29/2005 | $81,600.00 |
| 10304619 | 2006-HSA1 | 12/29/2005 | $51,100.00 |
| 10304643 | 2006-HSA1 | 12/29/2005 | $19,690.00 |
| 10304649 | 2006-HSA1 | 12/29/2005 | $37,800.00 |
| 10304669 | 2006-HSA1 | 12/29/2005 | $32,000.00 |
| 10304671 | 2006-HSA1 | 12/29/2005 | $27,150.00 |
| 10304679 | 2006-HSA1 | 12/29/2005 | $27,000.00 |
| 10304693 | 2006-HSA1 | 12/29/2005 | $106,900.00 |
| 10304701 | 2006-HSA1 | 12/29/2005 | $29,980.00 |
| 10305313 | 2006-HSA1 | 12/29/2005 | $21,812.00 |
| 10305349 | 2006-HSA1 | 12/29/2005 | $45,000.00 |
| 10305351 | 2006-HSA1 | 12/29/2005 | $9,500.00 |
| 10305367 | 2006-HSA1 | 12/29/2005 | $34,000.00 |
| 10305371 | 2006-HSA1 | 12/29/2005 | $23,250.00 |
| 10305373 | 2006-HSA1 | 12/29/2005 | $19,500.00 |
| 10305399 | 2006-HSA1 | 12/29/2005 | $37,000.00 |
| 10305407 | 2006-HSA1 | 12/29/2005 | $24,000.00 |
| 10305453 | 2006-HSA1 | 12/29/2005 | $20,235.00 |
| 10305465 | 2006-HSA1 | 12/29/2005 | $11,150.00 |
| 10305471 | 2006-HSA1 | 12/29/2005 | $38,100.00 |
| 10305473 | 2006-HSA1 | 12/29/2005 | $17,500.00 |
| 10305477 | 2006-HSA1 | 12/29/2005 | $19,690.00 |
| 10305493 | 2006-HSA1 | 12/29/2005 | $32,315.00 |
| 10305497 | 2006-HSA1 | 12/29/2005 | $60,915.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10305501 | 2006-HSA1 | 12/29/2005 | $27,383.00 |
| 10305509 | 2006-HSA1 | 12/29/2005 | $34,500.00 |
| 10305513 | 2006-HSA1 | 12/29/2005 | $28,500.00 |
| 10305521 | 2006-HSA1 | 12/29/2005 | $62,000.00 |
| 10305529 | 2006-HSA1 | 12/29/2005 | $43,800.00 |
| 10305531 | 2006-HSA1 | 12/29/2005 | $30,500.00 |
| 10305537 | 2006-HSA1 | 12/29/2005 | $15,150.00 |
| 10305543 | 2006-HSA1 | 12/29/2005 | $26,085.00 |
| 10305547 | 2006-HSA1 | 12/29/2005 | $15,900.00 |
| 10305549 | 2006-HSA1 | 12/29/2005 | $29,876.00 |
| 10305557 | 2006-HSA1 | 12/29/2005 | $10,000.00 |
| 10305559 | 2006-HSA1 | 12/29/2005 | $26,000.00 |
| 10305561 | 2006-HSA1 | 12/29/2005 | $52,760.00 |
| 10305565 | 2006-HSA1 | 12/29/2005 | $32,000.00 |
| 10305567 | 2006-HSA1 | 12/29/2005 | $9,500.00 |
| 10305573 | 2006-HSA1 | 12/29/2005 | $38,400.00 |
| 10305575 | 2006-HSA1 | 12/29/2005 | $14,490.00 |
| 10305577 | 2006-HSA1 | 12/29/2005 | $34,400.00 |
| 10305583 | 2006-HSA1 | 12/29/2005 | $16,500.00 |
| 10305587 | 2006-HSA1 | 12/29/2005 | $13,500.00 |
| 10305593 | 2006-HSA1 | 12/29/2005 | $37,371.00 |
| 10305595 | 2006-HSA1 | 12/29/2005 | $18,780.00 |
| 10305597 | 2006-HSA1 | 12/29/2005 | $86,000.00 |
| 10305599 | 2006-HSA1 | 12/29/2005 | $50,925.00 |
