# Exhibit D

Each depositor insured to at least $250,000 per insured bank

# Encore Bank, National Association (FDIC #: 34378)

Status: Inactive • Inactive as of September 14, 2012

Encore Bank, National Association was merged or acquired without government assistance

Data as of: April 16, 2014

Overview    Locations    **History**    Identifications    Financials

**History of Encore Bank, National Association (FDIC #: 34378) in Houston, TX**

**This institution is currently part of Cadence Bank, N.A., Birmingham, AL (FDIC #: 4999)**

☐ Show Acquisitions

| Date | Event |
| --- | --- |
| 12/20/1956 | Institution established but was not FDIC insured. Original name: Southwest Guaranty Trust Company (34378) |
| 3/27/1997 | Changed name to **Southwest Guaranty Trust Company, National Association** (34378) |
| 12/31/1999 | Changed name to **National Fiduciary Services, National Association** (34378) |
| 4/15/2005 | Changed name to **Encore Trust Company, National Association** (34378) |
| 6/30/2007 | Changed name to **Encore Bank, National Association** (34378) |
| 6/30/2007 | Changed organization type to COMMERCIAL BANK |
| 6/30/2007 | Changed institution class to INSURED COMMERCIAL BANK, NATIONAL, MEMBER FRS |
| 6/30/2007 | Became FDIC insured. |
| 9/14/2012 | **Merged into and subsequently operated as part of Cadence Bank, N.A. (4999) in BIRMINGHAM, AL** |