# Exhibit C

| Citizens First Wholesale Mortgage Co.- Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 9663767 | 2004-QS16 | 11/22/2004 | $130,437.00 |
| 9786983 | 2005-SA1 | 2/8/2005 | $379,507.00 |
| 9790613 | 2005-QS3 | 2/17/2005 | $150,000.00 |
| 9803833 | 2005-S2 | 2/22/2005 | $450,000.00 |
| 9815801 | 2005-S2 | 3/1/2005 | $498,668.00 |
| 9875481 | 2005-S4 | 4/14/2005 | $127,977.00 |
| 9897169 | 2005-SA3 | 4/29/2005 | $88,000.00 |
| 9924197 | 2005-SA3 | 5/19/2005 | $424,569.00 |
| 10033003 | 2005-S6 | 7/26/2005 | $406,274.00 |
| 10139945 | 2005-SA5 | 9/21/2005 | $562,960.00 |
| 10183363 | 2005-SA5 | 10/11/2005 | $435,000.00 |
| 10189811 | 2005-SA5 | 10/14/2005 | $375,650.00 |
| 10248117 | 2005-S9 | 11/16/2005 | $412,000.00 |
| 10278827 | 2005-S9 | 12/6/2005 | $500,000.00 |
| 10305591 | 2006-S1 | 12/20/2005 | $318,250.00 |
| 10457147 | 2006-S3 | 3/3/2006 | $561,945.00 |
| 10529245 | 2006-S4 | 4/7/2006 | $484,720.00 |
| 10621863 | 2006-S5 | 5/16/2006 | $559,028.00 |
| 10646533 | 2006-QS6 | 5/25/2006 | $276,408.00 |
| 10656029 | 2006-S9 | 6/1/2006 | $494,000.00 |
| 10847561 | 2006-QS10 | 8/8/2006 | $139,877.00 |
| 10855273 | 2006-QS10 | 8/15/2006 | $511,757.00 |
| 10866749 | 2006-QS12 | 8/15/2006 | $265,000.00 |
| 10873777 | 2006-QS12 | 8/21/2006 | $157,771.00 |
| 10873861 | 2006-QS12 | 8/22/2006 | $166,655.00 |
| 10873937 | 2006-QS12 | 8/21/2006 | $313,000.00 |
| 10879585 | 2006-QS12 | 8/21/2006 | $148,326.00 |
| 10890003 | 2006-QS14 | 8/25/2006 | $256,700.00 |
| 10908737 | 2006-QS14 | 9/1/2006 | $180,800.00 |
| 10909535 | 2006-QS14 | 9/1/2006 | $155,303.00 |
| 10923203 | 2006-QS12 | 9/8/2006 | $208,802.00 |
| 10923317 | 2006-QS14 | 9/8/2006 | $192,284.00 |
| 10928053 | 2006-QS17 | 9/8/2006 | $135,142.00 |
| 10928077 | 2006-QS12 | 9/8/2006 | $100,000.00 |
| 10953863 | 2006-QS12 | 9/18/2006 | $60,000.00 |
| 10954327 | 2006-QS12 | 9/18/2006 | $75,000.00 |
| 10959431 | 2006-QS12 | 9/20/2006 | $218,571.00 |
| 10960367 | 2006-QS15 | 9/20/2006 | $126,126.00 |
| 10961013 | 2006-QS15 | 9/20/2006 | $194,800.00 |
| 10968383 | 2006-QS14 | 9/20/2006 | $127,172.00 |
| 10976321 | 2006-QS14 | 9/21/2006 | $300,000.00 |
| 10979231 | 2006-QS14 | 9/25/2006 | $226,068.00 |
| 10979437 | 2006-QS15 | 9/25/2006 | $208,011.00 |
| 10980085 | 2006-QS18 | 9/25/2006 | $204,000.00 |
| 10982145 | 2006-QS14 | 9/25/2006 | $244,058.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10984415 | 2006-QS14 | 10/2/2006 | $208,270.00 |
| 10992753 | 2006-QS14 | 10/2/2006 | $35,000.00 |
| 10992843 | 2006-QS16 | 10/2/2006 | $381,796.00 |
| 11002953 | 2006-QS14 | 10/5/2006 | $170,000.00 |
| 11013829 | 2006-QS16 | 10/6/2006 | $132,989.00 |
| 11033133 | 2006-QA10 | 10/13/2006 | $400,028.00 |
| 11033721 | 2006-QS14 | 10/13/2006 | $425,819.00 |
| 11047949 | 2006-QS16 | 10/20/2006 | $313,007.00 |
| 11053551 | 2006-QS18 | 10/20/2006 | $127,034.00 |
| 11061795 | 2006-QS16 | 10/25/2006 | $225,187.00 |
| 11069367 | 2006-S11 | 10/31/2006 | $471,510.00 |
| 11084809 | 2006-QS16 | 11/6/2006 | $85,991.94 |
| 11093069 | 2006-QS16 | 11/8/2006 | $159,000.00 |
| 11093599 | 2006-QS18 | 11/8/2006 | $109,396.00 |
| 11095883 | 2006-QS17 | 11/10/2006 | $219,700.00 |
| 11107919 | 2006-QS16 | 11/10/2006 | $136,504.00 |
| 11109701 | 2006-S11 | 11/13/2006 | $797,454.00 |
| 11109815 | 2007-QS1 | 11/22/2006 | $165,750.00 |
| 11114467 | 2006-QS18 | 11/16/2006 | $339,803.00 |
