# Exhibit C

| First MarinerBank - Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 11050055 | 2006-QS18 | 10/23/2006 | $268,000.00 |
| 11066033 | 2007-HSA2 | 11/6/2006 | $29,800.00 |
| 11131969 | 2007-QA1 | 1/3/2007 | $1,284,500.00 |
| 11134291 | 2007-HSA2 | 12/29/2006 | $183,500.00 |
| 11153057 | 2007-QS2 | 12/7/2006 | $176,000.00 |
| 11155549 | 2006-S12 | 12/7/2006 | $131,600.00 |
| 11163723 | 2007-QS1 | 12/11/2006 | $598,400.00 |
| 11179603 | 2007-QA3 | 12/12/2006 | $98,900.00 |
| 11187663 | 2007-RS1 | 12/22/2006 | $346,750.00 |
| 11189789 | 2007-QA1 | 12/22/2006 | $1,000,000.00 |
| 11189851 | 2007-KS2 | 12/19/2006 | $211,650.00 |
| 11189853 | 2007-RS2 | 12/22/2006 | $320,000.00 |
| 11190047 | 2007-QA1 | 12/22/2006 | $307,600.00 |
| 11190065 | 2007-QA3 | 12/22/2006 | $111,920.00 |
| 11191099 | 2007-RS1 | 12/22/2006 | $156,040.00 |
| 11191475 | 2007-QA1 | 12/22/2006 | $297,600.00 |
| 11191485 | 2007-QA1 | 12/22/2006 | $153,600.00 |
| 11191489 | 2007-SA1 | 12/22/2006 | $458,500.00 |
| 11199647 | 2007-QA1 | 12/28/2006 | $672,000.00 |
| 11199875 | 2007-HSA2 | 12/28/2006 | $168,000.00 |
| 11207213 | 2007-QA3 | 1/9/2007 | $275,200.00 |
| 11210421 | 2007-QA2 | 1/9/2007 | $476,232.28 |
| 11210425 | 2007-RS1 | 1/9/2007 | $468,800.00 |
| 11210653 | 2007-QA1 | 1/9/2007 | $324,000.00 |
| 11218637 | 2007-RS2 | 1/9/2007 | $74,400.00 |
| 11218643 | 2007-RS1 | 1/9/2007 | $91,500.00 |
| 11218645 | 2007-QA1 | 1/9/2007 | $151,920.00 |
| 11218919 | 2007-QA1 | 1/9/2007 | $533,600.00 |
| 11218927 | 2007-QA3 | 1/9/2007 | $156,761.61 |
| 11218931 | 2007-QA3 | 1/9/2007 | $113,600.00 |
| 11219041 | 2007-QA3 | 1/9/2007 | $272,000.00 |
| 11219131 | 2007-QA1 | 1/9/2007 | $99,600.00 |
| 11219945 | 2007-RS1 | 1/9/2007 | $64,000.00 |
| 11220269 | 2007-QA3 | 1/9/2007 | $103,920.00 |
| 11222155 | 2007-QS2 | 1/5/2007 | $94,500.00 |
| 11223275 | 2007-QS1 | 1/3/2007 | $84,750.00 |
| 11246565 | 2007-QS1 | 1/16/2007 | $171,500.00 |
| 11254489 | 2007-QA3 | 1/19/2007 | $302,250.00 |
| 11254569 | 2007-HSA2 | 2/1/2007 | $20,100.00 |
| 11254613 | 2007-HSA2 | 2/20/2007 | $57,500.00 |
| 11258327 | 2007-HSA2 | 1/22/2007 | $16,000.00 |
| 11258523 | 2007-QS3 | 1/19/2007 | $650,000.00 |
| 11269249 | 2007-HSA2 | 2/5/2007 | $53,522.00 |
| 11271057 | 2007-QS4 | 1/30/2007 | $200,700.00 |
| 11273407 | 2007-HSA2 | 2/5/2007 | $95,750.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11278185 | 2007-HSA2 | 2/7/2007 | $50,600.00 |
| 11278533 | 2007-QS3 | 1/30/2007 | $202,400.00 |
| 11305013 | 2007-QS4 | 2/5/2007 | $927,500.00 |
| 11310995 | 2007-S3 | 2/9/2007 | $1,000,000.00 |
| 11338703 | 2007-HSA2 | 2/20/2007 | $61,100.00 |
| 11344775 | 2007-QS7 | 2/23/2007 | $105,000.00 |
| 11353161 | 2007-QA3 | 2/23/2007 | $301,500.00 |
| 11378221 | 2007-QS4 | 3/7/2007 | $69,000.00 |
| 11393209 | 2007-QS4 | 3/14/2007 | $520,000.00 |
| 11396625 | 2007-S7 | 3/12/2007 | $480,000.00 |
| 11402467 | 2007-S3 | 3/15/2007 | $535,000.00 |
| 11407271 | 2007-S4 | 3/22/2007 | $225,000.00 |
| 11412789 | 2007-S6 | 3/22/2007 | $112,000.00 |
| 11440335 | 2007-QS7 | 4/4/2007 | $274,500.00 |
| 11446549 | 2007-QS7 | 4/17/2007 | $90,000.00 |
| 11452539 | 2007-QS7 | 4/17/2007 | $290,000.00 |
| 19033971 | 2007-QH5 | 4/30/2007 | $910,500.00 |
| 19349453 | 2007-QS8 | 5/24/2007 | $130,500.00 |
| 19421771 | 2007-QA5 | 6/7/2007 | $582,000.00 |
| 19668537 | 2007-QA5 | 8/8/2007 | $620,000.00 |
| 19668655 | 2007-SA4 | 8/8/2007 | $945,000.00 |
|  |  |  |  |
| Total |  |  | $20,358,065.89 |
|  |  |  |  |