# Exhibit C

| Mortgage Investors Group INC. - Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 11076177 | 2007-KS3 | 11/29/2006 | $180,000.00 |
| 11118933 | 2007-KS1 | 11/22/2006 | $92,000.00 |
| 11128701 | 2007-QS2 | 1/4/2007 | $139,500.00 |
| 11171517 | 2007-KS3 | 1/8/2007 | $111,000.00 |
| 11187643 | 2007-QS1 | 12/20/2006 | $112,500.00 |
| 11219805 | 2007-RS2 | 12/29/2006 | $117,000.00 |
| 11219825 | 2007-KS3 | 1/4/2007 | $322,200.00 |
| 11219953 | 2007-QS1 | 12/29/2006 | $65,000.00 |
| 11220191 | 2007-KS3 | 12/29/2006 | $128,900.00 |
| 11220289 | 2007-QS2 | 1/4/2007 | $132,050.00 |
| 11220299 | 2007-KS3 | 1/12/2007 | $88,900.00 |
| 11220393 | 2007-KS3 | 12/29/2006 | $73,108.75 |
| 11221915 | 2007-KS3 | 1/8/2007 | $103,240.00 |
| 11221937 | 2007-QS3 | 1/29/2007 | $146,800.00 |
| 11221961 | 2007-KS3 | 1/3/2007 | $313,500.00 |
| 11248529 | 2007-KS3 | 1/18/2007 | $50,000.00 |
| 11254549 | 2007-QO2 | 1/19/2007 | $350,400.00 |
| 11261161 | 2007-QO2 | 1/26/2007 | $536,000.00 |
| 11264735 | 2007-QS3 | 1/22/2007 | $108,000.00 |
| 11264843 | 2007-KS3 | 1/23/2007 | $90,950.00 |
| 11268895 | 2007-QO3 | 2/22/2007 | $937,500.00 |
| 11271017 | 2007-QS4 | 1/25/2007 | $250,000.00 |
| 11275685 | 2007-RS2 | 1/30/2007 | $135,400.00 |
| 11320273 | 2007-KS3 | 2/20/2007 | $138,510.00 |
| 11335135 | 2007-KS3 | 2/16/2007 | $96,944.38 |
| 11346733 | 2007-QO3 | 2/27/2007 | $2,236,500.00 |
| 11347579 | 2007-QS5 | 2/26/2007 | $390,000.00 |
| 11349105 | 2007-QS4 | 2/22/2007 | $100,000.00 |
| 11358633 | 2007-QS8 | 2/27/2007 | $78,000.00 |
| 11361851 | 2007-QO4 | 4/16/2007 | $944,000.00 |
| 11369173 | 2007-QO4 | 3/15/2007 | $247,500.00 |
| 11379973 | 2007-QS5 | 3/7/2007 | $80,000.00 |
| 11380019 | 2007-QS4 | 3/9/2007 | $85,000.00 |
| 11387331 | 2007-QO4 | 3/15/2007 | $576,000.00 |
| 11395147 | 2007-QS4 | 3/12/2007 | $104,000.00 |
| 11396789 | 2007-QS4 | 3/15/2007 | $417,000.00 |
| 11401787 | 2007-QS6 | 3/28/2007 | $355,500.00 |
| 11422463 | 2007-QO4 | 5/4/2007 | $250,750.00 |
| 11437371 | 2007-QH7 | 7/6/2007 | $1,200,000.00 |
| 11437451 | 2007-QS7 | 4/3/2007 | $149,440.00 |
| 11448381 | 2007-QS6 | 4/19/2007 | $86,560.00 |
| 19026857 | 2007-QH9 | 7/17/2007 | $890,000.00 |
| 19093703 | 2007-QH7 | 7/6/2007 | $216,000.00 |
| 19102539 | 2007-QH7 | 7/6/2007 | $198,400.00 |
| 19297971 | 2007-QH7 | 7/6/2007 | $378,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 19323295 | 2007-QH9 | 7/2/2007 | $1,373,000.00 |
| 19323697 | 2007-QH7 | 7/11/2007 | $335,000.00 |
| 19331529 | 2007-SA4 | 5/29/2007 | $508,000.00 |
| 19342849 | 2007-QH7 | 7/18/2007 | $385,700.00 |
| 19349619 | 2007-QH7 | 6/27/2007 | $337,500.00 |
| 19396259 | 2007-QH9 | 7/6/2007 | $400,000.00 |
| 19438893 | 2007-QH6 | 6/20/2007 | $425,000.00 |
| 19438895 | 2007-QH6 | 6/18/2007 | $181,500.00 |
| 19438969 | 2007-QH6 | 6/18/2007 | $181,450.00 |
| 19438973 | 2007-QH7 | 7/11/2007 | $285,000.00 |
| 19444259 | 2007-QH7 | 7/5/2007 | $415,500.00 |
| 19444889 | 2007-QH7 | 7/6/2007 | $250,000.00 |
| 19444933 | 2007-QH6 | 6/14/2007 | $244,000.00 |
| 19444975 | 2007-QH7 | 7/11/2007 | $488,800.00 |
| 19446769 | 2007-QH6 | 6/14/2007 | $843,750.00 |
| 19509771 | 2007-QH7 | 6/26/2007 | $397,500.00 |
| 19569615 | 2007-QH9 | 7/10/2007 | $400,000.00 |
| 19617809 | 2007-QH9 | 7/20/2007 | $296,000.00 |
| 19617855 | 2007-QH9 | 7/18/2007 | $354,000.00 |
| 19617929 | 2007-QH9 | 7/27/2007 | $427,500.00 |
| 19630609 | 2007-QH9 | 8/1/2007 | $367,000.00 |
| 19652813 | 2007-QH9 | 7/27/2007 | $311,250.00 |
| 19658371 | 2007-QH9 | 8/6/2007 | $264,000.00 |
| 19668339 | 2007-QH9 | 7/30/2007 | $500,000.00 |
| 19683497 | 2007-QH9 | 7/31/2007 | $320,000.00 |
| 19688935 | 2007-QH9 | 8/14/2007 | $464,000.00 |
|  |  |  |  |
| Total |  |  | $24,557,503.13 |
|  |  |  |  |