# Exhibit C

| Synovus Mortgage Corp. - Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 1494332 | 2004-SL3 | 5/2/1996 | $400,000.00 |
| 1773507 | 2004-SL2 | 7/20/1998 | $377,000.00 |
| 1779619 | 2004-SL2 | 8/6/1998 | $320,000.00 |
| 1794590 | 2005-SL1 | 9/3/1998 | $98,900.00 |
| 1795692 | 2005-SL1 | 9/14/1998 | $129,600.00 |
| 1805932 | 2006-RP1 | 12/11/1998 | $71,250.00 |
| 1805938 | 2005-SP3 | 1/7/1999 | $40,500.00 |
| 1807818 | 2005-RP1 | 9/28/1998 | $146,000.00 |
| 1828659 | 2005-SP3 | 11/6/1998 | $73,100.00 |
| 1828671 | 2005-SL1 | 11/30/1998 | $28,500.00 |
| 1828950 | 2006-RP1 | 11/6/1998 | $50,000.00 |
| 1830431 | 2004-SL2 | 11/12/1998 | $269,600.00 |
| 1839010 | 2004-SL2 | 11/19/1998 | $356,000.00 |
| 1847581 | 2004-SL2 | 12/24/1998 | $725,000.00 |
| 1856192 | 2006-RP1 | 1/21/1999 | $55,800.00 |
| 1862396 | 2004-SL2 | 1/12/1999 | $560,000.00 |
| 1873378 | 2004-SL4 | 2/8/1999 | $380,000.00 |
| 1881483 | 2006-RP3 | 2/23/1999 | $40,500.00 |
| 1885881 | 2005-SP3 | 3/9/1999 | $106,500.00 |
| 1911586 | 2005-SP3 | 6/4/1999 | $128,100.00 |
| 1912922 | 2006-SP2 | 6/16/1999 | $74,000.00 |
| 1918135 | 2006-SP2 | 6/24/1999 | $81,000.00 |
| 1919405 | 2006-SP2 | 7/23/1999 | $51,850.00 |
| 1920007 | 2006-SP2 | 6/23/1999 | $93,520.00 |
| 1920922 | 2004-SL3 | 7/1/1999 | $600,000.00 |
| 1923642 | 2004-SL2 | 7/8/1999 | $360,000.00 |
| 1929942 | 2004-SL2 | 7/26/1999 | $392,000.00 |
| 1932785 | 2005-SL2 | 8/6/1999 | $152,000.00 |
| 1935054 | 2004-SL3 | 8/19/1999 | $50,000.00 |
| 1936697 | 2004-SL1 | 8/25/1999 | $257,850.00 |
| 1955920 | 2006-RP4 | 11/29/1999 | $65,200.00 |
| 1960475 | 2005-SP2 | 12/22/1999 | $74,000.00 |
| 1960685 | 2006-SP4 | 1/11/2000 | $57,800.00 |
| 1961890 | 2005-SL1 | 12/28/1999 | $80,175.00 |
| 1963955 | 2004-SL2 | 1/24/2000 | $56,700.00 |
| 1968388 | 2007-RP3 | 3/7/2000 | $69,000.00 |
| 1977549 | 2006-SP3 | 4/14/2000 | $34,125.00 |
| 1977631 | 2004-SL2 | 4/10/2000 | $51,200.00 |
| 1978962 | 2006-SP3 | 4/10/2000 | $41,850.00 |
| 1982971 | 2004-SL2 | 5/17/2000 | $45,000.00 |
| 1985961 | 2006-SP3 | 6/30/2000 | $33,600.00 |
| 1989043 | 2006-RP4 | 7/14/2000 | $49,613.38 |
| 1989681 | 2006-RP4 | 7/25/2000 | $51,200.00 |
| 1993962 | 2006-SP3 | 8/7/2000 | $38,500.00 |
| 1996490 | 2006-RP4 | 9/6/2000 | $59,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 1999474 | 2006-SP4 | 9/21/2000 | $36,550.00 |
| 2000908 | 2007-RP1 | 9/28/2000 | $55,000.00 |
| 3824097 | 2006-RP4 | 10/2/2000 | $50,850.00 |
| 3993494 | 2006-SP4 | 11/17/2000 | $30,000.00 |
| 4003559 | 2004-SL2 | 12/18/2000 | $98,200.00 |
| 4057144 | 2004-KS3 | 2/26/2001 | $41,000.00 |
| 4728371 | 2004-SL2 | 8/1/2001 | $392,000.00 |
| 4781234 | 2005-SL2 | 6/29/2001 | $59,200.00 |
| 4785873 | 2005-SL1 | 6/14/2001 | $97,650.00 |
| 4866729 | 2005-SL2 | 9/5/2001 | $160,000.00 |
| 5145590 | 2004-SL2 | 9/24/2001 | $360,000.00 |
| 5341976 | 2004-SL2 | 9/24/2001 | $275,000.00 |
| 5379527 | 2004-SL3 | 11/29/2001 | $810,000.00 |
| 5640491 | 2007-RP3 | 10/12/2001 | $89,250.00 |
| 5640495 | 2006-SP4 | 10/12/2001 | $106,080.00 |
| 5887066 | 2007-RP1 | 10/31/2001 | $77,900.00 |
| 5887078 | 2006-RP4 | 10/31/2001 | $123,500.00 |
| 6517214 | 2007-RP1 | 1/30/2002 | $28,900.00 |
| 6929006 | 2005-SL1 | 1/30/2002 | $398,100.00 |
| 7040628 | 2007-RP4 | 2/28/2002 | $35,120.00 |
| 7538802 | 2007-RP2 | 2/28/2002 | $50,000.00 |
| 7694299 | 2007-RP1 | 6/28/2002 | $30,703.52 |
| 7853575 | 2007-RP1 | 7/31/2002 | $159,200.00 |
| 7992218 | 2007-RP1 | 3/28/2002 | $58,200.00 |
| 8095443 | 2007-RP2 | 10/30/2002 | $96,000.00 |
| 8269652 | 2007-RP1 | 3/28/2002 | $74,250.00 |
| 8764648 | 2005-KS4 | 10/31/2003 | $79,600.00 |
