# Exhibit C

| PHH Mortgage Corp. - Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 1377781 | 2004-SL4 | 4/25/1994 | $650,000.00 |
| 1377809 | 2004-SL2 | 4/25/1994 | $390,000.00 |
| 1456698 | 2005-SL1 | 4/30/1996 | $58,000.00 |
| 1458660 | 2005-SL1 | 4/30/1996 | $152,000.00 |
| 1459840 | 2005-SL1 | 4/30/1996 | $110,000.00 |
| 1459891 | 2005-SL1 | 4/30/1996 | $57,500.00 |
| 1460092 | 2006-RP1 | 12/13/1995 | $121,360.00 |
| 1460307 | 2005-SL1 | 4/30/1996 | $150,000.00 |
| 1464524 | 2005-SL1 | 4/30/1996 | $220,000.00 |
| 1491280 | 2005-SL1 | 5/14/1996 | $75,000.00 |
| 1491299 | 2005-SL1 | 5/14/1996 | $79,700.00 |
| 1491318 | 2005-SL1 | 5/7/1996 | $57,000.00 |
| 1494488 | 2005-SL1 | 5/7/1996 | $100,000.00 |
| 1505830 | 2005-SL1 | 7/29/1996 | $75,000.00 |
| 1506584 | 2005-SL1 | 7/29/1996 | $100,000.00 |
| 1521593 | 2005-SL1 | 9/6/1996 | $71,900.00 |
| 1524740 | 2005-SL1 | 9/18/1996 | $90,000.00 |
| 1533248 | 2005-SL1 | 11/8/1996 | $54,000.00 |
| 1624341 | 2005-SL1 | 9/19/1997 | $82,000.00 |
| 1624458 | 2005-SL2 | 9/19/1997 | $54,000.00 |
| 1626662 | 2005-SL1 | 9/19/1997 | $62,250.00 |
| 1627569 | 2005-SL1 | 9/19/1997 | $64,000.00 |
| 1627598 | 2005-SL1 | 9/19/1997 | $281,000.00 |
| 1631270 | 2005-SL2 | 9/26/1997 | $45,000.00 |
| 1631280 | 2005-SL2 | 9/26/1997 | $200,000.00 |
| 1634259 | 2005-SL2 | 9/26/1997 | $50,000.00 |
| 1664417 | 2007-RP2 | 12/12/1997 | $63,650.00 |
| 1664474 | 2007-RP2 | 12/12/1997 | $297,000.00 |
| 1715357 | 2005-SP2 | 4/13/1998 | $375,000.00 |
| 1715429 | 2005-SP2 | 4/13/1998 | $160,000.00 |
| 1715442 | 2005-SP2 | 4/13/1998 | $70,000.00 |
| 1715492 | 2005-SP2 | 4/13/1998 | $72,000.00 |
| 1715524 | 2005-SP2 | 4/13/1998 | $73,500.00 |
| 1717556 | 2004-SL2 | 5/6/1998 | $56,000.00 |
| 1717578 | 2004-SL2 | 5/6/1998 | $135,000.00 |
| 1717588 | 2004-SL2 | 5/6/1998 | $262,000.00 |
| 1758468 | 2004-SL2 | 7/6/1998 | $85,000.00 |
| 1758487 | 2004-SL2 | 7/21/1998 | $65,500.00 |
| 1758505 | 2004-SL1 | 7/6/1998 | $25,000.00 |
| 1799870 | 2005-SL1 | 9/30/1998 | $123,000.00 |
| 1799894 | 2005-RP2 | 9/30/1998 | $72,800.00 |
| 1799908 | 2006-RP2 | 9/30/1998 | $42,700.00 |
| 1832094 | 2006-RP2 | 11/25/1998 | $51,100.00 |
| 1832140 | 2006-RP1 | 11/25/1998 | $55,250.00 |
| 1832162 | 2006-RP1 | 11/25/1998 | $69,500.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 1832233 | 2005-SP3 | 11/25/1998 | $63,200.00 |
| 1832384 | 2006-RP2 | 11/25/1998 | $148,600.00 |
| 1833110 | 2005-SP3 | 11/25/1998 | $54,500.00 |
| 1833189 | 2006-RP1 | 11/25/1998 | $67,000.00 |
| 1833722 | 2006-RP1 | 11/25/1998 | $60,350.00 |
| 1904357 | 2005-SP3 | 5/14/1999 | $50,000.00 |
| 1927000 | 2005-SP2 | 7/29/1999 | $61,750.00 |
| 1928022 | 2006-SP2 | 8/13/1999 | $193,200.00 |
| 1928239 | 2006-RP3 | 8/13/1999 | $101,915.00 |
| 1929190 | 2006-RP3 | 8/13/1999 | $69,451.92 |
| 1968161 | 2007-RP1 | 2/22/2000 | $48,600.00 |
| 1968166 | 2007-RP1 | 3/27/2000 | $42,000.00 |
| 2832496 | 2005-SP2 | 7/29/1999 | $50,000.00 |
| 2832504 | 2005-SP2 | 7/29/1999 | $64,000.00 |
| 2832505 | 2005-SP2 | 7/29/1999 | $65,600.00 |
| 2832517 | 2005-SP2 | 7/29/1999 | $325,000.00 |
| 2832534 | 2005-SP2 | 7/29/1999 | $22,000.00 |
| 2832536 | 2005-SP2 | 7/29/1999 | $109,500.00 |
