# Exhibit C

| First Republic Bank - Loans Sold to RFC and Securitized | | | |
|---|---|---|---|
| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
| 1322193 | 2004-SL1 | 4/1/1993 | $425,000.00 |
| 1323454 | 2004-SL1 | 4/13/1993 | $801,500.00 |
| 1330825 | 2004-SL2 | 6/1/1993 | $1,100,000.00 |
| 1332254 | 2004-SL2 | 6/4/1993 | $626,960.00 |
| 1341050 | 2004-SL2 | 8/6/1993 | $350,000.00 |
| 1341869 | 2004-SL2 | 8/11/1993 | $726,375.00 |
| 1345306 | 2004-SL1 | 9/3/1993 | $620,000.00 |
| 1345647 | 2004-SL1 | 9/9/1993 | $532,000.00 |
| 1354925 | 2004-SL4 | 11/4/1993 | $560,000.00 |
| 1371795 | 2004-SL4 | 2/16/1994 | $243,900.00 |
| 1872042 | 2004-SL1 | 2/1/1999 | $776,000.00 |
| 1872071 | 2004-SL2 | 2/3/1999 | $900,000.00 |
| 5640116 | 2004-SL2 | 10/16/2001 | $476,000.00 |
| 6434536 | 2004-SL3 | 12/6/2001 | $490,000.00 |
| 6566846 | 2004-SL3 | 12/5/2001 | $350,000.00 |
| 6730832 | 2004-SL4 | 12/17/2001 | $523,000.00 |
| 6749830 | 2005-SL1 | 12/24/2001 | $570,000.00 |
| 6842268 | 2005-SL1 | 12/13/2001 | $370,000.00 |
| 6892112 | 2005-SL1 | 1/3/2002 | $540,000.00 |
| 7615418 | 2005-SL1 | 2/11/2002 | $820,000.00 |
| 7684263 | 2005-SP3 | 6/12/2002 | $650,000.00 |
| 7716491 | 2005-SP2 | 6/6/2002 | $1,000,000.00 |
| 7802973 | 2004-SL4 | 7/5/2002 | $500,000.00 |
| 8898120 | 2004-S1 | 12/18/2003 | $1,000,000.00 |
| 8935493 | 2004-S5 | 4/22/2004 | $965,000.00 |
| 8965889 | 2004-S5 | 5/10/2004 | $650,000.00 |
| 8969264 | 2004-S1 | 1/6/2004 | $450,000.00 |
| 8977281 | 2004-HS2 | 5/7/2004 | $99,919.63 |
| 8977385 | 2004-S6 | 5/17/2004 | $1,100,000.00 |
| 8977433 | 2004-S6 | 5/11/2004 | $1,000,000.00 |
| 8996121 | 2004-S6 | 5/12/2004 | $515,000.00 |
| 9013869 | 2004-S6 | 5/24/2004 | $570,000.00 |
| 9013895 | 2004-S6 | 6/1/2004 | $839,000.00 |
| 9014147 | 2004-S6 | 5/27/2004 | $380,000.00 |
| 9018133 | 2004-S8 | 5/27/2004 | $2,000,000.00 |
| 9031092 | 2004-S1 | 1/27/2004 | $400,000.00 |
| 9045237 | 2004-RS8 | 8/5/2004 | $1,447,500.00 |
| 9090010 | 2004-S2 | 2/11/2004 | $415,000.00 |
| 9098612 | 2004-S3 | 3/2/2004 | $938,000.00 |
| 9110839 | 2004-S9 | 8/25/2004 | $1,040,000.00 |
| 9113997 | 2004-S8 | 7/28/2004 | $2,000,000.00 |
| 9118518 | 2004-HS1 | 3/5/2004 | $85,000.00 |
| 9118556 | 2004-HS1 | 3/10/2004 | $32,000.00 |
| 9129898 | 2004-S4 | 3/23/2004 | $673,000.00 |
| 9129900 | 2004-S4 | 3/11/2004 | $849,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9136816 | 2004-QS4 | 3/9/2004 | $505,000.00 |
| 9138137 | 2004-S8 | 7/9/2004 | $900,000.00 |
| 9145086 | 2004-S3 | 3/11/2004 | $1,000,000.00 |
