12-12020-mg   Doc 6956   Filed 05/14/14   Entered 05/14/14 14:55:16   Main Document
Pg 1 of 1


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------  )
                                         )

In re:                             )     Case No. 12-12020 (MG)

                                      )

RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,  )     Chapter 11

                                      )

                        Debtors.   )     Jointly Administered

-----------------------------------------------------------------------------  )

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Preston H. Neel, dated May 12, 2014, for admission to practice *pro hac vice* to represent the ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of Texas and Alabama, the bars of the United States District Courts for the for the Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Texas, Eastern District of Texas, Southern District of Texas, and Western District of Texas.

IT IS HEREBY ORDERED that Preston H. Neel is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
       **May 14, 2014**

                                      /s/ Martin Glenn
                                The Honorable Martin Glenn
                                United States Bankruptcy Judge
                                Southern District of New York