MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**RESCAP BORROWER CLAIMS TRUST'S COUNTER-**
**DESIGNATION OF ITEMS FOR RECORD ON APPEAL[1]**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[2] in the above-captioned

---

[1] The ResCap Borrower Claims Trust reserves the right to challenge whether the order from which the Appellant (as defined herein) seeks an appeal is interlocutory or final in nature. If interlocutory, the Appellant should have sought relief pursuant to 28 U.S.C. § 158(a)(3).

[2] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013. The Plan provides for the creation and implementation of the Borrower Trust. *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S.

ny-1141766

Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of Appeal [Docket No. 6820][3] filed by appellant Francine Silver (the "**Appellant**"), from the *Order Denying Motion of Francine Silver for Payment of Claim No. 61* [Docket No. 6706], which was entered by the Bankruptcy Court on March 26, 2014.

The Borrower Trust designates the following additional items to be included in the record on appeal.[4]

**A. Pleadings**

| Docket No. | Description |
|---|---|
| 2588 | Order Denying the Lewises' Emergency Motion for Order to Distribute Payment of Claim Nos. 932 and 933 |
| 2645 | Order Denying Joint Motion of Basic Life Resources and Pamela Z. Hill for Emergency Payment of Claims |
| 5140 | Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims) |
| 5898 | Order Granting Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims) |

---

[3] The Appellant apparently utilized the wrong form for her Notice of Appeal. The Appellant should have completed and filed Official Form 17 provided by the Bankruptcy Court, which is to be used to file Notice of Appeal under 28 U.S.C. § 158(a) or (b) from a Judgment, Order or Decree of a Bankruptcy Court. Furthermore, it is not clear who is the designated counterparty to the appeal, as the Appellant does not specify which of the two successor entities of the post-effective date Debtors – the Liquidating Trust or the Borrower Trust – should be the responsive party, nonetheless, the Borrower Trust submits this counter-designation with a full reservation of rights.

[4] For the avoidance of doubt, the Borrower Trust's designation of any pleadings and/or exhibit lists includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

| Docket No. | Description |
|---|---|
| 6030* | Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors |
| 6065 | Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors |
| 6519 | Order Sustaining Objection to Motions of Karen Michele Rozier for Payment on Claims |
| 6639* | *Pro Se* Motion by Francine Silver for Payment of Claim No. 61 |
| 6690 | Notice of Motion filed by *Pro Se* Francine Silver for Payment of Claim No. 61 |
| 6706* | Order Denying Motion of Francine Silver for Payment of Claim No. 61 |
| 6774* | Motion to Reconsider the Order Denying the *Pro Se* Motion by Francine Silver for Payment of Claim No. 61 |
| 6818* | Order Denying Francine Silver's Motion to Reconsider Order Denying Motion for Payment of Claim No. 61 |

B.   Other

| Docket No. | Description |
|---|---|
| N/A | Proof of Claim Number 61 filed by Francine Silver on June 5, 2012 |

[*Remainder of Page Intentionally Left Blank*]

---

\*   For ease of reference, these documents, which were designated by the Appellant, are included in the counter-designations along with their respective docket numbers.

Dated: May 15, 2014
      New York, New York

                                              /s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*