**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER REQUIRING ADDITIONAL SUBMISSIONS FOR ALLY FINANCIAL INC.'S MOTION FOR AN ORDER ENFORCING THE CHAPTER 11 PLAN INJUNCTION AND ATTORNEYS' FEES AND COSTS

At the hearing today regarding *Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction* (the "Motion," ECF Doc. # 6827), counsel for the plaintiffs in the underlying California Superior Court litigation (the "California Litigation Claimants") did not appear. The Court took the Motion under submission. The Court additionally directed Ally Financial, Inc.'s ("Ally") counsel to submit a declaration supporting Ally's request for attorneys' costs and fees, detailing Ally's counsel's costs and fees associated with preparing the Motion. Ally's counsel will submit these papers 7 days from the date of this order; counsel for the California Litigation Claimants will then have 7 days to respond. The Court will resolve the Motion without requiring any further hearings.

**IT IS SO ORDERED.**

Dated: May 15, 2014
       New York, New York

                                                      **/s/Martin Glenn**
                                                       MARTIN GLENN
                                        United States Bankruptcy Judge