UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC. et al. | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**WRITTEN RESPONSE TO NOTICE OF PROPOSED REDUCTION AND ALLOWANCE OF CLAIMS**

Claimant: Law Office of Robert C. Dougherty

Claim No and Amount: 576 filed 9/19/12 in the amount of $2,279.23

Proposed Allowed Reduced Claim Amount from Notice: $728.50

Correct Claim Amount: $1,666.23

I oppose the reduction of my claim to an allowed claim of $728.50 but would agree that it should be reduced to $1,666.23.

Our original claim summary was as follows:

| | |
|---|---:|
| Balance of Invoice 23724 | $ 938.23 |
| Invoice 23766 | 612.50 |
| Invoice 24029 | 728.50 |
| TOTAL | $2,279.23 |

Payment for Invoice 23766 in the amount of $612.50 was received after we filed our proof of claim. The unpaid balance of $938.23 from Invoice 23724 was a cost advanced by me but not reimbursed by the debtor for mediator services in <u>Dexter as PR for John Giess v. Homecomings, et al</u> US District Court for the District of Oregon Case No. 3:09-CV-493-PK. This invoice balance is not reflected on the Notice and remains unpaid.

So our claim of $2,279.23 reduced by $612.50 should leave an allowed reduced claim of $1,666.23.

Please let me know if there is further documentation need from me to have the allowed claim in the amount of $1666.23.



_____
Robert C. Dougherty, OSB 872078

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

NOTICE OF HEARING ON THE RESCAP LIQUIDATING TRUST'S
SIXTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (I) EXPUNGING AMENDED AND
SUPERSEDED CLAIMS; (II) REDESIGNATING AND ALLOWING CLAIMS; (III)
REDUCING AND ALLOWING CLAIMS; AND (IV) REDESIGNATING,
REDUCING AND ALLOWING CLAIMS

LAW OFFICES OF ROBERT C DOUGHERTY

| Proposed Claim(s) to be Reduced and Allowed | | | | Reason for Modification | Modified Claim Amount | |
|---|---|---|---|---|---|---|
| Claim No(s).; Date Filed | Debtor | Classification | Amount | | Classification | Amount |
| 576 09/19/12 | Residential Funding Company, LLC | Administrative Priority | N/A | Reduced claim due to invoices amounts disallowed and invoices paid. Invoice 23766 was paid. Invoice 24029 is allowed. | Administrative Priority | N/A |
| | | Administrative Secured | N/A | | Administrative Secured | N/A |
| | | Secured | N/A | | Secured | N/A |
| | | Priority | N/A | | Priority | N/A |
| | | General Unsecured | $2,279.23 | | General Unsecured | $728.50 |

PLEASE TAKE NOTICE that, on May 1, 2014, the ResCap Liquidating Trust (the "Trust"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Sixty-Sixth Omnibus Objection to Claims (I) Expunging Amended and Superseded Claims; (II) Redesignating and Allowing Claims; (III) Reducing and Allowing Claims; and (IV) Redesignating, Reducing and Allowing Claims* (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The basis for

---

[1] A list of the debtors in these Chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.