# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

_____x          Chapter 11

                                               Case No. 12-12020 (MG)

In Re:

EVERBANK, INC., et al.

                    Debtors

_____x

YOSEF LE ROI MUSTAFANOS, PERSONAL

REPRESENTATIVE FOR THE ESTATE OF

JAMES JACKSON MARSHALL

                    Movant, In Pro Se

v.

ALLY FINANCIAL, INC., (FORMERLY GMAC),

GMAC MORTGAG, LLC, RESIDENTIAL

CAPITAL, LLC, et al., does 1-100

                    Respondent.

_____x

RECEIVED MAY 14 2014 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## NOTICE OF APPEAL

Movant do appeal the decision and order of Judge Martin Glenn

MEMORANDUM OPINION AND ORDER DENYING MOTION TO LIFT THE

AUTOMATIC STAY AND ENFORCING RELEASE OF CLAIMS AGAINST ALLY

FINANCIAL, INC. Docket No.: 6535

Notice must be given to the following:

MORRISON & FOERSTER

Counsel for the Liqidating Trust

1290 Avenue of the Americas

Nwe York, New York 10104

By: Daniel J. Harris, Esq

KIRKLAND & ELLIS LLP

Counsel for Ally Financial, Inc.

655 15th Street, N.W., Ste. 1200

Washington, D.C. 20005

By: Judson D. Brown, Esq.

WILLIAMS KASTNER

Counsel for Ally Financial, Inc.

888 S.W. Fifth Avenue, Ste.600

Portland, Oregon 97204

By: Rachel A. Robinson, Esq.

Dated: Silver Springs, Nevada

    May 5, 2014

                              THE ESTATE OF SGT. JAMES JACKSON MARSHALL

                              BY: *[signature]*

                              Reverend Yosef Le Roi Mustafanos,

                              Personal Representative and Son of the

                              Decedent James Jackson Marshall, In

                              Pro Se.   5400 Railroad Street

                              Silver Springs, Nevada 89429

                              Ph:775-980-5688 Fax:775-577-9926

                              aoexpress@ymail.com