UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**JUDGMENT (I) DETERMINING THAT CITIBANK IS
ENTITLED TO POST-PETITION INTEREST ON ITS OVERSECURED
MSR FACILITY CLAIMS AT THE CONTRACTUAL DEFAULT RATE,
AND (II) DIRECTING DEBTORS TO PAY SUCH INTEREST AS WELL
AS CITIBANK'S DUE AND UNPAID COUNSEL FEES AND EXPENSES**

Upon (a) the *Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses*, dated December 23, 2013 (the "**Motion**") [Docket No. 6174], (b) the *Objection of the Liquidating Trust to Motion of Citibank, N.A. for an Order (i) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (ii) Directing Debtors to Pay such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses*, dated January 15, 2014 (the "**Objection**") [Docket No. 6276], (c) the *Reply of Citibank to Liquidating Trust's Objection to Citibank's Motion for an Order (i) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (ii) Directing Debtors to Pay such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses*, dated January 24, 2014 (the "**Citibank Reply**") [Docket No. 6352], (d) the *Stipulated Facts in Connection with the Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to*

Motion) have been fully paid (which is in the amount of $4,811,011.04 through May 7, 2014, plus per diem interest at the applicable contractual rate thereafter), as well as Citibank's unpaid legal fees and expenses (which are in the collective amounts of $462,302.80 and $5,992.90, respectively, through March 31, 2014, plus any additional reasonable fees and expenses incurred thereafter through and including the date on which the Obligations under the Citibank MSR Facility have been fully paid and any further litigation (including appeals) is concluded).

Dated: New York, New York
       May __, 2014

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE

3