# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| § | | |
| **RESIDENTIAL CAPITAL, LLC** § | | Case No. 12-12020-MG |
| § | | |
| § | | |
| **Debtor(s)** § | | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorney with the Law Offices of Robert E. Luna, P.C., as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT and LEWISVILLE INDEPENDENT SCHOOL DISTRICT, hereby withdraws her appearance and requests that she be removed from any and all service lists in this matter including the Court's CM/ECF notification list.

DATED this 19th day of May, 2014.

> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
>
> By: /s/ Andrea Sheehan
> Andrea Sheehan
> Texas State Bar No. 24002935
> sheehan@txschoollaw.com
>
> Attorneys for CARROLLTON-FARMERS BRANCH
> INDEPENDENT SCHOOL DISTRICT and LEWISVILLE
> INDEPENDENT SCHOOL DISTRICT

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 19th day of May, 2014.

/s/ Andrea Sheehan
ANDREA SHEEHAN