Fax'd 5/12/14
212-468-7900

May 12, 2014

Morrison & Foerster LLP

250 West 55th Street

New York, NY 10019

Gary S Lee

Norman S Rosenbaum

Jordan A Wishnew

## Case No. 12-12020 (MG) Scott & Linda Ewing  883 Riverview Drive #5740, Ellijay, GA 30540

Dear Sir's,

We **DO OPPOSE THE DISALLOWANCE & UXPUNGEMENT OF OUR CLAIM**, we are mailing and faxing this letter. GMAC did in fact over value the price of our home and thus caused us to lose tens of thousands of dollars. Our original settlement amount of $100,000. is a, true, fair amount, but we would be willing to settle for a "reasonable amount", otherwise we have no choice but to contact someone to help us with this claim and to seek the full amount. Due to health reasons for both of us (Scott and Linda) we had to sell this home at a great loss, this is all due to GMAC over valuing the cost of the home and due to GMAC's bankruptcy, turning our loan over to Ocwen who would not help us with a refinance, since they are a debt collection agency. Please contact us to discuss terms and also update our address in your system. /t

Scott and Linda Ewing     (941-276-7037)

883 Riverview Drive #5740

Ellijay, GA  30540



RECEIVED
MAY 19 2014
U.S. BANKRUPTCY COURT, SDNY

Morrison & Foerster LLP

Gary S Lee, Norman S Rosenbaum, Jordan A Wishnew

250 West 55th Street

New York, NY 10019


Honorable Martin Glenn

United State Bankruptcy Court Southern District of NY

Alexander Hamilton Custom House

One Bowling Green

New York, NY 10004-1408


Office of the United States Trustee for the Southern District of NY

Attention Linda A Riffkin & Brian S Masumoto

US Federal Office Building

201 Varick Street, Suite 1006

New York, NY 10014

*Sent to all 4


The ResCap Borrower Claims Trust, Polsinelli PC

Attn: Daniel J Flanigan

900 Third Avenue, 21st Floor

New York, NY 10022

I know you all think we are no-one, but we will not withdraw - GMAC cheated us & we lost everything, everything. Please do the right thing + contact us to settle.

Scott & Lind Ewing

case #
12-12020