GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
(608) 257-3911

Katherine Stadler

*Attorneys for ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| Debtors. | : | Joint Administration |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that ResCap Liquidating Trust, a party in interest in the above-captioned case, by and through its counsel, Godfrey & Kahn, S.C., hereby enters its appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such party in interest requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be delivered to and served upon the parties identified below at the following address:

>Katherine Stadler, Esq.
>GODFREY & KAHN, S.C.
>1 East Main Street, Suite 500
>P.O. Box 2719
>Madison, WI  53701-2719
>Telephone:  (608) 257-3911
>FAX:  (608) 257-0609
>Email:  kstadler@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

>Dated: Madison, Wisconsin
>May 21, 2014.

**GODFREY & KAHN, S.C.**

>By:     /s/ *Katherine Stadler*
>Katherine Stadler (KS-6831)
>Godfrey & Kahn, S.C.
>One East Main Street, Suite 500
>P.O. Box 2719
>Madison, WI  53701-2719
>Telephone:  (608) 257-3911
>FAX:  (608) 257-0609
>E-mail:  kstadler@gklaw.com
>
>*Attorneys for ResCap Liquidating Trust*

11484880.1