**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ )
                                                 )
In re:                                           )   Case No. 12-12020 (MG)
                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                )   Chapter 11
                                                 )
                                      Debtors.   )   Jointly Administered
                                                 )
------------------------------------------------ )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** Deutshe Bank Trust Company Americas As Trustee For RASC 2001KS3 ("**Requesting Party**") asserts that it held and foreclosed a mortgage and security interest on lands and premises of Ben D. Hanna with an address of 1900 Covey Court, Irving, TX 75060 (the "**Mortgaged Property**");

**WHEREAS** the relevant land records reflect that GMAC Mortgage, LLC, one of the above-captioned debtors (the "**Debtors**" and, together with Requesting Party, the "**Parties**") also may have held a lien on the Mortgaged Property;

**WHEREAS** the Requesting Party having requested (the "**Request**") relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), to commence and/or complete the eviction proceeding with regard to the Mortgaged Property;

**WHEREAS** the Debtors, following a review of their records have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Property;

**WHEREAS** the Debtors have agreed to consent to the Request on the terms and conditions contained in this Stipulation and Order;

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the parties to this Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Request is granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow the Requesting Party to commence and/or complete its eviction action with regard to the Mortgaged Property.

3. Nothing in this Stipulation and Order shall be construed to provide for the annulment of or any other retroactive relief from the automatic stay.

4. The Requesting Party shall provide due notice to the Debtors, The ResCap Liquidating Trust[1], and Ocwen Loan Servicing, LLC[2], in connection with any action to be taken regarding its eviction proceeding involving the Mortgaged Property.

5. This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

6. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

---

[1] Notices should be served on the Debtors and The ResCap Liquidating Trust, at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 and 8400 Normandale Lake Boulevard, Bloomington, MN 55437.

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

7.      Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such rule is waived. The Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | DEUTSHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RASC 2001KS3 |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors*<br>*and The ResCap Liquidating Trust* | By: /s/ Pranali Datta<br>Pranali Datta<br>**STEIN, WIENER & ROTH, LLP**<br>One Old Country Road, Suite 113<br>Carle Place, New York 11514<br>Telephone: (516) 742-1212<br>Facsimile: (516) 742-6595<br><br>*Counsel for Deutshe Bank Trust Company*<br>*Americas As Trustee For RASC 2001KS3* |

**SO ORDERED.**

Dated:  May 21, 2014
        New York, New York

                                        /s/Martin Glenn
                                     MARTIN GLENN
                            United States Bankruptcy Judge