**Attn: Chamber of the Honorable Martin Glen**  
**United States Bankruptcy Court**  
**Southern District of New York**  
**Alexander Hamilton Custom House**  
**One Bowling Green**  
**New York, New York 10004-1408**

May 13, 2014

re: Residential Capital, LLC ( Debtors)  
Case No. 12-12020(MC) Chapter 11

Dear Honorable Martin Glen:

This letter and enclosed information is my response to correspondence I received Dated April 22, 2014. ( Copies of this correspondence is enclosed )

This correspondence advised me that if I opposed the Disallowance and expungement of my claim as so listed in the Bankruptcy Lawsuit, that I must file, with the Bankruptcy Court and serve the Parties so listed in this correspondence a written response to the objection in enough time that said response to the objection be received on or before 4:00 pm prevailing eastern time on May 22, 3014 ( the response deadline )

This correspondence also advised me that my response must contain the following:
 (A) A caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the Case Number and Title of the Objection to which response is Directed.

 (B) The name of the claimants and the description of the amount of the claim.

 (C) A concise statement setting forth the reasons why the claim should not be disallowed or expunged for the reason set forth in the objection, including but not limited to, the specific factual and legal basis upon which I will rely in opposing the objection.

 (D) All documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with Bankruptcy Court upon which I will be opposing the objection.

 (E) The address to which the Trust must return any reply to my response and my name address and phone number, who has the ultimate authority to resolve this claim.

As to item (A) listed above:



RECEIVED  
MAY 16 2014  
U.S. BANKRUPTCY COURT, SDNY

(2)

The Bankruptcy Court is:

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

The Debtors are:
GMAC Mortgage LLC
Mortgage Electronic Registration Systems
Residential Capital, LLC, et. al

The Case Number is:
12-12020 (MG)

The title of the objection to which my response is directed is:
"Notice of Hearing on RESCAP Borrower Claims Trustee
Sixty-Second Omnibus Objection to claim ( No Liability
Borrower Claims"

As to item (B) listed above:

I, Joseph J Cozzolino is the claimant and the description of the amount of the claim is: $193,274.41 which is a portion of the amount of approximately $440,000.00 I have invested in my property with an unauthorized lien against it.

As to item (C) listed above:

My claim should not be disallowed or expunged for the following Reasons:

At the time I was purchasing my home in June 2007, I was unaware and had no knowledge that unlawful and illegal activities were under way via collusion and acts of conspiracy between my original Mortgage Company ( GMAC Mortgage LLC ) and MERS ( Mortgage Electronic Registration Systems )! After the fact I learned and discovered that MERS had illegally inserted itself in obtaining a transfer of my Mortgage and thousands of other mortgages and transferred the title to all these mortgages to themselves without having these activities recorded by the County Recorder's Office in every state in the country. By doing this illegal act They were able to place illegal liens on all the homes people were buying And sadly, I didn't learn about these illegal activities and the fraudulent Lien placed on my property by MERS until after my purchase was finalized. This fraudulent lien on my property in effect placed a cloud on the title to

(3)

my property and as a result, I can no longer sell my property and transfer a clear title to a new owner. In effect, the $440,000.00 of my retirement savings are locked up in my house which is impossible to sell because I can't deliver a clear title! So I am stuck and I'm hoping to get some damages however small it may be rather than nothing for all the problems these companies have caused me. As mentioned above, GMAC Mortgage LLC provided me with my original mortgage....then somehow MERS came into the picture and got access to the mortgage and finally Residential Capital LLC took over the liability from MERS and must work for the claimants best interests.

Also, I'm sure you know that MERS has been sued many times for the The unlawful acts they committed....especially obtaining thousands of Mortgages for the sole purpose of packaging these mortgages and then Selling them as Mortgage Backed Securities through some of the Largest banks in the country. These banks destroyed the lives of Millions of people through the sale of these Mortgage Backed Securities. These same banks fraudulently made billions of dollars Selling these securities but nothing happened to them and to add Insult to injury the federal government came in when these banks Began to fail and bailed them out by giving billions of dollars to Them. In essence these banks made billions selling these Mortgage Backed Securities and then the government gave them additional Billions so they wouldn't fail and nothing to the homeowners who Literally got screwed by this massive fraudulent scam.

