**NORMA E. RODRIGUEZ**
14429 S. Cookacre Street
Compton, California 90221
Telephone No.: (310) 748-8008
Facsimile No.: (310) 748-8008

<u>**Creditor, NORMA E. RODRIGUEZ** *In Pro Se*</u>

RECEIVED
MAY 19 2014
U.S. BANKRUPTCY COURT
SOUTHERN DIST. NEW YORK

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | **CHAPTER 11** |
| | **CASE NO. 12-12020 (MG)** |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors | |
| | **OBJECTION OF THE RESCAP TRUST, AS SUCCESSOR IN INTEREST TO THE DEBTORS' SIXTY-THIRD OMNIBUS CLAIMS OBJECTION (PURPOSED ADMINISTRATIVE CLAIMS) - NORMA E. RODRIGUEZ TO CLAIM (LATE-FILED BORROWER CLAIM)** |

1

Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third
Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to
Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor
Norma E. Rodriguez

**WITH <u>RESPECT TO
CLAIM NO. 7450 FILED
CREDITOR NORMA E.
RODRIGUEZ</u>**

Date:    June 10, 2014
Time:    10:00 a.m.
Place:   Courtroom 501

**TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE:**

The ResCap Liquidating Trust (the "Trust"), as successor in interest to the Debtors (defined below) in the above-captioned Chapter 11 cases (the "<u>Chapter 11 Cases</u>"), the undersigned Creditor in Pro Se hereby files this objection (the "<u>Objection</u>") to the Debtors' *Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)* - **Norma E. Rodriguez** to *Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450* [Docket No. 6845] filed by Norma E. Rodriguez ("<u>Creditor</u>"), a borrower appearing *pro se*. In support of the Objection, the Creditor submits the Declaration of David R. Miranda (the "<u>Miranda Declaration</u>"), and Declaration of Norma E. Rodriguez (the "<u>Rodriguez Declaration</u>"), annexed hereto as **Exhibit 1**, and **Exhibit 2**, and respectfully represents as follows:

## <u>BACKGROUND</u>

1.      On May 14, 2012, each of the debtors in the Chapter 11 Cases (collectively, the "<u>Debtors</u>") filed a voluntary petition in the Court for

Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

1  relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

2  Code"). On the Petition Date, the Court entered an order jointly administering

3  the Chapter 11 Cases pursuant to Rule 1015 (b) of the Federal Rules of

4  Bankruptcy Procedure (the "Bankruptcy Rules").

5      2.    On December 11, 2013, the Court entered the claim bar date

6  order, which established among other things, ( i ) **January 16, 2014 at 5:00**

7  **p.m.** (Prevailing Eastern Time) as the deadline to file proofs of claim by

8  virtually all creditors against the Debtors (the "General Bar Date").

9      3.    On **January 16, 2014**, Creditor filed a proof of claim

10  designated as Claim No. 7450 against GMAC Mortgage, LLC, annexed hereto

11  as **Exhibit 1**, asserting a contractual fraud claim in the amount of:

12  $ 477,189.77 as a secured claim in connection with certain allegations

13  involving, among other things, purported fraud and quiet title by the Debtors

14  involving one (1) parcel of real property located at 3422 Hope Street,

15  Huntington Park, California, 90255.   This contractual fraud and quiet title

16  federal case, entitled, "*Norma E. Rodriguez v. GMAC Mortgage, LLC, et al.,*"

17  United States District Court No. 2:12-cv-09808 JAK (Ex) was filed on:

18  November 15, 2012 in United States District Court, Central District of

19  California - Western Division. **See Exhibit 1**. The proof of claim is signed

20  and dated January 16, 2014. There are supporting documentation included in

21  any of Creditor's filings to date to evidence this mailing or completed service,

22  among other things, evidence of proof of U.S. Postal Express Mail - Overnight

3

Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third
Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to
Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor
Norma E. Rodriguez

Courier and <u>U.S. Postal First Class Certified service</u>, respectively.

4.    Furthermore, the evidence shows that Kurtzman Carson Consultants ("<u>KCC</u>"), REFUSED to accept mailing or completed service by closing their assigned ResCap Claims Process Center, c/o KCC, P.O. Box 5004, Hawthorne, California 90250 on **January 16, 2014.**   As a result, the U.S. Postal Service (the "<u>Federal Government Entity</u>") returned proof of claim designated as Claim No. 7450 as "not delivered as address - unable to forward," to Creditor.   Therefore, Creditor complied with a timely original response requirements, which was filed, served, and received on or before the <u>General Bar Date</u>, pursuant to <u>Bankruptcy Rules</u>.   **See Exhibit 1** and **Exhibit 2**, and **Miranda Declaration** ¶¶ 5-8.

## **CONCLUSION**

5.    For the reasons set forth above, the Court should deny debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450.   Accordingly, the Creditor requests that the Disallowance Order be denied.

