May 8, 2014

| | |
|---|---|
| The Chambers of the Honorable Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY  10004-1408 | Council to the ResCap Liquidating Trust<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY  10019<br><br>ATTN:  Gary Lee; Norman Rosenbaum;<br>Jordan Wishnew and Meryl Rothchild |
| The Office of the United States Trustee for the<br>Southern District of New York<br>US Federal Office Building<br>201 Varick Street Suite 1006<br>New York, NY  10014<br>ATTN:  Linda Riffkin and Brian Masumoto | The ResCap Liquidating Trust<br>Quest Turnaround Advisor<br>800 Westchester Avenue Suite S-520<br>Rye Brook, NY  10573<br><br>ATTN: Jeffrey Brodsky |

Your Honor and Honorable Council Members;

Pursuant to your reason for disallowance indicating that I was late to file my appeal, I am writing this letter in disagreement. I filed my paperwork in a timely manner, as I mailed my response one week prior to the date it was due. In regards to the disallowance based on duplicate of prepetition claim, I was instructed by the letter written to me by United States Bankruptcy Court Southern District of New York, to write out my explanation with respect to the Administrative Priority Classification.

Thank you for your letter, please review my response below:

Client Number:  3887  Case No. 12-12020

Pursuant to the notice of Chapter 11, I received regarding my Mortgage Company and Case No. 12-12020 (MG), I am filing my proof of claim based on the following RCW laws of Reduction in Value of said property at 18505 Ballantrae Drive, Arlington, WA  98223:

I am asking for the difference of the amount owed **$223,000.00** minus the assessed value of **$162,700.00** equaling the amount of **$60,300.00** of reduced value according to the enclosed Official Notice of Assessed Value, Snohomish County Assessor's Office for taxes payable in the year 2013.

I am asking for relief based on the following RCW's:

*RCW 84.70.010 – Reduction in Value – (1) If any real property placed upon the assessment roll of that year has been reduced in value by more than twenty percent, the true and fair value of such property shall be reduced for that assessment year. (2) Taxes levied for collection in the year in which the true and fair value has been reduced under subsection (1) of this section shall be abated in whole as provided in this subsection. The amount of taxes to be abated shall be determined by true and fair value under subsection (1) of this section by the rate of levy applicable to the property in the tax year. (4) The Assessor shall make such reduction.*

RECEIVED
MAY 21 2014
U.S. BANKRUPTCY COURT, SDNY

*RCW 84.41.110 – Appraisers to act in advisory capacity – The Assessor shall act in an advisory capacity and all valuations made pursuant to this chapter shall be made and entered by the assessor pursuant to law as directed herein.*

*RCW 84.40.030 – Basis of valuation, assessment – Real property – All property shall be valued at one hundred percent of its true and fair value in money and assessed on the same basis unless specifically provided otherwise by law.   The true and fair value of real property is based upon:  (1) The appraisal or assessment of property, etc.*

Based on the above information and the RCW's of Assessment on the value of real property I am asking for a relief based on the difference between the owed amount of $223,000.00 minus the assessed value amount of $162,700.00 equaling the amount of proposed relief in the amount of $60,300.00, this is a decrease in value of over 25%.

I have enclosed the RCW's that pertain to this case and ask that you grant me the relief of **$60,300.00** at 18505 Ballantrae Drive, Arlington, WA  98223.

Thank you for your time and consideration to this matter.

Best Regards,

*[signature]*

Tamara Carlson-Callahan
18505 Ballantrae Drive
Arlington, WA  98223