LUAN NGUYEN
3061 CRESTVIEW DRIVE
NORCO CA 92860

May 8, 2014

UNITED STATES BANKRUPTCY COURT OF NEW YORK
RE: GMAC MORTGAGE CHAPTER 11
One Bowling Green
New York NY 1004-1408

RE: NOTICE OF FRAUD BY MISREPRESENTATION AND NOTICE OF DISPUTE

Dear Sir or Madam:

This is a notice of action upon the courts, and it is my duty to report all wrongful acts by the parties in question; please review pleading attached

THANK YOU IN ADVANCE

By Luan Nguyen EX

Sincerely, by Luan Nguyen, Living Man
Without Recourse



RECEIVED
MAY 12 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK