| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Joseph A. Shifer<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Telephone:  (212) 715-9100<br>Facsimile:  (212) 715-8000<br><br>*Co-Counsel for The ResCap Liquidating Trust* | MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Meryl L. Rothchild<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Co-Counsel for The ResCap Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S SIXTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (I) EXPUNGING AMENDED AND SUPERSEDED CLAIMS; (II) REDESIGNATING AND ALLOWING CLAIMS; (III) REDUCING AND ALLOWING CLAIMS; AND (IV) REDESIGNATING, REDUCING AND ALLOWING CLAIMS SOLELY AS IT RELATES TO THE CLAIM FILED BY WEIR & PARTNERS LLP (CLAIM NO. 1182)**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *ResCap Liquidating Trust's Sixty-Sixth Omnibus Objection to Claims (I) Expunging Amended and Superseded Claims; (II) Redesignating and Allowing Claims; (III) Reducing and Allowing Claims; and (IV) Redesignating, Reducing and Allowing Claims* [Docket No. 6848] (the "Sixty-Sixth Omnibus Claims Objection") as to Weir & Partners LLP ("Weir & Partners").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Sixty-Sixth

ny-1143978

Omnibus Claims Objection as to Weir & Partners does not constitute any admission or finding with respect to the allowance of claim number 1182 (the "Claim") filed by Weir & Partners, and the ResCap Liquidating Trust reserves all rights to object to the Claim on any basis at a future point in time.

Dated: May 23, 2014  
      New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
Meryl L. Rothchild  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

-and-

Kenneth H. Eckstein  
Douglas H. Mannal  
Joseph A. Shifer  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000

*Counsel for The ResCap Liquidating Trust*