**JACK M. BERNARD, ESQUIRE**
Land Title Building, Suite 930
100 South Broad Street
Philadelphia, PA 19110
Phone: (215) 665-0666
Fax: (267) 514-8609
E-Mail: jackbernard@verizon.net

*Attorney for Creditor,*
*Mary R. Biancavilla*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF ATTORNEY FOR MARY BIANCAVILLA, CLAIM NO. 4397

TO THE CLERK:

Enter withdrawal of undersigned counsel as attorney for claimant, Mary Biancavilla, Proof of Claim No.: 4397 pursuant to Local Bankruptcy Rule 2090.1(f)

By: _____
Jack M. Bernard, Esquire

## CERTIFICATE OF SERVICE

I, Jack M. Bernard, Esquire, hereby certify that a true copy of the foregoing *Notice of Withdrawal of Attorney for Mary Biancavilla, Claim No. 4397* was served electronically on the date of filing of this document. If the ECF system indicates that counsel is being served electronically, such service will be deemed to comply with the ECF system. If the ECF system indicates that counsel is not an ECF user, a true and correct copy of this filing will be delivered by U.S.P.S., First Class Mail, postage prepaid, on the date the Notice of Filing and Acceptance is generated by the ECF system upon the below listed:

Mary Biancavilla
341 Oak Drive
New Cumberland, PA. 17070

Stacy L. Molison, Esquire
Gary S. Lee, Esquire
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esquire
***Counsel for the Debtors and Debtors-In-Possession***

Norman S. Rosenbaum, Esquire
Jordan A. Wishnew, Esquire
Attorneys for Debtors
Kramer, Levin, Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esquire
***Counsel for the Official Committee of Unsecured Creditors***

Douglas H. Mannal, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
***Counsel for the Official Committee of Unsecured Creditors***
Fax: (212) 468-7900

Office of the United States Trustee
For The Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
**Attn:  Tracy Hope Davis, Esquire**


Linda A. Rifkin, Esquire
Brian S. Masumoto, Esquire
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
**Attn:  Ronald J. Friedman, Esquire**
**Fax:  (516) 479-6301**

JACK M. BERNARD, ESQUIRE
*Attorney for Plaintiffs*

Date:  May 23, 2014