## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-12020 (MG) |
| | ) | |
| Residential Capital, LLC, et al | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

RECEIVED MAY 20 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

### RESPONSE OF MARION COUNTY TREASURER
### TO DEBTORS' SIXTY-FOURTH OMNIBUS CLAIMS OBJECTION
### (NO LIABIITY TAX CLAIMS)

Comes now the Treasurer of Marion County, Indiana, by counsel, and for its Response to the Debtors' Sixty-Fourth Omnibus Objection to Claims.

1. The Marion County Treasurer timely filed his Proof of Claim for unpaid Indiana real estate tax in Claim 1915 on October 29, 2012.

2. The Reason for Disallowance listed on the Claims Objection is " No Liability Tax Claim – No Liability – Books and Records".

3. The real estate parcel numbers as listed on the claim are 9004849 and 7026101, have GMAC Mortgage, LLC listed as the owner of record. Although the parcels do have county liens which pre-exist the bankruptcy filing.

4. Debtor seeks either allowance of the claim in full; or surrender and abandonment of the properties so they can be disposed by through the county lien surplus process.

WHEREFORE, the Marion County Treasurer requests the claim be allowed in full as a secured claim; or the properties be surrendered and abandoned from the bankruptcy estate so the Treasurer can

dispose of them through the county lien process; and for all other just and proper relief.

Respectfully submitted,

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 East 64th Street
Indianapolis, IN 46220
(317) 403-0098

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Response has been served upon all counsel of record listed below by Federal Express on this 19th day of May, 2014.

Hon. Martin Glenn
US Bankruptcy Court
For the District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Kramer Levin Naftalis & Frankel, LLP
Attn: Kennth Eckstein, Douglas Mannal, Joseph Shifer
1177 Avenue of the Amerias
New York, NY 10036

The ResCap Liquidating Trust
Quest Turnaround Advisors – J. Brodsky
800 Westchester Ave Ste S-520
Rye Brook, NY 10573

Res Cap Liquidating Trust
Attn.: Jordan Wishnew
Morrison & Foerster LLP
250 W 55th St
New York, NY 10019

Office of the United States Trustee for the Southern District of New York
Attn: Linda Rifkin & Brian Masumoto
U S Federal Office Building
201 Varick St Ste 1006
New York NY 10014

By: _____
Douglas J. DeGlopper
Attorney for Marion County Treasurer