MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
In re                                               :
                                                    :    Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,                 :
                                                    :    Chapter 11
                                                    :
           Debtors                                  :    Jointly Administered
-------------------------------------------------------x

## NOTICE OF EXTENSION OF DEADLINES
## FOR SUBMISSION OF RESPONSES

**PLEASE TAKE NOTICE** that on April 30, 2014, the ResCap Liquidating Trust (the "Liquidating Trust"), as successor in interest to the above-captioned debtors (the "Debtors"), filed the *ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims)* [Docket No. 6846] (the "Objection"). A hearing on the Objection is scheduled to take place on June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Objection sets a response deadline of May 22, 2014 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Response Deadline").

ny-1144104

**PLEASE TAKE FURTHER NOTICE** that Galveston County, holder of Claim No. 6956, and City of El Paso, holder of Claim No. 5761 (together, the "Tax Claimants") are subject to the Objection. To date, the Tax Claimants have not filed a response to the Objection.

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust and the Tax Claimants have agreed, with the Bankruptcy Court's permission, to extend the Objection Response Deadline such that the Tax Claimants may file any response to the Objection by **May 29, 2014**.

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2014, the Liquidating Trust filed *The ResCap Liquidating Trust's First Omnibus Motion Requesting Approval to Amend the Debtors' Schedules* [Docket No. 6865] (the "Motion"). A hearing on the Motion is scheduled to take place before the Bankruptcy Court on June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time). The Motion sets an objection deadline of May 28, 2014 at 4:00 p.m. (Prevailing Eastern Time) (the "Motion Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that Sierra Liquidity Fund, LLC ("Sierra") is listed on Exhibit 1 (Schedule F Amendments) to the Motion. To date, Sierra has not filed an objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust and Sierra have agreed, with the Bankruptcy Court's permission, to extend the Motion Objection Deadline such that Sierra may file any objection to the Motion by **May 30, 2014**.

[*Remainder of Page Intentionally Left Blank*]

ny-1144104

Dated: May 23, 2014
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Liquidating Trust*

ny-1144104