MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON MAY 29, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S)**

**1.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

   **a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

   **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

ny-1143161

  c.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

  d.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

  e.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

  f.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

  g.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

  h.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

  i.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

  j.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

  k.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

  l.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

m.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

n.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

o.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

p.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

q.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

r.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

s.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

t.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

u.  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**Response(s)**:

a. Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to June 26, 2014.

2. Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

**Related Document(s)**:

a. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

b. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

c. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

d. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

e. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

f. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

g. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

h. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

i. Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6804]

**j.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6935]

**k.**  Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7006]

**Response(s)**:

**a.**  Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

**b.**  Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

**a.**  Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:  The hearing on this matter has been adjourned to June 10, 2014.

**II.**  **CLAIMS OBJECTIONS**

**1.**  Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161]

**Related Documents**:

**a.**  Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to Certain Claimants [Docket No. 5673]

**b.**  Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

**c.**  Notice of Adjournment of Hearing on Debtors' Forty-Ninth and Fiftieth Omnibus Claims Objections Against Certain Claimants [Docket No. 6213]

**d.**  Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6360]

**e.**  Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6476]

**f.**   Notice of Adjournment of Hearing on Debtors' Thirtieth, Forty-Ninth and Fiftieth Omnibus Objections with Respect to Certain Claimants [Docket No. 6602]

**g.**   Notice of Adjournment of Hearing on Debtors' Thirtieth and Forty-Ninth Omnibus Objections with Respect to Certain Claimants [Docket No. 6745]

**h.**   Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records), Solely as it Relates to the Claim Filed by Mary R. Biancavilla, to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6878]

**Responses**:

**a.**   Response of Mary R. Biancavilla to Debtors' Forty-Ninth Omnibus Objection to Claims ("No Liability Borrower Claims – Books and Records") and Request for Enlargement of Time Limitations Specified by Notice of Filing of Exhibits 2 through 21 Compromising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors, and Declaration of Mary R. Biancavilla Pursuant to Title 28 U.S.C. Section 1746 [Docket No. 5755]

**Status**:   The hearing on this matter, solely as it relates to the claim filed by Mary R. Biancavilla, will be going forward, but only to provide the Court with an update as to the Borrower Trust's efforts to consensually resolve this matter.

**2.**   The ResCap Borrower Claims Trust's Sixty-First Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 6777]

**Related Document(s)**:

**a.**   Notice of Withdrawal of ResCap Liquidating Trust's Sixty-Sixth Omnibus Objection to Claims (I) Expunging Amended and Superseded Claims; (II) Redesignating and Allowing Claims; (III) Reducing and Allowing Claims; and (IV) Redesignating, Reducing and Allowing Claims Solely as it Relates to the Claim Filed by Weir & Partners LLP (Claim No. 1182) [Docket No. 6995]

**Response(s)**:

**a.**   Response of Suzanne Koegler and Edward Tobias to The ResCap Borrower Claims Trust's Sixty-First Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 6881]

  **b.**  Response of Neil Larkins to The ResCap Borrower Claims Trust's Sixty-First Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 6883]

  **c.**  Response of Patrick Lorne Farrell to The ResCap Borrower Claims Trust's Sixty-First Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 6954]

**Reply**:

  **a.**  ResCap Borrower Claims Trust's Reply in Support of Its Sixty-First Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1467 and 6423 [Docket No. 7003]

**Status**: The hearing on this matter will be going forward.

### III. ADVERSARY PROCEEDINGS

### Heyward v. GMAC Mortgage, LLC (Adv. Proc. No. 14-01778 (MG))

**1.** Status Conference

**Related Document(s)**:

  **a.**  Complaint to Determine Nature, Extent and Validity of Lien [Docket No. 1]

  **b.**  Summons with Notice of Pre-Trial Conference [Docket No. 2]

  **c.**  Plaintiff's Emergency Motion for a Temporary Restraining Order [Docket No. 3]

  **d.**  Response of Debtors to Plaintiff's Emergency Motion for a Temporary Restraining Order [Docket No. 4]

  **e.**  Order Denying Motion for Temporary Restraining Order [Docket No. 5]

  **f.**  Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 8]

  **g.**  Plaintiff's Second Emergency Motion for a Temporary Restraining Order [Docket No. 10]

  **h.**  Order Denying Second Motion for Temporary Restraining Order [Docket No. 11]

  **i.**  The ResCap Liquidating Trust's Progress Report [Docket No. 12]

**Status**:   The status conference on this matter will be going forward.

| | |
|---|---|
| Dated: May 27, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Lorenzo Marinuzzi<br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |