UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.

Chapter 11

Case No. 12-12020

## ORDER DENYING RELIEF SOUGHT BY PATRICK FARRELL

On May 19, 2014, Patrick Farrell filed a motion with this Court that evidently is also intended for a Florida state court and a Florida federal court (ECF Doc. # 7010). Much of the motion appears to request relief from other courts, but to the extent Farrell is asking this Court to enter an order compelling payment of proof of claim number 1353, the motion is **DENIED**. Claim number 1353 has not been allowed, and Farrell is only entitled to receive payment on his claim if his claim is allowed and is no longer subject to objection. *See* FED. R. BANKR. P. 3021. Pursuant to the Confirmed Plan in these cases, the Borrower Claims Trust has until at least Monday, September 15, 2014, to object to borrowers' proofs of claim, including claim number 1353. *See Notice to Holders of Borrower Claims Regarding Requests for Distributions on Account of Borrower Claims* (ECF Doc. # 6852). Therefore, Farrell is not presently entitled to payment of claim number 1353. This Order does not affect the validity of claim number 1353, and the merits of Farrell's claim will be assessed if and when the Borrower Claims Trust objects to it.

**IT IS SO ORDERED.**

Dated: May 29, 2014
 New York, New York

                                          /s/Martin Glenn
                                           MARTIN GLENN
                                     United States Bankruptcy Judge