**Hearing Date:**      **June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date:**      **June 12, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                                    )
In re:                                              )      Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,                   )      Chapter 11
                                                    )
                             Debtors.               )      Jointly Administered
                                                    )
---------------------------------------------------------

**NOTICE OF HEARING ON MOTION OF JORGE CERRON**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on May 2, 2014, Jorge Cerron filed a motion requesting relief from the automatic stay [Docket No. 6863] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the relief requested in the Motion will take place on **June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **June 12, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Jordan A. Wishnew, and James A. Newton) and (b) the Movant, Jorge Cerron, P.O. Box 18902, Sarasota, FL, 34276.

Dated:  May 29, 2014
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*