**PHILLIPS LYTLE LLP**  
Attorneys for the Trust  
The New York Times Building  
620 Eighth Avenue, 23rd Floor  
New York, New York 10018-1405  
Telephone No.: (212) 758-4888  
Nickolas Karavolas, Esq. (NK2504)

Presentment Date: June 10, 2014

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER

**PLEASE TAKE NOTICE** that the undersigned will present for signature the attached Stipulation and Order, substantially in the form annexed hereto, to the Honorable Martin Glenn, United States Bankruptcy Judge, on **June 10, 2014**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Stipulation and Order (i) shall be in writing, (ii) shall set forth the name of the objectant, the nature of any claim or interest alleged by such objectant, (iii) shall state with particularity the legal and factual basis for such objection, and (iv) shall be filed with the Bankruptcy Court electronically in accordance with the applicable rules, with a copy to the Chambers of Honorable Sean H. Lane, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408 and served upon Phillips Lytle LLP, The New York Times Building, 620 Eighth Avenue, 23rd Floor, New York, New York 10018-1405 Attn: Nickolas Karavolas, Esq., no later than **June 9, 2014 at 4:00 p.m.** ("Objection Deadline").

1

**PLEASE TAKE FURTHER NOTICE** that, in the event that there are no objections to the proposed Stipulation and Order by the Objection Deadline, the Court may enter an Order in the form annexed hereto without a hearing and without any further notice.

Dated: New York, New York
May 30, 2014

PHILLIPS LYTLE LLP

/s/ Nickolas Karavolas
Nickolas Karavolas, Esq. (NK2504)
Attorneys for the Trusts
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018-1405
Telephone No.: (212) 759-4888

Doc #05-448906.1