UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Nickolas Karavolas, hereby certify that on May 30, 2014, I served or caused to be served on the parties listed below the *Notice of Presentment of Proposed Order* with attached proposed Stipulation and Order:

<u>By U.S. Mail</u>

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania 19034
Attn: Melody Wright

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum
       James Newton
       Erica J. Richards

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq.
       Michael Driscoll, Esq.

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177 Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka
       Douglas Mannal

U.S. Bank, National Association, as Trustee, on behalf of the Holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2
3815 SW Temple
Salt Lake City, Utah 84115

<u>By Federal Express Overnight</u>

Chambers of the Honorable Martin Glenn
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004


Dated: May 30, 2014

  /s/ Nickolas Karavolas
Nickolas Karavolas