UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC. et al. | Chapter 11 |
| Debtors | Jointly Administered |

---

### NOTICE OF HEARING

TO:

RESIDENTIAL CAPITAL, LLC. et al /GMAC MORTGAGE LLC and all interested parties;

YOU ARE HEREBY NOTIFIED that the claimant, Jorge Cerron, has set down before the HONORABLE MARTIN GLENN UNITED STATES BANKRUPTCY JUDGE, on June 26, 2014 at 10:00 A.M. or as soon thereafter as claimant may be heard, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, (document # 6863 on court's Dockets), at Court Room 501 at One Bowling Green, New York, N.Y. 10004-1408

PLEASE GOVERN YOURSELF ACCORDINGLY,

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by certify return receipt U. S mail to the law offices of WOLFE & WYMAN LLP. Litigation Counsel to the Debtors and Debtors in Possession 11811 N. Tatum, Suite 3031 Phoenix, AZ 85028
ATTN: Colt B. Dodrill, Esq., on this 30 day of May, 2014.

Respectfully submitted,

Jorge Cerron
P.O. Box 18902
Sarasota, Florida, 34276.

SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court /to file in Case No. 12-12020 (MG) RESIDENTIAL CAPITAL, LLC. et al. Chapter 11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan
One Bowling Green
New York, NY 10004-1408
Attn:  HONORABLE MARTIN GLENN UNITED STATES BANKRUPTCY JUDGE

MORRISON & FOERSTER
Counsel for Residential Capital, LLC, et al.
1290 Avenue of the Americas
New York, NY 10104
ATTN: Norman S. Rosenbaum, Esq.

WOLFE & WYMAN LLP
Litigation Counsel to the Debtors and Debtors in Possession
11811 N. Tatum, Suite 3031
Phoenix, AZ 85028
By: Colt B. Dodrill, Esq.