UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

## PARTIAL SATISFACTION OF JUDGMENT

WHEREAS, the Court entered its *Judgment (I) Determining that Citibank is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses* [Docket No. 6971] (the "**Judgment**")[1] in the above action on May 20, 2014 in favor of Citibank, N.A. ("**Citibank**") and against the ResCap Liquidating Trust (the "**Liquidating Trust**") for post-petition interest at the contractual default rate in the amount of $4,811,011.04 through May 7, 2014, plus per diem interest at the applicable contract rate thereafter, as well as Citibank's unpaid legal fees and expenses in the amounts of $462,302.80 and $5,992.90, respectively, through March 31, 2014, plus any additional reasonable fees and expenses incurred thereafter through and including the date on which the Obligations under the Citibank MSR Facility have been fully paid and any further litigation (including appeals) is concluded; and

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall; and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Judgment.

1

WHEREAS, on May 30, 2014, the Liquidating Trust paid the unpaid interest due under the Judgment in the amount of $4,842,998.97 to Citibank (the "**Citibank Payment**"), and paid legal fees and expenses in the amount of $515,487.59 to Shearman & Sterling LLP, counsel to Citibank (the "**Initial Shearman & Sterling Payment**");

THEREFORE, partial satisfaction of said Judgment is hereby acknowledged to the extent of the Citibank Payment and the Initial Shearman & Sterling Payment, and the Clerk of the Court is hereby authorized to make an entry of the partial satisfaction on the docket of said Judgment.

Dated: New York, New York
May 30, 2014

SHEARMAN & STERLING LLP

*/s/ Fredric Sosnick*
Fredric Sosnick
William J.F. Roll, III
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 484-4000
Facsimile: (212) 484-7179

*Counsel for the Citibank, N.A.*