# Chadbourne & Parke, LLP
ResCap Liquidating Trust: Review of Final Fee Applications
(July 11, 2012 through December 17, 2013)
## Summary Exhibit

| A. TOTAL FEES & EXPENSES BILLED | |
|---|---:|
| Total Fees Billed | $46,890,806.66 |
| 10% Holdback Amount on Fees | $4,689,080.67 |
| Total Expenses Billed | $2,995,419.47 |
| **GRAND TOTAL OF AMOUNTS BILLED** | **$49,886,226.13** |

| B. FEE & EXPENSE ANALYSIS | | | |
|---|---|---|---|
| Exhibit | Description | Hours | Deduction |
| A | Billing Errors | 14.9 | $8,699.00 |
| B | Non-Compensable Billing Activities | 373.2 | $195,683.00 |
| C-1 | Clerks | 20.2 | $5,757.00 |
| C-2 | Unadmitted Attorney Fees | 6206.7 | $403,435.50 |
| D | Post-Discharge Fees | 313.8 | $200,963.00 |
| E | Typesetting/Proofreading Fees | 675.0 | $342,952.50 |
| F | First Tier Document Review Fees | 1607.2 | $756,254.00 |
| G | Clawback Fees | 1727.4 | $1,119,952.00 |
| | Unsubstantiated Contract Attorney Fees | | $841,842.00 |
| | **Subtotal - Fee Reductions** | | **$3,875,538.00** |
| Exhibit | Description | | Deduction |
| | Typesetting Expenses | | $371,405.20 |
| | **Subtotal - Expense Reductions** | | **$371,405.20** |
| **GRAND TOTAL OF ANALYSIS REDUCTIONS** | | **10938.4** | **$4,246,943.20** |