# Mesirow Financial Consulting, LLC
ResCap Liquidating Trust: Review of Final Fee Applications
(July 24, 2012 through December 17, 2013)
## Summary Exhibit

| A. TOTAL FEES & EXPENSES BILLED | |
|---|---:|
| Total Fees Billed | $39,492,705.00 |
| 10% Holdback Amount on Fees | **$3,949,270.50** |
| Total Expenses Billed | $344,747.00 |
| **GRAND TOTAL OF AMOUNTS BILLED** | **$39,837,452.00** |

| B. FEE & EXPENSE ANALYSIS | | | |
|---|---|---:|---:|
| **Exhibit** | **Description** | **Hours** | **Deduction** |
| A-1 | Duplicate Time Entries | 6.0 | $3,589.00 |
| A-2 | Hourly Rate Increases | N/A | $229,378.00 |
| B | Time Increments - Ben Wei | 89.3 | $76,308.75 |
| C | Non-Compensable Billing Activities | 1026.7 | $268,410.50 |
| D | Budget Fees | 321.3 | $148,557.50 |
| E | Vague Task Descriptions | 362.5 | $289,249.00 |
| F | Administrative Tasks | 180.4 | $52,366.50 |
| G | Travel - Out of State Professionals | 369.9 | $282,700.75 |
| H | Typesetting Fees | 3827.8 | $2,548,340.50 |
| I-1 | Research Fees | 583.5 | $211,400.00 |
| I-2 | Paraprofessional/Analyst Tasks | 219.4 | $98,143.00 |
| I-3 | Associate Tasks | 90.1 | $21,218.00 |
| J | Clawback Fees | 608.7 | $388,844.00 |
| K | Multiple Attendees | 848.6 | $662,978.50 |
| **GRAND TOTAL OF ANALYSIS REDUCTIONS** | | **8534.1** | **$5,281,484.00** |