| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: June 18, 2014<br>Hearing Time: 10:00 a.m. |

```
----------------------------------------------------------- x
                                                            :
In re                                                       :    Chapter 11
                                                            :
RESIDENTIAL CAPITAL, LLC,                                   :    Case No. 12-12020 (MG)
                                                            :
                                  Debtors.                  :    Jointly Administered
                                                            :
----------------------------------------------------------- x
```

### AMENDMENT TO OMNIBUS RESPONSE OF THE UNITED STATES TRUSTEE REGARDING FEE APPLICATIONS FOR FIFTH INTERIM AND FINAL AWARDS OF COMPENSATION AND <u>REIMBURSEMENT OF OUT-OF-POCKET EXPENSES</u>

TO:   THE HONORABLE MARTIN GLENN,
      UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), respectfully submits this amendment (the "Amendment") to the omnibus response (the "Response") to the fifth interim and/or final fee applications (the "Applications") of the retained professionals (the "Retained Professionals") seeking awards of compensation and reimbursement of out-of-pocket expenses for the period of September 1, 2013 through December 17, 2013 (the "Interim Fee Period") and May 14, 2012 through December 17, 2012 (the "Final Fee Period). The United States Trustee filed his Response on June 2, 2014 to the Applications. <u>See</u> ECF Doc. No. 7031. A settlement with FTI Consulting, Inc. ("FTI") regarding its request for fees was inadvertently omitted from the Response. The section regarding FTI should read as follows:

5.   <u>**FTI**</u>

FTI seeks an allowance of fees aggregating $3,633,019.50 and reimbursement of expenses aggregating $46,041.87 for the Interim Fee Period. At the request of the United States Trustee, FTI agreed to (i) reduce its fee request by $126,676.64 with respect to the preparation of its fee application and (ii) reduce its expense request by $11,280.22 (in addition to its voluntary expense reduction of $28,047.20 set forth in its fee application) with respect to IT

expenses, meal expenses and travel expenses.  Accordingly, the United States Trustee has no objection to the interim allowance of fees and expenses to FTI in the reduced amounts.

see Response, at 18.

WHEREFORE, the United States Trustee respectfully submits that the Court enter an order (i) reducing the fees and expenses allowed to the Retained Professionals by the amounts set forth in the Response, as modified by this Amendment  and  (ii) granting such other relief as is just.

Dated: New York, New York
      June 3, 2014

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:   */s/ Brian S. Masumoto*
      Brian S. Masumoto
      Michael T. Driscoll
      Eric J. Small
      Trial Attorneys
      Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Suite 1006
      New York, NY 10014
      Tel. No. (212) 510-0500