| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee | |
| Norman S. Rosenbaum | Kenneth H. Eckstein |
| Jordan A. Wishnew | Douglas H. Mannal |
| Meryl L. Rothchild | Joseph A. Shifer |
| 250 West 55th Street | 1177 Avenue of the Americas |
| New York, New York 10019 | New York, New York 10036 |
| Telephone: (212) 468-8000 | Telephone: (212) 715-9100 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 715-8000 |
| *Co-Counsel to The ResCap Liquidating Trust* | *Co-Counsel for The ResCap Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE RESCAP LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY TAX CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED BY GALVESTON COUNTY (CLAIM NO. 6956)**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims)* [Docket No. 6846] (the "Sixty-Fourth Omnibus Claims Objection") as to the proof of claim designated as Claim No. 6956 (the "Claim") filed by Galveston County ("Galveston County").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Sixty-Fourth Omnibus Claims Objection as to the Claim does not constitute any admission or finding with respect to the allowance of the Claim. The ResCap Liquidating Trust reserves all rights to object to the Claim on any basis at a future point in time.

ny-1145721

| | |
|---|---|
| Dated: June 4, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Meryl L. Rothchild<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>-and-<br><br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Joseph A. Shifer<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Counsel for The ResCap Liquidating Trust* |