| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & |
| Gary S. Lee | FRANKEL LLP |
| Norman S. Rosenbaum | Kenneth H. Eckstein |
| Jordan A. Wishnew | Douglas H. Mannal |
| Meryl L. Rothchild | Joseph A. Shifer |
| 250 West 55th Street | 1177 Avenue of the Americas |
| New York, New York 10019 | New York, New York 10036 |
| Telephone: (212) 468-8000 | Telephone: (212) 715-9100 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 715-8000 |
| *Co-Counsel to The ResCap Liquidating Trust* | *Co-Counsel for The ResCap Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----

In re: ) Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, et al., ) Chapter 11
)
Debtors. ) Jointly Administered
)

----

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP
LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS CLAIMS
OBJECTION (NO LIABILITY TAX CLAIMS) SOLELY AS IT RELATES
TO THE CLAIM FILED BY THE MARION COUNTY TREASURER (CLAIM
NO. 1915) TO JULY 30, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims)* [Docket No. 6846] (the "Sixty-Fourth Omnibus Claims Objection"), solely as it relates to the proof of claim designated as Claim No. 1915 (the "Claim") filed by the Marion County Treasurer, previously scheduled to be heard on June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York,

ny-1145748

Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: June 4, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Meryl L. Rothchild<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>-and-<br><br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Joseph A. Shifer<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>*Counsel for The ResCap Liquidating Trust* |