**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### ORDER DENYING KAREN MICHELE ROZIER'S MOTION TO STRIKE

On April 30, 2014, Karen Michele Rozier filed a *Motion for Reconsideration of Order Dated 2/26/14 Pursuant to Rules 9023 and 9024* (ECF Doc. # 6861). The ResCap Borrower Claims Trust filed an objection to Rozier's reconsideration motion on May 23, 2014 (ECF Doc. # 7004). On June 2, 2014, the Court entered an order denying Rozier's motion for reconsideration (ECF Doc. # 7028). That same day, Rozier filed a motion to strike the Trust's objection to her reconsideration motion (ECF Doc. # 7047). Rozier's motion to strike is **DENIED.**

Dated: June 5, 2014
      New York, New York             **/s/Martin Glenn**
                                                       MARTIN GLENN
                                                United States Bankruptcy Judge