**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re:   Residential Capital, LLC, <br>           aka Residential Capital Corporation, | Case No.: <u>12-12020</u> |
|                                         Debtor | Chapter <u>11</u> |

------------------------------------------------------------------x

| | |
|---|---|
|          Rescap Liquidating Trust, | Adversary Proceeding No.: <u>14-02000</u> |
|                                         Plaintiff | |
|                                         v. | |
|          Honor Bank, <br>          fka The Honor State Bank, | |
|                                         Defendant | |

------------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of <u>Susan Jill Rice</u>, to be admitted, *pro hac vice*, to represent <u>Honor Bank</u>, (the "Client") a <u>Defendant</u> in the above referenced ☐ case ☒ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Michigan</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Michigan</u>, it is hereby

**ORDERED**, that <u>Susan Jill Rice</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☒ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   **June 5, 2014**
     Manhattan, New York            _____**/s/ Martin Glenn**_____
                                                                  UNITED STATES BANKRUPTCY JUDGE