Hearing Date:        July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ )
In re:                                                             )        Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                  )        Chapter 11
                                                                   )
                                              Debtors.             )        Jointly Administered
                                                                   )
------------------------------------------------------------------ )

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP
BORROWER CLAIMS TRUST'S SIXTY-SECOND OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT
RELATES TO THE CLAIM FILED BY CHARLES AND PHYLLIS CARLIN
(CLAIM NO. 3879) TO JULY 9, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

        **PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims
Trust's Sixty-Second Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No.
6815] (the "Sixty-Second Omnibus Claims Objection"), solely as it relates to the proof of claim
designated as Claim No. 3879 filed by Charles and Phyllis Carlin (the "Carlins"), previously
scheduled to be heard on June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been
adjourned to **July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") and will be
heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern
District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501,
New York, New York 10004.

ny-1145872

**PLEASE TAKE FURTHER NOTICE** that the ResCap Borrower Claims Trust has extended the deadline for the Carlins to respond to the Sixty-Second Omnibus Claims Objection to **June 18, 2014**.

**PLEASE TAKE FURTHER NOTICE** that the Carlins are authorized to appear telephonically at the Hearing.

Dated: June 5, 2014                /s/ Norman S. Rosenbaum
       New York, New York       Norman S. Rosenbaum
                              Jordan A. Wishnew
                              MORRISON & FOERSTER LLP
                              250 West 55th Street
                              New York, New York 10019
                              Telephone:  (212) 468-8000
                              Facsimile:  (212) 468-7900

                              *Counsel for the ResCap Borrower Claims Trust*