**Hearing Date and Time:  June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ----------------------------------------------------------- | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**SIMONA ROBINSON FOR RELIEF FROM STAY TO**
**JUNE 26, 2014 AT 10:00 A.M. (PREVALING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Simona Robinson*

*for Relief from Stay* [Docket No. 4948], previously scheduled to be heard on June 10, 2014 at

10:00 a.m. (Prevailing Eastern Time), has been adjourned to **June 26, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

Dated: June 6, 2014
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Erica J. Richards
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the ResCap Liquidating Trust*