**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

June 6, 2014

Writer's Direct Contact
+1 (415) 268.7232
ALewis@mofo.com

Via E-Mail to Chambers
By Messenger (for filing)

Hon. Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Residential Capital, LLC et al.
      United States Bankruptcy Court
      Southern District of New York
      Jointly Administered Under Case No. 12-12020 MG

Dear Judge Glenn:

On May 22, 2014, I sent you a letter regarding the attempts by the ResCap Borrower Claims Trust(the "Trust") to set a schedule with counsel David F. Garber for the supplemental briefing requested by the Court during the May 15, 2014 hearing on the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack.  In that letter, I described my inability to communicate with Mr. Garber and asked the Court to set a schedule of opening briefs (not more than 20 pages) on June 10 and reply briefs (not more than 10 pages) on June 24.  The Court so ordered by endorsing the letter and filing it on May 22.  *See* Dkt. No. 6993.

I am writing to correct certain aspects of my letter and to ask that the briefing schedule be modified slightly in light of the facts.  Mr. Garber advises he left for Guatemala on May 23 and returned on June 2.  In the meantime, it appears that my inability to communicate with him by email was due in part to a miscommunication about his email address, a phenomenon masked by the fact that the emails in fact were delivered to *someone*.

Mr. Garber has nonetheless indicated that he is prepared to abide by the June 10/24 schedule, but has asked that I inquire of the Court whether the Court might be willing to re-set the

MORRISON | FOERSTER

Hon. Martin Glenn
June 6, 2014
Page Two

schedule such that opening briefs are due on June 16 and replies are due on June 30.  That request, to which the Trust is amendable, is the second purpose of this letter.

I apologize to the Court for any confusion and thank the Court for giving its time and attention to this matter.

Respectfully submitted,

*/s/ Adam A. Lewis*

Adam A. Lewis

cc:    David F. Garber, Esq. (Via Email and U.S. Mail)
       Norman S. Rosenbaum, Esq. (Via Email)
       Jordan A. Wishnew, Esq. (Via Email)


**MEMORANDUM ENDORSED
SO ORDERED.**

Dated:  June 6, 2014
        New York, New York

                                                _____/s/Martin Glenn_____
                                                     MARTIN GLENN
                                                United States Bankruptcy Judge