**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

                    Debtors.

Case No. 12-12020 (MG)
Chapter 11
Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Julia A. Chincheck, request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent Summit Financial Mortgage, LLC f/k/a Summit Financial, LLC, and Summit Community Bank, Inc. f/k/a Shenandoah Valley Bank, N.A., interested parties in the above-referenced bankruptcy cases.

*I certify that I am a member in good standing* of the bar in the State of West Virginia and, if applicable, the bar of the United States District Court for the Northern and Southern Districts of West Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 6, 2014
Charleston, West Virginia

    */s/ Julia A. Chincheck*
    Julia A. Chincheck (WVSB #718)
    BOWLES RICE LLP
    600 Quarrier Street
    Post Office Box 1386
    Charleston, West Virginia 25325-1386
    E-mail address:  jchincheck@bowlesrice.com
    Telephone number: (304) 347-1713

## CERTIFICATE OF SERVICE

I, Julia A. Chincheck, do hereby certify that I served the foregoing **Motion for Admission to Practice,** *Pro Hac* **Vice** and proposed **Order Granting Admission to Practice,** *Pro Hac Vice* upon the following parties and interested parties, by electronic transmission to all persons registered to receive electronic notices in this case by means of the Court's CM/ECF noticing system, and where indicated by a complete mailing address, by depositing a true and exact copy thereof in the regular United States mail, first class postage prepaid, and properly addressed, all on June 6, 2014.

Jessica G. Berman
Meyer, Suozzi, English & Klein, P.C.
jberman@msek.com

Donald H. Cram
Severson & Werson, PC
dcram@severson.com

Lorenzo Marinuzzi
Morrison & Foerster LLP
lmarinuzzi@mofo.com

Bonnie R. Golub
Weir & Partners, LLP
bgolub@weirpartners.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
sreisman@curtis.com

Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
rfeinstein@pszyj.com

6144819.1

John W. Smith T
Bradley Arant Boult Cummings LLP
jsmitht@babc.com

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn:   Ray C. Schrock
        Stephen E. Hessler
        Craig A. Bruens

Office of the United States Trustee for the
Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn:  Brian S. Masumoto
       Linda A. Riffkin

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Attn:  Eric H. Holder, Jr.

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408


                                        */s/ Julia A. Chincheck*
                                        Julia A. Chincheck (WVSB #718)

6144819.1