**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Julia A. Chincheck, to be admitted, ***pro hac vice***, to represent Summit Financial Mortgage, LLC f/k/a Summit Financial, LLC, and Summit Community Bank, Inc. f/k/a Shenandoah Valley Bank, N.A. ("Summit"), interested parties in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of West Virginia and, if applicable, the bar of the United States District Court for the Northern and Southern Districts of West Virginia, it is hereby

**ORDERED**, that Julia A. Chincheck, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced bankruptcy case to represent Summit, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                       _____
                                                       HONORABLE MARTIN GLENN
                                                       UNITED STATES BANKRUPTCY JUDGE

6160715.1