Hearing Date:   July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
James A. Newton

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CLIFFORD LANTZ
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 AND § 1301
TO JULY 9, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the *Motion of Clifford Lantz for Relief from the Automatic Stay Pursuant to § 362 and § 1301* [Docket No. 6817] (the "<u>Motion</u>"), previously scheduled to be heard on June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1146025

|  |  |
|---|---|
| Dated: June 6, 2014<br>New York, New York | Respectfully submitted,<br><br>/s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Liquidating Trust* |