**FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI, LLP**
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
Paul J. Pascuzzi – CA Bar No. 148810
(*Pro Hac Vice*)

Attorney for California Housing Finance Agency

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>                        Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM #4631 FILED BY CALIFORNIA HOUSING FINANCE AGENCY

The California Housing Finance Agency hereby withdraws Proof of Claim No. 4631, filed in the above-referenced case on November 13, 2012 the amount of $159,092.30. The California Housing Finance Agency also authorizes the Clerk of this Court to reflect this withdrawal on the official claims register for the above-named Debtor.

Dated: June 9, 2014

                                            FELDERSTEIN FITZGERALD
                                            WILLOUGHBY & PASCUZZI LLP

                                            */s/ Paul J. Pascuzzi*_____
                                            Paul J. Pascuzzi (*Pro Hac Vice*)
                                            400 Capitol Mall, Suite 1750
                                            Sacramento, CA 95814
                                            Telephone: (916) 329-7400
                                            Facsimile: (916) 329-7435
                                            Email: ppascuzzi@ffwplaw.com

                                            *Attorneys for*
                                            *California Housing Finance Agency*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June 2014, a copy of the foregoing **NOTICE OF WITHDRAWAL OF CLAIM #4631 FILED BY CALIFORNIA HOUSING FINANCE AGENCY** was sent to those receiving documents via the CM/ECF system and sent by first class mail, postage prepaid, to:

*Debtor's Counsel*

Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

*Office of U.S. Trustee for the Southern District of New York*

Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

*Office of the United States Attorney General*

US Attorney General, Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

*Office of the New York State Attorney General*

Nancy Lord, and Enid N. Stuart
The Capitol
Albany, NY  12224-0341

*Ally Financial Inc.*

Richard M. Cieri and Ray Schrock
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022

*Office of the U.S. Attorney for the Southern District of New York*

Joseph N. Cordaro, Esq.
One St. Andrews Plaza
New York, NY  10007

*Counsel for Official Committee of Unsecured Creditors*

Kenneth Eckstein and Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Special Counsel for Official Committee of Unsecured Creditors*

Ronald J. Friedman
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

*Berkshire Hathaway Inc.*

Thomas Walper and Seth Goldman
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA  90071

*Internal Revenue Service*

P.O. Box 7346
Philadelphia, PA  19101-7346

*Securities and Exchange Commission*

George S. Canellos, Regional Director
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

*Conflicts Counsel to the Debtors*

Steven J. Reisman, Theresa A. Foudy and Maryann Gallagher
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

*Ocwen Loan Servicing, LLC*

Jennifer C. DeMarco and Adam Lesman
Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019

>              */s/ _Lori N. Lasley_____*
>              Lori N. Lasley

Notice of Withdrawal of Claim