KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
P. Bradley O'Neill
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered<br>Related Docket No. 6253 |

**NOTICE OF WITHDRAWAL**
**OF REQUEST OF VERIZON BUSINESS NETWORK SERVICES INC. FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Verizon Business Network Services Inc. ("**Verizon**"), hereby withdraws with prejudice its *Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim* [Docket No. 6253] (the "**Motion**").

2. Pursuant to an agreement between the ResCap Liquidating Trust (the "**Liquidating Trust**"), as successor in interest to the debtors in the above-captioned cases, and Verizon, the Liquidating Trust is authorized to file this Notice on behalf of Verizon.

3. The hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004-1408, on June 10, 2014, at 10:00 a.m. (prevailing Eastern Time), has been canceled with respect to the Motion.

Dated: New York, New York
      June 9, 2014

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      /s/ Joseph A. Shifer
                                      Kenneth H. Eckstein
                                      P. Bradley O'Neill
                                      Douglas H. Mannal
                                      Joseph A. Shifer
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 715-9100
                                      Facsimile: (212) 715-8000

                                      *Counsel for the ResCap Liquidating Trust*