

Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case 12-12020 |
| Residential Capital, LLC, et. al. | ) |
| | ) **CERTIFICATE OF NO OBJECTION** |
| Debtors | ) **[Claims 4738 and 5632]** |
| | ) |
| | ) |

## CERTIFICATE OF NO OBJECTION REGARDING
## CLAIMANT'S MOTION FOR RECONSIDERATION OF ORDER

1.  The undersigned hereby certifies that, as of the date hereof, She is not aware of any answer, objection or other responsive pleading with respect to the relief sought in the following motion, filed by THE CLAIMANT on APRIL 28, 2014, and received by the court on April 30, 2014 (the "Motion"):

    **MOTION FOR RECONSIDERATION OF ORDER DATED 2/26/14**
    **PURSUANT TO RULES 9023 AND 9024. [Claims 4738 and 5632]**

2.  The undersigned further declares that she reviewed the Court's docket in these cases and saw no answer, objection or other responsive pleading with respect to the Motion appears thereon. The deadline for filing objections to the Motion, May 19, 2014, has passed.

3. The undersigned further declares that she contacted the Counsel to the Official Committee of Unsecured Creditors Kramer Levin Naftaliis & Frankel, LLP on Thursday May 22, 2014 informing them of Claimant's intent to file this notice. I left a message after speaking with a receptionist.

4. The undersigned further declares that she contacted the Counsel to the Debtors MORRISON & FOERSTER LLP also on Thursday May 22, 2014 informing them of Claimant's intent to file this notice. I left a message with Mr. Larren Nashelsky after speaking with a receptionist.

5. In accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered on May 23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objection pursuant to 28 U.S.C. § 1746.

6. Accordingly, for the reasons set forth in the Motion, the CLAIMAINT respectfully request that the proposed order granting the Motion (the "Order"), annexed hereto as Exhibit 1, be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2014

Buena Park, CA

Respectfully Submitted,

Karen Michele Rozier
7957 Dahlia Circle
Buena Park, CA 90620

EXHIBIT 1

Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re:                                   ) Chapter 11
                                         ) Case 12-12020
                                         )
Residential Capital, LLC, et. al.        )
                                         ) **ORDER ON MOTION FOR**
                                         ) **RECONSIDERATION OF ORDER**
                      Debtors            ) **DATED 2/26/14 PURSUANT TO**
                                         ) **RULES 9023 AND 9024.**
                                         ) **[Claims 4738 and 5632]**
                                         )

Upon the MOTION[1] of the CLAIMAINT in the above captioned case, dated April 28,

2014, for an order pursuant to sections 105(a) and Bankruptcy Rules 9023 and

9024 as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§

157 and 1334; and consideration of the Motion being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28

U.S.C. §§ 1408 and 1409; and the CLAIMANT having provided notice of the

MOTION to the Notice Parties, and no further notice is necessary; and the legal and

factual bases set forth in the Motion establish just cause to grant the relief granted

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion

herein; and after due deliberation and sufficient cause appearing therefore, it is

hereby **ORDERED THAT**:

1. The Motion is **GRANTED**. Debtors are ordered to pay Claims 4738 and 5632 in accordance with the schedule provided in the Confirmation Plan.

2. Except as otherwise provided for in the Motion or herein, Residential Capital, its assigns, agents and its successors are hereby enjoined from harassing or interfering with Karen Michele Rozier.

3. The notice requirements set forth in Bankruptcy Rule 6004(a) are satisfied.

4. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

5. The Borrower or Liquidating Trust is authorized and empowered to take all actions necessary to implement the relief granted in this Order in accordance with the Motion.

6. 8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2014

New York, New York

                                    _____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- **CERTIFICATE OF NO OBJECTION [Claims 4738 and 5632]**
- **ORDER ON MOTION FOR RECONSIDERATION OF ORDER DATED 2/26/14 PURSUANT TO RULES 9023 AND 9024. [Claims 4738 and 5632]**

On all interest parties in this action by regular e mail as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com;
lmarinuzzi@mofo.com

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com;
tmayer@kramerlevin.com ;
dmannal@kramerlevin.com ;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2014

David E. Rozier, Sr