## Morrison Cohen LLP
ResCap Liquidating Trust: Review of Final Fee Applications
(May 14, 2012 through December 16, 2013)
### Summary Exhibit

| A. TOTAL FEES & EXPENSES BILLED | | | |
|---|---|---|---|
| Total Fees Billed | | | $4,212,750.50 |
| Total Expenses Billed | | | $105,565.95 |
| **GRAND TOTAL OF AMOUNTS BILLED** | | | **$4,318,316.45** |

| B. FEE & EXPENSE ANALYSIS | | | |
|---|---|---|---|
| Exhibit | Description | Hours | Deduction |
| A | Unsupported Fees | 58.9 | $37,531.50 |
| B-1 | Duplicate Time Entries | 20.8 | $11,853.00 |
| B-2 | Duplicate Docket Review | 5.7 | $2,707.50 |
| C | Hourly Rate Increases | N/A | $17,190.00 |
| D | Non-Compensable Billing Activities | 10.6 | $2,279.00 |
| E | Vague Task Descriptions | 174.6 | $100,569.00 |
| F | Unnecessary Research | 187.2 | $89,055.00 |
| G | Administrative Tasks | 42.5 | $16,857.00 |
| H | Transient Timekeepers | 55.8 | $31,163.00 |
| I | Multiple Attendees | 607.0 | $337,991.50 |
| J | Intrafirm Communication | 548.3 | $315,967.00 |
| K | Associate Tasks | 142.6 | $20,431.50 |
| L | Paraprofessional Tasks | 15.7 | $4,082.00 |
| | **Subtotal - Fee Reductions** | 1869.7 | **$987,677.00** |
| **GRAND TOTAL OF ANALYSIS REDUCTIONS** | | | **$987,677.00** |