**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING THE RESCAP LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY TAX CLAIMS)**

Upon the sixty-fourth omnibus claims objection, dated April 30, 2014 [Docket No. 6846] (the "Objection"),[1] of The ResCap Liquidating Trust (the "Liquidating Trust") established pursuant to the terms of the confirmed Plan filed in the above-referenced Chapter 11 Cases, as successor in interest to the Debtors, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Late-Filed Claim on the basis that it was filed after the Governmental Bar Date; the No Liability Claims on the basis that they are not liabilities of the Debtors' estates; and the Paid Tax Claims on the basis that they are no longer valid because the Debtors or the Liquidating Trust fully satisfied such claims in the ordinary course of business, all as more fully described in the Objection and on Exhibit C annexed hereto; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Objection, the *Declaration of Deanna Horst in Support of The ResCap Liquidating Trust's Sixty-Fourth Omnibus Objection to Claims (No Liability Tax Claims)*, annexed to the Objection as Exhibit 1-A, and the *Declaration of P. Joseph Morrow IV in Support of The ResCap Liquidating Trust's Sixty-Fourth Omnibus Objection to Claims (No Liability Tax Claims)*, annexed to the Objection as Exhibit 1-B; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Liquidating Trust, the Liquidating Trust's beneficiaries, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim listed on Exhibit A annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (the "Late-Filed Claim") is hereby disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit B annexed hereto (the "No Liability Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit C annexed hereto (the "Paid Tax Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Claim, No Liability Claims, and Paid Tax Claims identified on the schedules attached as Exhibit A, Exhibit B, and Exhibit C, hereto so that such claims are no longer maintained on the Claims Register; and it is further

ORDERED that the Liquidating Trust is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A, Exhibit B, or Exhibit C annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any claim that is not listed on Exhibit A, Exhibit B, or Exhibit C annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each Late-Filed Claim, No Liability Claim, and Paid Tax Claim identified on Exhibit A, Exhibit B, and Exhibit C annexed hereto, as if each such Late-Filed Claim, No Liability Claim, and Paid Tax Claim had been individually objected to; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 10, 2014
New York, New York

**/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT A

SIXTY-FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | NORWALK CITY<br>TAX COLLECTOR OF NORWALK CITY<br>125 EAST AVE-ROOM 105<br>NORWALK, CT 06851 | 6844 | 04/26/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$435.56 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

