**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING RESCAP LIQUIDATING TRUST'S**
**SIXTY-FIFTH OMNIBUS CLAIMS OBJECTION**
**(<u>NO LIABILITY CLAIMS</u>)**

Upon the sixty-fifth omnibus objection to claims, dated May 1, 2014 [Docket No. 6847] (the "<u>Objection</u>")[1] of The ResCap Liquidating Trust (the "<u>Liquidating Trust</u>") established pursuant to the terms of the confirmed Plan filed in the above-referenced Chapter 11 Cases, as successor in interest to the Debtors, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the No Basis Claims on the basis that such claims fail to articulate any legal or factual justification for asserting a claim against the Debtors' estates, the Non-Debtor Claims on the grounds that they assert claims against entities that are not Debtors in the Chapter 11 Cases, the Paid and Satisfied Claims on the grounds that each claim represents an obligation for which the Debtors have no liability, and the Redundant Claims on the grounds that such claims are duplicates of (though not identical to) corresponding, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Objection and the *Declaration of Deanna Horst in Support of ResCap Liquidating Trust's Sixty-Fifth Claims Objection (No Liability Claims)*, annexed to the Objection as Exhibit 1, respectively; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors' estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "No Basis Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit B annexed hereto (collectively, the "Non-Debtor Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit C annexed hereto (collectively, the "Paid and Satisfied Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit D annexed hereto (collectively, the "Redundant Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the No Liability Claims identified on the schedules annexed hereto as Exhibit A, Exhibit B, Exhibit C, and Exhibit D so that such claims are no longer maintained on the Debtors' Claims Register; and it is further

ORDERED that the Liquidating Trust is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A, Exhibit B, Exhibit C, and Exhibit D annexed to this Order, and the Liquidating Trust and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Exhibit A, Exhibit B, Exhibit C, and Exhibit D annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Claims identified on Exhibit A, Exhibit B, Exhibit C, and Exhibit D, annexed hereto, as if each such No Liability Claim had been individually objected to; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  June 10, 2014
       New York, New York

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                 United States Bankruptcy Judge

**<u>Exhibit A</u>**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

### Claims to be Disallowed and Expunged

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | ALEXANDER PARKHURST<br>PO BOX 2018<br>WHITEFISH, MT 59937 | 7411 | 01/07/2014 | $857,142.86 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Allegations made by the claimant are for prepetition employment activity; therefore the claimant does not have a valid administrative claim. In addition claimant didn't file a GUC by the applicable bar date. |
| 2 | Cal Western Reconveyance Corporation<br>Attn Leslie A. Berkoff<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | 2873 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$67,248.35 Priority<br>$23,632.81 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Books and records research found no invoice amounts owed to claimant by Debtor. Claimant did not provide invoices for certain portion of the claim amount; some invoices were post-petition and certain invoices were disallowed and some invoices were paid. |
| 3 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5831 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,219,797.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 4 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5832 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,870,942.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 5 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5833 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,389,092.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 6 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5834 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,390,500.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 7 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5835 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,894,212.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 8 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5836 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,520,409.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 9 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5837 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,961,876.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 10 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5838 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,828,051.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 11 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5839 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,107,973.00 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 12 | Credit Suisse Securities USA LLC<br>Attn Patrick Remmert<br>11 Madison Avenue<br>New York, NY 10010 | 5840 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$483,935.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | Basis for claim is stated as 'General Litigation – Servicing – Mortgages,' but the claimant fails to identify any specific servicing claim or provide supporting documentation. |
| 13 | Denovus Corporation Ltd, Jefferson Capital Systems, LLC Assignee<br>Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | 454 | 09/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$914.71 General Unsecured | RFC SFJV-2002, LLC | 12-12071 | Pre-petition claim amount of $914.71 was not found in Accounts Payable systems. Jefferson Capital Systems (JCS) is the servicer for Denovus Corporation. Rescap Liquidating Trust contacted JCS for a copy of the invoice in the claim. JCS is unable to provide invoice. Per the detail provided in the claim, the invoice date is 1/14/1999 which is past the statute of limitations. |

12-12020-mg    Doc 7088    Filed 06/11/14    Entered 06/11/14 09:15:33    Main Document
                                                Pg 8 of 19

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

### Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 14 | DEPARTMENT 015<br>335 MERCHANT ST<br>RM 221<br>HONOLULU, HI 96813 | 1667 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 15 | DEPARTMENT OF COMMERCE and CONSUMER AFFAIR<br>335 MERCHANT ST<br>RM 221<br>HONOLULU, HI 96813 | 1666 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 16 | DEPARTMENT OF COMMERCE and CONSUMER AFFAIRS<br>335 MERCHANT ST<br>RM 221<br>HONOLULU, HI 96813 | 1668 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 17 | FOX RUN OWNERS ASSOCIATION INC<br>8700 TURNPIKE DR 230<br>C O VISTA MANAGEMENT<br>WESTMINSTER, CO 80031 | 1064 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 18 | INDOOR ACTIVITY CENTER<br>8700 TURNPIKE DR STE230<br>WESTMINSTER, CO 80031 | 1049 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 19 | Mark A. Brown<br>Legal Mail RN-18781<br>381 W. Hospital Dr.<br>Orofino, ID 83544-9034 | 106 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$9,984.52 General Unsecured | Residential Funding Company, LLC | 12-12019 | Books and records research found no record of invoices or invoice amount owed to claimant b Debtor. |
| 20 | Piedmont Natural Gas Company<br>Attn CBO Bankruptcy<br>4339 S. Tryon Street<br>Charlotte, NC 28217-1733 | 415 | 08/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$615.38 General Unsecured | Residential Capital, LLC | 12-12020 | No liability - Servicing records indicate that this was a residential property FCL sale, sold in 2/12, and asserts charges accrued after the FCL sale. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT A

SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 21 | RESOURCES GLOBAL PROFESSIONALS 17101 ARMSTRONG AVENUE IRVINE, CA 92614 | 727 | 09/25/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $3,186.03 General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | Books and records research found no record of invoices or invoice amounts owed to claimant by debtor. |
| 22 | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2 by First Horizon Home Loans, a division of First Tennessee Bank NA Lawrence J. Kotler, Esquire | 5312 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Executive Trustee Services, LLC | 12-12028 | Debtor has no liability for this claim as Claimant has not been damaged. Public records show that there is no other lender on title since the erroneous release and the time the rescission of reconveyance was recorded on 4/19/12. Claimant still has its lien position. |
| 23 | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2 by First Horizon Home Loans, a division of First Tennessee Bank NA Lawrence J. Kotler, Esquire | 5355 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Debtor has no liability for this claim as Claimant has not been damaged. Public records show that there is no other lender on title since the erroneous release and the time the rescission of reconveyance was recorded on 4/19/12. Claimant still has its lien position. |
| 24 | THE VILLAGE AT BROADLANDS 8700 TURNPIKE DR STE 230 C O VISTA MANAGEMENT WESTMINSTER, CO 80031 | 1061 | 10/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 25 | VISTA MANAGEMENT ASSOCIATES 8700 TURNPIKE DR STE230 WESTMINSTER, CO 80031 | 1054 | 10/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Claimant asserts claim amount of $0. Books and records research showed no invoice amounts owed to claimant by Debtor. |
| 26 | VISTA PROPERTIES, LLC P.O. BOX 963 MONSEY, NY 10952-0923 | 4229 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $35,518.89 General Unsecured | Residential Capital, LLC | 12-12020 | Books and records research found no invoice amounts owed to claimant by debtor. Claimant did not provide invoices for Operating expenses listed in the POC. Claim amount related to taxes were paid. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT A

SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 27 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2792 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 28 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2793 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Passive Asset Transactions, LLC | 12-12044 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 29 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2794 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 30 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2795 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RAHI B, LLC | 12-12049 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 31 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2796 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RAHI A, LLC | 12-12048 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

### Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 32 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2797 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | PATI B, LLC | 12-12046 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 33 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2798 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | PATI A, LLC | 12-12045 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 34 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2799 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 35 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2800 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 36 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2801 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

**Claims to be Disallowed and Expunged**

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 37 | Wilmington Trust SP Services Inc<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2802 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Mortgage Real Estate Holdings, LLC | 12-12063 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 38 | Wilmington Trust SP Services Inc/ Wilmington Trust SP Services (Nevada), Inc.<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2791 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RCSFJV2004, LLC | 12-12051 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 39 | Wilmington Trust SP Services Inc/ Wilmington Trust SP Services (Nevada), Inc.<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2803 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RFC SFJV-2002, LLC | 12-12071 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 40 | Wilmington Trust SP Services Inc/ Wilmington Trust SP Services (Nevada), Inc.<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2804 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RFC Asset Management, LLC | 12-12066 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |
| 41 | Wilmington Trust SP Services Inc/ Wilmington Trust SP Services (Nevada), Inc.<br>Attn Thomas Strauss<br>1105 N Market Street, Suite 1300<br>Wilmington, DE 19801 | 2805 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | RFC Asset Holdings II, LLC | 12-12065 | The claimant asserts protective claims related to the provision of independent director services. Based on a review of the Debtors' books and records, there are no amounts owing to the claimant. Further, to the extent the claimant is asserting contingent indemnity claims related to the directors' performance of their duties, any such claims have been released under the Plan. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT A
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (NON-BORROWER CLAIMS)

### Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 42 | Wisconsin Bell, Inc.<br>James Grudus, Esq.<br>c/o AT&T Services, Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | 287 | 07/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$324.80 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Claimant is not a vendor in AP systems. The Liquidating Trust searched Debtor's records for all amounts paid to AT&T and was unable to find account number or dollar amount from the claim backup. |

**Exhibit B**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT B
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - NON-DEBTOR (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | AT&T Corp<br>James Grudus, Esq.<br>AT&T Services, Inc<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | 334 | 07/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$15,648.21 General Unsecured | Residential Capital, LLC | 12-12020 | The two invoices referenced in this claim are for companies that sound similar to the Debtors, but are not Debtors. Both of the invoiced companies have gone out of business. The Liquidating Trust believes AT&T mistakenly filed claim against the Debtors. The invoices do not belong to Residential Capital. |
| 2 | PAKIS GIOTES PAGE AND BURLESON<br>400 AUSTIN AVE STE 400<br>WACO, TX 76701 | 4105 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Debtor has no liability for the claims asserted because i) the claims are for purported liabilities of non-Debtor entities, and ii) Claimant has failed to provide any evidence of Claimant's damages, and iii) to the extent the claim is for recovery of attorney's fees in the lawsuit, Debtor has no liability because any possible recovery of attorney's fees would be awarded to Plaintiffs in the lawsuit, not to Claimant. |
| 3 | SPL INTEGRATED SOLUTIONS<br>M & T BANK<br>PO BOX 62264<br>BALTIMORE, MD 21264-2264 | 504 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,020.72 General Unsecured | Residential Capital, LLC | 12-12020 | Claim is for goods purchased by non-debtor, Ally Auto Finance, the auto division of Ally. The invoice is addressed to Ally Auto Finance and is for batteries. |

**Exhibit C**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT C
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - PAID (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | Qwest Communications Corporation dba Centurylink<br>CenturyLink Bankruptcy<br>700 W. Mineral Ave., AZ Room<br>Littleton, CO 80120 | 388 | 08/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$8,587.48 General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Qwest Communications dba Centurylink<br>CenturyLink Bankruptcy<br>700 W. Mineral Ave., AZ Room<br>Littleton, CO 80120 | 389 | 08/10/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,336.21 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Transunion LLC<br>Attn Accounts Receivable<br>555 West Adams Street<br>Chicago, IL 60661 | 4429 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$345.74 General Unsecured | Residential Capital, LLC | 12-12020 |

**Exhibit D**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)
EXHIBIT D
SIXTY-FIFTH OMNIBUS OBJECTION - NO LIABILITY - REDUNDANT (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Cal Western Reconveyance Corporation<br>Attn Leslie A. Berkoff<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | 2875 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$67,248.35 Priority<br>$23,632.81 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Claim is redundant with claim 2873. |
| 2 | Cal Western Reconveyance Corporation<br>Attn Leslie A. Berkoff<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | 2879 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$67,248.35 Priority<br>$23,632.81 General Unsecured | Residential Capital, LLC | 12-12020 | Claim is redundant with claim 2873. |
| 3 | UNIVERSAL MAIL DELIVERY SERVICE<br>PO BOX 60250<br>LOS ANGELES, CA 90060 | 526 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$537.15 General Unsecured | Residential Capital, LLC | 12-12020 | This claim is a duplicate of POC 528. The invoice numbers and amounts provided with this claim are identical to POC 528. Claim 528 is asserted against proper Debtor GMAC Mortgage. |