**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                                               |   |                          |
|---|---|---|
| In re:                                        | ) |                          |
|                                               | ) | Case No. 12-12020 (MG)   |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,      | ) |                          |
|                                               | ) | Chapter 11               |
| Debtors.                                      | ) |                          |
|                                               | ) | Jointly Administered     |
|                                               | ) |                          |

**ORDER FURTHER EXTENDING THE TIME**
**TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS**

Upon the motion (the "<u>Motion</u>," ECF Doc. # 7011)[1] of the ResCap Liquidating Trust (the "<u>Trust</u>") for entry of an order, pursuant to 28 U.S.C. § 1452 and Rules 9006 and 9027 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), further extending the period within which the Trust may file notices of removal of civil actions, and thereby extending the period to remove to this Court or the appropriate bankruptcy court or district court, civil actions and proceedings to which the Trust is a party (collectively, the "<u>Civil Actions</u>"); and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Trust and the Debtors' creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted to the extent provided for herein;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that, pursuant to Bankruptcy Rule 9006(b), the time provided by Bankruptcy Rule 9027 to file notices of removal of the Civil Actions, and thereby remove such Civil Actions to the appropriate bankruptcy court or district court, is extended to and including July 31, 2014;

ORDERED that the Trust is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion;

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: June 11, 2014
    New York, New York

                                    /s/Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge