UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

### APPELLEES' JOINT COUNTER-DESIGNATION
### OF THE CONTENTS OF THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellees Ally Financial, Inc. and The ResCap Liquidating Trust[1] (together, the "Appellees") hereby submit the following joint counter-designation of additional items to be included in the record on appeal in response to *Designation of Items to Be Included in the Record on Appeal and Statement of Issues* [Doc. No. 6966], filed by appellant Yosef Le Roi Mustafanos on May 14, 2014.

### COUNTER-DESIGNATION OF ADDITIONAL
### CONTENTS FOR RECORD ON APPEAL[2]

| Item | Docket No. | Description |
|---|---|---|
| 1. | 1309 | Order Establishing Deadline For Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof |

---

[1] On December 11, 2013, the Bankruptcy Court entered the *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "Confirmation Order") approving the terms of the Chapter 11 plan, as amended (the "Plan"), filed in these Chapter 11 Cases [Docket No. 6065]. The Plan provides for the creation and implementation of the ResCap Liquidating Trust, which, among other things, is "authorized to make distributions and other payments in accordance with the Plan and the Liquidating Trust Agreement" and is responsible for the wind down of the affairs of the Debtors' estates. See Plan, Art. VI.A-D; see also Confirmation Order ¶ 22. Pursuant to the Confirmation Order and the Plan, the ResCap Liquidating Trust was vested with broad authority over the post-confirmation liquidation and distribution of the Debtors' assets. See generally, Confirmation Order ¶¶ 26, 30, 48; Plan, Art. VI.

[2] For the avoidance of doubt, the Appellees designation of any pleadings and/or exhibit lists includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

ny-1146525 v2

| 2. | 1660 | Affidavit of Publication re: Notice of Deadlines for Filing Proofs of Claim in The Wall Street Journal and USA Today |
|---|---|---|
| 2. | 2093 | Order Extending Deadline for Filing Proofs of Claim |
| 3. | 6137 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date |
| 4. | 6187 | Affidavit of Service of Clarissa D. Cu re: 1) Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date; and 2) Notice of Deadline and Procedures for Filing Certain Administrative Claims |
| 5. | 6191 | Affidavit of Publication re Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date in the Wall Street Journal and USA Today |
| 6. | 6316 | Supplemental Affidavit of Service of Clarissa D. Cu re: Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan |
| 7. | 6535 | Ex Parte Motion of the Movant Yosef Le Roi Mustafanos for an Order Shortening the Notice Period of Certain Emergency Relief from the Automatic Stay |
| 8. | 6747 | Statement of the Liquidating Trust in Connection with Motion of Movant Yosef Le Roi Mustafanos for an Order Shortening Notice Period for Certain Emergency Relief from the Automatic Stay |
| 9. | 6748 | Ally Financial Inc.'s Objection to Ex Parte Motion of the Movant Yosef Le Roi Mustafanos for an Order Shortening the Notice Period for Certain Emergency Relief from the Automatic Stay |
| 10. | 6791 | Transcript Regarding Hearing Held on April 10, 2014 |

ny-1146525 v2

Dated:  June 11, 2014

/s/ Ray C. Schrock
Richard M. Cieri
Ray C. Schrock
Justin R. Bernbrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 1002
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Counsel to Ally Financial Inc.*

-and-

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Daniel J. Harris
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the ResCap Liquidating Trust*