# **Exhibit 2**

**Excerpts from Affidavit of Service for Notice of Administractive Claims Bar Date**

12-12020-mg Doc 6167 Filed 12/24/13     Docket #6187 Date Filed: 12/24/2013
12-12020-mg Doc 7098-2 Filed 06/12/14 Entered 06/12/14 15:09:42 Exhibit 2 -
Excerpts from Affidavit of Service for Notice of Administrative Cl Pg 2 of 5

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
---------------------------------------------------x  
                                                 :  

In re                                       :          **Chapter 11**  
                                               : 

**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :         **Case No. 12-12020 (MG)**  
                                             :  
                                             :  
                                             :         **(Jointly Administered)**  
              **Debtors.**                :  
---------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

    A. On or before December 24, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Monthly Service List attached hereto **Exhibit A**, and via First Class Mail upon the Special Service List attached hereto as **Exhibit B** and the service lists attached hereto as **Exhibit C**, **Exhibit D** and **Exhibit E**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

    B. Additionally, on or before December 24, 2013, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Monthly Service List attached hereto **Exhibit A**, and via First Class Mail upon the Special Service List attached hereto as **Exhibit B** and the service lists attached hereto as **Exhibit C** and **Exhibit E**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)


1212020131224000000000004

12-12020-mg  Doc 6798  Filed 12/24/13  Entered 12/24/13 15:33:16  Main Document
Pg 2 of 2

12-12020-mg  Doc 7098-2  Filed 06/12/14  Entered 06/12/14 15:09:42  Exhibit 2
Excerpts from Affidavit of Service for Notice of Administractive Cl    Pg 3 of 5

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

Dated: December 24, 2013

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th of December, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT E

12-12020-mg Doc 7098-2 Filed 06/12/14 Entered 06/12/14 15:09:42 Exhibit 2 - Excerpts from Affidavit of Service for Notice of Administractive Cl Pg 5 of 5

12-12020-mg Doc 6187-2 Filed 12/24/13 Entered 12/24/13 19:33:16 Exhibit E Part 1 Pg 614 of 1001

| CREDITORNAME | CREDITORNOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Centurylink | | PO BOX 52187 | | | Phoenix | AZ | 85072-2187 | |
| CENTURYLINK | | PO BOX 660068 | | | DALLAS | TX | 75266-0068 | |
| Centurylink | | PO BOX 91154 | | | Seattle | WA | 98111-9254 | |
| CENTURYLINK | | QWEST COMMUNICATIONS COMPANY LLC | PO BOX 91154 | | SEATTE | WA | 98111-9254 | |
| Centurylink | | Qwest Communications Company LLC, PO Box 91154 | | | Seattle | WA | 98111-9254 | |
| CENTURYTEL | | PO BOX 4300 | | | CAROL STREAM | IL | 60197-4300 | |
| CENUTRY 21 ALL POINTS REALTY INC | | 3209 RICHMOND RD | | | TEXARKANA | TX | 75503 | |
| CENVEO | | 3001 NORTH ROCKWELL STREET | | | CHICAGO | IL | 60618-7993 | |
| CEO AMERICA LLC | | 4061 E CASTRO VALLEY BLVD#168 | | | CASTRO VALLEY | CA | 94552 | |
| Ceonex Inc | | 189 Beaver St 204 | | | North Adams | MA | 01246 | |
| CEPEDA, MARIANO & HUYNH, THONGKHANH | | 289 WASHINGTON ST | | | GROVELAND | MA | 01834-1008 | |
| CEPHUS, RODNEY | | 14407 SERRANO CREEK LN | AUSTIN BUILDS | | HUMBLE | TX | 77396 | |
| Cerberus Capital Management | Cerberus ResCap Asset Investors LLC | c o Cerberus Capital Mgmt LP | Attn Mark Neporen | 299 Park Ave | New York | NY | 10171 | |
| Cerberus Capital Management | Schulte Roth and Zabel LLP | Attn John Pollack | 919 Third Ave | | New York | NY | 10022 | |
| Cerberus Capital Management | Schulte Roth and Zabel LLP Attention John Pollack | 919 Third Ave | | | New York | NY | 10022 | |
| Cerberus Capital Management LP | | 875 Third Ave | | | New York | NY | 10022 | |
| Cerberus Capital Management, L.P. | | 875 3rd Fl 11 | | | New York | NY | 10022-7223 | |
| CERBONE AND TORAYA PC | | 2052 HWY 35 STE 202 | | | WALL | NJ | 07719 | |
| CERC | | 180 DUNDAS ST W | SUITE 1010 | | TORONTO | ON | M5G 1Z8 | Canada |
| CERDA LAW OFFICES | | 100 PRINGLE AVE STE 450 | | | WALNUT CREEK | CA | 94596-7327 | |
| CEREF PARTNERS 1 LP | | 6621 E PACIFIC COAST HIGHWAY | #102 | | LONG BEACH | CA | 90803 | |
| CEREF PARTNERS LLP | | 6621 E PACIFIC COAST HWY STE 102 | | | LONG BEACH | CA | 90803-4244 | |
| CEREF REO II LLC | | 6621 E PACIFIC COAST HIGHWAY | | | LONG BEACH | CA | 90803 | |
| CERENE, JUNE V | | HCR1 BOX 68 WOODLAND ROAD | | | MOUNT POCONO | PA | 18344 | |
| CERES TOWNSHIP MCKEAN | | 216 CHAPMAN BROOK RD | T C OF CERES TOWNSHIP | | SHINGLEHOUSE | PA | 16748 | |
| CERES TWP | | BOX 53 RD 1 | | | SHINGLEHOUSE | PA | 16748 | |
| CERESE PHILLIPPE | | 8589 CHANHASSEN HILLS DR S | | | CHANHASSEN | MN | 55317 | |
| CERIDIAN | | PO BOX 10989 | | | NEWARK | NJ | 07193 | |
| CERIDIAN TAX SERVICE | | 17390 BROOKHURST ST | | | FOUNTAIN VALLEY | CA | 92708-3737 | |
| CERIFIED INSURANCE SERVICES | | 437 S BLUFF STE 301 | | | ST GEORGE | UT | 84770 | |
| CERIMOVIC, REFIK | | 4228 SANTEN DRIVE | | | SAINT LOUIS | MO | 63123 | |
| CERNANSKY, WILLIAM E & CERNANSKY, TINA | | 24219 OCEAN AVE 24221 | | | TORRANCE | CA | 90505-6427 | |
| CERNICK, DEBRA | | 513 TERRACE VIEW RD | | | LIBBY | MT | 59923 | |
| CERNIGLIA, CARL & CERNIGLIA, SHERYLLE | | 5023 MARATHON LANDING CT | | | CASTLE HAYNE | NC | 28429 | |
| CERNIGLIA, MARY J | | 133 SELMAN RD | | | ROME | GA | 30165 | |
| CERNY, KENNETH R | | 14470 DRUMMOND RD | | | THREE RIVERS | MI | 49093 | |
| CERON A DAVIS ATT AT LAW | | 2023 W WISCONSIN AVE | | | MILWAUKEE | WI | 53233 | |
| CERON A DAVIS ATT AT LAW | | 3127 W WISCONSIN AVE | | | MILWAUKEE | WI | 53208 | |
| CERONE, JENI D & CERONE, JAMES F | | 13777 ANACAPA AVE | | | GUSTINE | CA | 95322-0000 | |
| CERRITOS VILLAS HOA | | 17722 PIONEER BLVD | C O THE PROPERTY MANAGEMENT CO | | ARTESIA | CA | 90701 | |
| CERRITOS VILLAS HOA 1 | | PO BOX 4498 | | | SANTA ANA | CA | 92702 | |
| CERRITOS VILLAS HOMEOWNERS | | 17722 PIONEER BLVD | | | ARTESIA | CA | 90701 | |
| CERRO GORDO ABSTRACT COMPANY | | 10 N WASHINGTON 300 | | | MASON CITY | IA | 50401-3252 | |
| CERRO GORDO COUNTY | | 220 N WASHINGTON | CERRO GORDO COUNTY TREASURER | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY | | 220 N WASHINGTON | | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY RECORDER | | 220 N WASHINGTON | | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY TREASURER | | 220 N WASHINGTON | | | MANSON CITY | IA | 50401 | |
| CERRO GORDO TOWN | | 110 CT SQUARE | TAX COLLECTOR | | WHITEVILLE | NC | 28472 | |
| Cerron, Jorge A. | JORGE A CERRON VS GMAC MORTGAGE LLC | PO BOX 18902 | | | SARASOTA | FL | 34276-1902 | |
| CERT, HOA | | 2000 BERING DR | | | HOUSTON | TX | 77057 | |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON V SALVATORE ALESI GMAC Mortgage and Ally Bank Corp | | The Chartwell Law Offices LLP | 1735 Market St Fl 29 | | Philadelphia | PA | 19103-7533 | |
| CERTI PRO CLEANING AND RESTORATION | | PO BOX 96 | | | HONER | MI | 49245 | |
| CERTIFIED ABSTRACT CORPORATION | | 8 LINDA CIR | | | MATAWAN | NJ | 07747 | |
| CERTIFIED APPRAISAL AND RESEARCH | | 155 NW MAGNOLIA LAKES BLVD | | | PORT ST LUCIE | FL | 34986 | |
| CERTIFIED APPRAISAL AND RESEARCH | | PO BOX 12298 | | | FORT PIERCE | FL | 34979 | |
| CERTIFIED APPRAISAL GROUP LLC | | 18 BELGIAN TRL | | | SAINT PETERS | MO | 63376-3785 | |
| CERTIFIED APPRAISAL GROUP, LLC | | 18 BELGIAN TRL | | | SAINT PETERS | MO | 63376 | |
| CERTIFIED APPRAISAL SERVICE | | 14609 FIRST AVE S | | | BURIEN | WA | 98168 | |
| CERTIFIED APPRAISAL SERVICE | | 228 S 8TH ST | | | UPPER SANDUSKY | OH | 43351 | |
| CERTIFIED APPRAISAL SERVICE | | 3691 NW HWY 101 | | | LINCOLN CITY | OR | 97367 | |
| CERTIFIED APPRAISAL SERVICES | | 5331 SENECA PL | | | SIMI VALLEY | CA | 93063 | |
| CERTIFIED APPRAISAL SERVICES | | P O BOX 8434 | | | ALTA LOMA | CA | 91701 | |
| CERTIFIED APPRAISAL SERVICES | | PO BOX 423 | | | DENISON | IA | 51442 | |
| CERTIFIED APPRAISALS INC | | 390 BUCKEYE DR | | | COLORADO SPRINGS | CO | 80919 | |
| CERTIFIED APPRAISER NETWORK | | 1780 OAK ST UNIT C | | | TORRANCE | CA | 90501 | |
| CERTIFIED APPRAISERS | | 4215 SPRING ST 125 | | | LA MESA | CA | 91941 | |