# Exhibit 3

**Excerpts from Affidavit of Service for Notice of Bar Date**

12-12020-mg Doc 7098-3 Filed 06/12/14 Entered 06/12/14 15:09:42 Exhibit 3
Excerpts from Affidavit of Service of Notice of Bar Date Pg 2 of 5

12-12020-mg Doc 1412 Filed 09/11/12 Pg 1 of 45    Docket #1412 Date Filed: 9/11/2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                   :   Case No. 12-12020 (MG)
                                                            :
                                                            :
                                                            :   (Jointly Administered)
               Debtors.                                     :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Monthly Service List attached hereto as **Exhibit A**, upon the Claimants and Notice Parties attached hereto as **Exhibit B**, upon the parties attached hereto as **Exhibit C**, via Overnight mail on service list attached hereto as **Exhibit D** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit E**, and via Electronic mail upon the parties attached hereto as **Exhibit F**:

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. Proof of Claim Form attached here to as **Exhibit H**

*(This space intentionally left blank)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1212020120911000000000007

12-12020-mg Doc 7098-3 Filed 06/12/14 Entered 06/12/14 15:09:42 Exhibit 3
Excerpts from Affidavit of Service for Notice of Bar Date Pg 3 of 5

12-12020-mg Doc 1412 Filed 09/11/12 Entered 09/11/12 12:59:38 Main Document Pg 2 of 49

B. On or before September 7, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the Creditor Matrix attached hereto as **Exhibit I**

1. Notice of Deadlines for Filing Proofs of Claim, dated August 29, 2012, attached hereto as **Exhibit G**

2. [Customized] Proof of Claim Form

Dated: September 11, 2012

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th of September, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

# EXHIBIT I

12-12020-mg    Doc 7098-3    Filed 06/12/14    Entered 06/12/14 15:09:43    Exhibit 3 -
Excerpts from Affidavit of Service for Notice of Bar Date    Pg 5 of 5

12-12020-mg    Doc 1411-2    Filed 09/11/12    Entered 09/11/12 12:59:58    Exhibit for
Pg 671 of 1001

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CERESE PHILLIPPE | | 8589 CHANHASSEN HILLS DR S | | | CHANHASSEN | MN | 55317 | |
| CERIDIAN | | PO BOX 10989 | | | NEWARK | NJ | 07193 | |
| CERIDIAN TAX SERVICE | | 17390 BROOKHURST ST | | | FOUNTAIN VALLEY | CA | 92708-3737 | |
| CERIFIED INSURANCE SERVICES | | 437 S BLUFF STE 301 | | | ST GEORGE | UT | 84770 | |
| CERIMOVIC, REFIK | | 4228 SANTEN DRIVE | | | SAINT LOUIS | MO | 63123 | |
| CERNANSKY, WILLIAM E & CERNANSKY, TINA | | 24219 OCEAN AVE 24221 | | | TORRANCE | CA | 90505-6427 | |
| CERNICK, DEBRA | | 513 TERRACE VIEW RD | | | LIBBY | MT | 59923 | |
| CERNIGLIA, CARL & CERNIGLIA, SHERYLLE | | 5023 MARATHON LANDING CT | | | CASTLE HAYNE | NC | 28429 | |
| CERNIGLIA, MARY J | | 133 SELMAN RD | | | ROME | GA | 30165 | |
| CERNY, KENNETH R | | 14470 DRUMMOND RD | | | THREE RIVERS | MI | 49093 | |
| CERON A DAVIS ATT AT LAW | | 2023 W WISCONSIN AVE | | | MILWAUKEE | WI | 53233 | |
| CERON A DAVIS ATT AT LAW | | 3127 W WISCONSIN AVE | | | MILWAUKEE | WI | 53208 | |
| CERONE, JENI D & CERONE, JAMES F | | 13777 ANACAPA AVE | | | GUSTINE | CA | 95322-0000 | |
| CERRITOS VILLAS HOA | | 17722 PIONEER BLVD | C O THE PROPERTY MANAGEMENT CO | | ARTESIA | CA | 90701 | |
| CERRITOS VILLAS HOA 1 | | PO BOX 4498 | | | SANTA ANA | CA | 92702 | |
| CERRITOS VILLAS HOMEOWNERS | | 17722 PIONEER BLVD | | | ARTESIA | CA | 90701 | |
| CERRO GORDO ABSTRACT COMPANY | | 10 N WASHINGTON 300 | | | MASON CITY | IA | 50401-3252 | |
| CERRO GORDO COUNTY | | 220 N WASHINGTON | CERRO GORDO COUNTY TREASURER | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY | | 220 N WASHINGTON | | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY RECORDER | | 220 N WASHINGTON | | | MASON CITY | IA | 50401 | |
| CERRO GORDO COUNTY TREASURER | | 220 N WASHINGTON | | | MANSON CITY | IA | 50401 | |
| CERRO GORDO TOWN | | 110 CT SQUARE | TAX COLLECTOR | | WHITEVILLE | NC | 28472 | |
| Cerron, Jorge A. | JORGE A CERRON VS GMAC MORTGAGE LLC | PO BOX 18902 | | | SARASOTA | FL | 34276-1902 | |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)    Page 1670 of 11969    9/10/2012