KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD BY APPELLANT RESCAP LIQUIDATING TRUST PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the ResCap Liquidating Trust, as successor to the debtors (the "**Debtors**") in the above-captioned cases, by and through its undersigned counsel, hereby designates the issues and record presented on appeal to the United States District Court for the Southern District of New York from the *Memorandum Opinion and Order Granting Citibank's Motion for Default Interest and Counsel Fees and Expenses*, dated April 22, 2014 (the "**Opinion**") [Docket No. 6811] and the *Judgment (I) Determining that Citibank is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses*, dated May 20, 2014 (the "**Judgment**") [Docket No. 6971], in the above-referenced chapter 11 cases of the United States

Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") by the Honorable Martin Glenn.

### Statement of Issues Presented on Appeal

A. Did the Bankruptcy Court err in holding that Citibank is entitled under section 506(b) of the Bankruptcy Code to default interest and counsel fees and expenses?

B. Did the Bankruptcy Court err in determining that the balance of equities favor awarding Citibank default interest and counsel fees and expenses?

C. Did the Bankruptcy Court err in holding that there is a rebuttable presumption under section 506(b) of the Bankruptcy Code in favor of the contract default interest rate?

D. Did the Bankruptcy Court err in holding that a court has only limited discretion, which it should exercise sparingly, to modify the contract interest rate?

E. Did the Bankruptcy Court err in holding that passing of a maturity date that Citibank and the Debtors knew to be fictitious constituted an event of default justifying default interest?

F. Did the Bankruptcy Court err in awarding default interest and counsel fees and expenses for the period following the effective date of the confirmed chapter 11 plan?

G. Did the Bankruptcy Court err in awarding default interest on unpaid default interest?

### Designation of Items to Be Included in the Record on Appeal[1]

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 1. | 05/14/2012 | 1 | Voluntary Petition for Residential Capital, LLC |
| 2. | 05/14/2012 | 1 | Voluntary Petition for GMAC Mortgage, LLC (Case No. 12-12032) |
| 3. | 05/14/2012 | 6 | Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings |

---

[1] Items are generally listed as they appear on the Bankruptcy Court's docket. ECF numbers refer to the Bankruptcy Court's docket unless otherwise indicated. All items designated herein include all exhibits, attachments or other papers included within each docket entry for such an item.

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 4. | 05/14/2012 | 13 | Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 And 6004 (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) And 4001(c), And (III) Granting Related Relief |
| 5. | 05/14/2012 | 15 | Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363 and 507(b) and Bankruptcy Rule 4001(b): (I) Authorizing the Use of Cash Collateral and Related Relief, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing |
| 6. | 05/14/2012 | 20 | Declaration of Marc D. Puntus in Support of the Debtors' Motions for Interim and Final Orders Authorizing the Debtors to Enter into the Barclays DIP Facility and the AFI DIP Facility |
| 7. | 05/14/2012 | 42 | Corrected Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Authorizing the Use of Cash Collateral and Related Relief, (III) Granting Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (V) Granting Related Relief |
| 8. | 05/14/2012 | 61 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 And 1123, and Fed R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief |
| 9. | 05/14/2012 | 62 | Memorandum of Law in Support of Debtors' Motion Pursuant to 11 U.S.C. 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief |
| 10. | 05/14/2012 | 63 | Declaration of Samuel M. Greene in Support of the Proposed Sale of Debtors' Assets |

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 11. | 05/14/2012 | 66 | Notice of Filing of Additional Exhibit to Debtors' Motion Pursuant to 11 U.S.C. 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief |
| 12. | 05/15/2012 | 79 | Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing |
| 13. | 05/15/2012 | 80 | Interim Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 And 6004 (I) Authorizing the Debtors to (A) Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) And 4001(c), And (III) Granting Related Relief |
| 14. | 05/16/2012 | 89 | Interim Order Under Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Adequate Protection Parties and (IV) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing |
| 15. | 05/17/2012 | 154 | Transcript of Hearing Held on May 14, 2012 |
| 16. | 05/16/2012 | 155 | Transcript of Hearing Held on May 15, 2012 |
| 17. | 05/30/2012 | 174 | Notice of Filing of Additional Exhibit to Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, and 507(b) and Bankruptcy Rules 4001 and 6004: (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured, Superpriority Basis, (II) Authorizing the Use of Cash Collateral and Related Relief, (III) Granting Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c), and (V) Granting Related Relief |
| 18. | 06/06/2012 | 240 | Omnibus Response and Reservation of Rights of the Official Committee of Unsecured Creditors to Certain of the Debtors' First Day Motions |
| 19. | 06/11/2012 | 283 | Federal Home Loan Mortgage Corporation's Response and Limited Objection to Debtors' Motion to Approve Sale Procedures |

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 20. | 06/11/2012 | 301 | Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions Seeking (I) Entry into the Barclays DIP Facility, (II) Entry into the Ally DIP Facility and the Use of Certain Cash Collateral, and (III) the Use of the Citibank Cash Collateral |
| 21. | 06/11/2012 | 302 | Statement of Fannie Mae Concerning Debtors' Motion to Approve Sale Procedures and Related Relief |
| 22. | 06/11/2012 | 306 | Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Authorizing and Approving Sale Procedures, Including Break-Up Fees and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief |
| 23. | 06/14/2012 | 357 | Omnibus Reply to Objections to Debtors' Sale Motion and Reservation of Rights of Citibank, N.A. |
| 24. | 06/14/2012 | 358 | Reply of Citibank, N.A. to Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions Seeking (I) Entry into the Barclays DIP Facility, (II) Entry into the Ally DIP Facility and the Use of Certain Cash Collateral, and (III) the Use of Citibank Cash Collateral |
| 25. | 06/14/2012 | 365 | Second Supplemental Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Further Support of Entry of Final Orders for Specific "First Day" Motions |
| 26. | 06/14/2012 | 368 | Supplemental Declaration of Marc D. Puntus in Support of the Debtors' Motions for Interim and Final Orders Authorizing the Debtors to Enter into Barclays DIP Facility and the AFI DIP Facility |
| 27. | 06/14/2012 | 372 | Debtors' Omnibus Reply to Objections to DIP Financing and Cash Collateral Motions |
| 28. | 06/14/2012 | 373 | Debtors' Omnibus Reply to Objections to Sale Procedures Order |
| 29. | 06/14/2012 | 375 | Supplemental Declaration of Samuel M. Greene in Further Support of the Proposed Sale of Debtors' Assets |
| 30. | 06/15/2012 | 416 | Notice of Filing of Amended and Restated Superpriority Debtor-in-Possession Credit and Guaranty Agreement |
| 31. | 06/15/2012 | 417 | Notice of Filing of Amendment to Financing Fee Letters |
| 32. | 06/20/2012 | 471 | Final Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Modifying the Automatic Stay |
| 33. | 06/20/2012 | 472 | Transcript of Hearing Held on June 18, 2012 |
| 34. | 06/20/2012 | 475 | Transcript of Hearing Held on June 19, 2012 |
| 35. | 06/25/2012 | 490 | Final Order Pursuant to 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 4001 and 6004 (I) Authorizing Debtors (A) To Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables and (B) To Obtain Post-Petition Financing on a Secured Superpriority Basis, and (II) Granting Related Relief |

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 36. | 06/25/2012 | 491 | Final Order Under Sections 105, 361, 362, 363, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, And 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing The Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Adequate Protection Parties |
| 37. | 06/28/2012 | 538 | Order Signed on 6/28/2012 (I) Authorizing and Approving Sale Procedures, including Payment of Break-up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and assignment Procedures, including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice |
| 38. | 06/29/2012 | 539 | Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates |
| 39. | 07/25/2012 | 913 | Notice of Filing Amended Assumption and Assignment Notice in Connection with Sale Procedures Order |
| 40. | 07/25/2012 | 914 | Corrected Notice of Filing Amended Assumption and Assignment Notice in Connection with Sale Procedures Order |
| 41. | 07/26/2012 | 924 | Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto |
| 42. | 09/14/2012 | 1446 | Amended Notice of Public Auctions and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates |
| 43. | 09/14/2012 | 1459 | First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto |
| 44. | 09/18/2012 | 1484 | First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto |
| 45. | 10/01/2012 | 1689 | Objection of Fannie Mae to the Debtors' Motion and Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property, and (II) Cure Amounts Related Thereto |
| 46. | 10/01/2012 | 1690 | Federal Home Loan Mortgage Corporation's Objection to Debtors' Proposed Assumption and Assignment of Executory Contracts and Related Cure Amounts |
| 47. | 10/10/2012 | 1781 | Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder |

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 48. | 10/10/2012 | 1784 | Declaration of Marc D. Puntus in Support of the (I) Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder and (II) Debtors' Motion to Shorten Notice of the Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder |
| 49. | 10/12/2012 | 1808 | Reservation of Rights of the Official Committee of Unsecured Creditors with Response to the Debtors' Motion to Approve Amendment to the Barclays DIP Facility and Fees Payable Thereunder |
| 50. | 10/16/2012 | 1827 | Syncora Guarantee Inc.'s Request For Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Sale Motion |
| 51. | 10/16/2012 | 1839 | Federal Home Loan Mortgage Corporation's Statement and Reservation of Rights with Respect to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion |
| 52. | 10/16/2012 | 1843 | Joinder of Fannie Mae to (I) Syncora Guarantee Inc.'s Request for Clarification on October 17, 2012 Hearing and Reservation of Rights Regarding Early Consideration of Objections to Treatment of Mortgage Servicing Contracts Pursuant to Debtors' Sale Motion and (II) Federal Home Loan Mortgage Corporations Statement and Reservation of Rights with respect to the Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion |
| 53. | 10/18/2012 | 1856 | Order Approving Amendment to the Barclays DIP Facility and Fees Payable Thereunder |
| 54. | 10/25/2012 | 1960 | Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) the Whole Loan Assets to Berkshire Hathaway Inc. |
| 55. | 11/03/2012 | 2050 | Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA |
| 56. | 11/05/2012 | 2071 | Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Sale Motion |
| 57. | 11/07/2012 | 2101 | Federal Home Loan Mortgage Corporation's Objection to Debtors' Proposed Sale of Servicing Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests |
| 58. | 11/07/2012 | 2102 | Objection of Fannie Mae to the Debtors' Sale Motion |
| 59. | 11/12/2012 | 2135 | Debtors' Omnibus Reply to Objections to Debtors' Sale Motion |
| 60. | 11/12/2012 | 2137 | Declaration of Marc D. Puntus in Support of Debtors' Sale Motion |
| 61. | 11/12/2012 | 2138 | Declaration of Denmar Dixon of Walter Investment Management Corp. in Support of Debtors' Sale Motion |
| 62. | 11/12/2012 | 2139 | Declaration of John Ruckdaschel in Support of Debtors' Sale Motion |
| 63. | 11/12/2012 | 2141 | Declaration of Ronald M. Faris of Ocwen Loan Servicing, LLC in Support of Debtors' Sale Motion |
| 64. | 11/15/2012 | N/A | Claim No. 4875 filed by Federal Home Loan Mortgage Corporation |

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 65. | 11/15/2012 | N/A | Claim No. 4899 filed by Federal Home Loan Mortgage Corporation |
| 66. | 11/15/2012 | 2187 | Statement of the Official Committee of Unsecured Creditors Concerning Sales of the Debtors' Servicing Platform and Legacy Loan Portfolio |
| 67. | 11/16/2012 | N/A | Claim No. 4849 filed by Fannie Mae |
| 68. | 11/16/2012 | N/A | Claim No. 4852 filed by Fannie Mae |
| 69. | 11/16/2012 | N/A | Claim No. 4853 filed by Fannie Mae |
| 70. | 11/16/2012 | N/A | Claim No. 4854 filed by Fannie Mae |
| 71. | 11/16/2012 | N/A | Claim No. 4855 filed by Fannie Mae |
| 72. | 11/16/2012 | 2196 | Federal Home Loan Mortgage Corporation's Supplemental Objection to Proposed Cure Amount and to Proposed Assumption and Assignment of Servicing Contract |
| 73. | 11/16/2012 | 2200 | Supplemental Objection of Fannie Mae to the Debtors' Sale Motion and Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non- Residential Real Property, and (II) Cure Amounts Related Thereto |
| 74. | 11/19/2012 | 2231 | Statement of the Official Committee of Unsecured Creditors Concerning the Selection of the DLJ Consortium as the Next-Highest Bidder for the Debtors' Legacy Portfolio |
| 75. | 11/21/2012 | 2246 | Order Under 11 U.S.C. §§ 105, 363, And 365 and Fed Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief |
| 76. | 11/26/2012 | 2269 | Notice of Entry of Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Related Relief |
| 77. | | | Transcript of Hearing Held on November 19, 2012 |
| 78. | 11/21/2012 | 2332 | Transcript of Hearing Held on November 20, 2012 |
| 79. | 12/20/2012 | 2495 | Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 80. | 01/31/2013 | 2769 | Stipulation and Order for the Assumption and Assignment of Certain Agreements of Fannie Mae Pursuant to Section 365 of the Bankruptcy Code and Related Relief |
| 81. | 02/06/2013 | 2856 | Notice of Presentment of Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code and Related Relief |

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 82. | 02/12/2013 | 2888 | Ocwen Loan Servicing, LLC's Reservation of Rights with Respect to Debtors' Proposed Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code and Related Relief |
| 83. | 02/13/2013 | 2894 | Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code and Related Relief |
| 84. | 02/15/2013 | 2923 | Stipulation and Order Resolving Ocwen Loan Servicing, LLC's Reservation of Rights with Respect to Debtors' Proposed Stipulation and Order Relating to the Assumption and Assignment of Certain Agreements of Freddie Mac Pursuant to Section 365 of the Bankruptcy Code, Approving an Amendment to the Asset Purchase Agreement as Contemplated Hereby, and Related Relief |
| 85. | 02/15/2013 | 2927 | Second Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 86. | 03/18/2013 | 3230 | Third Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 87. | 04/08/2013 | 3374 | Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 88. | 04/08/2013 | 3375 | Declaration of Marc D. Puntus in Support of Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 89. | 04/09/2013 | 3394 | Declaration of Jill Horner in Support of Debtors' Motion for Entry of Interim and Final Orders to Permit the Debtors to Continue Using Cash Collateral |
| 90. | 04/12/2013 | 3437 | Notice of Filing of Exhibit 2 to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 91. | 04/17/2013 | 3458 | Fourth Stipulation and Order Amending the AFI DIP and Cash Collateral Order. |
| 92. | 04/19/2013 | 3483 | Statement of Citibank, N.A. with respect to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 93. | 04/26/2013 | 3534 | Fifth Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 94. | 05/06/2013 | 3624 | Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 95. | 05/10/2013 | 3678 | Debtors' Omnibus Reply to Responses to Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 96. | 05/10/2013 | 3679 | Supplemental Statement of the Official Committee of Unsecured Creditors with Respect to the Objections of Ally Financial Inc. and the Ad Hoc Group of Junior Secured Noteholders to the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 97. | 05/14/2013 | 3720 | Sixth Stipulation and Order Amending the AFI DIP and Cash Collateral Order |

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 98. | 06/14/2013 | 3981 | Seventh Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 99. | 06/28/2013 | 4115 | Eighth Stipulation and Order Amending the AFI DIP and Cash Collateral Order |
| 100. | 06/27/2013 | 4121 | Transcript of Hearing Held on June 26, 2013 |
| 101. | 07/03/2013 | 4152 | Plan Proponents' Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of The Plan, and (VI) Granting Related Relief |
| 102. | 07/10/2013 | 4193 | Stipulation and Order in Respect of the Debtors' Motion for Entry of an Order to Permit the Debtors to Continue Using Cash Collateral |
| 103. | 08/08/2013 | 4580 | Federal Home Loan Mortgage Corporation's Objection to the Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and The Official Committee of Unsecured Creditors |
| 104. | 08/16/2013 | 4723 | Plan Proponents' Omnibus Reply to Objections to Motion for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of The Plan, and (VI) Granting Related Relief |
| 105. | 08/23/2013 | 4809 | Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief |
| 106. | 08/23/2013 | 4814 | Notice of Filing of Approved Solicitation Materials In Connection With Solicitation of the Disclosure Statement and Joint Chapter 11 Plan |
| 107. | 08/23/2013 | 4819-1 | Disclosure Statement for the Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors |
| 108. | 09/11/2013 | 5025 | Affidavit of Service Affidavit of Publication re: Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan |
| 109. | 10/11/2013 | 5342 | Notice of Filing of Exhibits 2 through 21 Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 110. | 10/21/2013 | 5405 | Objection and Reservation of Rights of Federal Home Loan Mortgage Corporation With Respect to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 111. | 10/29/2013 | 5546 | Notice of Filing of the Assumption Schedule Constituting Exhibit 1 of the Plan Supplement |
| 112. | 10/29/2013 | 5547 | Notice of Certain Executory Contracts and Unexpired Leases Not Included on the Assumption Schedule |
| 113. | 11/12/2013 | 5671 | Notice of Withdrawal and Reservation of Rights of Federal Home Loan Mortgage Corporation with respect to its Objection to Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 114. | 11/12/2013 | 5697 | Direct Testimony of John S. Dubel |
| 115. | 11/12/2013 | 5705 | Direct Testimony of Thomas Marano |
| 116. | 11/12/2013 | 5708 | Direct Testimony of Tammy Hamzehpour |
| 117. | 11/12/2013 | 5709 | Direct Testimony of Lewis Kruger |
| 118. | 11/12/2013 | 5713 | Direct Testimony of William R. Thompson |
| 119. | 11/12/2013 | 5715 | Notice of (I) Filing of Supplement to Assumption Schedule and (II) Removal of Certain Agreements Therefrom |
| 120. | 11/12/2013 | 5718 | Plan Proponents' Omnibus Response to Objections to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors |
| 121. | 11/13/2013 | 5719 | Notice of Filing of Revised Exhibit 2 (Liquidating Trust Agreement), Exhibit 4 (Borrower Claims Trust Agreement), Exhibit 13 (Liquidating Trust Causes of Action) and Exhibit 15 (Borrower-Related Causes of Action) Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 122. | 11/13/2013 | 5720 | Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al* and the Official Committee of Unsecured Creditors |
| 123. | 12/06/2013 | 6035 | Notice of Filing of Complete Assumption Schedule Constituting Exhibit 1 of the Plan Supplement |
| 124. | 12/06/2013 | 6036 | Notice of Filing of Revised Exhibit 13 (Liquidating Trust Cause of Action) and Exhibit 15 (Borrower-Related Causes of Action) Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 125. | 12/10/2013 | 6064 | Notice of Filing of Revised Exhibit 2 (Liquidating Trust Agreement) to the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 126. | 12/11/2013 | 6065-1 | Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors |

| **Item No.** | **Date** | **ECF No.** | **Description of Document** |
|---|---|---|---|
| 127. | 12/11/2013 | 6065 | Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors |
| 128. | 12/17/2013 | 6136 | Notice of Filing of Execution Versions of Exhibit 2 (Liquidating Trust Agreement), Exhibit 3 (RMBS Claims Trust Agreement), Exhibit 4 (Borrower Claims Trust Agreement), Exhibit 5 (Private Securities Claims Trust Agreement), and Exhibit 11 (Cooperation Agreement Between Liquidating Trust and the Kessler Settlement Class) to the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |
| 129. | 12/17/2013 | 6137 | Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date |
| 130. | 12/23/2013 | 6174 | Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses |
| 131. | 01/15/2014 | 6276 | Objection of the Liquidating Trust to Motion of Citibank, N.A. for an Order (i) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (ii) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses |
| 132. | 01/24/2014 | 6352 | Reply of Citibank to Liquidating Trust's Objection to Citibank Motion for an Order (i) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (ii) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses |
| 133. | 01/28/2014 | 6377 | Notice of Adjournment of Hearing on Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay such Interest as well as Citibank's Due and Unpaid Counsel Fees and Expenses to March 11, 2014 at 10:00 A.M. |
| 134. | 03/06/2014 | 6622 | Notice of Adjournment of Matters Scheduled for March 11, 2014 Omnibus Hearing to March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time) |
| 135. | 03/17/2014 | 6658 | Stipulated Facts in Connection with the Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses |
| 136. | 03/27/2014 | 6725 | Transcript of Hearing Held on March 26, 2014 |

| Item No. | Date | ECF No. | Description of Document |
|---|---|---|---|
| 137. | 03/31/2014 | 6728 | Notice of Filing of (1) Amended Exhibit 16 (Final Version of The RMBS Trust Claims Schedules to The Plan), and Annex to Exhibit 3 (Representative Share Schedules to The RMBS Claims Trust Agreement), Comprising Plan Supplement to The Confirmed Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, Et Al and The Official Committee of Unsecured Creditors |
| 138. | 04/22/2014 | 6811 | Memorandum Opinion and Order Granting Citibank's Motion for Default Interest and Counsel Fees and Expenses |
| 139. | 05/19/2014 | 6968 | Letter to Judge Glenn in Connection with Memorandum Opinion and Order Granting Citibank's Motion for Default Interest and Counsel Fees and Expenses |
| 140. | 05/19/2014 | 6969 | Letter addressed to The Honorable Martin Glenn regarding submission of Citibank's Proposed Judgment |
| 141. | 05/20/2014 | 6971 | Judgment (I) Determining that Citibank is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses |
| 142. | 05/30/2014 | 7019 | Notice of Appeal |

Dated: New York, New York
June 12, 2014

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/  Gregory A. Horowitz
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*