James Gadsden
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212)-238-8607
Facsimile: (212)-732-3232
e-mail: gadsden@clm.com

*Consultant to the Official Committee of Unsecured Creditors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC et al.,                           :   Case No. 12-12020 (MG)
                                                           :
                              Debtors.                     :   **AFFIDAVIT OF SERVICE**
                                                           :
                                                           :
-----------------------------------------------------------X

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK )

    EDURIN COLON, being duly sworn, deposes and says:

    1. I am over the age of eighteen years, am not a party to this proceeding and am employed by the law firm of Carter Ledyard & Milburn LLP.

    2. On Monday, June 16, 2014, I served true and correct copies of the REPLY OF CARTER LEDYARD & MILBURN LLP TO THE UNITED STATES TRUSTEE'S RESPONSE TO FEE APPLICATIONS FOR FIFTH INTERIM AND FINAL AWARDS OF COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES, by placing the same in five Federal Express envelopes addressed:

        LARREN M. NASHELSKY
        Morrison & Foerster LLP
        1290 Avenue of the Americas
        New York, New York 10104-0050

7460061.1

KENNETH H. ECKSTEIN
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

KENNETH S. ZIMAN
Skadden Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

RICHARD M. CIERI
Kirkland & Ellis
601 Lexington Avenue
New York, New York 10022

THE OFFICE OF THE
UNITED STATES TRUSTEE
201 Varick Street
Suite 1006
New York, New York 10014

On said day I deposited said envelopes with a clerk at the Federal Express Office located at One Exchange Place, New York, New York to be dispatched by overnight delivery.

Edurin Colon

Sworn to before me this

16th day of June, 2014.

Notary Public.

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2018

-2-

7460061.1