287 Egret Ave.
Naples, FL 34108
October 26, 2009

GMAC Mortgage
Attn: Customer Care
P.O. Box 4622
Waterloo, IA 50704-4622



RE: our mgt number
0601677259

Dear Sirs:

This letter is in response to our previous communications via mail and telephone calls to you. We are still very confused about the fact that our home is still in foreclosure. We were served the papers on 8-22-09. They were issued by DEUTSCHE BANK TRUST COMPANY.

We notified you right away. Your company has reassured us that our mortgage is current and that we were not in any arrears with GMAC.

Our question still remains unexplained. How is it possible that a bank that we have never even heard of, can issue foreclosure documents on our property. You have told us that you did not sell our mortgage to any other financial facility.

PLEASE try to help us with this major problem. We both are elderly, and this situation has caused us to be very upset and we remain very stressed out.

We will wait anxiously for your reply.

Sincerely,

Cheryl M. Mack

Barry F. Mack