# **EXHIBIT 1**

*Anthony L. Davide*
*7333 Coral Way*
*Miami, Florida 33155*

July 21, 2011                                        VIA FAX (866) 340-5043 &
                                                     Federal Express

GMAC Mortgage, LLC
3451 Hammond Ave
Waterloo, IA 50704-0780

RE: Loan Number 0601146026
    27 Lakeside Lane Unit 27A
    Key Largo, Florida 33037

Dear Servicer:

Attached please find the four page Foreclosure Repayment Agreement fully executed by me dated July 21, 2011. I received this agreement this past Monday both via US mail and by Federal Express.

Please execute the agreement accordingly and return to me a signed copy to for my records. I can not thank you enough for extending me this opportunity to help save my home from foreclosure. If you have any questions please feel free to contact me at your convenience.

Sincerely,

Anthony L. Davide

**Check Removed By Pitney and Forwarded to Payment Processing**

# JOHNSON & FREEDMAN LLC

Larry W. Johnson (GA, TN)
Joel A. Freedman (GA, TN, NC)
Mark A. Baker (GA, AL, NC, TN)
Lawrence W. Kelly (GA, TN, AZ)
Brian K. Widener (GA, NC)
Kyle S. Kotake (GA, HI)
Jeffery P. Jones (FL, DC)
January N. Taylor (NC, GA, SC)

Angel R. Gordon (GA, NC, TN)
Lori L. McGowan (GA, TN, AZ, CA)
N. John Rudd, Jr. (AL)
Andrew R. Bickwit (GA, NC, TN)
Paul G. Wersant (MD, DC, GA, FL)
Charity R. Bridgewater (GA, MS, TN)
Wesley E. Cline (GA, FL, VA)
Cory P. Sims (GA, MS, AL)
Jennifer L. Howell (FL)
Brandi Rainey Lesesne (GA, FL)

Writer's Direct Dial:
954-607-3966

Writer's Direct Facsimile:
404-329-8079

Writer's E-Mail Address:
jpjones@jflegal.com

Austin E. James (AL, GA)
Summer J. Hughes (FL, GA, VA, SC)
Tiffiny H. Wolf (SC, GA)
James W. Tarlton (GA, AL)
Jill J. Stoumen (GA)
Ma'Kishia S. Anderson (GA)
Deetric Montgomery Hicks (GA, MS)
Steven Zakharyayev (FL, NJ)
Alecia C. Daniel (FL, NY, NJ)
Joseph H. Wolenski (FL)
C. Matthew Hutt (FL)

 Of Counsel
Wendy A. Owens (GA, NC, WV)
Brian S. Tatum (GA, NC, SC, AL)
Michael Lindsey (AL)
Clifton E. Darnell (TN)
Carson L. Fitzgerald (NC)
Carrie S. Fisher (NC)
Nadia Z. Schroth (NC)

July 15, 2011

Mr. Anthony L. Davide
7333 Coral Way, Suite C
Miami, Florida  33155

**Forwarded by Federal Express**

Anthony L. Davide
8841 Southwest 105th Street
Miami, FL  33176

RE:  GMAC Mortgage, LLC v. Anthony L. Davide
     Case number 2010CA00583A001PK

Dear Mr. Davide:

This is to advise that my client has directed me to forward to you the enclosed Foreclosure Repayment Agreement ("Agreement") with regard to the above referenced case. If you are in agreement, please follow the instructions outlined in the Agreement.

If you have any questions, please call me at 954-607-3966.

Sincerely,

Jeffery Jones
Attorney for the Plaintiff

## GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/11/11

### FORECLOSURE REPAYMENT AGREEMENT

ANTHONY L DAVIDE

8841 SW 105 ST
MIAMI        FL 33176

RE:   Account Number      0601146026
      Property Address    27 LAKESIDE LANE UNIT 27A
                          KEY LARGO        FL 33037

ANTHONY L DAVIDE ("Customer") and GMAC Mortgage, LLC ("Lender"), in consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the "Agreement"), hereby agree as follows:

1. There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust or equivalent security instrument (the "Mortgage") executed on 12/13/04, in the original principal amount of $400000.00.

2. The account is presently in default for non-payment to Lender of the 04/01/10 installment and all subsequent monthly payments due on the Mortgage for principal, interest, escrows and charges.

3. The amount necessary to cure the default is $68575.05 plus such additional amounts that are presently due under the terms of the loan documents as of 07/11/11, and will increase until the default in the account is brought current.

4. Lender has instituted foreclosure proceedings against the property securing the Mortgage indebtedness, which proceedings will continue until the default(s) described herein is/are brought current under the terms of the Mortgage, or otherwise cured as provided for in this Agreement.

5. Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure activity on the default account, provided we receive the executed Agreement and we receive the initial installment in the amount of $15150.24 no later than 08/01/2011. This executed Agreement can be mailed or faxed to us at:

07/11/11
Account Number 0601146026
Page Two

        GMAC Mortgage, LLC
        Attention: Default Payment Processor
        3451 Hammond Avenue
        Waterloo, IA  50702
        Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $57145.88, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

        GMAC Mortgage, LLC
        Attention: Default Payment Processor
        3451 Hammond Avenue
        Waterloo, IA  50702

Additional methods of remitting payments under this agreement are:
- Money Gram using a Receive Code of 2365
- Western Union using a Code City and State of HOME IOWA

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.

07/11/11
Account Number 0601146026
Page Three

9. Customer understands and agrees that all other provisions, covenants and agreements set forth in the Mortgage shall remain in force and effect during the duration of this Agreement and thereafter, and this Agreement shall not constitute a modification or extension of the Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of the existing default, and in no manner shall such acceptance prejudice any rights of Lender to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the One Form of Action Rule), and shall not invalidate the Notice of Default. Customer expressly relinquishes and waives any rights, claims and defenses Customer may have under any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed in this agreement, those amounts will need to be paid at the conclusion of this agreement.


**Notice: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced account, not as a personal liability.**

If you have any additional questions, please contact us at 800-850-4622, extension 2365442.


Loss Mitigation Department
Loan Servicing

Enclosure

07/11/11
Account Number 0601146026
Page Three

9. Customer understands and agrees that all other provisions, covenants and agreements set forth in the Mortgage shall remain in force and effect during the duration of this Agreement and thereafter, and this Agreement shall not constitute a modification or extension of the Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of the existing default, and in no manner shall such acceptance prejudice any rights of Lender to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the One Form of Action Rule), and shall not invalidate the Notice of Default. Customer expressly relinquishes and waives any rights, claims and defenses Customer may have under any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed in this agreement, those amounts will need to be paid at the conclusion of this agreement.

**Notice: This is an attempt to collect a debt, and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced account, not as a personal liability.**

If you have any additional questions, please contact us at 800-850-4622, extension 2365442.

Loss Mitigation Department
Loan Servicing

Enclosure

07/11/11
Account Number 0601146026
Page Four

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: There is no grace period during this Agreement. Pursuant to your request and in order to cure the default on this account, all payments must be received on or before the due date.

**RECEIVED AND AGREED:**

_____(Seal)     7/21/11
ANTHONY L DAVIDE                   Date
Customer

_____            _____
                                    Date
Customer

Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our concurrence with this agreement.

_____
Servicer

5:15

**SIGN AND RETURN THIS PAGE ONLY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
RIVERSIDE PROPERTIES & INVEST OF FL, INC.                                              2019
Vendor No: GMAC        / Name: GMAC Mortgage                                           2019

Invoice '    Ref          Inv Date      Inv Amt       Discount       Adj Amt      Amt Paid

601146026   L601146026   07/21/11      15150.24         0.00          0.00        15150.24




(Acct: 11010-000)                  Check Date 07/21/11                Total        15150.24
                             ------------------------------------------------
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/21/2011 07:57
NAME    : LOAN CENTER
FAX     : 7863472465
TEL     : 3054610000
SER.#   : BROE3J408130
```

```
DATE,TIME            07/21  07:56
FAX NO./NAME         18663405043
DURATION             00:01:21
PAGE(S)              05
RESULT               OK
MODE                 STANDARD
```