MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum
Erica J. Richards
Meryl L. Rothchild

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JUNE 18, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    FEE APPLICATIONS[1]**

**Debtors' Professionals**

**1.**    Final Application of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel for the Debtors, for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 Through and Including December 17, 2013 [Docket No. 6537]

**Related Document(s):**    None.

---

[1] As used in this Section I, the "U.S. Trustee's Omnibus Response" refers to the *Omnibus Response of the United States Trustee Regarding Fee Applications for Fifth Interim and Final Awards of Compensation and Reimbursement of Out-of-Pocket Expenses* [Docket No. 7031].

ny-1133139

    **Response(s)**:

        **a.**    U.S. Trustee's Omnibus Response

    **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response and the Liquidating Trust's informal response have been resolved. The hearing on this matter will be going forward.

**2.** Final Application of Bryan Cave LLP as Ordinary Course Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through June 30, 2013 [Docket No. 6512]

    **Related Document(s):**    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

**3.** Fifth and Final Application of Carpenter Lipps & Leland LLP as Special Litigation Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Interim Period of September 1, 2013 Through December 17, 2013 and the Final Period of May 14, 2012 Through December 17, 2013 [Docket No. 6543]

    **Related Document(s):**    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

**4.** Fifth Interim and Final Application of Centerview Partners LLC as Investment Banker for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through December 17, 2013 [Docket No. 6573]

    **Related Document(s):**    None.

    **Response(s)**:

        **a.**    U.S. Trustee's Omnibus Response

    **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**5.** Fifth Interim and Final Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 Through and Including December 17, 2013 [Docket No. 6588]

ny-1133139    2

**Related Document(s):**

a.   Notice of Amended Summary of the Fifth Interim and Final Application of Curtis, Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession [Docket No. 7035]

**Response(s)**:

a.   U.S. Trustee's Omnibus Response

**Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response and the Liquidating Trust's informal response have been resolved.  The hearing on this matter will be going forward.

6. Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Independent Auditor and Attest Service Provider to the Debtors for the Period from May 14, 2012 through August 31, 2013 [Docket No. 6531]

   **Related Document(s):**   None.

   **Response(s)**:   None.

   **Status**:   The hearing on this matter will be going forward.

7. Fifth Interim and Final Fee Application of Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period from May 14, 2012 through December 17, 2013 [Docket No. 6539]

   **Related Document(s):**   None.

   **Response(s)**:   None.

   **Status**:   The hearing on this matter will be going forward.

8. Third Interim and Final Application of Ernst & Young LLP for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses [Docket No. 6536]

   **Related Document(s):**   None.

   **Response(s)**:

   a.   U.S. Trustee's Omnibus Response

|   |   |
|---|---|
| | **Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved.  The hearing on this matter will be going forward. |
| **9.** | Amended Fifth and Final Fee Application of Fortace LLC as Consultant for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual Expenses Incurred from May 21, 2012 through December 17, 2013 [Docket No. 6696] |

**Related Document(s)**:

- **a.** Fifth and Final Fee Application of Fortace LLC as Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred from July 6, 2012 through December 17, 2013 [Docket No. 6570]

- **b.** Supplement to Amended Fifth and Final Fee Application of Fortace LLC as Consultant for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual Expenses Incurred from May 21, 2012 through December 17, 2013 [Docket No. 7002]

**Response(s):**   None.

**Status**:   The hearing on this matter will be going forward.

**10.** Fifth Interim and Final Application of FTI Consulting, Inc., as Financial Advisor for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Interim Period of September 1, 2013 through December 17, 2013 and for Final Approval of Compensation and Reimbursement of Expenses Incurred for the Period of May 14, 2012 through December 17, 2013 [Docket No. 6591]

**Related Document(s)**:

- **a.** Notice of Clarifications and Corrections with Regard to Fifth Interim and Final Fee Application of FTI Consulting, Inc. ("FTI") as Financial Advisor for the Debtors and Debtors in Possession Re Docket No. 6591 [Docket No. 6632]

**Response(s)**:

- **a.** U.S. Trustee's Omnibus Response

- **b.** Amendment to Omnibus Response of the United States Trustee Regarding Fee Applications for Fifth Interim and Final Awards of Compensation and Reimbursement of Out-Of-Pocket Expenses [Docket No. 7039]

ny-1133139                                                4

  **Status**:  The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**11.** Third Interim and Final Application of Hudson Cook, LLP as Special Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 15, 2012 through June 30, 2013 [Docket No. 5980]

 **Related Document(s):** None.

 **Response(s)**:

  **a.** U.S. Trustee's Omnibus Response

  **Status**:  The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been withdrawn. The hearing on this matter will be going forward.

**12.** Fifth Interim and Final Fee Application of KPMG LLP, as Tax Compliance Professionals and Information Technology Advisors to the Debtors and Debtors in Possession, for Interim Allowance of Compensation and Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2013 through December 17, 2013 and for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 through December 17, 2013 [Docket No. 6542]

 **Related Document(s):** None.

 **Response(s)**: None.

 **Status**: The hearing on this matter will be going forward.

**13.** Second and Final Fee Application of Kurtzman Carson Consultants, LLC as Administrative Agent for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 through December 17, 2013 [Docket No. 6549]

 **Related Document(s):** None.

 **Response(s)**: None.

 **Status**: The hearing on this matter will be going forward.

**14.** Fifth Interim and Final Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Fifth Interim Compensation Period from September 1, 2013 through December 17, 2013 and the Final Compensation Period from May 14, 2012 through December 17, 2013 as Litigation Counsel for Debtors [Docket No. 6553]

ny-1133139  5

    **Related Document(s):**   None.

    **Response(s)**:   None.

    **Status**:   The hearing on this matter will be going forward.

15. Fifth Interim and Final Application of Mercer (US) Inc. as Compensation Consultant to the Debtors for the Interim Period from September 1, 2013 through December 17, 2013 and for the Final Period of May 14, 2012 through December 17, 2013 [Docket No. 6571]

    **Related Document(s):**   None.

    **Response(s)**:

    a.   U.S. Trustee's Omnibus Response

    **Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response and the Liquidating Trust's informal response have been resolved.  The hearing on this matter will be going forward.

16. Final Application of Morrison Cohen LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period from May 14, 2012 through December 16, 2013 [Docket No. 6555]

    **Related Document(s):**   None.

    **Response(s)**:

    a.   U.S. Trustee's Omnibus Response

    b.   Limited Objection of the ResCap Liquidating Trust to the Final Application of Morrison Cohen LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period from May 14, 2012 through December 16, 2013 [Docket No. 7084]

    **Reply**:

    a.   Response to the Limited Objection of the ResCap Liquidating Trust to the Final Application of Morrison Cohen LLP [Docket No. 7103]

        (i)   Declaration of Lewis Kruger in Opposition to the Objection of the ResCap Liquidating Trust to the Final Fee Application of Morrison Cohen LLP [Docket No. 7104]

        (ii)   Declaration of John E. Mack in Support of Morrison Cohen's Final Fee Application and in Response to Limited Objection of ResCap Liquidating Trust [Docket No. 7105]

      **(iii)**    Declaration of Pamela E. West in Support of Morrison Cohen's Final Fee Application and in Response to Limited Objection of ResCap Liquidating Trust [Docket No. 7106]

**Status**: The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**17.** Fifth Interim and Final Fee Application of Morrison & Foerster LLP as Bankruptcy Counsel for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 through December 17, 2013 [Docket No. 6567]

**Related Document(s)**:

**a.** Notice of Amended Summary Sheet for Fifth Interim and Final Fee Application of Morrison & Foerster LLP as Bankruptcy Counsel for the Debtors [Docket No. 6977]

**Response(s)**:

**a.** U.S. Trustee's Omnibus Response

**Status**: The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**18.** Fifth Interim Fee Application and Final Fee Application of Orrick, Herrington & Sutcliffe LLP, as Special Securitization Transactional and Litigation Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and For Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 through December 17, 2013 [Docket No. 6550]

**Related Document(s)**:

**a.** Notice of Filing of Amended Exhibit F-2 to Fifth Interim Fee Application and Final Fee Application of Orrick, Herrington & Sutcliffe LLP, as Special Securitization Transactional and Litigation Counsel for the Debtors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 14, 2012 Through December 17, 2013 [Docket No. 6972]

**Response(s)**:

**a.** U.S. Trustee's Omnibus Response

|   |   |
|---|---|
| | **Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved.  The hearing on this matter will be going forward. |
| **19.** | Third Interim and Final Application of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 15, 2012 through October 31, 2013 [Docket No. 5819] |

**Related Document(s):**   None.

**Response(s)**:

a.     U.S. Trustee's Omnibus Response

**Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved.  The hearing on this matter will be going forward.

**20.**   Third and Final Application of Perkins Coie LLP as Special Insurance Coverage Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred [Docket No. 6552]

**Related Document(s):**   None.

**Response(s)**:

a.     U.S. Trustee's Omnibus Response

**Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved.  The hearing on this matter will be going forward.

**21.**   Final Fee Application of Prince Lobel Tye LLP for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of May 14, 2012 through December 17, 2013 [Docket No. 6541]

**Related Document(s):**   None.

**Response(s)**:   None.

**Status**:   The hearing on this matter will be going forward.

**22.**   Final Application of Rubenstein Associates, Inc. as Corporate Communications Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through April 30, 2013 [Docket No. 6579]

  **Related Document(s):** None.

  **Response(s)**: None.

  **Status**: The hearing on this matter will be going forward.

23. Final Application of Severson & Werson, P.C. as Special California Litigation Counsel for Debtors for Allowance of Prior Interim Fees and Expenses (From May 14, 2012 through August 31, 2013) on a Final Basis and for Compensation and Reimbursement of Expenses Incurred for the Time Period Between September 1, 2013 through December 17, 2013 [Docket No. 6561]

  **Response(s)**:

  a. U.S. Trustee's Omnibus Response

  **Status**: The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

24. Final Fee Application of Tilghman & Co., P.C. as Noticing Agent to Debtor in Connection with the Kessler Settlement Agreement, for Allowance of Compensation for the Period May 14, 2012 through December 17, 2013 [Docket No. 6556]

  **Related Document(s):** None.

  **Response(s)**: None.

  **Status**: The hearing on this matter will be going forward.

25. Fourth and Final Fee Application of Towers Watson Delaware Inc. as Human Resources Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period June 25, 2012 through April 30, 2013 [Docket No. 6528]

  **Related Document(s):** None.

  **Response(s)**: None.

  **Status**: The hearing on this matter will be going forward.

26. Final Application of Troutman Sanders LLP for Compensation for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of May 14, 2012 through December 17, 2013 [Docket No. 6560]

          **Related Document(s):**   None.

          **Response(s)**:   None.

          **Status**:   The hearing on this matter will be going forward.

27. First and Final Application of Weir & Partners LLP, Special Counsel for Debtors, for Allowance and Disbursement of Compensation and Reimbursement of Expenses Incurred from May 14, 2012 through December 17, 2013 [Docket No. 6562]

          **Related Document(s):**   None.

          **Response(s)**:   None.

          **Status**:   The hearing on this matter will be going forward.

**Committee's Professionals**

28. Fifth and Final Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses Incurred During the Fifth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and for the Total Compensation Period of May 21, 2012 Through December 17, 2013 [Docket No. 6580]

          **Related Document(s):**   None.

          **Response(s)**:

          **a.**   U.S. Trustee's Omnibus Response

          **Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

29. Final Fee Application of Analytic Focus, LLC, Consultant to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses From August 28, 2012 Through December 17, 2013 [Docket No. 6581]

          **Related Document(s):**   None.

          **Response(s)**:   None.

          **Status**:   The hearing on this matter will be going forward.

30. First and Final Application of Carter Ledyard & Milburn LLP, Consultant to the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for

Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as a Consultant to the Committee [Docket No. 6569]

**Related Document(s):**    None.

**Response(s)**:

a.    U.S. Trustee's Omnibus Response

**Reply**:

a.    Reply of Carter Ledyard & Milburn LLP to the United States Trustee's Response to Fee Applications for Fifth Interim and Final Awards of Compensation and Reimbursement of Out--Of-Pocket Expenses [Docket No. 7110]

**Status**:    The hearing on this matter will be going forward.

31.    Fourth and Final Application of Coherent Economics, LLC, as Consultant to the Official Committee of Unsecured Creditors for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During (I) the Fourth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and (II) the Total Compensation Period of August 11, 2012 Through December 17, 2013 [Docket No. 6586]

**Related Document(s):**    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

32.    Fourth Interim and Final Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Interim Period From September 1, 2013 Through December 17, 2013 and the Final Period From May 22, 2012 Through December 17, 2013 [Docket No. 6582]

**Related Document(s):**    None.

**Response(s)**:

a.    U.S. Trustee's Omnibus Response

> **Status**: The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**33.** Final Application of J F. Morrow, Consultant to the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Total Compensation Period of September 5, 2012 Through August 31, 2013 [Docket No. 6587]

> **Related Document(s):** None.
>
> **Response(s)**: None.
>
> **Status**: The hearing on this matter will be going forward.

**34.** Fifth and Final Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During (I) The Fifth Interim Compensation Period of September 1, 2013 Through December 17, 2013 And (II) The Total Compensation Period of May 16, 2012 Through December 17, 2013 [Docket No. 6589]

> **Related Document(s):** None.
>
> **Response(s)**:
>
> **a.** U.S. Trustee's Omnibus Response
>
> **Status**: The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**35.** Fifth Interim and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors for the Period From May 16, 2012 Through December 17, 2013 [Docket No. 6583]

> **Related Document(s):** None.
>
> **Response(s)**:
>
> **a.** U.S. Trustee's Omnibus Response

>       **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

36. Fourth and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the (I) Fourth Interim Compensation Period of September 1, 2013 Through December 17, 2013 and (II) Final Compensation Period From September 19, 2012 Through December 17, 2013 [Docket No. 6565]

    **Related Document(s):**    None.

    **Response(s)**:

    **a.**    U.S. Trustee's Omnibus Response

    **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

37. First and Final Application of Quest Turnaround Advisors, LLC, Consultant to the Official Committee of Unsecured Creditors, for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From September 16, 2013 Through December 17, 2013 [Docket No. 6585]

    **Related Document(s):**    None.

    **Response(s)**:

    **a.**    U.S. Trustee's Omnibus Response

    **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

38. Final Fee Application of San Marino Business Partners LLC As Consultant to the Official Committee of Unsecured Creditors For Compensation and Reimbursement of Expenses Incurred For The Period August 11,2012 Through December 17,2013 [Docket No. 6590]

    **Related Document(s)**:   None.

    **Response(s)**:   None.

    **Status**:   The hearing on this matter will be going forward.

39.    Fourth and Final Application of SilvermanAcampora LLP, Special Counsel to Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Incurred from September 1, 2013 through December 16, 2013 [Docket No. 6559]

    **Related Document(s)**:   None.

    **Response(s)**:   None.

    **Status**:   The hearing on this matter will be going forward.

40.    Third Interim and Final Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP, as Special Counsel for Certain Regulatory Matters to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period From December 12, 2012 Through December 17, 2013 [Docket No. 6584]

    **Related Document(s)**:   None.

    **Response(s)**:

    a.    U.S. Trustee's Omnibus Response

    **Status**:   The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**Examiner's Professionals**

41.    Amended Final Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 6577] *(original filed at Docket No. 5849)*

    **Related Document(s)**:   None.

    **Response(s)**:

    a.    Limited Objection of the of the ResCap Liquidating Trust to the Final Fee Application and Amended Final Fee Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 7030]

ny-1133139    14

  **b.**  U.S. Trustee's Omnibus Response

 **Reply**:

  **a.**  Reply of Chadbourne & Parke LLP to Limited Objection of the ResCap Liquidating Trust to Chadbourne's Final Fee Application and Amended Final Fee Application [Docket No. 7114]

  **Status**:  The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**42.** Final Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 5850]

 **Related Document(s):** None.

 **Response(s)**: None.

 **Status**: The hearing on this matter will be going forward.

**43.** Final Fee Application of Leonard, Street and Deinard Professional Association for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Minnesota Counsel for the Examiner [Docket No. 5844]

 **Related Document(s):** None.

 **Response(s)**: None.

 **Status**: The hearing on this matter will be going forward.

**44.** Fifth and Final Fee Application of Mesirow Financial Consulting, LLC For Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner for the Period July 24, 2012 through December 17, 2013 [Docket No. 6578]

 **Related Document(s):**

  **a.**  Fourth and Final Fee Application of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner for the Period July 24, 2012 through October 31, 2013 [Docket No. 5848]

 **Response(s)**:

  **a.**  U.S. Trustee's Omnibus Response

  **b.**  Limited Objection of the ResCap Liquidating Trust to the Fourth and Final and Fifth and Final Fee Applications of Mesirow Financial Consulting,

ny-1133139    15

          LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner [Docket No. 7032]

**Reply**:

    **a.**    Reply of Mesirow Financial Consulting, LLC to Limited Objection of the ResCap Liquidating Trust to the "Fourth and Final" and "Fifth and Final" Fee Applications of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner [Docket No. 7113]

    **Status**:    The U.S. Trustee's informal response as provided for in the U.S. Trustee's Omnibus Response has been resolved. The hearing on this matter will be going forward.

**45.**    Final Fee Application of Wolf Haldenstein Adler Freeman & Herz LLP, Conflicts Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 15, 2012 Through and Including April 30, 2013 [Docket No. 5846]

    **Related Document(s):**    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

Dated: June 16, 2014  
New York, New York

    /s/ Lorenzo Marinuzzi  
    Lorenzo Marinuzzi  
    Norman S. Rosenbaum  
    Erica J. Richards  
    Meryl L. Rothchild  
    MORRISON & FOERSTER LLP  
    1290 Avenue of the Americas  
    New York, New York 10104  
    Telephone: (212) 468-8000  
    Facsimile: (212) 468-7900

    *Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*

ny-1133139    16