Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

RECEIVED

JUN 16 2014

U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case 12-12020 |
| Residential Capital, LLC, et. al. | ) |
| | ) MOTION FOR RECONSIDERATION OF |
| Debtors | ) ORDER DATED 02/26/14 PURSUANT TO |
| | ) RULES 9023 and 9024; REQUEST TO |
| | ) NUNC PRO TUNC ORDER |
| | ) [Claims 4738 and 5632] |
| | ) |
| | ) [No appearances necessary] |

**TO DEBTORS AND ALL INTERESTED PARTIES – PLEASE TAKE NOTICE THAT**

Karen Michele Rozier, Claimant, represented pro se applies to this Court for

reconsideration of the ORDER DENYING KAREN MICHELE ROZIER'S MOTION TO STRIKE

entered on 06/5/14 [Docket #7055]. A true and correct copy of the ORDER is attached

hereto as Exhibit **A**. A proposed corrected copy of the Court's Order is attached hereto

as Exhibit **B**.

Claimant makes this request pursuant to Federal Rules of Bankruptcy Procedure Rules 9023 and 9024. Rule 9024 incorporates Rule 60 of the Federal Rules of Civil Procedure, which establishes the grounds on which a court may grant relief from a final order. Rule 9024 provides that relief may be granted for a clerical mistake or for "mistake, inadvertence, surprise, excusable neglect," newly-discovered evidence, fraud, misrepresentation, misconduct, where the order is void or has been satisfied, released, or discharged or "is no longer equitable, or for any other reason that justifies relief" from the order. FED. R. CIV. P. 60(a), (b).

Rule 9023 of the Federal Rules of Bankruptcy Procedure incorporates Rule 59 of the Federal Rules of Civil Procedure, which governs motions for amendment of a judgment. Under Rule 9023, "reconsideration is proper 'to correct a clear error of law or prevent manifest injustice.'" *Munafo v. Metro. Transp. Auth.*, 381 F.3d 99, 105 (2d Cir. 2004) (internal citations omitted). "Generally, motions for reconsideration are not granted unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Key Mech. Inc. v. BDC 56 LLC (In re BDC 56 LLC)*, 330 F.3d 111, 123 (2d Cir. 2003) (internal quotation marks and citation omitted).

Claimant concedes that Court does not intend to budge from its position that the Debtors did not review claims prior to placing them into the Independent Foreclosure Review (IFR) waterfall and therefore payment from the IFR does not constitute prima facie evidence that Debtor's have accepted the claim. Claimant disagrees but will take that up on appeal if necessary.  Claimant believes hers is a unique situation which deserves immediate resolution. Claimant has every reason to suspect that the Debtors will seek to extend the Plan deadline past the publicized September 15, 2014 date. The

purpose of this Request for Consideration and to Nunc Pro Tunc Matters is due to the clear and compelling evidence that the Bankruptcy Court was sitting on Claimant's filing in order to assist Debtor, whether intentionally or unintentionally so.

1. Claimant submitted her request for payment on December 16, 2013. It was entered into the system a week later on December 23, 2013. [Docket #'s 6173 and 6173-1]

2. Claimant wrote the Court on February 7, 2014, informing it that the Debtors had not opposed and requesting that the Court approve her Motion. [Docket #6479] All parties were electronically served on February 7, 2014.

3. A few days later on February 11, 2014, Debtors opposed 50-days later on. [Docket # 6461]

4. Claimant's letter was filed on February 11, 2104 but not entered until a few days later on February 14, 2014, after the Debtor's untimely opposition.

5. Claimant responded 9-days later on February 20, 2014. Her Reply was deemed not filed by the Clerk until February 24, 2014 but did not appear in the public website until March 4, 2014, or 8-days later.

6. The Court sustained Debtors' late objections and denied Claimant's request on February 26, 2014. [Docket #6519]  This Order does not acknowledge Claimant's timely Reply though it was filed two days prior.  Claimant's timely filed Reply was not entered into the system until March 4, 2014.

7. Claimant obtained a property appraisal to refute the Debtors and its co-defendants assertions in these and other proceedings. Claimant filed a Motion for Reconsideration on April 28, 2014 and included the appraisal with her motion. [Docket # 6861] All parties were electronically served on April 29, 2014. According to the United States Postal System, it was delivered to the court on

Wednesday April 30, 2014. It was not entered into the system until May 6, 2014, or 6-days later.  [Exhibit **1**]

8. Twenty-three days later on May 22, 2014, Claimant filed and electronically served on all parties a CERTIFICATE OF NO OBJECTION. Claimant also mailed it to the court. [Exhibit **2**]

9. The next day, Debtors filed its objection.

10. Claimant filed a Motion to Strike and Reply to Objection on May 28, 2014, again electronically serving all parties.  [Docket # 7047] According to the USPS, the Motion was delivered to the court on May 30, 2014 at 1:13 pm. [Exhibit **3**] Filed 6/2/14 and entered the same date.

11. The Court allowed Debtors late opposition while being blind to the Claimant's timely filed and served CERTIFICATE OF NO OBJECTION.

12. Claimant called several times and made written inquiries into the status of the missing filing. It wasn't until Claimant accused the Clerk of collusion and demanded that the Court pay Claimant $300,000 in interest for its role as a co-Debtor did the Clerk file the document into the record, a few hours later on the same day of June 9, 2014 – 18-days after filing.

13. Claimant is an individual and not a corporation or attorney and therefore legally prohibited from electronically filing. Claimant, a degreed electrical engineer and former rocket scientist, routinely electronically files in Orange County cases. The Court's arbitrary rules clearly have harmed this Pro Se Claimant who have followed every rule while assisting the well-represented Debtors, who have followed none. Shame on the Court.

14. Claimant laments the necessity of this filing. It is not her intent to add to the court's burden, but Claimant is concerned about what appears to be collusion

between the federal bankruptcy Clerk and the Debtors or its agents. All parties must be investigated.

15. An independent party should review the motions in the order filed, not in the order when the Clerk decides to enter them. A review of all of Claimant's filings quickly demonstrate that the Clerk has been routinely sitting on Claimant's filing to Debtors' benefit.  As the United States Trustee was also electronically served, the Court should reasonably consider the date the Trustee received the documents as the date of filing since we clearly can not trust the Clerk or mail room.  As some documents were sent Federal Express at great expense, it was unreasonable for the mailroom or Clerk to assume these documents were anything less than time-sensitive.

**WHEREFORE,** Claimant Karen Michele Rozier moves this Court to reconsider its earlier orders, STRIKE the Debtors' opposition to her Request for Reconsideration, and acknowledge that Claimant's request are timely and reasonable while the Debtors' responses are time barred and the Clerk's action's inexcusable.

Date: June 11, 2014                     Respectfully Submitted,

                                        Karen Michele Rozier

# ATTACHMENT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER DENYING KAREN MICHELE ROZIER'S MOTION TO STRIKE

On April 30, 2014, Karen Michele Rozier filed a *Motion for Reconsideration of Order Dated 2/26/14 Pursuant to Rules 9023 and 9024* (ECF Doc. # 6861). The ResCap Borrower Claims Trust filed an objection to Rozier's reconsideration motion on May 23, 2014 (ECF Doc. # 7004). On June 2, 2014, the Court entered an order denying Rozier's motion for reconsideration (ECF Doc. # 7028). That same day, Rozier filed a motion to strike the Trust's objection to her reconsideration motion (ECF Doc. # 7047). Rozier's motion to strike is **DENIED.**

Dated:  June 5, 2014
        New York, New York                        ____**/s/Martin Glenn**____
                                                           MARTIN GLENN
                                              United States Bankruptcy Judge

# ATTACHMENT **B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER DENYING KAREN MICHELE ROZIER'S MOTION TO STRIKE

On April 30, 2014, Karen Michele Rozier filed a *Motion for Reconsideration of Order* *On May 22, 2014, Ms. Rozier filed and served her Certificate of No Objection.* *Dated 2/26/14 Pursuant to Rules 9023 and 9024* (ECF Doc. # 6861). The ResCap Borrower

Claims Trust filed an objection to Rozier's reconsideration motion on May 23, 2014 (ECF Doc. *The Clerk sat on it until*

# 7004). On June 2, 2014, the Court entered an order denying Rozier's motion for ~~PRIOR TO RECEIVING THE~~ *June 2, 2014*

reconsideration (ECF Doc. # 7028). That same day, Rozier filed a motion to strike the Trust's *and only uploaded* ~~COURT'S ORDER~~ *into the system*

objection to her reconsideration motion (ECF Doc. # 7047). Rozier's motion to strike is *after Ms. Rozier*

~~DENIED.~~ GRANTED. *filed a formal written complaint and gave verbal notice of her intent to sue the Clerk personally.*

Dated: June 5, 2014
     New York, New York

                        **/s/Martin Glenn**
                        MARTIN GLENN
          United States Bankruptcy Judge

# EXHIBIT <u>1</u>

# EXHIBIT <u>1</u>

# Exhibit __1__

Receipt from mailing of **Docket # ???**, Certificate of No Objection

Mailed: 5/22

E-served 5/22 (Exhibit    )

Delivered: **???**

Filed: **???**

Entered: **???**

```
=====================================
   BUENA PARK MAIN OFFICE APC 3
        7377 LA PALMA AVE
     BUENA PARK, CA 90622-9998

05/22/2014                   05:47:00 PM
=====================================
           Sales Receipt
                                ---------
Product          Sale    Unit   Final
Description       Qty    Price   Price
----------      ------  ------  -------

NEW YORK, NY 10004               $1.19
Zone-8
First-Class Mail® Large Envelope
  0 lb. 1.30 oz.
  Customer Postage               -$.49
  * Expected Delivery Day Tuesday, May
27.
                                ========
Issue Postage:                    $.70

$.49 Stamp         1     $.49     $.49

Total:                          ========
                                  $1.19

Paid by:
DebitCard                        $1.19
  Account #:     XXXXXXXXXXXX5532
  Approval #:    014820
  Transaction #: 322
  23-902501113-99
  Receipt #:     004597

SSK Transaction #:     36
USPS® #                051020-9562

            Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

# Exhibit __1__

· Print

| Date: | Thursday, May 22, 2014 7:38 PM |
|---|---|
| From: | rozier.david@roadrunner.com |
| To: | LNASHELKSY@MOFO.COM, GLEE@MOFO.COM, LMARINUZZI@MOFO.COM, TRACY.DAVIS2@USDOJ.GOV, LINDA.RIFFKIN@USDOJ.GOV, BRIAN.MASUMOTO@USDOJ.GOV, KECKSSTEIN@KRAMERLEVIN.COM, TMAYER|@KRAMERLEVIN.COM, DMANNAL@KRAMERLEVIN.COM |
| Cc: | rozier.karen@yahoo.com |
| Subject: | *** SERVICE *** Certificate of No Service 12-12020 (MG) |

TO ALL INTERESTED PARTIES: Attached is a Certificate of No Objection [Claims 4738 and 5632] with proposed ORDER.

David E. Rozier

🖇 Certificate of No Objection.PDF

 USPS.COM

Search USPS.com or Track Packages

Quick Tools            Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

 Customer Service ›
**Have questions? We're here to help.**

Tracking Number: **9114901230801953129336**

Expected Delivery Day: **Wednesday, April 30, 2014**

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | $50 insurance included | USPS Tracking™ |

Get & Text Tracking™

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 30, 2014 , 10:13 am** | **Delivered** | **NEW YORK, NY 10004** |

Your item was delivered at 10:13 am on April 30, 2014 in NEW YORK, NY 10004.

| | | |
|---|---|---|
| April 30, 2014 , 10:07 am | Out for Delivery | NEW YORK, NY 10004 |
| April 30, 2014 , 9:57 am | Sorting Complete | NEW YORK, NY 10004 |
| April 30, 2014 , 8:14 am | Arrival at Post Office | NEW YORK, NY 10004 |
| April 30, 2014 , 5:21 am | Depart USPS Sort Facility | BETHPAGE, NY 11714 |
| April 30, 2014 , 12:39 am | Processed through USPS Sort Facility | BETHPAGE, NY 11714 |
| April 29, 2014 , 1:30 am | Depart USPS Sort Facility | ANAHEIM, CA 92899 |
| April 28, 2014 , 10:05 pm | Processed through USPS Sort Facility | ANAHEIM, CA 92899 |
| April 28, 2014 , 6:59 pm | Depart Post Office | BUENA PARK, CA 90622 |
| April 28, 2014 , 6:03 pm | Acceptance | BUENA PARK, CA 90622 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ]    Track It

**LEGAL**              **ON USPS.COM**              **ON ABOUT.USPS.COM**              **OTHER USPS SITES**
Privacy Policy ›        Government Services ›        About USPS Home ›                 Business Customer Gateway ›

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=&tLabels=9114901230801953129336

# EXHIBIT <u>2</u>

# EXHIBIT <u>2</u>

# Exhibit 2

Receipt from mailing of **Docket # 6861**, Motion for Reconsideration

Mailed: 4/28

E-served 4/29 (Exhibit   )

Delivered 4/30

Filed: 4/30 (Exhibit   )

Entered: 5/6

```
            BUENA PARK POST OFFICE
            BUENA  PARK, California
                  908229999
               0544850120 -0098
04/28/2014      (714)523-8701    06:03:44 PM
                  Sales Receipt
Product            Sale  Unit         Final
Description         Qty  Price        Price

00 ~~ NEW YORK NY 10004 Zone-8       $5.60
Priority Mail 2-Day
Flat Rate Env
2 lb.  0.60 oz.
  Expected Delivery: Wed 04/30/14
  USPS Tracking #:
  9114901230801953129336
  Includes $50 insurance

  Issue PVI:                         $5.60

Total:                               $5.60

Paid by:
Cash                                $10.00
Change Due:                         -$4.40

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*************************************
*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*************************************
*************************************
```

# Exhibit 2

# Exhibit 2

**Subject:** Re: *** NOTICE OF ESERVICE *** CASE 12-12020 MOTION [Claims 4738, 5632]

**From:** Karen Rozier (rozier.karen@yahoo.com)

**To:** rozier.david@roadrunner.com; lnashelsky@mofo.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; glee@mofo.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; tmayer@kramerlevin.com; Brian.Masumoto@usdoj.gov; lmarinuzzi@mofo.com; enid.stuart@OAG.State.NY.US;

**Date:** Tuesday, April 29, 2014 12:21 AM

## Motion for Reconsideration.pdf

Karen Rozier shared from Dropbox

View on www.dropbox.com                          Preview by Yahoo

On Tuesday, April 29, 2014 12:03 AM, "rozier.david@roadrunner.com" <rozier.david@roadrunner.com> wrote:

TO ALL INTERESTED PARTIES:

Please be advised that Claimant Karen Michele Rozier mailed today to the Clerk of the United States Bankruptcy Court for the Southern District of New York:

MOTION FOR RECONSIDERATION OF ORDER DATED 02/26/14 PURSUANT TO RULES 9023 and 9024 [Claims 4738 and 5632]

I will forward from her Dropbox. Thank you.

David E. Rozier
(714) 512-5740

# Exhibit 2

# EXHIBIT <u>3</u>

# EXHIBIT <u>3</u>

# Exhibit 3

Receipt from mailing of **Docket # 7047**, Reply to Opposition and Motion to Strike

Mailed: 5/29

E-served 5/29 (Exhibit    )

Delivered 5/30 (Exhibit    )

Filed: 6/2

Entered: 6/4

```
        BUENA PARK POST OFFICE
        BUENA PARK, California
              906229998
          0544850120 -0097
05/29/2014     (714)523-8701     10:14:49 AM

              Sales Receipt
Product              Sale  Unit        Final
Description          Qty   Price       Price

~~ NEW YORK NY 10004-1415 Zone-8        $19.99
Priority Mail Express 1-Day
Legal Flat Rate Env
8.30 oz.
USPS Tracking #:
EK266756113US
Scheduled Delivery Day: Fri 05/30/14
12:00PM - Money Back Guarantee
Includes $100 insurance

Signature Waived
                                    =========
Issue PVI:                            $19.99

ALEXANDRIA VA 22314 Zone-8            $2.24
First-Class Mail Large Env
7.00 oz.
Expected Delivery: Mon 06/02/14
                                    =========
Issue PVI:                            $2.24


Total:                               $22.23

Paid by:
Cash                                 $25.00
Change Due:                          -$2.77
*****************************************
 *****************************************
```



# Exhibit 3

**UNITED STATES**
**POSTAL SERVICE**

Date: June 5, 2014

Karen Rozier:

The following is in response to your June 5, 2014 request for delivery information on your Priority Mail Express® item number EK266756113US. The delivery record shows that this item was delivered on May 30, 2014 at 1:13 pm in NEW YORK, NY 10004 to E PESELLI. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

# Exhibit 3

---

| rozier.david@roadrunner.com | | Search Mail | Search Web |
| --- | --- | --- | --- |

◀ Search results    ⬅ ⬅⬅ ➡    🗑 Delete    📥 Move ⌄    ⊗ Spam ⌄    ••• More ⌄    ❯

## Documents Served

**rozier.david@roadrunner.com**                                    📎 May 30 at 8:52 PM
To lnashelsky@mofo.com, glee@mofo.com, lmarinuzzi@mofo.com, keckstein@kramerlevin.com,
tmayer@kramerlevin.com, dmannal@kramerlevin.com, TracyDavis2@usdoj.gov, Linda.Rifkkin@usdoj.gov,
Brian.Masumoto@usdoj.gov, Me

These documents were filed on Thursday May 29, 2014.

David

3 Attachments   |   View all   |   Download all ⌄                          🔰 Norton
                                                                           by Symantec

Reply_opposition_r... .pdf                    View | Download ⌄
Public Notice.PDF                             View | Download ⌄
POS.pdf                                       View | Download ⌄

**Reply, Reply All or Forward | More**

Click to reply all

---

# Exhibit 3

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- **MOTION FOR RECONSIDERATION OF ORDER DATED 02/26/14 PURSUANT TO RULES 9023 and 9024; REQUEST TO NUNC PRO TUNC ORDER [Claims 4738 and 5632]**

On all interest parties in this action by mail as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2014

David E. Rozier, Sr