**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
Residential Capital, LLC, et al.,                            :  Case No. 12-12020 (MG)
                                                             :
                      Debtors.                               :  Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On June 16, 2014, I caused to be served a true and correct copy of the *Reply of Chadbourne & Parke LLP to Limited Objection of the ResCap Liquidating Trust to Chadbourne's Final Fee Application and Amended Final Fee Application* [Docket No.: 7114] upon the parties listed on the annexed Schedule "A" by electronic mail, and Schedule "B" by first class mail, postage pre-paid thereon.

CPAM: 6620457.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                              */s/ David M. Bava*
                                                                David M. Bava

Sworn to before me this
17th day of June 2014

*/s/ Francisco Vazquez*
     Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

2

CPAM: 6620457.1

**SCHEDULE "A"**
**(By Electronic Mail)**

jbrodsky@qtadvisors.com
kstadler@gklaw.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
dgolden@akingump.com
dzensky@akingump.com
aqureshi@akingump.com
pdublin@akingump.com
ralbanese@akingump.com
rajohnson@akingump.com
ccarty@akingump.com
djnewman@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
jeff.brown@gmacfs.com
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
petriea@ballardspahr.com
wallaces@ballardspahr.com
Schindlerwilliamss@ballardspahr.com
marriott@ballardspahr.com
Sarah.Stout@BNYMellon.com
Jennifer.Provenzano@BNYMellon.com
Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com
jonathanu@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com
root@blankrome.com
courtney.lowman@ally.com
ryan.philp@bgllp.com
stan.chelney@bgllp.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
dfiveson@bffmlaw.com
jmhall@bffmlaw.com

3

gregory.petrick@cwt.com
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
bobbie.theivakumaran@citi.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
meisenkraft@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com
srosen@cbshealaw.com
mwarner@coleschotz.com
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
glenn.siegel@dechert.com
hector.gonzalez@dechert.com
brian.greer@dechert.com
mauricio.espana@dechert.com
craig.druehl@dechert.com
rosa.mendez@db.com
Brendan.meyer@db.com
diem.home@gmail.com
gcatalanello@duanemorris.com
jvincequerra@duanemorris.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
gary.kaplan@friedfrank.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com
shumphries@gibbsbruns.com

CPAM: 6620457.1

kpatrick@gibbsbruns.com
DFeldman@gibsondunn.com
JWeisser@gibsondunn.com
theodore.w.tozer@hud.gov
kstadler@gklaw.com
gjarvis@gelaw.com
mpmorris@gelaw.com
delman@gelaw.com
brian@gmcnjlaw.com
bnoren@hinshawlaw.com
skraus@hinshawlaw.com
bnoren@hinshawlaw.com
ayala.hassell@hp.com
rnorton@hunton.com
 rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
pgallagher@nassaucountyny.gov
ceblack@jonesday.com
cball@jonesday.com
rlwynne@jonesday.com
lemiller@jonesday.com
ceblack@jonesday.com
reriksen1@gmail.com
aglenn@kasowitz.com
mstein@kasowitz.com
dfliman@kasowitz.com
namamoo@kasowitz.com
kgcully@kgcully.com
kdwbankruptcydepartment@kelleydrye.com
eciolko@ktmc.com
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com
ajowers@kslaw.com
pferdinands@kslaw.com
mstrauss@kmllp.com
bwalker@kmllp.com
judson.brown@kirkland.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
tklestadt@klestadt.com
jcorneau@klestadt.com
sdny@kmk-law.net

5

keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
jtrachtman@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com
jleibowitz@kandfllp.com
rescapinfo@kccllc.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
Dcaponnetto@leopoldassociates.com
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
 ilevee@lowenstein.com
adoshi@magnozzikye.com
susanp@taxcollector.com
kmarino@khmarino.com
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
knewman@menterlaw.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
Tammy.Hamzehpour@rescapestate.com
 Jill.horner@rescapestate.com
Colette.wahl@rescapestate.com
Deanna.horst@rescapestate.com
William.thompson@rescapestate.com
William.tyson@rescapestate.com
Eileen.oles@rescapestate.com
Lauren.delehey@rescapestate.com
Julie.busch@rescapestate.com
kathy.priore@rescapestate.com

6

patty.zellmann@rescapestate.com
John.Ruckdaschel@rescapestate.com
lnashelsky@mofo.com
 glee@mofo.com
lmarinuzzi@mofo.com
Ksadeghi@mofo.com
jmoldovan@morrisoncohen.com
bankruptcy@morrisoncohen.com
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
angela.baglanzis@obermayer.com
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
enid.stuart@OAG.State.NY.US
joseph.cordaro@usdoj.gov
cristine.phillips@usdoj.gov
dwdykhouse@pbwt.com
bguiney@pbwt.com
Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
dflanigan@polsinelli.com
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com
jzajac@proskauer.com
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
reriksen1@gmail.com
Ross.martin@ropesgray.com
keith.wofford@ropesgray.com
Ross.martin@ropesgray.com
prubin@rubinlawllc.com
dsasser@siwpc.com
dhall@siwpc.com

7

aisenberg@saul.com
gschwab@saul.com
abrockway@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com
rbarkasy@schnader.com
eboden@schnader.com
DBlumenthal@SchneiderMitola.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
secbankruptcy@sec.gov
secbankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
NYROBankruptcy@SEC.GOV
bateman@sewkis.com
christensen@sewkis.com
patel@sewkis.com
hooper@sewkis.com
josselson@sewkis.com
cohen@sewkis.com
das@sewkis.com
binder@sewkis.com
kotwick@sewkis.com
alves@sewkis.com
joel@shafeldlaw.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com
sfennessey@shearman.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
msweeney@msgrb.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
AGBankNewYork@ag.tn.gov
robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com
Christopher.stevens@tdsecurities.com
rblmnf@aol.com
tmm@mullaw.org
themeyerslawfirm@gmail.com
TJSinnickson@aol.com
frenklinart@aol.com
kay.brock@co.travis.tx.us

8

mamta.scott@usbank.com
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
AskDOJ@usdoj.gov
Mark.Flannagan@umb.com
joseph.cordaro@usdoj.gov
cristine.phillips@usdoj.gov
james.byrnes@usbank.com
laura.moran@usbank.com
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov
SBOYD@walterinvestment.com
mvaughan@wbsvlaw.com
dskeens@wbsvlaw.com
gary.holtzer@weil.com
kelly.j.rentz@wellsfargo.com
Sharon.Squillario@wellsfargo.com
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
cshore@whitecase.com
isilverbrand@whitecase.com
hdenman@whitecase.com
mabrams@willkie.com
rchoi1@willkie.com
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com

CPAM: 6620457.1

## SCHEDULE "B"
### (By First Class Mail)

| NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP |
|---|---|---|---|---|---|
| ResCap Liquidating Trust c/o Quest Turnaround Advisors, LLC | Jeffrey Brodsky | 800 Westchester Avenue Suite S-520 | Rye Brook | NY | 10573 |
| Godfrey & Kahn, S.C. | Katherine Stadler, Esq. | P.O. Box 2719 | Madison | WI | 53710-2719 |
| Citibank NA | Bobbie Theivakumaran | 390 Greenwich St 6th Fl | New York | NY | 10013 |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal Thomas J Moloney | One Liberty Plaza | New York | NY | 10006 |
| Clifford Chance US LLP | Jennifer C DeMarco Adam Lesman | 31 West 52nd St | New York | NY | 10019 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | New York | NY | 10022 |
| Kirkland & Ellis LLP | Ray C Schrock Stephen E Hessler | 601 Lexington Ave | New York | NY | 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein Thomas Moers Mayer Douglas H Mannal Jeffrey Trachtman | 1177 Avenue of the Americas | New York | NY | 10036 |
| Kurtzman Carson Consultants | P Joe Morrow | 2335 Alaska Ave | El Segundo | CA | 90245 |
| Loeb & Loeb LLP | Walter H Curchack Vadim J Rubinstein Debra W Minoff | 345 Park Ave | New York | NY | 10154 |
| Morrison & Foerster LLP | Tammy Hamzehpour | 1290 Avenue of the Americas | New York | NY | 10104 |
| Morrison & Foerster LLP | Larren M Nashelsky Gary S Lee Lorenzo Marinuzzi Kayvan B Sadeghi | 1290 Avenue of the Americas | New York | NY | 10104 |
| Office of the NY State Attorney General | Nancy Lord Enid M Stuart | The Capitol | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos, Regional Director | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | New York | NY | 10286 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York civil Division | Joseph Cordaro Cristine Irvin Phillips | 86 Chambers St 3rd Fl | New York | NY | 10007 |

CPAM: 6620457.1

| NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP |
|---|---|---|---|---|---|
| US Trustee for the Southern District of NY | Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 |
| Wells Fargo Bank NA | Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | Columbia | MD | 21046 |

CPAM: 6620457.1