UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                     )   Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC. et al.           )   Chapter 11
                                           )
                    Debtors                )   Jointly Administered

STATE OF FLORIDA            BORROWER JORGE CERRON'S AFFIDAVIT
COUNTY OF SARASOTA

The undersigned, Jorge Cerron, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and a resident of the state of Florida. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
   a- That GMAC Mortgage LLC., have not standing to include the borrower Jorge Cerron's property and/or the note encumbering said property in its filing for Bankruptcy under Residential Capital, LLC. et al. case # 12-12020 (MG).
   b- That GMAC Mortgage LLC., had not standing to filed its foreclosure lawsuit in 9/16/2009 under case # 2009 CA 015793 NC., in Sarasota, Florida.
   c- I am not in receipt of any documents that could validate the plaintiff's claims of the subject debt, and/or the validity of its claims of ownership of the mortgage and note.
   d- I am not in receipt of the alleged plaintiff's default letter or notice of default of the subject debt, and/or any document which verified its service.
   e- I am not in receipt of any documents that can authenticate the signatures on the Mortgage and Note, and/or on the alleged plaintiff's collection letter.
   f- I am not in receipt of any documents that can authenticate the signatures on the blank endorsed and undated Mortgage Note in the above case.
   g- I am not in receipt of any documents that can authenticate the signatures on the assignment(s) of mortgage submitted by the plaintiff's in the above case.

*I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.*
Executed on this ____2____ day of ____June____ 2014.

_____
Jorge Cerron

                        NOTARY ACKNOWLEDGEMENT
SATATE OF __Florida__          COUNTY OF __Sarasota__, SS:

_____
NOTARY PUBLIC
8/22/17
My commission expires

TRACEY L. VIVIANO
Notary Public - State of Florida
My Comm. Expires Aug 22, 2017
Commission # FF 047996
Bonded Through National Notary Assn.

SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court /to file in Case No. 12-12020 (MG) RESIDENTIAL CAPITAL, LLC. et al. Chapter 11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan
One Bowling Green
New York, NY 10004-1408
Attn: HONORABLE MARTIN GLENN UNITED STATES BANKRUPTCY JUDGE

MORRISON & FOERSTER
Counsel for Residential Capital, LLC, et al.
1290 Avenue of the Americas
New York, NY 10104
ATTN: Norman S. Rosenbaum, Esq.

WOLFE & WYMAN LLP
Litigation Counsel to the Debtors and Debtors in Possession
11811 N. Tatum, Suite 3031
Phoenix, AZ 85028
By: Colt B. Dodrill, Esq.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished by U. S mail to the person(s) and/or law firms described on the above service list, on this 2nd day of June, 2014.

Respectfully submitted,

Jorge Cerron
P.O. Box 18902
Sarasota, Florida, 34276.

CERTIFICATE OF SERVICE