

## PROOF OF SERVICE
### Case 12-12020 (MG) In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- **MOTION TO STRIKE AND REPLY TO OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST TO KAREN MICHELE ROZIER'S MOTION FOR RECONSIDERATION OF ORDER; DECLARATION OF Karen Michele Rozier IN SUPPORT THEREOF [CLAIMS 4738 AND 5632]**
- **PUBLIC NOTICE dated 5/23/2014**

On all interest parties in this action by regular e mail as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com;
lmarinuzzi@mofo.com

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com;
tmayer@kramerlevin.com ;
dmannal@kramerlevin.com ;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2014

David E. Rozier, Sr