Brad Eric Scheler, Esq.
Gregg L. Weiner, Esq.
Lisa H. Bebchick, Esq.
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON, LLP
One New York Plaza
New York, New York 10004
Telephone:  (212) 859-8000
Facsimile:  (212) 859-4000

*Attorneys for Mesirow Financial Consulting, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC., *et al.*,[1] | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------- x | | |

**CERTIFICATE OF SERVICE**

      I, Diana Fisher, certify that on June 16, 2014, I caused copies of the Reply of Mesirow Financial Consulting, LLC to Limited Objection of the Rescap Liquidating Trust to the "Fourth and Final" and "Fifth and Final" Fee Applications of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner (Docket No. 7113) to be served by United States mail, first-class postage paid to the parties listed on Exhibit A attached hereto, and, where electronic mailing addresses were provided, by electronic mail upon the parties listed on Exhibit B attached hereto.  I further certify that on June 16, 2014, I caused a copy of same to be filed via the Bankruptcy Court's CM/ECF filing system.

Dated:  New York, New York
          June 17, 2014

                                                            /s/ Diana Fisher
                                                            Diana Fisher

---

[1]     The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.

<u>Exhibit A</u>

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  Howard Seife, Esq.

Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY  10112
Attn:  David M. LeMay, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Larren M. Nashelsky, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Gary S. Lee, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn:  Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kennneth H. Eckstein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Douglas H. Mannal, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY  10036
Attn:  Kenneth S. Ziman, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Richard M. Cieri, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY  10022
Attn:  Ray C. Schrock, Esq.

Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin  53701-2719
Attn:  Katherine Stadler, Esq.

US Trustee for the Southern District of New York
201 Varick Street, Suite 2006
New York, NY  10014
Attn:  Tracy Hope Davis, Esq.

US Trustee for the Southern District of New York
201 Varick Street, Suite 2006
New York, NY  10014
Attn:  Linda A. Riffkin, Esq.

US Trustee for the Southern District of New York
201 Varick Street, Suite 2006
New York, NY  10014
Attn:  Brian S. Masumoto, Esq.

US Trustee for the Southern District of New York
201 Varick Street, Suite 2006
New York, NY  10014
Attn:  Michael Driscoll, Esq.

Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY  12601
Attn:  Eric J. Small, Esq.

ResCap Liquidating Trust
c/o Quest Turnaround Advisors, LLC
800 Westchester Avenue
Suite S-520
Rye Brook, NY  10573
Attn:  Jeffrey Brodsky, Esq.

Exhibit B

hseife@chadbourne.com; arosenblatt@chadbourne.com; dlemay@chadbourne.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; keckstein@kramerlevin.com; dmannal@kramerlevin.com; ken.ziman@skadden.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; kstadler@gklaw.com; jbrodsky@qtadvisors.com