GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin  53701-2719
(608) 257-3911

*Attorneys for ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| Debtors. | : | Joint Administration |

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                                          )SS
COUNTY OF DANE         )

    The undersigned being first duly sworn, deposes and states that I am employed by the law firm of Godfrey & Kahn, S.C., and am not a party to this action and am over the age of eighteen.

1. On June 2, 2014, I caused to be served true and correct copies of the following documents upon the parties listed on **Exhibit A** by Federal Express overnight delivery:

   *Limited Objection of the ResCap Liquidating Trust to the Final Fee Application and Amended Final Fee Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 7030].*

2. On June 2, 2014, I caused to be served true and correct copies of the following documents upon the parties listed on **Exhibit B** by Federal Express overnight delivery:

1

> *Limited Objection of the ResCap Liquidating Trust to the "Fourth and Final" and "Fifth and Final" Fee Applications of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner [Docket No. 7032].*

3. On June 10, 2014, I caused to be served true and correct copies of the following documents upon the parties listed on **Exhibit C** by Federal Express overnight delivery:

    > *Limited Objection of the ResCap Liquitating Trust to the Final Application of Morrison Cohen LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period from May 14, 2012 through December 16, 2013 [Docket No. 7084].*

4. On June 17, 2014, I caused to be served this affidavit and true and correct copies of the following documents upon the parties listed on **Exhibit D** by Federal Express overnight delivery:

    > *Declaration of John S. Dubel in Support of Limited Objection of the ResCap Liquidating Trust to the Final Application of Morrison Cohen LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period from May 14, 2012 through December 16, 2013 [Docket No. 7123]; and*

    > *Reply in Support of Limited Objection of the ResCap Liquidating Trust to the Final Application of Morrison Cohen LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period from May 14, 2012 through December 16, 2013 [Docket No. 7122].*

        *s/ Nicole Talbott Settle*
        Nicole Talbott Settle

Subscribed and sworn to before me
this 17th day of June, 2014.

*s/ Jessica L. Schlumpf*
Jessica L. Schlumpf, Notary Public
Dane County, State of Wisconsin
My Commission expires: 5/08/2017.

11627800.1