# EXHIBIT A

# EXHIBIT A

## SERVICE LIST

### RESCAP LIQUIDATING TRUST
SDNY Chapter 11 Case No. 12-12020 (JMP) (Jointly Administered)

**LIMITED OBJECTION OF THE RESCAP LIQUIDATING TRUST
TO THE FINAL FEE APPLICATION AND AMENDED FINAL FEE APPLICATION OF
CHADBOURNE & PARKE LLP, COUNSEL TO THE EXAMINER, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Linda A. Riffkin
Assistant United States Trustee
Brian S. Masumoto
OFFICE OF THE UNITED STATES TRUSTEE
201 Varick Street
New York, NY  10014

Howard Seife
Douglas E. Deutsch
Thomas J. Hall
Marc B. Roitman
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
250 W. 55th St.
New York, NY  10019-9601

Kenneth H. Eckstein
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

Richard M. Cieri
Ray C. Schrock
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY  10022-4611

Kenneth S. Ziman
Jonathan H. Hofer
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036

11643176.1