# EXHIBIT B

# EXHIBIT B

## SERVICE LIST

## RESCAP LIQUIDATING TRUST
SDNY Chapter 11 Case No. 12-12020 (JMP) (Jointly Administered)

**LIMITED OBJECTION OF THE RESCAP LIQUIDATING TRUST
TO THE "FOURTH AND FINAL" AND "FIFTH AND FINAL" FEE APPLICATIONS
OF MESIROW FINANCIAL CONSULTING, LLC FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE EXAMINER**

Linda A. Riffkin
Assistant United States Trustee
Brian S. Masumoto
OFFICE OF THE UNITED STATES TRUSTEE
201 Varick Street
New York, NY  10014

Ralph S. Tuliano
Chief Executive Officer
MESIROW FINANCIAL CONSULTING, LLC
666 Third Ave., 21st Floor
New York, NY  10017

Melissa Kibler Knoll
Sr. Managing Director
MESIROW FINANCIAL CONSULTING, LLC
353 N. Clark St.
Chicago, IL  60654

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
250 W. 55th St.
New York, NY  10019-9601

Kenneth H. Eckstein
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

Richard M. Cieri  
Ray C. Schrock  
KIRKLAND & ELLIS LLP  
601 Lexington Ave.  
New York, NY  10022-4611  

Kenneth S. Ziman  
Jonathan H. Hofer  
SKADDEN ARPS SLATE MEAGHER & FLOM LLP  
4 Times Square  
New York, NY  10036  

11643192.1