# EXHIBIT C

# EXHIBIT C

## SERVICE LIST

**LIMITED OBJECTION OF THE RESCAP LIQUIDATING TRUST
TO THE FINALAPPLICATION OF MORRISON COHEN LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES
INCURRED DURING THE PERIOD FROM
MAY 14, 2012 THROUGH DECEMBER 16, 2013**

## RESCAP LIQUIDATING TRUST
SDNY Chapter 11 Case No. 12-12020 (JMP) (Jointly Administered)

Linda A. Riffkin
Assistant United States Trustee
Brian S. Masumoto
OFFICE OF THE UNITED STATES TRUSTEE
201 Varick Street
New York, NY  10014

Robert K. Dakis
Joseph T. Moldovan
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022


Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
250 W. 55th St.
New York, NY  10019-9601

Kenneth H. Eckstein
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036

Richard M. Cieri
Ray C. Schrock
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY  10022-4611

Kenneth S. Ziman
Jonathan H. Hofer
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036

11643168.1