UNITED STATES DISTRICT COURT-MIDDLE DISTRICT-FORT MYERS DIVISION

| IN RE: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL LLC, et al | Case No. 12020- [ALG] and 12-12032 [Jointly Administered] |

### CLAIMANT #1353 PATRICK FARRELL'S OBJECTION TO THE RESCAP BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIM AND DISPUTED CLAIMS RESERVE.

**COMES NOW** the United States "Intervenor *ex relatione* PATRICK LORNE FARRELL© state sovereign national, of ONE OF the states united **for** America, Private Attorney General, Criminal Investigator and Federal Witness, Christian, Sovereign American and Secured Party Creditor, Ex-Patriated to demand mandatory *judicial* Notice by this honorable Court of a list of former and existing Complaints and documents previously filed and incorporated by reference containing relevant adjudicative facts, and to provide formal written notice to all interested Party(s) of same.

Of all the biased nonsense I have read and dealt with over the last 20 years of my legal career, on page 18 paragraph 41 is right there at the top.
Counsel Daniel Flanagan whines about an "absurdly inflated filed or asserted Claim amounts."
Farrell suffered an illegal foreclosure on APR 30,2014 in the Fl. 20th circuit by OCWEN LOAN SERVICING acting on behalf of WELLS FARGO BANK N.A. for an ABSURDLY INFLATED ASSERTED CLAIM AMOUNT.

**BACKGROUND- from case # 2:13-CV-140-FTM-29DNF-U.S. DIST. COURT- FT.MYERS,FL.**
**PATRICK FARRELL V. GMAC, WELLS FARGO,OCWEN,STATE OF FLORIDA**
PATRICK FARRELL'S RICO CLAIM AGAINST THE STATE OF FLORIDA, BY AND THROUGH THE LEE CO.JUSTICE CENTER AND 20TH CIRCUIT JUDGES
On NOV 14, 2007 Plaintiff filed case 07-CA-14942 for Mortgage Fraud in the Fl.20th circuit.
DEC 7, 2007 In response GMAC, acting as WELLS FARGO, filed case 07-CA-16767.
JAN 2008 Farrell established Secured Party status with Sovereignty Documentation and discharged the alleged debt with the U.S. Treasury and filed a RICO Lien Notice.

RECEIVED JUN 13 2014 U.S. BANKRUPTCY COURT, SDNY

1

JULY 2008 Plaintiff got a Default Judgment against PINNACLE FINANCIAL the note was later assumed by GMACM but never properly conveyed.

SEPT 15, 2008, JUDGE LYNN GERALD, denied Summary Judgment for PATRICK FARRELL in that case [07-CA-16767] due to disputed issues of material fact.

JAN 2009 Farrell filed 44 page Federal RICO suit correctly describing the entire mortgage "meltdown" as a national RICO scheme by defendants, and the USA govt. agreed to it.

MARCH 24, 2009, JUDGE JOHN CARLIN granted Summary Judgment for GMAC/WELLS FARGO, on false pretenses, and in contrast to Lynn Gerald's ruling. Farrell sued him.

Plaintiff filed bankruptcy, stayed proceedings, and defendants GMAC and WELLS FARGO filed a fraudulent PROOF OF CLAIM.

JAN 2010 Farrell filed QUI TAM against defendants and the USA govt. agreed.

NOV 2010 defense counsel Vacated the Summary Judgment made on MAR 24,2009.

MAY 2011 FEDERAL RESERVE Ordered GMAC and WELLS FARGO to pay Plaintiff.

MAY 2012 U.S. Dept. of Justice Ordered GMAC and WELLS FARGO to pay Plaintiff.

JUNE 18, 2012 Plaintiff moved for Summary Judgment and JUDGE PORTER refused to hear it, claiming the Hearing Notice was defective, yet heard defense argument for Plaintiff to Answer the foreclosure complaint that was made on the very same hearing Notice.

DEC 4, 2012 Plaintiff moved for Summary Judgment, due to GMAC's violation of paragraph 22 of the mortgage. Clear, unambiguous language requiring dismissal of case 07-CA-16767.

SHERRA WINESETT, refused to hear the motion claiming the Notice was defective.

Defendant atty. MONICA WILSON of BRADLEY-ARANT, responded to Plaintiff's 5th Amended Complaint, by falsely stating that Wells Fargo, as trustee of the bogus, criminal illegal MBS [IMPAC-2005-2] filed the case on JAN 7,2007, when in fact, it was filed on DEC 7,2007, AFTER Plaintiff filed 07-CA-14942 on NOV 14, 2007.

Plaintiff stated in QUI TAM IMPAC as being an illegal REMIC, his one bank note, and all 7,005 in that MBS, were NOT put into the trust thereby voiding the PSA and the IRS tax exemption under REMIC, so case 07-CA-16767 was Void Ab Initio.

Recently, due to the USA govt "Settlement" of $25 Billion for acts of foreclosure fraud, FL.A.G. PAM BONDI, FL. GOV.RICK SCOTT are using the money as they see fit, instead of using it for the relief of homeowners, like Plaintiff.

RICK SCOTT used $1,000,000 of these federal funds to enhance his own office.

2

Plaintiff has 20 Affidavits, UCC-1 filings, QUI TAM complaints, sent over the last several years to RICK SCOTT and PAM BONDI, who have ignored all documents.

On APR 30,2014 Sherra Winesett, acting in bad faith as a 20th circuit judge, granted an unlawful Summary Judgement for the benefit of OCWEN LOAN SERVICING

The unlawful, absurdly inflated unjustified amount of the judgment was $450,000.

The $277,000 principal is void as the note was discharged more than once in 2008. And was also discharged in AHM bankruptcy case 07-11047 in 2008.

The $100,000 interest from 2007 to 2014 is Usury and criminal as the note was retired in 2008.

The $50,000 is based on illegal Forced Placed Insurance by a company owned by OCWEN.

All other charges are equally as groundless as per New York Estate Powers and Trust Law, IRS REMIC Tax code, and the PSA of IMPAC SECURED ASSETS-2005-2 state that no mortgage or note can be put into a "trust" after the closing date of DEC 31,2005.

**Herein the alleged Assignment of mortgage was made on APR 1,2008, which is 3 years after the alleged trust closed, and 3 months after IMPAC, PINNACLE, and TRI STAR LENDING went out of business on JAN 31,2008.**

On NOV 26,2007 GMAC and WELLS FARGO lost all servicing rights to the subject note made by PINNNACLE FINANCIAL DBA TRI-STAR LENDING, in AHM bankruptcy case 07-11047, and Ordered to pay DEUSTCHE BANK, and the Note was fully discharged.

THEREFORE the foreclosure case 07-CA-16767 is void ab initio.

A "simple foreclosure" somehow took 7 years to procure against a "Pro Se" because OCWEN bought all of GMAC's fraud in the RESCAP bankruptcy case 12-12020 on DEC 11,2013, for a mere 3 cents on the dollar.

In that case Plaintiff still is due to receive 9% to 36% of his $400,000 Claim.

Since the alleged debt is and was discharged, foreclosure is unnecessary and the claim of $450,000 is Usurious and evidence of Racketeering.

This is the pot calling the kettle black. Flanagan like all lawyers is full of lies.

My $400,000 claim was filed in JAN 2008 years before GMAC filed this case.

I demand my value of the $283,000 note that is mine and fees and costs.

I did not add more money since then for attorney fees and other costs.

GMACM pledged notes and mortgages to CITIBANK and DEUSTCHE BANK that were made by Fraud from the beginning and they are getting their just due.

3

**WHEREFORE**, I Object to any reduction of my claim #1353.

**CERTIFICATE OF SERVICE**

I have mailed copies of this to all counsel concerned.

WITHOUT PREJUDICE-U.C.C.-1-308

*[signature]*

Patrick Lorne Farrell-in Propria Persona

Attorney In Fact-Sovereign-Secured Party Creditor

signed "without the united states" and without prejudice/UCC 1-308

UCC-1 Filing # 2007-356-2344-8 [12/22/07]-Wash. St. –DOL

2904 NW14th Terrace-Cape Coral, Florida-[33993-9998]

D.M.S.R. SEC.112.32

Date- JUNE 10,2013
