**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, ) | Case No. 12-12020 (MG) |
| Debtor. ) | |
| ) | Adv. Proceeding No. 14-02008 MG |
| RESCAP LIQUIDATING TRUST, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PHH MORTGAGE CORP., ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for defendant PHH Mortgage Corporation certifies that PHH Mortgage Corporation is a wholly-owned subsidiary of PHH Corporation which is a publicly traded company (NYSE: PHH).

Dated:  June 18, 2014            Respectfully submitted,

                                 GIBBONS, P.C.

                                 */s/ Daniel S. Weinberger*

                                 Daniel F. Markham
                                 Daniel S. Weinberger
                                 One Pennsylvania Plaza
                                 New York, NY 10119
                                 Tel:  (212) 613-2043
                                 Fax:  (212) 554-9643
                                 dmarkham@gibbonslaw.com
                                 dweinberger@gibbonslaw.com