# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : CHAPTER 11 |
| RESIDENTIAL CAPITAL, LLC, | : CASE NO. 12-12020 (MG) |
| Debtor. | : |
| | : |
| RESCAP LIQUIDATING TRUST, | : |
| Plaintiff, | : |
| vs. | : Adv. No. 14-01978 (MG) |
| TRANSUNION LLC, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to TransUnion LLC ("TransUnion") in the above-referenced Chapter 11 bankruptcy case, and pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given in the bankruptcy case, and all papers served or required to be served in the bankruptcy case, be served on TransUnion by and through service on the following:

> Bruce S. Luckman, Esq.
> Sherman, Silverstein, Kohl, Rose, & Podolsky, P.A.
> 308 Harper Drive, Suite 200
> Moorestown, NJ 08057
> 856.663.1503
> 856.663.4527 (fax)
> bluckman@shermansilverstein.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Bankruptcy Rules, Local Bankruptcy Rules and additionally

1

1019982.1

includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the attorney listed above further requests that the Debtor and its counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the name and address of the undersigned on any mailing matrix to be prepared or existing in the Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that this Entry of Appearance or any later appearance, pleading, proof of claim, claim, or suit is not intended to be, and shall not constitute, a waiver of TransUnion's (a) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (b) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the case; (c) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) right to assert any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Entry of Appearance; (e) right to any election of remedies; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which TransUnion is or may be entitled under any agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TransUnion expressly reserves.

Dated: June 19, 2014                     SHERMAN, SILVERSTEIN, KOHL,
                                          ROSE & PODOLSKY, P.A.

                                          By:   */s/Bruce S. Luckman*
                                              Bruce S. Luckman
                                              308 Harper Drive, Suite 200
                                              Moorestown, NJ  08057
                                              (856) 662-0700

                                              Attorneys for TransUnion LLC

2

1019982.1