UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>          Debtors, | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
| RESCAP LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>      v.<br><br>CMG MORTGAGE, INC.,<br><br>          Defendant. | Adv. Pro. Case No. 14-01998-MG |

I, Greg Chambers, request admission, ***pro hac vice,*** before the Honorable Martin Glenn,

to represent CMG MORTGAGE, INC, a Defendant in the above –referenced adversary

proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California [and

the bar of the U.S. District Court for the Northern and Eastern Districts of California].

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: June 19, 2014
      Novato, California

*Greg W. Chambers*

Greg Chambers
75 Rowland Way, Suite 350
Novato, CA 94945
gchambers@americanmlg.com
T(415) 878-0030 x. 152

4832-1697-4619.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                    Debtors, | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
| RESCAP LIQUIDATING TRUST,<br><br>                    Plaintiff,<br><br>       v.<br><br>CMG MORTGAGE, INC.,<br><br>                    Defendant. | Adv. Pro. Case No. 14-01998-MG |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Greg Chambers, to be admitted, *pro hac vice*, to represent CMG

MORTGAGE, INC., (the "Client") a Defendant in the above referenced case, and upon the

movant's certification that the movant is a member in good standing of the bar in the State of

California [and the bar of the U.S. District Court for the Northern and Eastern Districts of

California], it is hereby

**ORDERED**, that Greg Chambers, Esq., is admitted to practice, pro hac vice, in the above

referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court

for the Southern District of New York, provided that the filing fee has been paid.

Date: June ___, 2014
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE

4832-1697-4619.1