JUDGE'S COPY

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

POLSINELLI PC, Daniel J. Flanigan, Jason A. Nagi, 900 Third Avenue, 21st Floor, New York, NY 10022, Telephone: 212-644-2092, Facsimile: 212-684-0197

Counsel for ResCap Borrower Claims Trust

In re:

RESIDENTIAL CAPITAL, LLC. et. al., Debtors

Case No: 12-12020 (MG), Chapter 11, Jointly Administered

In response to NOTICE OF RESCAP BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVE dated June 2, 2014, comes now, Rhonda Deese, Claim number 4927 requests the court deny reduction to my claim. January 30, 2014 I was present via telephone, Jordan A. Wishnew, Esq. with Morrison and Foerster LLP was present as counsel for the debtors. Mr. Wishnew conceded to permitted my claim and conceded to not contesting future validity of the claim. Your honor asked Mr. Wishnew to reach out to me and get me what I needed. For the courts convenience, I have reattached the Request to Produce letter previously submitted.

To date, I have received no production from Mr. Wishnew. At best the validity of the debtors and the debtors assignments are greatly in question. By debtors own words, acquisition of mortgage came to them "at some point."

Please order payment of claim number 4927. Your time is greatly appreciated in this matter.

Respectfully Submitted,

Rhonda Deese

The foregoing instrument was acknowledged before me this 6/16/14 (date) by Rhonda Deese who produced FL DL as identification. Subject (did / did not) take an oath.

Virginia Barrett
Notary Public

VIRGINIA BARRETT
MY COMMISSION # EE 183832
EXPIRES: July 8, 2016
Bonded Thru Notary Public Underwriters

1 of 3

Rhonda Deese

P. O. Box 456, Auburndale, FL 33823, Telephone: 863-665-1002

P. S. Please allow this to serve as my statement and my objection as I will be unable to telephonically attend the June 26, 2014 hearing due to deaths.

Copied, per request of Polsinelli, via U. S. Postal Service this 16th day of June, 2014: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104, The office of the United States Trustee for the Southern District of New York, U. S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, The Office of the United States Attorney General, U. S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001, Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341, Office of the U. S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007, Counsel for Ally Financial Inc. Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022, Counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue Of the Americas, New York, NY 10036, Counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019, Counsel for Berkshire Hathaway Inc., Munger, Tolless & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071, Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346, Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022, Counsel for Borrowers Claims Trust, Polsinelli, 900 Third Avenue, 21st Floor, New York, NY 10022.

May 25 2012

GMAC Mortgage
Attn: Customer Care
P. O. Box 780
Waterloo, IA 50704-0780

RE: Request to produce on loan number: 7439480203

To Whom It May Concern:

Please allow this to serve as a request to produce all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date, loan originators contact information to include name, address and telephone number.

For your convenience the account information is as follows:

| | |
|---|---|
| Account number: | 7439480203 |
| Account name: | Rhonda Deese |
| Account property address: | 2213 ½ Hurst Road, Auburndale, Florida 33823 |
| Account contact number: | 863-665-1002 |

Please mail the above requested to P. O. Box 456, Auburndale, FL 33823

Looking forward to your prompt response within 60 days. Thank you for your time in this matter.

Sincerely,

*Rhonda Deese*

Rhonda Deese

3 of 3