# WOODWORTH & ST. JOHN L.L.C.
## *Certified Public Accountants*

704-C EAST MAIN STREET ♦ MOORESTOWN, N.J. 08057 ♦ (856) 235-0600 ♦ FAX (856) 778-5451
WSJCPA@comcast.net

December 19, 2012

To Whom It May Concern:

    I am Stanley P. Woodworth, CPA. I am a principal in the firm of Woodworth & St. John, LLC, and I have been Frank Reed's accountant for many years. It is in this capacity that I have firsthand knowledge that Mr. Reed routinely bought, renovated, rented and sold houses for both taxable and nontaxable gains; and that he relied on his ability to borrow to accomplish this.

    Therefore, a loss of the ability of Mr. Reed to borrow would interrupt his cash flow and interrupt his ability to buy, renovate, rent and sell houses.

    If there are any questions, please contact me.

                                          Sincerely yours,

                                          Stanley P. Woodworth
                                          Certified Public Accountant

SPW/FR/db
1040/Reed/121912