**Thomas J Tartamosa**
253 Jackson Road Berlin, NJ 08009
Phone: 856-296-0392
Fax: 856-768-3282

# FAX

| To: | **Frank Reed** | Fax: 804-359-4124 ~~856-778-5675~~ |
|---|---|---|
| From: | Thomas Tartamosa | Date: 11/30, 2010 |
| RE: | REFI | Pages including covers: 2 |

11/20/2010

To Whom It May Concern:

This letter is to verify that back in March of 2008 I Thomas J Tartamosa was a Loan Officer for Allied Mortgage Group of Cherry Hill NJ 08003 and had worked on situating financing for Mr. Frank Reed. Mr. Reed was able to qualify for a number of different loan programs at that time. At the time that Mr. Reed had contacted me he had his home in Moorestown NJ for sale and under a sales contact. Mr. Reed was exploring his options incase he was unable to complete that sale. These options that I presented to Mr. Reed had become null and void when his property at 817 Matlack Dr. Moorestown NJ 08057 was placed into foreclosure.
If you have any questions on this matter please feel free to contact me at 856-296-0392.

Sincerely
Thomas J Tartamosa

12-12020-mg Doc 7153-9 Filed 06/19/14 Entered 06/23/14 11:38:52 Exhibit 9 Pg 3 of 3