# EXHIBIT 12



**Stevie Watson**
Tuckahoe Sales
Long and Foster Real Estate
8804 Patterson Avenue
Richmond, VA 23229-6361

June 20, 2012

### Re: Lost Sale Profit for 9717 Old Dell Trace Richmond, Virginia 23238

To Whom It May Concern:

I am Stevie Watson. I am, and continue to be, a succesful realtor in the Richmond, Virgina marketplace. Some of my credentials of note are:

- **Award-Winning Top-Producer**
- **Ranked in the TOP 1% of all Realtors in America**
- **A TOP TEAM for Long and Foster in the Richmond area**

*(see: published bio attached)*

For a number of years now, I have known Frank Reed. During this time, I have known him to purchase, renovate and / or build and sell for a profit both residential and commercial property. I have also participated in several transactions with Mr. Reed as either the buyer's and/or seller's agent.

As a result, I have a first-hand familiarity with Mr. Reed's property located at 9717 Old Dell Trace Richmond, Virginia 23238. This property in particular has even been featured in a published article about "Notable Neighborhoods" in the Richmond, Virginia area, *(see: article attached)*.

Now, I am aware that during 2008 Mr. Reed was in the middle of an extensive expansion and capital renovation of this property. I am also aware that Mr. Reed intended to sell the property for a profit as it had recently appraised for a minimum of $1,725,000. *(see: appraisal attached)* Unfortunately, Mr. Reed did not finish this project and the market has since drastically declined. The current 100% assessed value of Mr. Reed's property is $608,400 *(see both: Henrico County Tax Department Value attached and Henrico County valuation methodology indicating 100% market valuation process attached).*

However, if Mr. Reed had finished the work on his house at 9717 Old Dell Trace Richmond, Virginia 23238, and had offered it for sale from June 2008 through the summer of 2009, it is my opinion that the house would have sold for the appraised value of $1,725,000. Therefore, it is my estimation that Mr. Reed has currently lost a value of at least $1,116,600.

If you have any questions please feel free to contact me.

Sincerely,

Stevie Watson

Stevie Watson
Associate Broker, GRI, RRI
Long and Foster Real Estate, Inc.



# Contact Me

## Stevie Watson



**Stevie Watson**
*Associate Broker*

**9204 Research Avenue**
Richmond, VA
23228031

**Phone Number**
(804) 402-3007
(804) 290-9831

**Designations**
Associate Broker - GRI,
ABR,
more

### About Stevie Watson

**When you want BIG results, INSIST ON STEVIE!**

- Award-Winning Top-Producer
- Ranked in the TOP 1% of all Realtors in America
- Head of #1 team for Long and Foster in the Richmond area

If you would like Stevie to help you buy or sell a property, contact her by phone at (804) 740-3000 or by email, at Stevie.Watson@longandfoster.com

Stevie is supported by a team of real estate professionals who know Richmond and all of the surrounding areas intimately. **Our goal is SERVICE BEYOND EXPECTATION!**

As a potential home buyer or seller, you're about to make one of the biggest financial decisions of your life.

That's why you should select a real estate agent with

- Excellent business sense
- Detailed knowledge of the local market
- Outstanding negotiating skills
- A personalized, customer-oriented approach

When you choose me as your real estate agent, that is precisely what you get. I have a deep knowledge of the real estate industry that gives my clients major advantages in the purchase or sale of their home. And I have years of personalized customer service experience in real estate. I know this area intimately and I always get the absolute best deal for my clients.

Plus, I have the full strength and credit of Long & Foster behind me, the prestigious sales leader in our 7 state, Mid-Atlantic region. Long & Foster is a one-stop shop for all your real estate needs - real estate, mortgage, title, and insurance. No need to shop anywhere other than Long & Foster.

Please contact me today and tell me how to make your home dreams come true.

- Broker Associate license, Associate Realtor Institute (GRI)
- College Graduate with extensive business experience
- Life long Richmond resident - KNOW RICHMOND!
- more

| Cities Served | Counties Served |
|---|---|
| City | County |
| VA - ASHLAND | VA-CHESTERFIELD |
| VA - BON AIR | VA-GOOCHLAND |
| VA - GLEN ALLEN | VA-HANOVER |
| more | more |

### Contact Me form

Your e-mail: 555/666 *

Area of Interest *
Please select an area...

Phone Number,

Best Time to Reach Me
Select

Your comments

- Your 4-1536 address field  1   a
mandatory field

-- Submit --

Long & Foster Real Estate, Inc.

Home | Contact Me | Privacy | Terms



**A Grand New Hospital**
Henrico Doctors' Expansion p. 2

**Batter Up!**
Tuckahoe Little League  24

# HENRICO

IN THE HEART OF CENTRAL

Get your ~~slice of the pie.~~ *whole*



HEALTHCARE

AFFORDABILITY

EDUCATION

RECREATION

EMPLOYMENT

ACCESSIBILITY

SUMMER 2006 ISSUE 7 NO. 7



Frank Reed Property
9717 Old Dell Trace
Richmond, VA 23238

# NOTABLE
# NEIGHBORHOODS

T HE WORD "NEIGHBORHOOD" COMES FROM THE MIDDLE ENGLISH, NIGHBOER, a farmer (boer) who lived close (nigh), and hood, a suffix which denoted one's unique condition or character. Ultimately then, the first neighborhoods developed among people who felt a close affinity for one another, both in terms of shared responsibility and social class. Neighbors looked out for one another, lent a hand, swapped stories, offered solace. Neighborhoods reflected the aspirations of the residents and recreated the values of their social class in the children who grew up there.

How good it is to find a home that reflects your highest aspirations; how much better to find it in a neighborhood that embraces you, draws you in, makes you and your family better and more involved. In Henrico County, many such neighborhoods beckon.

## River Road

For many, Richmond, Virginia conjures up images of the Old South: stately homes situated on gracious, tree-lined streets; a slow pace of life where iced tea or a Mint Julep can be savored on a screened porch during a long sleepy afternoon; children playing on broad green lawns under a sultry summer sun. Remarkably, the image lives on in one of Henrico County's oldest neighborhoods.

The River Road corridor, stretching from the Richmond city line at its eastern terminus to Goochland County in the west, charts a course along the James River. Along the way, it encompasses many of Metropolitan Richmond's most prestigious addresses. Drive west on River Road into Henrico County and the first impression you get is "Old Money." These homes are not the cookie-cutter construction of new development, but uniquely personal creations, each situated on a spacious lot with long-established trees and gently manicured plantings. While a few are the definition of ostentatious display, most of the homes along this stretch of road are the model of understated elegance.



WINDSOR ON THE



TWIN HICKORY

*Kids ride bikes and roller blade down the bike path, teens play stickball at the end of the countless cul-de-sacs, new moms push strollers on the sidewalks — you can't help but smile.*

*With homes starting at $200,000 in Twin Hickory and spanning into millions for estates in Windsor on the James, newcomers to Henrico County have a range of options to fit their wallets.*

As River Road passes the newly redesigned Tuckahoe Course of the Country Club of Virginia, tony shops give way to the ivy-covered homes and stunning campus of the University of Richmond. As you pass Forest Avenue, take a left into the secluded Windsor on the James. The all-brick mansions in this small, exclusive neighborhood are meant to impress with vast, manicured lawns and Georgian grandeur.

More typical of the homes along River Road, however, is the well-established neighborhood of Mooreland Farms. Every lot is different and every home is unique. The architecture runs from '70s era tri-levels, Dutch Colonials, and traditional Cape Cods to energy-efficient homes with vast walls of windows, and multi-storied homes that seem to mold themselves to the terrain. With creative landscaping, homeowners have put to advantage the steeply rolling hills that rise up from the James River, creating shade gardens and terraced lawns. The mood here is gracious living. A long-established neighborhood, Mooreland Farms is an area in transition. Long time residents share the streets with young, well-to-do families. The result is a real neighborhood feel.

### Grayson Hill

Don't want the hassle of a lawn? Prefer to spend your money on the inside of your home than the outside? Condo living may be for you. In the past five years, the Richmond area has become crazy for luxury condos and townhomes, and Henrico County is helping to scratch that itch. Development has begun in the east end of the County at Rockett's Landing. In the west end, Gumenick Properties is meeting market demand with Grayson Hill.

Situated on 50 acres of prime real estate at the corner of Patterson Ave. and Gaskins Road, Grayson Hill offers five distinct floor plans in a wide range of prices, from the upper $300s to the $600s. The brick architecture is reminiscent of traditional 18th century colonial buildings with amenities that are typical of upscale, luxury living: hardwood floors throughout the common areas, granite countertops in the kitchen, and massive master suites.

Grayson Hill is trying hard to create ample open spaces to give the feel of a rambling English country garden to its layout. All of the homes feature 2-car garages, so the property will avoid the look of a parking lot. With a large lake bisecting the planned layout, and a concerted effort to maintain as many of the trees as possible, the developers have tried hard to match the elegance of the landscaping to the elegance of the homes.

The first homes went on sale a year ago and response was strong, with deposits on more than 40% of the homes offered in the first phase. Another 19 homes were offered for sale this spring with reservation agreements on another 18. Less than a quarter of the homes have yet been offered for sale. With shopping and dining nearby, easy access to all the major highways, and ample recreation just minutes away, demand is sure to be strong for the remaining homes.

### Twin Hickory

When new businesses move to town, their employees are understandably concerned. Where will we live? How much will it cost? Are the schools good? Are there good restaurants, nice shops, friendly people? A drive to Henrico County's Twin Hickory development answers all of their questions.

In the far west end of Henrico County, Twin Hickory is a mixed, residential development of

apartments, town homes, affordable single family homes, and upscale residences. This new development already has the feel of home. Drive down the streets and you know you are in a well-planned community. Most of the homes are brick front Transitionals, and family is the theme. Everywhere you look there are children. Basketball hoops dot the side of the road. Wood-towered playgrounds dominate many backyards. Frisbees are flying. Kids ride bikes and roller blade down the bike path, teens play stickball at the end of the countless cul-de-sacs, new moms push strollers on the sidewalks (a new development with sidewalks!) — you can't help but smile.

Students in the Twin Hickory zone attend Deep Run High School and its excellent feeder schools. Only in its fourth year, Deep Run has already made a name for itself. It is consistently one of the top scoring schools in Virginia on State Standards of Learning tests. In addition, the school has also already won multiple state championships in athletics.

For recreation, the location can't be beat. Movie theaters, soccer fields, an ice skating rink, bowling alleys, driving ranges, and a top-rated golf course are all just minutes away. Dining options are endless, with the upscale Short Pump Town Center and all its perimeter shops just down the street. At one end of the development, the Shady Grove YMCA draws hundreds of people every day; a new Recreation Center is under construction across the street. At the other end of the development, the Short Pump Community Center is also under construction.

The suburbs are about family: providing the best for your children and taking advantage of all the amenities at an affordable price. Twin Hickory has all of this and is an attractive option for people relocating to Richmond.

At its best, a home is an extension of a family's personality. For some the quest for precisely manicured boxwoods and razor sharp edges between their perfect lawn is the highest aspiration, a form of genteel elegance that once was the purview of only the wealthiest country squire. For others, nothing more fully expresses filial bliss than an endless array of primary-colored toys strewn about a well-traveled yard: part playpen, part dog run. For others, an elegantly appointed home, maintenance free, in a close-knit urban community of like-minded souls is the ideal.

Henrico County has it all and prides itself on being a great place to live, work, and raise a family, with friendly people, an affordable cost of living, great schools, and an ideal location. In an era when neighborhoods have become geographical expressions only, it is nice to know that there are still places you can live and work where you feel connected, not cut off. Stuck within our McMansions, frozen to stone by the Medusan glare of cable TV, desperately seeking connection and solace in internet chatrooms with people we will never see, we may never even know the people next door. But it doesn't have to be that way. Open your door, meet your neighbors, share your dreams. ∎



The luxurious feel of Grayson Hill (above) is helping to meet the demand for upscale condos and townhomes in Henrico County.

*In an era when neighborhoods have become geographical expressions only, it is nice to know that there are still places you can live and work where you feel connected, not cut off.*



SHORT PUMP $8,100,000

Developer: listed prices are estimate only of real estate value of specific homes pictured.

## Uniform Residential Appraisal Report

**File # R0803120**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 9717 Old Dell Trace | City Richmond  State Va  Zip Code 23233 |
| Borrower Reed, Frank | Owner of Public Record Reed, Frank  County Henrico |
| Legal Description Lot 16 Block A Section A Country Club Colony | |
| Assessor's Parcel # 740-735-9162 | Tax Year 2008  R.E. Taxes $ 7,780.41 |
| Neighborhood Name West End | Map Reference Henrico 23233  Census Tract |
| Occupant ☐ Owner ☐ Tenant ☒ Vacant  Special Assessments $ N/A | ☐ PUD  HOA $ ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) | |
| Lender/Client To Be Determined  Address To Be Determined | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). The subject was listed in January 2007 and sold to the current owner in March 2007.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

**CONTRACT**

| | |
|---|---|
| Contract Price $  Date of Contract  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) | |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE  AGE | One-Unit 60 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000)  (yrs) | 2-4 Unit % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 400 Low  New | Multi-Family % |
| Neighborhood Boundaries The subject's marketing area is generally bounded by Patterson Ave to the | | 2,500 High  80 | Commercial % |
| north, Parham Road to the east, the James River to the south, and Goochland County to the west. | | 700 Pred.  20 | Other 40 % |

Neighborhood Description The subject is located in the prestigious far west end. Demand for real estate is consistently some of the highest in the Richmond Metro Area. All amenities are convenient to this area. Major amenities offered by the Downtown Central Business District are within a twenty minute commute. Good quality to excellent quality home comprise the neighborhood.
Market Conditions (including support for the above conclusions) Current market conditions are considered to be favorable at this time. Conventional, FHA and VA loans are typical for the area with sellers contributions to closing being minimal. Supply and demand appears to be in balance. Exposure time is deemed to be equal to marketing time.

| | |
|---|---|
| Dimensions See Plat.  Area 1.21 Acy +/-  Shape Basically Rectangle  View Average | |
| Specific Zoning Classification R-O  Zoning Description Single Family Residential | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None/Typical | | |

FEMA Special Flood Hazard Area ☐ Yes ☐ No  FEMA Flood Zone  FEMA Map #  FEMA Map Date
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
The site is very well landscaped with mature trees and shrubs. There is an exposed aggregate walk to the circular drive.

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls  Brick&Block/Good | Floors  Cer/Wd/Crpt/VGood |
| # of Stories 2.5 | ☒ Full Basement ☐ Partial Basement | Exterior Walls  Hrdbd/Hardiplank/Gd | Walls  Drywall/VGood |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 1,736 sq.ft. | Roof Surface  CedShk/DimShgl/Gd | Trim/Finish  Ext. Wd/VGood |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 60 % | Gutters & Downspouts Aluminum/Good | Bath Floor  Ceramic/VGood |
| Design (Style) Colonial | ☒ Outside Entry/Exit ☐ Sump Pump | Window Type  Wood Dbl Hng/Good | Bath Wainscot Ceramic/VGood |
| Year Built 1988 | Evidence of ☐ Infestation | Storm Sash/Insulated Insulated/Good | Car Storage  None |
| Effective Age (Yrs) 3 | ☐ Dampness ☐ Settlement | Screens Yes | ☒ Driveway # of Cars 4+ |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface  Asphalt |
| ☐ Drop Stair ☒ Stairs | ☐ Other  Fuel Gas | ☒ Fireplace(s) # 2 ☐ Fence | ☒ Garage # of Cars 2 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck Rear ☒ Porch Front | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other Balcony | ☐ Att. ☐ Det. ☒ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 13 Rooms  7 Bedrooms  7.5 Bath(s)  7,289 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). See attached addenda.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject is a very well constructed colonial style dwelling that has recently been renovated and had a rear addition added. As of the date of inspection, construction was approximately 60%. No functional or external obsolescence was observed.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report    File # R0803120

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,000,000 to $ 2,000,000 .
There are **6** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,000,000 to $ 2,000,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 DESCRIPTION | +(-) $ Adjustment | COMPARABLE SALE # 2 DESCRIPTION | +(-) $ Adjustment | COMPARABLE SALE # 3 DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 9717 Old Dell Trace, Richmond, Va 23233 | 1001 Middle Quarter Ct | | 10 Nomas Lane | | 9130 River Road | |
| Proximity to Subject | | 0.96 miles SW | | 0.74 miles NW | | 0.75 miles E | |
| Sale Price | $ | | $ 1,900,000 | | $ 1,962,000 | | $ 1,450,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 279.41 sq.ft. | | $ 445.91 sq.ft. | | $ 256.73 sq.ft. | |
| Data Source(s) | | Public Records, MLS | | Public Records, MLS | | Public Records, MLS | |
| Verification Source(s) | | Visual | | Visual | | Visual | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | None Known | | None Known | | None Known | |
| Concessions | | Conventional | | Conventional | | Conventional | |
| Date of Sale/Time | | Cl 6/2007 | | Cl 10/2007 | | Cl 12/2007 | |
| Location | Good | Superior | -100,000 | Good | | Average | +125,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | Average/1 ac | Average/1 ac | | Sup/2.2ac+Lot | -350,000 | Superior/1.85ac | -50,000 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Colonial | Colonial | | Contemporary | | Colonial | |
| Quality of Construction | Good/Frame | Sup/Brick | -75,000 | Equiv/Stucco | | Sup/Brick | -75,000 |
| Actual Age | 20 Yrs/3 Eff | New | -30,000 | 23 Yrs/8 Eff | | 19 Yrs/8 Eff | +50,000 |
| Condition | V.Good | New | -10,000 | V.Good | | Good | +10,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 13  7  7.5 | 14  5  5F2 | +12,500 | 17  7  7.5 | | 13  5  4.5 | +15,000 |
| Gross Living Area | 7,289 sq.ft. | 6,800 sq.ft. | +36,675 | 4,400 sq.ft. | +216,675 | 5,648 sq.ft. | +123,075 |
| Basement & Finished | 1,736 Sq.Ft. | None | +50,000 | 4,400 Sq Ft | -77,000 | None | +50,000 |
| Rooms Below Grade | Basement | Crawl Space | | Basement | | Crawl Space | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Fully Insulated | Fully Insulated | | Fully Insulated | | Fully Insulated | |
| Garage/Carport | 2 car B/I Gar | 3 Car Att Garg | -6,000 | 3 Car Att Garg | -6,000 | 2 Car Att Gar | |
| Porch/Patio/Deck | Pch,Bal,Deck | Cov Stp, Deck | +8,000 | Pch,Deck,Pto | | C/S,Deck,Pto | |
| | | | | Pool,Gaz,Shds | -45,000 | Pool | -40,000 |
| Net Adjustment (Total) | | [ ] + [X] - $ | -113,825 | [ ] + [X] - $ | -261,325 | [X] + [ ] - $ | 208,075 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.0% Gross Adj. 17.3% $ | 1,786,175 | Net Adj. 13.3% Gross Adj. 35.4% $ | 1,700,675 | Net Adj. 14.4% Gross Adj. 37.1% $ | 1,658,075 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Public Records, MLS
My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Public Records, MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 3/19/2007 | No known transfers in the | No known transfers in the | December 2007 |
| Price of Prior Sale/Transfer | $899,000 | past year. | past year. | $1,450,000 |
| Data Source(s) | Public Records, MLS | Public Records, MLS | Public Records, MLS | Public Records, MLS |
| Effective Date of Data Source(s) | March 22, 2008 | March 22, 2008 | March 22, 2008 | March 22, 2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Comparable sale three was a corporate relocation. The relocation company took possession of the property just before it was sold.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $  1,725,000
Indicated Value by: Sales Comparison Approach $  1,725,000   Cost Approach (if developed) $   Income Approach (if developed) $
The Cost Approach and Income Approach to value were deemed not applicable. The Direct Sales Comparison Approach was deemed to yield meaningful results because it directly reflects the actions and motivations of both buyers and sellers.

This appraisal is made [ ] "as is", [X] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Final inspection by MG Miller and Associates is required.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  1,725,000 , as of   March 18, 2008 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # R0803120

This is a Summary Appraisal Report which is intended to comply with the reporting requirements under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report. It presents only summary discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning and analysis is retained in the appraiser's file. The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report. The appraiser is not responsible for unauthorized use of this report.

I certify that, to the best of my knowledge and belief, the reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

I certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the effective date of this appraisal, Alex J. Uminski, SRA has completed the continuing education requirements of the Appraisal Institute.

**ADDITIONAL COMMENTS**

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)      The cost approach was deemed not applicable to the age of the subject.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service          Effective date of cost data | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less        Physical | Functional | External | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-Is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)      60 Years | INDICATED VALUE BY COST APPROACH | | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report   File # R0803120

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # R0803120

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # R0803120

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Alex J. Uminski, SRA | Name |
| Company Name  MG Miller Valuations | Company Name |
| Company Address  5316 Patterson Ave, Richmond, VA 23226 | Company Address |
| Telephone Number  804-288-9583 | Telephone Number |
| Email Address  alexu@mgmiller.com | Email Address |
| Date of Signature and Report  March 25, 2008 | Date of Signature |
| Effective Date of Appraisal  March 18, 2008 | State Certification # |
| State Certification #  4001 001450 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  Virginia | |
| Expiration Date of Certification or License  02/28/2010 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 9717 Old Dell Trace | Date of Inspection |
| Richmond, Va 23233 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  1,725,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  To Be Determined | |
| Company Address  To Be Determined | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # R0803120

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 9717 Old Dell Trace | 9608 Cragmont Drive | | | | | |
| | Richmond, Va 23233 | Richmond, Va 23233 | | | | | |
| Proximity to Subject | | 0.31 miles NE | | | | | |
| Sale Price | $ | | $ 1,295,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 215.51 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Public Records/MLS | | | | | |
| Verification Source(s) | | Visual | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | None Known | | | | | |
| Concessions | | Conventional | | | | | |
| Date of Sale/Time | | Cl 12/2007 | | | | | |
| Location | Good | Good | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | Average/1 ac | Average | | | | | |
| View | Average | Average | | | | | |
| Design (Style) | Colonial | Colonial | | | | | |
| Quality of Construction | Good/Frame | Sup/Brick | -75,000 | | | | |
| Actual Age | 20 Yrs/3 Eff | 11 Yrs/5 Eff | +10,000 | | | | |
| Condition | V.Good | Good | +10,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 13 7 7.5 | 12 5 3F2 | +22,500 | | | | |
| Gross Living Area | 7,289 sq.ft. | 6,009 sq.ft. | +96,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | 1,736 Sq.Ft. | None | +50,000 | | | | |
| Rooms Below Grade | Basement | Crawl Space | | | | | |
| Functional Utility | Good | Good | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | Fully Insulated | Fully Insulated | | | | | |
| Garage/Carport | 2 car B/l Gar | 2 car att Gar | | | | | |
| Porch/Patio/Deck | Pch,Bal,Deck | Cv Stp,Deck | +5,000 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 118,500 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 9.2 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 20.7 % | $ 1,413,500 | Gross Adj. % | $ | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 3/19/2007 | No known transfers in the | | |
| Price of Prior Sale/Transfer | $899,000 | past year. | | |
| Data Source(s) | Public Records, MLS | Public Records, MLS | | |
| Effective Date of Data Source(s) | March 22, 2008 | March 22, 2008 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

## Supplemental Addendum

File No. R0803120

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County Henrico | | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | | |

**• URAR : Improvements - Additional Features**
No Personal Property Appraised. Extensive trim throughout, marble flooring in foyer, granite countertops, top of the line kitchen appliances, whirlpool tub, steam shower, trayed ceilings, B/I bookcases/entertainment centers, electric garage door openers, circular drive that is granite lined, federal style colonial porch.

**• URAR : Sales Comparison Analysis - Summary of Sales Comparison Approach**
All sales are high end homes in the subjects marketing area. Comp Sale one is a new dwelling transfer from a nearby development of new homes. Demand for this new development is superior to that of the subjects development as reflected in the location adjustment. Comp sale two is a similar renovated dwelling on a larger site. This sale is located in a similar established development near the subject. It was selected for its basement. This sale also included an adjoining lot that can be sold off seperately. The site adjustment reflects the size difference and the additional lot. This adjustment causes the gross adjustments to exceed 25%. Comp sale three is an unrenovated dwelling that is located along a heavily traveled road. The location adjustment was made to reflect the external obsolescence caused by this main road. This adjustment causes the gross adjustments to exceed 25%. Comp sale four is supplied as additional support. This sale is located very close to the subject. This sale lacks a basement. The actual age of this sale in less than the subject, but the subject is totally renovated with a lower effective age. All sales were given adequate consideration when arriving at a final value estimate.

## Subject Photo Page

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County  Henrico | | State  Va | Zip Code  23233 |
| Lender | To Be Determined | | | | |



### Subject Front

9717 Old Dell Trace

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 7,289 |
| Total Rooms | 13 |
| Total Bedrooms | 7 |
| Total Bathrooms | 7.5 |
| Location | Good |
| View | Average |
| Site | Average/1 ac |
| Quality | Good/Frame |
| Age | 20 Yrs/3 Eff |



### Subject Rear



### Subject Street

## Photograph Addendum

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County Henrico | | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | | |



Side View of Addition



Alternative Rear View of Dwelling

## Comparable Photo Page

| | |
|---|---|
| Owner | Reed, Frank |
| Property Address | 9717 Old Dell Trace |
| City | Richmond |
| Lender | To Be Determined |

County Henrico    State Va    Zip Code 23233



### Comparable 1

1001 Middle Quarter Ct

| | |
|---|---|
| Prox. to Subject | 0.96 miles SW |
| Sales Price | 1,900,000 |
| Gross Living Area | 6,800 |
| Total Rooms | 14 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5F2 |
| Location | Superior |
| View | Average |
| Site | Average/1 ac |
| Quality | Sup/Brick |
| Age | New |



### Comparable 2

10 Nomas Lane

| | |
|---|---|
| Prox. to Subject | 0.74 miles NW |
| Sales Price | 1,962,000 |
| Gross Living Area | 4,400 |
| Total Rooms | 17 |
| Total Bedrooms | 7 |
| Total Bathrooms | 7.5 |
| Location | Good |
| View | Average |
| Site | Sup/2.2ac+Lot |
| Quality | Equiv/Stucco |
| Age | 23 Yrs/3 Eff |



### Comparable 3

9130 River Road

| | |
|---|---|
| Prox. to Subject | 0.75 miles E |
| Sales Price | 1,450,000 |
| Gross Living Area | 5,648 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.5 |
| Location | Average |
| View | Average |
| Site | Superior/1.85ac |
| Quality | Sup/Brick |
| Age | 19 Yrs/8 Eff |

## Comparable Photo Page

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County | Henrico | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | | |



### Comparable 4

9608 Cragmont Drive

| | |
|---|---|
| Prox. to Subject | 0.31 miles NE |
| Sales Price | 1,295,000 |
| Gross Living Area | 6,009 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3F2 |
| Location | Good |
| View | Average |
| Site | Average |
| Quality | Sup/Bnck |
| Age | 11 Yrs/5 Eff |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Building Sketch

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County Henrico | | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | | |



Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 3186.0 | 3186.0 |
| P/P | Porch | 396.0 | |
| | Deck | 264.0 | 660.0 |

| Net LIVABLE Area | (Rounded) | 3186 |
|---|---|---|

### LIVING AREA BREAKDOWN

| | Breakdown | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| | 4.0 | x | 44.0 | 176.0 |
| | 29.0 | x | 50.0 | 1450.0 |
| | 26.0 | x | 60.0 | 1560.0 |

| 3 Items | (Rounded) | 3186 |
|---|---|---|

File No. R0803120 Page #14

## Building Sketch

| Owner | Reed, Frank | | | | |
|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | |
| City | Richmond | County | Henrico | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA2 | Second Floor | 3386.0 | |
| | Second Floor | -110.0 | 3276.0 |
| P/P | Balcony | 176.0 | 176.0 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 3276 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| Second Floor | |
| 33.0 x 50.0 | 1650.0 |
| 26.0 x 60.0 | 1560.0 |
| 4.0 x 44.0 | 176.0 |
| 10.0 x 11.0 | -110.0 |
| | |
| 4 Items (Rounded) | 3276 |

File No. R0803120  Page #15

## Building Sketch

| Owner | Reed, Frank | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | | | |
| City | Richmond | County | Henrico | State | Va | Zip Code 23233 |
| Lender | To Be Determined | | | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA3 | Third Floor | 826.5 | 826.5 |
| BSMT | Basement | 1033.0 | |
| | Garage | 703.4 | 1736.4 |
| | | | |
| | Net LIVABLE Area | (Rounded) | 827 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| Third Floor | |
| 5.0 x 8.5 | 42.5 |
| 28.0 x 28.0 | 784.0 |
| | |
| 2 Items (Rounded) | 827 |

## Location Map

| Owner | Reed, Frank | | | |
|---|---|---|---|---|
| Property Address | 9717 Old Dell Trace | | | |
| City | Richmond | County Henrico | State Va | Zip Code 23233 |
| Lender | To Be Determined | | | |





**COUNTY OF HENRICO - FINANCE DEPARTMENT**
**REAL ESTATE ASSESSMENT DIVISION**

Address: 4301 E. Parham Rd.
Henrico, VA 23273-2745
Phone: 804-501-4300
Fax: 804-501-5420

### Base Information

| | | | |
|---|---|---|---|
| **Parcel ID** | 740-735-9162 | **Parcel Address** | 9717 OLD DELL TRCE |
| **State Code** | Resid (Urban) | **Appraiser** | X |
| **Tax Type** | Reg Taxable | **Neighborhood** | 1-070 |
| **Zone** | R-O | **Acreage** | 0 |
| **Tax Dist** | Regular | **Owner (Jan 1)** | REED FRANK J III & C A |
| **Magisterial** | Tuckahoe | **Owner (Cur)** | REED FRANK J III & C A |
| **Subdivision** | Country Club Colony | **Mailing Address** | |
| **Section** | A | | 817 MATLACK DR |
| **Block** | A | | MOORESTOWN NJ |
| **Lot** | 16 | **Zip** | 08057-1443 |
| **Map Page #** | 172 | **Old Map #** | 0110050000A 0016 |
| **Vision PID #** | 11996 | **Pre 1992 Map #** | 81 A1 34 |

Image




**Last Photo Update 02/01/1997**

### Residential Information

| | | | | | |
|---|---|---|---|---|---|
| **Usecode** | 210 Res - Subd (1 Fam) | **Year Built** | 1988 | **Sq Ft Finished Living** | 4,166 |
| **Style** | 01 Colonial | **No. of Stories** | 2 | **Finished Attic** | 0 |
| **Grade** | AA | **Total Rooms** | 10 | **Unfinished Living** | 0 |
| **Ext. Walls** | 02 Composition | **Bedrooms** | 4 | **Basement** | 1,736 |
| **Roof** | 2 Wood Shingle | **Half Bathrooms** | 2 | **Finished Basement** | 838 |
| **Heating** | 02 Forced Air | **Full Bathrooms** | 5 | **Bsmt Type** | W Walkout |
| **Air Cond.** | 01 Yes | **Fireplace(s)** | 3 | **Basement Garage** | 2 |



### Last Transfer

| Sale Date | Sale Price | Deed Book | Page | Previous Owner | Validity of Sale | # of Parcels |
|---|---|---|---|---|---|---|
| 03/30/2007 | $899,000 | 4315 | 186 | POLLARD MATTHEW E & E L | | 1 |

### Sketch Details

| Code | Desc | Gross | Living |
|---|---|---|---|
| VLT | Vaulted Area | 110 | 0 |
| 1FF | 1st Fl Finished | 2,432 | 2,432 |
| 2FF | 2nd Fl Finished | 1,734 | 1,734 |
| BGR | Bsmt Garage | 788 | 0 |
| BMF | Basement Finished | 838 | 0 |
| BMU | Basement Unfinished | 110 | 0 |
| PCO | Porch Covered | 528 | 0 |
| WDK | Deck | 264 | 0 |

### Current Assessment

| Year | Date | Land | Land Use | Improvements | Total |
|---|---|---|---|---|---|
| 2011 | 03/10/2011 | $250,000 | | $358,400 | $608,400 |

### Additions and Outbuildings

| Type | Improvement | Measurement |
|---|---|---|
| Addition | Deck | 264 Square Feet |
| Addition | Porch Covered | 528 Square Feet |

Map

### Land Information

| Type | # Units | Unit Type | Sqft | Zone |
|---|---|---|---|---|
| G4 | 1 | LOTS | 0 | R-O |

### Notes

9-24-2003....Pollard, Matthew E. & Elizabeth L......DB 3545-2288..... 3-30-2007 Reed, Frank J. III & Christina A. DB 4315-186

Current Value of Virginia House – methodology for valuation

http://www.co.henrico.va.us/finance/divisions/real-estate-division/real-estate-assessment.html

# HENRICO COUNTY VIRGINIA

HOME    ABOUT HENRICO    SERVICES    DEPARTMENTS    GOVERNMENT    FAQs    CONTACT US

**SEARCH**

Wednesday, Nov 2, 2011
59.0°F A Few Clouds

Home >> Finance >> Divisions >> Real Estate Division

## Real Estate Assessment

Title 58.1-3201 of the Code of Virginia provides for the assessment of real property at 100% of fair market value. Fair market value is the probable amount a property would sell for today if exposed to the market for a reasonable period. Henrico County employs an annual reassessment program to ensure that property is assessed uniformly and at its market value. The Real Estate Assessment Division is part of the Department of Finance and is charged with the review and reassessment of all real property effective January 1 of each year.

## How Assessments are Determined

Real estate assessments are based on the typical selling price of comparable properties and reflect the actions of buyers and sellers in the local market. The Real Estate Assessment Division is responsible for reviewing market transactions and using the data to assess each property accordingly. Each year staff analyzes thousands of real estate transfers, of which the majority are residential properties. Additionally, transactions for previous years are examined. Sales information is gathered from recorded deeds, buyers, sellers, real estate professionals, and the selling prices are compared to the assessed values to determine an assessment/sales ratio. A neighborhood is selected for reassessment when its assessment/sales ratio is significantly below or above 100 percent. Once it is determined that an area must be reassessed, three valuation approaches, i.e. sales comparison, cost, or income are considered. Typically, the sales comparison approach is chosen for residential properties. Comparable sales information is used as a basis for the assessment of individual properties after the transactions are carefully analyzed to consider differences in size, quality, condition, location, and other amenities.

Due to the limited number of local commercial property transactions, regional and national information must be collected for analysis. In addition to replacement cost data and market data, commercial properties are selected for reassessment based on potential rental income, occupancy levels, and investor demand.

### Real Estate Division

- Land Use Program
- Real Estate Assessment

### Finance

- Online Real Estate Data
- Disclaimer
- Charging the way Henrico Does Business - WIC Conference
- Charging the way Henrico Does Business - Video
- Finances by Topic
- Real Estate
- Business
- Payment Options
- Approved Tax and Fee Schedule
- Proposed AFP 2011 - 2012
- Approved Annual Fiscal Plan 2010-2011