# EXHIBIT 13

# Oxford House, Inc.

1010 Wayne Avenue, Suite 300
Silver Spring, Maryland 20910

July 10, 2012

Re: Frank Reed's Oxford House Rental Properties

To Whom It May Concern:

I am J. Paul Molloy, Chief Executive Officer and founder of Oxford House World Services, a national, private, not-profit organization comprised of Self-Run, Self-Supported, Addiction Recovery Houses.

Let it be hereby known that Frank Reed had been a landlord of Oxford Houses since 1993 for the properties at:

    52 Stone Hollow Drive Sicklerville, NJ

    318 Columbia Avenue Stratford, NJ

    21 Darien Drive Cherry Hill, NJ

Oxford House would most likely have continued to rent those houses from Mr. Reed but for foreclosure action.

If you have any questions or comments, please contact me.

Sincerely,

Paul Molloy

Paul Molloy
Co-founder and CEO

Telephone (301) 587-2916 • Facsimile (301) 589-0302 • Writer's Direct Telephone (301) 589-0539
A 501(c)(3) Nonprofit Corporation • # 11535 Combined Federal Campaign United Way
Winner of the Harry V. McNeill Award by the American Psychological Association
Email: Paul.Molloy@oxfordhouse.org • Visit www.oxfordhouse.org