**EXHIBIT 17**

Home | NJCourts

**JUDGMENT SEARCH**

Need Step-By-Step Help?    Judgment Public Search Demo Videos    Contact Us

## Judgment Search Result Details

Note. If you have pop-up blocker installed, you must disable it to view party details
Search for a Judgment by selecting one of the following tabs below.

Name    Judgment #    Docket #

Judgment Number: J 127413 10- TD BANK NA VS REED
Docket Number: L 003050 9    Venue-id: BUR    Filing Location: BURLINGTON    Court: LCV    Judgment Status: Open
Status Date: 05/12/2010    Judgment Amount: $741976.77    Court Costs: $0.00    Interest: $0.00    Attorney Fee: $5229.80
Other Amount: $0.00    Processing Location:    Judgment Enter Date: 02/08/2010    Time: 2:30PM    Judgment Filing Date: 05/12/2010

### Party/Debt Summary

Debt ID: 1    Debt Status: Open    Debt Amount: $741976.77    Attorney Fee: $5229.80    Cost: $0.00    Interest: $0.00    Other Amount: $0.00    Debt Enter Date: 05/12/2010

| Name (Last, First MI) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| TD BANK NA | CREDITOR | | Open | 05/12/2010 |
| REED, FRANK | DEBTOR | | Open | 05/12/2010 |
| REED, CHRISTINA | DEBTOR | | Open | 05/12/2010 |

### Document Summary

Documents Summary - 0 Found.

Print Search Again Back

Screen Id: 123408 - © Copyright NJ Judiciary 2012

BUILD: 3.0.00.30_1