# EXHIBIT 18



**TD Bank**

TD BANK, N.A.
PO BOX 746
KEENE NH 03431-0746

012137 06TX9B03 000000
FRANK REED
CHRISTINA REED
817 MALTACK DR
MOORESTOWN NJ 08057

AT



☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| TD BANK, N.A.<br>PO BOX 746<br>KEENE NH 03431-0746<br>1-888-751-9000 | | **2011**<br>Form 1099-A | |
| LENDER'S federal identification number | BORROWER'S identification number | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy B**<br>**For Borrower** |
| 01-0137770 | 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 | 28/09/2011 | $859,073.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| BORROWER's name<br>FRANK REED<br>CHRISTINA REED | | 3 | 4 Fair market value of property<br>$507,000.00 | |
| Street address (including apt. no.)<br>817 MALTACK DR | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . ▶ | ☒ | |
| City, state and ZIP code<br>MOORESTOWN NJ 08057 | | 6 Description of property<br>21 DARIAN CHERRY HILL, 52 STONE H | | |
| Account number (see instructions)<br>20359219001 | | | | |

Form 1099-A                                     (keep for your records)                              Department of the Treasury - Internal Revenue Service
01/18/2012

*credit given*