# EXHIBIT 20



**COUNTY OF HENRICO - FINANCE DEPARTMENT**  Address: 4301 E. Parham Rd.
**REAL ESTATE ASSESSMENT DIVISION**  Henrico, VA 23273-2745
Phone: 804-501-4300
Fax: 804-501-5420

Print Friendly
County Home
Property Search | Residential Sales Search
FileNet | Commercial Sales Search

Base | Transfer & Assessment

Back to Search                                                                First | Previous | 1 of 1 | Next | Last

### Parcel Information
**Parcel ID** 756-730-4292          **Parcel Address** 133 BROOKSCHASE LN

### Transfer History

| Sale Date | Sale Price | Deed Book | Page | Owner | Validity of Sale | # of Parcels |
|---|---|---|---|---|---|---|
| 06/02/2008 | $550,000 | 4521 | 1489 | GRAVES BRENT L & S T L | Land Only Sale | 1 |
| 03/03/2006 | $400,000 | 4077 | 922 | REED FRANK J.III | Land Only Sale | 1 |
| 01/01/1996 | $0 | 2627 | 1649 | HUTCHENS WILLIS F & S L | Gift/Partial Int. Etc. | |
| 09/01/1995 | $150,000 | 2608 | 586 | HUTCHENS WILLIS F | | |
| 06/01/1991 | $152,000 | 2296 | 346 | HARMON CUSTOM HOMES INC | | |

### Assessment Information

| Year | Date | Land | Land Use | Improvements | Total |
|---|---|---|---|---|---|
| 2011 | 03/10/2011 | $300,000 | | $0 | $300,000 |
| 2010 | 01/08/2010 | $325,000 | | $0 | $325,000 |
| 2009 | 01/21/2009 | $325,000 | | $0 | $325,000 |
| 2008 | 01/07/2008 | $325,000 | | $0 | $325,000 |
| 2007 | 10/03/2006 | $325,000 | | $0 | $325,000 |
| 2006 | 02/09/2006 | $275,000 | | $0 | $275,000 |
| 2005 | 09/22/2004 | $275,000 | | $0 | $275,000 |
| 2004 | 12/19/2003 | $180,000 | | $0 | $180,000 |
| 2003 | 06/03/2002 | $180,000 | | $0 | $180,000 |
| 2002 | 02/28/2002 | $180,000 | | $0 | $180,000 |
| 2001 | 09/05/2000 | $180,000 | | $0 | $180,000 |
| 2000 | 05/07/1999 | $180,000 | | $0 | $180,000 |
| 1999 | 05/07/1999 | $180,000 | | $0 | $180,000 |
| 1998 | 04/21/1997 | $150,000 | | $0 | $150,000 |
| 1997 | 01/01/1997 | $150,000 | | $0 | $150,000 |

*[Handwritten note:]* Sold quickly under Duress from GMAC Foreclosure on my Home




**A Grand New Hospital**
Henrico Doctors' Expansion p. 2

**Batter Up!**
Tuckahoe Little League p. 24

# HENRICO

IN THE HEART OF CENTRAL

Get your ~~slice of the pie~~ whole.

HEALTHCARE
AFFORDABILITY
EDUCATION
RECREATION
EMPLOYMENT
ACCESSIBILITY

SUMMER 2006 ISSUE 7 NO. 7



Frank Reed Property
9717 Old Dell Trace
Richmond, VA 23238

# NOTABLE NEIGHBORHOODS

THE WORD "NEIGHBORHOOD" COMES FROM THE MIDDLE ENGLISH, NIGHBOER, a farmer (boer) who lived close (nigh), and hood, a suffix which denoted one's unique condition or character. Ultimately then, the first neighborhoods developed among people who felt a close affinity for one another, both in terms of shared responsibility and social class. Neighbors looked out for one another, lent a hand, swapped stories, offered solace. Neighborhoods reflected the aspirations of the residents and recreated the values of their social class in the children who grew up there.

How good it is to find a home that reflects your highest aspirations; how much better to find it in a neighborhood that embraces you, draws you in, makes you and your family better and more involved. In Henrico County, many such neighborhoods beckon.

### River Road

For many, Richmond, Virginia conjures up images of the Old South: stately homes situated on gracious tree-lined streets; a slow pace of life where iced tea or a Mint Julep can be savored on a screened porch during a long sleepy afternoon; children playing on broad green lawns under a sultry summer sun. Remarkably, the image lives on in one of Henrico County's oldest neighborhoods.

The River Road corridor, stretching from the Richmond city line at its eastern terminus to Goochland County in the west, charts a course along the James River. Along the way, it encompasses many of Metropolitan Richmond's most prestigious addresses. Drive west on River Road into Henrico County and the first impression you get is "Old Money." These homes are not the cookie-cutter construction of new development, but uniquely personal creations, each situated on a spacious lot with long-established trees and gently manicured plantings. While a few are the definition of ostentatious display, most of the homes along this stretch of road are the model of understated elegance.





As River Road passes the newly redesigned Tuckahoe Course of the Country Club of Virginia, tony shops give way to the ivy-covered homes and stunning campus of the University of Richmond. As you pass Forest Avenue, take a left into the secluded Windsor on the James. The all-brick mansions in this small, exclusive neighborhood are meant to impress with vast, manicured lawns and Georgian grandeur.

More typical of the homes along River Road, however, is the well-established neighborhood of Mooreland Farms. Every lot is different and every home is unique. The architecture runs from '70s era tri-levels, Dutch Colonials, and traditional Cape Cods to energy-efficient homes with vast walls of windows, and multi-storied homes that seem to mold themselves to the terrain. With creative landscaping, homeowners have put to advantage the steeply rolling hills that rise up from the James River, creating shade gardens and terraced lawns. The mood here is gracious living. A long-established neighborhood, Mooreland Farms is an area in transition. Long time residents share the streets with young, well-to-do families. The result is a real neighborhood feel.

GRAYSON HILL
Don't want the hassle of a lawn? Prefer to spend your money on the inside of your home than the outside? Condo living may be for you. In the past five years, the Richmond area has become crazy for luxury condos and townhomes, and Henrico County is helping to scratch that itch. Development has begun in the east end of the County at Rockett's Landing. In the west end, Gumenick Properties is meeting market demand with Grayson Hill.

Situated on 50 acres of prime real estate at the corner of Patterson Ave. and Gaskins Road, Grayson Hill offers five distinct floor plans in a wide range of prices, from the upper $300s to the $600s. The brick architecture is reminiscent of traditional 18th century colonial buildings with amenities that are typical of upscale, luxury living: hardwood floors throughout the common areas, granite countertops in the kitchen, and massive master suites.

Grayson Hill is trying hard to create ample open spaces to give the feel of a rambling English country garden to its layout. All of the homes feature 2-car garages, so the property will avoid the look of a parking lot. With a large lake bisecting the planned layout, and a concerted effort to maintain as many of the trees as possible, the developers have tried hard to match the elegance of the landscaping to the elegance of the homes.

The first homes went on sale a year ago and response was strong, with deposits on more than 40% of the homes offered in the first phase. Another 19 homes were offered for sale this spring with reservation agreements on another 18. Less than a quarter of the homes have yet been offered for sale. With shopping and dining nearby, easy access to all the major highways, and ample recreation just minutes away, demand is sure to be strong for the remaining homes.

TWIN HICKORY
When new businesses move to town, their employees are understandably concerned. Where will we live? How much will it cost? Are the schools good? Are there good restaurants, nice shops, friendly people? A drive to Henrico County's Twin Hickory development answers all of their questions.

In the far west end of Henrico County, Twin Hickory is a mixed, residential development of

With homes starting at $200,000 in Twin Hickory and spanning into millions for estates in Windsor on the James, newcomers to Henrico County have a range of options to fit their wallet.

apartments, town homes, affordable single family homes, and upscale residences. This new development already has the feel of home. Drive down the streets and you know you are in a well-planned community. Most of the homes are brick front Transitionals, and family is the theme. Everywhere you look there are children. Basketball hoops dot the side of the road. Wood-towered playgrounds dominate many backyards. Frisbees are flying. Kids ride bikes and roller blade down the bike path, teens play stickball at the end of the countless cul-de-sacs, new moms push strollers on the sidewalks (a new development with sidewalks!) — you can't help but smile.

Students in the Twin Hickory zone attend Deep Run High School and its excellent feeder schools. Only in its fourth year, Deep Run has already made a name for itself. It is consistently one of the top scoring schools in Virginia on State Standards of Learning tests. In addition, the school has also already won multiple state championships in athletics.

For recreation, the location can't be beat. Movie theaters, soccer fields, an ice skating rink, bowling alleys, driving ranges, and a top-rated golf course are all just minutes away. Dining options are endless, with the upscale Short Pump Town Center and all its perimeter shops just down the street. At one end of the development, the Shady Grove YMCA draws hundreds of people every day; a new Recreation Center is under construction across the street. At the other end of the development, the Short Pump Community Center is also under construction.

The suburbs are about family: providing the best for your children and taking advantage of all the amenities at an affordable price. Twin Hickory has all of this and is an attractive option for people relocating to Richmond.

At its best, a home is an extension of a family's personality. For some the quest for precisely manicured boxwoods and razor sharp edges between their perfect lawn is the highest aspiration, a form of genteel elegance that once was the purview of only the wealthiest country squire. For others, nothing more fully expresses filial bliss than an endless array of primary-colored toys strewn about a well-traveled yard: part playpen, part dog run. For others, an elegantly appointed home, maintenance free, in a close-knit urban community of like-minded souls is the ideal.

Henrico County has it all and prides itself on being a great place to live, work, and raise a family, with friendly people, an affordable cost of living, great schools, and an ideal location. In an era when neighborhoods have become geographical expressions only, it is nice to know that there are still places you can live and work where you feel connected, not cut off. Stuck within our McMansions, frozen to stone by the Medusan glare of cable TV, desperately seeking connection and solace in internet chatrooms with people we will never see, we may never even know the people next door. But it doesn't have to be that way. Open your door, meet your neighbors, share your dreams. ■



The luxurious feel of Grayson Hill (above) is helping to meet the demand for upscale condos and townhomes in Henrico County.

*In an era when neighborhoods have become geographical expressions only, it is nice to know that there are still places you can live and work where you feel connected, not cut off.*



SHORT PUMP $100,000