# EXHIBIT 21

To: [illegible] Fred [illegible] Staples Fax Service

From: [illegible]

Need [illegible]

Fax [illegible] will pick up this fax

[illegible]

Thank you

[illegible]

To Whom It May Concern

My name is Nathan Bowden and I am a draftsman.

In 2007 Frank Reed paid for, and I completed for him, a full set of construction plans for a 4 bedroom 10 bathroom house that he intended to build on his lot at 133 Brookschase Henrico (Richmond), VA 23229.

If you have any questions please feel free to contact me.

Sincerely,

Nathan Bowden