LAW OFFICES OF

# JEFFREY S. WALTERS
### LLC

3000 ATRIUM WAY SUITE #2201
MOUNT LAUREL, N.J. 08054

TELEPHONE: (856) 552-1045
FACSIMILE: (856) 974-8859

EMAIL: jeffrey_walters@comcast.net

December 29, 2011

Clerk
Law Division
Superior Court of New Jersey
49 Rancocas Rd.
Mount Holly, NJ 08060

    RE:    **Reed v. GMAC Mortgage et al**
              **Docket No. L-1526-10**

Dear Sir or Madam:

    I enclose opposition to Defendant's Motion to Bar Expert Report. Same is returnable on January 6, 2012. Kindly forward to the Judge who will be hearing the motion.

    Also enclosed is Cross-Motion to Amend Complaint pursuant to R. 4:9-1. This consists of Notice of Cross-Motion, along with Certification in support thereof, form of order, and proof of service. The proposed amended Complaint is annexed to the motion, pursuant to R. 4:9-1.

    Kindly file and list for January 6, 2012.

    Please charge the filing fee of $30 to my firm's collateral account #142448.

    If you have any questions, please feel free to contact me.

                                                  Very truly yours,

                                                   *[signature]*

JSW/jtg                                       Jeffrey S. Walters
Enclosures

cc:    Brian M. Fleischer, Esq. (w/ encls.)
        Frank Reed (w/ encls.)