Hearing Date and Time: July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Response Deadline: June 19, 2014 at 4:00 p.m. (Prevailing Eastern Time)

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950

*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL LLC et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## DECLARATION OF FRANK REED, CREDITOR, PRO SE IN OPPOSITION TO THE RESCAP BORROWER'S CLAIMS TRUST OBJECTION TO CLAIMS

I, Frank Reed, under penalty of perjury, declare as follows:

1. In 2009 GMAC was found to have violated my rights under New Jersey State foreclosure law by the New Jersey Superior Court, in Mount Holly, Burlington County, NJ, (the proper court of jurisdiction) and as a result of its violation of New Jersey State foreclosure law, GMAC caused me harm, and CONTINUES TO CAUSE me direct harm by CONTINUING to violate relevant foreclosure law. Specifically, GMAC's acts have destroyed and continues to destroy the liquidity and market value of my home and my long held banking relationships.

2. GMAC's continued actions have interrupted vital cash flow which has and continues to cause direct, deep and irreversible catastrophic damage to a lifetime of work and accumulated

net worth. The result of this damage, if not halted and remediated, will be the homelessness of me, my wife and our 6 children.

3. Due to this harm, I and my wife submitted proof s of claim in these bankruptcy cases. Subsequent to filing such proofs of claim, the debtors requested more information about the facts and law which we believed supported our claims, and we prepared and submitted hundreds of pages of factual proofs and law in the form of supplementary statements and 29 multi document exhibits.

4. It is clear to me that the Objection to our claims is ONLY based on the initial limited filing NOT the expansive supplemental filing requested and allowed by the debtors.

Respectfully submitted, this 18th day of June 2014.

_____

Frank Reed
Creditor, Pro Se