Richard M. Cieri
Ray C. Schrock
Noah J. Ornstein
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Jacob Goldfinger, state as follows:

1. I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022-4611.

2. June 23, 2014, I caused service of the *Memorandum Opinion and Order Granting in Part and Denying in Part Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction* [ECF No. 7148] to be effected via electronic mail and express mail on the party listed below:

> Brookstone Law, P.C.
> 18831 Von Karman Ave., Suite 400
> Irvine, CA 92612
> Attn.: Vito Torchia Jr.
> VTorchia@BrookstoneLaw.com

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
       June 23, 2014

_____
Jacob Goldfinger

State of New York        )
                         ) ss
County of New York       )

Subscribed and sworn to before me this 23rd day of June, 2014.

_____
Beth Friedman Lurie
Notary Public, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2017

2