Judith P. Kenney
11311600
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6863
Attorney, *Pro Hace Vice*, for Philip Roger Flinn, II

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE OF**
**PHILIP ROGER FLINN, II'S OBJECTION TO ALLY FINANCIAL,**
**INC'S MOTION FOR ORDER ENFORCING THE COURT'S ORDER GRANTING**
**DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY CODE**
**SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS TO**
**ENTER INTO A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL**
**INC., THE CREDITORS' COMMITTEE AND CERTAIN CONSENTING CLAIMANTS**

The undersigned counsel hereby certifies that on the 19th day of June, 2014, as corrected on June 20, 2014, a true and correct copy of *Philip Roger Flinn, II's Objection to Ally Financial, Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order under Bankruptcy Code Sections 105(A) and 363(B) Authorizing the Debtors to Enter into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee and Certain Consenting Claimants* was caused to be served on the Electronic Case Filing System with a hard copy delivered directly to Chambers and served upon counsel to the Debtors and (a) Liquidating Trust, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (b) the Office of the United States Trustee for the

Affidavit of Service, Page 1
Z:\12-1302\Docs\SMJ\SMJ-Release\Affidavit of Service.wpd

Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Rifkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennslyvania Avenue NW, Washington, DC 20530-001 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq. ); (c) the Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 W. 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Loson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) special counsel to the Committee, Silvermann Acampora LLP, 100 Jericho Quandrangle, Suite 300, Jericho, NY 11753 (Attention: Ronald J. Friedman).

Dated:  June 23, 2014.

    Addison, Texas        /s/ Judith P. Kenney
        Judith P. Kenney
        Judith P. Kenney & Associates, P.C.
        One Bent Tree Tower
        16475 Dallas Parkway, Suite 330

Addison, Texas 75001-6870
Telephone: (972) 713-6133
Facsimile: 972) 818-0388

*Counsel for Philip Roger Flinn, II*