R. Frederick Walters
WALTERS, BENDER, STROHBEHN & VAUGHAN
1100 Main Street, Suite 2500
Kansas City, Missouri  64105
(816) 421-6620
*Counsel for Borrower Claims Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | **(Jointly Administered)** |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, R. Frederick Walters, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Peter S. Kravitz, in his capacity as trustee of the ResCap Borrower Claims Trust (the "**Client**")*,* in the above-referenced case.

*I certify that I am a member in good standing* of the Bar of the State of Missouri, The U.S. District and Bankruptcy Courts for the Western and Eastern Districts of Missouri, The United States District and Bankruptcy Courts for the District of Kansas, The Third Circuit, The Seventh Circuit, The Eight Circuit, The Tenth Circuit, The U.S Court of Appeals D.C. Circuit, and The United States Supreme Court

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

48266960.2

Dated: Kansas City, Missouri
June 23, 2014

        Respectfully submitted,

        WALTERS BENDER
        STROHBEHN & VAUGHAN, P.C.

        By: */s/ R. Frederick Walters*
           R. Frederick Walters
           1100 Main Street, Suite 2500
           Kansas City, Missouri 64105
           (816) 421-6620
           (816) 421-4747 (Facsimile)
           fwalters@wbsvlaw.com

        ATTORNEYS FOR
        BORROWER CLAIMS TRUSTEE

48266960.2