UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**RESIDENTIAL CAPITAL, LLC,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of R. Frederick Walters, Esq. (the "**Movant**"), to be admitted, *pro hac vice*, to represent Peter S. Kravitz, in his capacity as trustee of the ResCap Borrower Claims Trust (the "**Client**")*,* in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the Bar of the State of Missouri, The U.S. District and Bankruptcy Courts for the Western and Eastern Districts of Missouri, The United States District and Bankruptcy Courts for the District of Kansas, The Third Circuit, The Seventh Circuit, The Eight Circuit, The Tenth Circuit, The U.S Court of Appeals D.C. Circuit, and The United States Supreme Court, it is hereby

ORDERED that R. Frederick Walters is admitted to practice, *pro hac vice*, in the above-referenced case, to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York

_____

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

48267175.2