**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors, | Jointly Administered |
| RESCAP LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Pro. Case No. 14-01998-MG |
| v. | |
| CMG MORTGAGE, INC., | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Greg Chambers, to be admitted, *pro hac vice*, to represent CMG MORTGAGE, INC., (the "Client") a Defendant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California [and the bar of the U.S. District Court for the Northern and Eastern Districts of California], it is hereby

**ORDERED**, that Greg Chambers, Esq., is admitted to practice, pro hac vice, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  June 23, 2014
       New York, New York

                                             /s/Martin Glenn
                                             MARTIN GLENN
                                United States Bankruptcy Judge