Hearing Date:    **August 13, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————  )
                                                      )
In re:                                              )      Case No. 12-12020 (MG)
                                                      )
RESIDENTIAL CAPITAL, LLC, et al.,      )      Chapter 11
                                                      )
                              Debtors.          )      Jointly Administered
                                                      )
--------------------------------------------------------------------  )

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA") FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) TO AUGUST 13, 2014 AT 10:00 A.M.

      **PLEASE TAKE NOTICE** that the *Motion of Connecticut Housing Finance Authority*

*"CHFA" for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11*

*U.S.C. § 362(d)* [Docket No. 2401], previously scheduled to be heard on June 26, 2014 at 10:00

a.m. (Prevailing Eastern Time), has been adjourned to **August 13, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  June 24, 2014
      New York, New York

Respectfully submitted,


/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors
and The ResCap Liquidating Trust*