# Exhibit A

## Analysis of Outlier Allowed Claims

### Assuming 2 Claims Allowed at $1 Million:

| | % of DCR Claims Allowed | | | |
|---|---|---|---|---|
| | **100%** | **30%** | **10%** | **3%** |
| DCR Allowed Claims Amount ($000's) | $21,680.9 | $21,680.9 | $21,680.9 | $21,680.9 |
| less: DCR Claims Allowed at $1M | (2,000.0) | (2,000.0) | (2,000.0) | (2,000.0) |
| **Remaining DCR Allowed Claims Amount ($000's)** | **$19,680.9** | **$19,680.9** | **$19,680.9** | **$19,680.9** |
| | | | | |
| DCR Claim Count | 597 | 597 | 597 | 597 |
| DCR Million Dollar Claims | (2) | (2) | (2) | (2) |
| **Remaining DCR Claims** | **595** | **595** | **595** | **595** |
| | | | | |
| **Average Allowed Amount for Remaining Claims ($000's)** | $ 33.1 | $ 109.9 | $ 328.0 | $ 1,093.4 |

### Assuming 5 Claims Allowed at $1 Million:

| | % of DCR Claims Allowed | | | |
|---|---|---|---|---|
| | **100%** | **30%** | **10%** | **3%** |
| DCR Allowed Claims Amount ($000's) | $21,680.9 | $21,680.9 | $21,680.9 | $21,680.9 |
| less: DCR Claims Allowed at $1M | (5,000.0) | (5,000.0) | (5,000.0) | (5,000.0) |
| **Remaining DCR Allowed Claims Amount ($000's)** | **$16,680.9** | **$16,680.9** | **$16,680.9** | **$16,680.9** |
| | | | | |
| DCR Claim Count | 597 | 597 | 597 | 597 |
| DCR Million Dollar Claims | (5) | (5) | (5) | (5) |
| **Remaining DCR Claims** | **592** | **592** | **592** | **592** |
| | | | | |
| **Average Allowed Amount for Remaining Claims ($000's)** | $ 28.2 | $ 93.7 | $ 282.7 | $ 926.7 |