MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for the ResCap*
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESCAP LIQUIDATING TRUST'S**
**SUPPLEMENT REGARDING LETTER TO JUDGE**
**GLENN [DOCKET NOS. 6860 & 6863] AND SUPPLEMENT TO BE**
**INCORPORATED INTO BORROWER'S MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY [DOCKET NOS. 7034, 7054 & 7071] FILED BY JORGE CERRON**

ny-1147905

The ResCap Liquidating Trust (the "**Liquidating Trust**"), as successor in interest to Residential Capital, LLC ("**ResCap**") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), including GMAC Mortgage, LLC ("**GMAC Mortgage**") as provided for in the Plan[1], hereby submits this supplement (the "**Supplement**") to its Response to the Correspondence filed by Jorge Cerron (the "**Movant**"), and respectfully represents:

## SUPPLEMENT

1.    In its Response, the Liquidating Trust indicated that Movant had filed in the Foreclosure Proceeding a motion seeking to cancel a Certificate of Title issued by the clerk of the Trial Court in the name of GMAC Mortgage after entry of the Trial Court's July 5, 2011 order granting GMAC Mortgage's motion for summary judgment. See Response at ¶¶ 17, 21. On June 19, 2014, the Trial Court held a hearing on, among other things, Movant's motion in the Trial Court. At that hearing, the Trial Court signed an Agreed Order, a copy of which is attached hereto as Exhibit 1, granting Movant's motion, without objection by Ocwen, and vacating the Certificate of Title previously issued in favor of GMAC Mortgage.

2.    Additionally, negotiations between Ocwen and Movant recently culminated in a consensual resolution of the Foreclosure Proceeding. Attached hereto as Exhibit 2 is a copy of the State Court's judgment in favor of Ocwen, which was signed on June 23, 2014.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the *ResCap Liquidating Trust's Response to Letter to Judge Glenn [Docket Nos. 6860 & 6863] and Supplement to be Incorporated into Borrower's Motion for Relief from the Automatic Stay [Docket Nos. 7034, 7054, 7071] Filed by Jorge Cerron* [Docket No. 7098] (the "**Response**").

1

ny-1147905

New York, New York  
Dated: June 24, 2014

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
James A. Newton  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the ResCap Liquidating Trust*