# **Exhibit 1**

## **Trial Court Order Signed June 19, 2014**

## IN THE COUNTY/CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

Ocwen Loan Servicing, LLC

V.

Jorge A. Cerron

CASE NO.: 2009-CA-15793-NC

### AGREED ORDER

**THIS CAUSE** having come to be heard on June 19, 2014 Defendants motion to Comply with Mandate of Second District Court of Appeals and the court having heard argument of counsel and/or the parties and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby Granted and the Certificate of Title to GMAC Mortgage, LLC entered by the Clerk of Court on August 31, 2011 & recorded on August 31, 2011 at Instrument #2011101428 is hereby Vacated.

**DONE AND ORDERED** in Sarasota, Sarasota County, Florida on this __19__ day of __June__, 20___.

_____
COUNTY/CIRCUIT JUDGE

Copies To:
☑ Plaintiff
☑ Defendant
___ Other: _____

71.doc

| ☒ IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA<br>☐ IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA || RECORDED IN OFFICIAL RECORDS<br>INSTRUMENT #2011101428    1 PG |
|---|---|---|
| DIVISION:<br><br>CIVIL | CASE NUMBER:<br><br>2009 CA 015793 NC | 08/31/2011 11:11:40 AM<br>KAREN E. RUSHING<br>CLERK OF THE CIRCUIT COURT<br>SARASOTA COUNTY, FLORIDA<br>CIVIL COURTS 3    Receipt # 1419739<br><br>Doc Stamp-Mort:    $0.00<br>Doc Stamp-Deed: $1134.00<br>Intang. Tax:    $0.00<br>STAMP FOR RECORDING |

**PLAINTIFF(S)**
GMAC MORTGAGE, LLC,

**VS. DEFENDANT(S)**
JORGE A. CERRON; THE UNKNOWN SPOUSE OF JORGE A. CERRON; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS; SUNTRUST BANK; BEACH WAY CONDOMINIUM ASSOCIATION, INC.; TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names being fictitious to account for parties in possession

## CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he or she executed and filed a certificate of sale in this action on August 10, 2011 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections pursuant to §45.031(4) Florida Statutes.

The following property located in Sarasota County, Florida:

**UNIT G-1, BEACH WAY APARTMENTS, A CONDOMINIUM AS PER DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 846, PAGES 731 ET SEQ., AND ALL AMENDMENTS THERETO, AND AS PER CONDOMINIUM PLAT RECORDED IN CONDOMINIUM BOOK 4, PAGES 6 ET SEQ., AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA. TOGETHER WITH ANY AND ALL AMENDMENTS TO THE DECLARATION AND ANY UNDIVIDED INTEREST IN THE COMMON ELEMENTS OR APPURTENANCES THERETO.**

was sold to GMAC MORTGAGE, LLC,

whose address is 1100 Virginia Drive, Fort Washington, PA 19034.

WITNESS my hand and the seal of this Court on August 31, 2011.

2011 AUG 31 AM 10:48
KAREN E RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY FLORIDA
FILED FOR RECORD

**KAREN E. RUSHING**
**CLERK OF THE CIRCUIT COURT**
BY: _____
Deputy Clerk

Sale Price $162,000.00
☑ Doc. Stamp Paid $1,134.00
☐ Doc. Stamp Due $_____
   and outstanding


Case: 2009 CA 015793 NC
DKT: CERTTCR