# Exhibit 2

**State Court's Judgment Signed June 23, 2014**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN & FOR SARASOTA COUNTY, FLORIDA

Clerk Case Number: 2009 CA 015793 NC
Division: C

OCWEN LOAN SERVICING, LLC
    Plaintiff,

vs.

JORGE A. CERRON, THE UNKNOWN SPOUSE OF JORGE A. CERRON, SUNTRUST BANK, BEACH WAY CONDOMINIUM ASSOCIATION, INC., TENANT #1, TENANT #2, TENANT #3, TENANT #4, ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS, AND UNKNOWN TENANTS/OWNERS,

    Defendants.
_____/

*FOR CLERK'S USE ONLY*

ORIGINAL SIGNED
JUN 2 3 2014
GEORGE K. BROWN, JR.
SENIOR JUDGE

## IN REM UNIFORM FINAL JUDGMENT OF MORTGAGE FORECLOSURE

*This form substantially complies with Form 1.996, adopted by the Florida Supreme Court February 11, 2010, SC09-1579; form published in 12th Circuit on 4-5-10.*

**THIS** action was tried before the Court. On the evidence presented.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff, OCWEN LOAN SERVICING, LLC, is due.

| Description | Amount |
|---|---|
| Principal | $607,361.65 |
| Interest from 05/01/2009 to 09/26/2013 | $80,469.17 |
| Per Diem @$47.84 from 09/27/2013 to 06/23/2014 | $9,902.88 |
| Title Search | $0.00 |
| Escrow Advances - Property Taxes & Hazard Insurance | $18,510.64 |
| Pre Accelerated Late Charges | $638.86 |

| Property Inspection | $457.75 |
|---|---|
| NSF Fee | $25.00 |
| BPO/Appraisals | $829.00 |
| **Court Costs:** | |
| Filing Fee | $0.00 |
| Service of Process | $0.00 |
| Attorneys' Fees | $2,250.00 |
| TOTAL | $720,444.95 |

that shall bear interest at the prevailing statutory rate of 4.75% per year from this date through December 31 of this current year. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with section 55.03, Florida Statutes.

2. Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Sarasota County, Florida:

UNIT G-1, BEACH WAY APARTMENTS, A CONDOMINIUM AS PER DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 846, PAGES 731 ET SEQ., AND ALL AMENDMENTS THERETO, AND AS PER CONDOMINIUM PLAT RECORDED IN CONDOMINIUM BOOK 4, PAGES 6 ET SEQ., AND ALL AMENDMENTS THERETO, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA. TOGETHER WITH ANY AND ALL AMENDMENTS TO THE DECLARATION AND ANY UNDIVIDED INTEREST IN THE COMMON ELEMENTS OR APPURTENANCES THERETO

3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale as set forth below to the highest bidder for cash, except as prescribed in paragraph 4, in accordance with section 45.031, Florida Statutes, using the following method:

| Sales Information | Date | Time | Location |
|---|---|---|---|
| Sarasota County | | 9:00 am or as soon as possible thereafter | Foreclosure sales conducted via Internet: www.sarasota.realforeclose.com |
| Manatee County | | 11:00 am or as soon as possible thereafter | Foreclosure sales conducted via Internet: www.manatee.realforeclose.com |
| Desoto County | | 11:00 am or as soon as possible thereafter | Desoto County Courthouse 115 Oak Street, Arcadia, Florida 34266 www.desotoclerk.com |

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing of the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property. If any defendant remains in possession of the property, the clerk shall without further order of the court issue forthwith a writ of possession upon request of the person named on the certificate of title.

NOTICE: Issuance of a writ of possession does not exempt plaintiff from complying with federal law requiring notice to tenants residing on foreclosed property. To insure compliance with federal law, Plaintiff should consult with counsel before serving the writ of possession.

7. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation and a reforeclosure judgment/order to correct errors or omissions in the foreclosure action.

8. **Additions, Modifications or Changes to Standard Form**

Any additions, modifications or changes to the provisions above may only be set forth in this paragraph.

a. The purchaser of a condominium unit or a homeowner association property at the judicial sale scheduled herein shall be responsible for assessments and other charges in accordance with Florida Statues 718.116 and 720.3085, respectively.

**NOTICE PURSUANT TO §45.031, FLORIDA STATUTES (2006).**

If this property is sold at public auction, there may be additional money from the sale after payment of persons who are entitled to be paid from the sale proceeds pursuant to this Final Judgment.

If you are a subordinate lienholder claiming a right to funds remaining after the sale, you must file a claim with the Clerk no later than sixty (60) days after the sale. If you fail to file a claim, you will not be entitled to any remaining funds.

*If the property being foreclosed on has qualified for the homestead tax exemption in the most recent approved tax roll, the following additional language applies:*

If you are the property owner, you may claim these funds yourself. You are not required to have a lawyer or any other representation and you do not have to assign your rights to anyone else in order for you to claim any money to which you are entitled. Please

check with the Clerk of Court for your county within ten (10) days after the sale to see if there is additional money from the foreclosure sale that the clerk has in the registry of the Court.

| Sarasota County Clerk of Court | Manatee County Clerk of Court | Desoto County Clerk of Court |
|---|---|---|
| 2000 Main Street<br>Sarasota, Florida 34237<br>(941) 861-7400<br>www.sarasotaclerk.com | 1115 Manatee Ave W<br>Bradenton, FL 34205<br>(941) 749-1800<br>www.manateeclerk.com | 115 East Oak Street<br>Arcadia, FL 34266<br>(863) 993-4876<br>www.desotoclerk.com |

If you decide to sell your home or hire someone to help you claim the additional money, you should read very carefully all papers you are required to sign, ask someone else, preferably an attorney who is not related to the person offering help to you, to make sure that you understand what you are signing and that you are not transferring your property or the equity in your property without the proper information. If you cannot afford to pay an attorney, you may contact the local legal services listed below to see if you qualify financially for their services. If they cannot assist you, they may be able to refer you to a local bar referral agency or suggest other options. If you choose to contact one of the services listed below, you should do so as soon as possible after the receipt of this notice.

| Sarasota County | Manatee County | DeSoto County |
|---|---|---|
| **Legal Aid of Manasota**<br>Sarasota Office<br>1900 Main Street, Suite 302<br>Sarasota, Florida 34236<br>(941) 366-0038<br>**Venice Office**<br>7810 South Tamiami Trail<br>Suite A6<br>Venice, Florida 34293<br>(941) 492-4631 | **Legal Aid of Manasota**<br>1101 6th Avenue West<br>Bradenton, Florida 34205<br>(941) 747-1628<br>www.gulfcoastlegal.org | **Fla. Rural Legal Services**<br>3210 Cleveland Avenue, Suite A<br>Ft. Myers, Florida 33901<br>(800) 476-8937<br>www.flrs.org |
| **Gulfcoast Legal Services**<br>1750 17th Street, Bldg. 1<br>Sarasota, Florida 34236<br>(941) 366-1746<br>www.gulfcoastlegal.org | **Gulfcoast Legal Services**<br>430 12th Street West<br>Bradenton, Florida 34205<br>(941) 746-6151<br>www.gulfcoastlegal.org | |

9. Plaintiff agrees that it has waived its right to seek a deficiency judgment against Defendant, JORGE A. CERRON. This waiver shall be binding upon its successors and assigns.

10. Plaintiff agrees that the foreclosure sale date of the property shall be set by the Clerk after the entry of Final Judgment of Foreclosure. The sale date shall be set no sooner than _____ days, from the date of this judgment.

*October 20, 2014 sale date*

**DONE AND ORDERED** at the Sarasota County Courthouse, Sarasota, Florida, this _____ day of _____, 2014.

_____
JUDGE KIMBERLY BONNER
CIRCUIT JUDGE

Conformed Copy furnished to:
Matthew I. Flicker
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601-0800
Attorney for Plaintiff

JORGE CERRON
2000 MAIN ST
SARASOTA, FL 34230

SUNTRUST BANK
LAURIE A PENNINGTON
200 S. ORANGE AVE
ORLANDO, FL 32801

STANLEY L. MARTIN ESQ.
Martin Aequitas P.A.
2002 E 4th Ave
TAMPA, FL 33605
smartin@martinaequitas.com, aseward@martinaequitas.com, kadams@martinaequitas.com
Attorney for Defendant, **BEACH WAY CONDOMINIUM ASSOCIATION, INC.**

TENANT #1 N/K/A RICHARD EISENBERG
5600 BEACH WAY UNIT 107
SARASOTA, FL 34231

MARC JAMES AYERS
BANK OF AMERICA CORPORATE CENTER
100 N. TYRON ST., SUITE 2690
CHARLOTTE, NC 28202
mayers@babc.com, jhooks@babc.com, acockrell@babc.com
Co-counsel for Plaintiff

MARK WIERMAN
BANK OF AMERICA CORPORATE CENTER
100 N. TYRON ST., SUITE 2690
CHARLOTTE, NC 28202
mwierman@babc.com, ladavis@babc.com,
Co-counsel for Plaintiff

327968/1338881/tio