Richard M. Cieri                                    Jeffrey S. Powell
Ray C. Schrock                                      Daniel T. Donovan
Justin R. Bernbrock                                 Judson D. Brown
KIRKLAND & ELLIS LLP                                KIRKLAND & ELLIS LLP
601 Lexington Avenue                                655 15th Street, N.W., Ste. 1200
New York, New York 10022                            Washington, D.C. 20005
Telephone: (212) 446-4800                           Telephone: (202) 879-5000
Facsimile: (212) 446-4900                           Facsimile: (202) 879-5200

                                                    *Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
                                          )
In re:                                    )    Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITAL, LLC, et al.,         )    Chapter 11
                                          )
                          Debtors.        )    Jointly Administered
                                          )
------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF**
**HEARING ON ALLY FINANCIAL INC.'S MOTION FOR**
**AN ORDER ENFORCING THE COURT'S ORDER GRANTING**
**DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY**
**CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS**
**TO ENTER INTO A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL**
**INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS**

**PLEASE TAKE NOTICE** that a hearing on *Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement With Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* [ECF No. 6981] (the "**Motion**"), previously schedule to be heard on June 26, 2014 at 10:00 a.m. (prevailing Eastern Time), has been adjourned to **July 30, 2014 at 10:00 a.m. (prevailing Eastern Time)** and will be held before the Honorable Martin Glenn of the United States

Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***"), in Room 501, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein were due on **June 19, 2014, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if you did not timely file and serve a written response to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

June 24, 2014                                          */s/ Ray C. Schrock*
New York, New York                             Richard M. Cieri
                                                              Ray C. Schrock
                                                              Justin R. Bernbrock
                                                              KIRKLAND & ELLIS LLP
                                                              601 Lexington Avenue
                                                              New York, New York 10022
                                                              Telephone: (212) 446-4800
                                                              Facsimile: (212) 446-4900

                                                              - and -

                                                              Jeffrey S. Powell
                                                              Daniel T. Donovan
                                                              Judson D. Brown
                                                              KIRKLAND & ELLIS LLP
                                                              655 15th Street, N.W., Ste. 1200
                                                              Washington, D.C. 20005
                                                              Telephone: (202) 879-5000
                                                              Facsimile: (202) 879-5200