**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Nicholas J. Voelker, a member in good standing of the bar(s) of the State(s) of North Carolina, South Carolina, Georgia and Florida, and the bar(s) of the United States District Courts for the Western, Middle and Eastern Districts of North Carolina, the District of South Carolina, the Northern and Middle Districts of Georgia, the Northern, Middle and Southern Districts of Florida, request admission, *pro hac vice*, before the Honorable Martin Glenn to co-represent the ResCap Liquidating Trust, in the above-referenced case.

My address is:   Bradley Arant Boult Cummings LLP
100 N. Tryon Street, Suite 2690
Charlotte, North Carolina 28202

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: June 23, 2014                   Respectfully submitted,

                                       By:   /s/ Nicholas J. Voelker
                                             Nicholas J. Voelker

ny-1062543

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Nicholas J. Voelker, dated June 23, 2014, for admission to practice *pro hac vice* to represent the ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of North Carolina, South Carolina, Georgia and Florida and the United States District Courts for the Western, Middle and Eastern Districts of North Carolina, the District of South Carolina, the Northern and Middle Districts of Georgia, the Northern, Middle and Southern Districts of Florida.

IT IS HEREBY ORDERED that Nicholas J. Voelker is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Liquidating Trust, provided that the filing fee has been paid.

Dated: New York, New York
            _____, 2014

                                                                    _____
                                                                    The Honorable Martin Glenn
                                                                    United States Bankruptcy Judge
                                                                    Southern District of New York

ny-1062543