

FELIX O. ABU
P.O. BOX 231171
SACRAMENTO, CA  95823

(916) 425-4300

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re:  RESIDENTIAL CAPITAL, LLC. Et. al.,

        Debtors.

Case No.:  12-12020 MG

Chapter 11

**OPPOSITON TO MOTION OF RESCAP
BORROWER CLAIMS TRUST FOR ORDER
ESTIMATING CLAIMS AND ESTABLISHING
DISPUTED CLAIMS RESERVE**

I, FELIX O. OBU, CLAIMANT NUMBER 241 and 246, submit the following objection to the Debtor's Motion of

Rescap Borrower Claims Trust for Order Estimating Claims and Establishing Disputed Claims Reserve object,

please take further notice that is written to confirm to the Federal Rules of Bankruptcy procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the notice, Case Management and Administrative

procedures approved by the Bankruptcy Court on May 23, 202 (Docket No. 41.

        I object to the Debtor's Motion because the Debtor are responsible for the illegal transfer of property and

unlawful foreclosure and sale of my family residence.  They are responsible for the loss of my attempts to obtain an

affordable mortgage in order to maintain my home.  Through their unlawful foreclosure methods, myself and many

other victims lost their homes.  This malicious intent was done to deprive me of my home that I worked hard to

keep.  The Debtors would not work with me to help me save my home.  Based on the deeds of the Debtor, I have

been emotionally and financially damaged.

        Finally, I hereby express my profound gratitude to Judge Martin Glenn, the Southern District Bankruptcy

Court of New York and the U. S. Attorney General, Eric H. Holder, for not allowing the Debtors, Residential

Capital, LLC to trample on justice.  It is my hope that this will be the last episode because I have been emotionally

OPPOSITION TO MOTION BY CLAIMANT NO. 241 AND 246- 1

1    and financially drained from these unfortunate events.  You are the last hope for the poor victims involved in this

2    case.

3         THEREFORE I OBJECT TO THE DEBTOR'S MOTION FOR AN ORDER ESTIMATING CLAIMS

4    AND ESTABLISHING DISPUTED CLAIMS RESERVE.

5         Executed on June 17, 2014 at Sacramento California.

6

7    _____

8    FELIX O. ABU, CLAIMANT No. 241 and 246

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OPPOSITION TO MOTION BY CLAIMANT NO. 241 AND 246- 2