Hearing Date: July 30, 2014 at 10:00 a.m. (Eastern Time)
Response Deadline: July 23, 2014 at 4:00 p.m. (Eastern Time)

DUANE MORRIS LLP
Lawrence J. Kotler, Esq. (LK 8177)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
    and
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 208-4521 (facsimile)

*Attorney for The Bank of New York Mellon f/k/a
The Bank of New York, as Trustee for the Holders
of the Certificates, First Horizon Mortgage
Pass-Through Certificates Series FH06-FA2, by
First Horizon Home Loans, a Division of First
Tennessee Bank National Association, Master
Servicer, in its Capacity as Agent for the Trustee
under the Pooling and Servicing Agreement*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF MOTION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FH06-FA2, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT FOR RECONSIDERATION OF ORDER GRANTING RESCAP LIQUIDATING TRUST'S SIXTY-FIFTH OMNIBUS OBJECTION (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the undersigned has filed the attached *Motion Of The Bank Of New York Mellon f/k/a The Bank Of New York, As Trustee For The Holders Of The Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, By First Horizon Home Loans, A Division Of First Tennessee Bank National Association, Master Servicer, In Its Capacity As Agent For The Trustee Under The Pooling And Servicing Agreement For Reconsideration Of Order Granting Rescap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims)* (the "Motion").

**PLEASE TAKE NOTICE** that a hearing on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, Courtroom 501, New York, New York 10004, on July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court on May 23, 2012 [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than July 23, 2014, at 4:00 p.m. (Prevailing Eastern Time), upon (a) Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, Courtroom 501, New York, New York 10004; (b) co-counsel to the ResCap Liquidating Trust, Morrison & Foerster LLP, 1290 Avenue of the

Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew and Samantha Martin); (c) co-counsel to the ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein, Douglas Mannal, and Joseph A. Shifer); (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin, and Brian S. Masumoto); and (e) counsel for BNY Mellon, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103 (Attn: Lawrence J. Kotler, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

DATED: JUNE 24, 2014                             DUANE MORRIS LLP

By: /s/Lawrence J. Kotler
Lawrence J. Kotler, Esq. (LK 8177)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
and
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 208-4521 (facsimile)