DUANE MORRIS LLP
Lawrence J. Kotler, Esq. (LK 8177)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 689-4951 (facsimile)
    and
1540 Broadway
New York, NY 10036
(212) 692-1000
(212) 208-4521 (facsimile)

*Attorney for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee under the Pooling and Servicing Agreement*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that on June 24, 2014, I caused a true and correct copy of the *Motion Of The Bank Of New York Mellon f/k/a The Bank Of New York, As Trustee For The Holders Of The Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, By First Horizon Home Loans, A Division Of First Tennessee Bank National Association, Master Servicer, In Its Capacity As Agent For The Trustee Under The Pooling And Servicing Agreement For Reconsideration Of Order Granting Rescap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims)* (Docket No. 7170) to be served by United States mail,

DM1\4816832.1

first-class postage paid to the parties listed on Exhibit A attached hereto. I further certify that on June 24, 2014, I caused a copy of same to be filed via the Bankruptcy Court's CM/ECF filing system.

DATED:  Philadelphia, PA
        June 24, 2014

By: <u>/s/Lawrence J. Kotler</u><br>
Lawrence J. Kotler, Esq.