**Exhibit A**
**Service List**

DM1\4816832.1

## Service List

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 501
New York, New York 10004

Co-counsel to the ResCap Liquidating Trust
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Gary S. Lee, Norman S. Rosenbaum,
Jordan A. Wishnew and Samantha Martin

Co-counsel to the ResCap Liquidating Trust
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention: Kenneth Eckstein, Douglas Mannal,
and Joseph A. Shifer

U.S. Trustee
The Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attention: Linda A. Riffkin and Brian S. Masumoto