June 17, 2014

Otis L. Collier, Jr.
3201 Milburn Street
Houston, TX. 77021-1128
(713) 748-2349

ResCap Borrower Class R-5

POLSINELLI PC
Daniel J. Flanigan
Jason A. Nagi
900 Third Avenue
21st Floor
New York, NY 10022
Telephone: (212) 644-2092
Facsimile:  (212) 684-0197

Counsel for ResCap Borrow Claims Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | ) Case No. 12-12020 (MG) |
|  | ) |
| RESIDENTIAL CAPITAL, LLC,, et al., | ) Chapter 11 |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**NOTICE OF RESCAP BORROWER CLAIMS TRUST'S MOTION FOR ORDER**
**ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVE**

ANSEWER:  I, Otis L. Collier, Jr., residing at 3201 Milburn Street, Houston, TX., 77021-1128, object to the proposrd settlement before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York, in Case Number 12-12020 (MG), Chapter 11, Jointly Administered. The proposed settlement fails to make Borrower whole from the original point of error committed by debtor for issuing an illegal and/or non-executable contract in the state of Texas, and other grievous errors throughout the mortgaging process that was detrimental to Borrower, as should be evidenced by the record, and opens Borrower to intended further foreclosure proceedings by the Debtors as evidenced in Exhibit 1.

Sincerely,

*[signature]*

Otis L. Collier, Jr.

# Exhibit 1


OCWEN

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

05/20/14

Loan Number: 7439789934

Otis L Collier
3201 Milburn Street
Houston, TX 77021

Property Address: 3201 Milburn Street
Houston, TX 77021

## Re: Delinquency Information

Dear Otis L Collier

We are providing the information in this notice because, as of the date of this letter, the above account is delinquent.

**\*\*DELINQUENCY NOTICE\*\***

**You are late on your mortgage payments.** As of 05/20/14, you are 1460 days delinquent on your mortgage loan. Your account first became delinquent on 05/22/10. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.

Recent Account History

- **Total: $91471.86. You must pay this amount to bring your loan current.**
  This amount may not include all fees and charges, as all fees and charges may not have been billed or posted to your account as of the letter date. Please contact us for your current reinstatement amount or payoff amount.

Your account has been referred to an attorney to foreclose. The first step in this process, the first filing, was completed.

**If You Are Experiencing Financial Difficulty:** If you are experiencing financial difficulties and would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

NMLS # 1852                                                                                                                MADNRM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

12-12020-mg  Doc 7194  Filed 06/23/14  Entered 06/24/14 15:44:42  Main Document  Pg 4 of 4



Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

www.ocwencustomers.com

OTIS L COLLIER
3201 MILBURN STREET
HOUSTON TX  77021-1128

| | |
|---|---|
| Property Address | 3201 Milburn Street, Houston, TX 77021 |
| Statement Date | 05/07/14 |
| Account Number | 7439789934 |
| Payment Due Date | 05/21/14 |
| **Amount Due** | **$91,471.86** |
| Customer Care | 800-746-2936 |
| Insurance | 866-825-9265 |

### Account Information

| | |
|---|---|
| Principal Balance* | $218,095.00 |
| Escrow Balance | $12,187.21 |
| Maturity Date | June 1, 2035 |
| Interest Rate (until September 21, 2014) | 4.50000% |
| Prepayment Penalty | No |

\* This is your Principal Balance only, not the amount required to pay the loan in full.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $472.59 |
| Interest | $750.26 |
| Escrow | $402.22 |
| **Total Regular Payment** | **$1,625.07** |
| Past Due Payment(s) Amount | $90,206.04 |
| Unapplied Funds** | -$359.25 |
| **Total Amount Due** | **$91,471.86** |

### Activity Since Last Statement (04/07/14 to 05/07/14)

| Date Applied | Date Received | Description | Transaction Total | Principal | Interest | Escrow | Optional Products | Late Charges | Fees/Other | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $.00 | $.00 |
| Interest | $.00 | $.00 |
| Escrow (Taxes & Insurance) | $.00 | $.00 |
| Fees/Other Charges | $.00 | $.00 |
| Unapplied Funds** | $.00 | $359.25 |
| Total | $.00 | $359.25 |

### Special Notices

### Important News

You must use this address for all qualified written requests, notices of error, and/or requests for information. Research Department, PO Box 24736, West Palm Beach, FL 33416-4736.

**Unapplied Funds: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate unapplied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

If you have any questions about your loan, please call 1-800-746-2936 (ext:) and ask to set up an appointment with Saveena Cardoz, your

**See reverse side for important information and state specific disclosures.**