*Counsel for Borrower Claims Trust,*

Honorable Martin Glenn

United States Bankruptcy Court

Southern District of New York

Alexander Hamilton Custom House

One Bowling Green,

New York, New York

10004-1408 Room 501

I am filing an objection to the relief request in this motion that must be in by June 19, 2014 at 4:00pm Eastern Time

Per case #12-12020

Claim #s 2397, 7345

*[signature]*

John E. Satterwhite Jr.

P.O. Box 24093

Richmond, VA 23224

(ATTENTION: DANIEL J. FLANIGAN and JASON A. NAGI)