# PROOF OF SERVICE

Case 12-12020 (MG) In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

On June 18, 2014, I emailed or caused to be emailed the CORRECTED COPIES of the following documents:

1. CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVES[Doc 7036]

2. DECLARATION OF Karen Michele Rozier IN SUPPORT OF CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVES[Doc 7036]

3. CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION PRESENTMENT OF MICHALE J. TALARICO AS AN EXPERT BY DECLARATION[Doc 7036]

On all interest parties in this action by electronic mail as per the Exhibit (1) mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2014

David E. Rozier, Sr

JUN 2 3 2014
U.S. BANKRUPTCY COURT, SDNY

# EXHIBIT 1

# EXHIBIT 1

Proof of Electronic Service Mailing List

| | | |
|---|---|---|
| Morrison & Foerster LLP | nrosenbaum@mofo.com | Counsel for Debtors |
| Morrison & Foerster LLP | glee@mofo.com | Counsel for Debtors |
| Morrison & Foerster LLP | jwishnew@mofo.com | Counsel for Debtors |
| Morrison & Foerster LLP | smartin@mofo.com | Counsel for Debtors |
| Office of the United States Trustee | Tracy.Davis2@usdoj.gov | Office of the U S Trustee for the Southern District of NY |
| Office of the United States Trustee | Linda.Riffkin@usdoj.gov | Office of the U S Trustee for the Southern District of NY |
| Office of the United States Trustee | Brian.Masumoto@usdoj.gov | Office of the U S Trustee for the Southern District of NY |
| Office of the U.S. State Attorney General | AskDOJ@usdoj.gov | U.S. Department of Justice |
| Office of the New York State Attorney General | enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of Attorney General | joseph.cordaro@usdoj.gov; | Office of the US Attorney for the Southern District of NY |
| Kirklan & Elllis | richard.cieri@kirkland.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Kirklan & Elllis | ray.schrock@kirkland.com; | Counsel to the Ally Financial Inc. & Ally Bank |
| Kramer Kevin Naftalis & Frankel LLP | keckstein@kramerlevin.com | Counsel to the Official Committee of Unsecured Debtors |
| Kramer Kevin Naftalis & Frankel LLP | szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Debtors |
| Kramer Kevin Naftalis & Frankel LLP | dmannal@kramerlevin.com | Counsel to the Official Committee of Unsecured Debtors |
| Kramer Kevin Naftalis & Frankel LLP | jshifer@kramerlevin.com | Counsel to the Official Committee of Unsecured Debtors |
| Clifford Chance US LLP | jennifer.demarco@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Clifford Chance US LLP | adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Munger, Tolles & Olsen LLP | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger, Tolles & Olsen LLP | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Securities and Exchange Commission | secbankruptcy@sec.gov; | Securities and Exchange Commission - New York Regional Office |
| Securities and Exchange Commission | bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Securities and Exchange Commission | NYROBankruptcy@SEC.GOV | Securities and Exchange Commission - New York Regional Office |
| Polsinelli | dflanigan@polsinelli.com | Counsel to Peter S. Kravitz as trustee of the ResCap BCT |
| Polsinelli | jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

1. CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVES [Doc 7036]

2. DECLARATION OF Karen Michele Rozier IN SUPPORT OF CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVES [Doc 7036]

3. CLAIMANT'S OPPOSITION TO BORROWER CLAIMS TRUST'S MOTION PRESENTMENT OF MICHALE J. TALARICO AS AN EXPERT BY DECLARATION [Doc 7036]

On all interest parties in this action by First Class mail. At least one party from the organization was served by electronic mail previously:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the New York State Attorney General
Attention: Nancy Lord Esq. and Enid Stuart, Esq
The Capitol
Albany, NY 12224-0341

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2014

David E. Rozier, Sr



JUN 23 2014
U.S. BANKRUPTCY COURT, SDNY