Honorable Martin Glenn

United States Bankruptcy Court

Southern District of New York

Alexander Hamilton Custom House

One Bowling Green,

New York, New York

10004-1408 Room 501

    I am filing an objection to the relief request in this motion that must be in by June 19, 2014 at 4:00pm Eastern Time

Per case #12-12020 (MG)

Claim #s 2397,7345

John E. Satterwhite Jr.

P.O. Box 24093

Richmond, VA 23224



Hearing Date: June 26, 2014 at 10:00 a.m. (Eastern Time)
Objection Deadline: June 19, 2014 at 4:00 p.m. (Eastern Time)

**POLSINELLI PC**
Daniel J. Flanigan
Jason A. Nagi
900 Third Avenue
21st Floor
New York, NY 10022
Telephone: (212) 644-2092
Facsimile: (212) 684-0197

*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF RESCAP BORROWER CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVE

**PLEASE TAKE NOTICE** that the undersigned has filed the attached *ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **June 26, 2014, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy

47603379.2


C0001_PRINT_REV_66100_DOMESTIC_24685/000335/012360
S