The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

**COPY**

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK — PROOF OF CLAIM

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

**Name and address where notices should be sent:** NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101  **91001**

Telephone number: 626 798-4422    email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim.  7457, 7453, 7407, 7461, 7321, 7163, 7172, 7310

Court Claim Number: **7463** (If known)

Filed on: **4/11/2014**

**Name and address where payment should be sent (if different from above):**
DEODAR EIGHT SOCIETY
P.O. Box 94355, Pasadena, California 91109
Telephone number: 626 798-4422    email: *johnotrin@earthlink.net*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ **$22,414,193.12**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.  **8.2507 %**

2. **Basis for Claim:** Issuer of Promissory notes for $612,000.00 tendered on 10/27/2006
(See instruction #2)

*RECEIVED JUN 23 2014 U.S. BANKRUPTCY COURT, SDNY*

3. **Last four digits of any number by which creditor identifies debtor:** **760-8**

| 3a. Debtor may have scheduled account as: N/A | 3b. Uniform Claim Identifier (optional): |
|---|---|

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: **$612,000.00**    Annual Interest Rate **8.2507%** ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **N/A**    Basis for perfection: **N/A**

Amount of Secured Claim: $ **$22,414,193.12**    Amount Unsecured: $ **N/A**

*Claim # Hand Delivered
Initials AnP*

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ **N/A**    (See instruction #6)

**Amount entitled to priority:** $ **$22,414,193.12**

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **NOTICE of :walter-laddie: by nature & Declaration of Affidavit:**

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. **Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **:walter-laddie: olszewski**
Title: **:one-of-the-peaceful-common-people:**    (Signature) *Walter Laddie Olszewski*    (Date) 6/20/2014
Company: **:Private American:**
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**
626 798-4422    *johnotrin@earthlink.net*
Telephone number:    Email:

**RECEIVED JUN 20 2014 KURTZMAN CARSON CONSULTANTS**

COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-5_domestic_21/030037/180218    1212032120824150615002972

## NOTICE of :walter-laddie:by nature:
### :one-of-the-peaceful-common-people:
### :Private American:
#### DECLARATION OF AFFIDAVIT

ONE COURT CLAIM# 7463 with Amendments Inclusive of Numbers # 7461 #7457 #7453 #7407 #7163 #7172 #7310 # 7321

In Re: RESIDENTAL CAPITAL, LLC et al,    CASE # 12-12032 (MG)

**Honorable Martin Glenn**    Certified Mail 7011 0470 0001 7240 6631
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue    *AskDOJ@usdoj.gov*
NW, Washington, DC 20530-0001
Att: US Attorney General, Eric H. Holder, Jr.

Mr. Jeffrey Brodsky, CPA    *jbrodsky@qtadvisors.com*
**Quest Turnaround Advisors**
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

Kenneth H. Eckstein, Esq.    *keckstein@kramerlevin.com*
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

Ms. Tammy Hamzehpour, Libellee, Lauren Graham Delehey, Libellee, and any successors.dba
**RESIDENTIAL CAPITAL,LLC** et al and any successors. *tammy.hamzehpour@rescapestate.com*
Suite 175, 8400 Normandale Lake Blvd.
Bloomington, Mn. 55437-1069

The ResCap Borrower Claims Trust dba Libellees    *Claims.management@rescapestate.com*
Polsinelli PC, 900 Third Avenue, 21st Floor
New York, NY 10022
dba Daniel J. Flanigan, Libellee, Peter S. Kravitz, Libellee, Jason A. Nagi, Libellee and any successors.

**MORRISON & FOERSTER LLP** dba Libellees    *glee@mofo.com*
**1290 Avenue of the Americas**
**New York, New York 10104**
dba Gary S. Lee, dba, Libellee, Norman S. Rosenbaum, Libellee, Jordan A. Wishnew, Libellee, Jennifer L. Marine, Libellee,
Alexandra Steinberg Barrage, Libellee, Todd M. Goren, Libellee, Lorenzo Marinuzzi, Libellee and any successors.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building    *Brian.Masumoto@usdoj.gov*
201 Varick Street, Suite 1006    *Linda.Riffkin@usdoj.gov*
New York, New York, 10014
Att: Linda A. Riffkin & Brian S. Masumoto

Office of the New York State Attorney General, The Capitol
Albany, NY 12224-0341    *enid.stuart@oag.state.ny.us*
Att: Nancy Lord, Esq.& Enid N. Stuart, Esq.

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza    *joseph.cordaro@usdoj.gov*
New York, New York 10007
Att: Joseph N. Cordaro, Esq.

**RECEIVED**
JUN 2 0 2014
**KURTZMAN CARSON CONSULTANTS**

### Affiants States: FACT :There Has Been a Response in the Private for Document 7020:

**Affiants States: FACT:** All responses are required U.S. Mail Registered to be served upon the Affiant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

### NOTICE: JURAT & PROOF OF SERVICE



# NOTICE of :walter-laddie:by nature:
## :one-of-the-peaceful-common-people:
## :Private American:
### DECLARATION OF AFFIDAVIT

ONE COURT CLAIM# 7463 with Amendments Inclusive of Numbers # 7461 #7457 #7453 #7407 #7163 #7172 #7310 # 7321

In Re: RESIDENTAL CAPITAL, LLC et al,                                    CASE # 12-12032 (MG)

:walter-laddie: Affiant
C/o 104 West Loma Alta Drive
Altadena [91001] California
johnotrin@earthlink.net

:walter-laddie: Affiant
C/o Tanya-Llanes; Tarver, Notary Acceptor
P.O BOX 50202, Pasadena [91105] California
tanyat123@msn.com

I certify having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

In Witness hereof I **walter** set my hand/seal/mark;
My name is **non-negotiable**:
:walter-laddie: Private American, comes in Peace with Peace in the heart for all the creators creations.
**Further Affiant Sayeth Not.**

:walter-laddie:, Affiant
Private American of the Providence/United States:
This document is hereby Notarized Without Wavier or Prejudice as to Rights

## JURAT & PROOF OF SERVICE

UNITED STATES OF AMERICA         )
COMMONWEALTH OF CALIFORNIA       )   s.a.
COUNTY OF LOS ANGELES            )

Notary Seal:

Subscribed and sworn to before me on June 20, 2014

:walter-laddie: olszewski
Proved to me on her basis of satisfactory evidence
to be the person who appeared before me.

[Notary Stamp: TANYA LLANES TARVER, COMM. # 1972366, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Exp. Mar. 17, 2016]

Signature of Notary Public in and for said State
Tarver Tanya Llanes
Printed Name of Notary
My commission Expires: **March 17, 2016**

I, Tanya Llanes Tarver, Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by :walter-laddie: Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42.44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.
I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via **Registered Mail**. All responses by any other means will be deemed and certified as a non-response.

**LAWE NOTICE**: Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**RECEIVED**
**JUN 2 0 2014**

**NOTICE**: JURAT & PROOF OF SERVICE

KURTZMAN CARSON CONSULTANTS

*[Handwritten margin note: NOTICE: Special and Private by Nature:]*