

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| **RESIDENTIAL CAPTIAL, L.L.C, et al.,** | § |
| | §  Case No. 12-12020(MG) |
| | § |
| Debtors. | §  Jointly Administered |

### MOTION TO EXTEND DEADLINE FOR FILING NOTICE OF APPEAL

Claimant and Creditor Gregory C. Morse, NameID #10987575, pursuant to Federal Rules of Bankruptcy Procedure, FRBP, Rule 8002(c) requests an extension of the deadline for filing a Notice of Appeal regarding "*Memorandum Opinion and Order Sustaining ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Gregory C. Morse*," Docket Number 7069.

In support of this motion and in accordance with FRBP 8002(c)(2), Claimant Morse submits his "*Declaration of Gregory C. Morse Stating Reasons for Excusable Neglect of the deadline for Filing a Notice of Appeal*" which explains the reasons for the excusable neglect that caused Claimant Gregory Morse to miss the 14 day deadline as defined in FRBP 8002(a).

The Claimant prays the Court grant an Extension of the Deadline to file a Notice of Appeal pursuant to FRBP 8002(c)(2).

Respectfully submitted,

*/s/ NCM*

Gregory C. Morse
Claimant and Creditor NameID # 10987575

Page 1 of 3

# Certificate of Service

I hereby certify that on the 23rd day of June, 2014, I served a copy of the foregoing with the Clerk of the Court and by United States Mail, Certified prepaid and addressed to the following:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Gary S. Lee, Norman S. Rosenbaum and Adam A. Lewis

Bradley Arant Boult Cummings LLP,
1819 Fifth Avenue North
Birmingham, AL 35202
Attention: Hope T. Cannon and D. Brian O'Dell

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
Attention: Linda A. Riffkin and Brian S. Masumoto

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Washington, DC 20530-0001
Attention: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attention: Joseph N. Cordaro, Esq.

Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Attention: Richard M. Cieri and Ray Schrock

## Certificate of Service (cont'd)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention: Kenneth Eckstein and Douglas Mannal

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attention: Jennifer C. DeMarco and Adam Lesman

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attention: Thomas Walper and Seth Goldman

Internal Revenue Service
2970 Market Street, Mail
Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
Attention: George S. Canellos, Regional Director