MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JUNE 26, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S)**

**1.**     Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

   **Related Document(s)**:

   **a.**     Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

---

[1] Amended items appear in **bold**.

ny-1147312

    **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

    **c.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

    **d.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

    **e.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

    **f.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

    **g.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

    **h.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

    **i.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

    **j.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

    **k.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

   **v.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**Response(s)**:

   **a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    The hearing on this matter has been adjourned to August 13, 2014.

**2.**    Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

    **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

   **b.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

   **c.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

   **d.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

   **e.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

   **f.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

   **g.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

**h.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

**i.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6804]

**j.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6935]

**k.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7006]

**l.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7066]

**m.**   Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7176]

**Response(s)**:

**a.**   Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

**b.**   Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

**a.**   Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:   The hearing on this matter has been adjourned to July 30, 2014.

**3.**   Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

**Related Document(s)**:

**a.**   Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

  **b.**  Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

  **c.**  Letter dated May 27, 2014 from Douglas H. Mannal to the Court regarding status of parties' settlement discussions [Docket No. 7005]

  **d.**  Letter dated June 2, 2014 from Joseph A. Shifer to the Court regarding status of parties' settlement discussions [Docket No. 7037]

  **e.**  Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 9, 2014 at 10:00 a.m. [Docket No. 7168]

**Response(s)**:

  **a.**  Karla Brown's Opposition to the Motion of the Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6794]

**Reply**:

  **a.**  Reply of the ResCap Liquidating Trust in Support of its Motion for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6807]

**Status**:  The hearing on this matter has been adjourned to July 9, 2014.

**4.**  Ally Financial Inc.'s Motion for an Order Enforcing the Courts Order Granting Debtors Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 6981]

**Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing on Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 7051]

  **b.**  Notice of Adjournment of Hearing on Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 7164]

**Response(s)**:

 **a.** Philip Roger Flinn, II's Objection to Motion of Ally Financial Inc.'s Motion for Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee and Certain Consenting Claimants [Docket Nos. 7138/7147]

**Status**: The hearing on this matter has been adjourned to July 30, 2014.

**II.** **UNCONTESTED MATTER(S)**

**1.** Motion of the ResCap Liquidating Trust for an Order Authorizing Release of Adequate Assurance Deposit [Docket No. 7095]

 **Related Document(s)**: None.

 **Response(s)**: None.

 **Status**: The hearing on this matter will be going forward.

**III.** **CONTESTED MATTER(S)**

**1.** ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7036]

 **Related Document(s)**: None.

 **Response(s)**:

 **a.** Objection of Patrick Lorne Farrell to the Rescap Borrower Claims Trust's Motion for Order Estimating Claim and Disputed Claims Reserve [Docket No. 7132]

 **b.** Objection of William J. Futrell to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7134]

 **c.** Claimant Barry Mack's Objection to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7136]

 **d.** Claimant Karen Michele Rozier's Opposition to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve and Presentment of Michael J. Talarico as an Expert by Declaration [Docket No. 7139]

**e.**  Ronald and Julie Eriksen's Objections to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7140]

**f.**  Objection of Todd P. Silber to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7143]

**g.**  Objection of Stephanie Harris to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7145]

**h.**  Objection and Opposition of Michael E. Boyd to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7146]

**i.**  Objection of Rhonda Deese to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7151]

**j.**  Opposition of Felix O. Abu to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7171]

**k.**  Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7174]

**l.**  Opposition of John E. Satterwhite Jr. to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7175/**7182**]

**m.**  **Claimant Karen Michele Rozier's Corrected Opposition to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve and Presentment of Michael J. Talarico as an Expert by Declaration [Docket No. 7180]**

**n.**  **Objection of Corla Jackson to ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7181]**

**Reply**:

**a.**  Omnibus Reply of ResCap Borrower Claims Trust in Support of Motion for Order Estimating Claims and Establishing Disputed Claims Reserve [Docket No. 7162]

**Status**:  The hearing on this matter will be going forward.

**2.** Letter to Judge Glenn in re: GMAC Mortgage LLC Filed by Jorge Cerron [Docket Nos. 6860/6863]

**Related Document(s)**:

**a.** Notice of Hearing on Motion of Jorge Cerron for Relief from the Automatic Stay [Docket No. 7016]

**b.** Borrower Jorge Cerron's Affidavit [Docket Nos. 7068/7126]

**c.** Bankruptcy Borrower Jorge Cerron's Supplement to be Incorporated into Borrower's Motion for Relief from the Automatic Stay [Docket No. 7034/7054/7071]

**Response(s)**:

**a.** ResCap Liquidating Trust's Response to Letter to Judge Glenn [Docket Nos. 6860 & 6863] and Supplement to be Incorporated into Borrower's Motion for Relief from the Automatic Stay [Docket Nos. 7034, 7054, 7071] Filed by Jorge Cerron [Docket No. 7098]

**(i)** ResCap Liquidating Trust's Supplement Regarding Letter to Judge Glenn [Docket Nos. 6860 & 6863] and Supplement to be Incorporated Into Borrower's Motion for Relief from the Automatic Stay [Docket Nos. 7034, 7054 & 7071] Filed by Jorge Cerron [Docket No. 7163]

**Status**: The hearing on this matter will be going forward.

### IV. ADVERSARY PROCEEDING MATTERS

**Residential Funding Co. v. UBS Real Estate Securities, Inc. (Adv. Proc. No. 14-01926)**

**1.** Motion of Defendant UBS Real Estate Securities Inc. to Remand this Action to New York State Supreme Court [Docket No. 5]

**Related Document(s)**:

**a.** UBS Real Estate Securities Inc.'s Memorandum of Law in Support of its Motion to Remand to New York State Supreme Court [Docket No. 6]

**b.** Declaration of Robert A. Fumerton in Support of UBS Real Estate Securities Inc.'s Motion to Remand to New York State Supreme Court [Docket No. 7]

**Response(s)**:

**a.** Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Remand to New York State Supreme Court [Docket Nos. 18 & 20]

**Reply**:

    **a.**    UBS Real Estate Securities Inc.'s Reply Memorandum of Law in Further Support of its Motion to Remand to New York State Supreme Court [Docket No. 22]

**Status**:    The hearing on this matter will be going forward.

Dated: June 25, 2014
       New York, New York

/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*

ny-1147312      10