SHEARMAN & STERLING LLP
Fredric Sosnick
William J.F. Roll, III
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 484-4000
Facsimile:  (212) 484-7179

*Counsel for Appellee, Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**APPELLEE'S COUNTER-DESIGNATION OF ADDITIONAL**
**ITEM TO BE INCLUDED IN RECORD ON APPEAL PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Citibank, N.A., by and through its undersigned counsel, hereby designates the following additional item to be included in the record presented on appeal to the United States District Court for the Southern District of New York from the Memorandum Opinion and Order Granting Citibank's Motion for Default Interest and Counsel Fees and Expenses, dated April 22, 2014 (the "**Opinion**") [Docket No. 6811] and the Judgment (I) Determining that Citibank is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses, dated May 20, 2014 (the "**Judgment**") [Docket No. 6971], in the above-referenced chapter 11 cases of

the United States Bankruptcy Court for the Southern District of New York by the Honorable Martin Glenn:

- ECF No. 6066 - Findings of Fact, dated December 11, 2013

Dated: New York, New York
June 26, 2014

SHEARMAN & STERLING LLP

*/s/ Fredric Sosnick*
Fredric Sosnick
William J.F. Roll, III
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 484-4000
Facsimile: (212) 484-7179

*Counsel for Citibank, N.A.*