**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Nicholas J. Voelker, dated June 23, 2014, for admission to practice *pro hac vice* to represent the ResCap Liquidating Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of North Carolina, South Carolina, Georgia and Florida and the United States District Courts for the Western, Middle and Eastern Districts of North Carolina, the District of South Carolina, the Northern and Middle Districts of Georgia, the Northern, Middle and Southern Districts of Florida.

IT IS HEREBY ORDERED that Nicholas J. Voelker is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent the ResCap Liquidating Trust, provided that the filing fee has been paid.

Dated: New York, New York
**June 26, 2014**

/s/Martin Glenn
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

ny-1062543