SEWARD & KISSEL LLP
John R. Ashmead
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
E-mail: ashmead@sewkis.com

*Attorneys for Wells Fargo Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Wells Fargo Bank, N.A., by and through its undersigned counsel, pursuant to an agreement with the ResCap Liquidating Trust, the successor in interest to the above-captioned debtors, hereby withdraws the Proofs of Claim listed hereto on Annex I filed in the above-captioned jointly administered chapter 11 cases, and requests that the official claims registry maintained for the debtors and debtors-in-possession be updated accordingly.

*[Remainder of page intentionally left blank]*

Dated:  June 26, 2014

SEWARD & KISSEL LLP


By:  /s/  John R. Ashmead
John R. Ashmead
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
E-mail:  ashmead@sewkis.com

## Annex I

### Proofs of Claim Withdrawn

| Claim No. | Debtor Name | Case No. |
|---|---|---|
| 5609 | ditech, LLC | 12-12021 |
| 5616 | DOA Holding Properties, LLC | 12-12022 |
| 5619 | DOA Properties IX (Lots-Other), LLC | 12-12023 |
| 5623 | Equity Investment I, LLC | 12-12025 |
| 5627 | GMAC Model Home Finance I, LLC | 12-12030 |
| 5629 | GMAC Mortgage, LLC | 12-12032 |
| 5631 | GMAC Mortgage USA Corporation | 12-12031 |
| 5639 | GMAC Residential Holding Company, LLC | 12-12033 |
| 5650 | GMACR Mortgage Products, LLC | 12-12037 |
| 5654 | GMAC-RFC Holding Company, LLC | 12-12029 |
| 5657 | Home Connects Lending Services, LLC | 12-12039 |
| 5660 | Homecomings Financial, LLC | 12-12042 |
| 5663 | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| 5668 | Passive Asset Transactions, LLC | 12-12044 |
| 5671 | RCSFJV2004, LLC | 12-12051 |
| 5673 | Residential Capital, LLC | 12-12020 |
| 5678 | Residential Consumer Services, LLC | 12-12058 |
| 5685 | Residential Funding Company, LLC | 12-12019 |
| 5697 | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 5699 | Residential Funding Real Estate Holdings, LLC | 12-12062 |
| 5700 | Residential Mortgage Real Estate Holdings, LLC | 12-12063 |
| 5702 | RFC Asset Holdings II, LLC | 12-12065 |
| 5757 | RFC Asset Management, LLC | 12-12066 |
| 5759 | RFC Construction Funding, LLC | 12-12069 |
| 5760 | RFC SFJV-2002, LLC | 12-12071 |