UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |
| | Related Docket No. 7095 |

## ORDER AUTHORIZING RELEASE OF ADEQUATE ASSURANCE DEPOSIT

Upon consideration of the motion (the "**Motion**")[1] of the Liquidating Trust for entry of an order authorizing the release of the Adequate Assurance Deposit, currently held in escrow pursuant to the Debtors' *Motion for an Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 54] (the "**Utilities Motion**") and the *Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Providers From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* [Docket No. 185] (the "**Utilities Order**"); and upon the Declaration of Deanna Horst annexed to the Motion as <u>Exhibit 2</u> (the "**Horst Declaration**"); and no objections to the Motion having been filed; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interests of the Debtors' estates, their creditors, and other parties in interest, and after due deliberation thereon; and sufficient cause appearing thereon, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. The Liquidating Trust is authorized to release the Adequate Assurance Deposit held pursuant to the Utilities Order; and all such funds may be used by the Liquidating Trust for any and all purposes in accordance with the Liquidating Trust Agreement.

3. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 27, 2014
      New York, New York

                                            **/s/Martin Glenn**
                                            MARTIN GLENN
                                  United States Bankruptcy Judge