IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:
RESIDETIAL CAPITAL_____

CASE NO.

APPEAL NO_____

**NOTICE OF APPEAL**

COMES NOW, TOM FRANKLIN,
AND APPEALS TO THE UNITED STATES DISTRICT THE DECISION OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ENTERED THIS 18TH DAY OF JUNE, 2014.  THE APPELLANT(S) NAME AND ADDRESS ARE: TOM FRANKLIN, 5633 OAK GROVE ROAD-FORT WORTH, TEXAS 76134 THE APPELLANTS' BASED THEIR APPEAL ON THE FACT THAT THEY WAS NOT AFFORDED PROPER DUE PROCESS OF LAW.

RESPECTFULLY SUBMITTED:

(X /s/ Tom Franklin
TOM FRANKLIN
5633 OAK GROVE ROAD-FORT WORTH, TEXAS 76134







NOTICE OF APPEAL                                                          1

**CERTIFICATE OF SERVICE**

I, TOM FRANKLIN
DOHEREBY CERTIFY THAT A TRUE AND CORRECTED COPY OF OUR NOTICE OF APPEAL HAS BEEN MAILED TO THE FOLLOWING PARTIES LISTED BELOW ON THIS _____ DAY OF JUNE, 2014 BY U.S. PRIORITY MAIL.

RESIDENTIAL CAPITAL

MOVANT

TOM FRANKLIN
5633 OAK GROVE ROAD-FORT WORTH, TEXAS 76134

NOTICE OF APPEAL                                                                                                          2