UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
                                                 :

| | |
|---|---|
| In re | :         **Chapter 11** |
| | : |
| **RESIDENTIAL CAPITAL, LLC, et al.,** [1] | :         **Case No. 12-12020 (MG)** |
| | : |
| | : |
| | :         **(Jointly Administered)** |
| Debtors. | : |

----------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

    I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

    A.  On or before June 26, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve** [Docket No. 7036]

    B.  On June 23, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims**
  [Docket No. 6138]

Dated:  June 27, 2014

Jennifer Grageda

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th of June, 2014, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

2

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Andrea Mangan | Stevan J. Henrioulle | Law Offices of Stevan J. Henrioulle | 1330 Broadway Ste 1602 | Oakland | CA | 94612-2515 |
| Randall J. Perry | Kenneth Rosellini, Esq. | Ottillo Bldg | 636 Van Houten Ave #A | Clifton | NJ | 07013-2126 |
| Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard, & Rebecca Picard et al. | Attn Daniel J. Flanigan, Esq. | Polsinelli Shugart PC | 900 3rd Ave Fl 21 | New York | NY | 10022-4869 |

# Exhibit B

**Exhibit B**

**Served via First Class Mail**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Black, Romaine A | 2115 Turtle Creek Way | Lawrenceville | GA | 30043-2008 |