

## Ferguson, Scarbrough, Hayes, Hawkins & DeMay, P.A.
ATTORNEYS AT LAW
45 Church Street S
P.O. Box 444
Concord, North Carolina 28026-0444

Edwin H. Ferguson, Jr.
James E. Scarbrough
Brian P. Hayes
Ryan C. Hawkins
James R. DeMay
John F. Scarbrough
Esten H. Goldsmith, Of Counsel

Telephone: (704) 788-3211

Office Fax: (704) 784-3211
Real Estate Fax: (704) 793-4285
Bankruptcy Fax: (704) 795-0293

Website: www.fspa.net

June 18, 2014

Clerk of Court of Southern District of NY
Ruby J. Krajick
US Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED JUN 27 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Re:   GMAC Mortgage, LLC (12-12020 (MG))

Dear Sir or Madam:

Enclosed please find a Withdrawal of Claim in the above referenced matter.

Please let me know if you have any questions or concerns. Thank you for your kind attention.

Very truly yours,

Jenna M. Smith
Paralegal, NCCP

Enclosure

| | |
|---|---|
| Debtor Name and Case Number: | GMAC Mortgage, LLC (12-12020 (MG)) |

Print Name

Title (if applicable)

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed, or, if applicable, with their duly appointed Claims Agent as per any procedures approved by the court in the above-referenced bankruptcy case or matter.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | GMAC Mortgage, LLC (12-12020 (MG)) |
|---|---|
| Creditor Name and Address: | Lora P. Andrews |
| Court Claim Number (if known): | 5553 |
| Date Claim Filed: | November 16, 2012 |
| Total Amount of Claim Filed: | in excess of $10,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/18/2014

_[signature]_

Print Name: John Scarbrough
Title (if applicable): Attorney for Lora P. Andrews

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number | GMAC Mortgage, LLC (12-12020 (MG)) |
| Creditor Name and Address | Kenneth L. Andrews |

Dated: ______________

Print Name: ______________

Title (if applicable): ______________

## DEFINITIONS

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with the duly appointed Claims Agent under any procedure approved by the court in the above-captioned bankruptcy proceeding.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | GMAC Mortgage, LLC (12-12020 (MG)) |
|---|---|
| Creditor Name and Address: | Kenneth L. Andrews |
| Court Claim Number (if known): | 5534 |
| Date Claim Filed: | November 16, 2012 |
| Total Amount of Claim Filed: | in excess of $10,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/18/2014

_[signature]_

Print Name: John Scarbrough

Title (if applicable): Attorney for Kenneth L. Andrews

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

*Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).*

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**