UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 27 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| RESIDENTIAL CAPTIAL, L.L.C, et al., | § § § | Case No. 12-12020(MG) |
| Debtors. | § § | Jointly Administered |

## NOTICE OF APPEAL

Pursuant to 28 USC §158, notice is hereby given that Gregory C. Morse, Claimant and Creditor, NameID #10987575, in the above named case, hereby appeals to the United States District for the Southern District of New York the "*Memorandum Opinion and Order Sustaining ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Gregory C. Morse*," Docket Number 7069, entered in this action on the 25th day of June, 2014.

*/s/ NCM*
Gregory C. Morse
*Pro Se* Plaintiff

223 High Point Drive
Murphy, Texas 75094
Telephone: 214-808-7028
Email: pilot7503@yahoo.com

## Certificate of Service

I hereby certify that on the 25th day of June, 2014, I served a copy of the foregoing with the Clerk of the Court and by United States Mail, Certified prepaid and addressed to the following:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attention: Gary S. Lee, Norman S. Rosenbaum and Adam A. Lewis

Bradley Arant Boult Cummings LLP,
1819 Fifth Avenue North
Birmingham, AL 35202
Attention: Hope T. Cannon and D. Brian O'Dell

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
Attention: Linda A. Riffkin and Brian S. Masumoto

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW,
Washington, DC 20530-0001
Attention: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.

Office of the U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attention: Joseph N. Cordaro, Esq.

Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
Attention: Richard M. Cieri and Ray Schrock

## Certificate of Service (cont'd)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attention: Kenneth Eckstein and Douglas Mannal

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Attention: Jennifer C. DeMarco and Adam Lesman

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attention: Thomas Walper and Seth Goldman

Internal Revenue Service
2970 Market Street, Mail
Stop 5-Q30.133
Philadelphia, PA 19104-5016

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
Attention: George S. Canellos, Regional Director

_____
Gregory C. Morse
*Pro Se* Plaintiff