UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory C. Morse
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

ResCap Borrower Claims Trust
GMAC Mortgage, L.L.C.
Homecomings Financial, L.L.C.
Ally Bank, L.L.C. & Ally Financial, Inc.
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

RECEIVED JUN 27 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

___ Civ. _____ (___) (___)

**REQUEST TO PROCEED
*IN FORMA PAUPERIS***

I, _____Gregory C. Morse_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____Not Applicable_____

   _____Not Applicable_____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   Last Employment January 2009        Earnings Per Month = Approx $959

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Social Security Benefit Payments received in the last 12 months are shown in 3a below.

   a) Are you receiving any public benefits?    ☐ No.    ☒ Yes, $ 11,508.00 .

   b) Do you receive any income from any other source?  ☒ No.    ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $ 260.00   .

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.   ☒ Yes,   $ 223 High Point Drive, Murphy, TX 75094: Current Value Unknown   .

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.   ☐ Yes,   _____   .

7. List the person(s) that you pay money to support and the amount you pay each month.

Not Applicable

Not Applicable

8. State any special financial circumstances which the Court should consider.

Re: 223 High Point Drive, Murphy, TX 75094: The home mortgage and ownership is the disputed

basis of current and ongoing Federal litigation. No mortgage payments have been made since

May, 2011. Property taxes have been paid by one or more of the Lender(s) since May, 2011.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __25 th__ day of __June__, __2014__ .
              date             month        year

_____
Signature

Rev. 05/2010                                          2