**Exhibit 1-D**

**Farrell Claim No. 4692**

Claim #4692  Date Filed: 11/13/2012

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: GMAC MORTGAGE LLC | Case Number: 12-12032 | RECEIVED NOV 2 6 2012 KURTZMAN CARSON CONSULTANTS |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PATRICK FARRELL

**COURT USE ONLY**

Name and address where notices should be sent:
PATRICK FARRELL
2904 NW 14TH TERRACE
CAPE CORAL, FL. 33993

Telephone number: 239-214-0517   email: p.farrell13@yahoo.com

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:   email:

1. Amount of Claim as of Date Case Filed:   $ 400,000

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: MORTGAGE FRAUD LAWSUIT + UCC-1 LEINS
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: 5666 | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ UNKNOWN
Annual Interest Rate 6¼ % ☒ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____
Basis for perfection: QUIET TITLE
Amount of Secured Claim: $ 400,000
Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$ _____

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)



1

B 10 (Official Form 10) (12/11) 2

| | |
|---|---|
| **7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* | RECEIVED NOV 2 6 2012 KURTZMAN CARSON CONSULTANTS |

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
                         (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                         (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: PATRICK FARRELL
Title: PLAINTIFF PRO PER
Company:
Address and telephone number (if different from notice address above):

(Signature) [signed] 6-15-12 (Date)
without prejudice UCC-1-308

Telephone number:    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

2

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In Re:                                         Case No. 12-12020 {MG}

RESIDENTIAL CAPITAL,LLC, et al                 Chapter 11

Debtors                                        Jointly Administered

## PLAINTIFF PATRICK FARRELL DEMAND FOR JUDICIAL NOTICE

Plaintiff [below] PATRICK FARRELL, hereby requests this Honorable court to take Judicial notice of the fact that Plaintiff has been suing GMAC Mortgage since NOV 2007, over Mortgage Fraud issues committed by GMAC since they became involved in March of 2006.

This court construes that GMAC is a debtor in possession, purportedly of servicing rights to a mortgage. Plaintiff has been receiving documents and filed a Proof of Claim in this case.

PLEASE TAKE FURTHER NOTICE, that GMAC is NOT a debtor in possession of anything that belongs to Plaintiff, especially the subject home at 2904 NW 14th Terrace, Cape Coral, Fl.;

PLEASE TAKE FURTHER NOTICE that GMAC is NOT a servicer of a mortgage related to this property that was allegedly placed in an MBS IMPAC SECURED ASSETS-2005-2.

PLEASE TAKE FURTHER NOTICE- that that MBS was discharged in bankruptcy case 07-11049-AMERICAN HOME MORTGAGE, with DEUSTCHE BANK FILING Proof of Claim against GMAC and getting settlement.

PLEASE TAKE FURTHER NOTICE of Plaintiff's attached ANSWER TO MORTGAGE FORECLOSURE COMPLAINT.

**Summarily,** whatever this court decides, I have claim against GMAC for mortgage Fraud, with a Proof of Claim herein, for elements cited by the FEDERAL RESERVE and USA lawsuit.

Any purchase by any entity does not include my home, as it is not an asset of GMAC in any way.

## IN THE CIRCUIT COURT AND 20TH JUDICIAL DISTRICT
## IN AND FOR LEE CO. FLORIDA

PATRICK LORNE FARRELL©,  CONSOLIDATED CASES

Plaintiff, possessor, Droit-Droit     07-CA-14942 AND 07-CA-16767

    vs.

G.M.A.C.; WELLS FARGO,

IMPAC, et al, Defendants

RECEIVED

NOV 1 3 2012

KURTZMAN CARSON CONSULTANTS



**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY WAS SENT TO COUNSEL**

BRADLEY ARANT-100 N. TRYON St. #2690-CHARLOTTE, NC 28202

ResCap Claims Processing Center-c/o KCC-2335 Alaska Ave-El Segundo, CA 90245

MORRISON & FOERSTER LLP-1290 Avenue of the Americas-New York, NY 10104

_____
Patrick Lorne Farrell

in Propria Persona/Attorney In Fact/ Secured Party Creditor

signed "without the united states" and without prejudice/UCC 1-308

UCC-1 Filing # 2007-356-2344-8 [12/22/07]-Wash. St. -DOL

2904 NW14th Terrace-Cape Coral,Fl. 33993

p.farrell13@yahoo.com---239-558-5729

**RECEIVED**
NOV 1 3 2012
**KURTZMAN CARSON CONSULTANTS**

14. The Bank of America Alternative Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 with the cut-off date of March 1, 2003 (hereinafter "ALT 2003-2") is a Mortgage Backed Securities Trust formed under New York Trust Laws and at the time of formation included.

> Depositor: Bank of America Mortgage Securities, Inc.
> Issuer: Bank of America Alternative Loan Trust 2003-2 (the "Trust")
> Seller: Bank of America, N.A.
> Trustee: Wells Fargo Bank Minnesota N.A.

15. Florida Default Law Group, P. I. list P. O. Box 25018 Tampa, Florida 33622-5018 as a mailing address. Florida Default Law Group is current being investigated by the Florida Attorney General's Office as Case Number: L10-3-1095.

> Subject of investigation: Florida Default Law Group, PL and Michael Echevarria
> 9119 Corporate Lake Drive, Suite 300, Tampa, Florida 33634
> Law Firm, Foreclosures

Allegation or issue being investigated:

> Appears to be fabricating and/or presenting false and misleading documents in foreclosure cases. These documents have been presented in court before judges as actual assignments of mortgages and have later been shown to be legally inadequate and/or insufficient. Presenting faulty bank paperwork due to the mortgage crisis in thousands of foreclosures per month. This firm is one of the largest foreclosure firms in the State. This firm appears to be one of Docx, LLC f/k/a Lender Processing Services' clients, who this office is also investigating. AG unit handling case: Economic Crimes Division in Ft. Lauderdale, Florida.

16. During the periods of 2006 and 2007, "Bank of America" sought to sell home equity loans by means of securitization transactions. One of these transactions was called Bank of America Alternative Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 with the cut-off date of March 1, 2003 (hereinafter "ALT 2003-2") it is believed and alleged that Plaintiff's note may have been placed into this trust over 7 years after the cutoff date for such trust, as no assignment has been recorded to confirm this prior to the fabricated assignment of the Mortgage by Florida Default Law Group on or about September 15, 2010. Such transfer is VOID by strict New York Trust Laws which govern such a Mortgage Backed Security.

17. "Bank of America N.A." served as the Master Servicer for the "ALT 2003-2" as well as the "Seller" and Bank of America Mortgage Securities, Inc., served as the Depositor for the "2007-

HSA2" true sale. The sale was needed to qualify for the tax benefits of a REMIC transaction. This transaction was beneficial for the investors and helped to fuel massive securitization transactions such as "ALT 2003-2".

18.  ALT 2003-2" was issued on March 25, 2003. The ALT 2003-2 mortgage pool consisted of the "Mortgage Pool" which consisted of two loan groups ("Loan Group 1" and "Loan Group 2" and each a "Loan Group") of fixed-rate, conventional, fully-amortizing mortgage loans (the "Group 1 Mortgage Loans" and "Group 2 Mortgage Loans" and collectively, the "Mortgage Loans") secured by first liens on one- to four-family properties. All of the Mortgage Loans were originated or acquired by Bank of America, N.A., which is an affiliate of the Depositor and the Underwriter. In addition, certain of the Mortgage Loans were originated using underwriting standards that are different from, and in certain respects less stringent than, the general underwriting standards of Bank of America. The "Cut-Off Date" was March 1, 2003. The offering size was $598,219,809. The Securities and Exchange file number is 333-101500, and the 425 B Prospectus Offering Documents are Form 424B5 - Prospectus [Rule 424(b)(5)] SEC Accession No. 0000950109-03-001581which was filed on 3- 25-2003.

19.  The Defendants herein named as "all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs title thereto" (hereinafter referred to as "the unknown defendants") are unknown to Plaintiffs. These unknown Defendants, and each of them, claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to Plaintiffs' title; and their claims, and each of them, constitute a cloud on Plaintiffs title to that property.

20.  Plaintiff is ignorant of the true names and capacities of "Defendants" sued herein as "DOES" 1 through 150, and therefore sue these "Defendants" by such fictitious names Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

//

//

- 5 -
COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF LIEN AND TO DISALLOW SECURED CLAIM.

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY WAS SENT TO COUNSEL**

BRADLEY ARANT-100 N. TRYON St. #2690-CHARLOTTE, NC 28202

ResCap Claims Processing Center-c/o KCC-2335 Alaska Ave-El Segundo, CA 90245

MORRISON & FOERSTER LLP-1290 Avenue of the Americas-New York, NY 10104

_____
Patrick Lorne Farrell

in Propria Persona/Attorney In Fact/ Secured Party Creditor

signed "without the united states" and without prejudice/UCC 1-308

UCC-1 Filing # 2007-356-2344-8 [12/22/07]-Wash. St. -DOL

2904 NW14th Terrace-Cape Coral, Fl. 33993

p.farrell13@yahoo.com---239-558-5729

ACCEPTED FOR VALUE & HONOR-EXEMPT FROM LEVY
For my remedy, Release of the Proceeds, Accounts, in the
order[s] to Me in Accordance with Public Policy, HJR-192,
UCC 10-104 & UCC 1-104, UCC 3-419 Exemption I.D. & UCC
Contract Account #375585666 Deposit To U.S. Treasury &
Charge the same to: PATRICK LORNE FARRELL #375585666
VALUE: $100,000,000    DATE: 11-19-12