**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- )
In re:                                                                 )        Case No. 12-12020 (MG)
                                                                       )
RESIDENTIAL CAPITAL, LLC, et al.,                                      )        Chapter 11
                                                                       )
                                                Debtors.               )        Jointly Administered
---------------------------------------------------------------------- )

## <u>NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM</u>

PLEASE TAKE NOTICE that Citigroup Global Markets Inc., by and through its undersigned counsel, pursuant to an agreement with the ResCap Liquidating Trust, the successor in interest to the above-captioned debtors, hereby withdraws Proofs of Claim Nos. 5032 and 5050 filed in the above-captioned jointly administered chapter 11 cases, and requests that the official claims registry maintained for the debtors and debtors-in-possession be updated accordingly.

Dated:  July 2, 2014

SHEARMAN & STERLING LLP


By: __/s/ Fredric Sosnick_____
Fredric Sosnick
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Tel: (212) 484-4000
Fax: (212) 484-7179