Richard M. Cieri
Ray C. Schrock
Justin R. Bernbrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Jacob Goldfinger, state as follows:

1. I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022-4611.

2. July 2, 2014, I caused service of the *Order Denying Lahrman Motion to Correct Errors* [ECF No. 7211] to be effected via electronic mail and express mail on the party listed below:

Timothy Lahrman
3004 Garden Blvd.
Elkhart, IN 46517
timlahrman@aol.com

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
July 2, 2014

_____
Jacob Goldfinger

State of New York    )
                     ) ss
County of New York   )

Subscribed and sworn to before me this 2nd day of July, 2014.

_____
Beth Friedman Lurie
Notary Public, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2017

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20___