*Julio Pichardo*
*1201 E Sudene Ave*
*Fullerton Ca 92831*

Pro-se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Re:<br>RESIDENTIAL CAPITAL LLC<br><br>Debtors | ) CASE No. 12-12020 (MG)<br>)<br>) Chapter 11<br>)<br>) <u>CREDITOR TO CLAIM #452</u><br>)<br>) |

## *NOTICE OF OBJECTION OF RESCAP BORROWERS CLAIMS TRUST'S MOTION FOR ORDER ESTIMATING CLAIMS AND ESTABLISHING DISPUTED CLAIMS RESERVE*

*PLEASE TAKE NOTICE OF:* THIS NOTICE OF OBJECTION FOR ORDER ESTIMATING CLAIMS.

THIS BASED ON THE PREMISE THAT DEBTORS TRUST ARE GIVEN RIGHTS TO DISCRIMINATE AGAINST CREDITORS CLAIMS RANDOMLY.   THIS PREJUDICES CREDITOR'S HABILITY AS CLAIMS ARE THEREAFTER CONTROLLED BY DEBTORS TRUST & USE SUCH ORDER TO ADJUST AT WILL.

DEBTORS NOT ONLY ARE GIVEN HOW TO ADJUDICATE, OBJECT, CHOOSE DATES AT WILL FOR DISTIBUTION, CONTEST & REDUCE CLAIMS USING ORDERS BY COURT.

CREDITOR HAVE WAITED YEARS & TO DATE DEBTORS REQUEST MORE ORDER EXTENDING TIME, WHILE CREDITOR'S SIT ON THE SIDELINES WAITING FOR RESOLUTION, UNDER THE PREMISE OF REVIEW AWAITING TO GET MORE ORDERS FOR EXTENSION & REDUCTION AFTER EXTENSIONS.

CREDITORS HAVE BEEN WRONG UNDER THE UMBRELLA OF THE BANKRUPTCY UNABLE TO OBTAIN A FAVORABLE REQUEST FOR REVIEW OF CLAIM.  JUST PROMISES OF REVIEW WITH NO RESULTS.

THEREFORE I OBJECT TO ESTIMATIONS ORDER TO BE USED TO REDUCE & DISPUTE CLAIMS.

EVEN WHEN ESTIMATIONS ARE DONE BY WELL KNOWN LAW FIRMS, CREDITORS GAIN NOTHING ALLOWING SUCH TOOL THAT TENDS TO DEPRIVE CREDITORS OF THEIR RIGHTS IN PRINCIPAL UNABLE TO FORESEE MEANS THAT LIMIT THEIR HABILITY TO REQUIRE CLAIMS BE PAID PROPERLY.

THIS MAY BE CONSCRUDED AS ANOTHER INTENT TO LIMIT CLAIMS WITH CONTROLLING FACTORS.

KCCL/RESCAP IS DOMINATED BY COURT ORDER AFTER COURT ORDER FAVORING DEBTORS.
SHOULD CREDITORS REQUEST COURT TO INTERVINE AS DEBTORS USE TOOLS FOR DELAYS & EXTENTIONS, CREDITOR WILL HAVE NO SUCCESS IN THE OUTCOME OF IT.

THESE MANUEVER UNEQUIVACLY SHOW EXTRENME PREJUDICES AT CREDITORS.
FOR THESE & MANY OTHER REASONS I OBJECT TO EXTENTIONS, ESTIMATIONS, & FURTHER DISRRUPTION AND ANY ATTEMPTS TO DENY CLAIMS.

JULIO PICHARDO_____
CC: S.D.C.OF N.Y.   CC: MORRISON & FOESTER   ATT: GARY S. LEE