Daniel J. Flanigan
Jason A. Nagi
**POLSINELLI**
805 Third Avenue, Suite 2020
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)
*Counsel for ResCap Borrower Claims Trust*

R. Frederick Walters
**WALTERS, BENDER, STROHBEHN & VAUGHAN**
1100 Main Street, Suite 2500
Kansas City, Missouri 64105
(816) 421-6620
*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF RESCAP BORROWER CLAIMS TRUST'S
MOTION FOR ORDER ESTIMATING CLAIMS
AND ESTABLISHING DISPUTED CLAIMS RESERVE**

PLEASE TAKE NOTICE THAT the ResCap Borrower Claims Trust (the "**Trust**") hereby withdraws, without prejudice, its *Motion for Order Estimating Claims and Establishing Disputed Claims Reserve* ("the **Motion**") [Docket No. 7036]. Such withdrawal does not constitute any finding with respect to the merits of the Motion and shall not be deemed any admission or finding with respect to the matters contained therein. The Trust reserves all rights with respect to the Motion including the right to re-file the Motion or a modified version thereof.

48332302.1

Dated: July 3, 2014
New York, New York

POLSINELLI

By: */s/ Daniel J. Flanigan*
Daniel J. Flanigan
Jason A. Nagi
900 3rd Avenue, 21st Floor
New York, New York 10022
(212) 644-2090
Fax No. (212) 684-0197
dflanigan@polsinelli.com

WALTERS BENDER
STROHBEHN & VAUGHAN, P.C.

By: */s/ R. Frederick Walters*
R. Frederick Walters
1100 Main Street, Suite 2500
Kansas City, Missouri 64105
(816) 421-6620
(816) 421-4747 (Facsimile)
fwalters@wbsvlaw.com

ATTORNEYS FOR RESCAP
BORROWER CLAIMS TRUST

2

48332302.1