# Exhibit 1

**ResCap Claims Processing Center**
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Kevin J. Matthews
c/o Legg Law Firm LLC
5500 Buckeystown Road, Francis Scott Key Mall
Frederick, MD 21703

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against GMAC Mortgage, LLC,
case no 12-12032 was received on 8/13/2012
and assigned claim number 392

For more information, please visit www.kccllc.net/rescap or call 1-888-251-2914