# Exhibit 2



LIBER 14058 PAGE 019

Property Tax ID Number: 27-04-5555-055
MARYLAND
MIN: 100105600023774507    MERS Phone: 1-888-679-6377
**ASSIGNMENT OF DEED OF TRUST**

ORIGINAL MORTGAGE AMOUNT - $150,000.00

FOR VALUE RECEIVED, the undersigned <u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USAA FEDERAL SAVINGS BANK ITS SUCCESSORS AND ASSIGNS</u> (Assignor), hereby, grants, assigns and transfers unto GMAC Mortgage, LLC, all beneficial interest under that certain Deed of Trust dated February 14, 2008 executed by Kevin Jerron Matthews, Borrower, to Michael J. Broker, and <u>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR USAA FEDERAL SAVINGS BANK</u>, as Beneficiary, recorded on February 21, 2008 in Liber 10445 at Folio 309 of the Official Records of the Clerk of the Circuit Court for BALTIMORE CITY, State of MARYLAND, describing land therein.

**PROPERTY ADDRESS:** 3216 East Northern Parkway, Baltimore, Maryland 21214

IN WITNESS WHEREOF, Assignor, Mortgage Electronic Registration Systems, Inc. as nominee for USAA Federal Savings Bank its successors and assigns, has caused this Assignment to be signed in its corporate name and its corporate seal to be hereunto affixed and attested, this 18th day of January, 2012

IN THE PRESENCE OF:

Mortgage Electronic Registration Systems, Inc. as nominee
for USAA Federal Savings Bank its successors and assigns

BY: _____ **Dannette Lowe**

Title: **Vice President**

STATE OF Pennsylvania
COUNTY OF Montgomery

On the 18th day of January, 2012, before me, a Notary Public in and for said State personally appeared **Dannette Lowe**, who proved to me on the basis of satisfactory evidence to be the person(s) who name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICIA NOLAN HOFFMAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2015

Witness my hand and official seal.

_____
Notary Public
My Commission Expires: November 15, 2015

Kevin Jerron Matthews                                    Page 2 of 3
3216 East Northern Parkway
2011-17613

LIBER 14058 PAGE 020

## LEGAL DESCRIPTION:

BEGINNING on the northeast side of Northern Parkway, 100 feet wide, at a point situate, north 65 degrees 05 minutes 30 seconds west 373.90 feet along said side from the corner formed by the intersection of the northeast side of Northern Parkway with the northwest side of Moyer Avenue, 50 feet wide, as shown on the Plat of Northern Heights duly recorded among the land records of Baltimore City; said place of beginning being also in line with the center of a partition wall there situate; thence leaving said place of beginning and binding along the northeast side of Northern Parkway, north 65 degrees 05 minutes 30 seconds west 26.34 feet; thence leaving the northeast side of Northern Parkway and running for a line of division, north 24 degrees 54 minutes 30 seconds east 107.5 feet to the southwest side of a 15 foot alley there situate; thence binding along the southwest side of said alley with the use thereof in common, south 65 degrees 05 minutes 30 seconds east 26.34 feet to a point in line with the center of the above mentioned partition wall; thence leaving the southwest side of said alley and running to and through the center of said partition wall and continuing the same course in all south 24 degrees 54 minutes 30 seconds west 107.5 feet to the place of beginning. The improvements whereon are known as No. 3216 Northern Parkway, Baltimore, Maryland 21214 (For informational purposes only).

BEING THE SAME LOT OF GROUND WHICH BY DEED OF EVEN DATE HEREWITH AND RECORDED OR INTENDED TO BE RECORDED AMONG THE LAND RECORDS OF BALTIMORE CITY PRIOR HERETO WAS GRANTED AND CONVEYED BY STEPHANIE CANNIZZARO AS PERSONAL REPRESENTATIVE OF THE STEPHEN A. CANNIZZARO ESTATE UNTO THE BORROWER(s) HEREIN.

3566

Please Record and Return to:
312 Marshall Avenue, Suite 800
Laurel, MD 20707
(301) 490-3361

BALTIMORE CITY CIRCUIT COURT (Land Records) FMC 14058, p. 0020, MSA_CE164_22910. Date available 02/14/2012. Printed 03/27/2014.

Kevin Jerron Matthews
3216 East Northern Parkway
2011-17613

Page 3 of 3

LIBER 14058 PAGE 021

BALTIMORE CITY CIRCUIT COURT (Land Records) FMC 14058, p. 0021, MSA_CE164_22910. Date available 02/14/2012. Printed 03/27/2014.

000154

2012 FEB 10 PM 12:55
CIRCUIT COURT
BALTIMORE