# Exhibit 4

## IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

Laura H.G. O'Sullivan, et al., Substitute Trustees
　　　　Plaintiffs

Civil No.

vs.

Kevin Jerron Matthews
　　Defendant

### AFFIDAVIT CERTIFYING OWNERSHIP OF DEBT INSTRUMENT AND THAT THE COPY OF THE NOTE IS A TRUE AND ACCURATE COPY
Pursuant to Real Prop. Art., Section 7-105.1(d)(2)(III)

The undersigned does hereby certify that the copy of the Note attached hereto is a true and accurate copy of the original debt instrument executed by Kevin Jerron Matthews, dated February 14, 2008, and secured by the Deed of Trust recorded among the land records of BALTIMORE CITY, Maryland, at Liber 10445 Folio 309, and that Ginnie Mae is the owner of the loan evidenced by the note and has authorized GMAC Mortgage, LLC to be the holder of the note for purposes of executing this affidavit and conducting this foreclosure action.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

GMAC Mortgage, LLC

Signature: _____  1/20/2012

Name: Kimberly Fritz

Title: Authorized Officer

Kevin Jerron Matthews
3216 East Northern Parkway
2011-17613

Page 1 of 1