# Exhibit 5

BGW#: 96789

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| Jacob Geesing | * |
| Carrie M. Ward | * |
| Howard N. Bierman | * |
| | * |
| 4520 East West Highway, Suite 200 | * |
| Bethesda, MD 20814 | * |
|     Substitute Trustees | * |
|     Plaintiffs | * |
| vs. | * |
| KEVIN JERRON MATTHEWS | *   Case No. |
| 3216 East Northern Parkway | * |
| Baltimore, MD 21214-1422 | * |
| | * |
| Defendant(s) | * |

\* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT CERTIFYING OWNERSHIP OF DEBT INSTRUMENT AND TRUTH AND ACCURACY OF COPY FILED HEREIN

Pursuant to Maryland Rule 14-207 (b)(3), the undersigned solemnly affirms under the penalties of perjury that the enclosed herein is a true and correct copy of the debt instrument ("Note") which the undersigned hereby certifies is owned by GMAC Mortgage, LLC, authorized by Government National Mortgage Association to be the holder of the Note and Mortgage for the purposes of all actions necessary to conduct foreclosure.

IN WITNESS WHEREOF, GMAC Mortgage, LLC, authorized by Government National Mortgage Association to be the holder of the Note and Mortgage for the purposes of all actions necessary to conduct foreclosure, servicing agent for GMAC Mortgage, LLC, authorized by Government National Mortgage Association to be the holder of the Note and Mortgage for the purposes of all actions necessary to conduct foreclosure, has caused these presents to be executed on this _4_ day of _February_, 2010 by _Jeffrey Stephan_, which individual has been duly appointed as the party with proper authority so to act for the purposes stated herein.

        GMAC Mortgage, LLC, authorized by Government National
        Mortgage Association to be the holder of the Note and Mortgage
        for the purposes of all actions necessary to conduct foreclosure

        Name: _Jeffrey Stephan_
        Title: _Limited Signing Officer_