# Exhibit 6



# GMAC Mortgage, LLC

| | | | |
|---|---|---|---|
| NMLS ID: 1045 | Street Address: 1100 Virginia Drive, Fort Washington, PA 19034<br>Mailing Address: ResCap Liquidating Trust, 1100 Virginia Drive, Suite 250, Fort Washington, PA 19034 | Phone: 267-419-3743<br>Toll-Free Number: Not provided<br>Fax: 724-288-9933 | Website: www.gmacmortgage.com<br>Email: Jennifer.Shank@ResCapEstate.com |

Other Trade Names: None
Prior Other Trade Names: "Ditech, GMAC Mortgage, LLC"; Ditech
Prior Legal Names: None
Sponsored MLOs: 0

Fiscal Year End: 12/31   Formed in: Delaware, United States   Date Formed: 04/13/2006   Stock Symbol: None   Business Structure: Limited Liability Company

State Regulatory Actions: None posted in NMLS.

## Branch Locations (4 Active, 63 Inactive)

## State Licenses/Registrations (Displaying 1 Active, 76 Inactive of 77 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Alabama | Consumer Credit License | No | Submit to Regulator |
| Alabama | Mortgage Brokers License | No | Submit to Regulator |
| Alaska | Mortgage Broker/Lender License | No | Submit to Regulator |
| Alaska | Mortgage Broker/Lender License - Other Trade Name #1 | No | Submit to Regulator |
| Arizona | Mortgage Banker License | No | Submit to Regulator |
| Arizona | Mortgage Banker License - Other Trade Name #1 | No | Submit to Regulator |
| Arkansas | Combination Mortgage Banker-Broker-Servicer License | No | Submit to Regulator |
| California - DBO | Residential Mortgage Lending Act License | Yes | Submit to Regulator |
| California - DBO | Finance Lenders Law License | No | Submit to Regulator |
| Colorado | Mortgage Company Registration | No | Submit to Regulator |
| Connecticut | Mortgage Lender License | No | Submit to Regulator |
| District of Columbia | Mortgage Dual Authority License | No | Submit to Regulator |
| Florida | Mortgage Lender Servicer License | No | Submit to Regulator |
| Georgia | Mortgage Lender Registration | No | Submit to Regulator |
| Hawaii | Mortgage Servicer Loan Modification License | No | Submit to Regulator |
| Idaho | Mortgage Broker/Lender License | No | Submit to Regulator |
| Illinois | Residential Mortgage License | No | Submit to Regulator |
| Illinois | Residential Mortgage License - Other Trade Name #1 | No | Submit to Regulator |
| Indiana-DFI | First Lien Mortgage Lending License | No | Submit to Regulator |
| Indiana-DFI | Subordinate Lien Mortgage Lending License | No | Submit to Regulator |
| Iowa | Master Loan Company Registration | No | Submit to Regulator |
| Iowa | Mortgage Banker License | No | Submit to Regulator |
| Iowa | Mortgage Banker License - Other Trade Name #2 | No | Submit to Regulator |
| Kansas | Supervised Loan License | No | Submit to Regulator |
| Kentucky | Mortgage Company License | No | Submit to Regulator |
| Louisiana | Residential Mortgage Lending License | No | Submit to Regulator |

| | | | | |
|---|---|---|---|---|
| Maine | Supervised Lender License | | No | Submit to Regulator |
| Maryland | Mortgage Lender License | | No | Submit to Regulator |
| | Lic/Reg #: 15813 | Original Issue Date: 10/05/2006 | | |
| | Status: **Voluntary Surrender** | Status Date: **05/30/2013**   Renewed Through: None | | |
| | Other Trade Names used in Maryland: None | | | |
| | View Resident/Registered Agent(s) for Service of Process ▸ | | | |
| Massachusetts | Debt Collector | | No | Submit to Regulator |
| Massachusetts | Mortgage Broker License | | No | Submit to Regulator |
| Massachusetts | Mortgage Lender License | | No | Submit to Regulator |
| Massachusetts | Small Loan Company | | No | Submit to Regulator |
| Michigan | 1st Mortgage Broker/Lender/Servicer Registrant | | No | Submit to Regulator |
| Michigan | 2nd Mortgage Broker/Lender/Servicer Registrant | | No | Submit to Regulator |
| Minnesota | Residential Mortgage Originator License | | No | Submit to Regulator |
| Minnesota | Residential Mortgage Originator License Other Trade Name #1 | | No | Submit to Regulator |
| Mississippi | Mortgage Lender License | | No | Submit to Regulator |
| Montana | Mortgage Broker License | | No | Submit to Regulator |
| Montana | Mortgage Lender License | | No | Submit to Regulator |
| Montana | Mortgage Servicer License | | No | Submit to Regulator |
| Nebraska | Mortgage Banker License | | No | Submit to Regulator |
| Nevada | Mortgage Banker License | | No | Submit to Regulator |
| Nevada | Mortgage Banker License Other Trade Name #1 | | No | Submit to Regulator |
| New Hampshire | Mortgage Banker License | | No | Submit to Regulator |
| New Jersey | Residential Mortgage Lender License | | No | Submit to Regulator |
| New Mexico | Mortgage Loan Company License | | No | Submit to Regulator |
| New York | Exempt Mortgage Loan Servicer Registration | | No | Submit to Regulator |
| New York | Mortgage Banker License | | No | Submit to Regulator |
| North Carolina | Mortgage Lender License | | No | Submit to Regulator |
| North Dakota | Money Broker License | | No | Submit to Regulator |
| Ohio | Mortgage Broker Act Mortgage Banker Exemption | | No | Submit to Regulator |
| Ohio | Mortgage Loan Act Certificate of Registration | | No | Submit to Regulator |
| Oklahoma | Mortgage Broker License | | No | Submit to Regulator |
| Oregon | Mortgage Lending License | | No | Submit to Regulator |
| Pennsylvania | Mortgage Lender License | | No | Submit to Regulator |
| Rhode Island | Lender License | | No | Submit to Regulator |
| Rhode Island | Loan Broker License | | No | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender / Servicer License | | No | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | | No | Submit to Regulator |
| South Carolina-DCA | Mortgage Broker License | | No | Submit to Regulator |
| South Dakota | Mortgage Lender License | | No | Submit to Regulator |
| Tennessee | Mortgage License | | No | Submit to Regulator |
| Texas - SML | Mortgage Banker Registration | | No | Submit to Regulator |
| Vermont | Lender License | | No | Submit to Regulator |
| Vermont | Lender License - Other Trade Name #1 | | No | Submit to Regulator |
| Vermont | Loan Servicer License | | No | Submit to Regulator |
| Vermont | Mortgage Broker License | | No | Submit to Regulator |
| Vermont | Mortgage Broker License - Other Trade Name #1 | | No | Submit to Regulator |
| Virgin Islands | Mortgage Lender License | | No | Submit to Regulator |

| Virginia | Broker License | No | Submit to Regulator |
|---|---|---|---|
| Virginia | Lender License | No | Submit to Regulator |
| Washington | Consumer Loan Company License | No | Submit to Regulator |
| West Virginia | Mortgage Broker License | No | Submit to Regulator |
| West Virginia | Mortgage Lender License | No | Submit to Regulator |
| Wisconsin | Mortgage Banker License | No | Submit to Regulator |
| Wisconsin | Mortgage Broker License | No | Submit to Regulator |
| Wyoming | Mortgage Lender/Broker License | No | Submit to Regulator |

**State Regulatory Actions**　　While some state agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the state, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Mortgage Licensing System & Registry or Nationwide Multistate Licensing System), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**