# Exhibit 7



# Financial Regulation Public Query

## Step 3: Display Results

**Found matches for: *Company=""gmac mortgage""***

Disclaimer: Financial Regulation information is taken from the Commissioner of Financial Regulation license database. Before relying on this information, you should be aware that due to workload and administrative issues there may be relevant information that has not yet been entered into the database. Please contact the Commissioner for verification of critical data.

| Collection Agency | | |
|---|---|---|
| **Legal Name** | **Trade Name** | **Business Address** |
| GMAC MORTGAGE CORPORATION OF IOWA | | 3451 HAMMOND AVENUE<br>WATERLOO, IA 50702-0000 |

Search

[ Home ] [ What's New! ] [ General Info ] [ DLLR Divisions ] [ Forms & Applications ] [ Search The Site ]