# Exhibit 8

IN THE CIRCUIT COURT
FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| JACOB GEESING *et al.*, <br><br>*Substitute Trustees and Plaintiffs*, <br><br>v. <br><br>KEVIN JERRON MATTHEWS, <br><br>*Defendant*. | Case No. 24-O-10001394 |

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

Substitute Trustees and Plaintiffs Jacob Geesing, Carrie M. Ward, and Howard N. Bierman, through their undersigned counsel, hereby move to dismiss the referenced action against Kevin Jerron Matthews without prejudice. Defense counsel have communicated their unwillingness to consent to the requested dismissal absent an order from this Court.

For the reasons set out in the accompanying Consolidated Memorandum of Law, this Court should dismiss this foreclosure action against Mr. Matthews without prejudice as authorized by Maryland Rule 14-207.1, and should disregard the additional forms of class-action and other relief sought by Defendant's counsel in their pending motions.

Date: November 22, 2010

Respectfully submitted,

MURPHY & SHAFFER LLC

By: _____
William J. Murphy

Daniel P. Moylan
Suite 1400, 36 South Charles Street
Baltimore, Maryland 21201
T: 410-783-7000
F: 410-783-8823

12-12020-mg    Doc 7226-8    Filed 07/03/14    Entered 07/03/14 15:43:01    Exhibit 8
                                    Pg 3 of 3

wmurphy@murphyshaffer.com
dmoylan@murphyshaffer.com

*Counsel for Substitute Trustees and Plaintiffs*

### CERTIFICATE OF SERVICE

Today I caused a copy of the foregoing Plaintiffs' Motion to Dismiss Without Prejudice, with accompanying papers, to be served by regular mail and by e-mail as follows:

| | |
|---|---|
| Phillip R. Robinson, Esquire<br>Anthony DePastina, Esquire<br>Civil Justice, Inc.<br>520 West Fayette St., Suite 410<br>Baltimore, Maryland 21201<br>410-706-0174<br>probinson@civiljusticenetwork.org<br>Adepastina@civiljusticenetwork.org | Howard N. Bierman, Esquire<br>Jacob Geesing, Esquire<br>Carrie M. Ward, Esquire<br>4520 East West Highway, Suite 200<br>Bethesda, Maryland 20814<br>301-961-6555<br>Jake.geesing@bgw-llc.com<br><br>*Plaintiffs and Substitute Trustees* |
| Peter A. Holland, Esquire<br>Visiting Law School Assistant Professor<br>University of Maryland School of Law<br>Consumer Protection Clinic<br>500 West Baltimore Street<br>Baltimore, Maryland 21201-1786<br>410-706-4256<br>pholland@law.maryland.edu | |

*Counsel for Defendant*

Date: November 22, 2010

_____
Daniel P. Moylan

- 2 -