# Exhibit 9

IN THE CIRCUIT COURT
FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| JACOB GEESING *et al.*, <br><br> *Substitute Trustees and Plaintiffs,* <br><br> v. <br><br> KEVIN JERRON MATTHEWS, <br><br> *Defendant.* | Case No. 24-O-10001394 |

## CONSENT ORDER

Having considered Plaintiffs' Motion to Dismiss Without Prejudice, the accompanying briefs submitted by the parties, the record in this action, and the argument and representations of counsels as presented at a hearing held this 14th day of January, 2011, it is this __14th__ day of __January__, 2011 hereby ordered with the consent of the parties:

(1)  Plaintiffs' Motion to Dismiss Without Prejudice is GRANTED;

(2)  This foreclosure action against Defendant Matthews is accordingly DISMISSED WITHOUT PREJUDICE;

(3)  The foreclosure sale of the real property located at 3216 East Northern Parkway, Baltimore, Maryland 21214, conducted on May 21, 2010, is hereby RESCINDED; and

(4)  All other pending Motions are DENIED AS MOOT.

W. Michel Pierson
Judge's signature
original doc

Judge

cc: All Counsel of Record

I, Frank M. Conaway, Clerk of the Circuit Court for Baltimore City, hereby certify that this is a true copy from the record in this court. Witness the hand and seal of the undersigned this 30th day of July, 20__

Circuit Court for Baltimore City, Maryland