# Exhibit 10

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Frank M. Conaway
                        Clerk of the Circuit Court
                             Courthouse East
                         111 North Calvert Street
                                Room 462
                           Baltimore, MD 21202-
                 (410)-333-3745, TTY for Deaf: (410)-333-4389


06/30/14                              Case Number: 24-O-10-001394 FC OD
                                      Date Filed:  03/29/2010
                                      Status: Closed/Inactive
                                      Judge Assigned: To Be Assigned,
                                      Location :
                                      CTS Start : 03/29/10 Target : 09/25/11
JACOB GEESING vs KEVIN JERRON MATTHEWS


                         C A S E   H I S T O R Y



                       OTHER REFERENCE NUMBERS

   Description                  Number
   ---------------------------   ---------------
   Case Folder ID                O10001394V02


                             INVOLVED PARTIES

Type Num  Name(Last.First.Mid.Title)   Addr Str/End         Pty. Disp.              Entered
                                                            Addr Update
---------------------------------------------------------------------------------------------
PLT  001  GEESING, JACOB                                    BA DO 01/14/11         04/16/10
                                       Party ID: 4301537

      Mail: 4520 EAST WEST HIGHWAY     04/16/10                                    04/16/10 YH
            SUITE 200
            Bethesda, MD   20814

      Attorney: 0003785 Murphy, William J   Appear: 11/12/2010                     11/15/10
                Zuckerman Spaeder LLP
                100 East Pratt Street
                Suite 2440
                Baltimore, MD   21201
                (410)332-0444

                0800020 Geesing, Jacob      Appear: 03/29/2010                     04/16/10
                BWW Law Group, LLC
                4520 East West Highway
```

```
24-O-10-001394    Date:   06/30/14    Time:  11:40                                    Page:    2

                     Suite 200
                     Bethesda, MD   20814
                     (301)961-6555

Type Num  Name(Last,First,Mid,Title)         Addr Str/End            Pty. Disp.                Entered
                                                                     Addr Update
-------------------------------------------------------------------------------------------------------
DEF  001  MATTHEWS, KEVIN JERRON                                     BA DO 01/14/11            04/16/10
                                             Party ID: 4301541

     Mail: 3216 E NORTHERN PARKWAY          04/16/10                                           04/16/10 YH
           Baltimore, MD   21214

     Attorney: 0024600 Robinson, Phillip      Appear: 07/21/2010                                07/21/10
               Civil Justice Inc.
               520 W Fayette St
               Suite 410
               Baltimore, MD   21201
               (410)706-0174

BND  001  Lexington National Insurance Corporation                   BA DO 01/14/11            05/19/10
                                             Party ID: 4318495

BND  002  Lexington National Insurance Corporation                   BA DO 01/14/11            06/04/10
                                             Party ID: 4324810

ITP  001  GMAC Mortgage LLC                                          BA DO 01/14/11            06/03/10
                                             Party ID: 4324129

     Mail: C/O Howard N Bierman, Esq         06/03/10                                          06/03/10 MB
           4520 East West Highway Suite 200
           Bethesda, MD   20814

     Attorney: 0027288 Bierman, Howard N      Appear: 06/03/2010                                06/03/10
               BWW Law Group LLC
               4520 East West Hwy #200
               Bethesda, MD   20814
               (301)961-6555

ITP  002  DePastina, Anthony                                         BA DO 01/14/11            12/10/10
                                             Party ID: 4396767

PRP  001  3216 E NORTHERN PARKWAY 21214 $153,507.55                  BA DO 01/14/11            04/16/10
                                             Party ID: 4301542

PUR  001  GMAC Mortgage LLC                                          BA DO 01/14/11            05/28/10
                                             Party ID: 4331606

SPU  001  Secretary Of Veterans Affairs                              BA DO 01/14/11            06/18/10
                                             Party ID: 4332005

TRS  001  GEESING, JACOB                                             BA DO 01/14/11            04/16/10
                                             Party ID: 4301538
```

24-O-10-001394    Date:  06/30/14    Time:  11:40                                              Page:    3

| | | |
|---|---|---|
| Mail: 4520 EAST WEST HIGHWAY<br>SUITE 200<br>Bethesda, MD  20814 | 04/16/10 | 04/16/10 YH |
| Attorney: 0800020 Geesing, Jacob<br>BWW Law Group, LLC<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD  20814<br>(301)961-6555 | Appear:  03/29/2010 | 04/16/10 |

| Type Num Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp.<br>Addr Update | Entered |
|---|---|---|---|
| TRS  002 WARD, CARRIE M | Party ID: 4301539 | BA DO 01/14/11 | 04/16/10 |
| Mail: 4520 EAST WEST HIGHWAY<br>SUITE 200<br>Bethesda, MD  20814 | 04/16/10 | | 04/16/10 YH |
| Attorney: 0800020 Geesing, Jacob<br>BWW Law Group, LLC<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD  20814<br>(301)961-6555 | Appear:  03/29/2010 | | 04/16/10 |
| TRS  003 BIERMAN, HOWARD N | Party ID: 4301540 | BA DO 01/14/11 | 04/16/10 |
| Mail: 4520 EAST WEST HIGHWAY<br>SUITE 200<br>Bethesda, MD  20814 | 04/16/10 | | 04/16/10 YH |
| Attorney: 0800020 Geesing, Jacob<br>BWW Law Group, LLC<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD  20814<br>(301)961-6555 | Appear:  03/29/2010 | | 04/16/10 |

**CALENDAR EVENTS**

```
24-O-10-001394   Date:   06/30/14    Time:  11:40                              Page:    4

Date    Time  Fac  Event Description          Text SA Jdg Day Of Notice   User ID
   Result              ResultDt By Result Judge     Rec
-------------------------------------------------------------------------------
01/14/11 09:30A 329  Motion Hearing (Civil)            WMP 01 /01 01/04/11 FM
   Held/Concluded      01/18/11 E  W.Pierson      N
```

## DISPOSITION HISTORY

```
Disp     Disp                          Stage                              Activity
Date     Code  Description             Code  Description          User   Date
-------  ----  ----------------------  ----  ---------------------  ----  --------
01/14/11 DO    Decree Or Order         BA    BEFORE ANSWER          SLV   02/14/11
```

## JUDGE HISTORY

```
JUDGE ASSIGNED              Type Assign Date Removal RSN
--------------------------  ---- ----------- -----------
TBA  To Be Assigned.        J    04/16/10
```

## DOCUMENT TRACKING

```
Num/Seq  Description                         Filed    Entered  Party  Jdg Ruling     Closed   User ID
-------  ----------------------------------  -------- -------- ------ --- ----------- -------- --------
00001000  Order to Docket Suit               03/29/10 04/16/10 PLT001 TBA Moot        01/14/11 YH  SLV
          DEED OF TRUST & NOTE

00002000  Statement of Mortgage Debt $153,507.55  03/29/10 04/16/10 PLT001 TBA Moot   04/16/10 YH  YH

00003000  Affidavit - Non-Military           03/29/10 04/16/10 PLT001 TBA Moot        04/16/10 YH

00004000  Deed of Appointment OF SUBSTITUTE  03/29/10 04/16/10 PLT001 TBA Moot        01/14/11 YH  SLV
          TRUSTEE

00005000  Notice OF INTENT TO FORECLOSE      03/29/10 04/16/10 PLT001 TBA Moot        01/14/11 YH  SLV

00006000  Trustee's Approved Bond ($25,000.00)  05/14/10 05/19/10 PLT001 TBA Moot     01/14/11 VB  SLV

00007000  Motion to Substitute Purchaser     06/01/10 06/03/10 ITP001 LFH Granted     06/08/10 MB  MB

00007001  Order of Court                     06/08/10 06/18/10 000        TBA Moot    01/14/11 MB  SLV
          ORDERED, THAT THE SECRETARY OF VETERANS AFFAIRS SHALL BE, AND
          HEREBY SUBSTITUTED AS PURCHASER

00007002  Copies Mailed                      06/18/10 06/18/10 000        TBA Moot    01/14/11 MB  SLV
          Filed by Attorney: Jacob Geesing Esq

00008000  Trustee's Approved Bond (Rider     05/28/10 06/04/10 PLT001 TBA Moot        01/14/11 VB  SLV
```

```
24-O-10-001394    Date:  06/30/14    Time:  11:40                                    Page:      5

    $110,000.00)

Num/Seq  Description                          Filed    Entered  Party  Jdg Ruling           Closed    User ID
-------- ------------------------------------ -------- -------- ------ --- ---------------- -------- --------
00009000 Affidavit of Service was posted on the  04/12/10 06/12/10 000     TBA Moot          01/14/11 KS   SLV
         front door of 3216 East
         Northern Parkway. Baltimore. Md. 21214 on 4/02/10 at 1 pm after
         no contact.

00010000 Report of Sale $110,162.50            05/28/10 06/17/10 PLT001 TBA Moot             01/14/11 MFM  SLV

00011000 Notice of Report of Sale              06/17/10 06/17/10 PLT001 TBA Moot             06/17/10 MFM  MFM

00012000 Affidavit of Purchaser                05/28/10 06/17/10 PLT001 TBA Moot             01/14/11 MFM  SLV

00013000 Affidavit of Auctioneer               05/28/10 06/17/10 PLT001 TBA Moot             01/14/11 MFM  SLV

00014000 Holder's Designation of Person to Take 05/28/10 06/17/10 PLT001 TBA Moot            06/17/10 MFM
         Title Pursuant to Rule 14-213

00015000 Affidavit of Notice by Mail Prior to  05/28/10 06/17/10 PLT001 TBA Moot             01/14/11 MFM  SLV
         Sale

00016000 Certificate of Publication            07/07/10 07/09/10 000     TBA Moot           01/14/11 MB   SLV

00017000 Enter The Undersigned Counsel As      07/19/10 07/21/10 000     TBA Moot           07/21/10 MB
         Attorneys For The Defendant In This Matter

00018000 Exceptions Of Homeowner To Foreclosure 07/19/10 07/21/10 DEF001 TBA Moot           07/21/10 MB   MB
         Of 3216 E Northern Parkway 21214
         REQUEST FOR HEARING

00018001 Substitute Trustees' Opposition To    08/16/10 08/17/10 PLT001 TBA Moot             01/14/11 MB   SLV
         Exceptions To Sale

00019000 Defendant's Motion to Certify a       10/28/10 10/29/10 DEF001 TBA Moot             01/14/11 SLV  SLV
         Defendants' Class Against The Plaintiffs.
         Appoint Defendant As Class Representative And Appoint Class
         Counsel And Special Masters Pursuant to Maryland Rules 2-213 &
         14-207.1.

00020000 Motion To Dismiss The Pending         10/28/10 10/29/10 DEF001 TBA Moot             01/14/11 SLV  SLV
         Foreclosure Cases of the Named Defendant and Class
         Members.

00020001 Response/Opposition to Motion         12/10/10 12/13/10 DEF001 TBA Moot             01/14/11 DBJ  SLV
         Filed by Attorney: Phillip Robinson

00021000 Attorney Appearance Filed             11/12/10 11/15/10 PLT001 TBA Moot             01/14/11 SLV  SLV

00022000 Consent Motion To Extend Time For     11/15/10 11/15/10 PLT001 TBA Moot             01/14/11 SLV  SLV
         Substitute Trustees/Plaintiffs To Respond To
         Defendant's Motions to Dismiss And to Certify A Defendants' Class
```

```
24-O-10-001394    Date:  06/30/14     Time: 11:40                              Page:    6

        And For Other Ancillary Relief. (Pull By 12/03/10)

Num/Seq Description                               Filed     Entered  Party  Jdg Ruling         Closed    User ID
-------- ---------------------------------------- --------- -------- ------ --- -------------- --------- --------
00023000 Motion to Dismiss                        11/22/10  11/24/10 PLT001 WMP Granted        01/14/11  MB  SLV

00023001 Line to enter the appearance of the      12/10/10  12/10/10 000        TBA Moot       01/14/11  KS  SLV
         undersigned counsel (Anothy DePastina) on be
         Defendant Kevin Jerron Matthews.

00023002 Response/Opposition to Motion            12/22/10  12/27/10 PLT001     TBA Moot       01/14/11  DBJ SLV
         Filed by Attorney: William J Murphy Esq

00023003 Order of Court                           01/14/11  02/14/11 000    WMP                          SLV
         ORDER DATED 01/14/11. DID NOT RECIEVE TO DOCKET UNTIL 02/14/11.

00023004 CONSOLIDATED MEMORANDUM ON SUPPORT OF    12/22/10  02/24/11 PLT001     TBA                      DBJ
         MOTION TO DISMISS WITHOUT PREJUDICE. AND
         IN OPPOSITION TO ADDITIONAL RELIEF SOUGHT BY DEFENDANT'S
         COUNSEL
         Filed by Attorney: William J Murphy Esq

00024000 Notice Motion Hearing Sent               12/27/10  12/27/10 000        TBA Moot       12/27/10  FM
         Event: MOTN  Block Date: 01/14/11  Facility: 329
         PARTIES :
         Robinson. Phillip 520 W Fayette St Suite 410. Baltimore. MD.
         21201
         Bierman. Howard 4520 East West Highway Suite 200. Bethesda. MD.
         20814
         DePastina. Anthony . . .
         Geesing. Jacob 4520 East West Highway Suite 200. Bethesda. MD.
         20814
         Murphy. William 36 S Charles St Suite 1400. Baltimore. MD.
         21201
         3216 E NORTHERN PARKWAY 21214 $153.507.55.   . . .
         GMAC Mortgage LLC.   . . .
         Secretary Of Veterans Affairs.    . . .

00025000 Notice Motion Hearing Sent               01/04/11  01/04/11 000        TBA Moot       01/04/11  KFS
         Event: MOTN  Block Date: 01/14/11  Facility: 329
         PARTIES :
         Robinson. Phillip 520 W Fayette St Suite 410. Baltimore. MD.
         21201
         Bierman. Howard 4520 East West Highway Suite 200. Bethesda. MD.
         20814
         DePastina. Anthony . . .
         Geesing. Jacob 4520 East West Highway Suite 200. Bethesda. MD.
         20814
         Murphy. William 36 S Charles St Suite 1400. Baltimore. MD.
         21201
         3216 E NORTHERN PARKWAY 21214 $153.507.55.   . . .
         GMAC Mortgage LLC.   . . .
         Secretary Of Veterans Affairs.    . . .
```

```
24-O-10-001394    Date:  06/30/14    Time: 11:40                                    Page:      7

Num/Seq  Description                          Filed    Entered  Party  Jdg  Ruling     Closed     User ID
-------  -----------                          -----    -------  -----  ---  ------     ------     -------
00026000 Supplemental Exceptions Of Homeowner To 01/10/11 01/13/11 DEF001  TBA Moot     01/13/11   MB
         Foreclosure Of 3216 E Northern Parkway
         BALTIMORE MD 21214

00027000 Open Court Proceeding                 01/14/11 01/14/11 000      TBA Moot     01/14/11   TH  SLV
         01/14/11 Case heard in before the Honorable Judge Pierson.
         Pierson,Judge
         01/14/11 Plaintiffs Motion to dismiss without Prejudice is heard
         and hereby"Granted".Order filed.
         Pierson,Judge
         01/14/11 Judgement in favor of defendant for costs.Order filed.
         Pierson,Judge
```

### TICKLE

```
Code Tickle Name         Status Expires   #Days AutoExpire GoAhead From Type  Num Seq
---- -----------         ------ -------   ----- ---------- ------- ---- ----  --- ---
30DT Thirty Days Tickle/S CLOSED 07/17/10   30    yes        no     U385 F     11 000

TRIG User Tickle         CLOSED 07/19/10    0    no         no     DCPB D      0 000
```

### PUBLIC NOTE TITLES

1) 8/17 Red card check-in confirmation to Rm. 232
2) CLERK'S NOTES
3) Clerk Notes 12/07/10
4) CLERK'S NOTES 02/14/11
5) clerk's note

### CASE FOLDER HISTORY

```
Date     Time     Type      User   Location                      Clerk   Reason
----     ----     ----      ----   --------                      -----   ------
04/29/11 4:23 PM  CheckIn          Civil Records, Room 409 East  CHH
04/29/11 4:23 PM  CheckIn          Civil Records, Room 409 East  CHH
04/26/11 12:27 PM Transfer  FR1    Room 409 Courthouse East      MB
04/26/11 12:27 PM Transfer  MB     CIVIL DIV., Room 460 East     MB
04/26/11 12:17 PM CheckOut  MB     CIVIL DIV., Room 460 East     ADH
```

I, Frank M. Conaway, Clerk of the Circuit Court for Baltimore City, hereby certify that this is a true copy from the record in this court. Witness the hand and act of the undersigned this 30TH day of JUNE 20 14



Circuit Court for Baltimore City, Maryland

I, ___ R. Conway, Clerk of the Circuit Court
for Baltimore City, hereby certify that this is
a true copy from the record in this court.
Witness the hand and seal of the undersigned

this _____ day of _____ 20___.

_____
Circuit Court for Baltimore City, Maryland

