# Exhibit 11

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                             Frank M. Conaway
                         Clerk of the Circuit Court
                              Courthouse East
                         111 North Calvert Street
                                 Room 462
                            Baltimore, MD 21202-
                 (410)-333-3745, TTY for Deaf: (410)-333-4389
```

06/30/14                                          Case Number: 24-O-12-000286 FC
                                                  Date Filed:  02/10/2012
                                                  Status: Open/Active
                                                  Judge Assigned: To Be Assigned,
                                                  Location :
                                                  CTS Start : 02/10/12 Target : 08/08/13
Laura H G O'Sullivan vs Kevin Jerron Matthews


# C A S E   H I S T O R Y


## OTHER REFERENCE NUMBERS

| Description          | Number       |
|----------------------|--------------|
| Administrative Agency | 12-16619    |
| Case Folder ID       | 012000286V05 |


## INVOLVED PARTIES

| Type Num | Name(Last.First.Mid.Title) | Addr Str/End | Pty. Disp. Addr Update | Entered |
|----------|----------------------------|--------------|------------------------|---------|
| PLT  001 | O'Sullivan, Laura H G      |              |                        | 02/17/12 |
|          |                            | Party ID: 4576642 |                   |         |
|          | Mail: 312 Marshall Avenue  | 02/17/12     |                        | 02/17/12 MB |
|          |       Suite 800            |              |                        |         |
|          |       Laurel, MD   20707   |              |                        |         |
|          | Attorney: 0815149 Brady, Erin M | Appear: 02/17/2012 |            | 02/17/12 |
|          |       McCabe, Weisberg & Conway, LLC |         |                    |         |
|          |       312 Marshall Ave #800 |             |                        |         |
|          |       Laurel, MD   20707    |             |                        |         |
|          |       (301)490-3361         |             |                        |         |
| DEF  001 | Matthews (Counter-Plaintiff), Kevin Jerron |       |                  | 02/17/12 |
|          |                            | Party ID: 4576652 |                   |         |

```
24-O-12-000286    Date:  06/30/14    Time:  11:11                                    Page:     2
```

```
            Capacity : Counter Plaintiff/Defendant
      Mail: 3216 East Northern Parkway          02/17/12                              02/17/12 MB
            Baltimore, MD   21214

      Mail: C/O Phillip R Bobinson Esq.         03/19/12                              03/19/12 SLV
            5500 Bukeystown Pike
            Frederick, MD   21703

      Attorney: 0816826 Robinson, Phillip       Appear:  03/16/2012                   03/19/12
                Consumer Law Center LLC
                8737 Colesville Road,
                Ste 307
                Silver Spring, MD   20910
                (301)637-6270

Type Num  Name(Last,First,Mid,Title)         Addr Str/End              Pty. Disp.         Entered
                                                                       Addr Update
------------------------------------------------------------------------------------------------
DEF   002 GMAC Mortgage LLC                                            DS DS 10/24/12     03/16/12
                                             Party ID: 4589410

            Capacity : Counter Defendant
      Mail: 7 St. Paul Street, Suite 1660       03/19/12                              03/19/12 SLV
            Baltimore, MD   21202
            Serve On: CSC-Lawyers Incorporating Service Co., Resident Agent

      Attorney: 0800864 Frechtel, Eric A        Appear:  04/25/2012                   04/26/12
                Bradley Arant Boult Cummings LLP
                1615 L Street,N.W.
                Suite 1350
                Washington, DC   20036
                (202)393-7150

DEF   003 Ward, Carrie                                                                03/16/12
                                             Party ID: 4589414

            Capacity : Counter-Defendant)
      Mail: 4520 East West Highway, Suite 200   03/19/12                              03/19/12 SLV
            Bethesda, MD   20814

      Attorney: 0804680 Schraub, J Jonathan     Appear:  07/27/2012                   07/30/12
                1481 Chain Bridge Road
                Suite 200
                McLean, VA   22101
                (703)893-3600

DEF   004 Stephan, Jeffrey                                                            03/16/12
                                             Party ID: 4589416

            Capacity : Counter-Defendant
      Mail: 42 Lenape Drive                     03/19/12                              03/19/12 SLV
            Sellersville, PA   18960-1568
```

```
24-O-12-000286     Date:  06/30/14      Time:  11:11                                Page:    3

        Attorney: 0811205 Simanowith, Mark A         Appear: 05/23/2012              05/25/12
                 Saul Ewing LLP
                 500 East Pratt Street
                 8th Floor
                 Baltimore, MD  21201
                 (410)332-8600

Type Num  Name(Last,First,Mid,Title)        Addr Str/End         Pty. Disp.         Entered
                                                                 Addr Update
-------------------------------------------------------------------------------------------
ITP  001  USAA Federal Savings Bank                                                 10/24/12
                                            Party ID: 4676469

          Capacity : Counter Defendant
     Mail: 9800 Fredericksburg Road         10/25/12                                10/25/12 SLV
           San Antonio, TX  78288
           Serve On: Josue "Joe" Robles, President & Chief, Executive Officer

PRP  001  3216 E Northern Pkwy 21214 $176,680.51                                    02/17/12
                                            Party ID: 4576658

TRS  001  Curran, Deborah K                                                         02/17/12
                                            Party ID: 4576643

        Attorney: 0815149 Brady, Erin M            Appear: 02/17/2012               02/17/12
                 McCabe, Weisberg & Conway, LLC
                 312 Marshall Ave #800
                 Laurel, MD  20707
                 (301)490-3361

TRS  002  Brady, Erin M                                                             02/17/12
                                            Party ID: 4576644

        Attorney: 0815149 Brady, Erin M            Appear: 02/17/2012               02/17/12
                 McCabe, Weisberg & Conway, LLC
                 312 Marshall Ave #800
                 Laurel, MD  20707
                 (301)490-3361

TRS  003  Theologou, Diana C                                                        02/17/12
                                            Party ID: 4576645

        Attorney: 0815149 Brady, Erin M            Appear: 02/17/2012               02/17/12
                 McCabe, Weisberg & Conway, LLC
                 312 Marshall Ave #800
                 Laurel, MD  20707
                 (301)490-3361

TRS  004  Latta, Laura L                                                            02/17/12
                                            Party ID: 4576646

        Attorney: 0815149 Brady, Erin M            Appear: 02/17/2012               02/17/12
                 McCabe, Weisberg & Conway, LLC
```

24-O-12-000286   Date: 06/30/14   Time: 11:11                                                         Page:    4

    312 Marshall Ave #800
    Laurel, MD   20707
    (301)490-3361

| Type Num Name(Last,First,Mid,Title) | Addr Str/End | Pty. Disp.<br>Addr Update | Entered |
|---|---|---|---|

TRS   005 Elefant, Jonathan                                                                          02/17/12
                                   Party ID: 4576647

   Attorney: 0815149 Brady, Erin M                  Appear: 02/17/2012                       .  02/17/12
          McCabe, Weisberg & Conway, LLC
          312 Marshall Ave #800
          Laurel, MD   20707
          (301)490-3361

TRS   006 Peightel, Anne L                                                                           02/17/12
                                   Party ID: 4576649

   Attorney: 0815149 Brady, Erin M                  Appear: 02/17/2012                       .  02/17/12
          McCabe, Weisberg & Conway, LLC
          312 Marshall Ave #800
          Laurel, MD   20707
          (301)490-3361

TRS   007 O'Sullivan, Laura H G                                                                      02/17/12
                                   Party ID: 4576650

   Attorney: 0815149 Brady, Erin M                  Appear: 02/17/2012                       .  02/17/12
          McCabe, Weisberg & Conway, LLC
          312 Marshall Ave #800
          Laurel, MD   20707
          (301)490-3361


## CALENDAR EVENTS

| Date   Time   Fac  Event Description | Text SA | Jdg Day | Of Notice | User ID |
|---|---|---|---|---|
| Result             ResultDt By Result Judge | Rec | | | |

07/30/12 10:30A 228  Motion Hearing (Civil)       Y         MPW  01 /01 07/20/12 ST  ST
   Cancelled/Vacated   10/17/12 C

08/06/12 10:30A 228  Motion Hearing (Civil)       Y         MPW  01 /01 07/30/12 EC  ST
   Cancelled/Vacated   10/17/12 C

04/19/13 02:00P 451  Motion Hearing (Civil)       Y         YAT  01 /01 04/09/13 ST  KFS

```
24-O-12-000286    Date:  06/30/14    Time: 11:11                         Page:     5

Date   Time   Fac  Event Description       Text SA  Jdg Day Of Notice    User ID
   Result              ResultDt By Result Judge  Rec
----------------------------------------------------------------------
02/25/14 09:30A 438  Hearing                Y       YAT  01 /01 02/12/14 EC  TLW
```

## JUDGE HISTORY

```
JUDGE ASSIGNED              Type Assign Date Removal RSN
-----------------------------  ----  -----------  -----------
TBA  To Be Assigned.          J     02/17/12
```

## DOCUMENT TRACKING

```
Num/Seq Description                        Filed    Entered  Party  Jdg Ruling     Closed    User ID
-------- -----------------------------------  --------  --------  ------  ---  ----------------  --------  --------
00001000 Order to Docket Suit               02/10/12 02/17/12 PLT001 TBA                          MB  MB
         DEED OF TRUST AND NOTE

00001001 Counter Complaint & Jury Demand    03/19/12 03/19/12 DEF001 TBA                          ·SLV
         With Request For A Jury Trial.

00001002 Line-Request For Summons           03/16/12 03/19/12 DEF001 TBA                          SLV

00002000 Preliminary Loss Mitigation Analysis 02/10/12 02/17/12 PLT001 TBA  Moot      02/17/12 MB

00003000 Statement of Mortgage Debt $176,680.51  02/10/12 02/17/12 PLT001 TBA                     MB

00004000 Affidavit - Non-Military           02/10/12 02/17/12 PLT001 TBA                          .MB

00005000 Deed of Appointment of Substitute  02/10/12 02/17/12 PLT001 TBA                          MB
         Trustees

00006000 Affidavit of Ownership (GMAC Mortgage 02/10/12 02/17/12 PLT001 TBA                       MB
         LLC)

00007000 Affidavit Of Mailing Of notice Of Intent 02/10/12 02/17/12 PLT001 TBA                    MB
         To Foreclose Pursuant To Real Prop.
         Art. 7-105.1(c)and Prop. Art. 7-105.1(d)(ii)(2)

00008000 Assignment Of Deed Of Trust        02/10/12 02/17/12 PLT001 TBA  Moot       02/17/12 MB

00009000 Line to File Foreclosure Documents 03/01/12 03/02/12 000    TBA  Moot       03/02/12 RM

00010000 Affidavit of Mailing Notice to Occupants 03/02/12 03/02/12 000    TBA                    RM
         of Forclosure Action
```

```
24-O-12-000286    Date:  06/30/14    Time:  11:11                              Page:      6

Num/Seq Description                          Filed    Entered  Party  Jdg Ruling       Closed    User ID
------- ----------------------------------   -------- -------- ------ --- ------------ -------- --------
00011000 Affidavit of Service                03/01/12 03/02/12 000        TBA                    RM
         Suitable age/suitably served on Jody Williams on 2/21/12 at 7:10
         p.m. (3216 East Northern Parkway)

00012000 Affidavit of Service                03/01/12 03/02/12 000        TBA                    RM
         Served on Erica Evans on 2/22/12 at 12:08 p.m. (520 West Fayette
         Street).

00013000 Line-Entry of Appearance            03/16/12 03/21/12 DEF001     TBA Moot     03/21/12  SLV

00014000 Final Loss Mitigation Analysis      03/23/12 03/26/12 PLT001     TBA Moot     03/26/12  LGC

00015000 Motion/Request for Foreclosure Mediation 04/20/12 04/20/12 DEF001 TBA                   DBJ DBJ
         Filed by Attorney: Phillip Robinson Esq LENDER: ERIN M BRADY ESQ

00016000 Consent Motion to Extend Time For the   04/24/12 04/25/12 000    WMP Granted  05/08/12  DBJ DBJ
         Carrie Ward to File Responsive Pleadings

00016001 ORDERED THAT COUNTER-DEFENDANT CARRIE   05/08/12 05/09/12 000    TBA                    DBJ
         WARD SHALL FILE HER RESPONSIVE
         PLEADINGS TO COUNTER-PLAINTIFF KEVIN J. MATTHEWS
         COUNTER-COMPLAINT ON OR BEFORE JUNE 15. 2012. (PIERSON. J)

00016002 Copies Mailed                       05/08/12 05/09/12 000        TBA                    DBJ

00017000 CARRIE WARD'S MOTION TO SEVER       04/24/12 04/25/12 000        TBA                    DBJ DBJ
         COUNTERPLAINTIFF'S COUNTERCLAIM FROM THE MAIN
         ACTION

00017001 Opposition To Counter Defendant Carrie  05/11/12 05/15/12 DEF001 TBA                    MB
         Ward's Motion To Sever Counter Plaintiff'
         COUNTER CLAIM FROM THE MAIN ACTION & REQUEST FOR HEARING

00018000 GMAC Mortgage LLC Motion to Dismiss 04/26/12 04/26/12 DEF002     TBA                    SLV
         (Pull Date 05/16/12)
         Filed by Attorney: Erin M Brady Esq

00018001 Request for Hearing on Selected Motion  04/25/12 04/26/12 DEF002 TBA                    SLV

00019000 MOTION TO EXTEND TIME FOR COUNTER   05/14/12 05/16/12 DEF001     MPW Granted  07/30/12  SLV MB
         PLAINTIFF KEVIN MATTHEWS TO FILE HIS RESPONSE
         TO COUNTER DEFENDANT GMAC MORTGAGE LLC'S MOTION TO DISMISS.

00019001 Response/Opposition to Motion       05/29/12 05/30/12 DEF002     TBA                    SLV
         GMAC'S RESPONSE TO COUNTER-PLAINTIFF'S MOTION TO EXTEND TIME TO
         FILE ARESPONSE TO MOTION TO DISMISS AND SUGGESTION OF BANKRUPTCY.

00019002 Order of Court                      07/30/12 07/31/12 000        TBA                    MB
         ORDERED THAT THE MOTION BE. AND HEREBY IS. GRANTED. AND
         DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF
         THIS ORDER WITHING WHICH TO FILE A RESPONSE. JUDGE MARTIN P WELCH
```

```
24-O-12-000286   Date: 06/30/14   Time: 11:11                                Page:    7

Num/Seq Description                            Filed    Entered  Party Jdg Ruling       Closed    User ID
-------- -----------------------------------   -------- -------- ------ --- ---------   --------- --------
00019003 Copies Mailed                         07/31/12 07/31/12 DEF002     TBA                    MB
         Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J
         Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq

00020000 Counter Defendant Jeffrey Stephan's   05/25/12 05/25/12 DEF004 MPW Granted     07/31/12 SLV MB
         Motion to Dismiss (Pull Date 06/22/12)

00020001 Memorandum in Support of Motion       05/23/12 05/25/12 DEF004     TBA                   SLV SLV
         Memorandum In Support Of Counter Defendant Jeffrey Stephan's
         Motion to Dismiss.

00020002 Request for Hearing on Selected Motion 05/23/12 05/25/12 DEF004    TBA                    SLV
         Counter Defendant Jeffrey Stephan's Request For Hearing.

00020003 DEFENDANT/COUNTER PLAINTIFF'S OPPOSITION 06/11/12 06/12/12 DEF001  TBA                    DBJ
         TO COUNTER FDEFENDANT JEFFREY STEPHAN'S
         MOTION TO DISMISS
         Filed by Attorney: Phillip Robinson Esq

00020004 REPLY MEMORANDUM IN FURTHER SUPPORT OF 07/06/12 07/10/12 000       TBA                    DBJ
         COUNTER DEFENDANT JEFFREY STEPHAN'S
         MOTION TO DISMISS

00020005 Order of Court                        07/31/12 08/01/12 000        TBA                    MB
         UPON CONSIDERATION OF DEFENDANT/COUNTER-PLAINTIFF'S ORAL MOTION
         TO EXTEND TIME TO RESPN TO COUNTER-DEFENDANT STEPHAN'S MOTION TO
         DISMISS (PAPER NO. 20000))
         ORDERED THAT THE MOTION BE, AND HEREBY IS, GRANTED, AND
         DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF
         THIS ORDER WITHIN WHICH TO FILE A RESPONSE FOR THE ISSUES NOT
         ADDRESSED IN THE PREVIOUSLY SUBMITTED REPLY (THOSE ISSUES NOT
         PERTAINING TO COURT'S PERSONAL JURISDICTION OVER
         COUNTER-DEFENDANT STEPHAN) JUDGE MARTIN P WELCH

00020006 Copies Mailed                         08/01/12 08/01/12 DEF004     TBA                    MB
         Filed by DEF004-Stephan, DEF003-Ward, DEF001-Matthews
         (Counter-Plaintiff)
         Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J
         Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq

00021000 CARRIE WARD'S MOTION TO DISMISS       06/14/12 06/15/12 000    MPW Granted     07/30/12 DBJ MB
         PULL DATE 7/5/12

00021001 MEMORANDUM OF POINTS AND AUTHORITIES IN 06/14/12 06/15/12 000      TBA                    DBJ
         SUPPORT OF CARRIE WARDS MOTION TO
         DISMISS

00021002 Order of Court                        07/30/12 08/01/12 000        TBA                    MB
         UPON CONSIDERATION OF DEFENDANT/COUNTER-PLEAINTIFF'S ORAL MOTION
         TO EXTEND TIME TO RESPON TO COUNTER-DEFENDANT WARD'S MOTION TO
         DISMISS (PAPER NO. 21000)
```

24-O-12-000286    Date:  06/30/14    Time:  11:11                                           Page:    8

ORDERED THAT THE MOTION BE, AND HEREBY IS, GRANTED, AND
DEFENDANT/COUNTER-PLAINTIFF SHALL HAVE 30 DAYS FROM THE DATE OF
THIS ORDER WITHIN WHICH TO FILE A RESPONSE. JUDGE MARTIN P WELCH

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00021003 | Copies Mailed | 08/01/12 | 08/01/12 | DEF004 | | TBA | | MB |
| | Filed by DEF004-Stephan, DEF003-Ward, DEF002-GMAC Mortgage LLC, DEF001-Matthews (Counter-Plaintiff) | | | | | | | |
| | Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq | | | | | | | |
| 00022000 | MOTION FOR DIRECTION CONCERNING THE AUTOMATIC STAY AS TO COUNTER DEFENDANTS CARRIE WARD AND JEFFREY STEPHAN AND POTENTIAL OTHER PARTIES BY AMENDMNET & REQUEST FOR A HEARING AS TO THOSE COUNTER DEFENDANTS ONLY  (PULL DATE 7/17/12 | 06/26/12 | 06/27/12 | DEF001 | MPW | Granted | 07/30/12 | DBJ MB |
| | Filed by Attorney: Phillip Robinson Esq | | | | | | | |
| 00022001 | COUNTER DEFENDANT JEFFREY STEPHAN'S RESPONSE TO COUNTER PLAINTIFF'S MOTION FOR DIRECTION CONCERNING THE AUTOMATIC STAY AS TO COUNTER DEFENDANTS CARRIE WARD AND JEFFREY STEPHAN AND POTENTIAL OTHER PARTIES BY AMENDMENT | 07/13/12 | 07/16/12 | DEF004 | | TBA | | DBJ |
| | Filed by Attorney: Mark A Simanowith Esq | | | | | | | |
| 00022002 | Order of Court | 07/30/12 | 07/31/12 | 000 | | TBA | | .MB |
| | ORDERED THAT THE COUNTER-DEFENDANTS HAVE A RIGHT TO PROCEED WITH THEIR MOTIONS TO DISMISS AND MOTION TO SEVER. JUDGE MARTIN P WELCH | | | | | | | |
| 00022003 | Copies Mailed | 07/31/12 | 07/31/12 | DEF004 | | TBA | | MB |
| | Filed by Attorney: Erin M Brady Esq,Mark A Simanowith Esq,J Jonathan Schraub Esq,Eric A Frechtel Esq,Phillip Robinson Esq | | | | | | | |
| 00023000 | Motion For Extension For Counter Plaintiff To Respond to Defendants GMAC's & | 06/27/12 | 06/27/12 | 000 | | TBA | | .SLV MB |
| 00024000 | Notice Motion Hearing Sent | 07/20/12 | 07/20/12 | 000 | | TBA Moot | 07/20/12 | ST |
| | Event: MOTN  Block Date: 07/30/12  Facility: 228 | | | | | | | |
| | PARTIES : | | | | | | | |
| | Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703 | | | | | | | |
| | Frechtel, Eric 1615 L Street,N.W. Suite 1350, Washington, DC, 20036 | | | | | | | |
| | Ward, Carrie 4520 East West Highway, Suite 200 , Bethesda, MD, 20814 | | | | | | | |
| | Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD, 21201 | | | | | | | |
| | Brady, Erin 312 Marshall Avenue Suite 800, Laurel, MD, 20707 | | | | | | | |
| 00025000 | Foreclosure Mediation Extended (Beyond 30 days to 10/9/12) | 07/19/12 | 07/23/12 | 000 | | TBA Moot | 07/23/12 | WJ |

```
24-O-12-000286    Date:  06/30/14    Time:  11:11                              Page:    9

Num/Seq Description                       Filed    Entered  Party  Jdg Ruling    Closed    User ID
-------- ---------------------------      -------- -------- ------ --- ---------- -------- --------
00026000 Notice of Filing Bankruptcy      07/25/12 07/26/12 PLT001 TBA Moot       07/26/12 VB  VB

00027000 Foreclosure Mediation Extended   07/27/12 07/27/12 000    TBA Moot       07/27/12 DBJ DBJ
         THE MEDIATOR FILES THE FOLLOWING REPORT OF THE MEDIATION
         PROCEEDING: BY AGREEMENT OF THE PARTIES, THE TIME FOR MEDIATION
         WAS EXTENDED BEYOND 30 DAYS TO 10/9/12
         FORECLOSURE MEDIATION DATE: 7/19/12
         MEDIATOR: MARY R CRAIG

00028000 Notice Motion Hearing Sent       07/30/12 07/30/12 000    TBA Moot       07/30/12 EC
         Event: MOTN  Block Date: 08/06/12  Facility: 228
         PARTIES :
         Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703
         Frechtel, Eric 1615 L Street,N.W. Suite 1350, Washington, DC,
         20036
         Ward, Carrie 4520 East West Highway, Suite 200 , Bethesda, MD,
         20814
         Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD,
         21201
         Brady, Erin 312 Marshall Avenue Suite 800, Laurel, MD, 20707

00029000 Attorney Appearance Filed        07/27/12 07/30/12 000    TBA                     DBJ

00030000 Defendant/Counter Plaintiff Kevin J  08/01/12 08/02/12 DEF001 TBA                 MB
         Matthews' Supplemental Memorandum Of Law In
         OPPOSITION TO COUNTER DEFENDANT JEFFERY STEPHAN'S MOTION TO
         DISMISS (DOC. 20)

00030001 Counder Defendant Jeffrey Stephan's  08/02/12 08/03/12 DEF004 TBA                 MB
         Reply Memorandum To Defendant/Counter
         PLAINTIFF KEVIN J MATTHEW'S SUPPLEMENTAL MEMORANDUM OF LAW IN
         OPPOSITION TO COUNTER DEFENDANT JEFFREY STEPHAN'S MOTION TO
         DISMISS

00030002 DEFENDANT/COUNTER PLAINTIFF KEVIN J  08/29/12 09/07/12 000    TBA                 DBJ
         MATTHEWS COMBINDED OPPOSITION TO COUNTER
         DEFENDANTS GMAC MORTGAGE LLC, CARRIE WARDSS AND JEFFDREY
         STEPHAN'S MOTIONS TO DISMISS THE COUNTER PLAINTIFFS COUUNTER
         COMPLAINT (DOCS 15,20,21)

00031000 Amended Order to Docket Suit     07/31/12 08/02/12 PLT001 TBA                     LGC

00032000 ORDERED THAT THIRD-PARTY DEFENDANT'S  08/07/12 08/09/12 000  TBA                  DBJ MB
         MOTION TO DISMISS FOR LACK OF PERSONAL
         JURISDICTION IS HEREBY DENIED WITH PREJUDICE. THE OTHER ISSUES
         RAISED BY THIRD-PARTY DEFENDANT STEPHAN ARE TO BE ADDRESSED,
         ALONG WITH THOSE OF THE OTHER THIRD-PARTY AND COUNTER DEFENDANTS.
         (WELCH, J)

00033000 Defendant/Counter Plaintiff's Motion to  08/10/12 08/14/12 DEF001 WMP Denied  03/04/13 MB  DBJ
         Dismiss And Strike Plaintiffs' Amended
```

```
24-O-12-000286     Date:   06/30/14     Time:  11:11                              Page:    10

          ORDER TO DOCKET AND ORIGINAL ORDER TO DOCKET

Num/Seq Description                          Filed    Entered  Party  Jdg Ruling           Closed   User ID
-------- ------------------------------------ -------- -------- ------ --- ------------------- -------- --------
00033001 SUBSTITUTE TRUSTEES RESPONSE TO      08/24/12 08/27/12 PLT001 TBA                          DBJ
         DEFENDANT'S MOTION TO DISMISS AND STRIKE
         PLAINTIFFS AMENDED ORDER TO DOCKET AND ORIGINAL ORDER TO DOCKET
         Filed by Attorney: Erin M Brady Esq

00033002 REPLY MEMORANDUM IN SUPPORT OF CARRIE 09/07/12 09/11/12 DEF003 TBA                         DBJ
         WARDS MOTION TO DISMISS
         Filed by Attorney: J Jonathan Schraub Esq
         Filed by Attorney: J Jonathan Schraub Esq

00033003 Reply Memorandum In Support Of GMAC  09/18/12 09/20/12 DEF002 TBA                          MB
         Mortgage, LLC'S Motion To Dismiss

00033004 Counter Defendant Jeffrey Stephan's  09/20/12 09/21/12 PLT001 TBA                          SLV
         Reply Memorandum in Further Support of
         Motion to Dismiss.

00033005 Ordered the motion is not under oath or 03/04/13 03/05/13 000    TBA                       DBJ
         supported by an affidavit Md Rule 14-211
         (a)(3)(A). The motion fails to provide a factural and legal basis
         of a defense that the movant has to the validity of the lien or
         lien instrument or the right of the plaintiff to foreclose. Md
         Rule 14-211 (a)(3)(B) and 14-211(b)(1)(C). Movant arguses that an
         order to docket may not be amended because it is not a pleading.
         However, in accordance with Maryland Rule 14-207, an order to
         docket is a pleading. (Pierson, J)

00033006 Copies Mailed                        03/04/13 03/05/13 000    TBA                          DBJ

00034000 NOTICE OF DISMISSAL WITOUT PREJUDICE OF 09/04/12 09/05/12 000    TBA                       DBJ
         COUNT 1 ONLY OF COUNTER PLAINTIFF'S
         COUNTER COMPLAINT & NOTICE THAT COUNTER PLAINTIFF HAS ASKED THE
         U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK TO
         LIFT THE AUTOMATIC STAY RELATED TO THIS ACTION

00035000 Foreclosure Mediation Concluded      10/10/12 10/10/12 000    TBA Moot        10/10/12 DBJ DBJ
         Agreement Not Reached (Failed)
         THE MEDIATOR FILES THE FOLLOWING REPORT OF THE MEDIATION
         PROCEEDING: THE PARTIES PARTICIPATED IN THE MEDIATION BUT NO
         AGREEMENT WAS REACHED.
         FORECLOSURE MEDIATION DATE: 7/19/12 & 10/9/12
         MEDIATOR: ALJ MARY R CRAIG

00036000 Line Request For Writ of Summons     10/24/12 10/25/12 DEF001 TBA Moot        10/25/12 SLV

00037000 Order Lifting Bankruptcy Stay        10/24/12 10/25/12 000    TBA Moot        10/25/12 VB
         (11-12020(MG)

00038000 NOTICE OF DISMISSAL WITHOUT PREJUDICE AS 10/24/12 10/25/12 000    TBA                      DBJ
```

TO COUNTER DEFENDANT GMAC MORTGAGE LLC
ONLY

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---|---|---|---|---|---|---|---|---|
| 00039000 | Defendant' Rule 14-211 Renewed Motion to Dismiss. Or In The Alternative Motion TO STAY FORECLOSURE PROCEEDINGS PENDING RESOLUTION OF LEGAL QUESTIONS & REQUEST FOR JURY TRIAL SET FORTH IN HIS COUNTER COMPLAINT PENDING BEFORE THIS COURT & REQUEST FOR HEARING | 10/26/12 | 10/26/12 | 000 | WMP | Denied | 03/04/13 | MB  DBJ |
| 00039001 | Ordered that the defendant argues that a Notice of Intent to Foreclose should identify all secured parties and that, although the failure to identify all parties is not a basis for dismissing a foreclosure action in all cases sucha dismisal is required here pursuant to Shephered v Burson 427 Md 541 (2012). See Original Order etc.....(Pierson, J) | 03/04/13 | 03/05/13 | 000 | | TBA | | DBJ |
| 00039002 | Copies Mailed | 03/04/13 | 03/05/13 | 000 | | TBA | | DBJ |
| 00040000 | Amended Counter Complaint & Jury Demand | 10/24/12 | 10/26/12 | DEF001 | | TBA Moot | 10/26/12 | MB |
| 00041000 | Joint Stipulation to Extend Time for Counter Defendant Jeffrey Stephan To Respond To counter plaintiff Kevin J. Matthews' Amended Counterclaim. | 11/13/12 | 11/14/12 | PLT001 | | TBA | | SLV SLV |
| 00042000 | Motion to Dismiss the amended counter complaint | 11/13/12 | 11/14/12 | DEF003 | YAT | Granted | 10/23/13 | JH  MB |
| 00042001 | PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STAY FORECLOSURE | 11/19/12 | 12/12/12 | 000 | | TBA | | DBJ |
| 00042002 | Order of Court UPON CONSIDERATION OF THE COUNTER-DEFENDANT CARRIE WARD'S MOTION TO DISMISS DEFENDANT KEVIN MATTHEWS' AMENDED COUNTER-COMPLAINT AND THE OPPOSITION THERETO AND THE COUFNTER-DEFENDANT JFEFFREY STEPHAN'S MOTION TO DISMISS DEFENDANT KEVIN MATTHEWS' AMENDED COUNTER-COMPLAINT AND THE OPPOSITION THERETO AND A CONSDERATION OF THE ARGUMENTS OF COUNSEL MADE ON THE RECCORD ON APRIL 19, 2013 FOUND THAT THE AMENDED COUNTER-COMPLAINT RAISES CLAIMS AGAINST THREE COUNTER DEFENDANTS WHO ARE NOT PARTIES TO THE ORIGINAL ACTION BETWEEN THE PLAINTIFF AND THE DEFENDANT, AND IT IS FURTHER FOUND THAT NONE OF THE CLAIMS RAISED IN THE AMENDED COUNTER-COMPLAINT NEGATE OR DEFEAT THE CLAIMS RAISED BY THE PLAINTIFF AGAINST THE DEFENDANT IN THE ORIGINAL ACTION. SEE, BILLMAN V STATE OF MARYLAND DEPOSIT INSURANCE FUND CORPORATION, 88 MD. APP. 79, 95 (1989) AND IT IS FURTHER ORDERED THAT COUNTER-DEFENDANT CARRIE WARD'S MOTION TO DISMISS IS | 10/23/13 | 10/30/13 | 000 | | TBA | | . MB |

```
                GRANTED. AND IT IS FURTHER
                ORDERED THAT OUNTER-DEFENDANT JEFFREY STEPHAN'S MOTION TO DISMISS
                IS GRANTED. AND IT IS FURTHER
                ORDERED THAT COUNTER-DEFENDANT JEFFRY STEPHYAN'S MOTION TO
                DISMISS IS GRANTED. JUDGE YOLAND A TANNER

Num/Seq  Description                              Filed    Entered   Party   Jdg Ruling            Closed     User ID
-------- ---------------------------------------- -------- --------- ------- --- ------------------ --------   --------
00042003 Copies Mailed                            10/30/13 10/30/13  000         TBA                           MB

00042004 ERROR                                    12/10/13 12/17/13  DEF004      TBA                           MB    MFM

00043000 Joint Stipulation to Extend Time For     11/15/12 11/16/12  PLT001      TBA                           SLV SLV
         Plaintiffs' Response

00043001 DEFENDANT/COUNTER PLAINTIFF KEVIN J      12/04/12 12/04/12  000         TBA                           · DBJ
         MATTHEWS OPPOSITION TO COUNTER DEFENDANT
         CARRIE WARD'S MOTION TO DISMISS THE AMENDED COUNTER COMPLAINT &
         DEFENDANT/COUNTER PLAINTIFF KEVIN J MATTHEWS CROSS MOTION FOR
         PARTIAL SUMMARY JUDGMENT AGAINST CARRIE WARD'S MOTION TO DISMISS
         REQUEST FOR HEARING

00043002 Order of Court                           10/23/13 10/30/13  000         YAT Denied         10/23/13 MB
         UPON CONSIDERATION OF THE COUNTER-PLAINTIFF'S MOTION FOR PATIAL
         SUMMARY JUDGEMENT WITH RESPECT TO CLAIMS AGAINST
         COUNTER-DEFENDANT CARRIE WARD. AND THE COUNTER-PLAINTIFF'S MOTION
         FOR PATIAL SUMMARY JUDGMENT WITH RESPECT TO CLAIMS AGAINST
         COUNTER-DEFENDANT JEFFREY STEPHAN. THE ARGUMENTS MADE ON THE
         RECORD ON APRIL 19TH, 2013. AND THE ENTIRE RECORD
         ORDERED THAT THE MOTION FOR PATRIAL SUMMARY JUDGMENT IS DENIED AS
         MOOT IN LIGHT OF THE COURT'S DISMISSAL OF THE COUNTER-COMPLAINT
         AS TO DEFENDANT CARRIE WARD. AND IT IS FURTHER
         ORDERED THAT THE MOTION FOR PARTIAL SUMMARY JUDGEMENT IS DENIED
         AS MOOT IN LIGHT OF THE COURT'S DISMISSAL OF THE COUNTER-COMPAINT
         AS TO DEFENDANT JEFFREY STEPHAN. JUDGE YOLANDA TANNER

00043003 Copies Mailed                            10/30/13 10/30/13  000         TBA                           MB

00044000 Motion to Dismiss or stay foreclosure    11/19/12 11/20/12  PLT001      TBA                           JH

00045000 Motion to Dismiss amended counter        11/27/12 11/27/12  DEF004      TBA                           JH
         complaint with request for hearing

00046000 ERROR                                    12/05/12 12/07/12  000         TBA                           RM    MFM

00047000 DEFENDANT/COUNTER PLAINTIFF KEVIN J      12/06/12 12/11/12  000         TBA                           DBJ DBJ
         MATTHEWS MOTION TO CORRECT MISNOMER &
         RELATED DOCKET ENTERY

00048000 COUNTER DEFENDANT JEFFREY STEPHAN'S      11/26/12 12/12/12  000         TBA                           DBJ
         MOTION TO DISMISS AMENDED COUNTER COMPLAINT
         WITH REQUEST FOR HEARING
```

```
24-O-12-000286    Date: 06/30/14    Time: 11:11                                    Page:    13

Num/Seq Description                          Filed    Entered  Party  Jdg Ruling       Closed    User ID
------- -----------                          -----    -------  -----  --- ------       ------    -------

00048001 DEFENDANT/COUNTER PLAINTIFF KEVIN J  12/14/12 12/17/12 000    TBA                       DBJ
         MATTHEWS OPPOSITION TO COUNTER DEFENDANT
         JEFFREY D STEPHAN'S MOTION TO DISMISS THE AMENDED COUNTER
         COMPLAINT (DOC 43) & DEFENDANT/COUNTER PLAINTIFF KEVIN J MATTHEWS
         CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST JEFFREY STEPHAN
         & REQUEST FOR HEARING

00048002 MEMORANDUM OF POINTS AND AUTHORITIES OF  12/14/12 12/17/12 000   TBA          DBJ
         THIRD PARTY DEFENDANT CARRIE WARD
         IN OPPOSITION TO MATTHEWS MOTION FOR PARTIAL SUMMARY JUDGMENT AND
         IN FURTHER SUPPORT OF WARD'S MOTION TO DISMISS

00048003 OPPOSITION TO DEFENDANT/COUNTER       01/09/13 01/11/13 000    TBA            DBJ
         PLAINTIFF KEVIN J MATTHEWS MOTION FOR PARTIAL
         SUMMARY JUDGMENT AND MEMORANDUM IN FURTHER SUPPORT OF COUNTER
         DEFENDANT JEFFREY STEPHAN'S MOTION TO DISMISS AMENDED COUNTER
         COMPLAINT

00048004 ANSWER TO AMENDED COUNTER COMPLAINT   04/10/13 04/15/13 ITP001 TBA            SLV

00049000 Motion for Sanctions Against the      01/11/13 01/14/13 DEF001 YAT Denied     10/23/13 DBJ MB
         Trustees for Violation of Confidential
         Mediation Communications (pull date 2/1/13)
         Filed by Attorney: Phillip Robinson Esq
         Filed by Attorney: Phillip Robinson Esq

00049001 Plaintiffs Response to Defendant's    02/06/13 02/07/13 000    TBA            DBJ
         Motion for Sanctions Against the Trustees
         For Violation of Confidential Mediation Communications

00049002 Order of Court                        10/23/13 10/30/13 000    TBA            MB
         UPON CONSIDERATION OF THE DEFENDANT KEVIN JERRON MATTHEWS' MOTION
         FOR SANCTIONS FOR VIOLATIONS AND THE ARGUMENTS MADE ON THE RECORD
         AT THE HEARING ON APRIL 19TH, 2013
         FOUND THAT THE DEFENDANT SEEKS TO HAVE THE COMPLAINT DISMISSED AS
         A SANCTION FOR A ALLEGED VIOLATION OF CONFIDENTIALITY IN
         COMMUNICATIONS IN MEDIATION. AND IT IS FURTHER
         FOUND THAT THERE IS NO SHOWING OF HARM TO THE DEFENDANT AS A
         RESULT OF THE ALLEGED VIOLATION. AND IT IS FURTHER
         ORDERED THAT THE MOTION FOR SANCTIONS IS DENIED. JUDGE YOLANDA
         TANNER

00049003 Copies Mailed                         10/30/13 10/30/13 000    TBA            MB

00050000 Affidavit of Service of Process Upon 01/16/13 02/11/13 PLT001  TBA            VB  VB
         Counter Defendant USSA

00051000 Affidavit of Reservice of Process Upon 01/16/13 02/11/13 PLT001 TBA           VB
         Counter Defendant USSA

00052000 Counter Plaintiffs Rule 2-613 Request 02/07/13 02/12/13 DEF001 TBA Moot       02/12/13 SLV SLV
```

```
24-O-12-000286     Date:   06/30/14     Time:  11:11                              Page:    14

          for Immediate Entry of Default Against
          Counter Defendant USAA Federal Savings Bank("USAA").

Num/Seq Description                         Filed    Entered  Party  Jdg Ruling              Closed    User ID
------- ----------------------------------- -------- -------- ------ --- ------------------- -------- --------
00053000 Notice Motion Hearing Sent         03/19/13 03/19/13 000        TBA Moot            03/19/13 ST
         Event: MOTN  Block Date: 04/19/13  Facility: 404B
         PARTIES :
         Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD. 21703
         Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA. 22101
         Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD.
         21201
         USAA Federal Savings Bank, 9800 Fredericksburg Road , San
         Antonio, TX. 78288
         Brady, Erin 312 Marshall Ave #800 , Laurel, MD. 20707

00054000 Notice Motion Hearing Sent         03/19/13 03/19/13 000        TBA Moot            03/19/13 ST
         Event: MOTN  Block Date: 04/19/13  Facility: 404B
         PARTIES :
         Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD. 21703
         Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA. 22101
         Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD.
         21201
         USAA Federal Savings Bank, 9800 Fredericksburg Road , San
         Antonio, TX. 78288
         Brady, Erin 312 Marshall Ave #800 , Laurel, MD. 20707

00055000 Notice Motion Hearing Sent         03/21/13 03/21/13 000        TBA Moot            03/21/13 ST
         Event: MOTN  Block Date: 04/19/13  Facility: 451
         PARTIES :
         Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD. 21703
         Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA. 22101
         Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD.
         21201
         USAA Federal Savings Bank, 9800 Fredericksburg Road , San
         Antonio, TX. 78288
         Brady, Erin 312 Marshall Ave #800 , Laurel, MD. 20707

00056000 Notice Motion Hearing Sent         04/09/13 04/09/13 000        TBA Moot            04/09/13 KFS SLV
         Event: MOTN  Block Date: 04/19/13  Facility: 451
         PARTIES :
         Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD. 21703
         Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA. 22101
         Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD.
         21201
         USAA Federal Savings Bank, 9800 Fredericksburg Road , San
         Antonio, TX. 78288
         Brady, Erin 312 Marshall Ave #800 , Laurel, MD. 20707

00057000 Notice Of Dismissal without Prejudice As 04/19/13 04/22/13 DEF001 TBA                        SLV
         To Counter Carrie Ward (only)

00058000 Counter Plt's Motion to Alter or Amend  11/22/13 11/27/13 DEF001 YAT Denied         03/07/14 MFM DBJ
```

or Revise the Judgment of the Court of
October 23, 2013 Dismissing Certain Parties from the Counter
Plt's Counter Complaint & Request for Hearing (pull 12/16/13)

| Num/Seq | Description | Filed | Entered | Party | Jdg | Ruling | Closed | User ID |
|---------|-------------|-------|---------|-------|-----|--------|--------|---------|
| 00058001 | Jeffrey Stephan's Opposition to Def/Counter Plt Kevin J Matthews's Motion to Alter or Amend or Revise the Judgment of the Court of October 23, 2013 Dismissing Certain Parties from the Counter Plt's Counter Complaint | 12/10/13 | 01/16/14 | DEF004 | | TBA | | MFM |
| 00058002 | Ordered that the Court's ruling of October 23, 2013 as to Counter-Defendant Carrie Ward's Motion to Dismiss (paper #42) is VACATED in light of the Counter-Plaintiff's Notice of Dismissal as to Counter Defendant Carrie Ward (paper#57), and it is further Ordered that Motion to Alter or Amend the Court's ruling of October 23, 2013 as it relates to all other matters is DENIED. (Tanner, J) | 03/18/14 | 03/18/14 | 000 | | TBA | | DBJ |
| 00058003 | Copies Mailed | 03/07/14 | 03/18/14 | 000 | | TBA | | DBJ |
| 00059000 | Hearing/Trial Notice Sent  Event: HEAR  Block Date: 02/25/14  Facility: 438  PARTIES :  Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703  Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA, 22101  Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD, 21201  USAA Federal Savings Bank, 9800 Fredericksburg Road , San Antonio, TX, 78288  Brady, Erin 312 Marshall Ave #800 , Laurel, MD, 20707 | 01/24/14 | 01/24/14 | 000 | | TBA Moot | 01/24/14 | EC |
| 00060000 | Batch Hearing Notice Sent  Event: HEAR  Block Date: 02/25/14  Facility: 438  PARTIES :  Robinson, Phillip 5500 Buckeystown Pike , Frederick, MD, 21703  Schraub, J 1481 Chain Bridge Road Suite 200, McLean, VA, 22101  Simanowith, Mark 500 East Pratt Street 8th Floor, Baltimore, MD, 21201  USAA Federal Savings Bank, 9800 Fredericksburg Road , San Antonio, TX, 78288  Brady, Erin 312 Marshall Ave #800 , Laurel, MD, 20707 | 02/12/14 | 02/12/14 | 000 | | TBA Moot | 02/12/14 | TLW |
| 00061000 | Motion to Stay of the Foreclosure Proceedings Pending Final Settlement & Claims Administration in the Matter Known as In Re Residential Capital, LLC & Request for Hearing | 02/25/14 | 02/27/14 | DEF001 | WKH | Denied | 04/01/14 | MFM MFM |
| 00061001 | Plaintiffs Response in Opposition to Matthews Motion for Stay of the Foreclosure | 03/18/14 | 03/20/14 | PLT001 | | TBA | | SLV |
| 00061002 | Reply In Support of Defendant Kevin | 03/28/14 | 03/31/14 | DEF001 | | TBA | | SLV SLV |

```
24-O-12-000286     Date:   06/30/14     Time:  11:11                                        Page:     16
```

Matthews Motion for Stay of The Foreclosure
Proceedings Pending Final Settlement & Claims Administration in
the Matter Know as in Re Residential Capital LLC with Exhibits
1-6.

```
Num/Seq Description                          Filed    Entered  Party Jdg Ruling            Closed   User ID
-------- -----------------------------------  -------- -------- ------ --- ------------------ -------- --------
00061003 Order Denying Motion to Stay (Heard. J) 04/01/14 04/01/14 000   WKH                          MFM
         04/01/14
         ORDERED that the motion is untimely filed not under oath or
         supported by affidavit and the motion does not on its face state
         a valid defense to the validity of the lien or the lien
         instrument or to the right of the plt to foreclose in the pending
         action. MD Rule 14-211(b)(1). (Heard. J)

00061004 Copies Mailed                                 04/01/14 04/01/14 000   TBA                    MFM
```

## SERVICE

```
Form Name                          Issued    Response Served   Returned Agency
---------------------------------- --------- -------- -------- -------- -----------------------------
WRIT OF SUMMONS (Private Process)  03/19/12                             Private Process
DEF002 GMAC Mortgage LLC.

WRIT OF SUMMONS (Private Process)  03/19/12                             Private Process
DEF003 Ward, Carrie

WRIT OF SUMMONS (Private Process)  03/19/12                             Private Process
DEF004 Stephan, Jeffrey

WRIT OF SUMMONS (Private Process)  10/25/12                             Private Process
ITP001 USAA Federal Savings Bank.

WRIT OF SUMMONS (Private Process)  10/25/12                             Private Process
ITP001 USAA Federal Savings Bank.
```

## TICKLE

```
Code Tickle Name         Status Expires  #Days AutoExpire GoAhead From  Type  Num  Seq
---- -------------------- ------ -------- ----- ---------- ------- ----- ---- ----- ---
DCML DCM Information List OPEN   07/25/12     0 no         no      DOLB  D      26  000

LSRV 120 Days Lack Of Jur CANCEL 07/23/12   126 no         no      SERV            0 000

LSRV 120 Days Lack Of Jur CANCEL 07/23/12   126 no         no      SERV            0 000

LSRV 120 Days Lack Of Jur CANCEL 07/23/12   126 no         no      SERV            0 000

LSRV 120 Days Lack Of Jur OPEN   02/28/13   126 no         no                      0 000
```

```
24-O-12-000286    Date:   06/30/14    Time:  11:11                                    Page:    17

Code Tickle Name            Status Expires    #Days AutoExpire GoAhead From Type  Num Seq
---- -------------------    ------ --------   ----- ---------- ------- ---- ----  --- ---
SLMR Set List For Motions   OPEN   12/13/13      21 yes        no      MJAA D      58 000

TIME Motion To Extend/Sho   OPEN   04/25/12       1 yes        no      MEXT D      16 000

TIME Motion To Extend/Sho   OPEN   06/28/12       1 yes        no      MEXT D      23 000

TIME Motion To Extend/Sho   OPEN   11/14/12       1 yes        no      MEXT D      41 000

TIME Motion To Extend/Sho   OPEN   11/16/12       1 yes        no      MEXT D      43 000
```

## PUBLIC NOTE TITLES

1) Clerk's Notes 03/19/12
2) 3/19 yellow card checked into rm 232
3) Clerk's Notes
4) 3/26 yellow card checked into rm 232
5) 4/24/12 PLEADING # 16 & #17 ON DIANE'S DESK (PULL DATE 5/15/12)
6) 05/16/12 CLERK'S NOTES
7) 5/17 red card checked into rm 232... motion to extend time...
8) CLERK'S NOTES 05/30/12
9) 5/30 yellow card checked into rm 232 for review
10) 6/11/12 PLEADING #20/3 FRWD TO MST MARZETTA
11) 6/13 yellow card checked into rm 232
12) Clerk's Notes 06/28/12
13) 7/5/12 PLEADING # 21 & 21/1 FRWD TO MST MARZETTA
14) 7/5 yellow card checked into rm 232
15) 7/6/12 PLEADING # 20/4 FRWD TO MST MARZETTA
16) 7/12 yellow card checked into rm 232
17) 7/16/12 pleading # 22/1 frwd to mst marzetta
18) 7/16 green card checked into rm 232
19) 7/17/12 pleading # 22 frwd to mst marzetta
20) /7/18 yellow card checked into rm 232
21) CLERK'S NOTES
22) clerk's notes
23) 8/3 yellow card checked into rm 232.. amended order to docket
24) 8/3 red card checked into rm 232 opp. to motion to dismiss
25) 8/3 yellow card returned to rm 460 for processing
26) 8/3 red card checked into rm 232
27) 8/6 red car sent to Judge Welch for processing
28) 8/6 red card Sent to Judge Welch  for processing
29) 9/5/12 pleading #34 frwd to mst marzetta
30) 9/7/12 PLEADING # 30/2 FRWD TO MST MARZETTA
31) 9/11/12 PLEADING # 35/2 FRWD TO MASTER MARZETTA
32) 9/12 yellow card checked into rm 232
33) 9/20 yellow card checked into rm 232
34) 09/21/12 Clerk's Notes
35) 9/21 yellow card checked into rm 232
36) 10/26 yellow card checked into rm 232
37) 10/26 yellow card checked into rm 232

24-O-12-000286    Date: 06/30/14    Time: 11:11                           Page:    18

```
38) 11/14/12 Clerk's Notes
39) 11/
40) 11/16 yellow card checked into rm 232
41) 11/27 green card returned to rm 460 for processing
42) 12/4/12 PLEADING # 43/1 FORWARDED TO MST MARZETTA
43) 12/7 yellow card checked into rm 232
44) 12/12/12 PLEADING  #42/1, 47 & 48 FORWARDED TO MST MARZETTA
45) 12/12 yellow card checked into rm 232
46) 12/17/12 PLEADING # 48/1 & 48/2 FORWARDED TO MST MARZETTA
47) 12/17/12 Green card checked in to Rm 232E
48) 1/10/13 PLEADING # 48/3 FRWD TO MST MARZETTA
49) 1/11 yellow card checked into rm 232
50) 2/4/13 PLEADING #49 FRWD TO MST MARZETTA
51) 2/5 red card checked into rm 232
52) 2/7/13 pleading # 49/1 frwd to mst marzetta
53) 2/7 yellow card checked into rm232.. plaint. respns to def sanctions
54) 02/12/13 Clerk's Notes
55) 2/12 green card checked into rm 232..req for immed entry of default
56) 2/13 files III and IV were sent to Judge Pierson for review
57) 3/15/13 YELLOW CARD #49/1 CHECKED OUT TO RM 460 FROM 232
58) 04/15/13 CLERK'S NOTES
59) document tracking        inre#58         12/18/13
60) 12/18/13 green in rm 232
61) Clerk's note             inre#42/4       01/16/14
62) document tracking        inre#61         02/27/14
63) 2/27 yellow card checked into rm 232.. mot to stay
64) 03/31/14 Clerk's Notes Pleading 61/2
65) 3.31.14 green card rm 232
66) 4.4.14 green card to rm 460 61/2
67) clerk's note             inre#61/2       04/10/14
```

Additional Notes Exist.

## CASE FOLDER HISTORY

| Date | Time | Type | User | Location | Clerk | Reason |
|---|---|---|---|---|---|---|
| 04/01/14 | 9:04 AM | Transfer | FOD | Room 460 Courthouse East | MFM | |
| 04/01/14 | 9:04 AM | Created | | Civil Div., Room 462 East | MFM | Case Folder Created |
| 04/01/14 | 9:03 AM | Transfer | FOD | Room 460 Courthouse East | MFM | |
| 04/01/14 | 9:03 AM | Transfer | FOD | Room 460 Courthouse East | MFM | |
| 03/31/14 | 4:21 PM | Transfer | MFM | Civil Div., Room 462 East | MFM | |

*I, Frank M. Conaway, Clerk of the Circuit Court for Baltimore City, hereby certify that this is a true copy from the record in this court. Witness the hand and act of the undersigned this 30th day of June, D. 2014*

*Clerk of the Circuit Court for Baltimore City, Maryland*



I, Frank M. Conaway, Clerk of the Circuit Court for Baltimore City, hereby certify that this is a true copy of the record in this court.
Witness my hand and seal of the undersigned this ____ day of ____.