# Exhibit 17

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: July 30, 2014<br>Hearing Time: 10:00A.M<br>**RESPONSE TO OBJECTION TO CLAIM NO. 392** |
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.<br><br>Debtors | Case No.: 12-12020<br><br>(Chapter 11)<br><br>Assigned to:<br>Hon. Martin Glenn<br>Bankruptcy Judge |

**DECLARATION OF LINDA DAWSON-GREEN IN RESPONSE AND OPPOSITION TO THE OBJECTION TO RESCAP BORROWER CLAIMS TRUST TO CLAIM NUMBER 392**

I, Linda Dawson-Green, declare as follows:

1. I am the mother of Kevin J. Matthews who is the creditor in this action subject to Claim Number 392 in this estate and I have personal knowledge of the factual allegations attested to herein.

2. If the Court wished or required me to provide further testimony on the matters discussed, I am ready, willing and able to provide such testimony at a convenient time and place.

3. Kevin is the owner of the real property located in the City of Baltimore known as 3216 East Northern Parkway, Baltimore, Maryland (21214).

4. Previously Kevin served in the U.S. National Guard and was deployed to Iraq in support of Operation Iraqi Freedom from August 2005 through

September 2006. Previously Kevin served in the United States Air Force from August 15, 1998 to December 17, 2001.

5. Before April 2010, my general observations of Kevin were that he was an easy going young adult who was able to manage multiple activities at once and was very sociable with friends and family.

6. However since the mortgage issues have come to light regarding GMAC, I have observed changes in Kevin which did not exist before including weight gain, less sociable, and very nervous. Even when Kevin came home from Operation Iraqi Freedom I did not observe these attributes about Kevin and they only have come about since the mortgage situation with GMAC started after April 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26TH, 2014.

_Linda Dawson-Green_
Linda Green