# Exhibit 19

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
|  | Case No.: 12-12020 |
|  | (Chapter 11) |
| In Re: | |
| RESIDENTIAL CAPITAL, LLC, et al. | Assigned to: Hon. Martin Glenn Bankruptcy Judge |
| Debtors | |

_____

### ORDER DENYING OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST CLAIM NUMBER 392 FILED BY KEVIN J. MATTHEWS

Upon consideration of the objection of the ResCap Borrowers Claims Trust (Doc. 7094), as the successor to Residential Capital, LLC, and its affiliated debtors and debtors in possession with respect to Borrower Claims, and the response and opposition by Kevin J. Matthews, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The relief requested in the Objection is DENIED as set forth in the Court's Memorandum Opinion and/or statements on the record at a hearing held on July 30, 2014 in this Court;

2. The relief requested by the Borrower Trust is denied with prejudice; and

3. Kurtzman Carlson Consultants LLC, the Claims and Noticing Agent on behalf of the Debtors is directed to mark the claims register consistent with this Order.


Dated: _____, 2014

New York, New York

_____
The Honorable Martin Glenn
United States Bankruptcy Judge