UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors

Case No.: 12-12020

(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

**AFFIDAVIT OF SERVICE**

I, Phillip Robinson, depose and say that I am employed as counsel for Creditor Kevin J. Matthews and my law firm is named the Consumer Law Center, LLC located in Silver Spring, Maryland.

I certify that on this date, the 3rd of July 2014 before 4:00P.M., I caused the Response and Opposition and Exhibits and Proposed Order Thereto on behalf of Kevin Matthews to the Objection to ResCap Borrower Claims Trust to Claim Number 392 (Doc. 7094) to be served upon the Court, persons and parties of record in this action, and the following specific persons utilizing the Court's CM/ECF filing system:

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamiliton Custom House
One Bowling Green, New York, NY 10004-1408

ResCap Borrower Claims Trust
c/o Morrison & Foerster LLP
Attention: Norman Rosenbaum, Jordan Wishnew & Erica Richards
250 W. 55th Street
New York, NY 10019

ResCap Borrower Claims Trust
c/o Arant Boult Cummings LLP
Attention Steven Pozefsky and Eric Frechtel
1615 L Street, NW, Suite 1350
Washington, DC 20036

Office of the United States Trustee for the Southern District of New York
Attention: Linda Riffkin and Brian Masumoto
U.S. Federal Building
201 Varick Street, Suite 1006
New York, NY 10014

The ResCap Liquiding Trust
Quest Turnaround Advisors
Attention Jeffrey Brodsky
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573

I further certify that on this date, the 3rd of July 2014, I caused paper copies of the Response and Opposition and Exhibits and Proposed Order Thereto on behalf of Kevin Matthews to Objection to ResCap Borrower Claims Trust to Claim Number 392 (Doc. 7094) to be served upon the above named persons by pre-paid, first-class U.S. Mail to the individuals and addresses disclosed above.

Dated: July 3, 2014
Silver Spring, MD

BY: _____
Phillip Robinson