MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 9, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    RESOLVED MATTER(S)**

**1.**    ResCap Borrower Claims Trust's Sixty-Second Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 6815]

  **Related Document(s)**:

  **a.**    Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Sixty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Charles and Phyllis Carlin (Claim No. 3879) to July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7058]

  **b.**    Notice of Presentment of Stipulation and Order Resolving the ResCap Borrower Claims Trust's Sixty-Second Omnibus Objection to Claims (No

ny-1148824

    Liability Borrower Claims) Solely As It Relates to Proof of Claim Number 3879 Filed By Charles and Phyllis Carlin [Docket No. 7149]

 **c.** Stipulation and Order Resolving the ResCap Borrower Claims Trust's Sixty-Second Omnibus Objection to Claims (No Liability Borrower Claims) Solely As It Relates to Proof of Claim Number 3879 Filed By Charles and Phyllis Carlin [Docket No. 7213]

**Response(s)**: None.

**Status**: This matter, solely as it relates to the claim filed by Charles and Phyllis Carlin, has been resolved. No hearing is required.

## II. ADJOURNED MATTER(S)

**1.** Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

 **Related Document(s)**:

 **a.** Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

 **b.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

 **c.** Letter dated May 27, 2014 from Douglas H. Mannal to the Court regarding status of parties' settlement discussions [Docket No. 7005]

 **d.** Letter dated June 2, 2014 from Joseph A. Shifer to the Court regarding status of parties' settlement discussions [Docket No. 7037]

 **e.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 9, 2014 at 10:00 a.m. [Docket No. 7168]

 **f.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 30, 2014 at 10:00 A.M. [Docket No. 7230]

 **Response(s)**:

 **a.** Karla Brown's Opposition to the Motion of the Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6794]

**Reply**:

a.  Reply of the ResCap Liquidating Trust in Support of its Motion for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6807]

**Status**: The hearing on this matter has been adjourned to July 30, 2014.

### III.   CONTESTED MATTER(S)

1.  Clifford Lantz's Motion for Relief from the Automatic Stay Pursuant to § 362 and § 1301 [Docket No. 6817]

    **Related Document(s)**:

    a.  Notice of Hearing on Creditor Clifford Lantz's Motion for Relief from the Automatic Stay Pursuant to § 362 and § 1301 [Docket No. 6858]

    b.  Notice of Adjournment of Hearing on Motion of Clifford Lantz for Relief from the Automatic Stay Pursuant to § 362 and § 1301 to July 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7072]

    **Response(s)**:

    a.  ResCap Liquidating Trust's Objection to Clifford Lantz's Motion for Relief from the Automatic Stay Pursuant to § 362 and § 1301 [Docket No. 7045]

    **Reply**:

    a.  Reply of Clifford Lantz to Rescap Liquidating Trust's Objection to Clifford Lantz's Motion for Relief [Docket No. 7197]

    **Status**: The hearing on this matter will be going forward.

### IV.   CLAIMS OBJECTIONS

1.  ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7017]

    **Related Document(s)**:

    a.  Notice of the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7018]

**Response(s)**:

a. Frank Reed and Christina Reed's Response to ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7153]

**Reply**:

a. The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7228]

**Status**: The hearing on this matter will be going forward.

2. The ResCap Borrower Claims Trust's Objection to Claim Nos. 7163, 7172, 7310, 7321, 7407, 7453, 7457, 7461 and 7463 Filed by Walter Olszewski [Docket No. 7020]

**Related Document(s)**:

a. Walter Olszewski's Declaration of Affidavit [Docket No. 7183]

**Response(s)**: None.

**Status**: The hearing on this matter will be going forward.

Dated: July 7, 2014
New York, New York

/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*