**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
In re:                                                          )        Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                               )        Chapter 11
                                                                )
                                            Debtors.            )        Jointly Administered
---------------------------------------------------------------- )

## <u>APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*</u>

I, Kellie A. Lavery, a member in good standing of the bar of the State of New Jersey and

the bar of the United States District Court for the District of New Jersey request admission, *pro*

*hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in

the above-referenced case.

My address is:      Reed Smith LLP
136 Main Street
Suite 250
Princeton, NJ 08543
(609) 524-2071
(609) 951-0824 (fax)
klavery@reedsmith.com

The filing fee of $200.00 has been submitted with this Application for *pro hac vice*

admission.

Dated: July 3, 2014           Respectfully submitted,

By:    */s Kellie A. Lavery*
Kellie A. Lavery

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )        Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                          )        Chapter 11
                                                                 )
                                        Debtors.                 )        Jointly Administered
                                                                 )
---------------------------------------------------------------- )

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kellie A. Lavery, dated July 3, 2014, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey,

IT IS HEREBY ORDERED that Kellie A. Lavery is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated:  New York, New York

July _____, 2014                          _____
                                          The Honorable Martin Glenn
                                          United States Bankruptcy Judge
                                          Southern District of New York

ny-1062543