# NOTICE

By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

## conflict and variance of law

July 3, 2014

Express mail: EG 423460037 US
Certified # 7014 1200 0001 0233 2884

Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton custom house, one Bowling Green,
room 501, New York, New York 10004-1408

dear friend,

    This is a notice of conflict and variance of law and to inform the office of district judge, of which you hold, as to the proper Private American status of :walter-laddie:, Agent.

    There is a tacit agreement by acquiescence by all parties supporting that Private American, :walter-laddie: (evidenced by the certified recorded notices attached) has private priority equitable interest by nature in this matter of Residential Capital, LLC. et al., case # 12-12032 (MG), through a private chancery process.

    It is the will and wish of the Private American :walter-laddie: in order to not tresspass, co-mingle and/or cause harm in the public, by the doctrine of election and the power of appointment that the Honorable Martin Glenn is appointed the fiduciary in this matter. If the Honorable Martin Glenn choose's not to accept this appointment, the Private American will appoint the administrator of the United States Bankruptcy Court for the Southern District of New York as the fiduciary for this matter.

    It is the will and wish of the Private American :walter-laddie: for the fiduciary to perform the duties of a complete and full accounting of the trust in this case, any and all subsequent trust accounts of the Private American :walter-laddie: as the substantive private equitable primary rights, interest holder.

    It is the will and wish of the Private American :walter-laddie: for the fiduciary to perform the duties for recovery of the trust res to be on special deposit, sequestrated and marshaled at United States Bankruptcy Court for the Southern District of New York.

    It is the will and wish of the Private American :walter-laddie: for the fiduciary to perform the duties of appointment for a fiduciary Agent to preform the duties for the private and special, sequestrated, marshaled account and for the extinguishment of past, present and future obligations for the substantive private equitable primary rights, interest holder Private American :walter-laddie:.

    It is the will and wish of the Private American :walter-laddie:, Agent for WALTER LADDIE OLSZEWSKI (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) that the fiduciary in this matter perform the duties of settlement, extinguishment, abatement, closer, and to remove and seal this matter from the public record.

    Due to Private American reliance on the proper and complete good faith treatment of fiduciaries in the absence of a guardian/ward relation Private American is wholly without adequate remedy at-Law—even without the public martial process—and thus has an inherit conflict with the rules at-Law pre-1933: "Generally, in all matters in which there is any conflict between the rules of equity and the rules of the common law with reference to the same matter, the rules of equity shall prevail" (Judicature Act 1873):

**Maxim: "No trust shall fail for want of a trustee."**
**Maxim: "Equity regards as done that which ought to have been done."**
**Maxim: "When Chancery has Jurisdiction for One Purpose, it will Take Jurisdiction for All Purposes".**

JUL - 7 2014

U.S. BANKRUPTCY COURT, SDNY

Coming in Peace

Truly Your Friend,

:walter-laddie:, Agent

:walter-laddie:, Agent

cc: President/Commander in Chief Barack Obama,
c/o Attorney General Eric Holder                         **certified # 7014 1200 0001 0233 0811**
Jacob Lew, Secretary of the Treasury, Department of the Treasury     **certified # 7014 1200 0001 0233 0828**
Daniel Werfel, Commissioner of the IRS, Internal Revenue Service     **certified # 7014 1200 0001 0233 0835**
Governor/Commander in Chief Jerry Brown, commonwealth of California   **certified # 7014 1200 0001 0233 2877**

**RE029355583US-GBT-0004**

NOTICE; special and private by Nature;





NOTICE
By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

# Affidavit of Status of :walter-laddie : by nature
## Private American of the United States of American
### one-of-the-peaceful-common-people by nature-*Nunc Pro Tunc, Ab Initio*

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

Resolved that, :walter-laddie:, *in personam,* and *in esse*, of the age of majority, competent, now coming with will and wish to express intent and purpose, do sacredly testify, depose and declare with first hand personal knowledge under penalty of perjury that the foregoing is true and correct. Executed on June 28,2014.

That :walter-laddie:, does sacredly declare and affirm the following historical facts with regard to the status of *de jure* **Private Americans by nature** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design to suspend the liberties of the Private Americans of the United States of America, by imposing a Federal-State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship by character, being in substance a privileged citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "Federal" government to a *de jure* "National" government by the 14th Amendment, 1868) to be replaced with the color of official right Congressionally-created by character, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This action suspended the private american civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 671), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States by character (this "**United States**" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, suprap, 671).

Further, this suspension of both *de jure* **Private American** at Original Organic Universal Law of Nature-Equity, and its counterpart, the *de jure* **jurisdiction** of the "United States" at Original Organic Universal Law of Nature-Equity, would enable the *de facto* color of official right, National Emergency War Powers American Congress-now by character possessing the unlimited legislative powers of an English Parliament-to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* color of official right, National Emergency War Powers **military government**. This unlimited, congressional power would enable the *de facto* military government **to control by statute** every facet of *de jure* Private American life.



By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Original Organic Universal Law of Nature-Equity **Chancery Process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto* extra-constitutional, **Civil Law jurisdiction** of the *de facto* "United States" (established by an amended color of official right Congressional war statute (1933), a color of official right Presidential Proclamation (1933) and the subsequent abolition of *de jure* Original Organic Universal Law of Nature-Equity freely creator given rights by nature, *de jure* Original Organic Universal Law of Nature-Equity **Chancery Process** by the court of Chancery)**,** an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance provinces under military rule, it is only fitting that the *de facto* **Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their color of official right constitutionally-created by character, civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be a *de jure* Private American of the *de jure* United States of America and not a *de facto* Public "U.S. citizen," by character would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Commander in Chief. These color of official right National Emergency War Powers Courts would enforce the sovereign will of the *de facto* National Emergency War Powers Congress, while sitting in substantive **executive equity** operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual *de jure* Private American of the *de jure* United States of America was in contract with and enfranchised by the Province-State of his natural birth, thereby altering his constitutional, *de jure* Private American by nature conferred at birth, into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public recording of a unilateral contract, which change in status would enable and obligate the court to dispose of his matter, criminal or civil.

Further, that unilateral contract was the public recording/registering as a *de facto* "**Certificate of Live Birth**" deliberately patterned after the "**Certificate of Baptism**" creating *de facto* Province-State citizenship. The *de facto* Province-State "Certificate of Live Birth"—**by operation of law by character** —would be the contract to alter *de jure* Private American to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every *de facto* individual Public "U.S. citizen" (holding its *de jure* Private American of the *de jure* United States as Property and Surety), every court legally sits in **Executive Equity** enforcing the statutes of an color of official right National Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in **Executive Equity** thereby fulfilling the grand design in subverting the **Original Organic Universal Law of Nature-Equity** jurisdiction of the *de jure* United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private Americans of the *de jure* United States of America (Section 1, 14th Amendment).

NOTICE; special and private by nature;

RE029355583US-GBT-0002
Ent 152234 Bk 0229 Pg 0003



NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

Further, this design against the *de jure* Constitutional, Original Organic Universal Law of Nature-Equity liberties of the *de jure* Private Americans of the *de jure* United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew/suspended the limited *de jure* American government. That unrighteous, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Executive Equity** after the overthrow/suspension of *de jure* American Original Organic Universal Law of Nature-Equity, then opening the door to color of official right congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow/suspension of the limited, *de jure* constitutional, "jurisdiction of the *de jure* United States" is the **Legal Fiction**. That **Legal Fiction**, though legally imposed by silent consent of each *de jure* Private American, was the public recording/registering as a *de facto* Certificate of Live Birth, of every federally-owned, *de facto* Public "U.S. citizen." Hence, every *de jure* Private American became subordinate **Surety** for, the held **Property** of his alter ego and Gemini Twin, the *de facto* Public "U.S. citizen." As of March 6, 1933, all *de facto* Public "U.S. citizens" —with their **Surety/Property**, *de jure* Private Americans—were seized as **booty of war** by President Franklin Roosevelt's martial, color of official right, national emergency war powers Proclamation 2039 which practically overthrew/suspended the Sovereignty of the *de jure* Private People of the *de jure* United States of America, reducing them to being mere held *property* of the *de facto* military government sitting in Washington, D.C., to be treated as "enemy belligerents" living in the fifty states deemed by the Commander in chief to be merely "occupied territories," the state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, *de jure* Private American status an inexcusable conflict and variance with the maxims of the **creator** (Proverbs 11:15), :walter-laddie:, do sacredly declare and affirm:

1. WHEREAS, the FRANCHISE, BUSINESS TRUST, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created without full disclosure and offered **legally**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to voluntary enslave "**We the People[1],**" which includes every individual *de jure* Private American, first of our freely creator given equitable rights by nature, as a People[2], then our Original Organic Universal Law of

---

[1] Bond v. United States (564 U.S. __ (2011)) The Framers concluded that allocation of powers between the National Government and the States enhances freedom, first by protecting the integrity of the governments themselves, and second by protecting the **people**, from whom all governmental powers are derived. (emphasis added)



NOTICE
By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

Nature-Equity Status, *de jure* constitutionally-created status and ultimately our lives, fortunes and sacred honor;

2.  WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/ quasi-contract between the state of the baby's *de jure* natural birth and the mother of the baby, the baby then deemed held property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3.  WHEREAS, the true character of the DATE OF RECORDING/REGISTERING as a BIRTH CERTIFICATE, a unilateral contact under seal, is to commence the *de facto* **legal birth** of the quasi-corporate, artificial-person-**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for recording and registration with a public office of the baby's province-state of live birth);

4.  WHEREAS, the true character of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural-born-*de jure*-Private-American as **Surety** for and **held personal property** of the *de facto*-federal-state-created, artificial-person-Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5.  WHEREAS, the BIRTH CERTIFICATE is a BUSINESS TRUST INSTRUMENT recorded/registered with the *de facto* County Recorder, a subsidiary of the *de facto* Secretary of State (of the several states treated as "conquered territories"), also sent to the *de facto* Bureau of Census, a division of the *de facto* Department of Commerce in Washington, D.C., placing the **NAME** of the *de facto* Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born," i.e., the *de jure* **Private American;**

6.  WHEREAS, the *de facto* Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born/de jure Private American** with a BIRTH CERTIFICATE is liable to the *de facto* Franchise Tax Board of the *de facto* State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the *de facto* Internal Revenue Service collecting the internal revenue for the *de facto* "**Federal Corporation**" of the *de facto* United States (28 USC 3002(15)(A) via excise/ income/privilege taxes in payment of the interest on the national debt (proven by

7.

*NOTICE : special and private by nature*



Second.

NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

by means of a duly recorded "**NOTICE: DOCTRINE OF RELEASE BY NATURE WITHOUT CONSIDERATION**-*Nunc Pro Tunc, Ab Initio*," and "**NOTICE: AFFIDAVIT OF :walter-laddie: by nature; Rescission Doctrine of Unqualified Signatures of Suretyship**-*Nunc Pro Tunc, Ab Initio*," thereby returning to the former status of being a *de jure* Private American held for two (2) days after Affiant's natural birth; (Exhibit 1 )

12. WHEREAS Affiant in esse, has irrevocably separated from the federal-state-created FRANCHISE, BUSINESS TRUST, "UNITED STATES CITIZEN," created by means of a publicly recorded/registered as a BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have unknowing granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed by color of official right Congress in its passage of the amended "Trading with the Enemy Act" known as the "Emergency Banking Relief Act."

Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of *de jure* "Private American of the United States" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* color of official right National Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Held Property** of, **Surety** for and/or wedded to the federal-state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

13. WHEREAS, :walter-laddie:, has returned to the former status of being a *de jure* Private American at Original Organic Universal Law of Nature-Equity i.e., a *de jure* Private American of the *de jure* United States under section 1 of the Fourteenth Amendment and therefore stand "**in esse**" and "**sui juris**," possessing all freely creator-given private rights by nature including those protected by the first eight amendments of the *de jure* Bill of Rights, all *de jure* Constitutional protected rights (federal and state) and all Original Organic Universal Law of Nature-Equity freely creator-given private rights by nature of a *de jure* Private American of the *de jure* United States / Private American, no longer under the legal disability of being the **Held Property** of, **Surety** for and/or wedded to a *de facto, federal*-state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

14. WHEREAS, :walter-laddie:, is no longer the **Held Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the color of official right *de facto* jurisdictional power of statutorily-created, color

NOTICE: special and private by nature

RE029355583US-GBT-0002
Ent 152234 Bk 0229 Pg 0007



NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

of official right *de facto* National Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "enemy" and "belligerent" statutorily "residing" in a federal-state deemed "occupied territory," and therefore no longer under the doctrine of parens patriae, paternal guardianship of color of official right *de facto* National Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants and children**," *de facto* Public "U.S. citizens;"

WHEREAS, BASED UPON THE FOREGOING, :walter-laddie: in esse and sui juris, do sacredly declare and affirm the following **positive averments**:

1. :walter-laddie: is one of the **Posterity** of "**We the People**" by whom and for whom all *de jure* Constitutions were ordained and established according to their Preamble, holding *de jure* Private American conferred upon the natural birth by section 1 of the Fourteenth Amendment to the *de jure* Constitution of the United States.

2. The Christian name at Original Organic Universal Law of Nature-Equity is ":walter-laddie:", the surname/family name is "**Olszewski.**" :walter-laddie: known by no other name, publicly or privately. (Exhibit 3)

3. The Christian name "**:walter-laddie:**" is spelled in lower case letters in accordance with proper rules of common English grammar.

4. :walter-laddie: was naturally born on March 22, 1945.  The natural and legal parents are Walter Olszewski and Anne Otrin.  (Exhibit 3) Birth Registration No. 406

5. :walter-laddie: was naturally born in the *de jure* city of Hammond, on the land of the *de jure* county of Lake within the geographical jurisdiction of the *de jure* State of Indiana. (Exhibit 1)

6. On the day of the natural birth :walter-laddie: became a *de jure* **Private American** of the geographic *de jure* United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the *de jure* Constitution of the United States of America.

7. On the day of the natural birth :walter-laddie: became a *de jure* **Private American/ Private Resident** of the geographic *de jure* State of Indiana pursuant to section 1 of the Fourteenth Amendment to the *de jure* Constitution of the United States of America.

*NOTICE: special and private by nature.*

RE029355583US-GBT-0002
Ent 152234 Bk 0229 Pg 0008



NOTICE:
By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

8. On the day that the *de facto* "Certificate of Live Birth" was recorded/registered with the *de facto* State of Indiana, by operation of law by character :walter-laddie: became the **Held Property** of, **Surety** for and wedded to "WALTER LADDIE OLSZEWSKI," a federal-state-created, Indiana business trust and statutory **Public "U.S. citizen"** of the color of official right *de facto* National Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its "U.S. citizens" as a conquered people.

9. Said **Held Property** has been returned to the equitable natural owner, said **Suretyship** has been terminated, the marriage has ended and the former status of *de jure* **Private American** of the *de jure* United States of America has been restored, pursuant to the maxims of the creator, Original Organic Universal Law of Nature-Equity, by means of a duly publicly recorded "**NOTICE: DOCTRINE OF RELEASE BY NATURE WITHOUT CONSIDERATION-*Nunc Pro Tunc, Ab Initio*.**" (Exhibit 1)

10. The *de jure* **Private American** of the Republic of the *de jure* United States of America is "paramount and dominant," and the *de jure* **Private Status** of the Commonwealth of Indiana is "subordinate and derivative" of said *de jure* Private American of the *de jure* United States of America. *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918.) **Private Citizens** of the *de jure* United States were called "**American freemen**" by pre-14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14th Amendment Supreme Court Justice John Marshall Harlan in his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 382 (1901).

11. :walter-laddie: **Privately Reside** at Original Organic Universal Law of Nature-Equity in the organic United States of America, within the territorial jurisdiction of the organic United States of America. Therefore, :walter-laddie: a **Private Resident** at Original Organic Universal Law of Nature-Equity holding *de jure* **Private American** of the organic United States of America pursuant to Section 1 of the Fourteenth Amendment.

12. **The flag :walter-laddie:** flies is the **civilian flag** of the Republic of the United States of America (4 USC 1). The **civilian flag**, representing its nation under a republican form of government, does not display gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Government of the United States of America.

13. **The lawe** is the private trust indenture born out of the **creator**, grand and glorious **teachings** having birthed the Modern Era.



NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

14. :walter-laddie: a non-statutory, constitutionally-protected *de jure* **Private American** of the Republic of the United States of America and a non-statutory, constitutionally protected *de jure* **Private American/Private Resident** at Original Organic Universal Law of Nature-Equity of the United States of America and therefore no longer the **Held Property** of, **Surety** for and/or wedded to the Indiana business trust / Public "U.S. citizen" "WALTER LADDIE OLSZEWSKI," is not in commerce as a matter of personal status, as are statutory, federal-state-created, **Surety-backed**, **Public "U.S. citizens"** of the United States, and therefore artificial person "WALTER LADDIE OLSZEWSKI," without a **Surety** and **held personal property**, is a **"Non-Taxpayer"** described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

15. :walter-laddie: has rescinded every **Unqualified Signature of Suretyship-*Nunc Pro Tunc, Ab Initio*** ever executed on behalf of business trust/"U.S. citizen" "WALTER LADDIE OLSZEWSKI" (not limited to and including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly recorded "**NOTICE: AFFIDAVIT OF :walter-laddie: by nature; Rescission Doctrine of Unqualified Signatures of Suretyship-*Nunc Pro Tunc, Ab Initio*.**" (Exhibit 2)

16. :walter-laddie: is the **Agent** for the "U.S. citizen" "WALTER LADDIE OLSZEWSKI" as a matter of a private and special trust arrangement by nature.

17. :walter-laddie: holding the **exclusive**, beneficial interest by nature in the use of the registered entity **NAME** "WALTER LADDIE OLSZEWSKI" in the recoupment of private trust res **held property**, real and/or personal, as a matter of a private and special trust arrangement by nature.

18. :walter-laddie: is the **beneficial interest holder** by nature of all income paid to "U.S. citizen"/federal-state-privileged artificial entity and Non-Taxpayer "WALTER LADDIE OLSZEWSKI" possessing no Surety/held personal property and serving as a Private vessel to conduct commerce, said "income" once received by :walter-laddie: by the doctrine of conversion, being now **private trust res property**, and is therefore not "income" for :walter-laddie:. (Exhibit 6)

Further, :walter-laddie: in esse and Sui juris, do sacredly declare and affirm the following **negative averments**:

1. :walter-laddie: is not **alieni juris**, holding the status of being the **Held Property** of, **Surety** for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by character federal-state statute in the state of the natural birth for the benefit of the color of official right *de facto* National Emergency War Powers Military Government



Pg 11 of 13

# NOTICE

## By:walter-laddie: by nature:
### :one-of-the-peaceful-common-people:
### :Private American:

created on March 9, 1933; hence, :walter-laddie: is neither an infant and a child nor a enemy and a belligerent under the doctrine of parens patriae, power of a paternal and martial National Emergency War Powers Military Government, federal or state.

2. The Christian name is not "WALTER LADDIE OLSZEWSKI," "W. L. OLSZEWSKI," "WALTER L. OLSZEWSKI," "OLSZEWSKI, WALTER LADDIE" "Walter laddie Olszewski" not limited to or any other form of this nom de guerre/name of war carried by all *de facto* "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a *de facto* federal court of record.

3. The Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a *de facto* federal court of record.

4. :walter-laddie: is not "WALTER LADDIE OLSZEWSKI," "WALTER L .OLSZEWSKI" or "Walter L. Olszewski," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a *de facto* federal court of record.

5. :walter-laddie: is neither the **Held Property** of, nor **Surety** for, nor wedded to artificial entity "WALTER LADDIE OLSZEWSKI," "WALTER L. OLSZEWSKI," "Walter L. Olszewski" not limited to or any other derivative of this nom de guerre/name of war carried by all *de facto* "U.S. citizens," being both the held property and citizens of the *de facto* Military Government of the United States of America.

6. :walter-laddie: is neither a statutory, federal-state-created *de facto* **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor :walter-laddie: is the **Surety** for and/or held personal property of and/or wedded to a statutory, federal-state-created *de facto* **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private not fully disclosed contracts**. Therefore, :walter-laddie: is not a federal-state-created, federally-owned, statutory *de facto* **Public "United States citizen"** (artificial person / "U.S. citizen") of the *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. The flag :walter-laddie: flies, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.



# NOTICE:
## By:walter-laddie: by nature:
### :one-of-the-peaceful-common-people:
#### :Private American:

8. :walter-laddie: is not an **enemy or belligerent** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, Military Government having been created by FDR's color of official right presidential proclamation 2040 approved and confirmed by color of official right *de facto* Congress' "Emergency Banking and Relief Act" (12 USC 95a-b), which also the amended "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. :walter-laddie: does not **publically** reside according to federal-state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). The Private Residence at Original Organic Universal Law of Nature-Equity on the land of the United States of America is Private: **:walter-laddie:, Agent** Private American of the United States: one-of-the-peaceful-common-people: C/O General Delivery

10. :walter-laddie: does not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **zip codes**.

Further and finally:

**:walter-laddie:**, is a constitutionally-acknowledged and protected, *de jure* **Private American** of the United States of America and **Privately Residing** at Original Organic Universal Law of Nature-Equity on the land of the United States of America.

Therefore, **:walter-laddie:**, holding the constitutionally-protected private right by nature to **a Chancery Process** on both a federal and state level, as well as being unaffected by the "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial **"person within the United States"** deemed federal "booty of war," :walter-laddie: is **as foreign** to the color of official right extra-constitutional, alien, *de facto* National Emergency War Powers **Military Government** of the United States, and as well as the color of official right extra-constitutional, alien, *de facto* National Emergency War Powers **Military Governments** of the other United States territories, said color of official right extra-constitutional, alien, *de facto* National Emergency War Powers **Military Governments** having been "temporarily" created by color of official right *de facto* Congress (12 USC 95a) and by President Franklin D. Roosevelt color of official right (Presidential Proclamation Number 2040) on **March 9, 1933**, that most notable great day of infamy and high treason against the *de jure* **Private American People of the United States of America**, they having ordained and established the grand and glorious *de jure* Constitution of the United States of America, with its creator-inspired *de jure* Bill of Rights, for themselves and for their **Posterity**-of which :walter-laddie: is a member of.



NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

This "Notice: Affidavit of Status of :walter-laddie: by nature; Private American of the United States: one-of-the-peaceful-common-people by nature:-*Nunc Pro Tunc, Ab Initio*," supersedes any previous recording with any public office of said "Affidavits relating to Status".

:walter-laddie: Private American, one-of-the-peaceful-common-people comes in Peace with Peace in heart for all the creators creations.

Further Affiant Sayeth Not.

_walter-laddie:olszewski: agent:_
**:walter-laddie:olszewski**, Agent
Private American of the United States:
All Private Rights Reserved Without Prejudice

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **COMMONWEALTH OF CALIFORNIA** | ) | s.a. |
| **COUNTY OF LOS ANGELES** | ) | |

BEFORE ME, on this day personally appeared **:walter-laddie:olszewski** known to me to be the person described herein and who sacredly declared with first hand personal knowledge under penalty of perjury that the foregoing is true and correct.

Declared and Affirmed before me on this 28th day of June, 2014.

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Mar. 17, 2016

Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires:   March 17, 2016**

*NOTICE: special and private by nature;*

**12 of 13**    RE029355583US-GBT-0002
Ent 152234 Bk 0229 Pg 0013

**JURAT**                     NOTICE By:walter-laddie: by Nature:

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this ___28th___ day of ___June___, 20_14_, by

_____:walter-laddie:olszewski_____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

*NOTICE: Special and private by nature.*

## OPTIONAL INFORMATION

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment
of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER _____
☐ PARTNER(S)                        TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: _____:Private American:_____
_____:one-of-the-peaceful-common-people:_____
_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Declaration of Affidavit of Status of :walter-laddie : by nature
Private American of the United States of America
TITLE OR TYPE OF DOCUMENT

13 page of 13
NUMBER OF PAGES

June 28, 2014
DATE OF DOCUMENT

OTHER

RIGHT
THUMBPRINT
OF
SIGNER



13 of 13                     RE029355583US-GBT-0002



# NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## Declaration of an Affidavit of Release Without Consideration—*Nunc Pro Tunc Ab Initio*

**TO:**    STATE OF INDIANA, Releasee

UNITED STATES OF AMERICA , Releasee

**IN RE:**    Public U.S. Citizen "WALTER LADDIE OLSZEWSKI", WALTER L.
OLSZEWSKI", "Walter L. Olszewski"

**FROM:**    :walter-laddie: olszewski, *in personam,* and *in esse,* Releasor

Resolved that I, :walter-laddie: olszewski, in esse, and in personam, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

   a.   That I, :walter-laddie: olszewski, expressly intend no longer to be Surety for the State-created, Public U.S. Citizen "WALTER LADDIE OLSZEWSKI", WALTER L. OLSZEWSKI", or any derivative of said commercial NAME and nom de guerre thereof;

   b.   That I, :walter-laddie: olszewski, expressly intend to irrevocably terminate the guardian/ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of Indiana, the historic American Common Law, and Equity Jurisprudence under the principle of conflict and variance where the rules of Equity prevail (Judicature Act of 1783);

   c.   That I, :walter-laddie: olszewski, presently a surety "U.S. citizen" and therefore a statutory resident of the Commonwealth of California, expressly intend, upon the filing of this Release, to return to my former natural born Citizen status conferred at my natural birth on March 22, 1945, that status being a private individual National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in Hale v. Henkel, 201 US 43, 74 (1906) and Selective Draft Law Cases, 245 U.S. 366, 389 (1918);

   d.   KNOW BY ALL MEN THESE PRESENTS, That I, :walter-laddie: olszewski, do absolutely and irrevocably release and disclaim Nunc Pro Tunc Ab Initio all personal property interests, legal and equitable, in the Public U.S. Citizen " WALTER LADDIE OLSZEWSKI" created by the STATE OF INDIANA  and the UNITED STATES OF AMERCA (severally and jointly hereinafter referred to as RELEASEES) on March 22, 1945, upon the public filing of a "CERTIFICATE OF LIVE BIRTH" (Exhibit A);

   e.   That I, :walter-laddie: olszewski, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests effective immediately;

   f.   That I, :walter-laddie: olszewski, upon returning to my former status defined above, intend to be identified as a beneficial member of the Posterity for whom the Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

*NOTICE; special and private by nature;*

**EXHIBIT 1;**    page 1 of 4    RE029355583US-GBT-0002-A

Ent 152234 Bk 0229 Pg 0015

NOTICE
By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

g. That I, :walter-laddie: olszewski, reserve all personal and property rights, legal and equitable by nature, granted or secured by the Constitution of the United States of America, Constitution of the Commonwealth of California, and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of 20 Pa. C.S. 6103, the Maxims of the Law of Contract and the Maxims of Equity.

h. That I, :walter-laddie: olszewski, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the Protective/Spendthrift trust established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "enemy" of the United States, (the elements of which trust are articulated in the Act "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, the Act subsequently applying to "any person within the United States" . . . "subject to the jurisdiction of thereof"), said Protective/Spendthrift trust being under the care of the President as Commander in chief, Secretary of the Treasury, and Alien Property Custodian, the powers of the Custodian presently vested in and exercised by the Attorney General of the United States Department of Justice.
    *Maxim: "Equity regards as done that which ought to have been done."*

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.
IN WITNESS whereof *I* have hereunto set my Hand and Seal, the 28 th Day of June in the year of our Lord Two Thousand Fourteen.

:walter-laddie: olszewski :Rebasa:
:walter laddie: olszewski, Releasor
104 West Loma Alta Drive
Altadena, California,( 91001)

Acknowledgement

| United States of America | ) | |
|---|---|---|
| Commonwealth of California | ) | s.a. |
| County of Los Angeles | ) | |

Before Me, on this day :walter laddie: olszewski, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 28 th day of June, 2014.

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2015

Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
My commission Expires: **March 17, 2016**

NOTICE :special:and :private: by :nature:

**JURAT**    <u>NOTICE By:walter-laddie: by Nature:</u>

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this ___28th___ day of ___June___, 20_14_, by

_____:walter-laddie:olszewski_____. proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

**◼ OPTIONAL INFORMATION ◼**

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment
of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
☐ PARTNER(S) _____ TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: _____ ;Private American:

____:one-of-the-peaceful-common-people:____

_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**Exhibit 1;    4 of 4**

**DESCRIPTION OF ATTACHED DOCUMENT**
**Affidavit of Release without Consideration:walter-laddie : by nature**
**Private American of the United States of America**
TITLE OR TYPE OF DOCUMENT

_____
**4 page of 4**
NUMBER OF PAGES

_____
**June 28, 2014**
DATE OF DOCUMENT

**Exhibit A is Certificate of Birth**
**Number 113-1945-013375**

OTHER

RIGHT
THUMBPRINT
OF
SIGNER

**RE029355583US-GBT-0002-A**

J 01/2008    NOTARY BONDS, SUPPLIES AND FORMS AT HTTP://WWW.VALLEY-SIERRA.COM    © 2005-2008 VALLEY-SIERRA

Ent 152234 Bk 0229 Pg 0018



### NOTICE
By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

**Declaration of an Affidavit of Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio***

Accordingly, I, :walter-laddie:olszewski , *in esse* and *sui juris*, being duly sworn, depose and declare under penalty of perjury that:

I, :walter-laddie: olszewski , hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of suretyship, **public and private**, ever provided by Affiant on behalf of Indiana corporate sole/artificial person/statutory Public U.S. citizen "WALTER LADDIE OLSZEWSKI ," created on March 22, 1945;

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **public** government contract be it federal, state, county and/or city. This rescission and revocation of **public** signature of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**;

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**;

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** is retroactive to the date of March 24, 1945, the date of the public recording and registration of affiant's Certificate of Live Birth in the State of Indiana, County of Lake.


NOTICE: special and private by nature:

**Exhibit 2; Page 1 of 3    RE029355583US-GBT-0002-B**

Ent 152234 Bk-0229 Pg 0019

## NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

:walter-laddie:olszewski, Agent
Private American of the United States:
All Private Rights Reserved Without Prejudice

### Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of California** | ) | s.a. |
| **County of Los Angeles** | ) | |

Before Me, on this day **:walter-laddie: olszewski,** known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 28th day of June, 2014.

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires: March 17, 2016**

Exhibit 2; Page 2 of 3    RE029355583US-GBT-0002-B



Ent 152234 Bk 0229 Pg 0020

**JURAT**    <u>NOTICE By :walter-laddie: by Nature:</u>

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this ___28th___ day of ___June___, 20__14__, by

_____ :walter-laddie:olszewski _____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

```
G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016
```

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

◆━━━━ **OPTIONAL INFORMATION** ━━━━◆

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

CAPACITY CLAIMED BY SIGNER (PRINCIPAL)

- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER _____
- [ ] PARTNER(S) _____ TITLE(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [X] OTHER: _____ :Private American:

_____ :one-of-the-peaceful-common-people:

_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

DESCRIPTION OF ATTACHED DOCUMENT
Affidavit of Rescission of Signatures of Suretyship :walter-laddie : by nature
Private American of the United States of America
TITLE OR TYPE OF DOCUMENT

_____ 3 page of 3
NUMBER OF PAGES

_____ June 28, 2014
DATE OF DOCUMENT

_____ OTHER

RIGHT
THUMBPRINT
OF
SIGNER

**Exhibit 2;    3 of 3    RE029355583US-GB1-0002-B**

**Ent 152234 Bk 0229 Pg 0021**

*NOTICE: special and private by nature:*



**NOTICE**

By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

## Declaration of an Affidavit of Truth
### Christian Name of Walter Laddie Olszewski

I, :walter-laddie: olszewski, *in esse* and *sui juris*, solemnly affirm, depose and declare under the penalties of perjury that my Christian name given to me by my parents upon my natural birth is "Walter Laddie olszewski" evidenced by the attached Birth Registration issued by the Trustees of City of Hammond, Board of Health in March 24, 1945, it being an exact, true and correct copy of the original issued diploma. ( Exhibit "B" )

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

:walter-laddie:olszewski, Agent
Private American of the United States:
All Private Rights Reserved Without Prejudice

### Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of California** | ) | s.a. |
| **County of Los Angeles** | ) | |

Before Me, on this day :walter-laddie: olszewski, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge. Subscribed and Affirmed before me on this 28 th day of June, 2014.

Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires:** <u>March 17, 2016</u>

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

Page 1 of 3

**Exhibit 3**     RE029355583US-GBT-0002-C

Ent 152234 Bk 0229 Pg 0022



*NOTICE: special and private by nature:*



NOTICE
By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

# Affidavit of Truth

## Court Reporter's Transcript of Proceedings

I, :walter-laddie: olszewski, *in esse* and *sui juris*, solemnly affirm, depose and declare under the penalties of perjury that:

The attached eight (8) page "**Reporter's Transcript of Proceedings**" as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California, is a full, complete, true and correct copy of a copy of the original court transcript.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

:walter-laddie:olszewski:, Agent:
:Private American of the United States:
All Private Rights Reserved Without Prejudice

## Acknowledgement

| United States of America | ) | |
|---|---|---|
| Commonwealth of California | ) | s.a. |
| County of Los Angeles | ) | |

Before Me, on this day :walter-laddie: olszewski, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 28 th day of June, 2014.

_____
Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires:  March 17,2016**
page 1 of 10

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

**Exhibit 4**     RE029355583US-GBT-0002-D

Ent 152234 Bk 0229 Pg 0025

NOTICE: special and private by nature;

**JURAT**

NOTICE By :walter-laddie: by Nature:

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this _____ 28th _____ day of _____ June _____, 20__14__, by

_____ :walter-laddie:olszewski _____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

### ■ OPTIONAL INFORMATION ■

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER _____
☐ PARTNER(S)                    TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: _____ :Private American: _____

_____ :one-of-the-peaceful-common-people: _____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Affidavit of Court Reporter's Transcript of Proceedings :walter-laddie : by nature
Private American of the United States of America

TITLE OR TYPE OF DOCUMENT

**2 page of 10**

NUMBER OF PAGES

**June 28, 2014**

DATE OF DOCUMENT

OTHER

RIGHT
THUMBPRINT
OF
SIGNER

2 of 10
Exhibit 4

RE029355583US-GBT-0002-D

*NOTICE: Special and private by Nature*

# NOTICE

## By:walter-laddie: by Nature:
### :one-of-the-peaceful-common-people:
### :Private American:

## Affidavit of Truth, Court Reporter's Transcript of Proceedings

```
 1|  NORA M. MANELLA
   |  United States Attorney
 2|  MASON C. LEWIS
   |  Assistant United States Attorney
 3|  Chief, Tax Division
   |  GREGORY A. ROTH
 4|  Assistant United States Attorney
   |    Room 0015, Federal Building
 5|    300 North Los Angeles Street
   |    Los Angeles, CA  90012
 6|    Telephone:  (213) 894-2576
   |    Facsimile:  (213) 894-0115
 7|
   |  Attorneys for the United States of America
 8|
 9|           UNITED STATES DISTRICT COURT
10|           CENTRAL DISTRICT OF CALIFORNIA
11|
12|  UNITED STATES OF AMERICA,    ) Case No. CV 94
                                  )
13|            Petitioner,        ) [PROPOSED]
                                  ) ORDER TO SHOW CAUSE
14|       vs.                     )
                                  )
15|  RANDY L. O███████R,          )
                                  )
16|            Respondent.        )
                                  )
17|
18|       Upon the Petition and supporting Memorandum of Points and
19|  Authorities and Declaration to the Petition, the Court finds that
20|  Petitioner has established its prima facie case for judicial
21|  enforcement of the subject summonses.  See United States v.
22|  Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).
23|  See also United States v. Samuels, Kramer and Co., 712 F.2d 1342,
24|  1344-45 (9th Cir. 1983) (the Government's prima facie case is
25|  typically made through the sworn declarations of the I.R.S. agent
26|  who issued the summons).
27|  ///
28|  ///
```

FILED
FEB 15 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1 of 8

*NOTICE: special and private by Nature:*

page 3 of 10

**Exhibit 4**          RE029355583US-GBT-0002-D

Ent 152234 Bk 0229 Pg 0027



NOTICE
By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

# Affidavit of Truth, Court Reporter's Transcript of Proceedings

1    Therefore, IT IS ORDERED that Respondent appear before this

2    District Court of the United States for the Central District of

3    California, in Courtroom No. **390**.

4    ☐ United States Court House
      312 North Spring Street, Los Angeles, California, 90012

5

6    ☑ Roybal Federal Building
      255 E. Temple Street, Los Angeles, California, 90012

7    on March 21 _____, 1994, at ~~12:00 a.m.~~ 1:30 P.M. and show cause

8    why testimony and production of books, records, papers and other

9    data demanded in the subject Internal Revenue Service summonses

10   should not be compelled.

11      IT IS FURTHER ORDERED that copies of this Order, the

12   Petition, Memorandum of Points and Authorities, and accompanying

13   Declaration be served promptly upon Respondent by any employee of

14   the Internal Revenue Service by personal delivery or by certified

15   mail.

16      IT IS FURTHER ORDERED that within ten (10) days after

17   service upon the Respondent of the herein described documents,

18   Respondent shall file and serve a written response, *(prius prius)* supported by

19   appropriate sworn statements, as well as any desired motions.

20   If, prior to the return date of this Order, Respondent files a

21   response with the Court stating that Respondent does not desire

22   to oppose the relief sought in the Petition, nor wish to make an

23   appearance, then the appearance of Respondent at any hearing

24   pursuant to this Order to Show Cause is excused, and Respondent

25   shall be deemed to have complied with the requirements of this

26   Order.

27   ///

28   ///

2

1 of 8

NOTICE; special and private by Nature.

page 4 of 10

**Exhibit 4**

RE029355583US-GBT-0002-D



NOTICE

By:walter-laddie: by Nature:

:one-of-the-peaceful-common-people:

-:Private American:

**Affidavit of Truth,** Court Reporter's Transcript of Proceedings

1    IT IS FURTHER ORDERED that all motions and issues raised by

2 the pleadings will be considered on the return date of this

3 Order. Only those issues raised by motion or brought into

4 controversy by the responsive pleadings and supported by sworn

5 statements filed within ten (10) days after service of the herein

6 described documents will be considered by the Court. All

7 allegations in the Petition not contested by such responsive

8 pleadings or by sworn statements will be deemed admitted.

9

10 DATED: This **15th** day of **FEBRUARY** , 1994.

11

12 _____

13    UNITED STATES DISTRICT JUDGE

14 Presented By:

15 NORA M. MANELLA
   United States Attorney

16 MASON C. LEWIS
   Assistant United States Attorney

17 Chief, Tax Division

18 _____

19 GREGORY A. ROTH
   Assistant United States Attorney

20 Attorneys for Petitioner,

21 United States of America

22

23

24

25

26

27

28

*NOTICE; special and private by nature;*

3 of 8

(65)

**Exhibit 4**     RE029355583US-GBT-0002-D

Ent 152234 Bk 0229 Pg 0029



<u>NOTICE</u>
By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

# **Affidavit of Truth,** Court Reporter's Transcript of Proceedings



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA          )
                                  )
          Plaintiff(s)            )
                                  )
     vs.                          )  NO. CV-94███████-JGD
                                  )
RANDY L. O███████████R            )
          Defendant(s)            )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES  CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

NOTICE: special and private by nature:

**Exhibit 4**          RE029355583US-GBT-0002-D



Ent 152234 Bk 0229 Pg 0030

NOTICE
By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

# Affidavit of Truth, Court Reporter's Transcript of Proceedings



```
1    APPEARANCES:

2
     FOR PLAINTIFF(S)        GREGORY A. ROTH
3                            312 N. Spring Street
                             Los Angeles, California 90012
4                            (213) 894-2410

5

6    FOR DEFENDANT(S)        RANDY L. O████████R

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER
```

*NOTICE: special and private by nature.*

page 7 of 10

**Exhibit 4**    RE029355583US-GBT-0002-D

Ent 152234 Bk 0229 Pg 0031



# NOTICE
## By:walter-laddie: by Nature:
### :one-of-the-peaceful-common-people:
### :Private American:

# Affidavit of Truth, Court Reporter's Transcript of Proceedings

```
 1      LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

 2                      1:30 P.M.

 3          THE CLERK:  Item number 6, case number C7-94___,

 4   United States of America versus Randy L. O_____r.

 5          MR. ROTH:  Good afternoon, your Honor, Assistant

 6   U.S. Attorney Gregory Roth appearing on behalf of the

 7   United States, and its agency the Internal Revenue

 8   Service.

 9          THE COURT:  Is there any opposition?

10          MR. O_____R:  For the record.

11          THE COURT:  Yes.

12          MR. O_____R:  My Christian name is Randy Lee and

13   my family name is O_____r.

14          THE COURT:  All right.

15          MR. O_____R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case _____-r.

18          I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-_____-R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.

25          For the record Randy Lee and Jesus the Christ

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER
```

NOTICE; special and private by nature.

RE029355583US-GBT-0002-D



Ent 152234 Bk 0229 Pg 0032

# NOTICE
## By:walter-laddie: by Nature:
### :one-of-the-peaceful-common-people:
### :Private American:

# Affidavit of Truth, Court Reporter's Transcript of Proceedings

1   Advocate and Wonderful Counselor are using the Right of

2   Visitation to exercise the Ministerial Powers to be heard

3   on this matter.

4       I, Randy Lee am a native Californian and a Man on

5   the Land in Los Angeles County, not a resident in the

6   Federal Judicial District in the Central District of

7   California.

8       My Colors and Authority is the California Bear Flag

9   with the Gold Star.  My Law is My Family Bible.  And my

10  Status is shown by the Seal of the People.

11      I am who I say I am, not who the U.S. Attorney says

12  I am.  Further I sayeth not and I stand mute.

13      THE COURT:  All right.  Please take your things off

14  of the podium and sit down at your table.  Mr. Roth, do

15  you have any response to this alleged case of mistaken

16  identity.

17      MR. ROTH:  Well, your Honor, Mr. O▬▬▬▬r seems

18  to think that if you spell your name in upper and lower

19  case, it relieves him of compliance.

20      THE COURT:  Thank you, Mr. Roth.  Please call the

21  next case Clerk.

22              (Proceedings concluded.)

23

24

25


BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

NOTICE: special and private by nature;

page 9 of 10
**Exhibit 4**          RE029355583US-GBT-0002-D



NOTICE
By:walter-laddie: by Nature:
:one-of-the-peaceful-common-people:
:Private American:

## <u>Affidavit of Truth,</u> Court Reporter's Transcript of Proceedings

```
1                    C E R T I F I C A T E

2

3

4           I hereby certify that the foregoing

5    matter entitled UNITED STATES OF AMERICA versus RANDY L.

6    O███████R No. CV-94███-JGD is transcribed from the

7    stenographic notes taken by me and is a true and accurate

8    transcription of the same.

9

10

11

12

13   ─────────────────────────        ──────────────
     BEVERLY A. CASARES CSR# 8630       DATED:  3/25/94
14   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
           BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT
```

*NOTICE: special and private by nature.*

page 10 of 10
**Exhibit 4**        RE029355583US-GBT-0002-D





# NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## Notice of Private Trust Arrangement

This is Actual and Constructive Notice
of a Special and Private Trust Arrangement
Established by Private Citizen of the United States,
:walter-laddie: olszewski, Settlor,
The Indenture, if any, governing the Special use of Private Trust Estate

### "WALTER LADDIE OLSZEWSKI".

This arrangement is to be governed by the Maxims of Equity uniquely cognizable exclusively in
a court of Chancery in Special Term.

*Maxim: "Equity regards as done that which ought to have been done."*

June 28, 2014
**Date**

:walter-laddie: olszewski: agent:

:walter-laddie: olszewski, *in esse* and *sui juris*
Grantor/Settlor, Private Trust Estate
Agent for WALTER LADDIE OLSZEWSKI,
Private American of the United States:
All Rights Expressly Reserved

3c USA

### Acknowledgement

| | | |
|---|---|---|
| United States of America | ) | |
| Commonwealth of California | ) | s.a. |
| County of los Angeles | ) | |

Before Me, on this day :walter-laddie: olszewski, known to me to be the natural person described
herein, personally made a restricted visitation and solemnly affirmed under the penalties of
perjury that every statement given above was the whole truth to the best of his knowledge.
Subscribed and Affirmed before me on this 28 th day of June, 2014.

Signature of Notary Public in and for said State

**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires: March 17, 2016**

page 1 of 2

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Mar. 17, 2015

**Exhibit 5**     RE029355583US-GBT-0002-E

Ent 152234 Bk 0229 Pg 0035



**JURAT**

NOTICE By :walter-laddie: by Nature:

State of California

County of _____Los Angeles_____ } SS.

Subscribed and sworn to (or affirmed) before me on this ___28th___ day of ___June___, 20 _14_, by

_____:walter-laddie:olszewski_____. proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

*(handwritten in right margin)* NOTICE: special and private: by nature:

━━━━ **OPTIONAL INFORMATION** ━━━━

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER _____
- [ ] PARTNER(S)          TITLE(S)
- [ ] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [X] OTHER: _____:Private American:_____

_____:one-of-the-peaceful-common-people:_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Affidavit of Notice of Private Trust Arrangement :walter-laddie : by nature
Private American of the United States of America

TITLE OR TYPE OF DOCUMENT

_____ **2 page of 2**
NUMBER OF PAGES

_____ **June 28, 2014**
DATE OF DOCUMENT

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**Exhibit 5;    2 of 2**

RIGHT
THUMBPRINT
OF
SIGNER

OTHER

RE029355583US-GBT-0002-E

J 01/2008

NOTARY BONDS, SUPPLIES AND FORMS AT HTTP://WWW.VALLEY-SIERRA.COM    © 2005-2008 VALLEY-SIERRA INS

Ent 152234 Bk 0229 Pg 0036



NOTICE
By:walter-laddie: by Nature;
:one-of-the-peaceful-common-people:
:Private American:

## Declaration of an Affidavit of Exemption From Withholding
### Concerning Non-Taxpayer "WALTER LADDIE OLSZEWSKI"—*Nunc Pro Tunc Ab Initio*

Accordingly, I,:walter-laddie: olszewski, *in esse* and *sui juris*, being duly sworn, depose and declare under penalty of perjury that the following facts are true, correct and complete to the best of my first-hand knowledge and belief.

1. Affiant was naturally born in the geographic United States of America, in the State of Indiana, on a location within the city of Hammond, on the Twenty second day of March, in the year of our Lord Nineteen hundred Forty-five (March 22,1945);

2. Affiant, a natural person, became a *de jure*, natural born **Private American Citizen of the United States of America** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3. Affiant, a natural person, became a *de jure*, natural born **Private American Citizen of the State of Indiana** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said State citizenship having been conferred by his bona fide, **Private Residency** in the County of Lake;

4. Affiant, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto*, artificial person, state-created, quasi-corporate sole, statutory **Public United States citizen** by means of a "Certificate of Live Birth" filed with the County of Lake, in the State of Indian, on March 22, 1945;

5. Affiant, by operation of law, was restored to his former status of being a **Private American Citizen of the United States of America: American National** upon the public recording of a "**Notice of Release Without Consideration**—*Nunc Pro Tunc Ab Initio*" with the, Wayne County Recorder, Utah;

6. Affiant has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public recording a "**Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio*" with the Wayne

**Exhibit 6; Page 1 of 5**    RE029355583US-GBT-0002-F

Ent 152234 Bk 0229 Pg 0037



NOTICE

By:walter-laddie: by Nature;
:one-of-the-peaceful-common-people:
:Private American:

County Recorder, Utah. Affiant makes his home in Los Angeles County, Commonwealth
of California, in which county Affiant privately resides on the land under special
equitable interests by nature and does not publicly reside in said county according to
statute, federal or state;

7. Affiant, by virtue of his constitutionally protected status of being a **Private American
National Citizen of the United States of America**, is **as foreign** to the present *de facto,*
Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of
the United States and the courts of the several states, the former *de jure,* Constitutional,
Common Law-based, **civilian due process** of the United States (guaranteed to all Private
American National Citizens by the Fifth Amendment) and the Common Law-based,
**civilian due process** of the several states (guaranteed to all Private American National
Citizens by Section 1 of the 14th Amendment) having been altered and/or modified into
the present *de facto,* Emergency War Powers, Civil Law-based, **martial due process** of
the United States and the **martial due process** of the several states by a congressionally-
amended, World War I statute ("Trading With the Enemy Act") called **The Emergency
Banking Relief Act**" (12 USC 95a) and a subsequent presidential proclamation (2040),
both events transpiring on March 9, 1933;

THEREFORE:

8. Affiant is not a statutory public "United States citizen;"

9. Affiant is not a statutory public "resident" of the United States;

10. Affiant is not a statutory public "United States person;"

11. Affiant is not a statutory public "non-citizen national;"

12. Affiant is not a statutory public "citizen" of the Commonwealth of California;

13. Affiant is not a statutory public "resident" of the Commonwealth of California;

14. Affiant is not a statutory public "resident alien;"

15. Affiant is not a statutory public "non-resident alien;"

**Exhibit 6; Page 2 of 5**        RE029355583US-GBT-0002-F



Ent 152234 Bk 0229 Pg 0038

*NOTICE: special and private by nature ;*

<u>NOTICE</u>
By:walter-laddie: by Nature;
:one-of-the-peaceful-common-people:
:Private American:

16. Affiant is not a statutory public "taxpayer;

17. Affiant is not a statutory public "non-taxpayer;"

18. Affiant does not have a statutory public "tax home within the U.S.;"

19. Affiant, in holding **the citizenship status** of a Private American of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, specially and privately residing in the Commonwealth of Califorrnai, is not subject to the Internal Revenue Code as it applies only to a "person" defined under the "Emergency Banking and Relief Act" of March 9, 1933;

20. Affiant, as a matter of public record, is the Non-Surety Agent and Attorney-in-fact for unincorporated **Private Trust Estate** and Public "U.S. citizen" "WALTER LADDIE OLSZEWSKI" created by Settlor/Grantor :walter-laddie:olszewski. Private Trust Estate "WALTER LADDIE OLSZEWSKI," as a matter of public record, is presently under a special and private trust arrangement governed by the Maxims of Equity, where, by the Judicature Act of 1783 in operation today, "when the rules of common law and the rules of equity conflict over the same subject matter the rules of equity shall prevail" (Pomeroy, Eq. Jur. §124, §219, §279, §354, §357);

21. Affiant declares that Private Trust Estate "WALTER LADDIE OLSZEWSKI" is a vessel in domestic and world commerce for the benefit of a special and private Sole Beneficiary holding the status of Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States, all "income" received by Private Trust Estate "WALTER LADDIE OLSZEWSKI" flowing to its special and private Sole Beneficiary as property;

22. Affiant, based upon the above, declares Private Trust Estate "WALTER LADDIE OLSZEWSKI" is a Non-taxpayer, having no "income," all "income" having passed, presently passing and yet to pass, to a special and private Sole Beneficiary;

23. Affiant declares that Non-Taxpayer Private Trust Estate "WALTER LADDIE OLSZEWSKI" has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source;" income derived from wages,

*NOTICE: special and private by nature;*

**Exhibit 6; Page 3 of 5**    RE029355583US-GBT-0002-F

Ent 152234 Bk 0229 Pg 0039



NOTICE

By:walter-laddie: by Nature;
:one-of-the-peaceful-common-people:
:Private American:



tips,salaries,etc., whatsoever; has never had a past or present tax liability, and is therefore exempt from any form of backup withholding by any business, public or private, and exempt from withholding by any employer, public or private;

24. Affiant declares this **Affidavit of Exemption from Withholding Concerning Non-Taxpayer "WALTER LADDIE OLSZEWSKI"**—*Nunc Pro Tunc Ab Initio* renders null and void any previous **Affidavit of Exemption from Withholding** filed with any public office.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.

:walter-laddie:olszewski, Agent
Private American of the United States:
All Private Rights Reserved Without Prejudice

### Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of California** | ) s.a. |
| **County of Los Angeles** | ) |

Before Me, on this day :walter-laddie:olszewski, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 28th day of June, 2014.

_____
Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires:  March 17, 2016**

**Exhibit 6; Page 4 of 5      RE029355583US-GBT-0002-F**



Ent 152234 Bk 0229 Pg 0040

*NOTICE: special and private by nature;*

**JURAT**                    NOTICE By:walter-laddie: by Nature:

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this ____28th____ day of ____June____, 20__14__, by

_____:walter-laddie:olszewski_____. proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

```
┌─────────────────────────────┐
│ G. FLEMING                  │
│ Commission # 1966874        │
│ Notary Public - California  │
│ Los Angeles County          │
│ My Comm. Expires Feb 14, 2016│
└─────────────────────────────┘
```

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

*NOTICE: special and private by nature*

# ━━━ OPTIONAL INFORMATION ━━━

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
☐ PARTNER(S) _____ TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: _____ :Private American:

_____ :one-of-the-peaceful-common-people:

_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**DESCRIPTION OF ATTACHED DOCUMENT**
Declaration of Affidavit of Exemption From Withholding :walter-laddie : by nature
Private American of the United States of America

TITLE OR TYPE OF DOCUMENT

**5 page of 5**

NUMBER OF PAGES

**June 28, 2014**

DATE OF DOCUMENT

OTHER

RIGHT
THUMBPRINT
OF
SIGNER

**Exhibit 6;** pg 5 of 5            **RE029355583US-GBT-0002-F**





NOTICE

NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY

#### Notice of Private American Status

:walter-laddie:, a "Private American of the United States of America" in esse and sui juris, and Agent for Public "citizen of the United States" business trust/entity in commerce "WALTER LADDIE OLSZEWSKI," sacredly testify, depose and declare with first hand personal knowledge under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2014.

1. Affiant is making a restricted, special, ministerial visitation as a friend of this Court of Record under threat, duress and coercion creating harm to the Private American of potential loss of liberty and/or property due to a case of **mistaken identity** and/or **conflict and variance of law** on the part of the moving party;

2. Affiant is neither the "Defendant" nor the "Accused" in this action, nor is Affiant surety for, and/or property of, and/or bonded as one entity with the "Defendant" or the "Accused" in this action;

3. Affiant is neither making an appearance, be it generally, specially, conditionally or provisionally, nor pleading to the merits or making any motion of any kind;

4. Affiant is a "Private American of the United States of America" whose "federal" citizenship status has been secured by Article II, Section 1, Clause 5; Article II, Section 3, Clause 5; and Article IV, Section 2, of the *de jure* Constitution of the United States of America, which *de jure* citizenship status has been "**broadened**" and made "**national**" by Section 1 of the Fourteenth Amendment to the *de jure* Constitution of the United States of America. (See attached public document "Affidavit of Status of :walter-laddie: by nature Private American of the United States of American one-of-the-peaceful-common-people[1] by nature-*Nunc Pro Tunc, Ab Initio:.*");

---

[1] Bond v. United States (564 U.S. __ (2011)) The Framers concluded that allocation of powers between the National Government and the States enhances freedom, first by protecting the integrity of the governments themselves, and second by protecting the **people**, from whom all governmental powers are derived. (emphasis added)

1 of 7        RE029355583US-GBT-0003



NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY

5. Affiant's *de jure* Private American status has not been altered by any federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure,* Private American status has not been reduced to an inferior grade of surety "U.S. citizenship" status by the state of Affiant's natural birth and/or by the state of Affiant's non-statutory, private residence on the land at Nature-Equity Law;

6. Affiant is not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. citizen" (having once held original, *de jure* citizenship status conferred by Section 1 of the 14th Amendment to the Constitution of the United States of America on the day of his natural birth) holds an inferior grade of citizenship status through an implied surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its surety's natural birth;

7. Affiant is not a ***"person within the United States"*** as per the original wording of the "Emergency Banking Relief Act" passed by the National Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b; for the Congress at that time was composed of only quasi-artificial "persons" being Public "U.S. citizens" no longer representing the once sovereign "We the People" (formerly composed of all the "Private Americans of the United States of America"), each Congressmen having also been reduced in his citizenship status to the inferior grade of a ***"person within the United States,"*** i.e., a Public "U.S. citizen," the once sovereign "We the People" being represented as mere surety for and/or bonded into one legal entity with their ***"person within the United States,"*** i.e., Public "U.S. citizens;"

8. Affiant is not ***"subject to the jurisdiction thereof*** [*the United States*]" as per the original wording of the "Emergency Banking Relief Act" passed by the National Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every ***"person within the United States"*** to the National Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933;

*NOTICE: special and private by nature:*

2 of 7        RE029355583US-GBT-0003

Ent 152234 Bk 0229 Pg 0043



## NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

### AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY

therefore, Affiant is not a *"person . . . subject to the jurisdiction of the United States"* under 12 USC 95a and 50 USC App. 5(b);

9. Affiant, being a Private American of the United States, is a *"person . . . subject to the jurisdiction thereof [the United States]"* secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said peacetime, civilian *"jurisdiction of the United States"* being unaltered by Emergency War Powers statute 12 USC 95a and World War I statute 50 USC App. 5(b);

10. Affiant has the constitutional equitable primary right to a **Private Chancery Process** (as opposed to a **martial/emergency war powers due process of law**) secured from federal infringement by the Fifth Amendment and secured from state infringement by the Fourteenth Amendment to the Constitution of the United States of America;

11. Affiant is neither the surety for/property of, nor a *de facto,* conquered *"person within the United States"* defined by the "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* National Emergency War Powers military government of the United States; therefore, Affiant is neither a *de facto* "enemy and belligerent" nor a *de facto* publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress on that very same day, March 9, 1933" (12 USC 95b);

12. Affiant has been erroneously subjected to a **martial/emergency war powers due process of law** (criminal and/or civil) by the moving party in its mistaken attempt to use this Court to impose said martial Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags trimmed in gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of a military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutional equitable primary right to a **peacetime Private Chancery Process** on both a federal and state level;

NOTICE: special and private by nature:

## NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY

13. Affiant is being mistakenly treated by the moving party as though Affiant is a *de facto* "enemy" and/or "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* military Commander in Chief over every ***"person within the United States"*** (defined by the "Emergency Banking Relief Act") and "***subject to the jurisdiction thereof*** [*the United States*]" (12 USC 95a), both artificial and natural, both civilian and military;

14. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, National Emergency War Powers military government imposed on March 9, 1933 (12 USC 95a), it having suspended the *de jure*, constitutional government of the United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in Chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing the "Emergency Banking Relief Act" (12 USC 95a & b) as well as the "Trading With the Enemy Act" (especially 50 USC App. 5(b) and thereby, on that glorious day, restoring non-surety, *de jure*, Private American status to all Americans as well as restoring peacetime, constitutional, *de jure* "*jurisdiction of the United States*" (executive, legislative and judicial) throughout the land.

## A Will and Wish for Proof of Claim from the Moving Party

THEREFORE, :walter-laddie:, hereby put the moving party ON NOTICE of the constitutionally-protected, non-surety, *de jure*, Private American status which is a matter of public record as per the attached certified copy of "Affidavit of Status of :walter-laddie: by nature Private American of the United States of American one-of-the-peaceful-common-people by nature-*Nunc Pro Tunc, Ab Initio:.*", recorded with the President as Commander in Chief and the Secretary of the Treasury.

Further, as a friend of this Court, that :walter-laddie:, a "Private American of the United States of America," with will and wish that the moving party:

**4 of 7**          RE029355583US-GBT-0003

NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

## AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY



15. Prove its claim by sworn affidavit under the penalties of perjury that, ":walter-laddie," is "WALTER LADDIE OLSZEWSKI" (or any other derivation of said name used in commerce) as named in the above-captioned action;

16. Prove its claim that, ":walter-laddie:," is a statutorily-created, surety, Public "U.S. citizen" and not an equitable constitutionally protected, non-surety, "Private American of the United States of America" as declared and proven in the attached certified copy of said *"Affidavit of Status of :walter-laddie: by nature* Private American of the United States of American_one-of-the-peaceful-common-people by nature-*Nunc Pro Tunc, Ab Initio:."*;

17. Prove its claim justifying its **presumption of law** that, "walter-laddie," is in contract, express or implied, with the federal government and/or with any state government which contract(s) has/have altered the equitable constitutionally-protected, *de jure*, Private American status secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States;

18. Prove its claim that, ":walter-laddie:," is a *"person within the United States"* and *"subject to the jurisdiction of the United States"* as defined by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a);

19. And finally, prove its claim that, ":walter-laddie:," a Private American of the United States of America, may be given a **wartime/martial/emergency war powers due process of law** in accordance with 12 USC 95a and 50 USC App. 5(b) as opposed to a **peacetime/Private Chancery Process** in accordance with Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

In conclusion, if the moving party cannot prove its claims, the Court, being bound by its oath of office to uphold the Private American clause of Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and therefore unable to proceed under 12 USC 95a and 50 USC App. 5(b), must **abate** this **wartime/martial/emergency war powers due process** erroneously imposed on non-surety ":walter-laddie:" due to prima facie, non-rebutted evidence

RE029355583US-GBT-0003



Ent 152234 Bk 0229 Pg 0046

## NOTICE

By:walter-laddie: by nature:
:one-of-the-peaceful-common-people:
:Private American:

### AMICUS CURIAE AFFIDAVIT FOR THE RECORD
### NOTICE OF PRIVATE AMERICAN STATUS TO THE MOVING PARTY
### A WILL AND WISH FOR PROOF OF CLAIM FROM THE MOVING PARTY

on the record proving **mistaken identity** as well as the absence of a contractual legal fiction that would give rise to a **conflict and variance of law**, i.e., public U.S. citizenship status, said martial/emergency war powers due process causing harm to ":walter-laddie:," a "Private American of the United States" entitled to a **peacetime/Private Chancery Process** as a matter of an equitable constitutional primary right secured by the Fifth and Fourteenth Amendments to the Constitution of the United States of America.

:walter-laddie: Private American, one-of-the-peaceful-common-people comes in Peace with Peace in heart for all the creators creations.
Further Affiant sayeth not and stands mute before the Court.

Respectfully submitted,

:walter-laddie: olszewski: agent:

walter-laddie:olszewski, Agent in esse and sui juris
Private American of the United States of America
All Rights Reserved Without Prejudice



| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **COMMONWEALTH OF CALIFORNIA** | ) s.a. |
| **COUNTY OF LOS ANGELES** | ) |

BEFORE ME, on this day personally appeared **:walter-laddie:olszewski** known to me to be the person described herein and who sacredly declared with first hand personal knowledge under penalty of perjury that the foregoing is true and correct.
Declared and Affirmed before me on this 28 th day of, June 2014.

Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
Printed Name of Notary
**My commission Expires:  March 17, 2016**

6 of 7          RE029355583US-GBT-0003

Ent 152234 Bk 0229 Pg 0047

# JURAT

NOTICE: By: walter-laddie: by Nature:

State of California

County of _____ Los Angeles _____ } SS.

Subscribed and sworn to (or affirmed) before me on this __28th__ day of _____June_____, 20_14_, by

_____ :walter-laddie:olszewski _____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

G. FLEMING
Commission # 1966874
Notary Public - California
Los Angeles County
My Comm. Expires Feb 14, 2016

_____
NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

*handwritten margin:* NOTICE: special and private by nature:

# ◤ OPTIONAL INFORMATION ◥

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

- ☐ INDIVIDUAL
- ☐ CORPORATE OFFICER _____
- ☐ PARTNER(S)                    TITLE(S)
- ☐ ATTORNEY-IN-FACT
- ☐ TRUSTEE(S)
- ☐ GUARDIAN/CONSERVATOR
- ☒ OTHER: ____:Private American:____
  ____:one-of-the-peaceful-common-people:____

**DESCRIPTION OF ATTACHED DOCUMENT**

AMICUS CURIAE AFFIDAVIT FOR THE RECORD :walter-laddie : by nature
Private American of the United States of America

TITLE OR TYPE OF DOCUMENT

_____ 7 page of 7 _____

NUMBER OF PAGES

_____ June 28, 2014 _____

DATE OF DOCUMENT

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

OTHER

RIGHT
THUMBPRINT
OF
SIGNER

7 of 7          RE029355583US-GBT-0003

Ent 152234 Bk 0229 Pg 0048

## RECORDER'S CERTIFICATE

STATE OF UTAH, }

County of Wayne } ss.

I, __WANDA OYLER, DEPUTY_____, the duly elected, qualified and acting County Recorder in and for the County of Wayne, State of Utah, do hereby certify that the foregoing is a full, true and correct copy of the original ___AFFIDAVIT OF STATUS_____

As appears of record in my office in Book __229____ of ___OFFICIAL RECORDS_____Page __1-A__

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Loa, Wayne County, Utah, this ___30___ day of ___JUNE_____, A.D. __2014____

County Recorder

Wanda Oyler

By Deputy Recorder

---

**WAYNE COUNTY TREASURER**                                    5956

Date ___June 30'14_____,

Received of ___Robert Wray_____ Dollars $ __154 00__

For ___Recording + certified copies_____

By ___Wanda Oyler____    County Treasurer

Deputy

ORIGINAL

RECEIPT

# WAYNE COUNTY, UTAH

## LOA, UTAH

Date _____ 20 _____

From _____

Address _____

_____

WARRANTY DEED _____

QUIT CLAIM _____

TRUST DEED _____

RECONVEYANCE _____

ASSIGNMENTS _____

CONVEYANCES _____

AFFIDAVITS _____

NOTICE OF LOCATION _____

SUBSTITUTION _____

WAYNE COUNTY
RECORDING RECEIPT

COLLEEN ALLEN, RECORDER
Date: JUN 30,2014  1:37:34PM
Req By: ROBERT-GEORGE: WRAY
Filed By: CA

Entry   Book   Page(s)    Fee
------------------------------
152234 0229 0001-0048  $104.00C
                       ---------
          Total:    $104.00
     Document Count:     1

_____

_____

_____

_____

_____

_____

_____ TOTAL _____

RECORDER

12956

PARADISE PRESS - RICHFIELD, UT 84701    31345626  MAC-4

Ent 152234 Bk 229 Pg 1
Date: 30-JUN-2014  1:37:34PM
Fee: $104.00 Check
Filed By: CA
COLLEEN ALLEN, Recorder
WAYNE COUNTY
For: ROBERT-GEORGE: WRAY

**Constitutional Lawe Center**
Robert-George: Wray, Recording Agent
C/O Box 143
Torrey, Utah; usA

June 30, 2014

## Please Record the following 47 pages on the Public Record

By Robert-George: Wray

6/30/2014

Certified Copy
of Original
By