UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                     )   Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,     )   Chapter 11
                                                           )
                                   Debtors.           )   Jointly Administered
                                                           )

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kellie A. Lavery, dated July 3, 2014, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey and the bar of the United States District Court for the District of New Jersey,

IT IS HEREBY ORDERED that Kellie A. Lavery is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York

July _9_, 2014                              ___/s/Martin Glenn_____
                                                       UNITED STATES BANKRUPTCY JUDGE