**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING CLIFF LANTZ'S MOTION FOR RELIEF FROM**
**AUTOMATIC STAY**

Pending before the Court is *Cliff Lantz's Motion for Relief From the Automatic Stay Pursuant to § 363 and § 1301* (the "Motion," ECF Doc. # 6817). Lantz seeks an order lifting the automatic stay to allow him to proceed with a Utah state court action against Homecomings Financial, LLC ("Homecomings"), currently pending before Judge Royal Hansen in the Third District Court, Salt Lake County, Utah. Based on his claims in that state court action, Lantz filed proof of claim number 2017 in this case, asserting a claim against Homecomings. That claim is currently unliquidated. The ResCap Liquidating Trust (the "Trust") filed an objection to the Motion (the "Obj.," ECF Doc. # 7045) and a Declaration of Lauren Graham Delehey in support (the "Delehey Decl.," Obj. Ex. 1). Lantz filed a reply (the "Reply," ECF Doc. # 7197), supported by a Declaration of Cliff Lantz (the "Lantz Decl.," Reply Ex. C). The Court heard oral argument on the Motion on July 9, 2014.

The Court has considered the relevant factors under *Sonnax Industries, Inc. v. Tri Component Products Corp. (In re Sonnax Industries, Inc.)*, 907 F.2d 1280, 1286 (2d Cir. 1990), and finds that Lantz has established sufficient cause to lift the automatic stay to allow the Utah court to fix the amount of his damages claim against Homecomings. Further, with the consent of the parties, the Court spoke with Judge Hansen, who expressed his readiness to hear this proceeding expeditiously. Accordingly, the Motion is **GRANTED** to the extent provided herein;

the automatic stay is lifted for the purpose of resolving the merits of Lantz's remaining claims and liquidating the amount of his damages. Once that amount is fixed by the Utah court, Lantz's claim will be allowed in the appropriate class under the Confirmed Plan. The parties are directed promptly to contact Judge Hansen's chambers to arrange a conference.

**SO ORDERED.**

Dated: July 10, 2014
       New York, New York

                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                  United States Bankruptcy Judge