UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>          Debtors, | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |
| RESCAP LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>     v.<br><br>CMG MORTGAGE, INC.,<br><br>          Defendant. | Adv. Pro. Case No. 14-01998-MG |

I, James W. Brody, request admission, ***pro hac vice,*** before the Honorable Martin Glenn, to represent CMG MORTGAGE, INC, a Defendant in the above referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and the bar of the U.S. District Court for the Northern, Central, Eastern and Southern Districts of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:  July 9, 2014
       Novato, California

_signature_

James W. Brody
75 Rowland Way, Suite 350
Novato, CA 94945
jbrody@americanmlg.com
T(415) 878-0030 x. 151

4832-1697-4619.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors, | Jointly Administered |
| RESCAP LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Pro. Case No. 14-01998-MG |
| v. | |
| CMG MORTGAGE, INC., | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent CMG

MORTGAGE, INC., (the "Client") a Defendant in the above referenced case, and upon the

movant's certification that the movant is a member in good standing of the bar in the State of

California and the bar of the U.S. District Court for the Northern, Central, Eastern and Southern

Districts of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, pro hac vice, in the

above referenced adversary proceeding to represent the Client, in the United States Bankruptcy

Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  July ___, 2014
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE