**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors, | Jointly Administered |
| RESCAP LIQUIDATING TRUST, | |
| Plaintiff, | Adv. Pro. Case No. 14-01998-MG |
| v. | |
| CMG MORTGAGE, INC., | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent CMG MORTGAGE, INC., (the "Client") a Defendant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern, Central, Eastern and Southern Districts of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, pro hac vice, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  **July 10, 2014**
       New York, New York

                                            */s/Martin Glenn*
                                   UNITED STATES BANKRUPTCY JUDGE