Daniel J. Flanigan
Jason A. Nagi
**POLSINELLI**
805 Third Avenue, Suite 2020
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)
*Counsel for ResCap Borrower Claims Trust*

R. Frederick Walters
**WALTERS, BENDER, STROHBEHN & VAUGHAN**
1100 Main Street, Suite 2500
Kansas City, Missouri  64105
(816) 421-6620
*Counsel for ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | **Case No. 12-12020 (MG)** |
| **Debtors.** | **(Jointly Administered)** |

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| **STATE OF MISSOURI** | ) |
| | ) ss. |
| **COUNTY OF JACKSON** | ) |

Trista J. Backus, being duly sworn, hereby certifies and states:

I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Polsinelli, having offices at 900 Third Avenue, 21st Floor, New York, New York 10022, and at 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112.

On the 3rd day of July, 2014, a true and correct copy of the *Notice of Withdrawal of ResCap Borrower Claims Trust's Motion for Order Estimating Claims and Establishing Disputed Claims Reserve* was served by First-Class United States Mail, postage prepaid, addressed to the interested parties as they appear on the attached Service List, and served to the

48356141.1

parties on the Special Service List dated as of July 1, 2014,  pursuant to the Order dated May 23,

2012, establishing notice, case management and administrative procedures (Docket No. 141).

I declare under penalty of perjury that the foregoing is true and correct.

Trista J. Backus

On this 9th day of July, 2014, before me personally appeared **Trista J. Backus,** to me known
to be the person described herein and who executed the foregoing instrument, and acknowledged
that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and
year first above written.

Notary Public

ANDREA J. CHILTON
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: Nov 14, 2017
Commission # 13404320

**SERVICE LIST**

Thomas Margolis
125 E Charles St # 214
Muncie, IN  47305-2478

Ron Eriksen
2647 Kendridge Ln
Aurora, I L 60502

Patrick Farrell
2904 NW 14th Terrace
Cape Coral, FL  33993-9998

Otice L Collier Jr
3201 Milburn St
Houston, TX  77021-1128

John E Satterwhite Jr
3219 Kenyon Ave
Richmond,  VA  23224

Michael E Boyd
5439 Soquel Dr
Soquel, CA  95073

Felix O Abu
6999 Romanzo Way
Elk Grove, CA  95758

Todd Silber
73 Farnham Rd
South Windsor, CT  06074-0000

Karen Michele Rozier
7957 Dahlia Circle
Buena Park,  CA  90620

William J Futrell
8391 N 550 W
Bryant, IN  47326

Barry F. Mack and Cheryl M. Mack
David F. Garber
700 Eleventh Street South
Suite 202
Naples, FL  34102

Stephanie Harris
PO Box 190504
Miami Beach, FL  33119

Felix O Abu
PO Box 231171
Sacramento, CA  95823

John E Satterwhite Jr
PO Box 24093
Richmond, VA  23224

Rhonda Deese
PO Box 456
Auburndale, FL  33823