12-12020-mg    Doc 7250    Filed 07/11/14    Entered 07/11/14 15:27:11    Main Document
                                    Pg 1 of 2

Richard M. Cieri                                    Jeffrey S. Powell
Ray C. Schrock                                      Daniel T. Donovan
Justin R. Bernbrock                                 Judson D. Brown
KIRKLAND & ELLIS LLP                                KIRKLAND & ELLIS LLP
601 Lexington Avenue                                655 15th Street, N.W., Ste. 1200
New York, New York 10022                            Washington, D.C. 20005
Telephone: (212) 446-4800                           Telephone: (202) 879-5000
Facsimile: (212) 446-4900                           Facsimile: (202) 879-5200

                                                    *Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF
ALLY FINANCIAL INC.'S MOTION FOR AN
ORDER ENFORCING THE COURT'S ORDER GRANTING
DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY
CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS
TO ENTER INTO A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL
INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS**

**PLEASE TAKE NOTICE** that Ally Financial Inc. hereby withdraws *Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement With Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* [ECF No. 6981] (the "***Motion***"). This withdrawal does not constitute any finding with respect to the merits of the Motion and is not, nor shall it be deemed, an admission or a finding with respect to the matters contained therein. Out of an abundance of caution, Ally

reserves all rights in connection with the Motion, including the right to refile the Motion or file a substantially similar motion.

| | |
|---|---|
| July 11, 2014<br>New York, New York | */s/ Ray C. Schrock*<br>Richard M. Cieri<br>Ray C. Schrock<br>Justin R. Bernbrock<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Jeffrey S. Powell<br>Daniel T. Donovan<br>Judson D. Brown<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W., Ste. 1200<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |