| | |
|---|---|
| Richard M. Cieri | Jeffrey S. Powell |
| Ray C. Schrock | Daniel T. Donovan |
| Justin R. Bernbrock | Judson D. Brown |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 601 Lexington Avenue | 655 15th Street, N.W., Ste. 1200 |
| New York, New York 10022 | Washington, D.C. 20005 |
| Telephone: (212) 446-4800 | Telephone: (202) 879-5000 |
| Facsimile: (212) 446-4900 | Facsimile: (202) 879-5200 |

*Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF
ALLY FINANCIAL INC.'S MOTION FOR AN
ORDER ENFORCING THE COURT'S ORDER GRANTING
DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY
CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS
TO ENTER INTO A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL
INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS**

**PLEASE TAKE NOTICE** that Ally Financial Inc. hereby withdraws *Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement With Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants* [ECF No. 6981] (the "***Motion***"), with prejudice.  This withdrawal does not constitute any finding with respect to the merits of the Motion and is not, nor shall it be deemed, an admission or a finding with respect to the matters contained therein.

July 11, 2014  
New York, New York

*/s/ Ray C. Schrock*  
Richard M. Cieri  
Ray C. Schrock  
Justin R. Bernbrock  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell  
Daniel T. Donovan  
Judson D. Brown  
KIRKLAND & ELLIS LLP  
655 15th Street, N.W., Ste. 1200  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Facsimile: (202) 879-5200