EXHIBIT 74

# MERS® OnLine User Guide

Release 20.0
September 6, 2011

EXHIBIT 74

# Table of Contents

**Chapter 1: Introduction to MERS ........ 1**
- Introduction ........ 1
- Chapter contents ........ 2
- MERS processes ........ 2
- Mortgage Identification Number (MIN) ........ 3

**Chapter 2: MERS® OnLine ........ 4**
- Introduction ........ 4
- Chapter contents ........ 4
- Logging on to MERS® OnLine ........ 5
- Menus and menu items ........ 7
- Online Error Messages ........ 7
- Help Icon ........ 7

**Chapter 3: Update Member Information ........ 8**
- Introduction ........ 8
- Chapter contents ........ 8
- Member Information transaction requirements ........ 9
- Customize Your Information – My MERS ........ 11
- Customize Your Information – Transaction Default Settings ........ 14
- Registration Settings ........ 14
- TOS Settings ........ 14

**Chapter 4: Security ........ 16**
- Introduction ........ 16
- Chapter contents ........ 16
- The SysAdmin User ID ........ 17
- Security Roles ........ 17
- User IDs ........ 17
- Change Member Access ........ 26

**Chapter 5: Loan Registration ........ 31**
- Introduction ........ 31
- Chapter contents ........ 31
- Primary Members and Associated Members ........ 32
- Loan registration requirements ........ 32
- Re-Registration After Deactivation ........ 39
- Re-Registration After Registration Reversal ........ 40
- Conversion ........ 42

EXHIBIT 74

**Chapter 6: Removal of Interim Funder's and Warehouse/Gestation Lender's Security Interests ........... 43**
**Introduction ....................................................43**
**Chapter contents ..............................................43**
**Removing Interim Funder Interests ..........................44**
**When to remove interim funder interests....................44**
**Remove Warehouse/ Gestation Lender Interests ............45**

**Chapter 7: Registering a CEMA.......................................... 46**
**Introduction ....................................................46**
**Chapter contents ..............................................46**
**CEMA Processing...............................................47**

**Chapter 8: MIN Find and Selection .................................. 49**
**Introduction ....................................................49**
**Chapter contents ..............................................49**
**When to use MIN Find and Group .............................51**
**MIN Group Search ..............................................51**
**Information displayed on a MIN Summary ...................53**
**Using MERS® Link ...............................................55**

**Chapter 9: MIN Information Menu .................................... 57**
**Introduction ....................................................57**
**Chapter contents ..............................................57**
**Viewing, Modifying, or Adding MIN Information ............60**

**Chapter 10: Assumption of a Mortgage.............................. 69**
**Introduction ....................................................69**
**Chapter contents ..............................................69**
**Assumption requirements .....................................70**
**When to use the Assumption process ........................71**
**Original versus Current Borrowers...........................71**

**Chapter 11: Beneficial Rights Transfer Creation ................ 72**
**Introduction ....................................................72**
**Chapter contents ..............................................72**
**Create TOB Batch...............................................73**
**Beneficial rights transfer transaction requirements .......75**
**Cancel a Transfer Batch .......................................76**
**Modify a Transfer Batch.......................................78**
**View List of Pending Batches ................................80**

**Chapter 12: Beneficial Rights Transfer Confirmation.......................... 81**
**Introduction ....................................................81**
**Chapter contents ..............................................81**
**Beneficial rights transfer confirmation methods...........81**
**Transfer Beneficial Rights Batch Confirmation Results Page..........84**

EXHIBIT 74

**Chapter 13: Servicing Rights Transfer Creation .................................. 85**
- Introduction ........................................................................................85
- Chapter contents ..................................................................................85
- Servicing rights transfer transaction requirements ..........................................89
- Option 1 TOS transaction requirements...........................................................92
- Cancel Transfer of Servicing Batch ....................................................................93
- Modify a Transfer Batch.........................................................................................95
- Viewing List of Pending Batches ..........................................................................97

**Chapter 14: Servicing Rights Transfer Confirmation .......................... 98**
- Introduction ........................................................................................98
- Chapter contents ..................................................................................98
- Servicing rights transfer confirmation methods..................................................98
- Transfer Servicing Rights Confirmation Results Page ....................................101

**Chapter 15: MIN Deactivation............................................................102**
- Introduction ........................................................................................102
- Chapter contents ..................................................................................102
- Types of deactivation processes ..........................................................................103
- MIN deactivation transaction requirements ......................................................103

**Chapter 16: Loan Foreclosure............................................................106**
- Introduction ........................................................................................106
- Chapter contents ..................................................................................106
- Types of foreclosure processes............................................................................106
- Foreclosure process ..............................................................................................110
- Loan foreclosure transaction requirements ......................................................111

**Chapter 17: Reversal (Registration and Deactivation) ........................113**
- Introduction ........................................................................................113
- Chapter contents ..................................................................................113
- Registration Reversal...........................................................................................114
- Deactivation Reversal ..........................................................................................115

**Chapter 18: Reports ..........................................................................117**
- Introduction ........................................................................................117
- Chapter contents ..................................................................................117
- Portfolio Analysis Report ....................................................................................118
- Report formats.......................................................................................................120

**Glossary.............................................................................................121**

EXHIBIT 74

# Chapter 1: Introduction to MERS® OnLine

## Introduction

MERSCORP, Inc. (MERSCORP), which owns and operates a national electronic registry to track ownership and changes to ownership of mortgage rights, and Mortgage Electronic Registration Systems, Inc. (MERS), its wholly owned subsidiary which acts as the mortgagee of record in the public land records and as nominee for the lender and its successors and assigns, were created by the real estate finance industry to eliminate the need to prepare and record assignments.

When MERS is the mortgagee of record, this eliminates the need for mortgage assignments between MERS® System Members, thereby improving the process and reducing the cost to transfer and track the ownership of mortgage rights and to increase the efficiency of the lien release process.

MERS as original mortgagee (MOM) is approved by Fannie Mae, Freddie Mac, Ginnie Mae, FHA and VA, California and Utah Housing Finance Agencies, as well as all of the major Wall Street rating agencies.

This User Guide provides instruction for using the MERS® OnLine browser application. Other useful manuals include:

- *MERS® System Procedures Manual* which contains information on MERS® System policies and procedures, and can help you determine how the MERS® System impacts your business processes
- *MERS® System Quality Assurance Procedures Manual* which details MERS® System requirements for Quality Assurance
- *MERS® System Integration Handbook Volume I* which provides detailed information on becoming MERS® System Ready
- *MERS® System Integration Handbook Volume II* which provides the technical specifications for interacting with the MERS® System. This manual is of most use to Members that send flat file or EDI X12 transmissions
- *MERS® System Reports Handbook* which contains descriptions of available MERS® System reports.
- *MERS® System EDI Implementation Guide* for Members who are using the EDI X12 interface
- *MERS® Lite Tool Kit* which outlines the steps Lite Members (Members who don't service MERS® System registered loans) need to follow to become MERS® System Ready

All of these documents are available on the MERSCORP website at www.mersinc.org.

EXHIBIT 74

**Chapter contents**

This chapter describes the processes that can be done using MERS® OnLine. It also explains the role of the Mortgage Identification Number (MIN).

**MERS® OnLine processes**

The processes that MERS® OnLine provides are:

| Processes | | Processes | |
|---|---|---|---|
| **Name** | **Description** | **Name** | **Description** |
| **Messages** | Shows messages from the MERSCORP Help Desk to all Members. Also alerts you if your TOS and TOB batches are near expiration | **Release Interim Funder Interests** | Release interim Funder interests |
| **Administration** | Set up new users, change passwords and challenge responses, create security roles, set up Member Options and My MERS | **Assumption** | Add new borrower information to loans assumed after the loan registers on the MERS® System |
| **Change Member** | Used to log on as a different MERS® System Member to perform functions on their behalf | **Reports** | Download, view, and print reports |
| **Registration** | Register closed loans | **MERSLink** | Allows you to view summary and recording information for registered MINs |
| **Reversals** | Reverse loan deactivations or registrations processed in error | **OnLine Help** | Look up information about MERS® OnLine |
| **MIN Information** | Update loan information after registration, and search for MINs | **Knowledge Base** | A repository of information about how to use the MERS® System |
| **TOS Menu (Transfer Servicing Rights)** | Create and confirm servicing rights transfers | **Log-off** | Log out of MERS® OnLine |
| **TOB Menu (Transfer Beneficial Rights)** | Create and confirm beneficial rights transfers | **www.mersinc.org** | Link to the MERSCORP website |
| **Deactivation** | Deactivate registered loans for payoff or other reasons | **E-mail Help Desk** | Easily send a question to the MERSCORP Help Desk |
| **Foreclosure** | Change a MIN status to reflect a pending or completed foreclosure | **Enhancement Request** | Send an enhancement idea to the MERSCORP Help Desk |

EXHIBIT 74

**Mortgage Identification Number (MIN)**

The Mortgage Identification Number or MIN is a unique 18-digit identifier assigned permanently to loans prior to the Registration process and used in all processes on the MERS® System. A MIN can be reactivated but never duplicated or reused.

A MIN is comprised of three segments of numbers:

- The first seven digits identify a MERS® System Member organization (Org ID).
- The next ten digits reflect a numeric loan sequence number assigned by the MERS® System Member creating the MIN.

The next number is a check digit calculated using a Mod 10 Weight 2 Algorithm.

- The Servicer loan number is not stored on the MERS® System. Please check with your service provider about available methods for cross-referencing your loan number to the MIN.
- Alphabetic characters cannot be used in the MIN.

**100XXXX-XXXXXXXXXX-X**

**Org ID - Sequence # - Check Digit**

Originators must place the MIN on all Security Instruments that name Mortgage Electronic Registration Systems, Inc. (MERS) as the Original Mortgagee, Assignments to or from MERS, and other recorded documents that name MERS. MINs can be generated from:

- Loan Origination Systems
- MERS® 1-2-3: an online system that enables Members and non-members to link to a document provider's site to produce MERS documents, generate MINs, and send registration data back to the MERS® System for a MERS® System Member to register.
- Custom programming designed to calculate a MIN

EXHIBIT 74

# Chapter 2: MERS® OnLine

**Introduction**

MERS® OnLine is a browser-based application available through the Internet. The URL address for MERS® OnLine is www.mersonline.org. A link to MERS® OnLine is also available from the MERSCORP website at www.mersinc.org.

The following transactions are available:

- Log-on
- Main Menu
  - ✓ Messages
  - ✓ Administration
  - ✓ Change Member
  - ✓ Registration
  - ✓ Reversals (Registration and Deactivation)
  - ✓ MIN Information (including MIN Find)
  - ✓ Transfer of Servicing
  - ✓ Transfer of Beneficial Rights
  - ✓ Deactivations
  - ✓ Foreclosure
  - ✓ Removal of Interim Funder Interest
  - ✓ Assumption
  - ✓ Reports
  - ✓ MERSLink
  - ✓ OnLine Help
  - ✓ Knowledge Base
  - ✓ Log-off
  - ✓ www.mersinc.org
  - ✓ E-mail HelpDesk
  - ✓ Enhancement Request

**Chapter contents**

This chapter explains how to log on to MERS® OnLine.

EXHIBIT 74

## Logging on to MERS® OnLine

Logging on to MERS® OnLine is similar to logging on to any browser-based application using Internet Explorer 6.x or higher. To log on, you must have:

- Your seven-digit organization identification (Org ID) assigned by MERSCORP
- Your individual user identification (User ID) assigned by your MERS® System Administrator
- Your Password assigned by your MERS® System Administrator*

**Notes**

- Your Password appears as asterisks when typed
- You are prompted to change your Password at regular intervals, but you may change it anytime
- Three unsuccessful log-on attempts will disable a User ID*
- Your MERS® System Administrator resets your password for you*
- Concurrent sessions by the same user are not allowed
- Your Password is case sensitive, and must contain between 6 and 12 characters. It must start with a letter, and contain at least one number and one of the following special characters: **:!#$%()*+,/;<=>?**
- Your Password cannot contain repeated characters (e.g. tommy#1, betty#3, 22busy!) or the word "MERS," or be the same as your User ID or any of your last 12 passwords

* If your organization participates in Automated Password Reset, each user creates a new password and challenge responses the first time they log in, and can then use the challenge responses to reset their password if they forget it. For organizations using Automated Password Reset, three unsuccessful log-on attempts lock the User ID so that the user must answer the challenge questions to log in and reset their password.

EXHIBIT 74

https://www.mersonlineuat.org - MERS OnLine - Microsoft Internet Explorer
File Edit View Favorites Tools Help
MERS OnLine
www.mersinc.org
Process Loans, Not Paperwork
MERS® OnLine UAT
Please enter your logon credentials below.
Organization ID:
User ID:
Password:
Logon
If you have forgotten your password, please enter your Organization ID and User ID and click "Forgot My Password".
Forgot My Password
Copyright© 1999 by MERSCORP, Inc. 1-800-646-MERS (6377)
Other products or company names are or may be trademarks or registered trademarks and are the property of their respective holders.
EDS
Web site created and supported by EDS
Done
Internet
Enter your Org ID
Enter your User ID
Enter your password
Click Logon
OR
If you have forgotten your password, enter your Org ID and User ID, then click Forgot My Password to log in and reset your password using the Challenge Responses you have set up

EXHIBIT 74

**Menus and menu items**

Functions available for you to use appear on the left side of the screen as hyperlinks. Functions not available to you appear in gray font or do not appear.

The Change Member function is only for the use of MERSCORP or Members authorized to process for other Org IDs

---

**Online Error Messages**

When an online transaction fails, you will get an online error message. The error message will include a link to click for additional information, and an Error Message Number, which can help you save time in researching similar error messages.

---

**Help Icon**

You can click the ❓ icon on any page to display instructions on how to use that page or perform that process.



EXHIBIT 74

# Chapter 3: Update Member Information

## Introduction

Your company information was initially entered by MERSCORP. MERSCORP will maintain some of the information, and you, or your system administrator, are responsible for maintaining the remainder. You enter, modify and view member information on the Member Information window, which consists of the following sections:

- Name/Address
- General
- LOB (Lines of Business)
- Contacts
- Options
- Relationships
- Reports
- Member Summary (displays Name/Address, Lines of Business, and contact information for any Member)
- Transaction Default Settings
- eRegistry Certificate Information
- eRegistry Relationships

## Chapter contents

This chapter explains how to view and update your member information.

| Step | Action |
|---|---|
| 1 | Click Administration from the Main Menu.<br>💻 The Administration menu appears |
| 2 | Click Member Information on the Administration menu.<br>💻 The Member Information menu appears |
| 3 | Select the menu option for the category you want to view or modify. |

EXHIBIT 74

**Member Information transaction requirements**

The Member information fields contain the following information:

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields that appear with an * are required fields. The other fields should be completed if the information is available.<br>• Type telephone numbers without dashes or other punctuation.<br>• Select a check box to indicate "Yes" – click on the check box to select or deselect it. |
| **Name/Address** | • You can change any information except your member name or Overnight Special Instructions. If you need to change your member name, you must notify MERSCORP in writing. You must notify the Help Desk to change Overnight Special Instructions. |
| **General** | • You can view information but not change it. |
| **LOB** | • Valid lines of business for the Member are checked<br>• You can view information but not change it. |
| **Contact** | Enter information for the following contact types:<br>◊ Accounts Billing (mandatory)<br>◊ Certifying Officer<br>◊ Compliance Officer<br>◊ Primary Customer Service (mandatory)<br>◊ Secondary Customer Service<br>◊ eRegistry (mandatory for eRegistry Members)<br>◊ Executive Sponsor<br>◊ Legal<br>◊ Mail Room<br>◊ Operational (mandatory)<br>◊ Property Preservation<br>◊ Quality Assurance Officer<br>◊ Primary System Administrator (mandatory)<br>◊ Secondary System Administrator<br>◊ Technical<br>• To add a contact entry, click the ADD hyperlink. (You may have multiple contacts for all contact types except primary customer service, primary system administrator, and billing.)<br>• To delete a contact entry, select the entry and click Delete. (You cannot delete the Accounts Billing, Primary Customer Service, or Primary System Administrator contact, or the last Operational contact – instead, update the contact information.)<br>• To modify a contact entry, select the entry, make the updates, and click Update. |

EXHIBIT 74

<table>
<tr><td>Options</td><td>You can only update your Password Expiration Days and XML Transaction Password. To update other Member Options, contact the MERSCORP Product Performance Department at ppd@mersinc.org.<br><br>Your Agency IDs are listed here. If you have multiple IDs for any one Agency, your default ID is indicated. The default Agency ID is used when there is no Agency ID listed on the MIN, but Agency ID is required for a Transfer transaction.</td></tr>
<tr><td>Relationships</td><td>• Add a Vendor entry to authorize a third party to perform transactions on your organization's behalf. Example: A Registrar.<br>• Add other relationships to create customized Org ID lists for My MERS to make it easier to complete some transactions.</td></tr>
<tr><td>Reports</td><td>• Add or discontinue optional reports<br>• Specify the format (text and/or pdf) for each report<br>• Request a combined report/data file (all reports, in .txt or .pdf format, compressed in one zip file) or a consolidated report data file (one tab-delimited file that contains data from specified reports)<br>• Request a Portfolio Analysis Report. There is no charge for the first two ordered per month. You can also schedule this report to be run at the same time every month.</td></tr>
<tr><td>Member Summary</td><td>View limited information about your own company or other MERS® System Members. Information includes valid lines of business for the Member, and contact information.</td></tr>
<tr><td>Transaction Default Settings</td><td>You can pre-set values for your online Registration and Transfer of Servicing transactions.</td></tr>
<tr><td>eRegistry Options</td><td>To update eRegistry or eDelivery Options, contact the MERSCORP Product Performance Department at ppd@mersinc.org.</td></tr>
<tr><td>eRegistry Certificate Information</td><td>For MERS® eRegistry Members, digital signature certificate information is stored here.<br>• You can view information but not change it.</td></tr>
<tr><td>eRegistry Relationships</td><td>For MERS® eRegistry Members, Controller Delegatee for Transfers and Auto-Confirm Transfer relationships are stored here.<br>• Add a Vendor entry to authorize a third party to perform transactions on your behalf.<br>• Add a Controller Delegatee for Transfers entry to authorize that Delegatee for Transfers to perform transactions on eNote records for which you are the Controller.<br>• Add an Auto-Confirm Transfer entry to identify Controller Org IDs from which you wish to accept transfers automatically.</td></tr>
</table>

EXHIBIT 74

## Customize Your Information – My MERS

You can set up a custom list for each type of organization with which you regularly do business. For example, you can create a My MERS list to show only your Investors, and another to show only the organizations to which you sell servicing.

To set up your My MERS lists, follow these steps.

| Step | Action |
|---|---|
| 1 | Click Administration from the Main Menu.<br>The Administration menu appears |
| 2 | Click on Member Information.<br>The Member Information menu appears |
| 3 | Click on Relationships<br>The Relationships page appears<br><br><br>Select the type of My MERS list you want to create.<br>That section of the page will display |

EXHIBIT 74

| | |
|---|---|
| 4 | Click on the relationship type hyperlink.<br>A page displays in which to enter the Org IDs you want for that My MERS list. |
| 5 | Enter the Org IDs and press Submit. |
| 6 | Follow steps 3 – 5 for each My MERS list you want to create. |
| 7 | From the Administration Menu, click on My MERS<br>The My MERS page appears |
| 8 | Select ON to turn the My MERS option on for your Org ID. |
| 9 | Click Submit. |

EXHIBIT 74

To delete My MERS relationships, follow these steps:

| Step | Action |
|---|---|
| 1 | Click Administration from the Main Menu.<br>The Administration menu appears |
| 2 | Click on Member Information.<br>The Member Information menu appears |
| 3 | Click on Relationships<br>The Relationships page appears |
| 4 | Select the type of My MERS list you want to create.<br>That section of the page will display |
| 5 | Click the Delete button next to the Org ID you want to remove. |

EXHIBIT 74

## Customize Your Information – Transaction Default Settings

The Registration, Create TOS, and Create TOS/TOB pages have many settings for all organizations. Many Members, however, typically enter the same information for each transaction. You can pre-set certain fields to make your data entry easier and more accurate.

### Registration Settings

You can pre-set the following fields to make your registration data entry faster and more accurate:

- Lien Type: First or Subordinate
- Servicer Org ID
- Subservicer Org ID
- Investor Org ID
- Document Custodian Org ID
- Interim Funder Org ID
- Originating Org ID
- Original Note Holder
- MOM Indicator: MOM, Non-MOM or iRegistration
- Pre-Closing Indicator: Yes or No
- Associated Member Org IDs

### TOS Settings

You can pre-set the following fields to make setting up Transfer of Servicing transactions faster and more accurate:

- Current Investor Org ID
- Current Servicer Org ID
- Current Subservicer Org ID
- New Servicer Org ID
- New Subservicer Org ID
- New Servicer/Investor Org ID
- New Document Custodian Org ID
- Delete Current Custodian flag

EXHIBIT 74

<table>
<tr><th>Step</th><th>Action</th></tr>
<tr><td>1</td><td>Once you have determined you have access to this option, from the Administration Menu, click on Member Information, then Transaction Default Settings, and complete the page that appears.

</td></tr>
<tr><td>2</td><td>Click Update to save your selections.<br>They will be in effect <u>immediately.</u></td></tr>
</table>

EXHIBIT 74

# Chapter 4: Security

**Introduction**

MERSCORP grants each Member organization security rights for the processes they are authorized to perform. Within your organization your MERS® System Administrator sets up customized security roles and new User IDs. The security roles define the processes each user is authorized to perform.

Your MERS® System Administrator will create new security roles and give each of them access to some or all functions on the MERS® System (limited to your company's lines of business entered on your Member Profile).

The MERS® System Administrator can also delete security roles. To do so, the role must no longer be associated with any User ID.

Every user's password will expire and have to be changed at an interval selected by your MERS® System Administrator, but you can change your password anytime.

If your organization participates in Automated Password Reset, each user can set up challenge responses to allow them to log in and change their password by answering challenge questions. The challenge responses also can be updated anytime.

- You will be prompted to establish your responses if none exist when you change your password.
- The system will present the challenge questions after three unsuccessful logon attempts or when you click the Forgot My Password button on the login page.
- After three unsuccessful attempts to answer the challenge questions (or after three unsuccessful logon attempts if you have not set up challenge responses), the system will disable your User ID; your System Administrator can re-enable your User ID to allow further login attempts, and reset your password if necessary.
- Whenever your System Administrator re-enables your User ID or resets your password, the system will prompt you to create a new password and challenge responses on your next login.

**Chapter contents**

This chapter explains how to set up users on the MERS® System, how to set up security roles, and how the roles can be used. It also explains how to change your password and, if your organization participates in Automated Password Reset, update your Challenge Responses.

EXHIBIT 74

## The SysAdmin User ID

The MERS® System assigns each Member an initial User ID called "sysadmin." The person responsible for your MERS® System administration will use this User ID to create all other users. The "sysadmin" User ID can only create, modify and delete User IDs. It cannot do any other functions on the MERS® System. Your MERS® System Administrator will need to create another security role to allow update of Member Information (including Contacts).

---

## Security Roles

A security role is a member-defined list of MERS® System processes and sub-processes selected from the authority granted to the Member by MERSCORP. Member-defined security roles are usually defined by internal member functions. For example, you may require different individuals to perform registrations and transfers of servicing rights. The member system administrator sets up a Registrations security role with security rights to the registration functions, and a Transfer security role with security rights to the transfer servicing rights functions.

Your system administrator creates a security role, and assigns each user to the appropriate role for their function. A security role may have multiple users assigned. It may be modified to add or delete new processes and sub-processes. Any modifications made to the security role will affect all users assigned to it.

Requests for changes to a Member's authorized processes and sub-processes must be submitted in writing to MERSCORP.

Members may also grant authority to third parties to process transactions for them. See the Relationships section in Chapter 3 for details.

---

## User IDs

MERSCORP sets up the initial member system administrator User ID. That ID is authorized to create User IDs and additional member system administrators for your organization.

Your organization's MERS® System Administrator creates a unique user identification for each individual who performs functions on the MERS® System. User identification consists of the user name; a system identifier (User ID), assigned security role, status, and password. User IDs are unique within a member organization.

User security roles do must be entered for each User ID. A User ID can only be assigned one security role.

A User ID may be modified and enabled or disabled by your MERS® System Administrator as needed.

The system administrator can also delete User IDs by checking the "Delete" box. Once deleted, the User ID cannot be accessed but is retained on the database so that it will appear as appropriate on reports and milestones.

EXHIBIT 74

When a user forgets their password, they can use the Forgot My Password button if they have established challenge responses; otherwise the MERS® System Administrator will need to reset the password. After three unsuccessful log-on attempts, the User ID is locked out and can only log in by answering their challenge questions. Three unsuccessful attempts to answer the challenge questions disables the User ID, and the MERS® System Administrator must enable, and may also enter a new password.

For Members not using Automated Password Reset, the User ID is disabled after three unsuccessful log-on attempts, and your MERS® System Administrator must enable it.

---

Follow these steps to setup User IDs and security roles.

| Step | Action |
|---|---|
| 1 | Log on to MERS® OnLine using the SysAdmin User ID and Password, or another user identification with security access to create User IDs and security roles |
| 2 | Click Administration from the main menu.<br>The Administration menu appears. |
| 3 | Click Security from the Administration menu.<br>The Security menu appears. |

| Transaction | Requirement |
|---|---|
| **List of Roles** | Displays roles your system administrator has set up   |

EXHIBIT 74

| Transaction | Requirement |
|---|---|
| **New Role Definition** | Your System Administrator uses this option to create new security roles and give each of them access to some or all functions on MERS® OnLine (limited to your company's lines of business entered on your Member Profile).   |



EXHIBIT 74

To allow all functions within a Group, check its Allow checkbox
To limit the security within a group, click its Function Group Description hyperlink
When you have selected all the appropriate Function Group Descriptions, click Submit
Allow
Function Group Description
Assumption
Deactivation
Foreclosure
MERS LINK
MERS Membership
MIN Information
Member Information
Member System Administration
Registration
Reports
Reserve MIN Information
Reversals
Transfer beneficial rights
Transfer of servicing rights
Submit
Process loans, not paperwork
UAT
1005500
Security Menu
List of Roles
New Role Definition
New User Definition
List of Users by Name
List of Users by Role
Back to Administration Menu
Back to Main Menu
Allowable functions for Function Group : Registration
Allow
Function Description
Perform Function As
Add assignment
Add assignment recording
Add modification agreement
Add modification agreement recording
Add original borrower
Add security instrument recording
Delete assignment
Delete assignment recording
Delete modification agreement
Delete modification agreement recording
Delete original borrower
Delete security instrument recording
Modify assignment
Modify modification agreement
Modify quality review flag
Process
Echo Mortgage Company - UAT
Submit
Select the Function Description(s) appropriate for this Role
When limiting functions within the Function Group, always select Process
When you have selected all the appropriate Function Descriptions, click Submit

EXHIBIT 74

<table>
<tr>
<td>New User Definition</td>
<td>Your System Administrator will
<ul>
<li>Enter user’s full name</li>
<li>Enter User ID
<ul>
<li>may contain 4-8 characters</li>
<li>must be unique within your Org ID</li>
<li>must start with a letter</li>
<li>cannot contain the word “MERS”</li>
<li>cannot be the word “RESMIN”</li>
<li>cannot contain any spaces</li>
<li>cannot contain any special characters except period(.) or hyphen(-)</li>
<li>User IDs are not case sensitive</li>
</ul></li>
<li>Select a Role for the User</li>
<li>Mark the “Enable User ID” checkbox to activate the User ID</li>
<li>Type a new Password in the Initial Password field
<ul>
<li>Must have 6-12 characters</li>
<li>Must start with a letter</li>
<li>Must contain at least one number</li>
<li>Must contain at least one of the following characters: :!#$%()*+,/;<=>?</li>
<li>Cannot have consecutive repeating characters</li>
<li>Cannot contain the word “MERS” regardless of case</li>
<li>Must be different than the User ID</li>
<li>A password is reusable after 12 password changes</li>
<li>Passwords are case sensitive</li>
</ul></li>
<li>Type the Password again into the Confirm Password field</li>
</ul></td>
</tr>
</table>

EXHIBIT 74

MERS OnLine - Microsoft Internet Explorer
Process loans, not paperwork
Training
1000001
Create New User
All fields are required to create a new user. User ID must be unique within the organization. It is not case sensitive. It may be a combination of 1-8 letters and numbers. It may not start with a number or contain special characters.
User Name:
User ID:
Role:
Access for Imperial
Enable the User ID:
Initial Password:
Confirm Password:
Submit
Type the first and last name of the MERS user in the User Name field
Enter a unique User ID
Use the drop down to select the security Role
Select the Enable the User ID checkbox
Click Submit
Enter a password in the Initial Password field and retype it in the Confirm Password field
Click on Submit
A message will display stating if the New User ID was created.
New User ID was Successfully created!
Click here if you would like to create another User ID
Click this hyperlink to create another User ID

EXHIBIT 74

| | |
|---|---|
| **List of Users by Name**<br><br>**List of Users by Role**<br><br>**List of Users by ID** | The list of users may be viewed by User Name, Role, or User ID<br>• Only displays users in your organization<br>• A user is required to have a User ID to perform functions<br>• A user working for more than one member organization is not required to have a User ID for each organization as long as ***CHANGE MEMBER*** security access has been granted by MERSCORP |
| **Change Password** | From the **Main Menu**, select **Administration**, then **Change Your Password**<br>MERS OnLine - Microsoft Internet Explorer; Change Password; Please enter your logon credentials below. Organization ID: User ID: Old Password: New Password: Confirm New Password: Submit<br>Enter your Org ID, User ID, and existing Password as if you were logging in<br>Enter the new password<br>Enter the new password again<br>Click Submit<br>The **<u>Password</u>** is case sensitive. It must have 6-12 characters, must start with a letter, cannot contain repeating characters or 'MERS', and must contain at least one number and at least one of the following special characters: **: ! # $ % ( ) * + , / ; < = > ?** |

EXHIBIT 74

| | |
|---|---|
| **Update Responses** | From the **Main Menu**, select **Administration**, then **Update Responses** <br> The **Challenge Responses** are not case sensitive. <br> Each must be unique, and have at least 5 characters. |
| **For Organizations Participating in Automated Password Reset** | **When you click the Forgot My Password button on the login page**, or after three unsuccessful logon attempts, you will be prompted to log in and change your password by answering three of the challenge questions: <br> **After three unsuccessful attempts to enter challenge answers**, or if you have not yet established challenge responses, the system will refer you to your organization's MERS® System Administrator, who can reset your password. |

EXHIBIT 74

**The first time you log in** after your MERS® System Administrator has reset your password or re-enabled your User ID, you will be prompted to create a new password and establish new challenge responses:

You will also receive this prompt if you change your password before you have established challenge responses, either using the Change My Password option or by attempting to log in after your password has expired.

| **Processing** | • After submitting, a message will be returned advising if the transaction was completed successfully. |
|---|---|

EXHIBIT 74

## Change Member Access

MERSCORP grants Change Member access to organizations with more than one MERS® System Org ID (e.g. parent and child) to eliminate the need for multiple User IDs for users who may need to perform transactions for both Org IDs, and to Members listed in a Vendor relationship with your organization. The user may switch access during a session to any of the Org IDs for which the Member has been authorized. Additionally, security roles may be differentiated to allow a user to perform a particular transaction for one Org ID but not another.

| Step | Action |
|---|---|
| 1 | Click Change Member on the main menu.<br>The Change Member page appears. |
| 2 | Enter the Org ID for the Member for which you wish to perform transactions and click Submit.<br>OR<br>Click on the Member List hyperlink to display a list of Members to which you may change, and click on the Member Name or Org ID to change to that Member<br>A message appears informing you of the successful change.<br>The security role assigned to the user does not change from Org ID to Org ID. However, each role may be set up to allow transactions for one Org ID but not another. |

EXHIBIT 74

# Accessible Functions by Line of Business

| *Line of Business* | *Functions Accessible* | *Inter-relationships* |
|---|---|---|
| ***Servicer*** | • Registration<br>• Registration Reversal<br>• Initiation of Transfer of Servicing (flow or seasoned)<br>• Confirm Transfer of Servicing<br>• Initiation of Transfer of Beneficial Rights (option 2)<br>• Assumption Notification<br>• Reports<br>• Foreclosure Notification<br>– Foreclosure pending (option 1), assigned to Servicer<br>– Reinstated or modified (option 1), assigned back to MERS<br>– Reinstated or modified (option 1), not assigned back to MERS<br>– Reinstated or modified (option 2)<br>– Foreclosure complete<br>• Member Security<br>• Deactivation and Lien Release<br>– Paid In Full<br>– Transfer to non-MERS Status<br>• Loan Maintenance<br>• Deactivation Reversals<br>• Member Administration<br>– Third Party Security<br>– Relationships<br>– My MERS<br>– Transaction Default Settings<br>• Initiation of Default by Subservicer (Must contact MERSCORP) | • Subservicer line of business access is automatically assigned by MERSCORP<br>• Must have subservicer line of business access for transfers of servicing.<br>• Investor line of business access is automatically assigned by MERSCORP to enable repurchases via transfers of beneficial rights. |

EXHIBIT 74

| Line of Business | Functions Accessible | Inter-relationships |
| --- | --- | --- |
| ***Subservicer*** | • Registration<br>• Initiation of Transfer of Servicing (flow or seasoned)<br>• Confirmation of Transfer of Servicing<br>• Initiation of Transfer of Beneficial Rights (option 2)<br>• Assumption Notification<br>• Reports<br>• Foreclosure Notification<br>  – Foreclosure pending (option 1), assigned to Servicer<br>  – Reinstated or modified (option 1), assigned back to MERS<br>  – Reinstated or modified (option 1), not assigned back to MERS<br>  – Reinstated or modified (option 2)<br>  – Foreclosure complete<br>• Member Security<br>• Deactivation and Lien Release<br>  – Paid In Full<br>  – Transfer to non-MERS® System Member<br>  – CEMA<br>• Loan Maintenance<br>• Deactivation Reversals<br>• Quality Assurance<br>• Member Administration<br>  – Third Party Security<br>  – Relationships<br>  – My MERS<br>  – Transaction Default Settings | • None |

EXHIBIT 74

| ***Line of Business*** | ***Functions Accessible*** | ***Inter-relationships*** |
| --- | --- | --- |
| ***Investor*** | • Confirmation of Transfer of Servicing<br>• Confirmation of Transfer of Beneficial Rights (option 2)<br>• Initiation of Transfer of Beneficial Rights (option 1)<br>• View Loan Information<br>• Initiation of Default By Servicer Deactivation (Must contact MERSCORP)<br>• Reports<br>• Member Administration<br>• Member Security | • Must have servicer line of business access for default process. |
| ***Originator*** | • Registration<br>• Registration Reversal<br>• Loan Maintenance<br>• Member Administration<br>• Member Security<br>• Reports | • None |
| ***MERS 1-2-3*** | • MIN Reservation<br>• MIN Tracking | • Must have MERS 1-2-3 line of business. |
| ***Title Company*** | • Member Administration<br>• Member Security<br>• View Loan Information<br>• Reports | • None |
| ***Interim Funder*** | • Removal of Interim Funder Security Interests<br>• View Loan Information<br>• Member Administration<br>• Member Security<br>• Reports | • None |
| ***Warehouse/ Gestation Lender*** | • View Loan Information<br>• Member Administration<br>• Member Security<br>• View Loan Information<br>• Reports | • None |

EXHIBIT 74

| *Line of Business* | *Functions Accessible* | *Inter-relationships* |
|---|---|---|
| ***Document Custodian*** | • View Loan Information<br>• Member Administration<br>• Member Security<br>• View Loan Information<br>• Reports | • None |
| ***Property Preservation Company*** | • Member Administration<br>• Member Security<br>• MIN Information<br>• Reports | • None |
| ***Vendor/ Service Provider*** | • Member Administration<br>• Member Security<br>• Reports<br>• Third Party Transactions as authorized by Member | • None |
| ***Lite Member Indicator*** | Lite Members have these LOBs<br>• Originator<br>• Servicer/ Subservicer<br>• Investor<br>• Document Custodian | Lite Members will not show on pop-up Org ID lists on a registration or transfer transaction because it is unlikely a Lite Member will be named by another Member. |

# Chapter 5: Loan Registration

**Introduction**

Registration is the process of entering loan information into the MERS® System.  You can register a loan:

- As a Pre-Closing before you close it
- As a MOM loan after you have closed it on a Security Instrument naming Mortgage Electronic Registration Systems, Inc. (MERS) as the original mortgagee
- As a Non-MOM loan if you've recorded an assignment to MERS
- As an iRegistration if MERS is not the mortgagee on the loan

Each loan you register must have a Mortgage Identification Number (MIN). MINs are typically generated from your loan origination system, or from a software program your company develops that can calculate the MIN using the Mod 10 Weight 2 algorithm.

**Chapter contents**

This chapter describes how to register a loan. It also explains the difference between primary and associated members.  See Chapter 17 for instructions on reversing a registration.



EXHIBIT 74

**Primary Members and Associated Members**

The differences between primary and associated members are as follows:

- *Primary Members* are identified with their Lines of Business as:
  - ◊ Servicer
  - ◊ Subservicer
  - ◊ Investor
  - ◊ Custodian
  - ◊ Interim Funder
- *Associated Members* have been granted inquiry only access to loan information by the Servicer/Subservicer of a mortgage registered on the MERS® System and are identified with their Lines of Business as:
  - ◊ Collateral Agent
  - ◊ FHLB/FRB
  - ◊ Government Housing Agency
  - ◊ Master Servicer
  - ◊ Mortgage Insurance Company
  - ◊ Trustee
  - ◊ Warehouse/Gestation Lender
  - ◊ Alternative Custodian
  - ◊ Participation Investor
  - ◊ Other
  - ◊ Property Preservation Company

**Loan registration requirements**

The loan registration requirements are as follows:

| Field | Notes |
|---|---|
| **Data entry Tips** | • Enter MINs with or without dashes.<br>• Fields that appear with * are required. Other fields are optional, but should be completed if the information is available.<br>• Enter dates in the appropriate fields, Month (alpha – choose from drop-down list), Day (numeric), Year (4-digit numeric).<br>• Enter dollar amounts without commas or decimal points.<br>• Enter Social Security Numbers without dashes. |
| **MIN** | • Enter a valid new, PreClosing, Non-MERS Status, or iRegistration MIN to access the Registration details page. |

EXHIBIT 74

| Field | Notes |
|---|---|
| **Loan Information** | Note that the fields asterisked (*) below can be pre-set to frequently used values using Transaction Default Settings. (See Chapter 3: Update Member Information for instruction)<br>The fields displayed are:<br>• *Lien type (First or Subordinate)<br>• Note amount – enter without commas or decimal point, unless the loan amount includes cents<br>• Note Date – must be a valid date no more than 31 years in the past, or greater than the current date<br>• Funding Date – optional<br>Used if the funding date is different from the date on the Note<br>• Originating Org ID<br>• Original Note Holder<br>• *Servicer<br>• *Investor<br>• Interim Funder<br>• Subservicer<br>• Custodian<br>• Associated Members<br>Select Lien Type from drop down<br>Enter Note Amount<br>Enter Note Date<br>Enter Funding Date if different from Note Date<br>Enter Originating Org ID for Member originator, or Original Note Holder for Non- Member originator<br>Enter Servicer & Investor Org IDs<br>Enter Subservicer & Custodian Org IDs if applicable<br>Enter Interim Funder Org ID if required by warehouse lender<br>Enter Associated Member Org IDs if applicable |

EXHIBIT 74

| Field | Notes |
|---|---|
| **Borrower** | • The current primary borrower is required.<br>• Only one current primary borrower and one original primary borrower (if an assumption) are allowed. You can enter one primary borrower and up to three co-borrowers during registration.<br>To enter additional co-borrowers, use the MIN Update function.<br>• Borrowers and co-borrowers cannot have the same Corporation Name or Social Security Number as another borrower or co-borrower on the MIN. |

| Field | Notes |
| --- | --- |
| **Property** | • Street Number, Name, Designator, and Direction; Unit type and Number; City; State; ZIP code.   Note: If direction appears after the street name on the Security Instrument (e.g. Winter South), enter it in the street name field instead of the direction field. If direction appears after the designator (e.g. Landing Road North), enter all three in the street name field. |

EXHIBIT 74

| Field | Notes |
| --- | --- |
| **Legal Description** | • The Legal Description is a field for the name of the county or other identifier, according to the FIPS Code Document (available on our website at www.mersinc.org ).<br>• Other descriptions are available, if desired (lot, block, etc).<br>• Only the county is required for registration.<br><br>FIPS Code Pop Up Window: |

EXHIBIT 74

| Field | Notes |
|---|---|
| **Security Instrument** | • The MERS as Original Mortgagee (MOM) check box defaults to MOM (unless you have changed your Registration Settings to Non-MOM or iRegistration) to indicate the security instrument was originated with Mortgage Electronic Registration Systems, Inc. (MERS) as the mortgagee.<br>• Select Non-MOM if the loan is assigned to MERS.<br>• Select iRegistration if MERS is not the mortgagee.<br>• Select Yes for the Pre-Closing indicator if the loan has not yet closed. |
| **Miscellaneous** | • These fields are used if trading partners require the information and it is applicable to the loan.<br>  • Investor Loan Number (required by some Investors)<br>  • FHA/VA/MI<br>  • Pool Number (required by some Investors)<br>  • Agency ID (required by some Investors, such as Ginnie Mae)<br>NOTE: If the Investor (such as Ginnie Mae) requires Servicer Agency ID, the Servicer must provide its Agency ID either at the MIN level or on its Member Information (which will then populate the MIN with the Agency ID). If the required Agency ID is not manually entered or auto-populated, the registration will reject with the error message, "Agency ID required." This can be corrected by either entering the Agency ID on the MIN, or adding it to Member Information. |

EXHIBIT 74

| Field | Notes |
|---|---|
| **Modification Agreement** | Only necessary if the loan has been modified before registration.<br>Enter note date and note amount from modification agreement. |
| **Assignment** | • Required when a loan is assigned to Mortgage Electronic Registration Systems, Inc. (MERS).<br>• The Assignee field defaults to MERS' address and contact information. To enter an assignment for an iRegistration, you must change the Assignee information. |

EXHIBIT 74

| Field | Notes |
|---|---|
| **Processing** | • The system will display a warning message when the lien type, primary borrower, and property address exactly match those fields on an existing registered loan. The warning message appears after the registration is successfully processed. Both MINs will appear on the *MINs for the Same Primary Borrower SSN, Property and First Lien Report*, with Servicer/Subservicer contact information.<br><br>• The system will display a warning message when a seasoned loan is registered with the MOM indicator set to Y.<br><br>• Any errors that appear must be corrected before the registration is completed successfully; incomplete registrations are not retained. |

| | |
|---|---|
| **Re-Registration After Deactivation** | You also use Registration when a loan that was previously deactivated because it was assigned out of Mortgage Electronic Registration Systems, Inc. (MERS) is subsequently assigned back to MERS, or a loan that was previously deactivated because it was sold to a non-MERS Member is later sold to a MERS® System Member. MINs in the following statuses may be re-registered:<br>• Transfer to Non-MERS Status<br>• Reinstated or modified (option 1), not assigned back to MERS<br>• Default by Servicer<br>• Default by Subservicer<br>When you re-register a MIN in one of these statuses, the original MIN information will be displayed on the Registration page, and you may update it as necessary before submitting the registration. Pay particular attention to the following fields:<br>• MOM Indicator (must be set to Non-MOM if the loan is assigned to MERS, or iRegistration if it is not)<br>• Servicer<br>• Investor<br>• Assignment (must enter assignment information if the loan is assigned to MERS) |

EXHIBIT 74

## Re-Registration After Registration Reversal

When you re-register a MIN that was in Registration Reversal status, a Re-Registration MIN Summary shows you the existing information on the MIN, and is accompanied by a Re-Registration Menu that allows you to change any information on the MIN before completing the registration, as well as view Milestones and MIN Audit information.



EXHIBIT 74

When all information is correct, selecting the Re-Register button on the Re-Registration Loan page completes the registration. If you do not click this button, the MIN will not be registered, but any updates you have made on the MIN using the Re-Registration MIN Information Menu will be retained.



EXHIBIT 74

## Conversion

You also use the Registration option to convert an active iRegistration loan to a Non-MOM if it is assigned to Mortgage Electronic Registration Systems, Inc. (MERS). Only the Servicer or Subservicer may perform the conversion transaction.

When you enter the MIN of an active iRegistration, the original MIN information will be displayed on the Registration page, and you may update it as necessary before submitting the conversion.

The Servicer and Investor fields may not be changed as part of a conversion.

If an Interim Funder is already reflected on the loan, it may not be changed or deleted, but an Interim Funder may be added if one does not already exist.

MOM Indicator defaults to Non-MOM, and the conversion will not go through if this is changed.

Add the Assignor information for the assignment to MERS, then click Convert.

EXHIBIT 74

# Chapter 6: Removal of Interim Funder's and Warehouse/Gestation Lender's Security Interests

**Introduction**

Some interim funders (warehouse lenders) require their borrowers to list the funder on the MERS® System at registration to show it holds the beneficial rights to the loan.

- If listed in the Interim Funder field, when the borrower pays the interim funder back, it must remove itself from the interim funder field on the MERS® System to show it has relinquished its rights, unless it has been removed by an Option 1 Transfer of Beneficial Rights Transaction.
- If listed in the Warehouse/Gestation Lender field (in the Associated Member section of the registration) it will be removed from the field:
    - Indirectly through an Option 1 Transfer of Beneficial Rights Transaction.
    - Indirectly when a Transfer of Servicing Batch completes
    - Directly by the Warehouse/Gestation Lender when it has been reimbursed

**Chapter contents**

This chapter describes how an interim funder or warehouse/gestation lender removes its security interest on the MERS® System, and explains the timeframe.

EXHIBIT 74

**Removing Interim Funder Interests**

Only the Interim Funder organization (or its Vendor) can remove itself from the Interim Funder field.

To remove your Org ID from the Interim Funder field:

| Step | Action |
|---|---|
| 1 | Click Release of Interim Funder from the Main Menu.<br>The Release Interim Funder Interests page appears<br> |
| 2 | Enter the MIN (s) that are to be processed and click Submit |

| Field | Notes |
|---|---|
| **Processing** | The interim funder must correct errors that appear on the error message page. |

**When to remove interim funder interests**

Interim funders remove their interests for Option 2 beneficial rights transfers. In Option 1 beneficial rights transfers, any interim funder interests are removed automatically when the transfer of beneficial rights occurs.

It is not necessary to have interim funder interests removed before an Option 2 beneficial rights transfer or a servicing rights transfer.

**Remove Warehouse/ Gestation Lender Interests**

The current Servicer or Subservicer may remove a Warehouse/Gestation Lender Org ID from a loan

To remove the Org ID from the Warehouse/Gestation Lender field:

| Step | Action |
|---|---|
| 1 | Click MIN Information from the Main Menu.<br>The MIN Find page appears |
| 2 | Enter the MIN to be processed and click Begin Search<br>The MIN Summary for that MIN appears<br>The MIN Information menu appears |
| 3 | From the MIN Information menu, select Loan<br>The Loan page for that MIN appears<br>Delete the Org ID from the Warehouse/Gestation Lender field<br>Click Update |
| 4 | Click on Associated Members to display the Warehouse/Gestation Lender field |
| 5 | Remove the Org ID from the Warehouse/Gestation Lenders field. |
| 6 | Click Update |

EXHIBIT 74

# Chapter 7: Registering a Consolidation, Extension or Modification Agreement (CEMA)

**Introduction**

CEMA registration is the process of entering loan information for a Consolidation, Extension or Modification Agreement (CEMA) on the MERS® System and assigning Mortgage Electronic Registration Systems, Inc. as the mortgagee of record. A CEMA enables a borrower to consolidate and/or extend the term of an existing loan with or without additional funding to avoid the taxes associated with refinancing. Other features of a CEMA include:

- The security instrument does not change on a CEMA

The processing of a CEMA has two parties when both parties are Members of the MERS® System: the current Servicer (the party that currently services the existing mortgage) and the new consolidating lender (the party providing the end financing).

*When the current Servicer and the new lender are different*:

◊ The current Servicer submits a deactivation paid in full transaction on the old MIN.

◊ The consolidating lender or new Servicer registers a new MIN on the MERS® System with the original loan information. The note date, note amount and recording information from the modification agreement are entered on the Modification page.

*When the current Servicer and the new lender are the same:*

◊ The current Servicer of the loan updates the existing MIN, and adds the note date, note amount and other information into the MERS® System on the Modification page.

**Chapter contents**

This chapter explains how to register a CEMA, or update a current MIN with CEMA information.

## CEMA Processing

If a new MIN has to be registered, please see Chapter 5: Loan Registration for details, remembering to enter the original loan information and use the Mod Agree tab to enter the modification information.

If the current Servicer and new lender are the same, the modification is added to the existing MIN in the following steps:

| Step | Action |
|---|---|
| 1 | Click MIN Information on the main menu. |
| 2 | Enter the MIN: |
| 3 | Then select the Mod Agree from MIN Information menu.<br>The Modification Agreement page appears. |
| 4 | Click ADD.<br>The Add Modification Agreement page appears. |

EXHIBIT 74

| 5 | Enter the CEMA information and click Submit.<br>The Modification Agreement Confirmation page displays.<br> |
|---|---|

# Chapter 8: MIN Find and Selection

**Introduction**    MERS® OnLine provides several ways of searching for and selecting MINs. If you know the MIN, you can enter it to view or update information.  If you do not know the MIN, you can enter characteristics of the loan, such as borrower social security number or property address, to search for that particular MIN.

For MINs you are currently associated with, or for which you are the most recent Previous Servicer or Subservicer, you can view complete information using the MIN Information menu options. For MINs you are not associated with, or which have been archived because they have been deactivated for at least 48 months, you can view only a limited summary.

Finally, you can use the Group search function to create a list of MINs that fit criteria such as "all paid off loans with a particular Investor and Servicer." Using Group search, however, you can only view MINs you are currently associated with.

**Chapter contents**    This chapter describes how to find a single MIN, or to find a group of MINs that your organization is associated with.  It also describes how to use MERS® Link to display limited information on any MIN.

| Step | Action |
|------|--------|
| 1 | Click <u>MIN Information</u> from the main menu. <br> 💻  A MIN Find page appears <br><br>  |

EXHIBIT 74

**2** Select the method by which you want to search: Borrower Name, Property Address, MIN, Social Security Number, Certificate Number or Group.

Enter as much unique information as possible to identify the MIN.

**3** Enter the search information and click Begin Search.

The MIN List page will be displayed.

Archived MINs will contain a header showing they are archived.

EXHIBIT 74

| | |
|---|---|
| 4 | Click on the MIN you wish to view.<br>The MIN Summary page for that MIN will be displayed, and the MIN Information menu will appear.<br>The MIN Summary page always displays primary borrower, even if your search criteria matched a co-borrower on that MIN.<br>For archived MINs and MINs your organization is not associated with, a Modified MIN Summary page will be displayed, and the MIN Information menu will not appear. |

**When to use MIN Find and Group**

Use MIN Information to view general information about a MIN

Use the Group option to find and select individual or multiple MINs. You can use the Group option to list and select multiple MINs for the following processes:

- Release Interim Funder Interests
- Transfer Servicing Rights
- Transfer Beneficial Rights (Option 2 only)
- Deactivation-Transfer to Non MERS Status
- Deactivation-Paid In Full

**MIN Group Search**

Below are the fields available on MIN Group to help identify the MINs you want. Check the "Summary Count Only" box to suppress individual MIN information, and receive just a MIN count.



EXHIBIT 74

| Field | Instructions |
|---|---|
| **MIN Status** | Click on the down arrow to select a specific status (example: all MINs Paid in Full) |
| **Foreclosure Status** | For MINs in Foreclosure, choose the specific foreclosure status |
| **MOM** | Any MIN, or only MOM MINs, or only non-MOM MINs, or only iRegistration MINs |
| **Servicer**<br>**Custodian**<br>**Investor**<br>**Subservicer**<br>**Interim Funder** | Enter the Org ID for the entity you want (example Servicer) or click on the field name to display an alphabetic list of MERS® System Members in that line of business.<br>If you have the My MERS option turned on, your Org ID lists will be customized to show only your designated trading partners.<br>You can enter an Org ID in one or more of these fields, or leave them blank.<br>You must enter your Org ID in at least one of the fields. |
| **Pool Number** | Enter the Pool Number if that is part of your search criteria |
| **Associated Member** | Click the down arrow to select specific associated member role, then click on the organization field to display an alphabetic list of Members in that line of business.<br>Or leave Org ID blank to select all MINs that contain that type of Associated Member |
| **Information displayed in a Group search** | Below is the MIN information that is returned from a MIN Group search<br>MIN Information<br>• MIN<br>• MIN Status<br>• MOM, Non-MOM, or iRegistration status<br>• Lien Type<br>• Registration Date<br>• Note Amount<br>• Note Date<br>• Property address<br>• Borrower Name(s)<br>• Originating Organization<br>To view all of the details of a MIN, click the highlighted MIN.<br>When you select a MIN on which your organization is a rights holder, the MIN Information menu will appear to allow you to select sections containing the specific information you want to view or update. |

EXHIBIT 74

**Information displayed on a MIN Summary**

The following information is displayed on the MIN summary when your organization is a current rights holder on the MIN, or the most recent previous Servicer or Subservicer:

- MIN
- MIN Status (will be in bold red font if not in Active status)
- MOM, Non-MOM or iRegistration
- Registration Date
- Property address
- Lien Type
- Primary borrower name (even if search criteria matched co-borrower)
- Primary Borrower Social Security Number (masked except for last four digits)
- Pool number
- Note amount
- Note date
- Servicer name
- Custodian name
- Investor name
- Loan number
- Subservicer name
- Interim funder name
- Originating Organization

For archived MINs, and MINs with which your organization is not associated, a modified MIN Summary page is displayed which contains only the following fields:

- MIN
- MIN Status (will be in bold red font if not in Active status)
- MOM (Y/N)
- Property address
- Primary borrower name (last name only for archived MINs)
- Servicer
- Investor (unless Investor has opted out of disclosing investor information in proprietary applications)
- Subservicer

EXHIBIT 74

The screen below shows the MIN Summary screen for a MIN in a pending TOS/TOB batch. Using the batch number hyperlink, you can instantly link to the batch summary page to confirm or reject the MIN for the batch.

MERS OnLine www.mersinc.org

Process Loans, Not Paperwork™

UAT
1000001
functioning as
1005000

MIN Information
1005000-0000000012-8

Loan
Borrower Details
Property
Legal Description
Assignment
Miscellaneous
Security Inst.
Milestones
Mod Agree
MIN Audit
MIN Transfer Audit
Summary
MIN Find
Back to Main Menu
Log-off

MIN SUMMARY

**Summary**

1005000-0000000012-8 Active (Registered)
134 SHADY GROVE Non-MOM
JACKSONVILLE, FL 32225 First Lien

| | | | |
|---|---|---|---|
| Reg Date | 05/10/2005 | | |
| County | County Unknown | | |
| Primary Borrower | SEASONED, JOHN | SSN | 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 |
| Co-Borrower | SEASONED, JANE | SSN | 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 |
| Pool Number | N/A | Investor Loan Number | 123456789 |
| Note Amount | $150,000.00 | Note Date | 04/01/2004 |
| Servicer | 1005000 - MERS Master Mortgage - UAT | | |
| Custodian | N/A | | |
| Investor | 1005000 - MERS Master Mortgage - UAT | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | N/A | | |
| Property Preservation Co. | N/A | | |

**Pending Batches**

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| 54381 | Transfer Seasoned Servicing Rights | Transfer Pending | 09/11/2011 | 09/11/2011 |

Click on the batch number to confirm the selected batch.

Done Internet | Protected Mode: On 100%



EXHIBIT 74

**Using MERS® Link**

MERS® Link can be used by any MERS® System Member to view limited information on any MIN in the MERS® System database.

| Step | Action |
|---|---|
| 1 | Click MERSLink from the main menu. |
| 2 | Click on the search criteria you want to use. For example, if you have the borrower's last name, click in the Last field. |
| 3 | Enter the borrower's last and, optionally, first name. |
| 4 | Click Begin Search or press Enter.<br>All MINs that match those criteria will display. |

EXHIBIT 74

| | |
|---|---|
| 5 | Click on the MIN you want to display<br>▣ Summary information will be displayed. |

MERSLink

Search by

MIN

SSN

Name

Corporation

Address

Certificate

OnLine Help

Knowledge Base

Back to Main Menu

Log-off

www.mersinc.org

E-Mail Help Desk

Process Loans, Not Paperwork™

Training
1000001

**1000101-7777777788-1**

110 MAIN ST
RESTON, VA 20190

Active (Registered)
MOM
First Lien

| | | | |
|---|---|---|---|
| Reg Date | 07/29/2010 | | |
| County | Fairfax | | |
| Primary Borrower | ABC CORPORATION | | |
| Note Amount | $100,000.00 | Note Date | 07/27/2010 |
| Servicer | 1000266 - Principal Residential Mortgage Inc.<br>Des Moines, IA 50310 | | (515) 247-4825 |
| Investor | 1000266 - Principal Residential Mortgage Inc.<br>Des Moines, IA 50310 | | (515) 247-4825 |
| SubServicer | 1000150 - JP Morgan Chase Bank NA<br>Indianapolis, IN 46277 | | (317) 321-8100 |
| Originating Organization | 1000266 - Principal Residential Mortgage Inc. | | |
| Property Preservation Co. | N/A | | |

**SECURITY INSTRUMENT**

| | |
|---|---|
| Mortgagee/Beneficiary | N/A |
| Trustee | N/A |
| Security Type | None |

**Recording Details for Security**

| Date | Instrument/Doc Number | Book/Liber | Page/Folio | Type |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**ASSIGNMENT**

| | |
|---|---|
| Assign. Type | None |
| Assign. Sent Date | N/A |

**Assignee**

| | |
|---|---|
| Name | N/A |
| Address | N/A |
| City,State,Zip | N/A |
| Contact | N/A |
| Contact Phone | N/A |
| Contact Phone Ext. | N/A |

**Assignor**

| | |
|---|---|
| Name | N/A |
| Address | N/A |
| City, State, Zip | N/A |

**Recording Details for Assignment**

| Date | Instrument/Doc Number | Book/Liber | Page/Folio | Type |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

MERS makes no representations or warranties regarding the accuracy or reliability of the information provided. MERS disclaims responsibility or liability for errors, omissions, and the accuracy of any information provided. MERS does not input any of the information found on the MERS® System, but rather the MERS Members have that responsibility regarding mortgage loans in which they hold an interest. Users of this information have the responsibility to verify the accuracy, currency and completeness of the information. The information does not constitute the official legal record and is for informational purposes only. The servicer listed should be contacted for further information.



EXHIBIT 74

# Chapter 9: MIN Information Menu

**Introduction**

MINs are updated in two ways. One way is automatic, through transactions such as transfers of servicing or payoff. The other way is manually. You will, for example, manually update a MIN with the Lien Release Sent Date after a payoff, or recording information when you receive it back from the recorder's office. You might also need to correct borrower or property information.

To manually update information on the MERS® System, you use the MIN Information function. MIN Information is also used to view summary, milestone, and audit history information about a MIN.

**Chapter contents**

This chapter describes how to view and update information on a MIN, and explains when to check the Quality Review flag.

To view and update a particular MIN, follow these steps:

| Step | Action |
|---|---|
| 1 | Click MIN Information from the main menu.<br>The MIN Find page appears |
| 2 | Type a MIN in the MIN field. |
| 3 | Click Begin Search or press Enter.<br>If you are a rights holder on the MIN, or a Property Preservation Company with a relationship with the Servicer or Subservicer, the MIN Information menu lists sections you can view or update.<br><br>To view general information or activity on a MIN, click on Milestones, MIN Audit, MIN Transfer Audit, or Summary. |

EXHIBIT 74

- Milestones shows a record of significant events for a MIN such as registration, transfers or reversals.

MILESTONES

| Description | Date | Initiating Organization / User | Milestone Information |
|---|---|---|---|
| MIN Information Update | 11/02/2004 | 1005000 MERS Master Mortgage - UAT<br>Tester2 | MIN Status: Active (Registered)<br>New Subservicer: 1000254 Aurora Servicing, Inc. - UAT<br>Old Subservicer: None<br>Quality Review: N |
| MIN Information Update | 11/02/2004 | 1005000 MERS Master Mortgage - UAT<br>Tester2 | MIN Status: Active (Registered)<br>New Interim Funder: 1000108 GMAC Interim Funder - UAT |
| Registration | 11/01/2004 | 1005000 MERS Master Mortgage - UAT<br>Tester2 | MIN Status: Active (Registered)<br>Servicer: 1005000 MERS Master Mortgage - UAT |

- MIN Audit shows a history of field changes for the MIN.

MIN Audit 1005000-1111111111-8

(1 - 10)

| Date / Action | Field Name | Before Value | After Value | Updated By User Name / Org ID |
|---|---|---|---|---|
| 11/02/2004<br>Update | Quality Control flag | No | Yes | Tester2<br>1005000 |
| 11/02/2004<br>Update | Quality Control flag | Yes | No | Tester2<br>1005000 |
| 11/02/2004<br>Update | Quality Control flag | No | Yes | Tester2<br>1005000 |
| 11/02/2004<br>Update | Quality Control flag | Yes | No | Tester2<br>1005000 |
| 11/02/2004<br>Update | Quality Control flag | No | Yes | Tester2<br>1005000 |
| 11/02/2004<br>Add | | | Original Recording : SI# - 123456, Book# - 123, Page# - 123, Recording Dt - 11/01/2004 | Tester2<br>1005000 |
| 11/02/2004<br>Update | Agency number | 123456 | 654321 | Tester2<br>1005000 |
| 11/02/2004<br>Update | FHA_VA case nbr or MI Cert Nbr | 123456 | 654321 | Tester2<br>1005000 |
| 11/02/2004<br>Update | Investor loan number | 123456 | 654321 | Tester2<br>1005000 |
| 11/02/2004<br>Update | Investor pool number | | 654321 | Tester2<br>1005000 |

1 2 3 4 5 6 7 Next



- MIN Transfer Audit shows a history of transfers performed on the MIN.



- Summary shows high-level current information on a MIN



EXHIBIT 74

**Viewing, Modifying, or Adding MIN Information**

The chart below provides information for using this function.

| Transaction | Requirement |
|---|---|
| **Data entry** | • Type MINs with or without dashes.<br>• When a MIN has a status of "Deactivated", you can only update the assignment information in the Assignment section.<br>• When a MIN has a status of "Paid Off", you can only update the Lien Release Sent Date on the Security Instrument page.<br>• Type dollar amounts without commas or decimal points.<br>• Type Social Security Numbers without dashes. |



EXHIBIT 74

## Loan

- You can change, but not delete, Note Amount and Note Date
- You can add, change, or delete Funding Date
- You cannot change Servicer or Investor. This requires a Transfer of Servicing Rights or Transfer of Beneficial Rights.
- You can change or add a Custodian.
  - 🗎 You can also change, add, or delete a Custodian when creating a TOS, TOB or TOS/TOB transaction.
- You can add, but not change or delete, an Interim Funder
  - 🗎 Only the named interim funder, using the Interim Funder Interests Release menu option, can remove interim funder interests.
- You can add, change or delete Associated Members
- A Property Preservation Company can add or delete itself only if it has a Relationship with the Servicer or Subservicer on the MIN



Pg 66 of 131

EXHIBIT 74

# Borrower Details

Select Borrower Details

https://www.mersonlineuat.org - MERS OnLine - Microsoft Internet Explorer
MERS OnLine
Process loans, not paperwork
UAT
1000001
functioning as
1005500
MIN Information
1005500-1234567890-5
Loan
Borrower Details
Property
Legal Description
Assignment
Miscellaneous
Security Inst.
Mod Agree
Milestones
MIN Audit
MIN Transfer Audit
Summary
MIN Find
Back to Main Menu
Log-off
BORROWER
Type
Name
SSN
Orig
Primary
Corporate Borrower
Add
Checked for original borrower(s) after an assumption
Click Add to enter additional borrowers for this MIN
Select Borrower Details
Click the borrower name hyperlink to update borrower information
Done
Internet
Add Borrower page:
ADD BORROWER
Use Current unless you are correcting Original Borrower information after an assumption
Borrower:
Current
Type:
Primary
Select Co-Borrower from the drop down
Corporate Name:
- OR -
Title:
First Name*:
Middle Name:
Last Name*:
Honorific:
Social Security Number:
Enter Corporate Name or Individual Name as it appears on the Security Instrument
Enter Social Security Number if available
*indicates required fields
Social Security Number is required when the Borrower Type is Primary
Submit
Click Submit

- Only one Primary Borrower is allowed for each loan. All other borrowers are Co-Borrowers
- Use Corporate Name for any non-person borrower, including trust or trustee

MERS® OnLine User Guide – Release 20.0 – 9/6/11 Chapter 9: MIN Information Menu • 62

EXHIBIT 74

| | |
|---|---|
| | Update Borrower page:<br>[screenshot]<br>You can change but not delete these fields:<br>• Primary Borrower Corporation Name.<br>• Primary Borrower First.<br>• Primary Borrower Last Name.<br>• Primary Borrower Social Security Number<br>You can change or delete Co-Borrowers |
| **Property** | [screenshot]<br>You can change but not delete these fields<br>• Street Name<br>• City<br>• State<br>• Zip |

EXHIBIT 74

**Legal Description**

- You can delete or update legal descriptions, as long as at least one County description remains.
- You can add legal descriptions.



EXHIBIT 74

## Security Instrument

- MOM indicator cannot be changed to iRegistration; this requires reversing the registration of the MIN and then re-registering it with the correct MOM indicator.
- MOM indicator cannot be changed from iRegistration to MOM; this requires reversing the registration of the MIN and then re-registering it with the correct MOM indicator.
- MOM indicator cannot be changed from iRegistration to Non-MOM; this requires a Conversion transaction.

## Miscellaneous

- The FHA/VA/MI field value is no more than 20 alphanumeric characters in length. Dashes are allowed.
- If you delete the Agency ID when the Investor requires it, the system will auto populate the field with the Agency ID defined in your Member Information. If not defined there, the system will display an error message that "Agency ID is required."
- The Investor on the MIN may update Investor Loan Number and Pool Number on this page.

EXHIBIT 74

**Assignment**

- The Assignee fields default to MERS' address and contact information when the assignment type is Registration. The default values are required for an assignment to Mortgage Electronic Registration Systems, Inc. (MERS).
- Assignee Name and Assignor Name are required.

EXHIBIT 74

Update Assignment page:

- You can change but not delete the following fields:
  - Assignee Name
  - Assignor Name

**Mod Agree**

- You can update, delete, or add modifications agreements



EXHIBIT 74

- The following fields can be changed, but not deleted except by deleting the entire Modification Agreement:
  - Modification Agreement Note Date
  - Modification Agreement Note Amount

- The following fields are required:
  - Modification Agreement Note Date
  - Modification Agreement Note Amount

**Processing**

- The system will display a warning message if the lien type, primary borrower, and property address exactly match those fields on an existing registered loan.
  The warning message appears after the update is successfully processed. The original MIN appears in the Field Value field of the error message response page, if you have an association with the MIN. For example, if you are the Servicer, sub-Servicer, Investor, interim funder or custodian of the original MIN. If you are not associated with the original MIN, number signs (#######-##########-#) appear in the Field Value field.
- The system will display a warning message if you update the MOM indicator to Y on a seasoned loan.
- Incomplete MIN information updates are not processed or retained on the system

EXHIBIT 74

# Chapter 10: Assumption of a Mortgage

## Introduction

An assumption of a mortgage debt consists of the following events:

- A new borrower assumes the outstanding mortgage debt
- A borrower is removed from the existing loan obligation
- A new borrower is added to the existing loan obligation

The Servicer or Subservicer, if applicable, is responsible for entering the new borrower information on the MERS® System.

Because the original borrower(s) information is needed to execute a lien release, the original borrower and the current borrower names and Social Security Numbers (SSN) are retained on the MERS® System for the life of the loan. When a first assumption transaction is processed on the MERS® System, the current borrowers automatically become the original borrowers and the new borrowers are entered as current borrowers. In the case of multiple assumptions, interim borrower information is not maintained on the MERS® System.

## Chapter contents

This chapter explains when to use the assumption process, how to describe the borrowers, and how to process and assumption on the MERS® System.

| Step | Action |
|---|---|
| 1 | Click Assumption from the main menu. |

| Step | Action |
|---|---|
| 2 | Type a MIN in the MIN field and click Submit<br>The Assumption page appears with the original borrower information. |



EXHIBIT 74

| | |
|---|---|
| 3 | Enter the new Primary Borrower information. |
| 4 | Enter the new Co-borrower information, if applicable. |
| 5 | Click Submit. |

## Assumption requirements

The assumption requirements are as follows:

| Field | Notes |
|---|---|
| **Data entry tips** | • Type MINs with or without dashes.<br>• Fields that appear with asterisk (*) are required. Fields that are not required should be completed if the information is available.<br>• Type Social Security Numbers without dashes. |
| **MIN** | • Enter an active, registered, MIN |
| **Borrowers** | • The current primary borrower is required.<br>• Only one current primary borrower and one original primary borrower are allowed.<br>• Only one current primary and one current co-borrower can be entered on this page.<br>🗎 To enter additional co-borrowers, use the MIN Information Borrower page. |
| **Processing** | • Correct errors that appear in the error message window<br>• Incomplete assumptions are not saved or retained on the system. |

EXHIBIT 74

**When to use the Assumption process**

When the terms of a mortgage are assumed, you must update the MERS® System to indicate that the borrower has changed.

- You can add new borrower information using the Assumption option for a loan that is assumed after it is registered on the MERS® System.
- You can add, modify, delete or view current borrower information on the Registration or MIN Information menu for a loan that was assumed before it was registered.
- You can add, modify, delete or view original borrower information on the MIN Information menu for a loan that was assumed before it was registered.

**Original versus Current Borrowers**

The original borrower(s) is the individual(s) indicated on the security instrument. The current borrower(s) is the individual responsible for the loan.

- Specific security access is required in order to add, modify, delete or view original borrower information.

EXHIBIT 74

# Chapter 11: Beneficial Rights Transfer Creation

**Introduction**

The Transfer of Beneficial Rights (TOB) transaction reflects the transfer of the security under the mortgage or deed of trust. Two types of TOB transactions are provided by the MERS® System: Option 1 and Option 2. The Investor determines which option it will use; it cannot use both.

A MIN can be in an Option 1 and Option 2 TOB batch at the same time. When the Option 1 TOB transaction is completed, the duplicate MIN is deleted from the Option 2 TOB batch. The MINs deleted from the Option 2 TOB batch appear on a report. Non-duplicate MINs remain in the Option 2 transfer batch.

If your organization is both the current Investor and current Servicer on the MIN(s), and the new Investor will also be named as the new Servicer, you can create a combination Transfer of Servicing/Transfer of Beneficial Rights (Option 2) transaction. See Chapter 13: Servicing Rights Transfer Creation for instructions.

The Servicer or Subservicer can create an Option 2 TOB transaction. Option 1 Investors can create an Option 1 TOB transaction.

If the Document Custodian will also change as a result of the Transfer of Beneficial Rights, you can indicate this with the transfer transaction too.

**Chapter contents**

This chapter explains how to create or cancel a Transfer of Beneficial Rights (TOB) transaction. It also provides information on completing the fields and determining which MINs are eligible for a TOB.

EXHIBIT 74

**Create TOB Batch**

To create an Option 2 TOB batch:

| Step | Action |
|---|---|
| 1 | Select TOB Menu from the main menu.<br>The TOB menu appears. |
| 2 | Select Create TOB Option 2<br><br><br>• Enter the Transfer Date.<br>• Enter the Current Investor Org ID.<br>• Enter the New Investor Org ID.<br>• Enter the New Document Custodian Org ID, if applicable<br>OR<br>Check the "Delete Current Custodian" box, if applicable.<br>• Click Submit |

EXHIBIT 74

| | |
|---|---|
| 3 | Complete the MIN List page.   Use the MIN Find option to identify MINs with particular characteristics if MIN numbers are unknown. |
| 4 | Click Submit.<br>If the transfer transaction is accepted, a page will display showing all TOB batches created. If warning messages appear without any errors, the beneficial rights transfer batch is created successfully.<br>If the transfer transaction is rejected, the TOB initiator must correct all errors that appear in the error message in order to complete the transaction. Incomplete beneficial rights transfer transactions are not saved or processed. |

EXHIBIT 74

## Beneficial rights transfer transaction requirements

The TOB transaction requirements are as follows:

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields that appear with an asterisk (*) are required. Fields that are not required should be completed if the information is available.<br>• Enter MINs with or without dashes. |
| **Transfer Date** | • Transfer Date may be any valid date. For an Option 2 TOB, the Transfer Date cannot be more than 60 days before the transfer creation date. |
| **Eligible MINs** | • MINs included in a TOB batch must have a status of "Active (Registered)".<br>• A MIN can exist in an Option 1 and Option 2 TOB batch at the same time.<br>• A MIN cannot exist in two separate Option 1 TOB batches or two separate Option 2 TOB batches at the same time.<br>• A MIN can exist in an Option 1 TOB batch and a TOS batch at the same time.<br>• A MIN can exist in an Option 2 TOB batch and a flow TOS batch at the same time if the New Servicer and New Investor are the same entity. |
| **Processing** | • Only the loan Servicer or Subservicer can create an Option 2 TOB batch.<br>• Only the new Investor can create an Option 1 TOB batch. |

EXHIBIT 74

## Cancel a Transfer Batch

To cancel an Option 2 TOB batch:

| Step | Action |
|---|---|
| 1 | Click TOB Menu from the main menu.<br>The TOB menu appears. |
| 2 | Select Cancel Batch.<br>The Cancel TOB Batch list page appears.<br><br> |
| 3 | Click on the Batch number to be cancelled, or type the batch number in the Batch Number field and click the Go To button.<br>The Cancel TOB Batch page appears.<br>If you are not the initiating Member, you will see the message:<br>* You are not allowed to Cancel this batch. Only the Transfer Initiator can Cancel the Batch.* |



EXHIBIT 74

| | |
|---|---|
| | • Click on the Total MIN link to view the list of MINS in the batch<br><br>• Click on each MIN to display MIN Summary information. |
| 4 | Click on Cancel Batch to cancel the batch |

EXHIBIT 74

**Modify a Transfer Batch**

If you create a transfer batch that has missing MINs, or MINs that shouldn't be included, use the Modify Batch option to correct it while the Batch is in pending or overdue status. This activity will produce a *Modified Batch – Transfer of Beneficial Rights Report.*

The initiator can make these changes to an Option 2 TOB batch:

- Change the Transfer Date (any time before transfer completion)
- Cancel the beneficial rights transfer (anytime before transfer completion)

If the transfer was created naming an incorrect Document Custodian, the initiating Servicer or Subservicer must cancel and recreate the batch.

The new Investor can complete Pool and Investor Loan Number fields on the MIN List page, anytime before transfer completion

To add or delete MINs from an Option 2 TOB batch:

| Step | Action |
|---|---|
| 1 | Select Modify Batch from the TOB menu.<br>The Modify Batch list page appears showing pending and overdue batches.<br><br> |

EXHIBIT 74

<table>
<tr><td>2</td><td>Click on the Batch Nbr hyperlink for the batch to be modified, or enter the batch number in the Batch Number field and click the Go To Button.<br>🖳 The Modify TOB Batch MINs screen appears.<br>
</td></tr>
<tr><td>3</td><td>To Add MINs:
<ul>
<li>Click on the link to Add MINs.</li>
<li>🗎 You can add up to 30 MINs on the screen that appears.</li>
<li>Click Submit.</li>
<li>🖳 The message, “Transfer Beneficial Rights MINs Successfully added to Batch nnnn” displays</li>
</ul></td></tr>
<tr><td>4</td><td>To Delete MINs:
<ul>
<li>Click on the link to Delete MINs. All MINs in the batch will display.</li>
<li>Check the box next to each MIN you want to delete.</li>
<li>🗎 If the checkbox is grayed out, this MIN has already been confirmed and cannot be deleted.</li>
<li>Click Submit.</li>
<li>🖳 The message, “Transfer Beneficial Rights MINs Successfully Deleted From Batch nnnn” appears.</li>
</ul></td></tr>
</table>

EXHIBIT 74

## View List of Pending Batches

To see the status of a pending batch that you created:

| Step | Action |
|---|---|
| 1 | Click View List of Batches from the TOB menu.<br>A list of all pending batches that you have created or need to confirm will display.<br><br>If more than 50 batches are listed, navigational aids help you scroll through the entire list. |
| 2 | Click on the batch to be viewed or enter the batch number in the Batch Number field and click the Go To button. |

# Chapter 12: Beneficial Rights Transfer Confirmation

**Introduction**

Beneficial rights transfer confirmation is the process by which the New and Current Investor for an Option 2 transfer approve the TOB transaction.

No confirmations are required on Option 1 beneficial rights transfers.

**Chapter contents**

This chapter explains how to confirm an Option 2 Transfer of Beneficial Rights (TOB) transaction.

**Beneficial rights transfer confirmation methods**

Confirmation or rejection of MINs in a TOB batch can be done using one of the following methods:

- MIN-level - Use to confirm or reject individual MINs in a batch.
- Pool-level - Use to confirm or reject MINs in a batch by pool.
- Batch-level – Use to confirm or reject the entire batch.

| Step | Action |
|---|---|
| 1 | Click TOB Menu from Main Menu.<br>The TOB Menu appears. |
| 2 | Click Confirm Batch<br>The page showing all TOB batches not yet display. |

| Step | Action |
|---|---|
| 3 | Click on the Org ID next to each batch to display summary information of the initiating Member. |
| 4 | Click on the Confirmed Status column to display a pop up window showing the number of confirmed and rejected MINs for the batch. |
| 5 | To confirm all MINs in multiple batches, select the Confirm Batch checkbox for each batch you wish to confirm, and click Submit.<br>A confirmation results page appears. |

| Step | Action |
|---|---|
| 1 | To confirm or reject a single batch, or select MIN-level or Pool-level confirmation, click on the Batch number you want to confirm.<br>The Confirm TOB Batch page appears.<br> |
| 2 | To confirm the entire batch, select the Confirm checkbox and click Submit.<br>A confirmation results page appears. |
| 3 | To reject the entire batch, select the Reject checkbox, optionally select a Reject Reason from the New Investor Reject Reason dropdown list, and click Submit.<br>A confirmation results page appears. |

EXHIBIT 74

**To confirm at the MIN level:**

| Step | Action |
|---|---|
| 1 | Select the MIN Level Confirmation hyperlink from the Confirm TOB Batch page. The MIN Level Confirmation page will be displayed.   |
| 2 | To display MIN summary information, select the MIN hyperlink. |
| 3 | Select confirm or reject for each MIN on the page, optionally select a Reject Reason for each rejected MIN, and click Submit. A confirmation results page will be displayed. |
| 4 | If multiple pages of MINs exist for this batch, repeat step 3 for each page of MINs. |

**To confirm at the Pool level:**

| Step | Action |
|---|---|
| 1 | Select the Pool Level Confirmation hyperlink from the Confirm TOS Batch page. The Pool Level Confirmation page will be displayed.   |
| 2 | Select confirm or reject for each pool on the page, optionally select a Reject Reason for each rejected pool, and click Submit. A confirmation results page will be displayed. |
| 3 | If multiple pages of Pools exist for this batch, repeat step 3 for each page of Pools. |

EXHIBIT 74

**Transfer Beneficial Rights Batch Confirmation Results Page**

The page that displays after you've updated transfer confirmations shows the number of MINs confirmed/rejected during that particular transaction (not the overall total of confirmed/rejected MINs for the batch).



# Chapter 13: Servicing Rights Transfer Creation

## Introduction

A Transfer of Servicing rights (TOS) transaction reflects the sale of servicing rights for a loan to a new Servicer. The New Servicer named can be the Current Subservicer, and likewise, the New Subservicer can be the Current Servicer.

A Combination Transfer of Servicing and Beneficial Rights (TOS/TOB) transaction reflects a whole loan sale. To use the TOS/TOB Combo, the Current Servicer and Current Investor on the MIN must be the same, and the New Servicer and New Investor named on the transaction must be the same.

On the MERS® System, the Current Servicer or Subservicer creates the transfer batch. The Current Servicer and the New Servicer (or New Subservicer if one is named) confirm or reject the transfer. The Investor might also confirm the transfer.

TOS batches can also be automatically created by the system. This occurs when some MINs exist in a seasoned or flow Transfer of Servicing batch and an Option 1 Transfer of Beneficial Rights batch simultaneously. The MINs will be deleted from the existing TOS batch and placed in a new automatically created TOS batch which will have to be processed separately. When this situation exists, you should notify the confirming organization that a new TOS batch requires their confirmation.

An Option 1 TOS transaction may be created by an Option 1 Investor to insert a different MERS® System Member Servicer on one or more of their own loans in case of servicer default. This transaction supersedes any TOS or TOB transaction created by the Servicer, and requires no confirmations.

## Chapter contents

This chapter describes how to create or cancel a TOS or TOS/TOB batch. It also provides the rules for the transaction, and tips on completing the fields.

If the Document Custodian will also change as a result of the TOS, you can indicate this as part of the transaction.

To access the page to create a Transfer of Servicing (TOS) batch, follow these steps

| Step | Action |
|---|---|
| 1 | Click TOS Menu on the main menu.<br>The TOS menu appears on the left side of the screen. |
| 2 | Click Create TOS or Create TOS/TOB.<br>The Create TOS Batch or Create TOS/TOB Batch page appears. |

EXHIBIT 74

| Step | Action |
| --- | --- |
| 3 | For a TOS, enter:<br>✓ Sale Date (optional – used only for Seasoned Transfer)<br>✓ Transfer Date<br>✓ Current Investor Org ID<br>✓ Current Servicer Org ID<br>✓ Current Subservicer Org ID, if named on MIN(s)<br>✓ New Servicer Org ID<br>✓ New Subservicer Org ID, if applicable<br>✓ New Document Custodian Org ID, if applicable<br>(OR check the "Delete Current Custodian" box, if applicable)<br><br>Note that these fields can be pre-set to frequently used values. (See Chapter 3: Update Member Information for instruction)<br><br>**Create TOS Batch** page:<br> |

EXHIBIT 74

| Step | Action |
|---|---|
| | For a TOS/TOB, enter:<br>✓ Sale Date (optional – used only for Seasoned Transfer)<br>✓ Transfer Date (for servicing transfer)<br>✓ Beneficial Rights Transfer Date<br>✓ Current Servicer/Investor Org ID<br>✓ Current Subservicer Org ID, if named on MIN(s)<br>✓ New Servicer/Investor Org ID<br>✓ New Subservicer Org ID, if applicable<br>✓ New Document Custodian Org ID, if applicable<br>(OR check the "Delete Current Custodian" box, if applicable)<br><br>Note that these fields can be pre-set to frequently used values. (See Chapter 3: Update Member Information for instruction)<br><br>**Create TOS/TOB Batch** page:<br> |

EXHIBIT 74

| Step | Action |
| --- | --- |
| 4 | Complete the MIN List page.<br><br><br>Use the MIN Find option to identify MINs with particular characteristics if MIN numbers are unknown. |
| 5 | Click Submit.<br>The next page will show batches created, including batches created automatically from MINs separated from the original batch.<br> |

EXHIBIT 74

## Servicing rights transfer transaction requirements

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields with an asterisk (*) are required. Complete other fields if information is available.<br>• Type MINs with or without dashes. |
| **Sale/Transfer Dates** | • For a Seasoned transfer, the Transfer Date must be equal to or greater than the Sale Date.<br>• If the Sale Date is before the transfer creation date, the Transfer Date must be equal to or greater than the transfer creation date (instead of the Sale Date). |
| **Selecting MINs** | • MINs can be entered individually, or selected using the MIN Find option.<br>• MINs included in a servicing rights transfer transaction must have status of "Active (Registered)".<br>• A MIN can only exist in one transfer of servicing rights transaction at a time, regardless of the type.<br>• A MIN can exist in an Option 1 beneficial rights transfer transaction and a transfer of servicing transaction at the same time.<br>• A MIN can exist in an Option 2 beneficial rights transfer transaction and a flow servicing rights transfer transaction simultaneously if the New Servicer and New Investor are the same entity.<br>• A MIN cannot exist in an Option 2 beneficial rights transfer transaction and a seasoned servicing rights transfer transaction simultaneously. |
| **Processing** | • Only the current Servicer or Subservicer can create a servicing rights transfer transaction. If the loans have only a Servicer, then the Servicer creates the transaction. If the loan(s) have a Servicer and a Subservicer, then either the Servicer or Subservicer can create the transaction.<br>• Any errors that appear in the error message window must be corrected before the transaction is completed successfully. If a warning message appears without any errors, the transaction is created successfully.<br>• Incomplete servicing rights transfer transactions are not processed or retained on the MERS® System. |

EXHIBIT 74

To access the page to create a TOS Option 1 (Default by Servicer) batch, follow these steps:

| Step | Action |
|---|---|
| 1 | Click TOS Menu on the main menu.<br>The TOS menu appears on the left side of the screen. |
| 2 | Click Create Option 1 TOS (Default by Servicer).<br>The Create Option 1 TOS page appears. |
| 3 | Enter:<br>✓ Sale Date (optional – used only for Seasoned Transfer)<br>✓ Transfer Date<br>✓ Current Servicer Org ID<br>✓ Current Subservicer Org ID, if named on MIN(s)<br>✓ New Servicer Org ID<br>✓ New Subservicer Org ID, if applicable<br>✓ New Document Custodian Org ID, if applicable (OR check the “Delete Current Custodian” box, if applicable)<br><br>**Create Option 1 TOS (Default by Servicer) Batch** page: |

EXHIBIT 74

| Step | Action |
|---|---|
| 4 | Complete the MIN List page.<br>[screenshot]<br>Use the MIN Find option to identify MINs with particular characteristics if MIN numbers are unknown. |
| 5 | Click Submit.<br>The next page will show batches created, including batches created automatically from MINs separated from the original batch.<br>[screenshot] |

EXHIBIT 74

### Option 1 TOS transaction requirements

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields with an asterisk (*) are required. Complete other fields if information is available.<br>• Type MINs with or without dashes. |
| **Sale/Transfer Dates** | • For a Seasoned transfer, the Transfer Date must be equal to or greater than the Sale Date.<br>• If the Sale Date is before the transfer creation date, the Transfer Date must be equal to or greater than the transfer creation date (instead of the Sale Date). |
| **Selecting MINs** | • MINs can be entered individually, or selected using the MIN Find option.<br>• MINs included in transaction must have status of "Active (Registered)".<br>• If the MIN is in a pending TOS or TOB batch initiated by the Servicer or Subservicer, it will be removed from that batch and placed in the new Option 1 TOS batch.<br>• If the MIN is in a pending Option 1 beneficial rights transfer transaction, it will not be accepted. |
| **Processing** | • Only the current Investor can create an Option 1 TOS.<br>• Any errors that appear in the error message window must be corrected before the transaction is completed successfully. If a warning message appears without any errors, the transaction is created successfully.<br>• Incomplete transactions are not processed or retained on the MERS® System.<br>• Option 1 TOS batches cannot be modified, but they may be canceled by the initiator if created in error.<br>• Option 1 TOS batches require no confirmation; they are confirmed automatically and process on the Transfer Date. |

## Cancel Transfer of Servicing Batch

To cancel a TOS batch:

| Step | Action |
|---|---|
| 1 | Click TOS Menu from the main menu.<br>The TOS menu appears. |
| 2 | Click on Cancel Batch on the TOS menu |
| 3 | Click on the Batch number to be cancelled.<br>If you are not the initiating Member, you will see the message:<br>* You are not allowed to Cancel this batch. Only the Transfer Initiator can Cancel the Batch.* |



EXHIBIT 74

| | |
|---|---|
| | • Click on the Total MIN link to view the list of MINS in the batch<br><br><br>• Click on each MIN to display MIN Summary information. |
| 4 | Click on Cancel Batch |

EXHIBIT 74

## Modify a Transfer Batch

If you create a transfer batch that has missing MINs, or MINs that shouldn't be included, use the Modify Batch option to correct it while the Batch is in pending or overdue status. This activity will produce a *Modified Batch – Transfer of Servicing Rights Report.* Option 1 TOS (Default by Servicer) transfer batches cannot be modified, but they may be canceled by the initiator.

The changes that can be made to a servicing rights transfer transaction are as follows:

- The Transfer Date may be changed by the Servicer or Subservicer who created the transfer anytime before transfer completion.
- The Sale Date may be changed by the initiating Servicer or Subservicer anytime before transfer completion.
- If the transaction was created naming an incorrect Servicer, Subservicer, or Document Custodian, the initiating Servicer or Subservicer must cancel and recreate the batch.
- The initiating Servicer or Subservicer can cancel the transfer anytime before transfer completion.
- MINs may be added to the batch by the Servicer or Subservicer who created the transfer anytime before transfer completion.
- MINs may be removed from the batch by the Servicer or Subservicer who created the transfer anytime before they are confirmed by the New Servicer.

To add or delete MINs from a TOS batch:

| Step | Action |
|---|---|
| 1 | Click Modify Batch from the TOS menu. The Modify Batch menu appears showing pending and overdue batches. |

EXHIBIT 74

| Step | Action |
| --- | --- |
| 2 | Click on the batch to be modified.<br>The Modify TOS Batch MINs screen appears.<br> |
| 3 | To Add MINs:<br>• Click on the link to Add MINs.<br>• You can add up to 30 MINs on the screen that appears.<br>• Click Submit.<br>The message, "Transfer Servicing Rights MINs Successfully added to Batch nnnn" appears<br>To Delete MINs:<br>• Click on the link to Delete MINs.<br>All MINs in the batch will display.<br>• Check the box next to each MIN you want to delete.<br>If the checkbox is grayed out, this MIN has already been confirmed and cannot be deleted.<br>• Click Submit.<br>The message, "Transfer Servicing Rights MINs Successfully Deleted From Batch nnnn" appears. |

## Viewing List of Pending Batches

To see the status of pending batches to which your organization is a party:

| Step | Action |
|---|---|
| 1 | Click View List of Batches from the TOS menu.<br>A list of all pending batches that you have created or need to confirm will display.<br>If more than 50 batches are listed, there are navigational aids to help you scroll through the entire list. |
| 2 | Click on the batch to be viewed. . |

EXHIBIT 74

# Chapter 14: Servicing Rights Transfer Confirmation

**Introduction**

Servicing rights transfer confirmation is the process by which the current Servicer, new Servicer or Subservicer, and current Investor (if required) approve the transaction reflecting the sale of servicing rights for a loan.

No confirmation is required for Option 1 TOS (Default by Servicer) batches.

**Chapter contents**

This chapter describes how to confirm or reject a servicing transfer batch. It also provides the rules for the transaction, and tips on completing the fields

**Servicing rights transfer confirmation methods**

Confirmation or rejection of MINs in a servicing rights transfer transaction can be done using one of the following methods:

- Batch-level - Use to confirm or reject all MINs in a batch at one time.
- MIN-level - Use to confirm or reject MINs in a batch one by one.
- Pool-level - Use to confirm or reject MINs in a batch by Pool Number.

You can optionally choose from a list of Reject Reasons when rejecting a batch, pool, or MIN.

| Step | Action |
|---|---|
| 1 | Click TOS Menu on the main menu.<br>The TOS menu appears on the left side of the screen. |
| 2 | Click Confirm Batch.<br>The Batch Confirmation page appears.<br>Enter a batch number here and click Go To to display that batch<br>Click on the Org ID to display a Member Summary for the Member who initiated this batch<br>Click on the Confirm Status hyperlink to display confirmation information for this batch<br>To confirm multiple batches, select the Confirm Batch checkbox for each batch to be confirmed and click Submit at the bottom of the page<br>Click on the batch number hyperlink to display that batch |
| 3 | Click on the Org ID next to each batch to display summary information of the initiating Member. |
| 4 | Click on the Confirmed Status column to display a pop up window showing the number of confirmed and rejected MINs for the batch. |

EXHIBIT 74

| | |
|---|---|
| 5 | To confirm all MINs in multiple batches, select the Confirm Batch checkbox for each batch you wish to confirm, and click Submit. A confirmation results page appears. |
| 6 | To confirm or reject a single batch, or select MIN-level or Pool-level confirmation, click on the Batch number you want to confirm. The Confirm TOS Batch page appears.  |
| 7 | To confirm the entire batch, select the Confirm checkbox and click Submit. A confirmation results page appears. |
| 8 | To reject the entire batch, select the Reject checkbox, optionally choose a New Servicer Reject Reason from the dropdown, and click Submit. A confirmation results page appears. |

EXHIBIT 74

**To confirm at the MIN level:**

| Step | Action |
|---|---|
| 1 | Select the MIN Level Confirmation hyperlink from the Confirm TOS Batch page. The MIN Level Confirmation page will be displayed.   |
| 2 | To display MIN summary information, click on the hyperlink for that MIN. |
| 3 | Select Confirm or Reject for each MIN on the page, and optionally a Reject Reason for each MIN you are rejecting, and click Submit. A confirmation results page will be displayed. |
| 4 | If multiple pages of MINs exist for this batch, repeat step 3 for each page of MINs. |

EXHIBIT 74

**To confirm at the Pool level:**

| Step | Action |
|---|---|
| 1 | Select the Pool Level Confirmation hyperlink from the Confirm TOS Batch page.<br>🖳 The Pool Level Confirmation page will be displayed.<br><br> |
| 2 | Select Confirm or Reject for each pool on the page, and optionally a Reject Reason for each pool you are rejecting, and click Submit.<br>🖳 A confirmation results page will be displayed. |
| 3 | If multiple pages of Pools exist for this batch, repeat step 2 for each page of Pools. |

## Transfer Servicing Rights Confirmation Results Page

The page that displays after you've updated transfer confirmations shows the number of MINs confirmed/rejected during that particular transaction (not the overall total of confirmed/rejected MINs for the batch).



# Chapter 15: MIN Deactivation

**Introduction**

A MIN is deactivated when a loan is placed in an inactive status for the following reasons:

- Paid in Full
- Transfer to Non MERS Status
- Default By Servicer
- Default By Subservicer

The loan Servicer or Subservicer performs Paid In Full and Transfer to Non MERS Status transactions. MERSCORP performs a Default by Servicer deactivation at the request of the loan Investor. MERSCORP performs the Default by Subservicer deactivation transaction at the request of the loan Servicer or Investor.

**Chapter contents**

This chapter describes how to deactivate a MIN on the MERS® System. See Chapter 17 for instructions on reversing a deactivation.

| Step | Action |
|---|---|
| 1 | Click Deactivation from the main menu.<br>The Deactivation menu appears. |
| 2 | Click the appropriate deactivation type.<br>The corresponding deactivation page appears.<br>MERS OnLine www.mersinc.org — Process Loans, Not Paperwork™ — UAT 1000001 functioning as 1005000<br>Deactivation: Paid In Full; Transfer to Non-MERS Status; Default by Servicer; Default by Subservicer; Back to Main Menu; Log-off<br>**Paid In Full**<br>The Web Application will allow a "Paid In Full" transaction of up to 30 MIN(s) at one time.<br>Complete the following field/fields if you want all the MIN(s) to have the same Servicer Liquidation Date.<br>Servicer Liquidation Date:<br>Entering a Servicer Liquidation Date for a MIN will override the above Servicer Liquidation Date for that MIN.<br>A Servicer Liquidation Date is required for each MIN when the above Servicer Liquidation Date is not entered.<br>Please enter MIN number(s).<br>MIN* — Servicer Liquidation Date |
| 3 | Complete the information and include the MINs to be deactivated. To deactivate more than 30 MINs, use more than one transaction. |
| 4 | Click Submit. |

EXHIBIT 74

**Types of deactivation processes**

The types of deactivation processes are as follows:

- **Paid In Full**: use to deactivate MINs when loans are paid in full, or to reflect a short sale or deed in lieu.
- **Transfer to Non MERS Status**: use to deactivate MINs when the new Servicer or Subservicer is not a MERS® System Member, for MOM or Non-MOM loans when the Investor requires a recorded assignment out of Mortgage Electronic Registration Systems, Inc. (MERS) or when the loan is assigned from MERS to the Servicer, and for iRegistrations if they will no longer be tracked on the MERS® System.
- **Default By Servicer**: used by MERSCORP to deactivate MINs when an Investor pulls servicing from the current Servicer and places the servicing with a non-MERS member
- **Default By Subservicer**: used by MERS to deactivate MINs when a Servicer pulls servicing from the current Subservicer and places the sub-servicing with a non-MERS member

**MIN deactivation transaction requirements**

The MIN deactivation transaction requirements are as follows:

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields that appear with an asterisk (*) are required. Fields that are not required should be completed if the information is available.<br>• Enter MINs with or without dashes. |

EXHIBIT 74

<table>
<tr>
<td>Paid In Full</td>
<td>

• The loan Servicer or Subservicer chooses <u>Paid In Full</u> from the Deactivation menu.

• A Servicer liquidation date is entered in the Group Servicer Liquidation Date if the date is the same for all MINs, or in the individual Servicer Liquidation Date fields if the dates are different for each MIN.

</td>
</tr>
</table>

EXHIBIT 74

<table>
<tr><td>Transfer to Non MERS Status</td><td>

• The loan Servicer or Subservicer chooses <u>Transfer to Non MERS Status</u> from the Deactivation menu.

• Enter New Servicer Org ID as 9999999.

• Assignee information is not allowed for iRegistration loans.
</td></tr>
<tr><td>Default By Servicer</td><td>• For use by MERSCORP only at Investor's request</td></tr>
<tr><td>Default By Subservicer</td><td>• For use by MERSCORP only</td></tr>
<tr><td>Processing</td><td>• Correct errors that appear in the error message window.<br>• Transfer to Non-MERS Status of a MOM or Non-MOM loan require a recorded assignment to a mortgagee of record other than Mortgage Electronic Registration Systems, Inc. (MERS).</td></tr>
</table>

EXHIBIT 74

# Chapter 16: Loan Foreclosure

**Introduction**

The Foreclosure transactions reflect the legal action that a Servicer or Subservicer initiates to obtain title to property in the name of the Servicer or Investor. When a loan you are servicing goes into foreclosure, you will update the MERS® System to show that the foreclosure is pending, then again to reflect when it has completed or been reinstated or modified.

**Chapter contents**

This chapter describes how to report foreclosure activity to the MERS® System.

| Step | Action |
|---|---|
| 1 | Click Foreclosure from the main menu.<br>The Foreclosure menu appears. |
| 2 | Click a foreclosure process. |
| 3 | Enter the MIN (s) in the MIN field. |
| 4 | Click Submit. |

**Types of foreclosure processes**

The types of foreclosure processes are as follows:

- **Foreclosure pending (option 1), assigned to Servicer**: use to submit a pending status for a MOM or Non-MOM loan. This requires a recorded assignment out of Mortgage Electronic Registration Systems, Inc. (MERS).



- **Foreclosure pending (option 3), iRegistration**:  use to submit a pending status on a foreclosure being conducted on an iRegistration loan.



- **Reinstated or modified (option 1), assigned back to MERS**:  use to reinstate an incomplete foreclosure after a MOM or Non-MOM loan is assigned back to Mortgage Electronic Registration Systems, Inc. (MERS)



This option is not allowed for iRegistration loans.

EXHIBIT 74

- **Reinstated or modified (option 1), not assigned back to MERS - Deactivate**: use to reinstate an incomplete foreclosure without assigning the loan back to MERS and make the MIN inactive.

  🗎 This option will deactivate the MIN with a status of "Reinstated or modified (option 1), not assigned back to MERS"

- **Reinstated or modified (option 1), not assigned back to MERS - iRegistration**: use to reinstate an incomplete foreclosure without assigning the loan back to MERS and keep loan active as an iRegistration

  🗎 This option will change the MOM Indicator to iRegistration



EXHIBIT 74

- **Reinstated or modified (option 2):** use to reinstate an incomplete option 2 foreclosure

- **Foreclosure complete:** use to complete a pending foreclosure

🗎 This option deactivates the MIN with a status of Foreclosure Complete



EXHIBIT 74

- **Foreclosure status reset**: use to reset the foreclosure status to None (Not in Foreclosure).
  - 🗎 If "Foreclosure Complete" or "Reinstated or Modified (Option 1), not assigned back to MERS" has been reported to the MERS® System, this function cannot be used until you have reversed the deactivation (see Deactivation Reversal).

## Foreclosure process

The foreclosure process is as follows:

<table>
<tr><th>Stage</th><th colspan="2">Description</th></tr>
<tr><td>1</td><td colspan="2">The Servicer or Subservicer places the MIN in a foreclosure pending status.</td></tr>
<tr><td rowspan="3">2</td><td colspan="2">Once the MIN is in a foreclosure pending status:</td></tr>
<tr><td>If the foreclosure is completed…</td><td>If the loan is reinstated or modified . . .</td></tr>
<tr><td>. . . the Servicer or Subservicer will select the Foreclosure Complete option from the Foreclosure menu</td><td>. . . the Servicer or Subservicer will select the appropriate option from the Foreclosure menu<br>🗎 The loan can be reinstated in MERS's name or the Servicer's name.</td></tr>
</table>

EXHIBIT 74

**Loan foreclosure transaction requirements**

The loan foreclosure transaction requirements are as follows:

| Field | Notes |
|---|---|
| **Data entry tips** | • Fields that appear with an asterisk (*) are required. Fields that are not required should be completed if the information is available.<br>• Type MINs with or without dashes. |
| **Rules** | • Multiple MINs may be processed in a foreclosure transaction.<br>• You must correct errors that appear in the error message.<br>• Incomplete foreclosure transactions are not retained on the system<br>• Inactive MINs cannot be processed on the Foreclosure pages.<br>• A "Foreclosure pending (option 1), assigned to Servicer" transaction will be rejected for a MOM or Non-MOM loan if the required assignment from Mortgage Electronic Registration Systems, Inc. (MERS) to the Servicer was not reported to the MERS® System. Assignment information is not allowed for an iRegistration.<br>• Each Investor establishes Investor confirmation requirements. |

EXHIBIT 74

| A foreclosure status of… | May be modified to… |
|---|---|
| Foreclosure pending (option 1), assigned to Servicer | • Foreclosure status reset<br>• Reinstated or modified (option 1), assigned back to MERS<br>• Reinstated or modified (option 1), not assigned back to MERS – Deactivate<br>• Reinstated or modified (option 1), not assigned back to MERS - iRegistration<br>• Foreclosure complete |
| Foreclosure pending (option 2), retained on MERS | • Foreclosure status reset<br>• Foreclosure pending (option 1), assigned to Servicer<br>• Reinstated or modified (option 2)<br>• Foreclosure complete |
| Foreclosure pending (option 3), iRegistration | • Foreclosure status reset<br>• Reinstated or modified (option 3)<br>• Foreclosure complete |
| Reinstated or modified (option 1), assigned back to MERS | • Foreclosure status reset<br>• Foreclosure pending (option 1), assigned to Servicer |
| Reinstated or modified (option 1), not assigned back to MERS - iRegistration | • Foreclosure status reset<br>• Foreclosure pending (option 3), iRegistration |
| Reinstated or modified (option 1), not assigned back to MERS - Deactivate | • Can only be modified by reversing the deactivation (see Deactivation Reversal) |
| Reinstated or modified (option 2) | • Foreclosure status reset<br>• Foreclosure pending (option 1), assigned to Servicer |
| Reinstated or modified (option 3) | • Foreclosure status reset<br>• Foreclosure pending (option 3), iRegistration |
| Foreclosure Complete | • Can only be modified by reversing the Foreclosure Complete deactivation (see Deactivation Reversal) |

EXHIBIT 74

# Chapter 17: Reversal (Registration and Deactivation)

## Introduction

The reversal process is used when a loan has been registered or deactivated in error, or when a loan is registered with incorrect information that cannot be changed using the MIN Information option.

When a loan is registered with incorrect MIN information, the MIN Information option can be used to correct most information. However, if a loan with Mortgage Electronic Registration Systems, Inc. (MERS) as mortgagee in the land records is registered as an iRegistration, or if a loan with a mortgagee other than MERS is registered as a MOM or Non-MOM, the registration must be reversed and the MIN re-registered with the correct MOM indicator. Similarly, if a loan is registered with an incorrect Servicer, Investor, or Interim Funder, the registration can be reversed and the MIN re-registered with the correct rights holders.

For a loan that was correctly deactivated because it was assigned to a Non-MERS Member (status of Transfer to Non-MERS Status, Reinstated or modified option 1, not assigned back to MERS, or Default by Servicer or Subservicer), and is now being assigned back to MERS or registered as an iRegistration, use the Registration function.

If a deactivation was cascaded from the MERS® eRegistry, it can only be reversed on the MERS® System by reversing the deactivation on the MERS® eRegistry and cascading the transaction.

## Chapter contents

This chapter describes how to reverse a registration or deactivation.

EXHIBIT 74

**Registration Reversal**

The original registering Member, Servicer, Subservicer or Investor may process a registration reversal. The information for that MIN may be updated, and the loan may be re-registered, anytime after the reversal.

If the Member who registered the MIN is not the current Servicer, Subservicer, or Investor, the registering Member can update most MIN Information for seven calendar days following registration using the MIN Information option. This might be preferable to reversing the registration because of a small error and then paying another registration fee to re-register it.

| Step | Action |
|---|---|
| 1 | Click Reversal from the main menu.<br>The Reversals menu appears |
| 2 | Select Registration from the Reversals menu.<br>The Registration Reversal page appears.<br> |
| 3 | Enter the MINs to be reversed.<br>Up to 30 MINs may be entered. To reverse the registration of more than 30 MINs, perform an additional reversal transaction. |
| 4 | Input new Assignee information if the reversal reason requires the loan to be assigned out of Mortgage Electronic Registration Systems, Inc. (MERS).<br>Assignee information is not allowed for iRegistrations. |
| 5 | Click Submit. |

EXHIBIT 74

**Deactivation Reversal**

The Servicer or Subservicer that processed the deactivation must process the deactivation reversal. If a deactivation was cascaded from the MERS® eRegistry, it can only be reversed on the MERS® System by reversing the deactivation on the MERS® eRegistry and cascading the transaction.

Use this option only if the loan was deactivated in error. For a loan that was correctly deactivated because it was assigned to a Non-MERS® System Member (status of Transfer to Non-MERS® System Member, Reinstated or modified option 1, not assigned back to MERS, or Default by Servicer or Subservicer), and is now being assigned back into Mortgage Electronic Registration Systems, Inc. (MERS) or registered as an iRegistration, use the Registration function.

MINs with the following inactive statuses can be reversed if deactivated in error:

- Paid In Full
  (if the "Lien Release Sent Date" had been entered for the MIN, it will be automatically cleared.)
- Transfer To Non MERS Status
- Default By Servicer
- Default By Subservicer
- Reinstated or modified (option 1), not assigned back to MERS
- Foreclosure complete

| Step | Action |
|---|---|
| 1 | Click Reversals on the main menu.<br>The Reversals menu appears. |
| 2 | Click Deactivation on the sub-menu.<br>The Deactivation Reversal page appears.<br> |
| 3 | Enter the MIN for which you want to reverse the deactivation. |

EXHIBIT 74

| | |
|---|---|
| 4 | Click Submit.<br>A Deactivation Summary page displays |
| 5 | Look at the Deactivation Summary page to make sure this is the correct MIN, then click Submit to complete the transaction.<br>A Deactivation Successfully Reversed page displays |

EXHIBIT 74

# Chapter 18: Reports

**Introduction**

The MERS® System provides monthly reconciliation reports and daily activity-based exception and confirmation reports. The daily reports reflect the previous day's processing and are not real time ad hoc reports.

Some of the reports indicate if a batch transaction processed successfully on the MERS® System or rejected for specific reasons. Other reports indicate events that took place on the previous processing day such as transactions reflecting a transfer of beneficial rights or a sale of servicing rights.

Each report should be reviewed on a daily basis to verify activity from the previous day. If transactions rejected because of errors, you can either correct the error through MERS® OnLine or contact your service provider, if you use one, to correct the error and have them resubmit the transaction for processing in the next cycle. You are responsible for reconciling the MERS® System reports to your other systems on a daily basis.

Some reports are mandatory, while others are optional. By default, you will receive all mandatory and optional reports. For information on choosing which optional reports you wish to receive and whether you receive text and/or pdf versions of each report, see the Reports option under Member Information.

A recap of all reports is also generated every day for each Member. The *List of Reports Produced* lists all reports generated for your Org ID, and a record count for each. This is especially useful to Members receiving large reports that might get truncated in transmission. *The List of Reports Produced* can be used to verify that each report is complete.

The reports will include the User ID that initiated the transaction if the transaction was done through MERS® OnLine.

Reports remain available online for thirty days. After six processing days, the reports are available only in ZIP formats.

**Chapter contents**

This chapter explains how to retrieve, view, print or save your daily reports, and how to request a Portfolio Analysis Report.

Reports can be downloaded using MERS® OnLine or an FTP solution, and may be viewed in the Adobe Acrobat PDF format.

EXHIBIT 74

**Portfolio Analysis Report**

The Portfolio Analysis report is an on-demand, customizable report that provides you the means of identifying your association with a MIN. You request and schedule this report through MERS® OnLine.

You can request this report twice per month free of charge. When requesting a third or subsequent report, the system will display a message stating that you will be charged for the report.

| Step | Action |
|---|---|
| 1 | Click Reports from the main menu. |
| 2 | Click Request Portfolio Analysis Report.<br>The request page appears.<br><br>Use this page to select your LOB on the MINs selected, and the primary sort order for the report. These selections cannot be identical.<br><br>From the Reports Menu, select Request Portfolio Analysis Report<br>• Tracks number of reports already generated for your organization this month<br>• First two per month are free<br>Reports<br>Request Portfolio Analysis Report<br>Available Report Dates<br>Nov 10, 2004<br>Nov 09, 2004<br>Nov 08, 2004<br>Nov 06, 2004<br>Nov 05, 2004<br>Nov 04, 2004<br>Back to Main Menu<br>Log-off<br>Request Portfolio Analysis Report<br>0 of 2 free Portfolio Analysis Reports have been generated for the current month.<br>The Portfolio Analysis Report allows you to select certain MINs and organize how they will appear on the report. The values selected from the most recent Portfolio Analysis report request will continue to be displayed until new criteria is selected.<br>'Select line of business' indicates the association your organization has to the MINs that should appear on the report. For example: If you select Interim Funder, the report will list only those MINs where your organization is named Interim Funder. You can only select one Line of Business, however, if the Servicer LOB is selected, MINs on which your organization is named Subservicer will also be included in the report.<br>'Group the selected MINs by' allows you to identify the primary sort criteria within the report. The value defined under 'Select line of business' cannot be the same as the value defined under 'Group the selected MINs by'. You may also select a secondary sort by selecting MIN or Pool/Investor in 'Sort Report By' field.<br>Click the submit button.<br>Select your line of business: Servicer<br>Group the selected MINs by: Alternate Custodian<br>Submit<br>Use this drop-down to identify the line of business (e.g. Servicer) in which loans to be selected show your organization.<br>Use this drop-down to select the primary sort order (e.g. by Investor) for the report.<br>Click Submit. |

EXHIBIT 74

| Step | Action |
| --- | --- |
| 3 |  |

EXHIBIT 74

**Report formats**

There are four report formats available from the report window of MERS® OnLine depending on the options you have chosen.

Reports with more than approximately 75,000 records will not be available as a printable version.

The format options are:

- PDF Format: requires Adobe Acrobat to view, print and search for a string within a report (available for six processing days)
- TXT Format: a tab-delimited version (available for six processing days)
- ZIP PDF Format: a compressed version of the PDF format using WinZip to open (available for thirty days)
- ZIP TXT Format: a compressed version of the data file using WinZip to open (available for thirty days)

| Step | Action |
|---|---|
| 1 | Click Reports from the main menu. |
| 2 | Click the date of the reports you would like to view.<br>The report list with the four available report format icons display.<br><br> |
| 3 | Click on the format for each report you want. The ZIP formats are the two icons on the right. Your selected report will appear |
| 4 | Print the report or perform a File, Save As from the browser window. |

# Glossary

| | |
|---|---|
| ***Acquisition Date*** | The date of acquisition recognized in the books and records of the Purchaser. |
| ***Agency ID*** | A number assigned by a government agency to uniquely identify a mortgage company. |
| ***Assignment*** | A transfer to another of any property, real or personal, or of any rights or estates in said property. |
| ***Associated Member*** | A MERS Member that has been granted inquiry only access to loan information by the Servicer/Subservicer of a mortgage registered on MERS. |
| ***Assumption*** | Taking over by one party of an obligation that was originally incurred by another. In MERS® System, this results in replacement of the Primary Borrower and all Co-Borrowers. |
| ***Batch*** | A group of one of more MINs identified to be included in a Transfer of Beneficial or Servicing Rights transaction. |
| ***Batch File*** | A system-to system transaction used to update the MERS® System. |
| ***Batch Inquiry*** | Transaction used to look up information on loans matching search criteria entered using a flat file format. |
| ***Beneficial Rights Transfer*** | A transfer of the security interest under the mortgage or deed of trust. These transfers are tracked for MERS Members on the MERS® System. |
| ***BIR*** | Business Integration Resource. The MERS employee who assists you in incorporating the MERS® System into your business processes. |
| ***Bulk Transfer*** | The process of transferring the servicing rights of multiple loans on the MERS® System in a one-time transaction. |
| ***CEMA*** | Consolidation, Extension, and Modification Agreement. Also known as MECA |
| ***Check digit*** | The final digit of the 18-digit Mortgage Identification Number (MIN), which is calculated using the MOD 10 Weight 2 algorithm. |
| ***Co-Borrower*** | The first borrower listed on the Security Instrument is the Primary Borrower for that loan on the MERS® System. Each additional borrower listed on the Security Instrument is a Co-Borrower for that loan on the MERS® System. Names listed on the Security Instrument but not the Note should be entered as Co-Borrowers on the MERS® System. Names listed on the Note but not the Security Instrument should not be entered on the MERS® System. |
| ***Confirmation*** | The transaction used by an Investor, Servicer, or Subservicer to indicate if a pending transfer transaction should be accepted or rejected. |

EXHIBIT 74

| | |
|---|---|
| ***Contact Types*** | • Accounts Billing (mandatory)<br>Person from the Member's organization designated to receive MERSCORP monthly invoices.<br>IMPORTANT: There can only be one individual designated for this contact type. Any discrepancies should be directed to the MERSCORP Accounting Department at billing@mersinc.org.<br>• Compliance Officer<br>An Officer, who is responsible for regulatory internal requirements for MERS® System Member.<br>• Customer Service Primary (mandatory)<br>Contact from the Member's organization for handling public requests for MERS® System Members<br>• Customer Service Secondary<br>Back-up for Customer Service Primary contact.<br>• eRegistry (mandatory for eRegistry Members)<br>Person who is a contact for MERS® eRegistry questions.<br>• Executive Sponsor (mandatory)<br>The senior executive within the Member's organization under whose management the MERS® System operation falls.<br>• Legal (mandatory)<br>Designated individual at Member's organization responsible for coordinating communication between the MERSCORP Law Department and the Member's internal law department regarding litigation and other legal issues.<br>• Mail Room<br>Contact responsible for handling MERS® System mail for Member.<br>• Operational (mandatory)<br>Person(s) from the Member's organization responsible for overseeing or conducting the day-to-day MERS® System functions. This contact-type appears on Member Search on the corporate website at www.mersinc.org, and in the Member Summary on MERS® OnLine, and MERS® Link.<br>• Property Preservation<br>Contact for handling property preservation for MERS® System Members. This contact-type appears on Member Summary in MERS® OnLine and MERS® Link.<br>• Quality Assurance Officer (mandatory)<br>Officer from the Member's organization responsible for MERS® System Quality Assurance.<br>• System Administrator Primary (mandatory)<br>Person from the Member's organization responsible for setting up unique User ID(s) for each person at your company needing access to MERS® OnLine. This person maintains your organization's User IDs and Roles, including password resets, and keeps your Member Information current.<br>• System Administrator Secondary<br>Back-up for System Administrator Primary.<br>• Technical (mandatory for Members using System to System connectivity)<br>Person from the Member's organization responsible for providing technical support to ensure system compatibility with the MERS® System. |
| ***Conversion*** | The process by which an iRegistration loan is converted to a Non-MOM loan if it is assigned to MERS. Uses the Registration transaction. |

EXHIBIT 74

| | |
|---|---|
| ***Deactivation*** | When a loan becomes inactive on the MERS® System for one of the following reasons:<br>• Paid in Full (includes payoff, deed in lieu, short sale, etc.)<br>• Transfer to non-MERS Status<br>• Involuntary transfer/default by Servicer<br>• Involuntary transfer/default by Subservicer<br>• Foreclosure Complete<br>• Reinstated or modified (option 1), not assigned back to MERS<br>EFFECTIVE FEBRUARY 27, 2012:<br>• Deactivated - Assigned to Servicer for Default |
| ***Deactivation Reversal*** | The process for reactivating a MIN that was deactivated in error. |
| ***DTD*** | Document Type Definition. A file that defines the "markup language" that will be used to describe the data. It defines and names the elements that can be used in the document, the order in which the elements can appear, the element attributes that can be used, and other document features. |
| ***EDI*** | Electronic Data Interchange. The system-to-system exchange of business transactions between one or more business partners in a standard format. |
| ***eNote*** | A Transferable Record as defined by E-SIGN or UETA, whichever is applicable. |
| ***ESIGN*** | Electronic Signatures in Global and National Commerce Act.<br>A federal statute that establishes the legal validity and enforceability of electronic signatures, contracts, and other records in interstate and foreign commerce transactions, if not superseded by certain state laws otherwise authorizing such activities. |
| ***ETA*** | Electronic Tracking Agreement. An agreement that is used when a mortgage originator pledges mortgages to a warehouse lender as collateral through a line of credit or other financing arrangement. |
| ***FIPS Code*** | The code assigned by the Federal Information Processing Standards (FIPS) Publications issued by the National Institute of Standards and Technology (NIST) to represent a county or other entity treated as an equivalent legal and/or statistical subdivision of the 50 states, District of Columbia, and the possessions and freely associated areas of the United States. |
| ***Flat File Format*** | This is the optional proprietary format for system-to-system input to the MERS® System. Members that are not X12 capable can use this format. |
| ***Flow Loan Registration*** | A loan registered on the MERS® System 270 days or less after the note date. |
| ***Flow Transfer*** | MERS defines flow as a Transfer Date 270 days or less after the Note Date. There is no fee for this transaction nor limitations to the number of times a MIN can be included in Flow Transactions. |
| ***Foreclosure Status*** | The field reflecting the current status of a MIN in foreclosure on the MERS® System. "Foreclosure Complete" and "Reinstated or modified (option 1), not assigned back to MERS-deactivate" statuses deactivate the MIN. The following is a list of MERS foreclosure statuses:<br>• Foreclosure pending (option 1), assigned to Servicer<br>• Foreclosure pending (option 2), retained on the MERS® System*<br>• Foreclosure pending (option 3), iRegistration<br>• Reinstated or modified (option 1), assigned back to MERS<br>• Reinstated or modified (option 1), not assigned back to MERS-deactivation<br>• Reinstated or modified (option 1), not assigned back to MERS- iRegistration<br>• Reinstated or modified (option 2)**<br>• Reinstated or modified (option 3)<br>• Foreclosure complete<br>• Foreclosure status reset<br>* This option is no longer available.<br>**This option is only available as an update to a loan in pending (option 2) status. |
| ***FTP*** | File Transfer Protocol |
| ***Funding Date*** | Funding Date is defined as the date the borrower becomes obligated for the debt and interest starts to accrue. In some states, this may be different from the date the borrower signs the note, or the date the note is drawn. |

EXHIBIT 74

| | |
|---|---|
| ***General Public*** | Refers to any non-MERS Member who requests information. Only selected information will be accessible through an automated servicer identification system and the customer must provide required information to activate and release requested information. |
| ***Integration*** | The process by which a Member completes procedural changes, training, and system testing of transactions prior to being live in the MERS® System. |
| ***Interim Funder*** | Organization with an interim financial interest on a loan prior to the sale of the loan to the permanent Investor, who has chosen to have their secured interest in each loan represented in a way that only they can release on the MERS® System . |
| ***Interim Funder Interest*** | The financial interest on a loan that an organization has prior to the sale of the loan to the permanent Investor. Examples of organizations are warehouse lenders, Wall Street firms, and other parties that extend interim funding to originators. |
| ***Investor*** | The owner of the beneficial interest in a loan. |
| ***iRegistration*** | Loan registered on the MERS® System for information only, where MERS is not the mortgagee. iRegistration loans may be included in transactions (e.g. TOS, TOB, deactivation, foreclosure), but assignment information is optional. |
| ***Lender*** | The payee on the note. |
| ***Lien Release*** | An instrument releasing the security interest recorded in the county land records (also discharge, satisfaction, reconveyance). |
| ***Line of Business (LOB)*** | The types of business in which a Member is active on the MERS® System. These are listed in the Member's Member Profile. |
| ***Member*** | Refers to all organizations whose signed MERS Membership Application has been submitted and approved, and whose fees are current. |
| ***Member Profile*** | MERS-specific information about a MERS Member that is required at the time of initial setup. The member profile indicates the Member's MERS business process preferences, billing, and other information. |
| ***MERS*** | MERSCORP, Inc., which owns and operates the MERS® System, the MERS® eRegistry, and MERS® eDelivery; and Mortgage Electronic Registration Systems, Inc., its wholly owned subsidiary, which acts as the mortgagee of record in the public land records and as nominee for the lender and its successors and assigns. |
| ***MERS® 1-2-3*** | A complete online solution to achieve MERS® Ready status for Lenders that sell loans servicing-released. Through interfaces with approved document preparation companies, it generates a MIN to be presented on a MOM security instrument or assignment. It also warehouses data to pre-populate the fields on the MERS Registration page, thereby eliminating approximately 80% of the required data entry. |
| ***MERS actual Transfer Date*** | The date servicing of the loans is transferred in the MERS database. This date will be the same as the servicing Transfer Date unless the buyer does not confirm the transfer on time. |
| ***MERS® eDelivery*** | A secure method for distributing eMortgage packages from one MERS® eRegistry Member to another, using the existing MERS® eRegistry infrastructure and transaction security requirements. |
| ***MERS® eRegistry*** | An electronic note registry that serves as the system of record to identify the current controller and location of the authoritative copy of an electronic note. |
| ***MERS Help Desk*** | Provides support of MERS systems and procedures, via telephone and email, to MERS Members. |
| ***MERS® InvestorID*** | An initiative to provide more transparency regarding residential mortgage loans. Uses information entered on the MERS® System to generate a Notice of New Creditor required by the Helping Families Save Their Homes Act of 2009 when a TOB is completed for a MOM or Non-MOM loan. Investors who have developed their own notification process can opt out of MERS® InvestorID. |
| ***MERS® Link*** | Browser-based access to the MERS® System to retrieve information about the current Servicer of a mortgage registered on the MERS® System. If supported by the Servicer, it may have a "hot link" to the Servicer's website for Customer Service information. MERS® Link also can be accessed via the American Land Title Association web site or through a subscription to the service |

EXHIBIT 74

| | |
|---|---|
| ***MERS® Lite Member*** | A lender that has signed a MERS Member Agreement solely so that it can sell loans with MERS as the nominee for the lender on the security instrument to other MERS Members. This type of Member sells servicing-released within 30 days of loan closing. |
| ***MERS® OnLine*** | Browser-based access to the MERS® System, found at www.mersonline.org. |
| ***MERS® Servicer ID*** | Browser-based access to servicer contact information for loans registered on the MERS® System. Available to the public at www.mers-servicerid.org. |
| ***MERS® System*** | An electronic registry that tracks changes in loans servicing and beneficial ownership rights. Member companies update the registry via MERS® OnLine (the browser-based interface) or through batch file or XML interfaces. |
| ***MIN*** | Mortgage Identification Number. The MIN is an 18-digit number composed of the 7-digit Organization ID, the 10-digit sequence number, and the check digit. |
| ***MIN Archival*** | The process that removes MINs that have been deactivated on the MERS® System. Limited information is still available on the MIN. |
| ***MIN Status*** | The field reflecting the reason for current status of a loan on the MERS® System. |
| ***MOM*** | MERS as the Original Mortgagee. Language written into security instruments that establishes MERS as the Original Mortgagee and nominee for the Lender, its successors and assigns. |
| ***Mortgage Loan Transfer Notice*** | A Notice of New Creditor required by the Helping Families Save Their Homes Act of 2009. Generated automatically when a TOB is completed for a MOM or Non-MOM loan, using the information entered on the MERS® System, unless the New Investor has opted out of MERS® InvestorID. |
| ***My MERS*** | The MERS® OnLine functionality that allows Members to create a list of frequently used Org IDs. |
| ***Non-MOM*** | A loan for which MERS is the mortgagee through an assignment. |
| ***Note Date*** | Note Date is the date on the Note. In some states, the date the borrower signs the note, or the date the note is drawn, may or may not be the actual date on which interest begins to accrue (see Funding Date). |
| ***Option 1 (beneficial rights)*** | The lender/seller of the beneficial interest initiates the transfer of beneficial rights outside of MERS (e.g., using MIDANET or MORNET). The Investor sends confirmation of the transfer to MERS through an X12 transaction. Once the X12 file is submitted, it cannot be canceled. Interim funding interests are released automatically when the X12 transaction is processed by the MERS® System. |
| ***Option 1 MIN Cycling*** | The automated transaction that reprocesses MINs that have been rejected due to reason of non-registration, when delivery has been attempted to an Option 1 Investor. The cycle and reprocess occurs for 10 calendar days from the effective Transfer Date. |
| ***Option 1TOS (Default by Servicer)*** | An Option 1 Investor may use this transaction to reflect a transfer of servicing on that Investor's loans to another MERS Member Servicer due to default by the previous MERS Servicer. This transaction is billed to the Investor, and leaves the loan active on the MERS® System. |
| ***Option 2 (beneficial rights)*** | In the Option 2 process, the current Investor, Servicer, or Subservicer creates a beneficial rights transfer transaction. Then the new Investor confirms the transfer. Interim funding interests must be released separately. |
| ***Optional EDI Format*** | See Flat File format. |
| ***Organization Identification Number (Org ID)*** | A MERS assigned seven-digit number uniquely identifying a Member of MERS. The seven digits of the Org ID comprise the first seven digits of the 18-digit MIN. |
| ***Original Borrower*** | The entity listed as the borrower on the original note. May be different from the current borrower on a loan if the loan has been assumed. |
| ***Original Note Holder*** | The loan originator, if not a MERS Member. Displayed as Originating Organization. |
| ***Originating Org ID*** | The Org ID of the loan originator. This organization's Org ID and Name are displayed as Originating Organization. |

EXHIBIT 74

| | |
|---|---|
| ***Originating Organization*** | The originator of the loan. If the originator is a MERS Member, that Member's Org ID is entered in the Originating Org ID field, and its Org ID and Name are displayed for Originating Organization. If the originator is not a MERS Member, the originator's name is entered in the Original Note Holder field and displayed for Originating Organization. |
| ***Parent/Child Relationship*** | Relationship established by MERS on the MERS® System for Members who execute a Parent/Child Agreement. Only the parent Org ID is billed Membership fees, and transactions reflecting seasoned servicing transfers between the Org IDs named in the relationship are billed as Intracompany Transfer rather than Seasoned Servicing Transfer fees. |
| ***Passive Investor*** | An Option 2 Investor that is a Member of MERS but does not actively confirm transfers to or from it on the MERS® System. |
| ***Pool Number*** | The number assigned to a grouping of loans by the Investor; required for securitization. |
| ***Pre-Closing*** | Loan registered on the MERS® System before the note date with a status of Pre-Closing (not active). May be registered as an active iRegistration, MOM, or Non-MOM when the loan closes, but a Pre-Closing may not be updated or included in any other transaction except Registration Reversal. |
| ***Post-Closing*** | Transaction used to activate a loan previously registered as a Pre-Closing on the MERS® System when the loan closes. |
| ***Primary Borrower*** | The first borrower listed on the Security Instrument is the Primary Borrower for that loan on the MERS® System. Each additional borrower listed on the Security Instrument is a Co-Borrower for that loan on the MERS® System. |
| ***Property Preservation Company*** | MERS Member with which a Servicer or Subservicer contracts to maintain a property. |
| ***Property Preservation Contact*** | Contact for inquiries about maintenance of properties. |
| ***Reactivation*** | The process of activating a previously deactivated MIN for the same borrower, property, and lien type. MINs deactivated by Paid in Full or Foreclosure Complete cannot be reactivated. |
| ***Recordation*** | The act of recording the loan assignment and/or security instrument in the public land records. |
| ***Registrar*** | A company to whom a Member has contracted business activities such that the Registrar would be the initiator of the business activity that triggers a transaction to the MERS® System. |
| ***Registration*** | The process of entering required information into the MERS® System to report to MERS that a loan exists with MERS as the Mortgagee, or to reflect an iRegistration. |
| ***Registration Reversal*** | The process of reversing a loan that was registered in error. |
| ***Sale Date (servicing rights)*** | In a servicing transfer, the date the contractual servicing rights are transferred from seller to buyer. This date is stipulated in the Purchase and Sale Agreement. |
| ***Seasoned Loan Registration*** | A loan registered on the MERS® System more than 270 days after the note date. |
| ***Seasoned Transfer*** | MERS defines "seasoned" as Transfer Date more than 270 days after the note date. A seasoned loan transfer fee is charged to the seller for seasoned servicing transfers. |
| ***Security Instrument (SI)*** | A formal legal document securing repayment of a debt (e.g. mortgage or deed of trust). |
| ***Sequence Number*** | The 10-digit number assigned by the MERS Member to uniquely identify a loan. The 10 digits of the sequence number comprise the 8th through 17th digits of the 18-digit MIN. |
| ***Servicer*** | The entity that has the contractual right to service a loan and responsibility for the servicing of the loan for the Investor. In some cases the Servicer contracts with a Subservicer. If so, both the Servicer and the Subservicer must be MERS Members to register the loans on the MERS® System. |

EXHIBIT 74

| | |
|---|---|
| ***Servicer Identification System (SIS)*** | Telephone-based access to the MERS® System. It allows anyone to query the system to obtain information on the current servicer on a MERS-registered loan. This system was previously named the Voice Response Unit (VRU). Also the name of the browser-based system available to the public (MERS® Servicer ID). |
| ***Servicing Rights*** | The ownership rights of the current Servicer for servicing loans. |
| ***Servicing Rights Transfer*** | The sale of servicing rights from the current Servicer to a new Servicer. These transfers are tracked for MERS Members on the MERS® System. |
| ***SIS Number*** | Servicer Identification System number: 888-679-MERS(6377) |
| ***Standard EDI Format*** | Accredited Standards Committee X12 standard. |
| ***Subservicer*** | The entity with whom the Servicer has contracted to service its loans. The Subservicer is not the legal owner of servicing rights. |
| ***System to System*** | An alternative to using MERS ® OnLine, it's a method of transmitting information directly from a Member or vendor system to the MERS® System. This includes flat files and EDI X12 transmissions. |
| ***TOB*** | Transaction used to reflect a Transfer of Beneficial rights on the MERS® System. See Beneficial Rights Transfer. |
| ***TOS*** | Transaction used to reflect a Transfer of Servicing rights on the MERS® System. See Servicing Rights Transfer. |
| ***TOS Option 1 (default by servicer)*** | Transaction used by an Option 1 Investor to reflect a Transfer of Servicing Rights on the MERS® System due to default by servicer. |
| ***TOS/TOB Combo*** | Transaction used to reflect a simultaneous transfer of beneficial rights and servicing rights to an Option 2 Investor. Both flow and seasoned loans may be included in this transfer. |
| ***Transfer Cancellation Date*** | The date the transfer transaction is canceled on the MERS® System if all MIN confirmations and rejections are not received. |
| ***Transfer Creation Date*** | The date that the transfer transaction is initiated on the MERS® System. |
| ***Transfer Date (beneficial rights)*** | The date beneficial ownership of a loan is transferred from one Investor to another. In most cases this will be concurrent with the funding date by the new Investor. |
| ***Transfer Date (servicing rights )*** | According to the Purchase and Sale Agreement between the buyer and the seller, the date the responsibility for servicing the loans passes from seller to buyer. |
| ***Transfer to Non-MERS Status*** | Transaction used to deactivate a loan on the MERS® System when it is assigned out of MERS, transferred to a Non-MERS Member, and/or the Member no longer wishes to track it as an iRegistration on the MERS® System. |
| ***UETA*** | Uniform Electronic Transaction Act. A uniform form of statute that various states have enacted to establish the legal validity and enforceability of electronic signatures, contracts, and other records within the enforcing state; when enacted by a state, it may take the place of the provisions of ESIGN. |
| ***Update*** | A change to information outside of a previously defined business process (corrections, updates to previously null fields, etc.) |
| ***Vendor*** | A MERS Member who performs various transactions on the MERS® System on behalf of another Member under a contractual agreement. |
| ***Warehouse/Gestation Lender*** | Associated Member with an interim financial interest on a loan prior to the sale of the loan to the permanent Investor. Their interest in each loan is released automatically when servicing is transferred. The Warehouse/Gestation Lender has view only access to the loan on the MERS® System. |
| ***X12 Format*** | A predefined non-proprietary layout at a transaction set level. This is the recommended format for system-to-system transmissions to the MERS® System. |
| ***XML*** | Extensible Markup Language. XML is a markup language designed specifically for delivering information over the World Wide Web. In creating an XML document, the user creates and assigns the element names. |
| ***XML Inquiry*** | Transaction used to look up information on loans matching search criteria entered using an XML request. |