**Summary of Telephone Conversation with Help desk at Fannie Mae**

Date:         December 5, 2011
Time:         3:39p.m. PDT
Duration:     7 minutes and 46 seconds
Telephone number used to make call: (510) 689-9420

In keeping with the instructions in document FannieMae012.pdf, I, Glenn Gregory, called 1 800 7FANNIE, (800-732-6443);
After going through the automated voice system at Fannie Mae, a was presented with a female worker at the call center;
She stated neither her name nor a badge number;
The worker introduced the center as the Fannie Mae Loan Lookup;
The operator asked if I was an investor, servicer, home owner or renter;
I responded that I was the home owner;
I was then asked my name to which I responded Gregory Morse;
I was then asked for the address of the home for which the inquiry was being made;
I responded with 223 Hugh Point Drive,. I stated that High Point is two separate words. And added that the property is in Murphy Texas with a zip code 0f 75094;
The operator after a few moments responded that Fannie Mae is an investor in a mortgage at the address given;
I then asked the operator when was the mortgage sold and who sold the mortgage to Fannie Mae;
The operator told me that Fannie Mae brought the mortgage on April 1, 2008;
The operator then told me that they do not have any information on who sold the mortgage to them;
I then told her that according to President Obama's Affordable Housing Program, Fannie Mae is supposed to supply information on the home loan;
I then asked her how did Fannie Mae track the mortgage? I followed with another question in rapid session, does Fannie Mae have a number, pooling id , CUSID or contract number?
She responded that Fannie Mae only tracks the loans by street address only;
She then added, in an perturbed tone, that if I needed information that I should call the servicer of the loan;
I finally asked her what I should do as the servicer would not return any calls and had not responded the any qualified requests submitted to them and the lender of record in the county records had gone out of business;
She reiterated again in a stern voice that I needed to keep calling the servicer, the person I pay the mortgage to, until they answered the telephone;
At this point I ended the telephone call.