**EXHIBIT 316**

**HOMECOMINGS WHOLESALE FUNDING ("HWF") RESEARCH SUMMARY OF EXHIBITS
(MERS LENDER ORG ID:  1000626)**

EXHIBIT 1:   Deed of Trust (page 1) showing the filed MIN Number assigned by MERS on behalf of lender HWF

EXHIBIT 2:   MERS Lender Membership List (1/27/2009).  See explanation at top of Exhibit 2, page 1, for complete description. Neil Garfield (Attorney/JD/Trial Attorney, Phoenix, AZ) is, and has been, one of the lead investigators and document discoverers on MERS.  Until recently, MERS archived all lender member lists.  Neil Garfield has for years been saving all member lists.  The attached Exhibit 2 is the official MERS member list, effective 1/27/2009, showing "HWF" on page 63 as a current member with the member ORG ID as 1000626.  If you click on the hyperlink on page 63, it will take you to the official MERS web page previously designated for "HWF" which shows effective 4/20/2011 "No Member Match Found."  See Exhibit 3 for this screenshot.

EXHIBIT 3:   MERS web page screenshot "HWF" - "No Member Match Found"

EXHIBIT 4:   Attorney Neil Garfield website screenshot

MERS ORG ID SUMMARY (with screen shots)

| EXHIBIT 5: | EMC Holdings, LLC | 1003559 |
|---|---|---|
| EXHIBIT 6: | Greenpoint Mortgage Funding, Inc | 1000138 |
| EXHIBIT 7: | Homecomings Financial, LLC | 1000474 |
| EXHIBIT 8: | Homecomings Wholesale Funding | 1000626 |
| EXHIBIT 9: | GMAC Mortgage, LLC | 1000375 |
| EXHIBIT 10: | GMAC Bank Asset Management Co | 1005727 |
| EXHIBIT 11: | Fannie Mae | 1000130 |
| EXHIBIT 12: | Fannie Mae (Reverse Mortgage) | 1005586 |

**(THERE ARE NO DUPLICATE ORG ID'S FOR THE ENTENTIES IN QUESTION BASED ON THE MERS WEBSITE.)**

EXHIBIT 13:  This is a random screenshot from Douglas County, GA Superior Court Clerk that shows "HWF" as the Grantee from the Grantor MERS and (note the name) Residential Funding Corporation dated 7/7/2003.  I included this as one random document to show that, in fact, MERS was transferring, which they say they can't/won't do, to "HWF" who obviously was a MERS member at least as early as 7/7/2003 and remained as a member until at least 1/27/2009.

It is apparent that each entity has its own ORG ID which translated to the specific intentioned act of listing and including "HWF" in the assignment of the MIN to our account.  This means it was not an oversight, mistake or an intentioned joint use of one ORG ID that applied to more than one entity.  The ORG ID 1000626 was assigned to "HWF", used only by "HWF" and this indicates that "HWF" was involved in our transaction as evidenced by the MIN, thus corroborating all other known pieces of "HWF" and MIN involvement.

EXHIBIT 14: MERS - MIN Number Description (from MERS FAQ website section)

Return To:    Homecomings Financial
              One Meridian Crossing, Ste. 100
              Minneapolis   MN  55423
              **Loan Number: 047-686845-0**

Prepared By:  Homecomings Financial
              14850 Quorum Drive, Suite 500
              Dallas, TX  75254

———————————————[Space Above This Line For Recording Data]———————————————

# DEED OF TRUST
MIN  100062604768684500

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON,
YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING
INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST
IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC
RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE
NUMBER.

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated   MARCH 3RD, 2008                ,
together with all Riders to this document.

**(B) "Borrower"** is
GREGORY C. MORSE, AN UNMARRIED MAN

Borrower is the grantor under this Security Instrument.

**(C) "Lender"** is
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)   .

TEXAS-Single Family-**Fannie Mae/Freddie Mac** UNIFORM INSTRUMENT WITH MERS          Form 3044  1/01
MFTX7770 (06/2007) / 047-686845-0
Wolters Kluwer Financial Services

VMP ®-6A(TX) (0704)

Page 1 of 16           Initials: _____

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

#1 Lending LLC
1 Wave Mortgage, LLC
123 Mortgage LLC
1-800-East-West Mortgage Co., Inc.
1952 LLC dba First Mortgage America
1G & Associates International Inc.
1Priceloan.com, LLC
1st 2nd Mortgage Co. of NJ, Inc.
1st Alliance Lending, LLC
1st Alliance Mortgage, LLC
1st American Mortgage, Inc.
1st Central Mortgage, Inc.
1st Chesapeake Home Mortgage
1st Choice Mortgage Banc LLC
1st Choice Mortgage dba for Mikilrobin, Inc.
1st Choice Mortgage Inc
1st Choice Mortgage/Equity Corp. of Lexington
1st Constitution Bank
1st Equity Funding Group Inc.
1st Independence Mortgage Group div of 1st Independence Bank
1st Los Angeles Mortgage Corporation
1st Mariner Bank
1st Maryland Mortgage Corporation
1st Medallion Mortgage Corp.
1st National Lending Services
1st Nationwide Mortgage
1st New England Mortgage Corp. dba 1st Mass.Mtg, 1st Pref Mt
1st Place Mortgage, LLC
1st Point Lending, Inc
1st Point Lending, LLC
1st Preference Mortgage Corporation
1st Republic Mortgage Bankers, Inc.
1st Service Bank
1st Source Bank
1st State Bank

1

**EXHIBIT 316**

1st Step Mortgage Group, Inc.
1st Trust Bank for Savings FSB
1st Trust Mortgage Corporation
1st United Bank
21 Asset Management Holdings LLC
215 Holding Co
21st Mortgage Corporation
22 Asset Management Holding, LLC
2CI Direct
360 Mortgage Group, LLC
3RD Financial Service Corporation
406 Partners
7 Bay Traders, LLC
A & N Mortgage Services, Inc.
A Great Mortgage Company, Inc.
A Great Southern Mortgage Corp
A&A Mortgage Inc.
A&C Mortgage LLC
A&D Financial Corp.
A. Anderson Scott Mortgage Group, Inc.
A. M. Robbins Mortgage, Inc.
AA Mortgage Corp
AAA Worldwide Financial, Co.
Aaron Lending, LLC
Aasent Mortgage Corporation
Abacus Financial Inc. dba Get Your Mortgage Here.com
ABBA First Mortgage, Inc.
ABC America's Best Choice Financial Group, Inc.
ABC Mortgage
ABCO Federal Credit Union
ABI Mortgage, Inc.
ABN AMRO Mortgage Group Inc.
ABS Financial Inc dba Greater Ohio Mortgage
Absolute Home Mortgage Corp.
Absolute Lending Group, LLC
Absolute Mortgage Company
Absolute Mortgage Corporation
Absolute Mortgage Corporation of NC
Abundance Home Mortgage LLC
Abundant Mortgage Inc.
Abwin Mortgage Corporation
Acacia Federal Savings Bank
Academy Mortgage Corporation

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Acadia National Mortgage, LLC
Acceptance Capital Mortgage Corporation
Access Capital Funding LLC
Access Capital Group Inc
Access Mortgage and Financial
Access National Mortgage Corporation.
Access One Mortgage Company, LLC
Access Texas Mortgage
AccessPlus Mortgage
Accord Financial
Accredited Home Lenders
ACCU Funding Corporation
Accunetmortgage.com, LLC
Accurate Fidelity Mortgage Corporation
Ace Mortgage Funding LLC dba Millennium Funding Group
Ace Mortgage Funding, LLC
Acopia, LLC
Acre Mortgage & Financial, Inc.
ACT Lending Corporation
Action Mortgage, LLC
Adams Mortgage, LLC & Adams Mortgage LLC dba Front Range Mtg
Added Value Inc
Adelo Mortgage, Inc.
Admiral Mortgage, Inc
Advance Mortgage & Investment Company of N. Florida Inc.
Advance Mortgage Corporation
Advance Mortgage Source Inc dba S. Carolina Mortgage Assc
Advanced Concepts Enterprises Inc
Advanced Financial Services, Inc. (aka AFS Financial, Inc.)
Advanced Lending Group dba Nationwide Lending Group
Advanced Mortgage Marketing LLC dba Equity One Mortgage
Advanced Mortgage Services
Advanced Mortgage Systems, LLC
Advantage Home Loans, LLC
Advantage Investors Mortgage Corporation

3

EXHIBIT 316

Advantage Loans, Inc.
Advantage Mortgage of Michigan
Advantage Mortgage of S. Florida
Advantage One Mortgage, Inc.
Advantage Residential Mortgage Company
Advantage/Universal Mortgage Inc dba Advantage Mortgage
Advantix Lending, Inc.
Advent Mortgage Corp.
Advent Mortgage LLC
Adventas, Inc.
Adventure Mortgage, Inc.
Advisor Net Mortgage LLC
Advisors Mortgage Group LLC
Advisor's Mortgage, LLC
Aegis Correspondent Corporation
Aegis Funding Corporation
Aegis Lending Corporation
Aegis Mortgage Corporation
Aegis Wholesale Corporation
AFC Mortgage
Affiliated Funding Corporation
Affiliated Mortgage Company
Affiliated Mortgage LLC dba YSU Lending
Affinity Bank
Affinity Group Mortgage Services LLC
Affinity Mortgage Brokers Inc
Affinity Mortgage LLC dba Catholic Home Loan
Agape Financial Group
Agency Mortgage Corporation (Retail)
Agency Mortgage Corporation (Wholesale)
Agents & Builders Mtg. Co., LLC
Agfirst Farm Credit Bank
Aggresive International, Inc
Aggressive Mortgage
AGI Mortgage Lending of Indiana
Agire Mortgage Corporation
AHL, Mortgage, Inc.
AHM Acceptance, Inc.
AIG Federal Savings Bank
Air Academy Federal Credit Union
Air Academy Service Corp.
AKT American Capital Corporation
Alabama Housing Finance Authority

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Alabama Telco Credit Union
Alacrity Lending Company
Alameda Mortgage Corporation, A California Corporation
Alarion Bank
Alaska Eastern Partners
Alaska Louisiana Partners
Alaska Seaboard Partners Limited Partnership
Alaska USA Federal Credit Union
Albany Mortgage Group
Alcova Mortgage
Alera Financial LLC
Alerus Financial, N.A.
Alethes, LLC
Aliant Bank
Alkan Mortgage Corp dba Certified Mortgage Planners
All Access Mortgage Corporation
All American Consulting, LLC dba All American Mortgage
All American Home Lending LLC
All American Home Lending, Inc.
All American Home Mortgage Corp.
All American Home Mortgage, LLC
All American Lending, LLC
All American Mortgage Corporation
All California Mortgage dba All American Mortgage
All Finance Mortgage, Inc.
All Home Lending, Inc
All Nation Funding Corp.
All Star Mortgage
All Star Mortgage Corp
All Star Mortgage Corporation
All State Home Mortgage Inc.
All Western Mortgage, Inc.
Allegro Home Loans LLC
Allegro-Mortgage Inc.
Allen Mortgage LC

EXHIBIT 316

Allen Tate Mortgage Services, Inc.
Alliance Bancorp
Alliance Bank Corporation
Alliance Financial Resources
Alliance Financing Mortgage Corp.
Alliance Home Funding LLC
Alliance Home Mortgage
Alliance Home Mortgage Inc.
Alliance Lending Inc.
Alliance Mortgage Banking Corp.
Alliance Venture Mortgage, LLC
Allied Commercial Services Inc. dba Capital Mortgage Group
Allied Financial, LLC dba Iron Mortgage
Allied Home Mortgage Capital Corporation
Allied Home Mortgage Corporation
Allied Mortgage Group, Inc.
Allied Mortgage Professionals, Inc.
Allsource Mortgage Inc.
Allstar Mortgage Services LLC
Allstate Home Mortgage, LLC
All-Times Mortgage, Inc.
Alpha Mortgage Corporation
Alpha Mortgage USA
Alpine Bank
Alpine Mortgage LLC
Alpine Mortgage Services, Inc.
ALS - Wilmington Trust Co
ALS 2000-1
ALS 2000-2
ALS 2001-2
ALS FNMA Trust 2001-T1
ALS FNMA Trust 2001-T3
ALS FNMA Trust 2001-T4
ALS in Trust for SASCO
ALS PRIVATE INVESTOR - Bank United
ALS PRIVATE INVESTOR - Mass Mutual
ALS PRIVATE INVESTOR - ONE WILLIAM STREET
ALS Private Investor - Washington Trust
ALS PRIVATE INVESTOR-Quaker City
ALS SASCO 2001-4A
ALS SASCO 2001-5
ALS SASCO 2001-6
ALS SASCO 2001-7A

<span style="color:red">**EXHIBIT 316**</span>

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
<span style="color:red">SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING</span>
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
<span style="color:red">BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.</span>)

ALTA Financial Corp
Alta Financial Inc. dba Alta Financial Mortgage
Alterna Mortgage Co.
Alternative Financing Corporation
Alternative Funding Corp
Alternative Mortgage Options, Inc.
Alternative Mortgage Solutions, Inc.
Alternative Resource Services Inc
Altura Credit Union
Amalgamated Bank
Amalgamated Bank (NY)
Ambeck Mortgage Associates
Amber Financial Group, LLC
AMC Mortgage Services Inc.
AmCap Mortgage Ltd
Amera Corporation dba Amera Mortgage Corporation
Amera Mortgage Corporation
Ameribanc Corporation
Ameribank - Warehouse
Ameribank Mortgage Company LLC
America South Mortgage Corp.
AmericaHomeKey
American Acceptance Mortgage, Inc
American Acceptance Mortgage, Inc.
American Advantage Mortgage Company, L.L.C.
American Bancshares Mortgage Corporation
American Bank
American Bank & Trust
American Bank and Trust
American Bank of Commerce
American Bank of Texas N.A.
American Benefit Mortgage Inc.
American Capital Home Loans, LLC
American Capital Mortgage Bankers, Ltd.
American Chartered Bank

7

**EXHIBIT 316**

American Dream Funding Corporation
American Eagle Federal Credit Union
American Eagle Mortgage Inc
American Enterprise Bank of Florida
American Equity Mortgage
American Family Funding, Inc.
American Family Mortgage, Inc.
American Federal Bank
American Federal Mortgage Corporation
American Fidelity Mortgage Bankers, Inc.
American Fidelity Mortgage Corp.
American Fidelity Mortgage Services, Inc.
American Fidelity, Inc.
American Financial Funding Corp.
American Financial Lending, Inc.
American Financial Mortgage Corporation
American Financial Network, Inc DBA Realty Mortgage Alliance
American Financial Resources Inc.
American Financial Resources Incorporated
American Financial Services
American Financing Corporation
American First Credit Union
American First Real Estate Services, Inc.
American Freedom Group, Inc
American Freedom Mortgage Inc.
American General Financial Services of Arkansas dba MorEquit
American General Mortgage
American Guardian Financial Group Inc.
American Heritage Capital, LP
American Heritage Mortgage Co, LLC
American Home Equity Corporation
American Home Free Mortgage, LLC
American Home Lending Inc. DBA American Home Residential Inc
American Home Lending USA, LLC
American Home Loan Center, LLC dba Centric Mtg & Natl Invest
American Home Loans LLC
American Home Mortgage Company
American Home Mortgage Corp dba American Home Mortgage
American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Services, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

American Homefront Mortgage Funding
American Homestar Mortgage, LLC
American Homestead Mtg. LLC
American Independent Association
American Interbanc Mortgage
American Internet Mortgage, Inc.
American Investors Bank and Mortgage
American Land Title Association
American Lending Group
American Lending Group, Inc.
American Lending Network, Inc.
American Liberty Mortgage & Loan Corporation
American Liberty Mortgage Inc
American Loan Centers
American Midwest Mortgage Corp
American Money Centers Inc.
American Mortgage & Financial Services LLC
American Mortgage Advisors, Inc.
American Mortgage Associates, Inc AR
American Mortgage Company
American Mortgage Corp of South Alabama DBA Mid America Mort
American Mortgage Corporation
American Mortgage Corporation.
American Mortgage Exchange, Inc.
American Mortgage Express
American Mortgage Express dba Millennium Funding Group
American Mortgage Express Financial
American Mortgage Funding Corporation
American Mortgage Group, Inc. (AZ)
American Mortgage Group, LLC
American Mortgage Home, Inc.
American Mortgage Investment Partners II
American Mortgage Investment Partners LLC
American Mortgage Network, Inc.
American Mortgage of Montana, Inc.

American Mortgage Service Company
American Mortgage Services, Inc.
American Mortgage Specialists Inc.
American Mortgage, Inc
American National Bank - Denver
American National Bank dba Res Mort Services & Peoples Nat'l
American National Mortgage Corp DBA Affordable Mortgage Solu
American Pacific Mortgage Corp. dba American Pacific Funding
American Partners Bank
American Pioneer Financial Services, Inc.
American Portfolio Mortgage Corp.
American Prime Finance Services
American Residential Mortgage LP
American Savings Bank
American Security Mortgage Corp.
American South Lending, Inc.
American Southwest Mortgage Corp
American State Bank/Home Loan Center
American Sterling Bank
American Trust & Savings Bank
American Trust Bank Mortgage LLC
American Unified Mortgage, Inc.
American Union Financial Services, Inc.
American United Mortgage Corp
American USA Mortgage P.A.
American West Bank
Americana Mortgage, Inc
AmericanBank, NA
Americanwest Bank
Americap Financial, Inc
Americapital Funding Corp
Americare Inv Group dba Premier Capital Lending Group
Americas First Choice Lending
Americas First Home Mortgage Company
America's First Mortgage Lending Co
America's Home Loan Inc.
America's Home Mortgage, LLC
America's Lending Solutions LTD
America's Mortgage Alliance, Inc
America's Mortgage Banc, Inc.
America's Mortgage LLC
America's Mortgage Resource Inc.
America's Servicing Company

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

AmericasBANK
Americash
Americasun Financial
Americor Lending Group
Americorp Credit Corporation
AmeriCU Credit Union
Amerifinancial Mortgage Corp.
Amerifirst Financial Corp
AmeriFirst Financial, Inc.
Amerifund Financial Inc. dba All Fund Mortgage
Amerifund Home Mortgage LLC
Amerifund Lending Group dba ALG Real Estate Services Inc.
Amerihome Loan Inc.
Amerihome Mortgage Company, LLC
AmeriMortgage Bankers, LLC
Ameri-National a div of National Bank of Kansas City
Ameripath Mortgage
Ameriprise Financial Inc DBA Ameriprise Bank FSB
AmeriPro Funding, Inc.
Amerisave Mortgage Corporation
AmeriServ Financial Bank
AmeriSouth Mortgage Company
AmeriStar Home Mortgage Corp of Pennsylvania
AmeriStar Mortgage Corporation
Ameristar Mortgage.
Ameritrust Mortgage Bankers, Inc.
Ameritrust Mortgage Company, LLC
Ameritrust Mortgage Corporation
Amherst Funding Group LP
Ampro/HicStar
AMS Financial, Inc, dba Advanced Mortgage Services
Amstar Mortgage Corporation
AMTEC Funding Group LLC
AmTrust Bank, A Federal Savings Bank
Amtrust Mortgage Corporation

11

**EXHIBIT 316**

Anchor Bank Farmington NA
Anchor Bank, N.A.
Anchor Funding Inc.
Anchor Home Mortgage
Anchor Mortgage Services, Inc.
Ancient City Mortgage, Inc.
Andes Financial Inc.
Ann Arbor Mortgage Company LLC
Annandale State Bank
Answer Capital Incorporated dba Answer Capital Mortgage
Answer One Mortgage, Inc.
Anthem Enterprises Inc
Apex Funding Inc.
Apex Lending Inc.
APEX MORTGAGE INC
Apex Mortgage LLC
Appalachian Community Bank
Apple Valley Mortgage, Inc.
Approved Financial Corp
Approved Funding Corp.
Approved Home Lending, Inc.
Approved Home Mortgage, Inc (ME)
Approved Home Mortgage, Inc.
Approved Mortgage Funding LLC
Approved Mortgage Loans, Inc.
Approved Mortgages Inc.
Apreva Financial Corporation dba Apreva Funding
Arbor Homes Mortgage LLC
Arbor Mortgage Corporation
Arbor Realty NPAP Holdings LLC
Arboretum Mortgage Corporation
Arbotco Financial Corporation
ARC 2000 BC-1
ARC Westwood Home Saver Fund I, LP
Arcadian Mortgage Corporation
Arcata Investments 2, LLC
Arce Financial, LLC
Arch Mortgage Corporation
Archer Mortgage
Archway Mortgage, LLC
Archwood Mortgage LLC
Arden Mortgage Co
Ardent Financial Corporation

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Arisen Mortgage Corporation
Aristar Mortgage Company
Arizona Federal Credit Union
Arizona State Credit Union
ARK LA TEX Financial Services dba Benchmark Mortgage
Ark Mortgage, Inc.
Arlington Capital Mortgage LLC
ARMC - Alliance Residential Mtg Corp dba Alliance Res Mtg
Array Financial Group Inc.
Arrowhead Central Credit Union dba Arrowhead Credit Union
Artisan Mortgage, LLC (OH)
Arvest Mortgage Company
Ascella Mortgage, LLC.
Ascent Home Loans, Inc.
Asheford Funding Group LLC
Ashore Funding, Inc.
Ashworth Funding Inc.
Ask for a Loan, Inc.
Aspen Leaf Mortgage, LLC
Aspen Mortgage LLC
Aspire Financial Inc dba Texaslending.com
Asset Capital Mortgage, Inc.
Asset Direct Mortgage LLC
Asset Management Holdings, LLC
Asset Management West 10 LLC
Asset Management West 6, LLC
Asset Management West 7, LLC
Asset Management West 8 LLC
Asset Management West 9, LLC
Asset Management West LLC
Asset Mortgage Corporation
Assets Recovery Center Investments, LLC
Assets Recovery Center LLC
Associated Bank NA
Associated Mortgage Corporation

13

Assurance Financial Group LLC
Assured Lending Corp.
Assured Mortgage Bankers Corp.
Assured Mortgage, Inc.
Assurity Financial Services, LLC
Astoria Federal Savings and Loan Association
At Home Mortgage Corp.
Atlanta Intown Mortgage, Inc.
Atlantic Pacific Mortgage Corporation
Atlantic Bay Mortgage Group LLC
Atlantic Coast Federal
Atlantic Coast Mortgage Group, Inc.
Atlantic Coast Mortgage Services
Atlantic Federal Credit Union
Atlantic Financial, Inc.
Atlantic First Financial Corporation
Atlantic Home Lending Inc.
Atlantic Home Loans d/b/a Atlantic Home Loans Lcnsd Mtg Bnkr
Atlantic Home Mortgage, Inc.
Atlantic Mortgage Services Inc.
Atlantic National Bank
Atlantic States Bank - Florida
Atlantis Financial Group, Inc. dba Atlantis Mortgage
Atlantis Mortgage Co., Inc.
Atlas Mortgage Company LLC
Atlas Mortgage, Inc.
Auburn Bank
Augusta Mortgage Co.
Augustine E Asinobi dba Zomek Mortgage/Realty Inc.
Aurgroup Financial Credit Union
Aurora Contract Services, Inc.
Aurora Financial Group, Inc.
Aurora Loan Services LLC
Aurora Loan Services, Inc., Repurchase Lending Division
Aurora Mortgage LLC
AUS Financial Services, Inc.
Austin Perry Financial Corporation
Automated Finance Corporation
Availent Mortgage
Avalon Mortgage, Inc.
Avanta Federal Credit Union
Avanti Financial Network LLC
Avaris Capital

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Avelo Mortgage, L.L.C.
Aventus, Inc.
Avenue Bank
Avenue Mortgage Corporation
Avery Financial Group Inc.
Avex Funding Corporation
Avista Solutions
Avizen Lending Solutions Inc
Avrus Financial and Mortgage Services Inc
Axent Funding LLC
Axia Financial LLC
Axiom Financial, LLC
Axiom Mortgage Bankers Corp.
Axis Bancorp Inc.
Axis Financial, LLC
Axis Mortgage & Investments, a/d/o The Biltmore Bank of Ariz
Axis Mortgage & Investments, L.L.C.
B&A Mortgage, Inc.
B. R. Mortgage LTD
Back Bay Inc dba Mtg Approval Serv(MA), Approved Mtg Serv(FL
Badger Funding Corp
Bahl & Bahl, Inc.
Baker Mortgage Company, Inc.
Baker Ronan Financial dba First Nations Financial
Baker Street Mortgage
Baltimore County Savings Bank, FSB
Banc Investments Group/Pacific Coast Bankers' Bancshares
Banc of America Securities LLC (Global ABS)
Banc Ohio Financial
BancCap Advisors LLC
BancFirst
Banco Popular National Association
Banco Popular North America, South Florida Region
Bancocorp Mortgage Inc
BancorpSouth Bank Mortgage Division

EXHIBIT 316

Bangor Savings Bank
Bank Independent (Mortgage Lending)
Bank Mortgage Solutions LLC
Bank of America Warehouse Lender
Bank of America, N.A.
Bank of America, N.A.
Bank of America, NA - Reverse Mortgage
Bank of America, NA (formerly Fleet National Bank)
Bank of America, National Association
Bank of America, Ntnl Assoc Trustee/Custodian for WAMU/WMMSC
Bank of America.
BANK OF ANN ARBOR
Bank of Ann Arbor Wholesale Lending Division
Bank of Bartlett
Bank of Blue Valley (Internet)
Bank of Blue Valley (Retail)
Bank of Charles Town
Bank of Colorado
Bank of Commerce
Bank of Elmwood
Bank of England Mortgage Company dba England Lending
Bank of Florida
Bank of Idaho
Bank of Illinois in Normal
Bank of Internet USA
Bank of Jackson Hole
Bank of Lake Mills
Bank of Lee's Summit
Bank of Little Rock Mortgage Corporation
Bank of New England
Bank of New York Trust Company, N.A.
Bank of North Carolina
Bank of Oklahoma
Bank of Ruston
Bank of San Angelo, N.A., a Branch of First Natl Bk of Balli
Bank of St. Augustine
Bank of Tennessee
Bank of the Cascades
Bank of the Prairie
BANK OF THE WEST, A CALIFORNIA STATE BANKING CORPORATION
Bank of the Wichitas
Bank of Utah
Bank of Whitman

<span style="color:red">**EXHIBIT 316**</span>

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
<span style="color:red">SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING</span>
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
<span style="color:red">BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.</span>)

Bank One Trust Company, NA
Bank One, NA (Conduit)
Bank United FSB
Bank VI
Bank2
BankAnnapolis
BankAtlantic
bankcda
Bankers Bank
Bankers Choice Mortgage Corp.
Bankers' Financial, Inc
Bankers First Mortgage Inc.
Bankers Home Mortgage, Inc
Bankers Mortgage Corporation
Bankers Mortgage of Pasco County, Inc.
Bankers Mortgage Trust Inc
Bankers Trust Co NA
Bankerswest Funding Corporation
BankFirst
BankIowa
Bankline Mortgage Corporation
BankPlus
BankTennessee
Banktrust of AL
BankVista
Bankwest (MN)
Banner Bank
Banner County Bank
Banyan Financial Group Inc.
Barclays Bank PLC
Barclays Pacific Lending Corp.
Barkwood Mortgage Solutions, Inc.
Barnacle Mortgage, Inc.
Barnes Banking Company
Barr Group, Inc.

17

EXHIBIT 316

Barrington Capital Corporation
Barrington Mortgage Corp
Barrons Mortgage Corporation
Barrons Mortgage Group LTD dba goodmortgage.com
Bartlett Mortgage, Inc.
BasePoint Analytics
Bay Banc Mortgage Corporation
Bay Capital Corp.
Bay Equity LLC
Bay Financial Savings Bank FSB
Bay Lending Corp
Bay National Bank
Bay to Bay Lending LLC
Bay Valley Mortgage Group d/b/a Pacific Bay Lending Group
BayCal Financial Mortgage Corporation
Baymont Financial, LTD
BayPort Credit Union
BayRock Mortgage Corporation
Bayshore Financial Corporation
Bayside Mortgage Services Inc.
Baytree Lending Company
Bayview Financial Group, LLC dba Garrow Mortgage
Bayview Home Mortgage Corp
Bayview Loan Servicing, LLC
BBC Funding Corporation, DBA X Loan
BBVA Bancomer USA
Beach First National Bank
Beach Mortgage Co. Inc.
Beacon Financial Mortgage Bankers
Bear Stearns
Beazer Mortgage Corporation
Bednar Inc.
Bell America Mortgage, LLC Dba Bell Mortgage
Bell Home Loans Inc.
Bella Home Mortgage
Bellevue Home Mortgage
Belmont Savings Bank
Beltway Capital, LLC
Belvidere Networking Enterprises
Benchmark Financial Services, Inc.
Benchmark Funding Corporation
Benchmark Home Mortgage Inc.
Benchmark Lending Group, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Benchmark Mortgage, Inc.
Benchmark Mortgage, LLC DBA Grandmark Mortgage
Beneficial Capital Management Corp.
Benefit Equity Mortgage LLC
Benefit Funding Corporation
Bentwood & Bowden Mortgage Group, Inc
Bergin Financial, Inc.
Berkshire Bank
Berry Hill Inc dba Blue Heron Mortgage Company
Best Mortgage, Inc.
Best Rate Funding Corp.
Bi-Coastal Mortgage Inc.
Big Sky Western Bank
Billings Federal Credit Union
Biltmore Financial Bancorp, Inc.
Biltmore Mortgage & Associates
Birmingham Bancorp Mortgage Corporation
BJK Winston Enterprises Inc dba Financial Advantage Home Loa
BJV Financial Services Inc dba Forum Mortgage Bancorp
Blackhorse Mortgage Corp
Blair Services of America Inc.
Bloomfield State Bank
Blount Ventures, Inc. dba Blount Mortgage
Blue Chip Mortgage Wholesale, LLC
Blue Ridge Investments LLC
Blue Saphire Investments, (CA) Inc
Blue Star Financial Services, Inc.
Blueleaf Lending LLC
BM Real Estate Service Inc
BNC Mortgage, Inc.
BNC National Bank
Boehck Mortgage Co
Boeing Employees' Credit Union DBA BECU
Bogman, Inc.
Bondcorp Realty Services, Inc.

Boone Bank & Trust Co
Borel Private Bank & Trust Company
Borrowers Choice Mortgage, Inc.
Boston Private Bank & Trust Company
Bottomline Mortgage, Inc.
Boulder West Financial Services Inc.
Boulevard Bank
Boulevard Mortgage Corporation
Bradford Bank
Bradford Mortgage Company
Bradford National Bank
Brainerd Savings and Loan Association
Branch Banking & Trust Company
Brand Mortgage Group LLC
Bravo Credit Corp.
Bremer Bank, N.A.
Brenner Mortgage Corp.
Brentwood Mortgage Services, Inc.
Brian A. Cole & Associates LTD dba First Nations Mtg of Ohio
Bridgeport Lending LLC
Bridgewater Capital, Inc.
Bridgewater Savings Bank
Brier Mortgage Corp.
Bright Mortgage Group, Inc.
Bright Vision Mortgage Inc.
Brighten Lending
Brimfield Bank
Briner, Incorporated
Britton & Koontz Bank National Association
Broadview Mortgage Corporation
BrooksAmerica Mortgage Corp.
Brookside Mortgage Corporation
Brownstone Mortgage & Investments LLC
Bryco Funding Inc
BSI Financial Services, Inc
BSM Financial DBA Bank Source Mortgage
Buckingham Mortgage Corporation
Buddy's Little Man Inc dba Harbor Financial Mortgage
Budget Mortgage Bankers, L.T.D.
Buffalo Federal Savings Bank
Builder Mortgage Company, Inc.
Builders Mortgage LLC
Burke & Herbert Bank & Trust Company

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Busey Bank
Bush & Hewitt Holding, Inc dba Direct Funding
Business Bank of Skagit County
Butler Mortgage Inc.
Buyers Way Home, LLC
BWM Mortgage LLC
Byron Bank
C & T Mortgage LLC
C and F Mortgage Corporation
C&G Financial Services Inc
C.U. Financial, Inc
C2CL, Inc.
Cadence Bank, N.A.
Cal Coast Mortgage Corp.
CALFED CAP REIT
California Bank & Trust
California Empire Bancorp, Inc.
California Financial Group Inc dba California Financial Serv
California Housing Finance Agency
California Mortgage Advisors, Inc.
California Mutual Funding
California Nova Financial, Inc.
California State Teachers' Retirement System
Cali-Land, Inc. DBA Cali-Land Bankers Home Loan
Calisto Group Inc dba Metro Lending Services
Calliance Realty Fund, LLC
CalPacific Mortgage Inc.
CALPERS (Private)
CalPers Retained Servicing
Calvert Mortgage Company
Cambridge Financial Serivces dba Cambridge Home Loans
Cambridge Funding Group Inc
Cambridge Home Capital, LLC
Cambridge Mortgage Corporation
Cambridge Mortgage Group, LLC

**EXHIBIT 316**

Cambridge Savings Bank
Cameron Financial Group, Inc.
Campbell & Fetter Bank
Campbell Financial Services, Inc.
Canyon National Bank
Capaha Bank
Cape Bank
CapFund Lending
CapGrow Home Mortgage, LLC
Capital Access Mortgage, Inc.
Capital Advantage Mortgage, Inc.
Capital Alliance Advisors Incorporated
Capital American Mortgage Company
Capital Assistance Corp
Capital Bank
Capital Center LLC
Capital City Bank
Capital Concepts, Inc
Capital Credit Union
Capital Direct Financial
Capital Financial Associates, Inc. dba CFA Mortgage
Capital Financial Bancorp, Inc.
Capital Financial Ent. Inc. dba Capital Mortgage Services
Capital Financial Group
Capital Financial Mortgage Corp
Capital Financial Services
Capital Funding Mortgage Company LLC
Capital Hill Mortgage Co., Inc.
Capital Lending
Capital Lending Group LLC
Capital Lending Source, LLC
Capital Mortgage Associates LLC
Capital Mortgage Corporation
Capital Mortgage Finance Corp
Capital Mortgage Funding L.L.C.
Capital Mortgage Inc
Capital Mortgage Services, Inc
Capital One Home Loans LLC
Capital One Home Loans, LLC
Capital One, National Association
Capital Plus Mortgage and Underwriting Services Inc.
Capital Quest Mortgage, Inc.
Capital Reverse Mortgage Group

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Capitalbank
CapitalMark Bank & Trust
CapitalSouth Bank
Capitol Commerce Mortgage Company
Capitol Credit Union Service Organization, LLC
Capitol Mortgage Services, Inc.
Capstar Lending, LLC
Capstar Mortgage Bankers, Inc.
Capstone Bank
Capstone Direct Inc.
Capstone Lending Corp
Capstone Mortgage Ind. dba Baker Group
CapWest Mortgage Corporation
Cardinal Banc and Mortgage Corp
Cardinal Financial Company, Limited Partnership
Cardinal Mortgage Inc.
Cardinal Mortgage, P.L.L.C
Carlton Mortgage Services, Inc.
Carnegie First Lending Services
Carolina Bank
Carolina Commerce Bank
Carolina Mortgage / CDJ, Inc
Carolina Mortgage Company of Fayetteville
Carolina Mortgage Group, Inc
Carolina State Mortgage Corporation
Carr and Carr Enterprises Inc. dba Carr Mortgage Funding
Carrington Mortgage Services LLC
Carrollton Mortgage Services, Inc.
Carter Lending Inc.
Carver Federal Savings Bank
Casa Blanca Mortgage Inc. d/b/a Shearson Mortgage
Casa Gran Real Estate Inc dba Padre Mortgage
Casa Linda Mortgage, LTD
Casa Mortgage Inc.
Cascade Bank

EXHIBIT 316

Cash Fast Finance, LLC dba Blue Financial
Cash Out Mortgage Corporation
CashCall, Inc.
Cass County Bank
Castle & Cooke Mortgage LLC dba Box Home Loans for Utah loan
Castle Mortgage
Castle Mortgage of Green Bay, Corp.
Castle Rock Financial Corp
Castlerock Mortgage, LTD
Castleview Home Loans
Castlewood Home Loans, LLC
Catalyst Lending Inc.
Catholic and Community Credit Union
CB&T Mortgage, LLC
CBC Companies
CBC National Bank dba First National Bank of Nassau County
CBSK Financial Group dba American Home Loans
CDC Federal Credit Union
CDC Financial Group Inc
CDC Mortgage Capital Inc.
Cedar Mortgage Company
Cedar Rapids Bank and Trust Company
Cedar River Mortgage L.L.C.
CedartStone Mortgage, LLC
Celbrity Mortgage LLC
Celink
Celtic Bank Corporation
Cenlar FSB
Cenlar FSB - AGGREGATOR
Centennial Bank
Centennial Bank (AR)
Centennial Bank Inc.
Centennial Bank.
Centennial Mortgage and Funding, Inc.
Center State Mortgage
Centier Bank
Centra Credit Union
Central Alabama Mtg., Inc.
Central Banc Mortgage Corporation
Central Bancompany
Central Bancshares
Central Bank
Central Bank and Trust Co

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Central Bank of Jefferson County, Inc.
Central Bank of Kansas City
Central Jersey Mortgage Corporation
Central Mortgage Bancorp, Inc.
Central Mortgage Company
Central National Bank
Central National Mortgage
Central Pacific Bank
Central Pacific Home Loans
Central Pacific Mortgage
Central Rockies Mortgage Corp.
Central Texas Mortgage Corp.
CentreBank
Centric Mortgage
Centrue Bank
Centurion Mortgage Inc.
Century Bank
Century Bank (New Mexico)
Century Bank FSB
Century Bank of Kentucky Inc
Century Mortgage Company dba Century Lending Company
Century Pacific Mortgage Corporation
CEREF Partners 1 LP
Certified Funding, LP
Certified Home Loans of Florida
CES Credit Union, Inc.
CF Bank
CFS Mortgage Corporation
CFSC Capital Corp. VIII
Challenge Financial Investors Corp.
Champion Bank
Chapel Hill Mortgage, LLC
Chapel Mortgage Corporation
Charlotte Home Equity LLC
Charter Bank

Charter Capital Corp dba First Capital Group
Charter Mortgage Company, Inc.
Charter One Bank N.A.
Charter Wholesale Mortgage
CharterWest Mortgage, LLC
CharterWest National Bank
Chartwell Mortgage Funding, LLC
Chase Home Finance LLC
Chase Manhattan Mtg. - Deerfield
Chatham & Associates, Inc.
Chemical Bank
Chemtov Mortgage Group Corp.
Cherry Creek Mortgage Company, Inc.
Chervenic Mortgage Group LLC
Chesapeake Bank of Maryland
Chesapeake Unlimited, Inc. dba Chesapeake Home Mortgage
Cheviot Savings Bank
Chevy Chase Bank, FSB
Cheyenne State Bank
CHI Financial, LP
Chicago Bancorp
Chicago Financial Services, Inc.
Chicago Mortgage Funding, LLC
Chicago Mortgage House, LLC
Chicago Mortgage Solutions Co dba Interbank Mortgage Co
Chicago United Mortgage, Inc.
Chicagoland Home Mortgage Corp.
Chimera Investment Corporation
CHL for CAMC (Distressed Assets)
CHL for Hudson SB, N.A.
CHL for Ohio SB
CHL for Truman Capital Advisors
CHL Mortgage Buyout Trust 98-A
CHL PRIVATE INVESTOR 3001045 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001023 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001178 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001388 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001624 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001627 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001671 (NON-MEMBER)
CHL PRIVATE INVESTOR 7001716 (NON-MEMBER)
Choice Bank
Choice Bank (AZ)

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Choice Capital Funding, Inc
Choice Finance Corp.
Choice Lending Corp. dba Choice Lending Group
Choice Lending Group, L.L.C.
Choice Lending Inc.
Choice Mortgage Corp.
Choice One Mortgage, Inc
ChoiceAmerica Lending, LLC
Christen E. Keller dba 1st Sheffield Mortgage
Christopher E. Hobson, Inc. dba Franklin Fin. Integrated Mtg
Churchill Mortgage Corporation
Cimarron Mortgage Company
Cincinnati Federal Savings and Loan Association
Circle One Mortgage Company
Cirrus Mortgage
CIS Financial Services, Inc.
CIT Group, Inc.
Citadel Servicing Corporation
Citi Residential Lending
Citibank (West) FSB
Citibank, FSB
Citibank, NA
Citifinancial Mortgage Company, Inc.
Citigroup Global Markets Realty Corp
Citiline Mortgage Company of Colorado Springs, Inc.
CitiMortage, Inc. as Master Servicer for TVLB
CitiMortgage, Inc.
CitiMortgage, Inc. as Master Servicer for Various Investors
Citimutual Corporation dba CIMU Wholesale
Citizens Bank
Citizens Bank (Delaware)
Citizens Bank (OR).
Citizens Bank (TN)
Citizens Bank Mortgage Company, LLC
Citizens Bank Mortgage Corporation, LLC

EXHIBIT 316

Citizens Bank N.A.
Citizens Bank of Ada
Citizens Bank of Connecticut
Citizens Bank of Massachusetts
Citizens Bank of New Hampshire
Citizens Bank of Pennsylvania
Citizens Bank of Rhode Island
Citizens Bank Tri-Cities
Citizens Commerce National Bank
Citizens Community Bank
Citizens Community Bank Mortgage Division
Citizens Fidelity Mortgage Corp.
Citizens Financial Mortgage Inc.
Citizens First Mortgage
Citizens First Mortgage LLC
Citizens First Wholesale Mortgage Company
Citizens Home Loan, Inc.
Citizens Mortgage Corp
Citizens Mortgage Corporation.
Citizens National Bank of Greater St. Louis
Citizens Security Bank & Trust Company
Citizens South Bank
Citizens State Bank dba CSB Mortgage
Citizens State Bank Norwood Young America
Citizens State Bank of Cortez
Citizens Trust Mtg Corp dba CTM Finance Corp.
Citizens Union Bank
City Bank & Trust Co.
City Bank dba City Bank Mortgage
City Capital Mortgage Banking Corp.
City National Bank
Citybank
Cityfirst Mortgage Services, LLC
Citywide Home Loans, A Utah Corporation
Citywide Mortgage Associates, Inc.
Citywide Mortgage Corp.
CJ Unlimited
Clarion Mortgage Capital, Inc.
Clark Welsh Mortgage Group, Inc.
Classic Bank, N.A.
Classic Home Financial, Inc.
Classic Home Loans
Classic Mortgage Corp and Delaware Classic Mortgage Corp

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Clayson Mitchell Mortgage Services, LC
Clayton Lender Solutions
Clear 2 Close Mortgage Co. LLP
Clear Progress, Inc.
Clear Vue Capital Corporation
Clearinghouse Community Development Financial Institution
Clearwater Holdings Inc. dba Clearwater Home Mortgage
Clearwater Mortgage, LLC DBA Clearwater Mortgage
Cleveland Street Mortgage
Clifton Savings Bank
CLO Funding Corporation
ClosingHouse.com, Inc.
Clybourn Financial Services, Inc.
CMG Lending
CMG Mortgage, Inc.
CML Direct DBA Creative Mortgage Lending
CMLC Funding Inc
CMMI, LLC
CMS Capital Group, Inc., dba Clear Mortgage Solutions
CNBS Financial Group Inc
CNLBank
Coast 2 Coast Funding Group
Coast Capital Inc dba Coast Capital Mortgage
Coast Mortgage Corporation
Coastal Bend Mortgage Inc dba Global Mortgage Group
Coastal Capital Corp dba Clearlight Mort. dbaThe Mort. Shop
Coastal Federal Credit Union
Coastal Finance LLC
Coastal Mortgage
Coastal Mortgage Corporation
Coastal Mortgage Services, Inc.
Coastal States Mortgage Corporation
CoastalStates Bank
Coastway Credit Union
Cobalt Mortgage, Inc.

EXHIBIT 316

Coconut Grove Bank
Collateral Security LLC
Colombo Bank FSB
Colonial Bank
Colonial Bank (AL)
Colonial Home Mortgage Company
Colonial Mortgage Services Co of America
Colonial Savings, F.A.
Colonial Virginia Mortgage LLC
Colony Mortgage Lenders, Inc.
Colorado Capital Bank
Colorado Capital Funding, Inc.
Colorado Capital Group, LLC
Colorado Federal Savings Bank
Colorado Home Funding Inc dba American Home Funding
Coltate Capital LLC dba Onyx Financial Group LLC
Columbia Mortgage & Funding Corp
Columbia Mortgage Corp.
Columbia River Bank dba CRB Mortgage Team
Com Unity Lending
Combank Mortgage Company
ComCor Mortgage, a division of Southport Bank
Comerica Bank (Warehouse Lending)
Comerica Bank, A Texas State Chartered Bank
Commander Financial Corporation
Commerce Bank/ North
Commerce Bank/Harrisburg NA
Commerce Mortgage Corp.
Commercial Bank
Commercial Bank - TN
Commercial Bank & Trust Co.
Commonfund Mortgage Corp
Commonwealth Bank
Commonwealth Bank and Trust Company
Commonwealth Mortgage Group LLC
Commonwealth Mortgage of Texas LP
Commonwealth of Massachusetts, Division of Banks
Community Banc Mortgage Corp.
Community Banc Mortgage LLC
Community Bancshares Mortgage Co.
Community Bank
Community Bank - Wheaton/Glen Ellyn
Community Bank & Trust

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Community Bank Missoula, Inc.
Community Bank of Mississippi
Community Bank of Northern Virginia
Community Bank of Oak Park River Forest
Community Bank of the Ozarks, Inc.
Community Bank of the South
Community Banks of Colorado dba Bankers Mortgage
Community Banks of Colorado Mortgage Division AFG
Community Central Mortgage Company, LLC
Community Financial Corporation
Community Financial Services Bank
Community First Bank
Community First Bank (AR)
Community First Bank (IN)
Community First Bank of Howard County
Community First Mortgage Inc.
Community First National Bank
Community First National Bank of West Plains
Community FirstBank
Community Home Financial Services, Inc
Community Home Loans LLC
Community Home Mortgage LLC
Community Lending Services
Community Mortgage
Community Mortgage Co. dba Community Mortgage Corp.
Community Mortgage Corporation
Community Mortgage Group Inc.
Community Mortgage Services, Inc.
Community National Bank
Community National Bank & Trust of Texas
Community National Bank (KS)
Community National Mortgage Inc dba First Community Mortgage
Community Pride Bank
Community Pride Mortgage Company
Community Resource Bank

31

**EXHIBIT 316**

Community Resource Mortgage, inc.
Community Shores Bank
Community Trust Bank
Community West Bank NA
CommunityBank of Texas, N.A.
Companion of Greer Mortgage Corp LLC
Compass Bank
Compass Bank f/k/a Texas State Bank
Compass Mortgage, Inc.
Competitive Capital Corporation
Competitive Mortgage Services Corp. dba Competitive Mortgage
Complete Mortgage, Inc.
Complete Service Lending dba Complete Mortgage & Financial S
Comstock Mortgage
Conaught Enterprise Corporation dba Sterling Financial Inves
Concord Financial Inc.
Concord Mortgage Company.
Concord Mortgage Corp
Concord Mortgage, Inc
Concordia Bank & Trust Company
Confidence Mortgage LLC
Conglomerated Mortgage Services, Inc.
Connecticut Community Bank, N.A.
Consolidated Capital Mortgage
Consolidated Consultants Inc
Consolidated Funding Corp. dba Consolidated Home Mortgage
Consolidated Mortgage Services, Inc.
Construction Capital Source, LC
Consumer First Mortgage Inc.
Consumer Home Mortgage Corp of America
Consumer Research Mortgage, LLC
Consumer Solutions, LLC
Consumers Choice Mortgage Company
Consumers Morgage, LLC
Consumers Mortgage Corporation
Consumers Mortgage Corporation of Ohio
Contemporary Mortgage Services, Inc
Contemporary Realty Solutions, Inc.
Continental American Mortgage Corporation
Continental Home Loans Inc.
Continental Mortgage
Continental Mortgage Bankers, Inc
Continental Mortgage Corporation

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Contour Mortgage Corporation
Convergent Financial LLC dba Convergent Financial
Coppermark Bank
Coral Mortgage Bankers Corp
Corby Mortgage Services Inc.
Core Mortgage Group LLC
Core Star Financial Group
Corinthian Capital Group, Inc.
Corinthian Mortgage Corporation
Cornerstone Bancor Mortgage Corp
Cornerstone Bank
Cornerstone Bank (ND)
Cornerstone Bank (ND.)
Cornerstone Bank.
Cornerstone Community Bank
Cornerstone Credit Union
Cornerstone Federal Credit Union
Cornerstone Home Mortgage Corp dba MHI Mortgage
Cornerstone Lenders LLC
Cornerstone Mortgage Center Inc.
Cornerstone Mortgage Company
Cornerstone Mortgage Group, LTD
Cornerstone Mortgage, Inc.
Corporate Investors Mortgage Group, Inc.
Corridor Mortgage Group Inc.
Corvus Funding, Inc.
Coulombe & Evered LLC
Country Bank
Country Bank for Savings
Country Club Bank NA
Country Club Mortgage
CountryPlace Mortgage, Ltd.
Countrywide Bank, FSB
Countrywide Financial Corporation
Countrywide Warehouse Lending

EXHIBIT 316

County Bank
County Trust Mortgage Bankers Corp
Countybank
Countywide Mortgage Company
Courtesy Mortgage Company, A California Corporation
Courtyard Financial Inc.
Covenant Bank
Covenant Mortgage LLC
Coverdale Mortgage Corp.
Cowlitz Bank dba Bay Mortgage
CPCA Trust, I
Craig Kuper dba Shorecrest Mortgage
Cream City Mortgage Company, Inc.
Creative Mortgage Concepts, Inc.
Creative Mortgage Solutions
Creative Mortgage Solutions, Inc.
Credit Financial Services, LLC dba Alliance Mortgage Group
Credit Northeast Inc.
Credit Suisse Financial Corporation
Credit Suisse First Boston LLC
Credit Union Mortgage Association
Credit-Based Asset Servicing and Securitization LLC
Crescent Bank
Crescent Mortgage Company, a Delaware Corp.
Crescent Mortgage Services, Inc.
Crest Financial Inc
Crestar Mortgage Corporation
Crestline Funding Corp
Crestwood Financial, LTD
Crete Tomalka Mortgage, LLC
CreveCor Mortgage Inc.
Cromwell Mortgage, Inc
Cronin Financial Services LLC
Cronus Capital Group Corp.
Cross Capital LLC
Cross Keys Bank
Cross River Bank
Crosscountry Mortgage, Inc.
Crossfire Financial Network, Inc.
Crystal Clear Mortgage, LLC
Crystal Mortgage Corp.
CS Financial Inc.
CSMC Inc. dba Direct Mortgage Funding

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

CSW Financial LLC dba Titan Wholesale
CTHM, LLC
CTW Financial Services Inc.
CTX Mortgage Company
CU Home Mortgage Solutions, LLC
CU Mortgage Network, LLC
CU Mortgage Service LLC
CU WEST MORTGAGE #1002900
Cullman Savings Bank
Cunningham and Company
Curtis Mortgage Company, Inc.
CUSO Mortgage, Inc.
CUSO of Hawaii Inc.
CUsource, LLC
Custom Equity Mortgage LLC
Custom Home Lending LLC
Custom Home Loans
Custom Mortgage Corp dba Custom Residential Mortgage
Custom Mortgage Lenders
Custom Mortgage Solutions, Inc.
Custom Mortgage, Inc.
CVK Enterprises, Inc. dba Affinity Mortgage Service
CWM Partners LP dba Citywide Mortgage
CWMBS 2000-11
CWMBS 2001-2
CWMBS 2001-6 Group 1
CWMBS2000-1, Bank of New York as Trustee
CWMBS2000-2, Bank of New York as Trustee
Cypress Point Funding, Inc.
CyVex Group, Inc. dba CyVex Mortgage, Inc.
D&C Financial Corp
D&E Realty Financing and Investment LLC
D&L Enterprises LLC dba Arch City Lending
D&R Financial Group LLC
D. White & Co. LLC

35

**EXHIBIT 316**

D.L. Evans Bank
Dacotah Bank
Dakota Blue Mortgage LTD
Dakota Community Bank
Dallas Home Loans, Inc.
Danversbank
Darien Financial Services Inc.
Darren Mitchell Brennan dba Brennan Mortgage Group
DAS Acquisition Company, LLC
Dash Funding, LP.
Data Mortgage Inc, dba Essex Mortgage
DataVerify, Inc.
DATCU
David M. Whitsell dba Principal Results
David Petrie
Davis Insurance, Inc
Daylight Discount Mortgage Corp.
DB EMT LLC
DB Structured Products, Inc.
DCG Home Loans Inc.
DD Acquisition Sub LLC
De Anza Capital Inc
De Oro Inc dba De Oro Home Loans
Dean S. Berrett dba Berrett Mortgage Services
Deborah M. Gorman & Associates Home Loans, LLC
Decade Systems Corporation
Decision One Mortgage Company, LLC
Deere Employees Credit Union
Deichmann Mortgage Inc
Del Mar Datatrac Inc. dba Del Mar Database
Del Norte Refi, LLC
Del Norte, Inc.
Del Sur Corp dba Camino Real Mortgage & Star One Mortgage
Del Webb Mortgage Corporation
Delaware State Housing Authority
Dell Franklin Financial
Delta Funding Corporation
Delta Home Loans, Inc dba Go Loan
Delta Trust Mortgage Corporation
Denali Alaskan Federal Credit Union
Denny Hecker Mortgage, LLC
Denver Mortgage Company
Department of Housing and Urban Development

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Derek A. Jones dba Legacy Mortgage Group
Desert Community Bank, a division of East West Bank
Desert Hills Bank
Design Mortgage Group.com
Desportes & Selig LLC
Destin First Bank
Deutsche Bank AG New York Branch
Deutsche Bank National Trust Company
Deutsche Bank National Trust Company Americas
Deutsche Bank National Trust Company Americas as Trustee
Deutsche Bank National Trust Company as Trustee
Deutsche Bank Trust Company Americas.
Developer's Mortgage Company
Devine Lending, LLC
DFB Mortgage, Inc.
DFC Mortgage Services, Inc.
DGG Financial Corporation dba Drexel Lending Group
DHA Financial, Inc. dba Denver Home Approval
DHI Mortgage Company
Diablo Funding Group, Inc dba Bay Bancorp
Diamond Bank
Diamond Bank FSB
Diamond Hills Investment Inc. dba Bankers Direct
Diamond Mortgage, Inc.
Digital Docs
Digital Docs, Inc.
Digital Docs.
Digital Risk, LLC.
Direct Access LLC
Direct Equity Mortgage, LLC
Direct Lending Inc
Direct Loan America, Inc (R)
Direct Mortgage Corp
Direct Mortgage Inc.
Directions Equity LLC

37

Directors Financial Corp.
Directors Mortgage, Inc.dba USA Direct Funding
Distinctive Home Lending Inc
Diversified Capital Corporation of Tennesee
Diversified Home Mortgage
Diversified Mortgage
Diversified Mortgage Corporation
DMH Mortgage LLC
Doc Tech Inc
Doc Tech, Inc. dba Document Express, Inc.
Document Processing Systems, Inc.
Document Processing Systems, Inc. (DPS)
Document Systems, Inc - Doc Magic
Document Systems, Inc. - Doc Magic
Dollar Mortgage Corporation
Dollarhide Mortgage & Lending
Domestic Bank
Dominion Mortgage Corporation
Domond Financial Services, Inc. dba First Executive Mortgage
Double Tree Mortgage
Douglas County Bank
Dovenmuehle Mortgage, Inc.
Dover Mortgage Company
Downeast Mortgage Corporation
Downs Financial
Dragas Mortgage Company
Drake Mortgage Corp
Draper & Kramer Mortgage Corp. DBA 1st Advantage Mortgage (1
Draper & Kramer Mortgage Corp. DBA 1st Advantage Mortgage (2
Dream America, LLC
Dream Home Financial, LLC
Dream House Mortgage Corporation
Dreambuilder Investments Funding III
Dreambuilder Investments, LLC
Drew Mortgage Associates
Dryades Savings Bank FSB
Duke University Federal Credit Union
Dunne & Company Mortgage Lenders Inc
Durango Mortgage LLC
DuTrac Community Credit Union
Duxford Financial, Inc.
Dwight B. Delozier dba LoanStarr Mortgage
DYBN Financial Corporation

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Dyck-O'Neal, Inc
Dynamax Mortgage, Inc.
Dynamic Capital Mortgage, Inc.
Dynamic Financial Consultants, Inc
Dynamic Mortgage Financial Corp
Dynamic Mortgage Solutions, LLC
Dynasty Mortgage, Inc.
Dyne Financial LLC
E Mortgage Direct, Inc.
E*Trade Bank
E*Trade Mortgage
E*Trade Savings Bank
E*Trade Wholesale Lending Corp.
Eagle Home Loans Inc.
Eagle Home Mortgage, LLC
Eagle National Bank
Eagle Savings Bank
EagleBank
Earth Mortgage, LP
East West Mortgage Company
East Bay Mortgage, Inc.
East Coast Mortgage and Financial Services Inc.
East Coast Mortgage Corporation
East Coast Mortgage Group, Inc.
East Coast Mortgage Lenders Inc
East Penn Bank division of Harleysville National Bank
East West Bank
East West Home Loan Corporation
Eastern Bank
Eastern Financial Home Loans Corp dba Pacific Direct Lending
Eastern Mortgage Co. Inc.
Eastern Utah Community Federal Credit Union
Eastland Financial Corporation
ebanc Funding, Your Mortgage Lender, LLC
ECC Capital Corp.

Edgartown National Bank
Edgewater Lending Group Inc
Edmond Mortgage, Inc.
Educated Mortgage Services LLC
Effective Mortgage, Inc.
e-Lend Mortgage, LLC
Elite Financial Investments Inc.
Elite Home Loans, Inc.
Elite Mortgage & Investments, LLC
Elite Mortgage Group, Inc.
Elite Mortgage Network, Inc
Elizabeth A. Smith dba The Mortgage Group
Ellie Mae
Elm Street Financial, LLC
E-Loan, Inc.
Elpis Lending Group Inc
Embassy Mortgage Group, Inc.
EMC Holdings LLC dba Englewood Mortgage Company
EMC Mortgage Corporation
Emerald Financial LTD.
Emerald Lending, LLC
Emery Federal Credit Union
eMortgage Management LLC
Empire Financial
Empire Home Loan Corp.
Empire Mortgage IX, Inc.
Empire Mortgage LLC
Empire Mortgage LLC V
Empire Mortgage LLC VII
Empire Mortgage VI, Inc.
Empire Mortgage X, Inc.
Empire Mortgage XI, Inc.
Empire Mortgage XIII, Inc.
Empire State Bank NA
EmpireAmerica LLC
Empirica Development Corporation
Encompass Lending Corp
Encore Credit Corporation
Endeavor Capital LLC dba Homestead Financial Mortgage
Enteprise Mortgage Group, LLC
Enterprise Bank & Trust
Enterprise Bank and Trust Company
Enterprise Bank, N.A.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Entrust Financial Corporation
Entrust Mortgage, Inc
eOption Loan, LLC
EPI Mortgage Center, Inc.
Equifirst Corporation
Equifund, Inc.
Equihome Mortgage Corp
EquiPlus, Inc.
Equipoint Financial Network, Inc.
Equisource Home Mortgage Corporation
Equitable Home Mortgage, Inc.
Equitable Mortgage Corp.
Equitable Mortgage Corporation
Equitable Mortgages of Nebraska Inc
Equitable Trust Mortgage Corporation
Equity Achievement Group, LLC
Equity Bank, NA
Equity Consultants, LLC
Equity Financial Inc
Equity Lending, LLC
Equity Loans LLC
Equity Mortgage Corporation
Equity National Funding Group, Inc.
Equity Now Inc.
Equity One, Inc.
Equity Plus, Inc.
Equity Resources, Inc.
Equity Services, Incorporated
ESB Financial
Essex Mortgage dba Alliance Lending Group
Essex Savings Bank, FSB
Etekcapital, LLC
Euro Mortgage Bankers Inc.
Eustis Mortgage Corporation
EvaBank

41

Evanston Insurance Company c/o Universal Assurors Agency Inc
Ever Bank
Everbank Reverse Mortgage Company, LLC
Everest Group, Inc. dba Kapt Mortgage
Everett Financial Inc dba Supreme Lending
Evergreen Home Loans
Evergreen Mortgage Corporation dba Evergreen Ohana Group
Evergreen Mortgage Services LLC
EverHome Mortgage Company
Evest Mac Funding 1
Evestmac Funding II LLC
EVOFI ONE
Evolution Funding Group, LLC.
Evolve Mortgage Services Inc.
Excel Bank dba Excel Mortgage Company
Excel Financial Group, LLC
Excel Funding
Excel Home Loan, Inc.
Excel Mortgage Network Inc
Excellence Mortgage, LTD.
Executive Financial Services Co Inc
Executive Home Loans, Inc.
Executive Lending Group, Inc.
Executive Mortgage Group
Executive Mortgage LLC
Executive Mortgage of Michigan LLC
Executive Mortgage Services, Inc.
Expedia Mortgage Company
Expedient Mortgage, Inc.
Expedited Financial Services Inc., dba MORTGAGE EXPEDITORS
Experience Mortgage Inc
Experienced Mortgage Professionals, Inc.
Expert Mortgage Company of Northeast Ohio LTD
Express Capital Lending
Express Financial Corp
Express Loan America, Inc. dba Express Loan America
Express Mortgage
Express Mortgage Group Inc dba Express Mtg Fndg Group Inc
Express One Mortgage Corp.
Extraco Banks, N.A., d.b.a. Extraco Mortgage
Eykis Financial Services, Inc.
EZ Funding Corporation
EZ Mortgage Lending

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

ezEscrow, Inc., dba Settleware Secure Services
F and B Acquisition Group LLC
F&M Bank Iowa
F&T Mortgage, Inc.
F.T. Financial Inc
Fairfield County Bank
Fairfield Financial Mortgage Group, Inc.
Fairmont Funding Ltd.
Fairpark Mortgage Inc.
Fairway Funding Group, Inc
Fairway Independent Mortgage Corp.
Fairway Mortgage Inc.
Faith Financial Group
Faith Mortgage, LLC
Falcon Capital Funding LLC
Family Choice Mortgage Corporation
Family Finance Mortgage LLC
Family First Mortgage
Family First Mortgage Inc
Family Home Finance LLC
Family Trust Mortgage Group LLC
Fannie Mae
Fannie Mae (Reverse Mortgages)
Farmers & Merchants Bank
Farmers & Merchants Bank of St. Clair
Farmers and Merchants Bank
Farmers and Merchants Bank (FL)
Farmers and Merchants Bank of Long Beach
Farmers Bank & Trust N.A.
Farmers State Bank
Farmers State Bank of Alto Pass
Farwell Lending LLC a subsidiary of Cambridge Savings Bank
FASLO Solutions, LLC
Fay Servicing LLC
Fayette County National Bank

**EXHIBIT 316**

FBC Mortgage LLC
FBI
FBT MORTGAGE L.L.C.
FCI Lender Services, Inc.
FDB Mortgage, Inc.
FDIC as Receiver for First National Bank of Nevada
FDIC as receiver for Franklin Bank SSB
FDIC As Receiver for Franklin Bank, S.S.B.
FDIC as receiver for Miami Valley Bank
FDIC as Receiver of Netbank
Fearon Financial, LLC
Fed Funding Mortgage Corporation
Federal Deposit Insurance Corporation
Federal Guaranty Mortgage Corporation
Federal Home Loan Bank of Atlanta
Federal Home Loan Bank of Boston
Federal Home Loan Bank of Chicago, as MPF
Federal Home Loan Bank of Cincinnati
Federal Home Loan Bank of Dallas
Federal Home Loan Bank of Indianapolis
Federal Home Loan Bank of New York
Federal Home Loan Bank of Pittsburgh
Federal Home Loan Bank of San Francisco
Federal Home Loan Bank of Seattle
Federal Home Loan Bank of Topeka
Federal Home Loan Mortgage Corporation
Federal Mortgage Company Inc
Federated Home Mortgage, Inc.
Federated Lending Corporation
Federated Mortgage Corporation
Federation of Appalachian Housing Enterprises, Inc.
Fidelity & Trust Mortgage, Inc.
Fidelity Bank
Fidelity Bank (MI)
Fidelity Bank, Wichita Falls
Fidelity Financial Mortgage Corp dba Fidelity Mtg Capital
Fidelity Funding Mortgage Corp.
Fidelity Home Mortgage Corporation
Fidelity Information Services
Fidelity Mortgage Corporation
Fidelity Mortgage Group Inc.
Fidelity Mortgage Lending, Inc.
Fidelity Mortgage, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Fidelity One Mortgage
Fidelity One Mortgage, LLC
Fidelity Savings Bank (PA)
Fidelity State Bank & Trust Co.
Fieldstone Mtg. dba Broad Street Mtg.
Fifth Third Bank
Fifth Third Bank (f/n/a Crown Bank FSB)
Fifth Third Bank (f/n/a Crown Bank)
Fifth Third Bank (f/n/a First Charter Bank)
Fifth Third Mortgage Company
FIMI dba Forum Mortgage
Finance America, LLC
Finance Factors,. LTD
Financial Builders FCU
Financial Capital Inc.
Financial Consolidation & Mortgage Corp. dba FCMC
Financial Mortgage Corporation
Financial Mortgage, Inc.
Financial One Mortgage Corporation
Fine Mark National Bank & Trust
First Access Mortgage Corp.
First Alliance Mortgage Corp of Delaware
First Allied Mortgage, dba Federal Finance
First Alternative Mortgage Corp.
First American Bank and Trust Company
First American Bank Home Mortgage
First American Bank, NA
First American CoreLogic
First American Default Information Services LLC
First American Equity Corporation
First American Fulfillment Solutions
First American Funding Co. LLC
First American Mortgage Trust
First American National Bank Association
First Arkansas Mortgage Company

**EXHIBIT 316**

First Atlantic Bank
First Atlantic Mortgage Services, Inc.
First Bank (VA)
First Bank and Trust of Mississippi
First Bank d.b.a. First Bank Mortgage
First Bank Mortgage, A Division of First Bank of Georgia
First Bank NC
First Bank of Idaho
First Bank of the Lake
First Banking Center
First Brunswick Mortgage
First California Bank
First California Mortgage Company
First Call Mortgage Company
First Capital Financial Resources
First Capital Fin'l Services Corp dba Full Compass Lending
First Capital Mortgage Group, Inc.
First Capital Mortgage Services Inc.
First Capital Mortgage, LLC
First Capstone Mortgage LLC
First Centennial Mortgage Corp.
First Central Savings Bank
First Central State Bank
First Century Bank, N.A.
First Choice Bank
First Choice Financial Corp.
First Choice Funding Group Ltd.
First Choice Funding, Inc.
First Choice Lending Group, LP
First Choice Mortgage
First Choice Mortgage Services Inc.
First Citizens Bank & Trust Co.
First Citizens Bank and Trust Company Inc
First Citizens National Bank
First City Bank of Florida
First City Mortgage, Inc.
First Coast Lending Inc
First Coastal Mortgage LLC dba HH Mortgage
First Collateral Services, Inc.
First Collinsville Bank
First Colony Mortgage Corporation
First Colorado Trust LLC
First Commercial Bank

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

First Commercial Bank of Florida, Inc.
First Commonwealth Mortgage Corp
First Community Bank
First Community Bank (MO)
First Community Bank of Crawford County
First Community Credit Union
First Community Credit Union of Houston
First Community Mortgage
First Community Mortgage
First Community Mortgage a Division of First Community Bank
First Community Mortgage Inc.
First Consolidated Mortgage Company
First Continental Mortgage and Investment Corp.
First Continental Mortgage, Ltd.
First County Bank
First Covenent Financial Group, LLC
First Credit Union
First Dakota National Bank
First Eastern Mortgage Corporation
First Educators Credit Union
First Equity Financial Corp. dba First Equity Home Loans
First Equity Financial LLC dba First Equity Financial
First Equity Lending, Inc.
First Equity Mortgage Bankers, Inc.
First Equity Mortgage Inc.
First Equity Mortgage Services, Inc.
First Equity Mortgage, Inc. (AL)
First Family Mortgage, Inc.
First Fed Mortgage, Inc
First Federal Bank
First Federal Bank of California
First Federal Bank of the Midwest
First Federal Bank, FSB
First Federal of Charleston
First Federal Savings and Loan Association of Newark

First Federal Savings Bank
First Federal Savings Bank (IN)
First Federal Savings Bank of Twin Falls
First Federal Savings Bank- TN
First Fidelity Bank, NA
First Fidelity Financial, Inc.
First Financial Bank NA
First Financial Bank, NA
First Financial Bank.
First Financial Company
First Financial Equities, Inc.
First Financial Home Mortgage Corp
First Financial Mortgage
First Financial Mortgage Corp
First Financial Mortgage Corp (KY)
First Financial Services Inc (MI)
First Financial Services, Inc.
First Financial Solutions LLC
First Financial Trust Mortgage, LLC
First FL Lending of Tampa Bay, Inc.
First Florida Bank
First Florida Home Loans
First Florida Lending Corporation
First Florida Mortgage Network, Inc.
First Franklin Financial Corporation
First Funding Financial Services, Inc.
First Funding Group, LLC
First Greensboro Home Equity, Inc.
First Guaranty Financial Corporation
First Guaranty Mortgage Corporation
First Hallmark Mortgage Corp
First Harrison Bank
First Hawaiian Bank
First Home Financial Services, Inc
First Home Mortgage Corporation
First Home Savings Bank
First Hope Bank
First Horizon Home Loans, a div. of FTB
First Houston Mortgage Ltd
First Illinois Mortgage Inc.
First Independent National Bank
First Integrity Mortgage Services, Inc.
First International Bank and Trust

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

First Internet Bank of Indiana
First Interstate Bank
First Interstate Financial
First Jersey Mortgage Services Inc.
First Liberty Financial Group LLC dba First Liberty Fin Mtg
First Liberty Mortgage LLC
First Lincoln Loan Services, LLC
First Lincoln Mortgage Corp.
First Madison Loan Services LLC
First Madison Mortgage Corp
First Magnus Financial Corporation
First Maine Mortgage LLC
First Mark Mortgage Company, Inc
First Merchants Corporation
First Michigan Bank
First Mid-Illinois Bank & Trust N.A.
First Minnesota Bank
First Missouri National Bank
First Mortgage Banc Corporation
First Mortgage Company, L.L.C.
First Mortgage Corp.
First Mortgage Corporation of South Carolina
First Mortgage Group, Inc.
First Mortgage of Indiana, Inc.
First Mutual Bank
First Mutual Corp
First Mutual Mortgage Corporation
First Mutual Mortgage, Inc.
First National Bank
First National Bank Alaska
First National Bank Crossett
First National Bank Fox Valley
First National Bank Garden City
First National Bank In Alamogordo
First National Bank of America

**EXHIBIT 316**

First National Bank of Arizona (RAPP)
First National Bank of Bastrop
First National Bank of Central Florida
First National Bank of Chester Cnty through American Home Bk
First National Bank of Christiansburg
First National Bank of Durango
First National Bank of Fabens
First National Bank of Midland
First National Bank of Monahans dba Texas Hills Bank
First National Bank of Montana
First National Bank of Nassau County a/d/o CBC National Bank
First National Bank of Northern California
First National Bank of Omaha
First National Bank of Pennsylvania
First National Bank of Santa Fe
First National Bank of the South
First National Bank of Trenton
First National Bank of Wyoming
First National Bank South Dakota
First National Bank, Sallisaw
First National Home Mortgage Corp
First National Mortgage Banc Inc. dba Eagle Mortgage
First Nation's Home Finance Corp.
First Niagara Bank
First NLC Financial Services, LLC
First Northstar Inc. dba Minnesota Mortgage Connection
First Ohio Banc & Lending
First Old Capital Inc dba Old Capital Residential Lending
First Omni Mortgage Lending
First Option Mortgage
First Pacific Mortgage Co. Inc
First Pacific, Inc.
First Palmetto Mortgage, Inc.
First Peoples Bank
First Portfolio Mortgage Corporation
First Quality Mortgage Company
First Rate Capital Corp.
First Reliance Bank
First Republic Mortgage Corporation dba
First Residential Mortgage Network, Inc.
First Residential Mortgage Services Corporation
First Roosevelt, LLC
First Savings Mortgage Corporation

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

First Security Bank - AR
First Security Bank of Bozeman
First Security Bank of Missoula
First Security Mortgage Company
First Security Mortgage Services, Inc.
First Security Trust Bank
First Service Mortgage
First Service Mortgage, Inc.
First Solution Lending, Inc.
First Source Mortgage, Inc.
First Southwestern Financial Services
First State Bank
First State Bank - IL
First State Bank (27364)
First State Bank (IN)
First State Bank (TX)
First State Bank and Trust Co
First State Bank Mortgage Company, LLC
First State Bank of Middlebury
First State Bank of the Florida Keys
First State Bank of Wyoming
First State Home Loan
First State Mortgage
First Suffolk Mortgage Corporation
First Switzerland Financial
First Tennessee Bank National Association
First United Bank
First United Bank and Trust Company
First United Home Loans
First United Mortgage Banking Corp.
First United Mortgage Company Inc
First United Mortgage Corporation
First West Mortgage Bankers LTD
First Western Bank & Trust
First Western Funding, LLC

**EXHIBIT 316**

First Western Mortgage Corporation
First Western Mortgage, Inc.
First Wholesale Mortgage Corporation
First Wisconsin Financial, Inc.
First World Mortgage Corporation
FirstBank Holding Company of Colorado/FirstBank of Colorado
Firstco Mortgage Corp.
FirsTier Bank Mortgage Division
Firstline Mortgage Inc.
FirstMac Corporation
Firstrust
FirsTrust Mortgage
Fischer and Fritchel Home Mortgage Co. LLC
Fiserv - Unifi Products Group
Fiserv -MortgageServ
Fiserv Solutions, Inc.
Fisher Financial Group, Inc. dba NationsChoice Mortgage
Fitzgerald Mortgage Corp.
Fitzgerald Mortgage, Inc.
Five Points Bank
Five Points Bank of Hastings
Five Star Financial, Inc.
Five Star Partnership, LLC DBA Five Star Mortgage
Flagship Financial Services, Inc.
Flagship Mortgage Banc Inc a Wholly Owned Subsidiary of Old
Flagship Mortgage Corporation
Flagstar Bank
Flaherty Funding Corporation
Flat Branch Mortgage, Inc
Flathead Bank
FlexPoint Funding Corporation
Florida Capital Bank Mortgage
Florida Citizens Bank
Florida Community Bank
Florida Parishes Bank
Floridian Financial Mortgage, LLC
Flower Bank FSB
FM Financial Services, Inc. dba Foundation Mortgage
FM Lending Services, LLC
FM Mortgage Corporation
FMWF Trust
FNT Mortgage Series 2000-1
Focus Financial & Mortgage

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Forem Capital Inc.
Foresight Mortgage Corporation
Forest Park National Bank & Trust Co.
Fortes Financial, Inc.
Fortress Financial, LLC
Fortress Mortgage, Inc
Fortune Lending Corporation
Fortune One Mortgage Corporation
FORUM Credit Union dba FORUM Mortgage
Foundation Capital Group Inc.
Foundation Financial Group LLC
Foundation Financial Services, Inc.
Foundation Mortgage
Foundation Mortgage Company Inc.
Foundation Mortgage Corporation
Founders Bank
Founders Bank & Trust
Fountain Grove Mortgage
Fowlaw Enterprises, Inc. dba Oakridge Financial Services
Fox Funding, Inc.
Fox Mortgage, Inc
Franek Home Loans dba East Coast Lending
Frank, Weinberg & Black, P.L.
Franklin American Mortgage
Franklin Credit Management Corporation
Franklin First Financial Ltd dba Franklin First Mtg Bankers
Franklin Loan Center
Franklin Mortgage Company
Franklin Savings and Loan Company
Freedom Bank
Freedom Choice Mortgage LLC
Freedom Financial Mortgage Corporation
Freedom Financial Solutions, Inc.
Freedom First Federal Credit Union
Freedom Lending, LLC

**EXHIBIT 316**

Freedom Mortgage Corporation
Freedom Mortgage Corporation - NJ
Freeland, Rogers, LLC DBA Foundation Mortgage Group
Freeman Webb Mortgage Corporation
Freestand Financial Holding Corp
Freestone Enterprises, Inc. dba Freedom American Mortgage
Frels Enterprises, Inc dba Mortgage Associates of Texas
Fremont Bank
Fremont Reorganizing Corp f/k/a Fremont Investment & Loan
Friendswood Financial, LTD
FRMC Financial Inc. dba First Republic Mortgage Corporation
Frontier 2000 Mortgage & Loan, Inc.
Frontier Bank FSB dba El Paseo Bank
Frontier Bank, National Association
Frontier Financial Inc. dba Frontier Mortgage
Frontier Investment Co., dba Rainland Mortgage Company
Frontier Lending Company, LLC
Frontier National Bank
FTN Financial Warehouse Lending
FUCM Private Investor - 1000010455 (NON MEMBER)
FUCM Private Investor - 1000110455 (NON MEMBER)
FUCM Private Investor - 1000210455 (NON MEMBER)
FUCM Private Investor - 1000310455 (NON MEMBER)
Full House Mortgage, Inc.
Fulton Bank dba Fulton Mortgage Company
Funding Resources Mortgage Corp.
Funding Solutions Inc
Fusion Home Loans, LLC
G Squared Financial LLC
Gabriel Mortgage, LLC
Garden City Bank
Garden City State Bank
Gardner Financial Services LTD dba Gardner Financial Service
Gateway Bank Mortgage, Inc.
Gateway Bank, F.S.B.
Gateway Business Bank dba Mission Hills Mortgage Bankers
Gateway Capital Mortgage Corp
Gateway Financial Corporation
Gateway Financial Services, Inc.
Gateway Funding Diversified Mortgage Services LP
Gateway Mortgage Group
Gateway Residential Funding
GB Home Equity LLC A Wisconsin Limited Liability Company

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

GBC Funding
GCM Mortgage Inc.
GCS Federal Credit Union
GD LLC dba GLF Funding dba Guaranty Lenders Funding
GD Mortgage Inc
GE HF Holdings, Inc.
GE Money Bank
Gecko Mortgage Incorporated
Gemini Bancorp, Limited
GenEquity Mortgage, Inc.
General Mills Federal Credit Union
General Mortgage Company
General Mortgage Corporation of America
General Mortgage Finance Corp
Genesee Regional Bank
Genesis Mortgage Corporation
Geneva Mortgage Corp
Geneva Mortgage Services LLC
Geneva State Bank
Genisys Financial Corp.
GEO Financial, Inc dba Blue Water Mortgage Co
GEO Mortgage Services Inc
GEO-Corp, Inc. dba Interstate Bancorp
George Mason Mortgage Corporation
Georgetown Mortgage Inc dba Home Source Mortgage
Georgetown Mortgage, Inc.
Georgia Bank and Trust
Georgia Banking Company dba GBC Funding
Georgia Banking Company dba National Mortgage Alliance
Georgia Home Mortgage Network Inc.
Gerber Federal Credit Union
German American Bancorp
Gershman Investments Corp.
Gesa Credit Union
GF Mortgage Inc. dba Greystone Financial

EXHIBIT 316

GFI Mortgage Bankers Inc
GHS Mortgage dba Windsor Mortgage
Gilpin Financial Services, Inc.
GL Financial Services, LLC
Glacier Bancorp, Inc.
Glacier Bank
Glendive BN FCU
Glenn Computer Corporation
Glenwood Financial, LLC
Global Advisory Group dba Mortgage Lending Group
Global Credit Union
Global Equity Lending Inc.
Global Financial Services
Global Funding Solutions, LLC
Global Home Loans and Finance
Global Lending Inc.
Global Lending Solutions, LLC
Global Lending, LLC
Globe Mortgage America LLC
GMAC Bank
GMAC Bank - Document Custody Services
GMAC Bank (1)
GMAC BANK (TRUSTEE 01)
GMAC BANK ASSET MANAGEMENT CO
GMAC Mortgage, LLC
GMC Lending Services Inc.
GMFS, LLC
GMI Home Loans, LLC dba GMI Funding
GMS Funding L.L.C.
GNL Inc., dba Freedom Mortgage & Loan
Go Blue, Inc. dba The Mortgage Group
Goal Mortgage Funding, Inc.
Gold Bank
Gold Mortgage Banc Inc.
Gold Star Mortgage Financial Group Corporation
Golden Empire Mortgage, Inc.
Golden Equity Mortgage Corp.
Golden First Mortgage Corp
Golden Rule Mortgages, Inc.
Golden West Funding, Inc.
Goldenwest Credit Union
Goldman Sachs Bank USA
Goldman Sachs Mortgage Company

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Golf Savings Bank
Gordon Lending Corporation
Gorman & Gorman Residential Mtg. Svs., Inc.
Gotham Mortage Corporation
Govell Funding Group LLCdba CT Home Loans
Government National Mortgage Association
Grabill Bank
Grace America Mortgage LTD
Grace Funding Inc.
Grand Bank, NA
Grand Rivers Community Bank
Grand Valley National Bank
Grande Homes, Inc. dba GHI Mortgage
Granite Mortgage & Construction Finance Inc
Granite Mortgage Corp
Graystone Funding Company LLC dba Graystone Mortgage LLC
Graystone Mortgage LLC
Graystone Solutions, Inc.
Great Country Mortgage Bankers, Corp.
Great Eastern Mortgage & Investment Inc
Great Florida Bank
Great Horizons, Inc. dba Great American Mortgage
Great Lakes Bank, NA
Great Lakes Mortgage & Inv Inc.
Great Lakes Mortgage Brokers LLC
Great Northern Bank
Great Northern Financial Corporation
Great Northern Financial Group, Inc.
Great River Federal Credit Union
Great Southern Bank
Great Western #1 Inc.
Great Western Bank
Great Western Financial Group
Great Western Financial Services, Inc
Great Western Home Loans

Greater Acceptance Mortgage Corporation
Greater Atlanta Mortgage Co.
Greater Atlantic Mortgage Corporation
Greater Financial Mortgage Corp
Greater Iowa Credit Union
Greater Midwest Mortgage Corp
Greater Nevada Mortgage Services
Greater Northwest Mortgage Inc.
Greater Potomac Mortgage Company
Greater United Home Funding, Inc.
GreatHouse Mortgage, Inc
Green Bay Mortgage Headquarters, LLC DBA Green Bay Mortgage
Green Planet Mortgage, LLC
Green Planet Servicing LLC
Green Tree Servicing LLC
Greenback Funding Inc.
GreenBank
Greenco Financial Mortgage Bankers
Greenfield Co-Operative Bank
Greenfield Mortgage Corporation
Greenlight Financial Services
Greenpark Mortgage Corporation
GreenPoint Mortgage Funding Inc.
Greentree Mortgage Company, L.P.
Greenwich Capital Financial Products, Inc
Greenwich Investors XXVI, LLC
Greenwood Properties LLC
Greg Bissmeyer dba GB Mortgage
Gregg & Valby Mortgage Services
Greystone Bank (R)
Greystone Financial Group
Griffin Lending LLC #84861
Grimaldi Capital Funding, Inc.
Group One Mortgage Corporation
Group One Mortgage Inc.
Grovebay Financial, Inc
Groves Funding Corporation
GSB Mortgage Inc.
GSC Capital Corp
GSF Mortgage Corporation
GTKY Credit Union Inc
Guaranteed Home Mortgage Company, Inc.
Guaranteed Mortgage Brokers Inc

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Guaranteed Rate, Inc
Guaranty Bank (MO)
Guaranty Bank (Texas)
Guaranty Bank, FSB
Guaranty Federal Financial Corp.
Guaranty Trust Company
GuardHill Financial Corp.
Guardian Financial Network Inc.
Guardian Mortgage, Inc.
Guardian Nationwide Mortgage Inc.
Guidance Mortgage Group, LLC
Guidance Mortgage LLC
Guild Mortgage Company
Gulf Atlantic Funding Group, Inc.
Gulf Coast Bank & Trust Co. Non Mortgage
Gulf Coast Bank and Trust Company
Gulf Coast Community Bank
Gulf Coast Mortgage Inc
Gulf Coast Principle, LLC
Gulf States Mortgage
Gulfstream Business Bank
Gum Tree Mortgage, LLC
GVC Mortgage Inc dba Preferred Capital
H & R Block Mortgage
H&H Financial Group LLC dba Life Mortgage Group
H&R Block Bank
H.M.M. Enterprises, Inc.
Habersham Bank
Habitat Mortgage Company Inc
Hallmark Home Mortgage
Hallmark Mortgage Services, Inc.
Hamilton Federal Bank
Hamilton Group Funding Inc.
Hamilton Mortgage Corporation
Hamilton National Mortgage Company

Hammer Mortgage, Inc.
Hammond Securities Co., LLC
Hancock Bank
Hanover Mortgage Company
Happy State Bank
Harbor Financial Mortgage Corporation
Harbourton Mortgage Investment Corporation
Hargrow & Associates Inc dba MH&A Financial Service
Harris Nesbitt Corp. (As Agent for Fairway Finance Co., LLC.
Harry Mortgage Company
Hart West Financial
Hartford Financial Services Inc.
Hartland Mortgage Centers Inc
Harvest Financial.Net, Inc DBA Harvest Financial
Hawthorn Bank
Hawthorne Capital Corp
Hawthorne Credit Union
Hayhurst Mortgage, Inc.
HBC Investment Group, Inc. dba All-American Mortgage
HCI Mortgage
HCL Finance, Inc.
Hearthside Lending Corp.
Heartland Bank
Heartland Bank.
Heartland Community Bank
Heartland Credit Union
Heartland Funding Corp
Heartland Home Finance Inc
Heartland Mortgage Company
Heartland Mortgage Company LC
Heartland National Bank
Heartwell Mortgage Corporation
Hedlund Mortgage LLC
Hela Corporation dba Integra Pacific Mortgage
Helpbringer Mortgage Services, Inc.
Hemant Shah dba NJ Mortgage Services
Hemisphere National Bank, Mortgage Division
HengerRast Mortgage Corporation
Heritage Financial Group, LLC
Heritage Mortgage & Loan, Inc
Heritage Mortgage Services, LLC
Heritage Oaks Bank
Heritage Plaza Mortgage, Inc.

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Heritage Savings Bank
Herman-Morrie Enterprises Inc. dba Hawaii's Premiere Mtg. Co
Hernandez Services Inc.
HF Financial Corp
HFC - Beneficial
HFN - Consumer Orig.
HIgh Point Mortgage Corp
High Tech Lending
Highland Banc, Inc
Highland Federal Savings & Loan
Highland Financial Co., LLC.
Highmark Federal Credit Union
Hillcrest Bank
Hills Bank and Trust Company
Hilton Head Mortgage, LLC
Hilton Mortgage Corporation II
Hinds Mortgage Inc
HL Mortgage, LLC
HMC - Home Mortgage Consultants, Inc.
HMC Funding Inc.
HNB Mortgage
Hogar Mortgage
Home 123/New Century
Home Bank SB
Home Capital Funding
Home Capital, Inc.
Home City Federal Savings Bank of Springfield
Home Equity Solutons LTD
Home Express
Home Fed Realty Corp
Home Federal Bank ID
Home Federal Savings and Loan
Home Federal Savings Bank
Home Finance of America
Home Finance.com Inc.

**EXHIBIT 316**

Home Financial, Inc.
Home Financing Center Inc.
Home Financing Unlimited, Inc.
Home Funding Corporation
Home Funding Finders, Inc.
Home Loan Center dba Lending Tree Loans
Home Loan Consultants
Home Loan Consultants Inc
Home Loan Corporation
Home Loan Funding Inc
Home Loan Mortgage Company
Home Loan Mortgage Corporation
Home Loan Network
Home Loan Professionals, LLC dba Home Loan Professionals
Home Loan Services, Inc.
Home Loan Specialists Inc.
Home Loans USA Inc. (Orange)
Home Mortgage Associates, Inc.
Home Mortgage Corporation
Home Mortgage Desk Corp.
Home Mortgage Finance Group Corp
Home Mortgage Inc.
Home Mortgage Lending, LLC
Home Mortgage Resources Inc
Home Mortgage Solutions, Inc.
Home Mortgage, Inc.
Home N Mortgage, Inc.
Home National Bank N.A.
Home Savings & Loan Co. of Youngstown, Ohio
Home Savings & Trust Mortgage
Home Savings bank
Home Savings Mortgage
HOME SAVINGS OF AMERICA
Home Service Associates, Inc.
Home South Mortgage Corporation
Home State Bank & Trust Co
Home State Mortgage Group
Home Team Equity, LLC
Home Town Mortgage Inc
Home USA Mortgage, Inc.
Home Vest LLC
HomeAmerican Mortgage Corporation
HomeBanc N.A.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Homebound Mortgage, Inc.
Homebuyers Financial LLC
Homebuyer's Resource Group, LLC
HomeComings Financial, LLC
HomeComings Wholesale Funding
Homefield Financial Inc.
HomeFirst Mortgage LLC
HomeFirst Mortgage Services LLC
Homefront Mortgage Group LLC
Homeland Capital, LLC
Homeland Mortgage LLC
Homeline Mortgage Corp
Homelink Mortgage Inc
HomeLoan USA Corporation
HomeLoan.com, Inc.
HomeLoanAdvisors.com
Homeowners Financial Group USA, LLC.
Homeowners Financial Services, Inc.
Homeowners Friend Mortgage Company, Inc.
Homeowners Mortgage Enterprises, Inc.
HomeOwners Mortgage of America, Inc.
Homeplaceloans.com, Inc.
HomePoint Mortgage Group LLC
HomePromise Corporation
HomEq Servicing
Homequest Capital Funding LLC
Homeservices Financial, LLC
Homeservices Lending, LLC Series A (CA)
Homeservices Lending, LLC Series A DBA Mortgage South
Homesource Funding Group
Homesource Lending Inc.
Homespring Financial LLC
Homespun Mortgage Corporation
HomeStar Financial Corporation
Homestar Lending Corporation

Homestar Mortgage Services (Vendor)
Homestar Mortgage, Inc.
HomeStart Mortgage Corporation
Homestead Financial Services, Inc.
Homestead Funding Corp
Homestead Mortgage Company LLC dba Homesite Mortgage
Homestead Mortgage Corporation
Homestead Mortgage Inc.
Homestead-USA, Inc.
HomeStreet Bank
HomeTech Mortgage Corporation
Hometown America Incorporated
Hometown Bank of Corbin
Hometown Equity Mortgage of St. Louis, Inc.
HomeTown Financial Group, Inc.
HomeTown Lenders LLC
Hometown Lending
HomeTown Mortgage Services, Inc.
Hometown Security Mortgage Inc
Hometowne Lending L.L.C.
HomeTrust Bank
Hometrust Mortgage Company
HomeTrust Mortgage Inc.
Hometrust Mortgage Services LLC
HomeValue Mortgage, Inc.
Homevest Mortgage Corporation
Homeview Lending
Homewide Lending Corp.
Homewise Inc.
Honda Federal Credit Union
Honesdale National Bank
Honor State Bank
Hopewell Federal Credit Union
Horizon Bank
Horizon Bank (MN)
Horizon Bank, Mortgage Warehousing Division
Horizon Bank, N.A.
Horizon Direct, Inc. dba Commitment Lending
Horizon Financial Group, Inc.
Horizon Mortgage Corp. DBA Americhoice Residential Funding
Horizon National Bank
Horizon National Lending
Housing & Neighborhood Development Services, Inc. dba HANDS

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Housing Opportunity Comm. - Non-Member Investor
Housing Solutions, Inc.
Houston Prime Mortgage, LLC
Houstonian Mortgage Group, Inc. DBA Westin Mortgage Group
HoustonMortgage.com
Howard Bank
Howard Hanna Financial Services, Inc.
Howard Hanna Mortgage Services
HSBC Bank USA
HSBC Bank USA as Trustee
HSBC Bank USA, NA - Non-Affiliate
HSBC Bank USA, National Association
HSBC Mortgage Corporation, USA
HSBC Mortgage Services
HSBC Mortgage Services Warehouse Lending Inc
HTFC Corporation DBA HTFC Mortgage Bankers, Miracle Funding
Hudson City Savings Bank
Humbert Mortgage
Humphries Mortgage Inc.
Hunt Mortgage
Hunter Financial Group LLC
Huntingdon Valley Bank
Huntington Community Mortgage Bankers
Huron Valley Financial Inc
Hyde Park Bank
Hyperion Capital Group LLC
Hyperion Capital Group, LLC
IAA Credit Union
iApprove Lending
Iberia Mortgage Corp.
IBEX Networks, Inc.
Idaho Banking Company
Idaho First Bank
Idaho Independent Bank
Ideal Home Loans, Inc

Ideal Mortgage Specialists, Inc
Identico Inc. dba Constantine Mortgage Services
IDS, Inc
IFG Mortgage Services, Inc.
iFreedom Direct Corporation
Ikon Mortgage Lenders, Inc.
Illinois Mortgage Funding Corporation
Iltis Lending Group Inc.
Imath Inc dba 21st Century Mortgage
IMC Funding Group, Inc.
imortgage.com Inc.
Impac Funding Corporation
Impac Mortgage Acceptance Corporation dba Impac Funding Corp
Impac Warehouse Lending Group
Impact Mortgage Group, Inc.
Imperial Lending LLC
IMS Mortgage Services
Independence Community Bank
Independence Financial Corporation
Independent Capital Group, Inc
Independent Financial Mortgage, Inc
Independent Mortgage
Independent Realty Capital Corp.
Indiana Members Credit Union
Indianapolis Neighborhood Housing Partnership
Indigo Fincancial Group, Inc
IndyMac Federal Bank FSB
I-Net Mortgage Corp
Infinite Financial Corporation dba Metropolitan Home Mtg
Infinite Mortgage Services, LLC
Infinity Financial Corp
Infinity Financial Network LLC
Infinity Funding Corp.
Infinity Group Services
Infinity Home Mortgage Company Inc.
Infinity Information Solutions LLC, wos of First American RE
Infinity Mortgage Co. Inc
Infinity Mortgage Corporation
Infinity Mortgage Corporation.
Information Engineering Services, Inc.
Ingle & Associates Mortgage Services, Inc dba Ingle Mortgage
Ingomar Limited Partnership
Inland Northwest Bank

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Innergy Lending LLC
Innovative Financial Services, Inc.
Innovative Mortgage Capital, LLC
Innovative Mortgage Concepts LLC
Innovative Mortgage Solutions LLC
Innovative Property Services, Inc.
Insight Bank
Insight Financial Corporation
InSource Financial Services LLC
InSouth Funding Inc
InstaFi.com
Instant Capital Funding Group, Inc.
Integrated Financial Group, Inc.
Integrated Lending, Inc.
Integrated Mortgage Corporation
Integrated Mortgage Services Inc.
Integrated Mortgage Strategies Ltd.
Integrity Bancorp
Integrity Financial LLC
Integrity Financial Services of Tampa Bay Inc.
Integrity Financial Services, Inc.
Integrity First Financial, Inc.
Integrity First Home Loans Inc
Integrity Home Loan of Central Florida Inc
Integrity Home Mortgage Corporation
Integrity Lending LLC
Integrity Mortgage & Financial Incorporated
Integrity Mortgage LLC
Integrus Mortgage LLC
Intelli Mortgage Services, Inc.
Inter Mountain Mortgage
Inter National Bank
Inter Savings Bank, FSB
InterBay Funding, LLC
InterContinental Capital Group, Inc.

67

Intercontinental Mortgage Partners of Texas, LP
Interlinc Mortgage, Inc.
Intermountain Industries, Inc. dba Major Mortgage USA
Intermountain Mortgage Company Inc
International Bank of Commerce
International Bankers Financial Group
International Home Capital Corporation
International Lending Solutions, Inc.
International Mortgage Corporation
Interra Credit Union
Interstate Home Loan Center Ind dba myequityloan.com
Interthinx, Inc
Intertrust Mortgage LLC
Intervale Mortgage Company, Inc.
InTouch Mortgage Inc.
Intracoastal Mortgage Co. LLC
Intrust Mortgage, Inc.
Investaid Corporation
Investors Mortgage Asset Recovery Company, LLC dba IMARC
Investors Mortgage Company, Inc.
Investors Trust Mortgage & Investment Co. Inc.
Iowa Bankers Mortgage Corporation
Iowa Mortgage Professionals, In.c
iQ Credit Union
Ireland Bank
Ires Co.
IronStone Bank
Irwin Home Equity
Irwin Mortgage Corporation
Irwin Union Bank and Trust
iServe Servicing Inc.
ISGN
Island Community Mortgage Services LLC dba Island Mortgage
Ivanhoe Financial, Inc.
iWayloan LP
IZT Mortgage Inc. dba Ameritech Mortgage
J and E Mortgage Services LLC
J&M Mortgage Brokers, LTD dba Mortgages USA
J&R Lending Inc.., dba First Security Lending
J&S Holdings of Greenville dba First United Mortgage
J. Allston Mortgage LLC
J. Friedman Inc dba J. Friedman Mortgage & JRA Mortgage
J. Philips Mortgage Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

J. Powder Mortgage, Ltd.
J. Virgil, Inc. dba The Lending Factory
J.D. Martinez Investments, Inc. DBA AllBay Mortgage Services
J.S. Shirk & Associates, Inc. dba Florida Community Mortgage
J.S. Smith Mortgage, LLC
Jabez Financial Services, LLC
JAC Financial Inc. dba Plaza Loan Services
Jam Consultants
Jamsab Realty Corp
Jason B. Jones dba Halo Capital
Jayco Capital Group dba Loan Solutions
JBJ, LLC dba Precision Mortgage
JC Reed Mortgage LLC
JCJ Mortgage Ventures, L.P.
JDB Mortgage Corp.
JDH Capital, LLC
JDJ Financial Group Inc.
Jefferson Bank
Jefferson Bank & Trust co.
Jefferson Mortgage Services, Inc
Jennifer Farley dba South River Mortgage
Jersey Mortgage Company
JFK Financial Inc. dba Equity Direct Funding
JJAM Corporation
JJM Investments, Inc.
JKS Mortgage, LLC
JLB Corporation dba Golden Oak Lending
JMAC Lending, Inc.
JMJ Financial Group dba The Coastal Lending Group
JMJ Mortgage Capital, LLC
Joe Klein Enterprises LTD d/b/a The Mortgage Store
John Adams Mortgage
John H.D. Goemans, Inc. dba The Mountain Mortgage Centers
Johnson Mortgage Company, LLC
Jonah Bank of Wyoming

**EXHIBIT 316**

Jones Mortgage Group
Jordon Financial Group, LLC
JP Morgan Chase Bank
JP Morgan Chase Bank as Trustee
JP Morgan Chase Bank NA
JP Morgan Chase Bank, N.A. - Warehouse Lending
JP Morgan Chase Bank, N.A. - Warehouse Lending Vendor
JPMorgan Chase Document Custodian
JT, Inc dba Nortex Mortgage
JTM Financial Services, Inc.
Judith O. Smith Mortgage Group, Inc.
Just Mortgage, Inc.
Just Write Funding LP dba CU JWF Associates, Inc.
JZ Mortgage Inc. dba Equity Funding Co.
K & G Capital Mortgage LP
K Bank
K Hovnanian American Mortgage LLC
K&B Capital Corp
K&G Financial, LLC
K.P. Riley Mortgage Corporation
Kaiser & Associates Mortgage Services, Inc
Kaiser Federal Bank
Kansas City Mortgage Group LLC
Kastle Mortgage Corporation
Kaw Valley Home Loans, Inc.
Kay-Co Investments, Inc. dba Pro30 Funding
Kaye Financial Corporation
KCB Bank
KE Enterprises LLC
Kellner Mortgage Investments I, LTD
Kelly Stephens Mortgage Inc. dba KS Mortgage Inc.
Kelstar Financial Services LLC
Kemp Mortgage LLC
Kenilworth Financial Inc.
Kennedy Mortgage Corp
Kenney Bank and Trust dba America's Home Loan
Kentucky Housing Corporation
Kentucky Neighborhood Bank, Inc.
Kentucky Telco Federal Credit Union
Key Financial Corporation
Key Mortgage Company, Inc.
Key Mortgage Lenders, L.L.C.
Key Mortgage Link, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Key Mortgage Services
Key Mortgage Services Inc dba Baird & Warner Financial Serv.
Keynote Equity Group, LLC
KeyPoint Credit Union
KeySource Commercial Bank
Keystone Home Mortgage, LLC
Keystone Mortgage
Keystone Mortgage Company, Inc.
KH Financial, LP
Kiertec Inc. dba US Mortgage Source
Kinetic Mortgage Group
King Financial Group, Inc.
Kings Mortgage Services, Inc.
Kingswood Mortgage Inc.
Kirkland Investors LLC
Kirkwood Bank & Trust Co.
Kirkwood Financial Corporation
Kirsten Estes dba Mountain Home Lending
Kitsap Credit Union
KleinBank, dba KleinMortgage
KLW, Inc dba Northside Mortgage
Knightbridge Mortgage Bankers
Kohler Credit Union
Kondaur Capital Corporation
Kroboth & Helm Mortgage Company, Inc.
KSC Investment Group, LLC
Kubrick Financial
L & G Mortgagebanc Inc
LA Financial Federal Credit Union
La Rue Residential Lenders LLC
Lafayette Bank & Trust Company
Lafayette Community Bank
Lake Area Mortgage, A Division of Lake Area Bank
Lake Community Bank
Lake Creek Financial LLC

**EXHIBIT 316**

Lake Dillon Mortgage Services, Inc.
Lake Michigan Credit Union
Lake Mortgage Company, Inc.
Lake Mortgage Group, LLC dba Lake Mortgage
Lake State Federal Credit Union
Lakeland Mortgage Corporation
Lakes Area Mortgage, LLC
Lakeshore Mortgage Group Inc.
Lakeside Bank
Lakeside Lending LTD
Lakeside Mortgage Company
Lakeview Bank
Lakeview Mortgage, Inc.
Lancaster Mortgage Bankers LLC
Land Home Financial Services, Inc.
Landmark Mortgage & Associates Inc
Landmark Mortgage Corporation
Landmark Mortgage Lending
Landmark Mortgage LLC
Landmark Mortgage of Tampa Bay, Inc.
Landover Mortgage, LLC
Langdon Motrgage Company, Inc.
Laraby Financial Group Inc.
LaSalle Bank NA Trustee for BancOne Series 2000-2
LaSalle Bank NA, Trustee for BancOne Series 2000-1
Lawrence Bank
Lawrence Residential Funding Corp.
Lawrence Winslow dba All Texas Mortgage
Layton State Bank
LBA Financial Group
Leader Bank, N.A.
Leader Financial Services, a div of American National Bank
Leader Mortgage Company, Inc.
Leader Mortgage Corp
LeaderOne Financial Corporation
Leahy & Walker Financial Services
Leavitt Inc.
Lee Financial Corporation
Legacy Bank
Legacy Financial Corporation
Legacy Funding Corp.
Legacy Group Lending, Inc.
Legacy Lending, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Legacy Mortgage Group LLC
Legacy Mortgage Inc.
Legacy Texas Mortgage, LP
Legend Lending Corporation
Legendary Home Loans, Inc.
Lehman Brothers Bank
Lehman Brothers Holdings Inc.
Lehman Commercial Paper, Inc.
Lehman/FNMA Non-Laser
Leitchfield Deposit Bank and Trust Company
Lend America
Lend America, Inc.
Lend Smart Mortgage LLC
LendAmerica Home Loans, Inc.
Lender Ltd.
Lender Processing Services, Inc. (aka LPS)
LENDERLIVE, INC.
Lenders Association, Inc.
Lenders Depot Inc.
Lenders Direct Capital Corporation
Lenders Rate Approval.com, Corp.
Lendia, Inc.
Lending 1st Mortgage, LLC
Lending Bankers Mortgage LLC
Lending Capital Group, LLC
Lending Solutions Inc. dba LSI Mortgage Plus
Lending Street, L.L.C.
LendingSpace, Inc.
Lend-Mor Mortgage Bankers Corp
Lendmor, LLC
LendSource, Inc.
LendSouth Mortgage, Inc.
Lenox Financial Mortgage Corporation
Level One Bank
Lewis Hunt Enterprises dba Interactive Financial Corporation

**EXHIBIT 316**

Lexim Mortgage
Lexingtonton Capital Corp dba Lexington Mortgage
LFM Group Inc. DBA LIRA Financial Mortgage
LG & MG Corporation dba Precise Mortgage Lending
LHI Mortgage
LHM Financial dba CNN Mortgage Inc.
Libertad Bank SSB
Liberty 2000 Enterprises, Inc.
Liberty Alliance Federal Credit Union
Liberty Bank
Liberty Bank and Trust Company
Liberty Bank of Arkansas
Liberty Federal Mortgage LLC, dba First United Inc LLC
Liberty First Credit Union
Liberty Home Lending, Inc.
Liberty Home Loan Corporation
Liberty Home Loans
Liberty Mortgage Corp.
Liberty Mortgage Corporation
Liberty Mortgage Corporation dba Liberty Home Mortgage
Liberty Mortgage Funding Inc.
Liberty Mortgage Group, LLC
Liberty Mortgage Services, LLC
Liberty Mortgage, Inc.
Liberty Savings Bank FSB
Liberty Savings Bank, F.S.B.
Liberty State Finance, LLC
LibertyQuest Financial Inc dba LibertyQuest
Lifeline Christian Mortgage Inc
Lifestyle Mortgage Holdings, Inc.
Lifestyle Mortgage II, LLC
Lifetime Financial Partners Inc.
Lifetime Financial Services LP dba Town and Country Mortgage
Lifeway Lending Group Inc.
Lighthouse Mortgage Company, Ltd.
Lighthouse Mortgage Service Co Inc.
Lighthouse Mortgage USA, Inc.
Lime Financial Services, LTD.
Limes Financial Funding, LTD
Linc Capital LLC
Linco Capital LLC dba Kirkwood Mortgage
Lincoln Bank
Lincoln Capital Advisors, LLC

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Lincoln County Credit Union
Lincoln Federal Savings Bank
Lincoln Mortgage Co.
Lincoln Mortgage Corporation
Lincoln Park Savings Bank
Lincolnway Community Bank
Lindstrom Financial Group, Inc.
Link One Mortgage Bankers LLC
Linn Area Credit Union
Liquid Financial Group Inc
Litton Loan Servicing LP
LJL Mortgage Pool, LLC
LJL SECURED HIGH YIELD INCOME FUND I, LLC
Lo, Inc. dba Reliance Mortgage Inc.
Loan Across America dba Loan America, Inc.
Loan America Home Mortgage Inc.
Loan Center of California, Inc.
Loan Correspondents, Inc. dba Capital Funding Group
Loan Lines, Inc.
Loan Link Financial Services
Loan Management Services, Inc.
Loan Network, LLC
Loan Resource Center, Inc. DBA Optima Home Mortgage
Loan Services, Inc.
Loan Servicing Solutions, LLC
LoanCare Servicing Center, Inc
LoanCity
Loancorp Financial Inc.
Loanfinders of SC., Inc.
Loangistics Mortgage Solutions, LLC
LoanPlex Mortgage
LoanStar Mtg, LLC dba LoanStar Mortgage
Logan Finance Corporation
Lombard Financial Corp., LLC
Lone Star Mortgage of DFW

Lord and Silva, LLC
Lovell, Hubbard & Associates, Inc. dba LHA Mortgage Services
LownHome Financial Holdings LLC
LP Direct LLC
LPS Field Services, Inc.
Lubbock Housing Finance Corporation
Lubbock National Bank Mortgage
Lucey Mortgage Corp.
Lumina Mortgage Company
Luminent Mortgage Capital Inc.
Lundin & Associates Inc.
Luxury Mortgage Corp.
Lydian Data Services, LLC
Lydian Private Bank
Lydian Technology Group
Lyndsey Home Mortgage Express, Inc.
Lynx Mortgage Bank, LLC
Lyons Enterprises dba LEI Financial
Lyons Mortgage Services, Inc.
M & T Bank
M&I Bank
M&I Bank FSB
M&I Mortgage
M.I.F. Services Inc.
M.Point Mortgage Services, LLC
M/I Financial Corp.
Mac and Waters Mortgage Group Inc.
Macarthur & Baker International Inc d/b/a MBI Mortgage Fndg
Macatawa Bank
Mac-Clair Mortgage Corporation
Mackinac Savings Bank
Macon Mortgage, Inc.
Madera Financial, Inc.
Madison Financial LLC
Madison Home Equities, Inc.
Madison Mortgage Corporation
Magellan Harbor Lending, LLC
Magellan Mortgage Corp
MagnetBank
Magnolia Mortgage Company LLC
Magnolia Mortgage Inc.
MAI Mortgage Inc.
MAIA Mortgage Finance Statutory Trust

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Main Stream Financial, Inc.
Main Street Financial Group, Inc.
Main Street Financial, Inc.
Maine Home Mortgage Corp.
Mainland Mortgage Corp
Mainline Mortgage Corporation
Mainsource Bank
Mainstreet Mortgage, Inc.
Maitland Mortgage Lending Company
Majestic Home Mortgage Corp.
Majestic Mortgage Services, Inc.
Majesty Mortgage, Inc.
Major Mortgage
Mak Mortgage Consultants Inc
Malcap Mortgage LLC
Mandalay Mortgage LLC
Mandalay Mortgage LLC(CA) dba Capital Six Funding
Manhattan Financial Group, Inc.
Manhattan Mortgage Corporation
Mann Financial, LLC
MAR Group LLC
Marathon Asset Investment Trust 2007-1
Marathon Asset Investment Trust 2007-2
Marathon Asset Management
Marathon Mortgage
Marathon REO Management LLC
Marathon Structured Asset Solutions Trust
Mardy L Dallas dba Great Western Mortgage
Maribella Mortgage, LLC
Marimark Mortgage, LLC
Mariner's Bank
Marion State Bank
Maritime Mortgage Corp
Marix Servicing
Mark James Haselhorst dba Arbor Mortgage

77

Market Mortgage Co., Ltd.
Market Street Mortgage Corporation
Marketline Mortgage
Marketplace Home Mortgage, LLC
Marlin Mortgage Company LLC
Marquis Financial Group
Marquis Money Inc.
Marshall BankFirst Mortgage Group
Marshland Community Federal Credit Union
Martin Funding Corp
Marty Cancila Mortgage LLC dba Capital Funding Group
Maryland Residential Lending LLC dba Nationwide Mortgage Ser
MAS Associates LLC dba Equity Mortgage Lending
Mason Dixon Funding, Inc.
Mason-McDuffie Mortgage Corporation
Massachusetts Housing Finance Agency
Massachusetts Mutual Life Insurance Company c/o Babson Cap.
Master Financial, Inc.
Matrix Financial Services Corporation
Mattamy Home Funding, LLC
Mattocks Mortgage, Inc.
Maverick Funding Corp
Maverick Residential Mortgage
Maxim Capital Inc.
Maxim Investment Group, LLC
Maxim Mortgage Corporation
Maxwell Funding Inc. dba Maxwell Funding Group
Mayer Home Mortgage Co. LLC
MBA Financial Solutions, Inc. dba Bay Wholesale Lending
MBI Mortgage, Inc.
MBJ Mortgage Services America, LTD. dba Merchants Home Loan
MBS Mortgage Comapny, LLC
MBT Credit Company, Inc.
MC Harbor Investment Co
McCabe Mortgage Group, Inc.
McCaughan Mortage Co., Inc.
McJab Inc. dba First California Funding
McLean Mortgage Corporation
MCM Companies LLC
McMillin Mortgage, Inc
MCS Mortgage Bankers, Inc.
MDKJR Inc.
Meadowbrook Mortgage Corporation

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Mecco Financial, Inc.
MECE Credit Union
Meetinghouse Cooperative Bank
MEG Co., LLC
Mega capital Funding, Inc.
MegaStar Financial Corp.
Member First Mortgage LLC dba Michigan First Mortgage LLC
Member Options LLC
Members Cooperative Credit Union
Members Loan Services, Inc.
Members Mortgage
Members Mortgage Company, Inc.
Members Preferred Mtg. Services Inc.
Members1st Community Credit Union
MembersAlliance Credit Union
Menna Company dba Independent Mortgage Associates
Mennonite Financial Federal Credit Union
Mercantile Bank d/b/a Florida Wholesale Mortgage
Mercantile Bank Mortgage Company LLC
Merchants & Farmers Bank
Merchants & Southern Bank
Merchants and Manufacturers Bank
Merck Sharp and Dohme Federal Credit Union
Mercury Inc.
Meridian Lending Corporation
Meridian Lending Inc. dba All Source mortgage
Meridian Residential Capital LLC dba First Meridian Mortgage
Meridias Capital
Merit Financial Inc.
Merit Financial Services LLC
Merit Mortgage Services
Meritage Home Funding, LLC
Meritas Mortgage LLC
Meriwest Credit Union
Meriwest Mortgage Company LLC

**EXHIBIT 316**

Merrill Lynch (surf)
Merrill Lynch Bank USA
Merrill Lynch Credit Corporation
Merrill Lynch Mortgage Lending, Inc. (Subprime)
Merrimack Mortgage Company, Inc.
Merrlin Mortgage Corporation
MERS Link Subscriber
Metabank
MetAmerica Mortgage Bankers, Inc.
Metlife Bank, N.A.
MetLife Home Loans, a Division MetLife Bank, N.A.
Metro Atlanta Mortgage Company, Inc.
Metro Finance
Metro Funding Corporation
Metro Health Services FCU dba Metro First Mortgage
Metro Mortgage Corporation
Metro One Mortgage LLC
MetroBoston Mortgage Co., Inc.
Metrocities Mortgage LLC
Metropolitan Bank Group
Metropolitan Financial Services Inc
Metropolitan Home Mortgage, Inc.
Metropolitan Mortgage Bankers Inc.
Metropolitan Mortgage Group, Inc. dba Metropolitan Mortgage
Metropolitan National Bank
Metropolitan National Bank (MO)
Metropolitan National Bank Mortgage Company
Metrostate Financial and Real Estate Corp
Metuchen Savings Bank
MFC Mortgage Inc
MFG Funding
MGM Funding, LLC
MGN Funding Corp.
MHC I, Inc.
MHL Funding Corp
Michael David Financial Inc dba Cornerstone Lending
Michigan Fidelity Acceptance Corporation
Michigan Heritage Bank
Michigan Mutual, Inc.
Michigan United Mortgage LLC
Mid America Bank & Trust Company
Mid America Mortgage Services of IL Inc. Carterville Branch
Mid America Mortgage Services of Illinois, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Mid America Mortgage Services of Kansas City, Inc.
Mid Atlantic Capital, LLC
Mid Valley Services, Inc.
Midamerica Mortgage Corporation
Mid-Atlantic Federal Credit Union
Mid-Atlantic Financial Services, Inc.
MidCarolina Bank
Midcontinent Fin Ctr Inc d.b.a. American Mutual Mortgage Co.
MidCountry Bank
Middlekauff Mortgage Co.
MidFirst Bank
Mid-Island Mortgage Corp.
Midland Federal Savings & Loan
Midland Mortgage Corporation
Midtown Bank
Midtown Financial Services
Midtown Mortgage Inc
Midtowne Mortgage
Midwest Community Bank
Midwest Equity Mortgage LLC
Midwest Financial Mortgage
Midwest Funding Bancorp
Midwest Heritage Bank, FSB
Midwest Home Loans LLC
Midwest Loan Services, Inc.
Midwest Mortgage Capital
Midwest Mortgage Investments, LTD
Midwest Mortgage Planners, Inc.
Midwest National Mortgage Corporation dba Midwest Natl Mort
Midwest Residential Lending, LLC
Mid-Wisconsin Bank
Miguel A, Baylon, Jr. dba Baylon Mortgage Services
Mila, Inc.
Milestone Mortgage Inc
Milestone Mortgage Solutions, Inc.

EXHIBIT 316

Milford Federal Savings and Loan Association
Millenium Home Mortgage LLC
Millennia Mortgage Corporation
Millennium Bank N.A./Millennium Capital
Millennium Financial Group, Inc. dba MLend, Inc.
Millennium Marketing Co. Inc.
Millennium Mortgage Corporation
Millennium Mortgage Services Corporation
Miller Home Mortgage, LLC
Miner Kennedy Chmura Associates, Inc.
Minnesota Lending Co. LLC dba Optimum Mortgage Services
Minnesota Lending Company, LLc
Minnesota Valley Federal Credit Union
Minster Bank
Mirad Financial Group
Mission Federal Credit Union
Missouri Bank & Trust Company of Kansas City
MIT Federal Credit Union
MJ Mortgage Services Inc
MJS Lending, Inc.
MLD Mortgage Inc.
MLS Mortgage Group Inc.
MLS Mortgage Lending Solutions, LLC
MLSG Inc.
MMG Inc
MMW Holdings LLC dba Trident Home Loans
Mohave State Bank
Molton, Allen & Williams LLC
Monarch Bank
Moncor, Inc.
Money Forest Mortgage LLC
Money Warehouse
Moneylink Mortgage Inc
MoneyOne Corporation
Monster Mortgage LLC
Montana Board of Housing
Montana First Credit Union
Montana Mortgage Company
Montgomery Bank, National Association
Montgomery Mortgage Capital Corporation
Montgomery Mortgage, Inc
Monticello Banking Company
Monument Bank

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Monument Capital LLC dba Moneytree Mortgage Services LLC
Monument Mortgage Company, Inc.
Monument Mortgage, Inc.
Moore Financial Enterprises, Inc. dba Lenders Diversified
Moore Mortgage Inc.
Moran Industries dba Pacific Financial
More House Mortgage Inc.
More2Lend Financial
Moreland Financial Corporation
MorEquity Inc.
Morgan Stanley Credit Corp
Morgan Stanley Mortgage Capital Holdings, Inc
Morrison Home Funding, LLC
Mortgage & Investment Consultants
Mortgage 1 Incorporated
Mortgage 2000 Inc
Mortgage Acceptance LLC
Mortgage America Bankers LLC
Mortgage America Inc.
Mortgage and Equity Funding Corp.
Mortgage Architects Inc. dba Mortgage Architects
Mortgage Associates Inc
Mortgage Avenues LLC
Mortgage Bank of California
Mortgage Bankers Financial Group, Inc.
Mortgage Bankers of Wisconsin Inc.
Mortgage Banking Systems, Inc.
Mortgage Broker Network Group, LLC
Mortgage Brokers Service, Inc.
Mortgage Capital Associates, Inc. A California Corporation
Mortgage Capital Corporation of America (MCCA)
Mortgage Capital Group
Mortgage Center LLC
Mortgage Central, Inc.
Mortgage Clearing Corporation

**EXHIBIT 316**

Mortgage Company of America, LLC
Mortgage Consultants Group, Inc
Mortgage Consultants Inc.
Mortgage Consultants Incorporated
Mortgage Contracting Services
Mortgage Corp of Ohio
Mortgage Corp of the East III
Mortgage Corporation of America
Mortgage Corporation of America, Inc.
Mortgage Counseling Services
Mortgage Data Management Corp. (MDMC)
Mortgage Department Services, LLC
Mortgage Depot, LLC
Mortgage Direct Inc.
Mortgage Dynamics Inc (FL)
Mortgage Edge Corporation
Mortgage Elite Inc.
Mortgage Enterprise, Ltd.
Mortgage Essentials, Inc.
Mortgage Experts Inc.
Mortgage Express LLC
Mortgage Express, Inc.
Mortgage Factory Inc dba Mortgages Direct
Mortgage Financial Services
Mortgage Financial, Inc.
Mortgage First LLC
Mortgage Funding Corp
Mortgage Funding Direct LLC
Mortgage Group of Wisconsin Inc.
Mortgage Group Services LLC
Mortgage Haus Inc.
Mortgage Headquarters of Missouri, Inc
Mortgage Horizons LLC dba Mortgage Horizons
Mortgage Innovations Inc
Mortgage Investment Services Corporation
Mortgage Investors Corporation
Mortgage Investors Group
Mortgage Lenders Network USA, Inc.
Mortgage Lenders Network USA.
Mortgage Lenders of America, LLC
Mortgage Lenders of Americas and Company Inc.
Mortgage Lending Consultants, Inc.
Mortgage Lending Group, Inc. (AZ)

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Mortgage Line Financial Corp.
Mortgage Loan Solutions LLC
Mortgage Management Consultants, Inc.
Mortgage Managers, Inc.
Mortgage Master Service Corporation
Mortgage Master, Inc.
Mortgage Masters of Indiana, Inc
Mortgage Mentor Inc.
Mortgage Mobility LLC
Mortgage Movers, Inc.
Mortgage Network Inc (KY)
Mortgage Network Solutions
Mortgage Network, Inc.
Mortgage Now Inc.
Mortgage Now, Inc.
Mortgage One Group, Inc.
Mortgage One of North Louisiana LLC
Mortgage One of the South, Inc.
Mortgage One Solutions, Inc.
Mortgage Options of America, Inc.
Mortgage Outfitters, LLC
Mortgage Partners
Mortgage Plan Financial Services, Inc.
Mortgage Planners LLC
Mortgage Planners, Inc.
Mortgage Planners, LLC
Mortgage Planning & Lending Specialists LTD
Mortgage Process Center
Mortgage Professionals, Inc.
Mortgage Pros LTD
Mortgage Pros, Inc.
Mortgage Real Estate Services, Inc. dba Macro Financial Grou
Mortgage Recovery 1
Mortgage Research Center LLC dba VAMORTGAGECENTER.COM
Mortgage Resource Group, Inc.

**EXHIBIT 316**

Mortgage Resources In The Midwest, Inc.
Mortgage Resources, Inc.
Mortgage Revolution, Inc.
Mortgage Sense, Inc.
Mortgage Services III, LLC
Mortgage Servicing Center
Mortgage Servicing, Inc
Mortgage Shop LL
Mortgage Solutions Network Inc DBA Mortgage Solutions Mgmt
Mortgage Solutions of Central Fl, Inc.
Mortgage Solutions of Colorado LLC.
Mortgage Solutions of St. Louis LLC
Mortgage Solutions Services, LLC
Mortgage Source LLC
Mortgage Source, Inc.
Mortgage Sources Corp
Mortgage South Financial Services, Inc.
Mortgage Specialists of Illinois, Inc
Mortgage Specialists, LLC (NE)
Mortgage Specialits, LLC
Mortgage Strategists Incorporated
Mortgage Superstore, Inc.
Mortgage Systems, Inc.
Mortgage Team 1, Inc.
Mortgage Tree
Mortgage Trust Group, Inc.
Mortgage Trust, Inc.
Mortgage Works Unlimited, Inc. DBA The Mortgage Works
Mortgage World Bankers, Inc.
Mortgage Xpress
MortgageAmerica Associates, Inc.
MortgageAmerica, Inc.
MortgageBanc
MortgageClose.Com
MortgageIT, Inc.
MortgageOne Financial Services Corp
Mortgages & More, Inc.
Mortgagestar
MortgageSteps
MortgageStream Financial Services, LLC
MortgageTree Lending
Motivity Solutions, Inc.
Mountain 1st Bank & Trust

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Mountain America Credit Union
Mountain America Fin. Svcs, The Mortgage Co-op & Q Mortgage
Mountain Crest Mortgage, Inc.
Mountain Express Mortgage
Mountain High Federal Credit Union
Mountain Pacific Mortgage Company
Mountain Peaks Financial Services
Mountain Range Funding LLC
Mountain States Mortgage Centers, Inc.
Mountain View Mortgage Company, Inc
Mountain West Bank
Mountain West Bank, NA
Mountain West Financial, Inc.
MountainView Capital Group
MRG Document Technologies.
MSA Mortgage, LLC
MSG-The Mortgage Specialist Group LP
MSMC Venture, LLC
Mtg America Corpus ChristiTX dba Mtg Assoc Corpus Christi
MTG Finance, LLC
MTH Lending Group, LP
Multi-State Home Lending, Inc.
Mutual Mortgage Corporation
Mutual Mortgage Corporation MI
Mutual Savings Bank
Mutual Security Mortgage Ltd
MV Holdings, LLC dba Global Lending Group
MVB Mortgage Corp
My Mortgage Company
My Mortgage Pro, LLC dba Mortgage Management Group
My Neighborhood Mortgage Co. LLC dba Neighborhood Mortgage
My South Lending Group, Inc.
Myers Park Mortgage, Inc.
Mylor Financial Group, Inc.
MyTown Mortgage Corp

NAD Acquisition 3, LLC
Nation One Mortgage Co. Inc.
National Americas Investment Inc.
National Asset Direct Acquisition LLC
National Asset Direct, Inc.
National Bank
National Bank of Arizona
National Bank of Arkansas
National City Bank (KY)
National City Bank of Indiana
National City Mortgage, a Division of National City Bank
National City Mtg Svcs Inc. A Subsidiary of Nat'l City Bank
National Fidelity Mortgage Corporation
National Future Mortgage
National Guaranty Mortgage Corporation
National Lenders Services Inc
National Mortgage Network, Inc.
National Mortgage Network, Inc. DBA Interstate Mortgage Netw
National Mortgage Options LLC
National Penn Bank
Nations Direct Mortgage, LLC
Nations First Financial, LLC.
Nations Funding Source, Inc.
Nations Home Corporation dba First American Lending Corp
Nations Home Funding
Nations Home Lending Center
Nations Home Mortgage Corporation
Nations Lending Corp
Nations Mortgage & Investment
NationsFirst Lending, Inc.
Nationstar Mortgage LLC
Nationwide Advantage Mortgage Company
Nationwide Bank
Nationwide Equities Corporation
Nationwide Home Loans Inc
Nationwide Home Loans.
Nationwide Home Mortgage Inc. dba Allstate Mortgage Lending
Nationwide Lending Corporation
Nationwide Lending Services Inc
Nationwide Mortgage & Associates Inc
Nationwide Mortgage Concepts
Nationwide Mortgage, Inc.
Nationwide Residential Capital, Inc

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Nationwide Title Clearing, Inc.
Natixis Real Estate Capital, Inc.
Nattymac Capital LLC
Navy Federal Credit Union
nBank, N.A.
NBD Bank (Florida) - Non-Member
NBD Bank (Michigan) NON-MEMBER
NBD Bank N.A. - NON-MEMBER
NBGI, Inc.
NBRS Financial Bank
NDFC Capital Corp
NE Moves Mortgage Corporation
Nebraska Mortgage Co LLC
Nebraska National Bank
Neighborhood Funding Inc.
Neighborhood Housing Services of America
Neighborhood Housing Services Silicon Valley
Neighbor's Financial Corporaton
Net Rate Mortgage Inc.
NetBank
NetCap Financial LLC
NetCentral Mortgage LLL
NetMore America, Inc dba Hm Ln Ctr of WA, of OR, of MT, of I
Network Capital Group, Inc.
Network Funding, L.P.
Network Mortgage Services
Network Mortgage, LLC
Nevada Federal Credit Union
Nevada Mortgage Inc.
Nevis Funding Corp.
New Age Mortgage Company
New America Capital, Inc.
New American Funding
New American Mortgage LLC
New Century Financial

New Century Mortgage Corp, Irvine
New Day Financial LLC
New Day Trust Mortgage dba New Day Mortgage
New England Regional Mortgage Corporation
New Equity Financial Corp
New Fed Mortgage Corp
New Granite Mortgage Corporation dba Granite Mortgage Corp
New Home Finance LLC
New Homes Mortgage Inc.
New Horizon Financial, LTD
New Horizon Mortgage
New Horizon Mortgage, Inc
New Horizon Real Estate Financial Services Inc.
New Liberty Home Loans
New Mexico Educators Federal Credit Union
New Millennium Bank
New Millennium Mortgage Corporation
New Penn Financial, LLC
New Perspective Mortgage, LLC
New South Federal Savings Bank
New Vision Residential Lending
New West Lending, Inc.
New World Mortgage Inc
New York Mortgage Funding, LLC
NewAlliance Bank
Newcastle Home Loans, LLC
NewCastle Mortgage Corp
Newmarket Financial Mortgage Corporation
Newport Funding Corp.
NewPrime Home Loans, LLC
Newwest Funding, A Nevada Corporation
NexBank SSB
NextHome Mortgage Corp
Nexus Financial LLC
NFS Loans Inc
NHEL - Citibank as Trustee
NHSA - JPS
NJ Lenders Corp.
NL, Inc. dba RPM Wholesale
NLMC, Inc.
Noble Bank & Trust, N.A.
Nola Lending Group LLC dba Nola Funding Group
Nomura Credit Capital Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Norhill Financial Corporation
Normandy Mortgage Inc.
Norstar Mortgage LLC
North Alabama Mortgage Inc.
North American Banking Company
North American Savings Bank, fsb
North Atlantic Mortgage Corporation
North County Real Estate Inc. dba HMC Funding
North Dallas Bank & Trust Co.
North Florida Funding, Inc.
North Fork Bank
North Georgia Bank
North Middlesex Savings Bank
North Shore Bank
North Shore Bank of Commerce
North Shore Bank, FSB
North Shore Community Bank and Trust
North Shore Trust &Savings
North Star Home Lending, LLC
NorthCountry Federal Credit Union
Northeast Financial Corporation
Northeast Mortgage Corporation
Northern Federal Credit Union
Northern Mortgage Inc.
Northern New Mexico Mortgage Co.
Northern Pacific Mortgage Inc
Northern Star Bank
Northern States Funding Group, Inc.
Northfield Trust Mortgage Company, LLC
NorthPoint Financial Services, Inc.
Northpoint Lending Group Inc.
NorthPoint Mortgage
Northpoint Mortgage LTD
Northsight Mortgage Group, LLC
NorthStar Alliance, Inc.

EXHIBIT 316

Northstar Bank of Texas-Mortgage Division
NorthStar Mortgage Corp.
Northstar Mortgage Group LLC
Northwest Bank
Northwest Funding Group Inc
Northwest Lending Group, Inc.
Northwest Mortgage Group, Inc.
Northwestern Financial Corporation
Norwich Commerical Group dba Norcom Mortgage
Nothnagle Home Securities Corp.
Nova Home Loans
NovaStar Certificates Financing Corporation
Novastar Home Mortgage Inc
Novastar Mortgage, Inc.
Novelle Financial Services, Inc.
Novellus Capital Funding, Inc.
NP Inc dba US Mortgage of Florida
NPB Mortgage LLC dba Northpointe Mortgage
NTFN Inc. dba Premier Nationwide Lending
Numerica Mortgage LLC
NVR Mortgage Finance, Inc.
NW Lending, Inc.
Oak Bank
Oak Creek Mortgage, Inc.
Oak Mortgage Company, L.L.C.
Oak Mountain Mortgage, LLC
Oak Street Mortgage LLC
OakStar Bank, NA
Oaktree Funding Corporation
Oakville Capital Inc.
O'Brien Mortgage Services, Inc.
Ocala Funding, LLC
Ocean West Enterprises, Inc.
OceanFirst Bank
Oceans Funding Company, Inc.
Oceanside Mortgage Company
OCM Mortgage, Inc.
OCM, Inc. dba HelpUFinance.com
Ocwen Loan Servicing, LLC
O'Dowd & Associates Mortgage Co. Inc.
Odyssey Funding LLC
OGrady Mortgage, Inc.
Ohio Capital Alliance Corp

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Ohio Legacy Bank, NA
Ohio Lending Group
Old Colonial Mortgage
Old Oaks Mortgage Inc.
Old Point Mortgage LLC
Old Republic Insurance Company
Old Republic Title Ins. Group
Old Second National Bank
Old Town Mortgage, LLC
Old Towne Financial, Inc.
Old Virginia Mortgage Inc.
Olympia Funding Inc.
Olympia Mortgage Corp.
Olympia West Mortgage Group, LLC
Omaha Police Federal Credit Union
Omega Financial Services Inc.
Omega Financial Services, Inc.
Omega Mortgage Company
Omni Bank
Omni National Bank
OmniAmerican Bank
On Point Mortgage, LLC.
On Q Financial, Inc.
On Time Capital
One Bank and Trust, NA
One Choice Mortgage, LLC.
One Community F.C.U.
One Mortgage LLC dba One Mortgage
One Mortgage Network, LLC
One on One Funding
One Source Mortgage, LLC
Onestop Financial Services LLC
Online Financial Group
Onyx Capital LLC
Open Mortgage, LLC

93

Opes Advisors Inc.
Opteum Financial Services LLC
Opteum Financial Services, LLC (Optemac T/F Opteum Mortgage)
OPTEUM FINANCIAL SERVICES, LLC.
Optima Mortgage Corporation
Optimax Mortgage Co.
Optimum Financial Services, Inc.
Optimum Mortgage Group, LLC
Optimum Mortgage LLC
Option Financial LLC
Option One Mortgage Corporation
Oregon Coast Bank
Originate Home Loans, Inc.
Orion Bank
Orion Mortgage Corporation
Orlando Mortgage Company, Inc.
Ouachita Independent Bank
Outlook Mortgage, LLC
Outsource Solutions, Inc.
Overland Mortgage, LP
Owen Community Bank, S.B.
Owl Tree Mortgage Company
Owner's Choice Mortgage Services Inc. dba Owner's Choice Mtg
Ownit Mortgage Solutions Inc
OWS I Acquisitions, LLC
Oxford Capital, LLC
Oxford Funding Corporation
Oxford Lending Group, LLC
Oxford Mortgage, Inc.
P.T. K. Consulting, Inc. DBA Preferred Mortgage Lenders
PA Mortgage Service, Inc.
PA Preferred Mortgage Co.
Pacesetter Mortgage Company
Pacific America Group Inc. dba Pacific America Mortgage
Pacific Coast Lending
Pacific Coast Mortgage Inc.
Pacific Community Mortgage, Inc.
Pacific Continental Mortgage
Pacific Crest Funding, LLC dba Pacific Crest Home Loans
Pacific First Financial Services LP
Pacific Gold Mortgage Group, LLC
Pacific Horizon Bancorp, Inc.
Pacific Mercantile Bank

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Pacific Mutual Funding dba Pacific Residential Financing
Pacific Northwest Mortgage Corporation
Pacific Northwest Mortgage LLC
Pacific Residential Mortgage, LLC
Pacific Reverse Mortgage, Inc.dba Financial Heritage
Pacific Service Credit Union
Pacific Union Financial, LLC
Pacor Mortgage Corp
PacWest Funding dba PacWest Funding Incorporated
Pacwest Services, Inc.
Palladium Mortgage Corporation
Palm Beach Atlantic Lending LLC
Palm Beach Mortgage Group Inc.
Palmetto South Mortgage Corp.
Palos Bank & Trust Company
Panhandle State Bank
Paradigm Mortgage Corporation
Paradise Financial Group, Inc.
Paragon Home Lending, LLC
Paragon Mortgage Bankers Corp.
Paragon Mortgage Consultants, Inc.
Paragon Mortgage Services Inc.
Paragon National Bank
Paramount Bond & Mortgage Company
Paramount Equity Mortgage, Inc.
Paramount Home Loans, Inc
Paramount Lending, LLC
Paramount Mortgage Professionals on NC, Inc
Paramount Mortgage, Inc.
Paramount Residential Mortgage Group, Inc.
Park National Bank
Park Place Finance, LLC
Park Place Mortgage, LLC
Park Shore Mortgage Corp
Park West Corporation

Parkside Lending, LLC
Parkway Bank
Partners for Payment Relief, LLC
Partners Mortgage dba Partners Capital Mortgage
Partners Mortgage, Inc.
Pathfinder Mortgage Group, Inc.
Pathway Financial, LLC
Patriot Bank
Patriot Bank FL
Patriot Bank Mortgage Inc. a Division of Patriot Bank
Patriot Federal Credit Union
Patriot Funding LLC
Patriot Lending Group, Inc
Patriot Lending Services, Inc.
Patriot Mortgage Bankers of North America LTD
Patriot Mortgage Company Inc
Patriot Mortgage Services Inc.
Patriots Bank
Patroit One Mortgage Bankers LLC
Patuxent Funding LLC
Paul E Smith dba Main Street Mortgage Company
PB Reit, Inc.
PCFS Financial Services, Inc.
Pellow Mortgage Company LLC
Pemm. Tek Mortgage Services, LLC
Penn 1st Financial Services Inc
Penn Liberty Bank
Pennie L. Carey dba Worldwide Home Lending
Pennwest Home Equity Services Corp
PennyMac Loan Services, LLC
Pentagon Mortgage LLC
People Bank - WA
Peoples Bank
Peoples Bank of Commerce
People's Bank of Commerce
Peoples Bank of KY, Inc
Peoples Bank, N.A.
People's Choice Funding, Inc
Peoples Choice Home Loan Inc
People's Choice Mortgage Company
Peoples Choice Mortgage LLC
Peoples Exchange Bank
Peoples Independent Bank

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Peoples Mortgage Company
People's Mortgage Corporation
Peoples Mortgage, Inc.
Peoples National Bank, N.A.
Peoples Savings Bank dba Peoples Mortgage Company
Peoples State Bank of Comm dba RHR Mortgage of America, LLC
People's State Bank of Wyalusing, PA
People's United Bank
PeoplesBank, A Codorus Valley Company
Performance Financial Inc dba Pacific Funding & Mort Advisor
Performance Lending, Inc
Perimeter Mortgage Funding Corporation
Perl Mortgage, Inc.
Personal Home Mortgage Services, Inc.
PFagan Mortgage, Inc.
PFG Mortgage Trust I
PFG Mortgage Trust II
PFL, Inc.
PGNF Home Lending Corporation
PHH Mortgage Corporation
Philadelphia Mortgage Advisors Inc.
Philip R. Marsh
Phoenix Funding Corporation
Phoenix Mortgage Corporation
Phoenix Rising Brokers Conduit dba PRBConduit.com
Pierce Commercial Bank
Pike Creek Mortgage Services Inc
Pillar Financial LLC
Pillar Mortgage Services Corporation
Pine River Valley Bank
Pine State Mortgage Corp.
Pinellas Mortgage Services, Inc.
Pinnacle Bank
Pinnacle Capital Mortgage Corporation
Pinnacle Financial Corporation

EXHIBIT 316

Pinnacle Financial Corporation of Michigan
Pinnacle Financial Services, Inc.
Pinnacle Financial Solutions
Pinnacle Home Mortgage Co.
Pinnacle Lending Group
Pinnacle Mortgage Funding LLC
Pinnacle Mortgage Group, Inc.
Pinnacle Mortgage, Inc
Pinnacle National Bank
Pinta, LLC
Pintola Inc. dba Town and Country Mortgages
Pioneer Financial Services, Inc.
Pioneer Mortgage, Inc. #40319
Pirimar Industries Inc. dba Pirimar Home Loans
Plains Commerce Bank
Planters Bank Inc
Planters First
Platinum 1 Mortgage Services, LLC
Platinum Capital Group
Platinum Community Bank
Platinum Community Bank dba Platinum Direct Funding
Platinum HomeMortgage Corporation
Platinum Mortgage Group, LLC
Platinum Mortgage Inc.
Platte River Mortgate and Investments Inc
Platte Valley Bank of Missouri
Plaza Home Mortgage, Inc.
Plaza Mortgage Group Inc.
PLB Lending, LLC
PLN Associates Inc
PMAC Lending Services Inc
PMC BanCorp.
PMI Mortgage Insurance Company
PNC Bank N.A.
PNC Consumer Services
PNC Mortgage, LLC
PNCMT Trust Series 2000-1, Bank One as Trustee
PNMAC Mortgage Co., LLC
PNMAC Mortgage Opportunity Fund Investors, LLC
Point Independent Mortgage
Point Mortgage Corp.
Point Plus Credit Union
PointBank

<span style="color:red">**EXHIBIT 316**</span>

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
<span style="color:red">SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING</span>
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
<span style="color:red">BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.</span>)

Polaris Home Funding Corporation
Poli Mortgage Group Inc.
Pope Mortgage & Associates
Popular Mortgage
Popular Mortgage Servicing, Inc
Positive Mortgage, Inc
Potelco United Credit Union
Potomac Mortgage Capital Inc.
Poulsen Mortgage Corporation
Powder House Mortgage Company, Inc.
Power Financial Corporation
PPI Equities, Inc. dba Pacific Mortgage
Prairie Community Bank
Prajna Group Inc. dba Liberty Mortgage Funding
Precision Financial, Inc.
Precision Funding
Precision Funding Group LLC
Preferred Financial Funding, Inc.
Preferred Financial Grp Inc. dba Preferred Mortgage Services
Preferred Financial Services Inc.
Preferred Home Lending LLC
Preferred Home Loan LTD
Preferred Home Mortgage Company
Preferred Mortgage, Inc
Prem Mortgage, Inc. DBA First United Mortgage
Premier Atlanta Mortgage Company
Premier Bank
Premier Bank - Dubuque
Premier Bank (MO)
Premier Bank Minnesota
Premier Bank Rochester
Premier Banks
Premier Community Bank of the Emerald Coast
Premier Financial Correspondent Inc.
Premier Financial Services, Inc.

99

Premier Holdings LC dba Premier Mortgage
Premier Home Lending Inc.
Premier Home Lending, Inc. (FL)
Premier Home Mortgage LLC dba PHM, LLC (Nebraska only)
Premier Lending Solutions LLC
Premier Mortgage Capital Inc.
Premier Mortgage Funding, Inc.
Premier Mortgage Group of South Florida
Premier Mortgage Group, Inc.
Premier Mortgage Inc
Premier Mortgage Resources LLC dba Premier Mortgage Resource
Premier Mortgage Services Inc.
Premier Mortgage Services, Inc.
Premier Mortgage Services, LLC
Premiere Mortgage, Inc.
Premium Capital Funding LLC
Premium Mortgage
Premium Trust Mortgage Corp
Presidential Bank, FSB
Prestige Funding Solutions LLC dba Distinct Funding Solution
Prestige Mortgage, LLC
Prestige Mtg.
Prestonwood Mortgage L.P
Priceline Mortgage Company LOC
Pride Mortgage LLP
Primary Capital Advisors LC
Primary Funding Group, a dba of Pro-Buy Equities Corp
Primary Mortgage Corporation
Primary Residential Mortgage
Primary Residential Mortgage (2)
Prime Axia Financial, Inc.
Prime Capital Group, LLC
Prime Capital, Inc.
Prime Equity Access Corporation
Prime Financial Corporation
Prime Max Mortage, LLC
Prime Mortgage Financial, Inc.
Prime Mortgage, a division of the Business Bank
Prime Residential Funding, LLC
Prime Shop, Inc.
Prime Source Funding Inc.
PrimeLending, a Plains Capital Company
Primequity LLC

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

PrimeWest Mortgage Corporation
Primrose Mortgage Co. Inc., dba First PrimSouth Mortgage
Primus Lending Corp.
Princeton Financial, LLC
Princeton Mortgage Corporation
Principal Bank
Principal Mortgage, LLC
Priority Bank
Priority Financial, Inc. dba Priority Funding
Priority Mortgage Corp
Private Capital Group LLC
PRMI 011
PRMI 018
Pro Mortgages LLC
Proctor Properties dba 1st Southwest Security Mortgage
Prodigy, Inc
Prodovis Mortgage
Production Mortgage, Inc.
Professional Advantage Financial Group., Inc.
Professional Consolidated Financial Goup, Inc.
Professional Lending, LLC
Professional Mortgage Bankers Corp.
Professional Mortgage Centers
Professional Mortgage Group, Inc.
Professional Mortgage Partners, Inc.
Professional Mortgage Service, Inc.
Professional Mortgage Services of WNC, Inc.
Professional Mortgage Solutions Inc
Professional Mortgage, Inc.
Proficio Mortgage Ventures, LLC
Profolio Home Mortgage Corp
Progress Bank & Trust
Progressive Lending LLC
Progressive Mortgage Group, Inc
Progressive Mortgage Inc. dba Key Mortgage

**EXHIBIT 316**

Progressive Mortgage Services LLC dba A&M Mortgage Group Inc
ProLender Solutions, Inc.
ProLending Mortgage, LLC
Properties, Etc., Inc dba Rescomm Financial
Property Network, Inc. dba Property & Mortgage Network, Inc.
Prospect Financial Services, LLC
Prosperan Bank
Prosperity Bank
Prosperity Bank (TX)
Prosperity Mortgage Company
ProtoFund Mortgage Corporation
Providence Mortgage Company
Providence Postal Federal Credit Union
Provident Asset Management, L.P.
Provident Credit Union
Provident Funding Associates, LP
Provident Mortgage Corporation
Provident Mortgage Corporation, A Calif. Corp.
Provident Savings Bank, F.S.B.
Providential Bancorp LTD dba Providential Mortgage Co.
Province Bank, FSB
Provincial Bank
ProviNet Mortgage Corporation, Inc.
PRS, LLC DBA The Mortgage Link
Prudential Lending Inc. DBA PLI Capital
Prudential Mortgage Services, LLC
Prysma Lending Group, LLC
PTF Financial Corp
Public Savings Bank
Public Trust Mortgage Corp.
Pulaski Bank (Pulaski Service Corp)
Pulaski Mortgage Company
Pulse Funding, Inc.
Pulte Mortgage LLC
Q Financial Direct Inc
QLending, Inc.
QMC Holdings Inc.
QR Lending, Inc.
Quad City Bank and Trust Company
Qualita Financial Group, Inc
Quality Home Loans
Quality One Mortgage, Inc.
Quantum Leap Mortgage Corp dba Supreme Lending Services

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Quantum Servicing Corporation
Queensborough National Bank and Trust Company
Quick Loan Funding Inc.
Quick Mortgage Services, LLC
Quick Mortgage, LLC
Quickdraw Real Estate Service dba Homestar Lending
Quicken Loans, Inc.
R.O.C. Financial, Inc.
R.W. Allen Financial
Rabobank N A
Radian Guaranty Inc.
Radius Financial Group Inc.
Rancho Financial Inc.
Randall Mortgage Services, Inc.
Rapid Mortgage Co., Inc.
Rasmussen Mortgage Inc. dba Rasmussen Mortgage Specialists
Rate One Inc The Mortgage People
Raven Financial Services LLC
Raymond James Bank FSB
RBC Bank (USA)
RBC Mortgage Company
RBS Citizens, N.A.
Real Estate Financial Services, Inc
Real Estate Lending Group
Real Estate Mortgage Corp.
Real Estate Mortgage Network LLC
Real Estate Mortgage Network, Inc
Real Estate Mortgage Network, Inc.
Real Mortgage Partners, Inc.
Real Time Resolutions, Inc.
RealPros, LLC dba RealPros Mortgage LLC
Realty Funding Corporation
Realty Home Mortgage Associates, LLC
Realty Home Mortgage Co., LLC
Realty Mortgage - Home Office

**EXHIBIT 316**

Realty Plus Mortgage
Recorder of Deeds of Lancaster County
Red Mountain Bank, N.A.
Red River Bank
Red Rocks Federal Credit Union
Redmond Mortgage Company Inc
Redwood Trust, Inc.
Reed & Associates Mortgage Corp.
Referral Marketing Inc. dba Referral Mortgage
Refinance.com
Refund Realty & Mortgage LLC
Regency Lending Services
Regency Mortgage Corporation
Regent Bank
Regent Mortgage Funding LLC
Regions Mortgage
Reliance Bank
Reliance First Capital, LLC
Reliance Plus Mortgage Co. L.P. dba Reliance Mortgage Co.
Reliance Preferred Funding Corp
Reliant Mortgage Company, LLC.
Renaissance Mortgage Corporation
Renaissance Mortgage Group, Inc.
Renasant Bank
Renew Investment Co dba Columbine Mortgage
Republic Bank
Republic Bank & Trust
Republic Mortgage Home Loans, LLC
Republic Northwest, LLC
Republic State Mortgage Co.
Rescomm Holdings No. 2 LLC
Rescue Mortgage Inc
Reserve Mortgage Investments, LLC
ResFund LLC
Residence Lending, LLC
Residential Acceptance Corporation
Residential Acceptance Network, Inc.
Residential Bancorp
Residential Capital Mortgage Corporation
Residential Credit Solutions
Residential Finance Corp.
Residential Funding Company, LLC
Residential Home Funding Corp.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Residential Home Funding Corporation
Residential Home Loan Center LLC
Residential Home Mortgage Corporation
Residential Lending Corporation
Residential Lending Network Inc
Residential Lending Services, Inc
Residential Lending, LLC
Residential Loan Centers of America, Inc.
Residential Mortgage Advisors LLC
Residential Mortgage Associates, Inc. dba RMA Lending
Residential Mortgage Capital
Residential Mortgage Center Inc.
Residential Mortgage Corp.
Residential Mortgage Corporation
Residential Mortgage Funding, Inc.
Residential Mortgage Group, a division of Inter Savings Bank
Residential Mortgage Network, Inc
Residential Mortgage Services Inc
Residential Mortgage Solution LLC
Residential Mortgage Solutions
Residential Mortgage, LLC
Residential Mtg. Group, Inc.
Residential Wholesale Mortgage, Inc.
ResMAE Mortgage Corporation
Resolutions Capital, LP
Resource Financial Services, Inc
Resource Lenders, Inc.
Resource Mortgage Corporation
Resource One Credit Union
Resource One, Inc.
Response Mortgage Services Inc.
Resurgent Capital Services
Reunion Mortgage, Inc.
Reverse Mortgage Solutions, Inc.
Revolutionary Mortgage Company

105

**EXHIBIT 316**

RFC Trustee 01
RFC Trustee 02
RFC Trustee 03
RFC Trustee 04
RFC Trustee 05
RH Lending, Inc. d/b/a Residential Home Lending
Rhodes Financial Services Mortgage LLC dba Rhodes Fin'l Mtg
Rhome Asset Management Corporation
Ribble Real Estate LLC
Richland Federal Credit Union
Richland Mortgage Company, LLC
Ridge Mortgage Services Inc.
Ridgeview Mortgage Associates, Inc.
Riggs Real Estate Investment Corporation
Right-Away Mortgage, Inc
Rimrock Credit Union
Risk Management Group, LLC dba RMG
River Bank & Trust
River City Mortgage & Financial, LLC
River Funding Corporation dba River Home Lending
River Mortgage, LLC
River Region Credit Union
Riverbend Bank dba Riverbend Mortgage
Riverbend Mortgage Inc
Riverside Bank of the Gulf Coast
Riverside Mortgage Company LLC
Riverside Mortgage Company, Inc.
Riverside Mortgage Corp.
Riverside National Bank of Florida
Riverview Community Bank
Rivoli Mortgage
RJ Commercial Funding, Inc. dba Gateway Mortgage
RKS Financial Services, Inc
RMA Lending, LLC
RMC Vanguard Mortgage Corp.
RMK Financial Corp dba Majestic Home Loan
RMR Financial LLC d/b/a Princeton Capital
RMS & Associates
RNB Inc. dba Cornerstone Mortgage Company
Robertson & Anschultz
Rochester Home Equity, Inc
Rockaway Beach Financial
Rockwood Bank

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Rocky Mountain Bank
Rocky Mountain Bank (MT)
Rocky Mountain Credit Union
Rocky Mountain Mortgage Group, LLC
Rocky Mountain Mortgage Specialist, Inc.
Rocky Mountian Mortgage Co.
Rogue Federal Credit Union
Rolwes Mortgage Co. LLC
Rose Rock Bank, a Division of Union Bank
Ross Mortgage Company, Inc.
Ross Mortgage Corporation
RoundPoint Mortgage Servicing Corp.
Royal Credit Industries, Inc.
Royal Mortgage Company, Inc.
Royal Pacific Funding Corp dba Pacific Banc
RP Funding, Inc
RPM Mortgage, Inc
RSR Home Loan Corporation
RTR Capital LP
Rubiola Mortgage Company, Inc.
Ryan Mortgage Co
Ryland Mortgage Company
S&L Investment Lending dba JC Mortgage
S&T Bank
S.M. Neider Mortgage Consultants, Inc.
S.W.I Financial Services, Inc. dba Integrity 1st Mortgage
S/C Financial LLC dba Quest Mortgage Consultants
Saab Financial Corporation dba Saab Mortgage
Sabal Palm Bank
Sacramento Credit Union
Sacramento Valley Mortgage Corp. dba Greater Valley Mortgage
Saddlebred Capital Mortgage, LLC
Safeguard Properties
Safeguard Properties Inc.
Sagamore Home Mortgage, LLC

**EXHIBIT 316**

Sahara Mortgage Corporation
SAIL MORTGAGE CORP
Sajomi Holdings Corporation DBA Lenders Residential Mortgage
Sallie Mae Home Loans
Sam Houston Mortgage Co., Inc.
San Angelo National Bank
San Antonio Mortgage Company, LLC
San Diego Funding
San Jacinto Mortgage Inc dba Mtg. Spec. of Greater Houston
San Luis Capital, Inc.
Sanborn Mortgage Corp.
Sandhills Bank
Sandy Spring Bank
Santa Cruz Home Finance
Santa Cruz Mortgage Company
SASCO 1999 AL2/US Bank NA
SASCO 1999 ALS3/US BK NATL ASSOC
SASCO 1999 SP1/FNB Chicago
SASCO 2000 ARC-BC3
SASCO 2000-3
SASCO 2000-4
SASCO 2000-RF1
SASCO 2001-1
SASCO ARC 2001-BC2
SASCO1999ALS-1/Chase Manhattan Bank
Saugus Federal Credit Union
Savage Mortgage Services LLC
Savi Ranch Financial Inc. dba Western Pacific Financial Inc.
Savings First Mortgage LLC
Sawgrass Funding LLC
Saxon Equity Mortgage Bankers, Ltd.
Saxon MortgageServices, Inc.
SBMC Mortgage
SBW Management, LLC dba Capital Home Loans
SCBT, N.A.
SCD Recovery, LLC
Schaefer Mortgage Corp.
Schmidt Mortgage Company
Schmitt Mortgage, LLC
Scholastic Mortgage LLC
Schyndel Investments, Inc.
SCME Mortgage Bankers, Inc.
Scott Financial LLC dba Des Peres Mortgage LLC

EXHIBIT 316

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

SDK Real Estate Funding LLC dba Allied Banc Mtg/Allied Mtg L
Sea Financial Group, Inc.
Seabreeze Financial Services, Inc.
Seacoast National Bank
Seattle Bank
Seattle Pacific Mortgage, Inc.
Sebring Capital Partners, Limited Partnership
Sebring Capital Partners, LP (Subprime Div.)
Secure Lending Solutions, Inc.
Secured Funding Corp
Security Atlantic Mortgage Co., Inc.
Security Bank of Kansas City
Security Federal Bank
Security Federal Mortgage Corp.
Security First Bank
Security First Mortgage, Inc.
Security Home Mortgage LLC
Security Lending Wholesale
Security Mortgage Corporation
Security Mortgage Corporation (MI)
Security Mortgage Funding Corporation
Security Mortgage, Inc.
Security National Life Insurance Company
Security National Mortgage Company
Security National Partners Limited Partnership
Security One Mortgage
Security Real Estate Services, Inc.
Security Savings Bank, FSB
Security Service Federal Credit Union
Security State Bank
Security State Savings Bank
Select Fnancial Services Inc dba McColly Mortgage
Select Mortgage
Select Mortgage Corporation
Select Mortgage Group Ltd.

109

**EXHIBIT 316**

Select Portfolio Servicing Inc
Selene Finance LP
Selene RMOF BOA 063008 LLC
Selene RMOF Loan Acquisition LLC
Self Help Ventures Fund
Selleck Mortgage Group, Inc.
Sellers Financial Group, Inc. dba Sellers Mortgage Corp
Seminole Moneytree Inc.
Senderra Funding
Sente Mortgage Corporation
Sentinel Home Mortgage LLLP
Sentinel Mortgage Co.
Serramonte Mortgage Company, Inc. dba SMC Bancorp
Service First Mortgage Corp.
Service First Mortgage dba Trans-Act Mortgage
Service Mortgage Underwriters, Inc.
Servis First Bank
Seven Seventeen Credit Union
Severn Mortgage Corporation
Severn Savings Bank, FSB
SFF Mortgage, Inc. DBA Security First Financial
SFG Bancorp
SFJV 2005, LLC
Shamrock Bank of Florida
Shamrock Financial Corporation
Shamrock Mortgage Inc.
Share Plus Federal Bank
Sharp Mortgages, Inc.
Shasta Financial Services, Inc. dba First Capital
Shea Mortgage - Corporate Office
Shearson Home Loans
Shelby State Bank
Shelly K Hulse dba Shell Mortgage
Shelter Mortgage Inc.
Shelton Mortgage Group, LLC
Sher Financial Group, Inc. dba Citizens Lending Group, Inc.
Sherwood Mortgage Group, Inc.
Shore Mortgage
SI Mortgage Company
Sibcy Cline Mortgage
Sids Mortgage Inc dba Alliance Financial Mtg.
Sidus Financial Corporation (NC)
Sidus Financial Corporation (VA)

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Sidus Financial LLC (SC)
Sidus Financial, LLC - New England Regional Office
Sierra Financial Mortgage, LLC
Sierra Home Loans, LLC
Sierra Pacific Home Loans, Inc.
Sierra Pacific Mortgage Company, Inc.
Sierra Star Financial, LLC
Sigmund Financial Group Inc.
Signature Bank
Signature Bank of Arkansas
Signature Lending Group, Inc.
Signature Mortgage Corporation
Signature Mortgage, L.L.C.
Signia Docs, Inc.
Silver Mortgage Bancorp, Inc.
Silver Oak Mortgage, LP
Silver State Bank
Silver State Financial Services, Inc. dba Silver State
Silvergate Bank
Silverstone Mortgage Group, LLC
Silverton Mortgage Specialists, Inc.
Simmons First National Bank
Simonich Corporation dba BWC Mortgage Services
Simplfi.com, Inc.
Sioux Falls Federal Credit Union
SIRVA Mortgage
Sisters Contract Mortgage Solutions Inc
SIU Credit Union
SK & Associates LLC dba Desert Sun Mortgage
Skofed Mortgage Funding Corporation
Sky Capital Mortgage, LLC
Sky Federal Credit Union
Sky Investments Inc. dba North Star Lending
Skyline Funding
Skyline Mortgage Company

111

EXHIBIT 316

Skyline Mortgage LLC
Slavie Federal Savings Bank
SLM Financial Corporation
Smart Choice Loan Center, Inc
Smart Wholesale Lending, Inc
SMI Lending, Inc
SMI Residential Mortgage, Inc.
SN Servicing Corp.
SNMLT 2001-2
Sno-King Mortgage Inc.
Societe Generale dba SG Mortgage Finance Corp
Sofin, Inc
Solace Financial LLC
Solstice Capital Group, Inc. dba Loanbus
SoluBanc Funding, Inc.
Solution One Mortgage
Solutions Bank
Solutions Funding, Inc.
Solutions Lending LLC
SolVerus Banc Incorporated
SOMA Financial
Somerset Investors Corp dba Somerset Mortgage Bankers
Sonterra Mortgage Capital, LLC
Sophia Ventures, Inc dba Elite Lending
Sotheby's/Lehman Mortgage Services, LLC
Sound Mortgage, Inc.
Source Mortgage Corporation
Source Mortgage, LLC
Source One Mortgage Corporation
South Central Bank of Barren County, Inc.
South Chase Mortgage Corporation
South County Bank
South Lakes Mortgage Bankers, Inc.
South Pacific Financial d/b/a Funding Solutions Bancorp
South Shore Financial Services, Inc.
South Valley Bank & Trust
South Wind Tours & Excursions
Southcoast Community Bank
Southeast Bankers Mortgage Corp
Southeast Funding Alliance Inc.
Southeast Mortgage of Georgia
Southeast TX Equity Mgmt Inc dba Acq Funding or Home 1st Mtg
Southeastern Mortgage Corp.

<span style="color:red">**EXHIBIT 316**</span>

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
<span style="color:red">SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING</span>
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
<span style="color:red">BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.</span>)

Southern Equity Mortgage Services, LLC
Southern Fidelity Mortgage LLC
Southern Highlands Mortgage LLC
Southern Home Lending Corp
Southern Horizon Financial Group LLC
Southern Missouri Bank of Marshfield
Southern Mortgage Associates
Southern Mortgage Brokers Inc.
Southern Mortgage Co. of Central LA
Southern Mortgage Source, Inc
Southern Star Mortgage Corp
Southern Trust Mortgage, LLC
SouthFirst Bank
SouthPoint Bank
Southpoint Financial Services, Inc.
Southside Bank
SouthStar Funding, LLC
SouthTrust Mortgage Corporation
Southwest Funding, L.P.
SouthWest Missouri Bank
Southwest Mortgage Corp.
Southwest Mortgage Partners
Southwest Securities FSB (warehouse)
Southwest Securities, FSB
Southwest Stage Funding, LLC dba Cascade Financial Services
Southwood Mortgage Co.
Sovereign Bank
Sovereign Bank (PA)
Sovereign Bank (TX)
Sovereign Bank/NATCO
Sovereign Bank-Capital Markets (Newton)
Special Project RFC
Specialized Loan Servicing, LLC
Specialty Mortgage Corporation
Spectra Financial Inc.

113

Spectra Funding, Inc.
Spectrum Financial Group
Spectrum Funding Corp
Spectrum-Hale Partners, LLC dba Hale Financial Partners
Spire Federal Credit Union
Spirit Bank
Spurr Mortgage Corporation
SRI dba SRI Mortgage, SRI Wholesale, SRI Lending
ST Fin Corp dba Star Financial
St George Mortgage Inc
St Louis Federal Mortgage Co.
St. Francisville, LLC
St. Louis Bank
St. Louis Mortgage Connections Inc.
Stagecoach Mortgage, LLC
Standard Bank and Trust
Standard Equity Funding
Standard Mortgage Corp
Standard Pacific Mortgage, Inc.
Stanford Federal Credit Union
Stanley Capital Mortgage Company, Inc.
Star Funding, Inc
Starwood Vacation Ownership Inc.
Starwood Vacation Ownership Portfolio Services, Inc.
State Bank
State Bank of Delano
State Bank of Southwest Missouri
State Central Credit Union
State Farm Bank FSB
State Highway Patrol Federal Credit Union
State Lending Corporation
State Mortgage LLC
State of New York Mortgage Agency (SONYMA)
Statewide Bank
Statewide Bank (Correspondent
Statewide Financial Group, Inc.
Statewide Lending, Inc.
Stearns Bank N.A.
Stearns Lending Inc., A California Corporation
Steel Mountain Capital, Inc and Its Wholly Owned Purchasing
Stellarone Bank
Steller Mortgage Corporation dba Freedom Financial
Stenton Mortgage Inc

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Stephen H. Robin dba HMC Enterprises
Stephen W. Head dba Texas Premier Mortgage
Stepstone Mortgage Company, Inc.
Sterling Asset & Equity Corp
Sterling Bank
Sterling Bank & Trust, FSB
Sterling Capital Mortgage
Sterling Coast to Coast Financial Group, Inc.
Sterling Eagle Mortgage Investment Company, LLC
Sterling Empire Funding Association, LTD
Sterling Home Mortgage Corporation
Sterling Home Mortgage, LLC
Sterling Mortgage and Financial Services, Inc.
Sterling Mortgage Corporation
Sterling Mortgage Services of the Treasure Coast, Inc
Sterling National Mortgage Company, Inc.
STERLING SAVINGS BANK
Sterling State Bank
Stewart Financial Enterprises Inc dba City Fund Mort Lending
Stewart Mortgage Information Services
Stewart Mortgage Services, Inc.
Stewart Title of Northern New England, Inc.
Stifel Bank & Trust
Stillwater Mortgage, LLC dba Turnbury Mortgage
Stirling II Corporation dba Stirling Mortgage
Stock Financial, LLC
Stock Yards Bank & Trust Company
Stockman Bank of Montana
Stockton Mortgage Corporation
Stockton Turner LLC
Stoffer Mortgage Inc.
Stone Creek Capital Mortgage
Stone Mortgage Corporation
Stonebrook Mortgage Corporation
Stonebrook Mortgage Services, Inc.

**EXHIBIT 316**

Stonecreek Funding Corporation
Stonegate Mortgage Corporation
StonehamBank-A Cooperative Bank
Stonetrust MortgageLending LLC
StoneWater Mortgage Corporation
Straight Line Mortgage, Inc.
Strait Financial Corporation
Strata Bank
Strategic Capital Mortgage, Inc.
Strategic Lending, Inc.
Strategic Mortgage Company
Stratus Mortgage, LLC
Streeter Brothers Mortgage Corp.
Stronghold Funding LLC dba Stronghold
Structure Mortgage Inc.
Suburban Federal Savings Bank
Suburban Mortgage Company of New Mexico
Suburban Mortgage Inc.
Success Investments, Inc.
Success Mortgage Partners, Inc
Sullivan Financial Services, Inc.
Summatyme LLC
Summit Bank
Summit Bank, Tulsa
Summit Credit Union
Summit Credit Union (WI)
Summit Financial LLC
Summit Funding Inc
Summit Investments Loan Corp dba Loanisland
Summit Lending Group, Inc.
Summit Lending Solutions Inc
Summit Mortgage Bankers, Inc.
Summit Mortgage Corp. IL
Summit Mortgage Corporation
Summit Mortgage Corporation LLC
Summit Mortgage Corporation TX
Summit Mortgage Inc
Sun American Mortgage Company
Sun Capital Inc
Sun Home Loans, Inc.
Sun Quest Funding LLC
Sun Valley Mortgage Services LLC
Sun Vista Mortgage Services Ltd Co

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Sun West Mortgage Company, Inc.
Sunbelt Lending Services
Sunbelt Mortgage, LLC
Suncoast Financial, Inc.
Suncoast Mortgage Bankers Inc
Suncoast Mortgage Corporation
Suncoast Mortgage Group, LLC
SunFirst Bank
Sunflower Bank N.A.
Sunlending Mortgage Corporation
Sunmark Federal Credit Union
Sunrise Financial Services, Inc.
Sunset Bank & Savings
Sunset Direct Lending
Sunset Financial Resource Inc.
Sunset Mortgage & Investment Corp.
Sunset Mortgage Co.
Sunset Mortgage Company, LP
Sunset Portfolio Servicing Company, LLC.
Sunset West Mortgage, Inc.
Sunshine Financial Group, Inc.
Sunshine Mortgage
Sunstreet Mortgage, LLC
SunTrust Mortgage, Inc.
Sunwest Bank
SunWest Mortgage, LLC
Superior Bank
Superior Lending Corp.
Superior Lending Mortgage Inc
Superior Mortgage and Equity Corp.
Superior Mortgage Corporation
Superior Mortgage LLC
Superior Mortgage Services LLC
Supreme Funding Corporation
Surecredit USA Home Loans, Inc.

EXHIBIT 316

Susquehanna Bank
Susquehanna Mortgage Corporation
Sussex Group, Inc.
Sutton Bank
SVO 2008-A VOI Mortgage Corp.
Swan Investments Intl., Inc. dba International Mortgage
SWBC Mortgage Corporation
Sweetwater Home Fin. of Houston, Inc. dba Sweetwater Mtg Co
Swinford Capital Corp.
Sycamore Funding Inc.
Sydion Financial LLC
Symmetry Mortgage Corp
Synergy Capital Mortgage Corporation
Synergy Home Loans, LLC
Synergy Mortgage Group, Inc.
Synergy One Financial Services, LLC
Synovus Mortgage Corp.
Syracuse Securities Inc
Syringa Bank
T.D. Service Company
T.J. Financial, Inc.
T.R. Hughes Home Mortgage Co. LLC
Tahoe Executive Enterprises, Inc dba Paragon Mortgage Serv
Tamayo Financial Services, Inc.
Tartak Mortgage LLC
Tarzana Capital
Taylor Morgan Inc dba Community Lending Services
Taylor, Bean & Whitaker Mortgage Corp.
TBI Mortgage Company
TBS Financial Services Inc. dba Lenders Mortgage Services
TC Preferred Funding Inc.
TCD Mortgage Corporation
TD Bank, N.A. - Commerce Bank
TD Banknorth NA
TDA Capital Group, LLC DBA Atlas Capital Mortgage
Team Lending Concepts, LLC
Team Mortgage, LLC
Team USA Mortgage, LLC
TeamBank N.A.
Technology Credit Union
Telemetry Mortgage Opportunities Fund, L.P.
Telesis Community Credit Union
Telhio Credit Union

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Tenacity Mortgage
Tennessee Bank and Trust, A Div. of Farmers Bank & Trust Co.
Tennessee State Bank
Tennessee Valley Mortgage of Florence LLC
Terrace Mortgage Company
Terwin Advisors, LLC dba The Winter Group
Texas Bank and Trust Company
Texas BRV, Inc. dba Blue Apple Mortgage
Texas Capital Bank, N.A.
Texas Commercial Funding Group LLC
Texas First Family Mortgage Inc.
Texas Heritage Mortgage, LTD.
Texas Loan Star, Inc.
Texas Mortgage Professionals, LLC
Texas Mortgage Team LLC
Texas Security Bank
Texas Western Mortgage, LLC
The Addison Mortgage Group, Inc.
The Advantage Mortgage Group,Inc
The American Eagle Mortgage Corp.
The American National Bank of Dekalb County's Mortgage Div.
The Anderson Financial Group, Inc.
The Andover State Bank
The Arlington Bank
The Bancorp Bank
The Bank of Canton
The Bank of Charlotte County
The Bank of Commerce
The Bank of Fayette County
The Bank of Georgia
The Bank of Holland
The Bank of Missouri
The Bank of New York
The Bank of New York as Trustee
The Bank of Northern Michigan

EXHIBIT 316

The Bank of San Antonio
The Bank of South Carolina
The Bank of the Pacific
The Bollin Mortgage Group, Inc.
The Broadstone Mortgage Company
The Bryn Mawr Trust Company
The Business Bank of St. Louis
The Carroll Mortgage Group, Inc.
The Citizens National Bank of Meridian
The Clinton Mortgage Network
The Coastal Bank dba Coastal Mortgage Company of SC
The Columbia Bank
The CU Mortgage Center, Inc. dba The Mortgage Center, Inc
The Delaware County Bank & Trust Company
The El Paso Mortgage Company
The Equity Group Financial, Inc.
The F & M Bank and Trust Company
The Family Credit Union
The First Mortgage Corporation
The First National Bank
The First National Bank Of Chicago - Non-Member
The First National Bank of Deerwood
The First National Bank of Granbury
The First National Bank of Jackboro dba The Highlands Bank
The First National Bank of Ogden
The First, A National Banking Association
The Freedom Bank of Virginia
The Funding Source LLC
The Gordon Group, Inc.
The Grange Bank
The Guernsey Bank
The H55 Group, Inc.
The Herring National Bank
The Hinks Company, Inc.
The Home Equity Network, LLC
The Home Loan Pros, Inc.
The Huntington National Bank
The Hurricane Mortgage Company, Inc.
The Joshua Group Co. LLC dba U.S. Lending
The Kent Group Ltd
The Klein Group, LLC
The LaPorte Savings Bank
The Lenders Group LLC

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

The Lending Company Inc
The Lending Connection, Inc.
The Lending Group
The Lending Partners, LLC
The Loan Experts Corporation dba All Amrican Finance
The Louisville Mortgage Group
The McCue Mortgage Company
The Milan Group Inc dba Milan Mortgage Bankers
The Money Source Inc.
The Money Source, Inc.
The Mortgage Advantage, Inc
The Mortgage Bankers Corp.
The Mortgage Broker, LLC
The Mortgage Center, Inc.
The Mortgage Center, LLC
The Mortgage Company
The Mortgage Company LLC
The Mortgage Connection
The Mortgage Depot Inc
The Mortgage Firm, Inc
The Mortgage Funding Group, Inc.
The Mortgage Group, Inc.
The Mortgage Group, LLC
The Mortgage House, Inc.
The Mortgage Lending Group, Inc.
The Mortgage Makers, Inc.
The Mortgage Network Wholesale Lender
The Mortgage Network, Inc., dba Mortgage Network North Ameri
The Mortgage Network, LLC
The Mortgage Outlet, Inc.
The Mortgage Place
The Mortgage Shoppe Inc
The Mortgage Source Inc
The Mortgage Specialist LP
The Mortgage Store Financial, Inc.

The National Bank
The New York Mortgage Company, LLC
The Northwestern Mutual Life Ins. Co. dba Northwestern Mutua
The Pappadakis Corporation dba Plaza Mortgage Group of FL
The Park Bank
The Peoples Bank Co.
The Petkewich Corp dba The Mortgage Outlet
The Ping Mortgage Company
The Poca Valley Bank
The Premiere Mortgage Corporation
The Private Bank
The PrivateBank Mortgage Company dba The PrivateBank
The PrivateBank Mortgage Company, LLC
The Situs Companies
The Stone Hill Group
The Vault Mortgage Co.
The Warren Group
The Washington Savings Bank
The Washington Trust Company
The Watermark Group Inc. dba Watermark Financial
Thomas Louis Mortgage Inc
Thomas Mortgage & Financial Services
Thornburg Mortgage Home Loans, Inc.
Thoroughbred Lending Company LLC
Three Rivers Financial Services, Inc.
Three Rivers Mortgage
TIB Bank of the Keys
TIB-The Independent Bankers Bank
Tidewater Home Funding, LLC
Tidewater Mortgage Services, Inc.
TierOne Bank
Tim Simko dba First United Lending
Timberland Mortgage Services, Inc.
Tippecanoe Mortgage, Inc.
Titan Funding
Titan Lenders Corp.
TLP Funding Corporation
TM Capital, Inc.
TMBG Inc
TNBank dba TNBank of Oak Ridge
Token Mortgage Corporation
Tomahawk Community Bank, SSB
Top Mortgage Corporation

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Top Performers Financial Services, Inc.
Total Funding Corporation
Total Home Source, Inc
Total Mortgage Services, L.L.C.
Tower Mortgage and Financial Services Corp
Tower Mortgage Capital Inc., dba National Home Lenders
Tower Mortgage Corporation
Town & Country Bank
Town North Bank N.A.
Towne Mortgage Company
Townebank Mortgage
Townstone Financial, Inc.
TPI Mortgage, Inc.
Trade Street Mortgage Inc.
Trademark Mortgage LLC
Tradition Mortgage LLC
Tranex Financial, Inc.
Transcontinental Lending Group, Inc
TransLand Financial Services, Inc.
Transnational Financial Network, Inc.
Travis Mortgage, LLC
Treeside Financial, LLC
Tremont Credit Union
Triad Bank, N.A.
Tribeca Lending Corp.
Tri-County Bank
TriCounty Mortgage Corporation
Trident Mortgage Company
Triduanum Financial Inc
Trinity Mortgage Capital, Inc.
Trinity Mortgage Company of Central Florida, LLC dba Trinity
Trinity Mortgage Corporation
TrinityMac
Tristate Capital Bank
Tristone Community Bank

**EXHIBIT 316**

Triton Commercial Capital Incorporated
Triumph Funding, Inc.
True Lending Company, LLC
Truemark Lending, Inc
Truliant Federal Credit Union
Trust USA Mortgage Group
Trustmark National Bank
TrustMor Mortgage Company, LLC
Tucker Mortgage, LLC
Turner Mortgage Company
Turtle Creek Mortgage Inc.
TWA Corporation
Twin Capital Mortgage
Twin City Bank
Twin Star Credit Union
TXL Mortgage Corporation
U S Capital Home Loans Inc
U S DEPT OF HUD
U. S. Lending Group, Inc.
U.P. Catholic Credit Union
U.S. BANK AS DOCUMENT CUSTODIAN - ALL LOCATIONS
U.S. Bank as Trustee
U.S. Bank N.A.
U.S. BANK N.A. N.D. - CONSUMER FINANCE DIVISION
U.S. Bank National Associaton
U.S. Capital Funding, LLC
U.S. Financial LTD
U.S. Mortgage Corporation
U.S. Recordings, Inc.
UBS Home Finance
UBS Real Estate Investments Inc.
UBS Real Estate Securities Inc.
UBS Special Servicing Group
UBS Warburg Real Estate Securities Inc. (Warehouse)
Ulster Savings Bank
UM Acquisitions LLC
UMG Mortgage LLC
UMLIC VP LLC
UMPQUA
Unified Capital Group
Unifirst Mortgage Corp
Unifirst Mortgage Corp.
Unilenders, Inc.

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

UniMortgage LLC
Union Bank
Union Bank and Trust Company
Union Capital Mortgage
Union Capital Mortgage Business Trust
Union Federal Bank of Indianapolis.
Union Federal Bank of Indianapolis..
Union Federal Mortgage Corp.
Union Federal Mortgage Corporation
Union Federal Savings Bank
Union Fidelity Mortgage Inc
Union Home Mortgage LLC
Union Mortgage Group, Inc
Union Mortgage Group, Inc.
Union Mortgage Omaha Inc
Union National Mortgage Company
Union River Mortgage LLC
Union Savings Bank
Union State Bank of Everest dba Bank of Atchison
Union Trust Mortgage Corporation
United Bank
United Bank & Trust - Washtenaw
United Bank (VA)
United Bank Inc.
United Capital Financial of Atlanta, LLC
United Capital Mortgage Corporation
United Capital, Inc.
United Commercial Bank
United Community Bank
United Community Mortgage Corp.
United Community Mortgage Services Inc.
United Equity LLC
United Federal Credit Union
United Federal Mortgage a div. of United Medical Bank, FSB
United Fidelity Bank

EXHIBIT 316

United Fidelity Funding Corp.
United Financial Mortgage Corporation
United Funding Mortgage Corp.
United General Mtg Corp dba CLS Mtg a subsidary of UGMC
United Group Acquisition, LLC
United Guaranty Residential Insurance Company of N.C.
United Heritage Credit Union
United Home Mortgage
United Home Mortgage Corporation
United Lending Solutions LLC dba Home Lending Solutions
United Liberty Mortgage Corp.
United Mortgage Bankers, Inc.
United Mortgage Company - Washtenaw
United Mortgage Finance Group, Inc
United Mortgage Funding
United Mortgage Investors, Inc.
United Mutual Funding Corp
United Northern Mortgage Bankers
United Pacific Mortgage
United Pacific Mortgage as Vendor
United Pacific Mortgage DBA Mandalay Mortgage
United Prairie Bank
United Residential Lending LLC
United Security Financial
United Western Bank
UnitedOne Credit Union
Unitrust Mortgage, Inc.
Unity Mortgage Corp.
Universal American Mortgage Company, LLC
Universal Financial Group, Inc.
Universal Lending Corporation
Universal Lending Services, Inc.
Universal Mortgage & Finance, Inc.
Universal Mortgage Company, LLC
Universal Mortgage Corporation
University Bank
University Mortgage Inc.
University of Wisconsin Credit Union
Uniwest Mortgage Corporation
Unprime Securities Company LLC
Unversity Federal Credit Union
Uptown Mortgage
Urban Financial, Inc.

**EXHIBIT 316**

## EXHIBIT 2

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Urban Trust Bank
US Bank as Custodian/Trustee
US Bank National Association (Warehouse)
US Capital Financial Services, Inc dba Primestreet Lending,
US Employees O.C. Federal Credit Union
US Equity Mortgage, LLC
US Financial Funding Inc. dba US Financial
US Lending & Finance LTD
US Money Source, Inc. d/b/a Soluna First
US Mortgage Bankers Inc. dba USMB Inc
US Mortgage Capital Inc.
US Mortgage Corp.
US Mortgage Corporation dba Mortgage Concepts
US Mortgage Finance Corp
US Mortgage Group, LLC
US Mortgage Network
US New Mexico FCU
USA Bank
USA Funding Corp
USA Home Loans, Inc.
USA Mortgage Business Inc.
USA Mortgage Corporation
USAA Federal Savings Bank
USB Home Lending
USU Community Federal Credit Union
Utah Community Federal Credit Union
Utah Financial, Inc dba Federal Mortgage Funding
Utah Housing Corporation
Uvantage Home Lending Services, Inc.
V.I.P. Mortgage Inc.
Valley Bank
Valley Bank of Helena
Valley Mortgage Solutions LLC
Valley National Bank
Valley National Bank (OK)

127

EXHIBIT 316

Valley View State Bank
Valley Vista Mortgage Corporation
Valley West Corporation DBA Valley West Mortgage
Valley Wide Home Loans
Vanderbilt Mortgage & Finance, Inc
VanDyk Mortgage Corporation
Vanguard Funding LLC
Vanguard M & T, Inc.
Vanguard Mortgage Corporation
VantageSouth Bank
Vantium Capital Markets, L.P.
Vantium Capital, Inc., d/b/a Acqura Loan Services
Vaughan Financial Mortgage Group, Inc.
VCH - 1998-A (Wells Fargo as Trustee)
VCH - 1999-A (Wells Fargo as Trustee)
VCH - 2003-A (Wells Fargo Bank of Minnesota, N.A as Trustee)
VCH - Beethoven (Dresdner as Lender)
VCH -Alpine (Credit Suisse First Boston as Lender)
Vectra Bank Colorado
Vendor/RFC
Venta Financial Group, Inc.
Venture Bank
Venture Financial Services
Venture One Mortgage Corporation
Veridian Credit Union
Veritas Funding LLC
Veritas In Commercium LLC
Verity Credit Union
Vertical Financial Group
Vertical Lend dba Mortgage Warehouse
Verus Bank, NA
Veterans Home Mortgage Inc.
Victoria Capital Inc dba Victoria Funding Services
Victorian Finance LLC
Vieux Carre Mortgage
Viewpoint Bank
ViewPoint Bank (Warehouse)
Viewpoint Bankers Mortgage
Vigilant Federal Savings Bank
Vigio Lending Corp.
Viking Capital
Village Bank Mortgage Corporation
Village Capital & Investment, LLC DBA Village Home Mortgage

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Village Mortgage Company
Vinson Mortgage Services, Inc. dba Vinson Mortgage Group
Vintage Hills Mortgage Corporation
Vintage Mortgage Corporation
Vintage Mortgage Group
VIP Mortgage Corporation
VIP Mortgage Inc.
VIP Mortgage Solutions, LLC
Virgin Money USA, Inc.
Virginia Credit Union Inc.
Virginia Heritage Bank
VirtualBank Seniors Lending Group
Visalia Community Bank
Vision Bank
Vision Mortgage Company, Ltd. dba Vision Mortgage Company
Vision Mortgage LLC
Vision Mortgage Professionals Inc.
Vision Mortgage Resources, Inc.
Vision One Mortgage, Inc.
Vision, Inc.
VISIONBank
VIST Bank
Vista Mortgage Corp.
Vista Mortgage Corporation
Vista Mortgage Services, Inc.
Vitek Mortgage Group
Volunteer Mortgage Lenders Inc
Volunteer Trust Mortgage Corporation
Voorhees Ventures, Inc.
W J Capital Corporation
W. R. Clouse & Associates Mortgage Company
W.J. Bradley Mortgage Capital Corp.
W.M. Howard Inc.
W.R. Starkey Mortgage LLC
W/E Mortgage Services Inc.

Wachovia Bank National Association
Wachovia Bank, NA as Trustee
Wachovia Correspondent Warehouse Lending
Wachovia Mortgage Corporation
Wachovia Mortgage Corporation - Winston-Salem
Wachovia Mortgage, FSB
Wachovia Mortgage, FSB (CP)
Wachovia Securities
Wachusett Mortgage Corporation
Wahlstrom Financial Group
Walker Jackson Mortgage Corp.
Wall Street Financial Corporation
Wall Street Mortgage Bankers, Ltd.
Wallick and Volk
Walter Mortgage Company
Walton Mortgage
Wantland Realty Corporation DBA WRC Mortgage
Ward Lending Group, LLC
Warehouse Lender #1005308
Warehouse USA Capital, Inc.
Warren Bank Mortgage Company, LLC
Wasatch Capital Mortgage, Inc
Washington Financial Group, Inc.
Washington Mutual Bank (Interim Funder)
Washington Mutual Bank (vendor)
Washington Mutual Bank, F.A.
Washington Mutual Mortgage Securites Corp.
WashingtonFirst Bank
Washtenaw Mortgage Company
Waterfall Victoria Master Fund 2008 - 1 Grantor Trust Servic
Waterfall Victoria Master Fund Ltd
Waterfall Victoria REO, LLC
Watermark Credit Union
Watermark Financial Partners, Inc.
WaterStone Bank SSB
Waterstone Mortgage Corp.
Watson Group Financial Corporation
Watson Mortgage Corp.
Waukesha State Bank
Waukesha State Bank (WI)
Wausau Mortgage Corporation dba Broadstreet Mortgage
WCRSI 2007-3 LLC
WCS Funding Group Inc.

<span style="color:red">EXHIBIT 316</span>

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
<span style="color:red">SEE PAGE <u>63</u> FOR HOMECOMINGS WHOLESALE FUNDING</span>
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
<span style="color:red">BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.</span>)

WCS Lending LLC
Weatherford National Bank
Webster Bank
WEBTD.com, Inc.
Weger Mortgage Corporation
WEI Mortgage Corp
Weichert Financial Services
Welcome Home Finance, LP
Welcome Home Loans, Inc.
Welcome Home Mortgage Inc
Wells Bank of Platte City
Wells Fargo - Acquisition
Wells Fargo as Trustee
Wells Fargo Bank, NA dba Wells Fargo Home Equity
Wells Fargo Foothill, LLC dba Lender Finance Division
Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA
Wells Fargo Mortgage Document Custody
Wendover as SubServicer for Chase
Wendover Financial Services
WesBanco Bank, Inc.
West Alabama Bank & Trust
West Coast 2007-1 LLC
West Coast 2008-1, LLC
West Coast 2008-3, LLC
West Coast 2008-4, LLC
West Coast Bank
West Coast Realty Services, Inc.
West Coast Servicing, Inc.
West Community Credit Union
West Gate Bank
West Michigan Bank & Trust
West Penn Financial Service Center, Inc.
West Suburban Bank
West Town Savings Bank
WestAmerica Mortgage Company

131

Westbridge Bank and Trust dba Westbridge Mortgage
Westbury Bank
Western Estates, Inc.
Western Fidelity Mortgage Company
Western Financial LLC dba American Guaranty Mortgge
Western Horizon Mortgage
Western Mortgage Brokers Inc dba Western Mtg Bankers Inc.
Western Mortgage Corporation
Western Ohio Mortgage Corporation
Western Reliance Funding Group
Western Reserve Bank
Western Residential Mortgage Inc
Western Security Bank
Western State Bank
Western States Mortgage Corporation
Western Thrift & Loan
Western Vista FCU
Western World Financial
Westfield Bank FSB
Westlend Financing Inc dba American Capital Funding Inc
Westminster Mortgage Co. a Division of Shapell Industries
Westsound Bank dba Westsound Mortgage
Weststar Mortgage Corporation
WestStar Mortgage, Inc.
WFS Mortgage Services Inc.
Whidbey Island Bank
Whitney National Bank
Whitney National Bank (fka Access Mortgage)
Whitney National Bank (fka Parish National Bank)
Wholesale America Mortgage, Inc.
Wholesale Capital Corporation
Wiedman Mortgage, Inc.
Wieland Financial Services, Inc.
Wilber National Bank
William M. Perlmotter dba Executive Mortgage Lenders
William Raveis Mortgage, LLC
Willow Bend Mortgage
Willow Financial Bank
Wilmington Finance, Inc.
Wilmington Mortgage Services Inc
Wilshire Credit Corp.
Wilson & Muir Bank and Trust Company
Wilson Mortgage Services, Inc.

**EXHIBIT 316**

**EXHIBIT 2**

MERS LENDER MEMBERSHIP LIST - (1-27-2009)
Printed 4-20-2011 from Attorney Neil Garfield Website
(Garfield Website Screenshot attached as Exhibit 4)
SEE PAGE 63 FOR HOMECOMINGS WHOLESALE FUNDING
(Click on the HWF link, it will take you to the MERS website & confirm that the HWF Org
ID Number was 1000626, there is no current 2011 match,
BUT AS OF 1-27-2009 HWF WAS A MERS MEMBER, IN THE DATABASE, AND THE
NUMBER 1000626 WAS VALID FOR HWF.)

Wilson Resources, Inc.
Windermere Mortgage Services Series LLC a DE Series LLC
Windom Capital Inc. dba Windom Mortgage
Windsor Capital Mortgage
WinStar Mortgage Partners Inc. sub of Partner Loan Services
Wisconsin Mortgage Corporation
WM Specialty Mortgage LLC
WMC Mortgage Corp. Minnesota
WMC Mortgage Corporation
WMD Realty, Inc.
Wolfe Financial, Inc. dba Integrity Mortgage Group
Wolters Kluwer Financial Services
Wood & Huston Bank dba Wood & Huston Bancorporation Inc
Woodfield Planning Corporation
Woodforest National Bank dba Woodforest Mortgage Company
Woodland Mortgage Partners, Inc
Woodlands Bank
World Alliance Financial Corp
World Capital Mortgage, LP
World Group Mortgage, LLC
World Mortgage Corporation of Miami
World Mortgage Group, Inc.
World Wide Credit Corporation
World Wide Financial Services, Inc.
World Wide Mortgage Group, Inc.
Worldwide Financial Resources, Inc.
Worthington Federal Bank
Worthington Mortgage Group, Inc.
Wow Financial Inc
Wow Financial LLC dba Advanced Mortgage Concepts
Wright Financial Inc
Wright-Patt Credit Union, Inc.
Wyman Funding Group Inc.
Wyndham Capital Mortgage, Inc.
Wyoming Bank & Trust

Wyoming State Bank
Xenia Financial LLC
Xetus Corp.
Xtra Mile Financial Services, LLC
Yale Financial Group, Inc.
York Financial Inc.
Your Best Rate Financial, LLC
Your Community Bank
Your Mortgage Company, LLC
Your Mortgage Source LLC
Your Mortgage Source, Inc.
Yvonne K Yung Kwan Chau DBA YKC Mortgage
Z.T.F. LLC dba At Home Mortgage Group
Zeus Mortgage Ltd
Zino Financial, Inc.
Zions First National Bank
Z-Mortgage Company, L.L.C.



Mozilla Firefox

File Edit View History Bookmarks Tools Help

mersonline.org  https://www.mersonline.org/mers/mbrsearch/mbr ☆ ▾   ▾ Google

https://...arch.htm 🗙   (Untitled)

# Member Search

**Four types of searches are accommodated. They are described below:**

By Organization ID   Enter a 7 digit Organization ID.

By Company Name   Enter at least the first 4 letters of the company name.

By Specific Alphabet   Enter an alphabet letter from A to Z and a company list will be generated for the
Letter   specified letter.

ALL Company Names   Press submit and a company list will be generated alphabetically from A to Z.

HOMECOMINGS WHOLESALE  # → 1000626          Submit

Copyright© 2002 by **MERSCORP, Inc. 1-800-646-MERS (6377)**
Other products or company names are or may be trademarks
or registered trademarks and are the property of
their respective holders.

Done

Start  2 W▾  3 M▾  8 F.▾  Re...  4 N.▾  5 A.▾  Pai...

One active download (3 days, 5 hours remaining)  «  8:20 PM



EXHIBIT 3B

→ HOMECOMINGS WHOLESALE

No Member Match Found

Back To Member Search

**Copyright© 2002 by MERSCORP, Inc. 1-800-646-MERS (6377)**
Other products or company names are or may be trademarks
or registered trademarks and are the property of
their respective holders.



MERS MEMBERSHIP INFORMATION Reveals Index to Securitization and In...

File Edit View History Bookmarks Tools Help

⬆ ⬇   C   ✕   🏠   🌐 http://livinglies.wordpress.com/2009/01/27/mers-membership-🔖 ☆ ▾ 🔍 ▾ Google

📁 November 4 2010 📁 [Folder Name]

M Gmail - Word doc fr... ⊠   ◉ MERS MEMBERS... ⊠   LuminaQ   📄 2011-Q2-TrendsJour... ⊠   📄 Get Smart About Ba...

# LIVINGLIES
## GARFIELD CONTINUUM

Home | Foreclosure Defense Forms | LuminaQ | Homeowners | Events | About Livinglies

Search [        ] Search

🔴 Entries RSS | Comments RSS

## Pages

About Livinglies

Donate to Help
Maintain Livinglies

Glossary & Guidelines

Mission Statement and

## MERS MEMBERSHIP INFORMATION Reveals Index to Securitization and Investors: Allegation that MERS is authorized or even nominal beneficiary is false

Posted on January 27, 2009 by Neil Garfield

Sample Link: validatembrsearch.jsp?as_mbrsearch=1000937

mers-membership

### Recent Posts

Matt Weidner Snatches A
Victory from Jaws of Defeat

COCHRANE ENTERS
WELLS FARGO DATA
AND CONTACTS

Don't Ask, Just Cram: It's

← Next ⬆ Previous ▶ Highlight all ☐ Match case

‹ Find: [        ]

Done                                                              🔅 One active download (3 days, 5 hours remaining,

🏁 Start  📂 2 W ▾  📁  3 M. ▾  📁  🌐 5 F. ▾  🌐 🐟 Rea...  📁 4 N. ▾  📄 5 A. ▾  🖼 Pai...  « 🖋 ⏰ 11:01 PM

# MERS MEMBERSHIP INFORMATION Reveals Index to Securitization and In...

EXHIBIT 4B

File Edit View History Bookmarks Tools Help

http://livinglies.wordpress.com/2009/01/27/mers-membership-

Google

November 4 2010 [Folder Name]

M Gmail - Word doc fr...    MERS MEMBERS...    2011-Q2-TrendsJour...    Get Smart About Ba...

Search

Entries RSS | Comments RSS

## Pages

About Livinglies

Donate to Help
Maintain Livinglies

Glossary & Guidelines

Mission Statement and
Introduction:
SINGLE TRANSACTION

News

· NEWS AND BLOGS

· A President Who
Gets It (mostly)

· Bank and Investment
Bank News

· Countrywide

## MERS MEMBERSHIP INFORMATION Reveals Index to Securitization and Investors: Allegation that MERS is authorized or even nominal beneficiary is false

Posted on January 27, 2009 by Neil Garfield

Sample Link: validatembrsearch.jsp?as_mbrsearch=1006937

mers-membership

milestoneplus

Sample Response Record:

| Corporate Name: | West Coast Servicing, Inc. |
| Address: | 17011 Beach Blvd., #300 |
| City,State,Zip: | Huntington Beach, CA 92647 |
| Toll Free Number: | (866) 574-2001 |
| Direct Number: | (714) 596-6333 |
| Fax Number: | (714) 596-6333 |

## Recent Posts

Matt Weidner Snatches A
Victory from Jaws of Defeat

COCHRANE ENTERS
WELLS FARGO DATA
AND CONTACTS

Don't Ask, Just Cram. It's
Time to Put Mortgage
Modifications Back into
Judges' Hands

Matt Taibbi: The Wives Were
Involved Too

NOCERA OCC IS LETTING
BANKS OFF THE HOOK

COCHRANE "TEMPORARY
LENDER" OR "PRETENDER
LENDER?" AGENCIES
PLAYING WITH WORDS

Find:    ↓ Next ↑ Previous ✎ Highlight all ☐ Match case

Done    One active download (3 days, 5 hours remaining)

Start    2 W ▸    3 M. ▸    5 F. ▸    Rea...    5 A. ▸    4 N. ▸    Pai...    11:00 PM

**EXHIBIT 316**

EXHIBIT 5

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

MERS Directory Company Search:

1. EMC  (nothing comes up for EMC Mortgage Company, but for EMC this comes up)

Corporate Name:        EMC Holdings LLC dba Englewood Mortgage Company

Address:        8400 E. Crescent Parkway Suite 350

City,State,Zip:   Greenwood Village, CO 80111

Toll Free Number:

Direct Number: (303) 771-5533

Fax Number:     (303) 414-1079

Primary Contact:        Christie Applegate

Website:        www.englewoodmortgage.com

Member Org ID:        1003559

Lines Of Business:        Originator, Servicer, Subservicer, Investor, Document Custodian, Broker

eRegistry Participant:    Yes

eDelivery Participant:    No

1



# Member Record - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

https://www.mersonline.org/mers/mbrsearch/valic ☆  ▾ Google

(Untitled)

Member Record

| | |
|---|---|
| Corporate Name: | EMC Holdings LLC dba Englewood Mortgage Company |
| Address: | 8400 E. Crescent Parkway Suite 350 |
| City,State,Zip: | Greenwood Village, CO 80111 |
| Toll Free Number: | |
| Direct Number: | (303) 771-5533 |
| Fax Number: | (303) 414-1079 |
| Primary Contact: | Christie Applegate |
| Website: | www.englewoodmortgage.com |
| Member Org ID: | 1003559 |
| Lines Of Business: | Originator, Servicer, Subservicer, Investor, Document Custodian, Broker |
| eRegistry Participant: | Yes |
| eDelivery Participant: | No |

Back To Member Search

One active download (3 days, 5 hours remaining)

Done

Start  2 W▾  3 M▾  8 F.▾  Re...  4 N.▾  5 A.▾  Pai...  «  8:24 PM

**EXHIBIT 316**

EXHIBIT 6

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

2. Greenpoint Mortgage Company  (Comes up under Greenpoint)

Corporate Name:          GreenPoint Mortgage Funding Inc.

Address:        7933 Preston Rd

City,State,Zip:    Plano, TX 75024-0000

Toll Free Number:

Direct Number: (469) 238-7603

Fax Number:     (866) 959-9144

Primary Contact:        Lynn Graham

Website:        http://www.mers@countrywide.com/gps_contact_us.html

Member Org ID:        1000138

Lines Of Business:        Originator, Servicer, Subservicer, Investor, Document Custodian, MERS 1-2-3

eRegistry Participant:    No

eDelivery Participant:    No

# Member Record - Mozilla Firefox

File Edit View History Bookmarks Tools Help

mersonline.org https://www.mersonline.org/mers/mbrsearch/valic ☆ ⋅ 🔍 ⋅ Google

Member Record

| | |
|---|---|
| Corporate Name: | GreenPoint Mortgage Funding Inc. |
| Address: | 7933 Preston Rd |
| City, State, Zip: | Plano, TX 75024-0000 |
| Toll Free Number: | |
| Direct Number: | (469) 238-7603 |
| Fax Number: | (866) 959-9144 |
| Primary Contact: | Lynn Graham |
| Website: | http://www.mers@countrywide.com/gps_contact_us.html |
| Member Org ID: | 1000138 |
| Lines Of Business: | Originator, Servicer, Subservicer, Investor, Document Custodian, MERS 1-2-3 |
| eRegistry Participant: | No |
| eDelivery Participant: | No |

Back To Member Search

Done

Start    🔵 4 W ▶    📷    3 M. ▶    🔵 8 F. ▶    🐝 Rea... ▶    📷 4 N. ▶    📷 4 N. ▶    🔴 5 A. ▶    🐝 Pai... ▶    « 🌐 🐝 11:26 AM

EXHIBIT 7

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

3. Homecomings Financial

Corporate Name:        HomeComings Financial, LLC

Address:        3451 Hammond Ave Mail Code 507-345-186

City,State,Zip:   Waterloo, IA 50702

Toll Free Number:        (800) 766-4622

Direct Number: (800) 766-4622

Fax Number:    (999) 999-9999

Primary Contact:        MERS Department

Website:        http://www.homecomings.com/fs1_index.asp

Member Org ID:        1000474

Lines Of Business:        Originator, Servicer, Subservicer, Investor, Document Custodian, Master
Servicer

eRegistry Participant:    No

eDelivery Participant:    No

3

# Member Record - Mozilla Firefox

File Edit View History Bookmarks Tools Help

mersonline.org https://www.mersonline.org/mers/mbrsearch/valic ☆ ▾ ▾ Google

Member Record    (Untitled)

| | |
|---|---|
| Corporate Name: | HomeComings Financial, LLC |
| Address: | 3451 Hammond Ave Mail Code 507-345-186 |
| City, State, Zip: | Waterloo, IA 50702 |
| Toll Free Number: | (800) 766-4622 |
| Direct Number: | (800) 766-4622 |
| Fax Number: | (999) 999-9999 |
| Primary Contact: | MERS Department |
| Website: | http://www.homecomings.com/fs1_index.asp |
| Member Org ID: | 1000474 |
| Lines Of Business: | Originator, Servicer, Subservicer, Investor, Document Custodian, Master Servicer |
| eRegistry Participant: | No |
| eDelivery Participant: | No |

Back To Member Search

Done

One active download (3 days, 5 hours remaining)

Start   2 W ▾   3 M ▾   8 F. ▾   Re...   4 N. ▾   5 A. ▾   Pai...   « 🗑 ▾ 8:25 PM

**EXHIBIT 316**

EXHIBIT 8

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

4. Homecomings Wholesale Funding –

No Record Found

EXHIBIT 9

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

5. GMAC

Has 2 listings:

GMAC BANK ASSET MANAGEMENT CO

GMAC Mortgage, LLC

GMAC Mortgage Company:

Corporate Name:        GMAC Mortgage, LLC

Address:        3451 Hammond Ave Mail Code 507-345-186

City,State,Zip:   Waterloo, IA 50702

Toll Free Number:        (800) 766-4622

Direct Number: (800) 766-4622

Fax Number:    (999) 999-9999

Primary Contact:        GMAC MERS Dept.

Website:        http://www.gmacmortgage.com

Member Org ID:        1000375

Lines Of Business:        Originator, Servicer, Subservicer, Investor, Document Custodian

eRegistry Participant:   Yes

eDelivery Participant:   Yes

5

# Member Record - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

mersonline.org https://www.mersonline.org/mers/mbrsearch/valic ☆ ▾ 🔍 ▾ Google

Member Record    (Untitled)

| | |
|---|---|
| Corporate Name: | GMAC Mortgage, LLC |
| Address: | 3451 Hammond Ave Mail Code 507-345-186 |
| City,State,Zip: | Waterloo, IA 50702 |
| Toll Free Number: | (800) 766-4622 |
| Direct Number: | (800) 766-4622 |
| Fax Number: | (999) 999-9999 |
| Primary Contact: | GMAC MERS Dept. |
| Website: | http://www.gmacmortgage.com |
| Member Org ID: | 1000375 |
| Lines Of Business: | Originator, Servicer, Subservicer, Investor, Document Custodian |
| eRegistry Participant: | Yes |
| eDelivery Participant: | Yes |

Back To Member Search

Done

One active download (3 days, 5 hours remaining)

Start  2 W ▾  3 M ▾  8 F. ▾  Re...  4 N. ▾  5 A. ▾  Pai...  «  8:26 PM

**EXHIBIT 316**

EXHIBIT 10

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website: 4/20/2011)
(MERS website screenshots depicting this information attached)

GMAC Asset Management  Co.

Corporate Name:        GMAC BANK ASSET MANAGEMENT CO

Address:        3451 Hammond Ave

City,State,Zip:   Waterloo, IA 50702

Toll Free Number:        (800) 766-4622

Direct Number: (319) 236-5400

Fax Number:     (866) 663-2486

Primary Contact:        GMAC MERS Dept.

Website:        http://www.gmacmortgage.com

Member Org ID:        1005727

Lines Of Business:        Investor

eRegistry Participant:    No

eDelivery Participant:    No

6

# Member Record - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

mersonline.org  https://www.mersonline.org/mers/mbrsearch/valic

Google

Member Record    (Untitled)

| | |
|---|---|
| Corporate Name: | GMAC BANK ASSET MANAGEMENT CO |
| Address: | 3451 Hammond Ave |
| City, State, Zip: | Waterloo, IA 50702 |
| Toll Free Number: | (800) 766-4622 |
| Direct Number: | (319) 236-5400 |
| Fax Number: | (866) 663-2486 |
| Primary Contact: | GMAC MERS Dept. |
| Website: | http://www.gmacmortgage.com |
| Member Org ID: | 1005727 |
| Lines Of Business: | Investor |
| eRegistry Participant: | No |
| eDelivery Participant: | No |

Back To Member Search

Done

Start   2 W ▶   3 M ▶   8 F. ▶   4 N. ▶   5 A. ▶   Pai...   8:27 PM

One active download (3 days, 5 hours remaining)

EXHIBIT 11

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

6. Fannie Mae

Has 2 listings:

Fannie Mae

Fannie Mae (Reverse Mortgages)


Fannie Mae:

Corporate Name:        Fannie Mae

Address:        3900 Wisconsin Avenue

City,State,Zip:    Washington, DC 20016-2892

Toll Free Number:

Direct Number: (202) 752-7000

Fax Number:    (202) 752-7000

Primary Contact:        Anita Cooper

Website:

Member Org ID:        1000130

Lines Of Business:        Servicer, Subservicer, Investor, Document Custodian

eRegistry Participant:    Yes

eDelivery Participant:    Yes



# Member Record - Mozilla Firefox

File Edit View History Bookmarks Tools Help

mersonline.org https://www.mersonline.org/mers/mbrsearch/valid ☆ ▾ 🔍 ▾ Google

Member Record | (Untitled)

| | |
|---|---|
| Corporate Name: | Fannie Mae |
| Address: | 3900 Wisconsin Avenue |
| City, State, Zip: | Washington, DC 20016-2892 |
| Toll Free Number: | |
| Direct Number: | (202) 752-7000 |
| Fax Number: | (202) 752-7000 |
| Primary Contact: | Anita Cooper |
| Website: | |
| Member Org ID: | 1000130 |
| Lines Of Business: | Servicer, Subservicer, Investor, Document Custodian |
| eRegistry Participant: | Yes |
| eDelivery Participant: | Yes |

Back To Member Search

Done

Start | 2 W ▾ | 3 M ▾ | 8 F. ▾ | Re... | 4 N. ▾ | 5 A. ▾ | Pai... | One active download (3 days, 5 hours remaining) | « 8:30 PM

EXHIBIT 12

MERS LENDER ACCOUNT INFORMATION SUMMARY
(Printed from MERS website:  4/20/2011)
(MERS website screenshots depicting this information attached)

Fannie Mae Reverse Mortgages:

Corporate Name:       Fannie Mae (Reverse Mortgages)

Address:       3900 Wisconsin Ave

City,State,Zip:   Washington, DC 20016

Toll Free Number:

Direct Number: (202) 752-7000

Fax Number:    (202) 752-7000

Primary Contact:      Crystal Crier

Website:      http://www.fanniemae.com

Member Org ID:      1005586

Lines Of Business:      Originator, Servicer, Subservicer, Investor, Document Custodian

eRegistry Participant:   No

eDelivery Participant:   No

**EXHIBIT 316**

# Member Record - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

mersonline.org https://www.mersonline.org/mers/mbrsearch/valic ☆ · 🔧 Google

Member Record   (Untitled)

Corporate Name:         Fannie Mae (Reverse Mortgages)

Address:                3900 Wisconsin Ave

City, State, Zip:       Washington, DC 20016

Toll Free Number:

Direct Number:          (202) 752-7000

Fax Number:             (202) 752-7000

Primary Contact:        Crystal Crier

Website:                http://www.fanniemae.com

Member Org ID:          1005586

Lines Of Business:      Originator, Servicer, Subservicer, Investor, Document Custodian

eRegistry Participant:  No

eDelivery Participant:  No

Back To Member Search

Done

One active download (3 days, 5 hours remaining)

Start   2 W ▸   3 M ▸   8 F. ▸   Re...   4 N. ▸   5 A. ▸   Pai...   « 8:31 PM

12-12020-mg    Doc 7261-9    Filed 07/10/14    Entered 07/14/14 17:47:57    Exhibit 316
Pg 156 of 157    EXHIBIT 316

# Indexing Name Search Indexed Instrument Display - Mozilla Firefox

EXHIBIT 13

File Edit View History Bookmarks Tools Help

https://deeds.co.douglas.ga.us/resolution/indexing/idx_instrument ☆ ▾ 🔧 ▾ Google

(Untitled)   Indexing Nam... ✕   (Untitled)   MERS - Member ...

https://...arch.htm   (Untitled)

Douglas County, Georgia
Rhonda G. Payne, Clerk of Superior Court
_____

**Indexing Search - Indexed Instrument Display**  Print Page
Displayed on: Thursday, April 21, 2011 12:18:54 AM

GEORGIA LAND RECORDS Valid From 01/01/1998 Thru 04/13/2011

**Index Type:** GEORGIA LAND RECORDS    **Date Filed:** 07/07/2003  **Time:** 10:54:00 AM
**Book:** 1780  **Page:** 997
**Type:** AGREEMENT    **Scan Pages:** 2
**Description**
**(Not Warranted):**
**Cross Reference: Orig Book:** 1619  **Page:** 752    **Index:** GLR

**GRANTOR - Record(s) 3**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC MERS
RESIDENTIAL FUNDING CORP

**GRANTEE - Record(s) 1**
HOMECOMINGS WHOLESALE FUNDING

Done

Start  2 W ▾  3 M. ▾  8 F. ▾  Rea...  4 N. ▾  5 A. ▾  Pai...  9:31 PM
One active download (3 days, 5 hours remaining)

**EXHIBIT 316**

EXHIBIT 14

MERS MIN NUMBER DESCRIPTION
(From MERS FAQ Website Section)


The description of the digit key:

From the FAQ:

Does the MIN require us to replace our current loan number system?

No. While the MIN is a unique life of the loan identifier, your organization is under no obligation to abandon use of its loan number system. In fact, you can use your existing loan number wrapped by your unique MERS organizational ID and a check digit to generate the MIN. You need to enhance your servicing system to carry the MIN, which is a unique 18 digit identifier. The MIN becomes the vehicle for communicating information with other members of the real estate finance industry without having to resort to elaborate cross-referencing schemes for different loan numbering systems. And since you can assign a MIN for a loan when application is first made by the consumer, you may find that your numbering system is no longer needed.

I could not find any other information on the unique 18 digit organizational ID and check digit.


I pulled yours, just fyi, as perhaps we can see the components in it.  (NOTE: this is the full record of 1 active and 2 inactive records.)

MIN:1000626-0476868450-0    Note Date:03/03/2008  MIN Status:Active

Servicer: GMAC Mortgage, LLC   Phone:(800) 766-4622

Waterloo, IA

Investor: Fannie Mae     Phone:(202) 752-7000

Washington, DC

MIN:1000138-0087843587-0    Note Date:09/08/2005  MIN Status:Inactive

Servicer: HomeComings Financial, LLC    Phone:(800) 766-4622

Waterloo, IA

Investor: This investor has chosen not to display their information. For assistance, please contact the servicer.

MIN:1000138-0087843579-7    Note Date:09/08/2005  MIN Status:Inactive

Servicer: JPMorgan Chase Bank, N.A./EMC        Phone:(800) 723-3004

Lewisville, TX

Investor: This investor has chosen not to display their information. For assistance, please contact the servicer.