Return To:
DOCX
Ron Meharg
1111 Alderman Drive, Ste 350
Attn: Release Dept.
Alpharetta GA 30005

Prepared By:
DOCX on behalf of EMC Mortgage Corporation
1111 Alderman Drive, Ste 350
Attn: Release Dept.
Alpharetta GA 30005

Loan Number: EMC-589-0014113591
MERS ID: 100013800878435797
MERS Telephone:

## Deed of Release

For Value Received, the present undersigned Beneficiary under a deed of trust executed by GREGORY C MORSE, AN UNMARRIED MAN as Grantor/Trustor, to G. TOMMY BASTIAN as Trustee, dated 09/02/2005, certifies that the Deed of Trust has been fully paid, satisfied or otherwise discharged. The Deed of Trust was recorded in the Deed of Trust Records of Collin County, Texas on 09/19/2005, and is indexed as Volume 06005, Page 03912, File No. 2005-0132002. The undersigned releases and reconveys, without covenant or warranty, the Deed of Trust and all of its right, title and interest which was acquired by the Trustee under the Deed of Trust, in the property located at: 223 HIGH POINT DRIVE, MURPHY, TX 75094

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc. ("MERS") by the officers duly authorized, has duly executed the foregoing instrument.

Dated this: 03/13/2008

Lender: Mortgage Electronic Registration Systems, Inc. ("MERS")

*Jimmy Gossett*

Jimmy Gossett, Asst. Vice President

State of Georgia, County of Fulton County
This instrument was acknowledged before me on 03/13/2008 by Jimmy Gossett as Asst. Vice President.

Witness my hand,

*Veronica Turner*

Veronica Turner
Notary Public for said state and county
Expires: 08/31/2010



Veronica Turner
NOTARY PUBLIC
Fulton County
State of Georgia
My Commission Expires
August 31, 2010





Filed and Recorded
Official Public Records
Stacey Kemp
Collin County, TEXAS
03/13/2008 02:43:53 PM
$16.00 DLAIRD
20080313000302310

*Stacey Kemp*

THE STATE OF TEXAS  
COUNTY OF COLLIN

I, Stacey Kemp County Clerk, Court Collin County, Texas Do hereby certify that the foregoing instrument of writing is a full, true and correct copy of the instrument as filed for record in my office the 13 day of Mar., 20 08 No 20080313000302310

Witness my hand and official seal at my office in McKinney, Texas, this 19 day of Jan., 2012

Stacey Kemp Collin County Clerk  
Collin County, Texas

By: Janet Pennington Deputy

