Recording Requested By:
HOMECOMINGS FINANCIAL, LLC

When Recorded Return To:

LIEN RELEASE
HOMECOMINGS FINANCIAL, LLC
PO BOX 205
WATERLOO, IA 50704-0205

## RELEASE OF LIEN

HOMECOMINGS FINANCIAL, LLC #:7303878599 "MORSE"   Lender ID:93045/10167509   Collin, Texas PIF: 03/10/2008
MERS #: 100013800878435870   VRU #: 1-888-679-6377

KNOW ALL MEN BY THESE PRESENTS that , for value received, Mortgage Electronic Registration Systems, Inc., ("MERS") owner of the beneficial interest under a certain Deed of Trust, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate, title and interest now held by it under said Deed of Trust in Collin County, State of Texas.

Original Borrower: GREGORY C MORSE
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Dated: 09/02/2005  Recorded: 09/19/2005  in Book/Reel/Liber: NA  Page: NA  as Instrument No.: 2005-0132003

Legal Description: As Referenced on Original Recorded Document

Property Address : 223 HIGH POINT DRIVE, MURPHY, TX 75094

IN WITNESS WHEREOF, Mortgage Electronic Registration Systems, Inc., ("MERS"), whose address is 1595 SPRING HILL ROAD, VIENNA, VA 22182, by the officer duly authorized, has duly executed the foregoing instrument.

Mortgage Electronic Registration Systems, Inc., ("MERS")
On March 21st, 2008

By: *Ashley Johnson*
ASHLEY JOHNSON, Assistant Secretary

*BLK*BLKGMAC*03/21/2008 06:54:37 PM* GMAC32GMAC00000000000000002248025* TXCOLLI* 7303878599 TXCOLLI_TRUST_REL *BLK*BLKGMAC*



RELEASE OF LIEN Page 2 of 2

STATE OF Iowa
COUNTY OF Black Hawk

On March 21st, 2008, before me, H DAHLGREN, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared ASHLEY JOHNSON, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*H Dahlgren*

H DAHLGREN
Notary Expires: 08/23/2010  #748557

[Notary Seal: H. DAHLGREN / NOTARIAL SEAL - STATE OF IOWA / COMMISSION NUMBER 748557 / MY COMMISSION EXPIRES AUG. 23, 2010]

*BLK*BLKGMAC*03/21/2008 06:54:37 PM* GMAC32GMAC0000000000000002248025* TXCOLLI* 7303878599 TXCOLLI_TRUST_REL *BLK*BLKGMAC*





Filed and Recorded
Official Public Records
Stacey Kemp
Collin County, TEXAS
03/24/2008 09:42:21 AM
$20.00 DLAIRD
20080324000339230

*Stacey Kemp*

**EXHIBIT 398**

THE STATE OF TEXAS
COUNTY OF COLLIN

I, Stacey Kemp County Clerk, Court Collin County, Texas Do hereby certify that the foregoing instrument of writing is a full, true and correct copy of the instrument as filed for record in my office the 24 day of Mar., 2008
No. 20080324000339230
Witness my hand and official seal at my office in McKinney, Texas, this 19 day of Jan., 2012

Stacey Kemp Collin County Clerk
Collin County, Texas
By: Janet Pennington Deputy



