EXHIBIT 721

# Jurat Affidavit

Of

**Gregory C. Morse, Affiant**

In Support Of:

**RESPONSE OF CLAIMANT GREGORY C. MORSE TO THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOFS OF CLAIM FILLED BY GREGORY C. MORSE PURSANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3007**

Affidavit of Non-Receipt of ResCap Request Letter by Affiant

<u>**Jurat Affidavit of Non-Receipt of ResCap Request Letter**</u>             **EXHIBIT 721**

1. I, Gregory C. Morse, Affiant, and Claimant In re Residential Capital, L.L.C., et al., am of sound mind, am not self-destructive and, **In No Instance, Would Ever Commit Suicide**.

2. All statements of fact and evidence Exhibits contained herein **are made and submitted based upon the best knowledge and belief of the Affiant, ResCap Bankruptcy Claimant.**.

4. The Affiant is neither a Certified Public Accountant, tax analysis expert, tax investigator nor a trained, licensed or experienced securities advisor, broker, lawyer or trader.

5. References made to State law, other than references made to the Trust Laws of the State of New York, are done so in accordance with the laws of the State of Texas.

6. The Affiant is a legal resident of the State of Texas.

7. The Affiant's Mortgage Contract was originated and executed in the State of Texas. **(Exhibits 386, 387, 390, 391, 392, 393, 397)**

8. The Affiant under penalty of perjury swears that during the months of June and July of 2014, he did not receive any correspondence from of the Southern New York State Division of the U.S. Bankruptcy Court.

9. The Affiant swears that the received a Notice of Hearing on Sixth Omnibus Objection to Claims, (Duplicate Claims). This notice was received by me via Presorted First-Class Bulk Mail on June 14, 2013.

10. The Affiant declares that this expunging notice of duplicate claims was sent to me by Residential Capital, LLC c/o KKC, 2335 Alaska Avenue, El Segundo CA 90245.

11. The Affiant declares that he has not received either a letter or email from Morrison & Foerster LLP concerning a request for more proof supporting his Claims numbered 5680 and 5682.

**Jurat Affidavit of Non-Receipt of ResCap Request Letter**    **EXHIBIT 721**

12. The Affiant declares that he has not received either a letter or email from Residential Capital, L.L.C. concerning a request for more proof supporting his Claims numbered 5680 and 5682.

13. The Affiant declares that he has not received either a letter or email from the ResCap Borrower Claims Trust concerning a request for more proof supporting his Claims numbered 5680 and 5682.

14. The Affiant declares that he has not received either a letter or email from the Litigation Counsel of ResCap Borrower Claims Trust concerning a request for more proof supporting his Claims numbered 5680 and 5682.

15. The Affiant declares that he has not received either a letter or email from the Counsel of ResCap Borrower Claims Trust concerning a request for more proof supporting his Claims numbered 5680 and 5682.

16. The Affiant swears he was unaware of a "Request Letter" purportedly sent until he received by email on April 2, 2014 of the Opposition to his Claims be the ResCap Borrower Claims Trust.

Gregory C. Morse

Subscribed and sworn to by _Gregory Carl Morse_
before me on the _22nd_ day of _April_, _2014_
Signature _Krishna M___
Printed name _Krishna Maharaj_

Notary public, State of Texas, County of _Dallas_
My commission expires _Aug 26, 2017_

KRISHNA MAHARAJ
Notary Public, State of Texas
My Commission Expires
August 26, 2017