20121012001297280    10/12/2012 09:15:40 AM AS  1/2

## Assignment of Deed of Trust

When Recorded Return To:  
Indecomm Global Services  
2925 Country Drive  
St. Paul, MN 55117

Prepared By:  
Marcy Koopman  
Indecomm Global Services  
2925 Country Drive  
St. Paul, MN 55117

Dated: **October 8, 2012**

MIN: 100062604768684500  
MERS Phone: 888-679-6377

7795026

For value received **Mortgage Electronic Registration Systems, Inc., as nominee for Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), its successors and assigns**, P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to **GMAC Mortgage, LLC, 1100 Virginia Drive, Fort Washington, PA 19034**, all beneficial interest under a certain Deed of Trust dated **March 3, 2008** executed by **GREGORY C. MORSE** and recorded in Book **XX** on Page(s) **XX** as Document Number **20080314000310130** on March 14, 2008 in the office of the County Clerk of Collin County, Texas.

MORTGAGE AMOUNT: **$414,500.00**

**\*\*See Attached Exhibit A for Legal Description**

Mortgage Electronic Registration Systems, Inc., as nominee for Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.), its successors and assigns

By 

**Pangmee Yang,**  
**Assistant Secretary**

STATE OF **Minnesota**       )  
COUNTY   **Ramsey**            ) SS

*U02949462*

On **October 8, 2012** before me, **Sandra Jean Kinnunen**, Notary Public in and for said State personally appeared **Pangmee Yang , Assistant Secretary** of Mortgage Electronic Registration Systems, Inc., personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SANDRA JEAN KINNUNEN  
Notary Public-Minnesota  
My Commission Expires Jan 31, 2016

Sandra Jean Kinnunen, Notary Public  
My Commission expires: **January 31, 2016**

## Exhibit A Legal Description

THE FOLLOWING DESCRIBED PROPERTY IN COLLIN COUNTY, TEXAS, TO-WIT: LOT 4, BLOCK B, ROLLING RIDGE ESTATES - PHASE 1, AN ADDITION TO THE CITY OF MURPHY, COLLIN COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME N, PAGE 304, MAP RECORDS, COLLIN COUNTY, TEXAS. TOGETHER WITH A CERTIFICATE OF CORRECTION, FILED SEPTEMBER 4, 2002, RECORDED IN VOLUME 5246, PAGE 545, DEED RECORDS, COLLIN COUNTY, TEXAS. SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.



Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
10/12/2012 09:15:40 AM
$20.00 DFOSTER
20121012001297280

*Stacey Kemp*