# Texas Administrative Code

| | |
|---|---|
| **TITLE 7** | BANKING AND SECURITIES |
| **PART 2** | TEXAS DEPARTMENT OF BANKING |
| **CHAPTER 12** | LOANS AND INVESTMENTS |
| **SUBCHAPTER B** | LOANS |
| **RULE §12.32** | **Loan Fees and Charges** |

(a) Applicability.

(1) Finance Code, §34.203, and this section apply to:

(A) closed end first lien residential real estate loans;

(B) loans other than for personal, family, or household use (i.e., commercial loans including all commercial real estate loans); and

(C) loans for personal, family, or household use that are repayable in a single installment (i.e., single pay consumer loans).

(2) Finance Code, §34.203, and this section do not apply to a consumer loan payable in two or more installments that is subject to Finance Code, Title 4, Subtitle B.

(b) Reasonable fees authorized. A bank may require a borrower to pay all reasonable expenses and fees incurred in connection with the making, closing, disbursing, extending, readjusting, or renewing of a loan subject to this section, including fees paid to third parties as well as charges and fees paid to the bank itself for the services of the bank employees. However, such charges may not include fees paid by the bank (in addition to regular salary or director's fee) to an officer or director for services rendered within the course and scope of his or her employment with the bank. Subject to limitations of other law, possible fees and charges which may be charged and collected under this section include fees for underwriting, appraisal, document preparation, title insurance or abstract and opinion, insurance (including casualty coverage for collateral and credit products), credit reports, escrows, and filing fees, among others.

(c) Calculation of reasonable fee.

(1) Authorized loan fees must be reasonably related to the costs incurred by the bank. In establishing loan fees, a bank may establish fixed fees for underwriting activities for various categories of loans. In establishing such fixed fees, the bank may take into consideration its average costs in various activities, including but not limited to the average cost of taking an application, obtaining necessary reports and documentation, review of credit reports, analysis of the loan proposal and the prospective borrower's ability to repay, preparation of documents, loan review, and closing activities, plus a reasonable overhead factor. In lieu of conducting its own analysis, where relevant a bank may accept as reasonable and rely on the functional cost analysis prepared by the Board of Governors of the Federal Reserve System.

(2) This section does not require a bank to charge its borrower the full, true cost of accepting and consummating a lending transaction. For example, a bank may choose to assess a lower than actual cost loan fee on smaller consumer single pay loans in the interest of making loans more

affordable to low to moderate income borrowers, or may deliberately underestimate its actual costs to provide a margin of security regarding compliance with law.

(3) Fees and expenses charged and collected in accordance with the Finance Code, §34.203, and in accordance with this section are not considered interest or compensation charged by the bank for the use, forbearance, or detention of money. However, fees and expenses which do not comply with these requirements may be characterized in litigation as interest.

(d) Collection of fee. Loan fees may be collected separately or added to the amount of the promissory note and financed as part of the loan.

---

**Source Note:** The provisions of this §12.32 adopted to be effective May 17, 1996, 21 TexReg 3935; amended to be effective November 13, 1997, 22 TexReg 10954; amended to be effective May 6, 2004, 29 TexReg 4141

Next Page         Previous Page

List of Titles    |    Back to List

HOME | TEXAS REGISTER | TEXAS ADMINISTRATIVE CODE | OPEN MEETINGS | HELP |

INSURANCE CODE

TITLE 11. TITLE INSURANCE

SUBTITLE E. THE BUSINESS OF TITLE INSURANCE

CHAPTER 2704. ISSUANCE OF POLICY OR CONTRACT; DETERMINATION OF INSURABILITY

SUBCHAPTER A. GENERAL PROVISIONS

Sec. 2704.001.  ISSUANCE OF POLICY OR CONTRACT.  A title insurance policy or contract may not be written unless:

(1)  Sections 2502.053, 2502.054, and 2502.055 have been complied with;

(2)  the policy or contract is based on an examination of title made from title evidence prepared from an abstract plant owned, or leased and operated by a title insurance agent or direct operation for the county in which the real property is located, except as provided by Section 2704.002;

(3)  insurability of title has been determined in accordance with sound title underwriting practices;  and

(4)  evidence thereof is preserved and retained in the files of the title insurance company, title insurance agent, or direct operation for a period of not less than 15 years after the date of issuance of the policy or contract.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.


Sec. 2704.002.  DIRECT ISSUANCE OF POLICY OR CONTRACT.  A title insurance company may directly issue a title insurance policy or contract based on the best title evidence available if:

(1)  a title insurance agent or direct operation does not exist for the county in which the real property is located;  or

(2)  each title insurance agent and direct operation for that county refuses to provide title evidence:

(A)  in a reasonable period as determined by the department;  and

(B)  in compliance with Section 2502.053(1).

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.003. COPY OF POLICY OR CONTRACT TO AGENT OR DIRECT OPERATION. In a reasonable period as determined by the department, a copy of each title insurance policy or contract issued in a real property transaction shall be provided to each title insurance agent or direct operation providing the title evidence on which the policy or contract is issued.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.004. EXCEPTIONS TO APPLICABILITY OF CHAPTER. This chapter does not apply to a company that:
(1) does not assume primary liability in a reinsurance contract; or
(2) acts as coinsurer, if at least one of the other coinsurers has complied with this chapter.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

SUBCHAPTER B. ISSUANCE OF OWNER AND MORTGAGEE POLICIES FOR RESIDENTIAL REAL PROPERTY

Sec. 2704.051. ISSUANCE OF OWNER POLICY REQUIRED IN CONNECTION WITH ISSUANCE OF MORTGAGEE POLICY. (a) In this section, "mortgagee title insurance policy" means a mortgagee policy of title insurance or another agreement or the equivalent that constitutes the business of title insurance.
(b) Except as provided by Section 2704.052, a title insurance company or title insurance agent that issues a mortgagee title insurance policy in connection with a lien on improved residential real property in this state that is sold shall also issue an owner title insurance policy to the owner of the property.
(c) The title insurance company or title insurance agent issuing the owner title insurance policy shall charge the required premium promulgated by the commissioner.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.052. REJECTION OF ISSUANCE OF OWNER POLICY. At or

before closing and settlement, the person acquiring title may reject the issuance of the owner title insurance policy required under Section 2704.051 by executing a written and acknowledged rejection in the form prescribed, after notice and hearing, by the commissioner.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

SUBCHAPTER C. TITLE INSURANCE COVERING AREAS AND BOUNDARIES

Sec. 2704.101. DEFINITION. In this subchapter, "area and boundary coverage" means title insurance coverage relating to discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.102. RULES AUTHORIZING ACCEPTANCE OF EXISTING SURVEY. (a) The commissioner by rule may authorize a title insurance company providing area and boundary coverage to accept an existing real property survey as provided by this section.

(b) A title insurance company may accept an existing real property survey rather than requiring a new survey if, notwithstanding the age of the survey or the identity of the person for whom the survey was prepared, the company is willing to accept:
  (1) evidence of the existing survey; and
  (2) an affidavit prescribed by the commissioner that verifies the existing survey.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.103. CERTAIN DISCRIMINATION PROHIBITED. A title insurance company may not discriminate in providing area and boundary coverage in connection with residential real property solely because:
  (1) the real property is platted or unplatted; or
  (2) a municipality did not accept a subdivision plat relating to the real property before September 1, 1975.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

Sec. 2704.104. INDEMNITY PROHIBITED. A title insurance company

may not require an indemnity from a seller, buyer, borrower, or lender to provide area and boundary coverage.

Added by Acts 2003, 78th Leg., ch. 1274, Sec. 6, eff. April 1, 2005.

**NY BK COURT SENT RESPONSE TO RESCAP OBJECTIONS: EXHIBIT 731**

# FedEx Express NEW Package US Airbill

FedEx Tracking Number: 8022 7521 6106

## 1 From
Date: 4-22-2014
Sender's FedEx Account Number: 1829 2076 2
Sender's Name: GREG MORSE
Phone: 214 808-7028
Address: 223 HIGH POINT DRIVE
City: MURPHY   State: TX   ZIP: 75094

## 3 To
Recipient's Name: CLERK OF THE COURT
Phone: 212 668-2870
Company: US BANKRUPTCY COURT
Address: ONE BOWLING GREEN
City: NEW YORK   State: NY   ZIP: 10004-1408

## 4 Express Package Service
☒ FedEx Priority Overnight

## 5 Packaging
☒ FedEx Box

## 7 Payment
☒ Sender

644

**NY BK COURT SENT RESPONSE TO RESCAP OBJECTIONS: EXHIBIT 731**

**Track a Shipment**

802275216106

☐ Save tracking results

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0

Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Tues 4/22/2014 2:16 pm
MUR
US

Delivered
Signed for by: J.DAWES
Actual delivery :
Wed 4/23/2014 9:50 am
NY
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option

Travel History

| Date/Time | Activity | Location |
| --- | --- | --- |
| 4/23/2014 - Wednesday | | |
| 9:50 am | Delivered | NY |
| 8:49 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 8:41 am | At local FedEx facility | NEW YORK, NY |
| 5:21 am | Arrived at FedEx location | NEWARK, NJ |
| 3:54 am | Departed FedEx location | INDIANAPOLIS, IN |
| 1:33 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| | | |
| 4/22/2014 - Tuesday | | |
| 8:28 pm | Left FedEx origin facility | PLANO, TX |
| 2:16 pm | Picked up | PLANO, TX |

Local Scan Time [▼] Select                                                                 [▼]

Shipment Facts
Tracking number  802275216106
Weight           16 lbs
Total pieces     1
Packaging        FedEx Extra Large Box
Service          FedEx Priority Overnight
Delivered To     Receptionist/Front Desk
Total shipment weight  16 lbs / 7.26 kgs
Special handling section  Deliver Weekday



1200 CAPITAL AVE
Plano, TX 75074

Location:        DNECE
Device ID:       DNECE-POS3
Employee:        154518
Transaction:     830114433371

**PRIORITY OVERNIGHT**
  802275216106    16.00 lb (M)        89.62

Scheduled Delivery Date 04/23/2014

           Shipment subtotal:         89.62

                  Total Due:          89.62

               FedEx Account:         89.62
                   *****0762

         M = Weight entered manually
         S = Weight read from scale
         T = Taxable item

    Subject to additional charges. See FedEx Service Guide
    at fedex.com for details. All merchandise sales final.

           Visit us at: fedex.com
           Or call 1.800.GoFedEx
              1.800.463.3339

         April 22, 2014 2:17:00 PM

**WHISTLEBLOWER PACKAGE TO JUDGE GLENN: EXHIBIT 732**

# FedEx Express US Airbill — NEW Package

FedEx Tracking Number: **8055 9223 8626**

## 1 From

- Date: **4-23-2014**
- Sender's FedEx Account Number: **1829 20762**
- Sender's Name: **GREG MORSE**
- Phone: **(214) 808-7028**
- Address: **223 HIGH POINT DR.**
- City: **MURPHY**    State: **TX**    ZIP: **75094**

## 3 To

- Recipient's Name: **JUDGE MARTIN GLENN**
- Phone: **(212) 284-4551**
- Company: **US BANKRUPTCY COURT**
- Address: **ONE BOWLING GREEN**
- City: **NEW YORK**    State: **NY**    ZIP: **10004-1408**

## 4 Express Package Service

[X] FedEx Priority Overnight

## 5 Packaging

[X] FedEx Box

## 7 Payment

Bill to: [X] Sender

644

**WHISTLEBLOWER PACKAGE TO JUDGE GLENN: EXHIBIT 732**

**Track a Shipment**

805592238626

☐ Save tracking results

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0
Track and save tracking results for your next visit to fedex.com

Ship (P/U) date:
Wed 4/23/2014 3:42 pm
MUR
US

Delivered
Signed for by: M.PORTER
Actual delivery:
Thur 4/24/2014 10:25 am
NY
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/24/2014 - Thursday | | |
| 10:25 am | Delivered | NY |
| 8:37 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 8:17 am | At local FedEx facility | NEW YORK, NY |
| 5:21 am | Arrived at FedEx location | NEWARK, NJ |
| 3:54 am | Departed FedEx location | INDIANAPOLIS, IN |
| 1:21 am | Arrived at FedEx location | INDIANAPOLIS, IN |
| 4/23/2014 - Wednesday | | |
| 8:28 pm | Left FedEx origin facility | PLANO, TX |
| 3:42 pm | Picked up | PLANO, TX |

Local Scan Time ▼ Select

Shipment Facts

| | |
|---|---|
| Tracking number | 805592238626 |
| Weight | 4 lbs |
| Total pieces | 1 |
| Packaging | FedEx Medium Box |
| Service | FedEx Priority Overnight |
| Delivered To | Receptionist/Front Desk |
| Total shipment weight | 4 lbs / 1.81 kgs |
| Special handling section | Deliver Weekday |

https://www.fedex.com/fedextrack/index.html?tracknumbers=805592238626&cntry_code...    4/24/2014



1200 CAPITAL AVE
Plano, TX 75074

Location:       DNECE
Device ID:      DNECE-POS3
Employee:       154518
Transaction:    830114553026

---

**PRIORITY OVERNIGHT**
 805592238626    4.15 lb (S)         49.10

Scheduled Delivery Date 04/24/2014


            Shipment subtotal:       49.10


                   **Total Due:**    49.10

               FedEx Account:        49.10
                  *****0762


        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

   Subject to additional charges. See FedEx Service Guide
   at fedex.com for details. All merchandise sales final.


              Visit us at: fedex.com
              Or call 1.800.GoFedEx
                 1.800.463.3339

           April 23, 2014  3:42:42 PM

Subject: Fw: ResCap Bankruptcy – Additional Documents

From: Mortgage Endgame (mortgageendgame@yahoo.com)

To: glenn@pcdrisin.com;

Date: Monday, April 28, 2014 4:26 PM

# MORTGAGE ENDGAME©
The only real solution to the home mortgage crisis

----- Forwarded Message -----
**From:** Greg M <pilot7503@yahoo.com>
**To:** ENDGAME MORTGAGE <mortgageendgame@yahoo.com>
**Sent:** Monday, April 28, 2014 11:57 AM
**Subject:** Fw: ResCap Bankruptcy - Additional Documents

On Monday, April 28, 2014 7:26 AM, "Petts, Jonathan M." <JPetts@mofo.com> wrote:
Mr. Morse,

I'm following up on the email below. Please send by overnight mail the supporting exhibits to your recently filed brief [Docket No. 6825] to the following address:

> Jonathan Petts
> Morrison & Foerster LLP
> 250 West 55th Street
> New York, NY 10019-9601

Thank you,

**Jonathan Petts**
Morrison & Foerster LLP
**Please note our new office address:**
**250 West 55th Street | New York, NY 10019-9601**
P: +1 (212) 336.4291 | C: +1 (917) 332.9750
JPetts@mofo.com | www.mofo.com

**From:** Petts, Jonathan M.
**Sent:** Friday, April 25, 2014 1:42 PM
**To:** 'pilot7503@yahoo.com'
**Cc:** Lewis, Adam A.
**Subject:** ResCap Bankruptcy - Additional Documents

Mr. Morse,

I'm following up on a voicemail I left about an hour ago regarding your claim in the ResCap bankruptcy case. The Bankruptcy Court has informed me that you submitted a box of additional documents today in support of your claim, as well as certain other documents yesterday. At the court's instruction, I am reaching out to

request that you send copies of the documents referenced above to my address below. We would appreciate it if you could mail the documents by overnight mail.

Thank you,
Jonathan Petts

**Jonathan Petts**
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019-9601

P: +1 (212) 336.4291 | C: +1 (917) 332.9750
JPetts@mofo.com | http://www.mofo.com/

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail JPetts@mofo.com, and delete the message.