**NORMA E. RODRIGUEZ**
14429 S. Cookacre Street
Compton, California 90255
Direct: 310.748.8008

July 6, 2014

PRIVILEGED AND CONFIDENTIAL

VIA U.S. POSTAL SERVICES CERTIFIED MAIL

**HONORABLE MARTIN GLENN**
UNITED STATES BANKRUPTCY COURT
One Bowling Green
New York, New York 10004-1408

| | |
|---|---|
| **Re:** | **Creditor, Norma E. Rodriguez's Request to Investigate Alleged Bankruptcy Fraud** |
| Case Name: | *In Re: Residential Capital, LLC* |
| Case No.: | 12-12020 (MG) |

Dear Honorable Martin Glenn:

I am writing to you to investigate alleged bankruptcy fraud committed by debtor's counsels of record and ResCap Trust administrators, for the above-captioned matter. First, I filed and served the following Documents: A. **Declaration**, entitled, *"Declaration of David R. Miranda in Support of her Objections to The ResCap Liquidating Trust's Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)"*; B. **Response**, entitled *"Response of Norma E. Rodriguez to The ResCap Liquidating Trust's Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)"* [Docket No. 6987], and C. **Declaration**, entitled, "*Norma E. Rodriguez's Declaration in Support of her Timely Proof of Claim,*" [Docket No. 6809] with the Bankruptcy Court on or before May 21, 2014.

Second, as you can see in attached copy of that **Exhibit 1 of the Declaration of David R. Miranda**, I have clear and convincing evidence to prove that my Proof of Claim dated January 16, 2014 was filed timely to ResCap Trust administrator's assigned claim mailing address on January 16, 2014 under the "mail acceptance rule doctrine."

Third, ResCap Trust administrator willfully closed their assigned claim mailing address at: **ResCap Claims Processing Center, c/o KCC, P.O. Box 5004, Hawthorne, California 90250** in order to block payment of my Proof of Claim prior to January 16, 2014 ("Administrative Claim Bar Date") as stated in Declaration filed. Fourth, on or about June 9, 2014 prior to Hearing date of June 10, 2014, Counsels for The ResCap Borrower Claims Trust, filed additional legal papers to suppress my evidence under Exhibit 1 of the Declaration of David R. Miranda. As a result, this Court ordered proposed Claim No. 7450 to be Disallowed and Expunged with the same Date Filed: 2/19/14 based upon alleged bankruptcy fraud as to *judicial minutes entered.* Attached are copies of supporting documents for your records.

Therefore, I am respectfully requesting that you investigate alleged bankruptcy fraud committed by debtor's counsels of record and ResCap Trust administrators and this Court should allow Claim No. 7450 to be Allowed with the Date Filed: 1/16/14 based upon clear and convincing evidence presented in Creditor's Declarations filed.

Should you have any questions, please contact me directly at: (310) 748-8008.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 6, 2014
Compton, California

By: Norma E. Rodriguez
**NORMA E. RODRIGUEZ**
*Creditor*

cc: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq., & Jordan A. Wishnew, Esq. of MORRISON & FOERSTER LLP

# EXHIBIT " 1 "



Schedule package pickup
Print postage online

PRIORITY ★ MAIL ★ EXPRESS™

GUARANTEED ★ TRACKED ★ INSURED

UNITED STATES POSTAL SERVICE®

For Domestic Use Only

Label 127R, July 2013

PLEASE PRESS FIRMLY

EXPRESS MAIL
U.S. POSTAGE PAID
LOS ANGELES, CA 90063
JAN 16, 14
AMOUNT
$22.50
00051018-07

155 5004

EI 460227983 US

EXPRESS MAIL — UNITED STATES POSTAL SERVICE®

Mailing Label — Label 11-B, March 2004

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 90063

Day of Delivery: Next

Postage: $ 19.95

Date Accepted: Mo. 1 Day 16 Year 14

Scheduled Date of Delivery: Month 1 Day 17

Return Receipt Fee: $ 2.55

Time Accepted: 5:21 PM

Scheduled Time of Delivery: Noon

Total Postage & Fees: $ 22.50

Weight: lbs. 4 ozs.

DELIVERY (POSTAL USE ONLY)

Delivery Attempt: 1-17-14 Time 9:30 AM

Box Closed

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE 310 748 5003

Norma E. Rodriguez-Ht.
14429 S. Cookacre
Compton, CA 90221

TO: (PLEASE PRINT) PHONE

ResCap claims
P.O. Box 5004
Hawthorne, CA 90250

90250

NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

S10001000059

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13L © U.S. Postal Service; January 2011; All rights reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: ResCap Claims Processing Center
c/o KCC
P.O. Box 5004
Hawthorne, CA 90250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail
☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* EI 460227983US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**EXTREMELY URGENT**

*Please Rush To Addressee*

*PLEASE PRESS FIRMLY*

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING ON THE RESCAP LIQUIDATING TRUST'S SIXTY-THIRD OMNIBUS CLAIMS OBJECTION (PURPORTED ADMINISTRATIVE CLAIMS)**

**Norma E. Rodriguez**

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 7450 2/19/14 | Residential Capital, LLC | Administrative Priority | N/A | Purported Administrative Claim - Late-Filed Claim |
| | | Administrative Secured | N/A | |
| | | Secured | N/A | |
| | | Priority | N/A | |
| | | General Unsecured | $477,189.77 | |

PLEASE TAKE NOTICE that, on April 30, 2014, the ResCap Liquidating Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court expunge, and/or disallow one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a Late-Filed Claim.

1 A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

**Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution from the Trust on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

**If you DO oppose the disallowance and expungement of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 21, 2014 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed or expunged, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Trust must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (a) the chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to the ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew and Meryl L. Rothchild); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); and (d) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Ave., Suite S-520, Rye Brook, NY 10573 (Attention: Jeffrey Brodsky).

**A hearing will be held on June 10, 2014 to consider the Objection**. The hearing will be held at **10:00 a.m.** Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to participate in the hearing. The Trust, however, reserves the right to continue the hearing on the Objection with respect to your claim(s). If the Trust does continue the hearing with respect to your claim(s), then the hearing

will be held at a later date. If the Trust does not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

Whether or not the Bankruptcy Court disallows or expunges your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, the Trust has the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Trust's expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479.

CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: April 30, 2014
New York, New York

**MORRISON & FOERSTER LLP**
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING THE RESCAP LIQUIDATING TRUST'S SIXTY-THIRD OMNIBUS CLAIMS OBJECTION (PURPORTED ADMINISTRATIVE CLAIMS)**

Upon the sixty-third omnibus claims objection, dated April 30, 2014 [Docket No. 6845] (the "Objection"),[1] of The ResCap Liquidating Trust (the "Liquidating Trust") established pursuant to the terms of the confirmed Plan filed in the above-referenced Chapter 11 Cases, as successor in interest to the Debtors, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Prepetition Claims on the basis that they are on account of prepetition obligations; Late-Filed Claims on the basis that they were filed after the Administrative Claim Bar Date; the Late-Filed Prepetition Claims on the basis that they were on account of prepetition obligations and were filed after the Administrative Claim Bar Date; and the No Basis Claims on the basis that they assert claims that are not valid administrative claims under section 503 of the Bankruptcy Code; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief

1 Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Objection, the *Declaration of Deanna Horst in Support of The ResCap Liquidating Trust's Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)*, annexed thereto as Exhibit 1-A; and the *Declaration of P. Joseph Morrow IV in Support of The ResCap Liquidating Trust's Sixty-Third Omnibus Claims Objection (Purported Administrative Claims)*, annexed thereto as Exhibit 1-B; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Liquidating Trust, the Liquidating Trust's beneficiaries, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein: and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Prepetition Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit B annexed hereto (the "Late-Filed Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit C annexed hereto (the "Late-Filed Prepetition Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit D annexed hereto (the "No Basis Claims") are hereby disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants, LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Prepetition Claims, Late-Filed Claims, Late-Filed Prepetition Claims, and No Basis Claims identified on the schedules attached as Exhibit A, Exhibit B, Exhibit C, and Exhibit D hereto so that such claims are no longer maintained on the Debtors' Claims Register; and it is further

ORDERED that the Liquidating Trust is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A, Exhibit B, Exhibit C or Exhibit D annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any claim that is not listed on Exhibit A, Exhibit B, Exhibit C or Exhibit D annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Prepetition Claims, Late-Filed Claims, Late-Filed Prepetition Claims, and No Basis Claims identified on Exhibit A, Exhibit B, Exhibit C, or Exhibit D annexed hereto, as if each such Prepetition Claim,

Late-Filed Claim, Late-Filed Prepetition Claim, and No Basis Claim had been individually objected to; and it is further

ORDERED that this Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: June 12, 2014
New York, New York

**/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge



In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

EXHIBIT B

SIXTY-THIRD OMNIBUS OBJECTION - LATE FILED (BORROWER ADMIN CLAIMS)



| | Claims to be Disallowed and Expunged | | | | | | |
|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
| 1 | Norma E. Rodriguez<br>14429 S Cookacre St<br>Compton, CA 90221-2415 | 7450 | 02/19/2014 | <br><br><br><br>$477,189.77 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Sheila Letcher<br>8807 Blue Ridge Blvd<br>Kansas City, MO 64138 | 7435 | 01/22/2014 | UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Sheryl Terrell<br>1001 44th St. W<br>Birmingham, AL 35208 | 7436 | 01/28/2014 | UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |




7013 3020 0001 4341 1846










1000




NORMA E. RODRIGUEZ
14429 S. Cookacre Street
Compton, California 90255
United States

JUL 15 2014
U.S. BANKRUPTCY COURT



HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY COURT
One Bowling Green
New York, NY 10004-1408

