UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION TO WITHDRAWAL AS ATTORNEY

The undersigned attorney with Riverside County Counsel, as counsel for RIVERSIDE COUNTY TREASURER AND TAX COLLECTOR, hereby withdraws as attorney and requests that he be removed from any and all service lists in this matter including the Court's CM/ECF notification list.

Dated: July 15, 2014
Riverside, California

Ronak N. Patel, Esq.
Deputy County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501
Telephone: (951) 955-6300
rpatel@co.riverside.ca.us
tlwainwright@co.riverside.ca.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 15th day of July, 2014.

_____
TRACY WAINWRIGHT