QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
John Maston O'Neal, Esq. (admitted *pro hac vice*)
John.oneal@quarles.com
Lori L. Winkelman, Esq. (admitted *pro hac vice*)
lori.winkelman@quarles.com
Walter J. Ashbrook, Esq. (admitted *pro hac vice*)
walter.ashbrook@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

QUARLES & BRADY LLP, attorneys for OneWest Bank and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23 under the Pooling and Servicing Agreement dated Sept 1, 2005 ("OneWest"), the holder of Claim No. 4872 (the "Claim") filed against Homecomings Financial, LLC (Case No. 12-12042), hereby notices its appearance and requests that it receive notice of all proceedings in these matters, including, but not limited to, any objections to the Claim, any notices in the above-referenced administrative matters and any related adversary proceedings and that the following names be added to the master mailing list:

QB\136701.00059\28515814.1

>John Maston O'Neal, Esq.
>Lori L. Winkelman, Esq.
>Walter J. Ashbrook, Esq.
>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, Arizona  85004-2391
>Phone:  (602) 230-4622
>Fax:  (602) 229-5690
>E-mail: john.oneal@quarles.com
>E-mail: lori.winkelman@quarles.com
>E-mail: walter.ashbrook@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of OneWest's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by OneWest without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in these matters.

Dated: July 16, 2014
      Phoenix, Arizona

/s/ Walter J. Ashbrook
John Maston O'Neal, Esq. (admitted *pro hac vice*)
Lori L. Winkelman, Esq. (admitted *pro hac vice*)
Walter J. Ashbrook, Esq. (admitted *pro hac vice*)

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
E-mail: john.oneal@quarles.com
E-mail: lori.winkelman@quarles.com
E-mail: walter.ashbrook@quarles.com Email:

Attorneys for OneWest Bank and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates Series 2005-AR23 under the Pooling and Servicing Agreement dated Sept 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served electronically upon the parties receiving notice through the Court's CM/ECF system this 16th day of July, 2014.

/s/ Walter J. Ashbrook
Walter J. Ashbrook