KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON SIXTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – UNDERWRITER**
**INDEMNIFICATION CLAIMS) TO AUGUST 26, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988] (the "**Omnibus Objection**") previously scheduled to be heard on **August 13, 2014 at 10:00 a.m**. (**prevailing Eastern Time**), has been adjourned by mutual agreement to **August 26, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Omnibus Objection is extended to **August 5, 2014 at 4:00 p.m. (prevailing Eastern Time).**

Dated:   New York, New York
         July 21, 2014

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                     /s/ Douglas H. Mannal
                                     Kenneth H. Eckstein
                                     Philip Bentley
                                     Douglas H. Mannal
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Telephone: (212) 715-9100
                                     Facsimile: (212) 715-8000

                                     *Counsel for the ResCap Liquidating Trust*