UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re:

**Residential Capital,**

Debtors

AFFIDAVIT OF SERVICE
BY MAIL

Case No. 12-12020-mg
Chapter 11

STATE OF NEW YORK     )
COUNTY OF ALBANY      )ss:

    Kira Hayes, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Watervliet, New York.

    That on July 22, 2014 deponent served a true and exact copy of a Notice of Motion, Motion for Relief with supporting exhibits upon:

Residential Capital, LLC
1177 Avenue of Americas
New York, NY 10036

Stefan W. Engelhard, Esq.
Todd M. Goren, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.
Anthony Princi, Esq
Norman Scott Rosenbaum, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

Jessica G. Berman, Esq
Meyer, Suozzi, English, & Klein, PC
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Donald H. Cram, Esq
Severson & Werson, PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

George M. Geeslin, Esq.
Eight Piedmont Center, Suite 550
355 Piedmont Road, N.E.
Atlanta, GA 30305

John W. Smith T, Esq.
Bradley, Arant, Boult & Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Joel C. Haims, Esq.
Kayvan B. Sadeghi, Esq.
Morrison & Foerster, LLP
250 West 55th Street
New York, NY 10019

Kurtzman Carson Consultants, LLC
Attention: James Le
2335 Alaska Avenue
El Segundo, CA 90045

Kenneth H. Eckstein, Esq.
Douglas Mannal, Esq
Steven S. Sparling, Esq
Steven Zide, Esq.
Kramer, Levin, Naftalis, & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Robert J. Feinstein, Esq.
Pachulask, Stang, Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Bonnie R. Golub, Esq
Weir & Partners, LLP
The Widener Building, Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Steven J. Reisman, Esq
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178

Ronald J. Friedman, Esq
Robert D. Nosek, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Office of the US Trustee
33 Whitehall Street, 21st Street
New York, NY 10004

these being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Further, that on July 22, 2014 deponent served a true and exact copy of a Notice of Motion upon: The attached service list

/s/ Kira Hayes
Kira Hayes

Sworn to before me this
22nd day of July 2014

/s/ Jennifer L. Spretty
NOTARY PUBLIC

Jennifer L Spretty
Notary Public, State of New York
County of Saratoga No. 01SP6033433
Commission Expires 11/15/17

Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York Attorney General
The Capitol
Albany, NY 12224-0341
Attn:  Nancy Lord, Esq.
NealMann, Esq.

Office of the United States Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.

Citibank N.A.
390 Greenwich Street
6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr, Esq.
Eric R. Wilson, Esq.
Counsel to U.S. Bank National Association,

Wells Fargo Bank, N.A. P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Service
GMACM Home Equity Notes 2004 Viable Funding Trust

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock, Esq.
Richard M. Cieri, Esq. Counsel to Ally Financial Inc.

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer, Esq.
Ken Ziman, Esq.
Counsel to the administrative agent for the Debtors' providers of debtor in possession financing

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan, Esq.
Jessica CK Boelter, Esq. Counsel to Nationstar Mortgage LLC

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-734

Securities and Exchange Commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281-1022
Attn: George S. Canellos,

JPMorgan Chase Bank, National Association
383 Madison Avenue, 8th Floor
New York, NY 10179
Attn: Jonathan Davis,

JPMorgan Chase Bank, National Association
1111 Fannin, 12th Floor
Houston, TX 77002
Mailcode: TXF200
Attn: Mortgage Finance

Morgan Stanley Bank, N.A.
1585 Broadway, New York
NY 10036
Attn: SPG Mortgage Finance

Morgan Stanley Mortgage Capital Holdings LLC
1585 Broadway
New York NY 10036
Attn: SPG Mortgage Finance

Wells Fargo Bank, N.A.
c/o Wells Fargo Securities Mortgage Banker Finance Group
2500 Northwinds Parkway, Suite 200
Alpharetta, Georgia 30009
Attn: Ken Logan

Wells Fargo Bank, N.A.
375 Park Avenue
New York, NY 10152
Attn: Mary H. Curtis

Bank of America, N.A.
One Bryant Park, 11th Floor
NY-1-100-11-01
New York, NY 10036
Attn: Eileen Albus, Vice President – Mortgage Finance

Wells Fargo Bank, National Association
1015 10th Avenue SE Minneapolis, Minnesota 55414
Attn: Client Manager – Shellpoint/BofA

Bank of America, N.A.
One Bryant Park – 11th Floor
NY1-100-11-01
New York, NY 10036
Attn:   Eileen Albus Jing Liu Charu Mani Arvindh Rao

AIG Asset Management US LLC Attn: Russell Lipman
80 Pine St
New York, NY 10038

Allstate Life Insurance Company
Attn: Peter A McElvain
3075 Sanders Rd Ste G5A Northbrook, IL 60062

Fein Such & Crane LLP Mark K Broyles Esq.
28 East Main St - Ste 1800
Rochester, NY 14614

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave.
New York, NY 10017

M&TCC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

MBIA Insurance Corporation
Attn: Mitchell Sonkin
113 King St. Armonk, NY 10504

Rowen L Drenne as Representative for the Plaintiffs
Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave - Ste 600
One Commerce Plz
Albany, NY 12231-0001