MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for Appellee the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**APPELLEE RESCAP BORROWER CLAIMS TRUST'S COUNTER-DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits the following counter-designation of additional items to be included in the record on appeal in connection with the Notice of

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013. The Plan provides for the creation and implementation of the Borrower Trust. *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims, *see* Plan, Art. IV.S.

ny-1151111

Appeal [Docket No. 7261] filed by appellant Gregory C. Morse (the "**Appellant**"), from the *Memorandum Opinion and Order Sustaining ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed by Gregory C. Morse* [Docket No. 7069], which was entered by the Bankruptcy Court on June 6, 2014.

The Borrower Trust designates the following additional items to be included in the record on appeal.[2]

A.   **Pleadings from** *In re Residential Capital, LLC* **(Bankr. S.D.N.Y. No. 12-12020 (MG))**

| Docket No. | Description |
|---|---|
| 3294 | Order Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rules 1009, 3007, and 9019(b) Approving (I) Claim Objections Procedures, (II) Borrower Claim Procedures, (III) Settlement Procedures, and (IV) Schedule Amendment Procedures |
| 6030 | Notice of Filing of (I) Revised Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors and (II) Blackline of Changed Pages in Revised Second Amended Joint Chapter 11 Plan |
| 6065 | Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al.* and the Official Committee of Unsecured Creditors |
| 6743 | The ResCap Borrower Claims Trust Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 |

---

[2]   For the avoidance of doubt, the Borrower Trust's designation of any pleadings and/or exhibit lists includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

| Docket No. | Description |
|---|---|
| 6743, Exhibit 3 | Declaration of Lauren Graham Delehey in Support of the ResCap Borrower Claims Trust Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 |
| 6743, Exhibit 4 | Declaration of Norman S. Rosenbaum in Support of the ResCap Borrower Claims Trust Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 |
| 6764 | Affidavit of Service of Clarissa D. Cu re: Documents Served on April 2, 2014 |
| 6825 | Response of Claimant Gregory C. Morse to the ResCap Borrower Clams Trust's Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 |
| 6842 | Order Regarding Ex Parte Documents Sent to Court by Gregory C. Morse |
| 6880 | Notice of Adjournment [of Hearing on Objection to Claim] |
| 6892 | The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proofs of Claim Filed by Gregory C. Morse Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 |
| 6931 | Order Denying Motion for Adjournment |

B.   Transcript

| Date/Time of Hearing | ECF No. | Type of Hearing | Court Reporter or Recorder | Copy Ordered By Borrower Trust |
|---|---|---|---|---|
| May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) | 6998 | Omnibus Hearing regarding *inter alia*, The ResCap Borrower Claims Trust Objection to Proofs of Claim filed by Gregory C. Morse pursuant to 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 | eScribers, LLC | Yes |

C.   **Pleadings from *Morse v. Homecomings Financial, LLC*, et al. (E.D. Tex. 11-cv-00230)**

| Docket No. | Description |
|---|---|
| 1 | Original Complaint |
| 10 | Defendants' Motion to Dismiss and Supporting Memorandum of Legal Authority |
| 16 | Response to Defendants' Motion to Dismiss and Supporting Memorandum of Legal Authority |

| 29 | Plaintiff Gregory C. Morse's Partial Motion to Dismiss Robert Stanley, ABB Mortgage, Walid ABD, Pinnacle Title Company, L.P., and Commonwealth Land and Title Insurance Company |
|---|---|
| 31 | Memorandum Opinion and Order Granting Motions to Dismiss Case |
| 32 | Final Judgment |

D.   **Pleadings from *Morse v. Homecomings Financial, LLC, et al.*
(E.D. Tex. No. 12-cv-00375)**

| Docket No. | Description |
|---|---|
| 9 | Original Petition |
| 14 | Amended Original Complaint |
| 16 | Homecomings Financial LLC's and GMAC Mortgage LLC's Notice of Bankruptcy Filing and Supplemental Servicing Order |
| 17 | Defendants' Motion to Dismiss and Supporting Memorandum of Legal Authority |
| 19 | R. Morse Response to Motion to Dismiss |
| 22 | Defendants' Reply Brief in Support of Motion to Dismiss |
| 50 | Report and Recommendation of United States Magistrate Judge |
| 73 | Order Adopting Report and Recommendation of the United States Magistrate Judge, Dismissing Claims Against Defendants Commonwealth Land Title Insurance Company, MERS, MERSCorp., Inc., Ally and Fannie Mae with Prejudice, Dismissing Claims against Homecomings Wholesale Financial without Prejudice, Dismissing Declaratory Judgment Action Against Defendants Homecoming Financial, LLC and GMAC Mortgage, LLC with Prejudice, Staying Remaining Claims against Defendants Homecomings Financial, LLC and GMAC Mortgage, LLC, and Denying Plaintiff's Motions for Sanctions and to Compel |
| 76 | Order [Denying Motion to Proceed in *Forma Pauperis* on Appeal] |

E.   **Other**

| Docket No. | Description |
|---|---|
| N/A | Proof of Claim Number 5680 Filed by Gregory C. Morse on November 16, 2012 |
| N/A | Proof of Claim Number 5682 Filed by Gregory C. Morse on November 16, 2012 |

[*Remainder of Page Intentionally Left Blank*]

ny-1151111

Dated: July 22, 2014
       New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for Appellee the ResCap Borrower Claims Trust*