7/15/14

HOMECOMINGS FIANIANCIAL

JUDGE MARTIN GLENN

CASE# 12-12020

CLAIM# 1292

CLERK,

    Counter claim for the objection by the counsel of the debtors MORRISON & FOERSTER LLP "No Liability".....

    The security instrument has been registered with the SECRETARY OF THE COMMONWEALTH of MASSACHUSETTS (UCC) Department file number 201294421560 to show an interest in the property. I Creditor and 3rd Party Beneficiary of the "security instrument" which is my assets, has a claim under UCC3-306 and recoupment under UCC 3-305. The security instrument "VALUE" and proceeds generated from my assets should be returned to the originator of the "Note" which is I MARCUS HARRIS. Debtor HOMECOMINGS FIANANICIAL LLC failed to return my original security instrument unendorsed making a liability for the debtor.

I subpoena the following documents that will show the liability for my security instrument...

Under 12 USC 248 and 347 debtor HOMECOMINGS FIANCIAL LCC were required to file an FR 2046 with the FERDERAL RESERVE BOARD. The debtor balance sheets for my registered security instrument will so the liability which they "SOLD" my assets and had to report it. ALSO, the IRS 1099 OID for the year 2002, will identify who the principal is from which capital and interest were taken and the recipient or who the payer of the funds are and who was holding the account in escrow and unadjusted. These documents will show the "liability" to the debtor HOMECOMINGS FIANIANCIAL LLC.



Sincerely,