UNITE STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                          Case No.12-12020 (MG)

RESIDENTIAL CAPITAL LLC,et al,                  Chapter 11

DEBTORS                                         Jointly Administered

MOTION FOR RECONSIDERED FOR CAUSE OR REHEARING
BORROWER CLAIM 4702 REINSTATE SIXTY – SECOND
OMNIBUS OBJECTION DOC.# 6815 AND DOCKET NO.7249
MEMORANDUM OPINION AND ORDER SUSTAINING
BORROWER CLAIMS TRUST OBJECTION TO CLAIM 4702
FILED BY TOMAS DIAZ APPEALL AND STATES AS FOLLOWS:

FACTUAL BACKGROUND
AND LEGAL BASIS FOR
FOR CLAIM NO.4702

1. On April 17,2006,Mr. Diaz obtained a loan modification with Platinum
   Capital Group,refinancing his homestead property located at 5200 SW
   122 ave Miami fla 33175 loan 10500352, in the amount of $1000,000.00
   Paying $400,000.00 in consideration to Platinum Capital Group.Thus,
   Retaining $400,000.00 in equity of such homestead property with
   Platinum Capital Group(.P.1)Debors RFC Owned my loan for only Eight
   Days in May 2006  and RFC put in the pocket in only 8 days my $400,000.
   In equity in the property.
   My Mortgage and Ajustable Rate Note Cancelled and endorsements by
   Fabricated and Changed Title in thousands of foreclosure cases by Ms.
   Judy Faber to Apply her Stamped Endorsement.(P1.a,b,c)Curiously I ask
   Deanna Horst, Ms.Judy Faber Work whith Her or whith RFC or Platinum
   Capital Group or Deutsche Bank Trust or Homecoming Financial?This
   Category  Origination Issues Horst Declaration Exhibit 1

2. On May 24 2006 RFC bought the Loan from Platinum and then transferred
   The Loan to Deutsche Bank Trust Company Americas on June 1,2006
   (Supp.Horst Decl.(P14);Obj.Ex .A.)this assignment was not recorded on
   Public records.Why? .Curiously Ms.Deanna Horst began association
   with ResCap in 2001 until 2014 Director,Responsible Lending Manager,
   Director of Quality Asset Managing,Vice President,Business Risk and
   Control,and many other charged

3. On October 26,2006 MERS as nominee for Platinum to Deutsche Bank (P.2)
   Assignment a Mortgage this was not recorded until Jan 25 2007,3 months
   later .

JUL 2 1 2014

U.S. BANKRUPTCY COURT, SDNY

4. On Oct 31 2006 Deutshe Bank Trust Company Complaint Civil Division
   Case No.06-23056 CA 11 with the Law Offices of Marshall C.Watson,PA,
   Plaintff, vs Tomas Diaz,and others included MERS As nominee for
   Platinum Capital Group.(P.3)

5. On Oct 31 2006 The Complaint Alleges ; The original promissory note
   was lost or destroyed subsequent to Plaintiff s acquisition thereof,the
   exact time and manner of said loss or destruction being unknown to
   Plaintiff.I ask Ms. Deanna Horst ,when destruction being ? (see P.3)

6. On Nov 6 2006 one Affidavit of Indebtedness of Bethany Hood and
   Affian has personal knowledge of the books and records of the service
   Agent (Homecoming is the service).(P4).This category General
   Servicing Issues Horst Declaration Exibit 1

7. Law Offices of Marshall C.Watson and Deutsche Bank Trust
   Company used one of the most confesed person with false job
   Titles and fabricated document ,false Mortgage Assignments the
   Name Bethany Hood.(P.5,P.6)

8. On Nov.29 2006 Deffendant S Answer to Complaint (P.7)

9. Dec 18 2006 Deutsche Bank and Law Offices of Marshall
   C Watson Moves The Court for entry Motion for Summary
   Final Judgment of Foreclosure (P.8)

10. On Jan 16 2007 Deutsche Bank and Marshall C.Watson take
    This Action Final Judgment of Foreclosure.(P.9)

11. On  5 / 30 / 2007 RFC Affidavit of lost note.(P.9)(The same note Deutsche
    Said in 2006 was lost or destroyerd)I ask Ms.Deanna Horst  Where
    Is my Original  Note ? This category STANDING ISSUES  Exibit 1
    Horst Declaration.

12. On May 31 2007 Deutsche Bank and Law Offices of  David J
    Stern open a new Civil Case No.07-16754 CA 10  Recorded
    06/07/2007  In the SameTime The other Case No.06-23056 CA 11
    Is cotinuen open by The Law Office of
    Marshall C.Watson and Deutsche Bank.(P.10)Two Civil Case
    Against Me in the same time in The Court ,same loan ,same house.
    This category WRONGFUL FORECLOSURE Exibit 1 Horst
    Declaration (P.10,a)

13. On Jun 01 2007 Deutsche Bank and Law offices of David Stern
    Case No. 07-16754 CA 11 Take Action Complaint to foreclose

Mortgage and to Enforce Lost Loan Documents(P.11)

14. On Jan 23 2008 Case No.06-23056 CA 11 Deutsche Bank
    And Law Offices of Marshall C.Watson Ex parte Motion to Dissolve
    Lis Pendens Dismiss Complaint (P.12) Release
    Original Documents.(Never see any original documents).
    Defendant tendered sufficient funds to Reinstate the loan
    Which was the subject of this proceeding.

15. On Feb 01 2008 The Case No. 06-23056 CA 11 is
    Dismiss Complaint(P.13)(# 3a)

16. Investigation of Law Offices of Marshall C.Watson (P.14)
    Page 2 (During this time period ,respondents have represented
    Mortgage in filling judgments and handled the subsequent
    Purchase of the foreclosed properties on behalf of the Plaintiff.)

## CONCLUSION

Thus,Mr.Diaz respectfully request this Honorable Court to allow his
new proof of claim 4702 and Motion for Reconsidered for cause this
evidence .

Date :    July 16 ,2014                    Tomas Diaz
                                           Pro se Appelant
                                           Creditor
                                           5200 SW 122 AVE
                                           Miami, Florida  33175