KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FH06-FA2, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT FOR RECONSIDERATION OF THE JUNE 11, 2014 ORDER GRANTING RESCAP LIQUIDATING TRUST'S SIXTY-FIFTH OMNIBUS OBJECTION (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      1.     The hearing on the *Motion for Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims)* (the "**Motion**") [Docket No. 7170], filed by The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee

Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee under the Pooling and Servicing Agreement ("**BNY Mellon**"), previously scheduled for July 30, 2014 at 10:00 a.m. (prevailing Eastern Time), has been adjourned by mutual agreement to August 13, 2014 at 10:00 a.m. (prevailing Eastern Time).

2.    The deadline for the ResCap Liquidating Trust (the "**Liquidating Trust**")  to file a response to the Motion has been adjourned by mutual agreement to August 6, 2014 at 4:00 p.m. (prevailing Eastern Time).

3.    Pursuant to an agreement between the Liquidating Trust and BNY Mellon, the Liquidating Trust is authorized to file this Notice on behalf of BNY Mellon.

Dated: New York, New York
July 23, 2014

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*