No. 12-12020 (MG)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

**Aubrey Manuel,**
Claimant

**Residential Capital, LLC, et al.,**
Debtors

## Objection to the Proposed Claim to be Disallowed and Expunged

Aubrey Manuel
1040 W. 46th street
Los Angeles, California 90037
Telephone: (323) 846-0007
Email: aubreym@pacbell.net



RECEIVED
JUL 2 5 2014
U.S. BANKRUPTCY COURT, SDNY

Claimant respectfully submits this objection to the Proposed Claim to be Disallowance and
Expunged and states as follows:

1. On June 25, 2014 the ResCap filed an objection to claim No. 5634, in case No. 12-12020 in the United States Bankruptcy Court for the Southern District of New York. The basis for the objection is a, No *Liability Borrower Claim.*

2. On May 14, 2012 (the "Petition Date"), Residential Capital, LLC and certain of its direct and indirect subsidiaries, including GMAC Mortgage, LLC (GMACM) (collectively, the "Debtors", filed voluntary petition for relief under Chapter 11 of the bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors' Chapter 11 cases are being jointly administered indexed at case number 12-12020 (MG).

3. GMACM is liable for the Wrongful Foreclosure of the property at 1036 W. 46th street, Los Angeles, CA 90037. This matter is before the Court of Appeal of the State of California Second Appellate District, Division Three.

4. I am seeking $170,000.00; this is the equity amount in the home, I still have physical possession of.

Dated: July 23, 2014

By: _____

Aubrey Manuel
Claimant

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action: my business address is 155 W. Washington Blvd., # 1005, Los Angeles, CA 90015.

On___July 24, 2014,___I served the document described as **Objection to the Proposed Claim to be Disallowed and Expunged** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Angeles, California, addressed as follows:

Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Custom House
One Bowling Green
New York, New York 10004-1408

Morrison & Foerster LLP
Norman S. Rosenbaum
Jordon A. Wishnew
250 W. 55th Street
New York, New York 10019

Office of the United States Trustee for the Southern District of New York
Federal Office Building
Linda A. Riffkin
Brian S. Masumoto
201 Varick Street, #1006
New York, New York 10014

ResCap Borrower Claims trust, Polsinelli PC
Daniel Flanigan
900 Third Ave, 21st Floor
New York, NY10022

I caused such envelope to be sent by FedEx, prepaid, this date. I declare under penalty of perjury the foregoing is true and correct.

Executed on  July 23, 2014,  at Los Angeles, California.


_____
David Lilly