MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------- ) | |
| In re:                                               ) | Case No. 12-12020 (MG) |
|                                                      ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,     ) | Chapter 11 |
|                                                      ) | |
|                                 Debtors.       ) | Jointly Administered |
| ------------------------------------------------------- ) | |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JULY 30, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.        WITHDRAWN/SETTLED MATTER(S)**

**1.**        Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

          **Related Document(s)**:

          **a.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for
                    Relief from Stay [Docket No. 5063]

          **b.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for
                    Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern
                    Time) [Docket No. 5311]

          **c.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for
                    Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern
                    Time) [Docket No. 6081]

    **d.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

    **e.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

    **f.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6492]

    **g.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6680]

    **h.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to April 24, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6754]

    **i.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 15, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6804]

    **j.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to May 29, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6935]

    **k.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to June 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7006]

    **l.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to June 26, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7066]

    **m.**        Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7176]

**Response(s)**:

    **a.**        Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

    **b.**        Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

a.    Simona Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:    This matter has been resolved.  No hearing is required.

2.    Ally Financial Inc.'s Motion for an Order Enforcing the Courts Order Granting Debtors Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 6981]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 7051]

b.    Notice of Adjournment of Hearing on Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 7164]

c.    Notice of Withdrawal of Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 7250]

**Response(s)**:

a.    Philip Roger Flinn, II's Objection to Motion of Ally Financial Inc.'s Motion for Order Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee and Certain Consenting Claimants [Docket Nos. 7138/7147]

**Status**:    This matter has been withdrawn.  No hearing is required.

## II.    ADJOURNED MATTER(S)

1.      Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

**Related Document(s)**:

a.      Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

b.      Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

c.      Letter dated May 27, 2014 from Douglas H. Mannal to the Court regarding status of parties' settlement discussions [Docket No. 7005]

d.      Letter dated June 2, 2014 from Joseph A. Shifer to the Court regarding status of parties' settlement discussions [Docket No. 7037]

e.      Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 9, 2014 at 10:00 a.m. [Docket No. 7168]

f.      Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 30, 2014 at 10:00 A.M. [Docket No. 7230]

g.      Notice of Adjournment of Hearing on Motion of the Rescap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to August 26, 2014 at 10:00 A.M. [Docket No. 7311]

**Response(s)**:

a.      Karla Brown's Opposition to the Motion of the Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6794]

**Reply**:

a.      Reply of the ResCap Liquidating Trust in Support of its Motion for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6807]

**Status**:    The hearing on this matter has been adjourned to August 26, 2014.

2.      Motion of the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank

National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7170]

**Related Document(s)**:

a.   Notice of Motion of the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7172]

b.   The ResCap Liquidating Trust's Sixty-Fifth Omnibus Claims Objection (No Liability Claims) [Docket No. 6847]

c.   Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Claims Objection (No Liability Claims) [Docket No. 7008]

d.   Notice of Adjournment of Hearing on Motion of The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7296]

**Response(s)**:     None.

**Status**:   The hearing on this matter has been adjourned to August 13, 2014.

III.   **CLAIMS OBJECTIONS**

1.   The ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims) [Docket No. 6846]

**Related Document(s)**:

a.   Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims) Solely as it Relates to the Claim Filed by the Marion County Treasurer (Claim No. 1915) to July 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7049]

**Response(s)**:

    **a.**        Response of Marion County Treasurer to Debtors' Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims) [Docket No. 7000]

    **Status**:      The hearing on this matter, solely as it relates to the claim filed by the Marion County Treasurer (Claim No. 1915), has been adjourned to a date to be determined.

**2.**      The ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability- Underwriter Indemnification Claims) [Docket No. 6988]

    **Related Document(s)**:

    **a.**        Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability- Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

    **b.**        Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

    **c.**        Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

    **Response(s)**:      None.

    **Status**:      The hearing on this matter has been adjourned to August 26, 2014.

**3.**      The ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 7092]

    **Related Document(s)**:

    **a.**        Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7271]

    **Response(s)**:      None.

    **Status**:      The hearing on this matter has been adjourned to September 30, 2014.

**4.**      Objection of the ResCap Borrower Claims Trust to Claim Number 392 Filed by Kevin J. Matthews [Docket No. 7094]

    **Related Document(s)**:      None.

**Response(s)**:

a.        Opposition and Response of Kevin J. Matthews to the Objection of the
ResCap Borrower Claim Trust to Claim Number 392 [Docket No. 7226]

**Reply**:

a.        The ResCap Borrower Claims Trust's Reply in Support of its Objection to
Claim Number 392 Filed by Kevin J. Matthews [Docket No. 7304]

**Status**:        The hearing on this matter will be going forward.

Dated:  July 28, 2014                        /s/ Norman S. Rosenbaum
New York, New York                     Lorenzo Marinuzzi
                                                        Norman S. Rosenbaum
                                                        MORRISON & FOERSTER LLP
                                                        250 West 55th Street
                                                        New York, New York 10019
                                                        Telephone: (212) 468-8000
                                                        Facsimile: (212) 468-7900

                                                        *Counsel for The Post-Effective Date
                                                        Debtors, The ResCap Liquidating Trust
                                                        and The ResCap Borrower Claims Trust*