**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-8915

U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408

RE:  Residential Mortgage Real Estate Holdings, LLC         #12-12063

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax

has been satisfied in full.

8/26/13

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Jacques L. Moreau, Chief of
Compliance & Collections