STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-8915



U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408


RE: Residential Funding Real Estate Holdings, LLC                #12-12062

Debtor


## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax

has been satisfied in full.


8/26/13

                                  STATE OF RHODE ISLAND
                                DIVISION OF TAXATION


                                BY: _____
                                Jacques L. Moreau, Chief of
                                Compliance & Collections