Hearing Date and Time: (if ordered by Court)
Response Deadline: (if required by Court)

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### DECLARATION OF FRANK REED SUBMITTED IN CONNECTION WITH MOTION FOR RECONSIDERATION OF JULY 11, 2014 ORDER [ECF Doc. # 7246]

**Proof of Claim Nos.: 3708, 3759, 4736, 4759**

I, Frank Reed, under penalty of perjury, declare as follows:

1. I am a claimant and creditor with respect to the above-referenced Proofs of Claim.

2. I have filed a motion seeking reconsideration of a portion of the Court's July 11, 2014 Order [ECF Doc. # 7246], sustaining in part and overruling in part the ResCap Borrower Trust's objection to the Proofs of Claim filed by Frank Reed and Christina Reed.

3. The July 11, 2014 Order was entered as the result of an objection hearing held by the Court on July 9, 2014.

RECEIVED JUL 25 2014 U.S. BANKRUPTCY COURT, SDNY

4. Annexed hereto is a copy of the transcript of the hearings held before the Honorable Martin Glenn on July 9, 2014, including the hearing pertaining to ResCap Borrower Trust's objection to the Proofs of Claim filed by Frank Reed and Christina Reed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2014.

_____
Frank Reed