**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER DENYING MOTION FOR RECONSIDERATION

Frank and Christina Reed filed a motion for reconsideration (the "Motion," ECF Doc. # 7317), supported by the Declaration of Frank Reed (ECF Doc. # 7318), seeking partial reconsideration of the Court's *Order Sustaining in Part and Overruling Without Prejudice in Part the ResCap Borrower Trust's Objection to the Reed Claims and Setting Evidentiary Hearing* (ECF Doc. # 7246). The Motion is **DENIED**. The evidentiary hearing will proceed as scheduled. (*See* ECF Doc. ## 7282, 7314.)

**IT IS SO ORDERED**.

Dated: July 30, 2014
       New York, New York

                                    /s/Martin Glenn
                                    MARTIN GLENN
                                    United States Bankruptcy Judge