**KEITH J. CHRISTIANSEN**
*PRIVATE INVESTIGATOR*
90 STATE STREET, SUITE 1206
ALBANY, NEW YORK 12207
518-469-4323
FAX – 518-765-0168
E-MAIL – KJCPI@AOL.COM
WWW.CHRISTIANSENPI.NET

December 26, 2013

Ms. Tanesia Gopual
Lazare, Potter & Giacovas, LLP
875 Third Avenue, 28th Floor
New York, New York 10022

RE:  RESIDENTIAL FUNDING, LLC  -v-  SUNTRUST MORTGAGE, INC.

Dear Tanesia:

Enclosed please find the original and one copy of my affidavit of service in the above together with my invoice for services rendered in this regard.  Your letter of December 19, 2013 referred to a $40 check payable to the Secretary of State, that was not included.  There was one check for $40 payable to my company which I deposited and issued the check to the State.

Thank you for the opportunity of serving your firm.

Very truly yours,

*[signature]*

Keith J. Christiansen

KJC/jb
Enclosures.

---

For all services rendered in the above matter including service of process via the Department of State:

   **TOTAL AMOUNT DUE**       $45.00
                                                =======

UNITED STATES DISTRICT COURT
for the
Southern District of New York

---

RESIDENTIAL FUNDING COMPANY, LLC,
    Plaintiff(s),

-against-                            Civil Action No.: 13-CV-8938

SUNTRUST MORTGAGE, INC.,
    Defendant(s).

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF ALBANY  )

    SAMUEL J. CHRISTIANSEN, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in Guilderland, NY. That on the 24th day of December 2013, at 11:10 a.m., he served the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, Rule 7.1 Disclosure and Electronic Case Filing Rules & Instructions and the Individual Rules and Practices of the Honorable Justices Abrams and Pitman, in the above entitled action, upon SUNTRUST MORTGAGE, INC., by delivering two true copies thereof, together with the statutory fee of $40 to the New York State Department of State, pursuant to Section 306 of the Business Corporation Law of the State of New York.

Location of Service: 99 Washington Avenue, Albany, NY.

Manner of Service: By Chad Matice, Clerk authorized to accept service.

Description of Person Served: sex: male, age: 35, skin color: white, height: 6'0",
    Weight: 220, hair color: dark.

                                                        Samuel J. Christiansen

Sworn to before me this
24th day of December 2013

KEITH J. CHRISTIANSEN
Notary Public, State of New York
No. N4703920
Qualified in Albany County
Commission Expires March 30, 20 15