Abrams, R.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RESIDENTIAL FUNDING COMPANY, LLC,

                        Plaintiff,

      v.

SUNTRUST MORTGAGE, INC.,

                       Defendant.
-----------------------------------------------------------X

No. 13-civ-8938

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the indicated parties, that the time for Defendant SunTrust Mortgage, Inc. to appear, move, answer or otherwise respond with respect to the Summons and Complaint shall be extended to and including Friday, March 7, 2014.

This Stipulation may be signed in counter-parts and sent by electronic means, and such signatures shall be binding on said parties as if signed and sent in the original.

Dated:   January 14, 2014

LAZARE POTTER & GIACOVAS LLP

By: _____
David E. Potter (DEP-9473)
875 Third Avenue, 28th Floor
New York, New York 10022
Telephone: (212) 758-9300
Fax: (212) 888-0919
dpotter@lpgllp.com

*Attorneys for Plaintiff Residential Funding Company, LLC*

ALSTON & BIRD LLP

By: _____
John P. Doherty (JD-3275)
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
John.Doherty@alston.com

*Attorneys for Defendant SunTrust Mortgage, Inc.*

SO ORDERED:

Dated: New York, New York
January 16, 2014

Hon. Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007