UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>                               Plaintiff,<br>   -v.-<br><br>SUNTRUST MORTGAGE, INC.,<br><br>                              Defendants. | No. 13-civ-8938<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this court and all parties of record:

       The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of Defendant SunTrust Mortgage, Inc. in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
           February 10, 2014                     Respectfully submitted,

                                                        /s/ John P. Doherty
                                                        John P. Doherty
                                                        ALSTON & BIRD LLP
                                                        90 Park Avenue
                                                        New York, New York 10016
                                                        Tel:     212-210-9400
                                                       Fax:    212-210-9444
                                                       Email:  john.doherty@alston.com

                                                       *Attorneys for Defendant*
                                                       * SunTrust Mortgage, Inc.*