UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>                       Plaintiff,<br>  -v.-<br><br>SUNTRUST MORTGAGE, INC.,<br><br>                      Defendants. | No. 13-civ-8938<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this court and all parties of record:

    The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of Defendant SunTrust Mortgage, Inc. in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          February 10, 2014

                                                      Respectfully submitted,

                                                      /s/ Jennifer S. Kozar
                                                      Jennifer S. Kozar
                                                      ALSTON & BIRD LLP
                                                      90 Park Avenue
                                                      New York, New York 10016
                                                      Tel:     212-210-9400
                                                      Fax:    212-210-9444
                                                      Email:  jennifer.kozar@alston.com

                                                      *Attorneys for Defendant*
                                                       *SunTrust Mortgage, Inc.*