UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,    No. 13-civ-8938

                Plaintiff,    **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

v.

SUNTRUST MORTGAGE, INC.,

                Defendant.

To the Clerk of this court and all parties of record:

The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of Plaintiff Residential Funding Company, LLC in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
March 3, 2014

                Respectfully submitted,

                /s/ Jennifer A. L. Battle
                Jennifer A. L. Battle
                CARPENTER LIPPS & LELAND LLP
                1540 Broadway
                Suite 3710
                New York, New York 10036
                Tel: 212-837-1110
                Fax: 212-837-1108
                Email: battle@carpenterlipps.com

                *Attorneys for Plaintiff*
                *Residential Funding Company, LLC*