UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

RESIDENTIAL FUNDING CO., LLC,  )
)
)
)
Plaintiff,  )
)   Case No. 1:13-cv-08938-RA
-against-  )
)
SUNTRUST MORTGAGE, INC.,  )   **NOTICE OF APPEARANCE**
)
Defendant.  )
———————————————————————  )

PLEASE TAKE NOTICE that Peter Calamari of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 4, 2014

By: _____
Peter Calamari
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:   (212) 849-7000
Fax:   (212) 849-7100
Email: *petercalamari@quinnemanuel.com*

*Attorney for Plaintiff*