UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC, | ) ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:13-cv-08938-RA |
| -against- | ) ) |
| SUNTRUST MORTGAGE, INC., | ) **NOTICE OF APPEARANCE** ) |
| Defendant. | ) ) ) |

PLEASE TAKE NOTICE that Isaac Nesser of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
March 4, 2014

By: _____
Isaac Nesser
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel:  (212) 849–7000
Fax:  (212) 849–7100
Email: *isaacnesser@quinnemanuel.com*

*Attorney for Plaintiff*