UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL FUNDING CO., LLC,

        Plaintiff,

-against-

SUNTRUST MORTGAGE, INC.,

        Defendant.

---

Case No. 1:13-cv-08938-RA

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alex Rossmiller of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 4, 2014

By: _____
Alex Rossmiller
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000
Fax: (212) 849–7100
Email: *alexrossmiller@quinnemanuel.com*

*Attorney for Plaintiff*