UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,             No. 13-cv-8938 (RA)

          Plaintiff,             **MOTION FOR ADMISSION PRO HAC VICE**

v.

SUNTRUST MORTGAGE, INC.,

          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Jeffrey A. Lipps, hereby move this court for an Order for admission to practice Pro Hac Vice to appear as counsel for Residential Funding Company, LLC in the above-captioned action.

I am in good standing of the bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
March 5, 2014                          Respectfully submitted,

          /s/ Jeffrey A. Lipps
          Jeffrey A. Lipps
          CARPENTER LIPPS & LELAND LLP
          1540 Broadway
          Suite 3710
          New York, New York 10036
          Tel: 212-837-1110
          Fax: 212-837-1108
          Email: lipps@carpenterlipps.com

          *Attorneys for Plaintiff*
          *Residential Funding Company, LLC*