**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC, | No. 13-cv-8938 (RA) |
| Plaintiff, | **ORDER FOR ADMISSION PRO HAC VICE** |
| v. | |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

The motion of Jeffrey A. Lipps, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Ohio; and that his contact information is as follows:

> Jeffrey A. Lipps
> CARPENTER LIPPS & LELAND LLP
> 1540 Broadway
> Suite 3710
> New York, New York 10036
> Tel: 212-837-1110
> Fax: 212-837-1108
> Email: lipps@carpenterlipps.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Residential Funding Company, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____
                                       United States District/Magistrate Judge