# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC

Plaintiff,

-v-

SUNTRUST MORTGAGE, INC.

Defendant.

Case No. 13 CIV 8938 (RA)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SunTrust Mortgage, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SunTrust Mortgage, Inc. a Virginia corporation, is a wholly-owned subsidiary of SunTrust Bank, a Georgia state chartered bank. SunTrust Bank is a wholly-owned subsidiary of SunTrust Bank Holding Company, a Florida corporation. SunTrust Bank Holding Company is a wholly-owned subsidiary of SunTrust Banks, Inc., a publicly traded holding company.

Date: March 5, 2014

Signature of Attorney: *John P. Doherty*

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007