UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,

                Plaintiff,

-v.-

SUNTRUST MORTGAGE, INC.,

                Defendant.

No. 13-civ-8938

## DECLARATION OF JOHN P. DOHERTY

Pursuant to 28 U.S.C. § 1746, I, John P. Doherty, hereby declare and state as follows:

1.     I am a member of the firm of Alston & Bird LLP, admitted to practice in this Court, and counsel to Defendant SunTrust Mortgage, Inc.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Client Contract by and between GMAC Bank and SunTrust Mortgage, Inc. dated May 17, 2007.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Events of Default, Termination of Commitments and Reservation of Rights sent by GMAC Bank and Residential Funding Company, LLC to SunTrust Mortgage, Inc. dated August 21, 2007.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the GMAC RFC Client Guide filed on May 9, 2011 in *Residential Funding Company, LLC v. Terrace Mortgage Company*, Case No. 09-cv-03455 (D. Minn) [Docket No. 29-7].

12-12020-mg    Doc 7322-19    Filed 07/30/14    Entered 07/30/14 17:36:32    main doc 15
Case 1:13-cv-08938-RA   Document 15   Filed 03/05/14   Page 2 of 2
Pg 2 of 2

5. Attached hereto as Exhibit 4 is a true and correct copy of the definitions section of the GMAC RFC Client Guide dated November 21, 2005.

Executed this 5th day of March, 2014, in New York, New York

_____
John P. Doherty

2