**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7171

WRITER'S INTERNET ADDRESS
petercalamari@quinnemanuel.com

March 6, 2014

Via ECF

The Hon. Ronnie Abrams
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY  10007

Re: *Residential Funding Company, LLC v. Suntrust Mortgage, Inc.*, 13-cv-8938 (RA)

Dear Judge Abrams:

We represent Plaintiff Residential Funding Company, LLC, in the above-captioned matter. As noted in the parties' joint case statement letter of February 28, 2014 (Dkt. 7), Plaintiff believes the appropriate forum for this matter is the SDNY Bankruptcy Court, and we write to the Court in advance of tomorrow's status conference to provide a copy of Chief Judge Preska's Amended Standing Order of Reference of January 31, 2012, 12-MISC-00032.

Respectfully submitted,

Peter E. Calamari

Enclosure

Cc: All Counsel (via e-mail)