USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RESIDENTIAL FUNDING COMPANY, LLC,

            Plaintiff,

-v-

SUNTRUST MORTGAGE, INC.,

           Defendant.

-------------------------------------------------------------X

No. 13 Civ. 8938 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at Friday's conference, it is hereby:

ORDERED that Plaintiff's amended complaint shall be filed by April 7, 2014. Defendant's response to Plaintiff's amended complaint shall be filed by May 20, 2014 and shall be in the form of an answer, an amended motion to dismiss, or a notification that Defendant intends to rely on its original motion to dismiss. If Defendant files a revised motion to dismiss or elects to rely on its original motion to dismiss, Plaintiff's opposition shall be filed by June 10, 2014, and Defendant's reply shall be filed by June 20, 2014.

IT IS FURTHER ORDERD that Plaintiff's motion to refer this matter to bankruptcy court shall be filed by April 7, 2014, Defendant's opposition shall be filed by May 20, 2014, and Plaintiff's reply shall be filed by June 10, 2014.

IT IS FURTHER ORDERED that the parties shall notify the Court if referral to mediation or a magistrate judge for a settlement conference would be productive at this time.

SO ORDERED.

Dated:     March 10, 2014
           New York, New York

_____
Ronnie Abrams
United States District Judge