# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3862
www.alston.com

John P. Doherty       Direct Dial: 212-210-1282       Email: john.doherty@alston.com

March 11, 2014

<u>VIA ECF</u>

The Hon. Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *Residential Funding Company, LLC v. SunTrust Mortgage, Inc.*,
              13-cv-8938 (RA)

Dear Judge Abrams:

     We represent Defendant SunTrust Mortgage, Inc. and write in response to Plaintiff's March 11, 2014 letter to Your Honor concerning scheduling for Plaintiff's forthcoming motion to refer the case to Bankruptcy Court.

     The Court's Order (Docket # 18) is correct. At Friday's case management conference, Your Honor stated that Defendant's response to Plaintiff's motion to refer will be due May 20, 2014, the same date as Defendant's motion to dismiss Plaintiff's amended complaint (if filed). I believe there was some initial discussion during the conference about having Defendant's response to a motion to refer due thirty (30) days after the filing of the motion. However, following that, the Court stated that Defendant's response to the motion to refer and its motion to dismiss both would be due on May 7, 2014, regardless of when the motion to refer was filed. Thereafter, at my request, the Court moved the May 7th deadline for both motions to May 20th, which is what the Order reflects.

     Accordingly, Defendant respectfully submits that the Court's Order is accurate and should not be modified.

Respectfully submitted,

*John P. Doherty*

John P. Doherty

JPD/acj