12-12020-mg    Doc 7322-30    Filed 12/17/13    Entered 07/30/14 17:36:32    doc 22
Pg 1 of 1
Case 1:13-cv-08938-RA    Document 19    Filed 03/11/14    Page 1 of 1

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/14

# MEMO ENDORSED

WRITER'S DIRECT DIAL NO.
(212) 849-7171

WRITER'S INTERNET ADDRESS
petercalamari@quinnemanuel.com

March 11, 2014

<u>Via ECF</u>

The Hon. Ronnie Abrams
United States District Court
  for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Residential Funding Company, LLC v. Suntrust Mortgage, Inc.</u>, 13-cv-8938 (RA)

Dear Judge Abrams:

We represent Plaintiff Residential Funding Company, LLC, in the above-captioned matter, and appeared before the Court at a status conference on Friday, March 7, 2014. At that conference, we understood the Court to order a dual-track schedule: (1) for briefing on Plaintiff's motion to refer the case to the Bankruptcy Court, a deadline of April 7, but if filed earlier as anticipated, Defendant would have 30 days from filing date to respond, and then Plaintiff 10 days to reply; and (2) for briefing related to the Amended Complaint, a calendar-based schedule. The Court's docket order, however, reflects the calendar-based schedule for both motions. (<u>See</u> Dkt. 18.) Plaintiff respectfully requests the entry of a modified order to reflect the separate briefing schedules.

Respectfully submitted,

*/s/ Peter E. Calamari*
Peter E. Calamari

Cc:    All Counsel (via e-mail)

Application denied. The parties shall adhere to the briefing schedule set forth in the Court's Order of March 10, 2014.

3/12/14

SO ORDERED.

/s/ RA

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, D.C. | LONDON | TOKYO | MANNHEIM | HAMBURG | MOSCOW | PARIS