UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC, <br><br> Plaintiff, <br><br> -against- <br><br> SUNTRUST MORTGAGE, INC., <br><br> Defendant. | Case No. 1:13-cv-08938-RA <br><br> **NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that John Sullivan of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of Residential Funding Company LLC in the above-captioned matter.

   I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 13, 2014

                              By: /s/ John Sullivan
                                  John Sullivan
                                  Quinn Emanuel Urquhart & Sullivan LLP
                                  51 Madison Avenue, 22nd Floor
                                  New York, New York  10010
                                  Tel:   (212) 849–7000
                                  Fax:   (212) 849–7100
                                  Email: *johnsullivan@quinnemanuel.com*

                                  *Attorney for Plaintiff*