UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Residential Funding Company, LLC

                Plaintiff,

-against-

Suntrust Mortgage, Inc.

                Defendant.

------------------------------------------------------------

Case No. 1:13-cv-08938-RA

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John Sullivan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS2234     My State Bar Number is 4996310

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Weil, Gotshal & Manges LLP
                      FIRM ADDRESS: 767 Fifth Avenue, New York, NY 10022
                      FIRM TELEPHONE NUMBER: (212) 310-8577
                      FIRM FAX NUMBER: (212) 310-8007

NEW FIRM:    FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
                      FIRM ADDRESS: 51 Madison Avenue, 22nd Fl., New York, NY 10010
                      FIRM TELEPHONE NUMBER: (212) 849-7000
                      FIRM FAX NUMBER: (212) 849-7100

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ .

Dated: 3/13/14

                                           ATTORNEY'S SIGNATURE