# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

Residential Funding Company, LLC,

Plaintiff

vs.

Suntrust Mortgage, Inc.,

Defendant

Case Number

1:13-cv-08938 (RA)

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Residential Funding Company, LLC

Plaintiff

vs.

Columbia Home Loans, LLC,

Defendant

Case Number

1:13-cv-08867 (RA)

Page 1

12-12020-mg    Doc 7322-34    Filed 12/17/13    Entered 07/30/14 17:36:32    main doc 26
Case 1:13-cv-08938-RA    Document 26    Filed 03/18/14    Page 2 of 2
Pg 2 of 2

IH-32                                                                                   Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open      (If so, set forth procedural status and summarize any court rulings.)

Voluntarily dismissed; no appeal pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

See attached statement.

Signature: /s/ Peter E. Calamari                           Date: March 18, 2013

Firm: Quinn Emanuel Urquhart & Sullivan, LLP