UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING CO., LLC,<br><br>Plaintiff,<br><br>- against -<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Case No. 1:13-cv-08938-RA |

**NOTICE OF MOTION TO CONFIRM APPLICATION OF S.D.N.Y. STANDING ORDER OF AUTOMATIC REFERENCE TO BANKRUPTCY COURT**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated April 7, 2014, Plaintiff Residential Funding Company, LLC, respectfully moves this Court, before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on such date as the Court will determine, pursuant to 28 U.S.C. § 157 and Chief Judge Preska's January 31, 2012 Amended Standing Order of Reference, 12-MISC-00032 (the "Standing Order"), for an order confirming application of the Standing Order and referring this action to the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), for further adjudication in connection with the bankruptcy cases from which this action arises and to which it is related, *In re Residential Funding Co., LLC, et al.*, No. 12-12019 (MG) (Jointly Administered) (the "Bankruptcy Cases"), which were commenced under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code").

Dated:  April 7, 2014

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

BY:   /s/ Peter E. Calamari
Peter E. Calamari
Isaac Nesser
Alex Rossmiller
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
petercalamari@quinnemanuel.com
isaacnesser@quinnemanuel.com
alexrossmiller@quinnemanuel.com

*Attorneys For Plaintiff Residential Funding Company, LLC*