UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>                           Plaintiff,<br><br>  -v.-<br><br>SUNTRUST MORTGAGE, INC.,<br><br>                          Defendants. | No. 13-civ-8938<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this court and all parties of record:

       The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of Defendant SunTrust Mortgage, Inc. in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
          May 13, 2014

Respectfully submitted,

/s/ James S. D'Ambra, Jr.
James S. D'Ambra, Jr.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel:    212-210-9400
Fax:   212-210-9444
Email:  james.dambra@alston.com

*Attorneys for Defendant*
 *SunTrust Mortgage, Inc.*