UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>      Plaintiff,<br><br>-v.-<br><br>SUNTRUST MORTGAGE, INC.,<br><br>      Defendant. | No. 13-civ-8938 |

**DEFENDANT SUNTRUST MORTGAGE, INC.'S**
**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the annexed Declaration of John P. Doherty to the Amended Complaint, dated May 20, 2014, and the exhibits annexed thereto, the accompanying Memorandum Of Law In Support Of Its Motion To Dismiss Plaintiff's Amended Complaint, dated May 20, 2014, and all other papers and proceedings heretofore had herein, Defendant SunTrust Mortgage, Inc. ("SunTrust"), by and through its undersigned attorneys, will move before the Honorable Ronnie Abrams, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 9(B), New York, New York 10007, on such date as the Court will determine, for an Order dismissing Plaintiff's Amended

Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 8 and 12(b)(1) & (6).

Dated: New York, New York
      May 20, 2014

Respectfully submitted,

ALSTON & BIRD LLP

By: /s/ John P. Doherty
John P. Doherty
John.doherty@alston.com
Jennifer S. Kozar
Jennifer.kozar@alston.com
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Defendant SunTrust Mortgage, Inc.*