UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING COMPANY, LLC,

                    Plaintiff,

    -v.-

SUNTRUST MORTGAGE, INC.,

                    Defendant.

No. 13-civ-8938

### DECLARATION OF JOHN P. DOHERTY IN SUPPORT OF DEFENDANT SUNTRUST'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, John P. Doherty, hereby declare and state as follows:

1. I am a member of the firm of Alston & Bird LLP, admitted to practice in this Court, and counsel to Defendant SunTrust Mortgage, Inc.

2. Attached hereto as Exhibit 1 is a true and correct copy of GMAC-RFC's Notice of Events of Default, Termination of Commitments and Reservation of Rights, dated August 21, 2007.

3. Attached hereto as Exhibit 2 is a spreadsheet prepared under my supervision using the SEC's EDGAR search tool that provides links to certain documents, if available, for the 105 securitizations listed in Exhibit C to Residential Funding Company, LLC's Amended Complaint.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Assignment and Assumption Agreement by and between Residential Funding Company, LLC and Residential Accredit Loans, Inc. regarding the RALI Series 2007-QS7 securitization, dated May 30, 2007, which I obtained using the SEC's EDGAR search tool.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Pooling and Servicing Agreement regarding the RALI Series 2007-QS7 securitization by and between Residential Accredit Loans, Inc., as Company, Residential Funding Company, LLC, as Master

Servicer, and Deutsche Bank Trust Company Americas, as Trustee, dated May 1, 2007, which I obtained using the SEC's EDGAR search tool.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Assignment and Assumption Agreement between Residential Funding Company, LLC and Residential Accredit Loans, Inc. regarding the RALI Series 2005-QA10 securitization, dated September 23, 2005, which I obtained using the SEC's EDGAR search tool.

7. Attached hereto as Exhibit 6 are true and correct copies of screenshots from the Delaware Department of State: Division of Corporations – Online Services confirming that Residential Funding Company, LLC is a Delaware Domestic Corporation and the ResCap Liquating Trust is a Delaware Statutory Trust.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Client Contract by and between GMAC Bank and SunTrust Mortgage, Inc., dated May 17, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of Section 10 ("Definition Section") of GMAC-RFC's Client Guide, dated November 21, 2005.

10. Attached hereto as Exhibit 9 is a true and correct copy of portions of GMAC-RFC's Client Guide (Version 1-06-G04), effective December 11, 2006.

Executed this 20th day of May, 2014, in New York, New York

_____
John P. Doherty

2