# EXHIBIT 2

# EXHIBIT 2

| Securitzation listed in Ex. C to Am. Compl. | Securitization listed on SEC's EDGAR | Assignment and Assumption Agreement | No alleged reservation of rights by RFC | Pooling and Servicing Agreement |
|---|---|---|---|---|
| 2005-QA10 | RALI Series 2005-QA10 Trust CIK#: 0001339717 | http://www.sec.gov/Archives/edgar/data/1339717/000133971705000003/qa10aa.txt | | |
| 2005-QA12 | RALI Series 2005-QA12 Trust CIK#: 0001345513 | http://www.sec.gov/Archives/edgar/data/1345513/000134551305000003/qa12aa.txt | | |
| 2005-QA8 | RALI Series 2005-QA8 Trust CIK#: 0001334341 | http://www.sec.gov/Archives/edgar/data/1334341/000133434105000002/qa8aa.txt | | |
| 2005-QS10 | RALI Series 2005-QS10 Trust CIK#: 0001334464 | http://www.sec.gov/Archives/edgar/data/1334464/000133446405000002/qs10aa.txt | | |
| 2005-QS12 | RALI Series 2005-QS12 Trust CIK#: 0001337441 | http://www.sec.gov/Archives/edgar/data/1337441/000133744105000002/qs12aa.txt | | |
| 2005-QS13 | RALI Series 2005-QS13 Trust CIK#: 0001340191 | http://www.sec.gov/Archives/edgar/data/1340191/000134019105000002/qs13aa.txt | | |
| 2005-QS14 | RALI Series 2005-QS14 Trust CIK#: 0001340397 | http://www.sec.gov/Archives/edgar/data/1340397/000134039705000002/qs14aa.htm | | |
| 2005-QS15 | RALI Series 2005-QS15 Trust CIK#: 0001342509 | http://www.sec.gov/Archives/edgar/data/1342509/000134250905000002/qs15aa.txt | | |
| 2005-QS16 | RALI Series 2005-QS16 Trust CIK#: 0001345616 | http://www.sec.gov/Archives/edgar/data/1345616/000134561605000002/qs16aa.txt | | |
| 2005-QS17 | RALI Series 2005-QS17 Trust CIK#: 0001346469 | http://www.sec.gov/Archives/edgar/data/1346469/000134646906000001/qs17aa.txt | | |
| 2005-QS3 | RALI Series 2005-QS3 Trust CIK#: 0001322018 | http://www.sec.gov/Archives/edgar/data/1322018/000132201805000002/qs3aa.htm | | |
| 2005-QS4 | RALI Series 2005-QS4 Trust CIK#: 0001325146 | http://www.sec.gov/Archives/edgar/data/1325146/000132514605000002/qs4aa.txt | | |
| 2005-QS5 | RALI Series 2005-QS5 Trust CIK#: 0001325171 | http://www.sec.gov/Archives/edgar/data/1325171/000132517105000002/qs5aa.txt | | |
| 2005-QS7 | RALI Series 2005-QS7 Trust CIK#: 0001331690 | http://www.sec.gov/Archives/edgar/data/1331690/000133169005000002/qs7aa.txt | | |
| 2006-QA5 | RALI Series 2006-QA5 Trust CIK#: 0001365250 | http://www.sec.gov/Archives/edgar/data/1365250/000106823806000701/exh_10-2.htm | X | http://www.sec.gov/Archives/edgar/data/1365250/000106823806000701/exh_10-1.htm |
| 2006-QS1 | RALI Series 2006-QS1 Trust CIK#: 0001348927 | http://www.sec.gov/Archives/edgar/data/1348927/000134892706000005/qs1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1348927/000134892706000005/qs1ssfinal.htm |
| 2006-QS10 | RALI Series 2006-QS10 Trust CIK#: 0001369100 | http://www.sec.gov/Archives/edgar/data/1369100/000136910006000006/qs10aa.htm | X | http://www.sec.gov/Archives/edgar/data/1369100/000136910006000006/qs10ssfinal.htm |
| 2006-QS11 | RALI Series 2006-QS11 Trust CIK#: 0001369101 | http://www.sec.gov/Archives/edgar/data/1369101/000136910106000006/qs11aa.htm | X | http://www.sec.gov/Archives/edgar/data/1369101/000136910106000006/qs11ssfinal.htm |
| 2006-QS12 | RALI Series 2006-QS12 Trust CIK#: 0001372600 | http://www.sec.gov/Archives/edgar/data/1372600/000137260006000011/qs12aa.txt | X | http://www.sec.gov/Archives/edgar/data/1372600/000137260006000011/qs12ssfinal.htm |
| 2006-QS13 | RALI Series 2006-QS13 Trust CIK#: 0001372798 | http://www.sec.gov/Archives/edgar/data/1372798/000106823806001019/rali2006qs13_aa-agree.htm | X | http://www.sec.gov/Archives/edgar/data/1372798/000106823806001019/rali2006qs13_series-supp.htm |
| 2006-QS14 | RALI Series 2006-QS14 Trust CIK#: 0001375655 | http://www.sec.gov/Archives/edgar/data/1375655/000137565506000010/qs14aa.htm | X | http://www.sec.gov/Archives/edgar/data/1372798/000106823806001019/rali2006qs13_series-supp.htm |
| 2006-QS15 | RALI Series 2006-QS15 Trust CIK#: 0001375656 | http://www.sec.gov/Archives/edgar/data/1375656/000137565606000009/qs15aa.htm | X | http://www.sec.gov/Archives/edgar/data/1375656/000137565606000009/qs15ssfinal.htm |
| 2006-QS16 | RALI Series 2006-QS16 Trust CIK#: 0001377807 | http://www.sec.gov/Archives/edgar/data/1377807/000137780706000007/qs16aa.htm | X | http://www.sec.gov/Archives/edgar/data/1377807/000137780706000007/qs16ssfinal.htm |
| 2006-QS17 | RALI Series 2006-QS17 Trust CIK#: 0001380368 | http://www.sec.gov/Archives/edgar/data/1380368/000138036807000005/qs17aa.htm | X | http://www.sec.gov/Archives/edgar/data/1380368/000138036807000005/qs17ssfinal.htm |
| 2006-QS18 | RALI Series 2006-QS18 Trust CIK#: 0001380369 | http://www.sec.gov/Archives/edgar/data/1380369/000138036907000006/qs18aa.txt | X | http://www.sec.gov/Archives/edgar/data/1380369/000138036907000006/qs18ssfinal.htm |
| 2006-QS3 | RALI Series 2006-QS3 Trust CIK#: 0001352052 | http://www.sec.gov/Archives/edgar/data/1352052/000135205206000012/qs3aa.htm | X | http://www.sec.gov/Archives/edgar/data/1352052/000135205206000012/qs3ssfinal.htm |
| 2006-QS4 | RALI Series 2006-QS4 Trust CIK#: 0001358092 | http://www.sec.gov/Archives/edgar/data/1358092/000135809206000005/qs4aa.txt | X | http://www.sec.gov/Archives/edgar/data/1358092/000135809206000005/qs4ssfinal.htm |
| 2006-QS5 | RALI Series 2006-QS5 Trust CIK#: 0001359592 | http://www.sec.gov/Archives/edgar/data/1359592/000135959206000003/qs5aa.htm | X | http://www.sec.gov/Archives/edgar/data/1359592/000135959206000003/qs5ssfinal.htm |
| 2006-QS6 | RALI Series 2006 QS6 Trust CIK#: 0001362195 | http://www.sec.gov/Archives/edgar/data/1362195/000136219506000003/qs6aa.htm | X | http://www.sec.gov/Archives/edgar/data/1362195/000136219506000003/qs6ssfinal.htm |
| 2006-QS7 | RALI Series 2006-QS7 Trust CIK#: 0001362336 | http://www.sec.gov/Archives/edgar/data/1362336/000136233606000007/qs7aa.htm | X | http://www.sec.gov/Archives/edgar/data/1362336/000136233606000007/qs7ssfinal.htm |
| 2006-QS8 | RALI Series 2006-QS8 Trust CIK#: 0001366205 | http://www.sec.gov/Archives/edgar/data/1366205/000136620506000004/qs8aa.htm | X | http://www.sec.gov/Archives/edgar/data/1366205/000136620506000004/qs8ssfinal.htm |
| 2006-QS9 | RALI Series 2006-QS9 Trust CIK#: 0001366206 | http://www.sec.gov/Archives/edgar/data/1366206/000106823806000808/qs9aa.htm | X | http://www.sec.gov/Archives/edgar/data/1366206/000106823806000808/exh10dot1-ss.htm |
| 2006-RS3 | AMP Series 2006-RS3 Trust CIK#: 0001361603 | http://www.sec.gov/Archives/edgar/data/1361603/000095013606004214/file003.htm | X | http://www.sec.gov/Archives/edgar/data/1361603/000095013606004214/file002.htm |
| 2006-RS4 | RAMP Series 2006-RS4 Trust CIK#: 0001361604 | http://www.sec.gov/Archives/edgar/data/1361604/000095013606005735/file3.htm | | |
| 2006-RS5 | RAMP Series 2006-RS5 Trust CIK#: 0001371152 | http://www.sec.gov/Archives/edgar/data/1371152/000137115206000007/rs5aa.htm | | |
| 2006-RS6 | RAMP Series 2006-RS6 Trust CIK#: 0001377242 | http://www.sec.gov/Archives/edgar/data/1377242/000137724206000008/rs6aa.htm | | |
| 2006-S10 | RFMSI Series 2006-S10 Trust CIK#: 0001376300 | http://www.sec.gov/Archives/edgar/data/1376300/000137630006000017/s10aa.htm | X | http://www.sec.gov/Archives/edgar/data/1376300/000137630006000017/s10ssfinal.htm |
| 2006-S11 | RFMSI Series 2006-S11 Trust CIK#: 0001377907 | http://www.sec.gov/Archives/edgar/data/1377907/000137790706000013/s11aa.htm | X | http://www.sec.gov/Archives/edgar/data/1377907/000137790706000013/s11ssfinal.htm |
| 2006-S12 | RFMSI Series 2006-S12 Trust CIK#: 0001380370 | http://www.sec.gov/Archives/edgar/data/1380370/000138037007000004/s12aa.txt | X | http://www.sec.gov/Archives/edgar/data/1380370/000138037007000007/s12ssfinal.htm |
| 2006-S5 | RFMSI Series 2006-S5 Trust CIK#: 0001363535 | http://www.sec.gov/Archives/edgar/data/1363535/000136353506000006/s5aa.htm | X | http://www.sec.gov/Archives/edgar/data/1363535/000136353506000006/s5ssfinal.htm |
| 2006-S6 | RFMSI Series 2006-S6 Trust CIK#: 0001366203 | http://www.sec.gov/Archives/edgar/data/1366203/000136620306000010/s6aa.htm | X | http://www.sec.gov/Archives/edgar/data/1366203/000136620306000010/s6ssfinal.htm |
| 2006-S7 | RFMSI Series 2006-S7 Trust CIK#: 0001369031 | http://www.sec.gov/Archives/edgar/data/1369031/000136903106000009/s7aa.htm | X | http://www.sec.gov/Archives/edgar/data/1369031/000136903106000009/s7ssfinal.htm |
| 2006-S8 | RFMSI Series 2006-S8 Trust CIK#: 0001373571 | http://www.sec.gov/Archives/edgar/data/1373571/000137357106000017/s8aa.txt | X | http://www.sec.gov/Archives/edgar/data/1373571/000137357106000017/s8ssfinal.txt |
| 2006-S9 | RFMSI Series 2006-S9 Trust CIK#: 0001373849 | http://www.sec.gov/Archives/edgar/data/1373849/000137384906000008/s9aa.txt | X | http://www.sec.gov/Archives/edgar/data/1373849/000137384906000008/s9ssfinal.txt |
| 2006-SP3 | RAAC Series 2006-SP3 Trust CIK#: 0001366204 | http://www.sec.gov/Archives/edgar/data/1366204/000136620406000011/sp3aa.htm | | |
| 2007-QA1 | RALI Series 2007-QA1 Trust CIK#: 0001385297 | http://www.sec.gov/Archives/edgar/data/1385297/000138529707000004/qa1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1385297/000138529707000004/qa1ssfinal.htm |
| 2007-QA2 | RALI Series 2007-QA2 Trust CIK#: 0001388210 | http://www.sec.gov/Archives/edgar/data/1388210/000138821007000007/qa2aa.htm | X | http://www.sec.gov/Archives/edgar/data/1388210/000138821007000007/qa2ssfinal.htm |
| 2007-QS1 | RALI Series 2007-QS1 Trust CIK#: 0001382368 | http://www.sec.gov/Archives/edgar/data/1382368/000138236807000012/qs1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1382368/000138236807000012/qs1ssfinal.htm |
| 2007-QS2 | RALI Series 2007-QS2 Trust CIK#: 0001383327 | http://www.sec.gov/Archives/edgar/data/1383327/000138332707000013/qs2aa.htm | X | http://www.sec.gov/Archives/edgar/data/1383327/000138332707000013/qs2ssfinal.htm |
| 2007-QS3 | RALI Series 2007-QS3 Trust CIK#: 0001386312 | http://www.sec.gov/Archives/edgar/data/1386312/000138631207000013/qs3aa.htm | X | http://www.sec.gov/Archives/edgar/data/1386312/000138631207000013/qs3ssfinal.htm |
| 2007-QS4 | RALI Series 2007-QS4 Trust CIK#: 0001389788 | http://www.sec.gov/Archives/edgar/data/1389788/000138978807000008/qs4aa.htm | X | http://www.sec.gov/Archives/edgar/data/1389788/000138978807000008/qs4ssfinal.htm |
| 2007-QS5 | RALI Series 2007-QS5 Trust CIK#: 0001390318 | http://www.sec.gov/Archives/edgar/data/1390318/000139031807000008/qs5aa.htm | X | http://www.sec.gov/Archives/edgar/data/1390318/000139031807000008/qs5ssfinal.htm |
| 2007-QS6 | RALI Series 2007-QS6 Trust CIK#: 0001392495 | http://www.sec.gov/Archives/edgar/data/1392495/000139249507000008/qs6aa.htm | X | http://www.sec.gov/Archives/edgar/data/1392495/000139249507000008/qs6ss.htm |
| 2007-QS7 | RALI Series 2007-QS7 Trust CIK#: 0001396664 | http://www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7aa.htm | X | http://www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7ssfinal.htm |
| 2007-QS8 | RALI Series 2007-QS8 Trust CIK#: 0001400095 | http://www.sec.gov/Archives/edgar/data/1400095/000140009507000008/qs8aa.htm | X | http://www.sec.gov/Archives/edgar/data/1400095/000140009507000008/qs8ssfinal.htm |
| 2007-QS9 | RALI Series 2007 QS9 Trust CIK#: 0001403457 | http://www.sec.gov/Archives/edgar/data/1403457/000140345707000006/qs9aa.htm | X | http://www.sec.gov/Archives/edgar/data/1403457/000140345707000006/qs9ssfinal.htm |
| 2007-RS1 | RAMP Series 2007-RS1 Trust CIK#: 0001388518 | http://www.sec.gov/Archives/edgar/data/1388518/000095013607001849/file3.htm | X | http://www.sec.gov/Archives/edgar/data/1388518/000095013607001849/file2.htm |
| 2007-RS2 | RAMP Series 2007-RS2 Trust CIK#: 0001395521 | http://www.sec.gov/Archives/edgar/data/1395521/000139552107000012/rs2aa.htm | X | http://www.sec.gov/Archives/edgar/data/1395521/000139552107000012/rs2psafinal.htm |

| | | | EXHIBIT 2 | |
|---|---|---|---|---|
| Securitzation listed in Ex. C to Am. Compl. | Securitization listed on SEC's EDGAR | Assignment and Assumption Agreement | No alleged reservation of rights by RFC | Pooling and Servicing Agreement |
| 2007-RZ1 | RAMP Series 2007-RZ1 Trust CIK#: 0001384906 | http://www.sec.gov/Archives/edgar/data/1384906/000138490607000011/rz1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1384906/000138490607000011/rz1psafinal.htm |
| 2007-S1 | RFMSI Series 2007-S1 Trust CIK#: 0001384913 | http://www.sec.gov/Archives/edgar/data/1384913/000138491307000015/s1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1384913/000138491307000015/s1ssfinal.htm |
| 2007-S2 | RFMSI Series 2007-S2 Trust CIK#: 0001387116 | http://www.sec.gov/Archives/edgar/data/1387116/000138711607000015/s2aa.htm | X | http://www.sec.gov/Archives/edgar/data/1387116/000138711607000015/s2ssfinal.htm |
| 2007-S3 | RFMSI Series 2007-S3 Trust CIK#: 0001389789 | http://www.sec.gov/Archives/edgar/data/1389789/000138978907000009/s3aa.htm | X | http://www.sec.gov/Archives/edgar/data/1389789/000138978907000009/s3ssfinal.htm |
| 2007-S4 | RFMSI Series 2007-S4 Trust CIK#: 0001393682 | http://www.sec.gov/Archives/edgar/data/1393682/000139368207000018/s4aa.htm | X | http://www.sec.gov/Archives/edgar/data/1393682/000139368207000018/s4ssrevfinal.htm |
| 2007-S7 | RFMSI Series 2007 S7 Trust CIK#: 0001404235 | http://www.sec.gov/Archives/edgar/data/1404235/000140423507000013/s7aa.htm | X | http://www.sec.gov/Archives/edgar/data/1404235/000140423507000013/s7ssfinal.htm |
| 2007-S8 | RFMSI Series 2007-S8 Trust CIK#: 0001410214 | http://www.sec.gov/Archives/edgar/data/1410214/000093041307007282/c50181_ex10-2.txt | X | http://www.sec.gov/Archives/edgar/data/1410214/000093041307007282/c50181_ex10-1.txt |
| 2007-SA1 | RFMSI Series 2007-SA1 Trust CIK#: 0001385032 | http://www.sec.gov/Archives/edgar/data/1385032/000138503207000008/sa1aa.htm | X | http://www.sec.gov/Archives/edgar/data/1385032/000138503207000007/sa1ssfinal.htm |
| 2007-SP1 | RAAC Series 2007-SP1 Trust CIK#: 0001391053 | http://www.sec.gov/Archives/edgar/data/1391053/000139105307000004/sp1aa.htm | | |
| 2007-SP2 | RAAC Series 2007 SP2 Trust CIK#: 0001402889 | http://www.sec.gov/Archives/edgar/data/1402889/000140288907000013/sp2aa.htm | | |
| 2007-SP3 | RAAC Series 2007-SP3 Trust CIK#: 0001411996 | http://www.sec.gov/Archives/edgar/data/1411996/000141199607000018/sp3exh102.htm | | |
| 2004-SL1 | RESIDENTIAL ASSET MORT PROD INC RAMP SERIES 2004 SL1 TRUST CIK#: 0001285184 | | ? | http://www.sec.gov/Archives/edgar/data/1285184/000128518404000001/sl1psafinal.txt |
| 2004-SL2 | RAMP Series 2004-SL2 Trust CIK#: 0001295845 | | ? | http://www.sec.gov/Archives/edgar/data/1295845/000129584504000002/0001295845-04-000002.txt |
| 2004-SL3 | RAMP Series 2004-SL3 Trust CIK#: 0001304424 | | ? | http://www.sec.gov/Archives/edgar/data/1304424/000130442404000002/0001304424-04-000002.txt |
| 2004-SL4 | RAMP Series 2004-SL4 Trust CIK#: 0001312892 | | ? | http://www.sec.gov/Archives/edgar/data/1312892/000131289205000004/0001312892-05-000004.txt |
| 2005-QA2 | RALI Series 2005-QA2 Trust CIK#: 0001319476 | | ? | http://www.sec.gov/Archives/edgar/data/1319476/000131947605000003/0001319476-05-000003.txt |
| 2005-QA7 | RALI Series 2005-QA7 Trust CIK#: 0001331677 | | ? | http://www.sec.gov/Archives/edgar/data/1331677/000133167705000002/0001331677-05-000002.txt |
| 2005-QA9 | RALI Series 2005-QA9 Trust CIK#: 0001337445 | | ? | http://www.sec.gov/Archives/edgar/data/1337445/000133744505000002/0001337445-05-000002.txt |
| 2005-QS11 | RALI Series 2005-QS11 Trust CIK#: 0001334580 | | ? | http://www.sec.gov/Archives/edgar/data/1334580/000133458005000002/0001334580-05-000002.txt |
| 2005-QS9 | Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QS9 CIK#: 0001331697 | | ? | http://www.sec.gov/Archives/edgar/data/1331697/000133169705000002/0001331697-05-000002.txt |
| 2005-RS3 | RAMP Series 2005-RS3 Trust CIK#: 0001322319 | | ? | http://www.sec.gov/Archives/edgar/data/1322319/000132231905000002/0001322319-05-000002.txt |
| 2005-RS4 | RAMP Series 2005-RS4 Trust CIK#: 0001326284 | | ? | http://www.sec.gov/Archives/edgar/data/1326284/000132628405000002/0001326284-05-000002.txt |
| 2005-RS5 | RAMP Series 2005-RS5 Trust CIK#: 0001328523 | | ? | http://www.sec.gov/Archives/edgar/data/1328523/000132852305000002/0001328523-05-000002.txt |
| 2005-RS6 | RAMP Series 2005-RS6 Trust CIK#: 0001332068 | | ? | http://www.sec.gov/Archives/edgar/data/1332068/000133206805000003/0001332068-05-000003.txt |
| 2005-RS7 | RAMP Series 2005-RS7 Trust CIK#: 0001335088 | | ? | http://www.sec.gov/Archives/edgar/data/1335088/000133508805000002/0001335088-05-000002.txt |
| 2005-RS8 | RAMP Series 2005-RS8 Trust CIK#: 0001340111 | | ? | http://www.sec.gov/Archives/edgar/data/1340111/000134011105000002/0001340111-05-000002.txt |
| 2005-RS9 | RAMP Series 2005-RS9 Trust CIK#: 0001345640 | | ? | http://www.sec.gov/Archives/edgar/data/1345640/000134564005000002/0001345640-05-000002.txt |
| 2005-S3 | RFMSI Series 2005-S3 Trust CIK#: 0001321950 | | ? | http://www.sec.gov/Archives/edgar/data/1321950/000132195005000002/0001321950-05-000002.txt |
| 2005-S6 | RFMSI Series 2005-S6 Trust CIK#: 0001337396 | | ? | http://www.sec.gov/Archives/edgar/data/1337396/000133739605000004/0001337396-05-000004.txt |
| 2005-SA3 | RFMSI Series 2005-SA3 Trust CIK#: 0001334398 | | ? | http://www.sec.gov/Archives/edgar/data/1334398/000133439805000002/0001334398-05-000002.txt |
| 2005-SA4 | RFMSI Series 2005-SA4 Trust CIK#: 0001337463 | | ? | http://www.sec.gov/Archives/edgar/data/1337463/000133746305000002/0001337463-05-000002.txt |
| 2005-SL1 | RAMP Series 2005-SL1 Trust CIK#: 0001322000 | | ? | http://www.sec.gov/Archives/edgar/data/1322000/000132200005000002/0001322000-05-000002.txt |
| 2005-SL2 | RAMP Series 2005 SL2 Trust CIK#: 0001331807 | | ? | http://www.sec.gov/Archives/edgar/data/1331807/000088237705001820/0000882377-05-001820.txt |
| 2005-SP2 | RAMP Series 2005-SP2 Trust CIK#: 0001341052 | | ? | http://www.sec.gov/Archives/edgar/data/1341052/000134105205000002/0001341052-05-000002.txt |
| 2005-SP3 | RAMP Series 2005-SP3 Trust CIK#: 0001346651 | | ? | http://www.sec.gov/Archives/edgar/data/1346651/000134665106000001/0001346651-06-000001.txt |
| 2006-RS1 | RAMP Series 2006-RS1 Trust CIK#: 0001348932 | | ? | http://www.sec.gov/Archives/edgar/data/1348932/000134893206000006/0001348932-06-000006.txt |
| 2006-SP2 | RAAC Series 2006-SP2 Trust CIK#: 0001359589 | | ? | http://www.sec.gov/Archives/edgar/data/1359589/000095011706002601/ex10-1.txt |
| 2005-S1 | RFMSI Series 2005-S1 Trust CIK#: 0001319054 | Insufficent filings | ? | http://www.sec.gov/Archives/edgar/data/774352/000095013605001040/0000950136-05-001040.txt |
| 2005-QS6 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2005-RP3 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2006-RP1 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2006-RP2 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2006-RP3 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2006-RP4 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2007-RP2 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2007-RP3 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |
| 2007-RP4 | NOT FOUND ON EDGAR | NOT FOUND ON EDGAR | ? | NOT FOUND ON EDGAR |