# Exhibit 4
# (Part 5)

12-12020-mg Doc 7322-55 Filed 12/17/13 Entered 07/30/14 17:36:32 35 4-5
Case 1:13-cv-08938-RA Document 35-8 Filed 09/20/14 Page 2 of 5
Pg 2 of 5
5/19/2014                     www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7ssfinal.htm

| Month | Value | | |
|---|---|---|---|
| December 2015 | 50,285,781.50 | 0.00 | 0.00 |
| January 2016 | 49,108,466.03 | 0.00 | 0.00 |
| February 2016 | 47,953,806.06 | 0.00 | 0.00 |
| March 2016 | 46,821,385.58 | 0.00 | 0.00 |
| April 2016 | 45,710,796.01 | 0.00 | 0.00 |
| May 2016 | 44,621,636.02 | 0.00 | 0.00 |
| June 2016 | 43,732,191.03 | 0.00 | 0.00 |
| July 2016 | 42,857,848.76 | 0.00 | 0.00 |
| August 2016 | 41,998,355.86 | 0.00 | 0.00 |
| September 2016 | 41,153,463.22 | 0.00 | 0.00 |
| October 2016 | 40,322,925.86 | 0.00 | 0.00 |
| November 2016 | 39,506,502.89 | 0.00 | 0.00 |
| December 2016 | 38,703,957.41 | 0.00 | 0.00 |
| January 2017 | 37,915,056.50 | 0.00 | 0.00 |
| February 2017 | 37,139,571.08 | 0.00 | 0.00 |
| March 2017 | 36,377,275.92 | 0.00 | 0.00 |
| April 2017 | 35,624,165.76 | 0.00 | 0.00 |
| May 2017 | 34,845,618.11 | 0.00 | 0.00 |
| June 2017 | 34,080,755.63 | 0.00 | 0.00 |
| July 2017 | 33,329,343.85 | 0.00 | 0.00 |
| August 2017 | 32,591,152.24 | 0.00 | 0.00 |
| September 2017 | 31,865,954.16 | 0.00 | 0.00 |
| October 2017 | 31,153,526.81 | 0.00 | 0.00 |
| November 2017 | 30,453,651.14 | 0.00 | 0.00 |
| December 2017 | 29,766,111.79 | 0.00 | 0.00 |
| January 2018 | 29,090,697.05 | 0.00 | 0.00 |
| February 2018 | 28,427,198.77 | 0.00 | 0.00 |
| March 2018 | 27,775,412.33 | 0.00 | 0.00 |
| April 2018 | 27,135,136.56 | 0.00 | 0.00 |
| May 2018 | 26,506,173.69 | 0.00 | 0.00 |
| June 2018 | 25,888,329.29 | 0.00 | 0.00 |
| July 2018 | 25,281,412.22 | 0.00 | 0.00 |
| August 2018 | 24,685,234.56 | 0.00 | 0.00 |
| September 2018 | 24,099,611.59 | 0.00 | 0.00 |
| October 2018 | 23,524,361.69 | 0.00 | 0.00 |
| November 2018 | 22,959,306.32 | 0.00 | 0.00 |
| December 2018 | 22,404,269.98 | 0.00 | 0.00 |
| January 2019 | 21,859,080.09 | 0.00 | 0.00 |
| February 2019 | 21,323,567.05 | 0.00 | 0.00 |
| March 2019 | 20,797,564.09 | 0.00 | 0.00 |
| April 2019 | 20,280,907.28 | 0.00 | 0.00 |
| May 2019 | 19,773,435.46 | 0.00 | 0.00 |
| June 2019 | 19,274,990.19 | 0.00 | 0.00 |
| July 2019 | 18,785,415.75 | 0.00 | 0.00 |
| August 2019 | 18,304,559.01 | 0.00 | 0.00 |
| September 2019 | 17,832,269.46 | 0.00 | 0.00 |
| October 2019 | 17,368,399.16 | 0.00 | 0.00 |
| November 2019 | 16,912,802.63 | 0.00 | 0.00 |
| December 2019 | 16,465,336.90 | 0.00 | 0.00 |
| January 2020 | 16,025,861.41 | 0.00 | 0.00 |
| February 2020 | 15,594,237.97 | 0.00 | 0.00 |
| March 2020 | 15,170,330.75 | 0.00 | 0.00 |
| April 2020 | 14,754,006.23 | 0.00 | 0.00 |
| May 2020 | 14,345,133.15 | 0.00 | 0.00 |
| June 2020 | 13,943,582.46 | 0.00 | 0.00 |
| July 2020 | 13,549,227.34 | 0.00 | 0.00 |
| August 2020 | 13,161,943.08 | 0.00 | 0.00 |
| September 2020 | 12,781,607.12 | 0.00 | 0.00 |
| October 2020 | 12,408,098.98 | 0.00 | 0.00 |
| November 2020 | 12,041,300.20 | 0.00 | 0.00 |
| December 2020 | 11,681,094.38 | 0.00 | 0.00 |
| January 2021 | 11,327,367.05 | 0.00 | 0.00 |
| February 2021 | 10,980,005.72 | 0.00 | 0.00 |
| March 2021 | 10,638,899.79 | 0.00 | 0.00 |
| April 2021 | 10,303,940.57 | 0.00 | 0.00 |
| May 2021 | 9,975,021.20 | 0.00 | 0.00 |
| June 2021 | 9,652,036.64 | 0.00 | 0.00 |
| July 2021 | 9,334,883.64 | 0.00 | 0.00 |
| August 2021 | 9,023,460.70 | 0.00 | 0.00 |
| September 2021 | 8,717,668.07 | 0.00 | 0.00 |
| October 2021 | 8,417,407.68 | 0.00 | 0.00 |
| November 2021 | 8,122,583.15 | 0.00 | 0.00 |
| December 2021 | 7,833,099.71 | 0.00 | 0.00 |
| January 2022 | 7,548,864.24 | 0.00 | 0.00 |
| February 2022 | 7,269,785.19 | 0.00 | 0.00 |
| March 2022 | 6,995,772.58 | 0.00 | 0.00 |
| April 2022 | 6,726,737.95 | 0.00 | 0.00 |
| May 2022 | 6,462,594.37 | 0.00 | 0.00 |
| June 2022 | 6,203,256.38 | 0.00 | 0.00 |
| July 2022 | 5,948,639.97 | 0.00 | 0.00 |
| August 2022 | 5,698,662.60 | 0.00 | 0.00 |
| September 2022 | 5,453,243.11 | 0.00 | 0.00 |
| October 2022 | 5,212,301.72 | 0.00 | 0.00 |
| November 2022 | 4,975,760.04 | 0.00 | 0.00 |
| December 2022 | 4,743,541.00 | 0.00 | 0.00 |
| January 2023 | 4,515,568.86 | 0.00 | 0.00 |
| February 2023 | 4,291,769.17 | 0.00 | 0.00 |
| March 2023 | 4,072,068.74 | 0.00 | 0.00 |
| April 2023 | 3,856,395.67 | 0.00 | 0.00 |
| May 2023 | 3,644,679.24 | 0.00 | 0.00 |
| June 2023 | 3,436,849.99 | 0.00 | 0.00 |

12-12020-mg    Doc 7322-55    Filed 12/17/13    Entered 07/30/14 17:36:32    35 4-5
Case 1:13-cv-08938-RA    Document 35-8    Filed 09/20/14    Page 3 of 5
Pg 3 of 5
5/19/2014                                    www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7ssfinal.htm

|  |  |  |  |
|---|---|---|---|
| July 2023 | 3,232,839.61 | 0.00 | 0.00 |
| August 2023 | 3,032,580.98 | 0.00 | 0.00 |
| September 2023 | 2,836,008.14 | 0.00 | 0.00 |
| October 2023 | 2,643,056.23 | 0.00 | 0.00 |
| November 2023 | 2,453,661.52 | 0.00 | 0.00 |
| December 2023 | 2,267,761.38 | 0.00 | 0.00 |
| January 2024 | 2,085,294.24 | 0.00 | 0.00 |
| February 2024 | 1,906,199.59 | 0.00 | 0.00 |
| March 2024 | 1,730,417.97 | 0.00 | 0.00 |
| April 2024 | 1,557,890.93 | 0.00 | 0.00 |
| May 2024 | 1,388,561.02 | 0.00 | 0.00 |
| June 2024 | 1,222,371.77 | 0.00 | 0.00 |
| July 2024 | 1,059,267.72 | 0.00 | 0.00 |
| August 2024 | 899,194.31 | 0.00 | 0.00 |
| September 2024 | 742,097.95 | 0.00 | 0.00 |
| October 2024 | 587,925.97 | 0.00 | 0.00 |
| November 2024 | 436,626.60 | 0.00 | 0.00 |
| December 2024 | 288,148.96 | 0.00 | 0.00 |
| January 2025 | 142,443.04 | 0.00 | 0.00 |
| February 2025 | 0.00 | 0.00 | 0.00 |

APPENDIX I: DEFINITION OF REMIC I X PRINCIPAL REDUCTION AMOUNTS

For any Distribution Date, the amounts by which the Uncertificated Principal Balances of the Uncertificated REMIC I Regular Interest X-I and Uncertificated REMIC I Regular Interest X-II, respectively, will be reduced on such Distribution Date by the allocation of Realized Losses and the distribution of principal, determined as follows:

The Principal Reduction Amount for each of the REMIC I Regular Interests X will be determined pursuant to the "Generic solution for the REMIC I X Principal Reduction Amounts" set forth below (the "Generic Solution") by making identifications among the actual Groups and their related Uncertificated REMIC I Regular Interests X and Y and the Groups named in the Generic Solution and their related Uncertificated REMIC I Regular Interests X and Y as follows:

A. Loan Group II will be identified with Group AA and Uncertificated REMIC I Regular Interests X-II and Y-II will be respectively identified with Uncertificated REMIC I Regular Interests X-AA and Y-AA. 6.75% will be identified with J%.

B. Loan Group I will be identified with Group BB and the Uncertificated REMIC I Regular Interests X-I and Y-I will be respectively identified with Uncertificated REMIC I Regular Interests X-BB and Y-BB. 6.00% will be identified with K%.

GENERIC DEFINITION OF REMIC I X PRINCIPAL REDUCTION AMOUNTS

J% and K% represent the interest rates on Group AA and Group BB respectively.  K%<J%.

For purposes of the succeeding formulas the following symbols shall have the meanings set forth below:

- $P_{AAB}$ = the Group AA Subordinate Percentage after the allocation of Realized Losses and distributions of principal on such Distribution Date.

- $P_{BBB}$ = the Group BB Subordinate Percentage after the allocation of Realized Losses and distributions of principal on such Distribution Date.

- R = the Class B Certificate Interest Rate = $(J\%P_{AAB} + K\%P_{BBB})/(P_{AAB} + P_{BBB})$

- $Y_k$ = the REMIC I X-BB Principal Balance after distributions on the prior Distribution Date.

- $Y_j$ = the REMIC I X-AA Principal Balance after distributions on the prior Distribution Date.

- $(\Delta)Y_k$ = the REMIC I X-BB Principal Reduction Amount.

- $(\Delta)Y_j$ = the REMIC I X-AA Principal Reduction Amount.

- $Z_k$ = the REMIC I Y-BB Principal Balance after distributions on the prior Distribution Date.

- $Z_j$ = the REMIC I Y-AA Principal Balance after distributions on the prior Distribution Date.

- $(\Delta)Z_k$ = the REMIC I Y-BB Principal Reduction Amount.

- $(\Delta)Z_j$ = the REMIC I Y-AA Principal Reduction Amount.

- $P_k$ = the aggregate Uncertificated Principal Balance of the Uncertificated REMIC I Regular Interests X-BB and Y-BB after distributions on the prior Distribution Date, which is equal to the aggregate principal balance of the Group BB Loans reduced by the Class I-A-P, Class R-I and Class P balances.

- $P_j$ = the aggregate Uncertificated Principal Balance of the Uncertificated REMIC I Regular Interests X-AA and Y-AA after distributions on the prior Distribution Date, which is equal to the aggregate principal balance of the Group AA Loans.

12-12020-mg    Doc 7322-55    Filed 12/17/13    Entered 07/30/14 17:36:32    35 4-5
Case 1:13-cv-08938-RA    Document 35-8    Filed 09/20/14    Page 4 of 5
Pg 4 of 5

5/19/2014                                    www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7ssfinal.htm

$(\Delta)P_k$ = the aggregate principal reduction resulting on such Distribution Date on the Group BB Loans as a result of principal distributions (exclusive of any amounts distributed pursuant to clauses (C)(1) or (C)(2) of the definition of Uncertificated REMIC I Distribution Amount) to be made and Realized Losses to be allocated on such Distribution Date, reduced by the portion, if any, of such reduction allocable to Uncertificated REMIC I Regular Interest I-A-P-L or the Class R-I or Class P Certificates, which is equal to the aggregate of the REMIC I X-BB and REMIC I Y-BB Principal Reduction Amounts.

$(\Delta)P_j$ = the aggregate principal reduction resulting on such Distribution Date on the Group AA Loans as a result of principal distributions (exclusive of any amounts distributed pursuant to clauses (C)(1) or (C)(2) of the definition of Uncertificated REMIC I Distribution Amount) to be made and Realized Losses to be allocated on such Distribution Date, reduced by the portion, if any, of such reduction allocable to the Uncertificated REMIC I Regular Interest II-A-P-L, which is equal to the aggregate of the REMIC I X-AA and REMIC I Y-AA Principal Reduction Amounts.

$(\alpha)$ = .0005

$(\gamma)$ = $(R - K\%)/(J\% - R)$. $(\gamma)$ is a non-negative number unless its denominator is zero, in which event it is undefined.

If $(\gamma)$ is zero, $(\Delta)Y_j = Y_j$ and $(\Delta)Y_k = (Y_k/P_k)(\Delta)P_k$.

If $(\gamma)$ is undefined, $(\Delta)Y_k = Y_k$, $(\Delta)Y_j = (Y_j/P_j)(\Delta)P_j$.

In the remaining situations, $(\Delta)Y_j$ and $(\Delta)Y_k$ shall be defined as follows:

1.  If $Y_j - (\alpha)(P_j - (\Delta)P_j) \Rightarrow 0$, $Y_k - (\alpha)(P_k - (\Delta)P_k) \Rightarrow 0$, and
    $(\gamma)(P_k - (\Delta)P_k) < (P_j - (\Delta)P_j)$,
    $(\Delta)Y_j = Y_j - (\alpha)(\gamma)(P_k - (\Delta)P_k)$ and
    $(\Delta)Y_k = Y_k - (\alpha)(P_k - (\Delta)P_k)$.
2.  If $Y_j - (\alpha)(P_j - (\Delta)P_j) \Rightarrow 0$, $Y_k - (\alpha)(P_k - (\Delta)P_k) \Rightarrow 0$, and
    $(\gamma)(P_k - (\Delta)P_k) \Rightarrow (P_j - (\Delta)P_j)$, $(\Delta)Y_j = Y_j - (\alpha)(P_j - (\Delta)P_j)$ and
    $(\Delta)Y_k = Y_k - ((\alpha)/(\gamma))(P_j - (\Delta)P_j)$.
3.  If $Y_j - (\alpha)(P_j - (\Delta)P_j) < 0$, $Y_k - (\alpha)(P_k - (\Delta)P_k) \Rightarrow 0$, and
    $Y_k - (\alpha)(P_k - (\Delta)P_k) \Rightarrow Y_k - (Y_j/(\gamma))$,
    $(\Delta)Y_j = Y_j - (\alpha)(\gamma)(P_k - (\Delta)P_k)$ and
    $(\Delta)Y_k = Y_k - (\alpha)(P_k - (\Delta)P_k)$.
4.  If $Y_j - (\alpha)(P_j - (\Delta)P_j) < 0$, $Y_k - (Y_j/(\gamma)) \Rightarrow 0$, and
    $Y_k - (\alpha)(P_k - (\Delta)P_k) \leq Y_k - (Y_j/(\gamma))$, $(\Delta)Y_j = 0$ and
    $(\Delta)Y_k = Y_k - (Y_j/(\gamma))$.
5.  If $Y_k - (\alpha)(P_k - (\Delta)P_k) < 0$, $Y_k - (Y_j/(\gamma)) < 0$, and
    $Y_j - (\alpha)(P_j - (\Delta)P_j) \leq Y_j - ((\gamma)Y_k)$, $(\Delta)Y_j = Y_j - ((\gamma)Y_k)$ and
    $(\Delta)Y_k = 0$.
6.  If $Y_k - (\alpha)(P_k - (\Delta)P_k) < 0$, $Y_j - (\alpha)(P_j - (\Delta)P_j) \Rightarrow 0$, and
    $Y_j - (\alpha)(P_j - (\Delta)P_j) \Rightarrow Y_j - ((\gamma)Y_k)$,
    $(\Delta)Y_j = Y_j - (\alpha)(P_j - (\Delta)P_j)$ and
    $(\Delta)Y_k = Y_k - ((\alpha)/(\gamma))(P_j - (\Delta)P_j)$.

The purpose of the foregoing definitional provisions together with the related provisions allocating Realized Losses and defining the REMIC I X and REMIC I Y Principal Distribution Amounts is to accomplish the following goals in the following order of priority:

1.  Making the ratio of $Y_j$ to $Y_k$ equal to $(\gamma)$ after taking account of the allocation of Realized Losses and the distributions that will be made through end of the Distribution Date to which such provisions relate and assuring that the Principal Reduction Amount for each of the Uncertificated REMIC I Regular Interests X-AA, X-BB, Y-AA and Y-BB is greater than or equal to zero for such Distribution Date;
2.  Making the REMIC I X-BB Principal Balance less than or equal to 0.0005 of the sum of the REMIC I X-BB and REMIC I Y-BB Principal Balances and the REMIC I X-AA Principal Balance less than or equal to 0.0005 of the sum of the REMIC I X-AA and REMIC I Y-AA Principal Balances in each case after giving effect to allocations of Realized Losses and distributions to be made through the end of the Distribution Date to which such provisions relate; and
3.  Making the larger of (a) the fraction whose numerator is $Y_j$ and whose denominator is the sum of $Y_j$ and $Z_j$ and (b) the fraction whose numerator is $Y_k$ and whose denominator is the sum of $Y_k$, and $Z_k$ as large as possible while remaining less than or equal to 0.0005.

In the event of a failure of the foregoing portion of the definition of REMIC I X Principal Reduction Amounts to accomplish both of goals 1 and 2 above, the amounts thereof should be adjusted so as to accomplish such goals within the requirement that each REMIC I X Principal Reduction Amount must be less than or equal to the sum of (a) the principal portion of Realized Losses to be allocated on the related Distribution Date for the related Group and (b) the remainder of the Uncertificated REMIC I Distribution Amount for the related Group or Groups after reduction thereof by the distributions to be made on such Distribution Date in respect of interest on the related Uncertificated REMIC I Regular Interests X or Y, or, if both of such goals cannot be accomplished within such requirement, such adjustment as is necessary shall be made to accomplish goal 1 within such requirement. In the event of any conflict among the provisions of the definition of the REMIC I X Principal Reduction Amounts, such conflict shall be resolved on the basis of the goals and their priorities set forth above within the requirement set forth in the preceding sentence.

To calculate the initial balances for the Uncertificated REMIC I Regular Interests X-BB, X-AA, Y-BB and Y-AA, first calculate the Group BB Subordinate Percentage and the Group AA Subordinate Percentage as of the Cut-Off Date. Then calculate R according to the definition above. Calculate $(\gamma)$ according to the definition above. Calculate $P_k$ and $P_j$ as the aggregate principal balance of the Group BB Loans as of the Cut-Off Date and the aggregate principal balance of the Group AA Loans as of the Cut-Off Date reduced by the Class R-I and Class P Certificate Principal Balances as of the Cut-Off Date, respectively.

12-12020-mg Doc 7322-55 Filed 12/17/13 Entered 07/30/14 17:36:32 35 4-5
Case 1:13-cv-08938-RA Document 35-8 Filed 09/26/14 Page 5 of 5
Pg 5 of 5
5/19/2014 www.sec.gov/Archives/edgar/data/1396664/000139666407000005/qs7ssfinal.htm

If 0.0005 (gamma) Pk <= 0.0005 Pj, Yk = 0.0005 Pk and Yj = 0.0005 (gamma) Pk .

If 0.0005 (gamma) Pk > 0.0005 Pj, Yj = 0.0005 Pj, Yk = 0.0005 Pj /(gamma) .

Then Zk = Pk - Yk and Zj = Pj - Yj.

In the execution copy of this Agreement, symbols are represented by the following labels; in any conformed copy of this Agreement, such symbols may be represented by characters other than numerals and the upper and lower case letters of the alphabet and standard punctuation, including, without limitation, Greek letters and mathematical symbols.

Example:

| | |
|---|---|
| (alpha) | alpha |
| <W041> | delta |
| (gamma) | gamma |