UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL FUNDING CO., LLC,

                          Plaintiff,

       - against -

SUNTRUST MORTGAGE, INC.,

                        Defendant.

Case No. 1:13-cv-08938-RA

**DECLARATION OF ISAAC NESSER IN OPPOSITION TO MOTION TO DISMISS**

I, ISAAC NESSER, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a partner with the law firm of Quinn Emanuel Urqhart & Sullivan, LLP, counsel for Plaintiff Residential Funding Company, LLC and am a member in good standing of the bar of New York and this Court. I respectfully submit this declaration in opposition to the motion to dismiss the complaint filed by Suntrust Mortgage, Inc.

2.     Attached as Exhibit A is a true and correct copy of the first page of Plaintiff Residential Funding Co.'s First Amended Complaint, including the court clerk's stamp indicating that the Complaint was filed April 7, 2014.

3.     Attached as Exhibit B is a true and correct copy of excerpts from the Prospectus Supplement for the RALI Series 2005-QA10 Trust Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA10, dated September 21, 2005 (Supplement to Prospectus dated August 25, 2005), obtained using the SEC's EDGAR search tool.

4.     Attached as Exhibit C is a true and correct copy of excerpts from the Prospectus Supplement for the RALI Series 2007-QS7 Trust Mortgage Asset-Backed Pass-Through

12-12020-mg    Doc 7322-59    Filed 12/17/13    Entered 07/30/14 17:36:32    main doc 39
Case 1:13-cv-08938-RA    Document 39    Filed 06/10/14    Page 2 of 3
Pg 2 of 3

Certificates, Series 2007-QS7, dated May 29, 2007 (Supplement to Prospectus dated April 9, 2007), obtained using the SEC's EDGAR search tool.

    5.  Attached as Exhibit D is a true and correct copy of RFC's Bankruptcy Plan, Docket No. 6065-1.

    6.  Attached as Exhibit E is a true and correct copy of RFC's Bankruptcy Confirmation Order, Docket No. 6065.

    7.  Attached as Exhibit F is a true and correct copy of the Notice of Filing of Corrected Solicitation Version of the Disclosure Statement and Joint Chapter 11 Plan for RFC, Docket No. 4819.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 10, 2014 in New York, New York.


                                                           _____/s/ Isaac Nesser_____
                                                                Isaac Nesser