# Exhibit A

ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL FUNDING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Court File No. 13-CV-8938<br><br>**PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Residential Funding Company, LLC f/k/a Residential Funding Corporation ("RFC" or "Plaintiff"), by and through its attorneys, alleges for its First Amended Complaint against defendant SunTrust Mortgage, Inc. ("SunTrust" or "Defendant"), as follows:

### NATURE OF ACTION

1. This case arises in substantial part from the billions of dollars in liabilities and losses incurred by Plaintiff RFC in and pursuant to its chapter 11 bankruptcy case in the United States Bankruptcy Court for the Southern District of New York (Case No. 12-12020 (MG)). Those liabilities and losses, in turn, arose from defective residential mortgage loans sold to RFC by mortgage loan sellers, including Defendant SunTrust, who are legally and contractually responsible for the liabilities and losses caused by the poor quality of the mortgage loans in question.