UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                    :    Case No. 12-12020 (MG)
                                                        :
                                                        :
                                                        :    (Jointly Administered)
                        Debtors.                        :
---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On July 22, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, via Overnight Mail upon the service list attached hereto as **Exhibit B**, and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Appellee ResCap Borrower Claims Trust's Counter-Designation of Items for Record on Appeal** [Docket No. 7286]

Dated: July 30, 2014

/s/ Clarissa D. Cu
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th of July, 2014, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Vanessa Rae Quinones

VANESSA RAE QUINONES
Commission # 1957203
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A

Served via Electronic Mail

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Bradley Arant Boult Cummings LLP | Steven A. Pozefsky and Eric A. Frechtel | spozefsky@babc.com; efrechtel@babc.com |
| GREGORY C MORSE | | pilot7503@yahoo.com |
| Office of the United States Trustee for the Southern District of New York | Linda A. Riffkin and Brian S. Masumoto | Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |

# EXHIBIT B

Exhibit B
Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| GREGORY C MORSE | SANDERS OHANLON | 111 S TRAVIS ST | SHERMAN | TX | 75090 |

# EXHIBIT C

Exhibit C
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Linda A. Riffkin and Brian S. Masumoto | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 |
| Steven A. Pozefsky and Eric A. Frechtel | 1615 L Street, NW, Suite 1350 | | Washington | DC | 20036 |