**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al*.

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

# ORDER REGARDING BILL FUCHS LIFT STAY MOTION

On May 19, 2014, the Court received a *Motion for Release* [sic] *of Stay Proceedings* (the "Motion," ECF Doc. # 6996) filed by Bill Fuchs. As noted on the docket entry on the Court's electronic case filing system, Fuchs did not pay the fee associated with his Motion, and the Court therefore did not schedule a hearing on the Motion. On July 16, 2014, Fuchs filed a second motion reiterating his request for stay relief and requesting a hearing date. (*See* ECF Doc. # 7310.) Fuchs still has not paid his filing fee. The Court will not consider the Motion unless he pays his fee.

**IT IS SO ORDERED**.

Dated: July 31, 2014
New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                        United States Bankruptcy Judge