*DOCKET IMMEDIATLY*
*MUST BE FILED BEFORE FRI. AUG. 1, 2014*

Honorable Martin Glenn
United States Bankruptcy Court
Southern District Of New York
Alexander Hamilton Custom House
One Bowling Green,
New York, New York
10004-1408 Rm 501

    I am filing an objection to the motion document 7306 to extend the date by which objections to claims must be filed document 7306. Your honor they have not been providing any information conserning these motions until after the date that they are supposed to be filed by, we have no information until after the fact. That is not fair to us which have filed a claim that is active and we should be given a chance to voice our opinion on these motions and given the time to respond to you on these motions. They have be given an extension from the origional confirmation date of 02/24/2014 and asked the court for a separate extension which was accepted to 09/15/2014. They should pay sanctions for going over the dates approved by the court and not keeping us up to date when they put these motions in so we can respond accurately and correctly regarding our opinion. *God Bless*

Per case# 12-12032
Claim #'s 2397, 7346

*John E. Satterwhite* (signature)

John E. Satterwhite Jr.
P.O. 24093
Richmond, Virginia 23224

CC: JS
CC: GL
CC: EL



RECEIVED
JUL 31 2014
U.S. BANKRUPTCY COURT, SDNY

Page 1