Exhibit A

Las Vegas Metropolitan Police Department

400 S. Martin Luther King Blvd.

Las Vegas, NV 89106

Case Report No: LLV090413002824

Case 2:12-cv-00336-1    Filed 08/01/14    Entered 08/01/14 10:52:30    Exhibit A -
Police Report Pg 2 of 2

## Administrative

| | | |
|---|---|---|
| Location | 2105 GRAND ISLAND  LAS VEGAS, NV  89107 | Sector /Beat    P1 |

Occurred On (Date and Time)    3/1/2008 12:00:00 AM

Or Between (Date and Time)

Reporting Officer    Alatorre, Jennifer C

Report Taken On    4/13/2009 12:00:00 AM

Entered By    Alatorre, Jennifer C

Entered On    4/13/2009 6:10:25 PM

## Offenses:

**FORGERY**

Completed    **Yes**            Domestic Violence    **No**            Hate/Bias

## Victims:

**Name: SHARPE, MAURICE**

Victim Type    **Individual**                    Written Statement    **Yes**            Can ID Suspect    **No**

DOB    **3/30/1955**        Age    **52**        Sex    **Male**        Race    **Black or African American**

Height    **6' 0"**            Weight    **205**            Hair Color    **Black**            Eye Color    **Brown**

Employer/School    **EUROTECH**

Occupation/Grade    **AUTO REPAIR**                    Work Schedule    **VARIES**

Injuries

**Addresses**

Home Address        5909 VENTANA  LAS VEGAS, NV  89130

2105 GRAND ISLAND CT  LAS VEGAS, NV  89144

**Phones**

Business/Work        **702 265-3534**

Residence/Home        **702 552-2935**

Business/Work        **702 265-5534**

**Death/Injury**

Nature/Cause                Pronounced Date/Time                Coroner Notified

Transported To                Transported By                Medical Attendant Type

Medical Attendant Name                        Next Of Kin Notified

Notified By                Medical Clearance Required                Medical Clearance By

Notes

## Narrative:

Subject: FORGERY

Author: ALATORRE, J 9735 [9735]

Entered Date: 04/13/2009 18:36

Narrative Type: INCIDENT CRIME REPORT

ON 4/13/09 AT 1831HRS, VICTIM MAURICE SHARPE CAME INTO EAC AND STATED THE FOLLOWING: ON 4/13/09, THE VICTIM RAN HIS CREDIT AND DISCOVERED THAT THERE WAS A NEW MORTGAGE COMPANY ON THERE FOR $417,000.00. THE VICTIM STATES THAT HIS SIGNATURE WAS FORGED BECAUSE HE NEVER GAVE PERMISSION OR AGREED TO REFINANCE THE HOUSE. HE CLAIMS THE SIGNATURE ON THE COUNTY ACCESS PAGE IS NOT HIS SIGNATURE. THE MORTGAGE COMPANY WAS OPENED IN 3/08 AND NO PAYMENTS HAVE BEEN MADE WHICH IS WHY THE HOUSE IS IN FORECLOSURE NOW. VICTIM STATES THAT HE DID NOT KNOW ABOUT THE PAYMENTS BECAUSE HIS WIFE ALWAYS PAID ALL OF THE BILLS. VICTIM HAS YET TO SPEAK TO HIS WIFE ABOUT THE WHOLE SITUATION.

The Use and Dissemination of this Record is Regulated by Law.  Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability.

This Information Released To:

By: _Maurice Sharpe_    Date: _7/11/14_

Las Vegas Metro Police Dept.