Exhibit C

Las Vegas Metropolitan Police
Attn: Investigator Michael Moss   (702) 828-3352
        Detective Dave Williams    (702) 828-2738

3141 Sunrise Avenue
Las Vegas, Nevada 89101

Event Number 090413-2824

                                                        April 27, 2010
Dear Sirs,

On or about September 8, 2009 I was in contact with Investigator Michael Moss, at the request of
Tammy Gibson of GMAC Mortgage Company, to discuss the details of a fraudulent mortgage
incident by which I was made victim. Investigator Moss and I subsequently spoke numerous
times after the initial conversation.

Some time after, Detective Dave Williams had contacted me to conduct an inquisition for any
additional information I may have related to the case. I believe both you investigators will agree
that I have cooperated as much as could have been expected and additionally, as much as was
requested.

Unfortunately, at a later date while in the process of inquiring with GMAC Mortgage Company,
about specific derogatory information listed on my credit report at their behest, I was supplied
with the enclosed response.

As you may have guessed, I am in complete bewilderment. Again, as far as I am aware, I had
cooperated 100%, without hesitation. If there is something I have missed or failed to observe in
the process, please let me know at this time. If not, I will take it as I have fully cooperated
without question.

Lastly, I am requesting a copy of any and all the police report (s) recorded by either investigator,
so that I may have them for my records for future reference. They can be sent to me at :

                        Maurice Sharpe
                        2105 Grand Island Court
                        Las Vegas, Nevada 89117


Thank you for all of your cooperation in this matter.


Sincerely,

Maurice Sharpe

SENT 4-30-10