**NJUD**
DAVID J. WINTERTON, ESQ.
Nevada Bar No. 004142
DAVID J. WINTERTON & ASSOCIATES, LTD.
1140 No. Town Center Drive, Suite 120
Las Vegas, Nevada 89144
(702) 363-0317

Attorneys for Plaintiff,
Maurice SHARPE

Electronically Filed
07/21/2014 01:31:44 PM

**CLERK OF THE COURT**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

|  |  |
|---|---|
| MAURICE SHARPE , an individual, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| GMAC Mortgage,  SSAFE MORTGAGE | ) |
| FIDELITY NATIONAL TITLE AGENCY | ) |
| OF NEVADA, TRACY L. SHARPE, an | ) |
| individual, SILVANO BARRAGAN, an | ) |
| individual, SUZY M. BARRAGAN, an | ) |
| individual, MOUNTAIN VIEW | ) |
| MORTGAGE COMPANY, a Nevada | ) |
| Corporation, and DOES I - X inclusive, | ) |
| ROE CORPORATIONS XI-XX inclusive | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| GMAC MORTGAGE, LLC, | ) |
|  | ) |
| Counterclaimant/Crossclaimant, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| MAURICE SHARPE, an individual, | ) |
|  | ) |
| Counterdefendant, | ) |

Case No.:A-09-602043-C
Dept. No.: XVIII

### NOTICE OF ENTRY OF JUDGMENT

1

| | |
|---|---|
| and | ) |
| | ) |
| FIDELITY NATIONAL TITLE AGENCY OF NEVADA, | ) |
| | ) |
| Crossdefendant. | ) |
| _____ | ) |
| GMAC MORTGAGE, LLC, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRACY SHARPE, an individual; VICKI LONGDEN, an individual; MOUNTAIN VIEW MORTGAGE COMPANY, a Colorado Corporation; SUZY BARRAGAN an individual; SILVANO BARRAGAN, an individual; and DOES XXI through XL, inclusive, | ) ) ) ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

## NOTICE OF ENTRY OF JUDGMENT

NOTICE is hereby given that JUDGMENT was entered on this Court's docket on July 18, 2014  A copy of the same is attached hereto.

Dated this 21<u>st</u> day of July, 2014.


DAVID J. WINTERTON & ASSOCIATES, LTD.


By:  __/s/ David J. Winterton__
     DAVID J. WINTERTON, ESQ.
     Nevada Bar No. 004142
     DAVID J. WINTERTON, ESQ.
     Nevada Bar No. 004142
     1140 No. Town Center Drive, Suite 120
     Las Vegas, NV 89144

Electronically Filed
07/18/2014 03:29:10 PM

**CLERK OF THE COURT**

1 | JUDG
DAVID J. WINTERTON, ESQ.
2 | Nevada Bar No. 004142
3 | DAVID J. WINTERTON & ASSOCIATES, LTD.
1140 No. Town Center Drive, Suite 120
4 | Las Vegas, Nevada 89144
(702) 363-0317
5

6 | Attorneys for Plaintiff,
Maurice SHARPE
7

8 | ## DISTRICT COURT

9 | ## CLARK COUNTY, NEVADA

10

11 | MAURICE SHARPE , an individual,                )
                                                   )
12 |                 Plaintiff,                     )   Case No.:A-09-602043-C
                                                   )   Dept. No.: XVIII
13 | vs.                                            )
                                                   )
14 | GMAC Mortgage,  SSAFE MORTGAGE                 )
15 | FIDELITY NATIONAL TITLE AGENCY                 )
    OF NEVADA, TRACY L. SHARPE, an                 )
16 | individual, SILVANO BARRAGAN, an              )
    individual, SUZY M. BARRAGAN, an               )
17 | individual, MOUNTAIN VIEW                      )
18 | MORTGAGE COMPANY, a Nevada                     )
    Corporation, and DOES I - X inclusive,         )
19 | ROE CORPORATIONS XI-XX inclusive              )
20 |                                                )   **JUDGMENT**
                                                   )
21 |                 Defendants.                    )
                                                   )
22 | GMAC MORTGAGE, LLC,                            )
                                                   )
23 |         Counterclaimant/Crossclaimant,         )
                                                   )
24 |                                                )
25 | vs.                                            )
                                                   )
26 | MAURICE SHARPE, an individual,                 )
                                                   )
27 |         Counterdefendant,                      )
                                                   )
28

1

1

2      and                                      )
                                                )
3      FIDELITY NATIONAL TITLE AGENCY          )
       OF NEVADA,                               )
4                                               )
                  Crossdefendant.               )
5                                               )
       _____         )
6      GMAC MORTGAGE, LLC,                      )
                                                )
7            Third-Party Plaintiff,             )
                                                )
8      vs.                                      )
                                                )
9      TRACY SHARPE, an individual; VICKI      )
10     LONGDEN, an individual; MOUNTAIN        )
       VIEW MORTGAGE COMPANY, a               )
11     Colorado Corporation; SUZY BARRAGAN )
12     an individual; SILVANO BARRAGAN, an )
       individual; and DOES XXI through XL,    )
13     inclusive,                               )
                                                )
14           Third-Party Defendants.           )
15     _____         )

16                          **<u>JUDGMENT</u>**

17           The Plaintiff appeared before this court for a prove-up hearing.  MAURICE SHARPE

18     was represented by David J. Winterton, Esq. of the law firm of David J. Winterton &
19
20     Associates, Ltd.. GMAC MORTGAGE, LLC is in bankruptcy and this judgment is not against

21     them.  The matter with FIDELITY NATIONAL TITLE AGENCY OF NEVADA has been

22     settled and approved by this court.  After the Court having considered the application, the

23     testimony of the witnesses and the issues and a decision having been duly rendered:

24           IT IS HEREBY ORDERED that a judgment be entered against Defendants Tracy L.
25
26     Sharpe, Silvano Barragan, Suzy Barragan, and Mountain View Mortgage Company in the

27     amount of $1,178,628.23.

28
                                        2

1    IT IS FURTHER ORDERED that the Plaintiff be awarded his attorneys fees and

2    costs in the amount of $64,114.50.

3    IT IS FURTHER ORDERED that the Plaintiff is entitled to interest prejudgment

4    interest from the date specified below pursuant to NRS 17.130 until the judgment is paid at

5    the legal rate as defined under the statute. The interest starts to accrue as follows: Tracy

6    Sharpe commences on May 30, 2012; Silvano Barragan commences on January 6, 2012; Suzy

7    Barragan commences on July 23, 2011; and Mountain view Mortgage commences on April 26,

8    2011.

9    DATED this _____ day of _____**JUL 17 2014**_____, 2014.

10

11

12

13   _____

14   DISTRICT COURT JUDGE

15   Submitted by:

16   DAVID J. WINTERTON & ASSOC., LTD.

17

18   By: _____

19   DAVID J. WINTERTON, ESQ.
     Nevada Bar No. 004142
20   1140 No. Town Center Drive, Suite 120
     Las Vegas, NV 89144

21

22

23

24

25

26

27

28                                3