UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

RESIDENTIAL CAPITAL, LLC, et al.

                           Debtors.
-------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

**CERTIFICATE OF SERVICE OF (i) MAURICE SHARPE'S OBJECTION TO RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTIONS TO CLAIMS (CLAIM NO. 2079) AND (ii) DECLARATION IN SUPPORT OF MAURICE SHARPE'S OBJECTION TO RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTIONS TO CLAIMS (CLAIM NO. 2079)**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York, and am not a party to this proceeding.

On August 1, 2014, I served (i) Maurice Sharpe's Objection to RESCAP Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) (Docket No. 7335) and (ii) Declaration in Support of Maurice Sharpe's Objection to RESCAP Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (Claim No. 2079) (Docket No. 7336), along with the Notices of Electronic Filing of the foregoing, by (a) e-mail upon (i) Norman S. Rosenbaum at nrosenbaum@mofo.com and (ii) Jordan A. Wishnew at jwishnew@mofo.com; and (b) FedEx, standard overnight delivery, upon (i) Chambers of The Honorable Martin Glenn, United States Bankruptcy Court, One Bowling Green, New York, NY 10004; (ii) Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019; Attn.: Norman Rosenbaum & Jordan Wishnew; (iii) Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 106, New York, NY 10014, Attn.: Linda Rifkin & Brian Masumoto; and (iv) The ResCap Borrower

Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022, Attn.:

Daniel Flanigan.

Dated: White Plains, New York
August 1, 2014

/s/ Kenneth M. Lewis
Kenneth M. Lewis