UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

### AFFIDAVIT OF SERVICE

State of New York    )
                     )  ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On July 31, 2014, I served a true and correct copy of the *Memorandum Opinion and Order Sustaining the ResCap Borrower Claims Trust's Objection to Claim No. 5282 of Michelle Lawson* [Docket No. 7328] by overnight mail upon the party listed on Exhibit A attached hereto.

3. Additionally, on July 31, 2014, I served a true and correct copy of the *Order Denying Motion of Tomas Diaz for Reconsideration* [Docket No. 7329] by overnight mail upon the party listed on Exhibit B attached hereto.

4. In addition, on July 31, 2014, I served a true and correct copy of the *Memorandum Opinion and Order Sustaining Objection to Claims Filed by Walter Olszewski* [Docket No. 7330] by overnight mail upon the party listed on Exhibit C attached hereto.

ny-1153088

5.      Furthermore, on July 31, 2014, I served a true and correct copy of the *Memorandum Opinion and Order Denying Motion to Lift the Automatic Stay and Permit a Late-Filed Claim of Jorge Cerron* [Docket No. 7333] by overnight mail upon the party listed on <u>Exhibit D</u> attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
1st day of August 2014

/s/ Andrea M. Madori
Notary Public

ANDREA M. MADORI
Notary Public, State of New York
No. 01MA6072857
Qualified in Westchester County
Commission Expires April 16, 2018

## Exhibit A

MICHELLE LAWSON
226 East Gorgas Lane
Philadelphia, PA 19119

**Exhibit B**

TOMAS DIAZ
5200 SW 122 Avenue
Miami, FL 33172

## Exhibit C

WALTER OLSZEWSKI
104 W. Loma Alta Drive
Altadena, CA  91001-3933

## Exhibit D

JORGE CERRON
P.O. Box 18902
Sarasota, FL 34276