In re:
RESIDENTIAL CAPITAL, LLC, et al.,
Debtors.

Case No. 12-12020 (MG)
Chapter 11
Claim No. 292

**PROOF OF SERVICE**

LINTON C. LAYNE
NANCY K. LAYNE
    Plaintiffs/Creditors
vs.

GMAC MORTGAGE, LLC;
RESIDENTIAL CAPITAL, LLC,
    Defendants.

Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408
USPS TRACKING # EK253350304US

Attention: Norman S. Rosenbaum and Jordan A. Wishnew
counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
USPS regular mail and ~~Via fax # (212) 468-7900~~
USPS TRACKING # & CUSTOMER RECEIPT: 9114 9011 5981 5604 9945 90
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Attention: Linda A. Riffkin and Brian S. Masumoto
Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
USPS regular mail and Via fax # 212-668-2255
USPS TRACKING # & CUSTOMER RECEIPT: 9114 9011 5981 5604 9946 37
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

Attention: Daniel J. Flanigan
The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue
21st Floor
New York, NY 10022
USPS regular mail and Via fax # 212.684.0197
USPS TRACKING # & CUSTOMER RECEIPT: 9114 9011 5981 5604 9946 13
For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

I am a resident of the state of Oregon. I am a competent person 18 years of age or older. I am not an attorney for a party to this case, or an officer, director or employee of any party to this case.
On the 24th day of July 2014, I served the above-named parties by delivering to parties a copy of these papers, each of which was a true copy of the original.

*/s/ Connie S. Wilson*

- 14 -

PLAINTIFF'S NOTICE OF OPPOSITION ON RESCAP BORROWER CLAIMS TRUST'S
(NO LIABILITY BORROWER CLAIMS) AND REQUEST FOR SUMMARY JUDGMENT
AFFIDAVIT OF NANCY KAY LAYNE

95580 So. Coos River Lane
Coos Bay, Oregon State

USPS

RECEIVED
JUL 28
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

EUGENE OR 974
25 JUL 2014 PM 2 T

NORTH BEND
JUL 25 2014

1000431400

Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408