**Hearing Date and Time: August 26, 2014 at 10:00 a.m. (prevailing Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON MOTION TO EXTEND THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED TO BE HELD AUGUST 26, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 25, 2014, the ResCap Liquidating Trust (the "**Liquidating Trust**"), as successor in interest to the debtors (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), filed the *Notice of Presentment of Motion to Extend the Date by Which Objections to Claims Must be Filed* (the "**Notice**") [Docket No. 7306].

2. The Notice provided that if an objection was received in accordance with the terms of the Notice, then a hearing to consider entry of the *Motion to Extend the Date by Which Objections to Claims Must be Filed* would be held on August 13, 2014 at 10:00 a.m. (prevailing Eastern Time).

3. The omnibus hearing scheduled for August 13, 2014 at 10:00 a.m. (prevailing Eastern Time) has been cancelled by the Court.

12-12020-mg    Doc 7346    Filed 08/01/14    Entered 08/01/14 16:03:30    Main Document
Pg 2 of 2

4. The hearing on the *Motion to Extend the Date by Which Objections to Claims Must be Filed* shall be held on **August 26, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

Dated: New York, New York
       August 1, 2014

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*