MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF TELEPHONIC CASE MANAGEMENT AND SCHEDULING CONFERENCE ON PROOF OF CLAIM NUMBER 386 FILED BY BARRY MACK TO AUGUST 20, 2014 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the telephonic case management and scheduling conference on proof of claim number 386 filed by Barry Mack, previously scheduled for August 13, 2014 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **August 20, 2014 at 2:00 p.m. (Prevailing Eastern Time)** at the direction of the Court.

Dated: August 1, 2014
New York, New York

/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1152976