MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING DATES

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **September 8, 2014 at 10:00 a.m. (Prevailing Eastern Time);**
- **September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time);**
- **October 22, 2014 at 10:00 a.m. (Prevailing Eastern Time);**
- **November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time); and**
- **December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the following hearing dates in the above-captioned proceedings solely to consider objections to proofs of claim and related matters:

- **October 7, 2014 at 11:00 a.m. (Prevailing Eastern Time);**
- **October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time);**
- **November 6, 2014 at 9:00 a.m. (Prevailing Eastern Time);**
- **November 13, 2014 at 10:00 a.m. (Prevailing Eastern Time);**
- **December 2, 2014 at 10:00 a.m. (Prevailing Eastern Time); and**
- **December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time).**

ny-1152914

12-12020-mg    Doc 7348    Filed 08/01/14    Entered 08/01/14 17:08:34    Main Document
    Pg 2 of 2

Dated: August 1, 2014
   New York, New York

/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors,
The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*