MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION AND ADJOURNMENT OF
HEARING ON MATTERS SCHEDULED TO BE HEARD ON
AUGUST 13, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for August 13, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "August 13 Hearing") has been cancelled at the direction of the Court.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard at the August 13 Hearing, have been adjourned and will be heard on **August 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "August 26 Hearing"):

- Motion of Connecticut Housing Finance Authority ("CHFA") for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401];

ny-1152906

- Motion of the Bank of New York Mellon f/k/a the Bank of the New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7170];

- The ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188];

- The ResCap Borrower Claims Trust's Objection to Claim Numbers 283, 1353, 1696, 4692, and 6281 Filed by Patrick Lorne Farrell [Docket No. 7208];

- Objection of the ResCap Borrower Claims Trust to Claim Number 2024 Filed by Irene Schmidt [Docket No. 7221]; and

- Ally Financial Inc.'s Renewed Motion for Entry of an Order Imposing Sanctions [Docket No. 7258].

**PLEASE TAKE FURTHER NOTICE** that the following matter, previously scheduled to be heard at the August 13 Hearing, has been adjourned and will be heard on **September 8, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "September 8 Hearing", and together with the August 26 Hearing, the "Hearings"):

- The ResCap Borrower Claims Trust's Seventieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 7222].

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: August 1, 2014
      New York, New York

/s/ Norman S. Rosenbaum
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*