Law Office of Rachel Blumenfeld
Proposed Attorneys for the Debtor
Rachel S. Blumenfeld, Esq. (1458)
26 Court Street, Suite 2220
Brooklyn, New York 11242
Tel: (718) 858-9600
Fax: (718) 858-9601
RBLMNF@AOL.COM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:

                                               Chapter 11

Residential Capital LLC,                  Case no: 12-12020-mg

                          Debtor.
———————————————————X

Please remove me from the Court's service list for the above-entitled action. I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., by electronic means and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Dated: Brooklyn, New York
        August 2, 2014

                                                              Respectfully submitted,
                                                       Law Offices of Rachel Blumenfeld

                                By:     */s/ Rachel S. Blumenfeld*
                                                       Rachel S. Blumenfeld (1458)
                                                       26 Court Street, Suite 2220
                                                       Brooklyn, New York 11242
                                                       Tel: (718) 858-9600
                                                       Fax: (718) 858-9601