1- *Julio Pichardo*
   *1201 Sudene Ave*
2- *Fullerton CA 92831*

3-

4-  **UNITED STATES BANKRUPTCY COURT**
    **SOUTHERN DISTRICT OF NEW YORK**

5- -------------------------------------------
      Re:                              )
6-                                     )  Case No. 12-12020
                                       )
7-  RESIDENTIAL CAPITAL LLC            )
                                       )
8-                                     )
                                       )
9- -------------------------------------------

10- **OPPOSITION TO EXTEND DATE BY WHICH OBJECTION DATE TO CLAIMS MUST BE FILED**

11-

12-     IN THE MATTER OF CLAIM 452, I JULIO PICHARDO THE CREDITOR IN SUCH CLAIM

13-  OPPOSE THIS MOTION AS NO SUCH PRIORITY HAS BEEN GIVEN TO THIS CLAIM

14-  A GREAT AMOUNT OF DOCUMENTS IN THE FORM OF EVIDENCE HAS BEEN SUBMITTED

15-     IN SUPPORT OF THIS CLAIM INCLUSIVE BEFORE THIS COURT IN ORDER TO INSURE

16-     THAT PROPER CONSIDERATION BE GIVEN IN ASSISTANCE OF REVIEW.

17-  SUCH HAS BEEN IGNORED INCLUDING NUMEROUS REQUESTS TO CONSIDER CLAIM.

18-  TO SUCH, IT SEEMS THIS CLAIM HAS NO IMPORTANCE.

19-     BY COURT DOCUMENTS IT IS SHOWN THAT EVIDENCE IN SUPPORT OF THIS CLAIM IN

20-  EVERY FORM OF DOCUMENTATION HAS BEEN PROVIDED TO FACILITATE REVIEW.

21-  IN THIS CLAIM, EVIDENCE IS SHOWN THAT BEBTOR'S ACTION CAUSED PROPERTY

22-  TRANSFERANCE DUE TO EXISTING LIEN IN THE FORM OF DEED OF TRUST INSERTED IN

23-  CONTRACT AGREEMENT.

24-  SUCH REQUEST WAS MADE FOR CONSIDERATION OF THIS COURT.

1- UNFORTUNATELY RELIEF FROM STAY TO PREVENT PROPERTY TRANSFERANCE WAS DENIED

2- CAUSING FURTHER FINANCIAL CAOS TO OUR FAMILY.

3- ARMED WITH THIS INFORMATION, THE DEBTORS PREFERRRED TO REPRESENT

4- BEFORE THIS COURT THAT NO ACTION AGAINST THIS PROPERTY WAS EVER IN EFFECT.

5- INCLUSIVE I HAVE PRESENTED MY REASSERTION OF THIS CLAIM TO INSURE THAT

6- PROPER REVIEW BE DONE IN PERSUE OF RESOLUTION.

7- A STAY HAS BEEN OBSERVED IN GMAC ACTION, AND AS CREDITOR, REQUEST IS MADE

8- FOR INMEDIATE REVIEW OF CLAIM NO. 452.

9- BY THESE MEANS I THEREFORE OPPOSE ANY FURTHER DELAY OF REVIEWS.

10- DEBTORS HAVE HAD SUFFICIENT TIME TO RESOLVE MY CLAIM YET THEY SHOW NO

11- INTENT TO REVIEW ANY TIME SOON.  IS ABOUT TIME TO DEMAND DEBTORS COMPLY.

12- I HAVE OPPOSE EVERY CONSIDERATION TO BE MADE, AS GMAC NEVER SHOWED ANY

13- CONSIDERATIONS WHEN ACTING TO DESTROY OUR EXISTANCE.

14- TO DATE THIS COURT HAS SHOWN THAT ONLY DEBTORS SURVIVAL MATTERS

15- THIS TACTIC IS ANOTHER DEBTOR'S ATTEMPT TO DEPRIVE CREDITOR'S RIGHTS.

16- THE DEBTORS ASK THIS COURT TO JUMP THIS COURT ASKS "HOW HIGH?"

17- I NEED NOT TO REMIND THIS COURT THAT THESE MATTERS HAVE BEEN CARRIED ON FOR

18- SEVERAL YEARS BY DEBTORS UNINTERRUPTED BY ANYONE NO MATTER THE SITUATION.

19- IT HAS BEEN SHOWN THAT CREDITOR'S TACTICS OF DELAYING IS FURTHER FROM THE

20- TRUTH THAT THIS WOULD ADVANCE CREDITOR'S INTEREST.

21- THIS WILL BE CONTESTED IN APPEAL TO SHOW HOW THIS COURT GOES OUT OF IT'S WAY

22- TO ACCOMMODATE DEBTOR'S WIMBS, THERE'S A LIMIT TO WHAT THIS COURT IS WILLING

23- TO DO FOR COMPANIES THAT DESTROY ENTIRE FAMILIES WITHOUT CONSIDERATION.

24- SUBMITTED BY: JULIO PICHARDO _Julio Pichardo_ (CREDITOR) CLAIM 452.

(2)

CC: N.Y.S.D.B.C.
CC: MORRISON & FOERSTER
CC: CLARISSA D GY KCC RES/CAP

2 of 2

**MORRISON & FOERSTER LLP**
**250 W. 55TH ST.**
**NEW YORK N.Y. 10019**

7/22/2014

**TO: MORRISON & FOERSTER**
**RE: RESIDENTIAL CAPITAL LLC 12-12010**

*IN THE ABOVE CAPTIONED MATTER; PENDING BEFORE THE N.Y.S.D.B.C.*

*I THE MATTER RELATING TO CLAIM #452. THIS IS TO INFORM YOU THAT AS PER BANKRUPTCY COURT PRECEEDINGS RELATED TO CLAIM BEFORE THE N.Y.S.D.B.C., RESIDENTIAL CAPITAL LLC IS UNDER LIABILITY FOR CLAIM #452 BEFORE THE HONORABLE JUDGE GLENN MARTIN FOR PERSONAL INJURY & HARM CAUSED TO JULIO PICHARDO BY GMAC UNDER PROOF CLAIM #452. FILED 9/4/2012 A MATTER WHICH IS PENDING DIRECTED UNDER PROPOSED PLAN WITH DATE OF 12/11/2013 WITH EFFECTIVE DATE OF 12/17/2013.*

*THE ABOVE PROOF OF CLAIM IS REGISTERED UNDER "PRIORITY CLASSIFICATION".*

*AS SUCH, CREDITOR HEREBY REAFFIRMS ITS CLAIM FOR ACTIONS DECLARED BEFORE THE HONORABLE JUDGE GLENN MARTIN.*

*SUCH HAS BEEN DELIGNIATED IN COURT HEARINGS TO BE RESOLVED WITHIN THE APPLICABLE PLAN DESIGNATED TIME FRAME.*

*ALL INQUIRIES MUST BE DIRECTED TO ME CONCERNING ALL EVIDENCE IN RELATION TO ABOVE CLAIM.*

*I AS A CREDITOR HAVE PREPARED THE NECESSARY EVIDENCE TO BE SUBMITTED FOR CONCLUSION OF REIVEW UNDER THE ABOVE PLAN.*

*CREDITOR THEREFORE DOES NOT RELEASE GMAC FROM APPLICABLE BANKRUPTCY RULES RULES UNDER THE RESOLUTIONS DESCRIBED UNDER THE PLAN AS SOON AS THEREAFTER.*

*REQUEST IS BEING MADE OF FINALIZING REVIEW OF ABOVE CLAIM IN THE DESCRIBED PRIORITY DESIGNATION OF TIME FRAME DESCRIBED WITHIN.*

*AS THIS CLAIM WAS TIMELY SUBMITTED UNDER LIABILITY PRESENTED THEREIN AWAITING RESOLUTION UNDER ABOVE PLAN, AS PRIOR REQUESTS HAVE BEEN MADE AS NOW, I AWAIT YOUR RESPONSE.*

*AS REVIEW DATE NEARS, YOUR PROMPT RESPONSE IS REQUESTED.*

JULIO PICHARDO _[signature: Julio Pichardo]_

CC: FILE
N.Y.S.D.B.C

_[handwritten: CLARISSA D. Cy KCC]_

