Stephen Z. Starr
Vildan E. Starr
STARR & STARR, PLLC
260 Madison Avenue, 17th Fl.
New York, New York 10016
(212) 867-8165

Attorneys for Otis L. Collier, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                          :    Chapter 11 Case No.
                                                :
RESIDENTIAL CAPITAL, LLC, *et al*.,             :    12-12020 (MG)
                                                :
                    Debtor.                     :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Stephen Z. Starr., declare as follows:

1.  I am not a party to the action, am over 18 years of age and have a business address at 260 Madison Ave., 17th Floor, New York, NY 10016.

2.  On August 1, 2014, I caused true and correct copies of the Response to Objection to Claim and Declaration of Otis L. Collier, Jr. to be served by enclosing true and correct copies of the same into postage pre-paid envelopes and properly addressed to (i) Morris & Foerster LLP Attn: Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., 250 West 55th Street, New York, NY 10019, (iii) Office of the United States Trustee for the Southern District of New York, Attn: Linda A. Riffkin and Brian S. Masumoto, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, and (iii) ResCap Borrower Claims Trust, Polsinelli PC, Attn: Daniel J. Flanigan, 900 Third Avenue, 21st Floor, New York, NY 10022, and causing the same to be deposited into a designated depository maintained by the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on August 1, 2014.

By: /s/ Stephen Z. Starr<br>
Stephen Z. Starr<br>
STARR & STARR, PLLC<br>
260 Madison Ave., 17th Fl.<br>
New York, NY 10016<br>
tel.:  (212) 867-8165