UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors

Case No.: 12-12020

(Chapter 11)

Assigned to:
Hon. Martin Glenn
Bankruptcy Judge

## AFFIDAVIT OF SERVICE

I, Phillip Robinson, depose and say that I am employed as counsel for Creditor Kevin J. Matthews and my law firm is named the Consumer Law Center, LLC located in Silver Spring, Maryland.

I certify that on this date, the 4th day of August, I caused creditor Kevin Matthews' Objection to Motion to Extend the Date by Which Objections to Claims Must be Filed (Doc. 7306) to be served upon the Court, persons and parties of record in this action utilizing the Court's CM/ECF filing system. In addition, I certify that a written copy of the of the Matthews' Objection to Motion to Extend the Date by Which Objections to Claims Must be Filed was also sent by pre-paid, first class mail on the 4th day of August 2014 to the following persons and others identified on the Special Service List on the Notice, Case management, and Administrative Procedures [Docket No. 141]:

The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamiliton Custom House
One Bowling Green, New York, NY 10004-1408

ResCap Borrower Claims Trust
c/o Morrison & Foerster LLP
Attention: Norman Rosenbaum, Jordan Wishnew & Erica Richards
250 W. 55th Street
New York, NY 10019

ResCap Borrower Claims Trust
c/o Arant Boult Cummings LLP
Attention Steven Pozefsky and Eric Frechtel
1615 L Street, NW, Suite 1350
Washington, DC 20036

Office of the United States Trustee for the Southern District of New York
Attention: Linda Riffkin and Brian Masumoto
U.S. Federal Building
201 Varick Street, Suite 1006
New York, NY 10014

The ResCap Liquiding Trust
Quest Turnaround Advisors
Attention Jeffrey Brodsky
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573

Dated:    August 4, 2014
          Silver Spring, MD

BY: _____
Phillip Robinson