**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Barbara K. Hager, a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and the bars of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey request admission, *pro hac vice*, before the Honorable Martin Glenn to represent The ResCap Borrower Claims Trust, in the above-referenced case.

My address is:  Reed Smith, LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: August 5, 2014                Respectfully submitted,

By:   */s/ Barbara K. Hager*
        Barbara K. Hager

ny-1153400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Barbara K. Hager, dated August 5, 2014, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Pennsylvania and New Jersey and the bar(s) of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey,

IT IS HEREBY ORDERED that Barbara K. Hager is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2014

_____
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York

2

ny-1153400