**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

State of New York   )
                    ) ss.:
County of New York  )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On August 1, 2014, I served a true and correct copy of the *Notice of Telephonic Case Management and Scheduling Conference on Proof of Claim Number 386 Filed by Barry Mack to August 20, 2014 at 2:00 p.m. (Prevailing Eastern Time* [Docket No. 7347] by pre-paid first class U.S. Mail and electronic mail upon the party listed on Exhibit A attached hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
5th day of August 2014

/s/ Andrea M. Madori
Notary Public

ANDREA M. MADORI
Notary Public, State of New York
No. 01MA6072857
Qualified in Westchester County
Commission Expires April 16, 2018

**Exhibit A**

DAVID F. GARBER, P.A.
700 Eleventh Street South, Suite 202
Naples, Florida 34102
Attn: David F. Garber, Esq.
Email: davidfgarberpa@gmail.com