**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

# AFFIDAVIT OF SERVICE

State of New York  )
                           )   ss.:
County of New York )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On August 4, 2014, I served a true and correct copy of the *Notice of Cancellation and Adjournment of Hearing on Matters Scheduled to be Heard on August 13, 2014 at 10:00 a.m. (Prevailing Eastern Time)* [Docket No. 7349] by pre-paid first class U.S. Mail upon the parties listed on Exhibit A attached hereto.

ny-1153409

/s/ Laura Guido
Laura Guido

Sworn to before me on this
5th day of August 2014

/s/ Andrea M. Madori
Notary Public

ANDREA M. MADORI
Notary Public, State of New York
No. 01MA6072857
Qualified in Westchester County
Commission Expires April 16, 2018

# **Exhibit A**

David J. Winterton and Associates LTD
1140 No Town Center Drive
Suite 120
Las Vegas, NV 89144

Tia Smith
4011 Hubert Avenue
Los Angeles, CA 90008

John Kaspar
P.O. Box 77613
Corona, CA 92877

Alan T. Israel and Jill C. Habib
5572 N. El Adobe Dr.
Fresno, CA 93711

Shomari Colver
1042 Olancha Dr.
Los Angeles, CA 90065

Aubrey Manual
1036 W. 46th St.
Los Angeles, CA 90037

Jacqueline A. Warner
c/o Jan Schrieberl
3494 Camino Casa Tassajara
Unit 308
Danville, CA 94506

Sylvia Essie Dadzie Shaev & Fleischman, LLP
350 Fifth Avenue
Suite 7210
New York, NY 10118

Donna Lanzetta
Lanzetta and Assoc.
PC472 Montauk Highway
East Quogue, NY 11942

Jean Lanzetta
Lanzetta & Assoc.
PC472 Montauk Highway
East Quogue, NY 11942

The Estate of Dominick Lanzetta
Lanzetta & Assoc.
PC472 Montauk Highway
East Quogue, NY 11942

Joaquin A. Sosa and Griselda Sosa
c/o Prentice
3866 Wilson Avenue
San Diego, CA 92104

Julie A. Eriksen
2647 Kendridge Lane
Aurora, IL 60502

Ronald A. Eriksen, Jr.
2647 Kendridge Lane
Aurora, IL 60502

Donald & Roberta Signs
23411 Olde Meadowbrook Circle
Bonita SP, FL 34134

Otis L. Collier, Jr.
3201 Milburn Street
Houston, TX 77021-1128

David Duggan
26 Oak Valley Road
Shelton, CT 06484

Charyl Roy and Flooring Solutions Factory Direct
9760 US Highway 80
E Brooklet, GA 30415-6734

Philip C. Holland
c/o Peter Holland
273 North Hill Rd
Yanceyville, NC 27379

Clover Earle
3631 N.W. 41st Street
Laurderdale Lakes, FL 33309

Maria J. Novak
c/o Erik L. Walter, Esq.
60 South Park Place
Painesville, OH 44077

Faye Abughazaleh
475 River St.
Northville, MI 48167

Tresse Z. King
5759 Appalossa Drive
Grand Prairie, TX 75052

Christopher Wendt
1410 South 25th Avenue
Yakima, WA 98902

Tara T. Merritt
10701 Brook Bend Circle
Pensacola, FL 32506

Samuel Prieto
Javier Fajardo
215 49th Street
Suite 2 and N
Jersey Public Adjinc
Union City, NJ 07087

Linton C. Layne, Nancy K. Layne, Nancy Kay Layne
85580 South Coos River Lane
Coos Bay, OR 97420

Rosario Pacheco
209 Lopez Ct.
Calexico, CA 92231

| | |
|---|---|
| Harris Marcus<br>2010 Evergreen Ave.<br>Apt. #10<br>Des Moines, IA 50320 | Ronald and Elaine Nakamoto<br>18650 Vista De Almaden<br>San Jose, CA 95120 |
| Melissa Rodriquez<br>c/o Sixta Assoc LLP<br>117 E. Edgewood Dr.<br>Friendswood, TX 77546 | Suzanne Koegler and Edward Tobias<br>75 Princeton<br>OvalFreehold, NJ 07728 |
| Jessica Angel Quiroz<br>Ramon Quiroz<br>89-37 Metropolitan Ave<br>Rego Park, NY 11374 | Keith G. Tatarelli, P.C.<br>Mary Phelan<br>1800 Crooks Road<br>Suite C<br>Troy, MI 48084 |
| Erick Aquilar Ruiz<br>P.O. Box 49144<br>Greensboro, NC 27419 | James and Christina Blanton<br>Bearman Law<br>820 North 12th Avenue<br>Pensacola, FL 32501 |
| Thomas Demelio<br>Thompson Law Group, LLC<br>P.O. Box 53484<br>Atlanta, GA 30355-1484 | Peter Zepperio<br>Patricia Rodriguez, Esq.<br>1961 Huntington Drive<br>Alhambra, CA 91801 |
| Patrick Lorne Farrell<br>2904 NW 14th Terrace<br>Cape Coral, FL  33993 | Douglas and Irene Schmidt<br>3608 Wanda Lynn Drive<br>Metairie, LA  70002 |