**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Barbara K. Hager, dated August 5, 2014, for admission to practice *pro hac vice* to represent The ResCap Borrower Claims Trust in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar(s) of the State(s) of Pennsylvania and New Jersey and the bar(s) of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey,

IT IS HEREBY ORDERED that Barbara K. Hager is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent The ResCap Borrower Claims Trust, provided that the filing fee has been paid.

Dated: New York, New York
**August 5, 2014**

___/s/ Martin Glenn_____
The Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York