UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

**In re:**

**RESIDENTIAL CAPITAL LLC,**                             Chapter 11

                                                        Case No. 12-12020 (MG)
                           **Debtor.**
-----------------------------------------------------------------x

      Please remove me from the Court's service list for the above-entitled case. I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., by electronic means and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of the Court should this notice requirement change.

DATED:  New York, New York
           August 10, 2014

                                              SHAFFERMAN & FELDMAN LLP
                                              18 East 41st Street, Suite 1201
                                              New York, New York 10017
                                              (212) 509-1802

                                              By: /S/ Joel M. Shafferman
                                               Joel M. Shafferman (JS-1055)