MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS FOR MORRISON & FOERSTER LLP

**PLEASE TAKE NOTICE** that Morrison & Foerster LLP, counsel to the Post-Effective Date Debtors, the ResCap Liquidating Trust and the ResCap Borrower Claims Trust in the above-referenced Chapter 11 cases, has changed its address, effective immediately, from 1290 Avenue of the Americas, New York, New York, 10104 to 250 West 55th Street, New York, New York 10019.  Telephone, facsimile numbers and email addresses remain the same.  All pleadings and correspondence should be directed to the new physical address as of the date of this notice.

ny-1149208

Dated: August 11, 2014  
      New York, New York

/s/ Norman S. Rosenbaum  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone:    (212) 468-8000  
Facsimile:    (212) 468-7900  

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*