August 8, 2014

Honorable Martin Glenn, Room 501
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green,
New York, New York 10004-1408

Re: Case 12-02020 In re Residential Capital, Docket Item 7306, Request for Extension of Time

Dear Judge Glenn,

I was willing to comply with the court's order to not file anything further requesting payment unless the situation changed. [Docket item 7210] I believe that the Liquidating Trust's request for an extension of time [Docket item 7306] was so sneaky that it was a game-changer. I concur with Mr. Satterwhite. [Docket item 7332] Had it not been for my diligence, the Debtor Liquidating Trust's motion might have gone unopposed by all Claimants. That would have been a travesty of justice, one achieved by their fraudulent misrepresentation on July 25, 2014 that they had served all unresolved Claimants with notice of their request. They did not serve Claimants until August 1, 2014 and did not extend the deadline for opposition.

I also support Mr. Philip Robinson's suggestion [Docket item 7360, page 2, paragraph 3] that the Debtor be required to use an alternative dispute resolution process. I am likewise prepared to serve on any work-group to aid in this process.

Very respectfully,

Karen M. Rozier [Claims: 4738 and 5632]
7957 Dahlia Circle
Buena Park, CA 90620

Copy to:

Office of the United States Trustee

Counsel to the Debtors, Morrison & Foerster LLP

Counsel to the Official Committee of Unsecured Creditors/ Debtor's Liquidating Trust, Kramer Levin Naftallis & Frankel LLP



# PROOF OF SERVICE

Case 12-12020 (MG) In re Residential Capital, LLC

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620. I served the following document:

- Letter to Judge Martin Glenn dated August 7, 2014, subject Re: Case 12-02020 In re Residential Capital, Docket Item 7306, Request for Extension of Time

On all interested parties in this action by regular First Class mail addressed as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Douglas H. Mannal
Joseph Shifer
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2014

David E. Rozier, Sr