## **EXHIBIT A**

**Agreed Upon Discovery Information**

1. Copy of Montague loan files for property located at 1009 W Dupont Avenue, Salt Lake City, Utah 84116

2. Copy of Montague loan files for property located at 169 N. 700 West, Salt Lake City, Utah 84116

3. Copies of Montague loan payments received from January 2008 through December 2011

4. Certificate of Authenticity of Business Records