Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
                                                              :        Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                              :
                                                              :        Jointly Administered
                                         Debtors.             :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Pablo Bustos of BUSTOS & ASSOCIATES, P.C. is appearing for Creditor Conrad P Burnett Jr. in the above-referenced matter.

The undersigned requests that all notices given or requested be given, and all papers served, or required to be served in this case be given to, and served upon, the undersigned at the address listed below.

Date: 8/13/2014                                 Respectfully Submitted,

                                                _____

                                                Pablo E. Bustos, Esq.
                                                Attorney for the Plaintiff