**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

      RESIDENTIAL CAPITAL, LLC, *et al.*

                     Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER PRECLUDING CLAIMANTS FROM INTRODUCING TESTIMONY OF CHRISTINA REED AT EVIDENTIARY HEARING

The Court previously directed that Mr. or Mrs. Reed advise the Trust's counsel by 5:00 p.m., August 12, 2014, when Mrs. Reed would be available for a deposition not to exceed 3 hours in length, to take place on or before 5:00 p.m., August 29, 2014. Mr. and Mrs. Reed (each a claimant) were unable to provide the Trust with a suitable date for Mrs. Reed's deposition before the deadline. Therefore, the Court hereby **ORDERS** that Mrs. Reed is barred from being called as witness by the Reeds at the evidentiary hearing scheduled for September 15-16, 2014. This Order does not preclude the Trust from seeking to call Mrs. Reed as a witness, and the Trust may seek an order from the Court directing Mrs. Reed to appear for a deposition.

**IT IS SO ORDERED.**

Dated:  August 14, 2014
       New York, New York

                                  /s/Martin Glenn
                                  MARTIN GLENN
                     United States Bankruptcy Judge