**KELLER ROHRBACK L.L.P.**
Amy Williams-Derry
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Facsimile: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com

*Counsel for Federal Home Loan Bank of Dallas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | **CASE NO. 12-12020 (MG)**<br><br>**Chapter 11**<br><br>**Jointly Administered** |

### NOTICE OF WITHDRAWAL OF CLAIM NUMBERS 3943, 4158, AND 4157 FILED BY FEDERAL HOME LOAN BANK OF DALLAS

Federal Home Loan Bank of Dallas hereby withdraws three Proofs of Claim filed in the above-referenced, and affiliated, cases on November 9, 2012, each for an unliquidated amount:

- Claim #3493, filed as to Debtor Residential Funding Company, LLC, Case No. 12-12019;

- Claim #4158, filed as to Debtor Residential Capital LLC and affiliates, Case No. 12-12020; and

- Claim #4157, filed as to Debtor GMAC Mortgage, LLC, Case No. 12-12032.

1

Federal Home Loan Bank of Dallas also authorizes the Clerk of this Court to reflect these withdrawals in the official claims register for the above-named Debtors.

Dated: August 14, 2014.
          KELLER ROHRBACK L.L.P.

*/s/ Amy Williams-Derry*
Amy Williams-Derry
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Phone: (206) 623-1900
Facsimile: (206) 623-3384
Email: awilliams-derry@kellerrohrbakc.com

*Counsel for Federal Home Loan Bank of Dallas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2014, a copy of the foregoing **NOTICE OF WITHDRAWAL OF CLAIM NUMBERS 3943, 4158, AND 4157 FILED BY FEDERAL HOME LOAN BANK OF DALLAS** was sent to those receiving documents via the CM/ECF system for this case/caption number.


*/s/ Amy Williams-Derry*
Amy Williams-Derry