UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :
**In re**                                 :        **Chapter 11**
                                          :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :        **Case No. 12-12020 (MG)**
                                          :
                                          :
                                          :        **(Jointly Administered)**
                **Debtors.**              :
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.


A. On or before August 12, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit A**:

- **Notice of Hearing on Motion to Extend the Date by which Objections to Claims Must be Filed to be Held August 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** [Docket No. 7346]

B. Additionally, on or before August 12, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Special Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Notice of Presentment of Motion to Extend the Date by Which Objections to Claims Must be Filed** [Docket No. 7306]

Dated:  August 15, 2014

_____
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th of August, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Deborah Gidlow Hyatt | | 25479 Avenida Frasca | Valencia | CA | 91355-2619 |
| Eric Langevin | | 371 Durham Rd | Guilford | CT | 06437-2062 |
| Harris County Tax Office | | PO Box 3547 | Houston | TX | 77253-3547 |
| Keith T Murphy Att At Law | Keith T. Murphy | 324 Cranberry Beach Blvd #324 | White Lake | MI | 48386-1996 |
| Louis Phillips | | 2338 Asbury Sq | Atlanta | GA | 30346-2429 |
| Sylvia Essie Dadzie | Shaev & Fleischman, LLP | 1430 Broadway Rm 1802 | New York | NY | 10018-3354 |
| Tresse Z. King | | 3005 Muirfield Ave | Fayetteville | NC | 28306-2753 |
| Verizon Wireless | | 500 Technology Dr #550 | Saint Charles | MO | 63304-2225 |

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Eric Langevin | | 371 Durham Rd | Guilford | CT | 06437-2062 |
| Harris County, et al | | PO Box 3547 | Houston | TX | 77253-3547 |
| Oklahoma State Treasurer | Unclaimed Property Division | 2300 N Lincoln Blvd Rm 217 | Oklahoma City | OK | 73105-4895 |
| Tresse Z. King | | 3005 Muirfield Ave | Fayetteville | NC | 28306-2753 |