**Exhibit C**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  |

2005112101223001001EE2A8

## RECORDING AND ENDORSEMENT COVER PAGE                    PAGE 1 OF 2

| Document ID: 2005112101223001 | Document Date: 11-21-2005 | Preparation Date: 11-21-2005 |
|---|---|---|
| Document Type: SATISFACTION OF MORTGAGE | | |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| PEELLE MANAGEMENT CORPORATION P. O. BOX 1710 CAMPBELL, CA 95009-1710 408-866-6868 | PEELLE MANAGEMENT CORPORATION P. O. BOX 1710 CAMPBELL, CA 95009-1710 408-866-6868 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5231 | 70 | Entire Lot | 499 EAST 29 STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2004000731603

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| FARHAAD YACOOB | RESIDENTIAL FUNDING CORPORATION |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 42.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: | |
| TAXES: County (Basic): | $ | 0.00 | $ | 0.00 |
| City (Additional): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| Spec (Additional): | $ | 0.00 | $ | 0.00 |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        11-30-2005 14:27

City Register File No.(CRFN):

2005000663073

*City Register Official Signature*

RECORDING REQUESTED BY / RETURN TO:
Peelle Management Corporation
P.O. Box 30014, Reno, NV 89520-9819

## Satisfaction Of Mortgage

WHEREAS the indebtedness secured by the mortgage described below has been fully paid and satisfied,
Residential Funding Corporation,
2711 North Haskell Avenue, Dallas, TX 75204
owner and holder of the debt, hereby declares that the lien of said mortgage is forever discharged and satisfied.
Original Mortgagee: BERKSHIRE FINANCIAL GROUP INC
Original Mortgagor: FARHAAD YACOOB
Recorded in Kings County, New York, on 11/26/04 as Inst. # 2004000731603
Section: Block: 5231 Lot: 70 Tax ID: 05231 0070
Property address: 499 E 29th St Brooklyn, Ny 11226
Date of mortgage: 01/26/04 Amount of mortgage: $348500.00

THIS SATISFACTION INCLUDES THE FOLLOWING:

Assignment recorded concurrently From: BERKSHIRE FINANCIAL GROUP INC To: FIRST NATIONAL BANK OF NEVADA
Assignment FROM: FIRST NATIONAL BANK OF NEVADA TO: RESIDENTIAL FUNDING CORPORATION
Recorded 06/14/05 Inst# 2005000344429
DATE OF SATISFACTION: 02/16/05

NOW THEREFORE, the recorder or clerk of said county is hereby instructed to record this instrument and to
satisfy and discharge the mortgage in accordance with the regulations of said state and county.
DATED: 11/21/2005
Residential Funding Corporation
2711 North Haskell Avenue, Dallas, TX 75204

By: _____
Norm Harrison
Vice President

State of California
County of Santa Clara
On 11/21/2005, before me, the undersigned, a Notary Public, in and for said State, personally appeared
Norm Harrison personally known to me or proved to me on the basis of satisfactory evidence to be
the individual whose name is subscribed to the within written instrument and acknowledged to me that
he executed the same in his authorized capacity, and that by his signature on the instrument the
individual, or the person upon behalf of which the individual acted, executed the instrument, and that such
individual made such appearance before the undersigned in the county of Santa Clara, California.

_____
Notary: Paula Ward
My Commission Expires: 01/11/06

PAULA WARD
COMM. 1336184
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires JAN. 11, 2006

Prepared by: E. N. Harrison, Peelle Management Corporation, 4690 Longley Lane, Suite #8, Reno, NV 89502
LN# 0437617152 Investor LN# 9177714 P.I.F.: 02/16/05
TEST RECON.m 90816 Clt:00 Inv#15 id1 03/29/05 10:13:46 31-047 NY Kings 9230:35 1