**Exhibit F**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

================================================X

LUCIENNE LOMBARD,                                    Index No. 36016-05

                    Plaintiffs,

          -against-                                  **NOTICE OF**
                                                     **BANKRUPTCY AND**
                                                     **EFFECT OF**
FARHAAD YACOOB, NADIA YACOOB, GUARANTEED             **AUTOMATIC STAY**
HOME MORTGAGE COMPANY INC., BERKSHIRE
FINANCIAL GROUP, INC., FIRST NATIONAL BANK OF
NEVADA, RESIDENTIAL FUNDING CORPORATION,
BENJAMIN JACOB TURNER, ATARA HIRSCH-TWERSKY,
JONATHAN J. MASON-KINSEY, CHICAGO TITLE
INSURANCE COMPANY, DECISION 2000 REAL ESTATE
SERVICES, INC., AUGUSTA UWECHUE, SPAULDING
PROPERTIES INC., FINANCE AMERICA, LLC and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
as nominee for FINANCE AMERICA, LLC, and HSBC BANK
USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS
OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST,
SERIES 2005-HE3, ASSET BACKED PASS-THROUGH
CERTIFICATES,

                    Defendants.

================================================X

          Defendant and debtor, Residential Funding Company, LLC f/k/a Residential

Funding Corporation ("RFC" or "Debtor"), by and through its undersigned counsel, in

accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C.

§§ 101 *et seq.* (the "Bankruptcy Code"), respectfully submit this Notice of Bankruptcy and

Effect of Automatic Stay, and states as follows:

          1.       On May 14, 2012 (the "Petition Date"), the Debtor and certain of its affiliates

filed voluntary petitions (the "Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code

in the United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, New York, NY 10004-1408 (the "Bankruptcy Code"). The Debtors' cases are jointly

130349438v1 0874950

04/29/2014  14:43  8322272087  Doc 7392-6   Filed 08/18/14  Entered 08/18/14 15:15:52   Exhibit
HINSHAW/L KLEGER                                      #5178 P 005/013
12-12020-mg

Pg 3 of 6

administered under the Chapter 11 Case for the Debtor Residential Capital, LLC, et al., and is indexed as case number 12-12020.

2.      The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section 362(a), *inter alia*, operates as an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against the Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of the Debtors' estates (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtor arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

3.      The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtor, an act to obtain possession of the Debtor's property, and/or an act to collect or recover on a claim against the Debtor.

4.      Accordingly, the above-captioned lawsuit should be stayed pursuant to 11 U.S.C. § 362(a).

5.      Any action taken by the Plaintiff against the Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void *ab initio* and may result in finding of contempt against Plaintiff by the Bankruptcy Court. The Debtor reserves and retains all of its statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

HINSHAW & CULBERTSON LLP

By: _____
Schuyler Kraus
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6204
*Attorneys for RFC*

ny-1041222

130349438v1 0874950

04/29/2014 14:43 2122272087 H.W. RACHLIN/L KLIEGER 12-12020-mg Doc 7392-6 Filed 08/18/14 Entered 08/18/14 15:15:52 #5178 P.006/013 Exhibit

Pg 4 of 6

TO:

Howard W. Rachlin, Esq.
11 Park Place, Suite 816
New York, New York 10007
*Attorneys for Plaintiff*

Christopher K. Sowers, Esq.
Christopher K. Sowers, P.C.
907 Fulton Street, 2nd Floor
Brooklyn, New York 11238
Attorneys for FARHAAD YACOOB

NADIA YACOOB
104-72 109th Street
Richmond Hill, NY 11419

Carole R. Bernstein, Esq.
Law Offices of Carole R. Bernstein
41 Maple Avenue North
Westport, CT 06880
*Attorney for Defendant Guaranteed Home Mortgage Company Inc.*

Marie Gannon, Esq.
108 Corporate Park Drive, Suite 301
White Plains, New York 10604
*Attorney for Defendant Guaranteed Home Mortgage Company Inc.*

Goldberg and Weinberger, LLP
630 Third Avenue, 18th Floor
New York, NY 10017
Attorneys for Defendant GUARANTEED HOME MORTGAGE CO., INC.

A. Michael Furman, Esq.
Furman, Kornfeld & Brennan LLP
545 Fifth Avenue, 4th Floor
New York, NY 10017
Attorneys for Defendant BENJAMIN JACOB TURNER

William T. McCaffrey, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Third Floor
Garden City, NY 11530
Attorneys for Defendant ATARA HIRSCH-TWERSKY

ny-1041222

130349438v1 0874950

JONATHAN J. MASON-KINSEY
55 Washington Street, Suite 655
Brooklyn, NY 11201

Umana Oton, Esq.
165 4th Avenue, 1st Floor
Brooklyn, NY 11217
Attorneys for Defendant AUGUSTA UWECHUE

Michael B. Cheatham, Esq.
161 Livingston Street
Brooklyn, New York 11201
Attorneys for Defendant Farhaad Yacood, Nadia Yacoob and SPAULDING PROPERTIES,
INC.

Gregg Tabakin, Esq.
Fein, Such, Kahn & Shepard, PC
7 Century Drive, Suite 201
Parsippany, NJ 07054
Attorneys for Defendant FINANCE AMERICA, LLC

Lisa A. Coppola, Esq.
Rupp, Baase, Pfalzgraf, Cunningham & Coppola, LLC
1600 Liberty Building
Buffalo, New York 14202
Attorneys for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Kevin Balfe, Esq.
Balfe & Holland, OC
135 Pinelawn Road, Suite 125 North
Melville, NY 11747
*Attorneys for* HSBC BANK USA, N.A.
As Trustee for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series
2005-HE3, Asset Backed Pass-Through Certificates

Porzio Bromberg & Newman, P.C.
156 West 56th Street, Suite 803
New York, New York 10019-3800
Attorneys for Defendant First National Bank of Nevada

Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016
*Attorneys for Defendants Chicago Title Insurance Company and
Decision 2000 Real Estate Services, Inc.*

ny-1041222

130349438v1 0874950

Law office of Frank V. Carone
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
*Attorney for Defendants Berkshire Financial Group, Inc.*

Linda S. Charet, Esq.
Federal Deposit Insurance Corporation New York Legal Services Office
350 Fifth Avenue, Suite 1200
New York, New York 10118
Attorney for Defendant Federal Deposit Insurance Corporation in its capacity
As Receiver of First National Bank of Nevada

Furman Kornfeld & Brennan LLP
61 Broadway, 26th Floor
New York, New York 10006
Attorney for Defendant Benjamin Jacob Turner

ny-1041222

130349438v1 0874950