Exhibit G

At an I.A.S. Trial Term, Part 3 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 20 day of Feb. 2014

P R E S E N T :
Hon. MARTIN M. SOLOMON
Justice

LUCIENNE LOMBARD,
                                          Plaintiff(s)
        - against -
FARHAD YACOOB ET AL
                                          Defendant(s)

Cal. No. 28
Index No. 36016/05

| The following papers numbered 1 to     read on this motion | Papers Numbered |
|---|---|
| Notice of Motion - Order to Show Cause and Affidavits (Affirmations) Annexed | |
| Answering Affidavit (Affirmation) | |
| Reply Affidavit (Affirmation) | |
| _____ Affidavit (Affirmation) | |
| Pleadings - Exhibits | |
| Stipulations - Minutes | |
| Filed Papers | |

Defendant HSBC's motion to sever plaintiff's action against defendant Residential Funding Corporation is denied

For Clerks use only
MG___
MD___
Motion Seq. #

_____

EJV-rev 11-04

ENTER
_____
J.S.C.

MARTIN M. SOLOMON J.S.C.