Exhibit H

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2004020902485003001E780F |

## RECORDING AND ENDORSEMENT COVER PAGE       PAGE 1 OF 3

**Document ID:** 2004020902485003   **Document Date:** 01-26-2004   **Preparation Date:** 02-09-2004
**Document Type:** SATISFACTION OF MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| DECISION 2000 REAL ESTATE SERVICES INC. AGENT OF CHICAGO TITLE INSURANCE COMPANY<br>169 ROANOKE AVENUE<br>RIVERHEAD, NY 11901<br>631-208-9003 | DECISION 2000 REAL ESTATE SERVICES INC. AGENT OF CHICAGO TITLE INSURANCE COMPANY<br>169 ROANOKE AVENUE<br>RIVERHEAD, NY 11901<br>631-208-9003 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5231 | 70 | Entire Lot | 499 EAST 29TH |

**Property Type:** DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA
BROOKLYN   Year: 1990   Reel: 2628   Page: 597

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| LUCIENNE LOMBARD | JOHN TURIS |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 47.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed   11-26-2004 15:42
City Register File No.(CRFN): 2004000731604

*City Register Official Signature*

Consult Your Lawyer Before Signing This Instrument - This Instrument Should Be Used By Lawyers Only

**Know All Men By These Presents:**
that
John Turis
having an address at 4710 Avenue N, Brooklyn, New York

**Do Hereby Certify** that the following mortgage **Is Paid**, and do hereby consent that the same be discharged of record.

Mortgage dated the 11th Day of May 1990, made by

Lucienne Lombard

to
John Turis
In the principle sum of $ 1,500.00 And recorded on the 26th Day of October 1990

in Liber/Reel 2628 Of Section           Of   Mortgages, Page 597,

in the office of Registrar of the County of Kings, Of the Borough of Brooklyn, City and State of New York

Which mortgage has not been assigned of record.

Dated the 26th Day of January 2004

**In the Presence of :**

[signature]                                      X [signature]
                                                 X

Section 3321 of the Real Property Law expressly provides who must execute this certificate of discharge in specific cases and also provides, among other things (1) no certificate shall purport to discharge more than one mortgage,( except that mortgages affected by instruments of consolidation, spreader, modification or correction may be included in one certificate if the instruments set forth in detail in separate paragraphs); (2) if the mortgage has been assigned, in whole or in part, the certificate shall set forth ; (a) the date of each assignment in the chain of title of the person or persons signing the certificate, (b) the names of the assignor and assignee,(c) the interest assigned, and (d) if the assignment has been recorded, the book and page where it has been recorded or the serial number of such record, or (e) if the assignment is being recorded simultaneously with the certificate of discharge, the certificate of discharge shall so state, and (f) if the mortgage has not been assigned of record, the certificate shall so state;(3) if the mortgage is held by a fiduciary, including an executor or administrator, the certificate of discharge shall cite the name of the court and the venue of the proceedings in which the appointment was made or which the order or decree vesting him with such title or authority was entered.

**TO BE USED WHEN THE ACKNOWLEDGMENT IS MADE IN STATE OF NEW YORK**

State of New York, County of KINGS ss.

On the ___ Day of January In the year 2004 Before me the undersigned, personally appeared John Turis Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacities, and that by his/her/their signatures on the document the individual(s) or the person upon whose behalf of which the individual acted, executed the instrument

_Karen Williams_ (signature)
(Signature and office of Individual taking acknowledgment)

Karen Williams
Notary Public, State of New York
Qualified in Richmond County
#01WI6044221
Commission Expires 7-3-0?

State of New York, County of ___ ss.

On the ___ Day of ___ In the year ___ Before me the undersigned, personally appeared
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacities, and that by his/her/their signatures on the document the individual(s) or the person upon whose behalf of which the individual acted, executed the instrument

_____
(Signature and office of Individual taking acknowledgment)

Title No: OH-04-4360

Section: 16
Block: 5231
Lot: 70
County or Town: KINGS
Street Address: 499 E 29th STREET
Record and Return to:

Reserve this space for recording of

LUCIENNE LOMBARD
499 E 29th STREET
BROOKLYN NY 11210

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2004032400170001001E503D |

## RECORDING AND ENDORSEMENT COVER PAGE          PAGE 1 OF 3

| Document ID: 2004032400170001 | Document Date: 02-10-2004 | Preparation Date: 03-24-2004 |
|---|---|---|
| Document Type: SATISFACTION OF MORTGAGE | | |
| Document Page Count: 1 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| FINANCIAL DIMENSIONS INC.<br>1400 LEBANON CHURCH RD.<br>RECORDING DEPARTMENT<br>PITTSBURGH, PA 15236<br>800-858-9808 | FINANCIAL DIMENSIONS INC.<br>1400 LEBANON CHURCH RD.<br>RECORDING DEPARTMENT<br>PITTSBURGH, PA 15236<br>800-858-9808 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5231 | 70 | Entire Lot | 499 EAST 29 STREET |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

BROOKLYN   Year: 1986   Reel: 1863   Page: 1175

### PARTIES

| MORTGAGER/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| GUSTAVE LOMBARD | CITIBANK, N.A. |

x Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Recording Fee: $ | 42.00 |
| Taxable Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Exemption: | | | NYC Real Property Transfer Tax Filing Fee: $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

Recorded/Filed       07-04-2004 02:58
City Register File No.(CRFN):
                                      2004000385647

*Rochelle Patrick*

*City Register Official Signature*

| **NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER** |  |
|---|---|

2004032400170001001C52BD

## RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) — PAGE 2 OF 3

**Document ID:** 2004032400170001  
**Document Date:** 02-10-2004  
**Preparation Date:** 03-24-2004  
**Document Type:** SATISFACTION OF MORTGAGE

**PARTIES**

**MORTGAGER/BORROWER:**
LUCIENNE LOMBARD

**MORTGAGER/BORROWER:**
JEANINE BRUNACHE

Prepared by: REAGAN HENRIQUES
Ocwen Federal Bank FSB
1665 Palm Beach Lakes Blvd.
The Forum, Suite 105
West Palm Beach, Florida 33401
Loan Number: 2858322 0304

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

134020

## NEW YORK DISCHARGE OF MORTGAGE

Ocwen Federal Bank FSB, a federal savings bank, having its principal office at 1665 Palm Beach Lakes Blvd. The Forum, Suite 105, West Palm Beach, Florida 33401, does hereby certify that a certain indenture of mortgage made by GUSTAVE LOMBARD, LUCIENNE LOMBARD AND JEANINE BRUNACHE payable to CITIBANK,N.A., in the amount of $ 125,000.00 dated JULY 28, 1986, recorded on AUGUST 15, 1986 in KINGS County as Instrument number 043886 in Book 1863 at Page 1175 is paid and does hereby consent that the same be discharged of record.

Said Mortgage was assigned by instrument dated MAY 29, 1997, by CITIBANK, N.A. to OCWEN FEDERAL BANK FSB and recorded on SEPTEMBER 29, 1997 in Book 4030 at Page 495 as Instrument Number 58047

Section 16 VOL. 5 Block 5231 Lot 70
Street Address: 499 EAST 29TH STREET, BROOKLYN, NEW YORK

LEGAL DESCRIPTION:
ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of East 29th Street distant 660 feet northerly from the corner formed by the intersection of the easterly side of East 29th Street and the northerly side of Avenue F; running

THENCE easterly parallel with Avenue F 100 feet to the center line of the block;

THENCE northerly along the center line of block parallel with East 29th Street 40 feet;

THENCE westerly parallel with Avenue F 100 feet to the easterly side of East 29th Street;

THENCE southerly along the easterly side of East 29th Street 40 feet to the point or place of BEGINNING.

IN WITNESS WHEREOF, the mortgagee has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officer on FEBRUARY 10, 2004

Ocwen Federal Bank FSB

BY:
NAME: Brian S. Vanscoy
TITLE: Servicing Officer

STATE OF FLORIDA          }
COUNTY OF PALM BEACH      }

On FEBRUARY 10, 2004, before me, the undersigned Notary Public, personally appeared Brian S. Vanscoy, of 1665 Palm Beach Lakes Blvd., West Palm Beach, Florida 33401, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual(s) or person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the county of Palm Beach, State of Florida.

Johnna Miller
My Commission DD273765
Expires December 09, 2007

Witness my hand and official seal.

Notary – State of Florida – County of Palm Beach

1