STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

      Lee E. Riger being duly sworn deposes and says deponent is not a party in the within action, is over 18 years of age and resides in Syosset, New York. On August 18, 2014 deponent served a copy of the within Notice of Motion for Relief from Automatic Stay upon:

Howard W. Rachlin, Esq.
Attorney for Lucienne Lombard
112-41 Queens Boulevard, Suite 201
Forest Hills, NY 11375

Anna M. Hershenberg, Esq.
Herrick Feinstein, LLP
Attorneys for Chicago Title Insurance Company
and Decision 200 Real Estate Services, Inc.
2 Park Avenue
New York, NY 10016

Evan W. Bolla, Esq.
Furman Kornfeld & Brennan
Attorneys for Benjamin Jacob Turner
61 Broadway, 26th Fl.
New York, NY 10006

Matthew R. Jaeger, Esq.
L'Abbate Balkin Colavita & Contini, LLP
Attorneys for Atara Hirsch-Twersky
1001 Franklin Avenue, 3rd Fl.
Garden City, NY 11530

Linda S. Charet, Esq.
Federal Deposit Insurance Corporation
New York Legal Services Office
Attorneys for Federal Deposit Insurance Corporation,
receiver for First National Bank of Nevada
350 Fifth Avenue, Suite 1200
New York, NY 10118

Allan I. Young, Esq.
Porzio Bromberg and Newman, P.C.
Attorneys for First National Bank of Nevada
156 West 56th Street
New York, NY 10019

Schuyler B. Kraus, Esq.
Hinshaw & Culbertson, LLP
Attorneys for Defendant
Residential Funding Corporation
800 Third Avenue, 13th Fl.
New York, NY 10022

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Fl.
New York, NY 10004
Attn:   Tracy Hope Davis, Esq., tracy.davis2@usdoj.gov
        Brian Matsumoto, Esq., brian.matsumoto@usdoj.gov
        Linda Riffkin, Esq., linda.riffkin@usdoj.gov

United State Department of Justice
Eric H. Holder, Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530
askdoj@usdoj.com

New York State Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq., nancy.lord@oag.state.ny.us
        Enid Stuart, Esq., enid.stuart@oag.state.ny.us

United State Attorney for the Southern District of New York
Civil Division
86 Chambers St., 3rd Fl.
New York, NY 10007
Attn:   Joseph Cordaro, Esq., joseph.cordaro@usdoj.gov

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn:   Tammy Hamzehpour, tammy.hamzehpour@gmacrescap.com

Morrison & Foerster LLP
*Attorneys for Debtor*
1290 Avenue of the Americas
New York, NY
Attn:   Larren M. Nashelsky, Esq., lnashelsky@mofo.com
        Gary S. Lee, Esq., glee@mofo.com
        Lorenzo Marinuzzi, Esq., lmarinuzzi@mofo.com

Kramer Levin Naftalis & Frankel LLP
*Attorneys for Creditors' Committee*
1177 Avenue of the Americas
New York, NY 10036
Attn:  Kenneth H. Eckstein, Esq., keckstein@kramerlevin.com
       Thomas Moers Mayer, Esq., tmayer@kramerlevin.com
       Douglas H. Mannal, Esq., dmannal@kramerlevin.com
       Jeffrey Trachtman, Esq., jtrachtman@kramerlevin.com

Citibank, N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn:  Bobbie Theivakurnaran, bobbie.theivakurnaran@citi.com

Kirkland & Ellis
*Attorneys for Ally Financial Inc.*
601 Lexington Avenue
New York, NY 10022
Attn:  Richard Cieri, Esq., richard.cieri@kirkland.com
       Stephen E. Hessler, Esq., stephen.hessler@kirkland.com
       William B. Solomon, william.b.solomon@ally.com
       Timothy Devine, timothy.devine@ally.com
       projectrodeo@kirkland.com

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn:  Kevin Vargas, kevin.vargas@db.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street, 4W
New York, NY 10286

Kelley Drye & Warren LLP
*Attorneys for U.S. Bank, N.A.*
101 Park Avenue
New York, NY 10178
Attn:  James S. Carr, Esq. and Eric R. Wilson, Esq.
       kdwbankruptcydepartment@kelleydrye.com

Skadden Arps Slate Meagher & Flom LLP
*Attorneys for Barclays Bank PLC*
4 Time Square
New York, NY 10036
Attn:   Jonathan H. Hofer, Esq., jhofer@skadden.com
        Ken Ziman, Esq., ken.ziman@skadden.com
        Sarah M. Ward, Esq., sarah.ward@skadden.com
        Suzanne D.T. Lovett, Esq., suzanne.lovett@skadden.com

Fannie Mae
1835 Market St., Suite 2300
Philadelphia, PA 19103
Attn:   Peter McGonigle, peter.mcgonigle@fanniemae.com

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

United State Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
Attn:   George S. Canellos, Regional Director,
        secbankruptcy@sec.gov; newyork@sec.gov; bankruptcynoticeschr@sec.gov

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067
Attn:   General Counsel

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Attn:   Jessica C.K. Boelter, Esq., jboelter@sidley.com
        Alex Rovira, Esq., arovira@sidley.com

the address designated by said attorney(s) for the purpose, by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
LEE E. RIGER

Sworn to before me on the
18th day of August, 2014.

_____
Notary Public

KEVIN E. BALFE
Notary Public, State of New York
No. 02BA4804466
Qualified in Suffolk County
Commission Expires February 28, 2015