Richard M. Cieri                                    Jeffrey S. Powell
Justin R. Bernbrock                                 Daniel T. Donovan
KIRKLAND & ELLIS LLP                                Judson D. Brown
601 Lexington Avenue                                KIRKLAND & ELLIS LLP
New York, New York 10022                            655 15th Street, N.W., Ste. 1200
Telephone: (212) 446-4800                           Washington, D.C. 20005
Facsimile: (212) 446-4900                           Telephone: (202) 879-5000
                                                    Facsimile: (202) 879-5200

                                                    *Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- )
                                                       )
In re:                                                 )    Case No. 12-12020 (MG)
                                                       )
RESIDENTIAL CAPITAL, LLC, et al.,                      )    Chapter 11
                                                       )
                                    Debtors.           )    Jointly Administered
                                                       )
----------------------------------------------------- )

**NOTICE OF WITHDRAWAL OF**
**ALLY FINANCIAL INC.'S MOTION FOR AN**
**ORDER ENFORCING THE CHAPTER 11 PLAN INJUNCTION**

**PLEASE TAKE NOTICE** that Ally Financial Inc. hereby withdraws *Ally Financial*

*Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction* [ECF No. 7356]

(the "***Motion***").  This withdrawal does not constitute any finding with respect to the merits of the

Motion and is not, nor shall it be deemed, an admission or a finding with respect to the matters

contained therein.  Out of an abundance of caution, Ally reserves all rights in connection with the

Motion, including the right to refile the Motion or file a substantially similar motion.

August 20, 2014                                   */s/ Judson D. Brown*
New York, New York                                Richard M. Cieri
                                                  Justin R. Bernbrock
                                                  KIRKLAND & ELLIS LLP
                                                  601 Lexington Avenue
                                                  New York, New York 10022
                                                  Telephone: (212) 446-4800
                                                  Facsimile: (212) 446-4900

                                                  - and -

                                                  Jeffrey S. Powell
                                                  Daniel T. Donovan
                                                  Judson D. Brown
                                                  KIRKLAND & ELLIS LLP
                                                  655 15th Street, N.W., Ste. 1200
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 879-5000
                                                  Facsimile: (202) 879-5200