MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) WITH RESPECT TO CERTAIN CLAIMANTS**

PLEASE TAKE NOTICE that the hearing on the *ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7188] (the "Sixty-Ninth Omnibus Claims Objection"), solely as it relates to the claim filed by Aubrey Manuel (Claim No. 5634), previously scheduled to be heard on August 26, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "August 26 Hearing"), has been adjourned to **September 8, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "September 8 Hearing").

PLEASE TAKE FURTHER NOTICE that the hearing on the Sixty-Ninth Omnibus Claims Objection, solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079), Otis Collier (Claim No. 5066) and Ronald and Julie Eriksen (Claim Nos. 5573 and 5580), previously scheduled to be heard at the August 26 Hearing, has been adjourned to **September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "September 30 Hearing", and together

ny-1155637

with the September 8 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: August 21, 2014
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1155637