# Exhibit A-3

Sent/Received

# RESCAP     JUN 2 5 2013    MORRISON | FOERSTER

To_____
By_____

## Claim Information

| Claim Number | 1466 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | See Attached |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: ████3862 | | |
|---|---|---|
| Address of property related to the above loan number:<br>93 Wisconsin St. | | |
| City:<br>Long Beach | State:<br>NY | ZIP Code:<br>11561 |

**Additional resources may be found at  -  http://www.kccllc.net/rescap**

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number: 1466
Suzanne Koegler and Edward Tobias

# Law Offices of Edward N. Tobias, L.L.C.

## 75 Princeton Oval
## Freehold, NJ  07728
Tel./Fax (732) 462-6672

www.tobiaslaw.com

June 20, 2013

Residential Capital, LLC
P.O. Box 385220
Bloomington, Minnesota  55438

Via Regular Mail and E-Mail to:
Claims.Management@gmacrescap.com

Re:     Suzanne Koegler & Edward N. Tobias
        Claim No. 1466
        Premises:     93 Wisconsin St., Long Beach, NY  11561
        Claim No. 1467
        Premises:     75 Princeton Oval, Freehold, NJ  07728

Dear Sir or Madam:

Thank you for your recent correspondence regarding the above-referenced claims and
requesting supporting information regarding the Proof(s) of Claim.

At the time of the bankruptcy filing of GMAC Mortgage, LLC and other related entities
(GMAC), claimants were current loan customers based on loans originated and serviced
by one of the debtors for the above-referenced properties. Per Claim Nos. 1466 and 1467,
dated October 17, 2012 and marked as filed on October 22, 2012, claimants advised that
claims for damages based on Consumer Fraud or other claim / affirmative defenses to
foreclosure requesting monetary relief were being made in the amount of $1,000,000.00
for each property. At the time of filing, documents were not available because the
Complaint in the matter(s) had not yet been filed.

To date, Complaints have still not yet been filed on Claimants' individual behalf.
However, information has been gathered regarding legal filings for similar claims and/or
class actions. For reference purposes only, pdf copies of representative cases have been
attached to the e-mail submission of this letter. Reference is also made to the Consent
Judgment between GMAC and the Justice Department, the Department of Housing and
Urban Development (HUD) and 49 state attorneys general to address mortgage loan servicing
and foreclosure abuses. The original signed letter is forwarded without attachments. Upon
actual filing of Complaints detailing the legal sufficiency of claimants' damages, same
will be provided.

As you may know, servicing of the above-referenced accounts has been transferred from GMAC Mortgage, LLC to Ocwen Loan Servicing, LLC and Green Tree Servicing, LLC, respectively. Claimants hereby reserve any and all rights against these entities, individually and as successors to the debtors and/or other capacity. Additionally, Claimants reserve any and all rights against Ally Bank, NA, individually and as acquirer of certain assets and liabilities of GMAC.

If you have any questions or need further information, please call me at 732-462-6672. Please note that I am writing this letter in my capacity as Claimant and as attorney for Claimants.

Thank you for your continued courtesies and assistance herein.

Very truly yours,

LAW OFFICES OF EDWARD N. TOBIAS, L.L.C.

By: Edward N. Tobias, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**APR – 4 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BANK OF AMERICA CORP. *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

**12 0361**

Civil Action No. _____

## CONSENT JUDGMENT

WHEREAS, Plaintiffs, the United States of America and the States of Alabama, Alaska,

Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii,

Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota,

Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico,

New York, North Carolina, North Dakota, Ohio, Oregon, Rhode Island, South Carolina, South

Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming,

the Commonwealths of Kentucky, Massachusetts, Pennsylvania and Virginia, and the District of

Columbia filed their complaint on March 12, 2012, alleging that Residential Capital, LLC, Ally

Financial, Inc., and GMAC Mortgage, LLC (collectively, "Defendant") violated, among other

laws, the Unfair and Deceptive Acts and Practices laws of the Plaintiff States, the False Claims

Act, the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, the

Servicemembers Civil Relief Act, and the Bankruptcy Code and Federal Rules of Bankruptcy
Procedure;

WHEREAS, the parties have agreed to resolve their claims without the need for
litigation; ·

WHEREAS, Defendant, by its attorneys, has consented to entry of this Consent Judgment
without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent
Judgment is entered as submitted by the parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit the
allegations of the Complaint other than those facts deemed necessary to the jurisdiction of this
Court;

WHEREAS, the intention of the United States and the States in effecting this settlement
is to remediate harms allegedly resulting from the alleged unlawful conduct of the Defendant;

AND WHEREAS, Defendant has agreed to waive service of the complaint and summons
and hereby acknowledges the same;

NOW THEREFORE, without trial or adjudication of issue of fact or law, without this
Consent Judgment constituting evidence against Defendant, and upon consent of Defendant, the
Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is
therefore ORDERED, ADJUDGED, AND DECREED:

## I.    JURISDICTION

1.    This Court has jurisdiction over the subject matter of this action pursuant to 28
U.S.C. §§ 1331, 1345, 1355(a), and 1367, and under 31 U.S.C. § 3732(a) and (b), and over
Defendant. The Complaint states a claim upon which relief may be granted against Defendant.
Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) and 31 U.S.C. § 3732(a).

2

Mitchell J. Stein    SBN # 121750
MITCHELL J. STEIN & ASSOCIATES
2950 Buskirk Avenue, Third Floor
Walnut Creek, CA  94597
Tel: (914) 843-7957
Fax: (914) 652-2431
Email:  oceibod@gmail.com

Theodore R. Maloney    SBN #125094
FINANCE LAW GROUP
5023 North Parkway Calabasas
Calabasas, CA  91302
Tel:  (424) 234-5446
Fax: (424) 238-2162
Email:  trm@financelawgroup.com

Attorneys for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| JAMES W. LOCKER, an individual;<br>DOUGLAS LIZARDI, an individual;<br>DEBBIE LIZARDI, an individual;<br>JOSE ALFREDO SEGOVIA, an individual;<br>LISA M. ROSA, an individual;<br>RAYMOND TRAN, an individual;<br>ROBERT ROSS, an individual;<br>ESME ROSS, an individual;<br>TONY TRUJILLO, an individual;<br>DONNA TRUJILLO, an individual;<br>JAMES SHIPMAN, an individual;<br>CHRISTINE SHIPMAN, an individual;<br>and others similarly situated named herein as<br>ROES 1 through 10,000, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY BANK, N.A., a Utah corporation, in<br>its own capacity and as an acquirer of certain<br>assets and liabilities of GMAC; GMAC, a<br>national banking association; WESTERN<br>NATIONAL APPRAISALS, a business<br>entity; CALIFORNIA RECONVEYANCE<br>COMPANY, a California corporation;<br>CASAS & HIPOTECAS, a California<br>corporation; and DOES 1 through 1000,<br>inclusive, | Case No.<br><br>**COMPLAINT FOR:**<br><br>1.   **FRAUDULENT<br>     CONCEALMENT<br>     [VIOLATION OF CAL. CIV.<br>     CODE §§ 1572, 1709 AND<br>     1710] (INCLUDING<br>     DECLARATORY AND<br>     INJUNCTIVE RELIEF TO<br>     VOID MORTGAGE);**<br>2.   **INTENTIONAL<br>     MISREPRESENTATION<br>     [VIOLATION OF CAL. CIV.<br>     CODE §§ 1572, 1709 AND<br>     1710] (INCLUDING<br>     DECLARATORY AND<br>     INJUNCTIVE RELIEF TO<br>     VOID MORTGAGE);**<br>3.   **NEGLIGENT<br>     MISREPRESENTATION<br>     [VIOLATION OF CAL. CIV.<br>     CODE §§ 1572, 1709 AND<br>     1710] (INCLUDING<br>     DECLARATORY AND** |

COMPLAINT

| Defendants | | |
|---|---|---|
| | ) | INJUNCTIVE RELIEF TO VOID MORTGAGE); |
| | ) | 4.  VIOLATION OF CAL. CIVIL CODE § 2923.5; |
| | ) | 5.  UNFAIR COMPETITION [VIOLATIONS OF CAL. BUS. & PROF. CODE § 17200 ET SEQ.] (INCLUDING INJUNCTIVE RELIEF TO VOID MORTGAGE) |
| | ) | 6.  BREACH OF CONTRACT |
| | ) | [JURY TRIAL DEMANDED] |

COMPLAINT

Law Offices of Edward N. Tobias, L.L.C.
75 Princeton Oval
Freehold, NJ 07728



Residential Capital, LLC
P.O. Box 385220
Bloomington, Minnesota  55438