# **Exhibit K**

Fax 866-421-8904
ATN: Escrow Waiver Dept

May 9, 2011

Subject: Escrow Waiver for 8297 Bull Mountain Circle, Elk Grove, CA 95758; Account
No. ▮▮▮▮7783

References:
 1. GMAC Mortgage letter, subject: Escrow Analysis, dated March 7, 2011
 2. Telephone conversation with GMAC, same subject, dated May 9, 2011
Reference 1 indicated an expected deficiency with escrow for 2011 and an increase in
monthly mortgage payments. Reference 2 clarified the increase and provided guidance
regarding a request to transfer future escrow payments to the undersigned property
owners. Per reference 2 the criteria for transfer is based on; (1) good credit standing and;
(2) current escrow balance. GMAC verified that I am compliant with (1) and
accordingly, attached is payment in the amount of $1772.35 for May to satisfy (2).
 In satisfaction of the above I am requesting transfer of future escrow payments
consisting of property tax and insurance to the undersigned.

Ronald Nakamoto
Elaine Nakamoto