# **Exhibit M**

# GMAC Mortgage

3451 Hammond Ave  
P.O. Box 780  
Waterloo, IA 50704-0780

05/12/11

RONALD NAKAMOTO  
ELAINE NAKAMOTO  
18650 VISTA DE ALMADEN  
SAN JOSE            CA 95120

RE:    Account Number:          7783  
        Property Address:    8297 BULL MOUNTAIN CIRCLE

                    ELK GROVE          CA 95758-0000

Dear  RONALD NAKAMOTO  
        ELAINE NAKAMOTO

This is in response to your request for removal of tax and insurance escrow on the above-referenced account.

We are unable to approve your request at this time.  The items below marked with an X indicate the reason(s) your request has been denied.

(  ) The account has been service released.  Please contact your new servicer for current waiver instructions.

(  ) The account does not include escrow for future payment of the requested tax and/or insurance items.

(  ) The investor of the account requires maintenance of an escrow account for the life of the loan.

(  ) There is private mortgage insurance (PMI) on the account.  PMI must be cancelled before any escrow items can be removed.  Please call 1-877-785-3599 to request a PMI cancellation instruction letter through our automated system.

(  ) A minimum of 24 months payment history is required.

(  ) There can be no payments received 30 or more days late in the 24 month period preceding the request.

05/12/11
Account Number: ▮▮▮▮▮7783
Page Two


(X)  A loan-to-value (LTV) ratio of 70% of the original value is required.
     Original value is the lesser of the sales price or original appraised value.

(  )  We cannot waive a portion of the escrowed tax or escrowed insurance items.  ALL tax
      items or ALL insurance items must be waived.

The above-stated criteria are in compliance with specific state, federal, and investor requirements and are subject to change without prior notice.

If you have any questions, please contact Customer Care at 800-766-4622 (Monday - Friday 6:00 a.m. to 10:00 p.m., Saturday 9:00 a.m. to 1:00 p.m., Central Time).

Customer Care
Loan Servicing

3:82