# **Exhibit R**

B 10 Modified (Official Form 10) (12/11)                                                                    Claim #3889  Date Filed: 11/9/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **GMAC Mortgage, LLC, Case No. 12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Tia Smith**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:

**Tia Smith
4011 Hubert Avenue
Los Angeles, California 90008**

Court Claim Number: _____ (If known)

Filed on: _____

Telephone number: 323-384-4493       email: myfathersdiamond@msn.com

Name and address where payment should be sent (if different from above):
**FILED JOINTLY WITH CASE NOS.: 12-12019; 12-12020; 12-12042; 12-12052**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number: _____       email: _____

1. Amount of Claim as of Date Case Filed: $ **3,000,000.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **PREDATORY LENDING, WRONGFUL FORECLOSURE**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **9130**

3a. Debtor may have scheduled account as: _____ (See instruction #3a)

3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:
Value of Property: $_____  Annual Interest Rate _____ % ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____       Basis for perfection: _____
Amount of Secured Claim: $_____       Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units – 11U.S.C. §507 (a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain: **COMPLAINT IS VOLUMINOUS. ATTACHED FACE PAGE**

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Tia Smith**
Title: _____
Company: _____
(Signature) (Date) **11/5/2012**
Address and telephone number (if different from notice address above):
_____

Telephone number: _____

**RECEIVED
NOV 09 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500.

1212032121109000000000034

TIA SMITH
4011 Hubert Avenue
Los Angeles, CA 90008
(323) 384-4493
FAX (323) 295-0517
*Plaintiff in Pro Per*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| TIA SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., RESIDENTIAL FUNDING COMPANY, WALMAR FINANCIAL GROUP, AURORA BANK FSB, CAL-WESTERN RECONVEYANCE CORPORATION, HOMECOMINGS FINANCIAL, GMAC, RESIDENTIAL ACCREDIT LOANS, INC., DEUTSCHE BANK TRUST COMPANY AMERICAS as INDENTURED TRUSTEE for RALI 2007-QO1, FIRST AMERICAN TITLE INSURANCE COMPANY AND DOES 1-20, inclusive<br><br>　　　　Defendants. | Case No.: BC465542<br>(Assigned For All Purposes to<br>Hon. John L. Segal)<br><br>**SECOND AMENDED COMPLAINT**<br>**[JURY TRIAL DEMANDED]**<br><br>1. BREACH OF CONTRACT;<br>2. BREACH OF IMPLIED COVENANT OF GOOD AND FAIR DEALING;<br>3. BREACH OF FIDUCIARY DUTY;<br>4. DECEPTIVE BUSINESS PRACTICES;<br>5. FRAUDULENT CONCEALMENT;<br>6. FRAUDULENT OMISSIONS;<br>7. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;<br>8. INTENTIONAL MISREPRESENTATION;<br>9. NEGLIGENCE;<br>10. NEGLIGENT MISREPRESENTATION;<br>11. QUIET TITLE<br>12. SLANDER OF TITLE;<br>13. TRESPASS ON CONTRACT;<br>14. UNCONSCIONABILITY;<br>15. UNJUST ENRICHMENT;<br>16. WRONGFUL CONVERSION OF REAL PROPERTY;<br>17. WRONGFUL FORECLOSURE;<br>18. VIOLATION OF BUSINESS AND PROFESIONS CODE §17200;<br>19. VIOLATION OF CALIFORNIA CODE §1788.17;<br>20. VIOLATION OF TILA; |

SECOND AMENDED COMPLAINT

21. VIOLATION OF RESPA;
22. VIOLATION OF CALIFORNIA MORTGAGE LENDING ACT CALIFORNIA FINANCIAL CODE SECTION 50000;
23. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1916.7 (10);
24. VIOLATION OF EQUAL CREDIT OPPORTUNITY ACT;
25. VIOLATION OF CA CIV. CODE §1572;
26. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.5;
27. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.6;
28. RESCISSION;
29. INJUNCTIVE RELIEF;
30. DECLARATORY RELIEF

Filed Jointly With:
Residential Funding Company LLC  12-12019
Residential Accredit Loans Inc  12-12052
Homecoming Financial LLC  12-12042

SECOND AMENDED COMPLAINT

B 10 Modified (Official Form 10) (12/11)      Claim #4129  Date Filed: 11/9/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**Homecomings Financial, LLC, Case No. 12-12042**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Tia Smith**

Name and address where notices should be sent:

**Tia Smith
4011 Hubert Avenue
Los Angeles, California 90008**

Telephone number: 323-384-4493     email: myfathersdiamond@msn.com

Name and address where payment should be sent (if different from above):
**FILED JOINTLY WITH CASE NOS.: 12-12019; 12-12020; 12-12032; 12-12052**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **3,000,000.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **PREDATORY LENDING, WRONGFUL FORECLOSURE**
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: __ __ __ __ **9130** | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☐Other
Describe:
Value of Property: $_____ Annual Interest Rate _____% ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **COMPLAINT IS VOLUMINOUS; SEE ATTACHED FACE PAGE**

9. Signature: (See instruction #9) Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Tia Smith**
Title: _____
Company: _____    (Signature)    11/5/2012 (Date)
Address and telephone number (if different from notice address above):
_____
Telephone number: _____ Email: _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED
NOV 09 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment fo[r]

12120421211109000000000007

TIA SMITH
4011 Hubert Avenue
Los Angeles, CA 90008
(323) 384-4493
FAX (323) 295-0517
*Plaintiff in Pro Per*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| TIA SMITH<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., RESIDENTIAL FUNDING COMPANY, WALMAR FINANCIAL GROUP, AURORA BANK FSB, CAL-WESTERN RECONVEYANCE CORPORATION, HOMECOMINGS FINANCIAL, GMAC, RESIDENTIAL ACCREDIT LOANS, INC., DEUTSCHE BANK TRUST COMPANY AMERICAS as INDENTURED TRUSTEE for RALI 2007-QO1, FIRST AMERICAN TITLE INSURANCE COMPANY AND DOES 1-20, inclusive<br><br>Defendants. | Case No.: BC465542<br>(Assigned For All Purposes to Hon. John L. Segal)<br><br>**SECOND AMENDED COMPLAINT**<br>**[JURY TRIAL DEMANDED]**<br><br>1. BREACH OF CONTRACT;<br>2. BREACH OF IMPLIED COVENANT OF GOOD AND FAIR DEALING;<br>3. BREACH OF FIDUCIARY DUTY;<br>4. DECEPTIVE BUSINESS PRACTICES;<br>5. FRAUDULENT CONCEALMENT;<br>6. FRAUDULENT OMISSIONS;<br>7. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;<br>8. INTENTIONAL MISREPRESENTATION;<br>9. NEGLIGENCE;<br>10. NEGLIGENT MISREPRESENTATION;<br>11. QUIET TITLE<br>12. SLANDER OF TITLE;<br>13. TRESPASS ON CONTRACT;<br>14. UNCONSCIONABILITY;<br>15. UNJUST ENRICHMENT;<br>16. WRONGFUL CONVERSIONOF REAL PROPERTY;<br>17. WRONGFUL FORECLOSURE;<br>18. VIOLATION OF BUSINESS AND PROFESIONS CODE §17200;<br>19. VIOLATION OF CALIFORNIA CODE §1788.17;<br>20. VIOLATION OF TILA; |

SECOND AMENDED COMPLAINT

21. VIOLATION OF RESPA;
22. VIOLATION OF CALIFORNIA MORTGAGE LENDING ACT CALIFORNIA FINANCIAL CODE SECTION 50000;
23. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1916.7 (10);
24. VIOLATION OF EQUAL CREDIT OPPORTUNITY ACT;
25. VIOLATION OF CA CIV. CODE §1572;
26. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.5;
27. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.6;
28. RESCISSION;
29. INJUNCTIVE RELIEF;
30. DECLARATORY RELIEF

*Filed Jointly With:*
*GMAC Mortgage LLC    12-12032*
*Residential Funding Company LLC    12-12019*
*Residential Accredit Loans Inc    12-12052*

SECOND AMENDED COMPLAINT