# **Exhibit S**

02/11/08


TIA DANIELLE SMITH

4011 HUBERT AVENUE

LOS ANGELES CA 90008-2621


RE:  Account Number    ████5654

Property Address    4011 HUBERT AVENUE

LOS ANGELES CA 90008-2621


Dear TIA DANIELLE SMITH

Disclosure:  If you are already working with the Loss Mitigation department on a special forbearance or other foreclosure prevention alternatives, this letter does not apply to you. However, you may want to take advantage of the Homeownership Counseling information contained within this letter.

Your account is in default under the terms of the mortgage. The mortgage payments of $       3837.74 for the months of 01/01/08 through 02/01/08, are past due.  If you have already mailed these payments, please accept our thanks.


Due to the unresolved delinquency on your account, you may be experiencing temporary or permanent financial problems that led to the default.  Your account could soon be referred to foreclosure if the default is not resolved.  We would like to discuss possible loss mitigation options, which may be available to you to resolve the delinquency and avoid foreclosure.  A brief description of these options follows.


If you have experienced a temporary loss of income or increase in expenses and now have sufficient income to make increased payments, we may be able to work out a REPAYMENT PLAN.


LOAN MODIFICATION: A loan modification capitalizes delinquent payments into the unpaid principal balance.  This may be completed if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

02/11/08

Account Number ████5654

Page Two

SHORT SALE: The investor may accept less than a full payoff when the value of your property has declined.  You must list the property at fair market value and forward any offers, along with estimated closing costs, to our company.  The acceptance of the offer is subject to investor approval.  You may be required to contribute to reduce the total loss.

DEED IN LIEU OF FORECLOSURE: A deed in lieu voluntarily gives back the Deed to the lender to satisfy the debt and avoid foreclosure.  You must have tried to sell the property for 90 days at fair market value.

 The collection activity will not stop and the monthly mortgage payments are still due while we evaluate your financial situation.  Not all options may be available to you and we cannot guarantee you will qualify for any of the loss mitigation options.

In order to be considered for any of these loss mitigation options, you may be required to provide us with financial information.  Please contact us at 800-799-9250 to discuss any of these loss mitigation options.  For your information, you may contact a HUD Counseling Agent at 1-800-569-4287.  Toll free TDD number for the HUD Counseling Agency is 1-800-877-8339.

NOTICE - This is an attempt to collect a debt and any information obtained will be used for that purpose.  If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

PLEASE DO NOT SEND US MEDICAL INFORMATION.

As required by law, we are prohibited from obtaining or using medical information (e.g., diagnosis, treatment or prognosis) in connection with your eligibility, or continued eligibility, for credit.  We will not use it when evaluating your request, and it will not be retained.

Collection Department

Loan Servicing

5014