# **<u>Exhibit T</u>**

03/03/08

TIA DANIELLE SMITH

4011 HUBERT AVENUE

LOS ANGELES        CA 90008-2621

RE:  Account Number          5654

   Property Address  4011 HUBERT AVENUE

               LOS ANGELES CA 90008-2621

Dear TIA DANIELLE SMITH

 Our records indicate the above-referenced mortgage loan is in default.

Your account is due for 01/01/08, and succeeding payments. This is a demand for payment of the total amount due and owing as of the date of this letter, which is as follows:

   Payments ............................... $      6188.34

   Late Charges ........................... $       398.14

   Fees, Costs, and other amounts accrued

     to date ............................. $         0.00

   Suspense ............................... $         0.00

   Total Amount Due ....................... $      6586.48

 You may cure the default by paying the total amount due, indicated above, within thirty (30) days from the date of thisletter.  You are also responsible for paying any additional payments, fees, and charges that become due during this 30-day period.  Payments must be made in certified funds or cashier's check.  If funds tendered are not honored for any reason, the default will not be cured.  Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

(continued on back)

03/03/08

Account Number ▮▮▮▮▮5654

Page Two

You are hereby notified your credit rating may be adversely affected if you fail to fulfill the terms of your credit obligations.  You are also notified we may visit the above-referenced property from time to time to determine its condition and occupancy status, the costs of which you will be responsible for.

 Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings.  This could result in the loss of your property. You have the right to assert or defend the non-existence of a default and you may have other rights under state law.

 Once in foreclosure, you have the right to reinstate your account up to five days prior to the foreclosure sale of the property if: 1) you pay the total amount due plus any fees, costs and other amounts accrued through the reinstatement date, and 2) you take any other action reasonably required by us to assure the security of the property, as well as your obligations under the loan documents continue in full force and effect.

 HUD-approved counseling is available on FHA guaranteed loans by calling 800-569-4287.  If you would like to discuss any matter contained in this notice, we encourage you to contact our loan counselors immediately at 800-799-9250.

Collection Department

Loan Servicing

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose.  If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

5020