# **Exhibit V**

## Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC465542
TIA SMITH VS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ET

**Filing Date:** 07/15/2011
**Case Type:** Eminent Domain/Condemnation (General Jurisdiction)
**Status:** Pending

Future Hearings

**08/20/2014** at 08:30 am in department 50 at 111 North Hill Street, Los Angeles, CA 90012
Conference-Bankruptcy Status

Documents Filed | Proceeding Information

Parties

Click on any of the below link(s) to see names that begin with the letter indicated:
A - M   R - W

AMERICAN MORTGAGE NETWORK INC. - Defendant/Respondent

AURORA BANK FSB - Defendant/Respondent

AURORA LOAN SERVICES LLC - Defendant/Respondent

BALSER JUSTIN D. ESQ. - Attorney for Deft/Respnt

CAL WESTERN RECONVEYANCE - Defendant/Respondent

CAL-WESTERN RECONVEYANCE CORPORATION - Defendant/Respondent

DEUTSCHE BANK TRUST COMPANY AMERICAS AS I - Defendant/Respondent

DOES 1-20 - Defendant/Respondent

DOES I-Z - Defendant/Respondent

FIRST AMERICAN TITLE INSURANCE COMPANY - Defendant/Respondent

FREIBERG JR. THOMAS A. - Mediator-Immediate Former

GMAC - Defendant Erroneously Sued As

GMAC MORTGAGE LLC - Defendant/Respondent

HANKINS SUZANNE M. ESQ. - Attorney for Defendant/Respondent

HERNANDEZ JESSE S. ESQ. - Attorney for Defendant/Respondent

HOMECOMINGS FINANCIAL - Defendant Erroneously Sued As

HOMECOMINGS FINANCIAL LLC - Defendant/Respondent

KENNON RANDALL H. ESQ. - Mediator

LIU DAVID M. - Attorney for Defendant/Respondent

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS - Defendant/Respondent

Click on any of the below link(s) to see names that begin with the letter indicated:
TOP  A - M  R - W

RESIDENTIAL ACCREDIT LOANS INC. - Defendant/Respondent

RESIDENTIAL FUNDING COMPANY - Defendant/Respondent

SMITH TIA - Plaintiff & Plaintiff In Pro Per

SULLIVAN JOHN B. - Attorney for Defendant/Respondent

VAN DE KAMP JOHN K. - Mediator-Previous Former

WALMAR FINANCIAL GROUP - Defendant/Respondent

WRIGHT ROBIN PREMA ESQ. - Attorney for Defendant/Respondent

Click on any of the below link(s) to see names that begin with the letter indicated:
TOP  A - M  R - W


Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date indicated:
08/09/2013   08/22/2012   02/27/2012   10/14/2011

**06/24/2014** Motion (AUGMENT RECORD ON APPEAL. )
Filed by Plaintiff & Plaintiff in Pro Per

**06/24/2014** Request for Judicial Notice
Filed by Plaintiff & Plaintiff in Pro Per

**06/18/2014** Order (re: lack of right to represent EC Closing Corp. f/k/a Cal-Western Reconveyance Corporation in pending foreclosure actions . -signed by Judge Kalin-)
Filed by Attorney for Defendant/Respondent

**05/22/2014** Notice (BANKRUPTCY COURT ORDER RE: LACK OF RIGHT TO REPRESENT )
Filed by Attorney for Defendant/Respondent

**03/04/2014** Ntc to Prty re fee Clk's Transcpt
Filed by Clerk

**02/24/2014** Notice of Continuance (Re: BANKRUPTCY STATUS )
Filed by Attorney for Defendant/Respondent

**02/07/2014** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**01/30/2014** Notice (OF BANKRUPTCY STATUS CONFERENCE )
Filed by Attorney for Plaintiff/Petitioner

**01/30/2014** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**12/12/2013** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**12/12/2013** Notice of Lien
Filed by Lien Claimant

**12/03/2013** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**11/14/2013** Order-Court Fee Waiver
Filed by Clerk

**11/14/2013** Ntc to Atty re Notice of Appeal
Filed by Clerk

**11/13/2013** Request-Waive Court Fees
Filed by Plaintiff/Petitioner

**11/13/2013** Notice of Appeal
Filed by Plaintiff/Petitioner

**11/13/2013** Designation of Record on Appeal
Filed by Plaintiff/Petitioner

**11/04/2013** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**10/23/2013** Notice (OF BANKRUPTCY STATUS CONFERENCE )
Filed by Plaintiff & Plaintiff In Pro Per

**10/23/2013** Reply to Opposition
Filed by Plaintiff & Plaintiff In Pro Per

**10/15/2013** Opposition Document (TO RECONSIDER AND REVOKE ORDER SUSTAINING DEFENDANT )
Filed by Attorney for Defendant/Respondent

**09/26/2013** Notice (OF APPLICATION TO RECONSIDER AND REVOKE ORDER SUSTAINING DEF.
DEMURRER, OR ALTERNATIVELY, TO MODIFY THE ORDER WITH LEAVE TO AMEND )
Filed by Plaintiff & Plaintiff In Pro Per

**09/16/2013** Judgment (of dismissal with prejudice . -signed by Judge Kalin- )
Filed by Attorney for Defendant/Respondent

**09/16/2013** Order (sustaining demurrer to plaintiff's third amended complaint without leave to amend . -signed by Judge Kalin- )
Filed by Attorney for Defendant/Respondent

**09/16/2013** Notice (OF ENTRY OF ORDER )
Filed by Attorney for Defendant/Respondent

**09/10/2013** Declaration
Filed by Attorney for Pltf/Petnr

**09/10/2013** Partial Dismissal (w/o Prejudice) (COMPLAINT AS TO AMERICAN MORTGAGE NETWORK, INC. )
Filed by Plaintiff & Plaintiff In Pro Per

**09/10/2013** Proof-Service/Summons
Filed by Plaintiff & Plaintiff In Pro Per

**09/10/2013** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**09/10/2013** Request to Enter Default (IS REJECTED AS AMERICAN #13. NO APPEARANCE PROOF OF SERVICE ON THIRD AMENDED COMPLAINT CANNOT SERVICE BY MAIL NEED PERSONAL SERVICE 28.29. )
Filed by Attorney for Pltf/Petnr

**08/29/2013** Declaration (OF TIA SMITH )
Filed by Plaintiff & Plaintiff In Pro Per

**08/29/2013** Objection Document
Filed by Plaintiff & Plaintiff In Pro Per

**08/22/2013** Request to Enter Default (as to American Mortgage Network, Inc. reject-#3,7,9,14 (p/s on 3rd amended complaint )
Filed by Plaintiff & Plaintiff in Pro Per

**08/20/2013** Notice of Ruling
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/09/2013   08/22/2012   02/27/2012   10/14/2011

**08/09/2013** Reply/Response (IN FUTHER SUPPORT OF DEMURRER )
Filed by Attorney for Defendant/Respondent

**08/05/2013** Request for Judicial Notice
Filed by Plaintiff & Plaintiff In Pro Per

**08/05/2013** Opposition Document
Filed by Plaintiff & Plaintiff In Pro Per

**07/10/2013** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**07/10/2013** Demurrer (TO PLAINTIFF'S THIRD AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

**07/03/2013** Notice (OF STATY OF PROCEEDINGS )
Filed by Attorney for Defendant/Respondent

**06/14/2013** Third Amended Complaint
Filed by Plaintiff & Plaintiff In Pro Per

**05/23/2013** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**05/22/2013** Miscellaneous-Other (TENTATIVE RULING )
Filed by Court

**05/15/2013** Reply/Response
Filed by Attorney for Defendant/Respondent

**05/09/2013** Objection Document
Filed by Plaintiff & Plaintiff In Pro Per

**05/09/2013** Request for Judicial Notice
Filed by Plaintiff & Plaintiff In Pro Per

**05/09/2013** Notice-Case Management Conference
Filed by Plaintiff & Plaintiff In Pro Per

**05/09/2013** Opposition Document
Filed by Plaintiff & Plaintiff In Pro Per

**05/09/2013** Points and Authorities
Filed by Plaintiff & Plaintiff In Pro Per

**04/17/2013** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**04/09/2013** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**04/04/2013** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**01/18/2013** Statement-Case Management
Filed by Plaintiff & Plaintiff In Pro Per

**01/18/2013** Notice-Related Cases
Filed by Plaintiff & Plaintiff In Pro Per

**01/14/2013** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**01/08/2013** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**09/26/2012** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**09/18/2012** Statement-Non-Agreement (FIRST SANA FILED BY MEDIATOR. MEDIATION TOOK PLACE ON 8-29-12 & LASTED A TOTAL OF 2 HOURS. THE MEDIATION ENDED IN NONAGREEMENT. )
Filed by Mediator

**09/04/2012** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**09/04/2012** Ex-Parte Application (for order shortening time for notice and hearing on demurrer to second amended complaint; memo of points & authorities; declaration of Justin D. Balser; request for judicial notice; [proposed]orders)
Filed by Attorney for Defendant/Respondent

**09/04/2012** Memorandum - Other (of points and authorities in opposition to defts' order shortening time and notice for a hearing on demurrer or alternati- vely for leave to file a five page supplement, et. al.)
Filed by Plaintiff & Plaintiff In Pro Per

**08/29/2012** Notice-Mediation Hrg Date
Filed by Mediator

**08/28/2012** Demurrer (TO PLAINTIFF'S SECOND AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

**08/28/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**08/28/2012** Motion to Strike (CERTAIN PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/09/2013   08/22/2012   02/27/2012   10/14/2011

**08/22/2012** Declaration (of Tia Smith in support of motions to continue trial date; discovery cutoff deadlines; mediation deadlines and reset case management conference )
Filed by Plaintiff & Plaintiff In Pro Per

**08/22/2012** Declaration ((AMENDED) OF TIA SMITH IN SUPPORT OF MOTIONS TO CONTINUE TRIAL DATE; )
Filed by Plaintiff & Plaintiff In Pro Per

**08/22/2012** Ex-Parte Application (FOR ORDER SHORTENING TIME FOR service & hearing of combined motions to continue trial date; discovery cutoff deadlines; mediation deadlines; and reset case management conf; memo of p's)
Filed by Plaintiff & Plaintiff In Pro Per

**08/17/2012** Declaration (OF TIA SMITH IN SUPPORT OF EPA )
Filed by Plaintiff

**08/17/2012** Ex-Parte Application (TO CONT TRIAL )
Filed by Plaintiff

**08/17/2012** Declaration (OF TIA SMITH )
Filed by Plaintiff & Plaintiff In Pro Per

**08/17/2012** Reply/Response (reply in support of plaintiff's moition for reconsideration )
Filed by Plaintiff & Plaintiff In Pro Per

**08/17/2012** Motion for Continuance (OF TRIAL DATE )
Filed by Plaintiff & Plaintiff In Pro Per

**08/14/2012** Notice of Ruling
Filed by Attorney for Deft/Respnt

**08/09/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**08/09/2012** Opposition Document
Filed by Attorney for Defendant/Respondent

**07/24/2012** Motion for Reconsideration
Filed by Plaintiff & Plaintiff In Pro Per

**07/24/2012** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**07/24/2012** Declaration (OF TIA SMITH )
Filed by Plaintiff & Plaintiff In Pro Per

**07/23/2012** Declaration (OF TIA SMITH )
Filed by Plaintiff & Plaintiff In Pro Per

**07/23/2012** Motion for Leave (TO FILE A THIRD AMENDED COMPLAINT TO ADD NEW CAUSES OF ACTION )
Filed by Plaintiff & Plaintiff In Pro Per

**07/23/2012** Second Amended Complaint
Filed by Plaintiff & Plaintiff In Pro Per

**07/23/2012** Notice of Ruling
Filed by Plaintiff & Plaintiff In Pro Per

**07/23/2012** Notice (OF EX PARTE RULING )
Filed by Plaintiff & Plaintiff In Pro Per

**07/17/2012** Declaration (of Tia Smith in support of ex parte application to add new causes of action and defendants to court ordered second amended complaint )
Filed by Plaintiff & Plaintiff In Pro Per

**07/17/2012** Notice of Ruling
Filed by Plaintiff & Plaintiff In Pro Per

**07/17/2012** Ex-Parte Application (to add new causes of action & defendants to court ordered second amended complaint; memo of points & authorities; declaration of Tia Smith in support of ex parte application)
Filed by Plaintiff & Plaintiff In Pro Per

**06/22/2012** Declaration (of Tia Smith in support of ex parte )
Filed by Plaintiff & Plaintiff In Pro Per

**06/22/2012** Ex-Parte Application (plaintiff's notice of ex parte application to extend the time to file second amended complaint; memo of points and authorities; )
Filed by Plaintiff & Plaintiff In Pro Per

**06/04/2012** Notice (OF EXPARTE RULING )
Filed by Plaintiff & Plaintiff In Pro Per

**06/04/2012** Notice-Related Cases
Filed by Plaintiff & Plaintiff In Pro Per

**06/01/2012** Notice (OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY )
Filed by Attorney for Defendant/Respondent

**05/18/2012** Order (GRANTING EX PARTE )
Filed by Plaintiff & Plaintiff In Pro Per

**05/18/2012** Ex-Parte Application (TO EXTEND THE TIME TO FILE SECOND AMENDED COMPLAINT )
Filed by Plaintiff & Plaintiff In Pro Per

**05/18/2012** Declaration (OF TIA SMITH IN SUPPORT OF EX PARTE )
Filed by Plaintiff & Plaintiff In Pro Per

**04/17/2012** Order (granting motion to expunge lis pendens -signed by Judge Segal- )
Filed by Attorney for Defendant/Respondent

**04/04/2012** Notice of Lodging (OF PROPOSED ORDER HEARING DATE: 3/5/12 )
Filed by Attorney for Defendant/Respondent

**03/13/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**03/13/2012** Opposition Document (TO MOTION TO TRANSFER )
Filed by Attorney for Defendant/Respondent

**03/07/2012** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**03/06/2012** Notice (OF ENTRY OF ORDER SETTING HEARING ON DEMURRERS AND MOTION FOR LEAVE TO AMEND )
Filed by Attorney for Defendant/Respondent

**03/05/2012** Notice-Reassgnment-Mediator
Filed by ADR Clerk

**03/05/2012** Miscellaneous-Other (Court's Ruling re: 3/5/12 hearing )
Filed by Court

**03/02/2012** Partial Dismissal (w/o Prejudice) (AS TO ALL CAUSES OF ACTION ASSERTED BY PLAINTIFF TIA SMITH AGAINST DEFENDANT FIRST AMERICAN TITLE INSURANCE CO. )
Filed by Plaintiff & Plaintiff In Pro Per

**03/01/2012** Notice-Recusal-ADR Neutral (NEUTRAL RECUSAL FILED BY MEDIATOR. REASON #10 SCHEDULING CONFLICT. )
Filed by Mediator

**02/29/2012** Request for Judicial Notice
Filed by Plaintiff & Plaintiff In Pro Per

**02/29/2012** Motion to Transfer (AND CONSOLIDATE CASES SP CASE SM12700373 )
Filed by Plaintiff & Plaintiff In Pro Per

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/09/2013   08/22/2012   02/27/2012   10/14/2011

**02/27/2012** Notice (OF NON-OPPOSITION TO MOTION TO STRIKE )
Filed by Attorney for Defendant/Respondent

**02/27/2012** Notice (OF NON-OPPOSITION TO DEMURRER )
Filed by Attorney for Defendant/Respondent

**02/27/2012** Response (IN SUPPORT OF DEMURRER )
Filed by Attorney for Defendant/Respondent

**02/27/2012** Response (REPLY FOR DEMURRER )
Filed by Attorney for Defendant/Respondent

**02/24/2012** Reply to Opposition
Filed by Plaintiff & Plaintiff In Pro Per

**02/24/2012** Declaration (SUPPLEMENTAL DECLARATION )
Filed by Plaintiff & Plaintiff In Pro Per

**02/23/2012** Notice-Reassgnment-Mediator
Filed by ADR Clerk

**02/23/2012** Stipulation and Order (TO SET HEARING ON DEMURRES AND MOTION FOR LEAVE TO AMEND COMPLAINT ON MARCH 5, 2012 [PROPOSED] ORDER )
Filed by Attorney for Defendant/Respondent

**02/23/2012** Order (ORDER SETTING HEARING ON DEMURRERS AND MOTION FOR LEAVE TO AMEND COMPLAINT FOR MARCH 5,2012 )
Filed by Attorney for Defendant/Respondent

**02/21/2012** Opposition Document (TO MOTION TO EXPUNGE LIS PENDENS )
Filed by Plaintiff & Plaintiff In Pro Per

**02/21/2012** Opposition Document (TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; )
Filed by Attorney for Defendant/Respondent

**02/21/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**02/21/2012** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**02/17/2012** Opposition Document (TO DEMURRER )
Filed by Plaintiff & Plaintiff In Pro Per

**02/17/2012** Opposition Document
Filed by Attorney for Defendant/Respondent

**02/17/2012** Opposition Document (TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

**02/16/2012** Notice-Recusal-ADR Neutral (NEUTRAL RECUSAL FILED BY MEDIATOR. REASON #7 BELIEVE MY RECUSAL WOULD FURTHER THE INTERESTS OF JUSTICE. #8 SUBSTANTIALLY DOUBT MY CAPACITY TO BE IMPARTIAL OR A PERSON AWARE OF THE FACTS MIGHT)
Filed by Mediator

**02/08/2012** Notice-Assignment-Mediator
Filed by ADR Clerk

**02/08/2012** Motion for Leave (TO FILE A SECOND AMENDED COMPLAINT )
Filed by Plaintiff & Plaintiff In Pro Per

**01/30/2012** Objection Document (TO REQUEST FOR ENTRY OF DEFAULT AGAINST CAL-WESTER RECONVEYANCE CORP DUE TO FILING OF DECL. OF NON-MONETARY STATUS )
Filed by Attorney for Defendant/Respondent

**01/30/2012** Objection Document (TO REQUEST FOR ENTRY OF DEFAULT )
Filed by Attorney for Defendant/Respondent

**01/26/2012** Request (FOR ENTRY OF DEFAULT AGAINST DEF. CAL-WESTERN RECONVEYANCE CORP. )
Filed by Plaintiff & Plaintiff In Pro Per

**01/26/2012** Declaration (OF TIA SMITH )
Filed by Plaintiff & Plaintiff In Pro Per

**01/20/2012** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**01/17/2012** Rtn of Service of Summons & Compl
Filed by Attorney for Plaintiff/Petitioner

**01/17/2012** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**01/17/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**01/17/2012** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**01/17/2012** Demurrer
Filed by Attorney for Defendant/Respondent

**01/13/2012** Motion to Strike
Filed by Attorney for Defendant/Respondent

**01/13/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**01/13/2012** Demurrer
Filed by Attorney for Defendant/Respondent

**01/12/2012** Notice of Motion (TO EXPUNGE LIS PENDENS )
Filed by Attorney for Defendant/Respondent

**01/12/2012** Demurrer
Filed by Attorney for Defendant/Respondent

**01/12/2012** Request for Judicial Notice
Filed by Attorney for Defendant/Respondent

**01/12/2012** Notice-Case Management Conference
Filed by Clerk

**12/15/2011** Miscellaneous-Other (MEMORANDUM )
Filed by Plaintiff & Plaintiff In Pro Per

**12/09/2011** Notice of Change of Address
Filed by Attorney for Defendant/Respondent

**11/03/2011** Notice of Reassignment and Order
Filed by Clerk

**10/27/2011** Request (for refund )
Filed by Plaintiff & Plaintiff In Pro Per

**10/27/2011** Request (for refund and order for refund of undertaking )
Filed by Plaintiff & Plaintiff In Pro Per

**10/25/2011** Proof of Service (OF NOTICE TO ADVERSE PARTY OF RE- MOVAL TO FEDERAL COURT ON ADDI- TIONAL DEFENDANTS )
Filed by Attorney for Defendant/Respondent

**10/21/2011** Declaration (OF DAVID M. LIU IN RESPONSE TO OSC, ETC. )
Filed by Attorney for Defendant/Respondent

**10/20/2011** Ntc of Removal to Federal Court
Filed by Attorney for Defendant/Respondent

**10/20/2011** Declaration (OF DAVID MIU RE REMOVAL OF ACTION )
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/09/2013   08/22/2012   02/27/2012   10/14/2011

**10/14/2011** Reply/Response (TO DEFTS' OPPO. TO APPL. FOR PI )
Filed by Plaintiff & Plaintiff In Pro Per

**10/14/2011** Proof of Service (RE REPLY TO DEFT'S OPPO, ETC. )
Filed by Plaintiff & Plaintiff In Pro Per

**10/07/2011** Request for Judicial Notice (in suport of opp to osc re p.i. )
Filed by Attorney for Deft/Respnt

**10/07/2011** Opposition Document (to osc re p.i. )
Filed by Attorney for Deft/Respnt

**10/07/2011** Declaration (of Singh in support of opp to osc re p.i. )
Filed by Attorney for Deft/Respnt

**10/06/2011** Request for Judicial Notice (IN SUPPORT OF DEMURRER TO PLTF'S SECOND AMENDED COMPLAINT )
Filed by Attorney for Defendant/Respondent

**10/06/2011** Notice of Motion (MTN TO EXPUNGE LIS PENDENS; MEMO OF PA IN SUPPORT )
Filed by Attorney for Defendant/Respondent

**10/06/2011** Demurrer (OF DEFTS )
Filed by Attorney for Defendant/Respondent

**09/19/2011** Notice of Ruling (AT EX PARTE )
Filed by Attorney for Defendant/Respondent

**09/15/2011** Declaration (of Tia Smith re: opposition of striking complaint and in support of motion to leave )
Filed by Plaintiff & Plaintiff In Pro Per

**09/15/2011** Ex-Parte Application (to strike second "first" amended complaint or in the alternative motion for leave to file excessive length brief;memorandum of points and authorities; declaration)
Filed by Attorney for Defendant/Respondent

**09/14/2011** Ex-parte Request for Order
Filed by Plaintiff & Plaintiff In Pro Per

**09/14/2011** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**09/14/2011** Declaration (of Smith in support of ex parte )
Filed by Plaintiff & Plaintiff In Pro Per

**09/14/2011** Points and Authorities (in support of ex parte )
Filed by Plaintiff & Plaintiff In Pro Per

**09/13/2011** Declaration (OF NON-MONETARY STATUS BY DEFT. CAL-WESTERN RECONVEYANCE COR/ AS TO FIRST AMENDED COMP. )
Filed by Attorney for Defendant/Respondent

**09/06/2011** Proof of Service
Filed by Plaintiff & Plaintiff in Pro Per

**09/02/2011** Ex-parte Request for Order
Filed by Attorney for Deft/Respnt

**09/02/2011** Order (granting ex parte application )
Filed by Attorney for Deft/Respnt

**09/02/2011** Declaration (re notice of ex parte application )
Filed by Attorney for Deft/Respnt

**09/02/2011** Notice of Ruling (AT EX PARTE APPLICATION TO CONTINUE )
Filed by Attorney for Deft/Respnt

**08/29/2011** Ex-parte Request for Order
Filed by Plaintiff & Plaintiff In Pro Per

**08/29/2011** Request for Judicial Notice
Filed by Plaintiff & Plaintiff In Pro Per

**08/29/2011** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**08/26/2011** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**08/23/2011** Ex-parte Request for Order
Filed by Plaintiff & Plaintiff In Pro Per

**08/23/2011** Order (GRANTING EX PARTE APPLICATION FOR TRO AND SETTING OSC RE PRELIMI- NARY INJUNCTION )
Filed by Plaintiff & Plaintiff In Pro Per

**08/22/2011** Summons Filed
Filed by Attorney for Plaintiff/Petitioner

**08/22/2011** First Amended Complaint
Filed by Plaintiff & Plaintiff In Pro Per

**08/03/2011** Proof of Service
Filed by Plaintiff & Plaintiff In Pro Per

**08/01/2011** First Amended Complaint
Filed by Plaintiff & Plaintiff In Pro Per

**08/01/2011** Miscellaneous-Other (FIRST AMENDED NOTICE OF PENDENCY OF ACTION )
Filed by Plaintiff & Plaintiff In Pro Per

**08/01/2011** Summons Filed
Filed by Plaintiff & Plaintiff In Pro Per

**07/19/2011** Notice-Case Management Conference
Filed by Clerk

**07/15/2011** Complaint

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   08/09/2013   08/22/2012   02/27/2012   10/14/2011

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date indicated:
03/14/2012

**06/18/2014** at 08:00 am in Department 50, Joseph R. Kalin, Presiding
Court Order - **Order is signed and filed**

**02/20/2014** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
Conference-Bankruptcy Status (*as to defts: 1-ResidentialFunding Co.; 2-GMAC Mortgage, LLC;3-Cal-Western Reconveyance Corp.;4-Homecomings Financial, LLC;and 5-Residential Accredit Loans, Inc.) - **Held-Continued**

**12/17/2013** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
Conference-Bankruptcy Status (*as to defts: 1-ResidentialFunding Co.; 2-GMAC Mortgage, LLC;3-Cal-Western Reconveyance Corp.;4-Homecomings Financial, LLC;and 5-Residential Accredit Loans,Inc.) - **Held-Continued**

**10/28/2013** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
OSC RE Dismissal (*of the case as to defendantsAmerican Mortgage Network, Inc.and WalMar Financial Group forplaintiff's failure to prosecutethe case against them.) - **Court makes order**

**09/16/2013** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
OSC RE Dismissal ((1)for plaintiff's failure toserve defendant Walmar FinancialGroup;and (2)OSC re dismissal forplaintiff's failure to file arequest for entry of default as ..) - **OSC held and continued**

**08/16/2013** at 08:31 am in Department 50, Josh M. Fredricks, Presiding
Hearing on Demurrer - **Demurrer sustained without leave**

**05/22/2013** at 08:30 am in Department 50, Josh M. Fredricks, Presiding
Hearing on Demurrer (and Motion to Strike.-FSC: 1/3/14-jt: 1/6/14) - **Demurrer sustained with leave**

**04/22/2013** at 08:30 am in Department 50, John L. Segal, Presiding
Conference-Bankruptcy Status - **Trial Date Set**

**01/25/2013** at 11:45 am in Department 50, Joseph R. Kalin, Presiding
Court Order - **Court makes order**

**01/22/2013** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
Conference-Bankruptcy Status - **Held-Continued**

**09/24/2012** at 08:30 am in Department 50, Joseph R. Kalin, Presiding
Hearing on Demurrer (2. MOTION TO STRIKE) - **Not held**

**09/20/2012** in Department ADR, ADR Neutral, Presiding
Closed-ADR - **Non-Agreement**

**09/04/2012** at 08:30 am in Department 50, Robert H. O'Brien, Presiding
Exparte proceeding - **Court makes order**

**08/22/2012** at 08:31 am in Department 50, Robert H. O'Brien, Presiding
Motion for Leave - **Denied**

**08/17/2012** at 08:30 am in Department 52, Susan Bryant-Deason, Presiding
Ex Parte Motion - **Motion Denied**

**08/08/2012** at 05:00 pm in Department 50, John L. Segal, Presiding
Non-Appearance (Case Review) - **Court makes order**

**07/17/2012** at 08:35 am in Department 50, John L. Segal, Presiding
Exparte proceeding - **Denied without prejudice**

**07/02/2012** at 03:30 pm in Department 50, John L. Segal, Presiding
Court Order - **Court makes order**

**06/22/2012** at 08:35 am in Department 50, John L. Segal, Presiding
Exparte proceeding - **Granted**

**05/18/2012** at 08:30 am in Department 85, Robert H. O'Brien, Presiding
Exparte proceeding - **Granted**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP   03/14/2012

**03/14/2012** at 02:45 pm in Department 50, John L. Segal, Presiding
Court Order - **Court makes order**

**03/05/2012** at 08:31 am in Department 50, John L. Segal, Presiding
Motion for Leave (TO FILE FIRTS AMENDED COMPLAINT2.RESIDENTIAL DEMURRER3.AURORA DEMURRER) - **Denied without prejudice**

**02/24/2012** at 08:31 am in Department 50, John L. Segal, Presiding
Hearing on Demurrer (ADVANCED TO 03/05/12 PERSTIP & ORDER SIGNED ON 02/22/12) - **Vacated**

**01/30/2012** at 08:30 am in Department 50, John L. Segal, Presiding
Conference-Case Management - **Trial Date Set**

**01/12/2012** at 02:00 pm in Department 50, John L. Segal, Presiding
Court Order - **Court makes order**

**11/28/2011** at 02:30 pm in Department 50, John L. Segal, Presiding
Nunc Pro Tunc Order - **Court makes order**

**11/17/2011** at 08:30 am in Department 50, John L. Segal, Presiding
MOTION - EXPUNGE LIS PENDENS (2) DEMURRER OF DEFTS) - **Off Calendar**

**11/14/2011** at 08:30 am in Department 50, John L. Segal, Presiding
Conference-Case Management (AND TRIAL SETTING CONFERENCE) - **Off Calendar**

**10/27/2011** at 09:30 am in Department 86, Ann I. Jones, Presiding
Order to Show Cause Re Sanctions (AGAINST COUNSEL FOR FAILURE TO NOTIFY THE COURT OF REMOVAL TO FEDERAL COURT) - **OSC Discharged**

**10/20/2011** at 09:30 am in Department 86, Ann I. Jones, Presiding
Order to Show Cause Re Prelim Inj - **Off Calendar**

**09/15/2011** at 08:30 am in Department 50, JOHN SHEPARD WILEY JR, Presiding
Exparte proceeding - **Denied**

**09/14/2011** at 08:30 am in Department 86, Ann I. Jones, Presiding
Exparte proceeding - **Granted**

**09/02/2011** at 08:30 am in Department 86, James C. Chalfant, Presiding
Exparte proceeding - **Granted**

**08/29/2011** at 08:30 am in Department 86, Ann I. Jones, Presiding
Exparte proceeding - **Granted**

**08/23/2011** at 08:30 am in Department 86, Ann I. Jones, Presiding
Exparte proceeding - **Granted**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP   03/14/2012

Case Information | Party Information | Documents Filed | Proceeding Information