STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Tel. (212) 490-4100
Noam M. Besdin, Esq.
nbesdin@samlegal.com

*Counsel for Simona Robinson*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et. al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Simona Robinson, by and through her undersigned counsel, hereby withdraws her Motion for

Relief from Stay (Docket No. 4948), as the Parties to this matter have reached a settlement with regard

to said Motion.

Dated: New York, New York
           August 22, 2014

                                        Respectfully submitted,

                                        ___*/s/ Noam M. Besdin*___
                                        Noam M. Besdin
                                        STORCH AMINI & MUNVES PC
                                        140 East 45th Street, 25th Floor
                                        New York, New York 10017
                                        Tel: (212) 490-4100
                                        nbesdin@samlegal.com

                                        *Counsel for Simona Robinson*