MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON AUGUST 26, 2014 AT 10:00 A.M. (EST)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I. SETTLED/WITHDRAWN MATTER(S)**

**1.** Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6687]

**Related Document(s)**:

**a.** Declaration of Joseph A. Shifer in Support of the Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6688]

**b.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to April 24, 2014 at 10:00 a.m. [Docket No. 6716]

**c.** Letter dated May 27, 2014 from Douglas H. Mannal to the Court regarding status of parties' settlement discussions [Docket No. 7005]

**d.** Letter dated June 2, 2014 from Joseph A. Shifer to the Court regarding status of parties' settlement discussions [Docket No. 7037]

**e.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 9, 2014 at 10:00 a.m. [Docket No. 7168]

**f.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to July 30, 2014 at 10:00 A.M. [Docket No. 7230]

**g.** Notice of Adjournment of Hearing on Motion of the ResCap Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown to August 26, 2014 at 10:00 A.M. [Docket No. 7311]

**Response(s)**:

**a.** Karla Brown's Opposition to the Motion of the Liquidating Trust for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6794]

**Reply**:

**a.** Reply of the ResCap Liquidating Trust in Support of its Motion for an Order Enforcing Plan Injunction Against Karla Brown [Docket No. 6807]

**Status**: This matter has been settled. No hearing is required.

**2.** Motion of Associate Partners, LLC for Relief from Automatic Stay [Docket No. 7280]

**Related Document(s)**:

**a.** Notice of Presentment of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 7394]

**Response(s)**: None.

**Status**: This matter has been resolved by stipulation filed on notice of presentment. No hearing is required.

**3.** Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 7356]

**Related Document(s)**:

**a.** Notice of Withdrawal of Ally Financial Inc.'s Motion for an Order Enforcing the Chapter 11 Plan Injunction [Docket No. 7399]

**Response(s)**:

**a.** Tom Franklin's Response to Ally Financial Inc.'s Motion for an Order Enforcing the Court's Order Granting the Debtors' Motion for an Injunction [Docket No. 7395]

**Status**: This matter has been withdrawn. No hearing is required.

## II. ADJOURNED MATTER(S)

**1.** Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

**a.** Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

**b.** [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

**c.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

**d.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

**e.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

**f.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

**g.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

**h.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

**i.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

**j.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

**k.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief

from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**Response(s)**:

**a.** Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to October 22, 2014.

**2.** Motion of the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7170]

**Related Document(s)**:

**a.** Notice of Motion of the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7172]

**b.** The ResCap Liquidating Trust's Sixty-Fifth Omnibus Claims Objection (No Liability Claims) [Docket No. 6847]

**c.** Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Claims Objection (No Liability Claims) [Docket No. 7008]

**d.** Notice of Adjournment of Hearing on Motion of The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement for Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7296]

**e.** Notice of Adjournment of Hearing on Motion of the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in Its Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement For Reconsideration of the June 11, 2014 Order Granting ResCap Liquidating Trust's Sixty-Fifth Omnibus Objection (No Liability Claims) [Docket No. 7337]

**Response(s)**: None.

**Status**: The hearing on this matter has been adjourned to a date to be determined.

**III. FARRELL CLAIM OBJECTION**

**1.** The ResCap Borrower Claims Trust's Objection to Claim Numbers 283, 1353, 1696, 4692, and 6281 Filed by Patrick Lorne Farrell [Docket No. 7208]

**Related Document(s)**: None.

**Response(s)**:

**a.** Response (with Addendum) of Patrick Lorne Farrell to the ResCap Borrower Claims Trust's Objection to the Patrick Farrell Claims [Docket No. 7260]

**Reply**

**a.** The ResCap Borrower Claims Trust's Reply in Support of its Objection to Claim Numbers 283, 1353, 1696, 4692 and 6281 Filed by Patrick Lorne Farrell [Docket No. 7409]

**Status**: The hearing on this matter will be going forward.

**IV. UNCONTESTED MATTER(S)**

**1.** Ally Financial Inc.'s Renewed Motion for Entry of an Order Imposing Sanctions [Docket No. 7258]

**Related Document(s)**: None

**Response(s)**: None.

**Status**: The hearing on this matter will be going forward.

**V. CONTESTED MATTER(S)**

**1.** The ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7306]

**Related Document(s)**:

**a.** Notice of Hearing on Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7346]

**Response(s)**:

**a.** Objection of John E. Satterwhite to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7332]

**b.** Opposition of Julio Pichardo to Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7355]

**c.** Objection of Kevin J. Matthews to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7360]

**d.** Karen Michele Rozier's Opposition to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7363]

**(i)** Declaration of Karen Michele Rozier in Support of Claimant's Opposition to Debtor Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed and Request for Payment of Claims and Sanctions of $750 [Docket No. 7381]

**(ii)** Letter from Karen Michele Rozier to Judge Glenn Regarding the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7382]

**e.** Objection of William J. Futrell to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7374]

**f.** Objections and Opposition of Michael Boyd, Secured Claimant # 965, to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7375]

**g.** Letter from Michael A. and Gloria S. McGuinty in Response to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Not Docketed]

**h.** Response of Esteban and Maria Losoya to the ResCap Liquidating Trust's Motion to Extend the Date by Which Objections to Claims Must be Filed [Docket No. 7404]

**Reply**:

**a.** Reply of the ResCap Borrower Claims Trust in Support of Motion to Extend the Date by Which Objections to Claims Must Be Filed [Docket No. 7406]

**b.** Joinder of the ResCap Liquidating Trust to the Reply of the ResCap Borrower Claims Trust in Support of Motion to Extend the Date By Which Objections to Claims Must Be Filed

**Status**: The hearing on this matter will be going forward.

## VI. ADDITIONAL CLAIMS OBJECTIONS

**1.** ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims) [Docket No. 7305]

**Related Document(s)**: None.

**Response(s)**: None.

**Status**: The hearing on this matter, solely as it relates to the claim filed by OneWest Bank (Claim No. 4872), will be adjourned to September 30, 2014. The hearing on this matter as it relates to all other claimants will be going forward.

**2.** Objection of the ResCap Borrower Claims Trust to Claim Number 2024 Filed by Irene Schmidt [Docket No. 7221]

**Related Document(s)**: None.

**Response(s)**: None.

**Status**: The hearing on this matter going forward.

**3.** ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

**Response(s)**:

**a.** Response of Marcus Harris to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7292]

**b.** Tia Smith's Opposition and Response to the ResCap Borrower Claims Trust's Sixty- Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7300]

**c.** Response of Nancy K. Layne to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7301]

**d.** Response of Suzanne Koegler and Edward Tobias to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7307]

**e.** Response of Aubrey Manuel to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7308]

**f.** Motion of Julie A. and Ronald A. Eriksen to Extend Time to Respond to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7309]

**g.** Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7335]

**h.** Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7336]

**i.** Response of Ronald Nakamoto to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7345]

**j.** Response and Opposition of Claimant Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7351]

**k.** Declaration of Otis L. Collier, Jr. in Support of Response and Opposition to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7352]

**Reply**:

**a.** ResCap Borrower Claims Trust's Omnibus Reply in Support of its Sixty-Ninth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 292, 1279, 1466, 3889, 4129, 4134 and 4139 [Docket No. 7410]

**Status**: The hearing on this matter, solely as it relates to the claims filed by Donna Lanzetta (Claim Nos. 4423, 4420 and 4405), has been resolved. The hearing on this matter, solely as it relates to the claims filed by Aubrey Manuel (Claim No. 5634), has been adjourned to September 8, 2014. The hearing on this matter, solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079), Otis Collier (Claim No. 5066) and Ronald and Julie Eriksen (Claim Nos. 5573 and 5580), has been adjourned to September 30, 2014. The hearing on this matter as it relates to all other claims will be going forward.

Dated: August 22, 2014
New York, New York

/s/ Norman S. Rosenbaum

Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*