UNITED STATES FEDERAL BNAKRUPTCY COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

Manhattan   One Bowling Green   New York, NY 10004-1408

RESIDENTIAL CAPITAL          CASENO 12-12020

REF 6866



claimant ANAISSA B GERWALD

12-12032

## MOTION COMPLAIN REQUESTING POSSESION OF MY PROPERTY
## 12 BLUEGRASS LN, SAVANNAH, GA 31405

I HAVE COMPLIED WITH THE TIME TO FILE A CLAIM ON THIS CASE, I HAVE NOT RECEIVE ANY
INFORMATION ABOUT IT, ONLY WHAT DOES NOT PERTAIN TO ME.  I HAVE PROOF THAT THE
CLAIM WAS SENT ON TIME TO THIS COURT.

See attached, not only I sent it within the time requested but twice. I don't understand why it has not been
corrected.

*I am requesting the devolution or payment of all my belongings. AT THE TIME GMAC REQUESTED EVICECTION AN
APPEAL AND CORRECT JURIDICATION LAW SUIT WERE OPEN AND PENDING.

*See attached demanded letters.
CCU 113-311 O.C. G.A. of a settlement agreement in a debt dispute as a dispute under O.C.G.A. 13-4-
103 (b)(1).
O.C.G.A. 11-1-201 (10) that the tender of the check was full payment and satisfaction of the settlement.
Blitch V Walker Pharm. Inc 295 GA App 347.671 S.E. 2d 842 (2008)

An Instrument to settle this debt was sent to GMAC, See attached.  A full payment for that debt must be
credit.
Is Thefullnes of they part to take it and do not apply to it. TWICE.

I am requesting back the Clean Title of my house; a non-judicial Foreclosure procedures have been applied.
GMAC unjustly took my property NOT abandoned under the impression that they would store and return complete. I did not
abandoned any property, nor were we allowed to take it, "by the means of we will store for you!.

This July 28, 2014

**Objection Resolved?:**

**Claim Number:** 4166

**Claim Amount:** EXPUNGED

**Name:** Amy Delmore

**Date Filed:** 11/9/2012

**Nature:** General Unsecured

**Debtor Name:** Residential Capital, LLC

**A/R:**

**A/R Date:**

Download PDF

**Debtor Number:** 12-12020

**Basis for Objection:** No Liability - Books and Records (Borrower Claims)

**Objection Resolved?:** Y

**Claim Number:** 6866

**Claim Amount:** EXPUNGED

**Name:** Anaissa B Gerwald

**Date Filed:** 6/19/2013

**Nature:** General Unsecured

**Debtor Name:** GMAC Mortgage, LLC

**A/R:**

**A/R Date:**

Download PDF

**Debtor Number:** 12-12032

**Basis for Objection:** Late-Filed Borrower Claims

**Objection Resolved?:** Y

**Claim Number:** 2252

**Claim Amount:** $25,068.76

Richard M. Cieri
Ray C. Schrock
Justin R. Bernbrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Jeffrey S. Powell
Daniel T. Donovan
Judson D. Brown
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Ally Financial Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF ADJOURNMENT OF**
**HEARING ON ALLY FINANCIAL INC.'S MOTION FOR**
**AN ORDER ENFORCING THE COURT'S ORDER GRANTING**
**DEBTORS' MOTION FOR AN ORDER UNDER BANKRUPTCY**
**CODE SECTIONS 105(A) AND 363(B) AUTHORIZING THE DEBTORS**
**TO ENTER INTO A PLAN SUPPORT AGREEMENT WITH ALLY FINANCIAL**
**INC., THE CREDITORS' COMMITTEE, AND CERTAIN CONSENTING CLAIMANTS**

**PLEASE TAKE NOTICE** that a hearing on *Ally Financial Inc.'s Motion for an Order*

*Enforcing the Court's Order Granting Debtors' Motion for an Order Under Bankruptcy Code*

*Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement*

*With Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants*

[ECF No. 6981] (the "***Motion***"), previously schedule to be heard on June 26, 2014 at 10:00 a.m.

(prevailing Eastern Time), has been adjourned to **July 30, 2014 at 10:00 a.m. (prevailing**

**Eastern Time)** and will be held before the Honorable Martin Glenn of the United States

POSTAGE REQUIRED.

U.S. POSTAGE PAID
SAVANNAH
31412
10/31/12
AMOUNT
$10. 00037

™

31412

UNITED STATES
POSTAL SERVICE

1006

PLEASE PRES

Claim # 6666
6/14/2013

# 12-12032
Lot-ceded

## Flat Rate
## Mailing Envelope

For Domestic and International Use

Visit us at usps.com

From/Expéditeur:   12 Bluegrass Ln
                   Savannah, GA 81405

To/Destinataire:

Clerk of Court
US District For the Southern District of A
NY
1 Bowling Creek 625
New York, NY 10004

2.22

Country of Destination/Pays de destination:

Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.

cradletocradle

---

PLEASE PRESS FIRMLY

...s.usps.com/postageonline

PLEASE PRESS FIRMLY

MAIL
RETURN RECEIPT
REQUESTED

UNITED STATES POSTAL SERVICE

**LIMITATIONS ON CONTENT:**
When using Priority Mail, cash or cash equivalents
and all hazardous materials are prohibited.

**WHEN USED INTERNATIONALLY 4 POUND
WEIGHT LIMIT APPLIES.**
Additional country-specific prohibitions/restrictions
may apply. See International Mail Manual (IMM)
country pages for details.

**CUSTOMS:**
For international use affix customs declaration PS Form
2976 using PS Form 2976-E customs form pouch.

HOW TO USE

1. **Complete Address Area**
   Type or Print required return address
   and addressee information in customer
   block area or on label.

2. **Payment Method**
   Affix postage or meter strip to area
   indicated in upper right hand corner.

3. **Acceptance**
   Bring your Flat Rate Priority Mail

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or entity to whom the debtor owes money or property):
Anaissa B Gerwald

Name and address where notices should be sent:

12 Bluegrass Ln
Savannah, GA 31405

Telephone number:                               email:

Name and address where payment should be sent (if different from above):

Telephone number:                               email:

1. **Amount of Claim as of Date Case Filed:** $   495,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Property Loan has been settled
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 4938

3a. Debtor may have scheduled account as:
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ■Real Estate ☐Motor Vehicle ☐Other
**Describe:**
**Value of Property:** $ 395,000.00   **Annual Interest Rate** 12.5 % ■Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $                         Basis for perfection:

**Amount of Secured Claim:** $                    **Amount Unsecured:** $

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$                    (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature: (See instruction #9)** Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Anaissa B Gerwald
Title:
Company:
Address and telephone number (if different from notice address above):

(Signature)   *Anaissa Gerwald*   10/09/2012   (Date)

Telephone number:   Email: *anaissa @ yours.com*

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Court Claim Number:_____**
*(If known)*

Filed on:_____

☐ Check this box if this claim amends a previously filed claim.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

COURT USE ONLY

Claim #6866  Date Filed: 6/19/2013

June 7, 2013

Silverman A Compere LLP

Dear Brian Powers;
File   62429

The Claims were sent directly to the Court, 2 times at once. That is how the court gave me your information and the one in California as per the last letter. The Claims were sent, & with some help from David I Barret Esq (ny)

The claims were for the two properties, 3786 Viewcrest Dr, Salem OR and 12 Bluegrass Ln, Savannah, GA 31405

A total of 8 pages., 2 claim = 6 pages (with instructions) 1 letter and the instrument to settle the debt and the legal Agreement ¾ GMAC & me.

I asked for a copy because I wanted another & well see your. Please send me this information
Mailing Address for GMAC Mortgage payment Center
The GMAC Loan No: for both properties one starts with 4 and the other with 6.5 165871
Also the pay off amount on both properties as of today.
The One in Oregon is under my Maiden Name Ann I Garcia and the loan was Seen (Ann E Moran) I never changed (was not paying it) ~~sent~~

Please see attached proof. Sent as
     Houston v. Lack 101 L. ED.20. 245 (1988)

RECEIVED
JUN 1 9 2013
KURTZMAN CARSON CONSULTANTS

If any questions you may call 912 484 9363 Jonathan
(son)

Also the Savannah Federal Court has the claim as
well explained and the documents filed on 1/2012.
Case CV 412-066

I was never told GMAC sold my mortgage EVER-
that is why I only went thru GMAC on any deals
payments or contracts

Its fraud that they sold, and it became a
Promissory note

Please write to me, but copy all
correspondence to
% Gerald
20-204 Towne Dr.
Bluffton, SC 29910

So I want both houses on my name free and
clearly!

Thanks

You can make it happen.

RECEIVED
JUN 1 9 2013
KURTZMAN CARSON CONSULTANTS

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:**
GMAC MORTGAGE
PAYMENT CRT
PHOENIX, AZ      LEGAL DEPT.
                    OH

**Case Number:**
12-12020 (MG)

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property):**
Anaissa B Gerwald

**Name and address where notices should be sent:**
12 Bluegrass Ln
Savannah GA 31405

**Telephone number:** 912 484 9363   **email:**

**Name and address where payment should be sent (if different from above):**
c/o Anaissa B Gerwald
20-206 Towne Dr, Bluffton SC 29910

**Telephone number:**   **email:**

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on: 12/28/12

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 769,098.00
Property Address:
    12 Bluegrass Ln, Savannah, GA 31405
    see (3786 Viewcrest Dr, Salem Or 97302)

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** GMAC fraudulently transferred property for payment on another account - constructive trust
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** _ 4938

**3a. Debtor may have scheduled account as:**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate  ☐Motor Vehicle  ☐Other
Describe:

**Value of Property:** $_____

**Annual Interest Rate_____%** ☐Fixed or ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$ _____

**Basis for perfection:** _____

**Amount of Secured Claim:** $ _____

**Amount Unsecured:** $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

11 USC
501 a 503

**Amount entitled to priority:**
$ _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

1 of 8

B10 (Official Form 10) (04/13)                                                                                                                    2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See Instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See Instruction #8)**

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Anaissa B Gervald_
Title:
Company:                                                X _by ___ Amm    vcc 1-308-nnn  10/12_
Address and telephone number (if different from notice address above):      (Signature)                                    (Date)

Telephone number: _972 232 5535_   email:

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

2 of 8

<u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT
COPY OF THE FOREGOING:

PROOF OF CLAIM
PROPERTIES:  12 BLUEGRASS LN, SAVANNAH, GA 31405

3786 VIEWCREST DR, SALEM, OR 97302

UPON THE FOLLOWING ADDRESSES, BY PLACING SAME IN A SEALED
ENVELOPE, BEARING SUFFICIENT POSTAGE FOR DELIVERY VIA UNITED
STATES MAIL SERVICE TO:

DANIEL PATRICK MOYNIHAN
US COURT HOUSE
500 PEARL ST, ROOM 120
NEW YORK, NY 10007-1312

C/O U.S. BK. COURT
SOUTHERN DISTRICT OF N.Y.
CLERK COURT
ONE BOWLING GREEN
NEW YORK, NY 1004-1408

AND DEPOSITED IN THE POSTAL BOX PROVIDED FOR ON THE
GROUNDS OF THE FEDERAL MARIANNA CAMP, IN MARIANNA,
FLORIDA 32446 ON THIS 28TH DAY OF OCTOBER, 2012.

OCC 1-308-ARR  28 OCT 2012,
Anaissa B Grewald

FEDERAL MARIANNA CAMP
# 73152-065
PO BOX 7006
MARIANNA, FL 32446

LITIGATION IS DEEMED FILED AT THE TIME IT WAS DELIVERED
TO FEDERAL AUTHORITIES. SEE: HOUSTON V. LACK 101 L. Ed. 2d. 245
(1988).

8 of 8

Page 5.1

GMAC Has opened a foreclosure of which I was not informed by them,

GMAC did not raffle the house on the steps of the court on tuesday - no mention to 12 Bluegrass Ln, on the steps of the court.

GMAC Entered a settlement on prior months to this Has not complied with the settlement agreement

GMAC on Friday 30, 2011, & Monday 2nd 2012 assured that there were not proceeding for a foreclosure by phone

GMAC has again lied & abuse since they got to know I was in Jail.

GMAC has several times said. We do not want to help you we want your house.

Copies of check & letter agreements & demand must be requested to GMAC since I'm unable to be out of Jail & have copies sent to you. Maybe I'll be able to have them sent to you.

Case 4:12-cv-00066-WTM-GRS   Document 1   Filed 02/24/12   Page 7 of 10

VI.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want GMAC to comply with the settlement agreement they accepted & have my title back.

12 Bluegrass Ln, Savannah GA 31405 should only be in my Name Anaissa B. Grunwald.

Our home has very sick people & many many lies from GMAC

they have entered into a settlement contract & because of my circumstances leading this to them they have behaive illegally. Using the circumstances to foreclosure breaking an tryed settlement Acceptance I want my title clean & back as they had agreed

How much more should I paid on a loan of 278 on 2 years They have taken more than 500 k.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16_ day of _jenuary_, 19_12_.

Prisoner No. _179339_                          _____
                                              (Signature of Plaintiff)

6

Anaissa B Gerwald
12 Bluegrass Ln
Savannah, GA 31405

EG20203323 1US

GMAC Mortgage LLC
3451 Hammond Ave
Waterloo, IA 50702

May 17, 2011

Dear Creditor,

Re: Account Number No. 0657165871

This letter is to send you a proposal regarding settlement of my debt in full. The fact is, I have been through difficult times and you adding to this - your paperwork, customer service have made my life so stressful. Since each time I call there is someone new and they all change the facts taken a toll on my health. As a result, I haven't able to have quiet enjoyment, I have received numerous calls, letters and people coming into my house and changing locks .

Your customer service would not take my payments saying the prior loan has not gone thru yet and adding to this more legal fees and sending back my payments. Several fillings for foreclosure, denying the modification, denying the calls saying not to pay until the Mod was done because you needed more information from the Investor, when the investor was you at this time. This also cause me to file for Bankruptcy several times to avoid been on the street and having to cancel them latter on making a record so bad for me. Now I had a modification approved on April 28, 2011 and which I took and sent back Fed Ex as requested by you. Then a few days later you again filling a Foreclosure on the house, denying the new modification again and sending yo ur attorneys letters saying; that the house is going on foreclosure and that you have approved and there is nothing to do, and again have to call your customer service- AND ALL OF THIS IS ILLEGAL AND FRAUD since I have received several phone calls from your customer service regarding my foreclosure and denying that there is a modification approved. However, I am now in a favorable position to take care of my debt whose account number is given above. Now I have proof of all of this together along my attorneys and FHA going thru this process together. I really appreciate in advance your willingness to help me resolve this issue.

The amount that I propose to pay in order to settle the debt is full is $2,158.55. I shall also request you to remove negative entry (late payments, charge-off etc) on the account from my credit report. Currently, The final debt amount that we agreed upon 275,793.00 minus the overvalued of the house at the time of purchase by your appraisals been higher than the actual by $85,000.00 , along with the down payment, deducting high fees charged at a rate of 8.4% and deducting PMI added fees just because, deducting your legal fees added to foreclosure thru all of this year;, my health and considering the actual appraisal of the property without the extras added after the purchase. And not to included, tricks, hassle and court fees plus the attorneys that can be more than the loan is worth. I doubt whether or not I'll have enough funds. However, I am willing to make this offer settlement and send you the amount above agreed. If you find my terms and conditions acceptable, please cash the check in acceptance to this letter.

Yours truly,

Anaissa B Gerwald

CC: Legal Services -

**Check Image Print**

User ID: UGDS144                                                                                          Date: 07/06/2011
Report ID: Check Image Print                                                                              Time: 11:07:37

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110627 | 74007512 | 1533806883 | 2158.55 | 20110627 | 7019019996 |



Ann E Meraw
c/o Gerwald
PO Box 24335
Savannah, Ga 31403


Green Tree Customer Service
PO Box 6172
Rapid City, SD 57709-6172


July 20, 2014


RE: Loan Number 62082838

To whom it may concern:

*Please accept this letter as my formal request for the original of my Promissory Note with Green Tree Financial acct 62052838.*

*I am the Loan owner on the real estate property located at 3786 Viewcrest Dr S, Salem, OR 97302 . This property is security for a loan made by GMAC Mortgage, and Ann E Meraw who never enter into any commercial agreement with Green Tree; therefore Green Tree has neither jurisdiction on the Loan Above nor any Foreclosure rights.*

*Within thirty (30) days of the date of this letter, please send me the Promissory Note for this loan for my own personal inspection. NOTE no foreclosure will be valid without a Commercial Agreement within Green Tree and Ann E Meraw (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) on your part account No. 62082838*

*If you have any questions or concerns relating to this matter, you may contact me via regular mail at the address listed above. Thank you for your prompt attention to this request.*

*Sincerely,*


*CC: Our legal office*

*Green Tree Servicing*
*345 St Peter St*
*St Paul MN 55102*

Reverse Foreclosure. "A fraudulent process with a date of Jan 3, 2012. Where fraudulent filed OC GA 11-3-311 where an accord and satisfaction copy US Federal Court CV41200066 11th district USDC 1314592 under OCGA11-1-20(10) was full payment and satisfaction of the settle. Blitch v Walker Pharm, Inc 295 ga app 347.671 s.e. ed 842(2008). GMAC had no jurisdiction or security interest to file a foreclosure. GMAC has not provided with the demand for the *promissory note*. GMAC did *not proper notice requirements*. GMAC had an *inadequate price plus unfairness*. Annaissa Beth Gerwald had on 5/17/2011 satisfied debt with GMAC; therefore the Sole Owner free and clear of any mortgage/debt or financial debt. Sales/transfers by GMAC are fraudulent and therefore moot and it is reversed, null, invalid and nolo contendere. Sale ownership to Anaissa B Gerwald recorded 346X 207 -392Q 823. Takes position of a clean title and property procession without the possibility of any eviction ever even after any claims thereafter. Therefore no one else has claims, ownership and annuls all filling procedures, evictions, transfers sales under this "fraudulent Foreclosure" dated 1/3/2012 till today restoring / moving all ownership to CLAIM 392Q 823 of 11/19/2013 and after this Public Notice date June 26, 2014   So as property 11008F1204 a sole Clean Warranty Deed to Annaiza Gerwald was/will reside at this property.