UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 1302 FILED BY ROBERTA NAPOLITANO**

Roberta Napolitano, having filed Claim Number 1302 against GMAC Mortgage, LLC (the "Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Roberta Napolitano hereby withdraws the Claim, authorizes Morrison & Foerster LLP, counsel to the ResCap Borrower Claims Trust, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the duly appointed claims agent, to reflect this withdrawal on the official claims register.

A facsimile signature or signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: August [   ], 2014

_____
Roberta Napolitano

ny-1154658