# MICHAEL A AND GLORIA S MCGUINTY

708 53rd Terrace East Bradenton Florida 34211
Ph 941-752-6340 cell 941-799-0439

August 11, 2014



RECEIVED
AUG 1 8 2014
U.S. BANKRUPTCY COURT, SDNY

Most Honorable Judge Martin Glenn
Court Document #6335 Dated 1/23/2014

Subject: Res Cap Letter received August 12, 2014 (Delay until June 15, 2015)

While traveling in Michigan today I received a 20 plus page document post dated 8/5/14 (Exhibit 1) from the law firm (Kramer, Levin, Natalis & Frankel LLP) that represents Residential Capital, llc in their Chapter 11 Bankruptcy. Requesting a delay until June 15, 2015

Not being legal professionals Gloria and I delivered to all concerned parties court documents below within the required 30 day time frame ordered by the court.

November 15, 2013 Gloria and I had a telephonic hearing with the court.
At that time I explained to the court the following documents:

#1 Cover Letter titled "**The Anatomy of a GMAC Mortgage Massacre**" dated September 29, 2013 and 111 page documents
#2 Documents dated and delivered JULY 15 2013 an additional 423 pages to Residential Capital
#3 Picture Album 36 pictures titled "The Anatomy of a GMAC Mortgage MASSACURE"

On June 26, 2013 Gloria and I received the original Res Cap letter demanding all important documents and material in a 30 day time frame.

**Gloria and I worked night and day all our spare timed to find, detail proof, organize and have Staples Office Supply package the result. We delivered and mailed from the post office to Residential Capital post marked July 15, 2013.**

Gloria and I do not have professionals staffs like GMAC, ALLY, GM and Residential Capital.
Had Gloria and I had time to prepare we would have not missed the following:

#1 instead of a estimate loss of 13 extra payments the true value is $20,748.48 not the $10,000 we had to estimate because of the 30 day time constraint
#2 Also, the Bigelman PC charge was not $3469.00 but! Bigelmans true cost to us $53469,00.
#3 WE forgot to include our closing cost on the 4757 Roundtree property $2000.00 est.
#4 Cost of the delivered pictures and produce 6 hours by me at Walgreens Photos picture albums cost $100
#5 Cost to repair drywall and repaint entire house $5000.00 (Two levels)

**In conclusiion with Gloria and me in our mid-seventies this 9 month delay compounds our loss; since Mr. Tim Geithner chose to save AIG and destroy us and the General Motors non-union retired clerks**

Sincerely

Gloria and Michael McGuinty

*Gloria McGuinty*   *Michael A McGuinty*

CC Kramer, Levin, Natalis & Frankel LLP, Senator Elizabeth Warren, Jerry Spence

1-OF-2

335  342  342025  **N2-45**

PRSRT FIRST-CLASS MA
US POSTAGE PAID
Fox Valley, ILL
PERMIT# 777

4128140729-173247

12-12020-mg    Doc 7306    Filed 07/25/14    Enter
Pg 1 of 2    34211

**Presentment Date and Time: August 4, 2014 at**
**Objection Deadline: August 4, 2014 at**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas

MCGU708  T342113480-1714    08/05/14
MCGUINTY
13456 STOVER RD APT 14
CHARLEVOIX MI 49720-9340

EXHIBIT ( 1 )

RECEIVED 8/12/2014

McGuinty
#5970.

2-of-2