Howard W. Rachlin, Esq.  
112-41 Queens Boulevard, Suite 201  
Forest Hills, NY 11375

**Hearing Date and Time:**  
**September 30, 2014, 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------------------x  
In re:                                                                                                Case No.12-12020 (MG)

RESIDENTIAL CAPITAL, LLC et al.                                         Chapter 11

                                    Debtor,                          Jointly Administered

-------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE THAT** HSBC BANK USA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES' motion for relief from automatic stay [ECF Document Number 7392] is adjourned on consent of movant from September 8, 2014 at 10:00 a.m. to September 30, 2014 at 10:00 a.m.

Dated:    Forest Hills, NY  
             August 25, 2014        Yours, Etc.

                                                    /s/  Howard W. Rachlin  
                                                    HOWARD W. RACHLIN, ESQ. (HR 1591)  
                                                    112-41 Queens Boulevard, Suite 201  
                                                    Forest Hills, NY 11375  
                                                    (212) 964-2552  
                                                    hwr@hwrachlinlaw.com

                                                    *Attorney for Lucienne Lombard*

TO: BALFE & HOLLAND, P.C.
*Attorney for HSBC BANK USA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES*
135 Pinelawn Road, Suite 125 North
Melville, New York 11747

ANNA M. HERSHENBERG, ESQ.
HERRICK, FEINSTEIN LLP
*Attorneys for CHICAGO TITLE INSURANCE COMPANY and DECISION 2000 REAL ESTATE SERVICES, INC.*
2 Park Avenue
New York, NY 10016

EVAN W. BOLLA, ESQ.
FURMAN KORNFELD & BRENNAN
*Attorneys for BENJAMIN JACOB TURNER*
61 Broadway, 26th Floor
New York, NY 10006

MATTHEW R. JAEGER, ESQ.
L'ABBATE BALKIN COLAVITA & CONTINI, LLP
*Attorneys for ATARA HIRSCH-TWERSKY*
1001 Franklin Avenue, 3rd Fl.
Garden City, NY 11530

LINDA S. CHARET, ESQ.
FEDERAL DEPOSIT INSURANCE CORPORATION
NEW YORK LEGAL SERVICES OFFICE
*Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION, receiver for FIRST NATIONAL BANK OF NEVADA*
350 Fifth Avenue, Suite 1200
New York, NY 10118

ALLAN I. YOUNG, ESQ.
PORZIO BROMBERG AND NEWMAN, P.C.
*Attorneys for FIRST NATIONAL BANK OF NEVADA*
156 West 56th Street
New York, NY 10019

SCHUYLER B. KRAUS, ESQ.
HINSHAW & CULBERSTON, LLP
*Attorneys for RESIDENTIAL FUNDING CORPORATION*
800 Third Avenue, 13th Floor
New York, NY 10022

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq., tracy.davis2@usdoj.gov
        Brian Matsumoto, Esq., brian.matsumoto@usdoj.gov
        Linda Riffkin, Esq., linda.riffkin@usdoj.gov

United States Department of Justice
Eric H. Holder, Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

New York State Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq., nancy.lord@oag.state.ny.us
        Enid Stuart, Esq., enid.stuart@oag.state.ny.us

United States Attorney for the Southern District of New York
Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn:   Tammy Hamzehpour, tammy.hamzehpour@gmacrescap.com

MORRISON & FOERSTER LLP
*Attorneys for Debtor*
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren M. Nashelsky, Esq., lnashelsky@mofo.com
        Gary S. Lee, Esq., glee@mofo.com
        Lorenzo Marinuzzi, Esq., lmarinuzzi@mofo.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Creditor's Committee*
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein, Esq., keckstein@kramerlevin.com
        Thomas Moers Mayer, Esq., tmayer@kramerlevin.com
        Douglas H. Mannal, Esq., dmannal@kramerlevin.com
        Jeffrey Trachtman, Esq., jtrachtman@kramerlevin.com

Citibank, N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn:   Bobbie Theivakurnaran, bobbie.theivakurnaran@citi.com

KIRKLAND & ELLIS
*Attorneys for ALLY FINANCIAL INC.*
601 Lexington Avenue
New York, NY 10022
Attn:   Richard Cieri, Esq., richard.cieri@kirkland.com
        Stephen E. Hessler, Esq., stephen.hessler@kirkland.com
        William B. Solomon, william.b.solomon@ally.com
        Timothy Devine, timothy.devine@ally.com
        projectrodeo@kirkland.com

DEUTSCHE BANK TRUST COMPANY AMERICAS
25 DeForest Avenue
Summit, NJ 07901
Attn:   Kevin Vargas, kevin.vargas@db.com

THE BANK OF NEW YORK MELLON
ASSET BACKED SECURITIES GROUP
101 Barclay Street, 4W
New York, NY 10286

KELLEY DRYE& WARREN LLP
*Attorneys for U.S. Bank, N.A.*
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr and Eric R. Wilson, Esq.
        kdwbankruptcydepartment@kelleydrye.com

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
*Attorneys for Barclays Bank PLC*
4 Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer, Esq., jhofer@skadden.com
        Ken Ziman, Esq., ken.ziman@skadden.com
        Sarah M. Ward, Esq., sarah.ward@skadden.com
        Suzanne D.T. Lovett, Esq., Suzanne.lovett@skadden.com

FANNIE MAE
1835 Market Street, Suite 2300
Philadelphia, PA 19103
Attn:   Peter McGonigle, peter.mcgonigle@fanniemae.com

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

United States Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
Attn:   George S. Canellos, Regional Director,
        secbankruptcy@sec.gov; newyork@sec.gov;
        bankruptcynoticeschr@sec.gov

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067
Attn:   General Counsel

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Attn:   Jessica C.K. Boelter, Esq., boelter@sidley.com
        Alex Rovira, Esq., arovira@sidley.com

Case Number: 12-12020(MG)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

X------------------------------------------------------------------------------X
    In re:

**RESIDENTIAL CAPITAL, LLC et al.,**

                                    Debtor.

X------------------------------------------------------------------------------X


X------------------------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

X------------------------------------------------------------------------------X


**Howard W. Rachlin, Esq.**
**Attorney for Lucienne Lombard**
**112-41Queens Boulevard, Suite 201**
**Forest Hills, New York 11375**
**(212) 964-2552**