Case 12-12020 mg

Claim 3783

Doc 7306.

To whom it May Concern,

I, Kathleen Cline, received a notice of "Presentment of Motion to extend date of objections to Claim" I do not fully understand the complete notice, however, I do want to make my case and decision known. Under no circumstance do I intend to dismiss my claim against Case 12-12020 mg. I know I am a holder of a valid claim against GMAC. I believe the documentations I have, proves I was treated with a lack of respect, and discrimination. I was wronged.

I received my latest notice by mail on Aug. 7, 2014. Please except my letter into your case files, for further reference.

Loan # 0307612982

RECEIVED AUG 25 2014 U.S. BANKRUPTCY COURT, SDNY

Thank you,
Kathleen W. Cline
1195 E. Minnehaha
St. Paul, Mn. 55106