UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

KRAMER LEVIN NAFTALIS & FRANKEL LLP, Kenneth H. Eckstein, Douglas H. Mannal, Joseph A. Shifer, 1177 Avenue of the Americas, New York, New York 10036, Telephone (212) 715-9100, Facsimile (212) 715-8000

Counsel for the ResCap Liquidating Trust

If re:

RESIDENTIAL CAPITAL, LLC, et. al., Debtors

Case No: 12-12020 (MG), Chapter 11, Jointly Administered

Your honor, Please allow this to serve as my statement and my objection.

In response to MOTION TO EXTEND THE DATE BY WHICH OBJECTIONS TO CLAIMS MUST BE FILED dated July 25, 2014, comes now, Rhonda Deese, Claim number 4927 requests the court deny the motion and order claim number 4927 paid.

January 30, 2014 I was present via telephone, Jordan A. Wishnew, Esq. with Morrison and Foerster LLP was present as counsel for the debtors. Mr. Wishnew conceded to permitting my claim and conceded to not contesting future validity of my claim. Your honor asked Mr. Wishnew to get me what I needed. For the courts convenience, I have reattached the Request to Produce letter previously submitted.

To date, I have not received the requested production from Mr. Wishnew. At best the validity of the debtors and debtors assignments are greatly in question. By debtors own words, acquisition of mortgage came to them "at some point."

Please deny the motion and order claim number 4927 paid. Your time is greatly appreciated in this matter.

Respectfully Submitted,

*Rhonda Deese* (signature)

Rhonda Deese

P. O. Box 456, Auburndale, FL 33823, Telephone (863) 665-1002

The foregoing instrument was acknowledged before me this 8/20/14 (date) by Rhonda Deese who produced FL DL as identification. Subject (did) did not) take an oath.

*Virginia Barrett* (signature)
Notary Public

VIRGINIA BARRETT
MY COMMISSION # EE 183832
EXPIRES: July 8, 2016
Bonded Thru Notary Public Underwriters

1 of 3

Copied via U. S. Postal Service this 20th day of August, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of Americas, New York, NY 10036, Morrison & Foerster LLP, 1290 Avenue of Amercas, New York, NY 10104, The office of the United States Trustee for the Southern District of New York, United States Federal Office Building, 201 Varick Street, Suite 1006, New York, NY10014

\

2 of 3

May 25 2012

GMAC Mortgage
Attn: Customer Care
P. O. Box 780
Waterloo, IA 50704-0780

RE: Request to produce on loan number: 7439480203

To Whom It May Concern:

Please allow this to serve as a request to produce all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date, loan originators contact information to include name, address and telephone number.

For your convenience the account information is as follows:

| | |
|---|---|
| Account number: | 7439480203 |
| Account name: | Rhonda Deese |
| Account property address: | 2213 ½ Hurst Road, Auburndale, Florida 33823 |
| Account contact number: | 863-665-1002 |

Please mail the above requested to P. O. Box 456, Auburndale, FL 33823

Looking forward to your prompt response within 60 days. Thank you for your time in this matter.

Sincerely,

*Rhonda Deese*

Rhonda Deese

3 of 3