UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:                                                                    CHAPTER 11

RESIDENTIAL CAPITAL, LLC et al.
                                                                            Case No.: 12-12020 (MG)


                                        Debtor.              **CERTIFICATE OF SERVICE**
------------------------------------------------------X

     The undersigned does hereby certify that on August 25, 2014, he served a true copy of the NOTICE OF ADJOURNMENTOF MOTION FOR RELIEF FROM AUTOMATIC STAY  [Document Number 7421]


by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

     TO ALL PARTIES LISTED ON SERVICE LIST ANNEXED HERETO


Dated: Forest Hills, New York
         August 26, 2014

                                  /s/Howard W. Rachlin
                               HOWARD W. RACHLIN, ESQ. (HR 1591)
                               Attorney for Lucienne Lombard
                               112-41 Queens Boulevard, Suite 201
                               Forest Hills, New York 11375
                               (212) 964-2552

SERVICE LIST

BALFE & HOLLAND, P.C.
Attorney for HSBC BANK USA, N.A. AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES
135 Pinelawn Road, Suite 125 North
Melville, New York 11747

ANNA M. HERSHENBERG, ESQ.
HERRICK, FEINSTEIN LLP
Attorneys for CHICAGO TITLE INSURANCE COMPANY and DECISION 2000 REAL ESTATE SERVICES, INC.
2 Park Avenue
New York, NY 10016

EVAN W. BOLLA, ESQ.
FURMAN KORNFELD & BRENNAN
Attorneys for BENJAMIN JACOB TURNER
61 Broadway, 26th Floor
New York, NY 10006

MATTHEW R. JAEGER, ESQ.
L'ABBATE BALKIN COLAVITA & CONTINI, LLP
Attorneys for ATARA HIRSCH-TWERSKY
1001 Franklin Avenue, 3rd Fl.
Garden City, NY 11530

LINDA S. CHARET, ESQ.
FEDERAL DEPOSIT INSURANCE CORPORATION
NEW YORK LEGAL SERVICES OFFICE
Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION,
receiver for FIRST NATIONAL BANK OF NEVADA
350 Fifth Avenue, Suite 1200
New York, NY 10118

ALLAN I. YOUNG, ESQ.
PORZIO BROMBERG AND NEWMAN, P.C.
Attorneys for FIRST NATIONAL BANK OF NEVADA
156 West 56th Street
New York, NY 10019

SCHUYLER B. KRAUS, ESQ.
HINSHAW & CULBERSTON, LLP
Attorneys for RESIDENTIAL FUNDING CORPORATION
800 Third Avenue, 13th Floor
New York, NY 10022

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
      Attn:    Tracy Hope Davis, Esq., tracy.davis2@usdoj.gov
                  Brian Matsumoto, Esq., brian.matsumoto@usdoj.gov
                  Linda Riffkin, Esq., linda.riffkin@usdoj.gov

United States Department of Justice
Eric H. Holder, Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

New York State Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Attn:   Nancy Lord, Esq., nancy.lord@oag.state.ny.us
        Enid Stuart, Esq., enid.stuart@oag.state.ny.us

United States Attorney for the Southern District of New York
Civil Division
86 Chambers Street, 3rd Floor
New York, NY 10007

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn:   Tammy Hamzehpour, tammy.hamzehpour@gmacrescap.com

MORRISON & FOERSTER LLP
Attorneys for Debtor
1290 Avenue of the Americas
New York, NY 10104
Attn:   Larren M. Nashelsky, Esq., lnashelsky@mofo.com
        Gary S. Lee, Esq., glee@mofo.com
        Lorenzo Marinuzzi, Esq., lmarinuzzi@mofo.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Creditor's Committee
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein, Esq., keckstein@kramerlevin.com
        Thomas Moers Mayer, Esq., tmayer@kramerlevin.com
        Douglas H. Mannal, Esq., dmannal@kramerlevin.com
        Jeffrey Trachtman, Esq., jtrachtman@kramerlevin.com

Citibank, N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn:   Bobbie Theivakurnaran, bobbie.theivakurnaran@citi.com

KIRKLAND & ELLIS
Attorneys for ALLY FINANCIAL INC.
601 Lexington Avenue
New York, NY 10022
Attn:   Richard Cieri, Esq., richard.cieri@kirkland.com
        Stephen E. Hessler, Esq., stephen.hessler@kirkland.com
        William B. Solomon, william.b.solomon@ally.com
        Timothy Devine, timothy.devine@ally.com
        projectrodeo@kirkland.com

DEUTSCHE BANK TRUST COMPANY AMERICAS
25 DeForest Avenue
Summit, NJ 07901
Attn:   Kevin Vargas, kevin.vargas@db.com

THE BANK OF NEW YORK MELLON
ASSET BACKED SECURITIES GROUP
101 Barclay Street, 4W
New York, NY 10286

KELLEY DRYE& WARREN LLP
Attorneys for U.S. Bank, N.A.
101 Park Avenue
New York, NY 10178
Attn:   James S. Carr and Eric R. Wilson, Esq.
        kdwbankruptcydepartment@kelleydrye.com

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Attorneys for Barclays Bank PLC
4 Times Square
New York, NY 10036
Attn:   Jonathan H. Hofer, Esq., jhofer@skadden.com
        Ken Ziman, Esq., ken.ziman@skadden.com
        Sarah M. Ward, Esq., sarah.ward@skadden.com
        Suzanne D.T. Lovett, Esq., Suzanne.lovett@skadden.com

FANNIE MAE
1835 Market Street, Suite 2300
Philadelphia, PA 19103
Attn:   Peter McGonigle, peter.mcgonigle@fanniemae.com

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

United States Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
Attn:   George S. Canellos, Regional Director,
        secbankruptcy@sec.gov; newyork@sec.gov;
        bankruptcynoticeschr@sec.gov

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067
Attn:   General Counsel

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Attn:   Jessica C.K. Boelter, Esq., boelter@sidley.com
        Alex Rovira, Esq., arovira@sidley.com

Case No.:   12-12020 (MG)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RESIDENTIAL CAPITAL, LLC et al.

Debtor.

## CERTIFICATE OF SERVICE

HOWARD W. RACHLIN, ESQ.
Attorney for Lucienne Lombard
112-41 Queens Boulevard
Forest Hills, New York 11375
(212) 964-2552

To:

Attorney(s)  for:

Service of a copy of  the within                                                                                   is hereby admitted.

Dated:

Attorney(s)  for:

PLEASE  TAKE  NOTICE
Check Applicable Box

☐         that the within is a (certified) true copy of a
Notice of Entry        entered in the office of the clerk of the within named court on            200___

☐         that an Order of which the within is a true copy will be presented for settlement to
Notice of Settlement         the Hon.                       one of the Judges of the within named Court,
at
on                      200_____      , at              M.

Dated: