# Exhibit "2"

:Unofficial
20:Document

When Recorded, Return To:

25:
mc(

William A. Kozub, Esq.
BERENS, KOZUB, KLOBERDANZ & BLONSTEIN, PLC
7047 E. Greenway Pkwy., Suite 140
Scottsdale, Arizona 85254

---

### TRUSTEE'S DEED
#### (Affidavit exempt pursuant to A.R.S. § 42-1614(A)(1))

   **WILLIAM A. KOZUB**, a member of the State Bar of Arizona (**TRUSTEE**), as the duly appointed Trustee of the Deed of Trust and Assignment of Rents ("Deed of Trust") described below, does hereby grant and convey, but without covenant or warranty, express or implied, to EZ Homes, Inc., an Arizona corporation (**GRANTEE**), the real property situated in the County of Maricopa, State of Arizona, described as follows:

| | |
|---|---|
| **Legal Description:** | Lot 50, Sundown Ranchos, according to Book 71 of Maps, Page 10, records of Maricopa County, Arizona. |
| **Property Address:** | 8234 East Desert Cove, Scottsdale, AZ. 85260. |
| **Tax Parcel Number:** | APN: 175-30-059 |

   This conveyance is made pursuant to the powers, including the power of sale, conferred upon Trustee, by the Deed of Trust dated March 17, 2005, and recorded March 22, 2005, at Recorder's No. 2005-0345808, executed by Mayra Hernandez, a single woman, and Joanna Hernandez, a single woman, as Trustors; and naming Homecomings Financial Network, LLC fka Homecomings Financial Network, Inc., as original Lender; and Fidelity National Title, as Trustee; and which Homecomings Financial Network, LLC fka Homecomings Financial Network, Inc., assigned all Beneficial Interest under that certain Deed of Trust dated March 17, 2005, and recorded March 22, 2005, at Recorder's No. 2005-0345808, to National Equity Consultants, LLC, a Nevada limited liability company, by way of an Assignment of Beneficial Interest Under Deed of Trust recorded in the Maricopa County Recorder's Office on the 20th day of April, 2011, at Recorder's No. 2011-0334506, as Beneficiary; and which Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Fidelity National Title, and Homecomings Financial, LLC, assigned all Beneficial Interest under that certain Deed of Trust dated March 17, 2005, and recorded March 22, 2005, at Recorder's No. 2005-0345808, to National Equity Consultants, LLC, a Nevada limited liability company, by way of an Assignment of Beneficial Interest Under Deed of Trust recorded in the Maricopa County Recorder's Office on the 16th day of May, 2011, at Recorder's No. 2011-0411139, as Beneficiary and after fulfillment by the Trustee of the conditions specified in said Deed of Trust, and in compliance with the laws of the State of Arizona authorizing this conveyance, the Notice of Trustee's Sale and the mailing, posting and

**20110754881**

publication of copies thereof and regarding the Trustee's Sale and all proceedings leading thereto. Said property was sold by Trustee at public auction on Friday, September 02, 2011, at the front entrance of the Maricopa County Superior Court, 201 West Washington, Phoenix, Arizona, in the County of Maricopa. Grantee, being the highest bidder at such sale, became the purchaser of said property and made payment therefore to said Trustee of the amount bid, which payment was made in partial satisfaction of the obligations then secured by said Deed of Trust, together with the fees, costs and expenses relative thereto.

SIGNATURE OF TRUSTEE: _____

William A. Kozub, Trustee

Dated: September 12, 2011

STATE OF ARIZONA              )
                              ) ss.
COUNTY OF MARICOPA            )

The foregoing instrument was acknowledged before me on the 12th day of September, 2011, by William A. Kozub, as Trustee under the Deed of Trust.

_____
Notary Public

My commission expires:



CHRISTINA SMITH
Notary Public—Arizona
Maricopa County
Expires 12/31/2014