QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5200
Facsimile: (602) 229-5690
John Maston O'Neal, Esq. (admitted *pro hac vice*)
john.oneal@quarles.com
Walter J. Ashbrook, Esq. (admitted *pro hac vice*)
walter.ashbrook@quarles.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020-MG (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

SYBIL TAYLOR AYTCH, being first duly sworn, upon her oath deposes and says:

1. I am over the age of twenty-one years and a resident of the State of Arizona.

2. In my capacity as Senior Bankruptcy Paralegal at Quarles & Brady LLP, attorneys for OneWest Bank N.A., formerly known as OneWest Bank, FSB ("OneWest") and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR23, Mortgage Pass-Through Certificates, Series 2005-AR23 ("Deutsche Bank", and together with OneWest, the "OneWest Claimants"), creditors and parties-in-interest in the above-captioned, jointly-administered bankruptcy cases, I caused true and correct copies of the following to be served on August 26, 2014 as indicated on all parties on the Service List attached hereto as Exhibit "A".

**Response of OneWest Claimants in Opposition to ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims) [Docket No. 7436]**

**Declaration of Rebecca Marks in Support of Response of OneWest Claimants in Opposition to Claim Objection [Docket No. 7437]**

**Declaration of John Maston O'Neal in Support of Response of OneWest Claimants in Opposition to Claim Objection [Docket No. 7438]**

Dated: August 26, 2014
       Phoenix, Arizona

                                        /s/ Sybil Taylor Aytch
                                        Sybil Taylor Aytch

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | )ss. |
| County of Maricopa | ) |

        SUBSCRIBED AND SWORN to before me this 26th day of August, 2014.

                                        /s/ Lisa Marie Cummings
                                        Notary Public

My commission expires:

<u>March 31, 2015</u>