# Exhibit "A"

# SERVICE LIST

**Served via the CM/ECF System and Electronic Mail**

Co-Counsel to ResCap Liquidating Trust
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com
jshifer@kramerlevin.com

Co-Counsel to ResCap Liquidating Trust
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
glee@mofo.com
nrosenbaum@mofo.com
jwishnew@mofo.com
mrothchild@mofo.com

Linda Riffkin
Brian S. Masumoto
Office of the U. S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Jeffrey Brodsky
ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573
jbrodsky@qtadvisors.com

**Served via Overnight Mail**

Honorable Martin Glenn
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408