UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)
MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** Associated Partners, LLC ("Movant") asserts that it holds a tax lien on the lands and premises previously owned by Patrice Thomas with an address of 180 Ivey Lake Parkway, Temple, GA 30179 (the "Mortgaged Property");

**WHEREAS** the relevant land records reflect that Residential Funding Company, LLC, one of the above-captioned debtors (the "Debtors" and, together with Movant, the "Parties") holds, or previously held, a lien on or ownership interest in the Mortgaged Property;

**WHEREAS** Movant filed its *Motion for Relief from Automatic Stay* (the "Motion," ECF Doc. # 7280), pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), seeking relief from the automatic stay to commence and/or complete an action to quiet title in Movant and to clear the title to the property;

**WHEREAS** the Debtors, following a review of their records have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Property;

**WHEREAS** the Debtors have agreed to consent to the Motion on the terms and conditions contained in this Stipulation and Order;

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow Movant to commence and/or complete an action to quiet title in Movant and to clear the title to the property.

3. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors and The ResCap Liquidating Trust, to contest the validity, priority, or amount of any or all of Movant's lien in the Mortgaged Property with respect to any other lien on the Mortgaged Property in any foreclosure proceeding.

4. This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

5. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

6. Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived. Movant is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| RESIDENTIAL FUNDING COMPANY, LLC | ASSOCIATED PARTNERS, LLC |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors and The ResCap Liquidating Trust* | By: /s/ William B. Schiller<br>William B. Schiller, Esq.<br>**SCHILLER & KNAPP, LLP**<br>950 New Loudon Road, Suite #109<br>Latham, New York 12110<br>Telephone: (518) 786-9069<br>Facsimile: (518) 786-1246<br><br>William E. Underwood<br>**TISINGER VANCE P.C.**<br>100 Wagon Yard Plaza<br>Carrollton, Georgia 30117<br>Telephone: (770) 834-4467<br>Facsimile: (770) 834-0360<br><br>*Counsel for Associated Partners, LLC* |

**IT IS SO ORDERED.**

Dated: August 27, 2014
      New York, New York

                                        **/s/Martin Glenn**
                                         MARTIN GLENN
                             United States Bankruptcy Judge