Stephen Z. Starr
Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, New York 10016
Tel: (212) 867-8165
Fax: (212) 867-8139

Attorneys for Otis L. Collier Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
In re:                                          :        Chapter 11 Case No.
                                                :
RESIDENTIAL CAPITAL, LLC, *et al.*,             :        12-12020 (MG)
                                                :
                        Debtor.                 :         (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPENDIX OF TEXAS STATE AND STATUTORY AUTHORITIES

Otis L. Collier, Jr. respectfully submits the following Texas state and statutory authorities referenced in its Response & Opposition of Claimant, Otis L. Collier, Jr., to RESCAP Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims & Request for Opportunity for Discovery & Evidentiary Hearing [Document No. 7351]:

**Authority**                                                                                                       **Exhibit**

### CASES

Doody v. Ameriquest
49 S.W.3d 342 (Tex. 2001) ……………………………………………………………… **A**

Hawkins v. JPMorgan Chase Bank, N.A.
2013 U.S. Dist. LEXIA 24927 (W.D.Tex.) (Jan. 29, 2013) ……………….………... **B**

LaSalle Bank Nat'l Ass'n v. White
246 S.W.3d 616 (Tex. 2007) ...…………………………………….……..... **C**

## STATUTE

Tex. Const. art. XVI, §50(a) …………………………………………….…… **D**

Dated: New York, New York
      August 27, 2014          STARR & STARR, PLLC

                                By:   /s/ Stephen Z. Starr
                                  Stephen Z. Starr, Esq.
                            260 Madison Ave., 17th Fl.
                            New York, New York 10016
                            Tel: (212) 867-8165
                            Fax: (212) 867-8139

# DECLARATION OF SERVICE

I, Tedmund Y. Wan, declare as follows:

1. I am not a party to the action, am over 18 years of age and have a business address at 260 Madison Ave., 17th Fl., New York, NY 10016.

2. On August 28, 2014, I caused a true copy of the Appendix of Texas State and Statutory Authorities to be served by electronically mail upon Norman S. Rosenbaum at the e-mail address of nrosenbaum@mofo.com.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed at New York, New York on August 28, 2014

By:  /s/ Tedmund Y. Wan
     Tedmund Y. Wan