## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                          :          Chapter 11
:
RESIDENTIAL CAPITAL, LLC,                       :          Case No. 12-12020 (MG)
et al..,[1]                                     :
:
Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on August 26, 2014, I caused true and correct copies of the following document(s) to be served via (i) via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) (Docket No. 7435)**

Dated: August 26, 2014

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

{State of California          }
{                            } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this __27__ day of **August** , 20 **14** , by, __Richie R. Lim_____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

## EXHIBIT A

John Kaspar
P.O. Box 77613
Corona, CA 92877

Alan T Israel and Jill C Habib
5572 N. El Adobe Dr.
Fresno, CA 93711

Shomari Colver
1042 Olancha Dr.
Los Angeles, CA 90065

Jacqueline A. Warner c/o Jan Schrieberl.,
Third Party Witness
3494 Camino Casa Tassajara.
Unit 308
Danville, CA 94506

Sylvia Essie Dadzie Shaev
& Fleischman, LLP
350 Fifth Avenue  Suite 7210
New York, NY 10118

Joaquin A. Sosa and Griselda Sosa,Individually
and as Husband and Wife Sosa
c/o Prentice
3866 Wilson Avenue
San Diego, CA 92104

Joaquin A. Sosa and Griselda Sosa,Individually
and as Husband and Wife Sosa
c/o Prentice
3866 Wilson Avenue
San Diego, CA 92104

Donald & Roberta (Bobbi) Signs
23411 Olde Meadowbrook Circle
Bonita SP, FL 34134

David Duggan
26 Oak Valley
Road Shelton, CT 6484

CHARYL ROY AND FLOORING SOLUTIONS FACTORY DIRECT
9760 US HIGHWAY 80 E
BROOKLET, GA 30415-6734

Peter Holland
273 North Hill Rd
Yanceyville, NC 27379

Clover Earle
3631 N.W. 41st Street
Laurderdale Lakes, FL 33309

Maria J. Novak c/o Erik L. Walter, Esq.
60 South Park Place
Painesville, OH 44077

Faye Abughazaleh
475 River St
Northville, MI 48167

Tresse Z. King
5759 Appalossa Drive
Grand Prairie, TX 75052

Christopher Wendt
1410 South 25th Avenue
Yakima, WA 98902

Tara T. Merritt
10701 Brook Bend Circle
Pensacola, FL 32506

SAMUEL PRIETO JAVIER FAJARDO
215 49TH ST STE 2
AND N JERSEY PUBLIC ADJ INC
UNION CITY, NJ 07087

Rosario Pacheco
209 Lopez Ct
Calexico, CA 92231

SIXTA ASSOC LLP
FOR MELISSA RODRIGUEZ
117 E EDGEWOOD DR
FRIENDSWOOD, TX 77546