# EXHIBIT E



**B. T. Edgar & Son**
27 E. Main Street
Moorestown, NJ 08057
Phone: 856-235-0101  Fax: 856-722-9190

## Status/Change Form

MLS # 5348238        CURRENT PRICE $ _____

PROPERTY ADDRESS  817 Mattack Dr.

Office Name _____        Phone # _____

PRICE CHANGE to _____

EXTEND EXPIRATION DATE to  9-1-09     (exp. 3/31)

### ACTIVE/UNDER CONTRACT

Active/Under Contract Date _____

Remarks _____

### PENDING INFORMATION

Agr of Sale Date _____   Est. Settled Date _____   Office w/Buyer _____

Agr of Sale Price $ _____   Show Price Before Settlement? Y/N _____   Agent w/Buyer _____

### SETTLED INFORMATION (all information required)

Agr of Sale Date _____        Est. Settled Date _____

Selling Price $ _____        Show Price Before Settlement? Y/N _____

Actual Settlement Date _____   Type of Financing _____

Seller Concession Y/N _____    Concession Notes _____

Office w/Listing _____         Office w/Buyer _____

Agent w/Listing _____          Agent w/Buyer _____

WITHDRAWN DATE _____

TEMPORARY WITHDRAWN DATE _____
(Does not release seller from listing contract obligations)

BACK ON MARKET DATE _____

Owner/Date                              Owner/Date
BCARTELO                                Louis M. Carty
Agent ID

**EXHIBIT**
Carter-6
8-7-14

Edgar & Son LLC  
Member Full Report courtesy of: Rebecca Miller  
1 to 1 of 1 Listings  

Office: (856) 235-0101 Ext200  
Office Phone: (856) 235-0101 Ext200  
E-mail: beckymiller@edgarrealestate.com  

### 817 Matlack Dr, Moorestown, NJ 08057   RES   PND   $1,895,000



| | |
|---|---|
| MLS #: | 5348238 |
| MLS Area: | 20322 Moorestown Twp |
| County: | Burlington |
| Tax ID #: | 22-03803-00002 |
| Subdiv / Nei: | None Available |
| School Dist: | Moorestown Twp |
| - High: | Moorestown |
| - Middle: | |
| - Elem: | |

| | |
|---|---|
| Beds, Baths: | 7   8/2 |
| Ownership: | FeeSimple |
| Type: | Single/Detac |
| Design: | 3+Story |
| Style: | Traditional |
| Basement: | Y |
| Age: | 1 |
| Int SF: | / |
| Unit Floor #: | |
| Central Air: | Y |
| Internet: | Y / N |

**Directions**  
E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.  
Cross Street: Coles Ct.        Map Grid:

**Room Dimensions**

| | | | |
|---|---|---|---|
| LR/GR: 19 x 16 M | Main BR: 21 x 17 U | Library: 17 x 14 M | |
| Dining: 18 x 16 M | 2nd BR: 20 x 15 U | Sitting: 16 x 14 U | |
| Kitchen: 36 x 16 M | 3rd BR: 20 x 15 U | Bedroom: 16 x 13 U | |
| Family: 24 x 18 M | 4th BR: 16 x 13 U | Foyer: 24 x 18 M | |

**Other Information**

| | |
|---|---|
| Rooms: | 16 |
| Bath Full: | 0M  7U  1L |
| Bath Part: | 2M  0U  0L |
| Model: | |
| Builder: | Maines |

Inclusions:  
Exclusions: Hanging Bathroom Mirrors, Swing Set.

**Tax Information**  
Taxes / Yr: $30748 / 2007 Blk 03803  
Assessment: 688200    Lot 00002

**Association Info**  
Condo / HOA: N / N  
Assc Fee / Freq:

**Lot Information**  
Acr / SF: 0.61 / 26,572  
Lot Dim: 0

Land Use:         Zoning: Resid  
Waterfront: N

**Features**  
Utilities: GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer   Parking: 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk   Exterior: Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool   Bsmt: FullBasement, FinishedBsmt, BsmtDrainSys   Interior: WalkUpAttic, FlooredAttic, FinshedAttic, Three+FirePl, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, Cathedral/Va, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry   Kit: KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal   Finance: ConventnalFi   Cond: Average+

**Remarks**  
Public: Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftssmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!

**Brokerage Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edgar & Son LLC | BEDG01 | (856) 235-0101 x209 | SBr: | | OPr: | $2,025,000 | |
| ListAgent: Louise Carter | BCARTELO | (609) 841-5116 | BBr: | 2.5%-$30 | LDt: | 05/09/2008 | |
| CoListAg: | Appointment Phone: | (609) 841-5116 | TBr: | | XDt: | 09/01/2009 | |
| Show: Call agent for showing appointments. | | | Agmt: | ER | OMD: | 09/25/2008 | |
| Show: LAMustAccomS   Poss: Negotiable | | | Sign: Y   DVB: N | | LMD: | 03/30/2009 | |
| | | | BkInt: N   LBon: N | | DOM: | 140 | |
| Owner: Owners of Record | | Disclosure: Y   PrExc: N   PMP: 403 | | | | | |

**Contract & Settlement Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SellOffice: | Edgar & Son LLC | BEDG01 | (856) 235-0101 | PDt: | 09/25/2008 | LPr: | $1,895,000 |
| SellAgent: | Louise Carter | BCARTELO | (609) 841-5116 | | | SDt: | 12/15/2008 |

Copyright 2009 TREND - Information originates from TREND or other MLSs as identified. All information, regardless of source, is not guaranteed and should be independently verified. Created: 03/30/09 03:15 PM.

**B. T. Edgar & Son**
27 E. Main Street
Moorestown, NJ 08057
Phone: 856-235-0101  Fax: 856-722-9190

## Status/Change Form

MLS # __5573758__    CURRENT PRICE $ _____

PROPERTY ADDRESS __817 Mattack Dr.__

Office Name _____    Phone # _____

PRICE CHANGE to __$1,780,000__

EXTEND EXPIRATION DATE to _____

### ACTIVE/UNDER CONTRACT

Active/Under Contract Date _____

Remarks _____

### PENDING INFORMATION

Agr of Sale Date _____    Est. Settled Date _____    Office w/Buyer _____

Agr of Sale Price $ _____    Show Price Before Settlement? Y/N _____    Agent w/Buyer _____

### SETTLED INFORMATION (all information required)

Agr of Sale Date _____    Est. Settled Date _____

Selling Price $ _____    Show Price Before Settlement? Y/N _____

Actual Settlement Date _____    Type of Financing _____

Seller Concession Y/N _____    Concession Notes _____

Office w/Listing _____    Office w/Buyer _____

Agent w/Listing _____    Agent w/Buyer _____

WITHDRAWN DATE _____

TEMPORARY WITHDRAWN DATE _____
(Does not release seller from listing contract obligations)

BACK ON MARKET DATE _____

Owner/Date _____    Owner/Date _____

Agent _BCARTEO_    _Louise M Carty_

Edgar & Son LLC  
Member Full Report courtesy of: Rebecca Miller  
1 to 1 of 1 Listings  

Office: (856) 235-0101 Ext200  
Office Phone: (856) 235-0101 Ext200  
E-mail: beckymiller@edgarrealestate.com  

**817 Matlack Dr, Moorestown, NJ 08057**    RES    ACT    **$1,780,000**



| | |
|---|---|
| MLS #: | 5573758 |
| MLS Area: | 20322 Moorestown Twp |
| County: | Burlington |
| Tax ID #: | 22-03803-00002 |
| Subdiv / Nei: | None Available |
| School Dist: | Moorestown Twp |
| - High: | Moorestown |
| - Middle: | W Allen |
| - Elem: | |

| | |
|---|---|
| Beds, Baths: | 7  8/2 |
| Ownership: | FeeSimple |
| Type: | Single/Detac |
| Design: | 3+Story |
| Style: | Traditional |
| Basement: | Y |
| Age: | 2 |
| Int SF: | / |
| Unit Floor #: | |
| Central Air: | Y |
| Internet: | Y / N |

**Directions**  
E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.  
Cross Street: Coles Ct.    Map Grid:

**Room Dimensions**

| | | | | | | |
|---|---|---|---|---|---|---|
| LR/GR: | 19 x 16 M | Main BR: | 21 x 17 U | Library: | 17 x 14 M | |
| Dining: | 18 x 16 M | 2nd BR: | 20 x 15 U | Sitting: | 16 x 14 U | |
| Kitchen: | 36 x 16 M | 3rd BR: | 20 x 15 U | Bedroom: | 16 x 13 U | |
| Family: | 24 x 18 M | 4th BR: | 16 x 13 U | Foyer: | 24 x 18 M | |

**Other Information**  
Rooms: 16  
Bath Full: 0M   7U   1L  
Bath Part: 2M   0U   0L  
Model:  
Builder: Maines  

Inclusions:  
Exclusions: Hanging Bathroom Mirrors, Swing Set.

**Tax Information**  
Taxes / Yr: $36296 / 2008 Blk 03803  
Assessment: 1928600   Lot 00002

**Association Info**  
Condo / HOA:   N /   N  
Recur Fee / Freq:

**Lot Information**  
Acr / SF: 0.61 / 26,572  
Lot Dim: 0  
Land Use:  
Waterfront: N  
Zoning: Resid

**Features**

Utilities: GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer  Parking: 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk  Exterior: Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool  Bsmt: FullBasement, FinishedBsmt, BsmtDrainSys  Interior: WalkUpAttic, FlooredAttic, FinshedAttic, Three+FirePl, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, Cathedral/Va, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry  Kit: KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal  Finance: ConventnalFi  Cond: Average+

**Remarks**

Public: Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftssmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!

**Brokerage Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Edgar & Son LLC | BEDG01 | (856) 235-0101 x209 | | SBr: | | OPr: | $1,895,000 |
| ListAgent: Louise Carter | BCARTELO | (609) 841-5116 | | BBr: 2.5%-$30 | | LDt: | 08/04/2009 |
| CoListAg: | Appointment Phone: | (609) 841-5116 | | TBr: | | XDt: | 02/04/2010 |

Show: Call agent for showing appointments.  
Show: LAMustAccomS  Poss: Negotiable  

| | | | | | |
|---|---|---|---|---|---|
| | | Agmt: | ER | | OMD: |
| | | Sign: | Y   DVB: N | | LMD: 11/14/2009 |
| | | BkInt: | N   LBon: | | DOM: 103 |
| Owner:   Owners of Record | | Disclosure: Y  PrExc: | N   PMP: 819 | | |
| | | Short Sale: | N | | |

© Copyright 2009 TREND - Information originates from TREND or other MLSs as identified. All information, regardless of source, is not guaranteed and should be independently verified.   Created: 11/14/09 03:15 PM.

**Edgar & Son LLC**
Client Full Report courtesy of: Rebecca Miller
1 to 1 of 1 Listings

Office: (856) 235-0101 Ext200
Office Phone: (856) 235-0101 Ext200
E-mail: beckymiller@edgarrealestate.com

**817 Matlack Dr, Moorestown, NJ 08057**     RES   ACT     $1,780,000




### General

| | | | | |
|---|---|---|---|---|
| MLS #: 5573758 | Subdiv / Nei: None Available | Ownership: FeeSimple | Beds, Baths: 7 8/2 | |
| DOM: 103 | School Dist: Moorestown Twp | Type: Single/Detac | Age: 2 | |
| MLS Area: 20322 Moorestown Twp | - High: Moorestown | Design: 3+Story | Int Sq Ft: / | |
| County: Burlington | - Middle: W Allen | Style: Traditional | Unit Flr #:  AC: Y | |
| Tax ID #: 22-03803-00002 | - Elem: | | Map Grid: | |

### Room Dimensions

| | | | | Other Information | | |
|---|---|---|---|---|---|---|
| LR/GR: 19 x 16 M | Main BR: 21 x 17 U | Library: 17 x 14 M | | Total Rooms: 16 | | |
| Dining: 18 x 16 M | 2nd BR: 20 x 15 U | Sitting: 16 x 14 U | | Bath Full: 0M 7U 1L | | |
| Kitchen: 36 x 16 M | 3rd BR: 20 x 15 U | Bedroom: 16 x 13 U | | Bath Part: 2M 0U 0L | | |
| Family: 24 x 18 M | 4th BR: 16 x 13 U | Foyer: 24 x 18 M | | Model: | | |
| Inclusions: | | | | Builder: Maines | | |
| Exclusions: Hanging Bathroom Mirrors, Swing Set. | | | | | | |

| Tax Information | Association Information | Lot Information | | |
|---|---|---|---|---|
| RE Taxes / Yr: $36296 / 2008 | Condo / HOA: N / N | Acr / SqFt: 0.61 / 26,572 | Land Use: | Zoning: Resid |
| Assessment: 1928600 | Recur Fee / Freq: | Lot Dim: 0 | Waterfront: N | |

### Features

**Utilities:** GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer
**Parking:** 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk
**Exterior:** Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool
**Bsmt:** FullBasement, FinishedBsmt, BsmtDrainSys  **Interior:** WalkUpAttic, FlooredAttic, FinshedAttic, Three+FireP, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, Cathedral/Va, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry  **Kit:** KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal
**Poss:** Negotiable  **Finance:** ConventnalFi  **Cond:** Average+  **Show:** LAMustAccomS

### Remarks

**Public:** Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftssmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!
**Directions:** E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.

© Copyright 2009 TREND - All information, regardless of source, including square footages and lot sizes, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Created: 11/14/09 03:17 PM.

**Edgar & Son LLC**
Client Multi-Photo Report courtesy of: Rebecca Miller
1 to 1 of 1 Listings

Office: (856) 235-0101 Ext200
Office Phone: (856) 235-0101 Ext200
E-mail: beckymiller@edgarrealestate.com

Photos for 817 Matlack Dr, Moorestown, NJ       MLS # 5573758



© Copyright 2009 TREND - All information, regardless of source, including square footages and lot sizes, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Created: 08/04/09 01:12 PM.

**B. T. Edgar & Son**
27 E. Main Street
Moorestown, NJ 08057
Phone: 856-235-0101  Fax: 856-722-9190

## Status/Change Form

MLS # 5573758    CURRENT PRICE $ _____

PROPERTY ADDRESS  817 Matlack Dr.

Office Name _____    Phone # _____

PRICE CHANGE to _____

EXTEND EXPIRATION DATE to 6-30-2010 (exp. 2/4)

### ACTIVE/UNDER CONTRACT

Active/Under Contract Date _____

Remarks _____

### PENDING INFORMATION

Agr of Sale Date _____    Est. Settled Date _____    Office w/Buyer _____

Agr of Sale Price $ _____    Show Price Before Settlement? Y/N _____    Agent w/Buyer _____

### SETTLED INFORMATION (all information required)

Agr of Sale Date _____    Est. Settled Date _____

Selling Price $ _____    Show Price Before Settlement? Y/N _____

Actual Settlement Date _____    Type of Financing _____

Seller Concession Y/N _____    Concession Notes _____

Office w/Listing _____    Office w/Buyer _____

Agent w/Listing _____    Agent w/Buyer _____

WITHDRAWN DATE _____

TEMPORARY WITHDRAWN DATE _____
(Does not release seller from listing contract obligations)

BACK ON MARKET DATE _____

Owner/Date _____    Owner/Date _____
BCARTELO                 Louise M. Carto
Agent ID



*Handwritten note: "Please Reduce 8/17 Mallard JD 7,690,000"*

Print Member Listing Report

---

dgar & Son LLC  
iember Full Report courtesy of: Rebecca Miller  
to 1 of 1 Listings  

Office: (856) 235-0101 Ext200  
Office Phone: (856) 235-0101 Ext200  
E-mail: beckymiller@edgarrealestate.com  

117 Matlack Dr, Moorestown, NJ 08057    RES    ACT    $1,690,000

| | |
|---|---|
| MLS #: | 5573758 |
| MLS Area: | 20322 Moorestown Twp |
| County: | Burlington |
| Tax ID #: | 22-03803-00002 |
| Subdiv / Nei: | None Available |
| School Dist: | Moorestown Twp |
| - High: | Moorestown |
| - Middle: | W Allen |
| - Elem: | |

| | |
|---|---|
| Beds, Baths: | 7  8/2 |
| Ownership: | FeeSimple |
| Type: | Single/Detac |
| Design: | 3+Story |
| Style: | Traditional |
| Basement: | Y |
| Age: | 2 |
| Int SF: | / |
| Unit Floor #: | |
| Central Air: | Y |
| Internet: | Y / Y |

Directions: E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.  
Cross Street: Coles Ct.  
Map Grid:

**Room Dimensions**  
_R/GR: 19 x 16 M    Main BR: 21 x 17 U    Library: 17 x 14 M  
Dining: 18 x 16 M    2nd BR: 20 x 15 U    Sitting: 18 x 14 U  
Kitchen: 36 x 16 M    3rd BR: 20 x 15 U    Bedroom: 16 x 13 U  
Family: 24 x 18 M    4th BR: 16 x 13 U    Foyer: 24 x 18 M  
Inclusions:  
Exclusions: Hanging Bathroom Mirrors, Swing Set.

**Other Information**  
Rooms: 16  
Bath Full: 0M  7U  1L  
Bath Part: 2M  0U  0L  
Model:  
Builder: Maines

**Tax Information**  
Taxes / Yr: $36296 / 2008 Blk 03803  
Assessment: 1928600    Lot 00002  

**Association Info**  
Condo / HOA:  N /  
                N  
Recur Fee / Freq:

**Lot Information**  
Acr / SF: 0.61 / 26,572  
Lot Dim: 0  

Land Use:  
Waterfront: N  

Zoning: Resid

**Features**  
Utilities: GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer    Parking: 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk    Exterior: Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool    Bsmt: FullBasement, FinishedBsmt, BsmtDrainSys    Interior: WalkUpAttic, FlooredAttic, FinishedAttic, Three+FirePl, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, CathedralVa, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry    Kit: KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal    Finance: ConventnalFi    Cond: Average+

**Remarks**  
Public: Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftsmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!    Agent: WYC-What you charge.

**Brokerage Information**  
Edgar & Son LLC    BEDG01    (856) 235-0101 x209  
ListAgent: Louise Carter    BCARTELO    (609) 841-5116  
CoListAg:    Appointment Phone: (609) 841-5116  
Show: Call agent for showing appointments.  
Show: LAMustAccomS    Poss: Negotiable  

| | | |
|---|---|---|
| SBr: | | OPr: $1,895,000 |
| BBr: 2.5%-WYC | LDt: 08/04/2009 |
| TBr: | | XDt: 06/30/2010 |
| Agmt: ER | | OMD: |
| Sign: Y | DVB: N | LMD: 05/07/2010 |
| BkInt: N | LBon: | DOM: 277 |
| PrExc: N | PMP: 993 | |
| Short Sale: N | | |

Owner: Owners of Record    Disclosure: Y

© Copyright 2010 TREND - Information originates from TREND or other MLSs as identified. All information, regardless of source, is not guaranteed and should be independently verified. Created: 05/07/10 04:56 PM.

12-12020-mg    Doc 7459-5    Filed 08/29/14    Entered 08/29/14 16:30:42    Exhibit E
Pg 10 of 13

**Edgar & Son LLC**
Client Full Report courtesy of: Rebecca Miller
1 to 1 of 1 Listings

Office: (856) 235-0101 Ext200
Office Phone: (856) 235-0101 Ext200
E-mail: beckymiller@edgarrealestate.com

817 Matlack Dr, Moorestown, NJ 08057      RES   ACT        $1,595,000




### General

| | | |
|---|---|---|
| MLS #: 5573758 | Subdiv / Nei: Mechling Park | Ownership: FeeSimple |
| DOM: 316 | School Dist: Moorestown Twp | Type: Single/Detac |
| MLS Area: 20322 Moorestown Twp | - High: Moorestown | Design: 3+Story |
| County: Burlington | - Middle: W Allen | Style: Traditional |
| Tax ID #: 22-03803-00002 | - Elem: | |

Beds, Baths: 7  8/2
Age: 2
Int Sq Ft:  /
Unit Flr #:    AC: Y
Map Grid:

### Room Dimensions

| | | | | |
|---|---|---|---|---|
| LR/GR: 19 x 16 M | Main BR: 21 x 17 U | Library: 17 x 14 M | | |
| Dining: 18 x 16 M | 2nd BR: 20 x 15 U | Sitting: 16 x 14 U | | |
| Kitchen: 36 x 16 M | 3rd BR: 20 x 15 U | Bedroom: 16 x 13 U | | |
| Family: 24 x 18 M | 4th BR: 16 x 13 U | Foyer: 24 x 18 M | | |

Inclusions:
Exclusions: Hanging Bathroom Mirrors, Swing Set.

### Other Information

Total Rooms: 16
Bath Full:    0M  7U  1L
Bath Part:    2M  0U  0L
Model:
Builder:   Maines

### Tax Information
RE Taxes / Yr: $36296 / 2008
Assessment: 1928600

### Association Information
Condo / HOA:   N / N
Recur Fee / Freq:

### Lot Information
Acr / SqFt: 0.61 / 26,572
Lot Dim: 0

Land Use:
Waterfront: N
Zoning: Resid

### Features

**Utilities:** GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer
**Parking:** 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk
**Exterior:** Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool
**Bsmt:** FullBasement, FinishedBsmt, BsmtDrainSys  **Interior:** WalkUpAttic, FlooredAttic, FinshedAttic, Three+FirePl, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, Cathedral/Va, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry  **Kit:** KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal
**Poss:** Negotiable  **Finance:** ConventnalFi  **Cond:** Average+  **Show:** LAMustAccomS

### Remarks

**Public:** Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftssmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!
**Directions:** E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.

© Copyright 2010 TREND - All information, regardless of source, including square footages and lot sizes, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Created: 06/15/10 10:20 AM.

**Edgar & Son LLC**
Client Multi-Photo Report courtesy of: Rebecca Miller
1 to 1 of 1 Listings

Office: (856) 235-0101 Ext200
Office Phone: (856) 235-0101 Ext200
E-mail: beckymiller@edgarrealestate.com

Photos for 817 Matlack Dr, Moorestown, NJ     MLS # 5573758



© Copyright 2009 TREND - All information, regardless of source, including square footages and lot sizes, should be verified by personal inspection by and/or with the appropriate professional(s). The information is not guaranteed. Created: 08/04/09 01:12 PM.

**B. T. Edgar & Son**
27 E. Main Street
Moorestown, NJ 08057
Phone: 856-235-0101  Fax: 856-722-9190

## Status/Change Form

MLS # _____  CURRENT PRICE $ _____

PROPERTY ADDRESS  817 Mattack Dr.

Office Name _____  Phone # _____

PRICE CHANGE to _____

EXTEND EXPIRATION DATE to  12-31-2010  (exp. 6/30)

**ACTIVE/UNDER CONTRACT**

Active/Under Contract Date _____

Remarks _____

**PENDING INFORMATION**

Agr of Sale Date _____  Est. Settled Date _____  Office w/Buyer _____

Agr of Sale Price $ _____  Show Price Before Settlement? Y/N _____  Agent w/Buyer _____

**SETTLED INFORMATION (all information required)**

Agr of Sale Date _____  Est. Settled Date _____

Selling Price $ _____  Show Price Before Settlement? Y/N _____

Actual Settlement Date _____  Type of Financing _____

Seller Concession Y/N _____  Concession Notes _____

Office w/Listing _____  Office w/Buyer _____

Agent w/Listing _____  Agent w/Buyer _____

WITHDRAWN DATE _____

TEMPORARY WITHDRAWN DATE _____
(Does not release seller from listing contract obligations)

BACK ON MARKET DATE _____

Owner/Date _____                Owner/Date _____

Agent ID  BCARTER                        *Louise M Carty* (signature)

Edgar & Son LLC  
Member Full Report courtesy of: Rebecca Miller  
1 to 1 of 1 Listings  

Office: (856) 235-0101 Ext200  
Office Phone: (856) 235-0101 Ext200  
E-mail: beckymiller@edgarrealestate.com  

**817 Matlack Dr, Moorestown, NJ 08057**  RES  ACT  **$1,595,000**



| | |
|---|---|
| MLS #: | 5573758 |
| MLS Area: | 20322 Moorestown Twp |
| County: | Burlington |
| Tax ID #: | 22-03803-00002 |
| Subdiv / Nei: | Mechling Park |
| School Dist: | Moorestown Twp |
| - High: | Moorestown |
| - Middle: | W Allen |
| - Elem: | |

| | |
|---|---|
| Beds, Baths: | 7  8/2 |
| Ownership: | FeeSimple |
| Type: | Single/Detac |
| Design: | 3+Story |
| Style: | Traditional |
| Basement: | Y |
| Age: | 2 |
| Int SF: | / |
| Unit Floor #: | |
| Central Air: | Y |
| Internet: | Y / Y |

**Directions**  
E. Main St., Left on Chester Ave. to Riverton Rd., Left on New Albany Rd., Right on Matlack.  
Cross Street: Coles Ct.    Map Grid:

**Room Dimensions**

| | | | |
|---|---|---|---|
| LR/GR: 19 x 16 M | Main BR: 21 x 17 U | Library: 17 x 14 M | |
| Dining: 18 x 16 M | 2nd BR: 20 x 15 U | Sitting: 16 x 14 U | |
| Kitchen: 36 x 16 M | 3rd BR: 20 x 15 U | Bedroom: 16 x 13 U | |
| Family: 24 x 18 M | 4th BR: 16 x 13 U | Foyer: 24 x 18 M | |

**Other Information**  
Rooms: 16  
Bath Full: 0M  7U  1L  
Bath Part: 2M  0U  0L  
Model:  
Builder: Maines  

Inclusions:  
Exclusions: Hanging Bathroom Mirrors, Swing Set.

**Tax Information**  
Taxes / Yr: $37473 / 2009  Blk 03803  
Assessment: 1928600   Lot 00002  

**Association Info**  
Condo / HOA:  N / N  
Recur Fee / Freq:

**Lot Information**  
Acr / SF: 0.61 / 26,572  
Lot Dim: 0  

Land Use:  Zoning: Resid  
Waterfront: N

**Features**  
Utilities: GasHeat, HotAirHeat, GasHotWater, CentralAir, PublicWater, PublicSewer  Parking: 3-CarGarage, Att/BuiltInG, InsideAccess, GarDoorOpner, Oversizedgar, 3+CarParking, DrivewayPrk  Exterior: Sidewalks, StreetLights, LawnSprinklr, UndrgrndElec, ExteriorLght, Stcco/SimExt, BrickExt, ConcreteFoun, LevelLot, OpenLot, PitchedRoof, ShingleRoof, NoPool  Bsmt: FullBasement, FinishedBsmt, BsmtDrainSys  Interior: WalkUpAttic, FlooredAttic, FinshedAttic, Three+FirePl, BrickFirePl, MarbleFirePl, LR/GRFireP, FamRoomFireP, MainBedFireP, Gas/Propane, FinishedWood, W/WCarpeting, TileFl, StoneFl, SecuritySys, Cathedral/Va, 9Ft+Ceiling, CeilngFan(s), Attic/HseFan, CableTVWired, WhirlPool/Ho, BayWindow, StallShower, WhirlpoolMnB, FulBathMnBed, DressRmMnBed, SitAreaMnBed, WalkInClstMB, Foyer/VestEn, Den/Study/Li, Util/MudRoom, Loft, Game/MediaRm, NoModifs/Unk, UpprFlrLndry  Kit: KitW/BrkfstR, GasCooking, KitIsland, KitPantry, KitDoubleSin, KitBuiltInRa, WallOven, DoubleOven, SelfClnOven, KitCommRange, BuiltInDishW, BuiltInRefig, Disposal  Finance: ConventnalFi  Cond: Average+

**Remarks**  
Public: Elegance and style plus extraordinary construction by Maines in a most desired neighborhood! Over 6,500 sq. ft. of exquisite architectural appointments, arched doorways and magnificent ceilings, state of the art appliances and the finest of craftssmanship and materials. The room sized foyer is complimented by a gracious staircase open from the lower level to the finished third level. Additional features include hardwood floors, library with built-in cabinetry, fantastic kitchen with Wood-Mode cabinetry and separate breakfast room, 3 fireplaces and a second staircase. The master bedroom features a sitting room, fireplace, walk-in closet & fantastic bath. There are 4 additional bedrooms, 4 baths and a laundry room on the 2nd level plus 2 bedrooms and 2 baths on the 3rd level. The lower level is finished with a game room and full bath. A truly wonderful home......listed price is under recent appraised value!  Agent: WYC-What you charge.

**Brokerage Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Edgar & Son LLC | BEDG01 | (856) 235-0101 x209 | SBr: | | OPr: | $1,895,000 |
| ListAgent: Louise Carter | BCARTELO | (609) 841-5116 | BBr: 2.5%-WYC | | LDt: | 08/04/2009 |
| CoListAg: | Appointment Phone: | (609) 841-5116 | TBr: | | XDt: | 12/31/2010 |
| Show: Call agent for showing appointments. | | | | | | |
| Show: LAMustAccomS  Poss: Negotiable | | | Agmt: ER | | OMD: | |
| | | | Sign: Y | DVB: N | LMD: | 06/28/2010 |
| | | | BkInt: N | LBon: | DOM: | 329 |
| Owner: Owners of Record | | Disclosure: Y | PrExc: N | PMP: 1045 | | |
| | | Short Sale: N | | | | |

© Copyright 2010 TREND - Information originates from TREND or other MLSs as identified. All information, regardless of source, is not guaranteed and should be independently verified. Created: 06/28/10 11:00 AM.