FELIX O. ABU
P.O. BOX 231171
SACRAMENTO, CA  95823

(916) 425-4300

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  RESIDENTIAL CAPITAL, LLC. Et. al.,

Debtors.

Case No.:  12-12020 MG

Chapter 11

**OPPOSITON TO MOTION TO EXTEND
THEDATE BY WHICH OBJECTIONS TO CLAIM
BY LIQUIDATING TRUST**

I, FELIX O. ABU, CLAIMANT NUMBER 7428 (241 and 246), submit the following objectionS to the Motion to Extend the date by which Objections to Claims, and the proposed order of such, on the basis that further harm will be done to claimants. Claimants will continue to drain their resources, i.e Attorney's fees, additional hardships will be incur if Motion is granted. WHILE the liquidating Trust and their Attorneys will continue to enrich themselves as they will be paid substantially by Residential Capital, LLC. Please take further notice that this written to conform to the Federal Rules of Bankruptcy procedure, the Local Bankruptcy Rules for the Southern District of New York, and the notice, Case Management and Administrative procedures approved by the Bankruptcy Court on May 23, 202 (Docket No. 141.

I object to the Debtor's Motion because the Debtor are responsible for the illegal transfer of my property, and unlawful foreclosure and sale of my family residence. They are responsible for the loss of my attempts to obtain an affordable mortgage in order to maintain my home. Through their unlawful foreclosure methods, myself and many other victims lost their homes. This malicious intent was done to deprive me of my home that I worked hard to keep. The Debtors would not work with me to help me save my home. Based on the deeds of the Debtor, I have been emotionally and financially damaged. and my credit worthiness is damaged.

OPPOSITION TO MOTION BY CLAIMANT NO. 7428 ( 241 AND 246)- 1

RECEIVED
AUG 26 2014
U.S. BANKRUPTCY COURT, SDNY

1  Finally, I hereby express my profound gratitude to Judge Martin Glenn, the Southern District Bankruptcy
2  Court of New York for not allowing the Debtors, Residential Capital, LLC to trample on justice. It is my hope that
3  this will be the last episode because I have been emotionally and financially drained from these unfortunate events.
4  You are the last hope for the poor victims involved in this case.

5  THEREFORE I OBJECT TO THE DEBTOR'S MOTION FOR AN ORDER GRANTING EXTENSION
6  OF CLAIMS BY LIQUIDATING TRUST FOR ANOTHER NINE MONTHS, THOUGH JUNE 15, 2015., AS
7  EXTENSION WILL BE PREJUDICIAL TO CLAIMANTS AND WILL RESULT TO ADDITIONAL HARM TO
8  CLAIMANTS.

10  Executed on August 23, 2014 at Sacramento California.

_____
FELIX O. ABU, CLAIMANT 7428 (No. 241 and 246)

OPPOSITION TO MOTION BY CLAIMANT NO. 7428 ( 241 AND 246)- 2

NOTICE OF OBJECTION TO MOTION GRANTING EXTENSION IS SERVED ON THE FOLLOWINGS:

1) Deanna Horst, Chief Claims Officer for the Rescap Liquidating Trust
2) Joseph A. Shifer et. al, Kramer Levin Naftalis & Frankel, LLP