August 20, 2014

FYI Honorable Judge Martin Glenn
Court Doc #6335 Date 1-23-2014

Refer my letter to you dated
August 11, 2014

Please ingnore information
on Bigelman and the amount

I am still in Northern Michigan
without my information or a
workable printer.

    Sincerely
    Michael McGainty

Rescap Claim 5970
GMAC Loan #06 546 29422

CC Kramer, Levin, Natalis & Frankel
LLP.


RECEIVED
AUG 25 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK