DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1000
Fax: 212.692.1020
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
*Counsel for Green Planet Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that the law firm of Duane Morris LLP ("**Duane Morris**") hereby withdraws its appearance on behalf of Green Planet Servicing, LLC ("**Green Planet**"). The matter(s) for which the appearance was made have been resolved.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that the undersigned counsel, Gerard S. Catalanello (gcatalanello@duanemorris.com) and James J. Vincequerra (jvincequerra@duanemorris.com) be removed from the Court's CM/ECF email notification service list, as well as all other service lists in the above-captioned bankruptcy case.

Dated:  September 3, 2014          */s/ Gerard S. Catalanello*
                                    Gerard S. Catalanello
                                    James J. Vincequerra
                                    DUANE MORRIS LLP
                                    1540 Broadway
                                    New York, NY 10036
                                    Telephone:  (212) 692.1000
                                    gcatalanello@duanemorris.com
                                    jvincequerra@duanemorris.com
                                    *Counsel for Green Planet Servicing, LLC*

DM1\3612956.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* was served electronically upon all parties receiving notice through the Court's CM/ECF system, this 3rd day of September, 2014.

                */s/ Gerard S. Catalanello*
                GERARD S. CATALANELLO