UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
:
In re                                           :     Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]            :     Case No. 12-12020 (MG)
                                                :
                                                :
                                                :     (Jointly Administered)
                 Debtors.                       :
----------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On August 29, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Order Granting Motion to Extend Date by which Objections to Claims Must be Filed** [Docket No. 7445]

Dated: September 3, 2014

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 3rd of September, 2014, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Adam Leppo | | 747 Arrowood Ln Apt 202 | | Oak Park | CA | 91377-5446 |
| ANNE CAMPANA | | 1735 Chicago Avenue, Apt 809 | | Evanston | IL | 60201 |
| KEITH T MURPHY ATT AT LAW | Keith T. Murphy | 324 Cranberry Beach Blvd # 324 | | White Lake | MI | 48386-1996 |
| Oklahoma State Treasurer | | 2300 N Lincoln Blvd Rm 217 | | Oklahoma City | OK | 73105-4895 |
| Sierra Liquidity Fund, LLC-Assignee and Att-In-Fact for City Sprint-Assignor | Sierra Liquidity Fund, LLC | 19772 MacArthur Blvd., Suite 200 | | Irvine | CA | 92612 |
| SPRING MOUNTAIN RANCH HOA | C O EXCELLENCE COMMUNITY MANAGEMENT | 8290 ARVILLE ST | | LAS VEGAS | NV | 89139-7114 |
| Thomas M. Greenberg Prof. Corp. | | P.O. Box 10162 | | Merrillville | IN | 46410-6267 |
| Thomas M. Greenberg Prof. Corp. | Independence Hill Conservancy District | Lynn E. Sattler | 7507 Taft St Stes 2-3 | Merrillville | IN | 46410 |
| Verizon Wireless | | 500 Technology Dr # 550 | | Saint Charles | MO | 63304-2225 |