Patrick M. Jones
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Ste. 1200
Chicago, Illinois 60603
Telephone: 312-377-7887
Facsimile: 312-423-8197

Counsel to Stewart Title Guaranty Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re  )<br>  )<br>RESIDENTIAL CAPITAL, LLC et al.,  )<br>  )<br>Debtors.  )<br>  ) | Chapter 11<br><br>Case No. 12-12020<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above captioned cases on behalf of Stewart Title Guaranty Company ("Stewart"), a party in interest , and pursuant to Rules 2002 and 9010(b) of the Federal Rules of bankruptcy procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in these cases be delivered to and be served upon the party identified below at the following address and further request that he be added to the master service list:

Patrick M. Jones
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Ste. 1200
Chicago, Illinois 60603
Telephone: 312-377-7887
Facsimile: 312-423-8197

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Stewart's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (ii) right to have reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Stewart is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses setoffs, and recoupments expressly are hereby reserved.

Respectfully submitted,

Dated: September 4, 2014

  /s/ Patrick M. Jones  
Patrick M. Jones  
Stahl Cowen Crowley Addis LLC  
55 W. Monroe, Ste. 1200  
Chicago, Illinois 60603  
Telephone: 312-377-7887  
Facsimile: 312-423-8197