## Exhibit A

## Diligence Response

# RESCAP



Sent/Received

JUN 2 0 2013

To _____
By _____

MORRISON | FOERSTER

## Claim Information

| Claim Number | 4413 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | SEE EXHIBITS ATTACHED<br>COURT ORDER<br>INDEX: 11-3663<br>COURT OF APPEALS SECOND CIRCUIT<br>AND<br>EVIDENCE |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: | ▮▮▮▮ 8738 |
|---|---|

Address of property related to the above loan number:

89-37 METROPOLITAN AVE.

| City: REGO PARK | State: N.Y. | ZIP Code: 11374 |
|---|---|---|

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220    Bloomington, MN  55438

Claim Number: 4413
Jessica Angel Quiroz

Claim #4413 Date Filed: 11/8/2012

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor:
*HOMECOMINGS.GMAC.*

Case Number: ▮▮8738

NOV - 8 2012

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*JESSICA ANGEL QUIROZ*

**COURT USE ONLY**

Name and address where notices should be sent:
*RAMON QUIROZ*
*89-37 METROPOLITAN AVE REGO PARK N.Y. 11374*
Telephone number:      email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
*RAMON QUIROZ*
*89-37 METROPOLITAN AVE REGO PARK N.Y. 11374*
Telephone number: *718 275-2192* email: *RAYORLANDO1@HOTMAIL.COM*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

NOV 15 2012

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ *72.000 PLUS INTEREST*

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: *3913* | 3a. Debtor may have scheduled account as: *GMAC* (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

**Nature of property or right of setoff:** ●Real Estate ☐Motor Vehicle ☐Other
Describe:

**Basis for perfection:** _____

**Value of Property:** $ *400.000*

**Annual Interest Rate** *5.5*% ☐Fixed or ●Variable
(when case was filed)

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $ *522.000*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

● Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**
$ *72.000*
*PLUS INTERST FROM 10/01/2005*

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)



B 10 (Official Form 10) (12/11)                                                                                                        2

---

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

**RECEIVED**

If the documents are not available, please explain:

NOV 1 5 2012

**8. Signature:** (See instruction #8)

**KURTZMAN CARSON CONSULTANTS**

Check the appropriate box.

☐ I am the creditor.    ● I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
                        (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
                                                                    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RAMON QUIROZ

Title:
Company:
Address and telephone number (if different from notice address above):
84-37 METROPOLITAN AVE
REGO PARK, NY 11374

(Signature)    NOV. 7, 2012
                (Date)

Telephone number: 718-275-2192 email: RAVERLANDO1V@HOTMAIL.COM

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

*MORRISON* / FOERSTER *Residential Capital, LLC RESCAP*

*Claim Number: 4413*

*Dear Sirs: Morrison / Foerster:  Counsel to the Debtors Larren M. Nathelsky. Gary S. Lee, Lorenzo Marinuzzi, Morrison & Foerster LLP at: 1290 Avenue of the Americas New York, NY 10104.*

*Upon the Affidavits from Jessica Angel Quiroz substitution durable power of Attorney and Deed (Title): to Ramon Quiroz and his Affidavit in support of Your information of "PROOF OF CLAIM" "UNKNOWN"  "BASIC CLAIM" Quiroz Et Al verify Basic Claim was due to the fact Fraud in the Court was arranged by New Century Mortgage Corporation in connection with U.S. Bank, National Association as Trustee GMAC/ Homecomings and the Law Firm of Steven J. Baum P.C. See Exhibits No.( 1)*

See: Also fabricated documents from Homecomings, Countrywide, Bank of America, and Homecomings Financial. *Exhibit Attached No. (2)*

*ORDERED United States Court of Appeals for the Second Circuit in the City of New York on the 25th day of April, 2013*

*Upon due Consideration been had in the United States of the Court of Appeals Second Circuit in the matter of the Civil Complaint filed in the United States District Court for the Eastern District of Brooklyn N.Y. E.D.N.Y. 10-cv-2485 and by the ORDER of the United States Court of Appeals for the Second Circuit Present Honorable Ralph K. Winter, Guido Calabresi, Gerald E. Lynch Circuit Judges it is Hereby ORDERED that (1) Appellants Quiroz Et Al  motion for Summary Judgment is CONSTRUED  as motion for summary reversal of the District court's August 9, 2011 judgment dismissing the Appellants' complaint; (2) as so construed decision on the motion is DEFERRED pending the lifting or termination of the automatic stay, see 11 U.S.C. § 362 (a)(1); Johnson v. Morgenthau, 160 F. 3d 897, 899 (2d Cir.1998) (providing that this Court has "inherent power…to manage and control its docket")  See Exhibits attached No. (3)*

*Jessica Angel Quiroz and Ramon Quiroz Et Al demands U.S. Bank, National Association as Trustee GMAC/ Homecomings and the Law Firm of Steven J. Baum P.C.  Caused Physical Harm and Death to Mrs. Helen Quiroz who suffered severe stress pain and suffering over five years and die for Improper and  illegal procedure in the Court of Law by the above Corporations whom fraudulently abused and fabricated  false  documents to steal the Quirozs' family home.*

*See : Exhibit No. (4) Certificate of Death.*

*"Real State Property damages".*

Quiroz Et Al Proof of Claim $1.000.000.00 One Million Dollars to settle this matter.

JUNE 18/2013

Respecffully Submitted

*Ramon Quiroz Pro-Per*

*I swear the above is true under penalties of perjury.*

**Sworn to before me**

*On June ..18.., 2013   Notary Public_____*

**Ramon Quiroz**

LATOYA WILLIAMS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01W16251631
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES ___11/14/15___
6/18/13

CLAIM NUMBER: 4413

*Residential Capital, LLC RESCAP,  U.S. Bank National Association*
*As Trustee, GMAC, Homecomings           Case No. 12-12020*
*Quiroz' Et Al Affidavit in Support:*

**PROOF OF CLAIM NUMBER: 4413**

*I, Ramon Quiroz, being sworn says: I am the legal owner of the property in question and where I live, I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374, I Swore and present this Affidavit in Support: proof of claim against RESCAP Residential Capital LLC et al: Counsel to the Debtors Larren M. Nathelsky. Gary S. Lee, Lorenzo Marinuzzi, Morrison & Foerster LLP 1290 Avenue of the Americas New York, NY 10104. U.S. Bank, GMAC Homecomings with the Law Office of Zeiner Ellman & Krause L.L.P. Robert Guttman P.C. Attorney for the Appellees (Defendants) located at 575 Lexington Ave New York New York 10022, Appellees (Defendants)Court of Appeals for the Second Circuit N.Y. Index No. 11-3663: no legal Title or Mortgage presented in Court. They are not the real party in interest to this property and are not being authorize to foreclose Appellants' Home, no legal assignment has being recorded in the Supreme Court of the State of New York Queens County Index No.25117/07 and upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).*

*Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.*

*The foregoing statements are true, under the penalty of perjury.*

*Swore to before me*

*This day…18…of June, 2013*

**Ramon Quiroz**

**Notary Public**

LATOYA WILLIAMS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01W16251631
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES  11/14/15

# RESCAP

MORRISON | FOERSTER

**Claim Number:** 4413

Dear Claimant: Jessica Angel Quiroz

You are receiving this letter because you or someone on your behalf filed a Proof of Claim form in the jointly-administered chapter 11 bankruptcy cases of Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG) (the "ResCap bankruptcy case") and we need additional information from you regarding the claims you are asserting against the Debtors.

### The Information we Need From You Regarding Your Proof of Claim:

We received and reviewed a copy of the Proof of Claim form and document(s), if any, that you filed in the ResCap bankruptcy case. A copy of your Proof of Claim form is enclosed for your reference. In the process of reviewing the Proof of Claim form and the document(s), if any, you submitted, we noticed that you left the "Basis for Claim" field on the Proof of Claim form blank, or indicated that the basis for your claim is "unknown". In order to evaluate your claim, we need to understand why you believe you are owed money or are entitled to other relief from one of the Debtors.

### You Must Respond to this Letter by no Later Than June 20, 2013:

In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you **must** respond to this letter by no later than June 20, 2013 with an explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. Included with this letter is a form to assist you in responding to our request.

### Consequences of Failing to Respond:

If you do not provide the basis for your claim and the supporting documentation by June 20, 2013, the Debtors may file a formal objection to your Proof of Claim on, among others, the basis that you failed to provide sufficient information and documentation to support your claim, and your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for your claim.

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

**Questions:**
If you have any questions about this letter, or need help in providing the requested information and document(s), you should contact an attorney. You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

**You must send the requested information and document(s) supporting your claim on or before the date provided in this letter to either:**

    (i)    Claims.Management@gmacrescap.com, or
    (ii)   **Residential Capital, LLC**
        **P.O. Box 385220**
        **Bloomington, Minnesota 55438**

**Please mark each piece of correspondence with the Claim Number referenced above.**

Sincerely,

Claims Management
Residential Capital, LLC

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually and, therefore, cannot provide you with legal advice.

# EXHIBIT

# 1

*Gccc cvvvvvcccwwwwwwwwwwwwwssdbvv  v*

> *Residential Capital, LLC RESCAP,  U.S. Bank National Association*
> *As Trustee, GMAC, Homecomings*
> *Bankruptcy:   Case No. 12-12020*
> *Property Address: 89-37 Metropolitan Ave Rego Park New York 11374*

### PROOF OF CLAIM NUMBER: 4413        AFFIDAVIT IN SUPPORT

*I, Jessica Angel Quiroz, being sworn says: .  I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374,  I am the legal owner of the property in question I substituted my father Ramon Quiroz as my personal representative including a  Durable Power of Attorney  for Financial Management as well transferred the Deed to his name.  I swore and present this Affidavit in Support of "proof of claim" against RESCAP Residential Capital LLC: Counsel to the Debtors Larren M. Nathelsky. Gary S. Lee, Lorenzo Marinuzzi, Morrison & Foerster LLP 1290 Avenue of the Americas New York, NY 10104.*

*The United States Court of Appeals for the Second Circuit in the City of New York ORDERED on the 25th day of April, 2013 Index No. 11-3663 the following:*

*Upon due Consideration been had in the United States of the Court of Appeals Second Circuit in the matter of the Civil Complaint filed in the United States District Court for the Eastern District of Brooklyn N.Y. E.D.N.Y. 10-cv-2485 and by the ORDER of the United States Court of Appeals for the Second Circuit Present Honorable Ralph K. Winter, Guido Calabresi, Gerald E. Lynch Circuit Judges it is Hereby ORDERED that (1) Appellants Quiroz Et Al  motion for Summary Judgment is CONSTRUED  as motion for summary reversal of the District court's August 9, 2011 judgment dismissing the Appellants' complaint; (2) as so construed decision on the motion is DEFERRED pending the lifting or termination of the automatic stay, see 11 U.S.C. § 362 (a)(1); Johnson v. Morgenthau, 160 F. 3d 897, 899 (2d Cir.1998) (providing that this Court has "inherent power…to manage and control its docket") Upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to  my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration  ( 22 NYCRR ).*

*Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.*

*The foregoing statements are true, under the penalty of perjury.*

*Swore to before me*

*This day...!.?.!...of June, 2013*

*Jessica Angel Quiroz*

Notary Public

CHRISTOPHER J CAVILEER
Notary Public - State of New York
NO. 01CA6233649
Qualified in Richmond County
My Commission Expires  01/03/15

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2012040300583002001EBAC4

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 14 |
|---|---|---|
| **Document ID: 2012040300583002** | Document Date: 04-01-2012 | Preparation Date: 04-03-2012 |

Document Type: POWER OF ATTORNEY
Document Page Count: 13

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| JESSICA ANGEL QUIROZ | JESSICA ANGEL QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |
| 347-876-8759 | 347-876-8759 |
| rayorlando1@hotmail.com | rayorlando1@hotmail.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

Property Type: DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN _____ *or* Document ID _____ *or* _____ Year _____ Reel ____ Page _____ *or* File Number _____

### PARTIES

| **PARTY ONE:** | **PARTY TWO:** |
|---|---|
| JESSICA A. QUIROZ | RAMON QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed     05-03-2012 14:28 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2012000176548** | |
| Recording Fee: | $ | 102.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

Jeanette M Hill

*City Register Official Signature*

CLAIM NUMBER: 4413

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2012040300583001003EDA81

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

**Document ID:** 2012040300583001    Document Date: 04-03-2012    Preparation Date: 04-19-2012
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ | JESSICA ANGEL QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |
| 347-876-8759 | 347-876-8759 |
| rayorlando1@hotmail.com | rayorlando1@hotmail.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel___ Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| HELEN QUIROZ, DECEASED | RAMON QUIROZ |
| 8937 METROPOLITAN AVE | 8937 METROPOLITAN AVE |
| REGO PARK, NY 11374 | REGO PARK, NY 11374 |

x  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** |
| NYCTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** |
| Additional MRT: | $ | 0.00 | **CITY OF NEW YORK** |
| TOTAL: | $ | 0.00 | Recorded/Filed    05-03-2012 14:28 |
| Recording Fee: | $ | 52.00 | City Register File No.(CRFN): |
| Affidavit Fee: | $ | 0.00 | 2012000176547 |

*Annetta M. Gill*

**City Register Official Signature**

CLAIM NUMBER; 4413

# EXHIBIT

# 2

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

EXHIBIT #1
PAGE NO. 1

**Homecomings Financial**
A GMAC Company

www.homecomings.com

#BWNFNYZ
#ZSRYXVXWRX3#

▾ 0004488 000183329 09HFT2  P8

Jessica Quiroz
Helen Quiroz
8957 Metropolian Ave
Rego Park NY 11374-5325

## CUSTOMER INFORMATION

Loan Number:                    ████8738

Borrower:              Jessica Quiroz
Co-Borrower:           Helen Quiroz
Property Address:      8957 Metropolian Ave
                       Rego Park  NY 11374

Home Phone #:          718-71▯-1752
Work Phone #1:         718-7▯▯-3357
Work Phone #2:         718-651-3500

*Please use the form on the back of the coupon to update this information.*

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due
Interest                                    2,392.50
Monthly Escrow Installment                    231.30

## Information About Your Account

Per your Note, your loan payment is interest only.

**INFORMATION ABOUT YOUR PROPERTY TAXES**

We are currently collecting funds in your escrow account for the payment of your real estate property taxes. You may be receiving your real estate tax bill directly from your tax collector. If you receive a bill, please write your loan number on the bill and forward the original to Homecomings Financial, P.O. Box 890037, Dallas, TX 75389 (be sure to make a copy for your records).

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

(EXHIBIT #1)

Total Amount Due on 05/01/06          2,623.80

Your Form 1098 for the year 2005 was mailed to you before January 31, 2006. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2005. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

## MORTGAGE ACCOUNT SUMMARY

Payment Due Date:               05/01/06
Statement Date:                 04/04/06
Account Information as of 04/04/06
  Current Principal Balance ▾        522,000.00
  Current Escrow Balance                730.15
  Year to Date Interest               9,570.00
  Interest Rate:                         5.500%

Mortgage interest paid in 2005: $9,570.00
Mortgage interest reported to the IRS for 2005: $ ,570.00
Taxes disbursed on your behalf in 2005: $8,896.00
Interest credited to your escrow account in 2005: $1.60

## PRIOR PERIOD ACTIVITY

Activity from 03/09/06 to 04/04/06
03/31/06  Interest credit to escrow account          .74
04/03/06  04/01/06 Payment:  2,392.50 interest,
          231.30 escrow                          2,623.80
04/03/06  Speed Draft Fee                             8.99

Make same-day mortgage
payments with your ATM/Debit card.
Call 1.800.206.2901 or visit
www.homecomings.com

Like
Coming
Home

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

Pay online: www.homecomings.com

*C046K0*

Check here and complete form on reverse side if
your address or other information has changed

PLEASE INCLUDE LOAN NUMBER(S) ON YOUR CHECK

Homecomings Financial
P.O. Box 78426
Phoenix AZ 85062-8426

Loan Number          ████8738          Jessica Quiroz
Payment Due   05/01/06

Total Amount Due                                   2,623.80

CLAIM NUMBER: 4413

**Homecomings Financial**
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

EXHIBIT #2
PAGE NO. 2

**Homecomings Financia**
A GMAC Company

www.homecomings.com

#BWNFNYZ
#ZSRYKVXWRX3#

- 0135724 000004480 C9HFST 0932730 PA
Jessica Quiroz
Helen Quiroz
8937 Metropolitan Ave
Rego Park NY 11374-5325

## CUSTOMER INFORMATION

| | |
|---|---|
| Loan Number: | ████8738 |
| Borrower: | Jessica Quiroz |
| Co-Borrower: | Helen Quiroz |
| Property Address: | 8937 Metropolitan Ave |
| | Rego Park NY 11374 |
| Home Phone #: | 718-715-1752 |
| Work Phone #1: | 718-709-3357 |
| Work Phone #2: | 718-531-3500 |

*Please use the form on the back of the coupon to update this information.*

This is an attempt to collect on a debt and any information obtained will be used for that purpose.
If you have been discharged of your personal liability for repayment of this debt, be advised that any action we may take will be taken against the property only and not against you personally.

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due
| | |
|---|---|
| Interest | 2,392.50 |
| Monthly Escrow Installment | 668.76 |

(EXHIBIT #2)

Total Amount Due on 02/01/07     3,061.26

### Information About Your Account

Per your Note, your loan payment is interest only.

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

Your Form 1098 for the year 2006 was mailed to you before January 31, 2007. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2006. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

Mortgage interest paid in 2006: $28,710.00.
Mortgage interest reported to the IRS for 2006: $28,710.00.
Taxes disbursed on your behalf in 2006: $2,726.23
Interest credited to your escrow account in 2006: $2.54

**THINK OF US AS YOUR PERSONAL MORTGAGE LENDER**

Our aim is to provide you with personalized, relevant financial solutions tailored to your specific needs. Call us toll-free at 1.877.695.3633 (1.877.MyLender).

## MORTGAGE ACCOUNT SUMMARY

| | |
|---|---|
| Payment Due Date: | 03/01/07 |
| Statement Date: | 02/27/07 |

Account Information as of 02/27/07
| | |
|---|---|
| Current Principal Balance * | 522,000.00 |
| Current Escrow Balance | 1,137.49 |
| Year to Date Interest | 4,785.00 |
| Interest Rate: | 5.500% |

## PRIOR PERIOD ACTIVITY

Activity from 02/23/07 to 02/27/07
| | |
|---|---|
| 02/27/07  02/01/07 Payment: 2,392.50 interest, 668.76 escrow, 47.85 late charge(s) | 3,109.11 |
| 02/27/07  Speed Draft Fee | 8.99 |

Make same-day mortgage payments with your ATM/Debit card.
Call 1.800.206.2901 or visit www.homecomings.com.

Like
Coming
Home

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.
Please call 1.800.206.2901 to obtain the payoff amount for your loan.

Check here when completing claim on reverse side of your address or other information has changed.

PLEASE INCLUDE LOAN NUMBER(S) ON YOUR CHECK

Homecomings Financial
P. O. Box 78426
Phoenix, AZ 85062-8426

| | | |
|---|---|---|
| Loan Number: | ████8738 | Jessica Quiroz |
| Payment Due 03/01/07 | | |
| Total Amount Due | | - - - - - |

CLAIM NUMBER: 4413

**Homecomings Financial**
A GMAC Company
PO Box 205
Waterloo, IA 50704-0205

*EXHIBIT #3*
*PAGE No. 3*

07/06/07

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE

REGO PARK NY 11374


RE:   Account Number        8738
      Property Address   8937 METROPOLITAN AVE

                  REGO PARK NY 11374

Dear JESSICA QUIROZ
     HELEN QUIROZ

          **IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR
              INTEREST ONLY PAYMENT CHANGES**

The interest rate on your loan is scheduled to adjust on
08/01/07.  Your new interest-only payment will begin effective
with the 09/01/07 payment.

Projected principal balance after 08/01/07 payment $    522000.00

| | | | |
|---|---|---|---|
| Previous index value | 0.00000% | New index value | 5.38600% |
| Current interest rate | 5.50000% | New interest rate | 7.00000% |
| Curr int-only pmt  $ | 3205.53^ | New int-only pmt $ | 3045.00 |
| Margin | 5.55000% | Escrow*        $ | 668.76 |
| | | Total pmt    $ | 3713.76 |

*(EXHIBIT #3)*

*Subject to change if analysis occurs after the date of this
letter.

Your new interest rate is calculated by adding the margin to the
new index value, as defined in your mortgage documents.  The
result of this addition is subject to rounding and rate cap
limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments prior to
the 09/01/07 payment change, your monthly payment will be
adjusted accordingly.

A Mortgage Account Statement will be sent under separate cover.
If your payments are made through our automatic payment program,
your new payment amount will be deducted on your scheduled draft
date.

*CLAIM NUMBER: 4413*

PO Box 205
Waterloo IA 50704-0205

**Homecomings Financial**
A GMAC Company

January 8, 2009

*EXHIBIT #4*
*PAGE NO. 4*

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY 11374

RE:    Account Number        ▮8738
       Property Address     8937 METROPOLITAN AVE
                            REGO PARK NY 11374

## **IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST ONLY PAYMENT CHANGES**

The interest rate on your loan is scheduled to adjust on **2/1/2009**. Your new interest-only payment will begin effective with the **3/1/2009** payment.

Projected principal balance after 2/1/2009 payment $ 522000.00

| | | | |
|---|---|---|---|
| Previous Index Value | 3.1080% | New Index Value | 1.7500% |
| Current Interest Rate | 8.6250% | New Interest Rate | 7.2500% |
| Current Int-only Pmt | $3751.88 | New Int-only pmt | $3153.75 |
| Margin | 5.5500% | Escrow* | ~~$ 668.76~~ |
| | | Total Pmt | $3822.51 |

Rate Next Change Date            8/1/2009
Principal and Interest Next Change    9/1/2009

*Subject to change if analysis occurs after the date of this letter.
Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.
A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft  date.

*CLAIM NUMBER 4413*

2009/2523 AFFIRMATION (Page 18 of 48)

PO Box 205
Waterloo IA  50704-0205

Homecomings Financial

July 9, 2008

EXHIBIT # 5
PAGE No. 5

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY 11374

RE:    Account Number        ████8738
       Property Address     8937 METROPOLITAN AVE
                            REGO PARK NY 11374

## **IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST ONLY PAYMENT CHANGES**

The interest rate on your loan is scheduled to adjust on 8/1/2008. Your new interest-only payment will begin effective with the 9/1/2008 payment.

Projected principal balance after 8/1/2008 payment $ 522000.00

| | | | |
|---|---|---|---|
| Previous Index Value | 4.5960% | New Index Value | 3.1080% |
| Current Interest Rate | 8.5000% | New Interest Rate | 8.6250% |
| Current Int-only Pmt | $3697.50 | New Int-only pmt | $3751.88 |
| Margin | 5.5500% | Escrow* | $ 668.76 |
| | | Total Pmt | $4420.64 |

Rate Next Change Date              2/1/2009
Principal and Interest Next Change  3/1/2009

*Subject to change if analysis occurs after the date of this letter.
Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.
A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

CLAIM NUMBER: 4413

2009/2523 AFFIRMATION (Page 26 of 40)

---

# Countrywide®
## HOME LOANS

**MONTHLY HOME LOAN STATEMENT**

*EXHIBIT #6*  *PAGE No. 1*

| Account Number | ....145 | Statement date 07/06/2006 |

Property address
89 37 Metropolitan Ave.

0042074 01 AT 0.399 **AUTO T4 2 0759 11374-5325
MSR CC AM 8000--6-- MJRSIN M 4 P2D026
JESSICA ANGEL QUIROZ
8937 Metropolitan Ave
Rego Park NY 11374-5325

### TO CONTACT US

Online payments
& account details: **customers.countrywide.com**
Customer Service: **(800) 669-6607**
General information: **www.countrywide.com**
New home loan,
refinance or
home equity loans: **(800) 686-0145**

---

**CUSTOMER BULLETIN**

## IMPORTANT NOTICE FOR OUR ELECTRONIC PAYMENT CUSTOMERS —
## THIS IS YOUR *LAST* MAILED MONTHLY STATEMENT

Beginning in August 2006, you will receive an online statement only and you will no longer receive a duplicate statement in the mail. The advantages of going online are plentiful, including 24-hour, 7-day-a-week access to your detailed account information including your loan balance, transaction history, tax information and more, all offered in a printer-friendly format. Our web site is just one of the ways we provide more customer service and account access for you than ever before. To access your personalized home page and account details, just log-in to our secure web site at customers.countrywide.com. On your first visit, please select the "Create User Name and Password" link on the log-in page and follow the simple instructions to be on your way to unlimited account access. Another important tool to help you manage your account is our e-mail notification service. We will send you an e-mail whenever there is activity on your account including confirmation of your recent payment, links to our web site and more information about products and services offered by the Countrywide family of companies. For your added convenience, any ARM statements, escrow adjustment notices and year-end tax information will continue to be mailed to you. Thank you for your loyalty to Countrywide Home Loans. We appreciate your business.

---

| HOME LOAN SUMMARY | **Home loan overview as of 07/06/2006** | | **Amount due on 08/12/2006 as of 07/06/2006** | |
|---|---|---|---|---|
| | Principal balance | $44,968.80 | Home loan payment due 08/12/2006 | $497.79 |
| | Late Charge if payment received after 08/28/2006 | $9.96 | (see next page for account details) | |
| | Date | Payments received | | |
| | 06/12/2006 | $497.79 | | |
| | 07/06/2006 | 497.79 | | |

| NOTICES | **The New Seller's and Buyer's Advantage** | |
|---|---|---|
| | If you are looking for a new home, Countrywide® wants to help you. To learn more about the variety of resources we offer visit www.countrywide.com or call 1-800-519-9832. | Want more flexibility? Countrywide's online payment service, MortgagePay on the Web, allows you to make your payments around the clock. Visit customers.countrywide.com and check out the demo to see just how easy it is. |

Calls may be monitored or recorded to ensure quality service.
We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

---

**Pay online today or enroll in an automatic PayPlan.**
Need to make a one-time, online payment? Or would you prefer to enroll in an electronic payment service where payments are drafted automatically? Whichever you choose, Countrywide makes it easy.
Log onto customers.countrywide.com
1. If you haven't already, create a user name & password
2. Click "Payment Services"
Some of the payment services could even help you build the equity in your home faster!

*Terms and conditions apply. A service fee may be assessed. Please read website for enrollment details.

| Account number | ....9145 | (0) | Payment due Aug 12, 2006 | $497.79 |
|---|---|---|---|---|
| Jessica Angel Quiroz | | | After Aug 28, 2006 late payment | $507.75 |
| 89 37 Metropolitan Ave. | | | | |
| Rego Park, NY 11374 | | | | |

SEE OTHER SIDE FOR IMPORTANT INFORMATION    6/0

| | |
|---|---|
| | Additional Principal |
| **Countrywide** | Additional Escrow |
| PO BOX 660694 | Other |
| DALLAS TX 75266-0694 | |
| | Check total |

CLAIM NUMBER: 4413



**Bank of America**

**Home Loans**

1 of 2

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date **03/03/2010**

**Account Number** ████**9145**
Property address
89 37 Metropolitan Ave.



0051023 01 AT 0.357 **AUTO T6 1 2754 11374-5325
MSR XW AG 0101---8-2-- C0000060 IN 1 P51074
JESSICA ANGEL QUIROZ
8937 Metropolitan Ave
Rego Park NY 11374-5325

*EXHIBIT #6 PAGE No. 2*

..|..||..||..||..||..||..|||||||..|..|..|..||..||..|||||

**: IMPORTANT NOTICE**

BAC Home Loans Servicing, LP services your home loan on behalf of the holder of your note (Noteholder). This is to advise you that your account remains seriously delinquent.

If we do not hear from you immediately, we will have no alternative but to take appropriate action to protect the interest of the Noteholder in your property.  This action may include returning payments that are less than the total amount due.

**Please give this matter your most urgent attention.** Please pay the total amount due immediately. BAC Home Loans Servicing, LP  will proceed with collection action until your account is brought fully current, and you will be responsible for all cost incurred in this process to the full extent permitted by law.

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org or calling 1-800-220-5424.

If you are unable to bring your account current, please contact us at **1.800.641.5302.**

Sincerely,

LOAN SERVICING
Loan Counselor

| HOME LOAN SUMMARY | Home loan overview as of 03/03/2010 | | Amount due on 03/12/2010 as of 03/03/2010 | |
|---|---|---|---|---|
| | Principal balance | $44,809.04 | Home loan payment due 03/12/2010 | $517.71 |
| | Late Charge if payment received after 03/27/2010 | $9.96 | Past due payment amount | 14,435.91 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**
1. Please
   • don't send cash
   • don't staple the check to the payment coupon
   • don't include correspondence
   • include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   **BAC Home Loans Servicing, LP**
   Attn: Remittance Processing
   PO Box 15222
   Wilmington, DE 19886-5222

| Account number ████9145 | (0) |
| Jessica Angel Quiroz |  |
| 89 37 Metropolitan Ave. |  |
| Rego Park, NY 11374 |  |

SEE OTHER SIDE FOR IMPORTANT INFORMATION    2PM

BAC Home Loans Servicing, LP
PO BOX 15222
WILMINGTON, DE 19886-5222

Payment due **Mar 12, 2010**    ***$517.71**
After **Mar 27, 2010** late payment    * **$527.67**
*Payment amount includes late charges  See Home Loan Details for breakdown.

Additional Principal

Additional Escrow

Check total

..|..||..||..||||..||||..||..||||..|||||||||||||||..|..

9 1 4 5 ᴵ||

*CLAIM NUMBER 4413*

# Homecomings Financial

*EXHIBIT # 7*

Prepared for:    **JESSICA A QUIROZ**

_____9088

**October 2007 Statement**
Credit Line:                  $15,000.00
Cash or Credit Available:   $635.98

## FIA CARD SERVICES™

**Customer Service**
For Information on Your Account Visit:
www.fiacardservices.com
Mail Payments to:
FIA CARD SERVICES
P.O. BOX 15721
WILMINGTON, DE 19886-5721
Mail Billing Inquiries to:
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-362-8299
TDD hearing-impaired 1-800-346-3178

### Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | $14,535.20 |
| Payments and Credits | -- $394.00 |
| Cash Advances | + $0.00 |
| Purchases and Adjustments | + $0.00 |
| Periodic Rate Finance Charges | + $222.82 |
| Transaction Fee Finance Charges | + $0.00 |
| **New Balance Total** | **$14,364.02** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 28 |
| Closing Date | 10/05/07 |
| Payment Due Date | 10/30/07 |
| Current Payment Due | $384.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $384.00 |

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - THANK YOU | 09/29 | | | | | $394.00 CR |

PAYDOWN YOUR MORTGAGE WITH
THE HOMECOMINGS FINANCIAL
EQUITY REWARDS PROGRAM
    0   POINTS EARNED THIS MONTH
  132   TOTAL POINTS AVAILABLE
2,500   POINTS REDEEMED THIS MONTH

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.0438083% DLY | 15.99% | $0.98 |
| B. ATM, Bank | 0.0547679% DLY | 19.99% | $14,529.76 |
| C. Purchases | 0.0438083% DLY | 15.99% | $0.82 |

**Annual Percentage Rate for this Billing Period:**    **19.99%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

### Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-476-7659
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

INTRODUCTORY OFFER! SAVE $10 ON YOUR FIRST GIFT BOX OF FLORIDA CITRUS FROM
AL'S FAMILY FARMS. VISIT WWW.ENJOYCITRUS.COM OR CALL 1-888-231-2450 DEPT. 115

07                                                              9088

FIA CARD SERVICES
P.O. BOX 15721
WILMINGTON, DE 19886-5721

1 0042485 03679 0406000902 83E111   90010-08
JESSICA A QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY  11374-5325-379

Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: _____ 9088

NEW BALANCE TOTAL: $14,364.02
PAYMENT DUE DATE: 10/30/07

TOTAL MINIMUM
PAYMENT DUE
$384.00     $ _____

Mail this payment coupon along with a
check or money order payable to: FIA CARD SERVICES

⑆5240 22250⑈        9088⑇

*CLAIM NUMBER : 4413*

*Ocwen Loan Servicing, LLC*
*P.O. Box 4025*
*Coraopolis, PA 15108-6942*
HELPING HOMEOWNERS IS WHAT WE DO! ™

O C W E N

*CLAIM NUMBER: 4413*

Notification Date:    06/06/2013

*EXHIBIT: X*

000804 - 009413
JESSICA QUIROZ *(DAUGHTER)*
HELEN QUIROZ *(DECEASED)*
8937 METROPOLITAN AVE
REGO PARK, NY 11374-5325

*PROPERTY OWNER: RAMON QUIROZ*
*SEE: DEED (ATTACHED)*

## NOTICE OF PLACEMENT RENEWAL NOTIFICATION CERTIFICATE

RE:  **REFERENCE NUMBER: 5922**
Loan Number: ███████████ 8738
Hazard Insurance Uninsured Date: 06/01/2013
Property Location:   8937 METROPOLITAN AVE
                     REGO PARK NY 11374

Certificate Number:    Q-8000741
Effective Date:        06/01/2013                         Expiration Date:  06/01/2014
Dwelling Limit:        $549,000.00                        Annual Charge:  $5,365.24
THIS COVERAGE WILL NOT PROTECT YOUR INTEREST IN THE PROPERTY.

Dear Customer:

During the past 45 days, we notified you that the lender-placed hazard insurance we previously obtained on your property would be renewed for an additional term of one year, if we did not receive a copy of a valid hazard insurance policy.

This letter is to notify you that, as we have not received the required evidence of coverage, we have renewed your lender-placed hazard insurance coverage with QBE INSURANCE CORPORATION to provide the necessary insurance protection on your property as required under the terms of your mortgage / deed of trust. Enclosed you will find a copy of the Certificate of Insurance that has been purchased by Ocwen Loan Servicing, LLC.

The cost of the insurance in the amount of $5,365.24 was advanced for the period 06/01/2013 to 06/01/2014. Lender-placed hazard insurance does not provide guaranteed replacement cost coverage.

This insurance will remain in force unless we received evidence of a hazard insurance policy with an effective date on or before 06/01/2013. As set forth in our previous notices, pursuant to your mortgage / deed of trust, the cost of this coverage is your responsibility and will be included in any statements that you may receive going forward. The charges for this insurance, and any state imposed fees, would be paid from your escrow/impound account. If you do not have an escrow/impound account, one may be established. If you obtain coverage on your own and there is a lapse between the effective date of your policy and the lender-placed hazard insurance coverage, you will be responsible for the insurance charges for that period. Any insurance charges not used will be credited to your account. Ocwen Loan Servicing, LLC and/or its affiliates may receive commissions or other compensation in connection with the purchase of lender-placed hazard insurance.

If you have a hazard policy in effect, please forward a copy of the policy to our office immediately, or fax a copy of your policy to us at (866) 336-9021. Please make sure that the appropriate loss payee clause naming us as the mortgagee, is Ocwen Loan Servicing, LLC, Its Successors and/or Assigns. We recommend you speak with your insurance company or agent for assistance.

*CLAIM NUMBER: 4413*

QBE INSURANCE CORPORATION
88 Pine Street, 16th Floor
New York, NY 10005

*EXHIBIT: δ*

Toll Free Customer Service: (800) 256-9962
INSURANCE SERVICE CENTER
P.O. BOX 4025
CORAOPOLIS, PA 15108-6942

Home Office:  c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

*CLAIM NUMBER: 4413*

## Residential Property Declarations

LOAN NUMBER: ███████8738

NAMED INSURED
JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE
REGO PARK, NY 11374-5325

NOTIFICATION DATE: 06/06/2013

MORTGAGEE
OCWEN LOAN SERVICING, LLC
INSURANCE SERVICE CENTER
P.O. BOX 4025
CORAOPOLIS, PA 15108-6942

|  |  | Amount of Insurance | Premium |
|---|---|---|---|
| POLICY NUMBER ████0741 | Dwelling | $549,000.00 | $5,325.30 |
| POLICY TERM: FROM 06/01/2013 TO 06/01/2014  ☐ NOON  ☒ 12:01am | Deductible - per loss occurrence | | |
| | Property is VACANT at time of loss | $1,000.00 | |
| | Vandalism & Malicious Mischief | $1,000.00 | |
| | All Other Covered Losses | $1,000.00 | |
| PROPERTY LOCATION 8937 METROPOLITAN AVE REGO PARK NY 11374 | NY STATE FIRE SURCHARGE | 0.750% | $39.94 |
| | TOTAL CHARGES | | $5,365.24 |

IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY THE REQUIRED RENEWAL PREMIUM FOR EACH SUCCESSIVE POLICY PERIOD, SUBJECT TO OUR RATES, RULES AND FORMS IN EFFECT. YOU MUST PAY US PRIOR TO THE END OF THE CURRENT POLICY PERIOD OR ELSE THIS POLICY WILL EXPIRE.

ENDORSEMENTS ATTACHED AND FORMING A PART OF THE POLICY
RP1299 (0109), RP1202 (0109), IL1701 (0510), RP1531 (0109), IL1705 (0109), IL1401 (0109)

Subject to the terms and provisions of this policy and the coverage forms and endorsements attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as a Named Insured with respect to such property, subject to the following additional provisions:

The above Mortgagee is authorized to advance all funds to be recovered from the Named Insured for the insurance afforded.

**DEDUCTIBLES:** Please refer to the deductibles shown above for the coverage provided by this policy.

**THIS POLICY ONLY COVERS DWELLINGS. IT DOES NOT COVER YOUR PERSONAL PROPERTY.**

For Customer Service questions, please call our toll free Customer Service Number at: (800) 256-9962
To report a CLAIM, please contact our Claim Department at 1-800-323-7466
or, you may report a new claim using our website at www.qbefirst.com

*CLAIM NUMBER: 4413*

RP1114 0109

# EXHIBIT

# 3

Case: 11-3663   Document: 140   Page: 1   04/25/2013   919097   2

E.D.N.Y.- Bklyn
10-cv-2485
Matsumoto, J.
Azrack, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square,
in the City of New York, on the 25th day of April, two thousand thirteen.

Present:

Ralph K. Winter,
Guido Calabresi,
Gerard E. Lynch,
*Circuit Judges.*

Ramon Quiroz, *et al.,*

*Plaintiffs-Appellants,*

v.                                                     11-3663

U.S. Bank National Association, as Trustee, *et al.,*

*Defendants-Appellees.*

Appellant Ramon Quiroz, *pro se,* moves: (1) for an order granting "summary judgment" in the
Appellants' favor; and (2) to lift the automatic stay imposed upon the filing of a Chapter 11
bankruptcy petition by Appellees Homecomings Financial ("Homecomings") and GMAC Mortgages
("GMAC"). By order entered on May 24, 2012, this Court stayed the above-captioned appeal
pending the lifting or termination of the automatic stay.

Upon due consideration, it is hereby ORDERED that: (1) the Appellants' motion for "summary
judgment" is CONSTRUED as a motion for summary reversal of the district court's August 9, 2011
judgment dismissing the Appellants' complaint; (2) as so construed, decision on the motion is
DEFERRED pending the lifting or termination of the automatic stay, *see* 11 U.S.C. § 362(a)(1);
*Johnson v. Morgenthau,* 160 F.3d 897, 899 (2d Cir. 1998) (providing that this Court has "inherent

SAO-MEM

*CLAIM NUMBER: 4413*

CERTIFIED COPY ISSUED ON 04/25/2013

power . . . to manage and control its docket"); and (3) the Appellants' motion to lift the automatic stay is DENIED, *see In re Sonnax Indus.*, 907 F.2d 1280, 1287 (2d Cir. 1990) (noting that the decision to lift the automatic stay is left to the sound discretion of the bankruptcy court). Any future motion to lift the automatic stay should be filed in the bankruptcy court. *See* Fed. R. Bankr. P. 9014.

Finally, we note that Appellant Ramon Quiroz has informed this Court that Appellant Helen Quiroz has died. However, this Court has no information as to whether she has a personal representative who could be substituted under Federal Rule of Appellate Procedure 43(a). Additionally, Appellant Jessica Angel Quiroz may not be a proper party to this appeal, as she did not sign the notice of appeal and this Court has no information as to whether she was a minor child at the time that it was filed. *See* Fed. R. App. P. 3(c)(2). Accordingly, the Appellants are ORDERED to file, within 30 days of the date that Homecomings and GMAC notify this Court that the automatic stay has been lifted or terminated, affidavits or affirmations stating: (1) whether Appellant Helen Quiroz has a personal representative suitable for substitution pursuant to Federal Rule of Appellate Procedure 43(a); and (2) the age of Appellant Jessica Angel Quiroz at the time that the September 8, 2011 notice of appeal was filed.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-MEM

2

CLAIM NUMBER:
H413

# EXHIBIT

# 4

DATE FILED   THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No. 156-12-007476

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
FEBRUARY 23, 2012 06:00 PM

**1. DECEDENT'S LEGAL NAME**   HELEN   QUIROZ
(First, Middle, Last)

**MEDICAL CERTIFICATE OF DEATH** (To be filled in by the Physician)

| 2a. New York City | 2c. Type of Place | 4 ☐ Nursing Home/Long Term Care Facility | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|
| Place Of Death  2b. Borough  Queens | 1 ☐ Hospital Inpatient  5 ☐ Hospice Facility  2 ☐ Emergency Dept./Outpatient  6 ☒ Decedent's Residence  3 ☐ Dead on Arrival  7 ☐ Other Specify ___ | | 1 ☒ Yes  2 ☐ No  3 ☐ Unknown | 8937 Metropolitan Avenue  Rego Park, New York 11374 |

| Date and Time of Death | 3a. | (Month)  February | (Day)  20 | (Year-yyyy)  2012 | 3b. Time  07:45  ☐ AM  ☒ PM | 4. Sex  Female | 5. Date last attended by a Physician  mm 02  dd 20  yyyy 2012 |
|---|---|---|---|---|---|---|---|

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician  Margaret Squillace MD   (Type or Print)
Signature  Margaret Squillace   ☒ M.D.
Signature Electronically Authenticated

Address  1740 Eastchester Road, Bronx, New York 10461   License No. 176231   Date FEB-21-2012

**PERSONAL PARTICULARS** (To be filled in by Funeral Director or by Physician in case of burial)

| 7a. Usual Residence State  New York | 7b. County  Queens | 7c. City or Town  Rego Park | 7d. Street and Number  89-37 Metropolitan Avenue | Apt. No. | ZIP Code  11374 | 7e. Inside City Limits?  1 ☒ Yes 2 ☐ No |
|---|---|---|---|---|---|---|

| 8. Date of Birth  (Month)  June | (Day)  21 | (Year-yyyy) | 9. Age at last birthday (years) | Under 1 Year  Months / Days | Under 1 Day  Hours / Minutes | 10. Social Security No.  ___ 3913 |
|---|---|---|---|---|---|---|

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired")  Office Manager | 11b. Kind of business or industry  Fund Raising | 12. Aliases or AKAs |
|---|---|---|

| 13. Birthplace (City & State or Foreign Country)  Brooklyn, New York | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death)  1 ☐ 8th grade or less; none  2 ☐ 9th – 12th grade; no diploma  3 ☒ High school graduate or GED  4 ☐ Some college credit, but no degree  5 ☐ Associate degree (e.g., AA, AS)  6 ☐ Bachelor's degree (e.g., BA, AB, BS)  7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)  8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) |
|---|---|

| 15. Ever in U.S. Armed Forces?  1 ☐ Yes 2 ☒ No | 16. Marital/Partnership Status at time of death  1 ☒ Married  2 ☐ Domestic Partnership  3 ☐ Divorced  4 ☐ Married, but separated  5 ☐ Never Married  6 ☐ Widowed  7 ☐ Other, Specify ___  8 ☐ Unknown | 17. Surviving Spouse's/Partner's Name (If wife, name prior to first marriage)(First, Middle, Last)  Ramon Quiroz |
|---|---|---|

| 18. Father's Name (First, Middle, Last)  Peter Kazane | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last)  Rose Damone |
|---|---|

| 20a. Informant's Name  Janel Quiroz | 20b. Relationship to Decedent  Daughter | 20c. Address (Street and Number  89-37 Metropolitan Avenue | Apt. No. | City & State, Rego Park, New York | ZIP Code)  11374 |
|---|---|---|---|---|---|

| 21a. Method of Disposition  1 ☒ Burial  2 ☐ Cremation  3 ☐ Entombment  4 ☐ City Cemetery  5 ☐ Other Specify ___ | 21b. Place of Disposition (Name of cemetery, crematory, other place)  Saint John's Cemetery |
|---|---|

| 21c. Location of Disposition (City & State or Foreign Country)  Middle Village, New York | 21d. Date of Disposition  mm 02  dd 25  yyyy 2012 |
|---|---|

| 22a. Funeral Establishment  Fox Funeral Home, Inc. | 22b. Address (Street and Number  98-07 Ascan Avenue | City & State, Forest Hills, New York | ZIP Code)  11375 |
|---|---|---|---|

*CLAIM NUMBER: 4413*

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED   June 3, 2013

Steven P. Schwartz, Ph.D., City Registrar




Q 0 0 8 4 8 1 7 3



The City of New York

Look for the following security features before accepting this document:

· Blue engraved border and seals with raised intaglio printing

· Multi-colored pink-blue-pink background

· Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass

· This watermark in the paper, which will be visible when held to the light:

· Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

e Rush To Addressee

**SE PRESS FIRMLY**

*PLEASE PRESS FIRM*

UNITED STATES
POSTAL SERVICE

PAID
FLUSHING.NY
11375
JUN 18. '13
AMOUNT

**$19.95**
00077029-09

=EMS=

1007

# EXPRESS MAIL

## STATES POSTAL SERVICE

Flat Rate Envelope

*Visit us at usps.com*

## EXTREMELY URGENT

Please Rush To Addressee

*PLEASE NOTE:*

*When used internationally affix customs declarations (PS Form 2976, or 2976A).*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2012; All rights reserved.



EU94604519ZU5



# EXPRESS MAIL

**UNITED STATES POSTAL SERVICE ®**

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo.      Day | | ☐ AM  ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo.      Day | | ☐ AM  ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo.      Day | | ☐ AM  ☐ PM | |

**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend  ☐ Holiday    Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next  ☐ Day  ☐ 2nd Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo.    Day    Year | Month     Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee    Insurance Fee |
| ☐ AM ☐ PM | ☐ Noon  ☐ 3 PM | $         $ |
| | Military | Total Postage & Fees |
| | ☐ 2nd Day  ☐ 3rd Day | $ |
| Flat Rate   or   Weight | | |
| lbs.     ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)    PHONE (        )

**TO:** (PLEASE PRINT)    PHONE (        )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call **1-800-222-1811**

=EMS=



PS10001000006