# **Exhibit F**

# **Second Circuit Docket**

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 2 of 12

**General Docket**
**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 11-3663<br>**Nature of Suit:** 3890 STATUTES-Other<br>Quiroz v. U.S. Bank National Association<br>**Appeal From:** EDNY (BROOKLYN)<br>**Fee Status:** Paid | **Docketed:** 09/12/2011<br>**Termed:** 02/20/2014 |

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)** -

**Originating Court Information:**
  **District:** 0207-1 : 10-cv-2485
  **Trial Judge:** Joan M. Azrack, U.S. Magistrate Judge
  **Trial Judge:** Kiyo Matsumoto, U.S. Magistrate Judge
  **Date Filed:** 06/01/2010

| **Date Order/Judgment:**<br>08/09/2011 | **Date NOA Filed:**<br>09/08/2011 | **Date Rec'd COA:**<br>09/12/2011 |
|---|---|---|

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| Ramon Quiroz<br>      Plaintiff - Appellant | Ramon Quiroz, -<br>Direct: 718-406-9299<br>[NTC Pro Se]<br>89-37 Metropolitan Avenue<br>Rego Park, NY 11374 |
| Helen Quiroz<br>      Plaintiff - Appellant | Helen Quiroz, -<br>Direct: 718-406-9299<br>[NTC Pro Se]<br>89-37 Metropolitan Avenue<br>Rego Park, NY 11374 |
| Jessica Angel Quiroz<br>**Terminated:** 02/20/2014<br>      Plaintiff - Appellant | |

------------------------------

| | |
|---|---|
| U.S. Bank National Association, as Trustee<br>      Defendant - Appellee | Robert Guttmann, Attorney<br>Direct: 212-223-0400<br>[COR NTC Retained]<br>Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| New Century Mortgage Corp.<br>      Defendant - Appellee | Robert Guttmann, Attorney<br>Direct: 212-223-0400<br>[COR NTC Retained]<br>(see above) |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 3 of 12

| | |
|---|---|
| Homecoming Financial, AKA Homecomings Financial GMAC Mortgages<br>    Defendant - Appellee | Robert Guttmann, Attorney<br>Direct: 212-223-0400<br>[COR NTC Retained]<br>(see above) |
| Steven J. Baum, P.C.<br>    Defendant - Appellee | Brett A. Scher, Esq., -<br>Direct: 516-681-1100<br>[COR LD NTC Retained]<br>Kaufman, Dolowich & Voluck, LLP<br>Suite 201<br>135 Crossways Park Drive<br>Woodbury, NY 11797 |
| GMAC Mortgages, Presidents, Official Partners, and/or Shareholders, Investors, Mortgage Brokers, Appraisals, Staff Officers, Officials<br>    Defendant - Appellee | Robert Guttmann, Attorney<br>Direct: 212-223-0400<br>[COR NTC Retained]<br>(see above) |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration Exhibit F - Second Circuit Docket    Pg 4 of 12

Ramon Quiroz, Helen Quiroz,

    Plaintiffs - Appellants,

Jessica Angel Quiroz,

    Plaintiff,

v.

U.S. Bank National Association, as Trustee, New Century Mortgage Corp., Homecoming Financial, AKA Homecomings Financial GMAC Mortgages, Steven J. Baum, P.C., GMAC Mortgages, Presidents, Official Partners, and/or Shareholders, Investors, Mortgage Brokers, Appraisals, Staff Officers, Officials,

    Defendants - Appellees.

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 5 of 12

| Date | Doc # | Description |
|---|---|---|
| 09/12/2011 | [1](#) 16 pg, 541.02 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. [389433] [11-3663] |
| 09/12/2011 | [2](#) 17 pg, 63.65 KB | MAGISTRATE REPORT AND RECOMMENDATION, dated 08/05/2011, RECEIVED.[389441] [11-3663] |
| 09/12/2011 | [3](#) 1 pg, 48.37 KB | DISTRICT COURT JUDGMENT, dated 08/09/2011, RECEIVED.[389445] [11-3663] |
| 09/12/2011 | [4](#) 13 pg, 102.89 KB | ELECTRONIC INDEX, in lieu of record, FILED.[389447] [11-3663] |
| 09/13/2011 | [5](#) 2 pg, 37.1 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[389451] [11-3663] |
| 09/22/2011 | [6](#) 1 pg, 38.01 KB | FORM D-P, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 09/22/2011 by CM/ECF.[398209] [11-3663] |
| 09/22/2011 | [7](#) 1 pg, 46.94 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 09/22/2011 by CM/ECF.[398215] [11-3663] |
| 09/22/2011 | [8](#) 1 pg, 38.17 KB | SCHEDULING NOTIFICATION, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, informing Court of proposed due date 12/07/2011, RECEIVED. Service date 09/22/2011 by CM/ECF.[398222] [11-3663] |
| 09/29/2011 | [9](#) 2 pg, 54.03 KB | ORDER, dismissing appeal by 10/13/2011, unless appellants Helen Quiroz, Ramon Quiroz, Jessica Angel Quiroz, submits fee or moves for in forma pauperis, FILED.[404300] [11-3663] |
| 10/05/2011 | [10](#) 3 pg, 145.48 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, FILED. Service date 10/05/2011 by US mail. [409940] [11-3663] |
| 10/12/2011 | [11](#) 1 pg, 24.72 KB | PAYMENT OF DOCKETING FEE, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, district court receipt # 4653034965, FILED.[417860] [11-3663] |
| 12/07/2011 | [14](#) 46 pg, 14.71 MB | PAPERS, appellants Ramon Quiroz, Helen Quiroz, and Jessica A. Quiroz brief, RECEIVED.[467669] [11-3663] |
| 12/07/2011 | 30 | BRIEF, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 12/07/2011 by US mail. [511290] [11-3663] |
| 12/07/2011 | [154](#) 46 pg, 14.78 MB | BRIEF, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 12/07/2011 by US mail. [1050073] [11-3663] |
| 12/08/2011 | 15 | SCHEDULING NOTIFICATION, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, informing Court of proposed due date 03/07/2012, RECEIVED. Service date 12/08/2011 by US mail.[468179] [11-3663] |
| 12/08/2011 | [16](#) 1 pg, 57.78 KB | DEFECTIVE DOCUMENT, Scheduling notification, [15], on behalf of Appellee Steven J. Baum, GMAC Mortgages, Homecoming Financial, New Century Mortgage Corp. and U.S. Bank National Association, FILED.[468252] [11-3663] |
| 01/10/2012 | [22](#) 1 pg, 3.77 KB | NEW CASE MANAGER, Jason Wang, ASSIGNED.[493761] [11-3663] |
| 01/11/2012 | 24 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Steven J. Baum, FILED. Service date 01/11/2012 by CM/ECF, US mail. [494756] [11-3663] |
| 01/12/2012 | [25](#) 2 pg, 68.25 KB | DEFECTIVE DOCUMENT, notice of appearance[24], on behalf of Appellee Steven J. Baum, FILED. [496277] [11-3663] |
| 01/12/2012 | [26](#) 3 pg, 58.8 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Steven J. Baum, FILED. Service date 01/11/2012 by CM/ECF, US mail. [496662] [11-3663] |
| 01/13/2012 | 27 | CURED DEFECTIVE NOTICE OF APPEARANCE[26], on behalf of Appellee Steven J. Baum, FILED. |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
[497567] [11-3663] Exhibit F - Second Circuit Docket    Pg 6 of 12

| Date | Doc # | Description |
|---|---|---|
| 01/13/2012 | 28 | ATTORNEY, Brett Scher[26], in place of attorney Natalie Grigg, SUBSTITUTED.[497575] [11-3663] |
| 02/06/2012 | 37 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 02/06/2012 by US mail. [518418] [11-3663] |
| 02/06/2012 | 38<br>2 pg, 67.85 KB | DEFECTIVE DOCUMENT, notice of appearance[37], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[518725] [11-3663] |
| 02/06/2012 | 39<br>2 pg, 70.3 KB | SCHEDULING NOTIFICATION, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, informing Court of proposed due date 04/30/2012, RECEIVED. Service date 02/06/2012 by US mail.[518995] [11-3663] |
| 02/08/2012 | 40<br>1 pg, 25.33 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 02/08/2012 by US mail. [520913] [11-3663] |
| 02/08/2012 | 41 | CURED DEFECTIVE NOTICE OF APPEARANCE[40], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[521015] [11-3663] |
| 02/08/2012 | 42 | ATTORNEY, Gregory Koerner for Helen Quiroz Ramon Quiroz Jessica Angel Quiroz, in case 11-3663 , [40], ADDED.[521021] [11-3663] |
| 02/10/2012 | 46<br>2 pg, 40.24 KB | SO-ORDERED SCHEDULING NOTIFICATION, setting Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association Brief due date as 04/30/2012, FILED.[523695] [11-3663] |
| 02/10/2012 | 47<br>2 pg, 37.28 KB | SCHEDULING NOTIFICATION, on behalf of Appellee Steven J. Baum, informing Court of proposed due date 04/30/2012, RECEIVED. Service date 02/10/2012 by CM/ECF, US mail.[523967] [11-3663] |
| 02/14/2012 | 50<br>1 pg, 39.81 KB | SO-ORDERED SCHEDULING NOTIFICATION, setting Appellee Steven J. Baum Brief due date as 04/30/2012, FILED.[524373] [11-3663] |
| 03/06/2012 | 51 | BRIEF, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 03/06/2012 by CM/ECF.[544723] [11-3663] |
| 03/12/2012 | 52<br>2 pg, 68.64 KB | DEFECTIVE DOCUMENT, brief[51], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[549308] [11-3663] |
| 04/20/2012 | 56<br>2 pg, 39.57 KB | STRIKE ORDER, striking Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz's Brief, [51] from the docket, FILED.[586952] [11-3663] |
| 04/30/2012 | 57<br>27 pg, 249.87 KB | BRIEF, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, FILED. Service date 04/30/2012 by US mail. [594273] [11-3663] |
| 04/30/2012 | 58<br>40 pg, 274.14 KB | BRIEF, on behalf of Appellee Steven J. Baum, FILED. Service date 04/30/2012 by CM/ECF. [594747] [11-3663] |
| 05/01/2012 | 59<br>2 pg, 67 KB | DEFECTIVE DOCUMENT, brief[30], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[595695] [11-3663] |
| 05/03/2012 | 60<br>21 pg, 819.94 KB | MOTION, to be relieved as attorney, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 05/03/2012 by CM/ECF.[599114] [11-3663] |
| 05/08/2012 | 65<br>22 pg, 858.96 KB | PRO SE DOCUMENTS, to attorney Gregory Koerner, SENT.[603529] [11-3663] |
| 05/11/2012 | 66<br>1 pg, 74.13 KB | ORAL ARGUMENT STATEMENT LR 34.1 (a), on behalf of filer Attorney Mr. Robert Guttmann for Appellee U.S. Bank National Association, New Century Mortgage Corp., Homecoming Financial and GMAC Mortgages, FILED. Service date 05/11/2012 by CM/ECF. [606965] [11-3663] |
| 05/15/2012 | 69<br>6 pg, 271.85 KB | MOTION, for oral argument, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 05/15/2012 by CM/ECF.[610642] [11-3663] |
| 05/15/2012 | 70<br>7 pg, 310.53 KB | PRO SE DOCUMENTS, to attorney Gregory Koerner, SENT.[610643] [11-3663] |

| Date | Doc | Description |
|---|---|---|
| 05/21/2012 | 72<br>5 pg, 222.72 KB | LETTER, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, RECEIVED. Service date 05/21/2012 by CM/ECF.[616128] [11-3663] |
| 05/24/2012 | 78<br>1 pg, 39.48 KB | STRIKE ORDER, striking Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz's brief [30] from the docket, FILED.[619301] [11-3663] |
| 05/24/2012 | 79<br>2 pg, 40.94 KB | ORDER, dated 05/24/2012, brief and appendix default, FILED.[619311] [11-3663] |
| 05/24/2012 | 81<br>2 pg, 40.63 KB | ORDER, dated 05/24/2012, staying the appeal due to bankruptcy, FILED.[619606] [11-3663] |
| 05/31/2012 | 83<br>106 pg, 5.32 MB | PRO SE PAPERS, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, RECEIVED.[634220] [11-3663] |
| 06/07/2012 | 82<br>1 pg, 56.08 KB | LETTER, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, RECEIVED. Service date 06/07/2012 by CM/ECF.[631550] [11-3663] |
| 06/12/2012 | 84<br>107 pg, 5.36 MB | PRO SE DOCUMENTS, to attorney Gregory Koerner, SENT.[634223] [11-3663] |
| 07/09/2012 | 85<br>1 pg, 47.04 KB | LETTER, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, RECEIVED. Service date 07/09/2012 by CM/ECF.[658001] [11-3663] |
| 07/09/2012 | 86<br>1 pg, 47.04 KB | STAY STATUS UPDATE LETTER, dated 07/09/2012, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that bankruptcy stay pending, RECEIVED. Service date 07/09/2012 by CM/ECF.[658136] [11-3663]--[Edited 07/10/2012 by JW] |
| 07/20/2012 | 87<br>49 pg, 2.18 MB | PRO SE PAPERS, on behalf of Appellant Helen Quiroz, Jessical Angel Quiroz and Ramon Quiroz, RECEIVED.[670726] [11-3663] |
| 07/23/2012 | 88<br>50 pg, 2.22 MB | PRO SE DOCUMENTS, to attorney Gregory Koerner, SENT.[670727] [11-3663] |
| 08/06/2012 | 89<br>1 pg, 57.59 KB | STAY STATUS UPDATE LETTER, dated 08/06/2012, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court of bankruptcy stay, RECEIVED. Service date 08/06/2012 by CM/ECF.[683971] [11-3663]--[Edited 08/07/2012 by JW] |
| 09/06/2012 | 90<br>1 pg, 55.15 KB | STAY STATUS UPDATE LETTER, dated 09/06/2012, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court of bankruptcy stay, RECEIVED. Service date 09/06/2012 by CM/ECF.[712032] [11-3663]--[Edited 09/06/2012 by JW] |
| 10/05/2012 | 91<br>1 pg, 57.71 KB | STAY STATUS UPDATE LETTER, dated 10/05/2012, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court of a bankruptcy stay, RECEIVED. Service date 10/05/2012 by CM/ECF.[740212] [11-3663]--[Edited 10/09/2012 by JW] |
| 10/23/2012 | 92 | MOTION, to proceed pro se, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 10/23/2012 by CM/ECF. [753876] [11-3663] |
| 10/23/2012 | 93<br>2 pg, 69.2 KB | DEFECTIVE DOCUMENT, motion[92], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[753937] [11-3663] |
| 10/25/2012 | 105 | MOTION, for an order to show cause, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. No Service.[772264] [11-3663] |
| 10/26/2012 | 97<br>2 pg, 39.95 KB | STRIKE ORDER, striking Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz's motion to proceed pro se [92] from the docket, FILED.[758573] [11-3663] |
| 11/05/2012 | 101<br>1 pg, 147.02 KB | MOTION ORDER, granting motion to be relieved as attorney [60] filed by Appellant Ramon Quiroz, Helen Quiroz and Jessica Angel Quiroz, FILED. [760248][101] [11-3663] |
| 11/05/2012 | 102 | ATTORNEY, Gregory Koerner, for Jessica Quiroz, Helen Quiroz, and Ramon Quiroz, TERMINATED. [760252] [11-3663] |
| 11/05/2012 | 104 | STAY STATUS UPDATE LETTER, dated 11/05/2012, on behalf of Appellee GMAC Mortgages, |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 8 of 12

| Date | Doc | Description |
|---|---|---|
| | 1 pg, 54.41 KB | Homecoming Financial and U.S. Bank National Association, alerting court of a bankruptcy stay, RECEIVED. Service date 11/05/2012 by CM/ECF.[760604] [11-3663]--[Edited 11/06/2012 by JW] |
| 11/19/2012 | 106<br>2 pg, 67.29 KB | DEFECTIVE DOCUMENT, motion[105], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, copy to pro se recipient, FILED.[772269] [11-3663]--[Edited 11/19/2012 by JW] |
| 12/05/2012 | 107<br>1 pg, 58.03 KB | STAY STATUS UPDATE LETTER, dated 12/05/2012, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court of a bankruptcy case, RECEIVED. Service date 12/05/2012 by CM/ECF.[787532] [11-3663]--[Edited 12/06/2012 by JW] |
| 12/20/2012 | 108<br>83 pg, 7.07 MB | PAPERS, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, RECEIVED.[802679] [11-3663] |
| 12/27/2012 | 111<br>2 pg, 109.8 KB | CERTIFICATE OF SERVICE for Motion, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 12/20/2012 by US mail.[809105] [11-3663] |
| 01/07/2013 | 112<br>2 pg, 116.17 KB | STAY STATUS UPDATE LETTER, dated 01/07/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court of a bankruptcy case, RECEIVED. Service date 01/07/2013 by US mail, CM/ECF.[809731] [11-3663]--[Edited 01/09/2013 by JW] |
| 01/07/2013 | 113<br>2 pg, 117.29 KB | LETTER, on behalf of Appellee GMAC Mortgages, New Century Mortgage Corp. and U.S. Bank National Association, RECEIVED. Service date 01/07/2013 by US mail, CM/ECF.[809732] [11-3663] |
| 02/05/2013 | 117<br>1 pg, 59.82 KB | STAY STATUS UPDATE LETTER, dated 02/05/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 02/05/2013 by CM/ECF, US mail.[837987] [11-3663]--[Edited 02/06/2013 by JW] |
| 02/08/2013 | 118<br>2 pg, 70.06 KB | CERTIFICATE OF SERVICE, for Stay Staus Letter of Robert Guttman dated February 5, 2013., on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, FILED. Service date 02/05/2013 by email, US mail.[842244] [11-3663] |
| 02/11/2013 | 121 | MOTION, to amend the brief and incorporate summary judgment, on behalf of Appellant Ramon Quiroz, FILED. Service date 02/07/2013 by US mail.[850370] [11-3663] |
| 02/20/2013 | 122<br>2 pg, 66.12 KB | DEFECTIVE DOCUMENT, motion[121], on behalf of Appellant Ramon Quiroz, copy to pro se appellants, FILED.[850375] [11-3663]--[Edited 02/20/2013 by JW] |
| 03/01/2013 | 123<br>1 pg, 39.6 KB | STRIKE ORDER, striking Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz's motion[105] from the docket, copy to pro se appellants, FILED.[862144] [11-3663] |
| 03/07/2013 | 124<br>2 pg, 100.26 KB | STAY STATUS UPDATE LETTER, dated 03/07/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 03/07/2013 by CM/ECF, US mail.[868377] [11-3663]--[Edited 03/08/2013 by JW] |
| 03/18/2013 | 125<br>103 pg, 3.98 MB | MOTION, for summary judgment, on behalf of Appellant Ramon Quiroz, FILED. Service date 03/08/2013 by US mail.[881892] [11-3663] |
| 03/20/2013 | 126 | CURED DEFECTIVE MOTION[125], on behalf of Appellant Ramon Quiroz, FILED.[881898] [11-3663] |
| 03/29/2013 | 136<br>3 pg, 106.47 KB | PAPERS, letter and copy of receipt of service payment, on behalf of Appellant Ramon Quiroz, RECEIVED.[893152] [11-3663] |
| 04/05/2013 | 137<br>2 pg, 101.81 KB | STAY STATUS UPDATE LETTER, dated 04/05/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 04/05/2013 by CM/ECF, US mail.[898686] [11-3663]--[Edited 04/05/2013 by JW] |
| 04/25/2013 | 139<br>2 pg, 22.55 KB | MOTION ORDER, construing motion for summary judgment as summary reversal, deferring motion for summary reversal pending lifting or terminating of automatic stay, and denying motion to lift the stay[125] filed by Appellant Ramon Quiroz, by RKW, GC, GEL, copy to pro se appellants, FILED. [919086][139] [11-3663] |
| 04/25/2013 | 140<br>2 pg, 278.28 KB | CERTIFIED ORDER, dated 04/25/2013, to EDNY, ISSUED.[919097] [11-3663] |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 9 of 12

| Date | Doc # | Description |
|---|---|---|
| 05/07/2013 | 141<br>3 pg, 123.8 KB | STAY STATUS UPDATE LETTER, dated 05/07/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 05/07/2013 by US mail, CM/ECF.[929852] [11-3663]--[Edited 05/07/2013 by JW] |
| 06/06/2013 | 142<br>3 pg, 131.76 KB | STAY STATUS UPDATE LETTER, dated 06/06/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 06/06/2013 by CM/ECF, US mail.[958468] [11-3663]--[Edited 06/07/2013 by JW] |
| 06/20/2013 | 143<br>23 pg, 1.47 MB | PAPERS, lower court docket sheet and affidavit of representation for his daughter and his deceased wife, on behalf of Appellant Ramon Quiroz, RECEIVED.[974377] [11-3663] |
| 07/03/2013 | 144<br>2 pg, 101.91 KB | STAY STATUS UPDATE LETTER, dated 07/03/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 07/03/2013 by CM/ECF, US mail.[982548] [11-3663]--[Edited 07/08/2013 by JW] |
| 08/05/2013 | 145<br>2 pg, 100.54 KB | STAY STATUS UPDATE LETTER, dated 08/05/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 08/05/2013 by CM/ECF, US mail.[1008360] [11-3663]--[Edited 08/06/2013 by JW] |
| 08/30/2013 | 146<br>2 pg, 125.08 KB | LETTER, advising the Court of a change of address, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, RECEIVED. Service date 08/30/2013 by US mail, CM/ECF.[1030918] [11-3663]--[Edited 09/03/2013 by JW] |
| 09/04/2013 | 147<br>2 pg, 174.72 KB | STAY STATUS UPDATE LETTER, dated 09/04/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that a bankruptcy case is still pending, RECEIVED. Service date 09/04/2013 by CM/ECF, US mail.[1033075] [11-3663]--[Edited 09/05/2013 by JW] |
| 09/17/2013 | 148<br>3 pg, 186.29 KB | STAY STATUS UPDATE LETTER, dated 09/17/2013, on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, alerting court that the bankruptcy court has lifted the stay for the limited purpose of allowing the referenced appeal to proceed, RECEIVED. Service date 09/13/2013 by CM/ECF, US mail.[1043692] [11-3663]--[Edited 09/18/2013 by JW] |
| 09/20/2013 | 150 | APPENDIX, volume 1 of 1, (pp. 1-42), on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 09/19/2013 by US mail.[1048540] [11-3663] |
| 09/23/2013 | 151 | ORAL ARGUMENT STATEMENT LR 34.1 (a), on behalf of filer Attorney Brett A. Scher, Esq. for Appellee Steven J. Baum, FILED. Service date 09/23/2013 by US mail. [1048950] [11-3663] |
| 09/24/2013 | 153<br>1 pg, 156.14 KB | ORDER, lifting the stay of appeal(s) in 11-3663, copy to pro se appellants, FILED.[1050059] [11-3663] |
| 09/24/2013 | 155<br>2 pg, 69.06 KB | DEFECTIVE DOCUMENT, appendix[150], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[1050075] [11-3663] |
| 09/25/2013 | 156<br>2 pg, 68.7 KB | DEFECTIVE DOCUMENT, oral argument statement[151], on behalf of Appellee Steven J. Baum, copy to pro se appellants, FILED.[1050243] [11-3663] |
| 09/25/2013 | 157 | APPENDIX, volume 1 of 1, (pp. 1-39), on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 09/24/2013 by US mail.[1053203] [11-3663] |
| 09/27/2013 | 158<br>2 pg, 100.28 KB | LETTER, advising the Court this case should be on submission, on behalf of Appellee Steven J. Baum, RECEIVED. Service date 09/23/2013 by US mail.[1053440] [11-3663]--[Edited 10/15/2013 by JW] |
| 10/04/2013 | 159 | CURED DEFECTIVE LETTER[158], on behalf of Appellee Steven J. Baum, FILED.[1058831] [11-3663] |
| 10/04/2013 | 160<br>39 pg, 1.84 MB | APPENDIX, volume 1 of 1, (pp. 1-39), on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 10/02/2013 by US mail.[1062212] [11-3663] |
| 10/04/2013 | 169 | MOTION, to be substituted as party, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 10/02/2013 by US mail.[1064369] [11-3663] |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 10 of 12

| Date | Doc # | Description |
|---|---|---|
| 10/09/2013 | 161 | DEFECTIVE DOCUMENT, appendix[157], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[1062220] [11-3663]--[Edited 10/09/2013 by JW] |
| 10/09/2013 | 162 | CURED DEFECTIVE APPENDIX[160], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[1062222] [11-3663] |
| 10/11/2013 | 170 2 pg, 66.25 KB | DEFECTIVE DOCUMENT, motion[169], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, copy to pro se appellants, FILED.[1064371] [11-3663] |
| 10/17/2013 | 173 30 pg, 1.33 MB | MOTION, for summary reversal, on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED. Service date 10/02/2013 by US mail.[1071797] [11-3663] |
| 10/21/2013 | 172 | CASE CALENDARING, for the week of 01/13/2014, B, PROPOSED.[1071123] [11-3663] |
| 10/22/2013 | 174 | CURED DEFECTIVE MOTION[173], on behalf of Appellant Helen Quiroz, Jessica Angel Quiroz and Ramon Quiroz, FILED.[1071799] [11-3663] |
| 10/31/2013 | 182 6 pg, 379.33 KB | OPPOSITION TO MOTION for summary reversal [173], on behalf of Appellee GMAC Mortgages, Homecoming Financial and U.S. Bank National Association, FILED. Service date 10/30/2013 by US mail.[1081011][182] [11-3663] |
| 11/01/2013 | 184 8 pg, 494.59 KB | MOTION, to extend time, on behalf of Appellee GMAC Mortgages, New Century Mortgage Corp. and U.S. Bank National Association, FILED. Service date 11/01/2013 by US mail. [1082081] [11-3663] |
| 11/04/2013 | 188 1 pg, 154.45 KB | MOTION ORDER, granting motion to extend time [184] filed by Appellee U.S. Bank National Association, New Century Mortgage Corp. and GMAC Mortgages, copy to pro se appellants, FILED. [1082726][188] [11-3663] |
| 11/05/2013 | 192 8 pg, 422.04 KB | REPLY TO OPPOSITION [182], on behalf of Appellant Ramon Quiroz, FILED. Service date 11/04/2013 by US mail.[1090666][192] [11-3663] |
| 01/30/2014 | 197 | MOTION, for an order to show cause, on behalf of Appellant Ramon Quiroz, FILED. No Service.[1148114] [11-3663] |
| 02/03/2014 | 198 2 pg, 66.45 KB | DEFECTIVE DOCUMENT, motion[197], on behalf of Appellant Ramon Quiroz, copy to pro se appellants, FILED.[1148116] [11-3663]--[Edited 02/03/2014 by JW] |
| 02/11/2014 | 199 52 pg, 2.32 MB | MOTION, for an order to show cause, on behalf of Appellant Ramon Quiroz, FILED. Service date 02/06/2014 by US mail.[1156468] [11-3663] |
| 02/13/2014 | 200 | CURED DEFECTIVE MOTION [199], on behalf of Appellant Ramon Quiroz, FILED.[1156469] [11-3663] |
| 02/20/2014 | 208 1 pg, 37.51 KB | NEW CASE MANAGER, Margaret Lain, ASSIGNED.[1161175] [11-3663] |
| 02/20/2014 | 209 2 pg, 27.02 KB | MOTION ORDER, dismissing Appellant Jessica Angel Quiroz as a party, denying motion for "summary judgment reversal" appears to be intended in part as a motion for substitution under Rule 43(a) [125] filed by Appellant Ramon Quiroz, denying previously-deferred motion for summary reversal and the motion for an "order to show cause" [199], [173] filed by Appellant Ramon Quiroz, Helen Quiroz and Jessica Angel Quiroz, by ALK, RKW, RCW, copy to pro se appellants, FILED. [1161226][209] [11-3663] |
| 02/20/2014 | 210 | APPELLANT JESSICA ANGEL QUIROZ, TERMINATED.[1161242] [11-3663] |
| 02/20/2014 | 211 | CAPTION, in light of order filed 02/20/2014, AMENDED.[1161245] [11-3663] |
| 02/20/2014 | 212 2 pg, 27.02 KB | APPEAL, pursuant to court order, dated 02/20/2014, DISMISSED.[1161254] [11-3663] |
| 04/14/2014 | 215 2 pg, 523.32 KB | CERTIFIED COPY OF ORDER, dated 02/20/2014, disposing of the appeal to EDNY, ISSUED.[Mandate] [1201058] [11-3663] |
| 05/15/2014 | 217 3 pg, 58.65 KB | U.S. SUPREME COURT NOTICE, granting Appellant Ramon Quiroz extension to file Writ of Certiorari, FILED.[1226708] [11-3663] |
| 08/15/2014 | 218 | U.S. SUPREME COURT NOTICE of writ of certiorari filing, dated 08/15/2014, U.S. Supreme Court docket |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
1 pg, 56.22 KB    # 14-5783, RECEIVED, 12/30/26, 1173663 Circuit Docket    Pg 11 of 12

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 09/02/2014 19:38:56 ||||
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 11-3663 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

11-3663 Docket

12-12020-mg    Doc 7480-7    Filed 09/04/14    Entered 09/04/14 11:44:19    Declaration
Exhibit F - Second Circuit Docket    Pg 12 of 12

**Documents and Docket Summary**

**Documents Only**

**Include Page Numbers**

**Selected Pages:**          **Selected Size:**          **(Max: 50 MB)**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/02/2014 19:38:56 | | | |
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 11-3663 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |