# **Exhibit H**

# **August 14, 2014 Letter**

**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

August 14, 2014

Writer's Direct Contact
+1 (212) 506.7341
NRosenbaum@mofo.com

Via Overnight Mail and E-mail

Mr. Ramon Quiroz
89-37 Metropolitan Ave.,
Rego Park, NY 11374

Re: Residential Capital LLC, *et al.* Chapter 11 Case No. 12-12020 (MG)

Dear Mr. Quiroz:

We are writing in our capacity as counsel to the ResCap Liquidating Trust established pursuant to the terms of Chapter 11 Plan confirmed in the above referenced cases (the "Chapter 11 Cases") of Residential Capital, LLC and certain of its affiliates pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). As you may recall, you previously filed a motion for relief from the automatic stay imposed by section 362(a) of the Bankruptcy Code in the Chapter 11 Cases with respect to your appeal pending before United States Court of Appeals for the Second Circuit. The appeal related to your action against, among other parties, debtors GMAC Mortgage LLC and Homecomings Financial, LLC filed in the U.S. District Court for the Eastern District of New York that was commenced prior to the filing of the Chapter 11 Cases. Pursuant to an order of the Bankruptcy Court dated September 13, 2013 (ECF # 5039) (the "Bankruptcy Court Order") (a copy of which is annexed) you were granted limited relief from the automatic stay for the following purpose: "allowing the Appeal to be adjudicated by the Second Circuit." See the Bankruptcy Court Order at paragraph 1. Paragraph 3 of the Bankruptcy Court Order states that in "all other respects, the Automatic Stay shall remain in full force and effect." As we believe you are aware, in the appeal, the Court of Appeals dismissed the appeal by a mandate issued April 14, 2014.

We have been advised that you filed a petition for a writ of certiorari with the United States Supreme Court (a copy of the first two pages of which is annexed). Please be advised that the filing of the petition with regard to GMAC Mortgage, LLC and Homecomings Financial, LLC is in violation of the automatic stay. As noted above, the Bankruptcy Court Order limited relief from the automatic stay to allow for the adjudication of the appeal by the Court of Appeals, but for no other purposes. The order did not grant you leave to file a petition for a writ of certiorari with the Supreme Court.

ny-1154275

MORRISON | FOERSTER

Mr. Ramon Quiroz
August 14, 2014
Page Two

As a result, your petition for a writ of certiorari as against debtors GMAC Mortgage, LLC and Homecomings Financial, LLC was filed in violation of the automatic stay. Demand is hereby made that you withdraw the writ as soon as possible as against debtors GMAC Mortgage, LLC and Homecomings Finance, LLC and that you provide us with evidence that you have done so. On behalf of the debtors and the ResCap Liquidating Trust we reserve all rights, including the right to seek an appropriate order from the Bankruptcy Court to enforce the automatic stay. If you have any questions, please feel free to contact me directly at 212-506-7341.

Very truly yours,

Norman Rosenbaum

Attachments

ny-1154275

No. _____

## SUPREME COURT OF THE UNITED STATES

_____

Ramon Quiroz and Helen Quiroz, - PETITIONER(S)

    VS

US Bank, GMAC and Steven J. Baum P.C. RESPONDENT(S)

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and proceed in forma pauperis.

Petitioner has not previously been granted to leave to proceed in forma pauperis in any other court.

Petitioner requested an Application for an extension of time within to file a petition for a writ of certiorari in the above --entitled case has been granted from May 9, 2014, extended the time to and including July 21, 2014.

See Exhibit attached No. (A)

Petitioner's affidavit or declaration in support of this motion is attached hereto.

*/s/ Ramon Quiroz*

Ramon Quiroz Pro-Per
89-37 Metropolitan Ave
Rego Park, NY 11374
Phone: 718-275-2192
Email: rayorlando10@gmail.com

1

UNITED STATES SUPREME COURT

I Ramon Quiroz declare that I am the petitioner/plaintiff in the above entitled proceeding. That in support of my request to proceed without being required to prepay fees, costs or give security therefor. I state that because of my wife's wrongful death Helen Quiroz, and retired disable in poverty and unable to pay the cost of said proceeding or give security therefor: that I believed I am entitled to redress.

The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application. I answering the following questions.
1. Are you presently employed?   [NO]
2. Have you received within the past twelve months any money of the following sources?
A. Business, profession or other form of self-employment:   [NO]
B. Rent payments, interest or dividends:   [NO]
C. Pensions, annuities or life insurance payments:   [NO]
D. Gifs or inheritances:   [NO]
E. Any other sources:   [YES]

If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months:

3. Do you own any cash or do you have money in checking or savings account? [NO]
4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing.  [NO]

**E. I am retired and received Social Security Retirement, Survivors and disability Insurance for the amount of $1,141.00 See Exhibit attached   No. ( B ).**

5. List the persons who are dependent upon you for support. State your relationship to those persons, and indicate how much you contribute toward their support.

I provide Home and Shelter To:

**Rose Kazane 86 years old mother of my deceased wife Helen Quiroz**
**Alexa Marie Quiroz granddaughter three years old,**
**Janel Quiroz daughter and single mother of Alexa Marie Quiroz.**

I do not receive any contribution toward their support.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on the …….. day of July, 2014.

Ramon Quiroz

---

ORDER OF THE COURT

The application is herby denied

The application is hereby granted. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor

_____
United State Judge

_____   _____
United State Judge                  date
Or magistrate

No._____

2

Docket #5039   Date Filed: 9/13/2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
In re:                                          )   Case No. 12-12020 (MG)
                                                )
RESIDENTIAL CAPITAL, LLC, et al.,               )   Chapter 11
                                                )
                    Debtors.                    )   Jointly Administered
                                                )
---------------------------------------------------------

### ORDER GRANTING *MOTION TO LIFT THE STAY* FILED BY RAMON QUIROZ [DOCKET NO. 3978]

**WHEREAS**, on June 10, 2013, Ramon Quiroz (the "**Movant**") filed a motion (the "**Motion**") to lift the automatic stay imposed by 11 U.S.C. § 362(a) (the "**Automatic Stay**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**") to permit Movant to proceed with a prepetition action (the "**Action**") pending against, among other parties, debtors GMAC Mortgage, LLC ("**GMACM**") and Homecomings Financial, LLC ("**Homecomings**," and together with GMACM, the "**Debtor Defendants**");

**WHEREAS**, the Action was dismissed by a decision of the United States District Court for the Eastern District of New York (the "**District Court**") dated August 5, 2011, which decision is currently on appeal (the "**Appeal**") to the United States Court of Appeals for the Second Circuit (the "**Second Circuit**");

**WHEREAS**, the Appeal has been stayed by virtue of the commencement of the Chapter 11 Cases;

**WHEREAS**, on August 21, 2013, the Debtor Defendants filed an objection to the Motion (the "**Objection**");

**WHEREAS**, the Motion and the Objection were considered by this Court at a hearing on August 28, 2013;



WHEREAS, upon consideration of the Motion and the Objection, and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted to the extent set forth herein, and the Automatic Stay is lifted for the limited purpose of allowing the Appeal to be adjudicated by the Second Circuit.

2. If the Movant prevails on the Appeal, the Movant shall be required to seek further relief from the Automatic Stay from this Court to proceed with the Action against the Debtor Defendants in the District Court.

3. In all other respects, the Automatic Stay shall remain in full force and effect.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: September 13, 2013
New York, New York

                                                                            /s/Martin Glenn
                                                                            MARTIN GLENN
                                                                    United States Bankruptcy Judge