**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------   )
                                                                             )
In re:                                                                       )    Case No. 12-12020 (MG)
                                                                             )
RESIDENTIAL CAPITAL, LLC, et al.,             )    Chapter 11
                                                                             )
                                               Debtors.     )    Jointly Administered
                                                                             )
------------------------------------------------------------------------------   )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures Order"),[1]

pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the "Bankruptcy Code")

establishing procedures (the "Stay Relief Procedures") for requesting relief from the automatic stay to

commence and/or complete the foreclosure of a senior mortgage and security interest on lands and

premises with respect to which the Debtors hold or service a subordinate mortgage and security interest;

and Fifth Third Mortgage Company ("the Requesting Party"), having requested (the "Request") relief

from the automatic stay in accordance with the Stay Relief Procedures in connection with the property

of John Erwin and Marte Erwin with an address of 2531 Sunday Silence Court, Burlington, KY 41005

(the "Mortgaged Property") and due and proper notice of the Request having been made on all necessary

parties; and the above-captioned Debtors (the "Debtors") having consented to the relief sought in the

Request on the terms and conditions contained in this stipulation and order ("Stipulation and Order"),

---

[1]        Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.       The Request is granted as set forth herein.

2.       To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow Requesting Party to commence and complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.       Requesting Party shall provide due notice to the Debtors and Green Tree Servicing LLC[2] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a sale of the Mortgaged Property, in accordance with and to the extent notice to a junior lienholder is required by applicable state law.

4.       This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

5.       This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

6.       Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived.  Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

---

[2]       Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

7.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | FIFTH THIRD MORTGAGE COMPANY |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors*<br>*and The ResCap Liquidating Trust* | By: /s/ Randy R. Dow<br>Randy R. Dow<br>**MCGLINCHEY STAFFORD PLLC**<br>1 E. Broward Blvd., Suite 1400<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 356-2516<br>Facsimile: (954) 252-3808<br><br>*Counsel for Fifth Third Mortgage Company* |

**SO ORDERED.**

Dated:  September 4, 2014
         New York, New York

_____**/s/Martin Glenn**_____
MARTIN GLENN
United States Bankruptcy Judge