MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 8, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**

**1.**    Motion of HSBC Bank USA, Inc. for Relief from the Automatic Stay [Docket No. 7392]

   **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing on Motion of HSBC Bank USA, Inc. for Relief from the Automatic Stay [Docket No. 7421]

   **Response(s)**:    None.

   **Status**:    The hearing on this matter has been adjourned to September 30, 2014.

ny-1156351

**II.        CLAIMS OBJECTIONS**

**1.**    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

b.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Aubrey Manuel (Claim No. 5634) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7481]

**Response(s)**:

a.    Response of Aubrey Manuel to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7308]

**Status**:    The hearing on this matter, solely as it relates to the claim filed by Aubrey Manuel (Claim No. 5634), has been adjourned to September 30, 2014, together with other remaining contested claims in the Sixty-Ninth Omnibus Objection that will also be heard on that date.

**2.**    ResCap Borrower Claims Trust's Seventieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 7222]

**Related Document(s)**:    None.

**Response(s)**:

a.    Response of Ramon Quiroz to the ResCap Borrower Claims Trust's Seventieth Omnibus Objection to Claims (Res Judicata Borrower Claims) [Docket No. 7371]

**Reply**:

a.    ResCap Borrower Claims Trust's Reply in Support of its Seventieth Omnibus Claims Objection (Res Judicata Borrower Claims) [Docket No. 7480]

**Status**:    The hearing on this matter will be going forward.

**III.    PRETRIAL CONFERENCE**

1.  ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7017]

    **Related Document(s)**:

    a.  Notice of Hearing of the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7018]

    b.  Order Sustaining in Part and Overruling Without Prejudice in Part the ResCap Borrower Trust's Objection to the Reed Claims and Setting Evidentiary Hearing [Docket No. 7246]

    c.  Order Establishing Procedures for Trial of Contested Matter Concerning Claims of Frank and Christina Reed [Docket No. 7282]

    d.  Letter dated July 23, 2014 to Judge Glenn from Frank Reed Regarding Request for Submission of Alternative Dispute Resolution [Docket No. 7302]

    e.  Letter of the ResCap Borrower Claims Trust in Response to Request of Frank Reed for Pending Claim Dispute Between the Parties be Submitted to Alternative Dispute Resolution [Docket No. 7303]

    f.  Order Concerning Contested Matter for Claims of Frank and Christina Reed [Docket No. 7314]

    g.  Motion of Frank and Christina Reed for Partial Reconsideration of the July 11, 2014 Order Sustaining in part and Overruling in Part the ResCap Borrower Trust's Objection to Proof of Claim Nos. 3708 and 3759 Filed by Frank Reed and Proof of Claim Nos. 4736 and 4759 Filed by Christina Reed [Docket No. 7317]

    h.  Declaration of Frank Reed Submitted In Connection With Motion For Reconsideration Of July 11, 2014 Order [Docket No. 7318]

    i.  Order Denying Motion for Reconsideration [Docket No. 7319]

    j.  Order Precluding Claimants From Introducing Testimony of Christina Reed at Evidentiary Hearing [Docket No. 7387]

    k.  Memorandum Endorsed So Ordered Letter Regarding Discovery in Reference to the Reed Matter [Docket No. 7396]

**l.**  The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Louise Carter [Docket No. 7459]

**m.**  The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Christy Zoltun Donati [Docket No. 7460]

**n.**  The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Evan D. Hendricks [Docket No. 7461]

**Response(s)**:

**a.**  Response of Frank and Christina Reed to the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7153]

**Reply**

**a.**  The ResCap Borrower Claims Trust's Reply In Support of Its Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7228]

**Status**:  The pretrial conference on this matter will be going forward.

Dated: September 4, 2014          /s/ Norman S. Rosenbaum
       New York, New York          Lorenzo Marinuzzi
                                   Norman S. Rosenbaum
                                   MORRISON & FOERSTER LLP
                                   250 West 55th Street
                                   New York, New York 10019
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*