**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**          **FEDERAL JUDGE**
                                           **MARTIN GLENN**

In re:

RESIDENTIAL CAPITAL, LLC, et al.,          Case No. 12-12020 (MG)
                                           Chapter 11
            Debtors.                       Jointly Administered

_____/

c/o KCC, Silvermancampora LLP

Plaintiffs, Unsecured Creditors:           Case Number 4750
James David Derouin  Deborah Lee Derouin
16552 Covington Dr. Clinton Twp. MI. 48038-3584
1(586)-421-5392  1(313)405-2068
_____/

## "TAPED CALLS TO KCC, and Silvermancampora LLP"

### ADDENDUMS TO PLAINTIFF'S MOTION FOR PROOF OF CLAIM

NOW COMES *Plaintiffs, Unsecured Creditors*: James David Derouin Deborah Lee Derouin, for its Addendums to its Motions for Proof of Claim. To include new exhibits, to go along with exhibits already filed thereto and amended arguments, the "Taped Calls" to KCC, and Silvermancampora LLP who Filed our (Misclassified Borrower Claims) and walk us though our amended Voting Ballot with KCC, the "Taped Calls" stated that our Claim was "Overwellingly Approved" and "were going to pay you what you asked

RECEIVED
AUG 27 2014
U.S. BANKRUPTCY COURT, SDNY

for" (Quote) that was for $92,400.00. That we have never received. Was it overlooked or just paper pushing. Either way, we expect an answer.

It was so Ordered, and Federal Judge Martin Glenn Orders, "that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order. There are some other matters related to this Case, that I was forced to just File with the State of Michigan. That I'm forced to File with this said Court, and Federal Judge Martin Glenn. "More Attacks" from the State and others for the Wayne County P.A. Letter that I filed with this said Court and Federal Judge Martin Glenn " just ask the Judge for Criminal Contempt Charges" ect: That I should be able to send after I send it to Michigan Governor Rick Snyder. Enclosed is a Copy of the Taped Calls and the Wayne County P.A. Letter.

Force to, and Respectfully Submitted

_____   8/24/2014
James D. Derouin

_____   8/24/2014
Deborah l. Derouin

## "Temporary Allowance Request Motion"
## is for $92,400.00

James David Derouin  Deborah Lee Derouin

Case No. 12-12020

I James David Derouin filed his "Proof of Claim" for $58,195.07 but that was before I received the Wayne County Prosecuting Attorney Letter, asking the Judge to initiate "criminal contempt charges"

Therefore, I now claim that the unlawful sale of $92,400,00 for our Home is the claim number that should be paid now. This is the number that is only fair and justified. GMAC was knowingly paid from Federal Bankruptcy Judge Rhodes for those non-payments claims that sold my Home for over fifty years.

We are seniors and mortgage credit is killed forever, forced to give-up Medical Plan payments for years, 401k. Bad Credit thus higher cost for everything , insurance ect, just to fund our bankruptcy for false claims.

Worst of all was all the Pain, Suffering and all the Stress my Wife and Family were Tortured with. Orlans law firm really buried the knife on this one, for about five years.  "Orlans revenge for the P.A. letter" Trying to get us arrested in the court hallway "screaming threats" Orlans stabbing my wife and family in the back and really twisting the Knife in thee end. Hiding Federal Judge Glenn orders on Judge Wirth Desk, and we had to buy the copies, that we never received from the court, with all this and Orlans knew GMAC was already in bankruptcy.

Therefore I, James David Derouin. say Orlans must also come to this Settlement Table on this one, now, and request the hearing be allowed.

Forced to submit,    *(this was sent on or about Nov. 2013)*


James David Derouin  Deborah Lee Derouin



| | | |
|---|---|---|
| KYM L. WORTHY<br>PROSECUTING ATTORNEY<br><br>RICHARD P. HATHAWAY<br>CHIEF ASSISTANT<br><br>DONN FRESARD<br>CHIEF OF STAFF | COUNTY OF WAYNE<br>OFFICE OF THE PROSECUTING ATTORNEY<br>DETROIT, MICHIGAN | 1200 FRANK MURPHY HALL OF JUSTICE<br>1441 ST. ANTOINE STREET<br>DETROIT, MICHIGAN 48226-2302<br><br>TEL: (313) 224-5777<br>FAX: (313) 224-0974 |

January 25, 2013

James David Derouin
17690 Norborne
Redford, Michigan 48240

Dear Mr. Derouin,

Your letter dated January 18, 2013, and enclosures totaling 80 pages was received and reviewed.

The material indicates that you are a defendant in Michigan's 17th District Court (civil case no. 1256448 LT). You believe that a false payment history was filed by the plaintiff as part of the pre-trial proceedings in a foreclosure action and that this constitutes a criminal act.

In response, please understand that in matters of this type a complaint and subsequent police investigation by a police agency is necessary before the Wayne County Prosecutor's Office will review the allegations. Our investigative staff is not funded to investigate allegations of this type.

On the other hand a quicker solution may be to ask the Judge to initiate a "criminal contempt" charge against the alleged offender.

Finally, please note that criminal charges brought by the Wayne County Prosecutor's Office must be proven "beyond a reasonable doubt" to a unanimous jury. On the other hand, "civil" cases and contempt of court cases only require "a preponderance of the evidence"; a much less burdensome hurdle. If you believe that a false allegation harmed you, consultation with an attorney may help you decide whether it merits further legal action.

Hopefully this information will be useful as you litigate your case in the 17th District Court.

Sincerely,

James Bivens
Chief of Investigations


PRINTED ON
RECYCLED PAPER