UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                   Case No.: 12-12020

                                         Chapter 11

Debtor
Residential Capital LLC
------------------------------------------------------------x

                                         Adversary Proceeding No.: _____

Plaintiff

v.

Defendant
Monty + Heather Allen
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **Jeff Austin**, request admission, *pro hac vice*, before the Honorable **Martin Glenn**, to represent **Monty + Heather Allen** _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of **Alabama** and, if applicable, the bar of the U.S. District Court for the **Middle** District of **Alabama**.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, New York

[Signature]
Jeffrey B Austin

Mailing Address:
211 S. Cedar Street
Florence AL 35630

E-mail address: austin@bellsouth.net
Telephone number: (256) 266-1354

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

Debtor
**Residential Capital LLC**

-----------------------------------------------------------x

Plaintiff

v.

Defendant
**Monty + Heather Allen**

-----------------------------------------------------------x

Case No.: **12-12020**

Chapter **11**

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of **Jeff Austin**, to be admitted, *pro hac vice*, to represent **Monty + Heather Allen**, (the "Client") a **creditor** in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Alabama** and, if applicable, the bar of the U.S. District Court for the **Middle** District of **Alabama**, it is hereby

**ORDERED**, that **G. Austin**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE