**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

In re:                                                                          Case No. 12-12020
                                                                                        Chapter 11

          Residential Capital, LLC

                Debtor

-----------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

     Upon motion of Jeffrey Austin, to be admitted, pro hac vice, to represent Monty and Heather Allen, (the Client) a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the Middle District of Alabama, it is hereby:

     ORDERED that Jeffrey Austin, is admitted to practice, pro hac vice, in the above referenced case to represent the client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 8, 2014**

     New York, New York                    **/s/Martin Glenn**
                                                    UNITED STATES BANKRUPTCY JUDGE