MORRISON & FOERSTER LLP
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE RESCAP LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS CLAIMS OBJECTION (NO LIABILITY TAX CLAIMS) SOLELY AS IT RELATES TO THE CLAIM FILED BY
<u>MARION COUNTY TREASURER (CLAIM NO. 1915)</u>**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *ResCap Liquidating Trust's Sixty-Fourth Omnibus Claims Objection (No Liability Tax Claims)* [Docket No. 6846] (the "<u>Sixty-Fourth Omnibus Claims Objection</u>") as to the proof of claim designated as Claim No. 1915 (the "<u>Claim</u>") filed by Marion County Treasurer ("<u>Marion County</u>") as the parties consensually resolved the allowed amount of the Claim by stipulation.

ny-1157522

| | |
|---|---|
| Dated: September 8, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Meryl L. Rothchild<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Liquidating Trust* |

ny-1157522