**Hearing Date: October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900

and

MORRISON & FOERSTER LLP
Adam A. Lewis
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF STATUS CONFERENCE IN**
**RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF**
**OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3455453

TO: Claimant Barry F. Mack and his attorneys of record.

PLEASE TAKE NOTICE that the Court has scheduled a status conference in connection with the Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack at 10:00 a.m. on October 30, 2014 at Courtroom 501, One Bowling Green, New York, New York 10004-1408.

Dated: September 9, 2014

        /s/ Adam A. Lewis
ADAM A. LEWIS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-75220

and

Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

1

sf-3455453