# EXHIBIT A

Witness List:

1. Frank Reed
2. Louise Carter
3. Christy Zulton Donati
4. Evan Hendricks
5. Drew Murdock
6. Jay I. Sussman, MD
7. A TD Bank representative for document authentication is necessary