# EXHIBIT B

# Thompson, Rachel B

| | |
|---|---|
| **From:** | Wishnew, Jordan A. <JWishnew@mofo.com> |
| **Sent:** | Thursday, July 31, 2014 3:16 PM |
| **To:** | frankreedva@aol.com |
| **Cc:** | Bettino, Diane A.; Hager, Barbara K. |
| **Subject:** | RE: Fact and Expert witnesses - take 2 |

I am adding Diane Bettino and Barbara Hager to this email as the Reed Smith firm will be taking the lead in conducting discovery on this matter. Thank you.

**From:** frankreedva@aol.com [mailto:frankreedva@aol.com]
**Sent:** Thursday, July 31, 2014 2:40 PM
**To:** frankreedva@aol.com; Wishnew, Jordan A.
**Subject:** Fact and Expert witnesses - take 2

Jordan:

Pursuant to the most recent discovery order, I hereby disclose to you a list of those witnesses, both fact and expert which we intend at this point to call.  Please understand that I reserve the right to amend this list as further discovery may bring forth the need to call further witnesses.

List of Fact and/ or Expert witnesses:


Frank Reed
  817 Matlack Drive Moorestown, NJ 08057
        facts and values


Christy Donati - expert
   803 Cummings Ave Blackwood, NJ 08012
        forseeabilty of damages / causation
        Practice and custom Foreclosure industry


Evan Hendricks - expert
   PO Box 302 Cabin John, MD 20818
        Foreseeability of damages / causation
        Banking industry
        damages


Louise M. Carter - expert
   BT Edgar and Son 27 E Main St, Moorestown, NJ 08057
        Foreseeability of Damages /  damages / causation
        Real Estate


Marty Abo - expert
  307 Fellowship Road Unit 202 Mount Laurel, NJ 08054
        Damages / causation
        Valuations - Real Estate - Banking


Christina Reed

  817 Matlack Drive Moorestown, NJ 08057
     Facts


Ray Leon
  Box 16039 Charleston, SC 29412
     Facts


Drew Murdock
  6166 Robin Drive Mays Landing, NJ 08330
     Facts


Stanley Woodworth, CPA
  704 E Main St # C, Moorestown, NJ 08057
     damages / causation


Craig C. Smith
  PO Box 8065 Glen Ridge, NJ 07028
     Property Valuation


Yet unnamed individuals employed by the debtor's as either employees, agents or employees of agents yet to be discovered


NOTE:

As stated in our most recent hearing, many of the witnesses that were originally listed were being listed as it was understood by me that they should stand ready to authenticate many of the documents relating to this pending matter.  Since the Court has directed us to cooperate in this regard, they are not delisted above, however, I reserve the right to present them if their works are challenged.


========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail JWishnew@mofo.com, and delete the message.

2