# Exhibit I

ELECTRONICALLY FILED
3/3/2011 8:20 AM
CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK



## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

**MONTY ALLEN**
**and**
**HEATHER ALLEN**

    **PLAINTIFFS**

**V.**                                                                                 **CIVIL ACTION NO: CV 09-900073**

**HOMECOMINGS FINANCIAL, L.L.C., et al.**

    **DEFENDANTS**

### THIRD AMENDED COMPLAINT

The plaintiffs amend all references to Homecomings Financial, L.L.C. to GMAC, Inc. and/or Homecomings Financial, L.L.C.

                                                             _____
                                                             Jeffrey P. Austin, Esq. (AUS013)
                                                             Attorney for Plaintiffs
                                                             102 South Court Street, Suite 600
                                                             Florence, AL 35630
                                                             (256) 766-1354

### CERTIFICATE OF SERVICE

    I hereby certify on this **3rd** day of **March** 2011 I have served a copy of the foregoing upon the following via U.S. Mail, postage prepaid.

Keith S. Anderson
Attorney for Homecomings Financial, L.L.C.
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

T. Kelly May
H. Cannon Lawley
Eris Bryan Paul
Attorneys for Rise Real Estate, Inc. Parkway Plaza Branch
and Jim Baker

Three Protective Center
2801 Highway 280 South, Ste 200
Birmingham, AL 35223-2484

I. Ripon Britton, Jr.
Attorneys for South First Limited One d/b/a Re/Max Huntsville
and Charles Lanza
Hand Arendall LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203

_____
Jeffrey B. Austin, Esq.

# Exhibit J

THE STATE OF ALABAMA
COUNTY OF LAUDERDALE

## AFFIDAVIT OF MONTY ALLEN

Before me, the undersigned authority, a Notary Public in and for said county and state, personally appeared **Monty Allen,** being known to me, duly sworn, deposes and says as follows:

1.  I am the plaintiff in Lauderdale County Circuit Court Case No. CV 09-900073 Monty and Heather Allen v. Homecomings Financial, L.L.C, et al.

2.  I never received any notice from a bankruptcy trustee or the debtors notifying me of the filing of the bankruptcy.

3.  The first letter I received was dated June 21, 2013, after my attorney had filed a proof of claim requesting additional information regarding the proof of claim my attorney filed.

4.  I received a notice regarding a change of omnibus hearing date which rescheduled the hearing from November 27, 2013 at 2:00 p.m. to November 15, 2013 at 10:00 a.m. I did not know why I was receiving this notice. Therefore, I called Morrison & Foerster, LLP. Morrison & Foerster told me to call Mr. Silverman. Dan at Silverman told me the letter went out to 2.8 million people. He could not tell me exactly why it came to me. He told me he had no way to look my name up. He said they were notifying me that if I needed to get my stuff turned in to do so before the time ran out and the files were closed. (See attached Exhibit 1.) I forwarded this information to my attorney Jeff Austin on November 18, 2013. (See attached Exhibit 1.)

5.  I've made notes on the notice I received in the mail. (See attached Exhibit 2.)

I hereby swear and affirm all of the facts, allegations and statements set out therein are true and correct to the best of my knowledge, information and belief.

_____
MONTY ALLEN

STATE OF ALABAMA

COUNTY OF LAUDERDALE

I, the undersigned, a Notary Public in and for the State and County aforesaid, hereby certify **MONTY ALLEN**, whose name is signed to the foregoing instrument, acknowledged before me on this day, being informed of the contents of said instrument, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 9th day of September, 2014.

_____
NOTARY PUBLIC
My Commission Expires: 3-14-17

# Exhibit 1

**Jeff Austin**

| | |
|---|---|
| **From:** | Monty Allen [montyallen01@yahoo.com] |
| **Sent:** | Thursday, August 28, 2014 3:56 PM |
| **To:** | austin@bellsouth.net |
| **Subject:** | Fwd: Another letter from GMAC?? |
| **Attachments:** | 2013-11-18 13-53.pdf; ATT00001.htm |

Begin forwarded message:

**From:** Monty Allen <montyallen01@yahoo.com>
**Date:** November 18, 2013 at 2:00:28 PM CST
**To:** "austin@bellsouth.net" <austin@bellsouth.net>, "austin@jeffaustin.mymailstreet.com" <austin@jeffaustin.mymailstreet.com>, montyallen01@yahoo.com
**Subject: Another letter from GMAC??**

Not sure why I'm receiving these. The Morrison & Foerster told me to call Silverman. Dan at Silerman told me that letter went out to like 2.8 million people. He could not tell me exactly why it came to me. He had no way to look my name up. He said they are notifying me that if I needed to get my stuff turned in do so before the time runs out and the files were done away with. I'm sending it to you in case it has something to do with our case. Thanks

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4745 / Virus Database: 4015/8112 - Release Date: 08/27/14

# Exhibit 2

12-12020-mg    Doc 7519-5    Filed 09/10/14    Entered 09/10/14 16:10:33    Exhibit
Pg 9 of 11

Hearing Date and Time: November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and Debtors in Possession*



*[Handwritten annotations: "She Gave", "866-259-5217", "Silver", "Acompora", "Dan Rocco"]*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

## NOTICE OF CHANGE OF OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) has been changed to **November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time), have at the direction of the Bankruptcy Court been rescheduled to be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)

- **Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]**

ny-1114298

- *Universal Restoration Services, Inc. v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01278):
  - Pre-Trial Conference, and
  - Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims)* [Docket No. 4147] solely with respect to the claims filed by Butte County Tax Collector and Rose Plympton, Treasurer in and for the County of Elmore, Idaho, previously scheduled to be heard on November 7, 2013, has been resolved. No hearing is required.

Dated: October 23, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

