MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
|
In re:                                                |    Case No. 12-12020 (MG)
                                                      |
RESIDENTIAL CAPITAL, LLC, et al.,                     |    Chapter 11
                                                      |
                                    Debtors.           |    Jointly Administered
                                                      |
------------------------------------------------------------

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON SEPTEMBER 15 -16, 2014 AT 9:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    EVIDENTIARY HEARING**

**1.**    ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7017]

**Related Document(s)**:

**a.**    Notice of Hearing of the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7018]

**b.**    Order Sustaining in Part and Overruling Without Prejudice in Part the ResCap Borrower Trust's Objection to the Reed Claims and Setting Evidentiary Hearing [Docket No. 7246]

c.      Order Establishing Procedures for Trial of Contested Matter Concerning Claims of Frank and Christina Reed [Docket No. 7282]

d.      Letter dated July 23, 2014 to Judge Glenn from Frank Reed Regarding Request for Submission of Alternative Dispute Resolution [Docket No. 7302]

e.      Letter of the ResCap Borrower Claims Trust in Response to Request of Frank Reed for Pending Claim Dispute Between the Parties be Submitted to Alternative Dispute Resolution [Docket No. 7303]

f.      Order Concerning Contested Matter for Claims of Frank and Christina Reed [Docket No. 7314]

g.      Motion of Frank and Christina Reed for Partial Reconsideration of the July 11, 2014 Order Sustaining in part and Overruling in Part the ResCap Borrower Trust's Objection to Proof of Claim Nos. 3708 and 3759 Filed by Frank Reed and Proof of Claim Nos. 4736 and 4759 Filed by Christina Reed [Docket No. 7317]

h.      Declaration of Frank Reed Submitted In Connection With Motion For Reconsideration Of July 11, 2014 Order [Docket No. 7318]

i.      Order Denying Motion for Reconsideration [Docket No. 7319]

j.      Order Precluding Claimants From Introducing Testimony of Christina Reed at Evidentiary Hearing [Docket No. 7387]

k.      Memorandum Endorsed So Ordered Letter Regarding Discovery in Reference to the Reed Matter [Docket No. 7396]

l.      The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Louise Carter [Docket No. 7459]

m.      The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Christy Zoltun Donati [Docket No. 7460]

n.      The ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Evan D. Hendricks [Docket No. 7461]

o.      The ResCap Borrower Claims Trust's Pre-Trial Memorandum [Docket No. 7494]

p.      The ResCap Borrower Claims Trust's Proposed Findings of Fact and Conclusions of Law [Docket No. 7495]

q.      Order Granting In Part and Denying In Part ResCap Borrower Claims Trust's Motions in Limine to Exclude Certain Expert Evidence from

Contested Evidentiary Hearing Concerning Claims of Frank and Christina Reed [Docket No. 7499]

r.      Pretrial Memorandum of Frank Reed and Christina Reed [Docket No. 7504]

s.      Opposition of Claimants Frank J. Reed III and Christina Reed to ResCap Borrower Claims Trust's Motion in Limine to Exclude the Expert Testimony of Evan D. Hendricks [Docket No. 7505]

t.      The ResCap Borrower Claims Trust's Motion In Limine to Exclude the Expert Testimony of Dr. Jay I. Sussman [Docket No. 7515]

u.      Order Granting ResCap Borrower Claims Trust's Motion In Limine to Exclude the Expert Testimony of Dr. Jay I. Sussman [Docket No. 7516]

**Response(s)**:

a.      Response of Frank and Christina Reed to the ResCap Borrower Claims Trust's Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7153]

**Reply**

a.      The ResCap Borrower Claims Trust's Reply In Support of Its Objection to Proofs of Claim Filed By Frank Reed and Christina Reed Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 7228]

**Status**:     The evidentiary hearing on this matter will be going forward.

Dated:  September 11, 2014                    /s/ Norman S. Rosenbaum
        New York, New York                   Norman S. Rosenbaum
                                             Jordan A. Wishnew
                                             MORRISON & FOERSTER LLP
                                             250 West 55th Street
                                             New York, New York 10019
                                             Telephone: (212) 468-8000
                                             Facsimile: (212) 468-7900

                                             *Counsel for The ResCap Borrower Claims Trust*