**DUANE MORRIS LLP**
Brett L. Messinger (No. 3987542)
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1508
Facsimile: (215) 979-1020
Email: blmessinger@duanemorris.com

*Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that Duane Morris LLP hereby appears in the above-referenced Chapter 11 cases as attorneys for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC (collectively, "Ocwen"), and, pursuant to Rules 2002, 3017, 9007 and 9010(b) of the Bankruptcy Rules and Sections 102(1), 342 and 1109 of Bankruptcy Code, requests that copies of all notices and pleadings given or required in this case be given and served upon the following at the below address and email address:

> Brett L. Messinger
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Telephone: (215) 979-1508
> Facsimile: (215) 979-1020
> Email: blmessinger@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Ocwen's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Ocwen has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 15, 2014

DUANE MORRIS LLP

*/s/ Brett L. Messinger*
Brett L. Messinger (No. 3987542)
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1508
Facsimile: (215) 979-1020
Email: blmessinger@duanemorris.com

*Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC*