# **Exhibit C**

# Middlesex South Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 71298 |
| Document Type | : ASM |
| Recorded Date | : April 02, 2013 |
| Recorded Time | : 09:19:40 AM |
| Recorded Book and Page | : 61524 / 28 |
| Number of Pages(including cover sheet) | : 2 |
| Receipt Number | : 1551919 |
| Recording Fee | : $75.00 |

**Middlesex South Registry of Deeds**
**Maria C. Curtatone, Register**
**208 Cambridge Street**
**Cambridge, MA 02141**
**617-679-6300**
**www.cambridgedeeds.com**

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

78544597

**ASSIGNMENT**

GMAC Mortgage, LLC
Mortgagee of the mortgage from

Robert Desimone to Mortgage Electronic Registration Systems, Inc. as nominee for MortgageIt Inc. its successors and assigns
dated January 30, 2007 recorded with Middlesex County (Southern District) Registry of Deeds in Book 48997, Page 1 Document 2007 00030355 assigns said mortgage to HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5, c/o Ocwen Loan Servicing LLC, 3451 Hammond Ave, Waterloo, IA 50702

In witness whereof the said GMAC Mortgage, LLC has caused these presents to be signed, in its name and behalf by

_____William Long_____ (name) its _____Authorized Officer_____ (title) on this
day, the __25th__ of _____March_____, 2013,

GMAC Mortgage, LLC
BY: _William_ (signature)

Name: William Long
Title: Authorized Officer

RE: 11 Old Village Road, Acton, MA 01720

STATE OF __Pennsylvania__
COUNTY OF __Montgomery__                                March 25, 2013

On this 25th day of __March__, 2013, before me, the undersigned notary public, personally appeared __William Long__ as __Authorized Officer__, of GMAC Mortgage, LLC, of whom I have personal knowledge of identity, to be the person whose name is signed on the proceeding or attached document, and who acknowledged to me that he/she signed it voluntarily for its stated purpose as _____Authorized Officer_____ (title) for GMAC Mortgage, LLC.

_Mary Jo McDermott_ (signature)  Mary Jo McDermott
Official Signature and Seal of Notary
My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY JO McDERMOTT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 21, 2015

File No. 618.0171

+U03686942*
10301   3/28/2013   78544597/1