UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER GRANTING OCWEN LOAN SERVICING LLC'S OBJECTION TO CLAIM OF ROBERT DE SIMONE

Upon consideration of *Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone* (the "Objection");[1] and upon consideration of any and all responses filed to the Objection; and after a hearing to consider the Objection and any and all responses thereto; and it appearing that the holder of the claim that is the subject of the Objection was properly and timely served with a copy of the Objection; and it appearing that the relief requested in the Objection is in the best interest of the Debtors and their estates, and good cause appearing for the relief requested in the Objection, it is hereby

1. **ORDERED** that the Objection is GRANTED; and it is further

2. **ORDERED** that claim # 3829 filed by Robert De Simone is hereby disallowed and/or expunged in its entirety for the reasons set forth in the Objection; and it is further

3. **ORDERED** that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

Dated: _____, 2014
New York, New York

The Honorable Martin Glenn<br>
United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.