Armen Shaghzo, Esq., CA Bar No. 178802 (*pro hac vice*)
**SHAGHZO & SHAGHZO LAW FIRM, APC**
100 W. Broadway, Suite 540
Glendale, CA 91210
(818) 241-8887 Telephone
(818) 241-0035 Facsimile

Attorneys for HEDEYA HAROUTUNIAN

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No.: 12-12020 (MG) |
| | ) |
| Residential Capital, LLC, et al. | ) Chapter 11 |
| | ) |
| Debtor | ) **[PROPOSED] ORDER FOR RELIEF** |
| | ) **FROM AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) |
| | ) |

Upon consideration of Hedeya Haroutunian's Motion for Relief from Automatic Stay, it is hereby ORDERED as follows:

1. The Hedeya Haroutunian Motion for Relief from the Automatic Stay is GRANTED; and

2. Hedeya Haroutunian may proceed with her claims in the matter of Haroutunian v. GMAC Mortgage, LLC, EC052638 currently pending in the Superior Court for the State of California, county of Los Angeles; and

3. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

4. The 14 day stay period set forth in Bankruptcy Rule 4001(a)(3) be waived and such other and further relief as may be just and proper.

Date: _____

New York, New York

_____
United States Bankruptcy Judge