**Hearing Date and Time: October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time: October 16, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

**DUANE MORRIS LLP**
Brett L. Messinger (No. 3987542)
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1508
Facsimile: (215) 979-1020
Email: blmessinger@duanemorris.com

*Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF OCWEN LOAN SERVICING LLC'S**
**OBJECTION TO CLAIM OF ROBERT DE SIMONE**

**PLEASE TAKE NOTICE** that on September 15, 2014, HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 ("HSBC") and Ocwen Loan Servicing LLC (collectively with HSBC, "Ocwen") filed its *Objection to Claim of Robert De Simone* ("Objection") pursuant to which Ocwen requests that this Court enter an Order disallowing and/or expunging the claim asserted by Robert De Simone ("Claimant").

**PLEASE TAKE FURTHER NOTICE** that the Objection seeks to alter the Claimant's rights by disallowing and/or expunging his claim in the above-referenced bankruptcy proceeding for the reasons set forth in the Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take place on **October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Doc. No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served so as to be received no later than **October 16, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) undersigned counsel; (b) counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Linda A. Rifkin and Brian S. Masumoto); (d) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: US Attorney General, Eric H. Holder, Jr.); (e) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (f) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); and

DM1\5025080.1

(g) the ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022 (Attn: Daniel J. Flanigan).

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written response to the Objection, the relief requested in the Objection may be granted without further notice or hearing.

Dated: September 15, 2014

DUANE MORRIS LLP

*/s/ Brett L. Messinger*
Brett L. Messinger (No. 3987542)
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1508
Facsimile: (215) 979-1020
Email: blmessinger@duanemorris.com

*Counsel for HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC*

3