UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK

\*    Case No.

In re:

)

RESIDENTIAL CAPITAL, LLC,
et al.,

Debtors.

**RECEIVED**
SEP - 4 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## MOTION TO COMPEL DISCOVERY
(Answers Received But Not Satisfactory)

A motion to compel discovery was served _____.
(name of party from whom discovery sought)

The motion is attached to the notice of service of motion to compel discovery filed in this case

as

Paper No._____: A response was served and is attached to the notice of service of

response to motion to compel discovery filed in this case as Paper No. _____. A reply was

served and is attached to the notice of service of reply to response filed in this case as Paper

No. _____.

Counsel have conferred and have been unable to resolve the following issues raised in

the motion to compel:

_____

_____

_____

These issues are addressed in detail in the motion to compel at pages _____, the

response at pages _____, and in the reply at pages _____ ____.

A certificate of compliance with Local Rule 104.7 is attached hereto.

Wherefore, it is requested that the court review the motion to compel, response and reply and rule on the issues set forth above.

_____

Date

Signature

_____

Printed Name            Bar Number

_____

Address

_____

City/State/Zip

_____

Phone No.            Fax No.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

12-12020-mg    Doc 7546    Filed 09/04/14    Entered 09/16/14 14:32:57    Main Document
Pg 3 of 10

Respectfully submitted:

TOM FRANKLIN, PRO SE


WHERESAS ALL FACTORS DULY TAKEN INTO CONSIDERATION, The Plaintiff request that THE DEBTORS REQUEST SHOULD BE DENIED.


Of Pro Se, Counsel:

Respectfully submitted,

*TOM FRANKLIN Pro Se Appellant*

*5633 OAK GROVE ROAD*
*FORT WORTH, TEXAS 76134*

**CERTIFICATE OF SERVICE**
I certify that a true and correct copy of the foregoing was served by US Mailed and all other parties listed below *via* U.S. Mail on this, 2 second day of September, 2014 ,

Tom Franklin, Pro Se

*[signature]*

*5633 OAK GROVE ROAD*
*FORT WORTH, TEXAS 76134*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by US Mailed and all other parties listed below *via* U.S. Mail on this, 2 second day of September, 2014 ,

Tom Franklin, Pro Se

1. The creditor is owed the money by the debtor
2. The debtor was not provided equal access to the debtor
3. This a legitimate creditor claim
4. The creditor has suffered extreme hardship
5. Dismissing this credit claim would be unjust
6. I vote for continuing my claim


1. The Debtor has acted in bad faith in the implementation of this chapter 13 bankruptcy. The Bankruptcy Court is charged with the responsibility of applying the bankruptcy code under

which debtors are attempting to re-organize, while endeavoring to insure that all parties in interest receive fair and equitable treatment of their claims in interest and not the MOVANT. **In re UNR Industries, Inc. 726 F.2d 26.  The debtor does have adequate on his house and living quarters in so far as the property is concerned. The debtor does have employment which is sufficient to take care of his housing obligations.**

2. Bankruptcy Filing are not prohibited by the court; especially in view when a person is trying to reorganize his debts.

3. The MOVANT' contention that the debtor is trying to manipulate the court is both true and accurate   Any action taken in violation of the automatic stay is void **In re: Golden Plan of California, Inc., 37 B.R. 167.**

4. The MOVANT contention that the debtor is trying to manipulate the bankruptcy process is both true and substantiated  especially in view of the fact that the property in question has been adequately taken care of

5. The movants   contention that debtor has shown a pattern of conduct that doe not comport with the spirit of the Bankruptcy code provisions is groundless and without sound basis and substantiation. It is the job of the  debtor to compensate the movants claim and to pay the full debt to protect both the movant and the debtor and to not take a side or become personal in any of the proceedings who is he working for.

6. The purpose of automatic stay is to permit the debtor to organize his or his affairs without creditor harassment and to allow orderly resolution of all claims.  This is referenced to in **Bankruptcy Code, 11 U.S.C.A. Section 362. Fortier v. Dona Anna Plaza Partners, 747 F.2d 1324.**

7. **Congressional purpose in enacting automatic stay provision of the Bankruptcy Code was to grant immediate relief to debtor from creditors and also to prevent dissipation of the debtors assets before orderly distribution to creditors could be arranged; thus much weight is placed upon the value of preserving the debtor's estate. Bankruptcy Code, 11 U.S.C.A. section 362(a)(1,2).** *U.S. v. ILCO, Inc. 48 B.R. 1016.*

8. The automatic stay provision of bankruptcy code is designed to be defensive shield, affording the debtor much needed "breathing spell and to prevent harassment. Matter of Kozak Farms, Inc. 47 B.R. 399. Also cited Bankruptcy Code, 11 U.S.C.A. section 3629e).

11

9. The respondent believes that he has not conducted a "good faith effort" in the way that he has cooperated with this bankruptcy to allow the debtors Motion To lift automatic stay is not in the best interests of the debtor at this time. This is a large amount of court rationale which states that the court must go to extraordinary lengths to issue that bankruptcies on the part of the debtor are given a fair and an impartial to have their bankruptcies are given proper attention; this is not direct to the federal court but rather to the movants attorneys and their fiscal representatives who try to use every legal tactical opportunity to have the debtors bankruptcies dismissed. The respondent believes he has provided the movant with full cooperation and has not damaged the property in question because it is in good condition and will continue to stay in good condition because of the kind of just person which he is. The debtor has been steadfast in his obligations to the trustee office.

WHEREAS ALL things being given proper consideration the debtor; respectfully request that the Honorable Court allow his bankruptcy stay to continue.

Respectfully submitted: *[signature]* pro se

~~Whereas all factor dully taken into consideration this claim should be allowed to continued.~~

RESPECTFULLY SUBMITTED:

*[signature]* pro se

12

TOM FRANKLIN ET AL, PRO SE

5633 Oak Grove Road
Fort Worth, Texas
76134

CERTIFICATE OF SERICE
I, Tom Franklin, hereby certify that on this____4th_____day    of September , 2013, a true and correct copy of the foregoing legal instrument was mailed, certified mail, return receipt requested to the following listed person who are entitled to have an interest in the out come of this case:

*Debtor*

| KRAMER LEVIN NAFTALIS & | MORRISON & FOERSTER LLP |
| FRANKEL LLP | Gary S. Lee |
| Kenneth H. Eckstein | Norman S. Rosenbaum |
| Douglas H. Mannal | Jordan A. Wishnew |
| Joseph A. Shifer | Meryl L. Rothchild |
| 1177 Avenue of the Americas | 250 West 55th Street |
| New York, New York 10036 | New York, New York 10019 |
| Telephone: (212) 715-9100 | Telephone: (212) 468-8000 |
| Facsimile: (212) 715-8000 | Facsimile: (212) 468-7900 |

*Co-Counsel for the ResCap Liquidating Trust*

*Co-Counsel for the ResCap Liquidating Trust*

**Respectfully submitted**

Tom Franklin, Pro Se
5633 Oak Grove Road
Fort Worth, Texas 761134