**Exhibit B to Supplemental Horst Declaration**

**Proofs of Claim**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: Residential Capital, LLC, Case No. 12-12020

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
~~Ronald A.~~ Eriksen, Jr.    [handwritten: Julie]

Name and address where notices should be sent:

Julie A. Eriksen
2647 Kendridge Ln., Aurora, Il 60502

Telephone number: 630.688.1162     email: reriksen1@gmail.com

Name and address where payment should be sent (if different from above):

Telephone number:     email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 1,000,000

   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.

   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Fraud, Consp. to commit fraud, RESPA & tila violations, Deceptive business practices, breach of contract and other wrongful acts
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___

   3a. Debtor may have scheduled account as: Julie A. Eriksen (See instruction #3a)

   3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   Nature of property or right of setoff: ■ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:
   Value of Property: $ 475,000   Annual Interest Rate 7.25 %  ■ Fixed  ☐ Variable
   (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
   if any: $ 475,000       Basis for perfection: set off

   Amount of Secured Claim: $ 475,000       Amount Unsecured: $ 525,000

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $ 0   (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or   ☐ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
   Print Name: Julie A. Eriksen
   Title: _____
   Company: _____           [signature]        11.15.12
   Address and telephone number (if different from notice address above):   (Signature)    (Date)

   Telephone number:    Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or bot

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
NOV 1 6 2012
KURTZMAN CARSON CONSULTANTS

12120201211160000000000130

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Ronald A. Eriksen, Jr.**

Name and address where notices should be sent:

**Ronald A. Eriksen, Jr**
**2647 Kendridge Ln., Aurora, Il 60502**

Telephone number: 630.688.1162    email: reriksen1@gmail.com

Name and address where payment should be sent (if different from above):

Telephone number:    email:

❑ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ **1,000,000**
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Fraud, Consp. to commit fraud, RESPA & tila violations, Deceptive business practices, breach of contract and other wrongful acts
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___  ___  ___  ___

   3a. Debtor may have scheduled account as: **Ronald. A. Eriksen, Jr.** (See instruction #3a)

   3b. Uniform Claim Identifier (optional): (See instruction #3b)

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff: ■ Real Estate  ❑ Motor Vehicle  ❑ Other
   Describe:
   Value of Property: $ **475,000**    Annual Interest Rate **7.25** % ■ Fixed  ❑ Variable
   (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
   if any: $ **475,000**    Basis for perfection: **set off**
   Amount of Secured Claim: $ **475,000**    Amount Unsecured: $ **525,000**

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ **0** (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
   ■ I am the creditor.    ❑ I am the creditor's authorized agent.    ❑ I am the trustee, or the debtor, or    ❑ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)    their authorized agent.    indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
   Print Name: Ronald A. Eriksen, Jr.
   Title: _____
   Company: _____    (Signature)    11.15.12 (Date)
   Address and telephone number (if different from notice address above):
   Telephone number: _____    Email: _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

   ❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ❑ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ❑ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

   Amount entitled to priority:

   $ _____

   * *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

   RECEIVED
   NOV 1 6 2012
   KURTZMAN CARSON CONSULTANTS

   **COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or b_

12120201211160000000000131