UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 12-12020

In Re:

                                                                      Chapter 11

RESIDENTIAL CAPITAL, LLC

                                                 **NOTICE OF APPEARANCE**

        Debtor.

------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

      **PLEASE TAKE NOTICE,** that the Secured Creditor, Bank of America, N.A. hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated: September 17, 2014
       Melville, New York

                                            Kozeny, McCubbin & Katz, LLP

                                            /s/ Jordan S Katz, Esq.
                                           By: Jordan S Katz, Esq.
                                           Attorneys for Movant
                                           395 N Service Rd, Suite 401
                                           Melville, New York 11747
                                           (631) 454-8059

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  Case No. 12-12020

In Re:

                                                                                 Chapter 11

RESIDENTIAL CAPITAL, LLC

                                                                                 **CERTIFICATE OF SERVICE**

                      Debtor.

------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the Notice of Appearance and a copy of these pleadings were mailed by U.S. First Class Mail the September 17, 2014 to the parties listed below:

Jessican G. Berman
Attorney for Debtor
990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, NY 11530

Donald H. Cram
Attorney for Debtor
Severson & Werson, PC
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Stefan W. Engelhardt
Attorney for Debtor
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

George M. Geeslin
Attorney for Debtor
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.

Atlanta, GA 30305-1565

Bonnie R. Golub
Attorney for Debtor
Weir & Partners, LLP
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Todd M. Goren
Attorney for Debtor
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Attorney for Debtor
Morrison & Foerster LLP
250 W 55th Street
New York, NY 10019

Gary S. Lee
Attorney for Debtor
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Attorney for Debtor
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Larren M. Nashelsky
Attorney for Debtor
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Attorney for Debtor
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Kayvan B. Sadeghi
Attorney for Debtor
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

John W Smith T
Attorney for Debtor
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Residential Capital, LLC
Debtor
1177 Avenue of the Americas
New York, NY 10036

U.S. Trustee
United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Respectfully submitted,

/s/ Jordan S Katz, Esq.
By: Jordan S Katz, Esq.
Attorneys for Movant
395 N Service Rd, Suite 401
Melville, New York 11747
(631) 454-8059