

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Administration**
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-8915



U. S. Bankruptcy Court
One Bowling Green
Rm. 614
New York, NY 10004-1408

RE:  Residential Capital, LLC                    #12-12020

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax (claim #264) has been satisfied in full. Please withdraw our claim.

9/5/14

STATE OF RHODE ISLAND
DIVISION OF TAXATION

BY: _____
Jacques L. Moreau, Chief of
Compliance & Collections

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Administration**
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 222-8915



U. S. Bankruptcy Court
One Bowling Green
Rm. 614
New York, NY 10004-1408

RE:  Ditech, LLC                                                  #12-12021

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation Tax (claim #258) has been satisfied in full.  Please withdraw our claim.

9/5/14                                              STATE OF RHODE ISLAND
                                                    DIVISION OF TAXATION

                                                    BY: _____
                                                    Jacques L. Moreau, Chief of
                                                    Compliance & Collections