**<u>Exhibit 5-4</u>**

FILED
MADERA SUPERIOR COURT

AUG 2 8 2012

BONNIE THOMAS ___ CLERK
_____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MADERA

| | |
|---|---|
| STEVEN D. BROCKMAN and EDNA C. BROCKMAN, individuals, | CASE NO. MCV057494 |
| Plaintiffs, | |
| vs. | ORDER AFTER HEARING |
| GMAC MORTGAGE, LLC, a Delaware limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

This matter came on regularly for hearing on June 20, 2012, on defendants' motion to dismiss the third and fourth causes of action of the complaint on file herein, for failure to file an amended pleading within the time provided by the court. The motion was not opposed by plaintiffs. The matter was heard in Department 4 of the above-captioned court, Judge Dale J. Blea, presiding. Plaintiffs did not appear at the hearing. Defendants appeared by and through their attorney Alex Sears.

Upon review of the documents on file herein, the court finds that plaintiffs have failed to file an amended complaint within the period ordered by the court following the court's order sustaining defendants' demurrer to the third and fourth causes of action of the complaint.

ORDER AFTER HEARING

1         The court finds that plaintiffs have failed to establish good cause for their failure to

2   file the amending complaint within the time provided.  Good cause appearing,

3         IT IS HEREBY ORDERED that defendants' motion for dismissal of the third and

4   fourth causes of action of the complaint on file herein, for wrongful foreclosure and unfair

5   business practices, respectively, is GRANTED.  Said causes of action are hereby dismissed

6   without leave to amend.

7         A case management conference is set in this matter of August 21, 2012, at 8:30

8   a.m., in Department 4.

9

10   August 28, 2012                            **DALE J. BLEA**

                                          Judge of the Superior Court

# FILED

MADERA SUPERIOR COURT

DEC 2 2 2011

**BONNIE THOMAS** _____ CLERK

_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MADERA

| | |
|---|---|
| STEVEN D. BROCKMAN and EDNA C. BROCKMAN, as individuals, | Case No.: MCV057494 |
| Plaintiffs, | [PROPOSED] ORDER ON DEMURRER TO COMPLAINT |
| vs | Date:           Monday, December 12, 2011<br>Time:           8:30 a.m.<br>Dept.:          4<br>Judge:         Hon. Dale J. Blea |
| GMAC MORTGAGE, LLC, a Delaware limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, a Delaware corporation; and DOES 1-100, inclusive, | |
| Defendants. | Complaint Filed:    September 1, 2011<br>Trial Date:         (not yet set) |

The unopposed demurrer of defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. and Executive Trustee Services, LLC (together, "Defendants") to the Complaint came on for hearing in this Court on Monday, December 12, 2011. Alex Sears appeared for Defendants. There was no appearance for Plaintiffs.

- 1 -

90000/1043985564 1

CASE NO. MCV057494
[PROPOSED] ORDER

1   Having reviewed and considered the written submissions of the parties and the arguments
2   of counsel at the hearing, and good cause appearing, it is hereby ordered as follows:
3       The contested terms of the contracts alleged in the Complaint are subject to interpretation.
4   Similarly, the recordation of the Deeds of Trust alleged in the Complaint is judicially noticeable,
5   but not the interpretation of the terms of those documents. *People v. H.A.S. Ins. Brokerage*, 184
6   Cal.App.3d 369, 374 (1986); *Love v. Wolf*, 226 Cal.App.2d 378, 403 (1964); StorMedia Inc. v.
7   Superior Court, 20 Cal.4th 449, 457 (1999). Accordingly, due to the liberal pleading standard
8   governing the Court's acceptance of the allegations of the complaint on demurrer, the demurrer is
9   overruled as to the First Cause of Action for Declaratory Relief and the Second Cause of Action
10  for Breach of Contract
11      The allegations of the Complaint show that section 2923.5 of the Civil Code is not
12  applicable to either of the mortgage loans at issue in this action, because they were not secured by
13  owner-occupied residential real property. Further, the conclusory contention that a sale was
14  "wrongful" is unsupported by factual allegations demonstrating any defect in foreclosure
15  procedure; and the contention that a notice of default "overstated" the amounts actually owed by
16  the Plaintiff is unsupported by factual allegations demonstrating that the stated amount was
17  incorrect. For the aforementioned reasons, the demurrer to the Third Cause of Action for
18  Wrongful Foreclosure is sustained with leave to amend.
19      The Fourth Cause of Action, for Unfair Business Practices under section 17200 of the
20  Business & Professions Code, fails to identify which prong of section 17200 it is based on.
21  However, under the liberal interpretation standards governing demurrers, the Court reads the
22  Fourth Cause of Action as possibly based on either the "unlawful" or "fraudulent" prongs. To the
23  extent it is based on the "unlawful" prong, this claim lacks allegations establishing an underlying
24  predicate violation of law. To the extent it is based on the "fraudulent" prong, the Fourth Cause

25
26
27
28

- 2 -

19000/1043/985564.1

CASE NO. MCV057494
[PROPOSED] ORDER

1    of Action fails to allege the elements with particularity.  For those reasons, the demurrer to the

2    Fourth Cause of Action for Unfair Business Practices is sustained with leave to amend.

3        Plaintiffs may file their amended complaint, if any, within 10 days of service of the Notice

4    of Entry of Order, subject to section 1013 of the Code of Civil Procedure.

5        IT IS SO ORDERED.

6

7    DATED: _____        **DALE J. BLEA**

8                                               Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CASE NO. MCV057494
[PROPOSED] ORDER

1

## PROOF OF SERVICE

2        I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I
am employed in the City of San Francisco, California; my business address is Severson &
3    Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

4        On the date below I served a copy of the following document(s):

5        NOTICE OF ENTRY OF ORDER ON DEMURRER TO COMPLAINT

6    on all interested parties in said case addressed as follows:

7        Michael W. Johnson, Esq.              *Tel: 949-661-8610*
         Johnson & Johnson, LLP                *Fax: 949-661-7146*
8        31351 Rancho Viego Road, Suite 105
         San Juan Capistrano, CA 92675         *Attorneys for Plaintiff*
9                                              *Steven C. Brockman and Edna Brockman*

10   ☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary
     business practices.  I am readily familiar with the firm's practice of collecting and processing
11   correspondence for mailing.  On the same day that correspondence is placed for collection and
     mailing, it is deposited in the ordinary course of business with the United States Postal Service in
12   San Francisco, California in sealed envelopes with postage fully prepaid.

13   ☐ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons
     listed above and providing them to a professional messenger service for delivery.
14
     ☐ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other
15   facility regularly maintained by Federal Express with delivery fees paid or provided for.

16   ☐ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true
     copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address.
17   The transmission was reported as complete and without error.  The attached transmission report,
     which sets forth the date and time for the transmission, was properly issued by the transmitting
18   facsimile machine.

19   ☐ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above document(s) via
     electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (____@severson.com)
20   to the e-mail address designated for each party identified above.  I did not receive, within a
     reasonable time after the transmission, any electronic message or other indication that the
21   transmission was unsuccessful.

22       I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.
23
         This declaration is executed in San Francisco, California, on January 10, 2012.
24

25

26   _____
                                    Isabel P. Kunst
27

28
     00000/0000/817693.1

PROOF OF SERVICE