Hearing Date and Time:  October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                                )
In re:                                                                      )      Case No. 12-12020 (MG)
                                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,               )      Chapter 11
                                                                                )
                                            Debtors.            )      Jointly Administered
                                                                                )
---------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS
TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS  (NO LIABILITY
BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY
(I) MAURICE SHARPE (CLAIM NO. 2079) AND (II) OTIS COLLIER (CLAIM
NO. 5066) TO OCTOBER 30, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims*

*Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No.

7188] (the "Sixty-Ninth Omnibus Claims Objection"), solely as it relates to the claims filed by

Maurice Sharpe (Claim No. 2079) and Otis Collier (Claim No. 5066), previously scheduled to be

heard on September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to

**October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

Dated: September 18, 2014          /s/ Norman S. Rosenbaum
       New York, New York          Norman S. Rosenbaum
                                 Jordan A. Wishnew
                                 MORRISON & FOERSTER LLP
                                 250 West 55th Street
                                 New York, New York 10019
                                 Telephone:  (212) 468-8000
                                 Facsimile:  (212) 468-7900

                                 *Counsel to The ResCap Borrower Claims Trust*