# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
In re                         :     Chapter 11
:
RESIDENTIAL CAPITAL, LLC,     :     Case No. 12-12020 (MG)
et al..,[1]                   :
:
Debtor. :
------------------------------x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on September 17, 2014, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS)(Docket 7552)**
- **NOTICE OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS)**

Dated: September 17, 2014

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this __18__ day of __September__, 20__14__, by, __Richie R. Lim__ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

EXHIBIT A

Mihailescu Florin
PMB 545
8776 E Shea Blvd # 33A
Scottsdale, AZ 85260-6629

Emmanuel Diryawish
c/o WPAL
3415 S McClintock Rd # 112
Tempe, AZ 85282

HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR
DEUTSCHE ALT 2007 3 PLAINTIFF V DEBRA M YOUNG MR
YOUNG HUSBAND et al
LAW OFFICE OF DAVID H KAPLAN LLC
20 CONTINENTAL DR BUILDING ONE
STANHOPE, NJ 07874

MICHAEL E BOYD v GMAC MORTGAGE LLC MERS INC
5439 SOQUEL DR
SOQUEL, CA 95073

Debra Young and Samuel Young
David H. Kaplan, Esq.
20 Continental Drive, Buidling One
Stanhope, NJ 07874

Rainer P. Warner
1180 Flintlock Ave Se
Palm Bay, FL 32909-4707

Eliza Hemenway
ELIZA HEMENWAY VS GMAC MORTGAGE LLC
259 Oak Street
San Francisco, CA 94102

Steven D Brockman and Edna C Brockman v GMAC
Mortgage LLC et al.
Johnson and Johnson LLP
26060 Acero, Ste. 115
Mission Viejo, CA 92691-2768

Steven D Brockman and Edna C Brockman v GMAC
Mortgage LLC et al.
Johnson and Johnson LLP
26060 Acero, Ste. 115
Mission Viejo, CA 92691-2768

| | |
|---|---|
| Sam Palmer<br>1682 Amarelle Street<br>Thousand Oaks, CA 91321 | Andrea Mangan<br>Stevan J. Henrioulle<br>Law Office of Stevan J. Henrioulle<br>969G Egdewater Blvd<br>Foster City, CA 94404-3760 |
| Andrea Mangan<br>Stevan J. Henrioulle<br>Law Office of Stevan J. Henrioulle<br>969G Egdewater Blvd<br>Foster City, CA 94404-3760 | ROYAL KINGDOM BUILDERS<br>C/O SIMON M. WOODY, JR.<br>205 JAMERSON FARM RD<br>COLLIERVILLE, TN 38017 |
| Brian H. Wilson<br>KENNETH DLIN VS GMAC MORTGAGE LLC<br>43 Bulldigger Court<br>Bailey, CO 80421 | Jacquelyn O. Wieland, TTE of Marshell O. Culton Rev. Living<br>Trust April 28, 2005<br>Wildish & Nialis<br>500 North State College Blvd., Suite 1200<br>Orange, CA 92868 |
| Jacquelyn O. Wieland, TTE of Marshell O. Culton Rev. Living<br>Trust April 28, 2005<br>Wildish & Nialis<br>500 North State College Blvd., Suite 1200<br>Orange, CA 92868 | Rhonda Gosselin<br>c/o Laird J. Heal, Esq<br>120 Chandler Street, Suite 2 R<br>Worcester, MA 01609 |
| Karel Barel Ariel Barel Sui Juris Third Party Interpleader and<br>Third Party Plaintiffs v GMAC Mortgage LLC Mortgage et al<br>114 WARBLER DR<br>WAYNE, NJ 07470 | DWAYNE F POOLE AND TRINA M POOLE vs GMAC<br>MORTGAGE LLC<br>Dwayne F. Poole and Trina M. Poole<br>1348 N Bend Rd.<br>Union, MO 63084 |

DWAYNE F POOLE AND TRINA M POOLE vs GMAC MORTGAGE LLC
220 River Rock Dr
Union, MO 63084

Alan Moss
P.O. Box 721
Moss Beach, CA 94038

Michael Wheeler
1728 Victoria Way NW
Kennesaw, GA 30152

Gary A. Barney, Chapter 7 Trustee, State of Wyoming
Winship & Winship, P.C.
Brad T. Hunsicker
100 North Center Street, Sixth Floor
Casper, WY 82602

Gary A. Barney, Chapter 7 Trustee, State of Wyoming
Brad T. Hunsicker
Winship & Winship, PC
PO Box 548
Casper, WY 82602

James P Demetriou
650 South Loop Parkway
St. Augustine, FL 32095

Marvin E. McDougal, Jr.
PO Box 927
Tiburon, CA 94920

Marvin E. McDougal, Jr.
Marvin E. McDougal, Jr.
PO Box 927
Tiburon, CA 94920

Michael and Gloria McGuinty
8708 53rd Terrace East
Bradenton, FL 34211

Lois Elaine Van Hoveln Decker
co Denny Decker
705 West Park #5
Libertyville, IL 60048

Lois Decker
co Denny Decker
705 West Park #5
Libertyville, IL 60048

Lois Elaine Van Hoveln Decker
co Denny Decker
705 West Park #5
Libertyville, IL 60048