## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

In re                      :          Chapter 11

RESIDENTIAL CAPITAL, LLC,  :          Case No. 12-12020 (MG)
et al..,[1]               :
                      :

              Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los
Angeles, State of California. I depose and say that on September 17, 2014, I caused true and
correct copies of the following document(s) to be served via (i) e-mail service to the parties listed
in **Exhibit A** and via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached
hereto:

- **NOTICE OF THE RESCAP BORROWER CLAIMS TRUST'S SEVENTY-FIFTH
  OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER
  CLAIMS)(Docket 7552)**

Dated: September 17, 2014

                    Richie Lim
                    Legal Vision Consulting Group
                    1801 Century Park East Suite 350
                    Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

{State of California              }
{                                 } ss.
{County of Los Angeles            }

Subscribed and sworn to (or affirmed) before me on this __18__ day of __september__, 20 _14_,
by, ___Richie R. Lim_____ proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

## EXHIBIT A

bobbie.theivakumaran@citi.com

maofiling@cgsh.com

 tmoloney@cgsh.com

soneal@cgsh.com

jennifer.demarco@cliffordchance.com

adam.lesman@cliffordchance.com

kdwbankruptcydepartment@kelleydrye.com

richard.cieri@kirkland.com

ray.schrock@kirkland.com;

richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com
rescapinfo@kccllc.com
wcurchack@loeb.com;
vrubinstein@loeb.com;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;
William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com
lnashelsky@mofo.com;
glee@mofo.com;
 lmarinuzzi@mofo.com;
Ksadeghi@mofo.com
enid.stuart@OAG.State.NY.US
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
secbankruptcy@sec.gov;
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV
AskDOJ@usdoj.gov
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;

Brian.Masumoto@usdoj.gov
andrea.hartley@akerman.com
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
 pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
 djnewman@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com;
 john.kibler@allenovery.com
jeff.brown@gmacfs.com;
william.b.solomon@ally.com
kit.weitnauer@alston.com
marty.bunin@alston.com;
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
petriea@ballardspahr.com;
wallaces@ballardspahr.com
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com;
 jonathanu@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com;
root@blankrome.com
courtney.lowman@ally.com
ryan.philp@bgllp.com
stan.chelney@bgllp.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
pbustos@bustosassociates.com
dfiveson@bffmlaw.com;
 jmhall@bffmlaw.com
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com;
gcatalanello@duanemorris.com;
jvincequerra@duanemorris.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com

tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
gary.kaplan@friedfrank.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com
theodore.w.tozer@hud.gov
kstadler@gklaw.com
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com
brian@gmcnjlaw.com
bnoren@hinshawlaw.com
skraus@hinshawlaw.com
bnoren@hinshawlaw.com
ayala.hassell@hp.com
rnorton@hunton.com;
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
pgallagher@nassaucountyny.gov
ceblack@jonesday.com
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com
reriksen1@gmail.com
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com
kgcully@kgcully.com
eciolko@ktmc.com;
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com
mstrauss@kmllp.com;
bwalker@kmllp.com
judson.brown@kirkland.com
tklestadt@klestadt.com
jcorneau@klestadt.com
sdny@kmk-law.net
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com
choward@lockelord.com

abehlmann@lowenstein.com
abehlmann@lowenstein.com
metkin@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com;
ilevee@lowenstein.com
adoshi@magnozzikye.com
kmarino@khmarino.com;
jboyle@khmarino.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
knewman@menterlaw.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com;
bguiney@pbwt.com
Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
dflanigan@polsinelli.com;
jnagi@polsinelli.com
igoldstein@proskauer.com
srutsky@proskauer.com;
jzajac@proskauer.com
john.oneal@quarles.com;
 lori.winkelman@quarles.com;
walter.ashbrook@quarles.com
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com
jeremyandersen@quinnemanuel.com;
 ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
reriksen1@gmail.com
Ross.martin@ropesgray.com;

keith.wofford@ropesgray.com
Ross.martin@ropesgray.com
prubin@rubinlawllc.com
dsasser@siwpc.com
dhall@siwpc.com
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com;
rbarkasy@schnader.com
eboden@schnader.com
DBlumenthal@SchneiderMitola.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
 hooper@sewkis.com;
josselson@sewkis.com
cohen@sewkis.com;
das@sewkis.com;
 binder@sewkis.com;
kotwick@sewkis.com;
 alves@sewkis.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com;
bluckman@shermansilverstein.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
msweeney@msgrb.com
tal@talcottfranklin.com
derek@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
AGBankNewYork@ag.tn.gov
robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com
tmm@mullaw.org
themeyerslawfirm@gmail.com
TJSinnickson@aol.com
frenklinart@aol.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com;
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
Mark.Flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
SBOYD@walterinvestment.com
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com

gary.holtzer@weil.com
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com
accesslegalservices@gmail.com
accesslegalservices@gmail.com
cshore@whitecase.com;
 isilverbrand@whitecase.com;
hdenman@whitecase.com
mabrams@willkie.com;
rchoi1@willkie.com;
 jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
dneier@winston.com;
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com
gbush@zuckerman.com;
ncohen@zuckerman.com;
 lneish@zuckerman.com
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com

## EXHIBIT B

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th FI
New York, NY 10013

Cleary Gottlieb Steen & Hamilton LLP
Sean A 0 Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Kirkland & Ellis LlP
Attn  Ray C Schrock & Stephen E Hessler
601 lexington Ave
New York, NY 10022-4611

Kramer levin Naftallis & FrankelllP
Kenneth H Eckstein, Thomas Moers Mayer &
Douglas H Mannal & Jeffrey Trachtman
1171 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245

Loeb & Loeb LLP
Walter H Curchack, Vadim J Rubinstein & Debra W
345 Park Ave
New York, NY 10154

Morrison & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuz
Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Office of the US Attorney for the Southern District o
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

Securities & Exchange Commission NY Regional Offi
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the Southern District of
New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Mas
201 Varick St Ste 1006
New York, NY 10014

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038

Akerman Senterfitt LLP
Andrea S Hartley
One Southeast Third Ave
25th Floor
Miami, FL 33131

Akerman Senterfitt LLP
Susan F Balaschak & Hadi Khatib
335 Madison Ave Ste 2600
New York, NY 10017

Akin Gump Strauss Hauer & Feld LLP
Daniel H. Golden & David M. Zensky & Abid Quresh
Philip C Dublin & Rachel Ehrlich Albanese
One Bryant Park
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
Fred S Hodara & Robert A Johnson & Christopher W Carty
One Bryant Park
New York, NY 10036-6745

Aldine Independent School District
Courtney F Harris, Pamela H Walters
14910 Aldine Westfield Rd
Houston, TX 77032

Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd NE Ste 500
Atlanta, GA 30305

Allen & Overy LLP
Ken Coleman & John Kibler
1221 Avenue of the Americas
New York, NY 10020

Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062

Ally Financial Inc
Jeffrey Brown Corporate Treasurer
440 S Church St
# 1100

Alston & Bird LLP
John C Weitnauer Esq
One Atlantic Center
1201 West Peachtree St
Atlanta, GA 30309-3424

Alston & Bird LLP
Martin G Bunin Esq & William Hao Esq
90 Park Ave
New York, NY 10016

Alston & Bird LLP
William B Macurda
Bank of America Plaza Ste 4000
101 S Tryon St
Charlotte, NC 28280-4000

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Assistant Attorney General
John Mark Stern bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Attorney General of the State of New York, Eric T
Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

Ballard Spahr LLP
Andrew J. Petrie & Sarah B. Wallace
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596

Ballard Spahr LLP
Sarah Schindler-Williams & Vincent J Marriott III
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Bank of New York Mellon
Sarah Stout & Jennifer J Provenzano
525 William Penn Place
Pittsburgh, PA 15259-0001

Barclays Bank PLC
Joe Tricamo & May Wong
1301 Sixth Ave
New York, NY 10019

Barnes & Thornburg LLP
David M Powlen
1000 North West St Ste 1500
Wilmington, DE 19801

Barry B Eskanos JD MPA & Ami B Eskanos
3122 Pine Tree Dr
Miami Beach, FL 33140

Bernstein Litowitz Berger & Grossmann LLP
David R Stickney & Jonathan D Uslaner
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Bernstein Litowitz Berger & Grossmann LLP
Jai K Chandrasekhar
1285 Avenue of the Americas
New York, NY 10019

Blank Rome LLP
Michael B Schaedle
One Logan Square
Philadelphia, PA 19103

Blank Rome LLP
Stanley B Tarr & Alan M Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801

BMMZ Holding LLC
c/o Ally Financial Inc, Attn Courtney Lowman
200 Renaissance Center
Mail Code 482-B12-B96
Detroit, MI 48265-2000

BRACEWELL & GIULIANI LLP
Ryan M. Philp
1251 Avenue of the Americas
49th Floor
New York, NY 10020-1104

BRACEWELL & GIULIANI LLP
Stan Chelney
1251 Avenue of the Americas
49th Floor

Brian Kessler, et al
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square, 1100 Main, Suite 2500
Kansas City, MO 64105

Brown Rudnick LLP
Sigmund S Wissner Gross
7 Times Square
New York, NY 10036

Bustos & Associates
Pablo Bustos
225 Broadway 39th Fl
New York, NY 10007-3001

Butler Fitzgerald Fiveson & McCarthy
David K Fiveson & Jennifer M Hall
Nine East 45th St 9th Floor
New York, NY 10017

Cadwalader Wickersham & Taft LLP
Gregory M Petrick & Ingrid Bagby
One World Financial Center
New York, NY 10281

Cadwalader Wickersham & Taft LLP
Mark C Ellenberg Esq
700 Sixth St NW
Washington, DC 20001

Caley Dehkhoda & Quadri dba Wong Fleming
Dianna J Caley
2340 130th Ave NE Ste D 150
Bellevue, WA 98005

Carter Ledyard & Milburn LLP
Aaron R Cahn & Leonardo Trivigno
2 Wall St
New York, NY 10005

Cohen Milstein Sellers & Toll PLLC
Joel P Laitman, Christopher Lometti, Michael B Eisen
Daniel B Rehns & Kenneth M Rehns
88 Pine St 14th Fl
New York, NY 10005

Cohn Birnbaum & Shea PC
Scott D Rosen
100 Pearl St 12th Fl
Hartford, CT 06103-

Cole Schotz Meisel Forman & Leonard PA
Michael D Warner & Emily S Chou
301 Commerce St Ste 1700
Fort Worth, TX 76102

Commonwealth of Pennsylvania, Department of Labor and
Industry
Joseph Kots
Reading Bankruptcy & Compliance Unit
625 Cherry St Rm 203
Reading, PA 19602-1152

Crowe & Dunlevy PC
William H. Hoch
20 N. Broadway Ave., Ste. 1800
Oklahoma City, OK 73102

Curtis Mallet-Prevost Colt & Mosle LLP
Maryann Gallagher Esq
101 Park Ave
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Michael A Cohen Esq
101 Park Ave
New York, NY 10178-0061

Curtis Mallet-Prevost Colt & Mosle LLP
Steven J Reisman Esq
101 Park Ave
New York, NY 10178-0061

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Day Pitney LLP
Herbert K Ryder
1 Jefferson Rd
Parsippany, NJ 07054-2891

Day Pitney LLP
James J Tancredi
242 Trumbull St
Hartford, CT 06103

Day Pitney LLP
Joshua W. Cohen
1 Audubon St
New Haven, CT 06510

Dechert LLP
Glenn E Siegel, Hector Gonzalez, Brian E Greer & Ma
A Espana
1095 Avenue of the Americas

Deutsche Bank
Rosa Mendez
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA 92705-4934

Deutsche Bank Trust Company Americas
Attn Brendan Meyer
Harborside Financial Center
100 Plaza One MS: JCY03-0699
Jersey City, NJ 07311-3901

Diem T Nguyen
PO Box 12139
Westminster, CA 92685

Duane Morris LLP
Gerald S Catalanello Esq & james J Vincequerra Esq
1540 Broadway
New York, NY 10036

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Fein Such & Crane LLP
Mark K Broyles Esq
28 East Main St Ste 1800
Rochester, NY 14614

Fein Such & Crane LLP
Tammy L Terrell Benoza
747 Chestnut Ridge Rd
Ste 200
Chestnut Ridge, NY 10977

Fein Such & Crane LLP
Tammy L Terrell Benoza
7 Century Dr Ste 201
Parsippany, NJ 07054-

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Paul J Pascuzzi
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

FIDC
Dennis J Early
Counsel - Legal Division
3501 Fairfax Dr Rm VS-D-7076

Financial Guaranty Insurance Company
Attn John Dubel
125 Park Ave
New York, NY 10017

Flores & Saucedo PLLC
Christina Flores
5517 McPherson Ste 14
Laredo, TX 78041

Foley & Mansfield PLLP
Thomas J Lallier
250 Marquette Ave Ste 1200
Minneapolis, MN 55401

Freddie Mac
Kenton W Hambrick Associate General Counsel
M/S202
8200 Jones Branch Dr
McLean, VA 22102

Freeborn & Peters LLP
Devon J Eggert Esq
311 S Wacker Dr Ste 3000
Chicago, IL 60606-6677

Freeborn & Peters LLP
Thomas R Fawkes Esq
311 S Wacker Dr Ste 3000
Chicago, IL 60606-6677

Fried Frank Harris Shriver & Jacobson
William G McGuinness & Gary L Kaplan
1 New York Plaza
New York, NY 10004

Gibbons PC
Attn Karen A Giannelli Esq
One Gateway Center 9th Fl
Newark, NJ 07102-5310

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

Gibbs & Bruns LLP
Kathy D Patrick Esq & Scott A Humphries Esq
1100 Louisiana Ste 5300
Houston, TX 77002

Gibbs & Bruns, L.L.P.
Kathy D. Patrick
1100 Louisiana
Suite 5300
Houston, TX 77002

Gibson Dunn Crutcher
David M Feldman & Joshua Weisser
200 Park Ave
New York, NY 10166-0193

Ginnie Mae
Ted Tozer
550 12 St. SW
3rd Floor
Washington, DC 20024

Godfrey & Kahn SC
Katherine Stadler
1 E Main St Ste 500
PO Box 2719
Madison, WI 53701-2719

Grant & Eisenhofer PA
Georffrey C Jarvis Matthew P Morris & Deborah A Elman
485 Lexington Ave 29th Fl
New York, NY 10017

Guttleman Muhlstock Chewcaskie
Brian Chewcaskie
2200 Fletcher Ave, No 16
Fort Lee, NJ 07024-

Hinshaw & Culbertson
Ali Ryan Amin & Benjamin Noren
780 Third Ave 4th Fl
New York, NY 10017

HINSHAW & CULBERTSON LLP
Schuyler B. Kraus
800 Third Avenue, 13th Floor
New York, NY 10022

HINSHAW & CULBERTSON, LLP
Benjamin Noren
800 Third Avenue
13th Floor

HP Enterprise Services LLC
Ayala Hassell Esq
5400 Legacy Dr
Plano, TX 75024

Hunton & Williams LLP
Richard P Norton & Robert A Rich
200 Park Avenue 53rd Fl
New York, NY 10166

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6
12:00:00 AM

Imperial County Tax Collector
940 W Main St Ste 106
El Centro, CA 92243

Iron Mountain Information  Management Inc
Joseph Corrigan
745 Atlantic Ave
Boston, MA 02111-

John Ciampoli County Attorney of Nassau County
Patrick R Gallagher
1 West St
Mineola, NY 11501

Jones Day
Carl E Black
901 Lakeside Ave
Cleveland, OH 44114

Jones Day
Corinne Ball, Richard L Wynne & Lance E Miller
222 East 41st Street
New York, NY 10017

Julie Eriksen
2647 Kendridge Lane
Aurora, IL 60502

Kasowitz, Benson, Torres & Friedman LLP
Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii
Amar Amamoo
1633 Broadway

KATHLEEN G CULLY PLLC
Kathleen G Cully
180 Cabrini Blvd No 128
New York, NY 10033-1167

Kessler Topaz Meltzer & Check LLP
Edward W. Ciolko Donna Siegel Moffa
280 King of Prussia Rd
Radnor, PA 19087

Kilpatrick & Associates PC
Richardo I Kilpatrick
903 North Opdyke Rd Ste C
Auburn Hills, MI 48326

King & Spalding LLP
W. Austin Jowers & Paul K. Ferdinands & Thaddeus D.
Wilson
1180 Peachtree Street N.E.
Atlanta, GA 30309

KIRBY McINERNEY LLP
Mark A Strauss & J Brandon Walker
825 Third Ave 16th Fl
New York, NY 10022

Kirkland & Ellis
Judson Brown
655 Fifteenth St NW
Washington, DC 20005-5793

Klestadt & Winters LLP
Attn Tracy L Klestadt & Joseph C Corneau
570 Seventh Ave 17th Fl
New York, NY 10018

Kozeny, McCubbin & Katz, LLP
Jordan S Katz
395 N Service Rd
Ste 401
Melville, NY 11747

Kriss & Feuerstein LLP
Jason S Leibowitz
360 Lexington Ave Ste 1200
New York, NY 10017

Lapp Libra Thomson Stoebner & Pusch
David A Libra Esq
120 South Sixth St Ste 2500
Minneapolis, MN 55402

Law Debenture Trust Company of New York
James D Heaney Managing Director
400 Madison Ave
New York, NY 10017

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Leopold & Associates PLLC
Saul Leopold & Phillip Mahony
80 Business Park Dr Ste 110
Armonk, NY 10504

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Linebarger Goggan Blair & Sampson LLP
Diana W Sanders
Po Box 17428
Austin, TX 78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson LLP
John P Dillman Esq
PO Box 3064
Houston, TX 77253-3064

Locke Lord LLP
Casey B Howard
3 World Financial Center
New York, NY 10281-2101

Lowenstein Sandler PC
Andrew Behlmann
1251 Avenue of the Americas 18th Fl
New York, NY 10020

Lowenstein Sandler PC
Andrew Behlmann
65 Livingston Ave
Roseland, NJ 07068

Lowenstein Sandler PC
Michael S Etkin & Ira M Levee
1251 Avenue of the Americas 18th Fl
New York, NY 10020

Lowenstein Sandler PC
Michael S Etkin & Ira M Levee
65 Livingston Ave
Roseland, NJ 07068

Magnozzi & Kye LLP
Amish R Doshi Esq
23 Green St Ste 302
Huntington, NY 11743

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

Marino Tortorella & Boyle PC
Kevin H Marino & John A Boyle
437 Southern Boulevard
Chatham, NJ 07928-1488

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Lee Gordon
P.O. Box 1269
Round Rock, TX 78680

McKool Smith
Attn: Paul D. Moak
600 Travis St., Suite 7000
Houston, TX 77002

McKool Smith PC
Michael R Carney
One Bryant Park 47th Fl
New York, NY 10036

McKool Smith PC
Paul D Moak
600 Travis St., Suite 7000
Houston, TX 77002

Menter Rudin & Trivelpiece PC
Kevin M Newman
308 Maltibe St Ste 200
Syracuse, NY 13204-1439

Missouri Department of Revenue
Attn Steven A Ginther Esq
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Morgan Lewis & Bockius LLP
James L Garrity Jr
101 Park Ave
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Michael S Kraut
101 Park Ave
New York, NY 10178-0600

Morgan Lewis & Bockius LLP
Patrick D Fleming
101 Park Ave
New York, NY 10178-0600

Morganroth & Morganroth PLLC
Mayer Morganroth & Jeffrey B Morganroth
344 N Old Woodward Ave Ste 200
Birmingham, MI 48009

Moritt Hock & Hamroff LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden City, NY 11530

Morrison Cohen LLP
Joseph T Moldovan Esq
909 Third Ave
New York, NY 10022

Munger Tolles & Olson LLP
Seth Goldman
355 S Grand Ave
Los Angeles, CA 90071

Munger Tolles & Olson LLP
Thomas B Walper
355 S Grand Ave
Los Angeles, CA 90071

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Angela L. Baglanzis & Edmond M. George
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Office of Attorney General
Carol E. Momjian
Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office of Shabbir A Khan
Phonxay Keokham
44 N San Joaquin St Ste 150
PO Box 2169
Stockton, CA 95201

Patterson Belknap Webb & Tyler LLP
David W Dykhouse & Brian P Guiney
1133 Avenue of the Americas
New York, NY 10036-6710

Paul N Papas II
Mylegalhelpusa.com
4727 E Bell Rd Ste 45-350
Phoenix, AZ 85032

Perdue Brandon Fielder Collins & Mott LLP
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094-0430

Pillsbury Winthrop Shaw Pittman LLP
Brandon Johnson
PO Box 2824
San Francisco, CA 94126

Placer County Office of the Treasurer-Tax Collector
Jenny McMurtry Deputy Tax Collector
2976 Richardson Dr
Auburn, CA 95603

POLSINELLI PC
Daniel J. Flanigan
900 Third Avenue, 21st Floor
New York, NY 10022

Polsinelli Shughart PC
Daniel J Flanigan & Jason A Nagi
805 Third Ave Ste 2020
New York, NY 10022

Proskauer Rose LLP
Irena M Goldstein
Eleven Times Square
New York, NY 10036

Proskauer Rose LLP
Scott K Rutsky & Jared D Zajac
Eleven Times Square
New York, NY 10036

QUARLES & BRADY LLP
John Maston O'Neal & Lori L. Winkelman & Walter J.
Ashbrook
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Quinn Emanuel Urquhart & Sullivan LLP
Daniel L Brockett & David D Burnett
51 Madison Ave 22nd Fl
New York, NY 10010

Quinn Emanuel Urquhart & Sullivan LLP
Eric D Winston & Jeremy D Anderson
865 S Figueroa St 10th Fl
Los Angeles, CA 90017

Quinn Emanuel Urquhart & Sullivan LLP
Susheel Kirpalani & Scott C Shelley
51 Madison Ave 22nd Fl
New York, NY 10010

Reilly Pozner LLP
Michael A Rollin
1900 16th St Ste 1700
Denver, CO 80202

Robbins Gellar Rudman & Dowd LLP
Christopher M Wood
One Montgomery Steet Ste 1800
Post Montgomery Center
San Francisco, CA 94104

Robbins Gellar Rudman & Dowd LLP
Steven W Pepich
655 West Broadway Ste 1900
San Diego, CA 92101

Robert E Brown PC
44 Wall St 12th Fl
New York, NY 10005

Romero Law Firm
Martha E Romero
BMR Professional Building
6516 Bright Ave
Whittier, CA 90601

Ron Ericksen
2647 Kendridge Lane
Aurora, IL 60502

Ropes & Gray LLP
D Ross Martin Esq & Keith H Wofford Esq
1211 Avenue of the Americas
New York, NY 10036-8704

Ropes & Gray LLP
D. Ross Martin
Prudential Tower
800 Boylston Street
Boston, MA 02199

Rowen L Drenne as Representative for the Plaintiffs Brian
Kessler et al
3725 N Indiana
Kansas City, MO 64117

Rubin LLC
Paul A Rubin
345 Seventh Ave 21st Fl
New York, NY 10001

Samuel I White PC
D Carol Sasser Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462

Samuel I White PC
Donna J Hall Esq
5040 Corporate Woods Dr Ste 120
Virginia Beach, VA 23462

SAUL EWING
Adam H Isenberg & Gregory G Schwab & Andrea P
Brockway
Centre Market West

Scarinci & Hollenbeck LLC
Joel R Glucksman Esq
1100 Valley Brook Ave
PO Box 790

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway, 19th Floor
New York, NY 10004

Schnader Harrison Segal & Lewis LLP
Barry Bressler & Richard A Barkasy
1600 Market St Ste 3600
Philadelphia, PA 19103-7286

Schnader Harrison Segal & Lewis LLP
Eric A Boden
140 Broadway Ste 3100
New York, NY 10005-1101

SCHNEIDER MITOLA LLP
Dan Blumenthal
666 Old Country Road, Suite 412
Garden City, NY 11530

Schulte Roth & Zabel LLP
Adam C Harris
919 Third Ave
New York, NY 10022

Schulte Roth & Zabel LLP
Howard O Godnick
919 Third Ave
New York, NY 10022

Schulte Roth & Zabel LLP
Marguerite Gardiner
919 Third Ave
New York, NY 10022

Schulte Roth & Zabel LLP
Michael G Cutini
919 Third Ave
New York, NY 10022

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

Seward & Kissell LLP
Greg S Bateman & Dale C Christensen Jr & Sagar Patel &
Thomas Ross Hopper
One Battery Park Plaza
New York, NY 10004

Seward & Kissell LLP
Ronald L Cohen Kalyan Das Mark D Kotwick Arlene
& Laurie R Binder
One Battery Park Plaza
New York, NY 10004

Shapiro Blasi Wasserman & Gora PA
Thomas A Conrad Esq
7000 Glades Rd Ste 400
Boca Raton, FL 33434

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Rd Ste N109
Melville, NY 11747

Shearman & Sterling LLP
Fredric Sosnick & Susan A Fennessey
599 Lexington Ave
New York, NY 10022

Sherman Silverstein Kohl Rose & Podolsky PA
Bruce S Luckman
308 Harper Dr Ste 200
Moorestown, NJ 08057-0000

Stein Wiener & Roth LLP
Attn Pranali Datta
1 Old Country Rd, Ste 113
Carle Place, NY 11514

Stinson Morrison Hecker LLP
Andrew W. Muller
1201 Walnut, Ste. 2900
Kansas City, MO 64106

Sullivan Hazeltine Allinson LLC
William A Hazeltine Esq
901 N Market St Ste 1300
Wilmington, DE 19801

Sweeney Gallo Reich & Bolz
Melanie A Sweeney
95 25 Queens Blvd 11th Fl
Rego Park, NY 11374

Talcott Franklin P.C.
Attn: Talcott J. Franklin
208 N. Market Street, Suite 200
Dallas, TX 75202

Talcott Franklin P.C.
Derek S Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

TCF National Bank
janella J Miller Senior Vice President & Senior Counsel
200 Lake St
Wayzata, MN 55391

Teitelbaum & Baskin LLP
Jay Teitelbaum Esq
1 Barker Ave Third Fl
White Plains, NY 10601

Tennessee Depatment of Revenue
c o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

The Bank of New York Mellon
Attn Robert H Major Vice President
6525 West Campus Oval
New Albany, OH 43054

The Canada Trust Company
Susan Khokher
79 Wellington Street, West, 8th Floor
PO Box 1, Toronto-Dominion Centre
Toronto, ON M5K 1A2
12:00:00 AM

The Law Office of Rachel Blumenfeld
26 Court St Ste 2220
Brooklyn, NY 11242

The Law Office of Thomas M Mullaney
Attn Thomas M Mullaney
489 Fifth Ave 19th Fl
New York, NY 10017

The Meyers Law Firm
Glenn R Meyers
1123 Broadway Ste 301
New York, NY 10010

Thomas J. Sinnickson
176 Main Street
Center Moriches, NY 11934

Tom Franklin
5633 Oak Grove Road
Fort Worth, TX 76134

Travis County Attorney
Kay D Brock Assistant Travis County Atty
PO Box 1748
Austin, TX 78767

U.S. Bank National Association
Attn: Mamta K Scott & David A Jason
190 S. LaSalle Street
Chicago, IL 60603

U.S. Bank National Association
Michelle Moeller
60 Livingston Ave.
St. Paul, MN 55107

U.S. Bank National Association
Tanver Ashraf, Corporate Trust Services
West Side Flats, EP-Mn-WS3D
60 Livingston Ave.
St. Paul, MN 55107

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

UMB Bank NA
Mark B Flannagan
1010 Grand Blvd. 4th Floor
Kansas City, MO 64106

US Bank Global Corporate Trust Services
James H Byrnes
1 Federal St 3rd Fl
Boston, MA 02110-

US Bank NA Corporate Trust Services Division
Laura L Moran
1 Federal St 3rd Fl
Boston, MA 02110-

Walter Investment Management Corp
Stuart Boyd
3000 Bayport Drive
Suite 1100
Tampa, FL 33607

Walters Bender Stohbehn & Vaughan PC
J Michael Vaughan & David M Skeens
2500 City Center Square
1100 Main St
Kansas City, MO 64105

Weil Gotschal & Manges LLP
Gary T Holtzer
767 Fifth Ave
New York, NY 10153

Wells Fargo Bank, N.A.
Kelly Rentz
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045

Wells Fargo Law Department
Kristi Garcia Esq Senior Counsel
MAC T7405-010
4101 Wiseman Blvd
San Antonio, TX 78251

Wendy Alison Nora
210 Second St NE
Minneapolis, MN 55413

Wendy Alison Nora
310 Fourth Ave South Ste 5010
Minneapolis, MN 55415

White & Case LLP
J Christopher Shore & Ian J Silverbrand
1155 Avenue of the Americas
New York, NY 10036-2787

Willkie Farr & Gallagher LLP
Marc Abrams & Richard Choi & Jennifer J Hardy
787 Seventh Avenue
New York, NY 10019

Wilmington Trust
Roseline Maney
1100 N. Market St.
Wilmington, DE 19801

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Wilson Elser Moskowitz Edelman & Dicker LLP
Attn David L Tillem
3 Gannett Dr
White Plains, NY 10604-3407

Winston & Strawn LLP
Attn: David Neier
200 Park Avenue
New York, NY 10166

Winston & Strawn LLP
David Neier & Carey D Schreiber
200 Park Avenue
New York, NY 10166-4193

Wollmuth Maher & Deutsch LLP
Attn James N Lawlor
One Gateway Center 9th Fl
Newark, NJ 07102-

Wollmuth Maher & Deutsch LLP
Attn Paul R DeFilippo & Steven S Fitzgerald
500 Fifth Ave 12th Fl
New York, NY 10110

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neish
1185 Avenue of the Americas, 31st Floor
New York, NY 10036

Zuckerman Spaeder LLP
Graeme W. Bush & Nelson C. Cohen & Laura E. Neis
1800 M Street, N.W., Suite 1000
Washington, DC 20036