# **Exhibit 6**

**Proof of Claim**

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|

Name of Debtor: HOMECOMINGS GMAC

Case Number: 8738

NOV - 8 2012

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JESSICA ANGEL QUIROZ

**COURT USE ONLY**

Name and address where notices should be sent:
RAMON QUIROZ
89-37 METROPOLITAN AVE REGO PARK N.Y. 11374

Telephone number:         email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
RAMON QUIROZ
89-37 METROPOLITAN AVE REGO PARK N.Y. 11374
Telephone number: 718-275-2192  email: RAYORLANDO160@hotmail.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
NOV 15 2012
**KURTZMAN CARSON CONSULTANTS**

1. **Amount of Claim as of Date Case Filed:**   $ 72,000 PLUS INTEREST

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** _____
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: __3913__ | 3a. Debtor may have scheduled account as: GMAC (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ■ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ 400,000
Annual Interest Rate 5.5 %  ☐ Fixed  or  ■ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:   $_____
Amount Unsecured:   $ 522,000

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

■ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**
$ 72,000 PLUS INTEREST FROM 10/01/2005

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)


1212020121108000000000177

B 10 (Official Form 10) (12/11)                                                                                                                                                               2

| | |
|---|---|
| **7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* | |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | **RECEIVED** |
| If the documents are not available, please explain: | **NOV 1 5 2012** |
| | **KURTZMAN CARSON CONSULTANTS** |

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ● I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                       (Attach copy of power of attorney, if any.)    or their authorized agent.            (See Bankruptcy Rule 3005.)
                                                                     (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _RAMON QUIROZ_
Title:
Company:
Address and telephone number (if different from notice address above):
_89-37 METROPOLITAN AVE_
_REGO PARK, NY 11374_                                        (Signature)  Nov. 7, 2012  (Date)
Telephone number: _718-275-2192_  email: _RAYERLAND0100@HOTMAIL.COM_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
Residential Capital LLC, et al.,                                 :   Case No. 12-12020 (MG)
                                                                 :
                            Debtors.                             :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF ESTABLISHMENT OF AN
## INFORMAL CREDITORS' COMMITTEE WEBSITE AND
## EMAIL ADDRESS FOR GENERAL UNSECURED CREDITOR INQUIRIES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

        1.       On May 14, 2012, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") commencing these chapter 11 cases (the "**Chapter 11 Cases**").

        2.       On October 4, 2012, the United States Bankruptcy Court for the Southern District of New York entered an order (the "**Order**") authorizing the Official Committee of Unsecured Creditors (the "**Committee**") in these Chapter 11 Cases to establish a website and email address for the purposes of providing general information concerning these Chapter 11 Cases in compliance with section 1102(b)(3)(A) of the Bankruptcy Code.

        3.       Unsecured creditors are referred to www.rescapcommittee.com for certain non-confidential and non-privileged information regarding these Chapter 11 Cases. In addition, unsecured creditors may direct any specific case inquiries to rescapcommittee@epiqsystems.com.

Dated: October 9, 2012
       New York, New York

                                                         BY ORDER OF THE COURT

**Epiq Bankruptcy Solutions, LLC**
PO Box 4470
Beaverton, OR 97005

Legal Documents Enclosed -
Please direct to the attention
of the Addressee,
Legal Department or President

**Address Service Requested**
11,272



RES CREDCOMNTC 10-11-2012 (IMPORT3\CMTRX,WHERENUM)
******204626****** BAR(23) MAIL ID *** 000064650150 ***

RAMON QUIROZ HELEN QUIROZ JESSICA ANGEL QUIROZ
V US BANK NTNL ASSOC AS TRUSTEE NEW CENTURY
MORTGAGE ET AL
8937 METROPOLITAN AVE
REGO PARK NY 11374

# THIS PAGE INTENTIONALLY LEFT BLANK

Case 1:10-cv-02485-KAM-JMA   Document 1   Filed 06/01/10   Page 49 of 82 PageID #: 49

**EXHIBIT #1**

Homecomings Financial
(NOT A PAYMENT ADDRESS)
P.O. Box 890036
Dallas TX 75389

**Homecomings Financial**
A GMAC Company
www.homecomings.com

#BWNFNYZ
#ZSRYXVXWRX3#
- 0004486 000183329 09HFT2 P8

Jessica Quiroz
Helen Quiroz
8937 Metropolitan Ave
Rego Park NY 11374-5325

## CUSTOMER INFORMATION

Loan Number: ████8738

Borrower: Jessica Quiroz
Co-Borrower: Helen Quiroz
Property Address: 8937 Metropolitan Ave
Rego Park NY 11374

Home Phone #:    718-71█-█752
Work Phone #1:   718-7██-3357
Work Phone #2:   718-651-3500

*Please use the form on the back of the coupon to update this information.*

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due
Interest                          2,392.50
Monthly Escrow Installment         231.30

**(EXHIBIT #1)**

Total Amount Due on 05/01/06      2,623.80

## Information About Your Account

Per your Note, your loan payment is interest only.

**INFORMATION ABOUT YOUR PROPERTY TAXES**

We are currently collecting funds in your escrow account for the payment of your real estate property taxes. You may be receiving your real estate tax bill directly from your tax collector. If you receive a bill, please write your loan number on the bill and forward the original to Homecomings Financial, P.O. Box 890037, Dallas, TX 75389 (be sure to make a copy for your records).

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

Your Form 1098 for the year 2005 was mailed to you before January 31, 2006. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2005. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

Mortgage interest paid in 2005: $9,570.00
Mortgage interest reported to the IRS for 2005: $█,570.00
Taxes disbursed on your behalf in 2005: $█,███.00
Interest credited to your escrow account in 2005: $1.60

## MORTGAGE ACCOUNT SUMMARY

Payment Due Date:          05/01/06
Statement Date:            04/04/06

Account Information as of 04/04/06
Current Principal Balance *     522,000.00
Current Escrow Balance             730.15
Year to Date Interest            9,570.00
Interest Rate:                     5.500%

## PRIOR PERIOD ACTIVITY

Activity from 03/09/06 to 04/04/06
03/31/06  Interest credit to escrow account           .74
04/03/06  04/01/06 Payment:  2,392.50 interest,
          231.30 escrow                         2,623.80
04/03/06  Speed Draft Fee                           8.99

Make same-day mortgage payments with your ATM/Debit card
Call 1.800.206.2901 or visit www.homecomings.com

**Like Coming Home**

* The Current Principal Balance does not reflect the total amount required to pay your loan in full.

Pay online www.homecomings.com

PLEASE INCLUDE LOAN NUMBER(S) ON YOUR CHECK

☐ Check here and complete form on reverse side if your address or other information has changed.

Homecomings Financial
P.O. Box 78426
Phoenix AZ 85062-8426

Loan Number: ████8738         Jessica Quiroz
Payment Due  05/01/06
Total Amount Due              2,623.80

Homecomings Financial  
(NOT A PAYMENT ADDRESS)  
P.O. Box 890036  
Dallas TX 75389  

**EXHIBIT #2**

**Homecomings Financial**  
A GMAC Company  
www.homecomings.com

#BWNFNYZ  
#ZSRYKVXWRX3#

- 0135724  000004460 09HFST  0932710  PA  
Jessica Quiroz  
Helen Quiroz  
8937 Metropolitan Ave  
Rego Park NY 11374-5325

## CUSTOMER INFORMATION

Loan Number: ████8738

Borrower: Jessica Quiroz  
Co-Borrower: Helen Quiroz  
Property Address: 8937 Metropolitan Ave  
Rego Park NY 11374

Home Phone #: 718-715-1752  
Work Phone #1: 718-709-3357  
Work Phone #2: 718-531-3500

*Please use the form on the back of the coupon to update this information.*

This is an attempt to collect on a debt and any information obtained will be used for that purpose. If you have been discharged of your personal liability for repayment of this debt, be advised that any action we may take, will be taken against the property only and not against you personally.

## CURRENT ACCOUNT DETAILS

Mortgage Amount(s) Due  
Interest ......................................... 2,392.50  
Monthly Escrow Installment ......... 668.76

### Information About Your Account

Per your Note, your loan payment is interest only.

**IMPORTANT YEAR-END TAX REPORTING INFORMATION**

Your Form 1098 for the year 2006 was mailed to you before January 31, 2007. The information provided in that Form 1098 was only for the period of time we serviced your loan in 2006. If for some reason you do not have the form available, the information is being provided again below. This information is also available on our website at www.homecomings.com. The IRS does not require taxpayers to submit the Form 1098 with their tax return.

Mortgage Interest paid in 2006: $28,710.00  
Mortgage Interest reported to the IRS for 2006: $28,710.00  
Taxes disbursed on your behalf in 2006: $2,726.23  
Interest credited to your escrow account in 2006: $2.34

(EXHIBIT #2)

Total Amount Due on 03/01/07    3,061.26

**THINK OF US AS YOUR PERSONAL MORTGAGE LENDER**

Our aim is to provide you with personalized, relevant financial solutions tailored to your specific needs. Call us toll-free at 1.877.695.3633 (1.877.MyLender).

## MORTGAGE ACCOUNT SUMMARY

Payment Due Date: 03/01/07  
Statement Date: 02/27/07  

Account Information as of 02/27/07  
Current Principal Balance *    522,000.00  
Current Escrow Balance    1,137.49  
Year to Date Interest    4,785.00  
Interest Rate:    5.500%

## PRIOR PERIOD ACTIVITY

Activity from 02/23/07 to 02/27/07  
02/27/07  02/01/07 Payment: 2,392.50 Interest, 668.76 escrow, 47.85 late charge(s)    3,109.11  
02/27/07  Speed Draft Fee    8.99

Make same-day mortgage payments with your ATM/Debit card  
Call 1.800.206.2901 or visit  
www.homecomings.com

**Like Coming Home**

* The Current Principal Balance does not reflect the total amount required to pay your loan in full. Please call 1.800.206.2901 to obtain the payoff amount for your loan.

---

Check here and complete information on reverse side if your address or other information has changed.

PLEASE INCLUDE LOAN NUMBER(S) ON YOUR CHECK

Homecomings Financial  
P.O. Box 78426  
Phoenix, AZ 85062-8426

Loan Number: ████8738  
Payment Due 03/01/07  
Total Amount Due

Jessica Quiroz

------

**Homecomings Financial**
A GMAC Company
PO Box 205
Waterloo, IA 50704-0205

EXHIBIT #3

07/06/07

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE

REGO PARK NY 11374

RE:   Account Number           8738
      Property Address    8937 METROPOLITAN AVE

                          REGO PARK NY 11374

Dear JESSICA QUIROZ
     HELEN QUIROZ

**IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR
INTEREST ONLY PAYMENT CHANGES**

The interest rate on your loan is scheduled to adjust on
08/01/07. Your new interest-only payment will begin effective
with the 09/01/07 payment.

Projected principal balance after 08/01/07 payment $     522000.00

Previous index value       0.00000%   New index value       5.38600%
Current interest rate      5.50000%   New interest rate     7.00000%
Curr int-only pmt  $       3205.53*   New int-only pmt  $   3045.00
Margin                     5.55000%   Escrow*           $    668.76
                                      Total pmt         $   3713.76

(EXHIBIT #3)

*Subject to change if analysis occurs after the date of this
letter.

Your new interest rate is calculated by adding the margin to the
new index value, as defined in your mortgage documents. The
result of this addition is subject to rounding and rate cap
limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments prior to
the 09/01/07 payment change, your monthly payment will be
adjusted accordingly.

A Mortgage Account Statement will be sent under separate cover.
If your payments are made through our automatic payment program,
your new payment amount will be deducted on your scheduled draft
date.

PO Box 205
Waterloo IA 50704-0205

**Homecomings Financial**
A GMAC Company

January 8, 2009

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY 11374

RE:    Account Number          ███8738
       Property Address        8937 METROPOLITAN AVE
                               REGO PARK NY 11374

**\*\*IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST ONLY PAYMENT CHANGES\*\***

The interest rate on your loan is scheduled to adjust on 2/1/2009. Your new interest-only payment will begin effective with the 3/1/2009 payment.

Projected principal balance after 2/1/2009 payment $ 522000.00

| | | | |
|---|---|---|---|
| Previous Index Value | 3.1080% | New Index Value | 1.7500% |
| Current Interest Rate | 8.6250% | New Interest Rate | 7.2500% |
| Current Int-only Pmt | $3751.88 | New Int-only pmt | $3153.75 |
| Margin | 5.5500% | Escrow* | $668.76 |
| | | Total Pmt | $3822.51 |

Rate Next Change Date                      8/1/2009
Principal and Interest Next Change         9/1/2009

*Subject to change if analysis occurs after the date of this letter.
Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.
A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

PO Box 205
Waterloo IA 50704-0205

Homecomings Financial

July 9, 2008

JESSICA QUIROZ
HELEN QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY 11374

RE:    Account Number          ▮▮▮▮8738
       Property Address        8937 METROPOLITAN AVE
                               REGO PARK NY 11374

**IMPORTANT NOTICE REGARDING INTEREST RATE AND/OR INTEREST ONLY PAYMENT CHANGES**

The interest rate on your loan is scheduled to adjust on 8/1/2008. Your new interest-only payment will begin effective with the 9/1/2008 payment.

Projected principal balance after 8/1/2008 payment $ 522000.00

| | | | |
|---|---|---|---|
| Previous Index Value | 4.5960% | New Index Value | 3.1080% |
| Current Interest Rate | 8.5000% | New Interest Rate | 8.6250% |
| Current Int-only Pmt | $3697.50 | New Int-only pmt | $3751.88 |
| Margin | 5.5500% | Escrow* | $ 668.76 |
| | | Total Pmt | $4420.64 |

Rate Next Change Date                2/1/2009
Principal and Interest Next Change   3/1/2009

*Subject to change if analysis occurs after the date of this letter.
Your new interest rate is calculated by adding the margin to the new index value, as defined in your mortgage documents. The result of this addition is subject to rounding and rate cap limitations according to the terms of your mortgage documents.

PLEASE NOTE: If you make additional principal payments, your monthly payment may be adjusted depending on the terms of your mortgage documents.
A Mortgage Account Statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

**Bank of America**
Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date **10/31/2012**
**Account Number** ████9145
Property address
89 37 Metropolitan Ave.

1 of 4    Exhibit 6

**Home loan overview**
Principal Balance                                    $44,809.04

0047677 01 AT 0.371 **AUTO  T2 2 1093 11374-5325
MSR L1 AG 0101-----0--2---  C0000060 IN 1 P47724
JESSICA ANGEL QUIROZ
8937 Metropolitan Ave
Rego Park NY 11374-5325



**IMPORTANT NOTICE**

Bank of America, N.A. services your home loan on behalf of the holder of your note (Noteholder). This is to advise you that your account remains seriously delinquent.

If we do not hear from you immediately, we will have no alternative but to take appropriate action to protect the interest of the Noteholder in your property. This action may include returning payments that are less than the Total payments due to bring loan current.

**Please give this matter your most urgent attention.** Please send the amount due with the coupon below immediately. Additional amounts may become past due. Bank of America, N.A. will proceed with collection action until your account is brought fully current, and you will be responsible for all costs incurred in this process to the full extent permitted by law.

Please remember that the automatic payment of your home loan cannot occur if your payments are delinquent. If your loan is not brought current prior to your next scheduled payment debit date, Bank of America, N.A. will not automatically debit your bank account to make your home loan payment. In such cases, you will need to send your payment directly to Bank of America, N.A..

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

If you are unable to bring your account current, please contact us at **1.800.399.1762**.

Sincerely,
LOAN SERVICING
Loan Counselor

---

**Payments and amounts due summary**

| Current payment due on 11/12/2012 as of 10/31/2012 | | Total payments due to bring loan current† | |
|---|---:|---|---:|
| Principal and/or interest payment | $497.79 | Principal and interest payments due (past and current) | $30,862.98 |
| **Payment due on 11/12/2012** | **$497.79** | **Total** | **$30,862.98** |
| Late charge of $9.96 if payment received after 11/27/2012 | | | |
| | | **Total payments and amounts due** | |
| | | Payments past due (incl. opt. prod. as applies) | $30,365.19 |
| †For more information, please see the **Other Important Information** section of this statement. | | Current payment due on 11/12/2012 | $497.79 |
| | | Outstanding late charges | $19.92 |
| | | Fees due | $450.00 |
| | | **Total** | **$31,332.90** |

---

**You can make your payment:**
- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number ████9145    (0)
Jessica Angel Quiroz
89 37 Metropolitan Ave.
Rego Park, NY 11374

1093

Bank of America, N.A.
PO BOX 15222
WILMINGTON, DE 19886-5222

Payment due **Nov 12, 2012**                    *$497.79
If payment received after **Nov 27, 2012**       $507.75
* "Payment due" does not include any past due payments, outstanding late charges or fees due.

Additional Principal

Additional Escrow

Total amount enclosed

████9145000000049779000050775

████ 9145⁞⁞

0047677 0098685

# Home loan details

### Loan type and term
| | |
|---|---|
| Loan type | 30 Yr Conventional 2nd |
| Contractual remaining term | 28 Years, 7 Months |
| Interest rate | 13.000% |

### Property related expenses
With the exception of the items marked with an asterisk (*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| * Homeowners insurance | Allstate Insurance Co | 000000903761260 | Annual | 06/01/2013 | 1,508.00 |

## Recent home loan activity
There was no activity on your account for the period covered in this statement.

**IMPORTANT NOTICE**  Bank of America, N.A. is here to help you bring your loan current. For payment arrangements, call 1.800.669.6607. As long as your loan remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents. Bank of America, N.A. will inspect your property to confirm occupancy, identify the occupants, and observe the physical condition of the property. You are responsible for paying the cost of these inspections.



 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 119399145
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Jessica Angel Quiroz
E-mail address

E-mail address

12-12020-mg    Doc 7562-6    Filed 09/19/14    Entered 09/19/14 16:00:49    Exhibit 6 - Proof of Claim    Pg 13 of 17
Case 1:10-cv-02485-KAM-JMA    Document 1    Filed 06/01/10    Page 57 of 82 PageID #: 57
2009/2523 AFFIRMATION (Pages 25 of 40)

# Countrywide HOME LOANS

**MONTHLY HOME LOAN STATEMENT**

1 of 2

0042074 01 AT 0.309 —AUTO T4 2 1059 11374-5325
MSR CC AM 8900----6-- --MU8801 N4 4 P23606
JESSICA ANGEL QUIROZ
8837 Metropolitan Ave
Rego Park NY 11374-5325

Account Number ████ 9145
Statement date 07/08/2006

Property address
83 37 Metropolitan Ave.

EXHIBIT # 4

### TO CONTACT US

Online payments
& account details: customers.countrywide.com

Customer Service: (800) 669-6607

General information: www.countrywide.com

New home loan,
refinance or
home equity loans: (800) 696-0145

---

**CUSTOMER BULLETIN**

## IMPORTANT NOTICE FOR OUR ELECTRONIC PAYMENT CUSTOMERS —
## THIS IS YOUR *LAST MAILED* MONTHLY STATEMENT

Beginning in August 2006, you will receive an online statement only and you will no longer receive a duplicate statement in the mail. The advantages of going online are plentiful, including 24-hour, 7-day-a-week access to your detailed account information including your loan balance, transaction history, tax information and more, all offered in a printer-friendly format. Our web site is just one of the ways we provide more customer service and account access for you than ever before. To access your personalized home page and account details, just log-in to our secure web site at customers.countrywide.com. On your first visit, please select the "Create User Name and Password" link on the log-in page and follow the simple instructions to be on your way to unlimited account access. Another important tool to help you manage your account is our e-mail notification service. We will send you an e-mail whenever there is activity on your account including confirmation of your recent payment, links to our web site and more information about products and services offered by the Countrywide family of companies. For your added convenience, any ARM statements, escrow adjustment notices and year-end tax information will continue to be mailed to you. Thank you for your loyalty to Countrywide Home Loans. We appreciate your business.

---

| HOME LOAN SUMMARY | | | |
|---|---|---|---|
| Home loan overview as of 07/06/2006 | | Amount due on 08/12/2006 as of 07/06/2006 | |
| Principal balance | $44,968.80 | Home loan payment due 08/12/2006 | $497.79 |
| Late Charge if payment received after 08/28/2006 | $9.96 | (see next page for account details) | |
| Date | Payments received | | |
| 06/12/2006 | $497.79 | | |
| 07/06/2006 | 497.79 | | |

| NOTICES | |
|---|---|
| **The New Seller's and Buyer's Advantage** If you are looking for a new home, Countrywide® wants to help you. To learn more about the variety of resources we offer visit www.countrywide.com or call 1-800-519-9832. | Want more flexibility? Countrywide's online payment service, MortgagePay on the Web, allows you to make your payments around the clock. Visit customers.countrywide.com and check out the demo to see just how easy it is. |

Calls may be monitored or recorded to ensure quality service.
We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

---

Pay online today or enroll in an automatic PayPlan.
Need to make a one-time online payment? Or would you prefer to enroll in an electronic payment service where payments are drafted automatically? Whichever you choose, Countrywide makes it easy.
Log onto customers.countrywide.com
1. If you haven't already, create a user name & password
2. Click "Payment Services"
Some of the payment services could even help you build the equity in your home faster!
*Terms and conditions apply. A service fee may be assessed. Please read website for enrollment details.

Account number ████ 9145    (0)
Jessica Angel Quiroz
83 37 Metropolitan Ave.
Rego Park, NY 11374

SEE OTHER SIDE FOR IMPORTANT INFORMATION

Countrywide
PO BOX 660694
DALLAS TX 75266-0694

Payment due Aug 12, 2006      $497.79
After Aug 28, 2006 late payment   $507.75

Additional Principal
Additional Escrow
Other
Check total

████ 91450000004977900000050775

12-12020-mg    Doc 7562-6    Filed 09/19/14    Entered 09/19/14 16:00:49    Exhibit 6 - Proof of Claim    Pg 14 of 17    Page 59 of 82 PageID #: 59

2009/2523 AFFIRMATION (Page 37 of 48)
2007725117 ANSWER (Page 14 of 15)

# Homecomings Financial

**EXHIBIT #5** (handwritten)

**Prepared for:** JESSICA A QUIROZ
Account ending: 9088

**October 2007 Statement**
Credit Line: $15,000.00
Cash or Credit Available: $635.98

**FIA CARD SERVICES**

**Customer Service**
For information on Your Account Visit
www.fiacardservices.com
Mail Payments to:
FIA CARD SERVICES
P.O. BOX 15721
WILMINGTON, DE 19886-5721
Mail Billing Inquiries to:
FIA CARD SERVICES
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-362-8299
TDD hearing-impaired 1-800-346-3178

## Account Information

**Summary of Transactions**
| | |
|---|---|
| Previous Balance | $14,535.20 |
| Payments and Credits − | $394.00 |
| Cash Advances + | $0.00 |
| Purchases and Adjustments + | $0.00 |
| Periodic Rate Finance Charges + | $222.82 |
| Transaction Fee Finance Charges + | $0.00 |
| New Balance Total | $14,364.02 |

**Billing Cycle and Payment Information**
| | |
|---|---|
| Days in Billing Cycle | 28 |
| Closing Date | 10/05/07 |
| Payment Due Date | 10/30/07 |
| Current Payment Due | $364.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $364.00 |

## Transactions

**Payments and Credits**

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| PAYMENT - THANK YOU | 09/28 | | | | | $394.00 CR |

PAYDOWN YOUR MORTGAGE WITH
THE HOMECOMINGS FINANCIAL
EQUITY REWARDS PROGRAM
    0    POINTS EARNED THIS MONTH
  132    TOTAL POINTS AVAILABLE
2,500    POINTS REDEEMED THIS MONTH

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances:** | | | |
| A. Balance Transfers, Checks | 0.043808% DLY | 15.99% | $0.98 |
| B. ATM, Bank | 0.054767% DLY | 19.99% | $14,529.76 |
| C. Purchases | 0.043808% DLY | 15.99% | $0.62 |
| Annual Percentage Rate for this Billing Period: (Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.) | | | 19.99% |

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-888-478-7658
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

INTRODUCTORY OFFER! SAVE $10 ON YOUR FIRST GIFT BOX OF FLORIDA CITRUS FROM
AL'S FAMILY FARMS. VISIT WWW.ENJOYCITRUS.COM OR CALL 1-888-231-2450 DEPT. 115

---

07                                                                      9088

FIA CARD SERVICES
P.O. BOX 15721
WILMINGTON, DE 19886-5721

☐ Check here for a change of mailing address or phone number.
   Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:                    9088
NEW BALANCE TOTAL: $14,364.02
PAYMENT DUE DATE: 10/30/07
TOTAL MINIMUM PAYMENT DUE: $364.00

1 0042485 03679 0406000002 035111    90810-08
JESSICA A QUIROZ
8937 METROPOLITAN AVE
REGO PARK NY    11374-5325-379

Mail this payment coupon along with a
check or money order payable to: FIA CARD SERVICES

⑆524022250⑆                    9088⑈

Page 1 of 2

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2012040300583002001EBAC4 |

**RECORDING AND ENDORSEMENT COVER PAGE**                                  PAGE 1 OF 14

**Document ID:** 2012040300583002   **Document Date:** 04-01-2012   **Preparation Date:** 04-03-2012
**Document Type:** POWER OF ATTORNEY
**Document Page Count:** 13

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374<br>347-876-8759<br>rayorlando1@hotmail.com | JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374<br>347-876-8759<br>rayorlando1@hotmail.com |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* _____ Year____ Reel ___ Page ____ *or* File Number_____

**PARTIES**

| PARTY ONE: | PARTY TWO: |
|---|---|
| JESSICA A. QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374 | RAMON QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374 |

**FEES AND TAXES**

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 102.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed         05-03-2012 14:28
City Register File No.(CRFN):
**2012000176548**

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2012040300583001003EDA81 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**                                     PAGE 1 OF 5

**Document ID:** 2012040300583001   **Document Date:** 04-03-2012   **Preparation Date:** 04-19-2012
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374<br>347-876-8759<br>rayorlando1@hotmail.com | JESSICA ANGEL QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374<br>347-876-8759<br>rayorlando1@hotmail.com |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 3176 | 13 | Entire Lot | 8937 METROPOLITAN AVE |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**

CRFN_____ or Document ID_____ or _____ Year____ Reel ___ Page ____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| HELEN QUIROZ, DECEASED<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374 | RAMON QUIROZ<br>8937 METROPOLITAN AVE<br>REGO PARK, NY  11374 |

 x  Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed          05-03-2012 14:28
City Register File No.(CRFN):
2012000176547

*Annette M Hill*

*City Register Official Signature*

# CERTIFICATE OF DEATH

Certificate No. 156-12-007476

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
FEBRUARY 23, 2012 06:00 PM

**1. DECEDENT'S LEGAL NAME:** HELEN QUIROZ (First, Middle, Last)

## PLACE OF DEATH

- **2a. New York City**
- **2b. Borough:** Queens
- **2c. Type of Place:** 6 ☒ Decedent's Residence
- **2d. Any Hospice care in last 30 days:** 1 ☒ Yes
- **2e. Name of hospital or other facility:** 8937 Metropolitan Avenue, Rego Park, New York 11374

**Date and Time of Death:**
- 3a. February 20, 2012
- 3b. Time: 07:45 PM
- 4. Sex: Female
- 5. Date last attended by a Physician: 02/20/2012

## MEDICAL CERTIFICATE OF DEATH

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

- **Name of Physician:** Margaret Squillace MD
- **Signature:** Margaret Squillace (Signature Electronically Authenticated) D.O.
- **Address:** 1740 Eastchester Road, Bronx, New York 10461
- **License No.:** 176231
- **Date:** FEB-21-2012

## PERSONAL PARTICULARS

- **7a. Usual Residence State:** New York
- **7b. County:** Queens
- **7c. City or Town:** Rego Park
- **7d. Street and Number:** 89-37 Metropolitan Avenue
- **ZIP Code:** 11374
- **7e. Inside City Limits?** 1 ☒ Yes

- **8. Date of Birth:** June 21, [redacted]
- **9. Age at last birthday:** [redacted]
- **10. Social Security No.:** [redacted]913

- **11a. Usual Occupation:** Office Manager
- **11b. Kind of business or industry:** Fund Raising
- **12. Aliases or AKAs:**

- **13. Birthplace:** Brooklyn, New York
- **14. Education:** 3 ☒ High school graduate or GED

- **15. Ever in U.S. Armed Forces?** 2 ☒ No
- **16. Marital/Partnership Status at time of death:** 1 ☒ Married
- **17. Surviving Spouse's/Partner's Name:** Ramon Quiroz

- **18. Father's Name:** Peter Kazane
- **19. Mother's Maiden Name:** Rose Damone

- **20a. Informant's Name:** Janel Quiroz
- **20b. Relationship to Decedent:** Daughter
- **20c. Address:** 89-37 Metropolitan Avenue, Rego Park, New York 11374

- **21a. Method of Disposition:** 1 ☒ Burial
- **21b. Place of Disposition:** Saint John's Cemetery
- **21c. Location of Disposition:** Middle Village, New York
- **21d. Date of Disposition:** 02/25/2012

- **22a. Funeral Establishment:** Fox Funeral Home, Inc.
- **22b. Address:** 98-07 Ascan Avenue, Forest Hills, New York 11375

VR 15 (Rev. 01/09)

---

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

**DATE ISSUED:** February 24, 2012   Order No. 20120216597


X00055291

The City of New York

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

---

*Handwritten note:*

U.S. BANK- GMAC- STEVEN J. BAUM P.C. CAUSED THE DEATH OF MY WIFE HELEN QUIROZ

*[signature] Ramon Quiroz*