| | | |
|---|---|---|
| pe of Loan 1.☐ FHA  2.☐ FmHA  3.☐ Conv. Unins.  4.☐ VA  5.☒ Conv | 6. File Number | 7. Loan Number 8747877 | 8. Mortgage Insurance Case No. |

C. **Note:** This form is furnished to give you a statement of actual settlement costs. Amounts by to and by settlement agent are shown. Items marked P.O.C. were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Farhaad Yacoob SSN: 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  104-72 109th Street  Richmond Hill, NY 11419 | Lucienne Lombard  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  499 East 29th Street  Brooklyn, NY 11218 | Berkshire Financial Group  4701 Avenue N  Brooklyn, NY 11234 |

| G. Property Location: 499 East 29th street Brooklyn, NY 11226 | H. Settlement Agent: Atara Hirsch-Twersky  2800 Kings Highway, Brooklyn, NY 11229 | I. Settlement Date  January 26, 2004 |
|---|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | 410,000.00 | 401. Contract Sales Price | 410,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | 33,312.05 | 403. | |
| 104. Payoff to | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County Taxes    to | | 407. County Taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. School Taxes    to | | 409. School Taxes    to | |
| 110. RE Taxes to seller | | 410. RE taxes to seller | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 443,312.05 | **420. Gross Amount Due to Seller** | 410,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amounts Due To Seller** | |
| 201. Deposit or earnest money | 61,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 348,500.00 | 502. Settlement charges to seller (line 1400) | 35,514.38 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Borrowers Credit | | 504. Payoff first mortgage loan to Ocwen Fed Bank | 207,566.25 |
| 205. seller's concession | | 505. Payoff second mortgage loan Citbank | 42,000.00 |
| 206. | | 506. Deposit | |
| 207. property disclosure | | 507. property disclosure | |
| 208. water/sewer to buyer | | 508. water/sewer to buyer | |
| 209. Sellers Concession | 6970.00 | 509. Sellers Concession | 6970.00 |
| *Adjustments for items unpaid by sellers* | | *Adjustments for items unpaid by sellers* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County Taxes    to | | 511. County Taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. School Taxes    to | | 513. School Taxes    to | |
| 214. | | 514. | |
| 215. | | | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| **220. Total Paid By/For Borrower** | 416,970.00 | **520. Total Reduction Amount Due Seller** | 292,050.63 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | 443,312.05 | 601. Gross Amount due to seller (line 420) | 410,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 416,970.00 | 602. Less reductions in amt. due to seller (line 520) | 292,050.63 |
| 303. Cash ☒From ☐To Borrower | 26,342.05 | 303. Cash ☒To ☐From Seller | 117,949.37 |

EXHIBIT A

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION Based on Price $ @ %= | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at settlement Spaulding Properties Inc. | | 24,000.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | |
| 801. Loan origination to Berkshire Financial Group | 17,425.00 | |
| 802. Application fee to Berkshire Financial Group | 595.00 | |
| 803. Underwriting fee to: Berkshire Financial Group | 650.00 | |
| 804. Credit report to: Berkshire Financial Group | 9.00 | |
| 805. Appraisal fee to Edward Horton | 600.00 | |
| 806. Processing fee to: Berkshire Financial Group | 495.00 | |
| 807. Flood Certification Fee to Berkshire Financial Group | 22.00 | |
| 808. Document preparation to Berkshire Financial Group | 325.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | |
| 901. Interest from 6 days @ $76.23 | 457.38 | |
| 902. Hazard insurance premium for yrs. To | | |
| 903. Flood insurance premium for yrs. To | | |
| 904. Aggregate Adjustment | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | |
| 1001. Hazard insurance 3 months @ $ 75.00 per month | 225.00 | |
| 1002. Mortgage insurance months @ $ per month | | |
| 1003. City property tax 3 months @ $ 209.57 per month | 628.71 | |
| 1004. Town/Village property tax months @ $ per month | | |
| 1005. Flood insurance months @ $ per month | | |
| 1006. School tax months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Adjustment | -0.04 | |
| **1100. TITLE CHARGES:** | | |
| 1101. Settlement or closing fee to Atara Hirsch, Esq. | 850.00 | |
| 1102. Abstract or title search to Decision 2000 | 310.00 | |
| 1103. Bankruptcy search to Decision 2000 | 40.00 | |
| 1104. Attorney's fees to: Atara Hirsch, Esq. | | |
| 1105. Title insurance to | | |
| 1106. Lender's coverage to Decision 2000 | 2,338.00 | |
| 1107. Owner's coverage to Decision 2000 | 468.00 | |
| 1108. Endorsements to Decision 2000 | 75.00 | |
| 1109. Municipal Searches to | | |
| 1110. Contin Charge and Clearance fee to | | |
| **1200. GOVERNEMNT RECORDING AND TRANSFER CHARGES:** | | |
| 1201. Recording fees: Deed $ 150 Mortgage $ 175 Releases $ 255 CEM $ POA $ | 325.00 | 255.00 |
| 1202. City/ county tax/stamps: Deed $ Mortgage $ | | 4100.00 |
| 1203. State tax/stamps: Deed $ Mortgage $ (pd by lender) 871.25 POC | 6074.00 | 1640.00 |
| 1204. Escrow water to 24.38 + Service charge 50.00 | | 74.38 |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | |
| 1301. Title closer fee + Augusta Uwechve | 150.00 | 200.00 |
| 1302. Courier/ wire transfer fee to Atara Hirsch | 100.00 | |
| 1303. Fed ex to | | |
| 1304. Survey/inspection to Seal III | 800.00 | |
| 1305. Sat-Judgment 85 + Judgment 5110.00 | | 5195.00 |
| 1306. Filing fee | | 50.00 |
| 1307. Adjournment fee to Atara Hirsh | 350.00 | |
| **1400. TOTAL SETTLEMENT CHARGES** | 33,312.05 | 35,514.38 |

## HUD 1- SETTLEMENT STATEMENT CERTIFICATIONS

### Borrowers(s) and Seller(s) Certification

I/ we have carefully reviewed the attached HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on account or by me in this transaction. All the information on the attached HUD-1 is as it appeared at the time of execution. No changes or additions have been made to the document since the time of closing. I further certify that I have received a copy of the HUD 1 Settlement Statement.

*[signature: Fahaad Yarb]*

*[signature: Lucene Lombart]*

### Closing Agent

The HUD-1 Settlement Statement that I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

*[signature]*

Atp..J..j...sch, Esq.

WARNING: Section 1010, Title 18, U.S.C., "Department of Housing and Urban Development and Federal Housing Administration Transactions," provides: :"Whoever for the purpose of . . . influencing in any way the action of such Administration . . . makes, passes, utters or publishes any statement, knowing the same to be false . . . shall be fined not more than $5,000.00 or imprisoned not more than two years, or both.