At an IAS Part 17 of the Supreme
Court of the State of New York,
held in and for the County of Kings,
at the Courthouse located at
360 Adams Street, Brooklyn, New
York on the 23rd day of March 2006.

PRESENT: HON. DIANA A. JOHNSON, J.S.C.
-----------------------------------------------------------x
LUCIENNE LOMBARD,

                Plaintiff,                              Index No. 36016/05

    -against-                                              **ORDER**

FARHAAD YACOOB, NADIA YACOOB, GUARANTEED
HOME MORTGAGE COMPANY INC., BERKSHIRE
FINANCIAL GROUP, INC., FIRST NATIONAL BANK OF
NEVADA, RESIDENTIAL FUNDING CORPORATION,
BENJAMIN JACOB TURNER, ATARA HIRSCH-TWERSKY,
JONATHAN J. MASON-KINSEY, CHICAGO
TITLE INSURANCE COMPANY, DECISION 2000 REAL
ESTATE SERVICES, INC., AUGUSTA UWECHUE,
SPAULDING PROPERTIES INC., FINANCE AMERICA, LLC
and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC. as nominee for FINANCE AMERICA, LLC,

                Defendants.
-----------------------------------------------------------x

      Plaintiff LUCIENNE LOMBARD, by her attorney, Howard W. Rachlin, Esq., having duly moved by Order of Show Cause dated November 25, 2005 for an order for a preliminary injunction enjoining defendant FARHAAD YACOOB and RESIDENTIAL FUNDING CORPORATION, their respective agents, servants, employees and all persons acting on their behalf, from prosecuting a holdover proceeding or any other

EXHIBIT C

summary or other proceeding to evict or remove Plaintiff, Plaintiff's family or any other occupants from possession of premises known as 499 East 29th Street, Brooklyn, New York a/k/a Block 5231 Lot 70 or from transferring the subject premises or the mortgage held by RESIDENTIAL FUNDING CORPORATION or from further encumbering said premises or from entering into any lease regarding said premises, and the Order to Show Cause having duly come on to be heard before me,

NOW on reading and filing Plaintiff's application by Order of Show Cause dated November 25, 2005 for a preliminary injunction, the affidavit of LUCIENNE LOMBARD sworn to the 22nd day of November, 2005 and the affirmation of HOWARD W. RACHLIN, ESQ., dated November 22, 2005 all in support thereof and the Plaintiff having appeared by her attorney, Howard W. Rachlin Esq., in support of said motion and there having been no opposition thereto, and due deliberation having been held thereon and the Court having granted Plaintiff's application in all respects,

NOW, UPON motion of HOWARD W. RACHLIN, ESQ., attorney for Plaintiff herein it is:

ORDERED that the motion for a preliminary injunction be and hereby is in all respects granted, and it is further

ORDERED that pending the determination of this action, Defendant FARHAAD YACOOB, his agents, servants and employees, and all persons acting on his behalf, be and are hereby stayed from taking any further action therein in the holdover proceeding commenced in the Civil Court of the State of New York, County of Kings, L&T Index No. 98592-2005 or from instituting or maintaining any other summary or other proceeding to evict or remove Plaintiff, members of Plaintiff's family or any other occupant from possession of the Premises; and it is further

2

ORDERED that pending the determination of this action, Defendant FARHAAD YACOOB, his agents, servants and employees, and all persons acting on his behalf, be and they hereby are enjoined and restrained from entering into any contracts and/or agreements, involving Premises, and offering for sale, selling, transferring, assigning, or, in any way, conveying the Premises to any person other than Plaintiff; and it is further

ORDERED that pending the determination of this action, Defendant FARHAAD YACOOB, his agents, servants and employees, and all persons acting on his behalf, be and they hereby are enjoined and restrained from executing or recording any deed transferring title to the Premises to any person or entity other than Plaintiff; and it is further

ORDERED that pending the determination of this action, Defendant RESIDENTIAL FUNDING CORPORATION, its agents, servants and employees, and all persons acting on its behalf, be and they hereby are enjoined and restrained from selling, transferring, assigning, in any way conveying or foreclosing the existing mortgage held of record by it against the Premises or of any interest of said Defendant therein; and it is further

ORDERED that pending the determination of this action, Defendant FARHAAD YACOOB, his agents, servants and employees, and all persons acting on his behalf, be and they hereby are enjoined and restrained from executing, creating or recording any mortgage or other encumbrance affecting the Premises; and it is further

ORDERED that pending the determination of this action, Defendant FARHAAD YACOOB, his agents, servants and employees, and all persons acting on his behalf, be and they hereby are enjoined and restrained from entering into a lease with or

permitting any person or entity other than Plaintiff to take possession of the Premises or collect any rent from the second floor tenant at the Premises.

ENTER,

_____
J.S.C.

HON. DIANA A. JOHNSON
JUSTICE N.Y.S. SUPREME COURT