SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------x
LUCIENNE LOMBARD,                                Index No.: 26016-05

                              Plaintiff,

                                                                                            NOTICE OF PENDENCY

   -against-

FARHAAD YACOOB, NADIA YACOOB, GUARANTEED
HOME MORTGAGE COMPANY INC., BERKSHIRE
FINANCIAL GROUP, INC., FIRST NATIONAL BANK OF
NEVADA, RESIDENTIAL FUNDING CORPORATION,
BENJAMIN JACOB TURNER, ATARA HIRSCH-TWERSKY,
JONATHAN J. MASON-KINSEY, CHICAGO
TITLE INSURANCE COMPANY, DECISION 2000 REAL
ESTATE SERVICES, INC., AUGUSTA UWECHUE and
SPAULDING PROPERTIES INC.,

                                Defendants.
-------------------------------------------------------------------x

     NOTICE IS HEREBY GIVEN that an action has been commenced and is now pending in this Court, upon the complaint of the above named Plaintiff LUCIENNE LOMBARD, against the above named Defendants, FARHAAD YACOOB, NADIA YACOOB, GUARANTEED HOME MORTGAGE COMPANY INC., BERKSHIRE FINANCIAL GROUP, INC., FIRST NATIONAL BANK OF NEVADA, RESIDENTIAL FUNDING CORPORATION, BENJAMIN JACOB TURNER, ATARA HIRSCH-TWERSKY, JONATHAN J. MASON-KINSEY, CHICAGO TITLE INSURANCE COMPANY, DECISION 2000 REAL ESTATE SERVICES, INC., AUGUSTA UWECHUE and SPAULDING PROPERTIES INC., demanding a judgment (i) declaring the deed heretofore executed by Plaintiff conveying title to the Premises to Defendant FARHAAD YACOOB as null and void due to said deed having been fraudulently induced by said Defendant and certain other co-defendants and directing the City Register to cancel the

aforesaid deed as a matter of record; (ii) alternatively, compelling specific performance directing Defendant FARHAAD YACOOB to reconvey the Premises back to Plaintiff free of the below described mortgage given by Defendant FARHAAD YACOOB, due to the conveyance of the Premises from the Plaintiff to Defendant FARHAAD YACOOB being fraudulent, or alternatively appointing Plaintiff as receiver of the Premises for the purpose of making such reconveyance; (iii) declaring the mortgage on said premises in the amount of $348,500.00 made by Defendant FARHAAD YACOOB in favor of Defendant BERKSHIRE FINANCIAL GROUP, INC., which was assigned to FIRST NATIONAL BANK OF NEVADA and was further assigned to Defendant RESIDENTIAL FUNDING CORPORATION, as null and void and directing the City Register to cancel and discharge said mortgage as a matter of record and (iv) for related relief.

The premises affected by said action were, at the time of the commencement of the action and at the time of filing of this notice, described and situated as follows:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings City and State of New York, bounded and described as follows:

BEGINNING at a point on the easterly side of East 29th Street distant 660 feet northerly from the corner formed by the intersection of easterly side of East 29th Street with the northerly side of Avenue F;

running thence easterly and parallel with Avenue F, 100 feet to the centre line of the block;

thence northerly along the centre line of the block and parallel with East 29th Street, 40 feet;

thence westerly and parallel with Avenue F, 100 feet to the easterly side of East 29th Street;

thence southerly along the easterly side of East 29th Street, 40 feet to the point or place of BEGINNING.

Avenue F is also known as Farragut Road.

Said premises also being known as and by street number 499 East 29th Street, Brooklyn, New York.

The number of each section, block and lot on the land map of the County which is affected hereby is as follows:

Section 16; Block 5231; Lot 70.

Dated: New York, New York
November 22, 2005

HOWARD W. RACHLIN, ESQ.
Attorney for Plaintiff
11 Park Place, Suite 816
New York, New York 10007
(212) 964-2552

The Clerk of the County of Kings is directed to index this Notice to the name of Defendants hereinabove named.

HOWARD W. RACHLIN, ESQ.
Attorney for Plaintiff
11 Park Place, Suite 816
New York, New York 10007
(212) 964-2552