KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP LIQUIDATING TRUST'S SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) TO OCTOBER 22, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims)* [Docket No. 7305] (the "**Omnibus Objection**"), solely as it relates to the claim filed by the OneWest Claimants (Claim No. 4872), previously scheduled to be heard on **September 30, 2014 at 10:00 a.m. (prevailing Eastern Time)**, has been adjourned to **October 22, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.[1]

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Objection.

Dated: New York, New York
September 23, 2014

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                /s/ Joseph A. Shifer
                                Kenneth H. Eckstein
                                Douglas H. Mannal
                                Joseph A. Shifer
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Telephone: (212) 715-9100
                                Facsimile: (212) 715-8000

                                *Counsel for the ResCap Liquidating Trust*