# Exhibit B



AlaFile E-Notice

41-CV-2009-900073.00

To:  JEFFREY BRIAN AUSTIN
     austin@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

MONTY ALLEN ET AL v. HOMECOMINGS FINANCIAL, L.L.C. ET AL
41-CV-2009-900073.00

The following complaint was FILED on 3/7/2011 1:56:35 PM

Notice Date:    3/7/2011 1:56:35 PM

MISSY HOMAN HIBBETT
CIRCUIT COURT CLERK
LAUDERDALE COUNTY, ALABAMA
200 SOUTH COURT STREET
FLORENCE, AL 35630

256-760-5728
missy.hibbett@alacourt.gov

ELECTRONICALLY FILED
3/7/2011 1:56 PM
CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

**MONTY ALLEN**
**and**
**HEATHER ALLEN**

    **PLAINTIFFS**

**V.**                                                    **CIVIL ACTION NO:  CV 09-900073**

**HOMECOMINGS FINANCIAL, L.L.C., et al.**

    **DEFENDANTS**

### FOURTH AMENDED COMPLAINT

Any references to Homecomings Financial, L.L.C. is amended to Homecomings

Financial L.L.C.  and/or GMAC Mortgage, L.L.C.

Jeffrey B. Austin, Esq. (AUS013)
Attorney for Plaintiffs
102 South Court Street, Suite 600
Florence, AL 35630
(256) 766-1354

### CERTIFICATE OF SERVICE

I hereby certify on this _7th_ day of _March_ 2011 I have
served a copy of the foregoing upon the following via U.S. Mail, postage prepaid.

Keith S. Anderson
Attorney for Homecomings Financial, L.L.C.
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2119

T. Kelly May
H. Cannon Lawley
Eris Bryan Paul
Attorneys for Rise Real Estate, Inc. Parkway Plaza Branch
and Jim Baker

Three Protective Center
2801 Highway 280 South, Ste 200
Birmingham, AL  35223-2484

I. Ripon Britton, Jr.
Attorneys for South First Limited One d/b/a Re/Max Huntsville
and Charles Lanza
Hand Arendall LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL  35203

Jeffrey B. Austin, Esq.

# Exhibit C

ELECTRONICALLY FILED
3/3/2011 8:20 AM
CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK



# IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

**MONTY ALLEN**
**and**
**HEATHER ALLEN**

    **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO:  CV 09-900073**

**HOMECOMINGS FINANCIAL, L.L.C., et al.**

    **DEFENDANTS**

## THIRD AMENDED COMPLAINT

    The plaintiffs amend all references to Homecomings Financial, L.L.C. to GMAC, Inc.

and/or Homecomings Financial, L.L.C.

                              Jeffrey P. Austin, Esq. (AUS013)
                              Attorney for Plaintiffs
                              102 South Court Street, Suite 600
                              Florence, AL 35630
                              (256) 766-1354

## CERTIFICATE OF SERVICE

    I hereby certify on this 3rd day of March 2011 I have served a copy of the foregoing upon the following via U.S. Mail, postage prepaid.

    Keith S. Anderson
    Attorney for Homecomings Financial, L.L.C.
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL  35203-2119

    T. Kelly May
    H. Cannon Lawley
    Eris Bryan Paul
    Attorneys for Rise Real Estate, Inc. Parkway Plaza Branch
    and Jim Baker

Three Protective Center
2801 Highway 280 South, Ste 200
Birmingham, AL  35223-2484

I. Ripon Britton, Jr.
Attorneys for South First Limited One d/b/a Re/Max Huntsville
and Charles Lanza
Hand Arendall LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL  35203

Jeffrey B. Austin, Esq.

# **Exhibit D**


ELECTRONICALLY FILED 5
5/22/2012 8:46 AM
CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

MONTY ALLEN; HEATHER ALLEN,   )
                                )
        Plaintiffs,              )
                                )
v.                              )        CIVIL ACTION NUMBER
                                )        CV-2009-900073
HOMECOMINGS FINANCIAL, LLC; et   )
al.,                            )
                                )
        Defendants.              )

### NOTICE OF BANKRUPTCY
### AND EFFECT OF AUTOMATIC STAY

Defendants and debtors, GMAC Mortgage, LLC and Homecomings Financial, LLC
(collectively, the "Debtors"), by and through their undersigned counsel, in accordance and
consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*
(the "Bankruptcy Code"), respectfully submit this Notice of Bankruptcy and Effect of Automatic
Stay, and state as follows:

1.    On May 14, 2012 (the "Petition Date"), the Debtors and certain of its affiliates
filed voluntary petitions under Chapter 11 of Title 11 of the Bankruptcy Code in the United
States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,
NY 10004-1408 (the "Bankruptcy Court"). The bankruptcy cases of the Debtors and its
affiliates are jointly administered under the Chapter 11 Case for the affiliated debtor Residential
Capital, LLC, which case is indexed as case number 12-12020.

2.    The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section
362(a), *inter alia*, operates as an automatic stay of: (i) the commencement or continuation of a
"judicial, administrative, or other action or proceeding" against the Debtors (11 U.S.C. §
362(a)(1)); (ii) acts to "obtain possession of property" of the Debtors' estates (11 U.S.C. §

1

362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtors arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

3.    The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtors, an act to obtain possession of the Debtors' property, and/or an act to collect or recover on a claim against the Debtors.

4.    Accordingly, the above-captioned lawsuit is stayed pursuant to 11 U.S.C. § 362(a).

5.    Any action taken by the Plaintiffs or any other party against any of the Debtors without obtaining relief from the automatic stay from the Bankruptcy Court may be void *ab initio* and may result in finding of contempt by the Bankruptcy Court against Plaintiff or such other party. The Debtors reserve and retain all of their rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the automatic stay.

DATED this 22nd day of May, 2012.

/s/ Keith S. Anderson
Keith S. Anderson (AND061)
Robert R. Maddox (MAD028)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
205.521.8000; 205.521.8800 (fax)

*Attorneys for Defendants Homecomings Financial, LLC; GMAC Mortgage, LLC; The Bank of New York Trust Company, Inc. as successor to JP Morgan Chase Bank, Inc.; and Patrick McClain*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

Jeffrey B. Austin
Winborn & Austin
102 South Court Street, Suite 600
Florence, AL 35630

I. Ripon Britton, Jr.
Hand Arendall LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203

T. Kelly May
H. Cannon Lawley
Eris Bryan Paul
Huie, Fernambucq and Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL 35223

and I hereby certify that I have mailed by United States Postal Service the document to the following non-AlaFile participants:

None.

_____
/s/ Keith S. Anderson
Of Counsel

# Exhibit E



ELECTRONICALLY FILED
6/13/2012 5:33 PM
CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

ALLEN MONTY,                              )
ALLEN HEATHER,                            )
Plaintiffs,                              )
                                         )
V.                                       ) Case No.:    CV-2009-900073.00
                                         )
HOMECOMINGS FINANCIAL, L.L.C.&           )
OR GMAC MORTGAGE,                        
RE/MAX INC.,                             )
SOUTH FIRST LIMITED ONE D/B/A            )
REMAX HUNTSVILLE INC,                    
RISE REALTY, INC. ET AL,                 )
Defendants.                              )

### ORDER

On Defendants' NOTICE OF BANKRUPTCY, the Court ORDERS the proceedings hereby
STAYED.

DONE this 13th day of June, 2012.

/s/ HON. MIKE T. JONES
CIRCUIT JUDGE

# Exhibit F

*Monty Allen*

**THIS IS A NOTICE REGARDING YOUR CLAIM. YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING ON THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(WRONG DEBTOR BORROWER CLAIMS)**

**Monty Allen & Heather Allen**

| Proposed Claim(s) to be Redesignated | | | | Reason for Modification | Modified Debtor Designation |
|---|---|---|---|---|---|
| Claim No(s).; Date Filed | Asserted Debtor Name and Case No. | Classification | Amount | | Modified Debtor Name and Case No. |
| 6768<br><br>2/25/2013 | Residential Capital, LLC<br><br>12-12020 | Administrative Priority | N/A | Claim was filed against incorrect Debtor | Homecomings Financial, LLC<br><br>12-12042 |
| | | Administrative Secured | N/A | | |
| | | Secured | N/A | | |
| | | Priority | N/A | | |
| | | General Unsecured | $175,000.00 | | |

        PLEASE TAKE NOTICE that, on September 20, 2013, Residential Capital, LLC
and certain of its affiliates (collectively, the "**Debtors**") filed their *Thirty-Eighth Omnibus
Objection to Claims (Wrong Debtor Borrower Claims)* (the "**Objection**") with the United States
Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").[1] The
category of claim objection applicable to you is identified in the table above in the column
entitled "**Reason for Modification**".

        The Objection requests that the Bankruptcy Court redesignate one or more of your
claims listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED on the ground that

---

[1]    A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is
available on the Debtors' website at http://www.kccllc.net/rescap.

the claim(s) was filed against the incorrect Debtor.[2] **Any claim that the Bankruptcy Court redesignates will be modified as a claim filed against the proper Debtor. The Objection does NOT seek to disallow claims.**

## PLEASE NOTE THAT YOU WILL STILL HAVE A CLAIM REMAINING ON THE DEBTORS' CLAIMS REGISTER, EVEN IF THE OBJECTION IS GRANTED.

If you do NOT oppose the redesignation of your claim(s) listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

**If you DO oppose the redesignation of your claim(s) listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on October 23, 2013 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be redesignated for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., (iii) counsel for the official committee of unsecured creditors (the "Committee"), Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, NY 10036, Attn: Kenneth H. Eckstein, Esq. and Douglas H. Mannal, Esq., (iv) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Tracy Hope Davis, Esq., Linda A. Riffkin, Esq., and Brian S. Masumoto, Esq., and (v) special counsel for the Committee,

---

[2]    As used herein, the term "redesignate" means modify a proof of claim filed against the incorrect Debtor to accurately reflect the Debtor that is liable (to the extent such claim is ultimately allowed) on the claims register maintained in the Debtors' chapter 11 cases.

SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753, Attn: Ronald J. Friedman, Esq.

A hearing will be held on November 7, 2013 to consider the Objection. The hearing will be held at 2:00 p.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

Whether or not the Bankruptcy Court redesignates your claim(s) listed above under PROPOSED CLAIM(S) TO BE REDESIGNATED, the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    September 20, 2013
          New York, New York

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Daniel J. Harris
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036
Telephone:    (212) 715-3280
Facsimile:    (212) 715-8000

*Counsel for the Debtors and*
*Debtors in Possession*

*Counsel for the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF EXHIBITS 2 THROUGH 21 COMPRISING THE PLAN**
**SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN PROPOSED BY**
**RESIDENTIAL CAPITAL, LLC, ET AL. AND THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

   **PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving Disclosure*

*Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or*

*Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV*

*Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the*

*Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting*

*Related Relief* entered on August 23, 2013 [Docket No. 4809] (the "Disclosure Statement

Approval Order"), the Plan Proponents[1] hereby file certain exhibits comprising the Plan Supplement in connection with confirmation of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, as amended, dated August 23, 2013 [Docket No. 4819, Ex. 1] (the "Plan"):

- **Exhibit 2:** Liquidating Trust Agreement

- **Exhibit 3:** RMBS Claims Trust Agreement

- **Exhibit 4:** Borrower Claims Trust Agreement

- **Exhibit 5:** Private Securities Claims Trust Agreement

- **Exhibit 6:** Identities of the Initial Liquidating Trust Board

- **Exhibit 7:** Identities of the Initial Liquidating Trust Management

- **Exhibit 8:** Identity of the Borrower Claims Trustee and Initial Members of Borrower Claims Trust Committee

- **Exhibit 9:** Identity of the Private Securities Claims Trustee

- **Exhibit 10:** Borrower Trust True-Up

- **Exhibit 11:** Cooperation Agreement between Liquidating Trustee and Kessler Settlement Class

- **Exhibit 12:** Policy Numbers for GM Policies

- **Exhibit 13:** Liquidating Trust Causes of Action

- **Exhibit 14:** Stipulated Allocation of Allowed Fee Claim

   **Exhibit 15:** Borrower-Related Causes of Action

- **Exhibit 16:** RMBS Trust Claims Schedules

- **Exhibit 17:** Ally Contract Claims Estimate

---

[1]    Capitalized terms used but not defined herein shall have the meanings set forth in the Disclosure Statement Approval Order or the Plan, as applicable.

ny-1097985

001KC0001_61493_DOMESTIC_14167/001540/004620/5

- **Exhibit 18:**  Identity of the RMBS Claims Trust Trustees

- **Exhibit 19:**  Material Terms on which the Plan Proponents May Pay Post-petition Interest Over Time

- **Exhibit 20:**  Initial List of Claims To Be Subordinated Under the Plan

- **Exhibit 21:** Updated Disclosure Statement Exhibits 12 and 13

**PLEASE TAKE FURTHER NOTICE** that the undersigned reserves the right to alter, amend, modify or supplement any document in the Plan Supplement as provided by the Plan; *provided that* if any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on **November 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 to consider confirmation of the Plan, including all exhibits thereto and as amended, modified or supplemented from time to time, and for such other and further relief as may be just and proper (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that The Confirmation Hearing may be adjourned from time to time by the Court without further notice. Additionally, the Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

- 3 -

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the approval of the Plan, **must** (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Plan to resolve any such objection or response, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed electronically with the Bankruptcy Court in accordance with the Case Management Procedures, dated May 23, 2012 [Docket No. 141] (available at www.kccllc.net/rescap), and (vi) served in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) so as to be actually received **on or before 4:00 p.m. (Prevailing Eastern Time) on October 21, 2013** on the following parties: (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (c) attorneys for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren; (d) the Debtors, Residential Capital LLC, Attn: Lewis Kruger, CRO, c/o Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; (e) attorneys for the official committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide; (f) attorneys for Ally Financial, Inc., Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Richard M. Cieri and Ray C. Schrock; (g) the Office of the United States Trustee, Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian Masumoto and Michael Driscoll.

- 4 -

ny-1097985

PLEASE TAKE FURTHER NOTICE that any objection not filed and served as set forth above will be deemed waived and will not be considered by the Court.

PLEASE TAKE FURTHER NOTICE that copies of the Plan and the Plan Supplement can be viewed and obtained for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: October 11, 2013
　　　　New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Daniel J. Harris
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile: (212) 715-8000

*Counsel for the Official Committee of
Unsecured Creditors*

ny-1097985

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 61493   11346234

001540

Monty Allen & Heather Allen
Jeff Austin
Attorney at Law
211 S. Cedar Street
Florence AL 35630