# Exhibit G

B 10 Modified (Official Form 10) (12/11)

# UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM

**Name of Debtor and Case Number:** RESIDENTIAL CAPITAL LLC et al   Case No. 12-12020 (MG)

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
MONTY ALLEN & Heather Allen   612 E. PURITAN AVE. MUSCLE SHOALS AL 35661

**Name and address where notices should be sent:**
JEFF AUSTIN, ATTORNEY AT LAW
211 S. CEDAR STREET
FLORENCE AL 35630

Telephone number: (256) 766-1354    email: austin@bellsouth.net

**Name and address where payment should be sent (if different from above):**

Telephone number:    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $175,000.00   (Pat Edwards Appraisal 7-18-08)

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** real estate contract Litigation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ___

**3a. Debtor may have scheduled account as:** (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate _____%  ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____                    Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: JEFF AUSTIN
Title: Attorney
Company: Jeff Austin, P.C.
Address and telephone number (if different from notice address above):
(Signature)  2/20/13  (Date)

Telephone number:    Email:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**COURT USE ONLY**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Exhibit H

THE STATE OF ALABAMA
COUNTY OF LAUDERDALE

### AFFIDAVIT OF MONTY ALLEN

Before me, the undersigned authority, a Notary Public in and for said county and state, personally appeared **Monty Allen,** being known to me, duly sworn, deposes and says as follows:

1. I am the plaintiff in Lauderdale County Circuit Court Case No. CV 09-900073 Monty and Heather Allen v. Homecomings Financial, L.L.C, et al.

2. I never received any notice from a bankruptcy trustee or the debtors notifying me of the filing of the bankruptcy.

3. The first letter I received was dated June 21, 2013, after my attorney had filed a proof of claim requesting additional information regarding the proof of claim my attorney filed.

4. I received a notice regarding a change of omnibus hearing date which rescheduled the hearing from November 27, 2013 at 2:00 p.m. to November 15, 2013 at 10:00 a.m. I did not know why I was receiving this notice. Therefore, I called Morrison & Foerster, LLP. Morrison & Foerster told me to call Mr. Silverman. Dan at Silverman told me the letter went out to 2.8 million people. He could not tell me exactly why it came to me. He told me he had no way to look my name up. He said they were notifying me that if I needed to get my stuff turned in to do so before the time ran out and the files were closed. (See attached Exhibit 1.) I forwarded this information to my attorney Jeff Austin on November 18, 2013. (See attached Exhibit 1.)

5. I've made notes on the notice I received in the mail. (See attached Exhibit 2.)

I hereby swear and affirm all of the facts, allegations and statements set out therein are true and correct to the best of my knowledge, information and belief.

_____
MONTY ALLEN

STATE OF ALABAMA

COUNTY OF LAUDERDALE

I, the undersigned, a Notary Public in and for the State and County aforesaid, hereby certify **MONTY ALLEN,** whose name is signed to the foregoing instrument, acknowledged before me on this day, being informed of the contents of said instrument, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 9th day of September, 2014.

_____
NOTARY PUBLIC
My Commission Expires: 3-14-17

# Exhibit 1

# Jeff Austin

| | |
|---|---|
| **From:** | Monty Allen [montyallen01@yahoo.com] |
| **Sent:** | Thursday, August 28, 2014 3:56 PM |
| **To:** | austin@bellsouth.net |
| **Subject:** | Fwd: Another letter from GMAC?? |
| **Attachments:** | 2013-11-18 13-53.pdf; ATT00001.htm |

Begin forwarded message:

**From:** Monty Allen <montyallen01@yahoo.com>
**Date:** November 18, 2013 at 2:00:28 PM CST
**To:** "austin@bellsouth.net" <austin@bellsouth.net>, "austin@jeffaustin.mymailstreet.com" <austin@jeffaustin.mymailstreet.com>, montyallen01@yahoo.com
**Subject: Another letter from GMAC??**

Not sure why I'm receiving these. The Morrison & Foerster told me to call Silverman. Dan at Silerman told me that letter went out to like 2.8 million people. He could not tell me exactly why it came to me. He had no way to look my name up. He said they are notifying me that if I needed to get my stuff turned in do so before the time runs out and the files were done away with. I'm sending it to you in case it has something to do with our case. Thanks

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4745 / Virus Database: 4015/8112 - Release Date: 08/27/14

# Exhibit 2

Hearing Date and Time: November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

Counsel for the Debtors and
Debtors in Possession



*Handwritten annotations: "She Gave", "866-259-5217", "Silver Accupera Dan Rocco"*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors | Jointly Administered |

### NOTICE OF CHANGE OF OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) has been changed to November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time), have at the direction of the Bankruptcy Court been rescheduled to be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)

- **Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]**

ny-1114298

- *Universal Restoration Services, Inc. v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01278):
    - Pre-Trial Conference, and
    - Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Thirteenth Omnibus Objection to Claims (No Liability Books and Records Tax Claims)* [Docket No. 4147] solely with respect to the claims filed by Butte County Tax Collector and Rose Plympton, Treasurer in and for the County of Elmore, Idaho, previously scheduled to be heard on November 7, 2013, has been resolved. No hearing is required.

Dated: October 23, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*



# Exhibit I

# ResCap

## MORRISON | FOERSTER

June 21, 2013

**Claim Number: 6768**

Dear Claimant: Monty Allen & Heather Allen

You are receiving this letter because you or someone on your behalf filed a Proof of Claim form in the jointly-administered chapter 11 bankruptcy cases of Residential Capital, LLC ("ResCap"), GMAC Mortgage, LLC and other affiliated debtors and debtors in possession (collectively, the "Debtors") pending before the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020 (MG) (the "ResCap bankruptcy case"), and we need additional information from you regarding the claim(s) ("claim") you are asserting against one or more of the Debtors.

**The Information we Need From You Regarding Your Proof of Claim:**
We reviewed a copy of the Proof of Claim form and documents, if any, that you filed in the ResCap bankruptcy case. A copy of your Proof of Claim form is enclosed for your reference. After reviewing the Proof of Claim form and any documents you submitted, we have determined that you did not provide sufficient information to support your "Basis for Claim" and we do not have sufficient information to understand the calculations you used to determine the amount you claim to be owed. In order to evaluate your claim, we need to understand the specific reasons as to why you believe you are owed money or are entitled to other relief from one or more of the Debtors. Please reply using the attached form and provide a written explanation, with supporting documentation, and include a detailed explanation of how you calculated the amount of your claim.

**You Must Respond to this Letter by no Later Than July 22, 2013:**
In accordance with the Order of the Bankruptcy Court (Docket No. 3294, filed March 21, 2013), you **must** respond to this letter by no later than July 22, 2013 with an explanation stating the legal and factual reasons why you believe you are owed money or are entitled to other relief from one or more of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases). You **must** provide copies of any and all documentation that you believe supports the basis for and amount of your claim. A form is included with this letter to assist you in responding to our request for additional information.

**Consequences of Failing to Respond:**
If you do not provide the requested information regarding the basis for and amount of your claim and the supporting documentation by July 22, 2013, the Debtors may file a formal objection to your Proof of Claim on one or more bases, including that you failed to provide sufficient information and documentation to support your claim. If the Debtors file such an objection and it is successful, your claim may be disallowed and permanently expunged. If your claim is disallowed and expunged, you will not receive any payment for your claim and any other requests you may have made for non-monetary relief in your Proof of Claim will be denied. Therefore, it is very important that you respond by the date stated above with the requested information and documentation supporting the basis for and amount of your claim.

Residential Capital, LLC    P.O. Box 385220    Bloomington, Minnesota 55438

Claim Number: 6768
Monty Allen & Heather Allen

### For Those With a Mortgage Loan Originated or Serviced by One of the Debtors:
If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the loan number and property address that the loan relates to in the information and any documentation that you send us, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

### Questions:
If you have any questions about this letter, or need help in providing the requested information and document(s), you should contact an attorney. You may also contact the Special Counsel to the Official Committee of Unsecured Creditors[1] with general questions (contact information provided below):

**SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: 866-259-5217
Website: http://silvermanacampora.com
E-mail address: rescapborrower@silvermanacampora.com

### You must send the requested information and document(s) supporting your claim on or before the date provided in this letter to either:

(i)  Claims.Management@gmacrescap.com; or
(ii) Residential Capital, LLC
     P.O. Box 385220
     Bloomington, Minnesota 55438

### Please mark each document you send with the Claim Number referenced above.

Sincerely,

Claims Management
Residential Capital, LLC

---

[1] Please be advised that SilvermanAcampora LLP does not represent you individually and, therefore, cannot provide you with legal advice.

Claim Number: 6768
Monty Allen & Heather Allen

# ResCap

**MORRISON | FOERSTER**

## Claim Information

| Claim Number | 6768 |
|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: |  |  |
|---|---|---|
| Address of property related to the above loan number: | | |
| City: | State: | ZIP Code: |

Additional resources may be found at - http://www.kccllc.net/rescap

Page 4 of 5

Claim #6768  Date Filed: 2/25/2013

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor and Case Number:
RESIDENTIAL CAPITAL LLC et al    CASE No. 12-12020 (MG)

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
MONTY ALLEN, HEATHER ALLEN 612 E. PURITAN AVE. MUSCLE SHOALS AL 35661

Name and address where notices should be sent:
JEFF AUSTIN, ATTORNEY AT LAW
211 S. CEDAR STREET
FLORENCE AL 35630

Telephone number: (256) 766-1354    email: austin@bell.net

Name and address where payment should be sent (if different from above):

Telephone number:    email:

1. Amount of Claim as of Date Case Filed: $175,000.00 (Pat Edwards Appraisal 7-18-08)
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: real estate contract litigation
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ___

3a. Debtor may have scheduled account as:
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $____ Annual Interest Rate ____% ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
If any: $____    Basis for perfection: ____
Amount of Secured Claim: $____    Amount Unsecured: $____

RECEIVED
MAR 04 2013
KURTZMAN CARSON CONSULTANTS

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
        (Attach copy of power of attorney, if any.)       their authorized agent.           indorser, or other codebtor.
                                                        (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: JEFF AUSTIN
Title: Attorney
Company: Jeff Austin, P.C.
Address and telephone number (if different from notice address above):
(Signature) /s/ Jeff Austin    (Date) 2/20/13

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Court Claim Number: ___ (If known)
Filed on: ___

☐ Check this box if this claim amends a previously filed claim.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 25 2013
COURT USE ONLY

Page 4 of 5
Telephone number:    Email:
Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

Page 5 of 5



Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000276

PRF # 59050***
Case No.: 12-12020
Svc: 2

PackID: 276
NameID: 22144995

Monty Allen & Heather Allen
Jeff Austin
Attorney at Law
211 S. Cedar Street
Florence, AL 35630