# Exhibit K



ELECTRONICALLY FILED
8/26/2014 1:42 PM
41-CV-2009-900073.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN HIBBETT, CLERK

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

| | |
|---|---|
| ALLEN MONTY, <br> ALLEN HEATHER, <br> Plaintiffs, | ) <br> ) <br> ) <br> ) |
| V. | ) Case No.:  CV-2009-900073.00 <br> ) |
| HOMECOMINGS FINANCIAL, L.L.C.& <br> OR GMAC MORTGAGE, <br> RE/MAX INC., <br> SOUTH FIRST LIMITED ONE D/B/A <br> REMAX HUNTSVILLE INC, <br> RISE REALTY, INC. ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

A suggestion of bankruptcy has been filed in this action by the defendants', GMAC Mortgage, LLC and Homecomings Financial, LLC.  The plaintiff is given ninety (90) days from this date to obtain leave of the bankruptcy court to proceed against the defendants', GMAC Mortgage, LLC and Homecomings Financial, LLC.  Failure to obtain leave within ninety (90) days from the date of this order without good cause shown will result in a dismissal of this case against the defendants', GMAC Mortgage, LLC and Homecomings Financial, LLC without prejudice.

**DONE this 26th day of August, 2014.**

/s/ HON. MIKE T. JONES
CIRCUIT JUDGE