STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF SUFFOLK     )

      Dena M. Nordt being duly sworn, deposes and says deponent is not a party to the action, is over 18 years of age and resides at Holbrook, New York. On September 24, 2014 deponent served the within Reply Affirmation in Support of Motion for Relief from Automatic Stay upon:

TO:    James A. Newton, Esq.                  Schuyler B. Kraus, Esq.
        Norman S. Rosenbaum, Esq.           Hinshaw & Culbertson, LLP
        Jordan A. Wishnew, Esq.                *Attorneys for Residential Funding Corp.*
        Morrison & Foerster LLP                 800 Third Avenue, 13th Fl.
        *Attorneys for Debtor*                         New York, NY 10022
        1290 Avenue of the Americas
        New York, NY 10104

        Howard W. Rachlin, Esq.                \*\*\*All other parties via ECF
        *Attorney for Lucienne Lombard*
        112-41 Queens Boulevard, Suite 201
        Forest Hills, NY 11375

        Anna M. Hershenberg, Esq.
        Herrick Feinstein, LLP
        *Attorneys for Chicago Title Insurance Company*
        *and Decision 200 Real Estate Services, Inc.*
        2 Park Avenue
        New York, NY 10016

        Evan W. Bolla, Esq.
        Furman Kornfeld & Brennan
        *Attorneys for Benjamin Jacob Turner*
        61 Broadway, 26th Fl.
        New York, NY 10006

        Matthew R. Jaeger, Esq.
        L'Abbate Balkin Colavita & Contini, LLP
        *Attorneys for Atara Hirsch-Twersky*
        1001 Franklin Avenue, 3rd Fl.
        Garden City, NY 11530

        Linda S. Charet, Esq.
        Federal Deposit Insurance Corporation
        New York Legal Services Office
        *Attorneys for Federal Deposit Insurance Corporation,*
        *receiver for First National Bank of Nevada*
        350 Fifth Avenue, Suite 1200
        New York, NY 10118

Allan I. Young, Esq.
Porzio Bromberg and Newman, P.C.
*Attorneys for First National Bank of Nevada*
156 West 56th Street
New York, NY 10019

the address designated by said attorney(s) for the purpose, by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DENA M. NORDT

Sworn to before me the
24th day of September, 2014.

_____
Notary Public

LISA M. ROSSI
Notary Public, State of New York
No. 5044475
Qualified in Suffolk County
Commission Expires May 30, 2015