UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER VACATING ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO JACKSON CLAIM**

On April 11, 2014, the ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Objection," ECF Doc. # 6778) to Claim No. 4464, filed by James J. Jackson. The Debtors previously objected to Jackson's claim in the Fiftieth Omnibus Objection (the "Omnibus Objection," ECF Doc. # 5162); Jackson responded (ECF Doc. # 5306) and the Debtors filed a reply (ECF Doc. # 5728). In the Omnibus Objection, the Debtors misidentified the basis of their objection to Jackson's claim, and corrected the basis in their reply. However, the Court found that this was insufficient to shift the burden of proof to Jackson, and denied the Omnibus Objection. (ECF Doc. # 6334.)

Jackson failed to respond to the Objection and, on May 15, 2014, after Jackson failed to appear at the hearing on the Objection, the Court sustained the Trust's Objection (the "Order," ECF Doc. # 6962). Since entering the Order, however, it has come to the Court's attention that Jackson's attorney, who represented him when he filed his claim, no longer represents him in these proceedings. The Trust served the Objection on that attorney, and Jackson was unaware of the Objection. Consequently, the Court **VACATES** the Order; the Trust may refile its Objection. The Court will consider the Trust's Objection at a later hearing, after it has been served on Jackson and he has an opportunity to respond.

**IT IS SO ORDERED.**

Dated: September 26, 2014
New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                    United States Bankruptcy Judge