UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020(MG) |
| **RESIDENTIAL CAPITAL, LLC, et al.** | Chapter 11 |
| Debtors | Jointly Administered |
| v. | |
| **MONTY ALLEN and HEATHER ALLEN** | |
| Creditors | |

### NOTICE OF HEARING

Upon Monty and Heather Allen's Motion for Relief from Automatic Stay, this matter is hereby set for a hearing on the October 30, 2014, at 10:00 a.m. (EST) in front of Honorable Martin Glenn, United States Bankruptcy Court Southern District of New York.

_____
Jeffrey B. Austin (AUS013)
austin@bellsouth.net
Attorney for Monty and Heather Allen
211 S. Cedar Street
Florence, AL 35630
(256) 766-1354

### CERTIFICATE OF SERVICE

I hereby certify I have on this_____ day of _____ 2014 served a copy of the foregoing on the following attorneys and/or parties listed below:

Page 1 of 2

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green
New York, New York  10004-1408


ResCap Liquidating Trust, Morrison & Foerster LLP
Attn:  Norman S. Rosenbaum and Jordan A. Wishnew
250 West 55th Street
New York, New York  10019


ResCap Liquidating Trust, Kramer Levin  Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer
1177 Avenue of the Americas
New York, New York  10036


Office of the United States Trustee for the Southern District of New York
U. S. Federal Office Building
Attn:  Linda A. Riffkin and Brian S. Masumoto
201 Varick Street, Suite 1006
New York, New York  10014


The ResCap Liquidating Trust
Attn:  Jeffrey Brodsky
Quest Turnaround Advisors
800 Westchester Ave., Suite S-520
Rye Brook, New York  10573

_____
Jeffrey B. Austin