# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss.

Civil Docket **PLCV2007-01433B**

RE:  Dockery v GMAC Mortgage LLC

TO:  Michael Dockery
     46 Sharon Street
     Brockton, MA 02302



## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **07/02/2014**:

**RE:** Plaintiff Michael Dockery's MOTION to Vacate judgment, Memorandum of Law in Support, Affidavit of Michael Dockery in support; Defendant's Opposition, Statment of Reasons in support; Exhibit List

**is as follows:**

**Motion (P#61) As the defendant represents that the bankruptcy of GMAC Mortgage remains before the US Bankruptcy court and that that Court's "stay remains in full force and effect," this court takes no action, nor shall it, abort the filing of documentation from the bankruptcy court clearly indictating that the proceedings there have concluded and that plaintiff's claims are properly before this court. The defendant's request for attorney's fees is denied at this time. (Cosgrove, J.). Notices mailed 7/2/2014**

Dated at Brockton, Massachusetts this 2nd day of July, 2014.

Robert S. Creedon, Jr.,
Clerk of the Courts

BY:

Adam Baler
Assistant Clerk

Telephone: (508) 747-8565

Copies mailed 07/02/2014

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 — cvdresult_2.wpd 1064165 mottext bissdani

# Commonwealth of Massachusetts

**PLYMOUTH COUNTY**       **SUPERIOR COURT DEPARTMENT**

**CIVIL ACTION NO.: 07-1433A**

```
FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAY 1 6 2014

Clerk of Court
```

**Michael Dockery**     Plaintiff,

v.

**GMAC Mortgage LLC,**
     **Defendant**

## PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

NOW COMES Plaintiff, MICHAEL DOCKERY, in the above-captioned matter and, pursuant to Rule 60(b) of the Massachusetts Rules of Civil Procedure, respectfully moves this Honorable Court, for relief from the Judgment entered by the Court on, OCTOBER 6, 2011, on the grounds of mistake, inadvertence, excusable neglect or any other reason justifying relief from the operation of the judgment. As grounds in support of this motion Plaintiff refers to the Affidavit attached hereto and incorporated by reference herein, and his memorandum of law.

Dated: March 28 2014

Respectfully submitted.

_____
Michael Dockery, Pro se

Telephone No.: 617-212-8141

---

*Handwritten annotation:*

7/2/14

"As the defendant represents that the bankruptcy of GMAC Mortgage remains before the US bankruptcy court and that that Court's 'stay remains in full force and effect,' this court takes no action, nor shall it, absent the filing of documentation from the bankruptcy court clearly indicating that proceedings there have concluded and that [...] are properly before this court..."

7/2/14
cc: MD
KS RS