

# SHECHTMAN
# HALPERIN
# SAVAGE, LLP

*A Limited Liability Partnership*

*Reply to: Pawtucket, RI office*

June 19, 2014

Marilyn Dockery
255 Court Street
Brockton, MA 02302

Marilyn Dockery
46 Sharon Street
Brockton, MA 02302

9414 8149 0113 5940 0667 88

RE: 255 Court Street, Brockton, MA
Loan No.: 0601340930
File No.: 5523804

Dear Madam/Sir:

This office represents **21st Mortgage Corporation,** current holder of the mortgage from Michael Dockery and Marilyn Dockery to Union Capital Mortgage Business Trust, dated August 16, 2005, encumbering certain real property located at 255 Court Street, Brockton, MA.

Enclosed herewith you will find a Notice issued by the Land Court of Massachusetts pursuant to the Servicemembers Civil Relief Act. Please note that the return date on the Notice is July 21, 2014.

This communication is from a debt collector.

Very truly yours,

Neil W. Heiger, Esq.

enclosure

Certified Mail R/R/R
and Regular Mail

352 Newbury Street
Boston, MA 02115
p 617.267.7000
f 617.267.7011

1080 Main Street
Pawtucket, RI 02860
p 401.272.1400
f 401.272.1403

One North Broadway, Suite 1004
White Plains, NY 10601
p 914.946.1888
f 914.946.1822

www.shslawfirm.com

(SEAL)

# COMMONWEALTH OF MASSACHUSETTS
# LAND COURT
# DEPARTMENT OF THE TRIAL COURT

14 MISC   14 MISC 484097

## ORDER OF NOTICE

TO:

Michael Dockery and Marilyn Dockery

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act:, 50 U.S.C. App. § 501 *(et seq)*.:

21st Mortgage Corporation

claiming to have an interest in a Mortgage covering real property in Brockton, numbered 255 Court Street, given by Michael Dockery and Marilyn Dockery to Union Capital Mortgage Business Trust, dated August 16, 2005, and recorded in Plymouth Registry of Deeds in Book 31197, Page 91, has filed with this court a complaint for determination of Defendants' Servicemembers status.

If you now are, or recently have been, in the <u>active</u> military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above-mentioned property <u>on that basis</u>, then you or your attorney must file a written appearance and answer in this court at **Three Pemberton Square, Boston, MA 02108 on or before** July 21, 2014    or you will be forever barred from claiming that you are entitled to the benefits of said Act.

Witness, JUDITH C. CUTLER, Chief Justice of said Court on June 5, 2014

Attest:

A TRUE COPY
ATTEST:

*Deborah J. Patterson*

RECORDER

Deborah J. Patterson
Recorder



# The Commonwealth of Massachusetts
## Administrative Office of the Land Court
Courthouse
Three Pemberton Square, 11th Floor
Boston, Massachusetts 02108

## LIMITED ASSISTANCE REPRESENTATION (LAR) INFORMATION SHEET

**NOTICE TO LITIGANTS:** As of January 2, 2013, the Land Court permits a party to engage a lawyer for only part of the litigant's case if he or she so chooses. Limited Assistance Representation (LAR) is available to any party who feels he or she cannot afford or does not want a lawyer for the entire case. LAR is an option for *any* party in *any* case filed in the Land Court. This information sheet answers many frequently asked questions, and more information is available at www.mass.gov/courts/landcourt.

### What is Limited Assistance Representation (LAR)?

LAR is when an attorney represents or assists a litigant (you) with part, but not all, of a legal matter. The attorney and litigant enter into a detailed limited assistance agreement that sets out what specific tasks the attorney will be responsible for and what specific tasks the litigant will be responsible for in the case.

### When can LAR be used in the Land Court?

As of January 2, 2013, an attorney may represent you on a limited basis in connection with *any* case (e.g., miscellaneous case, tax case, servicemembers action, partition case, or land registration case) pending or to be filed in the Land Court. LAR can be used at any stage in a case. LAR is available when a party does not wish to represent himself/herself throughout the entire case but does not wish to hire an attorney to represent him/her throughout the entire case. Together, you and your attorney will agree on who is responsible for completing which specific tasks in the case.

### How do I find an attorney who will represent me on a limited basis?

Attorneys must take a mandatory training before they may provide LAR. The Real Estate Bar Association for Massachusetts, Massachusetts Bar Association, Boston Bar Association, and local bar associations may be able to provide you with a list of attorneys who represent clients on a limited basis. The court and its employees cannot refer you to any particular attorney.

**If my attorney wants to file a Notice of Withdrawal of Limited Appearance and I feel the withdrawal is premature or contrary to the attorney-client agreement, what is the role of the judge in this case?**

The judge cannot intercede. It is incumbent on you and the attorney to draft and execute a clear and unambiguous limited representation agreement that specifically defines when the attorney will appear and withdraw. If you and your attorney disagree concerning your limited representation agreement, you should resolve the matter pursuant to the terms of that agreement. The method for resolving such disputes should be discussed with your attorney and understood by you before you enter into an LAR agreement.

12-12020-mg    Doc 7585-4    Filed 09/22/14    Entered 09/26/14 15:56:24    Exhibit D.
Defendants Notice    Pg 5 of 5