MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ------------------------------------------------------------- ) | |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON SEPTEMBER 30, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.**    **CONTESTED MATTER(S)**

**1.**    Motion of HSBC Bank USA, Inc. for Relief from the Automatic Stay [Docket No.
7392]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on Motion of HSBC Bank USA, Inc.
for Relief from the Automatic Stay [Docket No. 7421]

**Response(s)**:

**a.**    Affirmation [of Howard W. Rachlin for Lucienne Lombard] in Limited
Opposition to HSBC Motion for Relief from Automatic Stay [Docket No.
7564]

ny-1158392

    **b.**    ResCap Liquidating Trust's Response to Motion for Relief from the Automatic Stay Filed by HSBC Bank USA, N.A. as Trustee [Docket No. 7569]

**Reply**:

    **a.**    Reply Affirmation of HSBC Bank USA, N.A. in Support of Motion for Relief from Automatic Stay [Docket No. 7568]

**Status**:    The hearing on this matter will be going forward.

**2.**    Petition of Withdrawal [of Julie A. and Ronald A. Eriksen] to the United States District Court of the Northern District of Illinois Eastern Division, Under 28 U.S.C. 1334, 28 U.S.C. 157(d) and 28 U.S.C. 157(b)(5), and Request for Abstention and Stay by this Court [Docket No. 7493]

**Related Document(s)**:

    **a.**    Notice of Filing of Stipulation Setting Briefing Schedule for Motion Filed by Ronald and Julie Eriksen [Docket No. 7525]

    **b.**    So-Ordered Stipulation Setting Briefing Schedule for Motion Filed by Ronald and Julie Eriksen [Docket No. 7536]

    **c.**    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Response(s)**:

    **a.**    The ResCap Borrower Claims Trust's (I) Response to the Claimants' Request for Abstention and Stay by This Court and (II) Reply in Support of the ResCap Borrower Claims Trust's Sixty-Ninth Objection to Claims (No Liability Borrower Claims) [Docket No. 7548]

**Reply**:

    **a.**    Claimants' Reply to ResCap Borrower Claims Trust's Response to Notice of Petition for Withdrawal and Request for Abstention and Stay [Docket No. 7582]

**Status**:    The hearing on this matter will be going forward.

II.          **CLAIMS OBJECTIONS**

1.          ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims) [Docket No. 6988]

   **Related Document(s)**:

   a.          Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

   b.          Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

   c.          Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

   d.          Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

   e.          Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

   **Response(s)**:          None.

   **Status**:          The hearing on this matter has been adjourned to October 30, 2014.

2.          ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 7092]

   **Related Document(s)**:

   a.          Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7271]

   b.          Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to December 2, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7487]

   **Response(s)**:          None.

3

**Status**:    The hearing on this matter has been adjourned to December 2, 2014.

3.    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

b.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Aubrey Manuel (Claim No. 5634) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7481]

c.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554]

**Response(s)**:

a.    Response of Aubrey Manuel to the ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7308]

b.    Motion of Julie A. and Ronald A. Eriksen to Extend Time to Respond to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7309]

c.    Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7335]

(i)    Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7336]

d.    Response and Opposition of Claimant Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7351]

(i)    Declaration of Otis L. Collier, Jr. in Support of Response and Opposition to ResCap Borrower Claims Trust's Sixty-

Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7352]

**Reply**:

a.    The ResCap Borrower Claims Trust's (I) Response to the Claimants' Request for Abstention and Stay by This Court and (II) Reply in Support of the ResCap Borrower Claims Trust's Sixty-Ninth Objection to Claims (No Liability Borrower Claims) [Docket No. 7548]

b.    Claimants' Reply to ResCap Borrower Claims Trust's Response to Notice of Petition for Withdrawal and Request for Abstention and Stay [Docket No. 7582]

**Status**:    The hearing on this matter, solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079) and Otis Collier (Claim No. 5066) has been adjourned to October 30, 2014.  The Borrowers Trust and Aubrey Manuel are finalizing a stipulation to lift the automatic stay and therefore no hearing is required with respect to the claim field by Mr. Manuel (Claim No. 5634).  The hearing on this matter, solely as it relates to the claims filed by Ronald and Julie Eriksen (Claim Nos. 5573 & 5580), will be going forward.

4.    ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims) [Docket No. 7305]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims) to October 22, 2014 at 10:00 a.m. [Docket No. 7566]

**Response(s)**:

a.    Response of OneWest Claimants in Opposition to ResCap Liquidating Trust's Seventy-First Omnibus Objection to Claims (No Liability Claims) [Docket No. 7436]

(i)    Declaration of Rebecca Marks in Support of Response of OneWest Claimants in Opposition to Claim Objection [Docket No. 7437]

**Status**:    The hearing on this matter has been adjourned to October 22, 2014.

**5.**     The ResCap Liquidating Trust's Seventy-Second Omnibus Objection to (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) Duplicate Claims [Docket No. 7417]

   **Related Document(s)**:

   **a.**     Notice of Filing of Stipulation of Withdrawal of ResCap Liquidating Trust's Seventy-Second Omnibus Objection to (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) Duplicate Claims Solely as it Relates to the Claim Filed by Monty and Heather Allen (Claim No. 6768) [Docket No. 7567]

   **b.**     Certificate of No Objection Regarding The ResCap Liquidating Trust's Seventy-Second Omnibus Objection to (A) Amended and Superseded Claims; (B) Late Filed Claims; and (C) Duplicate Claims [Docket No. 7584]

   **Response(s)**:

   **a.**     Creditors Monty and Heather Allen's Opposition to Disallow Expungement of Claim No. 6768 (Debtor Homecomings Financial, LLC and/or GMAC LLC) [Docket No. 7524]

   **Status**:     This matter, solely as it relates to the claim filed by Monty and Heather Allen (Claim No. 6768), has been withdrawn.  A certificate of no objection has been filed with respect to all other claimants.  The ResCap Liquidating Trust will be submitting the order to the Court prior to the hearing. Consequently, no hearing with respect to this matter is required.

**6.**     The ResCap Liquidating Trust's Seventy-Third Omnibus Claims Objection (No Liability Claims) [Docket No. 7419]

   **Related Document(s)**:

   **a.**     Certificate of No Objection Regarding The ResCap Liquidating Trust's Seventy-Third Omnibus Claims Objection [Docket No. 7586]

   **Response(s)**:     None.

   **Status**:     A certificate of no objection has been filed.  The ResCap Liquidating Trust will be submitting the order to the Court prior to the hearing. Consequently, no hearing with respect to this matter is required.

7.     The ResCap Liquidation Trusts' Seventy-Fourth Omnibus Objection to Claims
       (Modified Claims) [Docket No. 7454]

**Related Document(s)**:

a.     Certificate of No Objection Regarding The ResCap Liquidating Trust's
       Seventy-Fourth Omnibus Objection to Claims (Modified Claims) [Docket
       No. 7587]

**Response(s)**:     None.

**Status**:     A certificate of no objection has been filed.  The ResCap Liquidating Trust
       will be submitting the order to the Court prior to the hearing.
       Consequently, no hearing with respect to this matter is required.

## III.     STATUS CONFERENCE

1.     Memorandum Opinion and Order Granting in Part and Denying in Part Motion for
       Reconsideration [Docket No. 6785]

**Related Document(s)**:

a.     Memorandum Opinion and Order Sustaining in Part and Overruling in Part
       Debtors' Objection to Proof of Claim No. 1984 Filed by Katherine Parker-
       Lowe and Proof of Claim No. 1991 filed by Rex and Daniela Gilbert
       [Docket No. 5660]

b.     Motion for Reconsideration of the Memorandum Opinion and Order
       Sustaining in Part and Overruling in Part Debtors' Objection to Proof of
       Claim No. 1984 Filed by Katherine Parker-Lowe and Proof of Claim No.
       1991 Filed by Rex T. Gilbert, Jr. and Daniela Gilbert [Docket No. 5983]

c.     Amended Motion for Reconsideration of the Memorandum Opinion and
       Order Sustaining in Part and Overruling in Part Debtors' Objection to Proof
       of Claim No. 1984 Filed by Katherine Parker-Lowe and Proof of Claim
       No. 1991 Filed by Rex T. Gilbert, Jr. and Daniela Gilbert [Docket No.
       6386]

**Response(s)**:

a.     Objection of the ResCap Borrower Claims Trust to Motion for
       Reconsideration of the Memorandum Opinion and Order Sustaining in Part
       and Overruling in Part Debtors' Objection to Proof of Claim No. 1984
       Filed by Katherine Parker-Lowe and Proof of Claim No. 1991 Filed by Rex
       T. Gilbert, Jr. and Daniela Gilbert [Docket No. 6269]

**Status**:     A status conference on this matter will be going forward.

Dated:  September 26, 2014        /s/ Norman S. Rosenbaum
        New York, New York        Norman S. Rosenbaum
                                   Jordan A. Wishnew
                                   MORRISON & FOERSTER LLP
                                   250 West 55th Street
                                   New York, New York 10019
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date*
*Debtors, The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*