KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – UNDERWRITER INDEMNIFICATION CLAIMS) TO DECEMBER 2, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988] (the "**Omnibus Objection**") previously scheduled to be heard on **October 30, 2014 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned to **December 2, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Omnibus Objection is extended to **November 11, 2014 at 4:00 p.m. (prevailing Eastern Time).**

Dated: October 2, 2014
New York, New York

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        /s/ Douglas H. Mannal
        Kenneth H. Eckstein
        Philip Bentley
        Douglas H. Mannal
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        *Counsel for the ResCap Liquidating Trust*