# MICHAEL A AND GLORIA S MCGUINTY

708 53rd Terrace East Bradenton Florida 34211
Ph 941-752-6340 cell 941-799-0439

September 19, 2014

Most Honorable Judge Martin Glenn
Subject: Res Cap Document #7552 September 17.2014

**RESPONSE MAILED DOCUMENTS DATED 9/17/2014   RECEIVED TO ME 9/19/2014**
Today as a result of Court Document #7552 filed against me and my wife Gloria I submit the following information. This is in addition to Courts Ruling on January 23,2014 Court Document #6335, 500 plus documents and Claim amount $ 449,005.87 ( EXHIBIT #5 ) See page 9a I have already submitted to the court.

## GMAC Ignored the following Facts

1  FACT: The Federal Disability Act entitled me to relief under President Obama's HAMP Program.
Since 2000 the Federal Government said I was under to Federal Compensation Program for Disability and Handicap Persons. 1 Polio damage on the left side of my body 2 Heart Murmur 3 FORTY NINE STICHES left four fingers of my left hand. ( EXHIBIT #1)

2  Fact: GMAC letter to me and Gloria dated August 30,2006 from Mr. Tom Evich (Vice President of Marketing) GMAC. Mr. Evich of GMAC offered to Gloria and me the following.
   #1 " Get cash out of your home"  GMAC CHECK $158,303.00
   #2 " Lower my monthly payments"
   #3 " Save money over the life of your loan "
   #4 " Buy your next home "  GMAC CHECK $ 174,303.00  ( EXHIBIT # 2)

3  Fact: GMAC resold my $500,000 Brighton Michigan home for pennies on the dollar GMAC made a profit of $17551.53 offered a low down payment and reduced interest. Question?? Why was I not offered the same benefits. *In my active 35 year history I had paid GMAC back thousands of dollars*  ( EXHIBIT # 3 )

4  Fact: Federal Reserve Letter dated April 17, 2014 ( LAST 9 WORDS ) **" YOU MAY PURSUE ADDITIONAL ACTIONS RELATED TO YOUR FORECLOSURE"** This letter alone proves Gloria and I have been abused, cheated and robbed by GMAC. ( EXHIBIT # 4)

5 Fact: GMAC in our asset to liability ratio the two homes are worth over $ 900,000.00 both properties were in show room condition *I gave the court $63,826.48 in HOME IMPROVEMENT receipts* I have personal paintings worth thousands. Chase & GM Fidelity IRAS  Schimmel ( $5000.00) Grand Piano I forced to give away as I had no place to keep it in my Florida

6 Fact: Gloria and I had paid and made EXTRA advanced payments met all our financial obligations until the *State of Michigan FINDINGS TO Gloria and me!! GMAC had no interest in helping us keep our Florida and Michigan homes. The State of Michigan conclusion file Chapter 7 Bankruptcy*.
 GMAC PLAN DEPLETE US OF OUR CAPITAL ASSETS AND THEN TAKE BOTH FLORIDA AND MICHIGAN PROPERTIES.

Sincerely
*Gloria M*cGuinty*     *Michael McGuinty*
Gloria and Michael McGuinty

CC Office of the United States Trustee, Morrison Forester llp, ResCap Borrower Claims Trust, Honorable Senator Elizabeth Warren, Ms. Mary T Barra (Ceo of General Motors)

1-OF-9A & 9B

RECEIVED OCT - 2 2014 U.S. BANKRUPTCY COURT, SDNY

ATTACHMENT #2

Claimant: MICHAEL A MCGUINTY
SSN: ███-██-3593    Examiner: Q -DAJ

000128300639

3. SHOPPING    K-MOORE

Do you grocery shop? Yes X   No___. If yes, how do you get there?
If no, go to question 4.

I DRIVE MYSELF, MY WIFE DOES GROCERY SHOPPING

If you must rest while shopping, please explain why and for how long?

If you need help, please explain what kind and why: (EXHIBIT #1)
COURT DOC# 7552

If this has changed, describe HOW it has gotten better or worse.

WITH AGE IT HAS GOTTEN WORSE

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

4. HOUSEHOLD DUTIES:

Describe what kind of chores you do at home:

I LIVE IN A CONDO WHERE THEY CUT MY GRASS, SHOVEL MY SNOW, AND DO MY MAINTENANCE. I MOVED HERE FROM MY HOME 18 MONTHS AGO.

How long does it take you to finish? _____. If you must stop, how long before you can work again? _____
Does anyone help you with this work? Yes ___ No ___. If yes, explain what kind of help you get and why:

If this has changed, describe HOW it has gotten better or worse.

5. Do you have problems with any of the following? Please explain.

Dressing: Yes X  No___    WEAKNESS ON MY LEFT SIDE
I MUST COMPENSATE FOR IT, I USE THE RIGHT SIDE OF MY BODY

Bathing or showering: Yes X  No___

Shaving, grooming: Yes X  No___

Sleeping or eating: Yes X  No___

7-OF-27    2-OF-9

DDS-408 (G)  09/99

Authority: Federal 45 CFR 45 CFR. Completion: Voluntary. The Family Independence Agency will not discriminate against any individual or group because of race, sex, religion, age, national origin, color, marital status, handicap, or political beliefs.

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

*ATTACHMENT #2*

Claimant: MICHAEL A MCGUINTY
SSN: ███-██-3593    Examiner: Q -DAJ

000128300639

6. Are you able to use public transportation? Yes ✓ No ___. If not, please explain why:

K- MOORE

(EXHIBIT #1)

COURT DOC #7552

7. Have there been any changes in your recreational activities: YES

8. What other activities are included in your normal daily routine?
MY HEART DOCTOR RECOMMENDED I RETIRE

9. Has your physician prescribed any medication? Yes X No ___. If yes, please list all medication you take. How much, how often?
ZOCOR

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

10. Do you have any side effects from any medication you are currently taking? Yes X No ___. If yes, please describe.
PAIN IN MY ARMS

11. Has your doctor(s) told you to limit your activities in any way? If yes, please list limitations. YES. I USED TO RUN AND JOG SINCE THE EARLY EIGHTIES & HE HAS MADE ME CUT BACK TO WALKING.

_____    810-229-4872    2-7-2000
Signature                     Phone           Date

3-OF-9

8-OF-27

DDS-408 (G)  09/99

Alabama   Federal 45 CFR 45 CFR%. Complainant Voluntary.   The Family Independence Agency will not discriminate against any individual or group because of race, sex,
                                                     religion, age, national origin, color, marital status, handicap, or political beliefs.

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

(Exhibit #3)

# GMAC Mortgage

(Court Doc # 7552) **SmartWatch**

Customer Relationship Group
7 Carnegie Plaza
Cherry Hill, NJ 08003-1020

August 30, 2006

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

Michael A. McGuinty
Gloria S. McGuinty
4757 Roundtree Dr.
Brighton, MI 48116-5140

Dear Michael and Gloria,

It's a pleasure to have you as a GMAC Mortgage Corporation customer. Here's hoping that 2006 is off to a great start and that you're reaching all of the goals you've set for yourself and your family.

*SmartWatch®* is a confidential and comprehensive summary of your GMAC Mortgage account. In your report, you'll find the latest snapshot of your account activity as well as valuable information you can use to:

- *Get cash out of your home*
- *Lower your monthly payment*
- *Save money over the life of your loan*
- *Buy your next home*

**Log on to *SmartWatch®* Online to get even more from your report.**

Just visit gmacmortgage.com, log on to your account, click on the *SmartWatch®* logo, and you're ready to go. With *SmartWatch®* Online, you can access daily rate updates, tailor property value information and home equity balances to reflect your current situation — and much more. It's a great resource that can help you make timely and smart decisions relating to your mortgage and other financing needs.

**SAVE ON HOME IMPROVEMENTS with a GMAC Home Equity Line of Credit.†**

Get easy access to the money you need just by writing a check. Plus the interest you pay on your home equity line of credit may be fully tax deductible.* And because you're already a GMAC Mortgage customer, we've waived the application fee and closing costs, which can put even more money in your pocket.††
To apply, or for details, call the number below.

**GMAC Mortgage is here to help.**

For questions about your *SmartWatch®* report, or anything to do with your GMAC Mortgage account, please call the *SmartWatch* Center at 1-866-578-7970. We're at your service.

Sincerely,

*Tom Evich*

Tom Evich
Vice President, Marketing

> **SMARTWATCH® SAVINGS ALERT**
>
> **TURN YOUR HOUSE INTO YOUR DREAM HOME — AND SAVE — WITH A GMAC MORTGAGE HOME EQUITY LINE OF CREDIT.†**
>
> - No application fee or lender closing costs††
> - Get easy check access to the funds you need
> - Interest paid may be tax deductible*
> - Fast, hassle-free application process
>
> Call
> 1-866-578-7970
> to apply.

4-OF-9

**GM FAMILY FIRST**

P.S. No matter what you need — to get cash out of your home, to lower your monthly payments, or to save money over the life of your loan — we are here to help. Call us at 1-866-578-7970.

SW08192006

Mr. & Mrs. McGuirty
8708 53rd Terrace E
Bradenton, FL 34211

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

EXHIBIT #2
COURT DOC #7552

## Your SmartWatch Report.

No matter what plans you have (or don't have) for your home, the information we've prov...
is to help you make smart financing decisions.

### Your current loan information as of: 8/17/2006

| | |
|---|---|
| Property: 8708 53rd Terrace East<br>Bradenton, FL 34202 | Remaining term: 324 months |
| Loan #: 0654628630 | Adjusted remaining term: 302 months<br>(After pre-paid principal or extra payments, for example.) |
| Loan type: 30 Year Fixed Rate | Original appraised home value: $225,000.00 |
| Rate: 5.375% | |
| Monthly payment: $620.45 (Principal and interest only) | Estimated current value [2]: $400,000.00 |
| Approximate principal balance [1]: $102,751.91 | Total estimated equity [2]: $198,303.00 |
| | Home equity loan/line of credit balance(s): $98,94... |

### Goal: Get cash now.

**A** **Do a "cash out" refinance** with a new 30 Year Fixed Rate mortgage and assuming a rate of 6.750% (6.805% APR).[3]

**Get up to $158,303 cash.** If you choose the maximum amount, your monthly payment (principal and interest) would be about $1,693.

**B** **Do a "cash out" refinance with the same or lower payment** (principal and interest), with a new 30 Year Fixed Rate mortgage, and assuming a rate of 7.125% (7.185% APR).[3]

A 'cash-out' refinance, for the same payment you have today, may not make sense for you now. Please call us for more information.

**C** **Get a home equity loan or line of credit.**[4]

**You already have a GMAC Mortgage home equity line of credit** with a line limit of $100,000. Use your line of credit to pay for home improvements, consolidate debts, pay for education and much more.

### Goal: Lower your monthly payment.

**D** **Refinance your current balance** with a 30 Year Fixed Rate loan and assuming a rate of 6.750% (6.805% APR).[3]

**You're already in good shape**, because your rate is about the same as or better than today's rate.

**E** **Refinance and change to a 15 Year Fixed Rate loan** and assuming a rate of 6.500% (6.586% APR).[3]

**No monthly savings.** If you switched to a 15 Year Fixed Rate mortgage, your monthly payment (principal and interest) would actually go UP by about $275 per month. You may achieve significant savings, however, over the life of your loan. See G on the next page.

5-OF 9

SWCMM0706

Mr. & Mrs. McCauley
8708 53rd Terrace E
Bradenton, FL 34211

(EXHIBIT #2)
(COURT DOC#7552)

## Goal: Save over the life of your loan.

**F** — **Refinance your current balance** with a 30 Year Fixed Rate and assuming a rate of 6.750% (6.805% APR).[3]

**No long-term savings.** You would actually pay $52,546 MORE than your current loan. You may, however, lower your monthly payment. See D on the previous page.

**G** — **Refinance and change to a 15 Year Fixed Rate loan** and assuming a rate of 6.500% (6.586% APR).[3]

**$26,262 life-of-loan savings.** Your monthly payment (principal and interest) would be about $895.

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**H** — **Get an Instant Decision on a GMAC Mortgage Equity Rewards Card,** the MasterCard credit card that helps pay down your mortgage![5]

**Every Purchase you make pays down your mortgage!** For every $1 you charge to the card, you earn one point. Each time you earn 2,500 points, $25 will be applied to your GMAC Mortgage balance automatically on a quarterly basis. Call 1.800.821.8758 to apply now!

## Goal: Buy your next home.

**I** — **Available equity for down payment.** The estimated amount you would have for a new home down payment from the sale of your existing home.[6]

**$174,303.** This figure represents 94% of your estimated equity, based on your loan balance and approximate home value less 6% Real Estate commission.

**J** — **You qualify for HomeCommand**[SM], a guaranteed way to lock in the rate on the home you want and close on time.[7,8,9]

**Receive a credit pre-approval decision, rate lock, and guaranteed closing date** so you can shop without interest rate worries. Lock in your rate for up to 120 days while you shop for a new home. You'll get your initial lock-in rate or the rate in effect 10 days prior to closing, whichever is lower. If we don't meet your date, we'll give you $250.

**K** — **Real Estate Cash Back Offer.** Advance registration is required and certain restrictions apply. Not available in all states. Call 1.877.531.4622 for more information or to register.[10]

**Get $3 cash back per $1,000** of the sale price and/or purchase price of your home when you sell or buy through our affiliated nationwide network of real estate brokers.

Building a custom home or making renovations to your existing home? GMAC Bank has the experience, resources, and construction financing options to support you from the ground up, every step of the way. Call your Construction Loan Consultant today at 1.888.691.4622.

6-OF-9

**Questions?** Just call the SmartWatch Center at 866-578-7967

These examples are based on mortgage rates as of 8/17/2006

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

# SmartWatch

(EXHIBIT #2)
(COURT DOC# 7552)

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

7-OF-9

otes and disclosures for Letter

ne Equity financing is subject to application and approval. Not available in all states.

sult your tax advisor.

ne Equity Lender Closing Costs applies to owner-occupied single-family residential properties only. GMAC Mortgage will waive the cost of the appraisal fee, notary fees, lender title insurance, ow/closing fees and recording the Home Equity mortgage. Borrower is responsible for all other costs. For example, mortgage tax, state stamps, association fee, property taxes, hazard insurance, home ity costs, such as annual fees, where they apply. Subject to underwriting approval. Not all applicants will be approved. Full documentation and property insurance required. Loan secured by a lien against r property. Some restrictions apply. Terms and conditions apply.

otes and disclosures for SmartWatch Report

is not an actual pay-off figure.

loans over one year in age, the estimated home value and equity are based on the use of an Automated Valuation Model (AVM). An AVM is produced by the use of a third party service provider which lyzes recent properties sold in your area to arrive at an estimated property value. If you wish to obtain new loan financing with GMAC Mortgage Corporation, a standard third party property appraisal rt may be required which GMAC Mortgage Corporation will use in making a property underwriting decision. Please note that the results from a formal third party appraisal report may differ from the roximate property value assessed by the use of an AVM. This figure could change based on other liens of record and any change in market value of your property. Customers who have Private Mortgage rance (PMI) must get a full appraisal, not AVM to remove PMI.

 information contained in this refinance illustration reflects rates made available to GMAC Mortgage Corporation on a given date and are subject to change without notice and are based on borrower ibility. Payment savings calculations are based on principal and interest only. Taxes and insurance are extra. Loans that exceed 80% of the property value may require private mortgage insurance which t reflected in payment or savings amounts shown. Terms and conditions apply as well as closing costs. Be advised that applicants who are refinancing to a longer loan term in order to lower their thly payment amount will see an increase in the total amount paid over the life of the loan. Availability of this program is subject to your submission of a formal loan application and approval. Please call nore information or to apply. As an example, a $200,000 mortgage with a term of 30 years at a fixed interest rate of 6.5% (6.641% APR) would result in 360 monthly principal and interest payments of 64.14. This example assumes $2,900 closing costs paid in cash at closing. GMAC Mortgage provides several options for reduced and no-closing cost loans. This example does not include additional and charges required for most loans and assumes all closing costs are paid in cash at the time of closing.

available in all states.

re are fees associated with the Mortgage Accelerator program. Please call for more information.

umes borrower sells their current home and pays off their existing mortgage to obtain the down payment to purchase a new home. Programs may be available, subject to availability and borrower's ification, to provide temporary financing for the purchase down payment until the existing home is sold.

approval is for credit purposes only and is not a commitment to lend. Contact a GMAC Mortgage Corporation representative for complete details.

ject to state law, an up-front lock-in fee may be required. To the extent a lock-in fee is collected, you will have until the midpoint of the lock-in period to produce a fully executed agreement of sale for urchase of a property. The new loan must close and fund prior to the expiration of the lock-in period. The lock-in fee is applicable to closing costs, but non-refundable subject to applicable state law.

 one $250 payment will be issued by GMAC Mortgage Corporation on any approved loan which does not close and fund by the date mutually agreed upon by the borrower(s) and GMAC Mortgage oration. The closing date is to be mutually agreed upon at the time of the rate lock agreement. If the guaranteed closing date is not met, refund requests must be made in writing from the borrower and ld be forwarded to the originating loan officer. A check in the amount of $250 made payable to the borrower(s) will be sent to the borrower(s) approximately 30 days from loan closing. This closing guarantee does not apply if your closing is delayed by circumstances not within our control including, but not limited to: liens or other title defects affecting the property you are purchasing; loss of loyment; closing date changes initiated by the buyer, seller or Realtor; failure to submit required information within 5 business days of our request; changes in the initial loan application or loan program to events such as an inability to verify the property value, applicant's or the co-applicant's income; or requirements stipulated but not met within the sales agreement (e.g. termite certificate). Offer ect to approval. Terms may change. Contact a GMAC Mortgage Corporation representative for complete details.

-back offer may be limited or prohibited by law in some states and is not available in those states. Location of property being purchased or sold determines applicable state law. Cash-back offer not lable in a number of states, including the following: Alaska, Iowa, Kansas, Louisiana, Mississippi, Missouri, New Jersey, Oklahoma, Oregon, Tennessee and West Virginia. You must contact GMAC e Services before contacting a real estate broker. Cash-back is based on the purchase/sale price of the home. Allow 30 days after closing for cash-back to be awarded. If your home is already listed, or are currently working with a real estate agent, this is not a solicitation for business. Real estate services provided by GMAC Home Services.

for details about our Express Purchase program for current customers. Not all borrowers will qualify for expedited processing.

AC Mortgage Construction Loans empowered by GMAC Bank. ©GMAC Bank Member FDIC and Equal Housing Lender

TE: For all programs, terms and conditions apply and may change. We make every effort to assure that the information provided is accurate as of the date we prepare the data for printing, but on rare sions errors in our systems and printing may occur. If you believe there is an error in the information provided or to confirm this information, please contact us at the number on the front of this letter.

Housing Opportunity
a Mortgage License Number BK-7670, Licensed by the Department of Corporations under the California Residential Mortgage Lending Act, Georgia Mortgage Lender License #5845, Illinois ntial Mortgage Licensee; Massachusetts Mortgage Lender License Number ML1556, Minnesota This is not an offer to enter into an agreement. Any such offer may only be made pursuant to Minn 47.206 (3) & (4), Mississippi Registered Mortgage Company, Montana Licensed Mortgage Broker #000207, Licensed by the New Hampshire Banking Department, Licensed by the NJ Department of g and Insurance, 45 Eisenhower Dr., Paramus, (201) 226-1199, Licensed Mortgage Banker - NYS Banking Department, Licensed by the Pennsylvania Department of Banking, Licensed RI Lender and Licensed by the Virginia State Corporation Commission MLB-81

chusetts Mortgage Lender License Number ML1556, Licensed by the New Hampshire Banking Department; In Tennessee home equity credit lines and loans offered by GMAC Mortgage Corporation

 GMAC Mortgage Corporation



[Page shows reverse/bleed-through of a letter. Visible through the back: envelope addressed to "Mr. & Mrs. McGuinty, 8708 53rd Terrace E, Bradenton, FL 34211". Handwritten notation "7-of-9".]

COURT DOC # 7552
EXHIBIT (#3)



```
        16  19
    247, 537. 59
    229, 986. 06
    ─────────────
       17,551.53
```

Loan # 06546294.
Claim # 5970

8-of-9

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

Page 1 of 1



**BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551**

DIVISION OF CONSUMER
AND COMMUNITY AFFAIRS

April 17, 2014

Michael and Gloria McGuinty
8708 53rd Terrace East
Bradenton, FL 34211

(EXhiBiT #(4))

CourT DOC # 7552

Dear Mr. and Ms. McGuinty:

In our correspondence to you dated February 6, 2014, we advised that we had reopened your complaint regarding the eligibility of your loan (ending in 9422) for the payment agreement between the Federal Reserve Board and GMAC Mortgage (GMACM). This letter is to inform you that we have completed our investigation regarding your complaint.

As you know, in June 2013 we informed you that GMACM had confirmed that this loan was eligible for the Independent Foreclosure Review. However, when you contacted Rust Consulting, Inc. (Rust) earlier this year, you were advised that the loan (ending in 9422) was not eligible for a payment under the payment agreement. During our investigation, we learned that the first legal action to foreclose on your loan (ending in 9422) was filed on April 14, 2011, which was outside the timeframe (between January 1, 2009 and December 31, 2010) for a loan to be eligible for consideration related to the payment agreement.

Nevertheless, to resolve your complaint, GMACM has confirmed that a $7,500 payment will be issued to you. Please note that the $7,500 payment amount is final, and there is no process to appeal the payment.

On April 16, 2014, Rust confirmed that your check is expected to mail no later than May 19, 2014. If you choose to accept the payment, you must cash or deposit the check within 90 days of the date on the check, or the check will be void. By cashing or depositing the check, you do not waive any legal claims against the servicer, and you may pursue additional actions related to your foreclosure.

We hope this information is helpful to you.

Sincerely,

Division of Consumer and Community Affairs

9-OF-9

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

| DATE | REFER # | GMAC FORCED LOSS | Amount |
|---|---|---|---|
| 7/2/2013 | 1 | Postal Fees(55 Certified Lett | $373.87 |
| 7/2/2013 | 2 | loss 20% Payment $331,000. | $66,200.00 |
| 7/2/2013 | 3 | Home Improvements | $63,626.48 |
| 7/2/2013 | 4 | Bigelmann Ass PC | $3,469.00 |
| 7/2/2013 | 5 | GMAC PROFIT ON RESALE | $17,551.53 |
| 7/2/2013 | 6 | LOSS 13 Extra house Payme | $10,000.00 |
| 7/2/2013 | 7 | Florida Move | $6,085.41 |
| 7/2/2013 | 8 | Schimmel Piano | $5,000.00 |
| 7/2/2013 | 9 | Staples Stamp #5970 ResCa | $20.22 |
| 7/2/2013 | 10 | Green Path Mrtg Certificates | $100.00 |
| 7/2/2013 | 11 | Cartridge World Paper&ink | $34.64 |
| 7/2/2013 | 12 | Deliver 55 Certified Letters Po | $55.00 |
| 7/2/2013 | 13 | Res Cap #5970 Print&Bind | $150.00 |
|  |  | Sub Total | $172,666.15 |

|  |  |
|---|---|
| 5 years research work ($1000.00 x 60 Months) | $60,000.00 |
| 5 years GMAC ABUSE ($1000.00 60 Months) | $60,000.00 |
| 13 years personal labor to rebuild abandoned House ($1000.00 x156 Months) | $156,000.00 |
| Sub Total | $448,666.15 |
| Staples Printing 9/29/2013 | $201.50 |
| Postal Fees(3 Certified Ltrs) | $30.22 |
| Postal Fees Today EST. | $108.00 |
| TOTAL | $449,005.87 |

(EXHIBIT #5)
COURT DOC #7532

**GMAC DESTROYED OUR PERSONAL
2009 CREDIT RATING 950
2010 CREDIT RATING 600 TODAY
JUNK
RESULT   CHARGED EXCESSIVE INTEREST RATES**

RES CAP CLAIM #5970
GMAC MORTGAGE #0854629422

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

1-OF-9A

Page 1

**Meadows Dental Associates**
4987 Ringwood Meadow
Sarasota, FL  34235-2003
(941)377-3659

*Additional Expense as a result of Gmac/Gm Bankruptcy*
*$11,828.—*

December 20, 2005

Michael A. McGuinty
8708 53rd Terrace East
Bradenton, FL  34211

| Account Aging | |
|---|---|
| Current | $0.00 |
| 30 Day | $0.00 |
| 60 Day | $0.00 |
| 90 Day | $59.60 |
| Contract | $0.00 |
| Balance Due | $59.60 |
| Estimated Ins | $0.00 |
| **Balance Due Now** | **$59.60** |

ID: 7249

| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|---|---|---|---|---|---|---|
| 2/18/2014 | Michael | Todd W McCabe, DMD 4 | Prim Ins Pmt - Insurance Check Number 4361 for claim from 02/03/14 for ($109.50) | | | |
| 2/3/2014 | Michael | Todd W McCabe, DMD 4 | D2331 - Comp - Resin-two surfaces, anterior (Est Insurance $50.00) | 6 | ML | 148.00 |
| | Michael | Todd W McCabe, DMD 4 | D2331 - Comp - Resin-two surfaces, anterior (Est Insurance $50.00) | 7 | DL | 148.00 |
| | Michael | Todd W McCabe, DMD 4 | D2331 - Comp - Resin-two surfaces, anterior (Est Insurance $50.00) | 7 | ML | 148.00 |
| | Michael | Todd W McCabe, DMD 4 | D0004 - Seat Crown | 12 | | .00 |
| 1/21/2014 | Michael | Todd W McCabe, DMD 4 | Prim Ins Pmt - Insurance Check Number 5660 for claim from 01/08/14 for ($94.50) | | | |
| | Michael | Todd W McCabe, DMD 4 | Prim Ins Pmt - Insurance Check Number 5660 for claim from 01/08/14 for ($428.00) | | | |
| 1/8/2014 | Michael | Todd W McCabe, DMD 4 | D2750 - Crown-porc fuse high noble mtl (Est Insurance $363.50) | 12 | | 896.00 |
| | Michael | Todd W McCabe, DMD 4 | D2950 - Crown buildup, includ any pins (Est Insurance $52.25) | 12 | | 251.00 |
| | Michael | Todd W McCabe, DMD 4 | D2331 - Comp - Resin-two surfaces, anterior (Est Insurance $50.00) | 11 | ML | 199.00 |

|  |  |
|---|---|
| Tax: | 0.00 |
| **Today's Charges:** | 3,630.00 |
| - Today's Payment: | 2,874.25 |
| **Balance Due:** | **$59.60** |

| Contract Balance | Estimated Insurance | Previous Balance | Charges Today | Payments Today | Adjustments Today | Balance Due Now |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | -696.15 | 3,630.00 | 2,874.25 | 0.00 | 59.60 |

*9B2*

Continued

Current Dental Terminology (CDT) © American Dental Association (ADA).  All rights reserved.

Meadows Dental Associates
4987 Ringwood Meadow
Sarasota, FL  34235-2003
(941)377-3659

*Additional Expense as a result of Gmac/GM Bankruptcy $11,828.—*

December 08, 2010

**Gloria McGuinty**
8708 53rd Terrace East
Bradenton, FL  34211

ID: 10128

| Account Aging | |
|---|---:|
| Current | $0.00 |
| 30 Day | $0.00 |
| 60 Day | $0.00 |
| 90 Day | $26.15 |
| Contract | $0.00 |
| Balance Due | $26.15 |
| Estimated Ins | $0.00 |
| **Balance Due Now** | **$26.15** |

| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|---|---|---|---|---|---|---:|
| 3/20/2014 | Gloria | Nathalie Boyle, RDH | D1110 - Prophy - Adult (Est Insurance $54.00) | | | 74.00 |
| | Gloria | Todd W McCabe, DMD 4 | D0120 - Exam - Periodic oral evaluation (Est Insurance $24.00) | | | 40.00 |
| 2/26/2014 | Gloria | Todd W McCabe, DMD 4 | D0004 - Seat Crown | 12 | | .00 |
| 2/21/2014 | Gloria | Todd W McCabe, DMD 4 | OV - RECEMENT TEMP | | | .00 |
| 2/3/2014 | Gloria | Todd W McCabe, DMD 4 | OV - #12 back to lab | | | .00 |
| 1/21/2014 | Gloria | Todd W McCabe, DMD 4 | Prim Ins Pmt - Insurance Check Number 5660 for claim from 01/08/14 for ($403.00) | | | |
| 1/8/2014 | Gloria | Todd W McCabe, DMD 4 | D2750 - Crown-porc fuse high noble mtl (Est Insurance $338.50) | 12 | | 896.00 |
| | Gloria | Todd W McCabe, DMD 4 | D2950 - Crown buildup, includ any pins (Est Insurance $64.50) | 12 | | 211.00 |
| 12/3/2013 | Gloria | | Acct Pmt - Visa Credit card payment for ($200.00) | | | |
| 12/2/2013 | Gloria | ZHygiene ZCollections | Prim Ins Pmt - Insurance Check Number 8283 for claim from 11/21/13 for ($54.00) | | | |
| 11/21/2013 | Gloria | Nathalie Boyle, RDH | D1110 - Prophy - Adult (Est Insurance $54.00) | | | 74.00 |

| | | |
|---|---|---:|
| | Tax: | 0.00 |
| | Today's Charges: | 8,198.00 |
| | - Today's Payment: | 8,602.50 |
| | - Adjustments Today: | -60.00 |
| | **Balance Due:** | **$26.15** |

| Contract Balance | Estimated Insurance | Previous Balance | Charges Today | Payments Today | Adjustments Today | Balance Due Now |
|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 490.65 | 8,198.00 | 8,602.50 | -60.00 | **26.15** |

9B¹

Continued

Current Dental Terminology (CDT) © American Dental Association (ADA). All rights reserved.