Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |
---------------------------------------------------------------x    **Hon. Martin Glenn**

**CERTIFICATE OF NO OBJECTION TO:**

**AMENDED APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSES AND IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. §503**

The undersigned certifies that more than Twenty (20) days pursuant to L.R. 9075-2 have passed without an objection being filed or served with respect to the Amended Application for Allowance of Administrative Expenses and Immediate Payment Pursuant to 11 U.S.C. §503. Additionally Proof of Claim Number 345 filed July 27, 2012; Proof of Claim Number 7413 received no objection as well and, therefore, Creditor Conrad P Burnett Jr., Creditor dismissed as agreed through Adversary Proceeding Case No.: 1:12-ap-02049 dismissed without entry of judgment contingent on the payment of said claims. A copy of the Certificate of Service was generated via ECF on September 10, 2014 at 7:20 p.m.

**WHEREFORE**, pursuant to the Court's Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Claims, Conrad P Burnett Jr will be paid fees in the amount to $750,790.00 which is comprised of 100% of its actual value of "Real Property" and attorney fees and miscellaneous services during a two (2) year period prior to the filing of this Chapter 11.

Date: 10/3/2014                                              Respectfully Submitted,

                                                             _____/s/_____

                                                             Pablo E. Bustos, Esq.
                                                             Attorney for the Creditor

Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
                                                :     Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                :
                                                :     Jointly Administered
                           Debtors.             :
---------------------------------------------------------------x    **Hon. Martin Glenn**

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing is to be electronically filed with the Clerk of the Court using ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

Date: 10/3/2014                         By: _____/s/_____

                                        Pablo E. Bustos, Esq.
                                        Attorney for the Creditor