Page 97 of 269

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

DEPARTMENT C-22

KAREN MICHELE ROZIER, AN INDIVIDUAL,    )
                                        )
                    PLAINTIFF,          )
                                        )
            VS.                         )  CASE NO 30-2012
                                        )          00601310
BANK OF AMERICA, NATIONAL ASSOCIATION   )
AS SUCCESSOR BY MERGER TO LASALLE BANK  )
NATIONAL ASSOCIATION AS TRUSTEE FOR     )
RAAC 2007RPI; RESIDENTIAL FUNDING       )
COMPANY; AND DOES 1-100;                )
                                        )
                    DEFENDANTS.         )
                                        )
_____ )


HONORABLE SHEILA FELL, JUDGE PRESIDING

REPORTER'S TRANSCRIPT

MAY 10, 2013


APPEARANCES OF COUNSEL:

FOR PLAINTIFF:

KAREN MICHELE ROZIER
IN PROPRIA PERSONA

FOR DEFENDANTS LUIS RODRIGUEZ AND SALLY BELTRAN:

LOCKE LORD LLP
BY:   CHRISTOPHER LEE
      ATTORNEY AT LAW

FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION, ETC.:

SEVERSON & WERSON
BY:   YARON SHAHAM
      ATTORNEY AT LAW


ALICIA DUBOIS, CSR #6164
OFFICIAL COURT REPORTER



Page 98 of 269

1

```
 1        SANTA ANA, CALIFORNIA – FRIDAY, MAY 10, 2013

 2                    MORNING SESSION

 3                       *****

 4

 5        (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN

 6   COURT:)

 7

 8        THE COURT:  OKAY.  LET'S SEE.  WE HAVE ROZIER

 9   VERSUS BANK OF AMERICA.

10        MRS. ROZIER:  HELLO, YOUR HONOR.

11        THE COURT:  I JUST NEED YOUR APPEARANCE FOR THE

12   RECORD.

13        MRS. ROZIER:  KAREN ROZIER, PLAINTIFF.

14        MR. LEE:  GOOD MORNING, YOUR HONOR, CHRIS LEE ON

15   BEHALF OF DEFENDANTS SALLY BELTRAN AND LUIS RODRIGUEZ.

16        MR. SHAHAM:  GOOD MORNING, YOUR HONOR, AARON SHAHAM

17   ON BEHALF OF DEFENDANT U.S. BANK, ERRONEOUSLY SUED AS

18   BANK OF AMERICA, GMAC MORTGAGE, ETS SERVICES, AND

19   RESIDENTIAL FUNDING COMPANY, AND THAT'S THE SHORT

20   VERSION.

21        THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.  AND DID

22   YOU ALL SEE THE TENTATIVE?

23        MR. SHAHAM:  YES, YOUR HONOR.

24        MR. LEE:  YES, YOUR HONOR.

25        MR. SHAHAM:  I WAS HOPING I COULD GO FIRST, BECAUSE

26   I THINK THAT MAYBE I COULD CLEAR SOME THINGS UP AND MAKE
```

Page 99 of 269

1  THINGS A LOT CLEANER.

2      MRS. ROZIER:  YOUR HONOR, I DOUBT THAT, BECAUSE

3  THEY --

4      THE COURT:  WELL, LET HIM TRY.

5      MRS. ROZIER:  OKAY.

6      MR. SHAHAM:  I THINK I CAN TRY.

7          I DON'T HAVE A PROBLEM WITH THE TENTATIVE

8  RULING, YOUR HONOR, BUT I THINK THAT, IN REGARD TO THE

9  FACT THAT THE CASE HAS THREE PLAINTIFFS, ONE OF WHICH IS

10  KAREN ROZIER, HER HUSBAND, DAVID ROZIER, AND THE TRUST --

11      THE COURT:  I ONLY HAVE ONE PLAINTIFF.

12      MR. SHAHAM:  I'M SPEAKING CASE NUMBER

13  2012-00601310.

14      THE COURT:  YES.  I ONLY HAVE ONE PLAINTIFF.

15      MR. SHAHAM:  I CAN SHOW YOU THE SECOND-AMENDED

16  COMPLAINT, YOUR HONOR.  THERE ARE THREE PLAINTIFFS IN

17  THAT CASE, YOUR HONOR.

18      MRS. ROZIER:  IF I MAY, YOUR HONOR.  WE HAD THIS

19  DISCUSSION THE LAST TIME WE WERE HERE.

20      THE COURT:  OKAY.

21      MRS. ROZIER:  AND WE'VE ALSO HAD THIS DISCUSSION IN

22  FRONT OF JUDGE HUNT AND IN FRONT OF THE CLERK.  AND EVEN

23  IF YOU GO IN THE SYSTEM THERE IS ONLY ONE PLAINTIFF IN

24  THIS CASE, AND THAT IS MYSELF.  HE IS NOT REPRESENTING

25  ANY DEFENDANT IN THIS CASE.  I AM SUING BANK OF AMERICA.

26  I AM NOT SUING ANY OF HIS DEFENDANTS.  AND HE IS NOT

Page 100 of 269                                          3

1    ~~REPRESENTING ANY DEFENDANTS IN THIS CASE. AND THAT WAS~~

2    ~~MY WHOLE CONCERN IS WHY THEY DEMURRED WHEN I'M NOT SUING~~

3    ~~ANY PARTIES THAT THEY REPRESENT.~~

4        MR. SHAHAM:  YOUR HONOR, IF I CAN CONTINUE AGAIN.

5        THE COURT:  GO AHEAD.

6        MR. SHAHAM:  THE SECOND-AMENDED COMPLAINT THAT IS

7    FILED WITH THE COURT --

8        THE COURT:  YES.

9        MR. SHAHAM:  -- THAT IS ON THE RECORD, HAS THREE

10   PLAINTIFFS.  AND IF YOU WOULD LIKE I CAN SHOW IT TO YOU

11   OR YOU CAN PULL IT UP, I KNOW YOU GUYS HAVE ACCESS.

12       THE CLERK:  YOUR HONOR, I'M PULLING UP THE

13   COMPLAINT NOW.  I HAVE THE SECOND AMENDED COMPLAINT.  THE

14   ONE WE SPOKE ABOUT WAS NUMBER 13.

15       THE COURT:  THIS IS NUMBER 12, 01310.  I SEE, OKAY,

16   THERE ARE ADDITIONAL PLAINTIFFS LISTED ON THIS ONE.

17   Ms. Rodriguez ~~SHAHAM:~~ YES.  WE HAD A MEETING AND IT WAS

18   RULED THAT WE COULD -- BECAUSE A TRIAL HAD ALREADY BEEN

19   SET, ~~JUDGE HUNT GAVE US THE OPTION OF WHETHER WE WERE~~

20   ~~GOING TO KEEP THE TRIAL DATE OR ADD THE ADDITIONAL~~

21   ~~PLAINTIFFS AND I CHOSE NOT TO ADD THE PLAINTIFF.  SO WE~~

22   ~~WENT BACK TO ONLY ONE PLAINTIFF.  WE KEPT THE TRIAL DATE,~~

23   ~~AND U.S. BANK WAS NEVER ADDED.~~

24       SO IN THE ORIGINAL COMPLAINT U.S. BANK WAS A

25   PARTY.  I DROPPED THEM AS A PARTY WHEN THE DECISION

26   WAS -- WHEN THE SALE WAS REVERSED.  U.S. BANK IS NOT A



Page 101 of 269

4

1    PARTY.   THEN WE ORIGINALLY TRIED TO ADD ADDITIONAL

2    DEFENDANTS AND JUDGE HUNT SAID THAT BECAUSE WE HAD

3    ALREADY HAD A TRIAL DATE SET, THAT I COULDN'T ADD ANY

4    OTHER -- I CAN'T ADD DAVID AND THE TRUST -- THE TRUST

5    BECAUSE IT WASN'T PROPERLY REPRESENTED AND DAVID, IF I

6    ADDED HIM, THAT WE WOULD HAVE TO CHANGE THE TRIAL DATE.

7        WE AGREED NOT TO CHANGE THE TRIAL DATE; THAT IT

8    WAS JUST KAREN GOING TO TRIAL AGAINST BANK OF AMERICA.

9    WE ALL AGREED TO THAT.   AND THEN THESE GUYS QUICKLY CAME

10   IN AND MOVED IT FROM JUDGE HUNT AND THEN ALSO DEMURRED,

11   PRETENDING AS IF ALL OF THOSE AGREEMENTS NEVER HAPPENED.

12       THE COURT:   BUT THE RESULT IS THE SAME.   WHAT IS

13   THE PROBLEM?

14       MR. SHAHAM:   WELL, I THINK WHAT I WANT TO DO HERE

15   IS, IF THE PLAINTIFF ALLOW ME AND THE COURT ALLOW ME, I

16   THINK WHAT WE CAN DO HERE IS CLEAN UP A LOT OF STUFF BY

17   SIMPLY HAVING PLAINTIFF DAVID ROZIER AND PLAINTIFF THE

18   TRUST, WHO DAVID ROZIER IS THE TRUSTEE OF, SIMPLY FILE A

19   REQUEST FOR DISMISSAL OF THE SAME DEFENDANTS THAT KAREN

20   ROZIER HAS DISMISSED IN THIS 2012 --

21       THE COURT:   SO WHAT YOU'RE SAYING IS THAT BY THIS

22   SECOND-AMENDED COMPLAINT YOU'VE STILL GOT OTHER PARTIES

23   WHO HAVE NOT DISMISSED YOUR CLIENT.

24       MR. SHAHAM:   EXACTLY, YOUR HONOR, EXACTLY.   SO IF

25   YOU WOULDN'T MIND, AND IF THE PLAINTIFFS WOULDN'T MIND, I

26   THINK WE CAN RESOLVE A LOT OF THINGS HERE AND MAKE THINGS

*[handwritten note in left margin: "Attempt of Judge Shopping"]*

Page 102 of 269                                5

1   A WHOLE LOT EASIER FOR THE RECORD.

2        THE COURT:  WELL, LET ME ASK HER.

3        MRS. ROZIER:  WELL, ~~FIRST OF ALL, THE PLAINTIFFS --~~

4   ~~NONE OF THE PLAINTIFFS ARE SUING U.S. BANK.~~

5        ~~THE COURT:  BUT ACCORDING TO WHAT THE PLEADINGS~~

6   ~~LOOK LIKE, IT APPEARS -- I DON'T SEE U.S. BANK ON HERE.~~

7        ~~MRS. ROZIER:  EXACTLY.~~

8        ~~THE COURT:  ON THE SECOND AMENDED COMPLAINT.~~

9        ~~MRS. ROZIER:  OR THE FIRST AMENDED COMPLAINT.~~

10       THE COURT:  AND I SEE LUIS RODRIGUEZ AND I SEE

11  SALLY BELTRAN AS DEFENDANTS, ~~BUT I DON'T SEE U.S. BANK.~~

12  ~~DID U.S. BANK TAKE -- SUBSTITUTE FOR SOMEBODY ELSE?~~

13       MR. SHAHAM:  YES, YOUR HONOR.  WHAT HAS HAPPENED,

14  THE SUBJECT LOAN WAS ASSIGNED, THERE WAS A REPORTED

15  ASSIGNMENT OF THE DEED OF TRUST.  IT'S WITHIN OUR REQUEST

16  FOR JUDICIAL NOTICE.  THERE'S A RECORDED ASSIGNMENT OF

17  THE DEED OF TRUST BY BANK OF AMERICA TO U.S. BANK.

18       THE COURT:  I SEE.  SO BANK OF AMERICA IS NOT

19  LASALLE BANK?

20       MR. SHAHAM:  THERE HAS BEEN -- IT'S -- AGAIN I'M

21  GIVING YOU SHORT NAME VERSIONS OF WHAT'S GOING ON HERE.

22       MRS. ROZIER:  NO, YOUR HONOR.

23       THE COURT:  JUST A MINUTE.

24       MR. SHAHAM:  I CAN SHOW YOU WITHIN OUR PLEADINGS,

25  YOUR HONOR, THE REQUEST FOR JUDICIAL NOTICE, THE

26  ASSIGNMENT OF THE DEED OF TRUST FOR THE SUBJECT LOAN WAS

Page 103 of 269                                              6

```
 1 | ASSIGNED TO U.S. BANK.  THEREFORE --
 2 |      THE COURT:  BY BANK OF AMERICA?
 3 |      MR. SHAHAM:  CORRECT, YOUR HONOR.
 4 |         AND THAT IS WHY WE HAVE MADE AN APPEARANCE IN
 5 | THIS CASE AS U.S. BANK ERRONEOUSLY SUED AS BANK OF
 6 | AMERICA.
 7 |      THE COURT:  OKAY.  GOT IT.
 8 |      MR. SHAHAM:  SO IF IT IS THE INTENT OF THE
 9 | PLAINTIFFS -- AND THERE ARE, WHETHER THE PLAINTIFFS LIKE
10 | IT OR NOT, THERE ARE THREE NAMED PLAINTIFFS ON THE SECOND
11 | AMENDED COMPLAINT --
12 |      THE COURT:  THERE ARE.
13 |      MR. SHAHAM:  IF THEY WANT TO CLEAN THAT UP, THEN
14 | LET'S -- WHY DON'T WE JUST TAKE FIVE, TEN MINUTES HERE,
15 | BEFORE WE GO THROUGH EVERYTHING ELSE, AND THEY CAN
16 | DISMISS WHOEVER THEY WANT TO DISMISS AND WE CAN CLEAN UP
17 | ALL THIS STUFF, AND THEN WE CAN PROCEED WITH THE REST OF
18 | THIS.
19 |         LIKE I SAID, I DON'T HAVE A PROBLEM WITH THE
20 | REST OF THE TENTATIVE RULING, I DO HAVE AN ISSUE WITH YOU
21 | HAVE AN -- ON THE NUMBER 13 YOU SAY YOU'RE GOING TO
22 | STRIKE THE FIRST AMENDED COMPLAINT, WHICH THE QUESTION I
23 | HAVE FOR THAT IS IF YOU'RE GOING TO STRIKE THAT
24 | COMPLAINT, WELL, THEN YOU HAVE TO HAVE A -- TO HAVE A
25 | CASE YOU HAVE TO HAVE A COMPLAINT.  SO IF YOU'RE GOING TO
26 | STRIKE THAT COMPLAINT WE CAN'T HAVE A CASE, THEN THERE'S
```

1   NOTHING TO CONSOLIDATE, YOUR HONOR.

2        MRS. ROZIER:  THERE STILL A COMPLAINT.  IF YOU

3   STRIKE THE FIRST AMENDED COMPLAINT THERE IS A COMPLAINT.

4        THE COURT:  NO.  I SEE WHAT HE'S SAYING, THOUGH.  I

5   WAS STRIKING THAT COMPLAINT, SO THERE'S NOTHING TO

6   CONSOLIDATE.

7        MR. SHAHAM:  EXACTLY, YOUR HONOR.

8        THE COURT:  EXCEPT THAT EVERYBODY WHO IS INVOLVED

9   IN THIS CASE NEEDS TO BE IN ONE LAWSUIT.

10       MR. SHAHAM:  EXACTLY.

11       MRS. ROZIER:  IF I MAY, YOUR HONOR, BECAUSE HE SAID

12   HE'S TRYING TO CLEAR THINGS UP, BUT HE'S NOT.  HE'S

13   TRYING TO CONFUSE YOU.  AND WE WENT THROUGH THIS IN GREAT

14   LENGTHS WITH JUDGE HUNT, WHICH IS WHY --

15       THE COURT:  WELL, JUST TELL ME, OKAY?

16       MRS. ROZIER:  I -- THERE'S NO DOUBT I SIGNED A NOTE

17   ON DECEMBER 23RD, 2005.  NEVER CONTENDED THAT.  I

18   RESCINDED THAT NOTE ON FEBRUARY 28TH.  AND I'VE SHOWN

19   THAT IN EVIDENCE.  I SIGNED A BRAND-NEW NOTE ON

20   JUNE 1ST, 2006.  U.S. BANK HAS EVIDENCE OF IT, THEY HAVE

21   ALL OF THE DISCLOSURE STATEMENTS.  THE CONCERN -- THEY

22   THEN ATTEMPTED TO FORECLOSE SUBJECT TO THE RESCINDED NOTE

23   AND RESCINDED DEED OF TRUST.  WHEN I CALLED THEM ON IT

24   AND I KEPT SAYING, HEY, GUYS, I AM ACTUALLY PAYING MY

25   NOTE, I'M PAYING MY DUE NOTE --

26       THE COURT:  OKAY.  I DON'T WANT TO HEAR -- STOP FOR

Page 105 of 269

1  A MINUTE.

2        MRS. ROZIER:  OKAY, I'LL STOP.

3        THE COURT:  STOP FOR A MINUTE.  I DON'T WANT TO

4  HEAR THE CASE.  I DON'T WANT TO HEAR THE FACTS OF THE

5  CASE.  I WANT TO KNOW WHAT THE CAPTION SHOULD SAY.  AND

6  IF YOU WILL SIT DOWN WITH THEM FOR JUST TWO MINUTES AND

7  CROSS OUT AND REDO OR WHATEVER, I NEED TO KNOW WHICH

8  PARTIES I'M DEALING WITH.

9        MRS. ROZIER:  YOU HAVE TWO DIFFERENT CASES.  BANK

10  OF AMERICA ACTUALLY FORECLOSED ON MY HOUSE --

11        THE COURT:  OKAY.  WOULD YOU --

12        MRS. ROZIER:  -- NINE MONTHS AFTER THEY SOLD THE

13  HOUSE TO U.S. BANK.

14        THE COURT:  OKAY.

15        MRS. ROZIER:  WHICH IS WHY I'M SUING BANK OF

16  AMERICA.  IT HAD NOTHING TO DO WITH U.S. BANK.

17        THE COURT:  OKAY.  IF YOU WILL JUST SIT DOWN WITH

18  THEM FOR TWO MINUTES.

19        MRS. ROZIER:  OKAY.

20        THE COURT:  AND LET'S FIGURE OUT WHO BELONGS IN

21  THIS, BECAUSE I'M GOING TO GO THROUGH THIS EVERY TIME I

22  CALL THE CASE.

23        MRS. ROZIER:  I WILL DO THAT, YOUR HONOR.

24        MR. SHAHAM:  THAT'S THE PROBLEM, YOUR HONOR.

25        YOUR HONOR, BY THE WAY, IF I COULD HAVE THAT

26  COVER SHEET THAT MR. CLERK PRINTED OUT FOR YOU, WE CAN GO

Page 106 of 269

9

1  THROUGH IT WITH THE PLAINTIFFS.  I WOULD REALLY

2  APPRECIATE THAT, YOUR HONOR.

3       MRS. ROZIER:  I'LL ALSO GO THROUGH WHAT THE CIVIL

4  COURT SHOWED.

5       THE COURT:  JUST A MINUTE.

6       MR. SHAHAM:  YOUR HONOR, WE CAN JUST STAND RIGHT

7  HERE.

8       THE COURT:  ALL RIGHT, I'M GOING TO LET YOU DO

9  THAT.  IF YOU WILL GO OUT FOR JUST A MINUTE AND I CAN

10  CALL THE OTHER -- THE REMAINING CASE.

11       MRS. ROZIER:  OKAY.

12       MR. LEE:  YES, YOUR HONOR.

13       THE COURT:  ALL RIGHT.  LET'S -- AND I'LL RECALL

14  THIS ONE AGAIN.

15                    *****

16       (OTHER MATTERS HEARD BUT NOT TRANSCRIBED.)

17                    *****

18  Judge Fell
    ~~MRS. ROZIER~~:  OKAY.  LET'S CALL ROZIER VERSUS BANK

19  OF AMERICA.

20       MR. SHAHAM:  GOOD MORNING ONCE AGAIN, YOUR HONOR.

21       MRS. ROZIER:  GOOD MORNING AGAIN, YOUR HONOR.

22       MR. LEE:  GOOD MORNING, YOUR HONOR.

23       THE COURT:  OKAY.

24       MR. SHAHAM:  IF I MAY HAND TO THE CLERK -- IF I MAY

25  APPROACH I THINK WHAT YOU WILL SEE THERE IS WE HAVE

26  SIMPLIFIED WHO THE PLAINTIFF, SINGULAR, SHOULD BE IN THIS

Page 107 of 269

10

1   CASE.

2        THE COURT:  OKAY.

3        MR. SHAHAM:  AND WHO THE ONLY TWO REMAINING

4   DEFENDANTS WILL BE IN THIS CASE.

5        MR. LEE:  GOING FORWARD.

6        THE COURT:  EXCELLENT.

7        MR. SHAHAM:  GOING FORWARD.

8        THE COURT:  OKAY.  "BY MERGER TO LASALLE BANK,"

9   OKAY.

10       MRS. ROZIER:  AND IF I MAY, YOUR HONOR, ~~THAT'S~~

11   ~~SEPARATE -- WE DID NOT DO THAT FOR THE SEPARATE CASE.~~

12       THE COURT:  I UNDERSTAND, THAT'S JUST THIS ONE

13   CASE.

14       MRS. ROZIER:  OKAY.

15       THE COURT:  HOWEVER -- OKAY.  ~~THE OTHER CASE~~

16   ~~PROBABLY WON'T SURVIVE.~~  THERE WON'T BE ANY NEED TO --

17       MRS. ROZIER:  BUT THE ISSUE WAS -- ON THE SECOND

18   CASE IT WAS THE SAME ISSUE WITH THE DEFENDANTS.  ~~DAVID~~

19   ~~ROZIER WAS A DEFENDANT -- A PLAINTIFF BECAUSE HE IS THE~~

20   ~~ACTUAL BUILDER OF THE HOUSE.  AND JUDGE HUNT RULED THAT HE~~

21   ~~DID HAVE STANDING TO MAKE THOSE BECAUSE HE DID~~ --

22       THE COURT:  OKAY.  WELL, YEAH, LET ME JUST STOP

23   YOU.  ~~ON NUMBER 12 DO WE HAVE OTHER~~ -- WHAT DOES THE

24   CAPTION LOOK LIKE ON THAT ONE?

25       THE CLERK:  MR. ROZIER AS TRUSTEE, YOUR HONOR.

26       THE COURT:  IT'S ONLY ONE PARTY.  IT'S ONLY DAVID

Page 108 of 269

11

1    ROZIER FOR THE -- TRUSTEE FOR THE DAVID BEAR --

2        MR. SHAHAM:  THAT'S CORRECT, YOUR HONOR.

3        MRS. ROZIER:  BUT ACCORDING TO THE CLERK

4    DOWNSTAIRS, AND ALSO ACCORDING TO THE ONLINE SYSTEM,

5    KAREN AND DAVID ARE BOTH STILL PARTIES OF THIS COMPLAINT,

6    IT WAS THE SAME ISSUE.  SO WE WOULD LIKE TO AMEND IT

7    BECAUSE DAVID IS ACTUALLY THE BUILDER OF THE HOUSE, HE

8    WAS THE UNCOMPENSATED BUILDER AND WAS GIVEN STANDING TO

9    SUE U S BANK BECAUSE MY NAME IS ON THE NOTE, WHICH THEY

10   ARE OFFERING, BECAUSE WE KNOW IT'S A PROVEN FALSE NOTE,

11   IT'S NOT AN ACTUAL NOTE.

12       THE COURT:  OKAY.  STOP JUST FOR A MINUTE.

13       THE ONLY PLAINTIFF THAT I HAVE ON HERE IS DAVID

14   EUGENE ROZIER.  IF THE FACTS ARE THE SAME ON THIS SHOULD

15   HE NOT BE PART OF THE OTHER SUIT?

16       MRS. ROZIER:  THE FACTS ARE DIFFERENT.  THE ONE

17   CASE I WAS SUING BANK OF AMERICA FOR SOMETHING THAT

18   HAPPENED LAST YEAR.  ON THE SECOND CASE, AS THE BUILDER,

19   HE'S SUING MULTIPLE ENTITIES BECAUSE TO CLEAR -- TO

20   CANCEL THE VOIDED DEED OF TRUST AND TO MAKE THEM PROVE UP

21   THE DEED OF TRUST.  THAT'S COMPLETELY SEPARATE ITEMS THAT

22   INVOLVE COMPLETELY DIFFERENT PARTIES.

23       THE COURT:  OKAY.  WHEN I CALL THAT CASE I'LL HEAR

24   WHAT HE HAS TO SAY.  ALL RIGHT?

25       MRS. ROZIER:  THANK YOU, YOUR HONOR.

26       THE COURT:  ON THIS ONE WE HAVE A WORKING

1    COMPLAINT.

2         MR. SHAHAM:  YES, YOUR HONOR.

3         THE COURT:  YOU ARE NOT PART OF IT.

4         MR. SHAHAM:  MY CLIENT IS A PART OF IT.  AS WE'VE

5    EXPLAINED, YOUR HONOR.  U.S. BANK IS ERRONEOUSLY SUED AS

6    BANK OF AMERICA BASED ON THE FACT THAT THERE IS AN

7    ASSIGNMENT OF THE DEED OF TRUST FOR THE SUBJECT LOAN

8    WHERE BANK OF AMERICA HAS ASSIGNED THE LOAN, THE

9    BENEFICIAL INTEREST OF THE DEED OF TRUST, TO U.S. BANK.

10        THE COURT:  OKAY.  BUT THEY DIDN'T CHOOSE TO SUE

11   U.S. BANK.

12        MR. SHAHAM:  TECHNICALLY, NO.  HOWEVER, YOUR HONOR,

13   THE PROPER PARTY THAT IS SUPPOSED TO BE BEFORE THE COURT

14   AND PER THE TITLE DOCUMENTS THAT THE COURT GRANTED THE

15   REQUEST FOR JUDICIAL NOTICE THAT WAS CONCURRENTLY FILED

16   WITH THIS DEMURRED CLEARLY SHOWS THAT BANK OF AMERICA

17   ASSIGNED THE BENEFICIAL INTEREST IN THE DEED OF TRUST TO

18   U.S. BANK.  AND, THEREFORE, WE HAVE APPEARED AS U.S. BANK

19   ERRONEOUSLY SUED AS BANK OF AMERICA.

20        THE COURT:  OKAY.  AND THE ACTIONS THAT ARE BEING

21   SUED UPON HAPPENED BEFORE OR AFTER THE MERGER?  AND DOES

22   IT MATTER?

23        MR. SHAHAM:  I DON'T EVEN THINK IT MATTERS, BECAUSE

24   NOW, BASED ON WHAT YOU HAVE HERE IS, IF THE COURT

25   FOLLOWED ITS TENTATIVE RULE, THE REMAINING CLAIM WILL BE

26   FOR WRONGFUL FORECLOSURE.  WELL, THE PERSON THAT -- THE

Page 110 of 269                    13

1    ENTITY THAT HAS THE CURRENT INTEREST IN THE LOAN THAT SHE

2    IS CLAIMING THERE'S A PROBLEM WITH IS U.S. BANK.    WHETHER

3    SHE LIKES THAT OR NOT, THAT IS THE ACTUAL TRUTH, YOUR

4    HONOR.

5            MRS. ROZIER:  NO, IT'S NOT.

6            MR. SHAHAM:    AND SO IF THE PLAINTIFF WANTS TO GO

7    FORWARD AND ACTUALLY WANTS A TRUE RESOLUTION OF THIS

8    CASE, THE PROPER DEFENDANT IS U.S. BANK.

9            AND AGAIN, THAT IS CLEARLY IN THE REQUEST FOR

10   JUDICIAL NOTICE, THERE'S AN ASSIGNMENT OF THE DEED OF

11   TRUST.  I CAN SHOW IT TO YOUR HONOR AGAIN.

12           THE COURT:  OKAY.  SO I UNDERSTAND --

13           MR. SHAHAM:  THANK YOU.

14           THE COURT:  -- IF SHE WERE TO -- IF MRS. ROZIER

15   WERE TO OBTAIN A JUDGMENT IN THIS CASE FOR WHATEVER FACTS

16   SHE IS ALLEGING AND SHE WAS SUCCESSFUL IN THAT, WOULD

17   LASALLE BANK OR, I'M SORRY, U.S. BANK WOULD THEN BE

18   OBLIGATED TO HER?

19           MR. SHAHAM:  YES, YOUR HONOR.  WE'VE APPEARED

20   BEFORE THE COURT, WE'VE MADE MULTIPLE APPEARANCES, AS YOU

21   KNOW.  WE FILED A DEMURRER.  WE ACTUALLY HAD A DEMURRER

22   RULED ON BY JUDGE HUNT.

23           MRS. ROZIER:  AND IT WAS OVERRULED.

24           THE COURT:  STOP.

25           MR. SHAHAM:  SO WE ARE BEFORE THE COURT, YOUR

26   HONOR.  WE HAVE -- LET ME PUT IT THIS WAY, YOUR HONOR:

Page 111 of 269

1  WE HAVEN'T TRIED TO HIDE FROM THIS CASE SIMPLY BECAUSE

2  WE'RE NOT ON THE CAPTION.  WE'VE ACTUALLY COME BEFORE THE

3  COURT TO TELL THE COURT TO SAY, LOOK, YOUR HONOR, WE'RE

4  THE PROPER DEFENDANT.  LET US BE IN FRONT OF THIS COURT,

5  WE HAVE BEEN IN FRONT OF THE COURT.

6          AND SO, BECAUSE WE'RE THE PROPER DEFENDANT NOW,

7  WE CAN TRY TO RESOLVE THIS CASE OR AT LEAST DEFEND THE

8  PROPER DEFENDANT IN THE CASE.  WE'RE NOT TRYING TO HIDE,

9  YOUR HONOR, WE'RE RIGHT HERE.

10         THE COURT:  OKAY.  IF YOU WERE TO CHANGE YOUR NAME

11  TO KAREN EILEEN ROZIER, YOU WOULD STILL HAVE THE SAME

12  LAWSUIT.  RIGHT?

13         MRS. ROZIER:  WELL, THERE'S -- THAT'S A GOOD -- I'M

14  GLAD YOU SAID THAT, BECAUSE THEY ACTUALLY -- U.S. BANK

15  IS -- WHAT THEY'RE SAYING DOESN'T MAKE SENSE.  THE

16  JUDICIAL NOTICE --

17         THE COURT:  NO, IT DOES MAKE SENSE.

18         MRS. ROZIER:  THE NOTICE OF RECISION OF TRUSTEE'S

19  SALE SAYS THAT BANK OF AMERICA CLAIMED THAT THEY WERE THE

20  BENEFICIARY OF RECORD ON OCTOBER 4TH.  SO NOW BANK OF

21  AMERICA, WHICH IS A COMPLETELY SEPARATE ENTITY, THEY HAD

22  TO KNOW IN SEPTEMBER THAT THEY HAD ASSIGNED THE NOTE TO

23  U.S. BANK.  SO IN SEPTEMBER BANK OF AMERICA HAD TO KNOW

24  THEY WEREN'T THE BENEFICIARY.

25         THE COURT:  BUT THEY WILL REMAIN LIABLE TO YOU IF

26  YOU ARE SUCCESSFUL AGAINST BANK OF AMERICA.

Page 112 of 269                                    15

1      MRS. ROZIER:  BUT ~~IT WAS BANK OF AMERICA THAT PUT~~

2   ~~THE NOTES ON MY DOOR THAT SAID BANK OF AMERICA DID THESE~~

3   ~~THINGS TO ME~~

4      THE COURT:  ~~HE'S WILLING TO STAND BEHIND WHATEVER~~

5   ~~BANK OF AMERICA DID OR DIDN'T DO OR DID PROPERLY OR~~

6   ~~IMPROPERLY.  U.S. BANK IS WILLING TO STAND UP AND SAY, I~~

7   ~~AM IN THE SHOES OF BANK OF AMERICA.~~

8      MRS. ROZIER:  WELL, IF U.S. BANK -- WHAT U.S. BANK

9   IS SAYING IS THAT BANK OF AMERICA WAS NOT WRONG TO

10  RESCIND OR --

11     THE COURT:  WE'RE NOT EVEN THAT FAR.

12     MRS. ROZIER:  OKAY.

13     THE COURT:  WE'RE JUST NOT THERE.  WE'RE JUST

14  DECIDING WHICH PARTIES CAN COME BEFORE THIS COURT AND

15  ARGUE.  AND ~~HE'S SAYING, TO THE EXTENT THAT YOU HAVE A~~

16  ~~CLAIM AGAINST BANK OF AMERICA, HE IS BANK OF AMERICA WITH~~

17  ~~A DIFFERENT NAME.~~

18     MRS. ROZIER:  ~~AND I'M SAYING THAT HE IS NOT BANK OF~~

19  ~~AMERICA WITH A DIFFERENT NAME; THAT THEY WERE COMPLETELY~~

20  ~~DIFFERENT ENTITIES; THAT IT IS BANK OF AMERICA THAT DID~~

21  ~~THIS ONE THING.~~

22     THE COURT:  ~~MAYBE AT THAT TIME.~~

23     MRS. ROZIER:  WELL, IT WAS A COMPLETELY DIFFERENT

24  ENTITY AT THAT TIME, YES.

25     THE COURT:  HOWEVER, ~~HE JUST ASSUMED ALL~~

26  ~~RESPONSIBILITY AND LIABILITY AND ALL THE GOOD STUFF AND~~

Page 113 of 269                              16

1   ~~THE BAD STUFF THAT BANK OF AMERICA MAY HAVE DONE AT THAT~~
2   ~~TIME?~~

3          MRS. ROZIER:  I'M NOT HEARING THAT.  MAYBE I NEED
4   TO UNDERSTAND.  WHAT I'M HEARING HIM SAYING IS THAT,
5   BECAUSE U.S. BANK WAS THE ASSIGNEE OF RECORD IN
6   JANUARY --
7          THE COURT:  WE'RE NOT TALKING DATES, OKAY.
8          MRS. ROZIER:  BUT WHAT I'M HEARING HIM SAYING IS
9   THAT BANK OF AMERICA HAD NOTHING TO DO WITH THE OCTOBER
10  FORECLOSURE.
11         THE COURT:  NO.  WHAT HE IS SAYING IS HE
12  ESSENTIALLY STEPS IN THE SHOES OF BANK OF AMERICA; AND
13  WHATEVER BANK OF AMERICA DID OR DIDN'T DO, U.S. BANK IS
14  NOW STEPPING UP TO THE PLATE FOR.
15         IS THAT CORRECT?
16         MR. SHAHAM:  CORRECT, YOUR HONOR.  LIKE I SAID
17  BEFORE, BENEFICIAL INTEREST IN THE DEED OF TRUST ON THE
18  SUBJECT LOAN WAS CLEARLY ASSIGNED TO U.S. BANK AND,
19  THEREFORE, U.S. BANK IS THE PROPER DEFENDANT.  AND
20  BECAUSE IT'S NOT NAMED ON THE CAPTION, WE HAD TO APPEAR
21  AS U.S. BANK ERRONEOUSLY SUED AS BANK OF AMERICA.
22         THE COURT:  OKAY.  WHEN YOU SAY THE BENEFICIAL
23  INTEREST, DOES THIS SHIELD YOU FROM ANY LIABILITY?
24         MR. SHAHAM:  I DON'T THINK IT DOES, YOUR HONOR.
25         THE COURT:  OKAY.  I JUST WANT TO MAKE SURE WE'VE
26  GOT ALL THE PARTIES HERE, BECAUSE I DON'T WANT TO HAVE

Page 114 of 269                                          17

```
 1   THE SAME FIGHT LATER.

 2        MR. SHAHAM:  NO, I DON'T EITHER, YOUR HONOR.

 3        AND BY THE WAY, YOUR HONOR, BANK OF AMERICA HAS

 4   RETAINED ITS OWN COUNSEL AND HAS FILED A DEMURRER TO THIS

 5   SECOND AMENDED COMPLAINT.  I BELIEVE THE HEARING IS

 6   MAY 29TH.  I THINK IT'S --

 7        MR. LEE:  SOMETIME LATER THIS MONTH, YOUR HONOR.

 8        MR. SHAHAM:  YEAH, IT'S MAY 29TH, YOUR HONOR.

 9        AND OBVIOUSLY THEY'RE NOT HERE BECAUSE THEY'RE

10   NOT -- THEIR DEMURRER IS NOT IN FRONT OF THE COURT.  BUT

11   THE COURT WILL EVENTUALLY READ THAT DEMURRER, AND WHAT

12   THAT DEMURRER BASICALLY SAYS IS --

13        THE COURT:  IT'S NOT US.

14        MR. SHAHAM:  WE DON'T HAVE ANY INTEREST IN THIS

15   PROPERTY ANYMORE.

16        MRS. ROZIER:  YOU SEE, YOUR HONOR, THAT'S EXACTLY

17   WHAT THEY SAY.  THEY SAY, WE HAD NO INTEREST IN THIS

18   PROPERTY ON THIS DATE.

19        THE COURT:  BUT THAT'S NOT THE POINT.  THE POINT IS

20   WHO IS GOING TO ANSWER TO YOU IF YOU WERE SUCCESSFUL IN

21   YOUR LAWSUIT.  AND U.S. BANK IS SAYING, WE ARE

22   RESPONSIBLE.  WE TOOK OVER BANK OF AMERICA -- THIS LOAN

23   FROM BANK OF AMERICA, WE TAKE THE GOOD AND THE BAD WITH

24   IT.

25        MRS. ROZIER:  AND WHAT I'M SAYING IS I SHOULD BE

26   SUING BOTH, BECAUSE BANK OF AMERICA --
```

Page 115 of 269

18

```
 1          THE COURT:  NO, NO.

 2          MRS. ROZIER:  BUT THEY'RE NOT SAYING THAT, WE TAKE

 3   RESPONSIBILITY FOR WHAT BANK OF AMERICA DID THIS DAY.

 4          THE COURT:  YES, THEY ARE.

 5          MRS. ROZIER:  OKAY.  THIS TRUST DEED RIGHT NOW, MY

 6   PROPERTY, IF YOU GO THROUGH THE RECORDER'S OFFICE RIGHT

 7   NOW, MY PROPERTY IS RECORDED AS BEING OWNED BY BANK OF

 8   AMERICA.

 9          THE COURT:  OKAY.

10          MRS. ROZIER:  THESE GUYS.

11          THE COURT:  DOES U.S. BANK FILE ANYTHING OR RECORD

12   ANYTHING AFTER IT TAKES OVER ALL THESE -- THE BENEFICIAL

13   INTEREST IN ALL OF THESE DEEDS OF TRUST?

14          MR. SHAHAM:  YES.  THROUGH ITS FORECLOSURE TRUSTEE

15   AND SERVICING AGENT, IT ACTS REGARDING THE SUBJECT

16   PROPERTY.

17          AS TO WHAT SHE IS REFERRING TO IN A TRUSTEE DEED

18   UPON SALE, YOUR HONOR, A FORECLOSURE SALE DID OCCUR IN

19   THE FALL OF LAST YEAR.  IT WAS A MISTAKE, AND THERE IS A

20   RECORDED RECISION OF THAT SALE --

21          THE COURT:  OKAY.

22          MR. SHAHAM:  -- AND, THEREFORE, TITLE IS CURRENTLY

23   STILL HELD -- ACTUALLY NOT BY KAREN ROZIER OR DAVID

24   ROZIER, IT IS PROPERLY BEING HELD BY THE TRUST, DUE TO

25   THE FACT THAT THERE WAS I BELIEVE A QUITCLAIM DEED SIGNED

26   BY MR. AND/OR MRS. ROZIER TO THE TRUST.
```

Page 116 of 269                                    19

1          THE COURT:  OKAY.

2          MRS. ROZIER:  IT'S ACTUALLY OWNED BY THE BANK RIGHT

3    NOW.

4          THE COURT:  I DON'T REALLY CARE.

5          MRS. ROZIER:  BY BANK OF AMERICA.

6          THE COURT:  I DON'T REALLY CARE AT THIS POINT

7    BECAUSE THE SALE WAS RESCINDED.  SO THAT SALE ESSENTIALLY

8    DIDN'T HAPPEN.

9          MRS. ROZIER:  IT --

10         THE COURT:  IT MAY HAVE HAPPENED, BUT THE EFFECT OF

11   IT IS NO LONGER CURRENT.

12         RIGHT NOW WHAT THIS GENTLEMAN IS SAYING IS THAT

13   WHATEVER BANK OF AMERICA DID OR DIDN'T DO, U.S. BANK IS

14   WILLING TO STEP UP TO THE PLATE FOR THE GOOD AND FOR THE

15   BAD.

16         MR. LEE:  MAY I BE HEARD, YOUR HONOR, WITH RESPECT

17   TO MY CLIENT.

18         THE COURT:  YOU'RE HERE, TOO.  YES.

19         MR. LEE:  WELL, NOT ANYMORE.

20         THE ONLY THING I WANT IS FOR THE RECORD TO BE

21   CLEAR THAT THE SECOND-AMENDED COMPLAINT IS THE OPERATIVE

22   COMPLAINT; THAT THE COURT RECOGNIZES THAT THERE WERE

23   THREE PLAINTIFFS NAMED IN THAT COMPLAINT; THAT MY

24   CLIENTS, SALLY BELTRAN AND LUIS RODRIGUEZ, WERE

25   DEFENDANTS IN THAT ACTION, IN THIS ACTION, UP UNTIL

26   TODAY, UP UNTIL THIS COURT HAS NOW GRANTED WHAT APPEARS

Page 117 of 269

1   TO BE A STIPULATION, A STIPULATION -- A VOLUNTARY

2   DISMISSAL AS TO MY CLIENTS; AND ON A GOING-FORWARD BASIS

3   WE ARE NOW DISMISSED FROM THE CASE.

4        THE COURT:  YOU DON'T NEED MR. RODRIGUEZ OR

5   MISS BELTRAN; CORRECT?

6        MRS. ROZIER:  WELL, I STIPULATE THAT I

7   DON'T -- YES, THAT'S EXACTLY RIGHT.  BUT ~~THIS WAS MADE~~

8   ~~BEFORE THE 14TH OF DECEMBER.  BEFORE THE DISMISSAL~~ --

9        THE COURT:  STOP, STOP.  TODAY YOU DON'T NEED

10   MISS BELTRAN OR MR. RODRIGUEZ.

11        MRS. ROZIER:  NO, I DO NOT; I, KAREN, DON'T.

12        THE COURT:  OKAY.  THEY'RE GONE.

13        MR. LEE:  OKAY.

14        THE COURT:  DO YOU HAVE ANYBODY ELSE OR THERE'S TWO

15   OTHERS?

16        MR. LEE:  NO, YOUR HONOR.

17        NOW, WILL THE COURT ISSUE A MINUTE ORDER AS TO

18   THIS OR SHOULD WE JUST -- THAT'S ON THE RECORD.

19        THE COURT:  OH, BOY, NOT ONLY WILL WE HAVE A MINUTE

20   ORDER BUT WE HAVE HAVE A TRANSCRIPT THAT'S GOING TO BE SO

21   LONG.

22        MR. LEE:  I JUST WANT TO BE ABLE TO TELL MY CLIENTS

23   THAT THIS CASE IS SETTLED AS TO THEM; THAT THEY'RE GONE

24   AND THERE'S CERTAINTY AS TO THAT.  THAT'S THE ONLY THING

25   I WANTED.  BECAUSE THERE'S BEEN SOME OBVIOUS CONFUSION AS

26   TO WHO THE PARTIES ARE.

1    MRS. ROZIER:  BUT HE ACTUALLY WANTED DAVID TO

2    DISMISS.  ~~I ALREADY DISMISSED.~~  HIS CONCERN WAS BECAUSE

3    OF DAVID.

4        THE COURT:  WE'RE TALKING ABOUT JUST THIS ONE CASE.

5        MRS. ROZIER:  ~~IN JUST THIS CASE I ALREADY DISMISSED~~

6    ~~AGAINST HIS CLIENTS.~~

7        THE COURT:  WELL, TODAY WE ARE ACKNOWLEDGING A

8    DIFFERENT-LOOKING CAPTION.

9        MRS. ROZIER:  EXACTLY.  I'VE ALREADY DISMISSED.

10   BUT HIS CONCERN WAS, BECAUSE DAVID WAS ALSO A PLAINTIFF,

11   THAT HE WANTED DAVID TO DISMISS.  SO I BELIEVE --

12       THE COURT:  WELL, ~~ON THIS COMPLAINT THE ONLY~~

13   ~~PLAINTIFF IS KAREN ROZIER.~~

14       MRS. ROZIER:  YES.

15       MR. LEE:  FROM TODAY GOING FORWARD.

16       THE COURT:  YES.

17       MRS. ROZIER:  OKAY.

18       MR. LEE:  I JUST WANTED THAT TO BE CLEAR.

19       THE COURT:  OKAY.  ALL RIGHT.  SO -- OKAY.  AND

20   THEN AS TO YOUR CLIENTS THE MOTION IS MOOT.

21       MR. LEE:  YES, YOUR HONOR.  THANK YOU VERY MUCH.

22       THE COURT:  CHECK.

23       OKAY, LET'S MOVE ON, THEN.  THEN WE HAVE THE

24   SECOND-AMENDED COMPLAINT BY GMAC AND U.S. BANK.  WHY DO

25   WE HAVE GMAC WHEN I DON'T SEEM TO HAVE GMAC HERE?

26       MR. SHAHAM:  WELL, ~~GMAC HAS NOW BEEN DISMISSED.~~  SO

Page 119 of 269                                              22

1   THAT'S MOOT.

2        THE COURT:   OKAY.

3        MR. SHAHAM:   AND SO U.S. BANK --

4        THE COURT:   AND SO THIS MOTION, THIS DEMURRER, GOES

5   FORWARD ONLY AS TO U.S. BANK.

6        MR. SHAHAM:   AND WE'LL SUBMIT ON THE TENTATIVE AS

7   TO THE DEMURRER, YOUR HONOR.

8        THE COURT:   AND DID YOU READ THE TENTATIVE?

9        MRS. ROZIER:   I DON'T UNDERSTAND WHAT THAT MEANS.

10  BUT THE WAY I UNDERSTAND IT IS I CAN GO FORWARD WITH THE

11  WRONGFUL COMPLAINT -- WITH THE WRONGFUL FORECLOSURE.

12       THE COURT:   YOU CAN GO FORWARD PURSUANT TO THE --

13  THERE WAS A DEMURRER BROUGHT, THIS MOTION.

14       MRS. ROZIER:   YES.

15       THE COURT:   A MOTION THAT SAYS, EVEN IF YOUR

16  COMPLAINT STANDS AS IT IS, IT'S NOT -- IT'S NOT GOOD.

17  OKAY.   HOWEVER, WHAT I HAVE DONE IS MAKE SOME RULINGS ON

18  THAT.   SO I THINK ON A COUPLE OF THEM, ANYWAY, YOU HAVE

19  AN OPPORTUNITY TO AMEND.   IS THAT CORRECT?

20       MRS. ROZIER:   AND ESSENTIALLY MY CONCERN IS -- WHAT

21  I DON'T UNDERSTAND IS BANK OF AMERICA -- AGAIN BANK OF

22  AMERICA, WHEN I LOOK AT -- THEY PUT IN THIS RECISION,

23  WHICH IS WHAT THEY ENTERED AS I TOOK EXCEPTION TO

24  JUDICIAL NOTICE FOR THE CONTENTS.   SO THEY DID PUT IN

25  THIS DOCUMENT BUT BANK OF AMERICA ALSO PUT IN THE

26  DOCUMENT INTO EVIDENCE FOR JUDICIAL NOTICE, AND ON THAT

Page 120 of 269                                    23

```
 1   DOCUMENT IT SAYS THAT AS OF OCTOBER 4TH THAT (AS READ):
 2            "BANK OF AMERICA, NATIONAL ASSOCIATION AS
 3        SUCCESSOR BY MERGER TO LASALLE BANK --"
 4        THE COURT:  NOT SO FAST.  THE COURT REPORTER IS
 5   TRYING TO TAKE DOWN EVERYTHING YOU SAY.
 6        MRS. ROZIER:  THAT:
 7            "BANK OF AMERICA, NATIONAL ASSOCIATION AS
 8        SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL
 9        ASSOCIATION AS TRUSTEE RAMP 2007RP1, IS THE
10        BENEFICIARY OF RECORD UNDER THE DEED OF TRUST
11        BY VIRTUE OF ASSIGNMENT OF BENEFICIAL INTEREST
12        RECORDED.  BANK OF AMERICA --
13        THE COURT:  WE JUST WENT THROUGH ALL OF THAT JUST A
14   FEW MINUTES AGO.
15        MRS. ROZIER:  WHICH IS WHY I DON'T WANT TO DISMISS
16   BANK OF AMERICA FROM THIS COMPLAINT, BECAUSE THAT'S WHAT
17   I DON'T UNDERSTAND.
18        MR. SHAHAM:  SHE HASN'T, YOUR HONOR.
19        THE COURT:  RIGHT.  BANK OF AMERICA IS STILL IN
20   THERE.  HOWEVER, THEY ARE ESSENTIALLY U.S. BANK.
21        MRS. ROZIER:  WHICH IS NOT WHAT BANK OF AMERICA HAS
22   INDICATED TO ME IN THEIR CORRESPONDENCE TO ME.  SO --
23        THE COURT:  OKAY.  WE HAVE COUNSEL FOR U.S. BANK
24   THAT SAYS THAT THEY ARE HERE AND IN THE SHOES OF BANK OF
25   AMERICA.
26        MRS. ROZIER:  COUNSEL FOR U.S. BANK IS SAYING THAT
```

Page 121 of 269

24

```
 1    I SHOULD NEVER HAVE SUED BANK OF AMERICA FOR WHAT THEY
 2    DID BECAUSE U.S. BANK OWNED THE LOAN.  WHAT I'M CLAIMING
 3    IS, YOU'RE RIGHT, U.S. BANK.  IF YOU HAD WHATEVER
 4    INTEREST YOU HAD, BANK OF AMERICA HAD NO RIGHT TO COME TO
 5    MY HOUSE, KNOCK ON MY DOOR AND SCARE ME.  THAT HAD
 6    NOTHING TO DO WITH U.S. BANK.
 7         THE COURT:  OKAY.  YOU'VE GOT ONE CAUSE OF ACTION
 8    THAT'S REMAINING.  THEY'RE GOING TO ANSWER.  AND -- IS
 9    THAT CORRECT?
10         MR. SHAHAM:  CORRECT, YOUR HONOR.
11         THE COURT:  OKAY.  THEN WE MOVE FORWARD.
12         MR. SHAHAM:  SHALL WE ANSWER WITHIN, YOUR HONOR,
13    SHALL WE ANSWER WITHIN -- HOW MANY DAYS?
14         THE COURT:  HOW MANY DAYS DO YOU NEED?  TEN DAYS?
15         MR. SHAHAM:  CAN I HAVE TWENTY, YOUR HONOR?  I
16    HAVE --
17         THE COURT:  DO YOU HAVE ANY PROBLEM WITH HIM HAVING
18    TWENTY DAYS?
19         MRS. ROZIER:  ACTUALLY, I NEED -- IF I'M ADDING
20    U.S. BANK --
21         MR. SHAHAM:  TEN IS FINE.
22         MRS. ROZIER:  IF I'M ADDING U.S. BANK --
23         THE COURT:  YOU'RE NOT ADDING U.S. BANK.  THEY'RE
24    HERE.
25         MRS. ROZIER:  THEY WERE NEVER THERE WHEN I
26    SUBMITTED THE COMPLAINT AND I DIDN'T PUT ANY ALLEGATIONS
```

Page 122 of 269

25

1    AGAINST U.S. BANK. I HAVE LOTS AND LOTS OF FACTUAL

2    ALLEGATIONS AGAINST U.S. BANK AND I DID NOT INCLUDE THEM

3    AGAINST U.S. BANK BECAUSE I WAS NOT SUING U.S. BANK. IF

4    I'M NOW GOING TO BE FORCED TO SUE U.S. BANK --

5        THE COURT:  THEY'RE NOT APPEARING AS U.S. BANK.

6    THEY'RE APPEARING AS BANK OF AMERICA, ESSENTIALLY.

7        MRS. ROZIER:  THEY'RE APPEARING -- THEY'RE

8    CLAIMING, I'M U.S. BANK AND I HAVE THE RIGHT TO SUE. AND

9    IF THEY'RE MAKING THAT CLAIM, THEN I NEED TO BE

10   ALLOWED --

11       THE COURT:  THEY HAVE THE RIGHT TO SUE?

12       MRS. ROZIER:  THEY'RE CLAIMING THEY'RE U.S. BANK

13   AND THEY HAVE THE RIGHT TO FORECLOSE IS WHAT THEY'RE

14   SAYING.  I NEVER ONCE SUBMITTED ALL OF THE EVIDENCE THAT

15   SHOWS WHY U.S. BANK NEVER HAD THE RIGHT TO FORECLOSE.

16   AND IF THEY ARE GOING TO BE ALLOWED TO ANSWER THE

17   COMPLAINT, I SHOULD BE ALLOWED TO AMEND THE COMPLAINT TO

18   MAKE ALL THE FACTUAL ALLEGATIONS AGAINST U.S. BANK AND TO

19   FORCE THEM TO ADDRESS THE FACTUAL ALLEGATIONS AGAINST

20   U.S. BANK. I DELIBERATELY DID NOT INCLUDE THEM IN THE

21   COMPLAINT BECAUSE I WAS ONLY SUING BANK OF AMERICA FOR A

22   VERY SPECIFIC ACT THAT BANK OF AMERICA DID.

23       THE COURT:  WELL, THAT'S NOT REALLY TRUE, BECAUSE

24   YOU ORIGINALLY HAD THEM ON YOUR CAPTION.  ONLY TODAY DID

25   YOU CROSS THEM OFF.

26       MRS. ROZIER:  BACK WHEN I ORIGINALLY SUED I SUED

Page 123 of 269                                        26

1   BANK OF AMERICA AND U.S. BANK.

2        THE COURT:  I UNDERSTAND.

3        MRS. ROZIER:  I TOLD THEM I SUED BANK OF AMERICA

4   AND U.S. BANK AND GMAC.  ~~WHEN BANK OF AMERICA RESCINDED~~

5   ~~THE FORECLOSURE I DROPPED U.S. BANK AND I DROPPED ALL OF~~

6   ~~THE STUFF FROM U.S. BANK, BECAUSE I WAS ONLY GOING AFTER~~

7   ~~BANK OF AMERICA IN THE SERVICE FOR THE WRONGFUL~~

8   ~~FORECLOSURE.~~

9        THE COURT:  OKAY.  WERE YOU IN THE CASE AT THAT

10  POINT?  YOU DIDN'T HAVE ANY INTEREST IN THIS PROPERTY AT

11  THAT POINT, DID YOU?

12       MR. SHAHAM:  YOUR HONOR, WE MADE OUR FIRST

13  APPEARANCE IN THIS CASE I BELIEVE BACK IN DECEMBER OR

14  NOVEMBER OF LAST YEAR.

15       IF I COULD MAKE THINGS EASIER, AS I'M TRYING TO

16  DO HERE --

17       MRS. ROZIER:  HE'S NOT.

18       MR. SHAHAM:  YOU CAN TELL ME I'M WRONG HERE, IF THE

19  PLAINTIFF -- THE ONLY CLAIM LEFT IS WRONGFUL FORECLOSURE.

20       THE COURT:  CORRECT.

21       MR. SHAHAM:  IF THE PLAINTIFF, JUST KAREN ROZIER,

22  WANTS TO FILE A THIRD-AMENDED COMPLAINT AGAINST WHOEVER,

23  AND THE ONLY CLAIM THAT WOULD BE IN THE THIRD AMENDED

24  COMPLAINT IS WRONGFUL FORECLOSURE, I'M WILLING TO

25  STIPULATE THAT IF THE COURT WILL ALLOW THAT AND THE

26  PLAINTIFF CAN DO THAT IT WILL AGAIN MAKE THINGS NICE AND

1   CLEAN AND EASIER, YOUR HONOR.

2        THE COURT:  OKAY.  IS THAT WHAT YOU'RE ASKING TO

3   DO?

4        MRS. ROZIER:  YES.

5        MR. SHAHAM:  NEXT STEP, YOUR HONOR, IS IF SHE IS

6   GOING TO BE ALLOWED TO, THERE'S OBVIOUSLY A DEADLINE FOR

7   HER TO DO THAT, BUT THERE IS A SEPTEMBER 20 TRIAL DATE.

8        THE COURT:  WELL, WE'LL DEAL WITH THAT.

9        MR. SHAHAM:  WE'LL FIX ALL THAT STUFF.  GREAT,

10  THAT'S IT.

11       THE COURT:  SO THEN THE NEW RULING IS YOU'RE NOT IN

12  IT.

13       MRS. ROZIER:  EXACTLY.

14       THE COURT:  THE NEW RULING IS, MS. ROZIER, YOU MAY

15  FILE A THIRD AMENDED COMPLAINT WITH A PROPER CAPTION AND

16  YOU MAY BRING THE CAUSE OF ACTION FOR WRONGFUL

17  FORECLOSURE AGAINST U.S. BANK.

18       MR. SHAHAM:  AND ONLY WRONGFUL FORECLOSURE.

19       THE COURT:  YEAH, ONLY WRONGFUL FORECLOSURE.

20  THERE'S NOT ANYTHING ELSE.

21       MRS. ROZIER:  WELL, THIS IS JUST --

22       THE COURT:  PARDON ME?

23       MRS. ROZIER:  YES, ON THE FIRST CASE, YES.

24       THE COURT:  OKAY.

25       MRS. ROZIER:  ON THE LEAD CASE.

26       THE COURT:  OKAY.  HOW LONG DO YOU NEED TO DO THAT?