## Horst Declaration Exhibit 3-A.14

**Case 12-12020 (MG)**          Page 5/ of 77                    **Exhibit 9**

# EXHIBIT 9

12-12020-mg    Doc 7620-9    Filed 10/07/14    Entered 10/07/14 09:30:48    Exhibit
Exhibit C continued    Pg 3 of 28
Case 2020-bg-21727-C474-D2C 42led Office Doc1 mered Notices 06/13/12 16:20 EPh bit Desc
Exhibit (s) Pg 41 of 35

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2012000022516 04:07pm 01/13/12

93 401 A32 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

RECORDING REQUESTED BY:
Bank of America, National Association as successor by
merger to LaSalle Bank National Association as Trustee
RAMP 2007RP1

PREPARED BY AND WHEN
RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7700    6451314

Property Address: 7957 Dahlia Circle, Buena Park, California 90620

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to U.S. Bank
National Association, as Trustee, as successor in interest to Bank of America, National Association,
as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC
2007RP1 all beneficial interest under that certain Deed of Trust dated December 23, 2005, executed
by Karen M. Rozier, a married woman as her sole and separate property, to Westwood Associates, a
California Corporation as trustee, for Mortgage Electronic Registration Systems Inc. as nominee for
WMC Mortgage Corp., its successors and/or assigns, as beneficiary, and recorded as Instrument No.
2006000006922 on January 4, 2006, in the State of California, Orange County Recorder's Office.

Dated: _01/04/12_          Bank of America, National Association as successor by
                           merger to LaSalle Bank National Association as Trustee
                           RAMP 2007RP1
                           By: _Helen Tyson_
                           Name: **Helen Tyson**
                           Title: Authorized Officer

State of _PENNSYLVANIA_ )
County of _MONTGOMERY_ )
On _1-4-12_          before me, _JOHN J. CASTAGNA_, a Notary Public,
personally appeared **Helen Tyson**, who proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _PA_ that the foregoing
paragraph is true and correct.
WITNESS my hand and official seal.

_signature_
Notary Public          2.25'14

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp, Montgomery County
My Commission Expires Feb. 25, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

(This Area for Official Notary Seal)

**Case 12-12020 (MG)**          **Page 53 of 77**                    **Exhibit 10**

# EXHIBIT 10

```
04/09/13                    BUENA PARK POLICE DEPARTMENT                           367
10:18                           Address History                        Page:        1

ADDRESS HISTORY:

Call ID     Call nature    When Reported
---------   -----------    -------------      ------------------------------------
C13O33262   INFO           07:50:17 03/20/2013  OBTAINED BY OFCR WEAVER
C13O33251   AOD            05:32:00 03/20/2013  CIVIL BUREAU ATT TO SERVE REST OR
C12102736   919            12:28:39 10/16/2012  RP NEEDS TO POST A NOTICE OF TRUS
C12O94624   417J           10:40:04 09/26/2012  87 W/ RP AT CHASE BANK - LP & BEA
C12O13641   CITAST         15:25:46 01/23/2012  RP STATES THAT, NANDA MOHINDER, W
C11O83131   CKWELF         19:44:54 08/18/2011  THEIR CALL CENTER RCVD A CALL FRO
C10124550   415            02:02:30 12/25/2010  LOUD MUSIC... 415 RP...   02:30:51
C08122126   INFO           10:21:14 12/15/2008  RP ADVD THAT "KAREN ROZIER" HAS W
C08120080   925            15:50:43 12/01/2008  15:51:09 12/01/2008 - L Young
C08O44363   927H           07:12:47 04/29/2008  NO VOICE ON ORIG CALL .. ATT C/B
C08O43169   919            13:27:21 04/21/2008  RP IS FRONT OF THE LISTED ADDRESS
C07120466   422            11:11:27 12/04/2007  ALFREDA KING MADE 422 VIA T21 11:
C07113579   415            06:43:05 11/25/2007  RP STATES NEIGHBOR'S ROOSTER WAKE
C07100176   459A           08:14:04 10/02/2007  INTERIOR MASTER DOOR/MASTER WINDO
C07O71446   925            14:09:20 07/08/2007  TWO MALE HISPANICES ARE GOING DOO
C05O63583   BPMC           08:12:02 06/23/2005  3 VEHS ON 3 LAWNS...RP HAS BEEN C
C05O51861   PE             08:12:27 05/12/2005  REQ NO CITE ON A RED DODG VAN #3X
C05O44473   925C           13:41:59 04/29/2005  M/SUBJ IN A BLK COROLLA #4RLJ582
     C13856 927H           13:42:30 05/17/2004  OPEN LINE  13:56:31 05/17/04    -
      C4415 925            18:02:58 03/21/2004  M/W,,WRG BLK JKT & GRY PANTS...AR
```

000008

**Case 12-12020 (MG)**          **Page $\cancel{55}$ of $\boxed{77}$**          **Exhibit 11**

# EXHIBIT 11

KAREN MICHELE ROZIER
7957 DAHLIA CIRCLE
BUENA PARK, CA 90620
(714) 512-5740
*Propria Persona*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 27 2012

ALAN CARLSON, Clerk of the Court

## IN THE SUPERIOR COURT OF CALIFORNIA

## ORANGE COUNTY

Karen Michele Rozier, an Individual

Plaintiff,

vs.

GMAC Mortgage, LLC; Mortgage Electronic Registration Systems; Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAAC 2007RP1; U.S. Bank National Association, As Trustee, As Successor in Interest to Bank of America, National Association, As Trustee, Successor by Merger to LaSalle Bank National Association, As Trustee for RAAC 2007RP1; JOHN DOES 1-97; *EXECUTIVE TRUSTEE SERVICES, LLC*

Defendants.

Case No.

30-2012
00601310

VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF TO SET ASIDE TRUSTEE SALE, ENJOIN FORECLOSURE SALE AND FRAUD FOR:

1) TEMPORARY AND PERMANENT INUNCTIVE RELIEF
2) SET ASIDE TRUSTEE'S SALE
3) NEGLIGENCE
4) WRONGFUL FORECLOSURE
5) FRAUD
6) VIOLATION OF CALIFORNIA LAW
7) VIOLATION OF CAL. CIV. CODE 2924
8) VOID OR CANCEL TRUSTEE'S DEED UPON SALE
9) QUIET TITLE

**JUDGE DEREK W. HUNT**
**DEPT. C24**

COMPLAINT- 1

KAREN MICHELE ROZIER
7957 DAHLIA CIRCLE
BUENA PARK, CA 90620
(714) 512-5740
*Propria Persona*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 29 2012

ALAN CARLSON, Clerk of the Court

IN THE SUPERIOR COURT OF CALIFORNIA

ORANGE COUNTY

Karen Michele Rozier, an Individual

Plaintiff- Trustor,

vs.

Bank of America, National Association
as successor by merger to LaSalle
Bank National Association as Trustee
for RAAC 2007RP1;

GMAC Mortgage, LLC;

Executive Trustee Services, LLC ;

JOHN DOES 1-100.

Defendants.

Case No. 30 2012  00601310
**FIRST AMENDED COMPLAINT**
**VERIFIED COMPLAINT FOR INJUNCTIVE
RELIEF TO SET ASIDE TRUSTEE SALE,
ENJOIN FORECLOSURE SALE AND FRAUD
FOR:**

1) WRONGFUL FORECLOSURE
2) TEMPORARY AND PERMANENT
   INJUNCTIVE RELIEF
3) VIOLATION OF CAL CIV CODE 2923.5
4) VIOLATION OF CAL CIV CODE 2924
5) SLANDER OF TITLE
6) VIOLATION OF CAL BUS & PROF CODE
   17200 *et seq*
7) NEGLIGENCE
8) DEFAMATION OF CHARACTER
9) QUIET TITLE

**JURY TRIAL DEMANDED**

VERIFIED COMPLAINT- 1

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**02/04/2013** at 12:32:00 PM
Clerk of the Superior Court
By Sarah Loose, Deputy Clerk

1   KAREN MICHELE ROZIER
7957 DAHLIA CIRCLE

2   BUENA PARK, CA 90620
(714) 512-5740

3   *Propria Persona*

4

5                    IN THE SUPERIOR COURT OF CALIFORNIA

                            ORANGE COUNTY

6

7   KAREN MICHELE ROZIER, an Individual

8   DAVID EUGENE ROZIER, as Trustee, DAVID
    BEAR IRREVOCABLE LIVING TRUST

9   DAVID EUGENE ROZIER, an Individual

                         Plaintiff,

10  vs.

11  BANK OF AMERICA, NATIONAL ASSOCIATION
    as successor by merger to LASALLE BANK
    NATIONAL ASSOCIATION as Trustee RAMP

12  2007RP1;

13  RESIDENTIAL FUNDING COMPANY, LLC fka
    RESIDENTIAL FUNDING CORPORATION,
    Attorney-in-Fact;

14  GMAC MORTGAGE, LLC

15  EXECUTIVE TRUSTEE SERVICES, LLC dba ETS
    SERVICES, LLC as Trustee ;

16  ADAM BARASCH, an Individual;

17  LUIS RODRIGUEZ, an Individual;

18  SALLY BELTRAN, an Individual;

Case No. 30-2012-00601310-CU-OR-CJC

Honorable Derek W. Hunt, Presiding

**SECOND AMENDED VERIFIED COMPLAINT
FOR ~~INJUNCTIVE RELIEF TO SET ASIDE
TRUSTEE SALE, ENJOIN FORECLOSURE
SALE AND~~ FRAUD ~~FOR~~ AND:**

1) WRONGFUL FORECLOSURE
2) (DELETED)
3) (DELETED)
4) (DELETED)
5) SLANDER OF TITLE
6) VIOLATION OF CAL BUS & PROF CODE
   17200 *et seq*
7) NEGLIGENCE
8) DEFAMATION OF CHARACTER
9) QUIET TITLE

19

20                    VERIFIED SECOND AMENDED COMPLAINT- 1

21

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**06/10/2013** at 11:41:00 PM
Clerk of the Superior Court
By Sarah Loose, Deputy Clerk

1  KAREN MICHELE ROZIER
   7957 DAHLIA CIRCLE
2  BUENA PARK, CA 90620
   (714) 512-5740
3  *Propria Persona*

4

5                    IN THE SUPERIOR COURT OF CALIFORNIA

6                              ORANGE COUNTY

7

8  KAREN MICHELE ROZIER, an Individual          Case No. 30-2012-00601310-CU-OR-CJC

   DAVID EUGENE ROZIER, SR. an Individual       Honorable Derek W. Hunt, Presiding

9  Plaintiffs.                                  PLAINTIFFS' VERIFIED THIRD AMENDED
                                                COMPLAINT FOR:
   vs.
10                                              (1) FRAUD;
   BANK OF AMERICA, NATIONAL ASSOCIATION        (2) CONSPIRACY TO COMMIT FRAUD;
11 as successor by merger to LASALLE BANK       (3) TO VOID OR CANCEL RECORDED
   NATIONAL ASSOCIATION as Trustee RAMP         INSTRUMENTS;
   2007RP1 aka BANK OF AMERICA, NATIONAL        (4) WRONGFUL FORECLOSURE;
12 ASSOCIATION as successor by merger to LASALLE (5) CANCELLATION OF A VOID CONTRACT
   BANK NATIONAL ASSOCIATION as Trustee         PURSUANT TO CAL.CIV.CODE § 3412
13 RAAC 2007RP1                                 (6) CANCELLATION OF A VOIDABLE
                                                CONTRACT PURSUANT TO CAL.CIV.CODE §
14 U.S. BANK NATIONAL ASSOCIATION as            3412
   successor in interest to BANK OF AMERICA,    (7) VIOLATIONS OF CAL. BUS & PROF 12200 ET
15 NATIONAL ASSOCIATION as Trustee, successor by SEQ.
   merger to LASALLE BANK NATIONAL              (9) INTENTIONAL INFLICTION OF EMOTIONAL
16 ASSOCIATION as Trustee for RAAC 2007RP1      DISTRESS;
                                                (9) DEFAMATION OF CHARACTER
17 OCWEN HOME LOAN SERVCING COMPANY

   RESIDENTIAL FUNDING COMPANY, LLC fka         Action Filed:  September 27, 2012
18 RESIDENTIAL FUNDING COMPANY,                 FAC Filed:     October cc, 2012
   ATTORNEY-IN-FACT                             SAC Filed:     February xx, 2013
                                                TAC Filed :    June 10, 2013
19
                                                Trial Date: September 23, 2013
20

                      VERIFIED THIRD AMENDED COMPLAINT- 1

Case 12-12020 (MG)          Page _60_ of _77_          **Exhibit 12**

# EXHIBIT 12

10/9/12

Subject:   Re: Defective Notice of Sale

From:      Karen Rozier (rozier.karen@yahoo.com)

To:        anb@severson.com;

Date:      Monday, October 1, 2012 8:40 PM

---

**From:** Adam N. Barasch <anb@severson.com>
**To:** 'Karen Rozier' <rozier.karen@yahoo.com>
**Cc:** Bernard J. Kornberg <bjk@severson.com>
**Sent:** Friday, September 28, 2012 11:57 AM
**Subject:** RE: Defective Notice of Sale

Dear Ms. Rozier,

I have discussed your concerns with my client. My client will agree to rescind the Trustee's Deed
Upon Sale and Re-Notice the Trustee's Sale on the condition that you grant me a four week
extension of time to respond to your appeal.  If this is agreeable, please advise. I am leaving my
office at 2:00 PM, so please advise me prior to that time.

Thanks,

**Adam N. Barasch**
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 677-5533
www.severson.com

Case 12-12020 (MG)          Page 62 of 77          Exhibit 13

# EXHIBIT 13

**This page is part of your document - DO NOT DISCARD**

# 20130511055



Pages:
0003



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**04/05/13 AT 09:36AM**

| FEES: | 21.00 |
| --- | --- |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



L E A D S H E E T



201304050790005

00007507179



004769900

**SEQ:**
**16**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

Recording requested by:

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236    837525

Space above this line for recorders use

APN: 5558-021-013
TS No.: CA-13-543760-JB
Order No.: 130036222-CA-GTI
MERS MIN No.:                          MERS Telephone No. 1-888-679-6377

## Assignment of Deed of Trust

For value received, the undersigned hereby grants, assigns, and transfers to

**U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage
Pass-Through Certificates, Series 2006-AR7**

All beneficial interest and all rights accrued or to accrue under that certain Deed of Trust dated **3/15/2006**
executed by **FRANCINE SILVER , AN UNMARRIED WOMAN**, as Trustor(s) to **LAND AMERICA
COMMONWEALTH**, as Trustee and recorded as Instrument No. **06 0618788**, on **3/23/2006**,  of Official
Records   in the office of the County Recorder of **LOS ANGELES** County, CA, that secures the underlying
promissory note.

TS No.: **CA-13-543760-JB**
Page 2

Dated: **3.25.13**

**GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION**

By: **Keli D. Smith**
     Authorized Officer

State of **Pennsylvania** )
                                                  ) ss.
County of: **Montgomery** )

On **March 25, 2013** before me, **Lisa Howlin Thomas** a notary public, personally appeared **Keli D. Smith**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **Pennsylvania** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                    (Seal)

**Lisa Howlin Thomas**

```
NOTARIAL SEAL
LISA HOWLIN THOMAS
Notary Public
CHELTENHAM TWP., MONTGOMERY COUNTY
My Commission Expires May 8, 2016
```



*U03686929*

10301   3/28/2013   78544585/1

Case 12-12020 (MG)                 Page 66 of 77                    Exhibit 14

# EXHIBIT 14

Identifier:0810052114200   Doc Type:RC

CERTIFIED COPY OF ORIGINAL

WHEN RECORDED MAIL TO:
WMC MORTGAGE CORP.
(TR-800, Attn: Simone Ranaraja)
3100 Thornton Avenue
Burbank, CA 91504

THIS BOX FOR RECORDER'S USE ONLY

| Lenders Loan Number: ███2468 | |
|---|---|
| MIN #:100136300114324683 | MERS Phone: 1-888-679-6377 |

## MODIFICATION OF DEED OF TRUST AGREEMENT

The Modification of Deed of Trust Agreement ("Agreement"), entered into on this 16th day of May, 2006, between Karen M. Rozier ("Borrower"), and WMC Mortgage Corp ("Lender"), Mortgage Electronic Registration Systems, Inc. ("Mortgagee") amends and supplements  (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated December 23, 2005, and granted or assigned to Mortgage Electronic Registration Systems, Inc, as mortgagee of record (solely as nominee for Lender and Lender's successors and assigns, P.O. Box 2026, Flint, Michigan 45801-2026 and recorded in Book or Liber _____, at page(s) _____, of the _____ records of the County of Orange, State of California

| California | |
|---|---|
| [Name of Records] | [County and State, or other Jurisdiction] |

and (2) the Note bearing the same date as, and the secured by, the Security Instrument, which covers the real property described in the Security Instruments and defined therein as the "Property", located at:

7957 Dahlia Circle, Buena Park, CA 90620

Legal description Exhibit A attached hereto and made a part hereof.

Modification is as follows:

1. The Said DEED OF TRUST described above is modified to replace Page 1 of 3, Item A "INTEREST RATE AND MONTHLY PAYMENT CHANGES " to amend the interest rate to reflect 6.900% on the Adjustable Rate Rider of the DEED OF TRUST.

2. The Said DEED OF TRUST described above is modified to replace Page 1 of 3, Item 4. INTEREST RATE AND MONTHLY CAHNGES (A) Change Dates to reflect "The interest rate I will pay may change on the first day of January, 2009 and on that every 6th month thereafter." On the Adjustable Rate Rider of the DEED OF TRUST.

3. The Said DEED OF TRUST described above is modified to replace Page 2 of 3 pages Item 4 D "limits on Interest Rate Changes " to read " The interest rate I am required to pay at the first Change Date will not be greater than 9.900% or less than 6.900%. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than one  percentage point (1%) from the rate of 13.400% or less than 6.900% on the Adjustable Rate Rider of the DEED OF TRUST.

Identifier:0810522184048b2c57ype:NOC

4. Modifications provided herein are retroactive to the date of the original transaction, and any adjustments in terms, which require the refund of proceeds to the borrower will be applied to the principal balance.

5. In all other respects said DEED OF TRUST shall remain unaffected, unchanged, and unimpaired by reason of the execution of this Modification Agreement.

_____ (Seal)          _____ (Seal)
WMC Mortgage Corp., by Robert Rothleder, –Lender–          KAREN M. ROZIER          – Borrower
Vice President

_____ (Seal)          _____ (Seal)
Mortgage Electronic Registration Systems, Inc. –Mortgagee–

## CERTIFICATE OF ACKNOWLEDGMENT
(Corporate)

STATE OF California
COUNTY OF LOS ANGELES

On 5/30/08 before me, the undersigned, a Notary Public in and for said State, personally appeared ROBERT ROTHLEDER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to be within instrument and acknowledge to me that he/she/they executed the same his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY SIGNATURE

(SEAL)

NESSA A. CERVANIEZ
Commission # 1615271
Notary Public - California
Los Angeles County
My Comm. Expires Oct 21, 2009

## CERTIFICATE OF ACKNOWLEDGMENT
(Borrower)

STATE OF CALIFORNIA
COUNTY OF ORANGE

On MAY 22, 2006 before me, the undersigned, a Notary Public in and for said State, personally appeared KAREN M. ROZIER, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to be within instrument and acknowledge to me that he/she/they executed the same his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY SIGNATURE

(SEAL)

DAWN M. COPPENS
COMM. #1527390
Notary Public - California
ORANGE COUNTY
My Comm. Exp. Nov 18, 2008

**Case 12-12020 (MG)**          Page _62_ of _77_                    **Exhibit 15**

# EXHIBIT 15



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

200633610263
ETS SERVICES, LLC
15455 SAN FERNANDO MISSION BLVD
MISSION HILLS, CA 91345

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER

200633610263

3. STATE OR PLACE OF ORGANIZATION

DELAWARE

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY AND STATE | ZIP CODE |
|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | |
| 15455 SAN FERNANDO MISSION BLVD | MISSION HILLS, CA | 91345 |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE  ZIP CODE |
| | | CA |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| MARK LAHIFF | 1100 Virginia Drive | FORT WASHINGTON, PA | 19034 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | WILLIAM J. MAGUIRE | 1100 VIRGINIA DRIVE | FORT WASHINGTON, PA | 19034 |
| 8. | | | | |
| 9. | NAME | ADDRESS | CITY AND STATE | ZIP CODE |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

Corporation Service Company Which Will Do Business In California As CSC-Lawyers Incorporating Service

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

CA

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

ETS is a third party trustee organization delivering foreclosure, econveyance, REO, & Recovery

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Erika Johnson | | | Authorized Sign | | |
|---|---|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | | SIGNATURE | TITLE | | DATE |

LLC-12 (REV 03/2007)

APPROVED BY SECRETARY OF STATE

Case 12-12020 (MG)                Page 71 of 77                Exhibit 16

# EXHIBIT 16

Identifier:

**RECORDING REQUESTED BY:**

<u>LSI TITLE COMPANY, INC.</u>

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS NO : GM-278944-C
LOAN NO : ████1144

# SUBSTITUTION OF TRUSTEE

　　　WHEREAS, *KAREN M. ROZIER*, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY was the original Trustor, WESTWOOD ASSOCIATES, A CALIFORNIA CORPORATION was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WMC MORTGAGE CORP., A CORPORATION was the original Beneficiary under that certain Deed of Trust dated 12/23/2005 and recorded on 1/4/2006 as Instrument No. 2006000006922, in Book XX, Page XX  of Official Records of Orange County, California; and

　　　WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

　　　WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

　　　NOW, THEREFORE, the undersigned desires to substitute Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated : *April 4, 2011*

Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee RAMP 2007RP1 by Residential Funding Company, LLC fka Residential Funding Corporation, Attorney-In-Fact

*Tracie Schmidheiser*
Tracie Schmidheiser    Authorized Officer

State of **Pennsylvania** } ss.
County of **Montgomery**)

On **APR 0 4 2011** , before   me,   **Nikole Shelton**           Notary  Public,  personally   appeared
**Tracie Schmidheiser**          who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of ___**Pennsylvania**___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Nikole Shelton* (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Aug. 11, 2014
Member, Pennsylvania Association of Notaries

Case 12-12020 (MG)                Page 73 of 77                Exhibit 17

# EXHIBIT 17



# Commonwealth of Massachusetts



### SOUTHERN ESSEX DISTRICT REGISTRY OF DEEDS
### SHETLAND PARK
### 45 CONGRESS STREET
### SUITE 4100
### SALEM, MASSACHUSETTS 01970

**JOHN L. O'BRIEN, JR.**
*Register of Deeds*
(978) 542-1704
Fax: (978) 542-1706
e-mail: southernessexcustomerservice@sec.state.ma.us
www.salemdeeds.com

*A division of the Secretary of the Commonwealth*
**WILLIAM FRANCIS GALVIN, SECRETARY**

Karen Rozier
7957 Dahlia Circle
Buena Park, CA 90620

Dear Karen,

In an attempt to provide you with more assistance, I have enclosed, an affidavit signed by me, as Register of the Southern Essex District Registry of Deeds, attesting to the presence of a robo-signed signature on your document as listed on McDonnell Property Analytics Approved Robo-signers List. If you are currently being foreclosed upon, this affidavit may be presented to your attorney, the lender, or the court to show that your chain of title has been corrupted. For those of you who are not in foreclosure, the affidavit may be presented to your current lender to show that a robo-signed document has in fact been recorded in your chain of title and be part of a request to investigate how this happened and what the lender is going to do to correct it.

Thank you for contacting us concerning your robo-signed document. Should you have any further questions or need assistance, please contact my Customer Service Department at 978-542-1704.

With Regards,

John O'Brien
Register of Deeds

234

## AFFIDAVIT OF JOHN L. O'BRIEN, REGISTER OF DEEDS
## SOUTHERN ESSEX DISTRICT

1.  I, John L. O'Brien, Register of the Southern Essex District Registry of Deeds, do hereby swear or aver as follows:

2.  As of June 2011 it has been my policy as follows:

    a.  IF THERE ARE VARIATIONS OF AN ALLEGED ROBO-SIGNER ON RECORD AT MY REGISTRY – I require that all documents sent for recording that are executed by that alleged robo-signer, be independently verified by an affidavit that the signature is in fact the signature of the named individual, prior to recording. (See Exhibit B attached hereto).

    b.  IF THERE ARE NO VARIATIONS OF AN ALLEGED ROBO or SURROGATE SIGNER ON RECORD AT MY REGISTRY – I record the documents and forward them to the Massachusetts Attorney General's Office for review and possible violation of a Crime Against Property, specifically MGL Chapter 266, Section 35A (b) (4).

3.  I have instituted this policy based on the opinion of our forensic analyst, Marie McDonnell of McDonnell Property Analytics who has provided me with a list of robo and surrogate signers.

    McDonnell defines a "robo-signer" as: *The person on a legal document processing assembly line whose only task is to sign previously prepared documents affecting title to real property in a robotic-like fashion without reading the documents or verifying the facts contained therein by reviewing primary source evidence. The robo-signer's mission is to expedite the documents' recordation in the public land records or in court proceedings. Additionally, robo-signers regularly fail to establish or simply do not have the authority to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

    McDonnell defines a "surrogate signer" as: *A person who signs a legal document on behalf of and in the name of another without reading it or understanding the document's contents; surrogate-signers are not authorized to execute these documents on behalf of the legal title holder or principal on whose behalf they purport to act.*

4.  I am aware that NIKOLE SHELTON is an alleged robo or surrogate signer.

Signed this 28th day of May 2013, under the pains and penalties of perjury.

John L. O'Brien, Register

235

Case 12-12020 (MG)                     Page _76_ of _77_                          **Exhibit 18**

# EXHIBIT 18

2468                [Space Below This Line For Acknowledgment]                32468

[Space Below This Line For Acknowledgment]

State of *California*
County of *Orange County*
On this ~~Dec~~ 0.3 23 day of *Dec. 2005*, before me, *Adrian R. Barajas (Notary public.)*
personally appeared
*Karen Michelle Rozier aka Karen M. Rozier*

~~personally known to me~~ (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
*is* subscribed to the within instrument and acknowledged to me that *she* executed the same in
authorized capacity(ies) , and that by *her* signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



ADRIAN R. BARAJAS
COMM. #1616541
Notary Public-California
LOS ANGELES COUNTY
My comm. Expires Oct. 28, 2009

Notary Public

My Commission Expires: *Oct. 28, 2009*

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT   Form 3005 1/01   *(page 14 of 14 pages)*
DOCUKCA14
DOCUKCAE.VTX   08/25/2005

*WMC* 0011432468KCA014014200512231 64921q