No. G050520
Related to No. G050127

# Court of Appeal

### Of The

### State of California

### Fourth Appellate District, Division Three

---

### KAREN MICHELE ROZIER

*Plaintiff and Appellant,*

vs.

### U.S. BANK NATIONAL ASSOCIATION

*Defendant and Respondent,*

---

# Respondent's Motion to Dismiss

---

Appeal from a Judgment
of the Orange County Superior Court
(No. 30-2012-00601310-CU-OR-CJC)

Honorable Sheila B. Fell, Judge

---

Jan T. Chilton (State Bar No. 47582)
*Kerry W. Franich (State Bar No. 245857)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant and Respondent
U.S. Bank N.A., as Trustee

21000.0212/3422068.1

Defendant and respondent U.S. Bank N.A. hereby moves for an order dismissing this appeal on the ground it is identical to, and duplicative of, another appeal in this Court—No. G050127.

Two appeals by the same party that seek review of the same judgment are duplicative, unnecessary and wasteful. If no question is raised regarding the validity of the first appeal, the second should be dismissed. (*Swortfiguer v. White* (1901) 6 Cal.Unrep. 778, 779.)

There are innumerable questions about the *merit* of Rozier's earlier appeal—No. G050127—but none regarding its validity. She perfected an appeal of a judgment entered after the trial court granted defendant's motion for summary judgment. (MJN, Ex. 1.) She filed the notice of appeal before the trial court formally entered judgment, but that has no impact on that appeal's validity. (Cal. Rules of Court, rule 8.104(e)(1).)

Rozier's appeal here seeks review of the identical judgment of which she sought review earlier. (MJN, Ex. 2.) Since Rozier already perfected a valid appeal of the same judgment in No. G050127, her new appeal in No. G050520 should be dismissed. (*Swortfiguer v. White, supra,* 6 Cal.Unrep. at p. 779.)

Moreover, the appeal should be dismissed as back door attempt to evade the dismissal of her earlier appeal. On July 30, 2014 this Court dismissed Rozier's earlier appeal because she failed to deposit funds, or a substitution for funds, in a timely manner for preparation of the record on appeal. (MJN, Ex. 3.) The dismissal is now final because more than 30 days have passed since it issued. (Cal. Rules of Court, rule 8.264(b)(1).)

The effect of the prior dismissal is an affirmance of the judgment such that no second appeal from the same judgment can be maintained.  (*Linn v. Weintraub* (1948) 85 Cal.App.2d 109, 110; Code Civ. Proc., § 913.)

For these reasons, the motion to dismiss should be granted.

DATED:  September 18, 2014   SEVERSON & WERSON
A Professional Corporation

By:

KERRY W. FRANICH
Attorneys for Defendant and
Respondent U.S. Bank, N.A. as
trustee.

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 18, 2014, I served true copies of the following document(s): **RESPONDENT'S MOTION TO DISMISS** on the interested parties in this action as follows:

Karen Michele Rozier :                    Plaintiff and Appellant in Pro Per
7957 Dahlia Circle
Buena Park, CA 90620

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 18, 2014, at Irvine, California.

RYAN J. BROOKS

Case 12-12020 (MG)          Page *199* of *269*

# [This page intentionally left blank]

No. G050520
Related to No. G050127

# Court of Appeal
OF THE
## State of California
## Fourth Appellate District, Division Three

---

### KAREN MICHELE ROZIER

*Plaintiff and Appellant,*

vs.

### U.S. BANK NATIONAL ASSOCIATION

*Defendant and Respondent,*

---

# [Proposed] Order

---

Appeal from a Judgment
of the Orange County Superior Court
(No. 30-2012-00601310-CU-OR-CJC)

Honorable Sheila B. Fell, Judge

---

Jan T. Chilton (State Bar No. 47582)
*Kerry W. Franich (State Bar No. 245857)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant and Respondent
U.S. Bank N.A., as Trustee

21000.0212/3435496.1

IT IS ORDERED that the motion to dismiss appeal filed by defendant

and respondent U.S. Bank, N.A. as trustee is granted.


Dated: _____          By:

_____

Presiding Justice

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 18, 2014, I served true copies of the following document(s): **[PROPOSED] ORDER ON RESPONDENT'S MOTION TO DISMISS** on the interested parties in this action as follows:

Karen Michele Rozier :               Plaintiff and Appellant in Pro Per
7957 Dahlia Circle
Buena Park, CA 90620

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 18, 2014, at Irvine, California.

_____
RYAN J. BROOKS

No. G050520
Related to No. G050127

# Court of Appeal

OF THE

## State of California

### Fourth Appellate District, Division Three

KAREN MICHELE **ROZIER**

*Plaintiff and Appellant,*

vs.

## U.S. BANK NATIONAL ASSOCIATION

*Defendant and Respondent,*

# Motion for Judicial Notice

Appeal from a Judgment
of the Orange County Superior Court
(No. 30-2012-00601310-CU-OR-CJC)

Honorable Sheila B. Fell, Judge

Jan T. Chilton (State Bar No. 47582)
*Kerry W. Franich (State Bar No. 245857)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant and Respondent
U.S. Bank N.A., as Trustee

21000.0212/3435437.1

Pursuant to California Rules of Court, rule 8.252(a) and Evidence Code sections 452 and 459, defendant and respondent U.S. Bank N.A., as trustee, moves the Court to take judicial notice of the following documents in support of its motion to dismiss this appeal.

1.    Notice of appeal filed in the Orange County Superior Court on May 12, 2014 in case number No. 30-2012-00601310-CU-OR-CJC, and assigned case number G050127 by this Court. A true and correct copy of the notice of appeal is attached as Exhibit A.

2.    Notice of appeal filed in the Orange County Superior Court on July 2, 2014 in case number No. 30-2012-00601310-CU-OR-CJC, and assigned case number G050520 by this Court. A true and correct copy of the notice of appeal is attached as Exhibit B.

3.    Dismissal of appeal filed on July 30, 2014 in case number G050127. A true and correct copy of the dismissal order is attached as Exhibit C.

The three court documents above are relevant to this appeal because they demonstrate that this appeal is duplicative of an identical appeal Rozier pursued from the same judgment.

These documents were not presented to or judicially-noticed by the trial court. All three relate to proceedings that occurred after the order or judgment that is the subject of this appeal.

Judicial notice is properly taken of these documents under Evidence Code section 452(c), (d) and (h). The documents are records of the Orange County Superior Court and this Court. That these documents were filed is a fact that is not reasonably subject to dispute and is capable of immediate and accurate determination by resort to sources of reasonably indisputable

accuracy. (*Jocer Enterprises, Inc. v. Price* (2010) 183 Cal.App.4th 559, 563-564 n. 2 (approving judicial notice of court records in related proceeding).)

For these reasons, defendant respectfully requests that the Court take judicial notice of these three court documents. A proposed order granting this motion is attached.

DATED: September 18, 2014    SEVERSON & WERSON
A Professional Corporation

By:

KERRY W. FRANICH
Attorneys for Defendant and
Respondent U.S. Bank, N.A. as
trustee.

# EXHIBIT "A"

Page 207 of 269

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Karen Michele Rozier<br>7957 Dahlia Circle<br>Buena Park, CA 90620<br><br>TELEPHONE NO.: (410) 458-3772    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**05/12/2014** at 08:00:00 AM<br><br>Clerk of the Superior Court<br>By Giovanni Galon, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: **700 CIVIC CENTER DRIVE WEST**
MAILING ADDRESS:
CITY AND ZIP CODE: **SANTA ANA 92701**
BRANCH NAME: **CENTRAL JUSTICE CENTER**

PLAINTIFF/PETITIONER: Karen Michele Rozier

DEFENDANT/RESPONDENT: U.S. BANK NATIONAL ASSOCIATION

| ☑ NOTICE OF APPEAL    ☐ CROSS-APPEAL<br>(UNLIMITED CIVIL CASE) | CASE NUMBER:<br>30-2012-00601310-CU-OR-CJC |
|---|---|

Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.

1.  NOTICE IS HEREBY GIVEN that (name): Karen Michele Rozier

    appeals from the following judgment or order in this case, which was entered on (date): April 30, 2014

    ☐ Judgment after jury trial
    ☐ Judgment after court trial
    ☐ Default judgment
    ☑ Judgment after an order granting a summary judgment motion
    ☐ Judgment of dismissal under Code of Civil Procedure sections 581d, 583.250, 583.360, or 583.430
    ☐ Judgment of dismissal after an order sustaining a demurrer
    ☐ An order after judgment under Code of Civil Procedure section 904.1(a)(2)
    ☐ An order or judgment under Code of Civil Procedure section 904.1(a)(3)–(13)
    ☐ Other (describe and specify code section that authorizes this appeal):

2.  For cross-appeals only:
    a. Date notice of appeal was filed in original appeal:
    b. Date superior court clerk mailed notice of original appeal:
    c. Court of Appeal case number (if known):

Date: May 10, 2014

Karen Michele Rozier
(TYPE OR PRINT NAME)

► _[signature]_
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
APP-002 [Rev. July 1, 2010]

**NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)**
(Appellate)

Cal. Rules of Court, rule 8.100
www.courts.ca.gov

APP-002

| CASE NAME: | CASE NUMBER: |
|---|---|
| Rozier vs. U.S. BANK NATIONAL ASSOCIATION, as Trustee | 30-2012-00601310-CU-OR-CJC |

**NOTICE TO PARTIES:** A copy of this document must be mailed or personally delivered to the other party or parties to this appeal. A PARTY TO THE APPEAL MAY NOT PERFORM THE MAILING OR DELIVERY HIMSELF OR HERSELF. A person who is at least 18 years old and is not a party to this appeal must complete the information below and mail (by first-class mail, postage prepaid) or personally deliver the front and back of this document. When the front and back of this document have been completed and a copy mailed or personally delivered, the original may then be filed with the court.

## PROOF OF SERVICE
☑ Mail    ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify):*
7957 Dahlia Circle Buena Park, CA 90620

3. I mailed or personally delivered a copy of the *Notice of Appeal/Cross-Appeal (Unlimited Civil Case)* as follows *(complete either a or b):*

   a. ☑ **Mail.** I am a resident of or employed in the county where the mailing occurred.

     (1) I enclosed a copy in an envelope and

       (a) ☑ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

       (b) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

     (2) The envelope was addressed and mailed as follows:

       (a) Name of person served:  Yaron Shaham

       (b) Address on envelope:
       Severson and Werson, APC 19100 Von Karman Avenue #700 Irvine, CA 92612

       (c) Date of mailing:  May 10, 2014

       (d) Place of mailing *(city and state):*  Buena Park, CA

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:

     (1) Name of person served:

     (2) Address where delivered:

     (3) Date delivered:

     (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 10, 2014

David E. Rozier, Sr.
   (TYPE OR PRINT NAME)         (SIGNATURE OF DECLARANT)

APP-002 [Rev. July 1, 2010]    **NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)**    Page 2 of 2
(Appellate)

**EXHIBIT "B"**

APP-002

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Karen Michele Rozier<br>7957 Dahlia Circle<br>Buena Park, CA 90620<br><br>TELEPHONE NO.: (4100 458-3772    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**07/02/2014 at 08:43:00 PM**<br>Clerk of the Superior Court<br>By Giovanni Galon, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER: Karen Michele Rozier

DEFENDANT/RESPONDENT: U.S BANK National Association, as Trustee

| ☑ NOTICE OF APPEAL   ☐ CROSS-APPEAL<br>(UNLIMITED CIVIL CASE) | CASE NUMBER:<br>30-2012 00601310-CU-OR-CJC |
|---|---|

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

1. NOTICE IS HEREBY GIVEN that *(name)*:  Karen Michele Rozier
   appeals from the following judgment or order in this case, which was entered on *(date)*:  April 30, 2014

   ☐ Judgment after jury trial
   ☐ Judgment after court trial
   ☐ Default judgment
   ☑ Judgment after an order granting a summary judgment motion
   ☐ Judgment of dismissal under Code of Civil Procedure sections 581d, 583.250, 583.360, or 583.430
   ☐ Judgment of dismissal after an order sustaining a demurrer
   ☐ An order after judgment under Code of Civil Procedure section 904.1(a)(2)
   ☐ An order or judgment under Code of Civil Procedure section 904.1(a)(3)–(13)
   ☑ Other *(describe and specify code section that authorizes this appeal)*:

   Rule 8.155 (a). Motion to augment the record in support of preserving the status quo pending appeal.

2. For cross-appeals only:
   a. Date notice of appeal was filed in original appeal:
   b. Date superior court clerk mailed notice of original appeal:
   c. Court of Appeal case number *(if known)*:

Date: July 1, 2014


Karen Michele Rozier
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
APP-002 [Rev. July 1, 2010]

**NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)**
(Appellate)

Cal. Rules of Court, rule 8.100
www.courts.ca.gov

APP-002

| CASE NAME: | CASE NUMBER: |
|---|---|
| Rozier vs. U.S. Bank N.A. as Trustee RAAC 2007RPI/ LaSalle Bank | 30-2012 00601310-CU-OR-CJC |

NOTICE TO PARTIES: A copy of this document must be mailed or personally delivered to the other party or parties to this appeal. A PARTY TO THE APPEAL MAY NOT PERFORM THE MAILING OR DELIVERY HIMSELF OR HERSELF. A person who is at least 18 years old and is not a party to this appeal must complete the information below and mail (by first-class mail, postage prepaid) or personally deliver the front and back of this document. When the front and back of this document have been completed and a copy mailed or personally delivered, the original may then be filed with the court.

## PROOF OF SERVICE
☑ Mail   ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify):
   7957 Dahlia Circle Buena Park, CA 90620

3. I mailed or personally delivered a copy of the Notice of Appeal/Cross-Appeal (Unlimited Civil Case) as follows (complete either a or b):
   a. ☑ Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope and
         (a) ☑ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.
         (b) ☐ placed the envelope for collection and mailing on the date and at the place shown in items below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: John B Sullivan
         (b) Address on envelope:
            Severson and Werson, One Embarcadero Center, Suite 2600 San Francisco, CA 94111

         (c) Date of mailing: July 2, 2014
         (d) Place of mailing (city and state): Buena Park, CA
   b. ☐ Personal delivery. I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 2, 2014

David E. Rozier, Sr.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

# EXHIBIT "C"

# COURT OF APPEAL - STATE OF CALIFORNIA
## FOURTH APPELLATE DISTRICT
## DIVISION THREE

KAREN MICHELE ROZIER,
Plaintiff and Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION,
Defendant and Respondent.

**G050127**
**Orange County No. 30-2012-00601310**

COURT OF APPEAL-4TH DIST DIV 3
**FILED**

JUL 3 0 2014

Deputy Clerk _____

Pursuant to California Rules of Court, rule 8.140(b)(1), the appeal filed May 12, 2014, is DISMISSED for appellant's failure to deposit funds or a substitution for funds in a timely manner for preparation of the record on appeal.

Appellant is advised that this dismissal will become final as to this court 30 days after the date of this order, at which time this court will lose the power to vacate, reconsider or modify it.   (See Cal. Rules of Court, rule 8.264(b)(1).)


                              O'Leary, P.J.
                              Presiding Justice

cc:    See attached list

COPY

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 18, 2014, I served true copies of the following document(s): **MOTION FOR JUDICIAL NOTICE** on the interested parties in this action as follows:

Karen Michele Rozier :                    Plaintiff and Appellant in Pro Per
7957 Dahlia Circle
Buena Park, CA 90620

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 18, 2014, at Irvine, California.

_____
RYAN J. BROOKS

No. G050520
Related to No. G050127

# Court of Appeal

Of The

## State of California

## Fourth Appellate District, Division Three

---

### KAREN MICHELE ROZIER

*Plaintiff and Appellant,*

vs.

### U.S. BANK NATIONAL ASSOCIATION

*Defendant and Respondent,*

---

# [Proposed] Order

---

Appeal from a Judgment
of the Orange County Superior Court
(No. 30-2012-00601310-CU-OR-CJC)

Honorable Sheila B. Fell, Judge

---

Jan T. Chilton (State Bar No. 47582)
*Kerry W. Franich (State Bar No. 245857)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant and Respondent
U.S. Bank N.A., as Trustee

21000.0212/3435487.1

page 21.6 of 269

IT IS ORDERED that the motion for judicial notice filed by defendant

and respondent U.S. Bank, N.A. as trustee is granted.

Dated: _____        By: _____

_____

Presiding Justice

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 18, 2014, I served true copies of the following document(s): **[PROPOSED] ORDER ON MOTION FOR JUDICIAL NOTICE** on the interested parties in this action as follows:

Karen Michele Rozier :                    Plaintiff and Appellant in Pro Per
7957 Dahlia Circle
Buena Park, CA 90620

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 18, 2014, at Irvine, California.

*Ryan J. Po*
RYAN J. BROOKS

**Case 12-12020 (MG)**          Page 218 of 269          **Exhibit 30**

# EXHIBIT 30

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
## CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 04/30/2014                    TIME: 10:00:00 AM          DEPT: C22

JUDICIAL OFFICER PRESIDING: Sheila Fell
CLERK: Rick Burns
REPORTER/ERM: Theresa Jones CSR# 12760
BAILIFF/COURT ATTENDANT: Carolyn J Reza

CASE NO: **30-2012-00601310-CU-OR-CJC** CASE INIT.DATE: 09/27/2012
CASE TITLE: **Rozler vs. Bank of America**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Other Real Property

EVENT ID/DOCUMENT ID: 71936985

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: U.S. Bank National Association, as Trustee, as successor in interest to Bank of
America, National Association, as Trustee, successor by merger to LaSalle Bank National Association,
as Trustee for RAAC 2007-RP1
CAUSAL DOCUMENT/DATE FILED: Motion for Terminating Sanctions, 04/02/2014

EVENT ID/DOCUMENT ID: 71932552

**EVENT TYPE:** Motion for Summary Judgment and/or Adjudication
MOVING PARTY: U.S. Bank National Association, as Trustee, as successor in interest to Bank of
America, National Association, as Trustee, successor by merger to LaSalle Bank National Association,
as Trustee for RAAC 2007-RP1
CAUSAL DOCUMENT/DATE FILED: Motion for Summary Judgment/Adjudication, 01/08/2014

**APPEARANCES**
Karen Michele Rozier, self represented Plaintiff, present.
Yaron Shaham, from Severson & Werson, present for Defendant(s).
Alyson M. Dudkowski, from BRYAN CAVE LLP, present for Defendant(s) telephonically.

Court having read and considered the Moving Papers and having heard extensive oral argument rules
as follows:

**MOTION FOR TERMINATING SANCTIONS:** [US BANK]

Grant.

**MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION:** [US BANK]

Grant.

Entered: 30/APR/2014/9

**Case 12-12020 (MG)**          Page 228 of 269          **Exhibit 31**

# EXHIBIT 31

1  ROBERT J. GANDY (State Bar No. 225405)
   rjg@severson.com
2  YARON SHAHAM (State Bar No. 217192)
   ys@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  JOHN B. SULLIVAN (State Bar No. 96742)
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, California 94111
   Telephone: (415) 398-3344
10 Facsimile: (415) 956-0439

11 Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in interest to
12 Bank of America, National Association, as Trustee, successor by merger to
   LaSalle Bank National Association, as Trustee for RAAC 2007RP1

13

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 05 2014

ALAN CARLSON, Clerk of the Court
BY  R. BURNS

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/30/2014 at 04:14:50 PM
Clerk of the Superior Court
By Jaime Cordero, Deputy Clerk

14              SUPERIOR COURT OF CALIFORNIA

15      COUNTY OF ORANGE — CENTRAL JUSTICE CENTER

16 Karen Michele Rozier, an Individual,          Case No. 30-2012-00601310-CU-OR-CJC
                                                 Assigned for All Purposes to:
17              Plaintiff,                        Hon. Sheila B. Fell
                                                 Dept. C22
18      vs.

19 Bank of America, National Association as       [PROPOSED] JUDGMENT ON
   successor by merger to LaSalle Bank National  DEFENDANT'S MOTION FOR
20 Association as Trustee RAMP 2007RP1 aka        SUMMARY JUDGMENT
   Bank of America, National Association as
21 successor by merger to LaSalle Bank National   Date:    April 30, 2014
   Association as Trustee RAAC 2007RP1; U.S.      Time:    10:00 a.m.
22 Bank National Association as successor in      Dept:    C22
   interest to Bank of America National           Reservation No.:  71874288
23 Association as Trustee, successor by merger to
   LaSalle Bank National Association as Trustee
24 for RAAC 2007RP1; Residential Funding
   Company, LLC fka Residential Funding
25 Company, Attorney-In-Fact; JOHN DOES 18-
   50,
26
                Defendants.
27

28

19000.1432/3044052.1

                                                              [Proposed] Judgment

1        After hearing oral argument from the parties on April 30, 2014, this Court hereby grants

2 the Motion for Summary Judgment ("Motion"), of Defendant U.S. Bank National Association, as

3 Trustee, as successor in interest to Bank of America, National Association, as Trustee, successor

4 by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1 ("U.S. Bank" or

5 "Defendant") in its entirety. Having granted that Motion and good cause appearing therefor:

6       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

7     1.    Judgment is entered in favor of U.S. Bank and against Plaintiff Karen Rozier

8        ("Plaintiff").

9     2.    This action shall be dismissed with prejudice as to U.S. Bank.

10     3.    U.S. Bank may pursue a recovery of its costs against Plaintiff pursuant to the

11        California Code of Civil Procedure.

12    **IT IS SO ORDERED.**

14 Dated: ___June 5___, 2014          _Sheila Fell_

15                     Hon. Sheila B. Fell
JUDGE OF THE SUPERIOR COURT

1

**PROOF OF SERVICE**
Rozier v. Bank of America, et al.
2                                    OCSC Case No. 30-2012-00601310-CU-OR-CJC

3          At the time of service, I was over 18 years of age and not a party to this action. I am
employed in the County of Orange, State of California. My business address is The Atrium,
4   19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

5          On April ___, 2014, I served true copies of the following document(s):

6   **[PROPOSED] JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY
    JUDGMENT**
7
    on the interested parties in this action as follows:
8
                                    **SEE ATTACHED SERVICE LIST**
9
           **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
10  persons at the addresses listed in the Service List and placed the envelope for collection and
    mailing, following our ordinary business practices. I am readily familiar with Severson &
11  Werson's practice for collecting and processing correspondence for mailing. On the same day
    that the correspondence is placed for collection and mailing, it is deposited in the ordinary course
12  of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13         I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
14
           Executed on April ___, 2014, at Irvine, California.
15

16

17                                                      Stephanie A. Crisp

18

19

20

21

22

23

24

25

26

27

28
_____
                                                                    Proof of Service

1

2

**SERVICE LIST**
**Rozier v. Bank of America, et al.**
**OCSC Case No. 30-2012-00601310-CU-OR-CJC**

3     Karen Michele Rozier                              Plaintiff, In Pro Per
       7957 Dahlia Circle
4     Buena Park, CA  90620                    Telephone:      (714) 512-5740

5     Sean Muntz                                  Telephone:      (949) 223 7000
       BRYAN CAVE                                 Facsimile:      (949) 223 7100
6     3161 Michelson Drive, Suite 1500
       Irvine, CA 92612-4414
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service

## Shaham Declaration Exhibit 3-B.13

# EXHIBIT 32



1 | ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
2 | YARON SHAHAM (State Bar No. 217192)
ys@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | The Atrium
19100 Von Karman Avenue, Suite 700
5 | Irvine, California 92612
Telephone: (949) 442-7110
6 | Facsimile: (949) 442-7118

7 | JOHN B. SULLIVAN (State Bar No. 96742)
SEVERSON & WERSON
8 | A Professional Corporation
One Embarcadero Center, Suite 2600
9 | San Francisco, California 94111
Telephone: (415) 398-3344
10 | Facsimile: (415) 956-0439

11 | Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in
12 | interest to Bank of America, National Association, as Trustee, successor
by merger to LaSalle Bank National Association, as Trustee for RAAC
13 | 2007RP1

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

06/25/2014 at 02:57:00 PM

Clerk of the Superior Court
By e Clerk, Deputy Clerk

14 | ### SUPERIOR COURT OF CALIFORNIA

15 | ### COUNTY OF ORANGE — CENTRAL JUSTICE CENTER

16 | Karen Michele Rozier, an Individual,

17 | Plaintiff,

18 | vs.

19 | Bank of America, National Association as
successor by merger to LaSalle Bank National
20 | Association as Trustee RAMP 2007RP1 aka
Bank of America, National Association as
21 | successor by merger to LaSalle Bank National
Association as Trustee RAAC 2007RP1; U.S.
22 | Bank National Association as successor in
interest to Bank of America National
23 | Association as Trustee, successor by merger to
LaSalle Bank National Association as Trustee
24 | for RAAC 2007RP1; Residential Funding
Company, LLC fka Residential Funding
25 | Company, Attorney-In-Fact; JOHN DOES 18-
50,
26 |
27 | Defendants.
28 |

Case No. 30-2012-00601310-CU-OR-CJC
Assigned for All Purposes to:
Hon. Sheila B. Fell
Dept. C22

**NOTICE OF JUDGMENT ON
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

1  **TO THE HONORABLE COURT, PLAINTIFF, AND ALL OTHER INTERESTED**

2  **PARTIES:**

3       **PLEASE TAKE NOTICE** a true and correct copy of the Court's "Judgment on

4  Defendant's Motion for Summary Judgment" is attached hereto as Exhibit 1.

5

6  DATED:  June 25, 2014                SEVERSON & WERSON
                                        A Professional Corporation
7

8                                       By: _Yaron Shaham_____
9                                          YARON SHAHAM

10                                      Attorneys for Defendant
11                                      U.S. BANK NATIONAL ASSOCIATION, as
                                        Trustee, as successor in interest to Bank of
12                                      America, National Association, as Trustee,
                                        successor by merger to LaSalle Bank National
13                                      Association, as Trustee for RAAC 2007RP1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19000.1432/3323085.1

NOTICE

# EXHIBIT "1"

1  ROBERT J. GANDY (State Bar No. 225405)
   rjg@severson.com

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 05 2014

ALAN CARLSON, Clerk of the Court

BY   R. BURNS

2  YARON SHAHAM (State Bar No. 217192)
   ys@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  JOHN B. SULLIVAN (State Bar No. 96742)
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, California 94111

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange

04/30/2014 at 04:14:20 PM

Clerk of the Superior Court
By Jaime Cordero,Deputy Clerk

   Telephone: (415) 398-3344
10  Facsimile: (415) 956-0439

11  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in interest to
12  Bank of America, National Association, as Trustee, successor by merger to
   LaSalle Bank National Association, as Trustee for RAAC 2007RP1

13

14              SUPERIOR COURT OF CALIFORNIA

15         COUNTY OF ORANGE — CENTRAL JUSTICE CENTER

16  Karen Michele Rozier, an Individual,          Case No. 30-2012-00601310-CU-OR-CJC
                                                  Assigned for All Purposes to:
17              Plaintiff,                        Hon. Sheila B. Fell
                                                  Dept. C22
18         vs.

19  Bank of America, National Association as      [PROPOSED] JUDGMENT ON
   successor by merger to LaSalle Bank National   DEFENDANT'S MOTION FOR
20  Association as Trustee RAMP 2007RP1 aka        SUMMARY JUDGMENT
   Bank of America, National Association as
21  successor by merger to LaSalle Bank National   Date:    April 30, 2014
   Association as Trustee RAAC 2007RP1; U.S.      Time:    10:00 a.m.
22  Bank National Association as successor in      Dept:    C22
   interest to Bank of America National           Reservation No.:   71874288
23  Association as Trustee, successor by merger to
   LaSalle Bank National Association as Trustee
24  for RAAC 2007RP1; Residential Funding
   Company, LLC fka Residential Funding
25  Company, Attorney-In-Fact; JOHN DOES 18-
   50,
26
                Defendants.
27

28

19000.1432/3044052.1

                                                              [Proposed] Judgment

page 231 of 269

After hearing oral argument from the parties on April 30, 2014, this Court hereby grants the Motion for Summary Judgment ("Motion"), of Defendant U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1 ("U.S. Bank" or "Defendant") in its entirety.  Having granted that Motion and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Judgment is entered in favor of U.S. Bank and against Plaintiff Karen Rozier ("Plaintiff").

2.    This action shall be dismissed with prejudice as to U.S. Bank.

3.    U.S. Bank may pursue a recovery of its costs against Plaintiff pursuant to the California Code of Civil Procedure.

IT IS SO ORDERED.

Dated:  June 5 , 2014

Hon. Sheila B. Fell
JUDGE OF THE SUPERIOR COURT

page 232 of 269

## PROOF OF SERVICE
**Rozier v. Bank of America, et al.**
**OCSC Case No. 30-2012-00601310-CU-OR-CJC**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On April 2014, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 2014, at Irvine, California.

Stephanie A. Crisp

Proof of Service

Page 235 of 269

## SERVICE LIST
### Rozier v. Bank of America, et al.
### OCSC Case No. 30-2012-00601310-CU-OR-CJC

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Karen Michele Rozier | Plaintiff, In Pro Per |
| | 7957 Dahlia Circle | |
| 4 | Buena Park, CA 90620 | Telephone:    (714) 512-5740 |
| 5 | Sean Muntz, Esq. | Telephone:    (949) 223-7000 |
| | BRYAN CAVE | Facsimile:    (949) 223 7100 |
| 6 | 3161 Michelson Drive, Suite 1500 | |
| | Irvine, CA 92612-4414 | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

19000.1432/3323085.1 1

NOTICE

Page 233 of 269

**SERVICE LIST**
Rozier v. Bank of America, et al.
OCSC Case No. 30-2012-00601310-CU-OR-CJC

Karen Michele Rozier                    Plaintiff, In Pro Per
7957 Dahlia Circle
Buena Park, CA 90620                    Telephone:    (714) 512-5740

Sean Muntz                              Telephone:    (949) 223 7000
BRYAN CAVE                              Facsimile:    (949) 223 7100
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414

Proof of Service

Page 234 of 269

## PROOF OF SERVICE
### Rozier v. Bank of America, et al.
### OCSC Case No. 30-2012-00601310-CU-OR-CJC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On June 25 2014, I served true copies of the following document(s):

**NOTICE OF JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25 2014, at Irvine, California.

Stephanie A. Crisp

19000.1432/3323085.1 1

NOTICE

page 236 of 269

I hereby certify the foregoing instrument consisting of _9_ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE)_____ SEP 3 0 2014
ALAN CARLSON, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

PATTY CONDE

1   ROBERT J. GANDY (State Bar No. 225405)
    rjg@severson.com
2   YARON SHAHAM (State Bar No. 217192)
    ys@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   The Atrium
    19100 Von Karman Avenue, Suite 700
5   Irvine, California 92612
    Telephone: (949) 442-7110
6   Facsimile: (949) 442-7118

7   JOHN B. SULLIVAN (State Bar No. 96742)
    SEVERSON & WERSON
8   A Professional Corporation
    One Embarcadero Center, Suite 2600
9   San Francisco, California 94111
    Telephone: (415) 398-3344
10  Facsimile: (415) 956-0439

11  Attorneys for Defendants
    U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in
12  interest to Bank of America, National Association, as Trustee, successor
    by merger to LaSalle Bank National Association, as Trustee for RAAC
13  2007RP1

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**06/25/2014** at 02:57:00 PM

Clerk of the Superior Court
By e Clerk, Deputy Clerk

14              **SUPERIOR COURT OF CALIFORNIA**

15      **COUNTY OF ORANGE — CENTRAL JUSTICE CENTER**

16  Karen Michele Rozier, an Individual,          Case No. 30-2012-00601310-CU-OR-CJC
                                                  Assigned for All Purposes to:
17              Plaintiff,                        Hon. Sheila B. Fell
                                                  Dept. C22
18      vs.
                                                  **NOTICE OF JUDGMENT OF DISMISSAL**
19  Bank of America, National Association as      **AFTER GRANTING DEFENDANT'S**
    successor by merger to LaSalle Bank National  **MOTION FOR TERMINATING**
20  Association as Trustee RAMP 2007RP1 aka        **SANCTIONS**
    Bank of America, National Association as
21  successor by merger to LaSalle Bank National
    Association as Trustee RAAC 2007RP1; U.S.
22  Bank National Association as successor in
    interest to Bank of America National
23  Association as Trustee, successor by merger to
    LaSalle Bank National Association as Trustee
24  for RAAC 2007RP1; Residential Funding
    Company, LLC fka Residential Funding
25  Company, Attorney-In-Fact; JOHN DOES 18-
    50,
26
                Defendants.
27

28

19000.1432/3323064.1

                                                                    NOTICE

**DECLARATION OF DAVID ROZIER REGARDING HARRASSING CALLS TO CLERK OF THE APPEALS COURT**

1.  I am David Eugene Rozier, Sr., over the age of 18, and qualified to make this declaration. I am an Air

    Force veteran, honorably discharged. I attended the United States Air Force Academy and my

    squadron was Squadron of the Year twice. I have a Master of Science in Architecture from Cal Poly,

    Pomona. I completed two years of a Masters of Arts in Architecture program from Morgan State

    University and was working on my thesis project when this ordeal began. I am also an Eagle Scout.

2.  I received a telephone call on the morning from Dana at the CA Appeals Court informing me of her

    concerns regarding calls she was receiving from Severson and Werson about the status of Karen's

    appeal. She informed me during our call that she had seen and spoken with Karen the past week as

    Karen completed the appeal package and was up to date at the time with a few remaining actions.

    Dana told me that opposing firm was urging her aggressively to finalize the dismissal and was

    prompting her to move forward on closing out the case. Dana was giving Karen a courtesy call to

    figure out if Karen was going to meet the deadlines or is she should just dismiss the appeal.

3.  I informed Dana that Karen had been incarcerated earlier that week by a coordinated effort between

    the perjuring prosecutor and the Bank of American process servers without a legal hearing all just

    before the New York Court was to have their hearing which she was now unable to attend, and the

    responding appeals information was due in CA. We were lucky that Mr. William Wagener was in the

    courtroom and overheard the conversation and filed a declaration of what he overheard. We were

    both wrongfully convicted as "smooth talking con artists" after a sham trial in New York, which is

    under appeal. The conviction stemmed from a civil contract gone awry. Neither of us was charged

    with practicing architecture without a license. Instead, we were convicted as being incompetent

    despite all of the evidence and a history of proven confidence. That conviction is under appeal. We

    had appeared before the court at least five previous times since the conviction to get the status of

    the transcripts. We were expecting a normal status hearing. Instead, the court sprung up allegations

    that Karen was "scaring people" with her rants about her wrongful conviction.

4.  At trial, all of Karen's impressive credentials were excluded. All of her education, experience,

    publications, and great works were excluded. She was not allowed to testify.  She was not allowed

    any witnesses for her defense.  After the state exhausted our funds through endless delays, she was

    supplied with a court-appointed attorney who she did not talk to until the night before trial.  I was

    there for the conversation and she was livid.  She made her disgust known at court, but was ordered

    to stand trial the next day. During jury deliberations, Karen's court-appointed attorney revealed for

    the first time that his son worked for Bank of America. Bank of America is a co-Defendant in the

    Karen's California Action.  Moreover, it was two Bank of America agents that lied to the judge to

    make us appear dangerous.  As soon as we revealed that Mr. William Wagener was providing a

    declaration of what he overheard between the City Prosecutor and the two Bank of America agents,

    the City Prosecutor was removed from the case.  I have a restraining order that prevents me from

    revealing the prosecutor's name unless ordered, but the case number is 0CA01173 in the City of LA.

5.  Dana expressed her concerns about the calls which seemed a bit extraordinary since she just spoke

    with Karen and the missing items were more housekeeping than substantial. Karen usually meets

    deadlines. I have known her since we were children and she is OCD about deadlines.

6.  Karen also was supposed to be opposing Residential Capital's motion to estimate the remaining

    claims later that same week.  I took care of the New York RESCAP hearing personally.

7.  My son and I picked Karen up from jail and drove her immediately to the Appeals Court in Santa

    Ana. Now she is fighting criminal charges levied by Mr. Shaham, again around a deadline.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true to the best of my

knowledge.

Executed in Buena Park, California on October 2, 2014    By

_David Eugene Rozier, Sr._, MS Architecture

1 | **TO THE HONORABLE COURT, PLAINTIFF, AND ALL OTHER INTERESTED**

2 | **PARTIES:**

3 |     **PLEASE TAKE NOTICE** a true and correct copy of the Court's "Judgment of Dismissal

4 | After Granting Defendant's Motion for Terminating Sanctions" is attached hereto as Exhibit 1.

5 |

6 | DATED:  June 25, 2014                SEVERSON & WERSON
                                       A Professional Corporation

7 |

8 |                                    By:

9 |                                       YARON SHAHAM

10 |                                    Attorneys for Defendant
                                       U.S. BANK NATIONAL ASSOCIATION, as

11 |                                    Trustee, as successor in interest to Bank of
                                       America, National Association, as Trustee,

12 |                                    successor by merger to LaSalle Bank National
                                       Association, as Trustee for RAAC 2007RP1

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

19000.1432/3323064.1

NOTICE

# EXHIBIT "1"

1  ROBERT J. GANDY (State Bar No. 225405)
   rjg@severson.com
2  YARON SHAHAM (State Bar No. 217192)
   ys@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  JOHN B. SULLIVAN (State Bar No. 96742)
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, California 94111
   Telephone: (415) 398-3344
10 Facsimile: (415) 956-0439

11 Attorneys for Defendants
   U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in
12 interest to Bank of America, National Association, as Trustee, successor
   by merger to LaSalle Bank National Association, as Trustee for RAAC
13 2007RP1

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 05 2014

ALAN CARLSON, Clerk of the Court

BY  R. BURNS

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/30/2014 at 04:14:50 PM
Clerk of the Superior Court
By Jaime Cordero, Deputy Clerk

14              SUPERIOR COURT OF CALIFORNIA

15         COUNTY OF ORANGE — CENTRAL JUSTICE CENTER

16 Karen Michele Rozier, an Individual,        Case No. 30-2012-00601310-CU-OR-CJC
                                               Assigned for All Purposes to:
17              Plaintiff,                     Hon. Sheila B. Fell
                                               Dept. C22
18         vs.
                                               [PROPOSED] JUDGMENT OF
19 Bank of America, National Association as    DISMISSAL AFTER GRANTING
   successor by merger to LaSalle Bank National DEFENDANT'S MOTION FOR
20 Association as Trustee RAMP 2007RP1 aka     TERMINATING SANCTIONS
   Bank of America, National Association as
21 successor by merger to LaSalle Bank National Date:   April 30, 2014
   Association as Trustee RAAC 2007RP1; U.S.   Time:   10:00 a.m.
22 Bank National Association as successor in   Dept:   C22
   interest to Bank of America National
23 Association as Trustee, successor by merger to
   LaSalle Bank National Association as Trustee
24 for RAAC 2007RP1; Residential Funding
   Company, LLC fka Residential Funding
25 Company, Attorney-In-Fact; JOHN DOES 18-
   50,
26
27              Defendants.
28

19000.1432/3245742.1

                                               [PROPOSED] JUDGMENT

1    On April 30, 2014, this Court granted the Motion for Terminating Sanctions of Defendant

2    U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, National

3    Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee

4    for RAAC 2007RP1 ("U.S. Bank" or "Defendant") against Plaintiff Karen Rozier ("Plaintiff").

5    Based on that order and there being good cause therefore, IT IS HEREBY ORDERED AND

6    ADJUDGED:

7    1.    Judgment is entered against Plaintiff, and in favor of U.S. Bank.

8    2.    Plaintiff shall take nothing by way of her Third Amended Complaint from U.S.

9          Bank.

10   3.    U.S. Bank may seek a recovery of its costs pursuant to statute.

11

12   DATED: June 5, 2014        By: _____

13                              The Hon. Sheila B. Fell
                                Orange County Superior Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19000.1432/3245742.1

[~~PROPOSED~~] JUDGMENT

1

## PROOF OF SERVICE
### Rozier v. Bank of America, et al.
2    ### OCSC Case No. 30-2012-00601310-CU-OR-CJC

3         At the time of service, I was over 18 years of age and not a party to this action. I am
employed in the County of Orange, State of California. My business address is The Atrium,
4    19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

5         On April 2014, I served true copies of the following document(s):

6    **[PROPOSED] JUDGMENT OF DISMISSAL AFTER GRANTING
DEFENDANT'S MOTION FOR TERMINATING SANCTIONS**
7

8    on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST
9

         **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
10   persons at the addresses listed in the Service List and placed the envelope for collection and
mailing, following our ordinary business practices. I am readily familiar with Severson &
11   Werson's practice for collecting and processing correspondence for mailing. On the same day
that the correspondence is placed for collection and mailing, it is deposited in the ordinary course
12   of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13        I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
14

15        Executed on April 2014, at Irvine, California.

16

17                                                    Stephanie A. Crisp

18

19

20

21

22

23

24

25

26

27

28

19000.1432/3245742.1

[~~PROPOSED~~] JUDGMENT

**SERVICE LIST**
**Rozier v. Bank of America, et al.**
**OCSC Case No. 30-2012-00601310-CU-OR-CJC**

| | |
|---|---|
| Karen Michele Rozier | Plaintiff, In Pro Per |
| 7957 Dahlia Circle | |
| Buena Park, CA 90620 | Telephone:    (714) 512-5740 |

| | | |
|---|---|---|
| Sean Muntz, Esq. | Telephone: | (949) 223 7000 |
| BRYAN CAVE | Facsimile: | (949) 223 7100 |
| 3161 Michelson Drive, Suite 1500 | | |
| Irvine, CA 92612-4414 | | |

19000.1432/3245742.1

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**
**Rozier v. Bank of America, et al.**
**OCSC Case No. 30-2012-00601310-CU-OR-CJC**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On June 25 2014, I served true copies of the following document(s):

**NOTICE OF JUDGMENT OF DISMISSAL AFTER GRANTING DEFENDANT'S MOTION FOR TERMINATING SANCTIONS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25 2014, at Irvine, California.

Stephanie A. Crisp

19000.1432/3323064.1 1

NOTICE

1

## SERVICE LIST
### Rozier v. Bank of America, et al.
### OCSC Case No. 30-2012-00601310-CU-OR-CJC

2

3 | Karen Michele Rozier                    Plaintiff, In Pro Per
  | 7957 Dahlia Circle
4 | Buena Park, CA 90620                    Telephone:    (714) 512-5740

5 | Sean Muntz, Esq.                        Telephone:    (949) 223-7000
  | BRYAN CAVE                              Facsimile:    (949) 223-7100
6 | 3161 Michelson Drive, Suite 1500
  | Irvine, CA 92612-4414

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19000.1432/3323064.1 1

NOTICE

I hereby certify the foregoing instrument consisting of _____ page(s)
is a true and correct copy of the original on file in this court.

SEP 3 0 2014

ATTEST: (DATE)_____
ALAN CARLSON, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ , DEPUTY

PATTY CONDE

# EXHIBIT 33

# Severson
# &Werson

A Professional Corporation

Kerry W. Franich
Attorney
Direct Line: (949) 225-7971
kwf@severson.com

The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

July 30, 2014

Mr. David Rozier
Mrs. Karen Rozier
7957 Dahlia Circle
Buena Park, CA 90620

Re:   ***Rozier v. U.S. Bank et al.***
Case No. G050127
File No. 21000.0212

Dear Mr. and Mrs. Rozier:

I represent U.S. Bank, National Association, as Trustee, as successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1 in the appeal you recently filed.

My firm has recently received various pleadings relating to the appeal through electronic service. This letter serves to confirm that we do not consent to electronic service. Please ensure any future documents you file in the Court of Appeal are served on our office by regular mail or overnight delivery.

Thank you for your courtesy and cooperation in regard to this matter.

Very truly yours,

Kerry W. Franich

San Francisco ~ Orange County ~ Walnut Creek

# EXHIBIT 34

Page 250 of 269

## PROOF OF SERVICE

CCP 1013A(3) Revised 5/1/88

ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

## APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CASE)

On all interested parties in this action through First Class mail on July 2, 2014 addressed as follows:

<u>Attorneys for Defendant U.S. Bank</u>

Robert Gandy, rjg@severson.com

Yaron Shaham, vs@severson.com

Severson and Werson, APC

19100 Von Karman Avenue, Suite 700

Irvine, CA 92612

Mr. John B. Sullivan (jbs@severson.com)

Severson & Werson, A Professional Corporation

One Embarcadero Center, 26th Floor

San Francisco, CA 94111

On the Court of Appeals through Personal Service on July 23 2014 at _____ at the following address:

Fourth Appellate District, Div 3, 601 W. Santa Ana Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in _Buena Park_, California

Dated: July 2, 2014

& served July 23, 2014

e served Aug 29, 2014

mailed Sept 2, 2014

David E. Rozier, Sr



Page 251 of 269

**PROOF OF SERVICE**

CCP 1013A(3) Revised 5/1/88

ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CASE) AMENDED**

On all interested parties in this action through electronic service on all parties addressed as follows:

Attorneys for Defendant U.S. Bank

Robert Gandy, **rjg@severson.com**          Mr. John B. Sullivan (**jbs@severson.com**)

Yaron Shaham, **ys@severson.com**          Severson & Werson, A Professional Corporation

Severson and Werson, APC                    One Embarcadero Center, 26th Floor

19100 Von Karman Avenue, Suite 700          San Francisco, CA 94111

Irvine, CA 92612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Buena Park , California

Dated: July 25, 2014

David E. Rozier, Sr

Page 252 of 269

**PROOF OF SERVICE**

CCP 1013A(3) Revised 5/1/88

ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

**Civil Case Information Statement**

On all interested parties in this action through First Class mail on July 2, 2014 addressed as follows:

Attorneys for Defendant U.S. Bank

Robert Gandy, rjg@severson.com

Yaron Shaham, ys@severson.com

Severson and Werson, APC

19100 Von Karman Avenue, Suite 700

Irvine, CA 92612

Mr. John B. Sullivan (jbs@severson.com)

Severson & Werson, A Professional Corporation

One Embarcadero Center, 26th Floor

San Francisco, CA 94111

On the Court of Appeals through Personal Service on July ___, 2014 at _____ at the following address:

Fourth Appellate District, Div 3, 601 W. Santa Ana Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Buena Park , California

Dated: July 2, 2014

David E. Rozier, Sr

*Page 253 of 267*

**PROOF OF SERVICE**

CCP 1013A(3) Revised 5/1/88

ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

**CIVIL CASE INFORMATION STATEMENT**

On all interested parties in this action through First Class mail on July 28 2014 addressed as follows:

<u>Attorneys for Defendant U.S. Bank</u>

Robert Gandy, rjg@severson.com          Mr. John B. Sullivan (jbs@severson.com)

Yaron Shaham, ys@severson.com          Severson & Werson, A Professional Corporation

Severson and Werson, APC                One Embarcadero Center, 26th Floor

19100 Von Karman Avenue, Suite 700      San Francisco, CA 94111

Irvine, CA 92612

On the Court of Appeals through Personal Service on July 28 2014 at __11__ at the following address:

Fourth Appellate District, Div 3, 601 W. Santa Ana Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Buena Park , California

Dated: July 28 2014

David E. Rozier Sr

G050520
Rozier v. U.S. Bank National Association


Superior Court of Orange County


Karen Michele Rozier
7957 Dahlia Circle
Buena Park, CA 90620


Robert James Gandy
Severson & Werson, APC
19100 Von Karman Ave, Ste 700
Irvine, CA 92612


John Brendan Sullivan
Severson, Werson
1 Embarcadero Ctr, Ste 2600
San Francisco, CA 94111

G050127
Rozier v. U.S. Bank National Association


Superior Court of Orange County

Karen Michele Rozier          rozier.karen@yahoo.com
7957 Dahlia Circle
Buena Park, CA 90620


Robert James Gandy          rjg@severson.com
Severson & Werson, APC
19100 Von Karman Ave, Ste 700
Irvine, CA 92612


John Brendan Sullivan          jbs@severson.com
Severson & Werson
1 Embarcadero Ctr, Ste 2600
San Francisco, CA 94111

## PROOF OF SERVICE

CCP 1013A(3) Revised 5/1/88

ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CASE)**

On all interested parties in this action through First Class mail on July 2, 2014 addressed as follows:

Attorneys for Defendant U.S. Bank

Robert Gandy, rjg@severson.com

Yaron Shaham, ys@severson.com

Severson and Werson, APC

19100 Von Karman Avenue, Suite 700

Irvine, CA 92612

Mr. John B. Sullivan (jbs@severson.com)

Severson & Werson, A Professional Corporation

One Embarcadero Center, 26th Floor

San Francisco, CA 94111

On the Court of Appeals through Personal Service on July 23 2014 at _____ at the following address:

Fourth Appellate District, Div 3, 601 W. Santa Ana Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in *Buena Park*, California

Dated: July 2, 2014

*David E. Rozier, Sr*

I served July 23, 2014

e served Aug 29, 2014

mailed Sept 2, 2014

## PROOF OF SERVICE

### CCP 1013A(3) Revised 5/1/88

### ROZIER VS. U.S. BANK (CASE No. 30-2013 00611310/ APPEALS CASE G050127)

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

**Civil Case Information Statement**

On all interested parties in this action through First Class mail on July 2, 2014 addressed as follows:

Attorneys for Defendant U.S. Bank

| | |
|---|---|
| Robert Gandy, rjg@severson.com | Mr. John B. Sullivan (jbs@severson.com) |
| Yaron Shaham, ys@severson.com | Severson & Werson, A Professional Corporation |
| Severson and Werson, APC | One Embarcadero Center, 26th Floor |
| 19100 Von Karman Avenue, Suite 700 | San Francisco, CA 94111 |
| Irvine, CA 92612 | |

On the Court of Appeals through Personal Service on July __, 2014 at _____ at the following address:

Fourth Appellate District, Div 3, 601 W. Santa Ana Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Buena Park, California

Dated: July 2, 2014

David E. Rozier, Sr

Case 12-12020 (MG)          Page 258 of 269                    Exhibit 35

# EXHIBIT 35

# Severson
## &Werson

A Professional Corporation

Kerry W. Franich
Attorney
Direct Line: (949) 225-7971
kwf@severson.com

The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

September 15, 2014

*SENT VIA U.S. MAIL*

Clerk of the Court
CA Court of Appeal
Fourth Appellate District, Division 3
601 W. Santa Ana Blvd.
Santa Ana, California 92701

Re:    *Rozier v. U.S. Bank National Association, et al.*
       *OCSC Case No. 30-2012-00601310*
       Court of Appeal Case No. G050127

To The Clerk of the Court:

Please be advised that I, Kerry W. Franich, will replace Robert Gandy of Severson & Werson as counsel of record for defendant/respondent U.S. BANK N.A., as Trustee in the above-referenced matter effective immediately. Please also add Jan T. Chilton of Severson & Werson as counsel of record for same.

Please update your records to reflect the above. Contact information is listed below:

Jan T. Chilton (SBN: 47582)
*Kerry W. Franich (SBN: 245857)
Severson & Werson
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone:    (949) 442-7110
Facsimile:    (949) 442-7118
Email:        kwf@severson.com
              jtc@severson.com

Should you have any questions, please don't hesitate to contact me.

Very truly yours,

DICTATED BUT NOT READ TO AVOID DELAY

Kerry W. Franich

KWF:rjb

21000.0212/3432714.1        San Francisco ~ Orange County ~ Walnut Creek

Page 260 of 269

## PROOF OF SERVICE
### California Court of Appeal
### Fourth Appellate District, Division 3
### Case No.: G050127

(Los Angeles County Superior Court Case No.: *30-2012-00601310*)

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in Irvine, California; my business address is Severson & Werson, 19100 Von Karman Ave., Suite 700, Irvine, California 92612.

    On the date below I served a copy of the attached **September 15, 2014 Letter to Court of Appeal Adding Kerry W. Franich and Jan T. Chilton as Counsel of Record for Defendant/Respondent US BANK, at trustee** on all interested parties in said case addressed as follows:

Karen Michele Rozier                  Plaintiff and Appellant in Pro Per
7957 Dahlia Circle
Buena Park, CA  90620

☒    **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Irvine, California, on September 15, 2014.

RYAN J. BROOKS

**Case 12-12020 (MG)**          Page 261 of 269          **Exhibit 36**

# EXHIBIT 36

Page 262 of 269

## COURT OF APPEAL - STATE OF CALIFORNIA
## FOURTH APPELLATE DISTRICT
## DIVISION THREE

KAREN MICHELE ROZIER,
Plaintiff and Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION,
Defendant and Respondent.

COURT OF APPEAL-4TH DIST-DIV 3
FILED

SEP 2 4 2014

Deputy Clerk _____

**G050520**
**Orange County No. 30-2012-00601310**

_____

The court, on its own motion, hereby grants relief to appellant for failure to comply with Orange County Superior Court, Appellate Division's notice of default issued on September 3, 2014.

Appellant is in default for failure to clearly specify which form of the oral record on appeal she intends to elect, pursuant to California Rules of Court, rule 8.121(a) (1) (C), and for failure to deposit funds and/or substitute to cover each hearing date requested in her designation of record on appeal as required by California Rules of Court, rule 8.130(b) and 8.130(c).

Appellant has 15 days from the date of this order to comply with the above defaults. Failure to comply may result in dismissal.

**O'Leary, P.J.**

_____
Presiding Justice

cc:    See attached list



G050520
Rozier v. U.S. Bank National Association


Superior Court of Orange County


Karen Michele Rozier
7957 Dahlia Circle
Buena Park, CA 90620


Robert James Gandy
Severson & Werson, APC
19100 Von Karman Ave, Ste 700
Irvine, CA 92612

**Case 12-12020 (MG)**          Page 261 of 269          **Exhibit 37**

# EXHIBIT 37

1    Karen Michele Rozier
     7957 DAHLIA CIRCLE
2    BUENA PARK, CA 90620
     (714) 512-5740
3    *Representing Herself*



RECEIVED

SEP 15 2014

OFFICE OF THE DISTRICT ATTORNEY
HARBOR JUSTICE CENTER
NEWPORT BEACH, CA

4

5              IN THE SUPERIOR COURT OF CALIFORNIA

             ORANGE COUNTY – HARBOR JUSTICE CENTER

6

7    STATE OF CALIFORNIA,  COUNTY OF ORANGE      Case No. **14HM06814**

8     Plaintiff                           **REQUEST FOR CHANGE OF VENUE TO FEDERAL COURT; NOT GUILTY PLEA; REQUEST TO BE RELEASED ON NO BAIL**

9    VS.

     Karen Michele Rozier, an Individual;

10    Defendant.                           **JURY TRIAL DEMANDED**

11

12

13    TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that I, Karen Michele Rozier, pleads **NOT GUILTY**

14    **AND FACTUALLY INNOCENT OF ALL CHARGES.**  Additionally Defendant requests a change of venue to

     a place more favorable to black Americans.  She does not feel she can get a fair trial in Orange County.

15    **Defendant seeks a change of venue as the Accuser is a large multi-national**

16    **conglomerate and the Accused an individual and black woman.**

17                          **<u>PLEA</u>**

18

19

20                       NOT GUILTY PLEA - 1

21

Page 266 of 269

In addition to other defenses which may be raised once I am informed of the nature of charges against me, I offer the following defenses:

1. Factually Innocent
2. No lawful order
3. Lack of Intent
4. Fraud Upon the Court
5. Racial and religious harassment, discrimination and intimidation

## CHARGES

**PC 166.** (a) Except as provided in subdivisions (b), (c), and (d), a person guilty of any of the following contempts of court is guilty of a misdemeanor: (4) Willful disobedience of the terms as written of any process or court order or out-of-state court order, **lawfully issued by a court**, including orders pending trial.

**653m.** (a) Every person who, with intent to annoy, telephones or makes contact by means of an electronic communication device with another and addresses to or about the other person any obscene language or addresses to the other person any threat **to inflict injury to the person or property of the person addressed or any member of his or her family,** is guilty of a misdemeanor. Nothing in this subdivision shall apply to telephone calls or electronic contacts made in good faith.

## DEFENSES

1. **Factually Innocent** – I never called Yaron Shaham. I called his firm.
2. **No lawful order** – Defendant alleges that there was no lawful order. Defendant has appealed the underlying Order and will provide this court with a conformed copy as soon as one becomes available. Defendant alleges that the crooked lawyers shopped the case until it

NOT GUILTY PLEA - 2

landed on sex-for-jobs/rulings disgraced official's Scott Steiner's lap. Defendant alleges that

the well-connected lawyers used their previous relationship with Mr. Steiner (who was

recently censured by the Judicial Commission for his sex-for jobs/ rulings shenanigans) to

obtain favorable status. Defendant alleges that the Jewish lawyers used anti-anti-Semitism

to portray her as someone who hates and would target Jewish people, wrongly assuming her

religion when they have no way of knowing Defendant's religion or tolerance for other

religions. Defendant further alleges that the accusers and Scott Steiner used her race, the

Chris Dorner hysteria and anti-black feelings in Orange County to portray her as a

dangerous black person, completely ignoring her lifetime of dedicated, honorable,

uneventful service to this nation.

3. **Lack of Intent** – Defendant had no intent of disobeying any lawful court order. Defendant

cannot comply with an illegally obtained racist-related court order in good conscience.

Defendant, the first black female admitted into the doctoral program at Harvard's John F.

Kennedy School of Government, who was granted full tuition plus a generous monthly

stipend – is a genius. She also happens to be black and stuck in the place the F.B.I. calls the

worst place to be a Black person – worse even than Ferguson, Missouri according to F.B.I.

data. Defendant has no intent of hurting anyone. Defendant has every intent of continuing

to seek criminal penalties for any party she can prove committed crimes against her,

especially the crimes of bearing false witness and racism.

4. **Fraud Upon the Court** – Defendant alleges that the Accuser is maliciously and with malice

of forethought, interfering with her right to prosecute her civil actions against the following

entities: Residential Capital (Residential Funding Company, GMAC Mortgage, LLC and

Executive Trustee Services, LLC); Bank of America, N.A. and U.S. Bank, N.A. Defendant

alleges that hers is one of the original cases in California and that she uncovered the

NOT GUILTY PLEA - 3

1    wrongdoing. Defendant alleges that the lawyers realize they can't beat the Defendant on the

2    merits of her cases so they have resorted to smear tactics. In all of their latest filings, they

3    claim that since my behavior is so "outrageous" in the California litigation, the judges should

     dismiss all charges and allow the criminal banks and their wicked lawyers to steal more

4    from the general public. Defendant alleges that she was one of the few that saw the crash

     coming and that she participated as follows:

5
          a.   Revealed problems with LIBOR (Feb 2006 letter to WMC Mortgage Company). WMC

6              Mortgage (a GE Money Company) was put out of business (March 2008).

7          b.   Put Residential Capital into Chapter 11 bankruptcy (litigation filed October 2008,

               claims open in New York)

8
          c.   Chased Mortgage Electronic Registration Systems Company out of California

9              (federal case . MERS was never legally registered to conduct business in the state of

               California, which is completely different problem than that the issue MERS has in

10             the other 49-states. The Defendant alleges that Attorney General Kamala Harris sold

11             out all California-MERS victims for the good of "the system". Defendant alleges she is

               being persecuted by the system for exercising her first amendment constitutionally

12             guaranteed protections to alert her fellow citizens of said theft.

13
          d.   Exposed US Bank as the bully they are. US Bank has been singly out vocal women

14             for prosecution across the country. Defendant spotted the pattern and helped form

15             a group of women from across the nation that stood up to U.S. Bank. Almost every

               one of them went to jail, including Defendant. While in jail based on the proven

16             deliberately false testimony of two Bank of America agents (declaration from

17             independent newsman), Defendant met many glazed women whose only crime was

               trying to legally defend their homes from an illegal and fraudulent foreclosure.

18

19

20                                          NOT GUILTY PLEA - 4

21

Page 269 of 269

1  Almost all were there based on trumped up charges by the well-financed banks plus

2  inept representation by lawyers supplied by the state, a state which derives its

   income from bank pensions. In my case, the Alternate Public Defender supplied me

3  with a lawyer whose son works for Bank of America, even though I fully disclosed

4  that I am suing Bank of America for millions of dollars. My three Marsden motions to

   have him removed were denied.

5      5.  Racial and religious harassment, discrimination and intimidation – I am black, female and

6  live in Orange County. I believe in God but subscribe to no religion. I respect them all for

7  their positive contributions and acknowledge their shortcomings. I accused the Accusers of

   not being Jews, but of using the Jewish faith to gain an unfair advantage against non-Jews.

8  While it is allowed for Jews to not give an advantage to a non-Jew, it is my understanding of

9  the religion that it is not allowed for them to take unfair advantage of others under any

10 circumstances. They are allowed to not help or to inform a non-Jew when that person is

   hurting their case, but they are not allowed to lie, cheat and steal in order to gain an

11 advantage over a non-Jew. The Accusers have used my words to portray me as someone

12 who hates Jews. Many of my good friends are Jews and I work alongside them every week in

   Westminster as we feed up to 300-hungry families, the way God intended us.

13

14 The accused have harmed my ability to feed the hungry population they created. They are being allowed

   to use race to continue to harass me. I plead NOT GUILTY, FACTUALLY INNOCENT, BANK VICTIM.

15

16 Defendant is presently out of jail on bail in a related case. Defendant was jailed when agents for Bank of

   America went to court claiming that she and her husband attacked them with an ax. Defendant's

17 neighbor provided witnesses statements that the white agents attacked Defendant's black husband on

                                    / spouse
18 Defendant's property, and that Defendant never struck back. An independent newsman also provided a

19

20                                    NOT GUILTY PLEA - 5

21