UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al*.

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

**ORDER DENYING MOTION FOR RECONSIDERATION FILED BY PATRICK LORNE FARRELL**

Pending before the Court is *Patrick Farrell's Motion for Reconsideration for Errors in Proof of Claim Recording and Other Mistakes* (the "Motion for Reconsideration," ECF Doc. # 7626 (filed under seal)). On September 30, 2014, the Court entered a *Memorandum Opinion and Order Sustaining Borrower Claims Trust's Objection to Claim Numbers 283, 1353, 1696, 4629, and 6281 Filed by Patrick Lorne Farrell* (the "Order Sustaining Objection," ECF Doc. # 7592). The Order Sustaining Objection sustained the Trust's Objection and Disallowed and Expunged each of Farrell's claims. In doing so, the Court concluded as follows:

> The Court has carefully considered each of Farrell's legal arguments and the allegations purportedly supporting each of his claims. Farrell, like all claimants, is entitled to assert good faith claims against the Debtors, and to have this Court judge each claim fairly on the merits. The Court has done so here, ignoring Farrell's incendiary filings including numerous entirely specious claims and arguments. Many or most of Farrell's arguments were previously considered and rejected by the state and federal courts in which he raised the same or similar claims before. Because this is the first time this Court has considered Farrell's claims, the Court has patiently dealt with each of his claims and arguments. Future scurrilous pleadings will result in summary disposition, including if appropriate the imposition of sanctions.

Order Sustaining Objection at 26.

Farrell's Motion for Reconsideration is filled with entirely specious assertions and arguments. Like his earlier filings, this one too contains scurrilous language; therefore, like Farrell's previous pleadings, the Motion for Reconsideration is **ORDERED** to be filed under

1

seal.  The Clerk of the Court is **DIRECTED** not to accept for filing any further pleadings or documents submitted by Farrell.  Additionally, the Motion for Reconsideration is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 14, 2014
      New York, New York

                                      ___*Martin Glenn*_____
                                        MARTIN GLENN
                                  United States Bankruptcy Judge