**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

        Debtors.

Case No.: 12-12020 (MG)

Chapter 11

Jointly Administered

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, MARK A. NIALIS, request admission *Pro Hac Vice,* before the Honorable MARTIN GLENN, to represent Robert Wieland, Successor Trustee, of the Marshell O. Culton Living Trust, (the "Client"), a Creditor in the above referenced case.

**I certify that I am a member in good standing** of the bar in the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 15, 2014

        /s/ Mark A. Nialis
500 N. State College Blvd.  Suite 200
Orange, CA 92868
E-mail: mnialis@nialislaw.com
Tel: (714) 634-8001