**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

      Debtors.

_____

Case No.: 12-12020 (MG)

Chapter 11

Jointly Administered

# ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the motion of MARK A. NIALIS, to be admitted ***Pro Hac Vice,*** to represent Robert Wielend, Successor Trustee of the Marshell O. Culton Living Trust, (the "Client"), a Creditor in the above referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that MARK A. NIALIS,, Esq. is admitted to practice, pro hac vice, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **October 16, 2014**

    New York, New York             **_/s/Martin Glenn_____**
                                                     UNITED STATES BANRUPTCY JUDGE