MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
In re:                                                           )   Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                                )   Chapter 11
                                                                 )
                                Debtors.                         )   Jointly Administered
                                                                 )
---------------------------------------------------------------- )

**NOTICE OF SUPPLEMENTAL DECLARATION OF DEANNA HORST IN SUPPORT
OF THE OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST
TO PROOFS OF CLAIM FILED BY KAREN MICHELE ROZIER
(CLAIM NOS. 4738 AND 5632)**

**PLEASE TAKE NOTICE** that on September 3, 2014, the ResCap Borrower Claims Trust (the "Borrower Trust") filed the *Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632)* [Docket No. 7474] (the "Objection").[1] In support of the Objection, the Borrower Trust filed the declaration of Deanna Horst, Chief Claims Officer of the ResCap Liquidating Trust (the "Horst Declaration"), and appended the Horst Declaration as Exhibit 3-A thereto.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Supplemental Horst Declaration (as defined below), Ms. Horst and the Borrower Trust hereby seek to correct paragraph 21 to the Horst Declaration and Exhibit 3-A.21 to the Horst

---

[1]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

ny-1161116

Declaration by replacing the previously filed exhibit with the proper Assignment of Deed of Trust documenting the transfer from BoA to U.S. Bank of the beneficial interest under that certain Deed of Trust, dated December 23, 2005, executed by Rozier.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as Exhibit 1 is a supplemental declaration (the "Supplemental Horst Declaration") submitted by Deanna Horst, Chief Claims Officer for the ResCap Liquidating Trust, amending the first sentence of paragraph 21 of the Horst Declaration, and amending and restating paragraph 27 of the Horst Declaration to reference Exhibit 3-A.21 and explain the basis of the amendment. The corrected Exhibit 3-A.21 is annexed to the Supplemental Horst Declaration as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a blackline showing the corrections to the first sentence of paragraph 21 of the Horst Declaration is as follows:

**Blackline of amended first sentence to Horst Declaration ¶ 21:**

21.   On March 3, 2011, an Assignment of Deed of Trust transferred Westwood Associate's interest as trustee in the Deed of Trust to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for ~~RAAC~~RAMP 2007RP1 ("BoA").  See Assignment of Deed of Trust at Exhibit 3-A.14 annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that paragraph 28 of the Objection is hereby amended, consistent with the above change to paragraph 21 of the Horst Declaration, to read as follows:

**Amended first sentence to Objection ¶ 28:**

21.   On March 3, 2011, an Assignment of Deed of Trust transferred Westwood Associate's interest as trustee in the Deed of Trust to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for RAMP 2007RP1 ("BoA"). See Horst Declaration ¶ 21; see also Assignment of Deed of Trust at Exhibit 3-A.14 to

Horst Declaration.

**PLEASE TAKE FURTHER NOTICE** that a blackline showing the corrections to paragraph 27 of the Horst Declaration is as follows:

**Blackline of amended and restated Horst Declaration ¶ 27:**

27. On ~~March 25, 2013, GMACM~~ January 4, 2012, BoA executed an Assignment of Deed of Trust to transfer all beneficial interest and rights accrued in the Deed of Trust to U.S. Bank National Association ("U.S. Bank"), as Trustee, "as successor in interest to ~~BoA and Trustee of~~ "Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1," the securitized trust that includes Rozier's loan (which was ~~previously~~ subserviced by GMACM, and is currently serviced by Ocwen Loan Servicing, LLC ("Ocwen") as of February 15, 2013). See Assignment of Deed of Trust ~~at~~as Exhibit 3-A.21 annexed to Supplemental Horst Declaration. This Assignment was recorded with the County Records on ~~April 5, 2013~~January 13, 2012. See id.

**PLEASE TAKE FURTHER NOTICE** that, in order to reflect the corrected Exhibit 3-A.21, paragraph 34 in the Objection that references Exhibit 3-A.21 is hereby amended and restated, consistent with the above changes to paragraph 27 of the Horst Declaration, to read as follows:

**Amended and restated Objection ¶ 34:**

34. On January 4, 2012, BoA executed an Assignment of Deed of Trust to transfer all beneficial interest and rights accrued in the Deed of Trust to U.S. Bank National Association ("U.S. Bank"), as Trustee, "as successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1," the securitized trust that includes Rozier's loan (which was subserviced by GMACM, and is currently serviced by Ocwen Loan Servicing, LLC ("Ocwen") as of February

15, 2013).  <u>See</u> Horst Declaration ¶ 27, as amended and restated by the *Supplemental Declaration of Deanna Horst in Support of the Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632)* (the "<u>Supplemental Horst Declaration</u>"); <u>see also</u> Assignment of Deed of Trust as <u>Exhibit 3-A.21</u> annexed to Supplemental Horst Declaration.  This Assignment was recorded with the County Records on January 13, 2012.  <u>See</u> <u>id.</u>

**PLEASE TAKE FURTHER NOTICE** that on October 20, 2014, a copy of this notice was served on (i) Karen Michele Rozier, and (ii) counsel for the ResCap Borrower Claims Trust.

Dated:  October 20, 2014  /s/ Norman S. Rosenbaum
New York, New York  Norman S. Rosenbaum
Jordan A. Wishnew
Meryl L. Rothchild
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

**Exhibit 1**

ny-1161116

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ )
In re:                                                             )   Case No. 12-12020 (MG)
                                                                   )
RESIDENTIAL CAPITAL, LLC, et al.,                                  )   Chapter 11
                                                                   )
                                    Debtors.                       )   Jointly Administered
                                                                   )
------------------------------------------------------------------ )

**SUPPLEMENTAL DECLARATION OF DEANNA HORST IN SUPPORT OF THE
OBJECTION OF THE RESCAP BORROWER CLAIMS TRUST
TO PROOFS OF CLAIM FILED BY KAREN MICHELE ROZIER
(CLAIM NOS. 4738 AND 5632)**

I, Deanna Horst, hereby certify that:

1.    I am the Chief Claims Officer of the ResCap Liquidating Trust.

2.    On September 3, 2014, the ResCap Borrower Claims Trust filed the *Objection of the ResCap Borrower Claims Trust to Proofs of Claim Filed by Karen Michele Rozier (Claim Nos. 4738 and 5632)* [Docket No. 7474] (the "Objection"). I filed a declaration in support of the Objection (*see* Exhibit 3-A annexed to the Objection) (the "Horst Declaration"). This supplemental declaration (the "Supplemental Horst Declaration") is filed in support of the Objection.[1]

3.    In preparing the Objection and the Horst Declaration, I, along with the ResCap Liquidating Trust's employees, consultants and professionals, reviewed the Debtors' books and records and compiled documents that I referenced in the Horst Declaration in an effort to provide a narrative of Rozier's loan history. Upon review of Rozier's Response to the Objection and related filings (*see* Rozier Motion to Strike Horst Declaration [Docket No. 7620-7] ¶ 31 and Exhibit 13 appended thereto), I re-examined the Debtors' books and records. I agree with Ms.

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Objection.

ny-1161116

Rozier that the document annexed to the Horst Declaration as Exhibit 3-A.21 was incorrect and relates to a different borrower whose deed of trust was transferred to U.S. Bank.  I did not notice that the assignment for a different borrower was included with the collection of Ms. Rozier's loan documents at the time I reviewed them in preparing the Horst Declaration.

4.     I and the Borrower Trust hereby seek to correct the record by replacing the document originally filed as Exhibit 3-A.21 with the corrected Exhibit 3-A.21, annexed hereto as Exhibit A.

5.     I further seek to correct paragraph 27 of my prior Horst Declaration to reflect the corrected Exhibit 3-A.21, so that it reads as follows:

**Amended and restated Horst Declaration ¶ 27:**

27.     On January 4, 2012, BoA executed an Assignment of Deed of Trust to transfer all beneficial interest and rights accrued in the Deed of Trust to U.S. Bank National Association ("U.S. Bank"), as Trustee, "as successor in interest to "Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1," the securitized trust that includes Rozier's loan (which was subserviced by GMACM, and is currently serviced by Ocwen Loan Servicing, LLC ("Ocwen") as of February 15, 2013). See Assignment of Deed of Trust as Exhibit 3-A.21 annexed to Supplemental Horst Declaration. This Assignment was recorded with the County Records on January 13, 2012.  See id.

6.     In addition, paragraph 21 of my prior Horst Declaration described Exhibit 3-A.14, annexed thereto, as an Assignment of Deed of Trust, dated March 3, 2011, that transferred Westwood Associate's interest in the Deed of Trust to BoA, as Trustee for RAAC 2007RP1.  I hereby seek to amend the first sentence of that paragraph with a corrected reference to "RAMP 2007RP1," so that it reads as follows:

2

ny-1161116

**Amended first sentence to Horst Declaration ¶ 21:**

21.    On March 3, 2011, an Assignment of Deed of Trust transferred Westwood Associate's interest as trustee in the Deed of Trust to Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee for RAMP 2007RP1 ("BoA").  See Assignment of Deed of Trust at Exhibit 3-A.14 annexed hereto.

Dated: October 20, 2014               /s/ Deanna Horst
                                                Chief Claims Officer for the ResCap Liquidating Trust

# EXHIBIT A

## Corrected Exhibit 3-A.21

ny-1161116

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00

2012000022516  04:07pm 01/13/12
93 401 A32 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE COMPANY**
**AS AN ACCOMMODATION ONLY**

RECORDING REQUESTED BY:
Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee RAMP 2007RP1

PREPARED BY AND WHEN
RECORDED MAIL TO:
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7700    6451314

Property Address: 7957 Dahlia Circle, Buena Park, California 90620

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to U.S. Bank National Association, as Trustee, as successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for RAAC 2007RP1 all beneficial interest under that certain Deed of Trust dated December 23, 2005, executed by Karen M. Rozier, a married woman as her sole and separate property, to Westwood Associates, a California Corporation as trustee, for Mortgage Electronic Registration Systems Inc. as nominee for WMC Mortgage Corp., its successors and/or assigns, as beneficiary, and recorded as Instrument No. 2006000006922 on January 4, 2006, in the State of California, Orange County Recorder's Office.

Dated: 01/04/12

Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee RAMP 2007RP1
By: _Helen Tyson_
Name: **Helen Tyson**
Title: **Authorized Officer**

State of PENNSYLVANIA
County of MONTGOMERY
On 1-4-12 before me, JOHN J. CASTAGNA, a Notary Public, personally appeared **Helen Tyson**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of PA that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

_____
Notary Public
2.25.14

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Feb. 25, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

(This Area for Official Notary Seal)

000001-017983.001-P