# **Exhibit 1**

**4314996** EXEC   Ts Num: GM278944C

Property Info: 7957 DAHLIA CIR   BUENA PARK CA 906200000

Trustor: *KAREN M. ROZIER*, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

☑ Pub
☑ Post
☑ Sale
☐ Bid At
☐ NOD
☐ NOC
☐ Other

Sale Date: 11/13/2012  12:00:00PM in Santa Ana
1st Pub Date: 10/17/2012   APN: 136-241-04
Post On:

at At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, CA 92701

Post By: 10/17/2012

## Certificate Of Posting

☑ Notice To Resident
☑ Notice of Trustee's Sale   ☐ Notice of Default

LPS - Agency Sales & Posting certifies an agent of the company posted a copy of the on __10-16-2012__, in the manner prescribed under Civil Code, on the property described in said notice.

Posted on front door of: ☑ Single Family Dwelling  ☐ Condominium  ☐ Commercial Bldg  ☐ Other _____

Posted in a public place in the city of the sale location on __10-16-2012__.

The public posting for Nevada occurred at:

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

I certify the foregoing is true and correct:

Agent __Hilda Delgado__  (Hilda Delgado)   Date __10-16-2012__

### Property Condition

| # | Item | | | | |
|---|---|---|---|---|---|
| 1 | Occupancy | ☑ Occupied | ☐ Unoccupied | ☐ Unknown | ☐ Vacant Land |
| 2 | Occupant Contact | ☑ Yes ☐ No | | | |
| 3 | Improvements | ☑ SFD | ☐ Condo | ☐ Commercial Bldg | ☐ Apt Bldg |
| 4 | Stories | ☐ 1 | ☑ 2 | ☐ 3 | ☐ _____ |
| 5 | Structure | ☐ Wood | ☑ Stucco | ☑ Brick | ☐ Other _____ |
| 6 | Roof | ☐ Shake | ☑ Composition | ☐ Tile | ☐ Metal ☐ Other _____ |
| 7 | Garage | ☑ Yes ☐ No | ☐ Attached | ☐ # Spaces | ☐ Carport ☐ Open _____ |
| 8 | Property Comparable to Others in Area | ☐ Above | ☑ Average | ☐ Below | |
| 9 | Area | ☑ Residential | ☐ Commercial | ☐ Rural | ☐ Mixed |
| 10 | Vandalism Risk | ☑ Low | ☐ High | ☐ Explain | |
| 11 | Number of Postings | 1 | | | |
| 12 | For Sale Sign | ☐ Yes ☑ No | By _____ | | |

Comments: 5 Buena Park police officers escorted me to the property. One officer walked me to the front door to post the Notice of Trustee Sale.

** NTR Attached **
Posting Exceptions

Posting Certificate   10/13/2012 - 3.2



## Posting Certificate

**LPS#** 4314996         **Borrower:** ROZIER         **Property Address:** 7957 DAHLIA CIR   BUENA PARK, CA 90620

### NOS



### SUBJECT PROPERTY





## PROPERTY ADDRESS



## SUBJECT PROPERTY

