**Exhibit 3**

## Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court

*Court data last updated: 10/13/2014 09:50 AM*

Docket (Register of Actions)

**Rozier v. U.S. Bank National Association**
**Case Number G050520**

| Date | Description | Notes |
|---|---|---|
| 08/04/2014 | Notice of appeal lodged/received. | Appellant Karen Michele Rozier |
| 08/15/2014 | Default letter sent; no case information statement filed. | |
| 09/05/2014 | Appeal dismissed - case information statement not filed. | Appellant failed to file a Civil Case Information Statement pursuant to California Rules of Court, rule 8.100(g), after notice that appellant was in default. Accordingly, the appeal is DISMISSED. Appellant is advised that this dismissal will become final as to this court 30 days after the date of this order, at which time this court will lose the power to vacate, reconsider or modify it. (See Cal. Rules of Court, rule 8.264(b)(1).) A motion to vacate dismissal requires a showing of good cause. To allow the court sufficient time to review and evaluate the showing of good cause, a motion to vacate dismissal should be filed well before the 30-day jurisdictional deadline. |
| 09/15/2014 | Motion for relief from default filed. | by aplt (ccis attached as part of the mtn) |
| 09/15/2014 | To court. | aplt's mtn to be relieved from default, vacate the dismissal and reinstate the appeal - ccis attached as part of the motion |
| 09/17/2014 | Order filed. | Appellant's motion to vacate the dismissal, reinstate the appeal, and be relieved from default is GRANTED. The order of dismissal is VACATED and the appeal is REINSTATED. The civil case information statement attached to the motion filed September 15, 2014, is DEEMED filed. The Orange County Superior Court, Appellate Division is directed to proceed with the preparation of the record on appeal. |

| | | |
|---|---|---|
| 09/17/2014 | Civil case information statement filed. | |
| 09/19/2014 | Motion to dismiss filed (after record). | by respondent |
| 09/19/2014 | Request for judicial notice filed. | by respondent in support of motion to dismiss. |
| 09/23/2014 | Received copy of: | ntc of failure to comply with default ntc. |
| 09/24/2014 | Order filed. | The court, on its own motion, hereby grants relief to appellant for failure to comply with Orange County Superior Court, Appellate Division's notice of default issued on September 3, 2014. Appellant is in default for failure to clearly specify which form of the oral record on appeal she intends to elect, pursuant to California Rules of Court, rule 8.121(a) (1) (C), and for failure to deposit funds and/or substitute to cover each hearing date requested in her designation of record on appeal as required by California Rules of Court, rule 8.130(b) and 8.130(c). Appellant has 15 days from the date of this order to comply with the above defaults. Failure to comply may result in dismissal. |
| 10/06/2014 | Opposition filed. | by aplt to respondent's mtn to dismiss. |
| 10/06/2014 | Request for judicial notice filed. | by aplt in support of opposition to respondent's motion to dismiss. |
| 10/06/2014 | To court. | resp mtn to dismiss & request for judicial ntc, aplt's oppo to mtn to dismiss & request for judicial ntc. |
| 10/10/2014 | Filed declaration of: | Superior Court clerk L. Duran declares: Notice of failure to comply with notice of default: failed to deposit funds and/or substitute to cover each hearing date requested in designation of the record on appeal and did not specify which form of the oral record to use. |
| 10/10/2014 | To presiding justice for signature. | dismissal order |
| 10/10/2014 | Appeal dismissed per rule 8.140(b). | Pursuant to California Rules of Court, rule 8.140(b)(1), the appeal filed July 2, 2014, is DISMISSED for appellant's failure to deposit costs in a timely manner for preparation of the record on appeal. Appellant is advised that this |

| | | |
|---|---|---|
| | | dismissal will become final as to this court 30 days after the date of this order, at which time this court will lose the power to vacate, reconsider or modify it. (See Cal. Rules of Court, rule 8.264(b)(1).) A motion to vacate dismissal requires a showing of good cause. To allow the court sufficient time to review and evaluate the showing of good cause, a motion to vacate dismissal should be filed well before the 30-day jurisdictional deadline. |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy    © 2014
Judicial Council of California / Administrative Office of the Courts