Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
                                                    :    Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                    :
                                                    :    Jointly Administered
                              Debtors.              :
---------------------------------------------------------------x    **Hon. Martin Glenn**

# WITHDRAWAL OF CERTIFICATE OF NO OBJECTION

**Debtor Name: GMAC Mortgage, LLC.**

**Case Number: 12-12032(MG)**

**Creditor Name: CONRAD P BURNETT JR.**

**Creditor Address: 206 Sunset Lane, Linden, Virginia 22642**

**Court Docket Number: 7612**

**Date Filed: 10/3/2014**

I, the undersigned, am the above-referenced creditor, or an authorized for the above – referenced creditor. I hereby withdraw the above-referenced Certificate of No Objection and authorized the Clerk of this Court, or their duly appointed agent, to reflect this withdrawal on the official docket for the above-referenced Debtor.

Date: 10/13/2014                                                                  Respectfully Submitted,

_____/s/_____

Pablo E. Bustos, Esq.
Attorney for the Creditor

Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---------------------------------------------------------------x    **Hon. Martin Glenn**

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing is to be electronically filed with the Clerk of the Court using ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

Date: 10/13/2014                                    By: _____/s/_____

                                                                Pablo E. Bustos, Esq.
                                                                Attorney for the Creditor