Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

-------------------------------------------------------------x    **Hon. Martin Glenn**

## STATEMENT OF DAMAGES

Principal amount sued for……………………………………….  $1,386,880.00

Interest at 10% from 6/1/2011 through 10/15/2014……………....... $138,688.00

Costs and Disbursements:
Clerk's fee ……………………………………………………..…. $2,500.00
Process Server fee for service …………………………………..... $150.00
Statutory fee …………………………………………………….. N/A


Total as of 10/15/2014 ……………………………………………  $ 1,528,218.00


Date: 10/15/2014                            Respectfully Submitted,

                                                                   _____/s/_____

                                                                   Pablo E. Bustos, Esq.
                                                                   Attorney for the Creditor

Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

---------------------------------------------------------------x   **Hon. Martin Glenn**

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing is to be electronically filed with the Clerk of the Court using ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

Date: 10/15/2014          By: _____/s/_____

                                            Pablo E. Bustos, Esq.
                                            Attorney for the Creditor