UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
Residential Capital, LLC, et al.,

Case No. 12-12020 (MG)

Debtors

Chapter 11

RESPONSE TO RESCAP BORROWER CLAIMS TRUST'S SEVENTY–FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS)

COMES NOW Royal Kingdom Builders C/O Simon M. Woody, Jr., hereby files this Response to the above stated Objection. Royal Kingdom Builders C/O Simon M. Woody Jr., would respond:

1. According to Exhibit Claimant did not service loan due to original loan was service by First Magness Bank, however First Magness Bank went out of business and closed May 2008. Royal Kingdom Builders C/O of Simon M. Woody Jr., asked claimant to provide proof of documentation was never provided. Therefore, I was never provided proof that they were the servicer or even having any documentation to this loan.

WHEREFORE, PREMISES CONSIDERED, Royal Kingdom Builders C/O Simon M. Woody prays:

1. The Court set this matter be set for hearing;

2. That Residential Capital, LLC, et al., shall not be disallowed; and

3. Royal Kingdom Builders C/O Simon M. Woody, Jr. be awarded any additional relief to which they may be entitled, included, but not limited to, the Chapter 11 Trustee adjusting the Debtor's plan as necessary.



RECEIVED
OCT 16 2014
U.S. BANKRUPTCY COURT, SDNY