Respectfully submitted:

Royal Kingdom Builders
C/O Simon M. Woody Jr.
205 Jamerson Farm Rd.
Collierville, TN 38017
901-331-1699

Service to:
The Chambers of Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York NY 10004-1408; Counsel to the Rescap Borrower Claims Trust, Morrison & Foerster LLP. 250 West 55th Street, New York, NY 10119
Attn: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett
The Office of the United States Trustee for the Southern District of New York,
U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014
Attention: Linda A. Riffkin and Brian S. Masumoto
The Rescap Borrower Claims Trust,
Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022,
Attn: Daniel J. Flanigan.

## Certificate of Service

I hereby certify that I have mailed, by U.S. first class mail, postage paid, mailed a true and correct copy of the above Response to the Objection as indicated above on this the 11th day of October 2014.

*/s/ Sm Woody*
Royal Kingdom Builders
C/O Simon M. Woody Jr.



RECEIVED
OCT 16 2014
U.S. BANKRUPTCY COURT, SDNY