# PROOF OF SERVICE

**COURT:**   U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**CASE NAME:** *RESCAP*

**ACTION NO.:**    BANKRUPTCY NO. 12-12020-MG

I am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. On this date, I served the foregoing document(s) described as:

1. **RESPONSE IN OPPOSITION TO RESCAP BORROWER CLAIMS TRUST'S *SEVENTY-FIFTH* OMNIBUS OBJECTION TO CLAIMS**
2. **DECLARATION OF ALAN MOSS IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO RESCAP BORROWER CLAIMS TRUST'S *SEVENTY-FIFTH* OMNIBUS OBJECTIONS TO CLAIMS**

on the party(ies) set out in said document by causing a true copy thereof to be:

[ ]   Telecopied via facsimile to the addressee's facsimile number listed below per CRC 2008(b).

[ ]   Telecopied via facsimile to the addressee's telephone number listed below, and thereafter mailed according to the procedures set forth immediately hereinbelow.

[ X ] By U.S. priority mail, by placing said document(s) in a sealed envelope with first class postage thereon fully prepaid, and then deposited in a U.S. Post Office.

[ ]   By U.S. mail, Return Receipt Requested, by placing said document(s) in a sealed envelope with appropriate postage thereon fully prepaid and then placed in the designated office area for outgoing mail.

[ ]   Delivered by hand to the person set forth below, or by handing said document in a sealed envelope to a messenger service for delivery as addressed.

[ ]   Sent via Priority overnight mailing, by handing said document in a sealed envelope to an agent for the USPS for overnight delivery.

and if mailed, addressed as follows and sent to the following address(es):

Hon. Martin Glenn (Chambers Copy)
Judge of the U.S. Bankruptcy Court in and for the
   Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York New York 10004-1408

RECEIVED OCT 16 2014 U.S. BANKRUPTCY COURT, SDNY

| | |
|---|---|
| 1 | Clerk's Office(Filing Copy) |
|   | U.S. Bankruptcy Court in and for the |
| 2 |   Southern District of New York |
|   | Alexander Hamilton Custom House |
| 3 | One Bowling Green |
|   | New York New York 10004-1408 |
| 4 | |
| 5 | Morrison and Foerster LLP |
|   | ATTN: Norman S. Rosenbaum |
| 6 | 250 West 55th Street |
|   | New York New York 10019 |
| 7 | |
|   | ResCap Borrowers Trust |
| 8 | Polsinelli PC |
|   | ATTN: Daniel J. Flanigan |
| 9 | 900 Third Avenue, 21st Floor |
|   | New York New York 10022 |
| 10 | |
|   | Office of the U.S. Trustee for the |
| 11 |   Southern District of New York |
|   | ATTN: Linda A. Rifkin & Brian S. Masumoto |
| 12 | U.S. Federal Office Building |
|   | 201 Varick Street, Suite 1006 |
| 13 | New York New York 10014 |

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of October, 2014, at San Francisco, California.

OPPOSITION OF ALAN MOSS [CLAIM NO. 4445]
TO DEBTOR'S SEVENTY-FIFTH OMNIBUS OBJEC-
TION TO CLAIMS

- 18 -

BANKRUPTCY ACTION NO. 12-12020-MG