Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL LLC et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

Frank Reed and Christina Reed, creditors pro se, hereby appeal to the United States

District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a) from this

Court's Memorandum Opinion and Order, dated October 6, 2014, which order appears on the

court docket as Document No. 7619.

The names of all parties to the Memorandum Opinion and Order appealed from and the

names, addresses, and telephone numbers of their respective attorneys are as follows:

REED SMITH LLP
Attorneys for ResCap Borrower Claims Trust
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Telephone: (609) 987-0050
    Diane A. Bettino, Esq.
    Barbara K. Hager, Esq.

MORRISON & FOERSTER LLP
Attorneys for ResCap Borrower Claims Trust
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
    Norman S. Rosenbaum, Esq.
    Jordan A. Wishnew, Esq.
    Meryl L. Rothchild, Esq.

Dated: Moorestown, New Jersey
      October 17, 2014

By: _____

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone:  (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No.  12-12020  (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and original copy of the Notice of

Appeal of Frank Reed and Christina Reed was served by overnight mail upon the following:

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408


Dated: Moorestown, New Jersey
       October 17, 2014

By: _____
    Frank Reed, *pro se*