Hearing Date and Time:  November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                  )
In re:                                                            )     Case No. 12-12020 (MG)
                                                                  )
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,                   )     Chapter 11
                                                                  )
                                              Debtors.            )     Jointly Administered
                                                                  )
---------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS
TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY
BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY (I)
MAURICE SHARPE (CLAIM NO. 2079) AND (II) OTIS L. COLLER (CLAIM
NO. 5066) TO NOVEMBER 20, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims*

*Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No.

7188] (the "<u>Sixty-Ninth Omnibus Claims Objection</u>"), solely as it relates to the claims filed by

Maurice Sharpe (Claim No. 2079) and Otis L. Collier (Claim No. 5066), previously scheduled to

be heard on October 30, 2014 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to

**November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

ny-1162098

York 10004.

Dated:  October 22, 2014               /s/ Norman S. Rosenbaum
         New York, New York          Norman S. Rosenbaum
                                   Jordan A. Wishnew
                                   MORRISON & FOERSTER LLP
                                   250 West 55th Street
                                   New York, New York 10019
                                   Telephone:  (212) 468-8000
                                   Facsimile:  (212) 468-7900

                                   *Counsel to The ResCap Borrower Claims Trust*