Patrick L. Robson
Joseph J. Saltarelli
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, N.Y. 10166-0136
(212) 309-1000

*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL LLC, et al.,

                Debtors.

OCWEN LOAN SERVICING, LLC,

                Plaintiff,

        vs.

THE RESCAP LIQUIDATING TRUST,
a Delaware Statutory Trust,

                Defendant.
------------------------------------------------------------X

Case NO. 12-12020 (MG)

Chapter 11

Jointly Administered

Adv. Pro. No. _____

## BANKRUPTCY RULE 7007.1 CORPORATE DISCLOSURE
## STATEMENT OF PLAINTIFF OCWEN LOAN SERVICING, LLC

      Pursuant to Bankruptcy Rule 7007.1, Plaintiff Ocwen Loan Servicing, LLC states that it is a Delaware limited liability company whose sole member is Ocwen Mortgage Servicing, Inc.

Dated: New York, New York
      October 24, 2014

HUNTON & WILLIAMS LLP

By: _____
Patrick L. Robson
Joseph J. Saltarelli
200 Park Avenue, 52nd Floor
New York, N.Y. 10166-0136
(212) 309-1000

*Attorneys for Plaintiff Ocwen Loan Servicing, LLC*