UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In Re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | Case No.: 12-12020 (MG) |
| Debtors. | Assigned to: |
| | Hon. Martin Glenn |
| | Bankruptcy Judge |

_____

**[PROPOSED] ORDER REVOKING THE SIXTY-NINTH OMNIBUS OBJECTION OF THE RESCAP BORROWER TRUST FOR CLAIM NUMBERS 3889, 4129, 4134 and 4139 FILED BY TIA SMITH**

Upon consideration of the motion of reconsideration of Tia Smith it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The relief requested in the Motion for Reconsideration is GRANTED as set forth in the Court's Memorandum Opinion and/or statements on the record at a hearing held on _____ in this Court;

2. The relief requested by the Borrower Trust is denied with prejudice; and

3. Kurtzman Carlson Consultants LLC, the Claims and Noticing Agent on behalf of the Debtors is directed to mark the claims register consistent with this Order.

Dated: _____, 2014

Los Angeles, California

_____
The Honorable Martin Glenn
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy was mailed on October 23, 2014 to:**

The Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention:  Norman S. Rosenbaum and Jordan A. Wishnew

The Office of the United States Trustee for the
Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, New York 10014
Attention:  Linda A. Riffkin and Brian S. Masumoto

The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue
21st Floor
New York, New York 10022
Attention:  Daniel J. Flanigan


Dated: October 23, 2014

                                                            _____

                                                            Tia Smith, Claimant