MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 30, 2014 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S)**

**1.**   Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 7537]

   **Related Document(s):**

   **a.**   Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7661]

   **Response(s):**   None.

   **Status:**   The hearing on this matter has been adjourned to November 20, 2014.

ny-1162565

**2.**   Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket Nos. 7574 and 7575]

    **Related Document(s)**:

    **a.**   Notice of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7583]

    **b.**   Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7680]

    **Response(s)**:   None.

    **Status**:   The hearing on this matter has been adjourned to December 18, 2014.

**II.**   **STATUS CONFERENCE**

**1.**   The ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6763]

    **Related Document(s)**:

    **a.**   Notice of Status Conference in ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7511]

    **b.**   Memorandum Opinion and Order Sustaining in Part and Overruling in Part Objection to Proof of Claim 386 [Docket No. 7297]

    **Response(s)**:

    **a.**   Creditor Barry Mack's Response to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6834]

    **b.**   Claimant Barry Mack's Memorandum of Law Regarding Damages Under RESPA (12 U.S.C. § 2601, et seq.) and Sufficiency of Proofs of Claim [Docket No. 7112]

    **Reply**:

    **a.**   ResCap Borrower Claims Trust's Reply to Claimant Barry Mack's Reply to the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 6893]

    **b.**   ResCap Borrower Claims Trust's Supplemental Brief in Support of the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7118]

    **c.**    ResCap Borrower Claims Trust's Supplemental Reply Brief in Support of the Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack [Docket No. 7205]

  **Sur-Reply**:

    **a.**    Claimant Barry Mack's Reply to Memorandum of Law of ResCap Borrower Claims Trust Regarding Damages Under RESPA (12 U.S.C.§ 2601, *et seq*.) and Sufficiency Proofs of Claim [Docket No. 7203]

**III.**    **CLAIMS OBJECTIONS**

**1.**    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

  **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

    **b.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Aubrey Manuel (Claim No. 5634) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7481]

    **c.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554]

    **d.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Maurice Sharpe (Claim No. 2079) and Otis L. Collier (Claim No. 5066) to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7677]

  **Response(s)**:

    **a.**    Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7335]

        **(i)**    Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7336]

      **b.**      Response & Opposition of Claimant, Otis L. Collier, Jr., to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims & Request for Opportunity for Discovery & Evidentiary Hearing [Docket No. 7351]

            **(i)**      Declaration of Otis L. Collier, Jr. re: Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7352]

  **Status**:    The hearing on this matter, solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079) and Otis L. Collier (Claim No. 5066), has been adjourned to November 20, 2014.

**2.**    Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7539]

  **Related Document(s)**:

      **a.**      Notice of Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7541]

      **b.**      Ocwen Loan Servicing LLC's Limited Response to Claim of Matina De Simone [Docket No. 7542]

  **Response(s)**:    None.

  **Status**:    The hearing on this matter will be adjourned to December 10, 2014.

Dated: October 28, 2014  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*