**UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors,

Chapter 11

Case No. 12-12020-mg

NOTICE OF WITHDRAWAL OF CLAIMS

COME NOW Claimants Alan Gardner and Tiffany Smith, by and through their counsel of record, and hereby withdraw the Claims they have asserted against the Debtors in this proceeding, designated as Claim No. 2881 and Claim No. 2764 on the Debtors' claims register respectively, pursuant to the Amended Settlement Agreement previously approved by this Court and by the King County (Washington) Superior Court in *Gardner v. GMAC Mortgage, LLC*, No. 10-2-36902 SEA, and *Smith v. Homecomings Financial, LLC*, No. 11-2-10126-6 SEA.

DATED this 28th day of October, 2014.

SCHROETER, GOLDMARK & BENDER

/ *Adam J. Berger*

---
Adam J. Berger, WSBA #20714

| | |
|---|---|
| 1 | SCHROETER, GOLDMARK & BENDER |
| 2 | / *Martin S. Garfinkel* |
| 3 | _____ |
|   | Martin S. Garfinkel, WSBA #20787 |
| 4 | BERRY & BECKETT, PLLP |
|   | Guy W. Beckett, WSBA #14939 |
| 5 | 1708 Bellevue Avenue |
|   | Seattle, WA  98122 |
| 6 | (206) 441-5444 phone |
|   | (206) 838-6346 fax |
| 7 | |
| 8 | |
|   | WILLIAMSON & WILLIAMS |
| 9 | Rob Williamson, WSBA #11387 |
|   | 17253 Agate Street NE |
| 10 | Bainbridge Island, WA  98110 |
|   |  (206) 780-4447 phone |
| 11 | (206) 780-5557 fax |
| 12 | |
|   | *Attorneys for Plaintiff* |