Hearing Date:   December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors,*
*The ResCap Liquidating Trust and The*
*ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON OCWEN LOAN**
**SERVICING LLC'S OBJECTION TO CLAIM OF ROBERT DE SIMONE**
**TO DECEMBER 10, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that *Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone* [Docket No. 7539], previously scheduled to be heard on October 30, 2014 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1163801

Dated: October 29, 2014
New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*