HomeComings Financial
Judge Martin Glenn
Case #12-12020
Claim #1091

9/25/14

Clerk,

This letter is to inform the courts that i Marcus Harris has recently relocated to Desmoines IA. The "NEW" address for Coresspondance & payment should be mailed to 2010 Evergreen Ave Apt#10 Desmoines IA 50320. Please change your records to indicate the "NEW" mailing address for the creditor Marcus Harris. Sorry if there's any inconvience to this matter.

Sincerly,
Marcus Harris



ERICA PLAZA
Commission Number 770578
My Commission Expires
November 18, 2014



# Acknowledgment by Individual

State of Iowa    County of Polk

On this 25th day of September, 20 14, before me, Erica Plaza
(Name of Notary Public)

the undersigned Notary Public, personally appeared Marcus A. Harris
Name of Signer(s)

○ Proved to me on the oath of ___
○ Personally known to me
☒ Proved to me on the basis of satisfactory evidence  MO ID # K162300002 exp: 02/13/15
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

ERICA PLAZA
Commission Number 770578
My Commission Expires
November 18, 2014

Erica Plaza
(Signature of Notary Public)

My commission expires November 18, 2014

Notary Seal

## Description of Attached Document

Type or Title of Document
Address Update Certification

Document Date    Number of Pages
9/25/14    1

Signer(s) Other Than Named Above

**Optional:** A thumbprint is only needed if state statutes require a thumprint.

Right Thumbprint of Signer

