Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

Counsel to JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

Please take notice that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel, hereby withdraws the following two Proofs of Claim, each filed for an unliquidated amount:

- Proof of Claim No. 4950, filed as to Debtor Residential Funding Company, LLC, Case No. 12-12019; and

- Proof of Claim No. 5070, filed as to Debtor GMAC Mortgage, LLC, Case No. 12-12032.

JPMC requests that the official claims register maintained for the Debtors be updated accordingly.

The withdrawal of Proofs of Claim Nos. 4950 and 5070 is without prejudice to all other pending Proofs of Claim filed by JPMC or any of its affiliates against any of the Debtors, and all rights are reserved.

-2-

| | |
|---|---|
| Dated: October 31, 2014<br>New York, New York | /s/ Brian D. Glueckstein<br>Brian D. Glueckstein<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br><br>Counsel to JPMorgan Chase Bank, N.A. |