Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

-------------------------------------------------------------x    **Hon. Martin Glenn**

**NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE AND IMMEDIATE PAYMENT PURSUANT TO
11 U.S.C. §503 FILED BY CREDITOR CONRAD P BURNETT**

**To each party and to the attorney of record for each party in this action:**

**NOTICE IS GIVEN** that on November 18, 2014, at 10:00 a.m., or as soon after that time as the matter can be heard, in Room 501 of this Court, Creditor Conrad P Burnett by and through counsel, will move for an order allowing administrative expenses and immediate payment of creditors' claims.

The application is made on the ground that:

1.    On or about September 10, 2014 the undersigned counsel filed an Amended Application for Allowance of Administrative Expenses and Immediate Payment Pursuant to 11 U.S.C. §503. Debtors collectively did not respond or object to the application until October 20, 2014 after Conrad P Burnett filed a Certificate of No Objection [Docket No. #7656] *Residential Capital, LLC*.

2.  On or about November 30, 2013 Conrad P Burnett filed an adversary proceeding against joint debtor GMAC Mortgage, LLC [Case No.: 12-ap-02049] and voluntarily dismissed the action on the basis of a stipulation and order between the parties dated February 15, 2013 [Docket No. #7] Re: Burnett v. GMAC Mortgage, LLC.

3.  Creditor believes that the debtors are constructively intending on hindering Burnett's claims and therefore the application for relief requested is appropriate since it appears debtor's in concert are frustrating settlement of the claim.

4.  The debtors have not acknowledged the application which was filed twice, and therefore, regardless of an extension of time granted by the court, the exception is believed to apply in this action because these claims were filed timely before any extensions of time were granted or requested within a reasonable amount of time; by Debtor.

This motion is also based on attached Amended Application and Exhibits attached thereto and the papers and records filed in this action the affidavit of Conrad P Burnett Jr. and on any oral and documentary evidence presented at the hearing on this application.

Date: 10/15/2014                                                    Respectfully Submitted,

                                                                    _____/s/_____

                                                                    Pablo E. Bustos, Esq.
                                                                    Attorney for the Creditor

Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------------x    **Hon. Martin Glenn**

# CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing is to be electronically filed with the Clerk of the Court using ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

Date: 10/15/2014                    By: _____/s/_____

                                                        Pablo E. Bustos, Esq.
                                                        Attorney for the Creditor