MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
(718) 434-2676
(718) 228-7717 Facsimile
Menachem M. Bensinger (MB 3467)

*Counsel to Andrew Davidson & Co., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No.: 12-12020 (MG) |
| Reorganized Debtors. | |

## NOTICE OF WITHDRAWAL OF (I) REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND (II) PROOF OF CLAIM

Andrew Davidson & Co., Inc. ("**AD&Co**"), by and through its undersigned counsel, hereby withdraws (i) its request for allowance and payment of administrative expense claim filed on January 22, 2014, scheduled as Claim No. 7434, and (ii) Proof of Claim No. 7406, filed on January 30, 2014.

Dated: November 4, 2014
        New York, New York

MCGRAIL & BENSINGER LLP

*/s/* Menachem M. Bensinger
Menachem M. Bensinger, Esq. (MB 3467)
676A Ninth Avenue # 211
New York, New York  10036
Telephone:  (718) 434-2676
Facsimile:  (718) 228-7717

*Counsel to Andrew Davidson & Co., Inc.*