**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CHANGE OF LAW FIRM ASSOCIATION FOR RAY SCHROCK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ray Schrock hereby notifies the Clerk of the Court of a change in law firm association and a corresponding change in address. Effective immediately, all correspondence to Mr. Schrock should be should be sent to:

> RAY SCHROCK
> Weil, Gotshal & Manges LLP
> 767 Fifth Ave
> New York, NY 10153
> Telephone: (212) 310-8210
> Facsimile: (212) 310-8007
> Email: ray.schrock@weil.com

Dated: October 24, 2014
       New York, New York

/s/ Ray Schrock
Ray Schrock

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

WEIL:\95116504\1\99980.0219