USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/27/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re                                              :
                                                   :   Chapter 11 Case
RESIDENTIAL CAPITAL, LLC, *et al.*,                :
                                                   :   Case No. 12-12020 (MG)
                         Debtors.                  :
                                                   :   (Jointly Administered)
------------------------------------------------------------- x
RESCAP LIQUIDATING TRUST,                          :
                                                   :
                         Appellant,                :
                                                   :
              v.                                   :   Case No.
                                                   :   14-cv-05111 (JGK)
CITIBANK, N.A.,                                    :
                                                   :
                         Appellee.                 :
                                                   :
------------------------------------------------------------- x

### STIPULATION AND PROPOSED ORDER
### OF VOLUNTARY DISMISSAL OF APPEAL

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for the Appellant and the Appellee, that the above-captioned appeal shall be dismissed pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure.

*[Remainder of Page Intentionally Blank]*

Dated: New York, New York
October 23, 2014

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for Appellant,*
*ResCap Liquidating Trust*

IT IS SO ORDERED

Dated: New York, New York
October 24, 2014

SHEARMAN & STERLING LLP

By: _____
Fredric Sosnick
William J.F. Roll, III
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 484-4000
Facsimile: (212) 484-7179

*Counsel for Appellee,*
*Citibank, N A*

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 2 -