**MICHAEL A AND GLORIA S MCGUINTY**

Most Honorable Judge Martin Glenn
Court Document #7552-1 Dated 9/17/2014

RES CAP CLAIM #6970
GMAC MORTGAGE #0546284422

RECEIVED
OCT 20 2014
U.S. BANKRUPTCY COURT, SDNY

<u>The following is the Mortgage Monetary loss that Gloria and I have Suffered</u>
Mortgage paid (March,1998 thru July,2003) $106,613.00 *
Mortgage paid (August,2003 thru July,2010) $134,070.72 **
   Principal Reduction $43,513.94
   Interest Paid        $90,556.78
Total Paid to GMAC                $ 240,683.72 ***
   * (Exhibit # 1)  ** (Exhibit #2)  *** (Exhibit #3)

<u>*** $690,184.04 total loss ($449,500.32+240,683.72) See next page 1 after 1 of 423</u>

<u>Today I am denied refinance of my Florida home SLS will not give me a release unless I pay SLS $98,945.00
SEE Court document dated SEPT 19,2014 pg5-9 HELOC Balance $98,945.00 (Exhibit #4).</u>

My house is built on the first fairway of the 36 hole Oak Pointe Country Club & Marina. This Facility is owned and operated by Club Corp International and is one of their premiere properties where professional golfers' like Greg Norman play. The court already has photos of the Oak Pointe Country Club & Marina and photos of Greg Norman's Van and my home inside and outside.
<u>Club Corp also at that time operated the Club Corp Skyline Restaurant in the General Motors Detroit Renaissance Building until the GM BANKRUPTCY.</u>

December 2008 Diane Samples real estate agent from Keller Williams Brighton Michigan called to inform me a party had been thru my home 3 times and he was flying in his wife to close the sale, I asked Diane if I had to accept the $485,000 offer she told me yes. I told Diane to take it off the market and re-list in the spring for $599,000.00 <u>The golf course lot alone with no house the value is over $150,000.00.</u>

Morrison Forester (M/F) state they sold my home for $300,000.00 and made no profit the actual mortgage due $229,986.06. SEE pg 6 of pg 423 IRS Document. IRS Doc. sold price $247,537.59 Question who has the $52,462.4 difference from the $300,000.00. If GMAC wanted to play SANTA CLAUS and give my $600,000 for $247,537.59 I cannot protect the federal government from acting foolishly (Exhibit #5)

M/F LLP Findings (12-12020-mg Doc7552-2 Filed 09/17/14 Entered 09/17/14 17:21:57 P/O PG 61of 64
<u>Doc# 7553-2 dated 9/17/14 Plagiarized from Doc# 5736-3 Filed 11/13/2013 pg15 -176 thru pg18-176.
Doc#6335 dated 1/23/2014 DENIED WITHOUT PREJUDICE found in the favor of Gloria and Michael McGuinty</u>

Doc# 7553-2 Pg 61of 64 Paragraph" Debtors have no Liability for wrongful denial of a HAMP modification because (1)the claimants did not qualify for a HAMP modification" <u>false not true</u>
<u>See Doc# 7578 dated Sept. 22,2014 and Doc# 7608 dated Oct.02,2014 GMAC Ignored the Following Facts</u>

<u>ALSO, Pg 62 of 64 "According to the Debtors' books and records, Mr and Ms McGuinty applied for loan modification on June 6, 2009. They were denied a modification on July 20, 2009 due to insufficient income."
THIS IS FALSE SEE GMAC LETTER TO McGUINTY BOX #1 INSUFFICIENT INCOME NOT CHECKED BY GMAC(EXHIBIT# 6)</u>

M/F Talked about <u>STRANGE REQUEST</u> GMAC wanted my exit letter from GM as proof I was a GM employee. I told GMAC I received no such letter Mr. Tim Jones GM did not want me to retire. Proof of employment (Exhibit 7 7a 7b) published 22 years after 10/6/69 my 1st day at GM.

RECEIVED
NOV - 6 2014
U.S. BANKRUPTCY COURT, SDNY

1-OF-14



CC Kramer, Lev, Nat.& Frankel LLP, Sen. Elizabeth Warren, Off. Of US Trustee ,Res Cap Borrower Claims Trust, M/F

[Margin notes:]
11/2/2014
NOTE CHANGE Doc # 7553-2 SHOULD BE Doc # 7552-2 Entered 9/17/2014