KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – UNDERWRITER INDEMNIFICATION CLAIMS) SOLELY WITH RESPECT TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, hereby withdraws the *ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988], solely as it relates to the following proofs of claim: Claim Nos. 4447, 4450, and 4457 filed by UBS Securities LLC; Claim Nos. 5036, 5038, 5043, 5044, 5045, 5046, and 5049 filed by Citigroup Global Markets Inc.; and Claim Nos. 6431, 6432, 6433, and 6434 filed by Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC.

Dated: New York, New York
       November 7, 2014

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      /s/ Joseph A. Shifer
                                      Kenneth H. Eckstein
                                      Douglas H. Mannal
                                      Joseph A. Shifer
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Telephone: (212) 715-9100
                                      Facsimile: (212) 715-8000

                                      *Counsel for the ResCap Liquidating Trust*