# EXHIBIT A

Misrepresentation Statement

(In response to i, pg. 4)

# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780

09/14/11

293

RAINER P WARNER
510 SE ENTRADA STREET
PALM BAY, FL 32909

Loan Number: 7441986197

Dear RAINER P WARNER:

GMAC Mortgage is committed to work with homeowners to retain ownership. We want to see you succeed and get your finances back on track.

I Maria Sampedro, a HOPE representative with GMAC Mortgage, would like the chance to meet with you and discuss your mortgage loan. I will be available at Homewood Suites, 10301 SW Innovation Way Port Saint Lucie, FL 34987, on September 30th - October 1st 9:00am to 5:00pm. To ensure we have a productive meeting, **please bring the following with you to your appointment:**

1)   **Signed letter explaining the cause of default or imminent (future) default and signed Hardship Affidavit**

2)   **Completed Financial Analysis Form**

3)   **Copies of the two most recent pay stubs (for each borrower on the loan) or, if self-employed, a current income statement, balance sheet, statement of owner's equity and a 6-month profit and loss statement**

4)   **Copy of your most recent Federal Tax return with all schedules and completed Request for Transcript of Tax Return, Form 4506-T**

5)   **Proof of homeowner's insurance (if not included in your mortgage payment).**

Appointments are limited. Therefore, we encourage you to schedule your appointment at your earliest convenience. You can schedule your appointment online at www.portstluciefl.timetrade.com, or you can also contact me directly at **954-331-8073**. If you are unable to attend this event on the scheduled date(s) and times, you can submit the documents via fax to **866-639-0832**. I look forward to assisting you.

Sincerely,

Maria Sampedro
GMAC Mortgage
HOPE / KeyChain Alliance

Enclosure

*Please be advised that this communication and all subsequent communication (written and/or oral) is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.*

# EXHIBIT B

(In response to ii a,b,c,d, pg. 3)

How can anything get resolved when the relationship manager/customer service rep/loss mitigation rep/community relations specialist/asset resolution specialist/consumer loan specialist/loan servicing specialist are constantly being replaced?

Trenita Dixon: ASR

Nicole Barker: LMR

Maria Sampedro: CRS

Loss Mitigation

Loan Servicing

Latoya Thompson: LMD

Corey Pratt: LS

Sonya Turner: LS

Customer Care

https://bay148.mail.live.com/mail/PrintMessages.aspx?cpids=277e8-47-b063-4a58-9b8c-a7...

Print Message

**Homeowner**

From: **WPR Diversified Divisions** (wpr686@hotmail.com)
Sent: Tue 9/18/12 12:19 PM
To:    aprathe@gmacm.com
3 attachments
GMAC claim0001.pdf (657.3 KB) , GMAC settlement0001.pdf (545.9 KB) , GMAC lien settlement0001.pdf (505.9 KB)

Good Morning,

Ms.Alicia Prather

My name is Rainer Warner we met at the Foreclosure hearing on the 28th of August 2012.

Shortly after the hearing I received a letter from the Clerk of Clerks telling me to pay the filing fee for
the counter claim. (see attached)

I am sorry to bother you as I know you are extremely busy, but it has been three (3) weeks now and
I havent heard anything from GMAC. At the hearing I understood that I would be working directly with
GMAC on selling the property through a short sale.

Will I be assigned a new team or will I continue to work with loss mitigation representative Nicole Barker?

To bring you up to date there has been showings on the property, but no offers possibly due to the evidence of
mold back room and garage. The property has been reduced by the bank to $80,000.

This brings me to my next question in the past, GMAC has offered various financial programs to prevent a foreclosure
from occurring. I know GMAC has made settlement offers (see attached) in cases such as mine.

Please let me know if this is an option for GMAC mortgage.

Sincerely,

Rainer P. Warner
510 Entrada St.
Palm Bay, FL. 32909
7441986197

**Homecomings Financial**
*A GMAC Company*

December 19, 2008

Rainer P Warner
510 Entrada St SE
Palm Bay, FL 32909-4867
IuIIuuIdIIdIuIIuuIIuIIuIIuIIdIuIuIIIIuuuIII

Re: Loan Number                              7441986197

    Property Address                    520 SE ENTRADA STREET
                                      PALM BAY FL 32909

Dear Rainer P Warner:

In order to consider a workout and/or repayment for your mortgage loan, it is critical that the enclosed information is completed and returned to our office at your earliest opportunity. In addition to the financial package enclosed, please provide copies of your pay stubs and bank statements from the previous month (for all borrowers who contribute to the household finances). **Please submit the completed financial package to my attention via facsimile at 1.866.709.4744.**

Upon receipt of your completed financial statement, we will review your account and determine the appropriate workout option available to you. Incomplete information may not be processed, and all financial information is subject to verification. If you have any questions regarding this information, please contact us at 1.800.799.9250 (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., Central time).

Sincerely,

Trenita Dixon
Asset Resolution Specialist

Enclosure

Note: This is an attempt to collect a debt and any information obtained will be used for that purpose.

F00508

Windows Live™   Hotmail (82)   Messenger   SkyDrive  |  MSN         WPR Diversified

# Hotmail

Inbox (82)

New  |  Reply   Reply all   Forward  |  Delete   Junk   Sweep ▾   Mark as ▾   Move to ▾

**Folders**

**Junk (255)**

Drafts (23)

Sent

**Deleted (141)**

**Job Initiative Minist...**

**New folder... (10)**

**Primarus Orders- Fo...**

New folder

**Quick views**

Flagged

**Photos (4)**

**Office docs (1)**

Shipping updates

**Messenger**

You're signed in to Messenger. To change your status, click your name in the upper right corner.
Keep me signed in | Sign out of Messenger

20 invitations

Search contacts

Want to chat via Messenger from your inbox? Just add friends.

Sign out of Messenger

Home

Contacts

Calendar



## RE: GMAC HOPE

Back to messages  .|

To see messages related to this one, group messages by conversation.

**GMAC Maria**                                      11/01/11
To WPR Diversified Divisions                        Reply

HI Rainer
I received your package.  However, I am still missing the following:

All pages to bank statement (to support deposits)
One additional bank statement

**Maria Sampedro**

Community Relations Specialist

South Florida/AR/MS HOPE / GMAC Mortgage, LLC.

Office   954-331-8073

Fax      866-639-0832

**ATTITUDE IS EVERYTHING!**

**Hablo Español**

---

**From:** WPR Diversified Divisions [mailto:wpr686@hotmail.com]
**Sent:** Friday, October 21, 2011 4:20 PM
**To:** Sampedro, Maria - FL
**Subject:** RE: GMAC HOPE

Hello, Maria waiting on some information from the VA, hoping to have the package to you by weeks end.

W.P.R. Diversified Divisions, Inc.



# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780

January 11, 2012

RAINER P WARNER
510 SE ENTRADA STREET
PALM BAY FL  32909

Re:    Loan Number:    7441986197

Property Address:    520 SE ENTRADA STREET
PALM BAY FL  32909

Dear RAINER P WARNER:

As your mortgage loan servicer, we are offering you an opportunity to participate in the federal government's **Home Affordable Foreclosure Alternative** (HAFA) Program which enables you avoid foreclosure by, selling your home for less that you owe on your mortgage.  This is known as a "Short-Sale".

## Home Affordable Foreclosure Alternative Program – Short Sale

A "short sale" is specifically designed to help borrowers who are unable to afford their first mortgage and want to sell their home to avoid foreclosure, even if the sale price is less than what is owed on the mortgage. This may be a good solution for you, however, a short-sale requires the cooperation of a number of parties (you, the buyer, your real estate broker, and sometimes mortgage insurance companies and other lenders) in order to make this option successful.

## How does a Short-Sale work?

**Pre-Sale:**  We start by approving a list price for the sale of your home.  We will also provide you with the sales costs (broker commissions and closing costs) that may be deducted from the final sales price. You can then list your property (like any home sale) with a local real estate broker at the approved price.

**Offer:** When you get an offer on your home, you submit the required documentation and we approve the sale if it is in line with the approved sales price, allowable closing costs and commissions previously communicated.

**Closing:** Once the sale closes, we release the lien on the property and you from all responsibility for repaying the remaining balance on your mortgage.  Plus, you will receive $3,000 to help pay some of your moving expenses. (The check will be paid to you by the settlement agent as part of the closing.) However, in the event there is any money left over from the sale after paying the entire amount you owe on the mortgage plus the approved sale costs, you will not be eligible to receive the $3,000.

**To participate in the Short Sale Program please respond to this letter within**
**14 days of above referenced date.**
**Loss Mitigation**
**1-877-521-3698**
**FAX**
**1-866-314-0843**

Sincerely,

Loss Mitigation
Loan Servicing

*Notice:  Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.*

*If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only, it is not an attempt to hold you personally responsible for the debt and applies only to the lien on your property and not to you personally.*

01099

You may fax the requested documents to 866-709-4744 or have your authorized agent upload them directly with his or her access to Equator. If you have any questions concerning this matter, please contact me directly at 214-874-2615.

If you are unable to reach me directly, feel free to call our Call Center at 1-877-521-3698 between the hours of 7:00 a.m. and 7:00 p.m Monday through Thursday central time, 7:00 a.m. to 6:00 p.m. central time Friday.

At times like these, we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs or to seek assistance in compiling the information or documentation required to be evaluated for a loss mitigation alternative. You can also call the HOPE hotline number (1.888.995.HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

LATOYA THOMPSON
Loss Mitigation Department

**Note**: This is an attempt to collect on a debt and any information obtained will be used for that purpose only.

**Notice Regarding Bankruptcy:** If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt. Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

**Note**: If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan and disregard this notice.

# *Fax Cover Sheet*

From:    **RAINER P WARNER**

Attention: <u>Nicole Barker and Team</u>

To:    **GMAC Mortgage**
PO Box 780
Waterloo, IA 50704-0780

Re:    Account Number:7441986197
Property Address: 520 SE ENTRADA STREET
PALM BAY, FL. 32909

Fax No: **1-866-709-4744**

If you have any questions or need to discuss these requirements please contact your Relationship Manager, COREY PRATT at 1-877-928-4622 extension 8745712 between the hours of 8:00 a.m. and 9:00 p.m. Monday through Friday central standard time. If your agent is not available, one of their team members will assist you.

You may also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

COREY PRATT
Loan Servicing

**Note:** Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if you have been discharged of your personal liability for repayment of this debt; this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan and disregard this notice.

M021

February 7, 2012
Account Number 7441986197
Page Two


The account was then reviewed for a traditional modification. The traditional modification was denied on January 3, 2012, as there is insufficient income to support the loan modification request.

On January 11, 2012, a Home Affordable Foreclosure Alternative (HAFA) program letter was sent to you. HAFA was created to provide borrowers that do not qualify for HAMP, an alternative to foreclosure.  Your relationship manager will continue to monitor your account.

We appreciate the opportunity to partner with you.  If you have any further questions regarding your account, please contact your relationship manager, Nicole Barker, at 877-928-4622, select option 5, and extension number 2368207, during the hours of 8:00 am – 9:00 pm CT, Monday through Friday.

Customer Care
Loan Servicing

Enclosures

GC

08/06/12

Account Number : 7441986197

For assistance with any of these documents, please contact the Associate assigned to assist you.

After receipt of all required documentation, we will complete a review of your financial hardship, the loan terms, investor requirements and Mortgage Insurance requirements, if applicable. We will also work with you to complete an independent valuation review. We will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.

Once completed, we will contact you or your designated agent to discuss the listing price or short sale offer. If an offer is present, and after all documents have been received as well as the valuation of the property, we should be able to issue an approval, denial or counter offer within 15 days.

At times like these, we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs. You can also call the HOPE hotline number (1.888.995.HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

My name is LATOYA THOMPSON and I am the Short Sale Associate assigned to assist you. If you have any questions regarding the above information, please contact me directly at 214-874-2615. If you can't reach me directly, feel free to call our Call Center at 1-877-521-3698 between the hours of 7:00a.m. and 7:00p.m. Monday through Thursday central standard time, 7:00a.m. to 6:00p.m central standard time Friday.

Thank you and I look forward to working with you!

LATOYA THOMPSON
214-874-2615

**Notice:** Federal law requires that we advise you that this notice is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Notice Regarding Bankruptcy:** If you have filed for bankruptcy and your case is still active and/or if you have received a discharge, please be advised that this notice is for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan.

# GMAC Mortgage

PO Box 780
Waterloo, IA 50704-0780

October 08, 2012

764
RAINER P WARNER
510 SE ENTRADA STREET
PALM BAY, FL 32909

## CHANGE IN CONTACT INFORMATION FOR SINGLE POINT OF CONTACT

Re:    Account Number: 7441986197
      Property Address: 520 SE ENTRADA STREET
                      PALM BAY, FL 32909

Dear RAINER P WARNER:

Hello, my name is Corey Pratt. As you know, you were partnered with a Relationship Manager in response to your request for assistance with your account. The agent previously assigned to you is no longer a participant in this program; therefore, I am pleased to introduce myself as your new partner.

Please call me as soon as possible so we can evaluate your personal needs, I am here to help!

There is no charge for this service, so please contact me at your earliest convenience; weekdays from 8AM to 9 PM, Central Time. Call me at 1-877-928-4622, select option 5 and then enter my 7-digit extension listed in the box.

I want to help you understand options for your situation. I look forward to hearing from you!

Sincerely,

*Corey Pratt*
Corey Pratt
Loan Advisor

> **\* Call Today \***
>
> Corey Pratt
> 1-877-928-4622
> Extension 874-5712
>
> If I am not available, one of my team members is ready to assist you!
>
> For your convenience our offices are open weekdays between 8AM and 9PM CT.
>
> I will be in touch with you shortly to provide the specific hours I am available for you and we can discuss the best time to talk based on your schedule.
>
> If you are dissatisfied with the level of service being provided, ask for Boyd Barham.
>
> Note: Additional information is included on the reverse side of this letter.

***Notice Regarding Bankruptcy:*** *Please be advised that this letter is in no way, an attempt to collect either a pre-petition, post petition of discharge debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in your property and is not an attempt to recover any amounts from you personally. Finally, if you are in active Chapter 11, 12 or 13 case, and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your Chapter 13 plan.*

Fax 866 709-4744

NC029

# EXHIBIT C

Other companies which attempted to obtain a re-modification from GMAC

(Peoples First Financial)

(In response to in support of,    pg. 4 AFS)

(In response to #7,    pg.5 Mortgage Mitigation)

TO: Lender <u>Home Comings Financial</u>          LOAN#:<u>7441986197</u>

# AUTHORIZATION AND RELEASE FORM

This form will serve to acknowledge that the captioned mortgagor has authorized our firm, Madeline Rivera, **MORTGAGE MITIGATION CLEARING HOUSE,** INC. 6600 NW 16th Street, Sunrise FL 33313 to act in their behalf to resolve their mortgage problems, including but not limited to requesting, obtaining and verifying any and all mortgage loan information, payoff, arrearage, and reinstatement amounts as well as financial history. This is in accordance with Title 24 of the CFR 203-500 (HUD).

Property Address:<u>510 Entrada St.</u>
City:<u>PalmBay</u>              State:<u>Florida</u>              ZipCode:<u>32909</u>

---

## MORTGAGOR

Name of Primary Borrower (exactly as on loan papers)              SS #:

<u>Rainer P. Warner</u>
Tel #: 321 693-0045              Date of Birth: 17 Dec 1965

---

Name of Co-Borrower:              SS #:

---

Tel #:              SS #:

---

## MORTGAGEE

Lender: _____    Tel #: _____

## MORTGAGOR'S SIGNATURES & DATES

Mortgagor: *(signature)* _____ Dated 30 Apr 09

Co-Mortgagor: _____ Dated _____
To be Notarized:

## Homecomings Financial

*A GMAC Company*
PO Box 205
Waterloo, IA 50704-0205

05/15/09

RAINER P WARNER

510 SE ENTRADA STREET

PALM BAY          FL 32909

RE:      Account Number        7441986197
         Property Address      520 SE ENTRADA STREET

                               PALM BAY          FL 32909

Dear    RAINER P WARNER

We have received your authorization allowing Homecomings Financial, LLC to release
account information to Madeline Rivera of Mortgage Mitigation Clearing House INC.  A
copy of the request is now in your file.

For security purposes, an authorized individual must confirm the last four digits of one of the
borrower's Social Security numbers when contacting our office.

If you have any questions, please contact Customer Care at 800-206-2901 between the hours
of 6:00 am and 10:00 pm CT Monday through Friday and 9:00 am to 1:00 pm CT on
Saturday.

Customer Care
Loan Servicing

2:18



**PEOPLES FIRST FINANCIAL**

# Authorization Form

This form will serve to acknowledge that the captioned mortgagor has authorized our firm, Peoples First Financial Inc, to act in their behalf to resolve their mortgage problems. This is in accordance with Title 24 of the CFR 203.500 (HUD). Our Authorized Peoples First Financial Inc Reperesentive will be: _____

**Loan #:** 744 1986197

## Mortgagor / Borrower(s)

Borrower Name: RAINER P. WARNER

Co-Borrower Name: N/A

Property Street Address: 510 Estrada St.

City, State, Zip: Palm Bay, Fl. 32909

Borrower Social Security #:

Co-Borrower Social Security #:

## Mortgagee / Lender

Lender: Home Comings Financial

Street Address: PO Box 205

City, State, Zip: Waterloo, IA 50704

Loan Number: 744,986197

## Mortgagor's Signatures

Borrower: Raine Warne                 Date: 2 Dec 08

Co-Borrower:                          Date:



# A FRESH START

*"Crisis Intervention Specialists"*

220 Pacific Coast Highway, Suite 104
Redondo Beach, California 90277
Ph:310-318-8882
Fax:310-872-5465

**THE LAW OFFICE OF MICHAEL M. YELLIN**
1663 Veteran Ave., Ste. 203
Los Angeles, California 90024

MICHAEL M. YELLIN
Attorney & Counselor at Law

**AUTHORIZATION FORM**

Date: 28 / Oct / 2008

With My/Our signature(s) below, I/We have authorized **The Law Office of Michael Yellin, General Counsel for AFS Loan Modifications Corporation,** to assist me/us in the Note Modification process with our/my current lender(s).

Borrower's Name(s): RAINER P. WARNER

Property Address: 510 Entrada St.

Property City/State/Zip: Palm Bay, Fl. 32909

Social Security Number(s): ___ / __ / ____          ___ / __ / ____

Mortgage Lender: HomeComings          Loan # 7441986197

PLEASE BE ADVISED I have retained the services of AFS Loan Modification Corp., and their General Counsel, The Law Office of Michael Yellin, and grant them the right to communicate with my Mortgage Lender concerning my mortgage loan. Any and all correspondence should be directed accordingly at their above referenced address/phone numbers.  YOU ARE HEREBY AUTHORIZED TO CEASE ANY AND ALL DIRECT COMMUNICATION WITH ME.

RAINER P. WARNER                        Rainer P. Warn
Borrower Name (print)                   Borrower Signature (sign)


Co-borrower Name (print)                Co-Borrower Signature (sign)

AFS Loan Modification Corp.                        Page 8 of 11

# EXHIBIT D

Complaint letter about GMAC altering the Financial Analysis Form

(In response to #8,    pg. 6)

**RAINER P WARNER**
510 SE ENTRADA STREET
PALM BAY, FL. 32909

30 January 2012

**GMAC Mortgage**
PO Box 780
Waterloo, IA 50704-0780

Re: Account Number:7441986197
Property Address: 520 SE ENTRADA STREET
PALM BAY, FL. 32909

Dear Nicole Barker and Team,

Thank you for your effort in trying to assist me in a loan modification. Though it was unsuccessful the method of information (credit report) used were incorrect, and the plug in or addition to (affidavit) calculations unfair.

I have requested my credit reports as I am disputed the false information within it. I will fill out and resubmit another Financial Affidavit with an update to the current expenses. I pray no one this time changes that legal form for the benefit of GMAC to decline a loan modification.

Respectfully Submitted,

RAINER P WARNER

# EXHIBIT E

Proof of listing agreement, realtors and CMA

Contradiction to both the Liquidating Trust and the Borrower Claims Trust on not having
a listing agreement for a short sale and/or property listing.

(In response to #9,   pg. 7)

Realtor- Pruitt Real Estate

Realtor- Sell Florida Homes

CMA- Comparative Market Analysis

## Thanks from Pruitt Real Estate!

From: **Allison Bayer** (jhppb@pruittrealestate.com)
Sent: Fri 11/20/09 11:47 AM
To: wpr686@hotmail.com
Attachments:
image001.gif (0.1 KB), image002.gif (0.1 KB), Listing Agreement.pdf (277.6 KB)

7441986197



**Pruitt**

**Serving**

**Corporate/Relocation**
10 S. Harbor City
Melbourne, FL 32901
321-723-1147/723-6515
800-760-6995
321-729-9887 fax

**Commercial Group**
10 S. Harbor City Blvd.
Melbourne, FL 32901
321-723-1147
800-977-8488
321-723-1484 fax

**192-Melbourne**
**Palm Bay**
125 W. New Haven Ave.
Melbourne, FL 32901
321-725-9810
800-486-2935
321-723-2352 fax

**US I/Melbourne**
10 S. Harbor City
Melbourne, FL 32901
321-723-1010
800-977-8488
321-984-8321 fax

**Suntree/Viera**
5410 Murrell Rd., Ste 107
Viera, FL 32955
321-433-3319
800-351-2634
321-433-0137 fax

**Satellite Beach**
1790 Hwy. A1A, Ste. 110
Satellite Beach, FL 32937
321-773-7200
800-486-2960
321-773-0718 fax

November 20, 2

Rainer Warner
510 Entrada St.
Palm Bay, FL 32909

Reference:    510 Entrada St,

Dear Rainer,

Thank you for listing your property with Pruitt Real Estate, Inc.! Attached is a copy of our listing agreement.

We take pride in our work and will do our best to obtain the highest price for your property in the least amount of time on the market.

Stephan Rouveyrol is a respected professional devoted to his work. You can rest assured that we are dedicated to marketing your property and getting it sold, while keeping you updated in the process.

Please call me if I can be of assistance, and thank you again for choosing Pruitt Real Estate, Inc. to sell your property.

Sincerely,

PRUITT REAL ESTATE, INC.



**Exclusive Right of Sale Listing Agreement**

1  This Exclusive Right of Sale Listing Agreement ("Agreement") is between
2  _Rainer P. Warner_ ("Seller") and
3  _Pruitt Real Estate, Inc._ ("Broker").

4  **1. AUTHORITY TO SELL PROPERTY:** Seller gives Broker the EXCLUSIVE RIGHT TO SELL the real and personal property
5  (collectively "Property") described below, at the price and terms described below, beginning the _19_ day of
6  _November_, _2009_, and terminating at 11:59 p.m. the _19_ day of _May_, _2010_
7  ("Termination Date"). Upon full execution of a contract for sale and purchase of the Property, all rights and obligations of this
8  Agreement will automatically extend through the date of the actual closing of the sales contract. Seller and Broker
9  acknowledge that this Agreement does not guarantee a sale. This Property will be offered to any person without regard to race,
10  color, religion, sex, handicap, familial status, national origin or any other factor protected by federal, state or local law. Seller
11  certifies and represents that he/she/it is legally entitled to convey the Property and all improvements.

12  **2. DESCRIPTION OF PROPERTY:**
13  (a) Real Property Street Address: _510 SE Entrada St, Palm Bay FL_
14  _32909_
15  Legal Description: _Port Malabar Unit 12   Lots 15 & 16   Blk 529   Tax Acct_
16  _2927756_ ☐ See Attachment
17  (b) Personal Property, including appliances: _Electric Range._
18  _____
19  _____ ☐ See Attachment
20  (c) Occupancy: Property ☐ is ☒ is not currently occupied by a tenant. If occupied, the lease term expires _____

21  **3. PRICE AND TERMS:** The property is offered for sale on the following terms, or on other terms acceptable to Seller:
22  (a) Price: _188,000_
23  (b) Financing Terms: ☒ Cash ☒ Conventional ☒ VA ☒ FHA ☐ Other _____
24  ☐ Seller Financing: Seller will hold a purchase money mortgage in the amount of $_____ with the
25  following terms: _____
26  ☐ Assumption of Existing Mortgage: Buyer may assume existing mortgage for $_____ plus
27  an assumption fee of $_____. The mortgage is for a term of _____ years beginning in _____ at
28  an interest rate of _____% ☐ fixed ☐ variable (describe) _____
29  Lender approval of assumption ☐ is required ☐ is not required ☐ unknown. Notice to Seller: You may remain liable for an
30  assumed mortgage for a number of years after the Property is sold. Check with your lender to determine the extent of your
31  liability. Seller will ensure that all mortgage payments and required escrow deposits are current at the time of closing and will
32  convey the escrow deposit to the buyer at closing.
33  (c) Seller Expenses: Seller will pay mortgage discount or other closing costs not to exceed _____% of the purchase
34  price; and any other expenses Seller agrees to pay in connection with a transaction.

35  **4. BROKER OBLIGATIONS AND AUTHORITY:** Broker agrees to make diligent and continued efforts to sell the Property until
36  a sales contract is pending on the Property. Seller authorizes Broker to:
37  (a) Advertise the Property as Broker deems advisable including advertising the Property on the Internet unless limited in
38  (4)(a)(i) or (4)(a)(ii) below.
39  (Seller opt-out)(Check one if applicable)
40  ☒ (i) Display the Property on the Internet except the street address of the Property shall not be displayed on the Internet.
41  ☐ (ii) Seller does not authorize Broker to display the Property on the Internet.
42  Seller understands and acknowledges that if Seller selects option (ii), consumers who conduct searches for listings on
43  the Internet will not see information about the listed property in response to their search.
44  _____/_____ Initials of Seller
45  (b) Place appropriate transaction signs on the Property, including "For Sale" signs and "Sold" signs (once Seller signs a sales
46  contract) and use Seller's name in connection with marketing or advertising the Property.
47  (c) Obtain information relating to the present mortgage(s) on the Property.
48  (d) Place the Property in a multiple listing service ("MLS"). Seller authorizes Broker to report to the MLS this listing
49  information and price, terms and financing information of any resulting sale for use by authorized Board / Association
50  members, MLS participants and subscribers; and

51  Seller (_RW_) (_____) and Broker/Sales Associate (_____) (_____) acknowledge receipt of a copy of this page, which is Page 1 of 4 Pages.

ERS-13tb   Rev. 2/09   © 2009   Florida Association of REALTORS®   All Rights Reserved

744198619*7

52   (e) Provide objective comparative market analysis information to potential buyers; and

53*   (f) (Check if applicable) ❏ Use a lock box system to show and access the Property. A lock box does not ensure the

54   Property's security; **Seller** is advised to secure or remove valuables. **Seller** agrees that the lock box is for **Seller's** benefit and

55   releases **Broker**, persons working through **Broker** and **Broker's** local Realtor Board / Association from all liability and

56*   responsibility in connection with any loss that occurs. ☒ Withhold verbal offers. ☒ Withhold all offers once **Seller** accepts a

57   sales contract for the Property.

58   (g) Act as a transaction broker of Seller.

59   (h) **Virtual Office Websites:** Some real estate brokerages offer real estate brokerage services online. These websites are

60   referred to as Virtual Office Websites ("VOW"). An automated estimate of market value or reviews and comments about a

61   property may be displayed in conjunction with a property on some VOWs. Anyone who registers on a Virtual Office Website

62   may gain access to such automated valuations or comments and reviews about any property displayed on a VOW. Unless

63   limited below, a VOW may display automated valuations or comments/reviews (blogs) about this Property.

64*   ☒ **Seller** does not authorize an automated estimate of the market value of the listing (or hyperlink to such estimate) to be

65   displayed in immediate conjunction with the listing of this Property.

66*   ☒ **Seller** does not authorize third parties to write comments or reviews about the listing of the Property (or display a hyperlink

67   to such comments or reviews) in immediate conjunction with the listing of this Property.

68   **5. SELLER OBLIGATIONS:** In consideration of **Broker's** obligations, **Seller** agrees to:

69   ~~(a) Cooperate with **Broker** in carrying out the purpose of this Agreement, including referring immediately to **Broker** all~~

70   inquiries regarding the Property's transfer, whether by purchase or any other means of transfer.

71   (b) Provide **Broker** with keys to the Property and make the Property available for **Broker** to show during reasonable times.

72   (c) Inform **Broker** prior to leasing, mortgaging or otherwise encumbering the Property.

73   (d) Indemnify **Broker** and hold **Broker** harmless from losses, damages, costs and expenses of any nature, including

74   attorney's fees, and from liability to any person, that **Broker** incurs because of (1) **Seller's** negligence, representations,

75   misrepresentations, actions or inactions, (2) the use of a lock box, (3) the existence of undisclosed material facts about the

76   Property, or (4) a court or arbitration decision that a broker who was not compensated in connection with a transaction is

77   entitled to compensation from **Broker**. This clause will survive **Broker's** performance and the transfer of title.

78   (e) To perform any act reasonably necessary to comply with FIRPTA (Internal Revenue Code Section 1445).

79   (f) Make all legally required disclosures, including all facts that materially affect the Property's value and are not readily

80   observable or known by the buyer. **Seller** certifies and represents that **Seller** knows of no such material facts (local

81*   government building code violations, unobservable defects, etc.) other than the following: _____

82*   _____

83   **Seller** will immediately inform **Broker** of any material facts that arise after signing this Agreement.

84   (g) Consult appropriate professionals for related legal, tax, property condition, environmental, foreign reporting requirements

85   and other specialized advice.

86   **6. COMPENSATION:** Seller will compensate **Broker** as specified below for procuring a buyer who is ready, willing and able to

87   purchase the Property or any interest in the Property on the terms of this Agreement or on any other terms acceptable to

88   Seller. Seller will pay **Broker** as follows (plus applicable sales tax):

89*   (a) ____6____ % of the total purchase price OR $_____, no later than the date of closing specified in

90   the sales contract. However, closing is not a prerequisite for **Broker's** fee being earned.

91*   (b) _____ ($ or %) of the consideration paid for an option, at the time an option is created. If the option is exercised,

92   Seller will pay **Broker** the paragraph 6(a) fee, less the amount **Broker** received under this subparagraph.

93*   (c) _____ ($ or %) of gross lease value as a leasing fee, on the date **Seller** enters into a lease or agreement to

94   lease, whichever is soonest. This fee is not due if the Property is or becomes the subject of a contract granting an exclusive

95   right to lease the Property.

96   (d) Broker's fee is due in the following circumstances: (1) If any interest in the Property is transferred, whether by sale, lease,

97   exchange, governmental action, bankruptcy or any other means of transfer, regardless of whether the buyer is secured by

98   **Broker**, Seller or any other person. (2) If **Seller** refuses or fails to sign an offer at the price and terms stated in this Agreement,

99*   defaults on an executed sales contract or agrees with a buyer to cancel an executed sales contract. (3) If, within _____ days after

100   Termination Date ("Protection Period"), **Seller** transfers or contracts to transfer the Property or any interest in the Property to any

101   prospects with whom **Seller**, **Broker** or any real estate licensee communicated regarding the Property prior to Termination Date.

102   However, no fee will be due **Broker** if the Property is relisted after Termination Date and sold through another broker.

103*   (e) Retained Deposits: As consideration for **Broker's** services, **Broker** is entitled to receive _____ % of all deposits that

104   Seller retains as liquidated damages for a buyer's default in a transaction, not to exceed the paragraph 6(a) fee.

105   **7. COOPERATION AND COMPENSATION WITH OTHER BROKERS:** Broker's office policy is to cooperate with all other

106*   brokers except when not in **Seller's** best interest: ☒ and to offer compensation in the amount of ____3____ % of the

107*   purchase price or $_____ to **Buyer's** agents, who represent the interest of the buyers, and not the interest of **Seller** in

108*   Seller (RW) (____) and Broker/Sales Associate (____) (____) acknowledge receipt of a copy of this page, which is Page 2 of 4 Pages.



ERS-13tb   Rev. 2/09   © 2009   Florida Association of REALTORS®   All Rights Reserved

7441986197

109° a transaction; ☒ and to offer compensation in the amount of _____3_____ % of the purchase price or $_____ to a
110° broker who has no brokerage relationship with the **Buyer** or **Seller**; ☒ and to offer compensation in the amount of
111° _____3_____ % of the purchase price or $_____ to Transaction brokers for the **Buyer**; ☐ None of the above (if this is
112° checked, the Property cannot be placed in the MLS.)

113° **8. BROKERAGE RELATIONSHIP:** Under this Agreement, **Broker** will be acting as a transaction broker. **Broker** will deal
114° honestly and fairly with **Seller**, will account for all funds, will use skill, care, and diligence in the transaction, will disclose all
115° known facts that materially affect the value of the residential property which are not readily observable to the buyer, will present
116° all offers and counteroffers in a timely manner unless directed otherwise in writing and will have limited confidentiality with **Seller**
117° unless waived in writing.

118° **9. CONDITIONAL TERMINATION:** At **Seller's** request, **Broker** may agree to conditionally terminate this Agreement. If **Broker**
119° agrees to conditional termination, **Seller** must sign a withdrawal agreement, reimburse **Broker** for all direct expenses incurred
120° in marketing the Property and pay a cancellation fee of $_____ plus applicable sales tax. **Broker** may void the
121° conditional termination and **Seller** will pay the fee stated in paragraph 6(a) less the cancellation fee if **Seller** transfers or
122° contracts to transfer the Property or any interest in the Property during the time period from the date of conditional termination
123° to Termination Date and Protection Period, if applicable.

124° **10. DISPUTE RESOLUTION:** This Agreement will be construed under Florida law. All controversies, claims and other matters
125° in question between the parties arising out of or relating to this Agreement or the breach thereof will be settled by first
126° attempting mediation under the rules of the American Mediation Association or other mediator agreed upon by the parties. If
127° litigation arises out of this Agreement, the prevailing party will be entitled to recover reasonable attorney's fees and costs, unless
128° the parties agree that disputes will be settled by arbitration as follows: **Arbitration:** By initialing in the space provided, **Seller**
129° (_____) (_____), Listing Associate (_____) and Listing Broker (_____) agree that disputes not resolved by mediation will be settled
130° by neutral binding arbitration in the county in which the Property is located in accordance with the rules of the American
131° Arbitration Association or other arbitrator agreed upon by the parties. Each party to any arbitration (or litigation to enforce the
132° arbitration provision of this Agreement or an arbitration award) will pay its own fees, costs and expenses, including attorney's
133° fees, and will equally split the arbitrators' fees and administrative fees of arbitration.

134° **11. MISCELLANEOUS:** This Agreement is binding on **Broker's** and **Seller's** heirs, personal representatives, administrators,
135° successors and assigns. **Broker** may assign this Agreement to another listing office. This Agreement is the entire agreement
136° between **Broker** and **Seller**. No prior or present agreements or representations shall be binding on **Broker** or **Seller** unless
137° included in this Agreement. Signatures, initials and modifications communicated by facsimile will be considered as originals.
138° The term "buyer" as used in this Agreement includes buyers, tenants, exchangors, optionees and other categories of potential
139° or actual transferees.

140° **12. ADDITIONAL TERMS:** _____
141° _____
142° _____
143° _____
144° _____
145° _____
146° _____
147° _____
148° _____
149° _____
150° _____
151° _____
152° _____
153° _____
154° _____
155° _____
156° _____

157° Seller (RW ) (_____) and Broker/Sales Associate (_____) (_____) acknowledge receipt of a copy of this page, which is Page 3 of 4 Pages.

7441986197

158° Date: 19 Nov 09   Seller's Signature: _____   Tax ID No: ___ ___ ___ - ___ ___ - ___ ___ ___ ___

159° Home Telephone: _____   Work Telephone: _____   Facsimile: _____

160° Address: _____

161° Date: _____   Seller's Signature: _____   Tax ID No: ___ ___ ___ - ___ ___ - ___ ___ ___ ___

162° Home Telephone: _____   Work Telephone: _____   Facsimile: _____

163° Address: _____

164° Date: 11/20/09   Authorized Listing Associate or Broker: _____

165° Brokerage Firm Name: _____   Telephone: _____

166° Address: _____

167° ┌─────────────────────────────────────────────────────────────────────────┐
     │ Copy returned to **Customer** on the ____ day of _____, _____ by: ❑ personal delivery ❑ mail ❑ E-mail ❑ facsimile. │
     └─────────────────────────────────────────────────────────────────────────┘

The Florida Association of REALTORS® makes no representation as to the legal validity or adequacy of any provision of this form in any specific transaction. This standardized form should not be used in complex transactions or with extensive riders or additions. This form is available for use by the entire real estate industry and is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by real estate licensees who are members of the NATIONAL ASSOCIATION OF REALTORS® and who subscribe to its Code of Ethics.
The copyright laws of the United States (17 U.S. Code) forbid the unauthorized reproduction of this form by any means including facsimile or computerized forms.

168° Seller ( RW ) ( ____ ) and Broker/Sales Associate ( ____ ) ( ____ ) acknowledge receipt of a copy of this page, which is Page 4 of 4 Pages.

ERS-13tb   Rev. 2/09   © 2009   Florida Association of REALTORS®   All Rights Reserved

## THIRD PARTY AUTHORIZATION and AGREEMENT to RELEASE

**(Please complete and return if you ONLY want us to speak with your Real Estate Agent, or any other designated third party on your behalf.)**

Account Number: ___7441986197___    Name: _Rainer Warner_

Property Address: _510 Entrada St. Palm Bay, Fl. 32909_

**STOP** | Before you sign this authorization, please be aware that...

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- ONLY use HUD certified counseling agencies: Call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

I/we do hereby authorize (my lender/mortgage servicer) to release or otherwise provide to:

_Stephen Rouveyrol_    of _Pruitt_    in his/her capacity as
Name                          Company (if applicable)

_____    _321 723-9810_
Relationship (if applicable)    Phone Number

public and non-public personal financial information contained in my loan account which may include, but is not limited to, loan balances, final payoff statement, loan payment history, payment activity, and/or property information.

We, the lender/mortgage servicer, will take reasonable steps to verify the identity of the 3rd party authorized above, but will have no responsibility or liability to verify the true identity of the requestor when he/she asks to discuss my account or seeks information about my account. Nor shall we, the lender/mortgage servicer, have any responsibility or liability for what the requestor may do with the information he/she obtains concerning my account.

I/we do hereby indemnify and forever hold harmless the lender/mortgage servicer, from all actions and causes of actions, suits, claims, attorney fees, or demands against the lender/servicer which I/we and/or my heirs may have resulting from the lender/mortgage servicer discussing my loan account and/or providing any information concerning the loan account to the above named requestor or person identifying themselves to be that requestor.

If you agree to this Authorization and the terms of the Release as stated above, please sign, date, and return with the Financial Analysis form.

NOTE: No information concerning your account will be provided until we have received this executed document. The **authorization needs to be in the name of an individual (not a company)** and a form needs to be completed for each authorized individual. All parties on the Mortgage must sign.

_Rainer Warner_    _____ Date _17 Nov 09_
Printed Borrower Name          Printed Borrower Name

_Rainer Warner_    _____ Date _17 Nov 09_
Borrower Signature          Borrower Signature

v6 PRJ201771          086180-00604

**Please complete and return if you want us to speak with your Real Estate Agent, or any other designated third party on your behalf. If you <u>do not</u> wish to authorize any other individuals, do not fill out this form.**

Account Number:  7441986197        Name:  RAINER P WARNER

Property Address:  520 SE ENTRADA STREET  PALM BAY FL 32909

---

 **Before you sign this authorization, please be aware that…**

- There is never a fee to get assistance or information about the Making Home Affordable program from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house.
- Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- ONLY use HUD certified counseling agencies: Call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

---

I/we do hereby authorize (my lender/mortgage servicer) to release or otherwise provide to:

_Shaun Bell_ of _Sell Florida Homes, Inc._ in his/her capacity as
Name                                            Company Name

_N/A_                                _321 720-0018_
Relationship (if applicable)        Phone Number                          Email Address

public and non-public personal financial information contained in my loan account which may include, but is not limited to, loan balances, final payoff statement, loan payment history, payment activity, and/or property information.

We, the lender/mortgage servicer, will take reasonable steps to verify the identity of the 3rd party authorized above, but will have no responsibility or liability to verify the true identity of the requestor when he/she asks to discuss my account or seeks information about my account.  Nor shall we, the lender/mortgage servicer, have any responsibility or liability for what the requestor may do with the information he/she obtains concerning my account.

I/we do hereby indemnify and forever hold harmless the lender/mortgage servicer, from all actions and causes of actions, suits, claims, attorney fees, or demands against the lender/servicer which I/we and/or my heirs may have resulting from the lender/mortgage servicer discussing my loan account and/or providing any information concerning the loan account to the above named requestor or person identifying themselves to be that requestor

If you agree to this Authorization and the terms of the Release as stated above, please sign, date, and return with the Financial Analysis form

NOTE: No information concerning your account will be provided until we have received this executed document. The **authorization needs to be in the name of an individual (not a company) and a form needs to be completed for each authorized individual. All parties on the Mortgage must sign.**

_RAINER WARNER_          _Rainer Warner_          _23 Oct 12_
Borrower Printed Name        Borrower Signature              Date          **SIGN AND DATE HERE**

_____          _____          _____
Co-Borrower Printed Name      Co-Borrower Signature          Date

# *Comparative Market Analysis*



Exhibit E
Comps Analysis

for
R P

9

property at

ol

**Pruitt Real Estate, Inc.**
125 West New Haven Avenue
Melbourne, FL  32901

*Office:*  (321) 725-9810
*Cell:*   (321) 514-5060
*Fax:*    (321) 723-2352
*Email:*  srouv@cfl.rr.com

All information regardless of source, including square footage and lot sizes, is deemed reliable
but not guaranteed and should be verified by personal inspection and/or with the appropriate
professionals.





May 13, 2009


WARNER, RAINER P
510 Se Entrada St
Palm Bay, FL  32909


Thank you for selecting me to help sell your property. I m looking forward to be working with you.

I believe our marketing plan will generate a great deal of interest in this property, and I will keep you informed about our progress. With my background in real estate, and the value represented by your property, we should receive an offer soon.

As you are aware, there are many aspects to selling a property. Some aspects include finding the right price, developing a strong marketing plan, and keeping the property looking good for prospective buyers. By working together, I am confident we will get the results you want.

The following comparative market analysis reflects the current market conditions. All the selected comparable properties have sold within the past four months.

Please feel free to call me at any time if you have any question. I look forward to a mutually rewarding relationship with you.

Respectfully,



Stephan Rouveyrol





**Stephan Rouveyrol**
Office:    (321) 725-9810
Cell:      (321) 514-5060
Fax:       (321) 723-2352
Email:    srouv@cfl.rr.com



### *Comparable Properties*
*Active*



| | | | |
|---|---|---|---|
| *Address:* | 3043 SE Tazewell | *MLS #:* | 531558 |
| *City:* | PALM BAY | *Res Type:* | Single Family |
| *State, Zip:* | FL 32909 | *Living Area:* | 1757 |
| *Area:* | 343 SE Palm Bay | *Taxes:* | $3,213 |
| *County:* | Brevard | *Tax Yr:* | 2008 |
| *Acreage:* | .46 | *Yr Blt:* | 1996 |
| *List Date:* | 01-FEB-09   *List $:*   $199,900 | *DOM:* | 101 |
| *Sell Date:* |   *Sell $:* | *Sell/List Ratio:* | |
| | | *$/Sqft:* | $114 |

*Legal Description:*  LOTS 11 AND 12 BLK 1184 UNIT 24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Living SQFT:* | 1757 | *Split Bed Y/N:* | Yes | *Pool Y/N:* | Yes | *Zoning:* | RES |
| *Bedrooms:* | 3 | *Fireplace Y/N:* | Yes | *HOA Y/N:* | No | *Subdiv/Condo:* | PORT MALABAR |
| *Baths:* | 2 | *Waterfront Y/N:* | No | *HOA $:* | | *Assessment:* | |
| *Half-Baths:* | 0 | *Wtrfrnt Type:* | | *Warranty Y/N:* | No | *Furnishings:* | |

| | |
|---|---|
| *Dwelling Style:* | 1 Story |
| *Contruction:* | Concrete Block |
| *Exterior Features:* | Barbeque, Deck, Patio, Porch, Screened, Storage/shed, Fence-chainlink |
| *Community Amenities:* | |
| *Additional Rooms:* | Converted Garage, Florida Room, Laundry |
| *Location Description:* | Lot-city |
| *Interior Features:* | Breakfast Bar, Ceiling Fans, Closet- Walk Ins, Fireplace-wood Burning, Formal Dining Room, Formal Living |
| *Equip/appliances:* | Dishwasher, Disposal, Garage Door Opener, Laundry Hook Up, Microwave-built In, Range-electric, |
| *Exterior Finish:* | Stucco |
| *Utilities:* | Cooling-electric, Fuel-electric, Heating-central, Heating-electric, Hot Water-electric, Utilities-cable Avail, |
| *Dwelling View:* | |
| *Roof:* | Shingle-asphalt |

*Remarks:*  RELAX BY THE CHEMICAL FREE POOL ON THE HUGE DECK IN A TROPICAL PARADISE..STAINLESS
APPLIANCES..GRANITE COUNTERTOPS..FIREPLACE..TILES AND LAMINATE FLOORS..HURRICANE PROOF
WINDOWS..BASKETBALL COURT..A/C IN GARAGE..WATER SOFTNER..ALARM OWNED..PLANT SHELVES
AND MUCH, MUCH MORE !! A MUST SEE!!!!

*Directions:*  SAN FILIPPO THEN LEFT ON TIVOLI AND RIGHT ON CAROUSEL WHICH BECOMES TAZEWELL AVE

      



**Stephan Rouveyrol**
Office:    (321) 725-9810
Cell:    (321) 514-5060
Fax:    (321) 723-2352
Email:    srouv@cfl.rr.com



## *Price Recommendation*

The recommended price is based on our review of properties similar to your own which are currently for sale or have recently been sold.  Our analysis suggests that your property should be listed at:

### **$159,927 to $170,672**

Pricing your property correctly is crucial.  A property which is priced correctly will attract more buyers than one which is priced above the current market value.  I look forward to working with you to get your property sold quickly.



**Stephan Rouveyrol**
Office:     (321) 725-9810
Cell:       (321) 514-5060
Fax:        (321) 723-2352
Email:      srouv@cfl.rr.com



Customer w/Gallery

**R627270K**    879 SW SANTO DOMINGO AVE , PALM BAY, FL 32908    $56,800*

|  |  |  |  |
|---|---|---|---|
| **Area:** | 345 SW Palm Bay | **County:** | Brevard |
| **Subdiv/Condo:** | PORT MALABAR UNIT 37 | **Map Coord:** | |
| **Res Type:** | Single Family Detached | **Bedrooms:** | 3 |
| **Waterfront:** | No | **Baths:** | 2 |
| **Waterfrnt Type:** | | **Half Baths:** | 0 |
| **Lot Dim:** | 125 X 80 | **Split Bed:** | Yes |
| **Acreage:** | .23 | **Year Built:** | 1991 |
| **Furnishings:** | | **Home Warranty:** | No |
| **Parking:** | 2 Car Garage | **Fireplace:** | No |
| **Living SqFt:** | 1708 | **Pool:** | No |
| **Total SqFt:** | | **Pool Type:** | |

**Narrative:**    Short sale. Pre-Approved List price by the Lender. A/C unit does not work – may need replacement. There is a small area of MOLD in kitchen – under $1,000 to repair.

**Directions:**    From Jupiter, South on Degroot, West on Hart , Rt on Santo Domingo. (Second house on Right)

**Measurements:**    Other    **Pool Size:**
**Living Rm:**    18 X 30    **Family Rm:**    12 X 20    **Dining Rm:**    X    **Kitchen:**    13 X 18
**Master Bedrm:**    13 X 14    **Bedroom 2:**    11 X 11    **Bedroom 3:**    11 X 11    **Bedroom 4:**    X
**Other Rm:**    X    **Other Rm Desc:**    **Porch Size:**    12x20    **Patio Size:**

**Map Page:**    **Unit/Add'n:**    **Front Door Faces:**    W    **Deed Rest:**
**Equitable Interest:**    **Bank Owned:**    No    **Assumable:**    **P.U.D.:**
**55+ Community:**    No    **Gated Community:**    No    **Home Ownrs Assc:**    No    **HOA$/Term:**    /
**Assessment:**    **Corp Owned:**    No    **Other Fees:**    **Other Fees$/Term:**    /

**Short Sale:**    Yes    **Auction Date:**    **Auction Time:**
**Auction Y/N:**    No    
**Int Features:**    Ceiling Fans , Ceiling-Cathedral/Vaulted , Closet- Walk Ins , Formal Living Room , Kitchen-Eat In , Kitchen-Island , Open Floor Plan , Skylights , Window Treatments
**Ext Features:**    Porch , Screened , Storage/Shed
**Utilities:**    Cooling-Central , Fuel-Electric , Heating-Central , Hot Water-Electric , Utilities-Cable Avail , Utilities-Standard Septic , Utilities-Telephone , Utilities-Well Water
**Equip/Appl:**    Dishwasher , Dryer , Garage Door Opener , Ice Maker Hookup , Microwave-Built in , Range-Electric , Refrigerator , Washer , Water Treatment System

**Construction:**    Concrete Block    **Ext Finish:**    Stucco
**Floor:**    Carpet , Tile    **Roof:**    Shingle-Asphalt
**Location:**    Lot-City    **Master Bath:**    Double Sink , Shower , Tub
**Add'n Rooms:**    Laundry    **Pool:**
**Water Desc:**    **Pets:**
**Comm Amen:**    **Dwell Style:**    1 Story
**Assoc Fee Inc:**    **Dwell View:**
**Security/Safe:**    Sec System-Owned    **Restrictions:**
**Mgmnt:**    **Docs on File:**
**Owner Consider:**    Cash , Conventional , FHA-VA
**Possess:**    Closing    **Closed Date:**

**Taxes:**    $1,005.45    **Tax Year:**    2011    **Tax Acct:**    **Tax ID:**    29-36-12-KH-01690.0-0015.00
**Plat Book #:**    0020    **Plat Book Pg:**    0002    **Homestead:**    Yes    **Zoning:**
**Legal:**    LOT 15 BLK 1690    **To Be Constr. Y/N:**    No

**Prepared by:** Stephan Rouveyrol    **Email :** srouv@cfl.rr.com
Pruitt Real Estate, Inc.    **Off. Ph# :** (321) 725-9810
125 West New Haven Avenue    **Agt. Ph# :** (321) 725-9810 Ext.
Melbourne, FL 32901    **Cell Ph# :** (321) 514-5060

---- Information herein deemed reliable but not guaranteed ----
Copyright 2011, The Multiple Listing Service of Brevard, Inc. and the Space Coast Association of REALTORS 01/26/2012 01:22 PM

Customer w/Gallery                                                    $61,800

R630044A        1135 SE ASTURIA AVE , PALM BAY, FL 32909



| | | | |
|---|---|---|---|
| **Area:** | 343 SE Palm Bay | **County:** | Brevard |
| **Subdiv/Condo:** | PORT MALABAR UNIT 12 | **Map Coord:** | R52 |
| **Res Type:** | Single Family Detached | **Bedrooms:** | 3 |
| **Waterfront:** | No | **Baths:** | 2 |
| **Waterfrnt Type:** | | **Half Baths:** | 0 |
| **Lot Dim:** | 125 X 80 | **Split Bed:** | Yes |
| **Acreage:** | .69 | **Year Built:** | 1994 |
| | | **Home Warranty:** | No |
| **Furnishings:** | | **Fireplace:** | No |
| **Parking:** | 2 Car Garage | **Pool:** | No |
| **Living SqFt:** | 1734 | **Pool Type:** | |
| **Total SqFt:** | | | |

**Narrative:** **REDUCED OVER $24K on 01/24/12**NOT A SHORT SALE** Deliverable Price.** Home plus two lots on either side- Lot #'s 45,46,47. Good sized home, 3/2/2, Sold in AS-IS Condition. Many features such as Jetted Tub, His/Her Walk-Ins, Open Floor Plan, Split Bedroom Plan and So Much Potential. BANK OF AMERICA Pre-Qual Letter required for all Financed Offers. Recent Verification of Funds for All Cash Offers. EZ to Show VACANT/ELB.

**Directions:** Malabar to south on Eldron. Go to Breakwater, make a right to another right on Asturia.

| | | **Pool Size:** | | | | | |
|---|---|---|---|---|---|---|---|
| **Measurements:** | Tax Rolls | **Family Rm:** | 13 X 14 | **Dining Rm:** | 11 X 7 | **Kitchen:** | 11 X 9 |
| **Living Rm:** | 21 X 18 | **Bedroom 2:** | 13 X 11 | **Bedroom 3:** | 13 X 10 | **Bedroom 4:** | X |
| **Master Bedrm:** | 15 X 14 | **Other Rm Desc:** | Laundry | **Porch Size:** | | **Patio Size:** | |
| **Other Rm:** | 9 X 6 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Map Page:** | | | | **Front Door Faces:** | W | **Deed Rest:** | |
| **Equitable Interest:** | | **Unit/Add'n:** | | **Assumable:** | | **P.U.D.** | |
| **55+ Community:** | No | **Bank Owned:** | Yes | **Home Ownrs Assc:** | No | **HOA$/Term:** | / |
| **Assessment:** | | **Gated Community:** | No | **Other Fees:** | | **Other Fees$/Term:** | / |
| | | **Corp Owned:** | No | | | | |
| **Short Sale:** | No | | | **Auction Date:** | | **Auction Time:** | |
| **Auction Y/N:** | No | | | | | | |

**Int Features:** Ceiling Fans , Ceiling-Cathedral/Vaulted , Closet- Walk Ins , Formal Living Room , Living/Dining Combo
**Ext Features:** Porch , Screened
**Utilities:** Fuel-Electric , Utilities-Standard Septic , Utilities-Well Water
**Equip/Appl:** Dishwasher , Range-Electric , Refrigerator

| | | | |
|---|---|---|---|
| **Construction:** | Frame | **Ext Finish:** | Siding |
| **Floor:** | Carpet , Tile , Vinyl | **Roof:** | Shingle-Asphalt |
| **Location:** | Lot-City , Sold As Is | **Master Bath:** | Double Sink , His/Hers Closet , Jetted Bathtub |
| **Add'n Rooms:** | Laundry | **Pool:** | |
| **Water Desc:** | | **Pets:** | |
| **Comm Amen:** | | **Dwell Style:** | 1 Story |
| **Assoc Fee Inc:** | | **Dwell View:** | |
| **Security/Safe:** | | **Restrictions:** | |
| **Mgmnt:** | | **Docs on File:** | |
| **Owner Consider:** | Cash , Conventional | | |
| **Possess:** | Closing | **Closed Date:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Taxes:** | $1,910.75 | **Tax Year:** | 2011 | **Tax Acct:** | | **Tax ID:** | 29-37-07-GN-00515.0-0045.00 |
| **Plat Book #:** | 0015 | **Plat Book Pg:** | 0043 | **Homestead:** | No | | |
| | | | | **To Be Constr. Y/N:** | No | **Zoning:** | |

**Legal:** LOTS 45, 46 & 47 BLK 515

| | |
|---|---|
| **Prepared by:** Stephan Rouveyrol | **Email :** srouv@cfl.rr.com |
| Pruitt Real Estate, Inc. | **Off. Ph# :** (321) 725-9810 |
| 125 West New Haven Avenue | **Agt. Ph# :** (321) 725-9810 Ext. |
| Melbourne, FL 32901 | **Cell Ph# :** (321) 514-5060 |

---- Information herein deemed reliable but not guaranteed ----
Copyright 2011, The Multiple Listing Service of Brevard, Inc. and the Space Coast Association of REALTORS 01/26/2012 01:22 PM

744 1986 197



Customer w/Gallery

741 SE DUBUQUE AVE , PALM BAY, FL 32909                                                    $65,000*

R622516K

| | |
|---|---|
| **Area:** | 343 SE Palm Bay |
| **Subdiv/Condo:** | PORT MALABAR UNIT 12 |
| **Res Type:** | Single Family Detached |
| **Waterfront:** | No |
| **Waterfrnt Type:** | |
| **Lot Dim:** | 125 X 160 |
| **Acreage:** | .46 |
| **Furnishings:** | |
| **Parking:** | 2 Car Garage |
| **Living SqFt:** | 1895 |
| **Total SqFt:** | |

| | |
|---|---|
| **County:** | Brevard |
| **Map Coord:** | |
| **Bedrooms:** | 3 |
| **Baths:** | 2 |
| **Half Baths:** | 0 |
| **Split Bed:** | Yes |
| **Year Built:** | 1996 |
| **Home Warranty:** | No |
| **Fireplace:** | No |
| **Pool:** | No |
| **Pool Type:** | |

**Narrative:** Nice 3/2 with 2 car garage in SE Palm Bay.
**Directions:** South on Eldron Blvd past Jupiter Blvd. Right on Brickell. Left on Du Buque. House is on the left before the curve.

**Measurements:** Tax Rolls

| | | Pool Size: | X | | | | |
|---|---|---|---|---|---|---|---|
| **Living Rm:** | X | **Family Rm:** | X | **Dining Rm:** | X | **Kitchen:** | X |
| **Master Bedrm:** | X | **Bedroom 2:** | X | **Bedroom 3:** | X | **Bedroom 4:** | X |
| **Other Rm:** | X | **Other Rm Desc:** | | **Porch Size:** | | **Patio Size:** | |

| | | |
|---|---|---|
| **Map Page:** | **Unit/Add'n:** | **Front Door Faces:** W   **Deed Rest:** |
| **Equitable Interest:** | **Bank Owned:** No | **Assumable:** **P.U.D.** |
| **55+ Community:** No | **Gated Community:** No | **Home Ownrs Assc:** No   **HOA$/Term:** / |
| **Assessment:** | **Corp Owned:** No | **Other Fees:** **Other Fees$/Term:** / |
| **Short Sale:** Yes | | |
| **Auction Y/N:** No | **Auction Date:** | **Auction Time:** |

**Int Features:** Ceiling Fans , Master BR - Ground Floor
**Ext Features:**
**Utilities:** Cooling-Central , Cooling-Electric , Fuel-Electric , Heating-Central , Heating-Electric , Utilities-Cable Avail , Utilities-Standard
Septic , Utilities-Telephone , Utilities-Well Water

| | | | |
|---|---|---|---|
| **Equip/Appl:** | Refrigerator | **Ext Finish:** | Stucco |
| **Construction:** | Concrete Block | **Roof:** | Shingle-Asphalt |
| **Floor:** | Carpet , Tile | **Master Bath:** | |
| **Location:** | Lot-City , Sold As Is | **Pool:** | |
| **Add'n Rooms:** | | **Pets:** | |
| **Water Desc:** | | **Dwell Style:** | 1 Story |
| **Comm Amen:** | | **Dwell View:** | View - West |
| **Assoc Fee Inc:** | | **Restrictions:** | |
| **Security/Safe:** | | **Docs on File:** | |
| **Mgmt:** | | | |
| **Owner Consider:** | Cash , Conventional , FHA-VA , Short Sale-See Agt Remrks | | |
| **Possess:** | Closing | **Closed Date:** | |

| | | | |
|---|---|---|---|
| **Taxes:** $2,496.87 | **Tax Year:** 2012 | **Tax Acct:** | **Tax ID:** 29-37-07-GN-00486.0-0008.00 |
| **Plat Book #:** 0015 | **Plat Book Pg:** 0043 | **Homestead:** No | **Zoning:** |
| | | **To Be Constr. Y/N:** No | |

**Legal:** LOTS 8 & 9 BLK 486

| | |
|---|---|
| **Prepared by:** Stephan Rouveyrol | **Email :** srouv@cfl.rr.com |
| Pruitt Real Estate, Inc. | **Off. Ph# :** (321) 725-9810 |
| 125 West New Haven Avenue | **Agt. Ph# :** (321) 725-9810 Ext. |
| Melbourne, FL 32901 | **Cell Ph# :** (321) 514-5060 |

---- Information herein deemed reliable but not guaranteed ----
Copyright 2011, The Multiple Listing Service of Brevard, Inc. and the Space Coast Association of REALTORS 01/26/2012 01:22 PM

7441886187

Customer w/Gallery

R628975C    425 SE ABELLO RD , PALM BAY, FL 32909    L$85,000
S$85,000

| Area: | 343 SE Palm Bay | County: | Brevard |
| Subdiv/Condo: | PORT MALABAR UNIT 50 | Map Coord: | R57 |
| Res Type: | Single Family Detached | Bedrooms: | 3 |
| Waterfront: | No | Baths: | 2 |
| Waterfrnt Type: | See Remarks | Half Baths: | 0 |
| Lot Dim: | X | Split Bed: | Yes |
| Acreage: | .39 | Year Built: | 1990 |
| Furnishings: | | Home Warranty: | No |
| Parking: | 2 Car Garage | Fireplace: | No |
| Living SqFt: | 1747 | Pool: | Yes |
| Total SqFt: | 2407 | Pool Type: | Private |

Narrative: Dynamite home in AWESOME LOCATION(city water) Soaring ceilings with skylights! Open split plan laminate floors in living rm, tile in family rm, plant shelves, arched windows & more! Trussed screen porch with a bar. HUGE fenced YARD on canal! Large eat in kitchen with breakfast bar & all appliances! Dazzling master suite with garden tub, shower and walk in closet! New Huge above ground on concrete deck. Popular unit 50 close to everything!

Directions: Malabar Road to South on Eldron Approximately 2.5 miles, then right on Abello, home on the right.

| Measurements: | Other | Pool Size: | | | | | |
| Living Rm: | 14 X 13 | Family Rm: | 17 X 13 | Dining Rm: | 10 X 10 | Kitchen: | 19 X 11 |
| Master Bedrm: | 18 X 12 | Bedroom 2: | 12 X 11 | Bedroom 3: | 11 X 11 | Bedroom 4: | X |
| Other Rm: | X | Other Rm Desc: | Laundry | Porch Size: | 10X16 | Patio Size: | |

| Map Page: | | Unit/Add'n: | | Front Door Faces: | S | Deed Rest: | No |
| Equitable Interest: | No | Bank Owned: | No | Assumable: | No | P.U.D.: | No |
| 55+ Community: | No | Gated Community: | No | Home Ownrs Assc: | No | HOA$/Term: | / |
| Assessment: | No | Corp Owned: | No | Other Fees: | | Other Fees$/Term: | / |
| Short Sale: | No | | | | | | |
| Auction Y/N: | No | Auction Date: | | Auction Time: | | | |

Int Features: Breakfast Bar , Ceiling Fans , Ceiling-Cathedral/Vaulted , Closet- Walk Ins , Formal Dining Room , Formal Living Room , Master BR - Ground Floor , Kitchen-Eat In , Open Floor Plan , Skylights , Window Treatments , Family Room

Ext Features: Porch , Screened , Storage/Shed , Fence-Chainlink
Utilities: Cooling-Central , Cooling-Electric , Fuel-Electric , Heating-Central , Heating-Electric , Hot Water-Electric , Utilities-Cable Avail , Utilities-City Water , Utilities-Standard Septic , Utilities-Telephone
Equip/Appl: Dishwasher , Garage Door Opener , Ice Maker Hookup , Laundry Hook Up , Microwave-Built In , Range-Electric , Refrigerator , Range with Oven

| Construction: | Concrete Block | Ext Finish: | Painted , Stucco |
| Floor: | Carpet , Laminate , Tile | Roof: | Shingle-Asphalt |
| Location: | Drainage Canal , Irregular , Lot-City | Master Bath: | Shower , Tub |
| Add'n Rooms: | Laundry | Pool: | Above Ground |
| Water Desc: | Other-Call Agent | Pets: | |
| Comm Amen: | | Dwell Style: | 1 Story |
| Assoc Fee Inc: | | Dwell View: | |
| Security/Safe: | Sec System-Monitored , Sec System-Owned , Smoke/CO Detector | Restrictions: | |
| Mgmnt: | | | |
| Owner Consider: | Cash , Conventional , FHA-VA | Docs on File: | |
| Possess: | Closing | Closed Date: | 01/25/2012 |

| Taxes: | $1,994.96 | Tax Year: | 2011 | Tax Acct: | | Tax ID: | 29-37-18-JR-02660.0-0023.00 |
| Plat Book #: | 0023 | Plat Book Pg: | 0004 | Homestead: | Yes | Zoning: | |

Legal:    LOT 23 BLK 2660    To Be Constr. Y/N:    No

Prepared by: Stephan Rouveyrol    Email : srouv@cfl.rr.com
Pruitt Real Estate, Inc.    Off. Ph# : (321) 725-9810
125 West New Haven Avenue    Agt. Ph# : (321) 725-9810 Ext.
Melbourne, FL 32901    Cell Ph# : (321) 514-5060

Pruitt
Real Estate, Inc.
REALTORS

---- Information herein deemed reliable but not guaranteed ----
Copyright 2011, The Multiple Listing Service of Brevard, Inc. and the Space Coast Association of REALTORS 01/26/2012 01:22 PM

7441986197

510 SE ENTRADA ST , PALM BAY, FL 32909                                           $169,900*

| R555541A | | | |
|---|---|---|---|



| | | |
|---|---|---|
| **Area:** | 343 SE Palm Bay | **County:** Brevard |
| **Subdiv/Condo:** | PORT MALABAR UNIT 12 | **Map Coord:** R-56 |
| **Res Type:** | Single Family Detached | **Bedrooms:** 3 |
| **Waterfront:** | No | **Baths:** 2 |
| **Wtrfnt Type:** | | **Half Baths:** 0 |
| **Lot Dim:** | X | **Split Bed:** No |
| **Acreage:** | .49 | **Year Built:** 1995 |
| **Furnishings:** | | **Home Warranty:** No |
| **Parking:** | 4+ Car Garage , Detached , Open Parking , R/V Boat Space | **Fireplace:** No |
| **Living SqFt:** | 1550 | **Pool:** Yes |
| **Total SqFt:** | 2982 | **Pool Type:** Private |

**3 Bedrooms  2 Baths  0 Half Baths**
**1550 Living SqFt**

| | |
|---|---|
| **Narrative:** | DIMENSIONAL ROOF REPLACED IN 2007. Great potential! Plenty of room. 550 sq. ft. enclosed porch not included in square footage! Extra 800 sq. ft 2 car garage/workshop. RV parking. 2 lots. Huge designer screened pool. Perfect for a large family! |
| **Directions:** | From MALABAR Rd, Go South on ELDRON, Left on ENTRADA, house will be on your Right. |

| **Measurements:** | Tax Rolls | | | | **Pool Size:** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Living Rm:** | X | **Family Rm:** | X | | **Dining Rm:** | X | | **Kitchen:** | X |
| **Master Bedrm:** | X | **Bedroom 2:** | X | | **Bedroom 3:** | X | | **Bedroom 4:** | X |
| **Other Rm:** | X | **Other Rm Desc:** | | | **Porch Size:** | | | **Patio Size:** | |

| | | | |
|---|---|---|---|
| **Map Page:** | | **Unit/Add'n:** | **Front Door Faces:** N | **Deed Rest:** |
| **Equitable Interest:** | | **Bank Owned:** No | **Assumable:** | **P.U.D.** |
| **55+ Community:** No | | **Gated Community:** No | **Home Ownrs Assc:** No | **HOA$/Term:** / |
| **Assessment:** | | **Corp Owned:** No | **Short Sale:** Yes | |
| **Other Fees:** | | **Other Fees$/Term:** / | **Total Floors in Bldg:** | |
| **Condo Unit#:** | | **Unit Floor Number:** | | |

| | |
|---|---|
| **Int Features:** | Breakfast Bar , Ceiling Fans , Ceiling-Cathedral/Vaulted , Closet- Walk Ins , Formal Dining Room , Open Floor Plan , Window Treatments |
| **Ext Features:** | Fence - Private , Patio , Porch , Workshop |
| **Utilities:** | Cooling-Central , Cooling-Electric , Heating-Central , Heating-Electric , Hot Water-Electric , Utilities-Septic Sys , Utilities-Telephone , Utilities-Well Water |
| **Equip/Appl:** | Range-Electric |

| | | | |
|---|---|---|---|
| **Construction:** | Concrete Block | **Ext Finish:** | Stucco |
| **Floor:** | Carpet , Laminate , Tile | **Roof:** | Shingle-Asphalt |
| **Location:** | Fruit Trees , Lot-City | **Master Bath:** | Tub |
| **Pool:** | Inground , Screened | **Add'n Rooms:** | Florida Room , Utility |
| **Water Desc:** | | **Pets:** | |
| **Dwell View:** | | **Dwell Style:** | 1 Story |
| **Assoc Fee Inc:** | | | |
| **Comm Amen:** | | **Restrictions:** | |
| **Security/Safe:** | | **Docs on File:** | |
| **Mgmt:** | | **Owner Consider:** | Cash , Conventional , FHA-VA , Short Sale-See Agt Remrks |
| **Showing:** | Appointment Required , Call List Office , No Sign on Property | | |
| **Possess:** | | **Free and Clear:** | |

| | | | |
|---|---|---|---|
| **Taxes:** | $1,901.96 | **Tax Year:** 2010 | **Tax Acct:** 2927756 | **Tax ID:** 29-37-07-GN-00529.0-0015.00 |
| **Plat Book #:** 0015 | **Plat Book Pg:** 0043 | **Zoning:** | **Homestead:** Yes |
| **Legal:** | LOTS 15 & 16 BLK 529 | | **Lockbox Serial #:** |
| **List Off:** | Pruitt Real Estate, Inc. | **List Agt:** Stephan Rouveyrol | **Agent#:** 208724 |
| **Firm/Office:** | 0008/ 5 | **Phone:** (321) 725-9810 | **Cell:** (321) 514-5060 |
| **Phone/Fax:** | (321) 725-9810 / (321) 723-2352 | **Email:** srouv@cfl.rr.com | |
| **Email:** | | **Co L Agt:** | **Agent#:** |

| | |
|---|---|
| **Agt Remarks:** | Short sale. Listing broker will split commission 50/50 if renegotiated by bank. |
| **Off Remarks:** | - |

| | | | | |
|---|---|---|---|---|
| **List Date:** | 11/20/2009 | **Buyer Agent:** 3% | **Trans Agent:** 3% | **Sub Agent:** 0% |
| **Closed Date:** | | **Sold Price:** | **Sold Terms:** | **Non-Rep:** 3% |
| **Cont Date:** | | **Orig List $ :** $188,000 | **DOM/CDOM:** 410 / 407 | **Var Comm:** No |
| **Contract Date:** | | **Pend Agt:** | **Bonus:** No | |
| **Expire Date:** | 06/30/2011 | **List Type:** Exclusive Right full | **Bonus Amt:** | **Internet:** Yes |
| **Withdrawn Dt:** | | **Type of Service:** | **Cont Type:** | |
| **Svc Not Provided:** | | | | |
| **Owner/Co-Owner:** | WARNER, RAINER P / | **Contact:** | **Appt:** |
| **Original List Agent:** Stephan Rouveyrol | | **Appt Phone:** ()- | |

- - - - Information herein deemed reliable but not guaranteed Copyright 2010 Brevard MLS 01/04/2011 02:56 PM - - - -

1/4/2011

# EXHIBIT F

Proof of offer

(In response to #10,    pg.8)

**RAINER P WARNER**
510 SE ENTRADA STREET
PALM BAY, FL. 32909

30 January 2012

**GMAC Mortgage**
PO Box 780
Waterloo, IA 50704-0780

Re: Account Number:7441986197
Property Address: 520 SE ENTRADA STREET
PALM BAY, FL. 32909

Dear Loss Mitigation, Loan Servicing:

I am in receipt of the letter advising me of the opportunity to participate in the Home
Affordable Foreclosure Alternative (HAFA) Program. I have already spoken with
someone in that department on the matter and have opted to take advantage of your offer.

I have included in this written request comps of this area. The year (1995) and living area
square footage ( 1550) has drastically decreased the value of this property in this market.

I have spoken with a few realtors about a short sale and listing  the property. I was
contacted by one of the realtors with a client offering $64,900 based on the comps
and information provided.

If you will consider this or some other remedy please do not hesitate to contact me.

Sincerely,

RAINER P WARNER

# EXHIBIT G

### Mortgage Note

(In response to #13,   pg. 12)

Westlaw.

84 So.3d 388, 37 Fla. L. Weekly D676
**(Cite as: 84 So.3d 388)**

District Court of Appeal of Florida,
Fourth District.
David HALL and Ellis Crisson, Appellants,
v.
REO ASSET ACQUISITIONS, LLC, Appellee.

No. 4D10–2739.
March 21, 2012.

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Eileen M. O'Connor, Judge; L.T. Case No. 09–18117(11).
Shaun Rice of De Armas, Millich & Rice, PL, Miami, for appellants.

No appearance for appellee.

PER CURIAM.
Based on *McLean v. JP Morgan Chase Bank Nat'l Ass'n,* 79 So.3d 170 (Fla. 4th DCA 2012), we reverse the final summary judgment of foreclosure. There is a material issue of fact as to appellee's standing to foreclose. While the note introduced had a blank endorsement and was sufficient to prove ownership by appellee, who possessed the note, nothing in the record shows that the note was acquired prior to the filing of the complaint. The endorsement did not contain a **date**, nor did the **affidavit** filed in support of the motion for summary judgment contain any sworn statement that the **note** was owned by the plaintiff on the **date** that the complaint was filed. Therefore, appellee "failed to submit any record evidence proving that it had the right to enforce the note on the date the complaint was filed." *Id.* at D336. Summary judgment was improperly entered where this question of fact remained.

*Reversed and remanded for vacation of judgment and further proceedings.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

Fla.App. 4 Dist.,2012.
Hall v. REO Asset Acquisitions, LLC
84 So.3d 388, 37 Fla. L. Weekly D676

END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.