## **Exhibit 1**

**Proof of Claim**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Claim #4927  Date Filed: 11/15/2012

Name of Debtor and Case Number:
**RESIDENTIAL CAPITAL, LLC, et al aka GMAC, CASE No. 12-12020 (MG)**

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**RHONDA DEESE**

Name and address where notices should be sent:
**RHONDA DEESE**
**P.O. BOX 456**
**AUBURNDALE, FL 33823**
Telephone number: **863-258-6304 OR**   email: **RhondaDeese@tampabay.rr.com**
**863-665-1002**

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Name and address where payment should be sent (if different from above):
**SAME AS ABOVE**
Telephone number: **SAME AS ABOVE**   email: **SAME AS ABOVE**

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **142,950.00**
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **FAILURE TO PRODUCE REGARDING REAL ESTATE**
   (See instruction #2)   **(SEE ATTACHED LETTER)**

3. Last four digits of any number by which creditor identifies debtor: **0203**

   3a. Debtor may have scheduled account as: _____ (See instruction #3a)

   3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. Secured Claim (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff: ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:
   Value of Property: $_____   Annual Interest Rate_____% ☐ Fixed ☐ Variable
   (when case was filed)
   Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
   if any: $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
   ☐ Taxes or penalties owed to governmental units – 11U.S.C. §507 (a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

   Amount entitled to priority:
   $ **142,950.00**

   * Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
   $ **142,950.00** (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, indorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
   Print Name: **RHONDA DEESE**
   Title: _____
   Company: _____
   Address and telephone number (if different from notice address above):
   **SAME AS ABOVE**
   Telephone number: **SAME AS ABOVE**   Email: **SAME AS ABOVE**

   (Signature) **Rhonda Deese**   (Date) **11/14/2012**

   RECEIVED
   NOV 15 2012
   KURTZMAN CARSON CONSULTANTS
   COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

121202012111500000000000040

May 25 2012

GMAC Mortgage
Attn: Customer Care
P. O. Box 780
Waterloo, IA 50704-0780

*Sent U.S. mail 05/25/12 Certified Receipt Requested.*

RE: Request to produce on loan number: ▮▮▮▮0203

To Whom It May Concern:

Please allow this to serve as a request to produce all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date, loan originators contact information to include name, address and telephone number.

For your convenience the account information is as follows:

Account number:              ▮▮▮▮0203
Account name:                Rhonda Deese
Account property address:    2213 ½ Hurst Road, Auburndale, Florida 33823
Account contact number:      863-665-1002

Please mail the above requested to P. O. Box 456, Auburndale, FL 33823

Looking forward to your prompt response within 60 days. Thank you for your time in this matter.

Sincerely,

*Rhonda Deese*

Rhonda Deese