# **Exhibit 4**

**Wishnew Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### DECLARATION OF JORDAN A. WISHNEW IN SUPPORT OF THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 4927 FILED BY RHONDA DEESE

I, Jordan A. Wishnew, hereby declare as follows:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for the ResCap Borrower Claims Trust established pursuant to the terms of the chapter 11 plan confirmed in the above captioned bankruptcy cases.

2. I submit this declaration in support of the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4927 Filed by Rhonda Deese*.

3. Attached hereto as Exhibit A is a true and correct copy of a letter that I sent to Claimant on or about October 7, 2014, containing all documents in GMAC Mortgage's files regarding Claimant's loan as of the date of my letter.[1] A few weeks prior to sending this letter, I advised the Claimant in writing (by email) of the specific documents in the Debtors' possession related to her loan and offered to send such documents by email to Claimant.

---

[1] Due to the voluminous nature of the enclosures, those documents have not been included with the letter, but are available upon request.

ny-1164389

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  November 7, 2014                    /s/ Jordan A. Wishnew
                                                              Jordan A. Wishnew
                                                              MORRISON & FOERSTER LLP
                                                              250 West 55th Street
                                                              New York, New York 10019
                                                              Telephone:  (212) 468-8000
                                                              Facsimile:   (212) 468-7900

                                                              *Counsel for the ResCap Borrower Claims Trust*

2

ny-1164389

**Wishnew Declaration**

**Exhibit A**

MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 7, 2014

**Via Certified Mail, Return Receipt Requested**
Ms. Rhonda Deese
P.O. Box 456
Auburndale, FL 33823

    Re:    In re Residential Capital, LLC
              Case No. 12-12020 (MG)

Dear Ms. Deese:

Previously, you asked that GMAC Mortgage, LLC produce "all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date, loan originators contact information to include name, address and telephone number."

Consistent with earlier correspondence between us, the loan originator's contact info, name and address is as follows: Ampro Mortgage Corporation d/b/a Westworks Mortgage. The mortgage shows their address is 12222 Merit Drive; Suite 900; Dallas TX 75251. We do not have their phone number.

With regards to your request for "all loan origination documents, full accounting history from origination to date, proof of ownership of the loan by you, GMAC with chain of ownership from the origination of the loan to date," we include copies of the following documents:
- Recorded Mortgage
- Endorsed Note
- Appraisal
- Disclosures
- Closing Instructions
- 1st Payment Information
- Escrow Waiver
- HUD-1
- Good Faith Estimate
- Federal Truth in Lending Statement
- Pay history and servicing notes from May 2007 until service release date (February 15, 2013)
- Uniform Residential Loan Application.

Please be advised that these documents represent everything presently in GMAC Mortgage's files related to your loan.

Sincerely,

Jordan A. Wishnew

ny-1160869