MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel for The ResCap Borrower
Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP BORROWER CLAIMS
TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES
TO THE CLAIMS FILED BY KENNETH DLIN (CLAIM NO. 3732) AND LOIS
DECKER (CLAIM NOS. 6394, 6402, AND 6450)**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7552] (the "Seventy-Fifth Omnibus Claims Objection") as to Kenneth Dlin ("Mr. Dlin") (Claim No. 3732) and Lois Decker ("Ms. Decker") (Claim Nos. 6394, 6402, and 6450) (together, the "Claims").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Seventy-Fifth Omnibus Objection to Claims as to Mr. Dlin and Ms. Decker does not constitute any admission or finding with respect to the allowance of the Claims filed by Mr. Dlin and Ms. Decker, and the

ny-1164548

Borrower Claims Trust reserves all of its rights to object to the Claims on any basis at a future point in time, and Mr. Dlin and Ms. Decker will be noticed of any such objection.

**PLEASE TAKE FURTHER NOTICE** that all of Mr. Dlin and Ms. Decker's rights and defenses are preserved in relation to any future objection by the Borrower Claims Trust to the Claims.

Dated: November 7, 2014  　　　　　　　　/s/ Norman Rosenbaum
　　　　New York, New York  　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　Jordan A. Wishnew
　　　　　　　　　　　　　　　　　　　Jessica J. Arett
　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　Telephone:  (212) 468-8000
　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 468-7900

　　　　　　　　　　　　　　　　　　　*Counsel for The ResCap Borrower Claims Trust*

ny-1164548