# EXHIBIT 1

| | | |
|---|---|---|
| DOCKET NO. CV-09-5011591-S | : | SUPERIOR COURT |
| RESIDENTIAL FUNDING COMPANY, LLC | : | JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| v. | : | AT STAMFORD |
| THOMAS J. LA CASSE | : | JANUARY 29, 2014 |

## JOINT STIPULATION

NOW COME the parties Residential Funding Company, LLC and Thomas J. La Casse, and hereby stipulate and agree to the following:

1. Residential Funding Company, LLC was not the owner of the subject note at the time of commencing this foreclosure action.

RESIDENTIAL FUNDING
COMPANY, LLC
By its attorneys,

_____
Andrew L. Baldwin (Juris No. 433889)
Thomas M. Elcock (Juris No. 433238)
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel: 617-456-8000

THOMAS J. LA CASSE

By his attorney

_____
Donald M. Brown, Esq.
Law Offices of Donald M. Brown
19 Hettiefred Road
Greenwich, CT 06831

1852229.1