# EXHIBIT 2

| | | |
|---|---|---|
| DOCKET NO. FST-CV-09-5011591-S | : | SUPERIOR COURT |
| RESIDENTIAL FUNDING CO., LLC | : | J.D. OF STAMFORD/NORWALK |
| v. | : | AT STAMFORD |
| THOMAS J. LA CASSE | : | AUGUST 19, 2014 |

## REQUEST FOR AUTOMATIC EXTENSION OF TIME

Pursuant to Practice Book Sections 13-7 (a)(2) and 13-10 (a)(2), the plaintiff hereby requests an automatic extension of thirty (30) days in which to respond to the defendant's Interrogatories and Requests for Production, dated July 28, 2014. The plaintiff hereby certifies that this matter has not been assigned for trial.

**NO ORAL ARGUMENT OR TESTIMONY REQUESTED.**

34444540v1 0949864

Plaintiff,
**Residential Funding Co., Inc.,**
By their attorneys,

/s/ *Valerie N. Doble*
Valerie N. Doble, Juris No. 425760
Marissa I. Delinks, Jury No. 434580
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel: 617-213-7000 / Fax: 617-213-7001
Email: mdelinks@hinshawlaw.com
vdoble@hinshawlaw.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Request for Automatic Extension of Time* has been mailed this 19th day of August, 2014 to:

| Donald M. Brown, Esq.<br>Law Offices of Donald M. Brown, Esq.<br>32 Pine Tree Lane<br>Avon, CT 06001<br><br>Thomas La Casse<br>100 Cambridge Street<br>Boston, MA 02114 | Kenny & Sams, PC<br>134 Turnpike road<br>Southborough, MA 01772 |
|---|---|

/s/ *Valerie N. Doble*
Valerie N. Doble

34444540v1 0949864