# EXHIBIT 4

| | | |
|---|---|---|
| DOCKET NO.: FST-CV09-5011591-S | : | SUPERIOR COURT |
| RESIDENTIAL FUNDING CO., LLC | : | J.D. OF STAMFORD/NORWALK |
| v. | : | AT STAMFORD |
| THOMAS J. LA CASSE | : | SEPTEMBER 26, 2014 |

**NOTICE OF PLAINTIFF'S OBJECTIONS TO
INTERROGATORIES AND REQUEST FOR PRODUCTION**

Plaintiff hereby gives notice of its objections to First Request for Interrogatories and First Request for Production (collectively the "Discovery Responses") propounded by Defendant Thomas J. La Casse ("Defendant") as follows:

Interrogatory Nos. 1, 2, 3, a [sic], b [sic], c [sic], 6 [sic], 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 35 [sic], 36, 37; and

Request for Production Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28.

        Plaintiff,
        By its attorneys,

        */s/ Valerie N. Doble*
        Marissa I. Delinks, Juris No. 434580
        Valerie N. Doble, Juris No. 425760
        HINSHAW & CULBERTSON LLP
        28 State Street, 24th Floor
        Boston, MA 02109
        Tel: 617-213-7000 / Fax: 617-213-7001
        Email: mdelinks@hinshawlaw.com
               vdoble@hinshawlaw.com

| | | |
|---|---|---|
| **DOCKET NO.:  FST-CV09-5011591-S** | : | **SUPERIOR COURT** |
| **RESIDENTIAL FUNDING CO., LLC** | : | **J.D. OF STAMFORD/NORWALK** |
| **v.** | : | **AT STAMFORD** |
| **THOMAS J. LA CASSE** | | |

## ORDER

The above having been heard, it is hereby:

| | |
|---|---|
| Objection to Interrogatory No. 1 | Sustained / Overruled |
| Objection to Interrogatory No. 2 | Sustained / Overruled |
| Objection to Interrogatory No. 3 | Sustained / Overruled |
| Objection to Interrogatory No. 4 | Sustained / Overruled |
| Objection to Interrogatory No. 5 | Sustained / Overruled |
| Objection to Interrogatory No. 6 | Sustained / Overruled |
| Objection to Interrogatory No. 7 | Sustained / Overruled |
| Objection to Interrogatory No. 8 | Sustained / Overruled |
| Objection to Interrogatory No. 9 | Sustained / Overruled |
| Objection to Interrogatory No. 10 | Sustained / Overruled |
| Objection to Interrogatory No. 11 | Sustained / Overruled |
| Objection to Interrogatory No. 12 | Sustained / Overruled |
| Objection to Interrogatory No. 13 | Sustained / Overruled |
| Objection to Interrogatory No. 14 | Sustained / Overruled |
| Objection to Interrogatory No. 15 | Sustained / Overruled |
| Objection to Interrogatory No. 16 | Sustained / Overruled |
| Objection to Interrogatory No. 17 | Sustained / Overruled |
| Objection to Interrogatory No. 18 | Sustained / Overruled |
| Objection to Interrogatory No. 19 | Sustained / Overruled |
| Objection to Interrogatory No. 21 | Sustained / Overruled |
| Objection to Interrogatory No. 22 | Sustained / Overruled |
| Objection to Interrogatory No. 23 | Sustained / Overruled |
| Objection to Interrogatory No. 24 | Sustained / Overruled |
| Objection to Interrogatory No. 25 | Sustained / Overruled |

| | |
|---|---|
| Objection to Interrogatory No. 26 | Sustained / Overruled |
| Objection to Interrogatory No. 27 | Sustained / Overruled |
| Objection to Interrogatory No. 28 | Sustained / Overruled |
| Objection to Interrogatory No. 29 | Sustained / Overruled |
| Objection to Interrogatory No. 30 | Sustained / Overruled |
| Objection to Interrogatory No. 31 | Sustained / Overruled |
| Objection to Interrogatory No. 32 | Sustained / Overruled |
| Objection to Interrogatory No. 33 | Sustained / Overruled |
| Objection to Interrogatory No. 34 | Sustained / Overruled |
| Objection to Interrogatory No. 35 | Sustained / Overruled |
| Objection to Interrogatory No. 36 | Sustained / Overruled |
| Objection to Interrogatory No. 37 | Sustained / Overruled |
| Objection to Request for Production No. 1 | Sustained / Overruled |
| Objection to Request for Production No. 2 | Sustained / Overruled |
| Objection to Request for Production No. 3 | Sustained / Overruled |
| Objection to Request for Production No. 4 | Sustained / Overruled |
| Objection to Request for Production No. 5 | Sustained / Overruled |
| Objection to Request for Production No. 6 | Sustained / Overruled |
| Objection to Request for Production No. 7 | Sustained / Overruled |
| Objection to Request for Production No. 8 | Sustained / Overruled |
| Objection to Request for Production No. 9 | Sustained / Overruled |
| Objection to Request for Production No. 10 | Sustained / Overruled |
| Objection to Request for Production No. 11 | Sustained / Overruled |
| Objection to Request for Production No. 12 | Sustained / Overruled |
| Objection to Request for Production No. 13 | Sustained / Overruled |
| Objection to Request for Production No. 14 | Sustained / Overruled |
| Objection to Request for Production No. 15 | Sustained / Overruled |
| Objection to Request for Production No. 16 | Sustained / Overruled |
| Objection to Request for Production No. 17 | Sustained / Overruled |
| Objection to Request for Production No. 18 | Sustained / Overruled |
| Objection to Request for Production No. 19 | Sustained / Overruled |
| Objection to Request for Production No. 20 | Sustained / Overruled |
| Objection to Request for Production No. 21 | Sustained / Overruled |

| | |
|---|---|
| Objection to Request for Production No. 22 | Sustained / Overruled |
| Objection to Request for Production No. 23 | Sustained / Overruled |
| Objection to Request for Production No. 24 | Sustained / Overruled |
| Objection to Request for Production No. 25 | Sustained / Overruled |
| Objection to Request for Production No. 26 | Sustained / Overruled |
| Objection to Request for Production No. 27 | Sustained / Overruled |
| Objection to Request for Production No. 28 | Sustained / Overruled |

By the Court

_____

Judge / Clerk

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of September, 2014, a copy of the foregoing *Notice of Plaintiff's Objections to Defendant's First Request for Interrogatories and First Request for Production* was mailed, postage prepaid, to all counsel of record and pro se parties as follows:

| | |
|---|---|
| Donald M. Brown, Esq. | Thomas La Casse |
| Law Offices of Donald M. Brown, Esq. | 100 Cambridge Street |
| 32 Pine Tree Lane | Boston, MA 02114 |
| Avon, CT 06001 | |

                                                      */s/ Valerie N. Doble*
                                                      Valerie N. Doble