Hearing Date and Time:  February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP
LIQUIDATING TRUST'S SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(DIRECTOR, OFFICER AND EMPLOYEE INDEMNIFICATION CLAIMS) TO
FEBRUARY 11, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims)* [Docket No. 7092] (the "Sixty-Eighth Omnibus Claims Objection"), previously scheduled to be heard on December 2, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1165270

|  |  |
|---|---|
| Dated: November 10, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Erica J. Richards<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Liquidating Trust* |