**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL LLC, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| OCWEN LOAN SERVICING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 14-02388 (MG) |
| | : | |
| THE RESCAP LIQUIDATING TRUST, a Delaware Statutory Trust, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

**STIPULATION AND ORDER**

Plaintiff Ocwen Loan Servicing, LLC ("Ocwen"), and Defendant The ResCap Liquidating Trust ("ResCap Trust"), by and through their respective counsel, hereby stipulate and agree as follows:

1. ResCap Trust's time to respond to Ocwen's Complaint is extended to and including December 23, 2014.

2. The undersigned counsel for ResCap Trust accepts service of Ocwen's Summons and Complaint on behalf of ResCap Trust.

3. ResCap Trust will notify Ocwen within 30 days of execution of this Stipulation whether it intends to move to dismiss Ocwen's Complaint and, if so, the basis upon which ResCap Trust intends to move to dismiss, without prejudice to asserting additional bases.

4. If ResCap Trust intends to move to dismiss Ocwen's Complaint, the parties will work in good faith to agree upon an appropriate briefing schedule, subject to the Court's approval.

Dated: November 5, 2014

| HUNTON & WILLIAMS LLP | MORRISON & FOERSTER LLP |
|---|---|
| By: /s/ *Patrick L. Robson*<br>Patrick L. Robson<br>Joseph J. Saltarelli<br>200 Park Avenue, 52nd Floor<br>New York, N.Y. 10166-0136<br>(212) 309-1000<br><br>*Attorneys for Plaintiff Ocwen Loan Servicing, LLC* | By: /s/ *Jamie Levitt*<br>Jamie Levitt<br>250 West 55th Street<br>New York, N.Y. 10019<br>(212) 468-8204<br><br>*Attorneys for Defendant The ResCap Liquidating Trust* |

**IT IS SO ORDERED.**

Dated: November 10, 2014
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/Martin Glenn
　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　United States Bankruptcy Judge