**<u>Exhibit 6-1</u>**

**FILED**

DAVID B. ROSEN (Attorney ID No. 7152)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

2014 JUL 17 PM 3: 09

L. MOCK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

DAVID E. McALLISTER (Attorney ID No. 7660)
SUSAN L. FENTON (Attorney ID No. 9692)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

Attorneys for Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK
TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3 and Complainant-Intervenor and Counter/Cross-Defendant
RESIDENTIAL FUNDING COMPANY, LLC

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANGELO M. MARIANI, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3, LOAN# 7440787091 on real property located at 64-5339 Puu Nani Drive, Kamuela, Hawaii 96743 TMK (3) 6-4-023-036-0000, DOE Defendants 1-100, <br><br> Defendants. | CIVIL NO.  09-1-339K (EAS) <br> (Foreclosure) (Kona) <br><br> **ORDER GRANTING: (1) DEFENDANT THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; (2) COMPLAINANT-INTERVENOR RESIDENTIAL FUNDING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON ITS COMPLAINT IN** |

I hereby certify that this is a full, true and correct
copy of the original on file in this office.

L. Mock Chew

RESIDENTIAL FUNDING COMPANY,
LLC,

        Complainant-Intervenor,

v.

ANGELO M. MARIANI, JR.; and DOE
Defendants 1-100,

        Defendant.

_____

ANGELO M. MARIANI, JR.,

        Counter/Cross-Complainant,

v.

RESIDENTIAL FUNDING COMPANY,
LLC; AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, LOAN# 7440787091 on real
property located at 64-5339 Puu Nani Drive,
Kamuela, Hawaii 96743 TMK (3) 6-4-023-
036-0000,

        Counter/Cross-Defendants.

**INTERVENTION FOR EJECTMENT;
AND (3) COUNTER/CROSS-
DEFENDANTS THE BANK OF NEW
YORK MELLON TRUST COMPANY,
NATIONAL ASSOCIATION FKA THE
BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO JP
MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3'S AND
RESIDENTIAL FUNDING COMPANY,
LLC'S MOTION FOR SUMMARY
JUDGMENT AS TO COUNTER/CROSS-
COMPLAINANT ANGELO M.
MARIANI, JR.'S COUNTER-CLAIM
AND CROSS-CLAIM FILED ON
MARCH 19, 2012**

HEARING:
Date: June 16, 2014
Time: 1:00 p.m.
Judge: Hon. Elizabeth A. Stance

**ORDER GRANTING: (1) DEFENDANT THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2006RS3'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF
ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; (2)
COMPLAINANT-INTERVENOR RESIDENTIAL FUNDING COMPANY, LLC'S
MOTION FOR SUMMARY JUDGMENT ON ITS COMPLAINT IN INTERVENTION
FOR EJECTMENT; AND (3) COUNTER/CROSS-DEFENDANTS THE BANK OF NEW
YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK
OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP 2006RS3'S AND RESIDENTIAL FUNDING
COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AS TO
COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S
<u>COUNTER-CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012</u>**

Defendant THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3's ("BANK OF NEW YORK MELLON") Motion For Summary Judgment as to Plaintiff ANGELO M. MARIANI, JR.'s ("MARIANI") Complaint filed on September 17, 2009, Complainant-Intervenor RESIDENTIAL FUNDING COMPANY, LLC's ('RESIDENTIAL FUNDING") Motion For Summary Judgment on its Complaint in Intervention for Ejectment, and Counter/Cross-Defendants BANK OF NEW YORK MELLON and RESIDENTIAL FUNDING's Motion For Summary Judgment as to Counter/Cross-Complainant Angelo M. Mariani, Jr.'s Counter-Claim and Cross-Claim filed on March 19, 2012 (collectively, the "Motions for Summary Judgment"), came on for hearing before the Honorable Elizabeth A. Strance on June 16, 2014. David Rosen appeared on behalf of BANK OF NEW YORK MELLON and RESIDENTIAL FUNDING. MARIANI appeared *Pro Se.* The Court having considered the pleadings filed herein, and any oral argument at the hearings, and for the reasons stated on the record at hearing on the Motions for Summary Judgment, and for good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    The Motions for Summary Judgment are GRANTED; and

2.    A WRIT OF POSSESSION shall be and is hereby issued forthwith in favor of RESIDENTIAL FUNDING to put it in possession and to remove MARIANI, and all persons and parties holding, by, through, or under MARIANI, including tenants or any of them, and all of their personal belongings, from the premises located at 64-5339 Puu Nani Drive, Kamuela, Hawaii 96743 (TMK No. (3) 6-4-023-036-0000). Said WRIT OF POSSESSION shall be effective immediately.    JUL 1 7 2014

DATED: Kealakekua, Hawaii, _____.

ELIZABETH A. STRANCE (SEAL)

_____
HONORABLE ELIZABETH A. STRANCE
Judge of the above-entitled Court

_____
ANGELO M. MARIANI, JR. v. THE BANK OF NEW YORK MELLON, et. cet.; CIVIL NO. 09-1-339K (EAS); **ORDER GRANTING [MOTIONS FOR SUMMARY JUDGMENT].**

## Exhibit 6-2

**FILED**

DAVID B. ROSEN (Attorney ID No. 7152)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

2014 JUL 17 PM 3: 21

L. MOCK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

DAVID E. McALLISTER (Attorney ID No. 7660)
SUSAN L. FENTON (Attorney ID No. 9692)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

Attorneys for Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK
TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3 and Complainant-Intervenor and Counter/Cross-Defendant
RESIDENTIAL FUNDING COMPANY, LLC

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANGELO M. MARIANI, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3, LOAN# 7440787091 on real property located at 64-5339 Puu Nani Drive, Kamuela, Hawaii 96743 TMK (3) 6-4-023-036-0000, DOE Defendants 1-100, <br><br> Defendants. | CIVIL NO. 09-1-339K (EAS) <br> (Foreclosure) (Kona) <br><br> **NOTICE OF ENTRY OF JUDGMENT FOR POSSESSION** |

1

RESIDENTIAL FUNDING COMPANY,
LLC,

               Complainant-Intervenor,

    v.

ANGELO M. MARIANI, JR.; and DOE
Defendants 1-100,

           Defendant.

---

ANGELO M. MARIANI, JR.,

           Counter/Cross-Complainant,

    v.

RESIDENTIAL FUNDING COMPANY,
LLC; AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, LOAN# 7440787091 on real
property located at 64-5339 Puu Nani Drive,
Kamuela, Hawaii 96743 TMK (3) 6-4-023-
036-0000,

           Counter/Cross-Defendants.

## NOTICE OF ENTRY OF FINAL JUDGMENT FOR POSSESSION

Pursuant to the provisions of Rule 77(d) of the Hawaii Rules of Civil Procedure, NOTICE IS HEREBY GIVEN of the entry of Judgment for Possession as to Complainant-Intervenor RESIDENTIAL FUNDING COMPANY, LLC's ("RESIDENTIAL FUNDING") Complaint in Intervention for Ejectment filed on February 27, 2012 ("Judgment for Possession") in the above-entitled action.  The Judgment for Possession is in favor of RESIDENTIAL FUNDING and against Defendant ANGELO M. MARIANI, JR.

DATED: Kealakekua, Hawaii, _____JUL 17 2014_____.

BY ORDER OF THE COURT

FRANCINE VICTOR (SEAL)

_____
Clerk of the Above-Entitled Court

Copies mailed to the last known address of the following parties:

Angelo M. Mariani, Jr.
P.O. Box 2481
Kamuela, Hawaii 96743
Plaintiff and Counter/Cross-Complainant, *Pro Se*

ANGELO M. MARIANI, JR. v. THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3, et al.; CIVIL NO. 09-1-339K (EAS); **NOTICE OF ENTRY OF JUDGMENT FOR POSSESSION.**

**Exhibit 6-3**

FILED

DAVID B. ROSEN (Attorney ID No. 7152)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

2014 JUL 17 PM 3: 18

L. MOCK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

DAVID E. McALLISTER (Attorney ID No. 7660)
SUSAN L. FENTON (Attorney ID No. 9692)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

Attorneys for Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK
TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3 and Complainant-Intervenor and Counter/Cross-Defendant
RESIDENTIAL FUNDING COMPANY, LLC

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANGELO M. MARIANI, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON<br>TRUST COMPANY, NATIONAL<br>ASSOCIATION FKA THE BANK OF NEW<br>YORK TRUST COMPANY, N.A. AS<br>SUCCESSOR TO JP MORGAN CHASE<br>BANK N.A. AS TRUSTEE FOR RAMP<br>2006RS3, LOAN# 7440787091 on real<br>property located at 64-5339 Puu Nani Drive,<br>Kamuela, Hawaii 96743 TMK (3) 6-4-023-<br>036-0000, DOE Defendants 1-100,<br><br>Defendants. | CIVIL NO. 09-1-339K (EAS)<br>(Foreclosure) (Kona)<br><br>**JUDGMENT FOR POSSESSION**<br><br><br><br><br><br><br><br>HEARING:<br>Date: June 16, 2014<br>Time: 1:00 p.m.<br>Judge: Hon. Elizabeth A. Stance |

I hereby certify that this is a full, true and correct
copy of the original on file in this office.

↲ wl C

Clerk, Third Circuit Court, State of Hawaii

RESIDENTIAL FUNDING COMPANY,
LLC,

  Complainant-Intervenor,

    v.

ANGELO M. MARIANI, JR.; and DOE
Defendants 1-100,

  Defendant.

ANGELO M. MARIANI, JR.,

  Counter/Cross-Complainant,

    v.

RESIDENTIAL FUNDING COMPANY,
LLC; AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, LOAN# 7440787091 on real
property located at 64-5339 Puu Nani Drive,
Kamuela, Hawaii 96743 TMK (3) 6-4-023-
036-0000,

  Counter/Cross-Defendants.

## JUDGMENT FOR POSSESSION

  In accordance with Rule 58 of the Hawaii Rules of Civil Procedure, and pursuant to the
ORDER GRANTING: (1) DEFENDANT THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2006RS3'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF
ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; (2)
COMPLAINANT-INTERVENOR RESIDENTIAL FUNDING COMPANY, LLC'S MOTION

FOR SUMMARY JUDGMENT ON ITS COMPLAINT IN INTERVENTION FOR EJECTMENT; AND (3) COUNTER/CROSS-DEFENDANTS THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3'S AND RESIDENTIAL FUNDING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012 ("Order"), filed herein, Judgment is hereby entered in favor of Complainant-Intervenor RESIDENTIAL FUNDING COMPANY, LLC ("RESIDENTIAL FUNDING") and against Defendant ANGELO M. MARIANI, JR. ("MARIANI") with regard to RESIDENTIAL FUNDING's Complaint in Intervention for Ejectment filed herein on February 27, 2012.

As a result, RESIDENTIAL FUNDING is hereby awarded and shall be entitled to exclusive possession of the premises located at 64-5339 Puu Nani Drive, Kamuela, Hawaii 96743 (TMK No. (3) 6-4-023-036-0000) (the "Premises") effective immediately.

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment for Possession in favor of RESIDENTIAL FUNDING is hereby entered as follows:

1.    RESIDENTIAL FUNDING, or its designee, shall be entitled to possession of the Premises identified above effective immediately; and

2.    A Writ of Possession against MARIANI shall be issued forthwith and shall be effective immediately.

DATED: Kealakekua, Hawaii, _____JUL 1 7 2014_____.

ELIZABETH A. STRANCE (SEAL)

_____

JUDGE OF THE ABOVE-ENTITLED COURT

ANGELO M. MARIANI, JR. v. THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3, et al.; CIVIL NO. 09-1-339K (EAS); **JUDGMENT FOR POSSESSION.**

**Exhibit 6-4**

**FILED**

DAVID B. ROSEN (Attorney ID No. 7152)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

2014 JUL 17  PM 3: 17

L. MOCK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

DAVID E. McALLISTER (Attorney ID No. 7660)
SUSAN L. FENTON (Attorney ID No. 9692)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

Attorneys for Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK
TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3 and Complainant-Intervenor and Counter/Cross-Defendant
RESIDENTIAL FUNDING COMPANY, LLC

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANGELO M. MARIANI, JR., | CIVIL NO.  09-1-339K (EAS)<br>(Foreclosure) (Kona) |
| Plaintiff, | |
| | **NOTICE OF ENTRY OF**<br>***FINAL JUDGMENT* AS TO: (1)** |
| v. | **PLAINTIFF ANGELO M. MARIANI,**<br>**JR.'S COMPLAINT FILED ON** |
| | **SEPTEMBER 17, 2009; AND (2)** |
| THE BANK OF NEW YORK MELLON | **COUNTER/CROSS-COMPLAINANT** |
| TRUST COMPANY, NATIONAL | **ANGELO M. MARIANI, JR.'S** |
| ASSOCIATION FKA THE BANK OF NEW | **COUNTER-CLAIM AND CROSS-CLAIM** |
| YORK TRUST COMPANY, N.A. AS | **FILED ON MARCH 19, 2012** |
| SUCCESSOR TO JP MORGAN CHASE | |
| BANK N.A. AS TRUSTEE FOR RAMP | |
| 2006RS3, LOAN# 7440787091 on real | |
| property located at 64-5339 Puu Nani Drive, | |
| Kamuela, Hawaii 96743 TMK (3) 6-4-023- | |
| 036-0000, DOE Defendants 1-100, | |
| | |
| Defendants. | |

1

RESIDENTIAL FUNDING COMPANY,
LLC,

        Complainant-Intervenor,

    v.

ANGELO M. MARIANI, JR.; and DOE
Defendants 1-100,

        Defendant.

_____

ANGELO M. MARIANI, JR.,

        Counter/Cross-Complainant,

    v.

RESIDENTIAL FUNDING COMPANY,
LLC; AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, LOAN# 7440787091 on real
property located at 64-5339 Puu Nani Drive,
Kamuela, Hawaii 96743 TMK (3) 6-4-023-
036-0000,

        Counter/Cross-Defendants.

**NOTICE OF ENTRY OF *FINAL JUDGMENT* AS TO: (1) PLAINTIFF ANGELO M.
MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; AND (2)
COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-
CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012**

Pursuant to the provisions of Rule 77(d) of the Hawaii Rules of Civil Procedure,

NOTICE IS HEREBY GIVEN of the entry of a Final Judgment as to (1) Plaintiff ANGELO M.

MARIANI, JR.'s ("MARIANI") Complaint filed on September 17, 2009, and (2) Counter/Cross-

Complainant MARIANI's Counter-Claim and Cross-Claim filed on March 19, 2012 ("Judgment

as to Mariani's Complaint, Counterclaim, and Cross-Claim") in the above-entitled action.

The Judgment as to Mariani's Complaint, Counterclaim, and Cross-Claim is in favor of

Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON TRUST

COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST

COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE

FOR RAMP 2006RS3 and Counter/Cross-Defendant RESIDENTIAL FUNDING COMPANY,

LLC and against MARIANI.

DATED: Kealakekua, Hawaii, _JUL 1 7 2014_____.

BY ORDER OF THE COURT

FRANCINE VICTOR (SEAL)

_____
Clerk of the Above-Entitled Court


Copies mailed to the last known address of the following parties:

Angelo M. Mariani, Jr.
P.O. Box 2481
Kamuela, Hawaii 96743
Plaintiff and Counter/Cross-Complainant, *Pro Se*


ANGELO M. MARIANI, JR. v. THE BANK OF NEW YORK MELLON TRUST COMPANY,
NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A.
AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, et al.; CIVIL NO.    09-1-339K    (EAS); **NOTICE OF ENTRY OF FINAL
JUDGMENT AS TO: (1) PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT
FILED ON SEPTEMBER 17, 2009; AND (2) COUNTER/CROSS-COMPLAINANT
ANGELO M. MARIANI, JR.'S COUNTER-CLAIM AND CROSS-CLAIM FILED ON
MARCH 19, 2012.**

3

## Exhibit 6-5

**FILED**

DAVID B. ROSEN (Attorney ID No. 7152)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

2014 JUL 17  PM 3: 15

L. MOCK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

DAVID E. McALLISTER (Attorney ID No. 7660)
SUSAN L. FENTON (Attorney ID No. 9692)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: dmcallister@piteduncan.com

Attorneys for Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON
TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK
TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS
TRUSTEE FOR RAMP 2006RS3 and Complainant-Intervenor and Counter/Cross-Defendant
RESIDENTIAL FUNDING COMPANY, LLC

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ANGELO M. MARIANI, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3, LOAN# 7440787091 on real property located at 64-5339 Puu Nani Drive, Kamuela, Hawaii 96743 TMK (3) 6-4-023-036-0000, DOE Defendants 1-100,<br><br>    Defendants. | CIVIL NO.  09-1-339K (EAS)<br>(Foreclosure) (Kona)<br><br>***FINAL JUDGMENT* AS TO: (1) PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; AND (2) COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012**<br><br><br>HEARING:<br>Date:   June 16, 2014<br>Time:  1:00 p.m.<br>Judge: Hon. Elizabeth A. Stance |

I hereby certify that this is a full, true and correct
copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

1

RESIDENTIAL FUNDING COMPANY,
LLC,

        Complainant-Intervenor,

    v.

ANGELO M. MARIANI, JR.; and DOE
Defendants 1-100,

        Defendant.

---

ANGELO M. MARIANI, JR.,

        Counter/Cross-Complainant,

    v.

RESIDENTIAL FUNDING COMPANY,
LLC; AND THE BANK OF NEW YORK
MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW
YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JP MORGAN CHASE
BANK N.A. AS TRUSTEE FOR RAMP
2006RS3, LOAN# 7440787091 on real
property located at 64-5339 Puu Nani Drive,
Kamuela, Hawaii 96743 TMK (3) 6-4-023-
036-0000,

        Counter/Cross-Defendants.

### *FINAL JUDGMENT* AS TO:
### (1) PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; AND (2) COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012

        In accordance with Rule 58 of the Hawaii Rules of Civil Procedure, and pursuant to the ORDER GRANTING: (1) DEFENDANT THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; (2)

2

COMPLAINANT-INTERVENOR RESIDENTIAL FUNDING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON ITS COMPLAINT IN INTERVENTION FOR EJECTMENT; AND (3) COUNTER/CROSS-DEFENDANTS THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3'S AND RESIDENTIAL FUNDING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT AS TO COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012 ("Order"), filed herein, said Order is hereby entered in favor of Defendant and Counter/Cross-Defendant THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2006RS3 and Counter/Cross-Defendant RESIDENTIAL FUNDING COMPANY, LLC and against Plaintiff and Counter/Cross-Complainant ANGELO M. MARIANI, JR. ('MARIANI") with regard to: (1) MARIANI's Complaint filed on September 17, 2009 ("Complaint"); and (2) MARIANI's Counter-Claim and Cross-Claim filed on March 19, 2012 ("Counterclaim and Cross-Claim").

This Court expressly directs that said Order be entered as a final judgment as to MARIANI's Complaint, Counterclaim, and Cross-Claim. Judgment in accordance with the Order is hereby entered in favor of Defendants and against Plaintiffs on all claims in this action. This Final Judgment resolves all claims against all parties in this action, and there are no claims remaining by or against any party herein. Any claim not disposed of in the Order is hereby dismissed with prejudice. There is no just reason for delay and, upon filing, this Final Judgment shall be final and appealable.

DATED: Kealakekua, Hawaii, _____JUL 1 7 2014_____, 2014.

ELIZABETH A. STRANCE (SEAL)

_____
HONORABLE ELIZABETH A. STRANCE
Judge of the Above-Entitled Court

ANGELO M. MARIANI, JR. v. THE BANK OF NEW YORK MELLON TRUST COMPANY, et. cet.; CIVIL NO. 09-1-339K (EAS); **FINAL JUDGMENT AS TO: (1) PLAINTIFF ANGELO M. MARIANI, JR.'S COMPLAINT FILED ON SEPTEMBER 17, 2009; AND**

**(2)  COUNTER/CROSS-COMPLAINANT ANGELO M. MARIANI, JR.'S COUNTER-
CLAIM AND CROSS-CLAIM FILED ON MARCH 19, 2012.**