MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON NOVEMBER 13, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED CLAIMS OBJECTION(S)**

**1.**    ResCap Borrower Claims Trust's Objection to Claim No. 4664 of James C. Jackson [Docket No. 7609]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

**II.    CONTESTED CLAIMS OBJECTION(S)**

**1.**    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

ny-1164718

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Alan Moss (Claim No. 4445) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7724]

b.      Notice of Withdrawal of ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by Kenneth Dlin (Claim No. 3732) and Lois Decker (Claim Nos. 6394, 6402 and 6450) [Docket No. 7725]

c.      Notice of Filing of Stipulation Adjourning Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael Boyd (Claim No. 960) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7726]

**Response(s)**:

a.      Response of Michael A. and Gloria S. McGuinty to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket Nos. 7578, 7608 and 7702]

        (i)      Amendment to First Page of Response of Michael A. and Gloria S. McGuinty to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7720]

b.      Response of Ariel Barel in Opposition to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7639]

c.      Response and Objection of Rainer P. Warner to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket Nos. 7640 and 7722]

d.      Response of Lois Elaine Van Hoveln Decker to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7641]

e.      Response of Alan Moss in Opposition to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7642 and 7667]

**f.** Response of Marvin E. McDougal Jr. to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7649]

**g.** Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**h.** Opposition and Response of Claimant James P. Demetriou to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7660]

**i.** Sam Palmer's Opposition and Response to the ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7662]

**j.** Response of Royal Kingdom Builders (c/o Simon M. Woody, Jr.) to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7663]

**k.** Response of Creditor Ken Dlin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7700]

**l.** Answer in Opposition of Michael Boyd, Secured Claimant No. 960, to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7701]

   **(i)** Addendum to Answer in Opposition of Michael Boyd Secured Claimant No. 960 to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7703]

**m.** Objection of Dwayne F. and Trina M. Poole to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7706]

**Reply**:

**a.** ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability Borrower Claims) as to Claim Nos. 1574, 2761, 3702, 4118, 4128, 5653, 5892 and 5970 [Docket No. 7727]

**Status**:   This matter, solely as it relates to the claims filed by Kenneth Dlin (Claim No. 3732) and Lois Elaine Van Hoveln Decker (Claim No. 6450), has been withdrawn.  The hearing on this matter, solely as it relates to the claims filed by Alan Moss (Claim No. 4445) and Michael Boyd (Claim No. 960), has been adjourned to December 10, 2014.  The hearing on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim 3862), has been adjourned to a date to be determined.  The hearing on this matter as it relates to all other claimants will be going forward.

Dated:  November 11, 2014
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1164718                                        4