UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF CLAIM NUMBER 7427 BY SUSAN REYHER

Susan Reyher, having filed Claim Number 7427 (the "**Claim**") in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: November 12, 2014

_Susan Reyher_
Susan Reyher
1301 Gulf Blvd #217
Clearwater, FL 33767
Telephone: (727) 286-8358
Email: susanreyher@yahoo.com