Hearing Date:    January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Norman S. Rosenbaum
James A. Newton

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
HEDEYA HAROUTUNIAN FOR RELIEF FROM THE AUTOMATIC
STAY UNDER 11 U.S.C. § 362 TO JANUARY 14, 2015 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 7537], previously scheduled to be heard on November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1165535

Dated: November 12, 2014
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*