Hearing Date and Time: December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY (I) MAURICE SHARPE (CLAIM NO. 2079) AND (II) OTIS L. COLLER (CLAIM NO. 5066) TO DECEMBER 18, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7188] (the "Sixty-Ninth Omnibus Claims Objection"), solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079) and Otis L. Collier (Claim No. 5066), previously scheduled to be heard on November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

ny-1165759

York 10004.

Dated: November 13, 2014
   New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1165759