# **Exhibit R**



**Prudential**
Fox & Roach
REALTORS®

**Proposal to Purchase**
This is a preliminary document. Complete terms and conditions of the transaction shall be continued in a mutually agreeable contract for sale between the parties.



EXHIBIT
Carter-9
8-7-14

_Scott and Traci Jacobs_ Buyer(s) authorizes Prudential Fox & Roach ("Broker") and _Holly F Donahue_ ("Licensee") to present the following proposal to purchase the premises located at:
_817 Matlack Dr_   _Moorestown, NJ_   _08057_
Property Address / City / State / Zip / Municipality
_Burlington_ County

Property Identification (Lot, Block, Deed Book, Page, etc.)
Purchase Price: $ 1,900,000
Deposit payable:
  With this proposal: $ _____  ☐ Cash ☒ Check ☐ Cashier Check
  Upon signing of Agreement of Sale: $ 50,000  ☐ Cash ☒ Check ☐ Cashier Check
Total Down Payment: $ 380,000   Cash Sale? ☐ Yes ☒ No
Mortgage Amount: $ 1,470,000

The Agreement of Sale is subject to:
☒ Buyer obtaining ☐ VA ☐ FHA ☒ Conventional Mortgage maturing in approximately _31_ years with no more than _____ points. Points to be paid by Seller ____ Buyer ____ MIP financed? ☐ Yes ☐ No
OR
☐ Buyer assuming existing mortgage with an approximate balance of $ _____ maturing in approximately _____ years at a rate of _____

Projected Settlement to be held on or before _when seller's home sells_ (date) at _____ (time).
Settlement will be held at _Prudential, Fox & Roach, Moorestown_

This Proposal to Purchase is made on the following terms and conditions:
1. **Personal Property & Fixtures.** The Property being transferred includes all fixtures permanently attached to the building(s), all shrubbery, plantings, and fencing. Also Included: _____
   Specifically excluded: _____
2. **Possession & Occupancy.** Possession and Occupancy will be given to Buyer at (check one)
   ☒ time of settlement or ☐ other: _____
3. **Inspections:** The following inspections shall be ordered by the Buyer:
   ☒ Physical Inspection   ☐ Bacteriological & chemical analysis of the private well drinking water
   ☐ Exam of the on-site waste disposal
   ☒ Other: _Termite_
4. **Sufficient Assets.** The Buyer represents that as of the signing of this Proposal, he/she has or will have as of the date of settlement, all necessary cash assets to complete settlement. However, Buyer further represents:
   ☐ the purchase of this property is NOT contingent upon the sale of any other real estate or personal property
   ☒ the purchase of this property IS contingent upon the sale of the property located at _____
   _350 Tom Brown Rd, Moorestown_ in order to complete settlement.
5. **Other.**

By signing below the Seller(s) and Buyer(s) hereby acknowledge they received the Consumer Information Statement on New Jersey Real Estate Relationships from the brokerage firm(s) involved in this transaction prior to the first showing of the property.
I, _Holly F Donahue_ (name of licensee) as an authorized representative of _Prudential Fox & Roach_ (name of firm) am working in this transaction as (choose one):
☐ Seller's Agent only   ☒ Buyer's Agent only   ☐ Disclosed Dual Agent   ☐ Transaction Broker
Information supplied by _BT Edgar Realty_ (name of firm) has indicated that it is operating in this transaction as a (choose one):
☒ Seller's Agent only   ☐ Buyer's Agent only   ☐ Transaction Broker
This Proposal shall be presented to the seller's agent and is subject to approval by the seller. If this offer is not accepted by the Seller within _3_ days, the offer shall be considered cancelled and deposit will be returned to the Buyer upon clearance of Buyer's funds with the Broker's banking institution.

908-907-5768

**Prudential Fox & Roach:**
Branch Office: _Moorestown_
Address: _1 W. Main St_
_Moorestown, NJ_
Office Telephone: _856-234-2011_
Office Fax #: _856-234-3979_
Agent Name: _Holly Donahue_
Agent MLS Public ID: _____

**Buyer:**
Name: _Scott & Traci Jacobs_ SS# _____
Signature: _____
Name: _____ SS# _____
Signature: _____
Date: _Oct 30, 2007_

DEPOSITION EXHIBIT
Reed-6
8-13-14