# **Exhibit Y**



## ADDENDUM TO CONTRACT OF SALE

Between: **Frank J. Reed III & Christina Reed (Sellers)**

And: **Brett Cooper d/b/a Mark Weaver (Buyers)**

**817 Matlack Drive
Moorestown, NJ 08057**

The Contract of Sale between the parties for the above-captioned property is hereby amended as follows:

1. The time and place of settlement is hereby amended as follows:

Settlement shall take place at Infinity Title Agency, Inc. located at 33 East Main Street, Moorestown, NJ 08057 on Friday, November 21, 2008 at 12:00 noon.

2. The date and place of closing, as extended above, is of the essence and material to the contract.

3. The good faith deposit must be wired to Infinity Title Agency, Inc. pursuant to the attached wiring instructions, by October 24, 2008 by 12:00 noon.

All other terms and provisions of said contract remain in full force & effect.

This is an attorney-prepared addendum and is binding upon signature. There is no three-day attorney review of this Addendum as would be afforded if prepared by a broker or agent.

Buyers:

_____  _____  Date: 10/22/8
Brett Cooper

Seller:

_____  _____  Date: 102208
Frank J. Reed, III        Christina Reed

