# **Exhibit AA**

# LEASE AGREEMENT WITH OPTION TO PURCHASE EXTENSION

This Extension ("Lease") is entered by and between _____Frank Reed_____ ("Tenant") on __1/30/08__ ("Landlord") and _____Brett Cooper_____ (Date). Landlord and Tenant may collectively be referred to as the "Parties". This Lease creates joint and several liability in the case of multiple Tenants. The Parties agree as follows:

**PREMISES:** Landlord hereby leases the Premises located at: __817 Matlack Moorestown, NJ 08057__ (complete address of Premises) to Tenant.

**EXTENSION:** This is to extend the option on the above Premises for another 6 months. This would take the option from 2/1/09 until 8/1/09. All terms and conditions of the original Lease option signed back on 11/21/08.

_[signed]_ Digitally signed by Brett Cooper
Brett Cooper

_[signed]_ Frank Reed


DEPOSITION EXHIBIT HC
Reed-15
8-14-14


EXHIBIT
Carter-17
8-7-14