# **Exhibit BB**

12-12020-mg    Doc 7766-11    Filed 11/17/14    Entered 11/17/14 19:14:16    Exhibit BB
Pg 1 of 3

Docket No.: BUR LT-003129-09

FRANK REED
(Plaintiff(s) - Landlord(s))
          - vs -
BRETT COOPER
(Defendant(s) - Tenant(s))

817 MATLACK
MOORESTOWN NJ 08057

Superior Court of New Jersey
Law Division, Special Civil Part
Landlord/Tenant Section, BURLINGTON County

BURLINGTON COUNTY COURTHOUSE
MT HOLLY, NJ 08060
Telephone: (609) 518-2867

>>>>> WARRANT OF REMOVAL <<<<<

To: JOHN J. MCKERNAN
    (Special Civil Part Officer)

You are hereby commanded to dispossess the tenant and place the landlord in full possession of the premises listed above. Local police departments are authorized and requested to provide assistance, if needed, to the officer executing this warrant.

To: BRETT COOPER
    (Tenant(s))

You are to remove all persons and property from the above premises within three days after receiving this warrant. Do not count Saturday, Sunday and holidays in calculating the three days. If you fail to move within three days, a court officer will thereafter remove all persons from the premises at any time between the hours of 8:30 A.M. and 4:30 P.M. on or after   SEP 0 3 2009  (month) ____(day), _____(year). Thereafter, your possessions may be removed by the landlord, subject to applicable law (N.J.S.A. 2A:18-72 et seq.). The 3 day provision applicable to residential tenants does not apply to commercial property. Commercial tenants may be evicted at the time the warrant is served.

It is a crime for a tenant to damage or destroy a rental premises to retaliate against a landlord for starting an eviction proceeding in court and in addition to imposing criminal penalties the court may require the tenant to pay for any damage.

You may be able to stop this warrant and remain in the premises temporarily if you apply to the court for relief. You may apply for relief by delivering a written request to the Clerk of the Special Civil Part and to the landlord or landlord's attorney. Your request must be personally delivered and received by the Clerk within three days after this warrant was served or you may be locked out. Before stopping this warrant, the court may include certain conditions, such as the payment of rent.

You may also be eligible for housing assistance or other social services. To determine your eligibility, you must contact the welfare agency in your county at BURLINGTON COUNTY BOARD OF SOCIAL SERVICES, 795 WOODLANE ROAD, MT HOLLY, N.J. 08060, telephone number (609) 261-1000.

Only a court officer can execute this warrant. It is illegal and a disorderly person's offense for a landlord to padlock or otherwise block entry to a rental premises while a tenant who lives there is still in legal possession. A landlord can only do these things in a distraint action involving non-residential premises. If your property has been taken or you have been locked out or denied use of the rental premises by anyone other than a court officer who is executing a warrant of removal you can contact the Special Civil Part Clerk's Office for help in (a) requesting an emergency order to return your property and/or put you back into your home; and/or (b) filing a lawsuit requesting a judgment for money.

If you do not have an attorney, you may call the LAWYER REFERRAL SERVICES at (609) 261-4862. Si Ud. puede pagar los servicios de un abogado, pero no conoce a ninguno, puede llamar a las oficinas del Servicio de Recomendacion de Abogados del Colegio de Abogados de su Condado. Telefono: (609) 261-4862. If you cannot afford an attorney, you may call BURLINGTON LEGAL SERVICES at (609) 261-1088. Si ud. no puede pagar un abogado, puede llamar a Servicios Legales: (609) 261-1088.

To: FRANK REED                    (Landlord)        Attorney:
                                                    ROBERT P. WEISHOFF
                                         Address  : 3863 SYLON BLVD
                                                    PO BOX 355
                                                    HAINSEPORT NJ   08036
                                         Telephone: (609) 267-1301

A person commits a disorderly person's offense if he or she does any of the following things after being warned by a law enforcement officer or other public official that they are illegal:
(1) illegally evicts a residential tenant without a warrant of removal issued by a court or the consent of the tenant; or
(2) refuses to immediately let the tenant who was evicted this way back into the premises to live there.

"Illegal eviction" means to enter onto or into the rental premises and hold it by:
(1) any kind of violence including threatening to kill or injure the tenant;
(2) words, circumstances or actions which are clearly intended to incite fear, apprehension or a sense of danger in the tenant;
(3) putting the personal property or furniture of the tenant outside;
(4) entering peacefully and then, by force or threats, putting the tenant out;
(5) padlocking or changing the locks;
(6) shutting off vital services such as heat, electricity and water or causing them to be shut off; or
(7) any means other than a court officer executing a warrant of removal issued by a court.

A person who is convicted of an offense under this section more than once within a five-year period is guilty of a crime of the fourth degree.

To: Law Enforcement Officers

Tenants evicted without a warrant of removal are entitled to reenter and reoccupy the premises and shall not be considered trespassers or chargeable with any offense provided that a law enforcement officer is present at the time of reentry. It is the duty of the officer to prevent the landlord or anyone else from obstructing or hindering the reentry and re-occupancy of the dwelling by a tenant who was evicted without a warrant of removal executed by a court officer.

Date: AUG 3 1 2009       DEPUTY CLERK SUPERIOR COURT
                         BURLINGTON COUNTY    Witness: _____
                                                              (Judge)

                JUDE DEL PREORE, CLERK OF THE SPECIAL CIVIL PART
================================================================================
             CERTIFICATION OF SERVICE AND EXECUTION OF WARRANT OF REMOVAL

I hereby certify that I (check as applicable) __served __executed
this warrant of removal as follows:

Date First Served:       AUG 3 1 2009        Method of Service: _____
If Unserved, Why: _____            Must Vacate By:    SEP 0 3 2009
Date and Time Executed: _____      Date Executed Warrant Posted: ____
Date Executed Warrant Served on Tenant: ___  Date Executed Warrant Served on Landlord: __
Mileage Charge for Execution: $_____    Additional Services Charge: $_____
Additional Services Performed: _____

                                             _____
                                             Signature of Special Civil Part Officer

                                             _____
                                             Printed or Typed Name of Officer