# **Exhibit DD**

## PROPOSAL TO PURCHASE



THIS IS A PRELIMINARY DOCUMENT. COMPLETE TERMS AND CONDITIONS OF THE TRANSACTION SHALL BE CONTINUED IN A MUTUALLY AGREEABLE CONTRACT FOR SALE BETWEEN THE PARTIES.

Frank & Gina Roccisano _____ referred to as Buyer, authorizes
Naoji Horiuchi - B.T. Edgar & Son _____ to present the following proposal to purchase property situated at:
817 Matlack Drive, Moorestown, NJ 08057
for the sum of .................................................................................... $ 1,450,000

DEPOSIT MADE WITH THIS PROPOSAL ............................. $ 20,000    ☐ Check
which shall be applied on account of purchase price                    ☐ Money Order
BUYER AGREES TO MAKE AN ADDITIONAL PAYMENT OF ............ $ _____   ☐ Cash
at time of signing of Contract for Sale.
BUYER AGREES TO PAY _____ $ _____
Balance Due in cash, certified check, and/or mortgagor's check at time of final settlement.
THE CONTRACT FOR SALE will be subject to Buyer obtaining a ☐ FHA ☐ VA ☒ Conventional ☐ Other Mortgage
in the amount of .................................................................. $ _____   80 LTV
                           OR
☐ Assumption of existing mortgage at a rate of _____ % maturing in approximately _____
_____ years with an approximate balance of ....................... $ _____

THE PROJECTED SETTLEMENT DATE is to be on or before July 31, 2010 _____ before 4:00 P.M. at the office of
Infinity Title _____ , or at the office of any reputable Title Company.

THIS PROPOSAL is made on the following Terms and Conditions:

(1) **PERSONAL PROPERTY & FIXTURES.** The Property being transferred includes all fixtures permanently attached to the building(s), all shrubbery, plantings, and fencing. Also included: all light fixtures & appliances _____

Specifically excluded: _____

(2) **POSSESSION & OCCUPANCY.** Possession and Occupancy will be given to the Buyer at (check one) ☒ time of settlement or ☐ other: _____

(3) **INSPECTIONS.** The following inspections shall be ordered by the Buyer:
☒ Wood-Boring Insects Report
☐ Examination of the on-site waste disposal system
☐ Bacteriological and chemical analysis of the private well drinking water
☒ Other: Home Inspection

(4) **SUFFICIENT ASSETS.** The Buyer represents that as of the signing of this Proposal, he/she has or will have as of the date of settlement, all necessary cash assets to complete settlement. However, Buyer further represents:
☒ the purchase of this property is NOT contingent upon the sale of any other real estate or personal property
☐ he/she will require the proceeds from the sale of property located at _____
_____ in order to complete settlement.

(5) **OTHER:** ~~XXXX~~

BY SIGNING BELOW the buyer(s) acknowledge they received the Consumer Information Statement on New Jersey Real Estate Relationships from the brokerage firms involved in this transaction prior to the first showing of the property.

_____ , (name of firm) AND
_____ (name of licensee(s)),
AS ITS AUTHORIZED REPRESENTATIVE(S), ARE WORKING IN THIS TRANSACTION AS (choose one):
☐ SELLER'S AGENT(S)             ☐ BUYER'S AGENT(S)
☒ DISCLOSED DUAL AGENT(S)       ☐ TRANSACTION BROKER(S)
INFORMATION SUPPLIED BY _____ (name of listing firm) HAS INDICATED THAT IT IS OPERATING IN THIS TRANSACTION AS A (choose one):
☐ SELLER'S AGENT                 ☐ BUYER'S AGENT
☐ DISCLOSED DUAL AGENT           ☐ TRANSACTION BROKER

THIS PROPOSAL shall be presented to the seller's agent and subject to approval by the seller. If this offer is not accepted by the Seller within ____ days, the offer shall be considered cancelled and deposit will be returned to the Buyer upon clearance of Buyer's funds with the Broker's banking institution.

Presenting Agency: _____
Address: _____
_____
Office Tel. #: _____
Office FAX #: _____
Agent's Name: _____
Agent's MLS Public ID: _____

BUYER  Signed: [signature]
SS#: _____
Date: 6-12-10
Signed: _____
SS#: _____
Date: _____

(White/Buyer; Yellow/Seller; Pink/Listing Broker; Pink/Co-op Broker)

