# **Exhibit EE**

**Naoji Moriuchi**

| | |
|---|---|
| From: | frank.roccisano@ubs.com |
| Sent: | Thursday, July 01, 2010 3:04 PM |
| To: | aberant@tesalaw.com |
| Cc: | nmoriuchi@edgarrealestate.com |
| Subject: | RE: Matlack |

Kevin,

Thank you for all your effort with regard to this property. I have had a few changes recently that will require we discontinue any negotitations.
I am moving back home to Louisville and resuming my old job at UBS.

I am available to speak to close out our work together.

Thanks for all your help

-----Original Message-----
From: Kevin Aberant [mailto:aberant@tesalaw.com]
Sent: Thursday, July 01, 2010 2:34 PM
To: Roccisano, Frank A.
Cc: Naoji Moriuchi
Subject: Fw: Matlack

FYI
I just spoke to Frank Reed.  He was in a car full of kids and could not talk.  I asked him to just take my letter and wirte "OK" or "No" next to each change.  He said he would do so, but needed to print out the contract, lock himself in a room for an hour to do that. He did offer two specific
comments: he would be OK with refund of deposit if due to job loss or transfer, but he said he would not give a credit towards the purchase price for any rent paid.
Please let me know your thoughts.

Kevin E. Aberant, Esq.
Taenzer, Ettenson, Stockton & Aberant, P.C.
123 N. Church Street
PO Box 237
Moorestown, NJ 08057
(856)235-1234
Fax: (856)235-1911
www.tesalaw.com

Notice: The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Taenzer, Ettenson, Stockton & Aberant, p.c. client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

----- Original Message -----
From: <frankreedva@aol.com>
To: "aberant aberant" <aberant@tesalaw.com>
Sent: Wednesday, June 30, 2010 6:07 PM
Subject: Re: Matlack


ok.  will try to accomplish before the weekend


-----Original Message-----

1



From: Kevin Aberant <aberant@tesalaw.com>
To: frankreedva <frankreedva@aol.com>
Sent: Wed, Jun 30, 2010 3:41 pm
Subject: Matlack

Frank:
Please let me know your response to my prior letter. I am attaching a copy in case you do not have it in front of you. Please fax or e-mail back.
Thanks.

Kevin E. Aberant, Esq.
Taenzer, Ettenson, Stockton & Aberant, P.C.
123 N. Church Street
PO Box 237
Moorestown, NJ 08057
(856)235-1234
Fax: (856)235-1911
www.tesalaw.com<http://www.tesalaw.com/>

Notice: The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Taenzer, Ettenson, Stockton & Aberant, p.c. client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.


Please visit our website at
http://financialservicesinc.ubs.com/wealth/E-maildisclaimer.html
for important disclosures and information about our e-mail policies. For your protection, please do not transmit orders or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.