# **<u>Exhibit FF</u>**

From: Lmcarts <Lmcarts@aol.com>
To: frankreedva <frankreedva@aol.com>
Subject: Fwd: (no subject)
Date: Mon, May 9, 2011 1:58 pm

Attached Message

From:    Singh, Nina <Nina.Singh@uphs.upenn.edu>
To:      Louise Carter <lmcarts@aol.com>
Subject:
Date:    Sun, 8 May 2011 09:00:03 -0700

Hello Louise,
We would like to place the following offer on your pocket listing, Matlack.

Price $1,100,000
Down payment $220,000 (20 percent)
Deposit $60,000 upon agreement of price.

We can close as early as 30 days, but are amenable to a longer escrow if the seller would like; however we do not want to close later than the end of august.

Additionally, upon agreement of the sales price, **we would like a full description of what the legal dealings are with the bank and seller, as this may affect the closing,** from the seller's attorney. As we would like for our attorney to review this.

Thank you, Kris and Nina

Sent from my iPhone

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of
this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have
received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


EXHIBIT
Carter-20
8-7-14


DEPOSITION EXHIBIT HC
Reed-19
8-14-14