# **Exhibit KK**

12-12020-mg    Doc 7766-15    Filed 11/17/14    Entered 11/17/14 19:14:16    Exhibit KK
Pg 1 of 5

**Exhibit KK**

**HUD-1 UNIFORM SETTLEMENT STATEMENT**

1401 PD-PAGE 1 HUD-1
OMB. No. 2502-0265 (Exp. 12-31-86)

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT |
|---|---|
| Infinity Title Agency, Inc. | |

| B. TYPE OF LOAN | | | 6. File Number: 22425 | 7. Loan Number: ___3843 |
|---|---|---|---|---|
| 1. [ ] FHA | 2. [ ] FmHA | | | |
| 3. [x] CONV. UNINS. | 4. [ ] VA | 5. [ ] CONV. INS. | 8. Mortgage Insurance Case Number: N/A | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
NOTE: TIN = Taxpayer's Identification Number

| D. NAME AND ADDRESS OF BORROWER: | E. NAME, ADDRESS AND TIN OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Frank J. Reed III<br>Christina A. Reed<br>11617 Cobblestone Landing Court<br>Glen Allen, Virginia 23059 | Steward R. Maines Company<br>512 Camden Avenue<br>Moorestown, NJ 08057 | Metrocities Mortgage, LLC<br>ISAOA<br>15301 Ventura Blvd., Suite D300<br>Sherman Oaks, CA  91403 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: NAME, ADDRESS AND TIN: | |
|---|---|---|
| 817 Matlack Drive<br>Moorestown, NJ 08057<br>Block: 3803 Lot: 2 | Stacie Jones | |
| | PLACE OF SETTLEMENT:<br>Infinity Title Agency, Inc.<br>33 East Main Street, Unit 2<br>Moorestown, NJ 08057 | I. SETTLEMENT DATE: 05/31/2006<br>DISBURSEMENT DATE: 05/31/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price: | $1,571,619.00 | 401. Contract sales price: | $1,571,619.00 |
| 102. Personal property: | | 402. Personal property: | |
| 103. Settlement charges to borrower (1400) | $33,580.27 | 403. | |
| 104. Reimburse Survey | $500.00 | 404. Reimburse Survey | $500.00 |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes: 04/28/2006 to 06/30/2006 | $214.53 | 406. City/town taxes: 04/28/2006 to 06/30/2006 | $214.53 |
| 107. County taxes: | | 407. County taxes: | |
| 108. Assessments: | | 408. Assessments: | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | $1,605,913.80 | **420. GROSS AMOUNT DUE TO SELLER** | $1,572,333.53 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | $224,816.42 | 501. Excess deposit (see instructions) | $224,816.42 |
| 202. Principal amount of new loan(s) | $1,000,000.00 | 502. Settlement charges to seller (1400) | $76,204.37 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Proceeds 2nd Mortgage | $411,947.00 | 504. Payoff: | |
| 205. | | 505. Payoff 2nd: | |
| 206. | | 506. Express Payoff: Infinity Title Agency, Inc. | |
| 207. | | 507. Mechling Builders | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes: | | 510. City/town taxes: | |
| 211. County taxes: | | 511. County taxes: | |
| 212. Assessments: | | 512. Assessments: | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | $1,636,763.42 | **520. TOTAL REDUCTION IN AMOUNT DUE SELLER** | $301,020.79 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower (line 120) | $1,605,913.80 | 601. Gross amount due to seller (line 420) | $1,572,333.53 |
| 302. Less amounts paid by/for borrower (line 220) | $1,636,763.42 | 602. Less reduction in amount due seller (line 520) | $301,020.79 |
| 303. CASH [ ] from  [x] to  BORROWER | $30,849.62 | 603. CASH [x] to  [ ] from  SELLER | $1,271,312.74 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT**
The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. If this real estate is your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040). You are required to provide the Settlement Agent (named above) with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

(9603-1) Visual Title ™

_____
(Seller's Signature)


DEPOSITION EXHIBIT HC
Reed-5
8-12-14

1401 PD-Page 2 SETTLEMENT STATEMENT          HUD-1

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL BROKER'S/ Division of Commission (line 700) as follows: | | |
| 701. $59400.00 to: BT Edgar | | |
| 702. $.00 to: | | |
| 703. Commission paid at Settlement | | $59,400.00 |
| 704. | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee: .875% Metrocities Mortgage, LLC | $8,750.00 | |
| 802. Loan Discount: % | | |
| 803. Appraisal Fee: Elzey and Son | $650.00 | |
| 804. Credit Report: | | |
| 805. Tax Service Fee: Metrocities Mortgage, LLC | $79.00 | |
| 806. Underwriting Review Fee: Metrocities Mortgage, LLC | $495.00 | |
| 807. Commitment Fee: | | |
| 808. Application Fee: | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest: From 05/31/2006 To 06/01/2006 @ $177.08 /day | $177.08 | |
| 902. Mortgage Insurance Premium: | | |
| 903. Hazard Insurance Premium: Braddock Agency, Inc. | $2,500.00 | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | |
| 1001. Hazard Insurance: | | |
| 1002. Mortgage Insurance: | | |
| 1003. City property taxes: | | |
| 1004. County property taxes: | | |
| 1005. Annual assessments: | | |
| 1006. Aggregate Adjustment | | |
| 1007. | | |
| 1008. | | |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee: Infinity Title Agency, Inc. | $300.00 | |
| 1102. Abstract or title search: | | |
| 1103. Title examination: | | |
| 1104. Title Insurance binder: | | |
| 1105. Document preparation: | | |
| 1106. Notary fees: Stacie Jones | $25.00 | |
| 1107. Attorney's fees: | | |
| Includes above item numbers; | | |
| 1108. Title Insurance: Infinity Title Agency, Inc. | $4,508.00 | |
| Includes above item numbers; | | |
| 1109. Lender's coverage:   $1,000,000.00 | | |
| 1110. Owner's coverage:    $1,571,619.00 | | |
| 1111. electronic package: Infinity Title Agency, Inc. | $25.00 | |
| 1112. express package to Lender: Infinity Title Agency, Inc. | $20.00 | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording fees: Deed$80.00 Mortgage$230.00 Release$0.00 | $310.00 | $0.00 |
| 1202. County transfer tax: Clerk of Burlington County | $15,716.19 | $16,496.20 |
| 1203. Notice of Settlement: Infinity Title Agency, Inc. | $25.00 | |
| 1204. PSEG | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey: | | |
| 1302. Pest Inspection: | | |
| 1303. 2nd 1/4 Land Only Taxes: Moorestown Township | | $308.17 |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. All Added Assessment for Taxes are responsibility of Buyer from COdate | | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on lines 103, Section J and 502, Section K) | $33,580.27 | $76,204.37 |

CERTIFICATION

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Seller        _____ Borrower
_____ Seller        _____ Borrower

To the best of my knowledge the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____ Settlement Agent        _____ Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.        (9603-1)

Visual Title ™

**HUD-1 UNIFORM SETTLEMENT STATEMENT**

1401 PD-PAGE 1 HUD-1
OMB. No. 2502-0265 (Exp. 12-31-86)

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT |
|---|---|
| Infinity Title Agency, Inc. | |

| B. TYPE OF LOAN | | | | 6. File Number: 22425a | 7. Loan Number: ▓▓6571 |
|---|---|---|---|---|---|
| 1. [ ] FHA | 2. [ ] FmHA | | | | |
| 3. [x] CONV. UNINS. | 4. [ ] VA | 5. [ ] CONV. INS. | | 8. Mortgage Insurance Case Number: N/A | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
NOTE: TIN = Taxpayer's Identification Number

| D. NAME AND ADDRESS OF BORROWER: | E. NAME, ADDRESS AND TIN OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Frank J. Reed III and Christina A. Reed<br>817 Matlack Drive<br>Moorestown, NJ 08057 | Steward R. Maines Company<br>512 Camden Avenue<br>Moorestown, NJ 08057 | Metrocities Mortgage, LLC<br>ISAOA<br>15301 Ventura Blvd, Suite D300<br>Sherman Oaks, CA 91403 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: NAME, ADDRESS AND TIN: | |
|---|---|---|
| Block 3803, Lot 2<br>817 Matlack Drive<br>Moorestown, New Jersey 08057 | Stacie Jones<br>Infinity Title Agency, Inc. | HUD1 |
| | PLACE OF SETTLEMENT:<br>Infinity Title Agency, Inc.<br>33 East Main Street, Unit 2<br>Moorestown, NJ 08057 | I. SETTLEMENT DATE: 05/31/2006<br>DISBURSEMENT DATE: 05/31/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price: | | 401. Contract sales price: | |
| 102. Personal property: | | 402. Personal property: | |
| 103. Settlement charges to borrower (1400) | $2,453.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes: | $0.00 | 406. City/town taxes: | $0.00 |
| 107. County taxes: | | 407. County taxes: | |
| 108. Assessments: | | 408. Assessments: | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | $2,453.00 | 420. GROSS AMOUNT DUE TO SELLER | $0.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $414,400.00 | 502. Settlement charges to seller (1400) | $0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff: | |
| 205. | | 505. Payoff 2nd: | |
| 206. | | 506. Express Payoff: Infinity Title Agency, Inc. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes: | | 510. City/town taxes: | |
| 211. County taxes: | | 511. County taxes: | |
| 212. Assessments: | | 512. Assessments: | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | $414,400.00 | 520. TOTAL REDUCTION IN AMOUNT DUE SELLER | $0.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross amount due from borrower (line 120) | $2,453.00 | 601. Gross amount due to seller (line 420) | $0.00 |
| 302. Less amounts paid by/for borrower (line 220) | $414,400.00 | 602. Less reduction in amount due seller (line 520) | $0.00 |
| 303. CASH [ ] from [x] to BORROWER | $411,947.00 | 603. CASH [x] to [ ] from SELLER | $0.00 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT**

The Information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. If this real estate is your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040). You are required to provide the Settlement Agent (named above) with your correct taxpayer Identification number. If you do not provide the Settlement Agent with your correct taxpayer Identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

(9603-1) Visual Title ™

_____
(Seller's Signature)

1401 PD-Page 2 SETTLEMENT STATEMENT    HUD-1

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL BROKER'S/ Division of Commission (line 700) as follows: | | | |
| 701. | | | |
| 702. | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee: .375% Metrocities Mortgage, LLC | | $1,554.00 | |
| 802. Loan Discount: % | | | |
| 803. Appraisal Fee: | | | |
| 804. Credit Report: | | | |
| 805. Tax Service Fee: | | $79.00 | |
| 806. Underwriting REview Fee: Metrocities Mortgage, LLC | | $495.00 | |
| 807. Commitment Fee: | | | |
| 808. Application Fee: | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest: From 05/31/2006 To 06/01/2006 @ $128.94 /day | | | |
| 902. Mortgage Insurance Premium: | | | |
| 903. Hazard Insurance Premium: | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance: | | | |
| 1002. Mortgage Insurance: | | | |
| 1003. City property taxes: | | | |
| 1004. County property taxes: | | | |
| 1005. Annual assessments: | | | |
| 1006. Aggregate Adjustment | | | |
| 1007. | | | |
| 1008. | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee: Infinity Title Agency, Inc. | | | |
| 1102. Abstract or title search: | | | |
| 1103. Title examination: | | | |
| 1104. Title insurance binder: | | | |
| 1105. Document preparation: | | | |
| 1106. Notary fees: | | | |
| 1107. Attorney's fees: | | | |
| Includes above item numbers; | | | |
| 1108. Title Insurance: Infinity Title Agency, Inc. | | $100.00 | |
| Includes above item numbers; | | | |
| 1109. Lender's coverage: $414,000.00 | | | |
| 1110. Owner's coverage: $ | | | |
| 1111. electronic package: Infinity Title Agency, Inc. | | $25.00 | |
| 1112. express package: Infinity Title Agency, Inc. | | $20.00 | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording fees: Deed $0.00 Mortgage $180.00 Release $0.00 | | $180.00 | |
| 1202. County transfer tax: | | $0.00 | $0.00 |
| 1203. Notice of Settlement: Infinity Title Agency, Inc. | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey: | | | |
| 1302. Pest Inspection: | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | $2,453.00 | $0.00 |

### CERTIFICATION

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Seller                            _____ Borrower

_____ Seller                            _____ Borrower

To the best of my knowledge the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____ Settlement Agent                  5/31/06 Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Visual Title ™                                                                      (9603-1)