# **Exhibit LL**



FLEISCHER, FLEISCHER & SUGLIA
BRIAN M. FLEISCHER, ESQUIRE
NICOLA G. SUGLIA, ESQUIRE
ALLISON L. DOMOWITCH, ESQUIRE
Plaza 1000 at Main Street, Suite 208
Voorhees, NJ 08043
(856) 489-8977

Attorneys for Defendants
GMAC Mortgage, LLC and Residential Funding Corp.

| | |
|---|---|
| Frank J. Reed, III and Christina A. Reed | SUPERIOR COURT OF NEW JERSEY |
| | BURLINGTON COUNTY – LAW DIVISION |
| Plaintiffs, | |
| | CIVIL ACTION |
| v. | |
| | DOCKET NO.: L-1526-10 |
| GMAC Mortgage, LLC, Residential Funding Corp., and John Does 1-30, Individually, Jointly, Severally and in the alternative | |
| Defendants. | |

## AFFIDAVIT

State of New Jersey   :
County of Camden     : ss

I, Stuart Shilling, of full age and duly sworn according to law, upon my oath deposes and says:

1.  I am the Vice President of Allied Mortgage Group in Voorhees, New Jersey, and I am authorized to execute this Affidavit on behalf of Allied Mortgage Group.

2.  Allied Mortgage Group was served with a Subpoena Duces Tecum in connection with the above matter on February 24, 2011. A true and correct copy of the Subpoena Duces Tecum is attached hereto as Exhibit "A" and incorporated herein by reference.

3.  The Subpoena Duces Tecum seeks, among other things, information, documents and correspondence related to Plaintiffs Frank and Christina Reed and/or related to the real property located at 817 Matlack Drive, Moorestown, New Jersey (the "Property") and/or related to any offers made on the Property or documentation related to the value of the Property.

4.  I subsequently reviewed a letter dated November 20, 2010 signed by Thomas Tartamosa, former loan officer for Allied Mortgage Group, which states that in March 2008,

while he was employed by Allied Mortgage Group, he worked on obtaining financing for Plaintiff Frank Reed.

5. I have confirmed that Mr. Tartamosa was employed by Allied Mortgage Group in March 2008.

6. After conducting a search of all business records of Allied Mortgage Group, I have found that Allied Mortgage Group does not have any record, documentation, or correspondence relating to either Frank Reed or Christina Reed.

7. I spoke with the corporate Operations Manager for Allied Mortgage Group and she has also confirmed that there is no record of any documentation or correspondence relating to either Frank Reed or Christina Reed in the computer system for Allied Mortgage Group.

8. Consequently, Allied Mortgage Group has no documentation or information supporting Mr. Tartamosa's claim that Plaintiffs sought financing from Allied Mortgage Group at any time, including March 2008.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____, Vice President
Stuart Shilling, Vice President
Allied Mortgage Group

Sworn and subscribed to
before me this  2  day
of  March  , 2011

_____
Notary Public

JACQUELYN L. HAMPSHIRE
Public, State of New Jersey
Commission Expires
Nov 17, 2012

2