# **Exhibit MM**

**From:** Mark Folweiler Mark.Folweiler@gmacrescap.com
**Subject:** RE: 817 Matlack Drive Morrestown, NJ 08057
**Date:** September 22, 2008 at 11:29 AM
**To:** frankreednj@aol.com

That is great news and as far as the docs are concerned they never send them back!

Mark Folweiler
Community Relations Specialist
GMAC ResCap
Pennsylvania HOPE/Keychain Alliance
1100 Virginia Drive
Fort Washington, PA 19034
(P) 215-734-5359
(C) 215-514-0913
(F) 866-502-5561

---

**From:** frankreednj@aol.com [mailto:frankreednj@aol.com]
**Sent:** Monday, September 22, 2008 10:09 AM
**To:** Folweiler, Mark
**Subject:** Re: 817 Matlack Drive Morrestown, NJ 08057

Mark:

I am contacting you with good news. We are under a cash contract with a settlement of next Monday, September 29, 2008. I didn't want to contact you until the house passed the buyer's inspection making the contract irrevocable, but now that it has, i wanted you to know right away.

I thank you for your help.

Even though it is moot at this point now, I also want to tell you that your HQ never sent back the executed written agreement as the their package said it would. I faxed the signiture page as requested in their package and started on the payment plan, but never recieved any confirmation. As a matter of fact the GMAC lawyers were still pushing the foreclosure.

Oh well, I just wanted to let you know.



Thanks again.

Frank Reed
 and Family



-----Original Message-----
From: Folweiler, Mark <Mark.Folweiler@gmacrescap.com>
To: frankreednj@aol.com; Neuman, Gary <Gary.Neuman@gmacrescap.com>
Sent: Thu, 31 Jul 2008 10:17 am
Subject: RE: 817 Matlack Drive Morrestown, NJ 08057


Frank,

I had been waiting on the docs that you just sent to me so that we could get the stop gap plan in place. The action is only placed on hold once the agreement is in place and funds are received.


Thanks,

Mark Folweiler
Community Relations Specialist
GMAC ResCap
Pennsylvania Keychain Alliance
1100 Virginia Drive
Fort Washington, PA 19034
(P) 215-734-5359
(C) 215-514-0913
(F) 952-893-7152

---

From: frankreednj@aol.com [mailto:frankreednj@aol.com]
Sent: Thursday, July 31, 2008 10:15 AM
To: Folweiler, Mark; Neuman, Gary
Subject: 817 Matlack Drive Morrestown, NJ 08057

Thanks Mark.

I just got a real scare because I just hung up from calling the law firm representing GMAC in the foreclosure action involving our house and they said that they were not notified of our agreement to temporarily stay the foreclosure action for three to six months.

Please call them as we have a hearing scheduled for tomorrow at 9 am that neither of us have to go to according to the court because of our temporary agreement.

The GMAC law firm's name and number are: Zucker, Goldberg a& Ackerman, LLC (908) 379 2233.

Thank you again.

Frank Reed
856 979 3035

---

The Famous, the Infamous, the Lame - in your browser. Get the TMZ Toolbar Now!

Find phone numbers fast with the New AOL Yellow Pages!