# **Exhibit ZZ**

Identifier:0601613576       Doc Type:LSMIT

*admitted*

08/01/08
Account Number .    3576
Page Four

*Received 8/8/08 (mailed for GMAC 9/4/08)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFIED FUNDS ONLY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE: There is no grace period during this Agreement. Pursuant to your request and in order to cure the default on this account, all payments must be received on or before the due date.

RECEIVED AND AGREED:

_____(Seal)    8/8/08
FRANK J REED                                 Date
Customer

_____            _____
Customer                                      Date

Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our concurrence with this agreement.

_Shuri Heisleman_ 9/4/08
Servicer

5:15

SIGN AND RETURN THIS PAGE ONLY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FAX TO 866-340-5043 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EYh
ZZ