# **Exhibit 6**

R: 5/28/08

XCZ    102962
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Plaintiff
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

BURLINGTON COUNTY
CLERK

2008 MAY 27 P 2:41

RECEIVED

GMAC MORTGAGE, LLC
          Plaintiff
vs.

Frank J. Reed, III; Christina A. Reed; Mortgage Electronic
Registration Systems, Inc., as nominee for Homecomings
Financial, LLC;
          Defendant(s)

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION
BURLINGTON COUNTY
DOCKET NO. F-19177-08

Civil Action

NOTICE OF LIS PENDENS

TO WHOM IT MAY CONCERN:

    Notice is hereby given of the commencement and pendency of the above entitled Civil Action, the general objects of which are:

    1. To foreclose the mortgage made by Frank J. Reed, III and Christina A. Reed, husband and wife to Mortgage Electronic Registration Systems, Inc., as nominee for Metrocities Mortgage, LLC dated 05/31/2006 recorded in the office of the Burlington County Clerk, in Book 11124 of Mortgages for said County, Page 410.

    SAID MORTGAGE WAS SUBSEQUENTLY ASSIGNED TO PLAINTIFF HEREIN.

    2. To recover possession of the lands described in Schedule "A" annexed hereto.

    3. The Complaint in the above referenced case was filed on 05/19/2008.

ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Plaintiff

By: _Leonard B. Zucker_
LEONARD B. ZUCKER
A MEMBER OF THE FIRM

DATED: 5/23/2008

BOOK 368 PAGES 33-35

102962D1007C05232008P62

EXHIBIT 6

SCHEDULE "A"

ALL the following described property located in the Township of Moorestown, County of BURLINGTON, State of New Jersey:

COMMONLY known as 817 MATLACK DRIVE, MOORESTOWN, NJ 08057

BEING also known as Lot 2, Block 3803 on the tax map of the Township of Moorestown.

102962D1007C05232008P63