# **Exhibit 13**

**Law Offices of Jeffrey S. Walters, LLC**
3000 Atrium Way Suite 2201
Mount Laurel, NJ  08054

856-552-1045

Invoice submitted to:

Mr. Frank J. Reed III
817 Matlack Dr.
Moorestown NJ 08057

frankreedva@aol.com

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| June 20, 2014 | 11547 | 9/16/2013 |

In Reference To:   GMAC Mortgage Litigation

|  | Amount |
|---|---|
| Interest on overdue balance | $6,948.21 |
| Total amount of this bill | $6,948.21 |
| Previous balance | $50,864.32 |
| **Please Pay This Amount:** | **$57,812.53** |

Kindly note that payments are due upon receipt of invoice.  Prompt payments are appreciated.

Please note that interest at the annual rate of 18% shall begin to accrue on balances not received within 30 days.

Thank you very much for being our client and entrusting your legal matter to us.

If you would like to pay by credit card, we accept credit card payments with VISA, MASTERCARD and DISCOVER.
Please call the office if you would like to pay by credit card.

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 6,948.21 | 0.00 | 0.00 | 0.00 | 50,864.32 |



EXHIBIT 13