# **Exhibit 13A**

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### DECLARATION OF JEFFREY S. WALTERS, ESQ.
### FOR PURPOSE OF DOCUMENT AUTHENTICATION

I, Jeffrey S. Walters, Esq., under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice before the Superior Court of New Jersey, the Federal Courts in the District of New Jersey, and the United States Bankruptcy Courts throughout New Jersey. I was admitted to the bar in 1991, and am the principal attorney with the firm of Law Offices of Jeffrey S. Walters, LLC.

2. I personally provided counsel and legal services to Frank Reed with respect to his claims against GMAC Mortgage LLC ("GMACM") and Residential Funding Corp. ("RFC") arising from the foreclosure action which GMACM had wrongfully initiated against Frank Reed and his spouse. Such services included attempted negotiation and mediation with GMACM and RFC to resolve the claims and mitigate the improper foreclosure harm, and the filing of a New Jersey state court action against GMACM and RFC in the Superior Court of New Jersey, Law Division, Burlington County, Docket No. L-1526-10. The Superior Court action was litigated from May 7, 2010 through January 20, 2012.

13A

3. Attached hereto as Exhibit A is a true and correct copy of the most recent invoice generated by my office, representing the amount due for services rendered to Mr. Reed as set forth above. I affirm that the amount set forth therein is an accurate statement of the amount owed to my office, without any setoff or credit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2014.

_____
Jeffrey S. Walters, Esq.