**Exhibit 14**

| 8/22/2014 | Kearney, Campbell & Burns, P.C. | |
|---|---|---|
| 3:48 PM | Invoice Listing | Page 1 |

## Selection Criteria

| | |
|---|---|
| Clie.Classification | Open |
| A/R.Transaction Date | Earliest - 8/22/2014 |
| Clie.Selection | Include: Reed, Frank |

| Client | ID | Date | Invoice # | Billed | Paid/Adj. | Due |
|---|---|---|---|---|---|---|
| Assigned Atty: Linda Campbell | | | | | | |
| Reed, Frank | | | | 1840.00 | 1840.00 | 0.00 |
| | | | | | | |
| Total: Linda Campbell | | | | 1840.00 | 1840.00 | 0.00 |
| Grand Total | | | | 1840.00 | 1840.00 | 0.00 |


EXHIBIT 14