# **Exhibit 14A**

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## DECLARATION OF LINDA L. CAMPBELL, ESQ.
## FOR PURPOSE OF DOCUMENT AUTHENTICATION

I, Linda L. Campbell, Esq., under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in New Jersey, Florida, Pennsylvania and the U.S. District Court for the District of New Jersey, and am associated with the law firm of Kearney, Campbell & Burns.

2. I provided counsel and legal services to client Frank Reed with respect to a foreclosure lawsuit filed against him by GMAC Mortgage LLC in the New Jersey Superior Court, Burlington County, Docket F-19177-08.

3. Attached hereto as Exhibit A is a true and correct copy of receipts generated by the firm indicating the payments made by Mr. Reed with respect to the services that were provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2014.

*[signature]*
Linda L. Campbell, Esq.