# **Exhibit 15**

**From:** Frank Reed VA <frankreedva@aol.com>
**To:** Frank Reed <frankreednj@aol.com>
**Subject:** Fwd: payments rec'd
**Date:** Mon, Sep 8, 2014 1:07 pm

Sent from my iPhone

Begin forwarded message:

> **From:** Barbara Clark <BClark@mkmnjlaw.com>
> **Date:** August 22, 2014 at 10:50:45 AM EDT
> **To:** "frankreedva@aol.com" <frankreedva@aol.com>
> **Subject: re: payments rec'd**
>
> I couldn't find the email but here are the payments we rec'd on the foreclosure matter – 6/19/08 $500.00, 10/28/08 $1500.00 & 2/19/09 $1983.00.


EXHIBIT 15