# **Exhibit 15A**

Frank Reed
817 Matlack Drive
Moorestown, NJ 08057
Telephone: (856) 956-6950
*Creditor, Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## DECLARATION OF KRISDEN M. McCRINK, ESQ.
## FOR PURPOSE OF DOCUMENT AUTHENTICATION

I, Krisden M. McCrink, Esq., under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in New Jersey, Pennsylvania, the U.S. District Court for New Jersey and the Eastern District of Pennsylvania, and am a partner at the law firm of McCrink, Kehler & McCrink ("the Firm").

2. Mr. Reed retained the services of the Firm in 2008 with respect to a foreclosure lawsuit filed against him by GMAC Mortgage LLC in the New Jersey Superior Court, Burlington County, Docket F-19177-08.

3. Attached as Exhibit A is a copy of our bills with receipts from Mr. Reed. The documents are true & unaltered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2014.

_____
Krisden M. McCrink, Esq.

Page **1** of **1**

15A

## *McCRINK, KEHLER & McCRINK*

ATTORNEYS AT LAW
McCRINK, KEHLER & McCRINK LAW BUILDING
475 ROUTE 73 NORTH
WEST BERLIN, NEW JERSEY 08091-2003
Website: www.mkmnjlaw.com
Firm E-mail: lawfirm@mkmnjlaw.com

MATTHEW R. McCRINK
DANIEL R. KEHLER †
KRISDEN M. McCRINK †

---------------

DANIEL E. MAY†

TELEPHONE
(856) 768-0033

FACSIMILE
(856) 768-8844
† Admitted in NJ & PA

September 12, 2014

# EXHIBIT A

The following payments were made by Frank Reed:

| Date | Amount |
|---|---|
| 6/19/08 | $500.00 |
| 10/28/08 | $1500.00 |
| 2/19/09 | $1983.00 |
| Total Payments | $3,983.00 |

## *McCrink, Kehler & McCrink*
475 Route 73 N.
West Berlin, New Jersey 08091

Ph:(856) 768-0033                          Fax:(856) 768-7243

Frank Reed                                                                 September 12, 2014
9717 Old Dell Trace
Richmond, VA
23238

|            |              | File #: | m10rf08f |
|------------|--------------|---------|----------|
| Attention: |              | Inv #:  | Settle   |

RE:    Reed, Frank - foreclosure (GMAC)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-28-08 | Conference with Client - re: foreclosure | 0.10 | 36.50 | MRM |
|  | Conference with Client ;File review and analysis | 0.20 | 39.00 | RJK |
| May-29-08 | File review and analysis ;Instructions to Staff | 0.10 | 19.50 | RJK |
| Jun-06-08 | File review and analysis ;Telephone Call with Client | 0.50 | 97.50 | RJK |
| Jun-11-08 | Telephone Call with opposing counsel/party - Scott Jacobs | 0.20 | 73.00 | MRM |
| Jun-18-08 | Instructions to Staff | 0.10 | 22.50 | RMK |
|  | Preparation of answer | 0.40 | 90.00 | RMK |
| Jun-19-08 | Conference with Client | 0.30 | 109.50 | MRM |
|  | Instructions to Staff | 0.10 | 36.50 | MRM |
|  | Revision of answer | 0.20 | 73.00 | MRM |
|  | Instructions to Staff | 0.20 | 73.00 | MRM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Instructions to Staff ;File review and analysis ;Conference with Client | 0.50 | 97.50 | RJK |
| | Instructions to Staff ;File review and analysis | 0.20 | 39.00 | RJK |
| Jun-20-08 | Instructions to Staff | 0.20 | 73.00 | MRM |
| | Correspondence - Client - e-mail | 0.10 | 36.50 | MRM |
| | File review and analysis ;Preparation of Answer | 0.50 | 97.50 | RJK |
| | Conference with Client ;Preparation of Answer | 1.00 | 195.00 | RJK |
| Jun-27-08 | File review and analysis | 0.10 | 19.50 | RJK |
| Jun-30-08 | File review and analysis | 0.10 | 19.50 | RJK |
| Jul-01-08 | Conference with Client ;File review and analysis | 0.20 | 39.00 | RJK |
| | File review and analysis | 0.90 | 202.50 | RMK |
| Jul-03-08 | Instructions to Staff ;Telephone Call with Client | 0.20 | 73.00 | MRM |
| Jul-17-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |
| | Instructions to Staff | 0.10 | 36.50 | MRM |
| Jul-18-08 | Instructions to Staff | 0.30 | 109.50 | MRM |
| | Instructions to Staff ;File review and analysis | 0.30 | 67.50 | RMK |
| | Preparation of opposition st motion | 0.50 | 112.50 | RMK |
| Jul-19-08 | Instructions to Staff | 0.10 | 36.50 | MRM |
| Jul-21-08 | Conference with Client ;File review and analysis ;Instructions to Staff | 0.30 | 58.50 | RJK |
| Jul-22-08 | Instructions to Staff | 0.10 | 36.50 | MRM |
| Jul-24-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |

| Jul-28-08 | Telephone Call with Client ;Preparation of certification of service;Correspondence - Client | 0.40 | 78.00 | RJK |
|---|---|---|---|---|
| Aug-01-08 | Telephone Call with Client | 0.20 | 39.00 | RJK |
| Aug-25-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |
| Aug-28-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |
| Sep-04-08 | Instructions to Staff | 0.10 | 36.50 | MRM |
| Sep-12-08 | File review and analysis - re: summary judgement motions | 0.10 | 19.50 | RJK |
| Sep-19-08 | File review and analysis - re: summary judgement motion | 0.10 | 19.50 | RJK |
| Sep-26-08 | File review and analysis | 0.10 | 19.50 | RJK |
| Oct-09-08 | Telephone Call with Client | 0.10 | 36.50 | MRM |
| Oct-10-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |
| Oct-13-08 | Correspondence - Client - foreclosure | 0.20 | 73.00 | MRM |
| | Telephone Call with Client | 0.10 | 36.50 | MRM |
| | Instructions to Staff ;File review and analysis ;Research | 1.00 | 195.00 | RJK |
| Oct-16-08 | Conference with Client | 0.20 | 39.00 | RJK |
| Oct-21-08 | Instructions to Staff - re: motion | 0.10 | 19.50 | RJK |
| Oct-22-08 | Instructions to Staff | 0.10 | 36.50 | MRM |
| | File review and analysis ;Research - re: Hope Now; motion; notice | 2.00 | 390.00 | RJK |
| | Telephone Call with Client | 0.20 | 39.00 | RJK |
| | Telephone Call with Client | 0.10 | 19.50 | RJK |
| | Telephone Call with Client | 0.20 | 39.00 | RJK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-23-08 | Telephone Call with Client ;File review and analysis ;Research | 0.20 | 39.00 | RJK |
| | File review and analysis ;Correspondence - Client - re: motion | 0.20 | 39.00 | RJK |
| Oct-28-08 | Telephone Call with Client - foreclosure | 0.10 | 36.50 | MRM |
| | Instructions to Staff | 0.10 | 36.50 | MRM |
| Oct-29-08 | Instructions to Staff ;File review and analysis | 0.10 | 19.50 | RJK |
| Nov-06-08 | Telephone Call with Client - re: motion | 0.30 | 58.50 | RJK |
| | File review and analysis | 0.10 | 19.50 | RJK |
| Nov-13-08 | Telephone Call with Client | 0.20 | 73.00 | MRM |
| Nov-18-08 | Instructions to Staff | 0.10 | 36.50 | MRM |
| Nov-19-08 | Telephone Call with Client ;File review and analysis ;Instructions to Staff | 0.40 | 78.00 | RJK |
| Nov-21-08 | Correspondence on behalf of Client - e-mails from Jeff Walters | 0.10 | 7.50 | PL |
| Dec-29-08 | File review and analysis - re: motion status | 0.10 | 19.50 | RJK |
| Oct-24-12 | Preparation of proof of claim; Instructions to Staff | 0.30 | 0.00 | PL |
| Nov-01-12 | Review of papers for proof of claim | 0.50 | 117.50 | CA |
| | Instructions to Staff - re: proof of claim | 0.10 | 0.00 | PL |
| | Instructions to Staff - re: proof of claim | 0.10 | 0.00 | PL |
| Nov-05-12 | Review of his cert for his foreclosure/bankruptcy | 0.20 | 0.00 | CA |
| Nov-06-12 | Research | 0.10 | 0.00 | CA |
| | Review of his filings (pro se) | 0.30 | 0.00 | CA |
| Nov-09-12 | Telephone Call with Client - re: his filing | 0.20 | 0.00 | CA |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Nov-16-12 | Telephone Call with Client - re: mediation statement | 0.30 | 70.50 | CA |
| Nov-21-12 | Receipt/Review of Documents - email | 0.10 | 0.00 | CA |
| | Research | 0.10 | 0.00 | CA |
| Dec-12-12 | Correspondence - Client | 0.10 | 23.50 | CA |
| | Research | 0.30 | 70.50 | CA |
| | Totals | 19.10 | $4,265.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-22-08 | Check returned for insufficient funds | 1,500.00 |
| | Totals | $1,500.00 |

| | |
|---|---|
| **Total Fee & Disbursements for all charges on this matter** | **$5,765.00** |

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jul-01-08 | Client Paying Bill - Frank Reed | 211.41 |
| Jul-01-08 | Client Paying Bill - Frank Reed | 242.04 |
| Jul-01-08 | Client Paying Bill - Frank Reed | 46.55 |
| Oct-16-08 | Client Paying Bill - Frank Reed | *Check returned →* 1,500.00 |
| Oct-28-08 | Client Paying Bill - Frank Reed | 1,500.00 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 669.50 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 109.50 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 819.00 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 182.50 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 195.00 |
| Feb-19-09 | Client Paying Bill - Frank Reed v GMAC | 7.50 |
| **Total Payments** | | **$5,483.00** |