UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :    Chapter 11
                               :
RESIDENTIAL CAPITAL, LLC,      :    Case No. 12-12020 (MG)
et al..,[1]                    :
                               :
                    Debtor.    :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on November 14, 2014, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **ORDER SUSTAINING RESCAP BORROWER CLAIMS TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CERTAIN UNCONTESTED CLAIMS AND ADJOURNING THE HEARING AS TO CLAIM NUMBER 5653 FILED BY JAMES DEMETRIOU (Docket No. 7756)**

Dated: November 17, 2014

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this __17__ day of __November__, 20_14_, by, __Richie R Lim_____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# EXHIBIT A

James P. Demetriou
650 South Loop Parkway
St. Augustine, FL 32095


Michael Wheeler
1728 Victoria Way NW
Kennesaw, GA 30152

Emmanuel Diryawish
c/o WPAL
3415 S. McClintock Rd #112
Tempe, AZ 85282


Deborah & Samuel Young
David H. Kaplan, Esq.
20 Continental Drive, Bldg One
Stanhope, NJ 07874


HSBC BANK USA NATIONAL ASSOCIATION AS
TRUSTEE FOR DEUTSCHE ALT
2007 3 PLAINTIFF V DEBRA M YOUNG MR YOUNG HUSBAND et al
Law Office of David Kaplan, LLC
20 Continental Drive, Bldg One
Stanhope, NJ 07874


Mihailescu Florin PMB 545
8776 E. Shea Blvd. #33a
Scottsdale, AZ 85260-6629


Eliza Hemenway
ELIZA HEMENWAY VS GMAC MORTGAGE LLC
259 Oak Street
San Francisco, CA 94102

Steven D Brockman & Edna C Brockman vs
GMAC Mortgage, LLC et al
Johnson & Johnson LLP
26060 Acero, Suite 115
Mission Viejo, CA 92691-2768

Steven D Brockman & Edna C Brockman vs
GMAC Mortgage, LLC et al
Johnson & Johnson LLP
26060 Acero, Suite 115
Mission Viejo, CA 92691-2768

Gary A. Barney, Chapter 7 Trustee State of Wyoming
Brad T. Hunsicker
Winship & Winship, PC
P.O. Box 548
Casper, WY 82602

Andrea Mangan c/o
Law Offices of Stevan J. Henrioulle
969G Edgewater Blvd.
Foster City, CA 94404

Andrea Mangan c/o
Law Offices of Stevan J. Henrioulle
969G Edgewater Blvd.
Foster City, CA 94404