UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re:                                                                )   Case No. 12-12020 (MG)
                                                                          )
RESIDENTIAL CAPITOL, LLC, et al.,              )   CHAPTER 11
                                                                          )
                                    Debtors.              )

### RESPONSE RESCAP BORROWER CLAIMS TRUST'S SEVENTY- FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) AS TO CLAIM NO. 1574

*Claim 1574 Filed by Rainer Warner*

1.  Mr. Warner in reply of the two statements in paragraph 4 of Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to claims (No-Liability Borrower Claims) As to Claim No. 1574 which were identified in the response and objection to the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) there was not a mention of improperly denying requests for loans; however Mr. Warner has exhibited enough evidence concerning problems and incompetence with the loan modification and short sale reviews, and that the debtors had no intentions to allow a loan modification as the debtor's were better off not to allow either form of remedy as private mortgage insurance (PMI) was better suited for the debtors to offset losses in the case where a mortgagor is not able to repay the loan and the lender is not able to recover its costs after foreclosure and sale of the mortgaged property; therefore again it is possible the plaintiff's injury was a foreseeable consequence of the conduct alleged.




12-12020-mg   Doc 7782   Filed 11/13/14   Entered 11/19/14 16:29:52   Main Document
Pg 2 of 6

2. Mr. Warner in his previous response stated that there were three (3) BPO's done on the property. Debtor's claimed there were nine (9) BPO's necessary to be properly ordered and charged to Claimant's account in accordance with Debtors standard business practices, and the terms of the note and mortgage. Acknowledging and resubmitting Exhibit G, Mr. Warner has pointed out the inconsistencies that were addressed to the inspections and especially the BPO's. Exhibit G shows that their were eight (8) BPO's related to the property not nine (9) as the debtor's stated; it also showed BPO's being conducted from 2009 to 2012 most BPO's are good for six (6) months per GMAC before it is out of date. Exhibit G shows the BPO "being properly ordered" within 5 months (2/4/2009 - 7/27/2009), 3 months, (7/27/2009 - 10/19/2009) and 1 month (10/19/2009 - 11/12/2009) of each other. BPO's are usually a process very similar to an appraisal, this process involves outside photos, inside photos, comps, and agreement of the owner/occupant.

3. Mr. Warner challenged the Debtors to produce any pictures taken of any proposed property inspections and BPO's, other than the authorized pictures taken for the three (3) BPO's. The debtors provided inside photos of the property from three companies 1. PCV/Murcor Inc "properly ordered" 3/25/2010 and completed 3/30/2010. 2. Core Logic "properly orederd" on 2/2/2012 and completed on 2/3/2012. eMortgage Logic "properly ordered" and completed on 4/8/2012 Exhibit G also shows where the debtors ordered a BPO to First American Residential Value order date 2/2/2012 completed 2/4/2012 where Core Logic did the inspection on 2/3/2012 in the same time span; therefore per Exhibit G there were only eight (8) BPO's ordered, three (3) which included outside photos, inside photos, comps, and agreement of the owner/occupant.

2

## SUMMARY

Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) with regards to paragraph 4 of the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) As to Claim No. 1574 continue to dance around loan modifications and short sales for the debtor's not to have liability for their actions. Of the thirteen (13) issues in which a reply was given in the Response and Objection to Notice of the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) the two issues raised here have no additional merit as the debtor's would not be in this situation if the claims against them were false. In his reply Mr. Warner has addressed and proven through Exhibit G, that there were only three BPO's properly ordered and within reasonable time frames. All other BPO's and inspections were not necessary and should not have been ordered as their was no justifiable cause.

WHEREFORE, The Claimant Rainer P. Warner, respectfully request that the *Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* **be denied with prejudice**

Respectfully Submitted by,

*/s/ Rainer P. Warner*

RAINER P. WARNER

Dated 9 November 2014

## CERTIFICATE OF SERVICE

I certify that on November 10, 2014, copies of this Response were served by mailing the same by ordinary U.S. Mail, postage pre-paid, and/or via electronic mail to the persons listed below:

(i) Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

(ii) Morrison & Foerston LLP,
Counsel for the Debtors
ATTN: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett
250 West 55th Street
New York, NY 10019

(iii) The ResCap Borrower Claims Trust
Polsinelli PC
ATTN: Daniel J. Flanigan
900 Third Avenue, 21st Floor
New York, NY 10022

(iv) Office of the United States Trustee for the Southern District of New York
ATTN: Linda A Rifkin, Esq., and Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

(v) The ResCap Liquidating Trust
Quest Turnaround Advisors
ATTN: Jeffrey Brodsky
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573

4

Property Job Summary.

CoreLogic

CoreLogic Field Services
1 First American Way
Westlake, TX 76262
1-800-873-4532

Client: Ocwen Loan Servicing, LLC - Homecomings
Loan #: ▓▓▓▓6197
Guarantor: UNIN

Mortgagor: RAINER P WARNER
Address: 510 ENTRADA ST SE
PALM BAY FL 32909-

| Order Id | Man/PLS Code | Request On | Request Type | FAFS Received Date | Completed Date | Invoice Date | Invoice # | Invoice Amount | Occupancy Status | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 238866557 | 060 | Property | Foreclosure Inspection | 12/25/2012 | 12/27/2012 | 12/27/2012 | 42612645 | $14.75 | Owner (Mortgagor) | Completed |
| 238225517 | 060 | Property | Foreclosure Inspection | 11/24/2012 | 11/26/2012 | 11/26/2012 | 42180048 | $14.75 | Owner (Mortgagor) | Completed |
| 237633838 | 060 | Property | Foreclosure Inspection | 10/25/2012 | 10/30/2012 | 10/31/2012 | 41845047 | $14.75 | Occupied Name Unknown | Completed |
| 236957690 | | Property | Foreclosure Inspection | 9/25/2012 | 10/03/2012 | 10/05/2012 | 41422467 | $16.50 | Occupied Name Unknown | Completed |
| 236350640 | | Property | Foreclosure Inspection | 8/25/2012 | 8/29/2012 | 8/29/2012 | 40945860 | $14.75 | Owner (Mortgagor) | Completed |
| 235745661 | | Property | Foreclosure Inspection | 7/26/2012 | 7/27/2012 | 7/27/2012 | 40499847 | $14.75 | Owner (Mortgagor) | Completed |
| 235141703 | | Property | Foreclosure Inspection | 6/26/2012 | 7/02/2012 | 7/04/2012 | 40133088 | $14.75 | Owner (Mortgagor) | Completed |
| 234559319 | | Property | Foreclosure Inspection | 5/26/2012 | 6/05/2012 | 6/06/2012 | 39763703 | $16.50 | Occupied Name Unknown | Completed |
| 233955873 | | Property | Foreclosure Inspection | 4/26/2012 | 5/03/2012 | 5/04/2012 | 39311798 | $13.00 | Owner (Mortgagor) | Completed |
| 233344370 | | Property | Foreclosure Inspection | 3/27/2012 | 3/31/2012 | 4/04/2012 | 38906286 | $14.75 | Owner (Mortgagor) | Completed |
| 232781514 | | Property | Foreclosure Inspection | 2/24/2012 | 2/27/2012 | 2/29/2012 | 38480361 | $14.75 | Owner (Mortgagor) | Completed |
| 232175897 | | Property | Foreclosure Inspection | 1/24/2012 | 1/27/2012 | 1/30/2012 | 38069694 | $14.75 | Occupied Name Unknown | Completed |
| 231572636 | | Property | Foreclosure Inspection | 12/24/2011 | 12/28/2011 | 12/29/2011 | 37615431 | $14.75 | Owner (Mortgagor) | Completed |
| 230961957 | | Property | Foreclosure Inspection | 11/24/2011 | 11/29/2011 | 11/30/2011 | 37211185 | $11.25 | Owner (Mortgagor) | Completed |
| 230368793 | | Property | Foreclosure Inspection | 10/27/2011 | 11/01/2011 | 11/03/2011 | 36786069 | $11.25 | Occupied Name Unknown | Completed |
| 229769492 | | Property | Foreclosure Inspection | 9/27/2011 | 10/05/2011 | 10/07/2011 | 36343698 | $11.25 | Occupied Name Unknown | Completed |
| 229147610 | | Property | Foreclosure Inspection | 8/27/2011 | 8/29/2011 | 8/29/2011 | 35764582 | $11.25 | Owner (Mortgagor) | Completed |
| 228599195 | | Property | Foreclosure Inspection | 7/28/2011 | 7/28/2011 | 7/29/2011 | 35325477 | $11.25 | Owner (Mortgagor) | Completed |
| 228082856 | | Property | Foreclosure Inspection | 6/28/2011 | 6/29/2011 | 7/06/2011 | 34964733 | $11.25 | Occupied Name Unknown | Completed |
| 227600471 | | Property | Foreclosure Inspection | 5/28/2011 | 6/04/2011 | 6/06/2011 | 34531772 | $11.25 | Owner (Mortgagor) | Completed |
| 227103400 | | Property | Foreclosure Inspection | 4/28/2011 | 4/30/2011 | 5/04/2011 | 34147683 | $11.25 | Occupied Name Unknown | Completed |
| 226639095 | | Property | Foreclosure Inspection | 3/31/2011 | 4/06/2011 | 4/08/2011 | 33781391 | $11.25 | Occupied Name Unknown | Completed |
| 226206535 | | Property | Foreclosure Inspection | 3/01/2011 | 3/04/2011 | 3/07/2011 | 33383246 | $11.25 | Occupied Name | Completed |

Handwritten annotations in right margin:
- } Occupied (grouping rows 236350640–235141703)
- } Occupied (grouping rows 233955873–232781514)
- } Occupied (grouping rows 231572636–230961957)
- } Occupied (grouping rows 229147610–228599195)
- } Excessive (grouping rows 227103400–226206535)

https://pcw.corelogic.com/PropertyLevel/PropJobSumPrint.aspx                           10/29/2013

Property Job Summary.

| ID | | Type | Activity | Date 1 | Date 2 | Date 3 | Ref | Fee | Occupancy | Status | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 225741618 | | Property | Foreclosure Inspection | 1/29/2011 | 1/31/2011 | 2/04/2011 | 32992531 | $11.25 | Unknown Owner (Mortgagor) | Completed | } Occupied |
| 225255073 | | Property | Foreclosure Inspection | 12/30/2010 | 1/06/2011 | 1/06/2011 | 32595133 | $11.25 | Owner (Mortgagor) | Completed | |
| 224728022 | | Property | Foreclosure Inspection | 11/30/2010 | 12/07/2010 | 12/07/2010 | 32150705 | $11.25 | Occupied Name Unknown | Completed | } Excessive |
| 224199257 | | Property | Foreclosure Inspection | 11/01/2010 | 11/03/2010 | 11/04/2010 | 31651492 | $11.25 | Owner (Mortgagor) | Completed | |
| 223636197 | | Property | Foreclosure Inspection | 9/30/2010 | 10/04/2010 | 10/04/2010 | 31197202 | $11.25 | Owner (Mortgagor) | Completed | |
| 223048693 | | Property | Foreclosure Inspection | 8/26/2010 | 8/30/2010 | 8/31/2010 | 30691009 | $11.25 | Owner (Mortgagor) | Completed | |
| 222500141 | | Property | Foreclosure Inspection | 7/27/2010 | 8/03/2010 | 8/03/2010 | 30238222 | $11.25 | Owner (Mortgagor) | Completed | |
| 221959607 | | Property | Foreclosure Inspection | 6/26/2010 | 6/30/2010 | 7/13/2010 | 29848084 | $11.25 | Owner (Mortgagor) | Completed | |
| 221441045 | | Property | Foreclosure Inspection | 5/27/2010 | 5/30/2010 | 5/31/2010 | 29278435 | $11.25 | Owner (Mortgagor) | Completed | |
| 220916739 | | Property | Foreclosure Inspection | 4/27/2010 | 5/04/2010 | 5/04/2010 | 28848014 | $11.25 | Owner (Mortgagor) | Completed | |
| 219990507 | | Property | Foreclosure Inspection | 3/09/2010 | 3/16/2010 | 3/17/2010 | 28104492 | $11.25 | Occupied Name Unknown | Completed | |
| 219542306 | | Property | Initial Securing | 2/10/2010 | 2/11/2010 | 2/12/2010 | 27676213 | $35.00 | Owner Occupied | Completed | Never Took Place, Never Happened |
| 219496179 | | Property | Foreclosure Inspection | 2/06/2010 | 2/09/2010 | 2/15/2010 | 27659698 | $11.25 | Vacant & Locked | Completed | |
| 218957438 | | Property | Foreclosure Inspection | 1/07/2010 | 1/13/2010 | 1/13/2010 | 27176668 | $11.25 | Occupied Name Unknown | Completed | |
| 218435441 | | Property | Foreclosure Inspection | 12/08/2009 | 12/17/2009 | 12/17/2009 | 26777728 | $11.25 | Occupied Name Unknown | Completed | |
| 217357792 | | Property | Foreclosure Inspection | 10/08/2009 | 10/17/2009 | 10/19/2009 | 25876918 | $11.25 | Owner (Mortgagor) | Completed | } Occupied |
| 216726878 | | Property | Foreclosure Inspection | 9/08/2009 | 9/13/2009 | 9/15/2009 | 25275508 | $11.25 | Owner (Mortgagor) | Completed | |
| 216129934 | | Property | Foreclosure Inspection | 8/07/2009 | 8/11/2009 | 8/12/2009 | 24732817 | $11.25 | Occupied Name Unknown | Completed | |
| 215489741 | | Property | Foreclosure Inspection | 7/02/2009 | 7/04/2009 | 7/06/2009 | 24150819 | $11.25 | Occupied Name Unknown | Completed | |
| 214910382 | | Property | Foreclosure Inspection | 6/02/2009 | 6/06/2009 | 6/09/2009 | 23694023 | $11.25 | Occupied Name Unknown | Completed | |
| 213795388 | | Property | Foreclosure Inspection | 4/01/2009 | 4/04/2009 | 4/06/2009 | 22698746 | $11.25 | Occupied Name Unknown | Completed | |
| 212328335 | | Property | Borrower Interview | 1/06/2009 | 1/13/2009 | 1/15/2009 | 21521881 | $11.25 | Owner (Mortgagor) | Completed | |
| 211687390 | | Property | Borrower Interview | 11/18/2008 | 11/29/2008 | 12/03/2008 | 20994558 | $11.25 | Occupied Name Unknown | Completed | |
| 211165136 | | Property | Borrower Interview | 10/17/2008 | 10/26/2008 | 11/04/2008 | 20636347 | $11.25 | Occupied Name Unknown | Completed | |

INCONSISTENCIES IN PRICES
INCONSISTENCIES IN Whether the property was Occupied or Mortgagor Owned
This is clear indication that No one physically drove
past the property or witnessed movement around the property.