### UNITED STATE BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC, ET AL.,<br><br>DEBTORS | CASE NO 12-12020<br><br>CHAPTER 11 |

**CREDITOR # 444 & 913**

### AFFIDAVIT OF INDIGENCY REQUEST TO PROCEED IN FORMA PAUPERIS

**PLEASE TAKE NOTICE,** that Petitioner Ronald P Gillis (movant) hereby files an Application to Proceed in the US Bankruptcy Court, Southern District of New York Without Prepaying Fees of Costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1) I am currently employed by Southwest Florida Notaries/The Notary Guy and receive approximately $850 per month.

2) My wife also receives the same amount from Southwest Florida Notaries and until the end of the year, is working a part-time job that she expects to make about $750 a month, then in 2015, anticipates making about $200 a month at the same job at Brookside Bluffs RV in Zolfo Springs.

3) The movant is not currently receiving any public benefits, however, movants wife applied for unemployment compensation, but has never been approved to date.

4) The Movant has about $400 in a checking account. Movant also owns a home worth about $60,000 which is the subject of a lengthy litigation, currently removed to US District Court in Fort Myers. From the Twentieth Judicial Circuit Charlotte County Florida. Movant

has no other substantial assets.

5) The Movant has been disputing a purported mortgage in the Florida State Courts, currently in Federal Court, Fort Myers, FL.

6) Movant's wife has medical debts of about $15,500 and pays about $80 per month towards said bills.

7) Movant understands that the Court shall dismiss this request if Movants gives a false answer to any questions in this declaration.

WHEREFORE, the movant is submitting the Motion to Lift the Stay, an Affidavit of Indigency and Motion to Proceed *In Forma Pauperis* based on the current financial situation of the undersigned and request a to proceed in this case *In Forma Pauperis*.

**Respectfully submitted, and under penalty of perjury that the foregoing is true and correct,**

*[signature]*

Ronald P Gillis
P O Box 380842
Murdock, FL 33938
(413) 622-2282

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing __AFFIDAVIT OF INDIGENCY MOTION TO PROCEED IN FORMA PAUPERIS__ was furnished by hand delivery or USPS 1st Class Mail to:

United States Bankruptcy Court - Southern District of New York
One Bowling Green
New York, NY 10004

ATTN: Aurea Suarez

on this __13th__ day of November, 2014

*[signature]*

By: Ronald P Gillis