# MICHAEL A AND GLORIA S MCGUINTY

8708 53rd Terrace East  Bradenton Florida 34211
Ph 941-752-6340 cell 941-799-0439

November 13, 2014

Most Honorable Judge Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamiltion Custom House, One Bowling Green
New York, New York
10004-1408

**Court Docket:** #7720
**Document Name:** Response to Motion (Amendment to Page 1) Filed by Gloria & Michael McGuinty
**Date Filed:** 11/6/2014
Related Documents
[2]
7702, 7552

Attached as the Court requested today November 13, 2014 are documents II thru LL which the print is not legible

Sincerely
Gloria McGuinty and Michael A McGuinty

cc Morrison & Foerster, OFF. Of US Trustee, Res Cap Borrowers Claims Trust, Res Cap Liquidating Trust

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422


RECEIVED
NOV 18 2014
U.S. BANKRUPTCY COURT, SDNY

1-OF 11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422**

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey bargain and sell unto the grantee, its successors and assigns, Forever, All the estate, right title and interest which the said Mortgagor had in said land and tenements and every part thereof, on the 12th day of August, 2003 that being the date of said mortgage, or at anytime thereafter, To Have and to Hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole use, benefit and behoove forever, as fully and absolutely as I the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.

IN WITNESS WHEREOF, I HAVE SET MY HAND AND SEAL, THE DATE AND YEAR FIRST ABOVE WRITTEN.

B. Byede (Seal)
Deputy Sheriff in and for the County of Livingston

STATE OF MICHIGAN
COUNTY OF Livingston    ss.

On this 18th day of May, 2011, before me, a Notary Public in and for said County of Livingston, came ____B. Byede____ a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he executed the same to be his free act and deed as such Deputy Sheriff.

K. A. Hutchins
Notary Public, Livingston County, MI
My Commission Expires April 14, 2017
My Commission
expires_____
Acting in _____ County, Michigan

2-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

---

LIVINGSTON COUNTY PRESS & ARGUS NEWSPAPERS
323 East Grand River Avenue   Howell MI 48843

BE IT MADE KNOWN THAT THE FOLLOWING LEGAL AD APPEARED IN
DAILY PRESS & ARGUS

DETROIT LEGAL NEWS LLC
ACCOUNTS PAYABLE
1409 ALLEN RD
TROY MI 48083-4003

REFERENCE:  3123508     GMAC.010771
            524994      SCHNEIDERMAN & SHERM

STATE OF MICHIGAN

COUNTY OF LIVINGSTON

GANNETT MICHIGAN NEWSPAPERS a newspaper
published in the English language for
the dissemination of local or transmitted news,
which is a duly qualified newspaper, and that
annexed hereto is a copy of a certain order taken
from said newspaper, in which the order was
published on the date indicated below by

                                    Cheryl Brooks

SIGNED BY: _____

Subscribed and sworn to before me on  5/4/11

NOTARIZED BY: _____
(Acting in) LIVINGSTON Notary Public   in and
for said County    Roseanne M. Dean
PRINT NAME: _____

My Commission Expires:   1/3/2014

PUBLISHED ON: 04/14 04/21 04/28 05/05

AD SPACE:   88.000 INCH
FILED ON:   04/14/11

3-015-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

---

Schneiderman - Gloria McGuinty

SCHNEIDERMAN & SHERMAN, P.C., IS ATTEMPTING TO COLLECT A DEBT, ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT (248)538-7400 IF YOU ARE IN ACTIVE MILITARY DUTY.

MORTGAGE SALE – Default has been made in the conditions of a mortgage made by GLORIA MC GUINTY AKA GLORIA MCGUINTY, TRUSTEE OF THE GLORIA MC GUINTY REVOCABLE LIVING TRUST DATED 11/8/1985, AS AMENDED, to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns, Mortgagee, dated August 12, 2003, and recorded on November 18, 2003, in Liber 4243, on Page 600, and assigned by said mortgagee to GMAC MORTGAGE, LLC, as assignee, Livingston County Records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of Two Hundred Forty-Five Thousand Three Hundred Forty-Four Dollars and Forty-Two Cents ($245,344.42), including interest at 5.750% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public venue, at the Main entrance to the Judicial Center, 204 S. Highlander Way in the City of Howell, Michigan at 10:00 AM o'clock, on May 18, 2011. Said premises are located in Livingston County, Michigan and are described as:

UNIT 5, COUNTRY CLUB MANOR OF OAK POINTE, ACCORDING TO THE MASTER DEED RECORDED IN LIBER 1792, PAGE 556, LIVINGSTON COUNTY RECORDS, AND DESIGNATED AS LIVINGSTON COUNTY CONDOMINIUM NO. 59, TOGETHER WITH RIGHTS IN GENERAL COMMON ELEMENTS AND LIMITED COMMON ELEMENTS AS SET FORTH IN THE ABOVE MASTER DEED AND DESCRIBED IN ACT 59 OF THE PUBLIC ACTS OF 1978, AS AMENDED.

The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with 1948CL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale.

GMAC MORTGAGE, LLC
Mortgagee/Assignee

Schneiderman & Sherman, P.C.
23938 Research Drive, Suite 300
Farmington Hills, MI 48335

**EVIDENCE OF SALE**

(Affidavit of Posting)

STATE OF MICHIGAN,
                   ss.
COUNTY OF LIVINGSTON

____C. HUR____ being duly sworn, deposes

that on the _25_ day of __APR__ _2011_ A.D.,

he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to

_FRNT  4757  ROUNDTREE  BRIGHTON_

_C. Hur_                    C. HUR

Subscribed and sworn before me on this

_25_ day of __APR__ _2011_ A.D.

_____

Notary Public _B. Byerts, Notary Public, Livingston County, MI, My Commission Expires_ ____ County, Michigan.
My commission expires _May 6, 2015_
Acting in _____ County, Michigan.

CIRCLE IF:    ☐ Vacant
☐ Multi-Unit      ☐ Upper Unit  ☐ Lower Unit
☐ Multi-Address  ☐ Unit 1   ☐ Unit 2      ☐ Unit A  ☐ Unit B
☐ Condo           ☐ Mobile/Manufactured Home  ☐ No Dwelling

FKMA
Attorney Office: Schneiderman & Sherman,    Schneiderman
Attorney File#: GMAC.0107
Notice#: 927841

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

---

(Affidavit of Auctioneer)

STATE OF MICHIGAN,      )
                        ) ss.
COUNTY OF LIVINGSTON    )

_____B. Byerle_____, being first duly sworn, deposes and says that he is a Deputy Sheriff of said Livingston county; that he acted as auctioneer, and made the sale as described in the annexed deed pursuant to the annexed printed notice; that said sale was opened at 10:00 AM on the 18th day of May, 2011, at at the Main entrance to the Judicial Center, 204 S. Highlander Way in the City of Howell, Michigan, that that being the place of holding the Circuit Court in said Livingston County, and said sale was kept open for the space of one hour; that the highest bid for the land and tenements therein described was the sum of $247,537.59 (Two Hundred Forty-Seven Thousand Five Hundred Thirty-Seven Dollars and Fifty-Nine Cents) made by FEDERAL NATIONAL MORTGAGE ASSOCIATION, that said sale was in all respects open and fair and that he did strike off and sell the said lands and tenements fairly and in good faith, as deponent verily believes.

_____
B. Byerle
Deputy Sheriff for Livingston County

Subscribed and sworn to before me this 18th day of May, 2011.
                                K. A. Hutchins
_____ Notary Public, Livingston County, MI
                      My Commission Expires April 14, 2017

Notary Public in _____ County, Michigan
My Commission Expires: _____
Acting in _____ County, Michigan

STATE OF MICHIGAN,      )
                        ) ss.
COUNTY OF LIVINGSTON    )

I DO HEREBY CERTIFY, that the last day to redeem is November 18, 2011 after which the with Sheriff's Deed will become operative, unless determined abandoned within 1948CL 600.3241a, in which case the redemption period shall be 30 days from the date of such sale; unless redeemed according to the law, in such case made and provided.

_____
B. Byerle
Deputy Sheriff for Livingston County, Michigan

This instrument drafted by:
Sherri M. Tremonti
Schneiderman & Sherman, P.C.
23938 Research Drive, Suite 300
Farmington Hills, MI 48335

5-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

**NON-MILITARY AFFIDAVIT**

State of Michigan }
                  } ss.
County of Oakland }

The undersigned, being first duly deposed, says that upon investigation he/she is informed and believes that none of those person(s) named in the attached notice of mortgage foreclosure, nor any person upon whom any of those person(s) named were dependent, were in the military service of the United States at the time of sale or for the six (6) months prior thereto.

Deponent further states that this affidavit is made for the purpose of preserving a record and clearing title by virtue of (a) the Servicemembers Civil Relief Act (formerly entitled Soldiers' and Sailors' Civil Relief Act of 1940), as amended; (b) the Military Reservist Act of 1991; and (c) Sections 3186 and 3285 of the Michigan Revised Judicature Act (MCL 600.3186 and 600.3285).

_____
S. M. Cuyfie

Subscribed and sworn to before me this 11th day of May, 2011.

_____
Shelly L. Soulliere, Notary Public
Oakland County, State of Michigan
My Commission Expires: Feb. 13, 2013
Acting in Oakland County, Michigan

File No. GMAC.010771
Mortgagor Name: MC GUINTY AKA GLORIA MCGUINTY
Property Address: 4757 ROUNDTREE DRIVE, BRIGHTON, MI 48116

6-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422

**AFFIDAVIT OF COMPLIANCE WITH**
**2009 PA 29, 30 AND 31, MCL 600.3204 THROUGH 600.3205E**

On May 11, 2011, S. M. Cuyle, an employee of Schneiderman & Sherman, P.C., being duly sworn, states as follows:

1. This affidavit is given pursuant to Act Nos. 29, 30 and 31 of Michigan Public Acts of 2009 (MCL 600.3204 through 600.3205e).

2. I am authorized to submit this Affidavit on behalf of GMAC MORTGAGE, LLC, and the person designated under Section 3205a (1)(c) (herein "Designee"), collectively herein "Mortgagee". I have knowledge of the facts stated herein and am competent to testify concerning such facts.

3. Mortgagee fully complied with the requirements and procedures set by 2009 PA 29, 30 and 31, MCL 600.3204 through 600.3205e.

4. Mortgagee served written notice upon GLORIA MC GUINTY AKA GLORIA MCGUINTY (herein "borrower(s)") in the form and manner required by Section 3205a (1) and (2)—a copy of said notice is attached hereto as Exhibit A. Said notice enclosed the list of housing counselors prepared by the Michigan State Housing Development Authority (MSHDA) available for viewing at MSHDA's website as of the date of mailing.

5. Within seven (7) days of serving the notice referenced in paragraph no. 4, Mortgagee published notice in the form and manner required by Section 3205a(4) as evidenced by the Affidavit of Publication attached hereto as Exhibit B.

6. Borrower(s) has(have) contacted a housing counselor and/or requested a meeting with the Designee, borrower(s) has(have) been provided with a copy of any calculations made under Section 3502c by the Designee, and, if requested by borrower(s), a copy of the program, process or guidelines under which the determination under 3502c (1) was made, but at least ninety (90) days have passed since November 17, 2010, the date Mortgagee served the written notice as required by Section 3205a (1) and (2), and either:

   a. The Mortgagee has determined that borrower(s) does(do) not satisfy the modification criteria guidelines defined in Section 3205c (1), (2) or (3); or
   b. The Mortgagee has in good faith offered borrower(s) a modification agreement in accordance with the modification determination, but, for reasons not related to any action or inaction of the Mortgagee or mortgage servicer, borrower(s) has(have) not executed and returned the modification agreement within fourteen (14) days after borrower(s) received the agreement; or
   c. The borrower did not participate in the process under Section 3205b; or
   d. The property is not occupied as a primary residence.

SCHNEIDERMAN & SHERMAN, P.C.

STATE OF MICHIGAN )
                  ) ss
COUNTY OF OAKLAND )

By: _____
S. M. Cuyle
Employee of Schneiderman & Sherman, P.C.

On this Eleventh day of May, 2011 before me, a Notary Public, personally appeared S. M. Cuyle, an employee of Schneiderman & Sherman, P.C., who executed the above AFFIDAVIT OF COMPLIANCE WITH 2009 PA 29, 30 AND 31, MCL 600.3204 THROUGH 600.3205E and acknowledged the same to be her free act and deed.

Drafted by and when recorded return to:
S. M. Cuyle
Schneiderman & Sherman, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335

Shelly R. Southere, Notary Public
Oakland County, State of Michigan
My Commission Expires: Feb. 13, 2013
Acting in Oakland County, Michigan

7-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

*EXHIBIT A*

**SCHNEIDERMAN & SHERMAN**, P.C.

23938 Research Drive, Suite 300
Farmington Hills, MI 48335
Phone: 248.539.7400
Toll Free: 866.987.7888
Facsimile: 248.539.7401
www.sspclegal.com
attorneys@sspclegal.com

Peter M. Schneiderman
Neil R. Sherman
Michelle C. Levy
Tobias J. Lipski
Trista A. Nelson
Andrew J. Hubbs**
Brett A. Border
Erin D. Katz
Jonas M. Packer
Daniela J. Otogokinski
*Also admitted in CO and TX
**Also admitted in IL

### BORROWER'S RIGHT TO REQUEST MEDIATION
### PRIOR TO COMMENCEMENT OF FORECLOSURE

SSPC Reference Nbr: GMAC410771
Date of Notice: November 17, 2010

Gloria Mc Guinty Aka Gloria Mcguinty

4757 Roundtree Drive
BRIGHTON, MI 48116

Via First Class Mail and Certified Mail
Restricted Delivery
Return Receipt Requested
Certified Nbr: 79101960600106380935

Also Mailed to: 8708 53RD TERRACE E BRADENTON, FL 34211

Re: **GMAC MORTGAGE, LLC / Borrower's Right to Request Mediation Prior to Commencement of Foreclosure**

Dear Gloria McGuinty Aka Gloria Mcguinty:

1. **WHY IS THIS LETTER BEING SENT?**

   Please be advised that your mortgage loan at GMAC MORTGAGE, LLC, account #████9422, is in default. It is in default because you have not made your monthly mortgage payment(s). As of the date of this letter, the outstanding amount due GMAC MORTGAGE, LLC is $235,239.45. Such amount includes fees and costs to date.

2. **WHO DO I CONTACT AT GMAC MORTGAGE, LLC?**

   GMAC MORTGAGE, LLC, has authorized Schneiderman & Sherman, P.C. to be their Designated Agent.

3. **HOW DO I CONTACT GMAC MORTGAGE, LLC'S DESIGNATED AGENT?**

   Schneiderman & Sherman, P.C.
   c/o Designated Agent Department
   23938 Research Drive, Suite 300
   Farmington Hills, Michigan 48335
   248-539-7400 x240 to schedule Mediation hearings
   248-539-7400 x312 for reinstatement and document questions
   248-539-7401 Facsimile
   Web - Contact us through our website at www.sspclegal.com. Click on the blue bar located beneath our logo which reads "MEDIATION REQUEST".

4. **WHAT IS THE TIME FRAME TO REQUEST MEDIATION?**

   You, as borrower(s), have the right, within fourteen (14) days from the date this notice is sent, to request a meeting with us as the Designated Agent for GMAC MORTGAGE, LLC to attempt to work out a modification of your mortgage loan.

**Mr. & Mrs. McGuinty**
**8708 53rd Terrace E**
**Bradenton, FL 34211**

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

5. **CAN I HAVE A HOUSING COUNSELOR ATTEND THE MEDIATION HEARING?**

You may also request a housing counselor to attend the meeting. A list of the housing counselors (attached hereto) who may attend the meeting has been prepared by the Michigan State Housing Development Authority ("MSHDA"). To contact a housing counselor please contact MSHDA at:

    Michigan State Housing Development Authority
    735 E. Michigan Avenue
    P.O. Box 30044
    Lansing, MI 48909
    Website www.michigan.gov/mshda
    Tel: (866) 946-7432

6. **IF I REQUEST MEDIATION WILL THE COMMENCMENT OF FORECLOSURE BE ADJOURNED?**

If you request a meeting with us as the Designated Agent for GMAC MORTGAGE, LLC, we will not commence foreclosure proceedings until ninety (90) days from the date of this notice.

7. **IF A MODIFICATION AGREEMENT IS AGREED UPON WILL THE COMMENCEMENT OF FORECLOSURE BE CANCELLED?**

If you and us as the Designated Agent reach an agreement to modify the mortgage loan, no foreclosure will be commenced if you abide by the terms of the mortgage modification.

8. **WHAT HAPPENS IF NO AGREEMENT TO MODIFY THE MORTGAGE IS AGREED UPON?**

If you and us, as the Designated Agent for GMAC MORTGAGE, LLC, do not agree to modify the mortgage loan, but you meet the criteria for a modification under Public Act 29 of 2009, Section 3205c(1), then "foreclosure by advertisement" will not be allowed under State of Michigan law. The mortgage foreclosure will then be commenced judicially in the State of Michigan Circuit Court where the property is located.

9. **DO I HAVE THE RIGHT TO CONTACT AND/OR BRING AN ATTORNEY TO THE MEDIATION?**

You have the right to contact an attorney of your choice to assist you, or in the alternative you may contact the State Bar of Michigan Lawyers Referral Service at

    State Bar of Michigan Lawyers Referral Service
    Michael Franck Building
    306 Townsend Street
    Lansing, MI 48933-2012
    Tel: (800) 968-0738

You further have the right to contact the local Legal Aid Office serving the area in which the property is located. A list of local Legal Aid Offices is attached to this letter.

To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and/or is notice of the creditor's intent to enforce a lien against the property and does not constitute a demand for payment or an attempt to impose personal liability for such obligation.

    Very truly yours,
    Schneiderman & Sherman, P.C.

9-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**



LIVINGSTON COUNTY PRESS & ARGUS NEWSPAPERS
323 East Grand River Avenue  Howell MI 48843

BE IT MADE KNOWN THAT THE FOLLOWING LEGAL AD APPEARED IN
DAILY PRESS & ARGUS

DETROIT LEGAL NEWS LLC
ACCOUNTS PAYABLE
1409 ALLEN RD
TROY MI  48083-4003

REFERENCE: 3123506    GMAC.018771
           614090     SCHNEIDERMAN & SHERM

STATE OF MICHIGAN

COUNTY OF LIVINGSTON

GANNETT MICHIGAN NEWSPAPERS a newspaper
published in the English language for
the dissemination of local or transmitted news,
which is a duly qualified newspaper, and that
annexed hereto is a copy of a certain order taken
from said newspaper, in which the order was
published on the date indicated below by

SIGNED BY: Cheryl Rogers

Subscribed and sworn to before me on 11/26/10

NOTARIZED BY: _____
(Acting in) LIVINGSTON Notary Public   in and
for said County

PRINT NAME: Rosanne M. Dean

My Commission Expires: 11/3/2014

PUBLISHED ON: 11/22

AD SPACE: 68.000 INCH
FILED ON: 11/22/10

Exhibit E

10-OF-11

Mr. & Mrs. McGuinty
8708 53rd Terrace E
Bradenton, FL 34211

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

---

### AFFIDAVIT OF PURCHASER AT FORECLOSURE SALE
### TO BE RECORDED WITH SHERIFF'S DEED

On May 11, 2011, S. M. Cuyle, an employee of Schneiderman & Sherman, P.C., being duly sworn, states as follows:

1. This Affidavit is given pursuant to Act No. 528 of Michigan Public Acts of 2004 to amend 1961 Public Act 236 by amending MCL 600.2567, 600.3140, 600.3240, 600.6062 and 600.6066, section 2567 as amended by 2002 Public Act 698 and section 2340 as amended by 2000 Public Act 380.

2. I am authorized to submit this Affidavit on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, (the "Purchaser"). I have knowledge of the facts stated herein and am competent to testify concerning such facts regarding a foreclosure sale scheduled for 18th day of May, 2011, with respect to certain real property commonly known as: 4757 ROUNDTREE DRIVE, BRIGHTON, MI 48116. THIS AFFIDAVIT MAY ONLY BE RECORDED AND USED BY THE PURCHASER DESCRIBED HEREIN IN THE EVENT IT IS THE SUCCESSFUL PURCHASER OF THE PROPERTY. NO OTHER PURCHASER MAY UTILIZE THIS AFFIDAVIT.

3. The last date the Property can be redeemed is 11/18/2011. ANY REDEEMING PARTY SHOULD NOTE THAT THIS DATE MAY CHANGE AS SET FORTH IN SUBSEQUENT AFFIDAVITS OR AS PROVIDED BY APPLICABLE MICHIGAN LAW.

4. The amount necessary to redeem the Property is $247,527.59, plus interest at a per diem rate of $39 from the date of sale to the date of redemption, plus any additional amounts that may be added pursuant to MCLA Section 600.3240(4). ANY REDEEMING PARTY SHOULD NOTE THAT THIS AMOUNT MAY INCREASE to include any amounts paid by the Purchaser described herein for taxes, amounts necessary to redeem senior liens, condominium assessments, homeowner association assessments, community association assessments, insurance premiums, or any other amounts as provided by MCLA 600.3240(4), as well as interest thereon at the interest rate specified in the mortgage from the date of the payment to the date of redemption.

5. The Purchaser described herein has designated Schneiderman & Sherman, P.C. as its designee responsible to assist an appropriate person redeeming the Property in computing the exact amount required to redeem the Property and to receive redemption funds. If you choose to utilize this assistance, contact MARY KISH at Schneiderman & Sherman, P.C., 23938 Research Drive, Suite 300, Farmington Hills, Michigan 48335, telephone (248) 539-7400 x220. Pursuant to statute, a fee of $200.00 will be charged to use the assistance of Schneiderman & Sherman, P.C.

FURTHER DEPONENT SAYETH NOT.

SCHNEIDERMAN & SHERMAN, P.C.

STATE OF MICHIGAN )
                              ) ss
COUNTY OF OAKLAND )

By: _____
S. M. Cuyle

On this 11th day of May, 2011, before me, a Notary Public, personally appeared S. M. Cuyle, who executed the above Affidavit of Purchaser and acknowledged the same to be her free act and deed.

_____
Shelly L. Soulliere, Notary Public
Oakland County, State of Michigan
My Commission Expires: Feb. 13, 2013
Acting in Oakland County, Michigan

Drafted by and when recorded return to:
Sherri Tremonti
Schneiderman & Sherman, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335

11-OF-11