B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Residential Capital, LLC, et al.                ,          Case No. 12-12020 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fidelity National Title Insurance Company | Jason S. Schermerhorn and Jennifer M. |
|---|---|
| Name of Transferee | Name of Transferor  Schermerhorn |

Name and Address where notices to transferee should be sent:
 601 Riverside Avenue, Bldg. 5
 Jacksonville, FL 32204

Court Claim # (if known): ___338___
Amount of Claim: ___$14,463.51___
Date Claim Filed: ___07/26/2012___

Phone: (402) 498-7755
Last Four Digits of Acct #: 361999

Phone: (951) 240-6922
Last Four Digits of Acct. #: 361999

Name and Address where transferee payments should be sent (if different from above):

 Same as above.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 11/11/2014
Transferee/Transferee's Agent
Don Todd, Assistant Vice President
Sr. Recoupment Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Attachment to Transfer of Claim Other Than for Security - Claim No. 338**
**In re Residential Capital, LLC, Case No. 12-12020-mg**
**Original Claimants: Jason S. And Jennifer M. Schermerhorn**
**Page 1**

      JASON and JENNIFER SCHERMERHORN (the Schermerhorns") are the insureds under that particular policy of title insurance issued by Fidelity National Title Insurance Company ("Fidelity") in 2008.  Pursuant to a tender of defense, Fidelity paid the costs associated with defending the "Schermerhorns" in connection with the litigation that was formerly pending and tried in the Superior Court for the State of California, County of Riverside, entitled <u>GMAC Mortgage LLC vs. Tozier, et al.</u>, case number RIC 541193 (the "State Court Action").  Specifically, Fidelity paid the sum of $14,463.51, representing costs incurred in the State Court Action and costs which were allowed by the State Court.  Those costs are the basis for the Schermerhorns' allowed claim in this case.  As the insurer, Fidelity is subrogated to the rights of the Schermerhorns to payment of the costs of defense, represented by their proof of claim.  As such, Fidelity is entitled to payment by way of subrogation of the Schermerhorns' claim.