## Exhibit 5

**Discontinuation Order**

## NEW YORK SUPREME COURT - COUNTY OF BRONX

### PART 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX:

| Case Disposed | ☒ |
| Settle Order | ☐ |
| Schedule Appearance | ☐ |

----------------------------------------X

GMAC MORTGAGE, LLC

-against-

HALSTEAD, TEDDY ETAL

----------------------------------------X

Index Nº. 380678-2012

Hon. BETTY OWEN STINSON

Justice.

The following papers numbered 1 to __2__ Read on this motion, _discontinue action_
Noticed on __4-9-13__ and duly submitted as No. _A/0_ on the Motion Calendar of __4/9/13__

|  | PAPERS NUMBERED |  |
|---|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed |  | 1 |
| Answering Affidavit and Exhibits |  | 2 |
| Replying Affidavit and Exhibits |  |  |
| _____ Affidavits and Exhibits |  |  |
| Pleadings - Exhibit |  |  |
| Stipulation(s) - Referee's Report - Minutes |  |  |
| Filed Papers |  |  |
| Memoranda of Law |  |  |

Upon the foregoing papers this

Motion is Respectfully Referred to:
Justice:
Dated:

motion by plaintiff for an order
pursuant to CPLR §6514(d) canceling the Notice of Pendency of
Action, discontinuing the action is granted. A response was
received from defendant Teddy Halstead containing matters that
would be more fully addressed in an Answer or motion for
dismissal. Since this action is being discontinued the response is
academic.

This is the decision of the Court.

Dated: __Order, signed.__
         __4/15/2013__

Hon. _Betty Owen Stinson_
                                   J.S.C.

At an IAS Part of the Supreme Court held in and
for the County of Bronx at the Courthouse
thereof located at 851 Grand Course, Bronx
New York on the _15_ day of _APRIL_____, 2013

**BETTY OWEN STINSON**

PRESENT: HON.:
-------------------------------------- JUSTICE ----------------------------x

GMAC MORTGAGE, LLC,

                                        Plaintiff,                    Index No. 380678/12

                -against-                                             ORDER    DISCONTINUING
                                                                      ACTION, AND CANCELING
                                                                      LIS PENDENS

TEDDY HALSTEAD, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD; NEW YORK CITY PARKING VIOLATIONS
BUREAU; NEW YORK CITY TRANSIT ADJUDICATION BUREAU;
NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE; "JOHN DOES" and " JANE DOES", said name being
fictitious, parties intended being possible tenants or occupants of
premises, and corporations, other entities or persons who claim, or may
claim, a lien against the premises
                                        Defendants.
----------------------------------------------------------------------------------x

        UPON the Notice of Motion and Affirmation of Christopher Messina, Esq., both dated

March _14_ 2013, and the pleadings and papers previously filed herein, said motion having come

on to be heard before this Court on April 9, 2013, and there being no opposition thereto, and after

due deliberation, it is

        ORDERED, that the within foreclosure action is hereby discontinued without prejudice

and without costs to any party; and it is further

        ORDERED, that the Lis Pendens filed on June 21, 2012, with the Bronx County Clerk,

against the property known as 872 East 216th Street, Bronx, New York, Block 4674 and Lot

91.00 be and same hereby is canceled, and the Bronx County Clerk is hereby directed, upon

payment of the appropriate fee, if any, to discharge same with all convenient speed.

                                        _Betty Owen Stinson_
                                        ENTER

                                **BETTY OWEN STINSON**
                                        J.S.C.
                                    **JUSTICE**

GMAC MORTGAGE, LLC


                                                    Plaintiff,

                                                                    NATIONWIDE COURT SERVICES, INC
                                                                    ...
                -against-                                           ...
                                                                    ...NY 1...
                                                    Defendants.     ...E: (631) ...
TEDDY HALSTEAD; ET AL,                                              ...(711) 96...


## ORDER DISCONTINUING ACTION AND CANCELING LIS PENDENS


### KNUCKLES, KOMOSINSKI, & ELLIOTT, LLP
*Attorneys for*
**Plaintiff**
*Office and Post Office Address, Telephone*
**565 TAXTER ROAD**
**SUITE 590**
ELMSFORD, N.Y. 10523
TEL: (914) 345-3020
FAX: (914) 366-0080

| | |
|---|---|
| To | Signature (Rule 130-1.1-a) |
| | Print name beneath |
| Attorney(s) for | **CHRISTOPHER MESSINA** |

Service of a copy of the within                                    is hereby admitted.

Dated,

                                        Attorney(s) for


Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                          of which the within is a true copy will be presented for
settlement to the HON.                                  one of the judges
of the within named court, at
on                          at                     M

Dated,
                                                Yours, etc.

                            **KNUCKLES, KOMOSINSKI, & ELLIOTT, LLP**
                                        *Attorneys for*
To
                                        *Office and Post Office Address*
                                        **565 TAXTER ROAD**
Attorney(s) for                         **SUITE 590**
                                        ELMSFORD, N.Y. 10523