**Exhibit 6**

**Foreclosure Action Docket**

**Bronx County Clerk Administration System**

## Case Details

**IndexNo**: 380678-2012

**Case File Date**: 6/21/2012

**Index Type**: F

**Firm Name**: ROSICKI, ROSICKI & ASSOCIATES, P.C.

**Plaintiff**: GMAC MORTGAGE, LLC

**Defendent**: TEDDY HALSTEAD, ET AL.

**Notes**: SUMMONS AND COMPLAINT

## Case Summary

| Document Date | Document Type |
|---|---|
| 06/21/2012 | SUMMONS AND COMPLAINT |
| 07/02/2012 | 01 Affidavit of Service |
| 07/03/2012 | 01 Affidavit of Service |
| 07/09/2012 | 01 Affidavit of Service |
| 07/18/2012 | Verified Answer |
| 08/01/2012 | Reply to Counterclaims |
| 08/20/2012 | 01 Affidavit of Service |
| 08/20/2012 | Answer |
| 09/20/2012 | Consent to Change Attorney |
| 03/22/2013 | RJI |
| 03/22/2013 | MOTION FEE PAID |
| 04/17/2013 | SHORT FORM ORDER DATED: 4/15/2013, ORDER, MOTION, RESPONSE TO PLAINTIFFS MOTION |