**Exhibit 7**

**Response to Motion to Discontinue**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------------x

GMAC MORTGAGE CORPORATION,                Index No. 380678/12

                      Plaintiff,

Vs.                                       RESPONSE TO PLAIN-
TEDDY HALSTEAD                            TIFFS MOTION TO DIS-
                     Defendants.   MISS ACTION WITH-
------------------------------------------------------------------x   OUT PREJUDICE



Defendant states the following pursuant to CPLR 2106:

1. that defendant answered the above named action and complaint.

2. that alleged plaintiff filed including this action four times a complaint previously in three separate foreclosure actions. Further alleged plaintiff filed four times four Lis Pendens in the County Record Office.

3. that plaintiff disturbed, harassed with all these actions defendant causing unnecessary harm.

4. that all these previous actions were voluntarily dismissed by plaintiffs counsel in this court.

5. that robo signing, fraud and forgeries of legal supporting paperwork was used from alleged plaintiff in the foreclosure proceedings.

6. that the previous law firm Steven J. Baum, P.C., Buffalo NY handeled the foreclosure action, which committed crimes/fraud/forgeries and was shut down by the US Department of Justice, US Attorney Office and the New York State Attorney General Office.

7. that GMAC Mortgage Corporation does not own the mortgage and the note and based their suit on fraudulent paperwork.

8. that Litton Loan Servicing, L.P., Ocwen Loan Servicing, LLC are a part of the Wall Street entity Goldman Sachs, which were scheming borrowers and investors and using non performing worthless notes in securitization pools, cashing in from various proceeds as from insurances and the FDIC. On top of that they cashed in mortgage payments, fees and interest for these loans.

9. that the mortgage documents are defective and the instrument violates the United States Constitution, as to make borrowers/ victims mortgage money paying slaves.

10. that MERS in the mortgage instrument is named as the nominee and mortgagee. But by closer review of these documents emerges that MERS is also the Lender and a Loss Payee. Loss Payee is not disclosed in the instrument, which violates the Federal Disclosure Act.

THEREFORE for the above named reason, defendant is asking this court:

TO DISMISS THIS ACTION WITH PREJUDICE

Dated: April 2, 2013

*[signature]*
Teddy Halstead

Mailed to:

Knuckles Komosinski & Elliot, LLP
565 Taxter Road, Suite 590

Elmsford NY 10523

SUPREME COURT OF THE STATE OF NEW YORK
Bronx County
Grand Concourse
Bronx NY
Index No. 380678/12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF .....Bronx...............
----------------------------------------x
....GMAC Mortgage Corporation,......... Index No. 380678/12

Plaintiff,

Vs. .....Teddy....Halstead........, AFFIDAVIT OF SERVICE

Defendants.
----------------------------------------x

I .....Tristan Halstead........, residing at....872....east....216th......
....street............................., being over the age of eighteen (18) years and

Not a party in this action/suit, deposes and sys:

That on the ...8... day of ...April........, 2013 , I mailed by USPS in a post

wrapped envelope the Response to plaintiffs motion to dismiss this action with prejudice

to plaintiffs counsel..................................................................................

.................................................................................................................

Signature: _____
Name        Tristan Halstead

Sworn before me on the

8.....day of...April....,2013

_____
NOTARY PUBLIC

ROY S. ISRAEL
Notary Public, State of New York
No. 03-7046493
Qualified in Bronx County
Commission Expires Oct 3, 2014

ADD ON

386678/12   Gmac Mortgage, LLC   Discontinue Action   of Stinson   f.s   4/9/13   GH