**<u>Exhibit 8</u>**

**Notice of Appeal**

<u>SUPREME</u> Court of the State of New York

County of <u>BRONX</u>

<u>GMAC MORTGAGE, LLC</u>

vs.

<u>TEDDY HALSTEAD</u>

**NOTICE OF APPEAL**

Index No.:

<u>380678-2012</u>

PLEASE TAKE NOTICE that *(insert your name)* <u>TEDDY HALSTEAD</u> hereby appeals to the Appellate Division of the Supreme Court of the State of New York, ~~Second~~ FIRST Judicial Department, from a *(insert judgment, order, decree, etc.)* <u>ORDER</u> of the <u>SUPREME</u> Court, <u>BRONX</u> County, dated <u>4/15/2013</u>.

Dated: <u>BRONX</u>, New York

<u>4/26/</u>, 20<u>13</u>

Yours, etc.,

_____
*Signature*

*(Print Name)* TEDDY HALSTEAD
*(Address)* 872 EAST 216th STREET
             BRONX NY 10467
*(Telephone Number)* 917-854-8709

To:  *(Insert below the name and address of the clerk of the trial court and the names and addresses of all opponents)*

- KNUCKLES, KOMOSINKI + ELLIOT, LLP
  565 TAXTER ROAD, STE 590, ELMSFORD NY 10523
  914-345-3020

- SUPREME COURT OF THE STATE OF NEW YORK
  BRONX COUNTY, PART 8, HON. BETTY OWEN STINSON
  851 GRAND CONCOURSE
  BRONX NY 10451
  718-618-2563

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF _BRONX_ : PART _8_

Index No.: _380678-2012_

_GMAC HTGE, LLC_ Petitioner,

AFFIDAVIT OF SERVICE
BY MAIL

-against-

_TEDDY HALSTEAD_
Respondent.

STATE OF NEW YORK
COUNTY OF _BRONX_ ss:

_Tristan Halstead_ being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action. On _April 27_ I served _KNUCKLES, KOMOSINSKI & ELLIOT, LLP_

upon _____, the _____ in this proceeding, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which I deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to

_KNUCKLES KOMOSIKI_ the _ATTORNEY_
_& ELLIOT, LLP_
at: _565 TAXTER ROAD, STE 590, ELMSFORD NY 10523_
_Phone # 914-345-3020_

Signature: _[signature]_

Sworn to before me this _27_ day of _APRIL_ 20_13_

_[signature]_
Notary Public or Court Employee

GEOFFREY O UKEIC...H
Notary Public State of New York
Reg #01UK5007424
Exp. 01 25 22

CIV-GP-11 (March 2001)-1

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml