Hearing Date and Time:  January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
)
In re:                                                                )    Case No. 12-12020 (MG)
                                                                       )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,           )    Chapter 11
                                                                       )
                                             Debtors.        )    Jointly Administered
                                                                       )
-------------------------------------------------------------------)

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER**
**CLAIMS TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE**
**CLAIM FILED BY RHONDA GOSSELIN (CLAIM NO. 3862) TO**
**JANUARY 14, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

        **PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims*

*Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No.

7552] (the "Seventy-Fifth Omnibus Claims Objection"), solely as it relates to the claim filed by

Rhonda Gosselin (Claim No. 3862), previously scheduled to be heard on November 13, 2014 at

10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 14, 2015 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing").

        **PLEASE TAKE FURTHER NOTICE** that the ResCap Borrower Claims Trust

(the "Trust") will file a supplemental objection (the "Supplemental Objection") on or before

**December 8, 2014**.   Ms. Gosselin will file her response (the "Response") on or before

**December 29, 2014**.  The Trust will file its reply to the Response on or before **January 9, 2015**.

                    **PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

Dated: November 25, 2014  
      New York, New York

/s/ Norman S. Rosenbaum               
Norman S. Rosenbaum  
Jordan A. Wishnew  
Jessica J. Arett  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  

*Counsel to The ResCap Borrower Claims Trust*