Oct. 5, 2014

26 Brentford St
Heartford Ct
06112
Ailette Cornelius

Case No. 12-12020 (MG)

US Bankruptcy Court
New York, N.Y.
Southern District of NY

Dear Sir/Madam,

My name is Ailette Cornelius. I am writing concerning my case, relating to my settlement agreement with Mr. Pitts from the law firm of Residential Capital, LLC Borrower Claim Trust.

I am asking the court please to look into my agreement I made with Mr. Pitts, who was the person handling the claims. I was totally ignorant, as I am now, of all the stipulations of the amount of what I am suppose to receive from the settlement. I was supposed to be in court, when I was called by Mr. Pitts making the offer to me. I gave up my rights to be in court, and accepted the amount of $13000 without knowing my rights. After some time I realized that I made a mistake.

I am therefore, asking the court to please to give me a chance to be in front of the Judge so that my case can be heard from some one who will be wise and fair to all concerning

concerning this matter. I was asking for a hundred and thirty dollars, that we what I was asking for in my initial claim. ($130,000) May god bless and keep you — for your consideration.

Yours Truly

Arlette Cornelius