# Peter T. Roach & Associates, P.C.

Attorneys at Law
125 Michael Drive, Suite 105
Syosset, NY  11791
_____

Telephone (516) 938-3100
Facsimile (516) 931-4403
www.roachlawfirm.com

November 21, 2014

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      **RE: Residential Capital, LLC**
         **A/K/A RESIDENTIAL CAPITAL CORPORATION**
      **Case No. 12-12020  Chapter 11**
      **Return Date: 01/06/2015 at 10:00am**

Dear Sir/Madam:

    This firm represents Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("Bank of America") secured creditor which holds a mortgage interest senior to that of the above referenced debtor on the real property which is the subject of the attached motion for relief. Enclosed please find Bank of America's Notice of Motion for Relief from Stay along with a cover sheet, supporting papers, Memorandum of Law and affidavit of service.

    The motion is scheduled to be heard before Judge Glenn on January 6, 2015, at 10:00am. A courtesy copy of said motion with a copy of the proposed order, have been enclosed for chambers.

    Thank you for your courtesy and cooperation herein.

Very truly yours,

*/S/ Michael C. Manniello*
Michael C. Manniello

Encl.