FIRM CODE 11-3410831
MOTION DATE: 01/06/2015
Time: 10:00 am.

**NOTICE OF MOTION COVER SHEET**

| **PLAINTIFFS/MOVANT** | **DEFENDANTS/RESPONDENT** |
|---|---|
| Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP | Residential Capital, LLC A/K/A Residential Capital Corporation |
| **ATTORNEYS** | **ATTORNEYS (if known)** |
| Peter T. Roach & Associates, P.C. 125 Michael Drive - Suite 105 Syosset, New York 11791 (516) 938-3100 | |

**NATURE OF SUIT**

__X__   *To Grant Relief from the Automatic Stay 11 U.S.C. Section 362(d) ($176.00 fee required)*

_____   *To Reopen Case (current filing fee, $30 Administrative fee not required)*

_____   *To Dismiss (fee not required)*

_____   *Other (Fee not required)*

**BANKRUPTCY CASE IN WHICH THIS MOTION ARISES**

| **NAME OF DEBTOR** | **BANKRUPTCY CASE NO.** |
|---|---|
| Residential Capital, LLC | 12-12020 |
| **DISTRICT IN WHICH CASE IS PENDING** | **NAME OF JUDGE** |
| SOUTHERN DISTRICT OF NEW YORK | MARTIN GLENN |

**ADVERSARY PROCEEDING IN WHICH THIS MOTION ARISES** (IF ANY)
Adversary Proceeding No.    N/A

**Filing Fee**
*(Check off one only)*    __XX__ *Fee Attached*    _____ *No Fee Required*

**DATE** *November 21*, 2014    **PRINT NAME OF ATTORNEY**
                                MICHAEL C. MANNIELLO (Firm Code 11-3410831)

**SIGNATURE OF ATTORNEY (OR PLAINTIFF/MOVANT)**
*/s/ Michael C. Manniello*

THIS COVER SHEET MUST BE COMPLETED AND SUBMITTED TO THE CLERK OF THE COURT UPON FILING OF ANY MOTION