```
UNITED STATES BANKRUPTCY COURT        MOTION DATE:
SOUTHERN DISTRICT OF NEW YORK         January 6, 2015 @ 10:00am
-------------------------------x
In re:                                Chapter 13
                                      Case No. 12-12020
     RESIDENTIAL CAPITAL, LLC
     A/K/A RESIDENTIAL CAPITAL
     CORPORATION,

                                             ORDER
               Debtor.                   VACATING STAY
-------------------------------x
```

APPLICATION HAVING BEEN MADE to this Court by Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (hereinafter referred to as "Bank of America") by Notice of Motion dated November 21, 2014, seeking an Order vacating as to it the automatic stay imposed by 11 U.S.C. 362(a); and it appearing that Notice of said Motion, Affidavit, Affirmation and Memorandum of Law in support having been served upon the Debtor, Debtor's attorney and the U.S. Trustee; and this matter having come before the United States Bankruptcy Court at 10:00am on January 6, 2015; and there being no written opposition thereto; and good and sufficient cause appearing therefore; it is

ORDERED, that the application of Bank of America to the extent it requests an order vacating the automatic stay pursuant to 11 U.S.C. 362(d) is hereby granted as set forth below; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. 362(a) is hereby terminated as to Bank of America, its successors and/or assigns, with respect to the property

described below; and it is further

ORDERED, that Bank of America, its successors and/or assigns, is hereby granted leave to proceed with a foreclosure action in any court having appropriate jurisdiction, as against the subject real property commonly known and described as 8809 Greylag Loop, Blacklick, OH 43004; and it is further

ORDERED, that Bank of America may increase the mortgage indebtedness by the sum of $176.00 for the cost associated with bringing this motion; and it is further

ORDERED, that the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived; and it is further

ORDERED, that this Order shall remain in full force and effect in any conversion or consolidation of the within case; and it is further

ORDERED, that the U.S. Trustee and the Debtor shall receive notice of any surplus monies which may exist after the foreclosure sale.

Dated:  New York, New York
        _____, 2015

                                    _____
                                    HON. Martin Glenn
                                    U.S. Bankruptcy Judge
                                    Southern District of New York

Chapter 11   Case No.  12-12020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:
      RESIDENTIAL CAPITAL, LLC
      A/K/A RESIDENTIAL CAPITAL CORPORATION,

                    Debtor.
_____
             PROPOSED ORDER VACATING AUTOMATIC STAY
_____
           PETER T. ROACH AND ASSOCIATES, P.C.
           Attorney for CASTLE PEAK
           125 Michael Drive - Suite 105
           Syosset, New York 11791
           (516)938-3100
----------------------------------------------------------------
Service of a copy of the within document is hereby admitted.
Dated, _____
      Attorneys for Bank of America, N.A., successor
      by merger to BAC Home Loans Servicing, LP
------------------------------------------------------------Sir:
Please take notice

☐ NOTICE OF ENTRY
that the within is a certified/true/conformed copy of an Order duly entered in the Office of the Clerk of the within named court on _____, 2013.

☐ NOTICE OF SETTLEMENT

that an Order, of which the within is a true copy, will be presented for relief to the Honorable Martin Glenn, one of the Judges of the within named Court at One Bowling Green, New York, NY 10004-1408 on January 6, 2015, at 10:00AM.


      Yours, etc.
      PETER T. ROACH AND ASSOCIATES, P.C.
      Attorney for Bank of America, N.A.
      125 Michael Drive - Suite 105
      Syosset, New York 11791
      (516) 938-3100