

```
2010010800002863
Pgs: 3    $40.00    T20100001072
01/08/2010 12:38PM MEPLAURITO &
Robert G. Montgomery
Franklin County Recorder
```



ARNOLD  S

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENT**, that (MERS) Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Key Financial Corporation of Florida, a Florida Corporation, P.O. Box 2026, Flint, Mi 48501-2026 for the consideration of One and 00/100 Dollars ($1.00) and other good and valuable consideration, receipt of which is hereby acknowledged, does hereby sell, assign, transfer, and set over unto:

BAC Home Loans Servicing, LP fka
Countrywide Home Loans Servicing, L.P.
400 Countrywide Way
Simi Valley, CA 93065

Its successors and assigns, a certain mortgage deed, executed and delivered to (MERS) Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Key Financial Corporation of Florida, a Florida Corporation from Shawn Arnold, a single man, in the amount of $164,698.00 recorded on March 28th, 2008 in Instrument No. 200803280047076 in the office of the Recorder, Franklin County, Ohio, together with the Promissory Note secured thereby and referred to therein; and all sums of money due and to become due thereon. Said real estate described as follows:

SEE LEGAL DESCRIPTION EXHIBIT "A" ATTACHED HERETO AND MADE PART OF.

PPN: 171-001083-00

IN WITNESS WHEREOF, I have hereunto set my hand on this _____ day of __NOV 1 3 2009__, 20___.

SIGNED AND ACKNOWLEDGED IN THE PRESENCE OF:

(MERS) Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Key Financial Corporation of Florida, a Florida Corporation

BY _____

ITS _____David Perez, Asst. Vice President_____

STATE OF  TEXAS   )
                  )SS.
COUNTY   COLLIN   )

Before me, a Notary Public in and for the aforesaid County and State, personally appeared the above named _____David Perez_____, to me known to be the person who executed the foregoing instrument, who being duly sworn, did say that he/she is the __Assistant Vice President__ of (MERS) Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Key Financial Corporation of Florida, a Florida Corporation duly authorized to execute this Assignment of Mortgage, and acknowledged that he/she signed the said Assignment of Mortgage as said __Assistant Vice President__ on behalf of (MERS) Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Key Financial Corporation of Florida, a Florida Corporation and that the signing of said instrument is a free act and deed of said Corporation and the free act and deed of the said __Assistant Vice President__.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at _____Plano, TX_____ this ____ day of __NOV 1 3 2009__, 20___.

_____
Notary Public

This instrument prepared by,
and upon recording, return to:
JEFFREY V. LAURITO, L.L.C.
35 Commercial Way
Springboro, OH 45066
937-743-4878

Debbie L Day
My Commission Expires
03/09/2011