ASSISTANT SECRETARY'S CERTIFICATE
OF
BANK OF AMERICA, NATIONAL ASSOCIATION

The undersigned, Devra Lindgren, an Assistant Secretary of Bank of America, National Association (the "Association"), a national banking association organized and existing under the laws of the United States of America and having its principal place of business in the City of Charlotte, County of Mecklenburg, State of North Carolina, does hereby certify that:

1. Effective February 10, 2009, **Countrywide Bank, FSB** relocated its main office from Alexandria, Virginia to Centennial, Colorado.

2. Effective April 27, 2009, **Countrywide Bank, FSB**, Centennial, Colorado, converted to a national bank under the name of **Countrywide Bank, National Association**, Centennial, Colorado, and immediately thereafter, **Countrywide Bank, National Association**, Centennial, Colorado merged with and into **Bank of America, National Association**, Charlotte, North Carolina.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Association on this 5th day of June, 2012.

*Devra Lindgren*
Devra Lindgren
Assistant Secretary

ASSISTANT SECRETARY'S CERTIFICATE

OF

BANK OF AMERICA, NATIONAL ASSOCIATION

The undersigned, Devra Lindgren, an Assistant Secretary of Bank of America, National Association (the "Association"), a national banking association organized and existing under the laws of the United States of America and having its principal place of business in the City of Charlotte, County of Mecklenburg, State of North Carolina, does hereby certify that:

1. Effective December 30, 1997, **Altegra Credit Company**, a Florida corporation, merged with and into **Altegra Credit Company**, a Delaware Corporation.

2. Effective September 27, 2002, **Altegra Credit Company**, a Delaware corporation, changed its name to **National City Home Loan Services, Inc.**

3. Effective January 2, 2007, **National City Home Loan Services, Inc.** changed its name to **Home Loan Services, Inc.**

4. Effective October 16, 2010, **Home Loan Services, Inc.** merged with and into **BAC Home Loans Servicing, LP**.

5. Effective July 1, 2011, **BAC Home Loans Servicing, LP** merged with and into **Bank of America, National Association**.

IN WITNESS WHEREOF, I have hereupon set my hand and affixed the seal of said Association this 31st day of May, 2012.

[SEAL]

*Devra Lindgren*
Devra Lindgren
Assistant Secretary