

MAIN STREET VALUATIONS

## ORDER INFORMATION

| Order Date: 08/12/2013 | Inspection Date: 08/12/2013 | Complete Date: 08/19/2013 | Customer: Carrington Mortgage | Customer Contact: | Customer Contact Info Source: Tax data | Customer Loan No. 7000046620 | Order No. 3190500 |
|---|---|---|---|---|---|---|---|
| Pool Name: | Borrower: ARNOLD | Address: 8809 GREYLAG LOOP | City: BLACKLICK | State: OH | Zip: 43004 | | Assessor Parcel No. 171-001083-00 |
| Inspection Type: Exterior | Broker Name: Brandon Peoples | Years Of Exp: 6 | Broker Company: Coldwell Banker King Thompson | | Broker Phone: 6144510808 | License Number: 2010000368 | Expiration Date: 04/23/2014 |

## PROPERTY INFORMATION

| Property Vacant: No | If Occupied, who is the occupant 0 | Secured: Yes | Land Value: 12000.00 | View: Neighborhood | Market Rent (Mnth): $2,000 | If listed, is a for sale sign visible? unassigned | |
|---|---|---|---|---|---|---|---|
| Currently Listed: No | List in Last 12 Mo.: No | Original List Price: $ | Current List Price: $ | DOM: 0 | Listing Broker: | Listing Company: | Listing Phone: |
| Sold in Last 12 Mo.: No | Original List Price: $ | Final List Price: $ | DOM: 0 | Sale Price: $ | Sale Date: | Listing Broker: | Listing Phone: |
| HOA Fees: $ | Are HOA dues current? unassigned | HOA delinquency amount? | HOA association phone: | HOA Fees includes: 0 | Guest House Bsmt SF: 0 | Guest House SF: 0 | |
| To the best of your knowledge, why did the property not sell? | Are all types of Financing available for this property? Yes | | Financing available description | | | Is the subject an OverImprovement, UnderImprovement or appropriate for neighborhood OverImprovement | |

## NEIGHBORHOOD INFORMATION

| Population Density: Urban | Crime/Vandal Risk: Low | Neighborhood Trend: Stable | Home values are: Stable at a rate of: 0.000 | | Environmental Issues: No | Owner Occupied %: 80.00% | Pride of Ownership: Good |
|---|---|---|---|---|---|---|---|
| Competing Listings: 4 | Value Range: $160,000 to $290,000 | Supply: Stable | Demand: Stable | | Predominant Buyer: Owner Occupied | # of Border or Blocked up homes: 0 | Approximate # of comps in neighborhood for sale: 1 |
| Outside of Market Factors, is there a risk of loss in Value? No | Risk of loss in Value Comments | | Investor or FLip activity in the neighborhood? No | | | | |

## REPAIR DETAILS

| Repairs Total: $ | Repairs Recommended: No | | Days to Complete: 0 to 0 | Resale Problem: No | Are Emergency repairs needed? No | Emergency repairs description | |
|---|---|---|---|---|---|---|---|
| Are repairs required for financing? No | Degree of Repairs Needed None | | Are there any Hazards? ☐ Fire  ☐ Flood  ☐ Discoloration  ☐ Other | | | Hazard Other Description | |
| If repairs are completed, are costs likely to be recouped in sales price? Neutral | Is the subject property currently eligible for financing? Yes | | Will minor repairs allow the subject property to be financed? No | | | Will repairs enhance the marketability of the subject property? Neutral | |
| Is the property of average marketable condition for the neighborhood? Yes | | | | | | | |

### INTERIOR

| Painting: $ | Structural: $ | Appliances: $ | Utilities: $ | Carpet/Floors: $ | Other: $ | Cleaning/Trash Removal: $ | |
|---|---|---|---|---|---|---|---|

### EXTERIOR

| Painting: $ | Foundation: $ | Landscaping: $ | Roof: $ | Windows: $ | Other: $ | Pool: $ | |
|---|---|---|---|---|---|---|---|

## COMPARABLE INFORMATION

| Property Info | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | Listed Comp 1 | Listed Comp 2 | Listed Comp 3 |
|---|---|---|---|---|---|---|---|
| Address: | 8809 GREYLAG LOOP | 7842 NARROWLEAF CT | 724 Lilly Landing Ln | 8492 Haleigh Woods Dr | 3440 N Waggoner Rd | 1541 Morrison Farms Dr | 192 Windward Dr |
| Address2: | | | | | | | |
| City: | BLACKLICK | Blacklick | Blacklick | Blacklick | Blacklick | Blacklick | Blacklick |
| County: | Franklin | Franklin | Franklin | Franklin | Franklin | Franklin | Franklin |
| State: | OH | OH | OH | OH | OH | OH | OH |
| Zip: | 43004 | 43004 | 43004 | 43004 | 43004 | 43004 | 43004 |
| Proximity: | | 0.63 | 0.49 | 0.70 | 1.17 | 0.55 | 0.70 |
| Current List Price: | $ | $210,740 | $191,900 | $187,000 | $279,900 | $199,990 | $179,900 |
| Original List Price: | $ | $203,670 | $187,000 | $187,000 | $279,900 | $214,876 | $179,900 |
| Sale Price: | $ | $208,665 | $186,000 | $183,900 | | | |
| Sale Date: | | 02/19/2013 | 04/25/2013 | 03/22/2013 | | | |
| Sale Type: | FMV | FMV | FMV | FMV | FMV | FMV | FMV |
| Concessions: | $ | $ | $ | $ | | | |
| DOM: | 0 | 134 | 246 | 50 | 34 | 110 | 83 |
| NumUnits: | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Property Type: | SFD | SFD | SFD | SFD | SFD | SFD | SFD |
| Property Style: | 2 Story Conventional | Multi Level | 2 Story Conventional | Multi Level | Ranch/Rambler | 2 Story Conventional | 2 Story Conventional |
| Construction: | Frame | Frame | Frame | Frame | Frame | Frame | Frame |
| Condition: | Good | Good | Good | Good | Good | Good | Good |
| Year Built: | 2006 | 2012 | 2005 | 2009 | 1953 | 2005 | 2002 |
| View: | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood | Neighborhood |
| Lot Size (in acres): | 0.20 | 0.20 | 0.28 | 0.13 | 5.00 | 0.17 | 0.37 |
| Sq ft above grade: | 3148 | 2866 | 2611 | 2579 | 3120 | 2605 | 2698 |
| Total Rooms: | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Bedrooms: | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Full Baths: | 3 | 2 | 2 | 2 | 2 | 2 | 3 |
| Half Baths: | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Basement: | Full | Full | Full | Partial | Full | Full | Full |
| % Basement Finished: | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | 0.00% |

| Garage/Carport: | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 3 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage |
|---|---|---|---|---|---|---|---|
| Pool/Spa/Fireplace: | None | 1 | None | None | None | None | None |
| Price per sq. ft.: | $ | $73 | $71 | $71 | $90 | $77 | $67 |

| Garage/Carport: | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage | Attached 3 Car Garage | Attached 2 Car Garage | Attached 2 Car Garage |
|---|---|---|---|---|---|---|---|
| Pool/Spa/Fireplace: | None | 1 | None | None | None | None | None |
| Price per sq. ft.: | $ | $73 | $71 | $71 | $90 | $77 | $67 |

| | |
|---|---|
| **Sold Comp 1 Comments:** | |
| This property is similar in style and size. Similar in condition and superior in age. | |
| **Sold Comp 2 Comments:** | |
| This property is slightly inferior in size. Similar in room count and style. | |
| **Sold Comp 3 Comments:** | |
| This property is inferior in size. Similar in condition and style. Similar in room count. | |
| **Listed Comp 1 Comments:** | |
| This property is inferior in age. Similar in size and inferior without a basement. | |
| **Listed Comp 2 Comments:** | |
| This property is superior with a finished basement. Inferior in size. Similar in room count. | |
| **Listed Comp 3 Comments:** | |
| This property is superior in bathroom count. Inferior in size and similar in condition and style. | |

### BROKER COMMENTS

**Subject Comments:**
The subject is in good condition and appears to be well maintained. The property conforms well to the market area in style and size. There is no evident damage to the exterior of the subject.

**Neighborhood Comments:**
The properties in the subject's neighborhood are in good condition and appear to be well maintained. The median home values in the area have been stable over the last six months. The inventory of distressed sales has declined over the last six months. The sales inventory has increased over the last six months.

**Condition/Repair:**
None noted.

### PRICE OPINION

| Typical Market Time: | Quick Sale Price: $175,000 | As Is Sale Price $195,000 | As Is List Price $199,900 | Repair Estimate $ | Quick Sale Repaired Price $175,000 | Repaired Sale Price $195,000 | Repaired List Price $199,900 |
|---|---|---|---|---|---|---|---|

### Pricing Strategy

The value provided is based on the most similar comparables utilized within the report and current market conditions.

### QC Review

The as is sale price is bracketed by sold comps 1 and 2. AVE search has produced similar comps supporting the value provided by the agent. SD 8/19/13

### Broker's Signature

08/12/2013

Brandon Peoples                               Date

| **Broker Address** | 1670 Fishinger Rd., Columbus, OH 43221 | **Broker Fax** | 3304970881 | **Broker Email** | brandonleepeoples@gmail.com |
|---|---|---|---|---|---|

By completing this report, the Broker certifies that they have completed a site inspection of the subject property and that subject photos were taken at the time of inspection.

DISCLOSURE: This is a comparative market analysis, not an appraisal, and should not be used for lending purposes. Therefore, it is not intended to be an appraisal of the market value of the property and as such does not comply with USPAP standards. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

## Agent Comments

| | |
|---|---|
| Please explain: Listed 1 has exceeded lot size variance of 1.5 times (+/-) subject | I searched a distance of at least 1 miles, gla +/- 20% sqft, similar lot size, and up to 12 months in time. Results: No other sales data that matched gla, lot size, or condition were considered applicable in regards to distance to subject 3 month date of sale parameter 90 DOM requirement and still be within 15% tolerance range. Therefore I was forced to use what was available and the comparables selected were considered to be the best available. |

Inspection Date: 08/12/2013  Address: 8809 GREYLAG LOOP , BLACKLICK, OH 43004  Loan Number: 7000040020  Order Number: 3190500

## Subject Photos


Subject Front


Subject Front Side 1


Subject Front Side 2


Subject Street Scene 1


Subject Street Scene 2


Subject Address verification

Inspection Date: 08/12/2013  Address: 8809 GREYLAG LOOP, BLACKLICK, OH 43004  Loan Number: 7000040020  Order Number: 3190500

## Subject Photos


Subject Other


Subject Other

Inspection Date: 08/12/2013   Address: 8809 GREYLAG LOOP, BLACKLICK, OH 43004   Loan Number: 7000040020   Order Number: 3190500

## Comp Photos


Sold Comp 1


Sold Comp 2


Sold Comp 3


Listing Comp 1


Listing Comp 2


Listing Comp 3

## Map





| | | | |
|---|---|---|---|
| | Subject | 0.00 Miles | 8809 GREYLAG LOOP, BLACKLICK, OH 43004 |
| | Listing 1 | 1.17 Miles | 3440 N Waggoner Rd, Blacklick, OH 43004 |
| | Listing 2 | 0.55 Miles | 1541 Morrison Farms Dr, Blacklick, OH 43004 |
| | Listing 3 | 0.70 Miles | 192 Windward Dr, Blacklick, OH 43004 |
| | Sale 1 | 0.63 Miles | 7842 NARROWLEAF CT, Blacklick, OH 43004 |
| | Sale 2 | 0.49 Miles | 724 Lilly Landing Ln, Blacklick, OH 43004 |
| | Sale 3 | 0.70 Miles | 8492 Haleigh Woods Dr, Blacklick, OH 43004 |