```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re:                              NOTICE OF MOTION
                                    TO VACATE AUTOMATIC STAY

     RESIDENTIAL CAPITAL, LLC
     A/K/A RESIDENTIAL CAPITAL
     CORPORATION,
                                            CHAPTER 11
                                            CASE NO. 12-12020
               Debtor.
----------------------------------X
```

**S I R S :**

    **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Michael C. Manniello a motion pursuant to 11 U.S.C. Sections 362(d)(1) and (2), will be made as set forth below:

| | |
|---|---|
| JUDGE: | HON. Martin Glenn |
| RETURN DATE AND TIME: | January 6, 2015 at 10:00AM |
| COURTHOUSE: | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 |
| RELIEF REQUESTED: | 1. An order granting applicant Bank of America relief from stay by virtue of 11 U.S.C. Section 362(d)(1) and (2) for cause, on the grounds of lack of adequate protection with regard to the premises located at 8809 Greylag Loop, Blacklick, OH 43004; |
| | 2. leave to proceed with a foreclosure action in the appropriate state court or any other court having jurisdiction over the subject premises; |

**(CONTINUED ON NEXT PAGE)**

       3. for such other, further and different relief as may be just, proper and equitable.

Dated: Syosset, New York
November 21, 2014

      Respectfully,

PETER T. ROACH AND ASSOCIATES, P.C.

*/s/Michael C. Manniello*
BY: MICHAEL C. MANNIELLO
FIRM CODE(11-3410831)
Attorneys for Secured Creditor
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP
125 Michael Drive – Suite 105
Syosset, NY  11791
(516) 938-3100 Ext. 336

TO:  **SEE AFFIDAVIT OF MAILING**

Chapter 11   Case No.  12-12020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:
      RESIDENTIAL CAPITAL, LLC
      A/K/A RESIDENTIAL CAPITAL CORPORATION,

              Debtor.
_____
        NOTICE OF MOTION TO VACATE AUTOMATIC STAY
_____
      PETER T. ROACH AND ASSOCIATES, P.C.
      Attorney for CASTLE PEAK
      125 Michael Drive - Suite 105
      Syosset, New York 11791
      (516)938-3100
----------------------------------------------------------------
Service of a copy of the within document is hereby admitted.
Dated, _____
      Attorneys for Bank of America, N.A., successor
      by merger to BAC Home Loans Servicing, LP
-----------------------------------------------------------Sir:
Please take notice

☐ NOTICE OF ENTRY

that the within is a certified/true/conformed copy of an Order duly entered in the Office of the Clerk of the within named court on _____, 2013.

☐ NOTICE OF SETTLEMENT

that an Order, of which the within is a true copy, will be presented for signature to the Honorable Martin Glenn, one of the Judges of the within named Court at One Bowling Green, New York, NY 10004-1408 on January 6, 2015, at 10:00AM


      Yours, etc.
      PETER T. ROACH AND ASSOCIATES, P.C.
      Attorney for Bank of America, N.A.
      125 Michael Drive - Suite 105
      Syosset, New York 11791
      (516) 938-3100