```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
In re:                                    Chapter 11
                                          Case No. 12-12020
      RESIDENTIAL CAPITAL, LLC,
      A/K/A,RESIDENTIAL CAPITAL
                                          NOTICE OF APPEARANCE
                                          AND DEMAND FOR SERVICE OF
                                          PAPERS

                  Debtor.
--------------------------------x
```

**PLEASE TAKE NOTICE**, that Bank of America, N.A., ("Bank of America"), successor by merger to BAC Home Loans Servicing, LP, appears herein by its counsel, Peter T. Roach and Associates, P.C. and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**Peter T. Roach and Associates, P.C.
Attorneys at Law
125 Michael Drive, Suite 105
Syosset, New York 11791
(516) 938-3100**

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

telex, or otherwise which may affect or seek to affect in any way rights or interests of Bank of America with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   Syosset, New York
         November 26, 2014

Peter T. Roach and Associates, P.C.

/S/ MICHAEL C. MANNIELLO
By:  MICHAEL C. MANNIELLO
FIRM CODE: (11-3410831)
Attorneys for Bank of America, N.A.
125 Michael Drive, Suite 105
Syosset, New York 11791
(516) 938-3100 EXT 336

To:  **See Attached List of Parties**