Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC, et. al.

   Debtors

) Case No. 12-12020 (MG)
) Chapter 11
) Jointly Administrated
)
) **NOTICE OF RULING (CLAIMS NOS. 4738 AND 5632)**
)
) [Related to 7474-4, 7457]

TO THEHONORABLE COURT, DEBTOR, AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the COURT OF APPEAL OF THE STATE OF CALIFORNIA FOURTH APPELLATE DISTRICT DIVISION THREE, on November 10, 2014, DENIED U.S. Bank's Motion to Dismiss case G050520. Exhibit (1) Debtor by and through its agents, Trust representatives and attorneys including Mr. Yaron Shaham of Severson and Werson, A Professional Corporation declared under penalty of perjury that the appeal had received a final dismissal as early as October 3, 2014 and that all matters had been decided in favor of U.S. Bank. As per Exhibit (1), that is false.

November 17, 2014  By

             /s/ Karen M. Rozier
             KAREN MICHELE ROZIER, Unrepresented Claimant

NOTICE OF RULING - Page 1 of 1

12-12020 (MG)    Page 2 of 4

**EXHIBIT 11**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

COURT OF APPEAL-4TH DIST DIV 3
FILED
NOV 10 2014
Deputy Clerk _____

| | |
|---|---|
| KAREN MICHELE ROZIER, | |
| Plaintiff and Appellant, | G050520 |
| v. | (Super. Ct. No. 30-2012-00601310) |
| U.S. BANK NATIONAL ASSOCIATION, | ORDER |
| Defendant and Respondent. | |

THE COURT:*

Respondent's request for judicial notice, filed September 19, 2014, is GRANTED. Appellant's request for judicial notice, filed October 6, 2014, is DENIED. Respondent's motion to dismiss the appeal, filed September 19, 2014, is DENIED.

O'Leary, P.J.
_____
O'LEARY, P. J.

* Before O'Leary, P. J., Ikola, J., and Thompson, J.



G050520
Rozier v. U.S. Bank National Association

Superior Court of Orange County

Karen Michele Rozier
7957 Dahlia Circle
Buena Park, CA 90620

Robert James Gandy
Severson & Werson, APC
19100 Von Karman Ave, Ste 700
Irvine, CA 92612

PROOF OF SERVICE

Case 12-12020 (MG) In re Residential Capital, LLC

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- NOTICE OF RULING (CLAIMS NOS. 4738 AND 5632)

On all interest parties in this action by regular electronic mail as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com;
lmarinuzzi@mofo.com

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004
Brian.Masumoto@usdoj.gov

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Douglas H. Mannal
Joseph Shifer
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
jshifer@kramerlevin.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2014

David E. Rozier, Sr