**Exhibit I to Horst Declaration**

ADRMOP,APPEAL,CLOSED,E–Filing

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:11–cv–05018–PSG

| | |
|---|---|
| Boyd v. GMAC Mortgage LLC et al<br>Assigned to: Magistrate Judge Paul Singh Grewal<br>Case in other court:  US Court of Appeals for the Ninth Circuit, 12–17434<br>Cause: 15:1601 Truth in Lending | Date Filed: 10/12/2011<br>Date Terminated: 10/01/2012<br>Jury Demand: Plaintiff<br>Nature of Suit: 371 Truth in Lending<br>Jurisdiction: Federal Question |

**Plaintiff**

**Michael E Boyd**  represented by  **Maria Schindler**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415–398–3344
Fax: 415–956–0439
Email: ms@severson.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage LLC**  represented by  **Elizabeth Holt Andrews**
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
415–398–3344
Fax: 415–956–0439
Email: eha@severson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Schindler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mortgage Electronic Registration Services, Inc.**  represented by  **Elizabeth Holt Andrews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Schindler**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2011 | 1 | COMPLAINT of Unconscionability Contract Adhesion and Quiet Title ot Real Property (Summons Issued);jury demand; against GMAC Mortgage LLC, Mortgage Electronic Registation Services, Inc. ( Filing fee $ 350, receipt number 54611010547). Filed by Michael E Boyd. (Attachments: # 1 Civil Cover Sheet) (bw, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/12/2011) |
| 10/11/2011 | 2 | Lis Pendens and (Proposed) Order by Michael E Boyd. (bw, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/12/2011) |

| 10/11/2011 | 3 | Summons Issued as to GMAC Mortgage LLC, Mortgage Electronic Registation Services, Inc. (bw, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/12/2011) |
|---|---|---|
| 10/11/2011 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 11/22/2011. Case Management Conference set for 11/29/2011 02:00 PM in Courtroom 5, 4th Floor, San Jose. (bw, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/12/2011) |
| 10/11/2011 |  | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 10/11/2011) (Entered: 10/12/2011) |
| 10/21/2011 | 5 | SUMMONS Returned Executed by Michael E Boyd. GMAC Mortgage LLC served on 10/19/2011, answer due 11/9/2011. (gm, COURT STAFF) (Filed on 10/21/2011) (Entered: 10/24/2011) |
| 10/27/2011 | 6 | SUMMONS Returned Executed by Michael E Boyd. Mortgage Electronic Registation Services, Inc. served on 10/20/2011, answer due 11/10/2011. (gm, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/28/2011) |
| 11/08/2011 | 11 | NOTICE of need for ADR Phone Conference (ADR L.R. 3–5 d) (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 12 | ADR Certification by Parties and Counsel (ADR L.R. 3–5 b) of discussion of ADR options (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 13 | Application for an Order to Show Cause Why a Preliminary Injunction Should not be Issued filed by Michael E Boyd. Responses due by 11/22/2011. Replies due by 11/29/2011. (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 14 | Alternative Application for an Order Shortening the Time for a Hearing on Order to Show Cause Why a Preliminary Injunction Should not be Issued or for a Temporary Restraining Order by Michael E Boyd (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 15 | MEMORANDUM to Plaintiff's Applications filed by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 16 | (Proposed) Order Shortening the Time for a Hearing on Order that Defendant's Show Cause Why a Preliminary Injunction Should not be Issued by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 17 | (Proposed) Order that Defendants Show Cause Why a Prelliminary Injunction Should not be Issued by Michael E Boyd.(bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/08/2011 | 18 | (Proposed) Order Granting Motion for a Temporary Restraining Order by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/8/2011) (Entered: 11/09/2011) |
| 11/09/2011 | 7 | Disclosure Statements Pursuant to Federal Rule of Civil Procedure 7.1 and Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3–16 by GMAC Mortgage LLC, Mortgage Electronic Registation Services, Inc. identifying Corporate Parent MERSCORP, Inc. for Mortgage Electronic Registation Services, Inc.; Corporate Parent Ally Financial Inc. f/k/a GMAC Inc. for GMAC Mortgage LLC. (Attachments: # 1 Certificate/Proof of Service)(Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/10/2011 (bw, COURT STAFF). (Entered: 11/09/2011) |
| 11/09/2011 | 8 | CONSENT to Proceed Before a US Magistrate Judge by GMAC Mortgage LLC, Mortgage Electronic Registation Services, Inc. (Attachments: # 1 Certificate/Proof of Service)(Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/10/2011 (bw, COURT STAFF). (Entered: 11/09/2011) |
| 11/09/2011 | 9 | Notice of Motion and Motion to Dismiss Pursuant to Rule 12(B)(6) or in the Alternative for a More Definite Statement; Memorandum of Points and Authorities filed by GMAC Mortgage LLC, Mortgage Electronic Registation Services, Inc.. Motion Hearing set for 1/3/2012 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 11/23/2011. Replies due by 11/30/2011. (Attachments: # 1 (Proposed) Order, # 2 Certificate/Proof of Service) (Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/10/2011 (bw, COURT STAFF). (Entered: 11/09/2011) |

12-12020-mg    Doc 7825-10    Filed 12/04/14    Entered 12/04/14 17:51:36    Exhibit I
to Declaration    Pg 4 of 8
Case: 5:11-cv-05018-PSG  As of: 12/01/2014 06:17 PM PST  3 of 7

| | | |
|---|---|---|
| 11/09/2011 | 10 | Request for Judicial Notice in Support of Motion to Dismiss Pursuant to Rule 12(B)(6) or in the Alternative for a More Definite Statement Pursuant to rule 12(E) re 9 filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc . (Attachments: # 1Exhs. A to G, # 2 Exhs. H to N, # 3 Certificate/Proof of Service) (Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/9/2011 (feriab, COURT STAFF). (Entered: 11/09/2011) |
| 11/09/2011 | 19 | Opposition to Plaintiff's Motions for Temporary Restraining Order, Preliminary Injunction, and Order Shortening Tim re 13 filed byGMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Certificate/Proof of Service)(Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/14/2011 (bw, COURT STAFF). (Entered: 11/09/2011) |
| 11/09/2011 | 20 | NOTICE of need for ADR Phone Conference (ADR L.R. 3−5 d) re 11 Notice of need of ADR Phone Conference (ADR L.R. 3−5 d) of defendants GMAC Mortgage LLC and Mortgage Electronic Registration Systems, Inc. (Attachments: # 1 Certificate/Proof of Service) re document 11 ) (Holt, M. Elizabeth) (Filed on 11/9/2011) Modified on 11/14/2011 (bw, COURT STAFF). (Entered: 11/09/2011) |
| 11/10/2011 | 21 | ORDER re 13 , 14 Notice (Other) filed by Michael E Boyd. Signed by Judge Paul S. Grewal on 11/10/2011. (psglc2, COURT STAFF) (Filed on 11/10/2011) (Additional attachment(s) added on 11/10/2011: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 11/10/2011) |
| 11/14/2011 | 22 | CONSENT to Proceed Before a US Magistrate Judge by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/14/2011) (Entered: 11/15/2011) |
| 11/15/2011 | 23 | Declaration of Service as to Defendant GMAC MORTGAGE, LLC Served on 11/11/2011 by Michael E Boyd (bw, COURT STAFF) (Filed on 11/15/2011) (bw, COURT STAFF). (Entered: 11/15/2011) |
| 11/15/2011 | | ADR Clerks Notice Setting ADR Phone Conference on 11/28/11 at 9:00 a.m. Pacific time. The court will provide instructions for connecting to the call in a separate notice to the parties. (sgd, COURT STAFF) (Filed on 11/15/2011) (Entered: 11/15/2011) |
| 11/16/2011 | 24 | Reply to Defendant's Response re 19 by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/16/2011) (bw, COURT STAFF). (Entered: 11/16/2011) |
| 11/22/2011 | 25 | Case Management Statement filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Holt, M. Elizabeth) (Filed on 11/22/2011) Modified on 11/23/2011 (bw, COURT STAFF). (Entered: 11/22/2011) |
| 11/22/2011 | 26 | CERTIFICATE OF SERVICE by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. re 25 Case Management Statement *Certificate of Service* (Holt, M. Elizabeth) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/22/2011 | 27 | Certificate of Service re 22 Consent to Proceed Before a US Magistrate Judge; and 24 Reply to Defendant's Response by Michael E Boyd (bw, COURT STAFF) (Filed on 11/22/2011) (bw, COURT STAFF). Modified on 11/23/2011 (bw, COURT STAFF). (Entered: 11/22/2011) |
| 11/28/2011 | | ADR Remark: ADR Phone Conference held by RWS on 11/28/11. (sgd, COURT STAFF) (Filed on 11/28/2011) (Entered: 11/28/2011) |
| 11/28/2011 | 28 | CASE MANAGEMENT STATEMENT filed by Michael E Boyd. (bw, COURT STAFF) (Filed on 11/28/2011) (Entered: 11/29/2011) |
| 11/29/2011 | 29 | CERTIFICATE OF SERVICE re 28 Case Management Statement by Michael E Boyd (bw, COURT STAFF) (Filed on 11/29/2011) (Entered: 11/29/2011) |
| 11/29/2011 | 30 | Minute Entry: Case Management Conference held on 11/29/2011 before Magistrate Judge Paul S. Grewal (Date Filed: 11/29/2011). Further Case Management Conference set for 1/3/2012 at 10:00 AM in Courtroom 5, 4th Floor, San Jose. (Court Reporter FTR: (2:00 to 2:05.) (ofr, COURT STAFF) (Date Filed: 11/29/2011) (Entered: 11/29/2011) |
| 11/30/2011 | 31 | Reply in Support of Motion to Dismiss re 9 filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Proof of Service) (Holt, M. Elizabeth) (Filed on 11/30/2011) Modified on 11/30/2011 (bw, COURT STAFF). |

| | | |
|---|---|---|
| | | (Entered: 11/30/2011) |
| 12/05/2011 | 32 | ORDER by Judge Paul S. Grewal granting 9 Motion to Dismiss; denying 13 Motion for Order to Show Cause (psglc2, COURT STAFF) (Filed on 12/5/2011) (Additional attachment(s) added on 12/6/2011: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 12/05/2011) |
| 12/05/2011 | 33 | NOTICE of Pendency of Other Actions or Proceedings by Michael E Boyd (bw, COURT STAFF) (Filed on 12/5/2011) (bw, COURT STAFF). (Entered: 12/06/2011) |
| 12/05/2011 | 34 | CERTIFICATE OF SERVICE re 33 Notice of Pendency of Other Actions or Proceedings by Michael E Boyd (bw, COURT STAFF) (Filed on 12/5/2011) (bw, COURT STAFF). (Entered: 12/06/2011) |
| 12/06/2011 | 35 | NOTICE of Entry of Order (1) Granting Defendants' Motion to Dismiss; (2) Denying Plaintiff's Application for Preliminary Injunction or Temporary Restraining Order re 32 by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Certificate/Proof of Service) (Holt, M. Elizabeth) (Filed on 12/6/2011) Modified on 12/7/2011 (bw, COURT STAFF). (Entered: 12/06/2011) |
| 12/19/2011 | 36 | Notice of Removal of Case to United States Bankruptcy Court for the Northern District of California Case #11−61311 by Michael E Boyd (bw, COURT STAFF) (Filed on 12/19/2011) (bw, COURT STAFF). (Entered: 12/20/2011) |
| 12/23/2011 | 37 | Request to Appear Telephonically for Case Management Conference Pursuant to Rule of Court 16−10(A) filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Holt, M. Elizabeth) (Filed on 12/23/2011) Modified on 12/27/2011 (bw, COURT STAFF). (Entered: 12/23/2011) |
| 12/23/2011 | 38 | CERTIFICATE OF SERVICE re 37 Request to Appear Telephonically for Case Management Conference Pursuant to Rule of Court 16−10(A) by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Holt, M. Elizabeth) (Filed on 12/23/2011) Modified on 12/27/2011 (bw, COURT STAFF). (Entered: 12/23/2011) |
| 12/29/2011 | 39 | ORDER by Judge Paul S. Grewal, granting 37 Motion to Appear by Telephone (ofr, COURT STAFF) (Filed on 12/29/2011) (Additional attachment(s) added on 12/29/2011: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 12/29/2011) |
| 12/29/2011 | 40 | CLERKS NOTICE RESETTING TIME ON JANUARY 3, 2012 CASE MANAGEMENT CONFERENCE: 1/3/2012 10:00 a.m. Case Management Conference reset to 2:00 p.m. in Courtroom 5, 4th Floor, San Jose. (ofr, COURT STAFF) (Filed on 12/29/2011) (Additional attachment(s) added on 12/29/2011: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 12/29/2011) |
| 01/03/2012 | 41 | Minute Entry: Case Management Conference held on 1/3/2012 before Magistrate Judge Paul S. Grewal. (Date Filed: 1/3/2012). Bankruptcy matter hearing set for 1/24/2012 at 02:00 PM in Courtroom 5, 4th Floor, San Jose. (Court Reporter FTR: (2:02 to 2:11.) (ofr, COURT STAFF) (Date Filed: 1/3/2012) (Entered: 01/03/2012) |
| 01/10/2012 | 42 | Opposition to Plaintiff's Petition to Transfer Case to Bankruptcy Court re 41 by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Certificate/Proof of Service) (Holt, M. Elizabeth) (Filed on 1/10/2012) Modified on 1/11/2012 (bw, COURT STAFF). (Entered: 01/10/2012) |
| 01/17/2012 | 43 | First Joint Stipulation to Continue Hearing on Plaintiff's Notice of Removal Pursuant to Civil Local Rule 6−2 and (Proposed) Order filed by Michael E Boyd. (bw, COURT STAFF) (Filed on 1/17/2012) (Entered: 01/18/2012) |
| 01/17/2012 | 44 | Proof of Service re 43 First Joint Stipulation to Continue Hearing on Plaintiff's Notice of Removal Pursuant to Civil Local Rule 6−2 and (Proposed) Order by Michael E Boyd (bw, COURT STAFF) (Filed on 1/17/2012) (Entered: 01/18/2012) |
| 01/17/2012 | 45 | Answer to Defendants' Opposition to Plaintiff's Petition to Transfer Case to Bankruptcy Court re 42 by Michael E Boyd. (bw, COURT STAFF) (Filed on 1/17/2012) (Entered: 01/18/2012) |

| | | |
|---|---|---|
| 01/17/2012 | 46 | Proof of Service re 45 Answer to Defendants' Opposition to Plaintiff's Petition to Transfer Case to Bankruptcy Court by Michael E Boyd (bw, COURT STAFF) (Filed on 1/17/2012) Modified on 1/18/2012 (bw, COURT STAFF). (Entered: 01/18/2012) |
| 01/20/2012 | 47 | ORDER by Judge Paul S. Grewal granting 43 Stipulation (ofr, COURT STAFF) (Filed on 1/20/2012) (Additional attachment(s) added on 1/23/2012: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 01/23/2012) |
| 01/20/2012 | | Set/Reset Hearings: 1/24/2012 Bankruptcy matter hearing continued to 1/31/2012 02:00 PM in Courtroom 5, 4th Floor, San Jose. (ofr, COURT STAFF) (Filed on 1/20/2012) (Entered: 01/23/2012) |
| 01/31/2012 | 48 | Minute Entry: Hearing on Plaintiffs Petition to Transfer to Bankruptcy Court held. The Court takes matter under submission; written order after hearing to be issued.(Date Filed: 1/31/2012). (Court Reporter FTR: (2:05 to 2:18.) (ofr, COURT STAFF) (Date Filed: 1/31/2012) (Entered: 01/31/2012) |
| 03/21/2012 | 49 | Statement of Recent Decision Re: Plaintiff's Petition to Transfer Case re 36 by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Exhibit Decision, # 2 Certificate/Proof of Service)(Schindler, Maria) (Filed on 3/21/2012) Text modified on 3/21/2012 (bw, COURT STAFF). (Entered: 03/21/2012) |
| 04/24/2012 | 50 | ORDER DENYING PLAINTIFF'S PETITION TO TRANSFER TO BANKRUPTCY COURT. Signed by Judge Paul S. Grewal on April 24, 2012. (psglc1, COURT STAFF) (Filed on 4/24/2012) (Additional attachment(s) added on 4/25/2012: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 04/24/2012) |
| 04/26/2012 | 51 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE: Case Management Conference set for 5/29/2012 at 02:00 PM in Courtroom 5, 4th Floor, San Jose. Case Management Statement due by 5/22/2012. (ofr, COURT STAFF) (Filed on 4/26/2012) (Additional attachment(s) added on 4/26/2012: # 1 CERTIFICATE OF SERVICE) (ofr, COURT STAFF). (Entered: 04/26/2012) |
| 05/22/2012 | 52 | **First Amended** COMPLAINT of Unconscionability Contract Adhesion and Quiet Title ot Real Property against All Defendants. Filed by Michael E Boyd. (bw, COURT STAFF) (Filed on 5/22/2012) (bw, COURT STAFF). (Additional attachment(s) added on 5/23/2012: # 1 Exhibit–A) (bw, COURT STAFF). (Entered: 05/22/2012) |
| 05/22/2012 | 53 | CERTIFICATE OF SERVICE re 52 Amended Complaint by Michael E Boyd (bw, COURT STAFF) (Filed on 5/22/2012) (bw, COURT STAFF). (Entered: 05/22/2012) |
| 05/23/2012 | 54 | Joint Case Management Statement filed by Michael E Boyd, GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Schindler, Maria) (Filed on 5/23/2012) Modified on 5/23/2012 (bw, COURT STAFF). (Entered: 05/23/2012) |
| 05/29/2012 | 55 | Minute Entry: Further Case Management Conference held on 5/29/2012 before Magistrate Judge Paul S. Grewal (Date Filed: 5/29/2012). (Court Reporter FTR: (2:05 to 2:07.) (ofr, COURT STAFF) (Date Filed: 5/29/2012) (Entered: 05/30/2012) |
| 06/08/2012 | 56 | First Joint Stipulation to Continue Response Date to First amended Complaint Pursuant to Civil Local Rule 6–2 re 52 filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Attachments: # 1 Signature Page (Declarations/Stipulations), # 2 Certificate/Proof of Service)(Schindler, Maria) (Filed on 6/8/2012) Text modified on 6/8/2012 conforming to posted document caption (bwS, COURT STAFF). (Entered: 06/08/2012) |
| 06/14/2012 | 57 | FIRST JOINT STIPULATION TO CONTINUE RESPONSE DATE TO FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6–2 AND ORDER by Judge Paul S. Grewal, granting 56 Stipulation (ofr, COURT STAFF) (Filed on 6/14/2012) (Entered: 06/14/2012) |
| 06/25/2012 | 58 | Notice of Motion and Motion to Dismiss First Amended Complaint re 52 ; Memorandum of Points and Authorities in Support filed by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc.. Motion Hearing set for 8/7/2012 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 7/9/2012. Replies due by 7/16/2012. (Attachments: # 1 (Proposed) Order)(Schindler, Maria) (Filed on 6/25/2012) Text modified, linkage added on 6/25/2012 (bwS, COURT STAFF). (Entered: 06/25/2012) |

| | | |
|---|---|---|
| 07/11/2012 | 59 | NOTICE of Non–Receipt of Opposition to Motion to Dismiss re 58 by GMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc. (Schindler, Maria) (Filed on 7/11/2012) Modified on 7/12/2012 (bwS, COURT STAFF). (Entered: 07/11/2012) |
| 07/12/2012 | 60 | MOTION for Procedural Relief Regarding July 9, 2012 Opposition Deadline filed by Michael E Boyd. Motion Hearing set for 8/7/2012 10:00 AM in Courtroom 5, 4th Floor, San Jose before Magistrate Judge Paul Singh Grewal. Responses due by 7/26/2012. Replies due by 8/2/2012. (bwS, COURT STAFF) (Filed on 7/12/2012) (Entered: 07/12/2012) |
| 07/12/2012 | 61 | CERTIFICATE OF SERVICE re 60 MOTION for Procedural Relief Regarding July 9, 2012 Opposition Deadline by Michael E Boyd (bwS, COURT STAFF) (Filed on 7/12/2012) (Entered: 07/12/2012) |
| 07/19/2012 | 62 | RESPONSE (re 60 MOTION for Procedural Relief Regaring July 9, 2012 Opposition Deadline re 57 Order on Stipulation ) filed byGMAC Mortgage LLC, Mortgage Electronic Registration Services, Inc.. (Attachments: # 1 Exhibit)(Schindler, Maria) (Filed on 7/19/2012) (Entered: 07/19/2012) |
| 07/26/2012 | 63 | REPLY to Opposition (re 60 MOTION for Procedural Relief Regaring July 9, 2012 Opposition Deadline re 57 Order on Stipulation ) filed byMichael E Boyd. (gm, COURT STAFF) (Filed on 7/26/2012) (Entered: 07/31/2012) |
| 07/26/2012 | 64 | CERTIFICATE OF SERVICE by Michael E Boyd re 63 Reply to Opposition/Response (gm, COURT STAFF) (Filed on 7/26/2012) (Entered: 07/31/2012) |
| 08/07/2012 | 65 | Minute Entry: Motion Hearing held on 8/7/2012 before Magistrate Judge Paul S. Grewal (Date Filed: 8/7/2012) re 58 MOTION to Dismiss *First Amended Complaint filed by Mortgage Electronic Registration Services, Inc., GMAC Mortgage LLC* and 60 MOTION for Procedural Relief Regarding July 9, 2012 Opposition Deadline filed by Michael E Boyd. The Court takes matters under submission, written order after hearing to be issued. (Court Reporter: Summer Fisher.) (ofr, COURT STAFF) (Date Filed: 8/7/2012) (Entered: 08/07/2012) |
| 08/22/2012 | 66 | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** by Judge Paul S. Grewal, granting 58 Motion to Dismiss; denying 60 Motion for Procedural Relief (ofr, COURT STAFF) (Filed on 8/22/2012) (Entered: 08/23/2012) |
| 10/01/2012 | 67 | JUDGMENT. Signed by Judge Paul S. Grewal on 10/1/2012. (ofr, COURT STAFF) (Filed on 10/1/2012) (Entered: 10/03/2012) |
| 10/29/2012 | 68 | NOTICE OF APPEAL to the 9th CCA Michael E Boyd. Appeal of Judgment 67 (Appeal fee of $455 paid receipt #54611012726.) (tsh, COURT STAFF) (Filed on 10/29/2012) (tsh, COURT STAFF). (Entered: 10/30/2012) |
| 10/30/2012 | 69 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals by Michael E Boyd re 68 Notice of Appeal (Attachments: # 1 Notice of Appeal, # 2 Judgment, # 3 Docket Sheet)(tsh, COURT STAFF) (Filed on 10/30/2012) (Entered: 10/30/2012) |
| 10/31/2012 | 70 | USCA Case Number 12–17434 US Court of Appeals for the Ninth Circuit for 68 Notice of Appeal filed by Michael E Boyd, 69 Transmission of Notice of Appeal and Docket Sheet to USCA filed by Michael E Boyd. (tsh, COURT STAFF) (Filed on 10/31/2012) (tsh, COURT STAFF). (Entered: 11/01/2012) |
| 10/31/2012 | 71 | USCA Time Scheduling Order. (tsh, COURT STAFF) (Filed on 10/31/2012) (tsh, COURT STAFF). (Entered: 11/01/2012) |
| 11/27/2012 | 72 | Transcript Designation and Ordering Form for proceedings held on 1/31/2012 and 8/7/2012 before Judge Paul S. Grewal, (gm, COURT STAFF) (Filed on 11/27/2012) (Entered: 11/29/2012) |
| 12/12/2012 | 73 | Transcript of Proceedings held on 08/07/2012, before Judge Paul S. Grewal. Court Reporter/Transcriber Summer Fisher, Telephone number 408–288–6150. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/12/2013. (Fisher, Summer) (Filed on 12/12/2012) (Entered: 12/12/2012) |
| 01/17/2013 | 74 | Certificate of Record forwarded to USCA re appeal 68 Notice of Appeal : (gmS, ) (Filed on 1/17/2013) (Additional attachment(s) added on 2/5/2013: # 1 Transcript Designation and Ordering Form) (gmS, ). (Entered: 01/17/2013) |
| 08/22/2014 | 75 | USCA MEMORANDUM AFFIRMED. FILED AND ENTERED JUDGMENT. as to 68 Notice of Appeal filed by Michael E Boyd (cv, COURT STAFF) (Filed on 8/22/2014) (Entered: 08/26/2014) |