| 10305603 | 2006-HSA1 | 12/29/2005 | $23,960.00 |
| 10305607 | 2006-HSA1 | 12/29/2005 | $30,300.00 |
| 10305613 | 2006-HSA1 | 12/29/2005 | $13,900.00 |
| 10379291 | 2006-HI4 | 1/31/2006 | $33,000.00 |
| 10424281 | 2006-KS3 | 2/15/2006 | $112,000.00 |
| 10434601 | 2006-HSA4 | 2/14/2006 | $60,000.00 |
| 10557699 | 2006-KS4 | 4/27/2006 | $184,500.00 |
| 10558003 | 2006-KS5 | 4/28/2006 | $238,145.17 |
| 10570571 | 2006-KS4 | 5/2/2006 | $162,000.00 |
| 10587313 | 2006-KS4 | 5/3/2006 | $246,525.00 |
| 10592239 | 2006-RZ3 | 5/2/2006 | $123,000.00 |
| 10599461 | 2006-HI4 | 5/19/2006 | $151,204.00 |
| 10599485 | 2006-HWH10 | | |
| 10599639 | 2006-HI4 | 5/19/2006 | $50,000.00 |
| 10599721 | 2006-HWH10 | | |
| 10621797 | 2006-KS5 | 5/17/2006 | $225,000.00 |
| 10621823 | 2006-KS5 | 5/17/2006 | $155,000.00 |
| 10621981 | 2006-KS5 | 5/17/2006 | $166,671.89 |
| 10646783 | 2007-HSA2 | 9/19/2006 | $25,000.00 |
| 10651463 | 2006-KS6 | 6/7/2006 | $237,405.00 |
| 10660021 | 2006-RZ3 | 6/7/2006 | $88,500.00 |
| 10670403 | 2006-HSA5 | 7/21/2006 | $50,000.00 |
| 10705511 | 2006-KS6 | 6/15/2006 | $256,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---:|---:|
| 10756447 | 2006-HSA5 | 7/7/2006 | $104,750.00 |
| 10765589 | 2006-KS7 | 7/17/2006 | $118,320.00 |
| 10770511 | 2006-KS7 | 7/17/2006 | $29,580.00 |
| 10784061 | 2006-HSA5 | 8/2/2006 | $79,000.00 |
| 10884993 | 2006-KS8 | 8/23/2006 | $122,995.83 |
| 10886071 | 2007-HSA2 | 8/30/2006 | $28,500.00 |
| 10887183 | 2007-HSA1 | 8/28/2006 | $30,000.00 |
| 10889899 | 2006-QO7 | 8/28/2006 | $1,800,000.00 |
| 10896041 | 2007-HSA2 | 8/30/2006 | $29,180.00 |
| 10896469 | 2007-HSA2 | 8/30/2006 | $40,000.00 |
| 10913235 | 2006-KS9 | 9/12/2006 | $85,500.00 |
| 10957379 | 2006-KS8 | 9/22/2006 | $126,000.00 |
| 11043923 | 2007-HSA2 | 10/30/2006 | $25,500.00 |
| 11043977 | 2006-HWH23 | | |
| 11043981 | 2007-HSA2 | 10/30/2006 | $28,050.00 |
| 11043993 | 2006-HWH23 | | |
| 11044031 | 2007-HSA2 | 10/30/2006 | $19,850.00 |
| 11050015 | 2007-HSA2 | 10/25/2006 | $19,050.00 |
| 11050043 | 2007-HSA2 | 10/25/2006 | $18,900.00 |
| 11055573 | 2007-KS1 | 11/14/2006 | $154,800.00 |
| 11058411 | 2006-QO9 | 10/25/2006 | $126,320.00 |
| 11068121 | 2007-HSA2 | 11/1/2006 | $13,700.00 |
| 11081075 | 2007-HSA1 | 11/17/2006 | $44,910.00 |
| 11113035 | 2007-HSA2 | 12/1/2006 | $13,350.00 |
| 11167983 | 2006-QO10 | 12/6/2006 | $123,920.00 |
| 11188775 | 2007-KS2 | 12/19/2006 | $110,500.00 |
| 11193591 | 2007-HSA2 | 12/28/2006 | $26,400.00 |
| 11193639 | 2007-HSA2 | 1/11/2007 | $17,000.00 |
| 11194003 | 2007-HSA2 | 1/11/2007 | $52,000.00 |
| 11194141 | 2007-HSA2 | 1/11/2007 | $37,600.00 |
| 11194633 | 2007-HSA2 | 1/11/2007 | $100,000.00 |
| 11194791 | 2007-HSA2 | 12/28/2006 | $98,300.00 |
| 11194801 | 2007-HSA2 | 12/28/2006 | $450,000.00 |
| 11194809 | 2007-HSA2 | 12/28/2006 | $37,900.00 |
| 11194905 | 2007-HSA3 | | |
| 11194907 | 2007-HSA2 | 12/28/2006 | $220,000.00 |
| 11194945 | 2007-HSA2 | 12/28/2006 | $45,000.00 |
| 11194949 | 2007-HSA3 | | |
| 11194991 | 2007-HSA2 | 1/11/2007 | $76,785.00 |
| 11203903 | 2007-HSA2 | 12/28/2006 | $17,520.00 |
| 11265843 | 2007-HSA2 | 1/26/2007 | $77,000.00 |
| 11268403 | 2007-HSA2 | 1/30/2007 | $29,780.00 |
| 11268743 | 2007-HSA2 | 1/26/2007 | $27,600.00 |
| 11268845 | 2007-HSA2 | 1/26/2007 | $23,000.00 |
| 11268993 | 2007-HSA2 | 1/26/2007 | $23,000.00 |
| 11276727 | 2007-HSA2 | 2/5/2007 | $18,500.00 |
| 11278949 | 2007-HSA2 | 2/8/2007 | $71,100.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11289049 | 2007-HSA2 | 2/5/2007 | $10,700.00 |
| 11294947 | 2007-HSA2 | 2/16/2007 | $70,400.00 |
| 11301975 | 2007-HSA2 | 2/15/2007 | $120,000.00 |
| 11332009 | 2007-HSA2 | 2/26/2007 | $21,800.00 |
| 11332063 | 2007-HSA2 | 2/26/2007 | $68,980.00 |
| 11333889 | 2007-HSA2 | 2/26/2007 | $32,480.00 |
| 11333931 | 2007-HSA2 | 2/26/2007 | $25,000.00 |
| 11334171 | 2007-HSA2 | 2/26/2007 | $366,000.00 |
| 11334173 | 2007-HSA2 | 2/26/2007 | $412,500.00 |
| 11334175 | 2007-HSA2 | 2/26/2007 | $230,000.00 |
| 11334177 | 2007-HSA2 | 2/26/2007 | $26,440.00 |
| 11334179 | 2007-HSA2 | 2/26/2007 | $37,400.00 |
| 11334181 | 2007-HSA2 | 2/26/2007 | $10,750.00 |
| 11334689 | 2007-HSA2 | 2/26/2007 | $42,000.00 |
| 11334809 | 2007-HSA2 | 2/26/2007 | $110,800.00 |
| 11334851 | 2007-HSA2 | 2/28/2007 | $45,000.00 |
| 11334891 | 2007-HSA2 | 2/26/2007 | $254,000.00 |
| 11335021 | 2007-HSA2 | 2/26/2007 | $196,000.00 |
| 11335307 | 2007-HSA2 | 2/26/2007 | $200,000.00 |
| 11335349 | 2007-HSA2 | 2/26/2007 | $67,140.00 |
| 11335361 | 2007-HSA2 | 2/26/2007 | $174,000.00 |
| 11335415 | 2007-HSA2 | 2/26/2007 | $72,000.00 |
| 11335449 | 2007-HSA2 | 2/26/2007 | $21,000.00 |
| 11335459 | 2007-HSA2 | 2/26/2007 | $36,000.00 |
| 11335493 | 2007-HSA2 | 2/26/2007 | $102,880.00 |
| 11338787 | 2007-HSA2 | 2/21/2007 | $31,884.00 |
| 11396507 | 2007-HSA3 | | |
| 11420813 | 2007-HSA3 | | |
| 11433281 | 2007-HSA3 | | |
| 17469501 | 2007-HSA3 | | |
| TOTAL | | | $55,509,002.74 |
| | | | |