| 11114483 | 2006-QS18 | 11/16/2006 | $151,560.00 |
| 11114507 | 2007-QS1 | 11/16/2006 | $218,200.00 |
| 11117115 | 2006-QS18 | 11/16/2006 | $130,000.00 |
| 11126409 | 2006-QS18 | 11/22/2006 | $543,178.00 |
| 11147223 | 2006-QS18 | 12/12/2006 | $105,880.00 |
| 11154823 | 2006-QS18 | 12/12/2006 | $211,175.00 |
| 11159143 | 2006-QS18 | 12/12/2006 | $609,300.00 |
| 11159163 | 2007-QS1 | 12/12/2006 | $90,000.00 |
| 11161657 | 2006-QS18 | 12/12/2006 | $144,764.00 |
| 11177169 | 2006-QS18 | 12/12/2006 | $152,718.00 |
| 11187883 | 2007-QS2 | 12/19/2006 | $479,316.00 |
| 11189423 | 2007-QS1 | 12/19/2006 | $199,200.00 |
| 11189807 | 2007-QS1 | 12/19/2006 | $161,010.00 |
| 11189859 | 2007-QS2 | 12/19/2006 | $258,400.00 |
| 11193947 | 2007-QS1 | 12/19/2006 | $173,391.00 |
| 11196489 | 2007-QS1 | 12/29/2006 | $250,000.00 |
| 11196515 | 2007-QS3 | 1/5/2007 | $173,418.00 |
| 11196561 | 2007-QS1 | 12/29/2006 | $115,819.00 |
| 11196775 | 2007-QS1 | 12/29/2006 | $130,000.00 |
| 11199691 | 2007-QS1 | 1/2/2007 | $187,884.00 |
| 11211549 | 2007-QS1 | 12/29/2006 | $100,000.00 |
| 11211663 | 2007-QS1 | 12/29/2006 | $415,000.00 |
| 11216977 | 2007-QS1 | 12/29/2006 | $115,000.00 |
| 11217529 | 2007-QS1 | 12/29/2006 | $135,769.00 |
| 11219701 | 2007-S1 | 1/5/2007 | $550,000.00 |
| 11224853 | 2007-QS1 | 12/29/2006 | $135,500.00 |
| 11231147 | 2007-QS1 | 1/5/2007 | $213,559.23 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11243343 | 2007-QS3 | 1/11/2007 | $109,996.00 |
| 11244103 | 2007-QS1 | 1/11/2007 | $451,677.00 |
| 11250099 | 2007-QS1 | 1/11/2007 | $251,990.00 |
| 11250539 | 2007-QS1 | 1/11/2007 | $243,089.00 |
| 11266907 | 2007-QS3 | 1/22/2007 | $126,896.00 |
| 11268449 | 2007-QS3 | 1/22/2007 | $239,685.00 |
| 11278499 | 2007-QS3 | 1/25/2007 | $211,347.00 |
| 11285459 | 2007-QS3 | 1/25/2007 | $340,000.00 |
| 11288747 | 2007-QS3 | 1/29/2007 | $145,500.00 |
| 11289191 | 2007-QS4 | 1/29/2007 | $191,216.00 |
| 11289217 | 2007-QS3 | 1/29/2007 | $156,640.00 |
| 11291917 | 2007-QS3 | 1/30/2007 | $179,518.00 |
| 11302145 | 2007-QS3 | 2/5/2007 | $300,000.00 |
| 11305053 | 2007-QS3 | 2/5/2007 | $395,870.00 |
| 11317633 | 2007-QS3 | 2/15/2007 | $202,400.00 |
| 11317901 | 2007-QS3 | 2/13/2007 | $250,982.00 |
| 11332535 | 2007-QS4 | 2/20/2007 | $100,000.00 |
| 11344989 | 2007-QS4 | 2/20/2007 | $363,467.00 |
| 11345067 | 2007-QS4 | 2/20/2007 | $130,332.00 |
| 11358097 | 2007-QS4 | 2/28/2007 | $300,000.00 |
| 11358455 | 2007-QS4 | 2/28/2007 | $145,600.00 |
| 11358681 | 2007-QS4 | 2/28/2007 | $131,124.00 |
| 11361599 | 2007-QS5 | 2/28/2007 | $207,078.00 |
| 11361629 | 2007-QS4 | 2/28/2007 | $247,500.00 |
| 11365621 | 2007-QS4 | 3/2/2007 | $128,155.00 |
| 11371417 | 2007-QS4 | 3/7/2007 | $134,134.00 |
| 11371419 | 2007-QS4 | 3/7/2007 | $650,000.00 |
| 11391935 | 2007-QS4 | 3/14/2007 | $134,400.00 |
| 11409811 | 2007-QS6 | 3/22/2007 | $100,000.00 |
| 11418101 | 2007-QS7 | 3/22/2007 | $211,574.00 |
| 11418227 | 2007-QS6 | 3/22/2007 | $468,008.00 |
| 11432779 | 2007-QS7 | 4/4/2007 | $130,000.00 |
| 11432901 | 2007-QS7 | 4/4/2007 | $203,920.00 |
| 11433083 | 2007-QS7 | 4/4/2007 | $485,424.00 |
| 11433223 | 2007-QS8 | 4/4/2007 | $206,668.00 |
| 11440023 | 2007-QS6 | 4/4/2007 | $111,300.00 |
| 11440089 | 2007-QS6 | 4/4/2007 | $533,583.00 |
| 11440093 | 2007-QS7 | 4/4/2007 | $150,000.00 |
| 19922659 | 2007-QS11 | 9/6/2007 | $182,956.00 |
| | | | |
| Total | | | $32,856,925.17 |
| | | | |