| 8784092 | 2004-QS3 | 11/5/2003 | $110,000.00 |
| 8903318 | 2004-RS1 | 12/12/2003 | $134,462.00 |
| 8929700 | 2004-KS1 | 12/26/2003 | $228,000.00 |
| 8933003 | 2004-KS5 | 4/26/2004 | $64,000.00 |
| 8933011 | 2004-KS5 | 4/26/2004 | $117,500.00 |
| 8933053 | 2004-KS5 | 4/26/2004 | $236,000.00 |
| 8933081 | 2004-KS5 | 4/26/2004 | $30,974.86 |
| 8933089 | 2004-KS5 | 4/26/2004 | $151,000.00 |
| 8933239 | 2004-KS5 | 4/26/2004 | $101,250.00 |
| 8933243 | 2004-KS5 | 4/26/2004 | $59,200.00 |
| 8933283 | 2004-KS5 | 4/26/2004 | $84,000.00 |
| 8933285 | 2004-KS5 | 4/26/2004 | $57,375.00 |
| 8933325 | 2004-KS5 | 4/26/2004 | $74,800.00 |
| 8942073 | 2004-KS5 | 4/26/2004 | $54,400.00 |
| 8942233 | 2004-KS5 | 4/26/2004 | $54,400.00 |
| 8957378 | 2004-HI1 | 1/9/2004 | $10,973.15 |
| 8961486 | 2004-KS1 | 12/24/2003 | $157,250.00 |
| 8961528 | 2004-KS1 | 12/24/2003 | $73,600.00 |
| 8961552 | 2004-KS1 | 12/24/2003 | $97,750.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 8961588 | 2004-KS1 | 12/24/2003 | $82,450.00 |
| 8961632 | 2004-KS1 | 12/24/2003 | $92,000.00 |
| 8961686 | 2004-KS1 | 12/24/2003 | $75,000.00 |
| 8961690 | 2004-KS2 | 12/24/2003 | $100,800.00 |
| 8961712 | 2004-KS2 | 12/24/2003 | $221,000.00 |
| 8961726 | 2004-KS1 | 12/24/2003 | $115,000.00 |
| 8961734 | 2004-KS1 | 12/24/2003 | $164,000.00 |
| 8961740 | 2004-KS1 | 12/24/2003 | $104,400.00 |
| 8961772 | 2004-KS1 | 12/24/2003 | $127,350.00 |
| 8961780 | 2004-KS1 | 12/24/2003 | $99,000.00 |
| 8961786 | 2004-KS1 | 12/24/2003 | $70,000.00 |
| 8961792 | 2004-KS1 | 12/24/2003 | $123,024.56 |
| 8961800 | 2004-KS1 | 12/24/2003 | $135,000.00 |
| 8961806 | 2004-KS1 | 12/24/2003 | $68,000.00 |
| 8962144 | 2004-KS1 | 12/24/2003 | $90,000.00 |
| 8962378 | 2004-KS1 | 12/24/2003 | $102,300.00 |
| 8962508 | 2004-KS2 | 12/24/2003 | $135,200.00 |
| 8962842 | 2004-KS1 | 12/24/2003 | $61,050.00 |
| 8966703 | 2004-QS7 | 5/6/2004 | $140,900.00 |
| 8976167 | 2004-QS7 | 5/13/2004 | $301,000.00 |
| 8991488 | 2004-QS2 | 1/6/2004 | $93,600.00 |
| 9003939 | 2004-QS8 | 5/19/2004 | $91,958.70 |
| 9013080 | 2004-HS1 | 2/11/2004 | $49,843.96 |
| 9015559 | 2004-KS6 | 5/27/2004 | $88,000.00 |
| 9015573 | 2004-KS6 | 5/27/2004 | $113,535.00 |
| 9015599 | 2004-KS6 | 5/27/2004 | $192,500.00 |
| 9015643 | 2004-KS6 | 5/27/2004 | $193,600.00 |
| 9015653 | 2004-KS6 | 5/27/2004 | $110,400.00 |
| 9015661 | 2004-KS6 | 5/27/2004 | $166,500.00 |
| 9015683 | 2004-KS6 | 5/27/2004 | $82,000.00 |
| 9016990 | 2004-QS2 | 1/22/2004 | $280,250.00 |
| 9017182 | 2004-RZ1 | 1/22/2004 | $62,830.00 |
| 9019149 | 2004-RZ2 | 5/27/2004 | $95,000.00 |
| 9028760 | 2004-QS3 | 1/21/2004 | $33,750.00 |
| 9038933 | 2004-QS8 | 6/4/2004 | $180,115.00 |
| 9038945 | 2004-QS10 | 6/2/2004 | $158,000.00 |
| 9048056 | 2004-KS2 | 1/28/2004 | $281,600.00 |
| 9048088 | 2004-KS3 | 1/28/2004 | $106,250.00 |
| 9048098 | 2004-KS3 | 1/28/2004 | $55,920.00 |
| 9048126 | 2004-KR1 | 1/28/2004 | $76,000.00 |
| 9048132 | 2004-KS3 | 1/28/2004 | $109,650.00 |
| 9048138 | 2004-KS2 | 1/28/2004 | $97,500.00 |
| 9048168 | 2004-KS2 | 1/28/2004 | $112,500.00 |
| 9048174 | 2004-KR1 | 1/28/2004 | $50,065.00 |
| 9048210 | 2004-KR1 | 1/28/2004 | $233,750.00 |
| 9048248 | 2004-KR1 | 1/28/2004 | $50,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9048256 | 2004-KR1 | 1/28/2004 | $138,150.00 |
| 9070054 | 2004-QS2 | 2/6/2004 | $104,400.00 |
| 9082976 | 2004-QS3 | 2/12/2004 | $80,000.00 |
| 9086821 | 2004-QS10 | 6/30/2004 | $125,600.00 |
| 9086839 | 2004-QS10 | 6/18/2004 | $40,000.00 |
| 9087321 | 2004-RZ2 | 6/17/2004 | $228,000.00 |
| 9099041 | 2004-KS7 | 6/23/2004 | $182,400.00 |
| 9099045 | 2004-KS7 | 6/23/2004 | $70,550.00 |
| 9099087 | 2004-KS7 | 6/23/2004 | $300,000.00 |
| 9099097 | 2004-KS7 | 6/23/2004 | $119,850.00 |
| 9099123 | 2004-KS11 | 6/23/2004 | $219,000.00 |
| 9099137 | 2004-KS7 | 6/23/2004 | $75,905.00 |
| 9099163 | 2004-KS11 | 6/23/2004 | $143,000.00 |
| 9106819 | 2004-QS13 | 6/24/2004 | $50,000.00 |
| 9122918 | 2004-QS4 | 2/20/2004 | $60,000.00 |
| 9140932 | 2004-QS3 | 3/2/2004 | $45,000.00 |
| 9140944 | 2004-QS4 | 3/4/2004 | $180,000.00 |
| 9172376 | 2004-QS6 | 3/16/2004 | $82,500.00 |
| 9178453 | 2004-KS8 | 7/26/2004 | $127,425.00 |
| 9178455 | 2004-QS12 | 7/23/2004 | $159,000.00 |
| 9178481 | 2004-QS13 | 7/29/2004 | $210,000.00 |
| 9178509 | 2004-QS11 | 7/21/2004 | $84,000.00 |
| 9180321 | 2004-KS8 | 7/26/2004 | $114,000.00 |
| 9180371 | 2004-KS8 | 7/26/2004 | $83,200.00 |
| 9180391 | 2004-KR2 | 7/26/2004 | $76,945.00 |
| 9180451 | 2004-KR2 | 7/26/2004 | $50,000.00 |
| 9180501 | 2004-KS9 | 7/26/2004 | $95,200.00 |
| 9180525 | 2004-KR2 | 7/26/2004 | $142,500.00 |
| 9180561 | 2004-KR2 | 7/26/2004 | $58,500.00 |
| 9180601 | 2004-KR2 | 7/26/2004 | $50,000.00 |
| 9180651 | 2004-KS8 | 7/26/2004 | $50,400.00 |
| 9180653 | 2004-KS9 | 7/26/2004 | $77,400.00 |
| 9180659 | 2004-KS8 | 7/26/2004 | $150,000.00 |
| 9192766 | 2004-KS4 | 3/25/2004 | $76,000.00 |
| 9192768 | 2004-KS4 | 3/25/2004 | $70,339.00 |
| 9192900 | 2004-KS4 | 3/25/2004 | $118,000.00 |
| 9192970 | 2004-KS4 | 3/25/2004 | $188,000.00 |
| 9193032 | 2004-KS5 | 3/25/2004 | $70,000.00 |
| 9193074 | 2004-KS4 | 3/25/2004 | $62,250.00 |
| 9193088 | 2004-KS4 | 3/25/2004 | $74,400.00 |
| 9193094 | 2004-KS4 | 3/25/2004 | $93,500.00 |
| 9193116 | 2004-KS4 | 3/25/2004 | $230,750.00 |
| 9193128 | 2004-KS4 | 3/25/2004 | $105,600.00 |
| 9193254 | 2004-KS4 | 3/25/2004 | $65,400.00 |
| 9193286 | 2004-KS4 | 3/25/2004 | $72,000.00 |
| 9193300 | 2004-KS4 | 3/25/2004 | $59,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9193314 | 2004-KS5 | 3/25/2004 | $58,500.00 |
| 9193336 | 2004-KS4 | 3/25/2004 | $153,000.00 |
| 9193364 | 2004-KS4 | 3/25/2004 | $400,000.00 |
| 9193366 | 2004-KS4 | 3/25/2004 | $117,800.00 |
| 9193406 | 2004-KS4 | 3/25/2004 | $142,400.00 |
| 9197201 | 2004-QS11 | 7/26/2004 | $68,500.00 |
| 9197209 | 2004-QS12 | 7/30/2004 | $145,000.00 |
| 9197215 | 2004-RS11 | 10/12/2004 | $55,600.00 |
| 9197249 | 2004-RZ3 | 7/26/2004 | $89,900.00 |
| 9217519 | 2004-RS8 | 7/26/2004 | $86,130.00 |
| 9222622 | 2004-QS5 | 3/31/2004 | $88,000.00 |
| 9222628 | 2004-RZ2 | 4/5/2004 | $195,000.00 |
| 9223043 | 2004-QS13 | 9/3/2004 | $82,350.00 |
| 9223085 | 2004-QS11 | 7/30/2004 | $75,450.00 |
| 9250716 | 2004-QS7 | 4/9/2004 | $207,100.00 |
| 9263714 | 2004-QS7 | 4/19/2004 | $93,600.00 |
| 9276134 | 2004-QS7 | 4/21/2004 | $92,625.00 |
| 9451325 | 2004-QS12 | 8/18/2004 | $86,310.00 |
| 9468089 | 2004-KR2 | 8/30/2004 | $55,000.00 |
| 9468119 | 2004-KR2 | 8/30/2004 | $223,500.00 |
| 9468135 | 2004-KS9 | 8/30/2004 | $117,300.00 |
| 9468159 | 2004-KS9 | 8/30/2004 | $108,000.00 |
| 9468187 | 2004-KS9 | 8/30/2004 | $161,000.00 |
| 9468235 | 2004-KR2 | 8/30/2004 | $74,400.00 |
| 9468251 | 2004-KR2 | 8/30/2004 | $72,800.00 |
| 9468291 | 2004-KS9 | 8/30/2004 | $61,561.47 |
| 9468359 | 2004-KS9 | 8/30/2004 | $90,500.00 |
| 9468409 | 2004-KR2 | 8/30/2004 | $50,000.00 |
| 9468459 | 2004-KS9 | 8/30/2004 | $81,250.00 |
| 9486683 | 2004-QS12 | 9/1/2004 | $96,500.00 |
| 9486717 | 2004-QS12 | 8/31/2004 | $57,800.00 |
| 9517599 | 2004-RZ4 | 9/13/2004 | $283,050.00 |
| 9551957 | 2004-QS12 | 9/22/2004 | $100,800.00 |
| 9551993 | 2004-RZ4 | 9/30/2004 | $172,000.00 |
| 9575959 | 2004-KS10 | 10/1/2004 | $98,353.94 |
| 9576545 | 2004-RZ4 | 10/1/2004 | $156,560.00 |
| 9604897 | 2004-QS15 | 10/15/2004 | $58,500.00 |
| 9609555 | 2004-KS11 | 10/19/2004 | $102,000.00 |
| 9609565 | 2004-KS11 | 10/20/2004 | $95,000.00 |
| 9609573 | 2004-KS11 | 10/19/2004 | $100,800.00 |
| 9609581 | 2004-KS11 | 10/19/2004 | $175,950.00 |
| 9609591 | 2004-KS11 | 10/19/2004 | $88,000.00 |
| 9615929 | 2004-KS11 | 10/26/2004 | $61,600.00 |
| 9615935 | 2004-KS11 | 10/25/2004 | $60,000.00 |
| 9615945 | 2004-KS11 | 10/25/2004 | $63,000.00 |
| 9632969 | 2004-QS15 | 11/3/2004 | $90,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9661575 | 2004-S9 | 11/18/2004 | $530,000.00 |
| 9665945 | 2004-KS12 | 11/23/2004 | $156,000.00 |
| 9665955 | 2004-KS12 | 11/23/2004 | $154,700.00 |
| 9666001 | 2004-QS16 | 11/22/2004 | $64,000.00 |
| 9669053 | 2004-KS12 | 11/19/2004 | $124,000.00 |
| 9669063 | 2005-KS1 | 12/3/2004 | $106,914.33 |
| 9677813 | 2004-KS12 | 12/1/2004 | $55,000.00 |
| 9689583 | 2004-KS12 | 12/1/2004 | $60,000.00 |
| 9703277 | 2004-QS16 | 12/13/2004 | $165,680.00 |
| 9714495 | 2005-QS1 | 12/22/2004 | $76,500.00 |
| 9724319 | 2005-RZ1 | 1/20/2005 | $116,312.52 |
| 9724321 | 2005-QS1 | 12/29/2004 | $73,000.00 |
| 9724325 | 2005-QS2 | 1/25/2005 | $200,000.00 |
| 9724343 | 2005-QA1 | 1/10/2005 | $117,325.00 |
| 9749939 | 2005-QA1 | 1/11/2005 | $160,000.00 |
| 9749967 | 2005-QS1 | 1/11/2005 | $152,910.00 |
| 9749973 | 2005-QA2 | 1/12/2005 | $312,000.00 |
| 9749983 | 2005-RZ1 | 1/12/2005 | $78,245.38 |
| 9749991 | 2005-QS1 | 1/11/2005 | $92,000.00 |
| 9750007 | 2005-RZ1 | 1/14/2005 | $156,709.45 |
| 9756999 | 2005-QS2 | 1/18/2005 | $408,000.00 |
| 9759557 | 2005-RZ1 | 1/20/2005 | $67,815.00 |
| 9760963 | 2005-KS2 | 1/20/2005 | $55,500.00 |
| 9761067 | 2005-KS3 | 1/20/2005 | $50,150.00 |
| 9761175 | 2005-RZ1 | 1/21/2005 | $103,000.00 |
| 9763935 | 2005-QS3 | 1/27/2005 | $100,000.00 |
| 9765151 | 2005-KS2 | 1/28/2005 | $62,200.00 |
| 9765155 | 2005-KS2 | 1/28/2005 | $230,000.00 |
| 9765163 | 2005-KS2 | 1/28/2005 | $314,000.00 |
| 9765317 | 2005-KS2 | 1/28/2005 | $78,000.00 |
| 9765319 | 2005-KS2 | 1/28/2005 | $333,000.00 |
| 9765321 | 2005-KS2 | 1/28/2005 | $72,000.00 |
| 9765323 | 2005-RS2 | 2/1/2005 | $53,500.00 |
| 9765699 | 2005-KS2 | 1/28/2005 | $164,000.00 |
| 9765701 | 2005-KS2 | 1/28/2005 | $117,784.00 |
| 9765703 | 2005-KS2 | 1/28/2005 | $187,000.00 |
| 9765705 | 2005-KS2 | 1/28/2005 | $172,000.00 |
| 9765707 | 2005-KS2 | 1/28/2005 | $137,750.00 |
| 9765709 | 2005-KS2 | 1/28/2005 | $61,000.00 |
| 9765713 | 2005-KS2 | 1/28/2005 | $117,300.00 |
| 9788909 | 2005-QS3 | 2/9/2005 | $82,500.00 |
| 9789087 | 2005-QS3 | 2/10/2005 | $100,000.00 |
| 9790501 | 2005-RZ1 | 2/10/2005 | $47,500.00 |
| 9790505 | 2005-QS4 | 2/10/2005 | $104,000.00 |
| 9790527 | 2005-QS3 | 2/9/2005 | $199,000.00 |
| 9801363 | 2005-QS3 | 2/17/2005 | $30,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9801479 | 2005-QS5 | 2/17/2005 | $88,000.00 |
| 9802109 | 2005-QS3 | 2/17/2005 | $404,000.00 |
| 9805301 | 2005-KS3 | 2/22/2005 | $76,500.00 |
| 9825623 | 2005-QS4 | 3/9/2005 | $108,900.00 |
| 9825631 | 2005-QS8 | 3/9/2005 | $30,000.00 |
| 9828361 | 2005-RZ2 | 3/11/2005 | $69,000.00 |
| 9828373 | 2005-QS9 | 3/11/2005 | $100,000.00 |
| 9831947 | 2005-KS4 | 3/16/2005 | $144,000.00 |
| 9832067 | 2005-KS4 | 3/24/2005 | $100,000.00 |
| 9832077 | 2005-QS5 | 3/15/2005 | $156,193.05 |
| 9841105 | 2005-QA9 | 3/23/2005 | $398,000.00 |
| 9857063 | 2005-QS5 | 3/31/2005 | $87,200.00 |
| 9872971 | 2005-RZ2 | 4/12/2005 | $130,300.00 |
| 9875773 | 2005-RZ2 | 4/15/2005 | $182,310.00 |
| 9890507 | 2005-RS5 | 4/29/2005 | $94,500.00 |
| 9890539 | 2005-KS5 | 4/29/2005 | $135,000.00 |
| 9890557 | 2005-KS5 | 4/29/2005 | $116,755.00 |
| 9890575 | 2005-KS9 | 7/29/2005 | $104,500.00 |
| 9890629 | 2005-KS5 | 4/29/2005 | $67,500.00 |
| 9890651 | 2005-KS5 | 4/29/2005 | $222,275.00 |
| 9890689 | 2005-KS5 | 4/29/2005 | $178,200.00 |
| 9922031 | 2005-QS12 | 5/16/2005 | $52,000.00 |
| 9942189 | 2005-RS6 | 5/27/2005 | $94,400.00 |
| 9943045 | 2005-RZ2 | 6/1/2005 | $151,000.00 |
| 9943381 | 2005-RS6 | 5/27/2005 | $73,400.00 |
| 9959591 | 2005-QA7 | 6/15/2005 | $50,400.00 |
| 9959627 | 2005-RS6 | 6/8/2005 | $142,000.00 |
| 9961119 | 2005-HS1 | 6/16/2005 | $34,750.00 |
| 9962125 | 2005-QS7 | 6/8/2005 | $68,000.00 |
| 9962279 | 2005-QS12 | 6/20/2005 | $31,500.00 |
| 9970051 | 2005-QS12 | 6/15/2005 | $100,300.00 |
| 9970053 | 2005-QS12 | 6/15/2005 | $65,600.00 |
| 9970065 | 2005-QS7 | 6/15/2005 | $273,000.00 |
| 9980167 | 2005-RZ2 | 6/29/2005 | $246,000.00 |
| 9980173 | 2005-RZ2 | 6/29/2005 | $95,000.00 |
| 9980181 | 2005-KS10 | 6/29/2005 | $76,500.00 |
| 9980191 | 2005-KS7 | 6/29/2005 | $171,180.67 |
| 9980197 | 2005-RZ2 | 6/29/2005 | $64,000.00 |
| 9980203 | 2005-KS8 | 6/29/2005 | $160,000.00 |
| 9980209 | 2005-KS8 | 6/29/2005 | $81,000.00 |
| 9980213 | 2005-KS8 | 6/29/2005 | $204,000.00 |
| 9982137 | 2005-QS11 | 6/23/2005 | $197,000.00 |
| 9982163 | 2005-RZ2 | 6/23/2005 | $210,000.00 |
| 10009991 | 2005-QS13 | 7/12/2005 | $92,800.00 |
| 10012799 | 2005-QS11 | 7/12/2005 | $92,800.00 |
| 10012809 | 2005-QS12 | 7/12/2005 | $39,375.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10012813 | 2005-QS11 | 7/12/2005 | $124,000.00 |
| 10012815 | 2005-QS11 | 7/14/2005 | $136,000.00 |
| 10027411 | 2005-KS8 | 7/20/2005 | $171,000.00 |
| 10027415 | 2005-QA8 | 7/20/2005 | $89,855.00 |
| 10031659 | 2005-KS9 | 7/29/2005 | $74,100.00 |
| 10031661 | 2005-KS10 | 7/29/2005 | $327,200.00 |
| 10031665 | 2005-KS8 | 7/29/2005 | $115,000.00 |
| 10031669 | 2005-KS8 | 7/29/2005 | $114,000.00 |
| 10031681 | 2005-KS8 | 7/29/2005 | $76,000.00 |
| 10031683 | 2005-KS8 | 7/29/2005 | $72,200.00 |
| 10031689 | 2005-KS8 | 7/29/2005 | $133,650.00 |
| 10046959 | 2005-QS12 | 8/3/2005 | $119,000.00 |
| 10069181 | 2005-QS14 | 8/10/2005 | $70,400.00 |
| 10069207 | 2005-QS14 | 8/10/2005 | $70,400.00 |
| 10069209 | 2005-QS14 | 8/10/2005 | $70,400.00 |
| 10069315 | 2005-QS14 | 8/10/2005 | $70,400.00 |
| 10075215 | 2005-QS13 | 8/17/2005 | $122,000.00 |
| 10075221 | 2005-QS13 | 8/12/2005 | $113,057.65 |
| 10075269 | 2005-QS14 | 8/17/2005 | $96,000.00 |
| 10075281 | 2005-QS13 | 8/17/2005 | $184,000.00 |
| 10080061 | 2005-RZ3 | 8/19/2005 | $399,900.00 |
| 10083221 | 2005-QS13 | 8/25/2005 | $114,800.00 |
| 10083231 | 2005-RZ3 | 8/25/2005 | $48,000.00 |
| 10127679 | 2005-QS13 | 9/15/2005 | $87,750.00 |
| 10136325 | 2006-QS2 | 9/22/2005 | $94,500.00 |
| 10147783 | 2005-QS15 | 9/22/2005 | $99,000.00 |
| 10147807 | 2005-QS15 | 9/27/2005 | $99,000.00 |
| 10152165 | 2005-QS15 | 9/29/2005 | $262,400.00 |
| 10152207 | 2005-QS15 | 9/26/2005 | $50,400.00 |
| 10154605 | 2005-QS15 | 9/29/2005 | $58,500.00 |
| 10157663 | 2005-KS12 | 9/29/2005 | $232,000.00 |
| 10157689 | 2005-KS10 | 9/29/2005 | $110,500.00 |
| 10157695 | 2005-KS10 | 9/29/2005 | $171,000.00 |
| 10157701 | 2005-KS10 | 9/29/2005 | $84,500.00 |
| 10157703 | 2005-KS10 | 9/29/2005 | $72,250.00 |
| 10157705 | 2005-KS11 | 9/29/2005 | $73,000.00 |
| 10157707 | 2005-KS10 | 9/29/2005 | $95,000.00 |
| 10157713 | 2005-KS10 | 9/29/2005 | $232,900.00 |
| 10157715 | 2005-KS10 | 9/29/2005 | $56,050.00 |
| 10157717 | 2005-KS10 | 9/29/2005 | $85,500.00 |
| 10157721 | 2005-KS11 | 9/29/2005 | $270,900.00 |
| 10157723 | 2005-KS10 | 9/29/2005 | $150,750.00 |
| 10160253 | 2005-KS11 | 10/31/2005 | $132,390.00 |
| 10160317 | 2006-QS2 | 10/6/2005 | $177,750.00 |
| 10187619 | 2005-QS15 | 10/11/2005 | $77,400.00 |
| 10187623 | 2005-QA12 | 10/13/2005 | $148,603.96 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10197853 | 2005-QS16 | 10/17/2005 | $91,500.00 |
| 10202259 | 2005-QA12 | 10/24/2005 | $113,600.00 |
| 10210515 | 2006-QS2 | 10/26/2005 | $68,250.00 |
| 10210535 | 2006-QS2 | 10/25/2005 | $68,250.00 |
| 10211881 | 2005-KS11 | 10/31/2005 | $216,138.40 |
| 10211889 | 2005-RZ4 | 10/31/2005 | $125,000.00 |
| 10211913 | 2006-KS2 | 10/31/2005 | $50,000.00 |
| 10211921 | 2006-KS1 | 10/31/2005 | $131,345.33 |
| 10213577 | 2005-KS12 | 10/31/2005 | $29,000.00 |
| 10251179 | 2006-RZ1 | 11/15/2005 | $130,000.00 |
| 10251299 | 2005-RZ4 | 11/17/2005 | $25,650.00 |
| 10251597 | 2005-QS17 | 11/17/2005 | $61,500.00 |
| 10265541 | 2006-RZ1 | 11/29/2005 | $160,000.00 |
| 10265557 | 2005-KS12 | 11/29/2005 | $97,850.00 |
| 10265563 | 2006-RZ2 | 11/30/2005 | $135,427.11 |
| 10265569 | 2005-KS12 | 11/29/2005 | $163,000.00 |
| 10265585 | 2005-KS12 | 11/29/2005 | $74,500.00 |
| 10265597 | 2005-KS12 | 11/29/2005 | $102,500.00 |
| 10265609 | 2005-KS12 | 11/29/2005 | $67,500.00 |
| 10265619 | 2005-KS12 | 11/29/2005 | $148,481.76 |
| 10282101 | 2006-QS2 | 12/21/2005 | $166,500.00 |
| 10311901 | 2006-RZ1 | 12/28/2005 | $58,500.00 |
| 10317511 | 2006-KS1 | 12/30/2005 | $232,000.00 |
| 10317521 | 2006-KS2 | 12/30/2005 | $146,320.00 |
| 10317523 | 2006-KS2 | 12/30/2005 | $100,000.00 |
| 10317533 | 2006-KS2 | 12/30/2005 | $50,000.00 |
| 10317607 | 2006-KS2 | 12/30/2005 | $36,580.00 |
| 10317611 | 2006-KS2 | 12/30/2005 | $170,000.00 |
| 10317615 | 2006-KS1 | 12/30/2005 | $90,000.00 |
| 10317621 | 2006-KS2 | 12/30/2005 | $181,050.00 |
| 10333641 | 2006-QS2 | 1/5/2006 | $128,000.00 |
| 10333751 | 2006-QS2 | 1/6/2006 | $84,000.00 |
| 10357125 | 2006-QS2 | 1/18/2006 | $197,776.00 |
| 10367807 | 2006-QS2 | 1/19/2006 | $120,000.00 |
| 10370143 | 2006-RZ1 | 1/27/2006 | $290,400.00 |
| 10383467 | 2006-QA2 | 1/25/2006 | $120,000.00 |
| 10438543 | 2006-QS3 | 2/23/2006 | $104,000.00 |
| 10439377 | 2006-RZ2 | 2/22/2006 | $127,000.00 |
| 10453547 | 2006-RS4 | 2/28/2006 | $210,000.00 |
| 10453559 | 2006-KS5 | 4/27/2006 | $32,500.00 |
| 10453613 | 2006-KS4 | 2/28/2006 | $114,000.00 |
| 10492703 | 2006-QS4 | 3/27/2006 | $34,500.00 |
| 10559113 | 2006-RZ3 | 4/24/2006 | $69,900.00 |
| 10575431 | 2006-RZ3 | 4/27/2006 | $89,000.00 |
| 10575443 | 2006-RS4 | 4/27/2006 | $66,156.10 |
| 10575453 | 2006-KS4 | 4/27/2006 | $299,250.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10575455 | 2006-KS4 | 4/27/2006 | $87,500.00 |
| 10575463 | 2006-KS5 | 4/27/2006 | $55,000.00 |
| 10575469 | 2006-KS5 | 4/27/2006 | $99,750.00 |
| 10575471 | 2006-KS4 | 4/27/2006 | $123,750.00 |
| 10575473 | 2006-KS4 | 4/27/2006 | $76,410.00 |
| 10575529 | 2006-KS4 | 4/27/2006 | $56,100.00 |
| 10576121 | 2006-KS5 | 4/27/2006 | $77,500.00 |
| 10576371 | 2006-KS4 | 4/27/2006 | $70,391.46 |
| 10596593 | 2006-QS5 | 4/28/2006 | $178,300.00 |
| 10615429 | 2006-S11 | 10/27/2006 | $280,000.00 |
| 10615469 | 2006-RZ3 | 5/10/2006 | $149,900.00 |
| 10615493 | 2006-QS5 | 5/10/2006 | $165,800.00 |
| 10619759 | 2007-SA3 | 6/8/2006 | $452,000.00 |
| 10619813 | 2006-RZ3 | 5/16/2006 | $110,750.00 |
| 10632871 | 2006-QA6 | 5/30/2006 | $191,155.00 |
| 10642031 | 2006-KS5 | 5/30/2006 | $188,430.06 |
| 10642049 | 2006-RS4 | 5/30/2006 | $217,500.00 |
| 10642057 | 2006-KS5 | 5/30/2006 | $113,400.00 |
| 10642071 | 2006-KS5 | 5/30/2006 | $152,000.00 |
| 10642365 | 2006-QS6 | 5/22/2006 | $152,300.00 |
| 10642373 | 2006-QS7 | 6/8/2006 | $33,500.00 |
| 10642391 | 2006-QS13 | 5/22/2006 | $98,100.00 |
| 10642651 | 2006-RS4 | 5/30/2006 | $61,600.00 |
| 10642665 | 2006-KS5 | 5/30/2006 | $70,000.00 |
| 10646691 | 2006-KS5 | 5/30/2006 | $180,500.00 |
| 10646737 | 2006-RS4 | 5/30/2006 | $76,000.00 |
| 10717505 | 2006-QS6 | 6/19/2006 | $203,000.00 |
| 10732633 | 2006-RZ3 | 6/29/2006 | $109,000.00 |
| 10732643 | 2006-KS6 | 6/29/2006 | $109,800.00 |
| 10732727 | 2006-KS6 | 6/29/2006 | $97,000.00 |
| 10733345 | 2006-KS6 | 6/29/2006 | $243,000.00 |
| 10733429 | 2006-KS6 | 6/29/2006 | $297,500.00 |
| 10733495 | 2006-RZ3 | 6/29/2006 | $99,704.51 |
| 10733961 | 2006-KS7 | 6/29/2006 | $56,000.00 |
| 10733987 | 2006-KS6 | 6/29/2006 | $103,500.00 |
| 10775025 | 2006-QS8 | 7/14/2006 | $133,000.00 |
| 10797399 | 2006-KS7 | 7/28/2006 | $116,800.00 |
| 10797467 | 2006-KS7 | 7/28/2006 | $234,672.24 |
| 10797497 | 2006-KS7 | 7/28/2006 | $32,000.00 |
| 10797529 | 2006-KS7 | 7/28/2006 | $213,750.00 |
| 10797569 | 2006-KS7 | 7/28/2006 | $256,000.00 |
| 10797575 | 2006-RZ4 | 8/29/2006 | $122,056.03 |
| 10797641 | 2006-KS7 | 7/28/2006 | $136,000.00 |
| 10805605 | 2006-QS10 | 7/25/2006 | $152,800.00 |
| 10805627 | 2006-QS10 | 7/25/2006 | $83,700.00 |
| 10867625 | 2006-KS8 | 8/29/2006 | $332,800.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10867645 | 2006-RZ4 | 8/29/2006 | $171,000.00 |
| 10867657 | 2006-KS8 | 8/29/2006 | $115,600.00 |
| 10867667 | 2006-KS8 | 8/29/2006 | $174,000.00 |
| 10867687 | 2006-KS8 | 8/29/2006 | $109,480.00 |
| 10868025 | 2006-KS8 | 8/29/2006 | $27,370.00 |
| 10868057 | 2006-KS8 | 8/29/2006 | $113,000.00 |
| 10868073 | 2006-KS8 | 8/29/2006 | $109,000.00 |
| 10893369 | 2006-QS14 | 8/25/2006 | $206,400.00 |
| 10906545 | 2006-QS14 | 8/31/2006 | $140,000.00 |
| 10906663 | 2006-RZ5 | 8/31/2006 | $122,000.00 |
| 10931009 | 2006-QS13 | 9/11/2006 | $90,000.00 |
| 10959333 | 2006-QS14 | 9/29/2006 | $233,910.00 |
| 10960409 | 2006-QS12 | 9/20/2006 | $70,225.00 |
| 10960853 | 2006-QS12 | 9/20/2006 | $97,000.00 |
| 10960893 | 2006-QS12 | 9/20/2006 | $105,000.00 |
| 10960925 | 2006-QS12 | 9/20/2006 | $95,000.00 |
| 10961019 | 2006-QS12 | 9/20/2006 | $95,950.00 |
| 10983879 | 2006-RS6 | 9/28/2006 | $118,600.00 |
| 10983881 | 2006-KS9 | 9/28/2006 | $243,000.00 |
| 10983891 | 2006-KS9 | 9/28/2006 | $74,034.31 |
| 10983893 | 2006-KS9 | 9/28/2006 | $93,000.00 |
| 10983897 | 2006-RZ5 | 9/28/2006 | $109,000.00 |
| 10983903 | 2006-KS9 | 9/28/2006 | $210,000.00 |
| 10983911 | 2006-KS9 | 9/28/2006 | $60,000.00 |
| 10983915 | 2006-KS9 | 9/28/2006 | $140,000.00 |
| 11013237 | 2006-S11 | 10/26/2006 | $668,000.00 |
| 11013311 | 2006-S11 | 10/26/2006 | $650,000.00 |
| 11013321 | 2006-S11 | 10/26/2006 | $600,000.00 |
| 11013369 | 2006-S11 | 10/26/2006 | $463,000.00 |
| 11013419 | 2006-QS18 | 10/26/2006 | $732,000.00 |
| 11013425 | 2006-S11 | 10/26/2006 | $505,000.00 |
| 11013453 | 2006-S12 | 10/26/2006 | $600,000.00 |
| 11013489 | 2006-QS18 | 10/26/2006 | $654,400.00 |
| 11013533 | 2006-QS17 | 10/26/2006 | $147,920.00 |
| 11013535 | 2006-S11 | 10/26/2006 | $1,000,000.00 |
| 11013625 | 2006-S12 | 10/26/2006 | $800,000.00 |
| 11013721 | 2006-S12 | 10/26/2006 | $550,000.00 |
| 11013747 | 2006-S11 | 10/26/2006 | $586,240.00 |
| 11013757 | 2006-S12 | 10/26/2006 | $520,000.00 |
| 11013909 | 2006-S12 | 10/26/2006 | $750,000.00 |
| 11013941 | 2006-S12 | 10/26/2006 | $450,000.00 |
| 11013963 | 2006-QS18 | 10/26/2006 | $117,200.00 |
| 11013975 | 2007-QS1 | 10/26/2006 | $235,850.00 |
| 11025421 | 2006-RZ5 | 10/11/2006 | $128,900.00 |
| 11025947 | 2006-QS18 | 10/11/2006 | $48,000.00 |
| 11054805 | 2007-KS2 | 10/30/2006 | $319,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11058751 | 2006-QS18 | 10/23/2006 | $202,000.00 |
| 11058777 | 2006-QS16 | 10/24/2006 | $60,000.00 |
| 11058945 | 2006-QS16 | 10/23/2006 | $67,500.00 |
| 11067009 | 2007-HSA2 | 10/31/2006 | $11,700.00 |
| 11067191 | 2006-QS16 | 10/27/2006 | $81,000.00 |
| 11067765 | 2006-RZ5 | 10/27/2006 | $349,900.00 |
| 11070657 | 2007-QS1 | 10/30/2006 | $250,000.00 |
| 11114781 | 2007-QS1 | 11/20/2006 | $184,500.00 |
| 11126705 | 2006-QS18 | 11/22/2006 | $162,500.00 |
| 11126717 | 2006-S12 | 11/22/2006 | $555,200.00 |
| 11128537 | 2007-QA1 | 12/14/2006 | $760,000.00 |
| 11128681 | 2007-SA3 | 12/14/2006 | $760,000.00 |
| 11128683 | 2007-SA2 | 12/14/2006 | $199,341.00 |
| 11129355 | 2007-QA1 | 12/14/2006 | $464,000.00 |
| 11129383 | 2007-SA2 | 12/14/2006 | $570,000.00 |
| 11129425 | 2007-QA1 | 12/14/2006 | $333,000.00 |
| 11129631 | 2007-SA2 | 12/14/2006 | $593,280.00 |
| 11129651 | 2007-QA1 | 12/14/2006 | $613,000.00 |
| 11129671 | 2007-RS2 | 12/14/2006 | $80,000.00 |
| 11129703 | 2006-QS18 | 12/14/2006 | $82,500.00 |
| 11129711 | 2006-QS18 | 12/14/2006 | $75,000.00 |
| 11129989 | 2006-QS17 | 12/14/2006 | $113,300.00 |
| 11130143 | 2006-QS18 | 12/14/2006 | $96,000.00 |
| 11130149 | 2006-QS18 | 12/14/2006 | $208,000.00 |
| 11130157 | 2006-QS17 | 12/14/2006 | $300,000.00 |
| 11130171 | 2007-QS1 | 12/14/2006 | $185,000.00 |
| 11130175 | 2007-QS2 | 1/4/2007 | $256,000.00 |
| 11130183 | 2006-QS18 | 12/14/2006 | $500,000.00 |
| 11130191 | 2006-QS17 | 12/14/2006 | $177,000.00 |
| 11130197 | 2006-QS17 | 12/14/2006 | $63,500.00 |
| 11130213 | 2006-QS17 | 12/14/2006 | $126,000.00 |
| 11130239 | 2006-QS17 | 12/14/2006 | $148,000.00 |
| 11130279 | 2007-RS1 | 12/14/2006 | $116,200.00 |
| 11130295 | 2007-QS1 | 12/14/2006 | $168,720.00 |
| 11130297 | 2007-RS1 | 12/14/2006 | $120,900.00 |
| 11130311 | 2006-QS17 | 12/14/2006 | $153,500.00 |
| 11130323 | 2007-QS1 | 12/14/2006 | $288,500.00 |
| 11130333 | 2007-QS3 | 12/14/2006 | $275,000.00 |
| 11173655 | 2007-HSA2 | 12/18/2006 | $75,000.00 |
| 11175287 | 2007-QS1 | 12/27/2006 | $260,720.00 |
| 11179619 | 2006-S12 | 12/12/2006 | $544,000.00 |
| 11179633 | 2006-QS18 | 12/12/2006 | $126,000.00 |
| 11187929 | 2007-KS2 | 12/27/2006 | $110,193.41 |
| 11187983 | 2007-KS2 | 12/27/2006 | $103,200.00 |
| 11188007 | 2007-KS2 | 12/27/2006 | $120,000.00 |
| 11189421 | 2007-KS2 | 12/27/2006 | $189,225.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11189721 | 2007-KS2 | 12/27/2006 | $81,283.78 |
| 11189749 | 2007-RZ1 | 12/27/2006 | $90,000.00 |
| 11189759 | 2007-KS2 | 12/27/2006 | $147,250.00 |
| 11189765 | 2007-KS2 | 12/27/2006 | $299,250.00 |
| 11197375 | 2007-QS4 | 12/21/2006 | $246,000.00 |
| 11197387 | 2007-QS1 | 12/21/2006 | $31,500.00 |
| 11255065 | 2007-HSA2 | 1/16/2007 | $105,300.00 |
| 11255861 | 2007-QS4 | 1/16/2007 | $176,800.00 |
| 11262643 | 2007-QS3 | 1/24/2007 | $86,000.00 |
| 11288669 | 2007-QS4 | 1/30/2007 | $27,500.00 |
| 11288735 | 2007-QS4 | 1/30/2007 | $144,000.00 |
| 11289297 | 2007-KS3 | 1/30/2007 | $68,000.00 |
| 11289319 | 2007-KS3 | 1/30/2007 | $135,000.00 |
| 11289335 | 2007-KS3 | 1/30/2007 | $130,000.00 |
| 11335705 | 2007-QS5 | 2/16/2007 | $63,000.00 |
| 11338275 | 2007-QS4 | 2/22/2007 | $197,505.00 |
| 11353153 | 2007-QS4 | 3/7/2007 | $124,800.00 |
| 11428685 | 2007-QS6 | 3/29/2007 | $124,200.00 |
| 11428687 | 2007-QS7 | 3/29/2007 | $135,000.00 |
| 11428739 | 2007-QS6 | 3/30/2007 | $75,100.00 |
| 11448253 | 2007-QS8 | 4/17/2007 | $100,000.00 |
| 17469453 | 2007-QS7 | 4/19/2007 | $76,500.00 |
| 19624461 | 2007-QS11 | 7/25/2007 | $295,000.00 |
| Total | | | $86,872,401.05 |
| | | | |
| | | | |
| | | | |