| 2846393 | 2004-SL3 | 8/13/1999 | $39,900.00 |
| 2846395 | 2004-SL3 | 8/13/1999 | $85,600.00 |
| 3929404 | 2005-SP2 | 10/31/2000 | $108,300.00 |
| 3929420 | 2007-SP1 | 10/31/2000 | $300,000.00 |
| 7711609 | 2005-SP3 | 5/28/2002 | $360,000.00 |
| 7711623 | 2005-SP3 | 5/28/2002 | $378,000.00 |
| 7711629 | 2005-SP3 | 5/28/2002 | $337,998.00 |
| 7711741 | 2005-SP3 | 5/28/2002 | $320,000.00 |
| 8142277 | 2005-SP2 | 10/29/2002 | $390,000.00 |
| 8142441 | 2005-SP2 | 10/29/2002 | $492,000.00 |
| 10945033 | 2006-QA9 | 9/27/2006 | $536,800.00 |
| 10945035 | 2006-RS6 | 9/27/2006 | $75,000.00 |
| 10945037 | 2006-QA9 | 9/27/2006 | $340,000.00 |
| 10945039 | 2006-QA9 | 9/27/2006 | $304,800.00 |
| 10945041 | 2006-QA9 | 9/27/2006 | $368,000.00 |
| 10945043 | 2006-QA9 | 9/27/2006 | $505,600.00 |
| 10945047 | 2006-QA9 | 9/27/2006 | $932,176.00 |
| 10945049 | 2006-QA9 | 9/27/2006 | $102,200.00 |
| 10945051 | 2006-QA9 | 9/27/2006 | $642,291.00 |
| 10945053 | 2006-QA9 | 9/27/2006 | $610,350.00 |
| 10945055 | 2006-QA9 | 9/27/2006 | $464,800.00 |
| 10945057 | 2006-SA4 | 9/27/2006 | $170,000.00 |
| 10945059 | 2006-QA9 | 9/27/2006 | $486,500.00 |
| 10945061 | 2006-QA9 | 9/27/2006 | $159,920.00 |
| 10945065 | 2006-SA4 | 9/27/2006 | $121,004.58 |
| 10945067 | 2006-SA4 | 9/27/2006 | $100,000.00 |
| 10945069 | 2006-QA9 | 9/27/2006 | $432,000.00 |
| 10945071 | 2006-QA9 | 9/27/2006 | $292,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945075 | 2006-QA9 | 9/27/2006 | $892,400.00 |
| 10945077 | 2006-QA9 | 9/27/2006 | $476,000.00 |
| 10945081 | 2006-QA9 | 9/27/2006 | $248,320.01 |
| 10945083 | 2006-QA9 | 9/27/2006 | $318,509.63 |
| 10945085 | 2006-QA9 | 9/27/2006 | $149,300.00 |
| 10945089 | 2006-QA9 | 9/27/2006 | $769,600.00 |
| 10945091 | 2006-QA9 | 9/27/2006 | $460,000.00 |
| 10945093 | 2006-QA9 | 9/27/2006 | $1,000,000.00 |
| 10945095 | 2006-QA9 | 9/27/2006 | $341,500.00 |
| 10945097 | 2006-QA9 | 9/27/2006 | $135,000.00 |
| 10945099 | 2006-SA4 | 9/27/2006 | $544,000.00 |
| 10945101 | 2006-QA9 | 9/27/2006 | $265,000.00 |
| 10945103 | 2006-RS6 | 9/27/2006 | $280,000.00 |
| 10945105 | 2006-QA9 | 9/27/2006 | $152,000.00 |
| 10945107 | 2006-QA9 | 9/27/2006 | $69,556.00 |
| 10945109 | 2006-RS6 | 9/27/2006 | $261,250.00 |
| 10945111 | 2006-QA9 | 9/27/2006 | $545,125.00 |
| 10945113 | 2006-RS6 | 9/27/2006 | $500,000.00 |
| 10945115 | 2006-QA9 | 9/27/2006 | $400,000.00 |
| 10945117 | 2006-QA9 | 9/27/2006 | $96,800.00 |
| 10945121 | 2006-QA9 | 9/27/2006 | $204,000.00 |
| 10945123 | 2006-RS6 | 9/27/2006 | $864,000.00 |
| 10945125 | 2006-QA9 | 9/27/2006 | $204,000.00 |
| 10945127 | 2006-QA9 | 9/27/2006 | $632,000.00 |
| 10945129 | 2006-RS6 | 9/27/2006 | $450,000.00 |
| 10945133 | 2007-SP2 | 9/27/2006 | $318,000.00 |
| 10945135 | 2006-QA9 | 9/27/2006 | $434,500.00 |
| 10945137 | 2006-QA9 | 9/27/2006 | $959,536.00 |
| 10945139 | 2006-SA4 | 9/27/2006 | $224,000.00 |
| 10945141 | 2006-RS6 | 9/27/2006 | $720,000.00 |
| 10945143 | 2006-QA9 | 9/27/2006 | $956,150.00 |
| 10945147 | 2006-QA9 | 9/27/2006 | $319,500.00 |
| 10945149 | 2006-RS6 | 9/27/2006 | $330,000.00 |
| 10945151 | 2006-QA9 | 9/27/2006 | $860,000.00 |
| 10945153 | 2006-SA4 | 9/27/2006 | $454,000.00 |
| 10945155 | 2006-QA9 | 9/27/2006 | $238,400.00 |
| 10945157 | 2006-RS6 | 9/27/2006 | $346,500.00 |
| 10945163 | 2006-QA9 | 9/27/2006 | $98,400.00 |
| 10945165 | 2006-QA9 | 9/27/2006 | $328,000.00 |
| 10945167 | 2006-QA9 | 9/27/2006 | $967,400.00 |
| 10945169 | 2006-QA9 | 9/27/2006 | $164,000.00 |
| 10945171 | 2006-RS6 | 9/27/2006 | $132,800.00 |
| 10945173 | 2006-QA9 | 9/27/2006 | $800,000.00 |
| 10945175 | 2006-QA9 | 9/27/2006 | $472,000.00 |
| 10945177 | 2006-QA9 | 9/27/2006 | $144,000.00 |
| 10945181 | 2006-QA9 | 9/27/2006 | $308,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945183 | 2006-QA9 | 9/27/2006 | $623,400.00 |
| 10945185 | 2006-QA9 | 9/27/2006 | $424,560.00 |
| 10945187 | 2006-QA9 | 9/27/2006 | $120,000.00 |
| 10945189 | 2006-QA9 | 9/27/2006 | $206,400.00 |
| 10945191 | 2006-QA9 | 9/27/2006 | $650,000.00 |
| 10945195 | 2006-QA9 | 9/27/2006 | $102,000.00 |
| 10945197 | 2006-QA9 | 9/27/2006 | $335,000.00 |
| 10945199 | 2006-QA9 | 9/27/2006 | $140,000.00 |
| 10945201 | 2006-QA9 | 9/27/2006 | $148,000.00 |
| 10945203 | 2006-QA9 | 9/27/2006 | $296,000.00 |
| 10945205 | 2006-QA9 | 9/27/2006 | $600,000.00 |
| 10945207 | 2006-QA9 | 9/27/2006 | $222,400.00 |
| 10945209 | 2006-QA9 | 9/27/2006 | $175,000.00 |
| 10945211 | 2006-QA9 | 9/27/2006 | $332,000.00 |
| 10945215 | 2006-QA9 | 9/27/2006 | $440,000.00 |
| 10945217 | 2006-QA9 | 9/27/2006 | $363,200.00 |
| 10945219 | 2006-RS6 | 9/27/2006 | $243,000.00 |
| 10945221 | 2006-QA9 | 9/27/2006 | $466,400.00 |
| 10945223 | 2006-RS6 | 9/27/2006 | $232,000.00 |
| 10945225 | 2006-QA9 | 9/27/2006 | $439,920.00 |
| 10945227 | 2006-RS6 | 9/27/2006 | $178,320.00 |
| 10945229 | 2006-QA9 | 9/27/2006 | $339,200.00 |
| 10945231 | 2006-SA4 | 9/27/2006 | $527,120.00 |
| 10945233 | 2006-SA4 | 9/27/2006 | $589,000.00 |
| 10945237 | 2006-SA4 | 9/27/2006 | $418,000.00 |
| 10945239 | 2006-RS6 | 9/27/2006 | $388,000.00 |
| 10945241 | 2006-RS6 | 9/27/2006 | $396,000.00 |
| 10945243 | 2006-RS6 | 9/27/2006 | $431,920.00 |
| 10945245 | 2006-RS6 | 9/27/2006 | $798,400.00 |
| 10945247 | 2006-QA9 | 9/27/2006 | $428,000.00 |
| 10945249 | 2007-SA1 | 9/27/2006 | $320,000.00 |
| 10945251 | 2006-QA9 | 9/27/2006 | $511,200.00 |
| 10945253 | 2006-QA9 | 9/27/2006 | $640,000.00 |
| 10945255 | 2006-RS6 | 9/27/2006 | $470,000.00 |
| 10945257 | 2006-RS6 | 9/27/2006 | $415,200.00 |
| 10945259 | 2006-QA9 | 9/27/2006 | $316,000.00 |
| 10945261 | 2006-QA9 | 9/27/2006 | $231,200.00 |
| 10945263 | 2006-RS6 | 9/27/2006 | $960,000.00 |
| 10945265 | 2006-QA9 | 9/27/2006 | $137,600.00 |
| 10945269 | 2006-QA9 | 9/27/2006 | $115,900.00 |
| 10945271 | 2006-RS6 | 9/27/2006 | $768,000.00 |
| 10945273 | 2006-QA9 | 9/27/2006 | $220,000.00 |
| 10945275 | 2006-QA9 | 9/27/2006 | $166,400.00 |
| 10945277 | 2006-SA4 | 9/27/2006 | $231,200.00 |
| 10945285 | 2006-QA9 | 9/27/2006 | $547,500.00 |
| 10945289 | 2006-RS6 | 9/27/2006 | $678,317.95 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945293 | 2006-RS6 | 9/27/2006 | $260,000.00 |
| 10945295 | 2007-QA1 | 9/27/2006 | $104,000.00 |
| 10945297 | 2006-QA9 | 9/27/2006 | $660,000.00 |
| 10945299 | 2006-QA9 | 9/27/2006 | $432,000.00 |
| 10945303 | 2006-QA9 | 9/27/2006 | $162,000.00 |
| 10945305 | 2006-SA4 | 9/27/2006 | $167,000.00 |
| 10945307 | 2006-QA9 | 9/27/2006 | $760,000.00 |
| 10945309 | 2006-QA9 | 9/27/2006 | $280,000.00 |
| 10945311 | 2006-SA4 | 9/27/2006 | $270,000.00 |
| 10945313 | 2006-QA9 | 9/27/2006 | $312,000.00 |
| 10945317 | 2006-QA9 | 9/27/2006 | $180,000.00 |
| 10945319 | 2006-QA9 | 9/27/2006 | $999,999.00 |
| 10945327 | 2006-QA9 | 9/27/2006 | $85,520.00 |
| 10945329 | 2006-RS6 | 9/27/2006 | $680,000.00 |
| 10945331 | 2006-RS6 | 9/27/2006 | $576,000.00 |
| 10945335 | 2006-RS6 | 9/27/2006 | $329,000.00 |
| 10945337 | 2006-QA9 | 9/27/2006 | $527,500.00 |
| 10945339 | 2006-RS6 | 9/27/2006 | $372,000.00 |
| 10945341 | 2006-RS6 | 9/27/2006 | $312,000.00 |
| 10945345 | 2006-QA9 | 9/27/2006 | $360,000.00 |
| 10945347 | 2006-QA9 | 9/27/2006 | $588,132.00 |
| 10945349 | 2006-RS6 | 9/27/2006 | $409,600.00 |
| 10945351 | 2006-QA9 | 9/27/2006 | $316,000.00 |
| 10945357 | 2006-QA9 | 9/27/2006 | $224,000.00 |
| 10945359 | 2006-QA9 | 9/27/2006 | $399,000.00 |
| 10945361 | 2006-QA9 | 9/27/2006 | $215,714.40 |
| 10945363 | 2006-RS6 | 9/27/2006 | $752,980.00 |
| 10945367 | 2007-QA3 | 9/27/2006 | $219,600.00 |
| 10945369 | 2006-QA9 | 9/27/2006 | $238,400.00 |
| 10945371 | 2006-QA9 | 9/27/2006 | $114,400.00 |
| 10945373 | 2006-SA4 | 9/27/2006 | $240,300.00 |
| 10945375 | 2006-QA9 | 9/27/2006 | $429,000.00 |
| 10945377 | 2006-QA9 | 9/27/2006 | $289,636.00 |
| 10945379 | 2006-QA9 | 9/27/2006 | $400,000.00 |
| 10945381 | 2006-RS6 | 9/27/2006 | $296,000.00 |
| 10945383 | 2006-RS6 | 9/27/2006 | $134,400.00 |
| 10945385 | 2006-RS6 | 9/27/2006 | $336,000.00 |
| 10945387 | 2006-SA4 | 9/27/2006 | $272,600.00 |
| 10945389 | 2006-QA9 | 9/27/2006 | $512,000.00 |
| 10945391 | 2006-QA9 | 9/27/2006 | $224,000.00 |
| 10945395 | 2006-QA9 | 9/27/2006 | $579,000.00 |
| 10945397 | 2006-RS6 | 9/27/2006 | $516,000.00 |
| 10945399 | 2006-QA9 | 9/27/2006 | $313,036.00 |
| 10945401 | 2006-QA9 | 9/27/2006 | $424,000.00 |
| 10945405 | 2006-SA4 | 9/27/2006 | $532,000.00 |
| 10945407 | 2006-QA9 | 9/27/2006 | $376,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945409 | 2006-RS6 | 9/27/2006 | $324,000.00 |
| 10945411 | 2006-SA4 | 9/27/2006 | $474,112.00 |
| 10945413 | 2006-SA4 | 9/27/2006 | $252,000.00 |
| 10945415 | 2006-SA4 | 9/27/2006 | $257,088.00 |
| 10945417 | 2006-QA9 | 9/27/2006 | $357,600.00 |
| 10945419 | 2006-QA9 | 9/27/2006 | $559,200.00 |
| 10945421 | 2006-QA9 | 9/27/2006 | $628,000.00 |
| 10945423 | 2006-RS6 | 9/27/2006 | $76,950.00 |
| 10945425 | 2006-QA9 | 9/27/2006 | $411,000.00 |
| 10945427 | 2006-QA9 | 9/27/2006 | $399,640.00 |
| 10945429 | 2006-RS6 | 9/27/2006 | $664,000.00 |
| 10945431 | 2006-QA9 | 9/27/2006 | $360,000.00 |
| 10945433 | 2006-QA9 | 9/27/2006 | $180,000.00 |
| 10945435 | 2006-QA9 | 9/27/2006 | $750,000.00 |
| 10945437 | 2006-QA9 | 9/27/2006 | $296,800.00 |
| 10945439 | 2006-QA9 | 9/27/2006 | $500,000.00 |
| 10945441 | 2006-QA9 | 9/27/2006 | $436,000.00 |
| 10945443 | 2006-QA9 | 9/27/2006 | $115,000.00 |
| 10945445 | 2006-RS6 | 9/27/2006 | $690,000.00 |
| 10945447 | 2006-RS6 | 9/27/2006 | $204,725.00 |
| 10945449 | 2006-QA9 | 9/27/2006 | $413,000.00 |
| 10945451 | 2006-QA9 | 9/27/2006 | $363,200.00 |
| 10945455 | 2006-QA9 | 9/27/2006 | $524,700.00 |
| 10945457 | 2006-QA9 | 9/27/2006 | $192,800.00 |
| 10945459 | 2006-QA9 | 9/27/2006 | $325,000.00 |
| 10945467 | 2006-QA9 | 9/27/2006 | $276,000.00 |
| 10945471 | 2006-SA4 | 9/27/2006 | $414,400.00 |
| 10945473 | 2006-QA9 | 9/27/2006 | $239,200.00 |
| 10945477 | 2007-QA1 | 9/27/2006 | $600,000.00 |
| 10945479 | 2006-QA9 | 9/27/2006 | $209,600.00 |
| 10945481 | 2006-QA9 | 9/27/2006 | $126,400.00 |
| 10945483 | 2006-QA9 | 9/27/2006 | $210,100.00 |
| 10945485 | 2006-QA9 | 9/27/2006 | $172,000.00 |
| 10945487 | 2006-QA9 | 9/27/2006 | $190,000.00 |
| 10945489 | 2006-RS6 | 9/27/2006 | $460,000.00 |
| 10945491 | 2006-QA9 | 9/27/2006 | $398,400.00 |
| 10945497 | 2006-QA9 | 9/27/2006 | $194,800.00 |
| 10945499 | 2006-RS6 | 9/27/2006 | $562,400.00 |
| 10945501 | 2006-SA4 | 9/27/2006 | $150,000.00 |
| 10945503 | 2006-QA9 | 9/27/2006 | $284,000.00 |
| 10945505 | 2006-RS6 | 9/27/2006 | $386,500.00 |
| 10945507 | 2006-QA9 | 9/27/2006 | $645,000.00 |
| 10945509 | 2006-QA9 | 9/27/2006 | $242,000.00 |
| 10945513 | 2006-QA9 | 9/27/2006 | $384,000.00 |
| 10945515 | 2006-QA9 | 9/27/2006 | $152,000.00 |
| 10945517 | 2006-QA9 | 9/27/2006 | $220,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945519 | 2006-QA9 | 9/27/2006 | $200,000.00 |
| 10945523 | 2006-QA9 | 9/27/2006 | $188,000.00 |
| 10945525 | 2006-SA4 | 9/27/2006 | $310,000.00 |
| 10945527 | 2006-QA9 | 9/27/2006 | $250,000.00 |
| 10945531 | 2006-RS6 | 9/27/2006 | $229,500.00 |
| 10945535 | 2006-QA9 | 9/27/2006 | $202,000.00 |
| 10945537 | 2006-QA9 | 9/27/2006 | $885,000.00 |
| 10945539 | 2006-QA9 | 9/27/2006 | $322,400.00 |
| 10945541 | 2006-QA9 | 9/27/2006 | $295,000.00 |
| 10945543 | 2006-QA9 | 9/27/2006 | $712,000.00 |
| 10945545 | 2006-RS6 | 9/27/2006 | $324,000.00 |
| 10945549 | 2006-QA9 | 9/27/2006 | $871,200.00 |
| 10945551 | 2006-QA9 | 9/27/2006 | $292,000.00 |
| 10945553 | 2006-RS6 | 9/27/2006 | $238,500.00 |
| 10945555 | 2006-RS6 | 9/27/2006 | $455,200.00 |
| 10945557 | 2006-RS6 | 9/27/2006 | $297,000.00 |
| 10945559 | 2006-RS6 | 9/27/2006 | $230,000.00 |
| 10945561 | 2006-SA4 | 9/27/2006 | $519,200.00 |
| 10945563 | 2006-QA9 | 9/27/2006 | $460,000.00 |
| 10945565 | 2006-QA9 | 9/27/2006 | $190,000.00 |
| 10945567 | 2006-QA9 | 9/27/2006 | $220,000.00 |
| 10945569 | 2006-QA9 | 9/27/2006 | $178,400.00 |
| 10945571 | 2006-QA9 | 9/27/2006 | $368,200.00 |
| 10945573 | 2006-QA9 | 9/27/2006 | $138,900.00 |
| 10945575 | 2006-QA9 | 9/27/2006 | $180,000.00 |
| 10945579 | 2006-QA9 | 9/27/2006 | $355,000.00 |
| 10945581 | 2006-SA4 | 9/27/2006 | $110,695.00 |
| 10945583 | 2006-QA9 | 9/27/2006 | $920,000.00 |
| 10945585 | 2006-RS6 | 9/27/2006 | $422,400.00 |
| 10945587 | 2006-QA9 | 9/27/2006 | $340,000.00 |
| 10945589 | 2006-SA4 | 9/27/2006 | $586,000.00 |
| 10945591 | 2006-RS6 | 9/27/2006 | $97,101.00 |
| 10945593 | 2006-QA9 | 9/27/2006 | $140,000.00 |
| 10945595 | 2006-QA9 | 9/27/2006 | $75,600.00 |
| 10945597 | 2006-QA9 | 9/27/2006 | $96,720.00 |
| 10945599 | 2006-RS6 | 9/27/2006 | $749,834.00 |
| 10945601 | 2006-RS6 | 9/27/2006 | $936,000.00 |
| 10945603 | 2006-QA9 | 9/27/2006 | $108,800.00 |
| 10945605 | 2006-QA9 | 9/27/2006 | $165,120.00 |
| 10945607 | 2007-SA1 | 9/27/2006 | $500,000.00 |
| 10945609 | 2006-QA9 | 9/27/2006 | $151,905.00 |
| 10945611 | 2007-SA1 | 9/27/2006 | $623,917.21 |
| 10945613 | 2006-RS6 | 9/27/2006 | $485,650.00 |
| 10945615 | 2006-QA9 | 9/27/2006 | $527,200.00 |
| 10945619 | 2006-QA9 | 9/27/2006 | $149,724.00 |
| 10945621 | 2006-QA9 | 9/27/2006 | $233,320.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945623 | 2006-QA9 | 9/27/2006 | $195,200.00 |
| 10945625 | 2006-QA9 | 9/27/2006 | $125,000.00 |
| 10945627 | 2006-QA9 | 9/27/2006 | $134,160.00 |
| 10945629 | 2006-QA9 | 9/27/2006 | $616,000.00 |
| 10945631 | 2006-QA9 | 9/27/2006 | $243,920.00 |
| 10945633 | 2006-QA9 | 9/27/2006 | $200,000.00 |
| 10945635 | 2006-QA9 | 9/27/2006 | $140,000.00 |
| 10945637 | 2006-RS6 | 9/27/2006 | $320,000.00 |
| 10945641 | 2006-QA9 | 9/27/2006 | $205,880.00 |
| 10945643 | 2006-QA9 | 9/27/2006 | $85,520.00 |
| 10945645 | 2006-QA9 | 9/27/2006 | $920,000.00 |
| 10945647 | 2006-QA9 | 9/27/2006 | $514,400.00 |
| 10945657 | 2006-QA9 | 9/27/2006 | $178,323.00 |
| 10945659 | 2006-QA9 | 9/27/2006 | $95,120.00 |
| 10945661 | 2006-SA4 | 9/27/2006 | $568,000.00 |
| 10945663 | 2006-QA9 | 9/27/2006 | $100,000.00 |
| 10945665 | 2006-QA9 | 9/27/2006 | $98,764.20 |
| 10945669 | 2006-SA4 | 9/27/2006 | $206,666.40 |
| 10945671 | 2006-QA9 | 9/27/2006 | $180,000.00 |
| 10945673 | 2006-QA9 | 9/27/2006 | $176,000.00 |
| 10945675 | 2006-RS6 | 9/27/2006 | $276,000.00 |
| 10945677 | 2006-SA4 | 9/27/2006 | $500,000.00 |
| 10945679 | 2006-QA9 | 9/27/2006 | $243,600.00 |
| 10945681 | 2006-QA9 | 9/27/2006 | $235,920.00 |
| 10945683 | 2006-QA9 | 9/27/2006 | $410,400.00 |
| 10945685 | 2006-QA9 | 9/27/2006 | $108,000.00 |
| 10945689 | 2006-QA9 | 9/27/2006 | $400,000.00 |
| 10945691 | 2006-SA4 | 9/27/2006 | $426,400.00 |
| 10945693 | 2006-SA4 | 9/27/2006 | $850,000.00 |
| 10945695 | 2006-QA9 | 9/27/2006 | $419,960.00 |
| 10945699 | 2006-QA9 | 9/27/2006 | $406,320.00 |
| 10945701 | 2006-RS6 | 9/27/2006 | $184,000.00 |
| 10945703 | 2006-RS6 | 9/27/2006 | $254,320.00 |
| 10945705 | 2006-QA9 | 9/27/2006 | $161,775.00 |
| 10945707 | 2006-SA4 | 9/27/2006 | $199,120.00 |
| 10945709 | 2006-RS6 | 9/27/2006 | $238,500.00 |
| 10945711 | 2006-QA9 | 9/27/2006 | $75,530.00 |
| 10945713 | 2006-SA4 | 9/27/2006 | $378,000.00 |
| 10945715 | 2007-SP1 | 9/27/2006 | $562,400.00 |
| 10945721 | 2006-RS6 | 9/27/2006 | $200,500.00 |
| 10945723 | 2006-QA9 | 9/27/2006 | $532,000.00 |
| 10945725 | 2006-QA9 | 9/27/2006 | $386,750.00 |
| 10945727 | 2006-QA9 | 9/27/2006 | $174,400.00 |
| 10945729 | 2006-QA9 | 9/27/2006 | $244,800.00 |
| 10945731 | 2006-QA9 | 9/27/2006 | $205,200.00 |
| 10945733 | 2006-QA9 | 9/27/2006 | $192,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945735 | 2006-SA4 | 9/27/2006 | $159,200.00 |
| 10945737 | 2006-QA9 | 9/27/2006 | $476,000.00 |
| 10945739 | 2006-RS6 | 9/27/2006 | $256,000.00 |
| 10945741 | 2006-RS6 | 9/27/2006 | $157,500.00 |
| 10945743 | 2006-QA9 | 9/27/2006 | $784,000.00 |
| 10945745 | 2006-QA9 | 9/27/2006 | $405,000.00 |
| 10945747 | 2006-QA9 | 9/27/2006 | $149,000.00 |
| 10945749 | 2006-QA9 | 9/27/2006 | $315,000.00 |
| 10945751 | 2006-QA9 | 9/27/2006 | $200,000.00 |
| 10945753 | 2006-QA9 | 9/27/2006 | $388,000.00 |
| 10945755 | 2006-QA9 | 9/27/2006 | $1,500,000.00 |
| 10945757 | 2006-RS6 | 9/27/2006 | $321,300.00 |
| 10945759 | 2006-QA9 | 9/27/2006 | $708,000.00 |
| 10945761 | 2006-QA9 | 9/27/2006 | $187,000.00 |
| 10945763 | 2006-QA9 | 9/27/2006 | $212,000.00 |
| 10945765 | 2006-RS6 | 9/27/2006 | $432,000.00 |
| 10945767 | 2006-QA9 | 9/27/2006 | $164,000.00 |
| 10945769 | 2006-QA9 | 9/27/2006 | $305,600.00 |
| 10945771 | 2006-QA9 | 9/27/2006 | $284,000.00 |
| 10945773 | 2006-QA9 | 9/27/2006 | $150,000.00 |
| 10945775 | 2006-QA9 | 9/27/2006 | $275,050.00 |
| 10945779 | 2006-QA9 | 9/27/2006 | $271,920.00 |
| 10945781 | 2006-QA9 | 9/27/2006 | $260,000.00 |
| 10945783 | 2006-QA9 | 9/27/2006 | $239,200.00 |
| 10945785 | 2006-QA9 | 9/27/2006 | $128,400.00 |
| 10945787 | 2006-QA9 | 9/27/2006 | $209,170.54 |
| 10945791 | 2006-RS6 | 9/27/2006 | $208,000.00 |
| 10945793 | 2006-QA9 | 9/27/2006 | $569,200.00 |
| 10945795 | 2006-QA9 | 9/27/2006 | $551,000.00 |
| 10945797 | 2006-QA9 | 9/27/2006 | $214,200.00 |
| 10945799 | 2006-QA9 | 9/27/2006 | $424,000.00 |
| 10945801 | 2006-QA9 | 9/27/2006 | $200,000.00 |
| 10945803 | 2006-QA9 | 9/27/2006 | $415,200.00 |
| 10945805 | 2006-QA9 | 9/27/2006 | $650,000.00 |
| 10945807 | 2006-QA9 | 9/27/2006 | $337,000.00 |
| 10945811 | 2006-QA9 | 9/27/2006 | $556,000.00 |
| 10945813 | 2006-QA9 | 9/27/2006 | $556,000.00 |
| 10945815 | 2006-QA9 | 9/27/2006 | $431,920.00 |
| 10945819 | 2006-QA9 | 9/27/2006 | $439,200.00 |
| 10945821 | 2006-QA9 | 9/27/2006 | $238,200.00 |
| 10945823 | 2006-QA9 | 9/27/2006 | $338,400.00 |
| 10945827 | 2006-QA9 | 9/27/2006 | $139,500.00 |
| 10945829 | 2006-QA9 | 9/27/2006 | $486,000.00 |
| 10945831 | 2006-QA9 | 9/27/2006 | $420,000.00 |
| 10945833 | 2006-QA9 | 9/27/2006 | $315,000.00 |
| 10945835 | 2006-QA9 | 9/27/2006 | $182,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945837 | 2006-QA9 | 9/27/2006 | $337,500.00 |
| 10945839 | 2006-QA9 | 9/27/2006 | $495,000.00 |
| 10945841 | 2006-QA9 | 9/27/2006 | $190,400.00 |
| 10945843 | 2006-RS6 | 9/27/2006 | $73,500.00 |
| 10945845 | 2006-SA4 | 9/27/2006 | $175,000.00 |
| 10945847 | 2006-QA9 | 9/27/2006 | $772,000.00 |
| 10945851 | 2006-QA9 | 9/27/2006 | $448,000.00 |
| 10945853 | 2006-QA9 | 9/27/2006 | $128,250.00 |
| 10945855 | 2006-QA9 | 9/27/2006 | $98,400.00 |
| 10945857 | 2006-QA9 | 9/27/2006 | $260,000.00 |
| 10945861 | 2006-QA9 | 9/27/2006 | $215,000.00 |
| 10945863 | 2006-QA9 | 9/27/2006 | $161,000.00 |
| 10945865 | 2006-RS6 | 9/27/2006 | $83,200.00 |
| 10945867 | 2006-SA4 | 9/27/2006 | $384,303.92 |
| 10945869 | 2006-QA9 | 9/27/2006 | $139,875.00 |
| 10945871 | 2006-QA9 | 9/27/2006 | $148,000.00 |
| 10945873 | 2006-QA9 | 9/27/2006 | $155,920.00 |
| 10945875 | 2006-QA9 | 9/27/2006 | $102,720.00 |
| 10945877 | 2006-QA9 | 9/27/2006 | $279,200.00 |
| 10945879 | 2006-QA9 | 9/27/2006 | $82,400.00 |
| 10945883 | 2006-QA9 | 9/27/2006 | $469,909.00 |
| 10945885 | 2006-RS6 | 9/27/2006 | $40,000.00 |
| 10945887 | 2006-QA9 | 9/27/2006 | $100,000.00 |
| 10945889 | 2006-QA9 | 9/27/2006 | $162,400.00 |
| 10945893 | 2006-QA9 | 9/27/2006 | $195,000.00 |
| 10945895 | 2006-QA9 | 9/27/2006 | $268,000.00 |
| 10945897 | 2006-QA9 | 9/27/2006 | $240,004.11 |
| 10945899 | 2006-QA9 | 9/27/2006 | $145,600.00 |
| 10945901 | 2006-SA4 | 9/27/2006 | $500,000.00 |
| 10945905 | 2006-QA9 | 9/27/2006 | $140,000.00 |
| 10945907 | 2006-QA9 | 9/27/2006 | $259,600.00 |
| 10945909 | 2006-QA9 | 9/27/2006 | $332,000.00 |
| 10945911 | 2006-QA9 | 9/27/2006 | $234,547.00 |
| 10945915 | 2006-QA9 | 9/27/2006 | $94,800.00 |
| 10945917 | 2006-QA9 | 9/27/2006 | $142,255.00 |
| 10945921 | 2006-QA9 | 9/27/2006 | $768,000.00 |
| 10945925 | 2006-QA9 | 9/27/2006 | $374,500.00 |
| 10945927 | 2006-QA9 | 9/27/2006 | $280,000.00 |
| 10945929 | 2006-QA9 | 9/27/2006 | $420,956.00 |
| 10945931 | 2006-QA9 | 9/27/2006 | $399,900.00 |
| 10945933 | 2006-QA9 | 9/27/2006 | $999,999.00 |
| 10945935 | 2006-QA9 | 9/27/2006 | $133,000.00 |
| 10945937 | 2006-QA9 | 9/27/2006 | $200,000.00 |
| 10945939 | 2006-QA9 | 9/27/2006 | $236,000.00 |
| 10945943 | 2006-SA4 | 9/27/2006 | $999,999.00 |
| 10945945 | 2006-QA9 | 9/27/2006 | $340,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10945947 | 2006-QA9 | 9/27/2006 | $180,000.00 |
| 10945949 | 2006-QA9 | 9/27/2006 | $155,920.00 |
| 10945951 | 2006-QA9 | 9/27/2006 | $291,000.00 |
| 10945953 | 2006-QA9 | 9/27/2006 | $124,900.00 |
| 10945955 | 2006-QA9 | 9/27/2006 | $242,800.00 |
| 10945957 | 2006-QA9 | 9/27/2006 | $388,000.00 |
| 10945959 | 2006-QA9 | 9/27/2006 | $152,380.00 |
| 10945961 | 2006-QA9 | 9/27/2006 | $300,000.00 |
| 10945963 | 2006-QA9 | 9/27/2006 | $258,320.00 |
| 10945965 | 2006-RS6 | 9/27/2006 | $155,400.00 |
| 10945967 | 2006-QA9 | 9/27/2006 | $450,000.00 |
| 10945969 | 2006-QA9 | 9/27/2006 | $236,000.00 |
| 10945971 | 2006-QA9 | 9/27/2006 | $700,000.00 |
| 10945973 | 2006-QA9 | 9/27/2006 | $258,400.00 |
| 10945975 | 2006-QA9 | 9/27/2006 | $568,800.00 |
| 10945977 | 2006-QA9 | 9/27/2006 | $88,400.00 |
| 10945979 | 2006-QA9 | 9/27/2006 | $247,200.00 |
| 10945981 | 2006-QA9 | 9/27/2006 | $620,000.00 |
| 10945983 | 2006-RS6 | 9/27/2006 | $130,000.00 |
| 10945985 | 2006-SA4 | 9/27/2006 | $485,100.00 |
| 10945987 | 2006-QA9 | 9/27/2006 | $81,000.00 |
| 10945989 | 2006-QA9 | 9/27/2006 | $248,000.00 |
| 10945991 | 2006-SA4 | 9/27/2006 | $150,000.00 |
| 10945993 | 2006-QA9 | 9/27/2006 | $108,000.00 |
| 10945995 | 2006-QA9 | 9/27/2006 | $145,520.00 |
| 10945997 | 2006-QA9 | 9/27/2006 | $235,000.00 |
| 10945999 | 2006-QA9 | 9/27/2006 | $87,200.00 |
| 10946001 | 2006-QA9 | 9/27/2006 | $151,920.00 |
| 10946003 | 2006-QA9 | 9/27/2006 | $636,000.00 |
| 10946005 | 2006-SA4 | 9/27/2006 | $500,000.00 |
| 10946007 | 2006-QA9 | 9/27/2006 | $118,800.00 |
| 10946009 | 2006-QA9 | 9/27/2006 | $650,000.00 |
| 10946011 | 2006-QA9 | 9/27/2006 | $630,400.00 |
| 10946013 | 2006-QA9 | 9/27/2006 | $400,000.00 |
| 10946015 | 2006-QA9 | 9/27/2006 | $336,000.00 |
| 10946017 | 2006-QA9 | 9/27/2006 | $190,000.00 |
| 10946019 | 2006-QA9 | 9/27/2006 | $419,920.00 |
| 10946021 | 2006-QA9 | 9/27/2006 | $149,520.00 |
| 10946023 | 2006-QA9 | 9/27/2006 | $87,000.00 |
| 10946025 | 2006-QA9 | 9/27/2006 | $841,319.89 |
| 10989373 | 2006-RS6 | 9/27/2006 | $55,920.00 |
| | | | |
| Total | | | $159,692,126.76 |
| | | | |