| 9153730 | 2004-S3 | 3/10/2004 | $1,030,000.00 |
| 9154784 | 2004-S4 | 3/17/2004 | $371,000.00 |
| 9182377 | 2004-PS1 | 8/4/2004 | $635,000.00 |
| 9184900 | 2004-S4 | 3/19/2004 | $391,000.00 |
| 9189374 | 2004-S4 | 3/22/2004 | $900,000.00 |
| 9197790 | 2004-S4 | 3/25/2004 | $600,000.00 |
| 9203688 | 2004-S5 | 3/25/2004 | $363,750.00 |
| 9203728 | 2004-S4 | 3/24/2004 | $650,000.00 |
| 9228008 | 2004-S4 | 4/15/2004 | $380,000.00 |
| 9234913 | 2004-S8 | 8/23/2004 | $1,500,000.00 |
| 9250208 | 2004-S4 | 4/15/2004 | $685,000.00 |
| 9250886 | 2004-S4 | 4/6/2004 | $413,000.00 |
| 9256924 | 2004-HS2 | 5/13/2004 | $46,300.00 |
| 9256926 | 2004-HS2 | 5/17/2004 | $65,300.00 |
| 9267050 | 2004-S5 | 4/22/2004 | $559,933.00 |
| 9437315 | 2004-PS1 | 8/13/2004 | $450,000.00 |
| 9476819 | 2004-S8 | 8/27/2004 | $375,000.00 |
| 9560913 | 2004-PS1 | 9/23/2004 | $525,000.00 |
| 9604607 | 2004-S9 | 10/14/2004 | $1,100,000.00 |
| 9624425 | 2004-S9 | 10/28/2004 | $815,000.00 |
| 9631339 | 2004-S9 | 11/5/2004 | $1,100,000.00 |
| 9643551 | 2004-S9 | 11/5/2004 | $555,000.00 |
| 9664355 | 2004-S9 | 11/19/2004 | $1,000,000.00 |
| 9668811 | 2004-S9 | 11/24/2004 | $600,000.00 |
| 9673103 | 2005-S3 | 12/17/2004 | $500,000.00 |
| 9686347 | 2004-S9 | 12/8/2004 | $500,000.00 |
| 9691787 | 2004-S9 | 12/7/2004 | $900,000.00 |
| 9691897 | 2004-S9 | 12/8/2004 | $495,000.00 |
| 9693859 | 2004-S9 | 12/8/2004 | $650,000.00 |
| 9693865 | 2004-S9 | 12/8/2004 | $400,000.00 |
| 9695359 | 2004-S9 | 12/8/2004 | $650,000.00 |
| 9698217 | 2004-S9 | 12/14/2004 | $548,000.00 |
| 9702899 | 2004-S9 | 12/9/2004 | $1,100,000.00 |
| 9706619 | 2004-S9 | 12/14/2004 | $600,000.00 |
| 9719801 | 2005-S1 | 12/27/2004 | $412,500.00 |
| 9724419 | 2005-S1 | 12/29/2004 | $512,000.00 |
| 9751301 | 2005-S1 | 1/14/2005 | $543,750.00 |
| 9760991 | 2005-S1 | 1/24/2005 | $1,097,995.00 |
| 9771969 | 2005-S1 | 1/28/2005 | $500,000.00 |
| 9782357 | 2005-S1 | 2/8/2005 | $650,000.00 |
| 9786025 | 2005-S1 | 2/4/2005 | $610,000.00 |
| 9786881 | 2005-S4 | 2/8/2005 | $1,000,000.00 |
| 9796673 | 2005-S2 | 2/15/2005 | $800,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 9797027 | 2005-S1 | 2/14/2005 | $650,000.00 |
| 9817519 | 2005-S3 | 3/3/2005 | $1,890,000.00 |
| 9817993 | 2005-S2 | 3/2/2005 | $650,000.00 |
| 9825395 | 2005-S4 | 3/25/2005 | $1,500,000.00 |
| 9874367 | 2005-S4 | 4/14/2005 | $845,000.00 |
| 9905953 | 2005-S4 | 5/5/2005 | $908,000.00 |
| 9942199 | 2005-S5 | 5/27/2005 | $668,800.00 |
| 9945685 | 2005-HS1 | 7/15/2005 | $95,000.00 |
| 9950899 | 2005-HS1 | 6/10/2005 | $95,300.00 |
| 9959601 | 2005-SA3 | 6/15/2005 | $1,000,000.00 |
| 9980549 | 2005-SA3 | 6/22/2005 | $1,100,000.00 |
| 9986025 | 2005-S5 | 6/24/2005 | $1,100,000.00 |
| 9986051 | 2005-S6 | 7/22/2005 | $612,000.00 |
| 9993145 | 2005-S5 | 7/6/2005 | $636,000.00 |
| 9993153 | 2005-S5 | 7/1/2005 | $500,000.00 |
| 10005147 | 2005-HS1 | 7/8/2005 | $61,000.00 |
| 10019547 | 2005-S6 | 7/22/2005 | $858,500.00 |
| 10028855 | 2005-SA4 | 7/26/2005 | $1,000,000.00 |
| 10035823 | 2005-SA4 | 7/29/2005 | $1,100,000.00 |
| 10064427 | 2005-HS1 | 8/12/2005 | $85,000.00 |
| 10075979 | 2005-S7 | 8/18/2005 | $1,000,000.00 |
| 10099629 | 2005-HS1 | 9/1/2005 | $25,070.00 |
| 10109677 | 2005-HS1 | 9/7/2005 | $63,200.00 |
| 10122255 | 2005-S8 | 9/21/2005 | $1,175,000.00 |
| 10170229 | 2006-S1 | 10/4/2005 | $405,000.00 |
| 10173937 | 2005-S7 | 10/5/2005 | $500,000.00 |
| 10183291 | 2005-S7 | 10/12/2005 | $410,000.00 |
| 10201887 | 2005-HS2 | 10/28/2005 | $69,000.00 |
| 10211999 | 2005-S8 | 10/27/2005 | $650,000.00 |
| 10215121 | 2005-HS2 | 11/3/2005 | $59,210.00 |
| 10215135 | 2005-HSA1 | 11/22/2005 | $32,000.00 |
| 10226697 | 2005-S9 | 11/14/2005 | $1,100,000.00 |
| 10226861 | 2006-S1 | 11/14/2005 | $365,000.00 |
| 10247537 | 2005-S9 | 11/14/2005 | $1,025,000.00 |
| 10268225 | 2006-HSA1 | 12/8/2005 | $40,000.00 |
| 10274631 | 2005-S9 | 12/1/2005 | $600,000.00 |
| 10286377 | 2006-S1 | 12/27/2005 | $940,000.00 |
| 10369915 | 2006-QS2 | 1/25/2006 | $667,000.00 |
| 10370023 | 2006-SA2 | 1/23/2006 | $1,090,000.00 |
| 10375293 | 2006-HSA2 | 1/20/2006 | $27,902.19 |
| 10389869 | 2006-S4 | 2/24/2006 | $637,500.00 |
| 10410483 | 2006-S3 | 2/7/2006 | $1,000,000.00 |
| 10463875 | 2006-S3 | 3/1/2006 | $462,000.00 |
| 10498823 | 2006-S10 | 3/27/2006 | $900,000.00 |
| 10555685 | 2006-S6 | 4/21/2006 | $925,000.00 |
| 10564705 | 2006-S6 | 4/21/2006 | $600,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 10583097 | 2006-S5 | 4/27/2006 | $910,000.00 |
| 10590661 | 2006-S5 | 5/25/2006 | $1,312,000.00 |
| 10590819 | 2006-S10 | 4/28/2006 | $650,000.00 |
| 10622231 | 2006-SA2 | 5/17/2006 | $1,000,000.00 |
| 10625025 | 2006-S6 | 6/12/2006 | $1,200,000.00 |
| 10639099 | 2006-SA3 | 6/14/2006 | $315,000.00 |
| 10659423 | 2006-S9 | 6/14/2006 | $505,000.00 |
| 10729219 | 2006-S6 | 6/21/2006 | $646,750.00 |
| 10730901 | 2006-S6 | 6/23/2006 | $342,000.00 |
| 10746855 | 2006-SA3 | 7/7/2006 | $200,000.00 |
| 10783089 | 2006-SA3 | 7/20/2006 | $1,100,000.00 |
| 10794567 | 2006-QA10 | 8/10/2006 | $1,100,000.00 |
| 10809111 | 2007-SA2 | 7/28/2006 | $650,000.00 |
| 10809161 | 2006-SA4 | 7/31/2006 | $895,000.00 |
| 10823045 | 2006-QA11 | 8/3/2006 | $300,000.00 |
| 10863611 | 2006-S12 | 8/15/2006 | $604,000.00 |
| 10934087 | 2006-SA4 | 9/14/2006 | $1,100,000.00 |
| 10936153 | 2007-SA1 | 9/14/2006 | $773,000.00 |
| 10976661 | 2006-S11 | 9/21/2006 | $937,500.00 |
| 10984737 | 2006-S10 | 9/27/2006 | $877,500.00 |
| 11003277 | 2006-QA11 | 10/6/2006 | $417,000.00 |
| 11012817 | 2006-QA11 | 10/6/2006 | $1,100,000.00 |
| 11013521 | 2007-SA1 | 10/6/2006 | $717,500.00 |
| 11021443 | 2006-S10 | 10/6/2006 | $1,100,000.00 |
| 11053581 | 2007-SA1 | 11/2/2006 | $1,100,000.00 |
| 11067163 | 2006-S11 | 10/26/2006 | $615,000.00 |
| 11078365 | 2006-S11 | 11/2/2006 | $1,100,000.00 |
| 11078483 | 2006-S12 | 11/3/2006 | $1,100,000.00 |
| 11088369 | 2007-SA1 | 11/9/2006 | $1,050,000.00 |
| 11089523 | 2007-S3 | 11/9/2006 | $420,000.00 |
| 11089595 | 2007-SA1 | 11/9/2006 | $930,000.00 |
| 11107937 | 2007-SA1 | 11/17/2006 | $705,000.00 |
| 11112825 | 2007-HSA2 | 11/27/2006 | $200,000.00 |
| 11112923 | 2006-S12 | 11/15/2006 | $568,000.00 |
| 11128783 | 2007-SA1 | 12/4/2006 | $690,000.00 |
| 11133407 | 2007-SA1 | 11/30/2006 | $435,000.00 |
| 11147265 | 2007-SA1 | 12/20/2006 | $775,000.00 |
| 11147275 | 2006-S12 | 12/7/2006 | $240,000.00 |
| 11147283 | 2007-SA1 | 12/6/2006 | $300,000.00 |
| 11163649 | 2007-SA1 | 12/7/2006 | $1,100,000.00 |
| 11173569 | 2007-SA1 | 12/19/2006 | $520,000.00 |
| 11189781 | 2007-S2 | 12/21/2006 | $630,000.00 |
| 11196975 | 2007-HSA2 | 1/5/2007 | $42,250.00 |
| 11197635 | 2007-S3 | 12/22/2006 | $800,000.00 |
| 11199537 | 2007-S3 | 12/21/2006 | $625,000.00 |
| 11201395 | 2007-S1 | 12/22/2006 | $280,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 11207255 | 2007-S3 | 12/28/2006 | $250,000.00 |
| 11208119 | 2007-S1 | 12/28/2006 | $477,000.00 |
| 11211585 | 2007-S1 | 1/3/2007 | $468,000.00 |
| 11230755 | 2007-S3 | 1/10/2007 | $550,000.00 |
| 11231981 | 2007-SA2 | 1/10/2007 | $825,000.00 |
| 11235951 | 2007-S1 | 1/9/2007 | $660,000.00 |
| 11241129 | 2007-S3 | 1/10/2007 | $1,000,000.00 |
| 11258059 | 2007-S3 | 1/17/2007 | $640,000.00 |
| 11258367 | 2007-S3 | 1/18/2007 | $300,000.00 |
| 11265597 | 2007-S8 | 1/22/2007 | $577,000.00 |
| 11268535 | 2007-SA2 | 1/23/2007 | $850,000.00 |
| 11275975 | 2007-S3 | 1/23/2007 | $675,000.00 |
| 11289105 | 2007-S3 | 1/26/2007 | $1,230,000.00 |
| 11302179 | 2007-SA2 | 2/7/2007 | $182,000.00 |
| 11335813 | 2007-S3 | 2/15/2007 | $300,000.00 |
| 11344609 | 2007-S3 | 2/23/2007 | $710,000.00 |
| 11345261 | 2007-S3 | 2/21/2007 | $472,000.00 |
| 11358419 | 2007-S3 | 2/27/2007 | $805,000.00 |
| 11358891 | 2007-S5 | 3/2/2007 | $505,000.00 |
| 11396547 | 2007-S3 | 3/13/2007 | $560,000.00 |
| 11398849 | 2007-S3 | 3/14/2007 | $750,000.00 |
| 11401217 | 2007-S6 | 3/19/2007 | $750,000.00 |
| 11401229 | 2007-SA3 | 3/19/2007 | $416,500.00 |
| 11404553 | 2007-HSA3 | 5/1/2007 | $61,500.00 |
| 11415581 | 2007-SA3 | 4/17/2007 | $1,000,000.00 |
| 11415649 | 2007-SA3 | 4/17/2007 | $600,000.00 |
| 11417531 | 2007-SA3 | 4/17/2007 | $600,000.00 |
| 11418019 | 2007-SA3 | 4/17/2007 | $1,000,000.00 |
| 11418331 | 2007-S4 | 3/23/2007 | $650,000.00 |
| 11424943 | 2007-S4 | 4/5/2007 | $1,250,000.00 |
| 11430947 | 2007-S4 | 4/2/2007 | $600,000.00 |
| 11435973 | 2007-S6 | 4/5/2007 | $1,945,000.00 |
| 11436025 | 2007-S5 | 4/12/2007 | $650,000.00 |
| 11438025 | 2007-SA3 | 4/13/2007 | $1,100,000.00 |
| 11439979 | 2007-SA3 | 4/13/2007 | $900,000.00 |
| 11447905 | 2007-S5 | 4/17/2007 | $250,000.00 |
| 19040335 | 2007-S5 | 4/25/2007 | $600,000.00 |
| 19073973 | 2007-S8 | 4/27/2007 | $875,000.00 |
| 19074415 | 2007-S6 | 4/26/2007 | $500,000.00 |
| 19080931 | 2007-S8 | 4/30/2007 | $215,000.00 |
| 19116409 | 2007-SA3 | 5/9/2007 | $1,100,000.00 |
| 19116489 | 2007-SA3 | 5/9/2007 | $1,100,000.00 |
| 19123609 | 2007-S6 | 5/7/2007 | $212,500.00 |
| 19123619 | 2007-S5 | 5/7/2007 | $945,000.00 |
| 19155213 | 2007-S6 | 5/16/2007 | $530,000.00 |
| 19310653 | 2007-SA3 | 5/24/2007 | $500,000.00 |

| Loan ID No. | Securitization | Date of Acquisition | Original Balance |
|---|---|---|---|
| 19310769 | 2007-SA3 | 5/24/2007 | $570,000.00 |
| 19332453 | 2007-S8 | 5/24/2007 | $650,000.00 |
| 19349729 | 2007-SA4 | 5/31/2007 | $855,000.00 |
| 19379815 | 2007-S6 | 6/4/2007 | $503,000.00 |
| 19386655 | 2007-S8 | 6/13/2007 | $310,000.00 |
| 19404099 | 2007-S8 | 6/6/2007 | $1,100,000.00 |
| 19496891 | 2007-S7 | 6/22/2007 | $400,000.00 |
| 19496935 | 2007-S8 | 6/22/2007 | $420,000.00 |
| 19503135 | 2007-S8 | 6/26/2007 | $575,000.00 |
| 19503379 | 2007-S8 | 6/27/2007 | $1,000,000.00 |
| 19548289 | 2007-S7 | 7/9/2007 | $550,000.00 |
| 19556123 | 2007-S7 | 7/9/2007 | $500,000.00 |
| 19624381 | 2007-S9 | 7/27/2007 | $545,000.00 |
| 19630489 | 2007-S8 | 7/17/2007 | $725,000.00 |
| 19684257 | 2007-S9 | 8/2/2007 | $920,500.00 |
| 19956129 | 2007-S9 | 9/14/2007 | $300,000.00 |
|  |  |  |  |
| Total |  |  | $165,543,664.82 |
|  |  |  |  |