I am as a claimant looking for some relief from being a victim of These crooks. I would be extremely happy to be able to get access to My life savings tied up in my house with an unlawful lien plced against it At the very least, I hope and pray that Residential Capital LLC, MERS GMAC Mortgage LLC will be asked by the court to have the unlawful Lien that they had caused to be placed on the title to my house removed. Once that lien is removed, I'll be able to sell the house, deliver a clear title To the buyer and I'll be able to get access to my money.

As to item (d) mentioned above:

    I am enclosing a copy of a parcel abstract pertaining to the house and Property I purchased. On page ONE if you go down the page to item marked

146971. This is in reference to the fraudulent lien that was placed on my property by MERS without my knowledge or approval. Please make note of this action. It took place on 07/03/2007. The item just below that entry

is marked 146483. Please make note of the fact my purchase was a couple

(4)

Of weeks before the fraudulent lien was placed on my property by MERS.

I never was notified that this illegal activity was taking place regarding the
Property I had just purchased. Had I had known who MERS was and what
They were planning to do without my knowledge or approval I would have
Never purchased the property and I would still have possession of my
$440,000.00.

As to item (E) listed above:

All reply's by the trust should be sent to me at:

Joseph J Cozzolino
PO Box 317
Sweet Valley, PA 18656
Phone number: 570-445-3991

I have the ultimate authority to resolve this claim.

Copies of this correspondence will be sent to the following:

Gary S. Lee; Norman S. Rosenbaum; Jordan A Wishnew and Jonathan M. Petts
C/O Council to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Linda A. Rifkin; Brian S. Masumoto
The Office of the United States
Trustee for the Southern District of New York
US Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

Daniel J. Flanigan
The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue
21st Floor
New York, NY10022

# SANPETE COUNTY CORPORATION
### Parcel Abstract for 0000000860

10/02/2012  
10:59:43AM  

Date Range: 03/01/1993 through 10/02/2012

Page: 1

| Entry Kind of Instrument | Consideration | Book/Page | DOF | DOI | Filing Fee |
|---|---|---|---|---|---|
| Red Noting | | | | | |
| Grantors | | Grantees | | | |

This abstract is complete as of September 26, 2012

This abstract may or may not be complete. There are several other search areas that should also be checked.

---

**184846 EASEMENTS**                                 0.00   0633/0682  07/30/2012  07/27/2012          0.00  
  EPHRAIM CITY CORPORATION                                  NOTICE TO THE PUBLIC

---

**173364 ASSIGNMENT OIL & GAS**                     10.00   0609/0263  10/14/2010  10/12/2010        105.00  
  RedNote  1: 123438 OIL & GAS LEASE (0503/0495)  
  RedNote  2: 158445 OIL & GAS LEASE (0577/0591)  
  RedNote  3: 160517 OIL & GAS LEASE (0581/1159)  
  RedNote  4: 160518 OIL & GAS LEASE (0581/1162)  
  RedNote  5: 160519 OIL & GAS LEASE (0581/1166)  
  RedNote  6: 160520 OIL & GAS LEASE (0581/1169)  
  INTERNATIONAL PETROLEUM LIMITED LIABILIT    PIONEER OIL AND GAS  50%  
  INTERNATIONAL PETROLEUM LLC AKA  
  INTERNATIONAL PETROLEUM LLC AKA  
  INTERNATIONAL PETROLEUM LLC AKA

---

**158445 OIL & GAS LEASE**                          10.00   0577/0591  09/30/2008  03/01/2006         77.00  
  RedNote  1: 173364 ASSIGNMENT OIL & GAS LEASE (0609/0263)  
  CORP OF PRESIDING BISHOP OF CJCLDS          INTERNATIONAL PETROLEUM LLC

---

**146972 DEED OF RECONVEYANCE**                      0.00   0552/1617  07/03/2007  06/26/2007         12.00  
  RedNote  1: 139413 DEED OF TRUST (0537/0321)  
  RECONTRUST COMPANY NA                       CONGDON CHARLES RICH JR

---

**146971 SUBSTITUTION OF TRUS**                      0.00   0552/1615  07/03/2007  06/26/2007         12.00  
  RedNote  1: 139413 DEED OF TRUST (0537/0321)  
  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS    RECONTRUST COMPANY NA

---

**146483 SPECIAL WARRANTY DEE**                     10.00   0552/0061  06/15/2007  05/21/2007         12.00  
  COZZOLINO JOSEPH J                          JO JO ASSET MANAGEMENT LLC

---

**145902 DEED OF TRUST**                        100,000.00   0550/0992  05/25/2007  05/17/2007         42.00  
  COZZOLINO JOSEPH J                          MORTGAGEIT INC ETAL  
                                              MERS AS NOMINEE ETAL

---

**145901 WARRANTY DEED**                            10.00   0550/0990  05/25/2007  05/21/2007         12.00  
  CONGDON CHARLES RICHARD JR ETAL             COZZOLINO JOSEPH J  
  CONGDON NAOMI H ETAL

---

**141438 DEED OF RECONVEYANCE**                      0.00   0541/0892  12/14/2006  12/06/2006         10.00  
  RedNote  1: 107095 DEED OF TRUST (0483/1160)  
  RECONTRUST COMPANY NA                       CONGDON CHARLES RICH JR ETAL  
                                              CONGDON NAOMI H ETAL

---

**141437 SUBSTITUTION OF TRUS**                      0.00   0541/0891  12/14/2006  12/06/2006         10.00  
  RedNote  1: 107095 DEED OF TRUST (0483/1160)  
  MORTGAGE ELECTRONIC REGISTRATION SYS INC    RECONTRUST COMPANY NA

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S
SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER CLAIMS)**

**Joseph J. Cozzolino and/or JoJo Asset Mgmt LLC**

| Proposed Claim(s) to be Disallowed and Expunged ||||  Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 1372 10/17/12 | GMAC Mortgage, LLC | Administrative Priority | N/A | No Liability - See Exhibit A to proposed form of order |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | $193,274.41 | |

PLEASE TAKE NOTICE that, on April 22, 2014, the ResCap Borrower Claims Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases for Borrower Claims, filed its *Sixty-Second Omnibus Objection to Claims (No Liability Borrower Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a No Liability Borrower Claim. **Any claim that**

---

[1] A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

ny-1138907

the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution from the Trust on account thereof.

In the Objection, the Trust identifies types of documents that it examined to determine whether your claim should be allowed. You have the right to examine such documents. If you wish to review the relevant documents used by the Trust, then please contact its counsel, Jordan A. Wishnew, at 212-468-8000, and arrangements can be made to provide such documents to you either by hard copy or electronically. Generally, the production of documents by the Trust will be subject to all applicable privileges, including without limitation, attorney-client, and where necessary, will be subject to a mutually acceptable Confidentiality Agreement.

If you do NOT oppose the disallowance and expungement of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

**If you DO oppose the disallowance and expungement of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 22, 2014 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed or expunged, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Trust must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (a) the chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew and Jonathan M. Petts); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); and (d) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022, (Attn: Daniel J. Flanigan).

ny-1138907

**A hearing will be held on June 10, 2014 to consider the Objection.** The hearing will be held at **10:00 a.m.** Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to participate in the hearing. The Trust, however, reserves the right to continue the hearing on the Objection with respect to your claim(s). If the Trust does continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Trust does not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

Whether or not the Bankruptcy Court disallows or expunges your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, the Trust has the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Trust's expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479.

CLAIMANTS SHOULD <u>NOT</u> CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    April 22, 2014
          New York, New York

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

ATTORNEYS FOR THE RESCAP
BORROWER CLAIMS TRUST

ny-1138907