Dated: May 4, 2014
       Compton, California

By: *Norma E. Rodriguez*
**NORMA E. RODRIGUEZ**
*Creditor In Pro Se*

4

1

**NORMA E. RODRIGUEZ**

2  14429 S. Cookacre Street
Compton, California 90221

3  Telephone No.:  (310) 748-8008

Facsimile No.:  (310) 748-8008

4

5  <u>**Creditor, NORMA E. RODRIGUEZ** *In Pro Se*</u>

6

7  # UNITED STATES BANKRUPTCY COURT

8  ## FOR THE SOUTHERN DISTRICT OF NEW YORK

9

10

11  In Re:                                    )        **CHAPTER 11**
                                             )
12                                           )        **CASE NO. 12-12020 (MG)**
                                             )
13                                           )
RESIDENTIAL CAPITAL, LLC, *et al.*,          )        Jointly Administered
14                                           )
                                             )
15          Debtors                          )
                                             )
16                                           )
                                             )        **AFFIDAVIT OF**
17  ───────────────────────────────         )        **SERVICE FILED BY**
                                                      **CREDITOR NORMA**
18                                                    **E. RODRIGUEZ**

19

20  ## <u>AFFIDAVIT OF SERVICE</u>

21      I, Mr. David R. Miranda, the undersigned declares:

22      I am and was at all times herein mentioned, a citizen of the United

23  States and employed in the County of Los Angeles, over the age of eighteen

years and not a party to the within action or proceeding; that my business or

24  residence is: 920 North Eastman Avenue, Los Angeles, California 90063.

25      On of: **May 12, 2014,** at the direction of Creditor, Norma E. Rodriguez, I

served a true and correct copy, with all exhibits, of the following document

26

27                                       1
   ──────────────────────────────────────────────────────
28  Affidavit of Service filed by Creditor Norma E. Rodriguez

( s ) described as:

1. **Declaration of David R. Miranda in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez;**

2. **Declaration of Norma E. Rodriguez in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez;**

3. **Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez;**

☑ by placing a true copy thereof enclosed in a sealed envelope on the party or parties named below via First Class Mail and Electronic Mail, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

Gary S. Lee, Esq.
Norman S. Rosenbaum, Esq.
Jordan A. Wishnew, Esq.
Meryl L. Rothchild, Esq.
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York  10019

Direct:  (212) 468-8000
Facsimile: (212) 468-7900
For *Debtors,*
RESCAP LIQUIDATING TRUST,
RESIDENTIAL CAPITAL, LLC,
AND GMAC MORTGAGE, LLC
ET AL.

2

Affidavit of Service filed by Creditor Norma E. Rodriguez

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

2    foregoing is true and correct.

3    Dated:  May 10, 2014
               Los Angeles, California

4

       By:_____

5         **DAVID R. MIRANDA**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              3

28

# EXHIBIT " 1 "

**NORMA E. RODRIGUEZ**
14429 S. Cookacre Street
Compton, California 90221
Telephone No.: (310) 748-8008
Facsimile No.: (310) 748-8008

**Creditor, NORMA E. RODRIGUEZ** *In Pro Se*

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | **CHAPTER 11** |
| ) | |
| ) | **CASE NO. 12-12020 (MG)** |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | Jointly Administered |
| ) | |
| Debtors ) | |
| ) | |
| _____ ) | **DECLARATION OF** |
| | **DAVID R. MIRANDA** |
| | **IN SUPPORT OF HER** |
| | **OBJECTION OF THE** |
| | **RESCAP TRUST, AS** |
| | **SUCCESSOR IN** |
| | **INTEREST TO THE** |
| | **DEBTORS' SIXTY-THIRD** |
| | **OMNIBUS CLAIMS** |
| | **OBJECTION (PURPOSED** |
| | **ADMINISTRATIVE** |
| | **CLAIMS) - NORMA E.** |

1

Declaration of David R. Miranda in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

**RODRIGUEZ TO CLAIM
(LATE-FILED
BORROWER CLAIM)
WITH <u>RESPECT TO
CLAIM NO. 7450</u> FILED
CREDITOR NORMA E.
RODRIGUEZ**

Date:    June 10, 2014
Time:    10:00 a.m.
Place:   Courtroom 501

## <u>DECLARATION OF DAVID R. MIRANDA</u>

I, David R. Miranda, hereby declare as follows:

1.    I am material witness and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business or residence is: 920 North Eastman Avenue, Los Angeles, California 90063.

2.    I submit this declaration (the "<u>Declaration</u>") in support of Creditor's Objection to Debtors' *Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)* - **Norma E. Rodriguez** to *Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450* (the "Objection") filed by Norma E. Rodriguez ("Creditor").

3.    Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Creditor's federal

2

Declaration of David R. Miranda in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

lawsuit against GMAC Mortgage, LLC, and all respective debtors.   If I was called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

4.   In my capacity as material witness, I am familiar with the overnight courier and certified mailing proof of service by placing the Creditor's proof of claim document in a sealed envelope with postage thereon fully prepaid, in the United States mail at **Los Angeles, California** addressed as set forth below.   I readily familiar with the practice of collection and processing of correspondence for mailing.   Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

5.   On **January 16, 2014**, at the  direction  of Creditor, Norma E. Rodriguez, I caused and served a  true  and  correct  copy of the Creditor's proof of claim signed and dated January 16, 2014 [Docket No. 6845] to be served upon **ResCap Claims Processing Center, c/o KCC, P.O. Box 5004, Hawthorne, California 90250** via  Express  Mail  U.S.  Mail  No. EI460227983US and Certified First Class U.S. Mail No. EI460227983US, respectively.

6.   Attached as **EXHIBIT "1"** is true and correct copy of that U.S. Postal Service Express Mail No. EI460227983US  mailing receipt including a copy of that envelope addressed to KCC including copies of supporting documents.

3

Declaration of David R. Miranda in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

1

2

3

      7.    Attached as **EXHIBIT "2"** is true and correct copy of that CREDITOR'S PROOF OF CLAIM signed and dated January 16, 2014 by Creditor including copies of supporting documents.

4

5

6

7

8

      8.    Attached as **EXHIBIT "3"** is true and correct copy of that KCC's assigned claims business address listed as: **ResCap Claims Processing Center, c/o KCC, P.O. Box 5004, Hawthorne, California 90250** as to DEBTORS' NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM legal federal bankruptcy pleadings.

9

10

11

12

13

14

      9.    In accordance with mailing standard procedure, each of the foregoing document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by Certified First Class U.S. Mail and Express Mail U.S. Mail, respectively.   The envelopes were clearly marked with KCC's assigned mailing address.

15

16

17

      10.    As of the date of this Declaration, the foregoing mailing identified in this Declaration was returned by KCC as: "not delivered as address - unable to forward."

18

19

20

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

21

Dated: May 4, 2014
      Los Angeles, California

22

By: _____

23

      **DAVID R. MIRANDA**
      *Creditor's Material Witness*

24

25

26

27

28

4

Declaration of David R. Miranda in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

# EXHIBIT " 1 "



This packaging is the property of the U.S. Postal S... ...e® and is provided solely for use in sending Expr... ...any 2011. All rights reserved. ...ra is not for resale. EP14L © U.S. Postal Service; ... Misuse may be a violation of federal law. This pack... Mail® shipments.

EXPRESS MAIL

U.S. POSTAGE
PAID
LOS ANGELES,CA
90063
JAN 16 '14
AMOUNT
$22.50
00051018-07

1007

UNITED STATES
POSTAL SERVICE

EASE PRESS FIRMLY

Label 127PR, July 2013

PRIORITY
MAIL
EXPRESS™

★ GUARANTEED ★
★ TRACKED ★
★ INSURED ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

Schedule package pi
Print postage online

EXPRESS
MAIL

Mailing Label
Label 11-B, March 2004

Post Office To Addressee

NOT DELIVER
AS ADDRESSED
UNABLE TO FORW

$10000001000015 9

UNITED STATES POSTAL SERVICE ®

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt        Time   □ AM   Employee Signature
Mo.  Day               □ PM
Delivery Attempt        Time   □ AM   Employee Signature
Mo.  Day               □ PM
Delivery Date           Time   □ AM   Employee Signature
Mo.  Day               □ PM

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

NOT DELIVERA
AS ADDRESSED.
UNABLE TO FORW.

Res...  claims
P.O. Box A
Hawthorne
9025 0

TO: (PLEASE PRINT)  PHONE (        )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EI 460227983 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code     Day of Delivery   Postage
9 0 0 6 3       □Next ☑2nd □2nd Del Day   $ 19.95
                Scheduled Date of Delivery  Return Receipt Fee
Date Accepted                              $ 2.55
Mo. 1  Day 16 Year 14   Month   Day   COD Fee   Insurance Fee
                        1      17   $          $
Time Accepted  □AM     Scheduled Time of Delivery
5:24  ☑PM      ☑Noon  □3PM            Total Postage & Fees
               Military                $ 22.50
Flat Rate □ or Weight  □2nd Day   Acceptance Emp. Initials
  lbs. 4  ozs.  Int'l Alpha Country Code

FROM: (PLEASE PRINT)  PHONE 310-748-5000
Norma E. Rodriguez
14429 S. Cookacre
Compton, CA   90221

FOR PICKUP OR TRACKING
Visit WWW.USPS.COM
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.

ESS

RVICE

# EXTREMELY URGENT

*Please Rush To Addressee*

**PLEASE PRESS FIRMLY**

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: ResCap Claims Processing Center
c/o KCC
P.O. Box 5004
Hawthorne, CA 90250

2. Article Number
*(Transfer from service label)*    EI 460 227 983 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JAN 16 2014

3. Service Type
☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

English        Customer Service        USPS Mobile                                    Register / Sign In

USPS.COM                                          Search USPS.com or Track Packages   Subr

Quick Tools              Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

## Product & Tracking Information

**Tracking Number: EI460227983US**

**Scheduled Delivery Day: Friday, January 17, 2014, 12:00 pm**
**Money Back Guarantee**
**Signed for By: WAIVED // COMPTON, CA 90221 // 5:05 pm**

### Available Actions

Proof of Delivery

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail Express 1-Day™ | $100 insurance included | PO to Addressee |
| | Return Receipt | |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 18, 2014 , 5:05 pm | Delivered | COMPTON, CA 90221 |

Your item was delivered at 5:05 pm on January 18, 2014 in COMPTON, CA 90221. Waiver of signature was exercised at time of delivery.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 17, 2014 , 5:14 pm | Processed at USPS Origin Sort Facility | LOS ANGELES, CA 90009 |
| January 17, 2014 , 9:35 am | Moved, Left no Address | HAWTHORNE, CA 90250 |
| January 17, 2014 , 8:57 am | Arrival at Post Office | HAWTHORNE, CA 90250 |
| January 17, 2014 , 8:56 am | Available for Pickup | HAWTHORNE, CA 90250 |
| January 17, 2014 , 2:38 am | Depart USPS Sort Facility | LOS ANGELES, CA 90009 |
| January 16, 2014 , 6:52 pm | Depart Post Office | LOS ANGELES, CA 90063 |
| January 16, 2014 , 5:21 pm | Acceptance | LOS ANGELES, CA 90063 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

# EXHIBIT " 2 "

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>GMAC MORTGAGE, INC.<br>In re: RESIDENTIAL CAPITAL, LLC,<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | Case Number:<br>12-12020 (MG) |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>NORMA E. RODRIGUEZ | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br>NORMA E. RODRIGUEZ<br>3422 Hope Street<br>Huntington Park, California  90255<br>Telephone number:  email:<br>310.748.8008 | ☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number: 2:12-cv-09808<br>(if known)  JAK (Ex)<br><br>Filed on: 11/15/12 |
| Name and address where payment should be sent (if different from above):<br>NORMA E. RODIRGUEZ<br>14429 S. Cookacre Street<br>Compton, California  90221<br>Telephone number:  email:<br>310.748.8008 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

1. Amount of Claim as of Date Case Filed: $ ——— $ 477,189.77
3422 Hope Street
Huntington Park, CA  90255

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

| 2. Basis for Claim: (See instruction #2) | *GMAC fraudulently transferred property for payment on another account — constructive trust* |
|---|---|

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒Real Estate ☐Motor Vehicle ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐Fixed or ☐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

2

B 10 (Official Form 10) (04/13)

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Norma E. Rodriguez
Title:
Company:
Address and telephone number (if different from notice address above):
14429 S. Cookacre Street
Compton, CA 90221

Signature: Norma E. Rodriguez   (Date) 01/16/14

Telephone number:          email:

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

# EXHIBIT " 3 "

If you have any questions related to this notice, please call (888) 926-3479

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST RESIDENTIAL CAPITAL, LLC OR ITS AFFILIATED ENTITIES THAT
ARE ALSO DEBTORS AND DEBTORS IN POSSESSION:

On August 29, 2012, the United States Bankruptcy Court for the Southern District of New
York (the U.S. Bankruptcy Court") entered an order (the "Bar Date Order") establishing
**November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time)** (the "General Bar Date") as the last
date and time for each person or entity (including individuals, partnerships, corporations, joint
ventures, corporations, estates, trusts, and governmental units) to file a proof of claim against
Residential Capital, LLC its affiliates that are also debtors and debtors in possession in those
proceedings (collectively, the "Debtors"). Solely as to governmental units the Bar Date Order
established **November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time)** as the last date and
time for each such governmental unit to file a proof of claim against the Debtors (the
"Governmental Bar Date," and, together with the General Bar Date, the "Bar Dates").

The Bar Dates and the procedures set forth below for filing proofs of claim apply to all claims
against the Debtors that arose before May 14, 2012, the date on which the Debtors commenced
cases under Chapter 11 of the United States Bankruptcy Code (the "Petition Date"), except for
those holders of the claims listed in section 4 below that are specifically excluded from the
General Bar Date filing requirement.

## 1.  WHO MUST FILE A PROOF OF CLAIM

You **MUST** file a proof of claim to vote on a Chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the filing of the Debtors' Chapter 11 petitions on the Petition Date and it is not one of the types of claims described in section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## 2.  WHAT TO FILE

Each filed proof of claim must conform substantially to the Proof of Claim Form (as defined in the Bar Date Order). Copies of the Proof of Claim Form may be obtained at http://www.kccllc.net/rescap. Each proof of claim must be **signed** by the claimant or by an authorized agent of the claimant. Each proof of claim must be written in English and be denominated in United States currency. You should attach to each completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted. A list of the names of the Debtors and their respective case numbers is attached to the Proof of Claim Form.

Under the Bar Date Order, the filing of a Proof of Claim Form shall be deemed to satisfy the procedural requirements for the assertion of administrative priority claims under section 503(b)(9) of the Bankruptcy Code.

ny-1043431

## 3. WHEN AND WHERE TO FILE

Except as provided for herein, all proofs of claim must be filed so as to be actually received **on or before November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time), or solely as to governmental units on or before November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time),** at:

> (i) **If by mail or overnight courier**:
>
> **ResCap Claims Processing Center, c/o KCC**
> **PO Box 5004**
> **Hawthorne, CA 90250**

(ii) if by hand delivery:

United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

or

ResCap Claims Processing Center, c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Proofs of claim will be deemed timely filed only if **actually received** at the ResCap Claims Processing Center or hand delivered to the U.S. Bankruptcy Court on or before 5:00 p.m. (Prevailing Eastern Time) on the applicable Bar Date. Proofs of claim **may not** be delivered by facsimile, or electronic mail.

## 4. WHO NEED NOT FILE A PROOF OF CLAIM

You do not need to file a proof of claim on or before the General Bar Date if you are:

(a)     Any person or entity that has **already** properly filed a proof of claim against the applicable Debtor or Debtors with the Clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to the Proof of Claim Form;

(b)     Any person or entity whose claim is listed on the Debtors' schedules of assets and liabilities and/or schedules of executory contracts and unexpired leases (collectively, the "Schedules"), **provided that**: (i) the claim is **not** scheduled as "disputed," "contingent" or "unliquidated"; **and** (ii) the claimant agrees with the amount, nature and priority of the claim as set forth in the Schedules; **and** (iii) the claimant agrees that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

# EXHIBIT " 2 "

**NORMA E. RODRIGUEZ**
14429 S. Cookacre Street
Compton, California 90221
Telephone No.:  (310) 748-8008
Facsimile No.:   (310) 748-8008

**Creditor, NORMA E. RODRIGUEZ** *In Pro Se*

# UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | **CHAPTER 11** |
| ) | |
| ) | **CASE  NO. 12-12020 (MG)** |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* ) | Jointly Administered |
| ) | |
| Debtors ) | |
| ) | |
| ) | **DECLARATION OF** |
| _____ ) | **NORMA E. RODRIGUEZ** |
| | **IN SUPPORT OF HER** |
| | **OBJECTION OF THE** |
| | **RESCAP TRUST, AS** |
| | **SUCCESSOR IN** |
| | **INTEREST TO THE** |
| | **DEBTORS' SIXTY-THIRD** |
| | **OMNIBUS CLAIMS** |
| | **OBJECTION (PURPOSED** |
| | **ADMINISTRATIVE** |
| | **CLAIMS) - NORMA E.** |

1

Declaration of Norma E. Rodriguez in Support of her Objection of the ResCap Trust, as
successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported
Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim)
with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RODRIGUEZ TO CLAIM
(LATE-FILED
BORROWER CLAIM)
WITH <u>RESPECT TO
CLAIM NO. 7450 FILED
CREDITOR NORMA E.
RODRIGUEZ</u>**

Date:   June 10, 2014
Time:   10:00 a.m.
Place:  Courtroom 501

## <u>DECLARATION OF NORMA E. RODRIGUEZ</u>

I, Norma E. Rodriguez, hereby declare as follows:

1.    I am Creditor in Pro Se and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and a party to the within action or proceeding; that my residence is: 14429 S. Cookacre Street, Compton, California 90221.

2.    I submit this declaration (the "<u>Declaration</u>") in support of my Creditor's Objection to Debtors' *Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)* - **Norma E. Rodriguez** to *Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450* (the "Objection") filed by Norma E. Rodriguez ("Creditor").

3.    Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge of the Creditor's federal

---

2

Declaration of Norma E. Rodriguez in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

lawsuit against GMAC Mortgage, LLC, and all respective debtors. If I was called upon to testify, I could and would testify competently to the facts set forth in the Objection on that basis.

4.    On **January 16, 2014,** I caused and served a true and correct copy of the Creditor's proof of claim signed and dated January 16, 2014 [Docket No. 6845] to be served upon **ResCap Claims Processing Center, c/o KCC, P.O. Box 5004, Hawthorne, California 90250** via Express Mail U.S. Mail No. EI460227983US and Certified First Class U.S. Mail No. EI460227983US, respectively.

5.    Attached as **EXHIBIT "1"** is true and correct copy of that CREDITOR'S PROOF OF CLAIM signed and dated January 16, 2014 by Creditor including copies of supporting documents.

6.    Attached as **EXHIBIT "2"** is true and correct copy of that TRUSTEE'S DEED UPON SALE dated August 9, 2012, whereby Debtors GM Mortgage, LLC and Executive Trustee Services, LLC dba ETS Services, LLC willfully foreclosed on my residential property located at: 3422 Hope Street in the City of Huntington Park, California, 90255 in bad faith. Thereafter, Debtor's buyer/ commercial real estate investor named as: GB Inland Properties, LLC willfully forced an eviction proceedings against Creditor and her family on or about November 30, 2012. As a result, Creditor and her family were homeless with limited income to provide temporary housing and caused extreme emotional distress and public embarrassment to my family.

---

3

Declaration of Norma E. Rodriguez in Support of her Objection of the ResCap Trust, as successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim) with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

7.    Attached as **EXHIBIT "3"** is true and correct copy of that SUPERIOR COURT OF CALIFORNIA's UNLAWFUL DETAINER (Eviction Proceedings) issued on: October 17, 2012 against Creditor and her family, whereby Debtors' buyer/ commercial real estate investor named as: GB Inland Properties, LLC utilized the Los Angeles County Sheriff's Department to complete the possession process on said real property by force.    Although I did not reside at 3422 Hope Street Property as of November 30, 2012, I received a copy of that *Notice of Deadline and Procedures for Filing Certain Administrative Claims* on December 30, 2013 or seventeen (17) days prior to the Administrative Claim Bar Date.    Apparently, KCC sent a copy of that *Notice of Deadline and Procedures for Filing Certain Administrative Claims* to incorrect Creditor's residential address.

8.    In accordance with mailing standard procedure, each of the foregoing document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by Express Mail U.S. Mail and Certified First Class U.S. Mail, respectively.    The envelopes were clearly marked with KCC's assigned mailing address.

9.    As of the date of this Declaration, the foregoing mailing identified in this Declaration was returned by KCC as: "not delivered as address - unable to forward."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

4

Dated: May 4, 2014
Compton, California

By: _Norma E. Rodriguez_

**NORMA E. RODRIGUEZ**
*Creditor*

5

Declaration of Norma E. Rodriguez in Support of her Objection of the ResCap Trust, as
successor in interest to the Debtors' Sixty-Third Omnibus Claims Objection (Purported
Administrative Claims) - Norma E. Rodriguez to Claim (Late-Filed Borrower Claim)
with Respect to Claim No. 7450 filed by Creditor Norma E. Rodriguez

# EXHIBIT " 1 "

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**
GMAC MORTGAGE, INC.
In re: RESIDENTIAL CAPITAL, LLC,
1100 Virginia Drive
Fort Washington, PA 19034

**Case Number:**
12-12020 (MG)

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property):**
NORMA E. RODRIGUEZ

**Name and address where notices should be sent:**
NORMA E. RODRIGUEZ
3422 Hope Street
Huntington Park, California 90255
Telephone number:    email:
310.748.8008

**Name and address where payment should be sent (if different from above):**
NORMA E. RODIRGUEZ
14429 S. Cookacre Street
Compton, California 90221
Telephone number:    email:
310.748.8008

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: 2:12-cv-09808
(If known)    JAK (Ex)

Filed on: 11/15/12

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ _____ = $ 477,189.77
3422 Hope Street
Huntington Park, CA 90255

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *GMAC fraudulantly transferred property for payment on another account - constructive trust*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒Real Estate ☐Motor Vehicle ☐Other
Describe:

Value of Property: $_____

Annual Interest Rate ____% ☐Fixed or ☐Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (04/13)

2

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Norma E. Rodriguez
Title:
Company:
Address and telephone number (if different from notice address above):
14429 S. Cookacre Street
Compton, CA  90221

Telephone number:                         email:

Signature: *Norma E. Rodriguez*   (Signature)      01/16/14 (Date)

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

# EXHIBIT " 2 "

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
GB INLAND PROPERTIES , LLC

110 N LINCOLN AVE # 100
CORONA, CA 92882

Forward Tax Statements to
the address given above

**Conformed Copy**
**of Document**
Recorded on __8|9|2012__
as No. __2021856211__

**County Recorder**

A 7827

SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-183831-C
LOAN # 7440996239    INVESTOR #: 10396107
TITLE ORDER # 090352985-CA-MSI

## TRUSTEE'S DEED UPON SALE

APN 6213-018-003    TRANSFER TAX: $
The Grantee Herein Was Not The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $477,189.77
The Amount Paid By The Grantee Was $221,264.99
Said Property Is In The City Of HUNTINGTON PARK, County of Los Angeles

**Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust
hereunder
more particularly described or as duly appointed Trustee) does hereby **GRANT and CONVEY** to

## GB INLAND PROPERTIES , LLC

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles,
State of California, described as follows:

THE LAND REFERRED TO IS SITUATED IN THE COUNTY OF LOS ANGELES, CITY OF
HUNTINGTON PARK, STATE OF CALIFORNIA, THE WEST 40 FEET OF THE EAST 80
FEET OF THE NORTH 125 FEET OF LOT 113 OF TRACT NO. 2599, IN THE CITY OF
HUNTINGTON PARK, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
RECORDED IN BOOK 26, PAGE 50 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by NORMA E.
RODRIGUEZ, A SINGLE WOMAN as Trustor, dated 11/10/2005 of the Official Records in the office of the Recorder of
Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to
Sell under the Deed of Trust recorded on 11/17/2005 , instrument number 05 2782368 (or Book xx, Page xx) of Official
records. Trustee having complied with all applicable statutory requirements of the State of California and performed all
duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its
recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each
person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-183831-C
Loan # 7440996239
Title Order # 090352985-CA-MSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 07/30/2012. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$221,264.99**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC.**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 8/2/12

Executive Trustee Services, LLC dba ETS Services, LLC

By _____
Maria Reyes, Authorized Officer

State of California      } S.S.
County of Los Angeles  }

On 8-2-12 before me, Sally Beltran, Notary Public, personally appeared Maria Reyes who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Sally Beltran

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 7, 2015

[Page 2 of 2]

# EXHIBIT "3 "

JUDGMENT                                                                    12U00949

                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
                    SOUTHEAST DISTRICT, HUNTINGTON PARK COURTHOUSE (-19480- )
                    6548 MILES AVENUE, HUNTINGTON PK, CA 90255-0609
                              Telephone: (323) 586-6359

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE ENTERED AS FOLLOWS:

FOR:  GB INLAND PROPERTIES , LLC


AGAINST:  RODRIGUEZ, NORMA
 RODRIGUEZ, JAIME
 BARRERA, ROSALVA
 DELGADO, CECILIA


RESTITUTION AND POSSESSION OF THE PREMISES LOCATED AT:
3422 HOPE ST,
HUNTINGTON PK, CA 90255

THIS JUDGMENT OF POSSESSION APPLIES TO ANY AND ALL UNNAMED OCCUPANTS OF THE PREMISES
PURSUANT TO C.C.P. 415.46.

COMMENTS:
WRIT OF POSSESSION TO BE ISSUED FORTHWITH, BUT
NO LOCKOUT PRIOR TO 11-30-2012.
CONTESTED TRIAL HELD.
JUDGMENT FOR THE PLAINTIFF.


This judgment conforms to the order of the court.

DATED: 10/17/2012                     JAIME R. CORRAL
                                      JUDGE, SUPERIOR COURT


===============================================================================
FILED AND ENTERED ON: 10/17/2012          JOHN A. CLARKE
BY COLLEEN O'GRADY                        Executive Officer/Clerk
   DEPUTY CLERK

CIV 4                          JUDGMENT

**SUM-130**

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** DOES 1 TO 10
*(AVISO AL DEMANDADO):*
NORMAN RODRIGUEZ

UNCONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 06 2012

John A. Clarke, Executive Officer, Clerk

By _____ , Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

GB INLAND PROPERTIES, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1.  The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGEL<br>6548 MILES AVE<br><br>HUNTINGTON PARK, CA. 90255<br>HUNTINGTON PARK JUDICIAL DISTRICT | **CASE NUMBER:**<br>*(Número del caso):*<br>**12U00949** |

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
    *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
    TIMOTHY B. LIEBAERT & ASSOCIATES                909-889-5151
    TIMOTHY B. LIEBAERT BAR #178334
    634 OAK CT SAN BERNARDINO CA 92410

3.  *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)  [X] did not  [ ] did
    for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | | |
|---|---|---|---|
| Date:  AUG 06 2012<br>*(Fecha)* | JOHN A CLARK | Clerk, by ____A. Siqueiros____ , Deputy<br>*(Secretario)*                               *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4.  **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| | a.  [ ] as an individual defendant. |
| | b.  [ ] as the person sued under the fictitious name of *(specify):* |
| | c.  [ ] as an occupant |
| | d.  [ ] on behalf of *(specify):* |
| | under:  [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor) |
| | [ ] CCP 416.20 (defunct corporation)          [ ] CCP 416.70 (conservatee) |
| | [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person) |
| | [ ] CCP 415.46 (occupant)                     [ ] other *(specify):* |
| | 5.  [ ] by personal delivery on *(date):* |

Page 1 of 2

| | | | |
|---|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. July 1, 2009] | **SUMMONS—UNLAWFUL DETAINER—EVICTION** | Legal<br>Solutions<br>◈ Plus | Code of Civil Procedure §§ 412.20, 415.456, 1167 |

1  TIMOTHY B. LIEBAERT & ASSOCIATES
   TIMOTHY B. LIEBAERT BAR #178334
2  634 OAK CT SAN BERNARDINO CA 92410
   SAN BERNARDINO CA 92410

3  178334

4  909-889-5151

5  Attorney(s) for  PLAINTIFF

6

7

8  SUPERIOR COURT OF CALIF    COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

9

10  GB INLAND PROPERTIES, LLC                    )  No.
                                                 )  COMPLAINT FOR UNLAWFUL DETAINER
11            Plaintiff(s) AND/OR ITS SUCCESSORS,)  POST FORECLOSURE (Code of Civil
                         AND/OR ASSIGNEES        )  Procedure § 1161a) AMOUNT
12     vs.                IN INTEREST,           )  DEMANDED DOES NOT EXCEED·
                                                 )  $10,000.00
13  NORMAN RODRIGUEZ                             )
                                                 )
14            Defendant(s) DOES 1 - 10           )
    _____)

15  Plaintiff, GB INLAND PROPERTIES, LLC AND/OR ITS SUCCESSORS, AND/OR ASSIGNEES IN

16  INTEREST, alleges:

17  1. Plaintiff is ignorant of the true names and capacities of Defendants,

18  whether individual, corporate, associate, or otherwise, sued herein as Does 1-

19  10, inclusive and sues said Defendants by such fictitious names. Plaintiff will

20  amend this complaint to allege the true names and capacities of said Defendants

21  when same have been ascertained. Plaintiff is informed and believes and based

22  thereon alleges that each "Doe" Defendant is legally responsible for the events

23  and happenings hereinafter referred to and any damages claimed thereby.

24  2. The real property that is the subject of this action is located at 3422 HOPE

25  ST HUNTINGTON PARK CA 90255 (hereinafter subject property), which is located

26  within the County of LOS ANGELES, State of California and is within the

27  jurisdiction of this court.

28

**Exhibit #** _____   7/99
                         PP-302
Legal
Solutions
& Plus

3. Plaintiff in informed and believes and based thereon alleges that each

Defendant, whether named or fictitious, is the agent, servant, employee and/or

partner of the remaining Defendants and in doing the acts herein alleged acted

in the course and scope of such agency, employment, partnership and/or service.

4. At all times herein mentioned Plaintiff, was and still is a duly organized

LIMITED LIABILITY COMPANY which was organized and is existing by virtue of the

laws of the State of California.

5. At all times herein mentioned Defendants, NORMAN RODRIGUEZ and Does 1-10 are

residents of the County of LOS ANGELES and are unlawfully in possession of the

subject property after being duly served with a 3/90 Day Notice to Quit

pursuant to Code of Civil Procedure § 1161a.

6. On or about 7/31/12 Plaintiff, acquired the subject property at a Trustee's

Sale that was conducted pursuant to the provisions of Civil Code §2923.5 &

§2924 et seq. Plaintiff was/was not the foreclosing beneficiary and perfected

the Trustee's Deed Upon Sale.

7. On 7/31/12 Defendant, Does 1-10 and all others in possession of the subject

property were served with the 3/90 Day Notice to Quit by posting said notice in

a conspicuous place on the subject property and by mailing the Notice to said

Defendants and each of them to the subject property.

8. On or about 8/3/12 the 3/90 Notice to Quit expired and Defendants and each

of them have remained in the subject property ever since.

9. Code of Civil Procedure § 1161a gives a purchaser of real property at a

regularly conducted trustee's sale the right to immediate possession of that

property and any person or entity that remains in possession after being

lawfully served with a proper Notice to Quit is guilty of unlawful detainer.

10. The reasonable fair market rental value of the subject property is $63.57

per day which should be calculated from the expiration date of the Notice to

Quit to the date Judgment is entered. The fair market daily rental value of the

subject property was determined by a comparison of the rental comparables for

the geographical area in which the subject property is located.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as

follows:

1. For immediate restitution and possession of the subject property located at

3422 HOPE ST HUNTINGTON PARK CA 90255.

2. For holdover damages in the amount of $63.57 per day from 8/4/12 to the date

of judgment according to proof;

3. For costs of suit herein incurred; and

4. For such other and further relief that this court may deem just and proper.


Dated:8/6/12                         TIMOTHY B. LIEBAERT ATTORNEY AT LAW

1

2                          VERIFICATION of the Complaint:

3   I have read the Unlawful Detainer Complaint filed and know its

4   contents.

5   1. I am:

6          ( ) the Plaintiff:

7          ( ) an Officer of the Plaintiff in this action, and I am authorized

8   to make this verification for and on its behalf.

9          (✓) an agent of the Plaintiff in this action, and I am authorized

10         to make this verification for and on its behalf.

11  2. I am informed and believe, and on that ground allege that the matters

12  stated in the foregoing Complaint are true and correct.

13         The notice that the complaint is based on is a 3 day(✓) or 90 day( ).

14         The daily damage value per day is $ $63.57 .

15         The property address is 3422 Hope St., Huntington Park, Ca 90255

16

17  I request that a facsimile be accepted as an original pursuant to CRC

18  2.305(d), a signature hereon, in any, I produced by facsimile

19  transmission is admissible as an original.

20

21  I declare under penalty of perjury that the foregoing is true and

22  correct. I executed this verification on 8/6/12 at

23  Corona        , CA.

24  Jonathon Cole                          _____

25  (Name, printed or typed)               (Signature)

26

27

28

## NOTICE FOR POSSESSION AFTER FORECLOSURE

TO: __Norma Rodriguez__

AND ALL OTHER PERSONS IN POSSESSION OF THE PREMISES LOCATED AT:

__3422 Hope St, Huntington Park Ca 90255__
(the "Premises")

### NOTICE IS HEREBY GIVEN THAT:

You are required to quit and deliver up possession of the Premises to the undersigned, as the Owner's authorized agent, within the period specified below. The Premises were sold at a foreclosure sale held on __7-31-2012__ in accordance with California Civil Code §2924 and pursuant to the power of sale contained in a deed of trust recorded in the official records of the county in which the Premises is located, in the State of California, and title to the Premises is duly perfected.

### NOTICE IS FURTHER GIVEN THAT:

If you are the trustor(s) of the deed of trust described above, or successor(s) in interest to the trustor(s), or any person who is not a bona fide tenant or subtenant, you must vacate the Premises within **THREE (3) DAYS** after service on you of this notice.

In the event you are a bona fide tenant or a subtenant of the trustor(s) of the deed of trust described above, or a bona fide tenant or a subtenant of a successor in interest to the trustor, you must vacate this property within **NINETY (90) DAYS** after service on you of this notice.

If you believe you are a tenant with a bona fide lease, you must contact the undersigned within three days of the date of this notice and provide a signed copy of your lease and proof of rent payments for the past three months. Failure to do so may result in legal action for possession of the property, rental payments, late fees, court costs and attorneys' fees.

This Notice is given pursuant to the provisions of the Protecting Tenants At Foreclosure Act of 2009 and the California Code of Civil Procedure §1161a. This Notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

DATED: __7-31-2012__

Griffin Residential
Legal Department
110 N. Lincoln Avenue, Suite 100
Corona, CA 92882
Tel: 951-547-3576
Fax  951-547-3547

**Exhibit # _____**

Generated by CamScanner

## DECLARATION OF SERVICE OF NOTICE

On ___July 31___, 2012, I served the Notice for Possession After Foreclosure in the manner(s) set forth below:

☐ **Personal Service:** At approximately _____ am / pm, I delivered a copy of the Notice to each of the following named parties personally:

_____    _____

_____    _____

☑ **Posting and Mailing:** The following named party/parties:

___Norma Rodriguez___    _____

_____    _____

was/were served with the Notice by posting a copy for each named party in a conspicuous place on the property herein described, there being no person 18 years of age or older and of suitable discretion to be found at any known place of residence or business of said party/parties; and thereafter, on __7/31/12__, I mailed, or caused to be mailed, in the normal course of business, a copy to each party by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to each party at his/her place of residence at:

__3422 Hope St. Huntington Park Ca 90255__

☐ **Substituted Service:** At approximately _____ am / pm, I handed a copy of the Notice for each of the following named parties:

_____    _____

to _____, a person 18 years of age or older and of suitable discretion at the residence or usual place of business of each of the above named parties, each being absent therefrom; and thereafter, on _____, I mailed, or caused to be mailed, in the normal course of business, a copy to each party by depositing said copies in the United States Mail, in a sealed envelope with postage fully prepaid, addressed to each party at his/her place of residence at:

_____

I declare under penalty of perjury under the laws of the State of California that at the time of service, I was at least 18 years of age and that the foregoing is true and correct. If called as a witness to testify thereto, I could do so competently.

Executed on ___July 31___, 2012, at __Huntington Park__, California.

Signature of Declarant: _____

Print Name: __SHON DJAHANSHAHI__

Ex3    Generated by CamScanner