**Exhibit B**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Dane County Treasurer<br>210 MLK Jr Blvd Rm 114<br>Madison, WI 53703 | 214 | 06/28/2012 | Administrative Priority<br>Administrative Secured<br>$0.00 Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | (i) Debtors' books and records do not indicate any basis for liability with respect to subject property; and (ii) claimant provided insufficient information and documentation to establish validity of claim, and has not responded to Debtors' attempts to contact such claimant for additional information. |
| 2 | PORTLAND BORO NRTHMP<br>TC OF PORTLAND BOROUGH<br>PO BOX 476<br>206 DIVISION ST<br>PORTLAND, PA 18351 | 887 | 10/01/2012 | Administrative Priority<br>Administrative Secured<br>Secured<br>BLANK Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | (i) Debtors' books and records do not indicate any basis for liability with respect to subject property; and (ii) claimant provided insufficient information and documentation to establish validity of claim, and has not responded to Debtors' attempts to contact such claimant for additional information. |
| 3 | HARMONY TOWNSHIP<br>RD 3 BOX 220A<br>T C OF HARMONY TOWNSHIP<br>SUSQUEHANNA, PA 18847 | 5804 | 11/20/2012 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 | (i) Debtors' books and records do not indicate any basis for liability with respect to subject property; and (ii) claimant provided insufficient information and documentation to establish validity of claim, and has not responded to Debtors' attempts to contact such claimant for additional information. |
| 4 | City of Waterbury<br>c/o Office of Corporation Counsel<br>235 Grand Street, Third Floor<br>Waterbury, CT 06702 | 739 | 09/25/2012 | Administrative Priority<br>Administrative Secured<br>$2,533.60 Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 5 | City of Memphis<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 1207 | 10/15/2012 | Administrative Priority<br>Administrative Secured<br>$1,463.68 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 6 | Nueces County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5918 | 11/23/2012 | Administrative Priority<br>Administrative Secured<br>$1,475.00 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 7 | Limestone County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5930 | 11/23/2012 | <br><br>$1,024.87 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 8 | Lake County Tax Collector<br>Attn Bankruptcy<br>P.O. Box 327<br>Tavares, FL 32778 | 6868 | 06/26/2013 | <br><br>$1,996.79 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 9 | Multnomah County - DART<br>Assessment, Recording & Taxation<br>PO Box 2716<br>Portland, OR 97208-2716 | 352 | 07/30/2012 | <br><br>$9,110.50 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Other asserted taxes have been paid and satisfied. |
| 10 | City of Copper Canyon<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 468 | 09/12/2012 | <br><br>$2,994.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 11 | MYKEE, LAKE<br>PO BOX 298<br>LAKE MYKEE TREASURER<br>HOLTS SUMMIT, MO 65043 | 878 | 10/01/2012 | <br><br>$2,238.67 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 12 | Clay County Tax Collector<br>PO Box 218<br>Green Cove Springs, FL 32043 | 139 | 06/18/2012 | <br><br>$5,156.21 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | |
|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
| 13 | Lake Dallas Independent School District<br>Sawko & Burroughs, P.C.<br>1172 Bent Oaks Dr<br>Denton, TX 76210 | 465 | 09/12/2012 | Administrative Priority<br>Administrative Secured<br>$2,276.51 Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 14 | City of El Paso<br>David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 5761 | 11/19/2012 | Administrative Priority<br>Administrative Secured<br>$3,280.99 Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 15 | Falls County<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5927 | 11/23/2012 | Administrative Priority<br>Administrative Secured<br>$17.31 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 16 | BLACK HAWK COUNTY TREASURER<br>316 E 5TH ST.<br>WATERLOO, IA 50703 | 6878 | 07/22/2013 | Administrative Priority<br>Administrative Secured<br>Secured<br>$6,360.50 Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 17 | FORSYTH COUNTY TAX COLLECTOR<br>PO BOX 82<br>WINSTON-SALEM, NC 27102-0082 | 552 | 09/18/2012 | Administrative Priority<br>Administrative Secured<br>$3,531.83 Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | With respect to Parcel No. 6833-46-8147.00, the Debtors' books and records do not indicate any basis for liability with respect to subject property. The Liquidating Trust also confirmed via the County website that taxes for the period claimed in the POC have been paid for Parcel No. 6875-41-4185.00. |
| 18 | DONA ANA COUNTY CLERK<br>845 N MOTEL BLVD<br>LAS CRUCES, NM 88007 | 836 | 09/27/2012 | Administrative Priority<br>Administrative Secured<br>$4,008.49 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | With respect to Parcel Nos. 17-11493 & 03-07454, the Liquidating Trust confirmed via the County website that taxes for the periods claimed in POC have been paid. The Debtors' records reflect that taxes have been paid and satisfied for Parcel No. 03-17332. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 19 | ST CLAIR COUNTY ASHVILLE<br>REVENUE COMMISSIONER<br>ASHVILLE, AL 35953 | 904 | 10/01/2012 | <br><br>$489.18 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Taxes have been paid and satisfied. |
| 20 | South Texas ISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5915 | 11/23/2012 | <br><br>$48.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 21 | South Texas College<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5920 | 11/23/2012 | <br><br>$147.04 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 22 | Fulton County Tax Commissioner<br>141 Pryor St Suite 1115<br>Atlanta, GA 30303 | 2890 | 11/09/2012 | <br><br><br>$6,404.69 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 23 | Montgomery County<br>John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 5828 | 11/19/2012 | <br><br>$4,205.02 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 24 | City of McAllen<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5921 | 11/23/2012 | <br><br>$420.82 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | |
|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
| 25 | Mission CISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5931 | 11/23/2012 | Administrative Priority<br>Administrative Secured<br>$793.88 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 26 | Rio Grande City CISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5933 | 11/23/2012 | Administrative Priority<br>Administrative Secured<br>$111.80 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 27 | Richland County Treasury<br>Barbara White<br>PO Box 11947<br>Columbia, SC 29211 | 685 | 09/24/2012 | Administrative Priority<br>Administrative Secured<br>Secured<br>$7,720.32 Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claimant provided insufficient documentation to establish validity of claim. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 28 | SARASOTA COUNTY<br>SARASOTA COUNTY TAX COLLECTOR<br>101 S WASHINGTON BLVD<br>SARASOTA, FL 34236 | 5829 | 11/19/2012 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>$13,466.11 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claimant provided insufficient documentation to establish validity of claim. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 29 | Douglas County Tax Commissioner<br>P.O. Box 1177<br>Douglasville, GA 30133 | 412 | 08/07/2012 | Administrative Priority<br>Administrative Secured<br>$1,093.85 Secured<br>Priority<br>$6,721.63 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Other asserted taxes have been paid and satisfied. |
| 30 | MENDOCINO COUNTY<br>MENDOCINO COUNTY TAX COLLECTOR<br>501 LOWGAP RD ROOM 1060<br>UKIAH, CA 95482 | 1009 | 10/05/2012 | Administrative Priority<br>Administrative Secured<br>$10,879.69 Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Other asserted taxes have been paid and satisfied by Debtors. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 31 | Durham County Tax Office<br>PO Box 3397<br>Durham, NC 27702 | 1060 | 10/09/2012 | <br><br>$4,913.43 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was |
| 32 | Sharyland ISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5938 | 11/23/2012 | <br><br>$6,666.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was |
| 33 | The County of Williamson, Texas, Collecting Property Taxes for Itself and for The City of Hutto, Texas, Hutto Independent Sch<br>Lee Gordon<br>McCreary, Veselka, Bragg& Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2043 | 11/01/2012 | <br><br>$11,064.10 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | With respect to Parcel Nos. R402411 & R374365, the unpaid taxes cited within the proof of claim cover a period of time after the loan was paid in full for the first property and after the Debtors' Real Estate Owned (REO) was sold for the second. The Debtors' records reflect that taxes for Parcel No. R452848 have been paid and satisfied. For Parcel No. R083188, the Debtor |
| 34 | Willis Independent School District<br>Michael J. Darlow<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008 | 6212 | 11/30/2012 | <br><br>$3,394.86 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | With respect to Parcel Nos. 0095220205300 & 0059090002100, the Liquidating Trust confirmed via the County website that taxes for the periods claimed in POC have been paid. For Parcel No. 0086270021700, the Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and |
| 35 | Katy ISD<br>John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston , TX 77253-3064 | 34 | 05/29/2012 | <br><br>$4,131.65 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes.Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
| 36 | Maricopa County Treasurer<br>Lori A. Lewis<br>Maricopa County Attorneys Office<br>222 N. Central Avenue, Suite 1100<br>Phoenix, AZ 85004 | 105 | 06/18/2012 | <br><br>$14,499.90 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Other asserted taxes have been paid and satisfied. |
| 37 | GRAHAM COUNTY TREASURER<br>PO BOX 747<br>SAFFORD, AZ 85548 | 1205 | 10/15/2012 | <br><br>$1,069.68 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Taxes have been paid and satisfied by Debtors. Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |
| 38 | Pinal County Treasurer<br>Dolores J Doolittle<br>PO Box 729<br>Florence , AZ 85132 | 143 | 06/18/2012 | <br><br>$10,492.21 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. Other asserted taxes have been paid and satisfied by Debtors. |
| 39 | Davis County Treasurer<br>P.O. Box 618<br>Farmington, UT 84025-0618 | 255 | 07/06/2012 | <br><br>$1,946.44 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 40 | Dallas County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4891 | 11/16/2012 | <br><br>$11,531.91 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 41 | City of El Paso<br>David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Ste 300<br>San Antonio, TX 78205 | 5765 | 11/19/2012 | <br><br>$12,878.54 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtors' books and records do not indicate any basis for liability with respect to subject property. Debtor was not a property owner. Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. |
| 42 | The County of Denton, Texas, Collecting Property Taxes for Itself and for The City of The Colony, Texas, Krum Independent Sch<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2033 | 11/01/2012 | <br><br>$18,134.26 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | With respect to the 9 properties in the proof of claim. For Parcel Nos. 178432DEN, 194552DEN, 29738DEN & 2312DEN, the unpaid taxes cited within the proof of claim cover a period of time after the loan was paid in full. For Parcel Nos. 235443DEN & 4027DEN, the Debtors' records reflect that taxes have been paid and satisfied. With respect to Parcel Nos. 237475DEN & 234759DEN, the Debtor was not a property owner. The Debtor acted only as the servicer of the underlying mortgage loan during the relevant period of time, and therefore is not liable for the unpaid taxes. For Parcel No. 938646DEN, the Debtors' books and records do not indicate any basis for liability with respect to subject property. |
| 43 | The County of Harrison, Texas, Collecting Property Taxes for Itself and for Harrison County Emergency Services District #1<br>Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 2030 | 11/01/2012 | <br><br>$637.62 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Taxes have been paid and satisfied by Debtor. Unpaid taxes cited within the proof of claim were for a period of time after the loan was paid off or after the Debtors' Real Estate Owned (REO) was sold. |

**Exhibit C**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT C

SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - PAID (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Dutchess County Commissioner of Finance<br>22 Market Street<br>Poughkeepsie, NY 12601 | 958 | 10/01/2012 | <br><br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 2 | Dutchess County Commissioner of Finance<br>22 Market Street<br>Poughkeepsie, NY 12601 | 959 | 10/01/2012 | <br><br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | Carrollton-Farmers Branch Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205 | 1336 | 10/24/2012 | <br><br>$2,534.66 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | Pharr - San Juan - Alamo ISD<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5932 | 11/23/2012 | <br><br>$920.31 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | City of San Juan<br>Diane W. Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | 5937 | 11/23/2012 | <br><br>$500.11 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT C
SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - PAID (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Seminole County Tax Collector<br>Ray Valdes<br>1101 East First Street<br>PO Box 630<br>Sanford, FL 32772 | 6437 | 01/18/2013 | <br><br>$1,938.93 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 228 | 07/02/2012 | <br><br>$4,072.96 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | Pierce County Budget & Finance<br>615 South 9th St, Ste 100<br>Tacoma, WA 98405 | 234 | 07/02/2012 | <br><br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Shelby County Trustee<br>P.O. Box 2751<br>Memphis, TN 38101-2751 | 324 | 07/23/2012 | <br><br>$1,022.09 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | PORTER COUNTY<br>PORTER COUNTY TREASURER<br>155 INDIANA AVENUE SUITE 209<br>VALPARAISO, IN 46383 | 677 | 09/24/2012 | <br><br>$1,985.19 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT C

SIXTY-FOURTH OMNIBUS OBJECTION - NO LIABILITY - PAID (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 11 | Lewisville Independent School District<br>c/o Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205 | 1337 | 10/24/2012 | <br><br>$1,656.11 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 12 | LA JOYA ISD<br>DIANE W. SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 5929 | 11/23/2012 | <br><br>$927.06 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |