**Exhibit N to Horst Declaration**

**Cruz**

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Bankruptcy Petition #: 11-61311

|  |  |
|---|---|
| | *Date filed:* 12/12/2011 |
| *Assigned to:* Judge Stephen L. Johnson | *Plan confirmed:* 05/20/2014 |
| Chapter 13 | *341 meeting:* 01/23/2012 |
| Voluntary | *Deadline for filing claims:* 04/23/2012 |
| Asset | |

*Debtor*  
**Michael Edward Boyd**  
5439 Soquel Drive  
Soquel, CA 95073  
SANTA CRUZ-CA  
SSN / ITIN: xxx-xx-8141  

represented by **Anita Steburg**  
Steburg Law Firm  
1798 Technology Drive #258  
San Jose, CA 95110  
(408)573-1122  
Email: anita@steburglawfirm.com

*Joint Debtor*  
**Patricia Leigh Paramoure**  
5439 Soquel Drive  
Soquel, CA 95073  
SANTA CRUZ-CA  
SSN / ITIN: xxx-xx-2278  
*aka* **Patricia Paramoure**  
*aka* **Patricia L. Paramoure**  

represented by **Anita Steburg**  
(See above for address)

*Trustee*  
**Devin Derham-Burk**  
P.O. Box 50013  
San Jose, CA 95150-0013  
(408) 354-4413  

represented by **Devin L. Pace**  
Office of Devin Derham-Burk,  
Trustee  
P.O.Box 50013  
San Jose, CA 95150  
(408) 357-7887  
Email: ctdocs@ch13sj.com

*U.S. Trustee*  
**Office of the U.S. Trustee / SJ**  
U.S. Federal Bldg.  
280 S 1st St. #268  
San Jose, CA 95113-3004  
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 12/12/2011 | [1](#) (7 pgs) | Chapter 13 Voluntary Petition, Fee Amount $281. Filed by Michael Edward Boyd, Patricia Leigh Paramoure. Section 521 Filings due by 01/26/2012. Order Meeting of Creditors due by 01/11/2012. Chapter 13 Plan due by 12/27/2011. (Steburg, Anita)ERROR: INCOMPLETE DEADLINE SET. CORRECTIVE ENTRY: COURT TERMINATED DEADLINE. Modified on 12/13/2011 (aw). (Entered: 12/12/2011) |
| 12/12/2011 | [2](#) | Statement of Social Security Number. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 12/12/2011) |
| 12/12/2011 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(11-61311) [misc,volp13] ( 281.00). Receipt number 14923809, amount $ 281.00 (U.S. Treasury) (Entered: 12/12/2011) |
| 12/12/2011 | [3](#) (3 pgs) | Creditor Matrix Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 12/12/2011) |
| 12/12/2011 | [4](#) (1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 2500.00 Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 12/12/2011) |
| 12/12/2011 | [5](#) (2 pgs) | Certificate of Credit Counseling Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 12/12/2011) |
| 12/13/2011 | [6](#) (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan . (aw) (Entered: 12/13/2011) |
| 12/13/2011 | [7](#) (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal . (aw) (Entered: 12/13/2011) |
| 12/15/2011 | [8](#) (3 pgs) | BNC Certificate of Mailing (RE: related document(s) [7](#) Order to File Missing Documents). Notice Date 12/15/2011. (Admin.) (Entered: 12/15/2011) |
| 12/15/2011 | [9](#) (3 pgs) | BNC Certificate of Mailing (RE: related document(s) [6](#) Order Providing for Dismissal). Notice Date 12/15/2011. (Admin.) (Entered: 12/15/2011) |

| | | |
|---|---|---|
| 12/19/2011 | 10<br>(9 pgs; 2 docs) | Adversary case 11-05345. 01 (Determination of removed claim or cause) Complaint by Michael E. Boyd against GMAC MORTGAGE, LLC , Mortgage Electronic Registration Systems, Inc. . Fee Amount $0.00. (Attachments: # 1 AP Cover Sheet) (clc) (Entered: 12/19/2011) |
| 12/26/2011 | 11<br>(41 pgs) | Schedules A - J , Statistical Summary of Certain Liabilities., Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C), CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b), DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita)CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO REFLECT PDF. ERROR: ADDITIONAL DOCKET EVENTS SHOULD HAVE BEEN SELECTED. Modified on 12/27/2011 (jd). (Entered: 12/26/2011) |
| 12/26/2011 | 12<br>(2 pgs) | Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Steburg, Anita) (Entered: 12/26/2011) |
| 12/26/2011 | 13<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 2,500.00 Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita)ERROR: THIS APPEARS TO BE A DUPLICATE OF THE RULE 2016 LISTED IN DOCUMENT #11. Modified on 12/27/2011 (jd). (Entered: 12/26/2011) |
| 12/26/2011 | 14<br>(2 pgs) | Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 12/26/2011) |
| 12/27/2011 | 15<br>(9 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 1/23/2012 at 11:30 AM San Jose Room 130 Objection to Dischargeability due by 3/23/2012 Proofs of Claims due by 4/23/2012 Last day to object to confirmation is 1/23/2012 **Confirmation Hearing scheduled for 2/8/2012 at 01:25 PM at San Jose Courtroom 3099 - Johnson.** (Derham-Burk, Devin (cf)) (Entered: 12/27/2011) |

| | | |
|---|---|---|
| 12/30/2011 | [16](#) (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) [15](#) Meeting of Creditors Chapter 13). Notice Date 12/30/2011. (Admin.) (Entered: 12/30/2011) |
| 12/30/2011 | [17](#) (6 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) [15](#) Meeting of Creditors Chapter 13). Notice Date 12/30/2011. (Admin.) (Entered: 12/30/2011) |
| 01/16/2012 | [18](#) (2 pgs) | Request for Notice *Proof of Service* Filed by Creditor GMAC Mortgage, LLC (Damen, Jonathan) ERROR: PARTS OF THE PDF IS HARD READ. Modified on 1/17/2012 (aw). (Entered: 01/16/2012) |
| 01/19/2012 | [19](#) (4 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 01/19/2012) |
| 01/23/2012 | [20](#) (47 pgs; 4 docs) | Objection to Confirmation of Plan Filed by Creditor GMAC Mortgage, LLC (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B# [3](#) Exhibit C) (Damen, Jonathan) (Entered: 01/23/2012) |
| 01/23/2012 | [21](#) (14 pgs; 3 docs) | Objection to Confirmation of Plan Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B) (Damen, Jonathan) (Entered: 01/23/2012) |
| 01/24/2012 | | Meeting of Creditors Held. *on 1/23/2012; Debtor and Attorney of record present; 341 concluded; Confirmation Hearing set for 2/8/2012*. (Derham-Burk, Devin (tg)) (Entered: 01/24/2012) |
| 01/30/2012 | [22](#) (4 pgs; 4 docs) | Trustee's Statement of Non-Readiness for Confirmation: The trustee has determined this case is to be placed on the trustee's pending list and it will not be confirmed at the original confirmation hearing . (Derham-Burk, Devin (harbor)) (Entered: 01/30/2012) |
| 02/01/2012 | [23](#) (3 pgs) | BNC Certificate of Mailing (RE: related document(s) [22](#) Trustee's Statement of Non-Readiness for Confirmation). Notice Date 02/01/2012. (Admin.) (Entered: 02/01/2012) |
| 02/01/2012 | [24](#) (3 pgs) | BNC Certificate of Mailing (RE: related document(s) [22](#) Trustee's Statement of Non-Readiness for Confirmation). Notice Date 02/01/2012. (Admin.) (Entered: 02/01/2012) |

| | | |
|---|---|---|
| 02/02/2012 | [25](#) (4 pgs) | Amended Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 02/02/2012) |
| 02/08/2012 | | Hearing Held. Case has been placed on the trustee's pending list. . (tb) (Entered: 02/08/2012) |
| 03/01/2012 | [26](#) (3 pgs) | Declaration of Devin Derham-Burk in Support of *Dismissal for Failure to Submit Pay Advices to the Trustee, with Certificate of Service* Filed by Trustee Devin Derham-Burk (Derham-Burk, Devin (tg)) (Entered: 03/01/2012) |
| 03/05/2012 | [27](#) (3 pgs; 2 docs) | Signed Order of Dismissal Prior to Confirmation. (aw) (Entered: 03/05/2012) |
| 03/05/2012 | [28](#) (2 pgs) | Motion to Vacate *Dismissal and to Reinstate Chapter 13 Case* (RE: related document(s)[27](#) Order of Dismissal Prior to Confirmation). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/05/2012) |
| 03/05/2012 | [29](#) (3 pgs; 2 docs) | Declaration of Anita L. Steburg in Support of *Debtor's Motion to Vacate Order of Dismissal and Reinstate Chapter 13 Case* (RE: related document(s)[28](#) Motion to Vacate). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # [1](#) facsimile confirmation sheet) (Steburg, Anita) (Entered: 03/05/2012) |
| 03/05/2012 | [30](#) (1 pg) | Notice of Hearing *on Motion to Vacate Order Dismissing Chapter 13 Case* (RE: related document(s)[28](#) Motion to Vacate *Dismissal and to Reinstate Chapter 13 Case*). **Hearing scheduled for 3/21/2012 at 01:30 PM at San Jose Courtroom 3099 - Johnson.** Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/05/2012) |
| 03/05/2012 | [31](#) (2 pgs) | Declaration of Patricia Paramoure *re: Missing Pay Advice* (RE: related document(s)[28](#) Motion to Vacate). Filed by Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/05/2012) |
| 03/05/2012 | [32](#) (3 pgs) | Certificate of Service (RE: related document(s)[28](#) Motion to Vacate, [29](#) Declaration, [30](#) Notice of Hearing). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/05/2012) |

| | | |
|---|---|---|
| 03/05/2012 | [33](#) <br> (2 pgs; 2 docs) | Notice of Dismissal (admin) (Entered: 03/05/2012) |
| 03/06/2012 | [34](#) <br> (2 pgs) | Motion to Shorten Time *Period For Notice and Hearing Under FRBP 9006(c)(1)* (RE: related document(s)[28](#) Motion to Vacate filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/06/2012) |
| 03/06/2012 | [35](#) <br> (2 pgs) | Declaration of Attorney in Support of *Applicaton for Order Shortening Time Period for Notice and Hearing under FRBP 9006(c)(1)* (RE: related document(s)[34](#) Motion to Shorten Time). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/06/2012) |
| 03/07/2012 | [36](#) <br> (5 pgs; 2 docs) | Response *to Debtors' Motion to Vacate Dismissal* (RE: related document(s)[28](#) Motion to Vacate). Filed by Trustee Devin Derham-Burk (Attachments: # [1](#) Certificate of Service) (Pace, Devin) (Entered: 03/07/2012) |
| 03/07/2012 | [37](#) <br> (1 pg) | Order Granting Motion to Shorten Time (Related Doc # [34](#)) (aw) (Entered: 03/07/2012) |
| 03/07/2012 | | Hearing Set On (RE: related document(s)[28](#) Motion to Vacate *Dismissal and to Reinstate Chapter 13 Case*). **Hearing scheduled for 3/13/2012 at 09:15 AM at San Jose Courtroom 3099 - Johnson.** (aw) (Entered: 03/07/2012) |
| 03/07/2012 | [38](#) <br> (4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [27](#) Order of Dismissal Prior to Confirmation). Notice Date 03/07/2012. (Admin.) (Entered: 03/07/2012) |
| 03/08/2012 | [39](#) <br> (1 pg) | First Amended Notice of Hearing *on Motion to Vacate Order Dismissing Chapter 13 Case* (RE: related document(s)[28](#) Motion to Vacate *Dismissal and to Reinstate Chapter 13 Case*). **Hearing scheduled for 3/13/2012 at 09:15 AM at San Jose Courtroom 3099 - Johnson.** Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/08/2012) |
| 03/08/2012 | [40](#) <br> (3 pgs) | Certificate of Service (RE: related document(s) [37](#) Order on Motion to Shorten Time). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, |

| | | |
|---|---|---|
| | | Anita)ERROR: INCORRECT LINKAGE. CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE. Modified on 3/8/2012 (aw). (Entered: 03/08/2012) |
| 03/08/2012 | 41 (4 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) 33 Notice of Dismissal). Notice Date 03/08/2012. (Admin.) (Entered: 03/08/2012) |
| 03/13/2012 | | Hearing Held (related document(s): 28 Motion to Vacate) The dismissal is vacated. The debtor shall comply by providing pay advices or declarations regarding pay advices. The movant shall upload an order. (bg) (Entered: 03/13/2012) |
| 03/14/2012 | 42 (4 pgs; 2 docs) | Order Vacating Dismissal and Reinstating Chapter 13 Case RE: Motion To Vacate (Related Doc # 28) (aw) (Entered: 03/14/2012) |
| 03/16/2012 | 43 (5 pgs) | BNC Certificate of Mailing (RE: related document(s) 42 Order on Motion to Vacate). Notice Date 03/16/2012. (Admin.) (Entered: 03/16/2012) |
| 03/20/2012 | | Adversary Case Closed 5:11-ap-5345. (klr) (Entered: 03/20/2012) |
| 05/17/2012 | 44 (3 pgs; 2 docs) | Declaration of Debtors *re: Loan Modification* Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # 1 First Page of Loan Modification Application) (Steburg, Anita) (Entered: 05/17/2012) |
| 05/17/2012 | 45 (9 pgs) | Amended Statement of Financial Affairs Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 05/17/2012) |
| 05/23/2012 | 46 (2 pgs; 2 docs) | Amended Schedule I, Schedule J. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # 1 Amended Schedule J) (Steburg, Anita) (Entered: 05/23/2012) |
| 05/23/2012 | 47 (9 pgs) | Amended Statement of Financial Affairs Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 05/23/2012) |
| 05/23/2012 | 48 (1 pg) | Declaration of Debtors *re: Amended Schedules* (RE: related document(s)46 Amended Schedules (A, B, C, H, I and J - |

| | | |
|---|---|---|
| | | No Fee Required), 47 Statement of Financial Affairs). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 05/23/2012) |
| 05/23/2012 | 49 (2 pgs) | First Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)12 Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Steburg, Anita) (Entered: 05/23/2012) |
| 05/23/2012 | 50 (4 pgs) | Certificate of Service (RE: related document(s)49 Amended Chapter 13 Plan). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 05/23/2012) |
| 05/30/2012 | 51 (2 pgs) | Withdrawal of Documents *Re Trustee's Objection to Confirmation of Plan with Certificate of Service* (Derham-Burk, Devin (harbor)) (Entered: 05/30/2012) |
| 06/20/2012 | 52 (2 pgs) | Request for Notice *with Proof of Service* Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Dominguez, Stacy) (Entered: 06/20/2012) |
| 01/02/2013 | 53 (6 pgs; 2 docs) | Second Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)49 Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Attachments: # 1 Certificate of Service) (Steburg, Anita) (Entered: 01/02/2013) |
| 01/07/2013 | 54 (3 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 01/07/2013) |
| 04/03/2013 | 55 (7 pgs; 3 docs) | Third Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)53 Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Attachments: # 1 Certificate of Service # 2 Exhibit) (Steburg, Anita) (Entered: 04/03/2013) |
| 04/09/2013 | 56 (2 pgs) | Withdrawal of Documents *with Certificate of Service* (RE: related document(s)54 Trustee's Objection to Confirmation of Plan (batch)). (Derham-Burk, Devin (harbor)) (Entered: |

| | | |
|---|---|---|
| | | 04/09/2013) |
| 07/15/2013 | [57](#) (1 pg) | Ch 13 SJ Contested Notice of Hearing (RE: related document(s)[20](#) Objection to Confirmation of Plan Filed by Creditor GMAC Mortgage, LLC (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C), [21](#) Objection to Confirmation of Plan Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # 1 Exhibit A# 2 Exhibit B)). **Hearing scheduled for 8/22/2013 at 10:00 AM at San Jose Courtroom 3099 - Johnson.** Status Conference Statement due by 8/8/2013. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) ERROR: CH 13 SJ CONTESTED NOTICE SHOULD BE FILED FOR EACH OBJECTION. Modified on 7/16/2013 (aw). (Entered: 07/15/2013) |
| 07/16/2013 | [58](#) (2 pgs; 2 docs) | Contested Confirmation Hearing Stricken from the calendar.Please re-file all documents again use the SJ Contested Notice Of Hearing event for each Objection and file your Status Conference Statement within 14 days of the Confirmation hearing using the Status Conference Event (RE: related document(s)[57](#) Ch 13 SJ Contested Notice of Hearing). (aw) (Entered: 07/16/2013) |
| 07/18/2013 | [59](#) (4 pgs) | BNC Certificate of Mailing (RE: related document(s) [58](#) Contested Confirmation Hearing Stricken). Notice Date 07/18/2013. (Admin.) (Entered: 07/18/2013) |
| 07/26/2013 | [60](#) (1 pg) | Ch 13 SJ Contested Notice of Hearing (RE: related document(s)[20](#) Objection to Confirmation of Plan Filed by Creditor GMAC Mortgage, LLC (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)). **Hearing scheduled for 9/19/2013 at 10:00 AM at San Jose Courtroom 3099 - Johnson.** Status Conference Statement due by 9/5/2013. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 07/26/2013) |
| 07/26/2013 | [61](#) (1 pg) | Ch 13 SJ Contested Notice of Hearing (RE: related document(s)[21](#) Objection to Confirmation of Plan Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # 1 Exhibit A# 2 Exhibit B)). **Hearing scheduled for 9/19/2013** |

| | | |
|---|---|---|
| | | **at 10:00 AM at San Jose Courtroom 3099 - Johnson.** Status Conference Statement due by 9/5/2013. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 07/26/2013) |
| 08/07/2013 | 62 (77 pgs; 4 docs) | Objection *to Amended Chapter 13 Plan and Confirmation thereof* (RE: related document(s)55 Amended Chapter 13 Plan). Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Damen, Jonathan) (Entered: 08/07/2013) |
| 09/04/2013 | 63 (1 pg) | Withdrawal of Documents *of Notice of Hearing on Contested Chapter 13 Matter* (RE: related document(s)60 Ch 13 SJ Contested Notice of Hearing). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 09/04/2013) |
| 09/04/2013 | 64 (1 pg) | Withdrawal of Documents *of Noticeof Hearing on Contested Chapter 13 Matter* (RE: related document(s)61 Ch 13 SJ Contested Notice of Hearing). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 09/04/2013) |
| 09/30/2013 | 65 (7 pgs; 3 docs) | Fourth Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)55 Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Attachments: # 1 Certificate of Service # 2 Exhibit) (Steburg, Anita) (Entered: 09/30/2013) |
| 10/07/2013 | 66 (2 pgs) | Amended Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 10/07/2013) |
| 10/09/2013 | 67 (3 pgs) | Fifth Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)65 Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Steburg, Anita) (Entered: 10/09/2013) |
| 10/10/2013 | 68 (29 pgs; 4 docs) | Objection to Confirmation of Plan *Objection To Amended Chapter 13 Plan Filed On September 30, 2013 And Confirmation Thereof* Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview |

| | | |
|---|---|---|
| | | Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C) (Damen, Jonathan) (Entered: 10/10/2013) |
| 10/15/2013 | [69](#) <br> (1 pg) | Ch 13 SJ Contested Notice of Hearing (RE: related document(s)[68](#) Objection to Confirmation of Plan *Objection To Amended Chapter 13 Plan Filed On September 30, 2013 And Confirmation Thereof* Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)). **Hearing scheduled for 12/19/2013 at 10:00 AM at San Jose Courtroom 3099 - Johnson.** Status Conference Statement due by 12/5/2013. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 10/15/2013) |
| 10/15/2013 | [70](#) <br> (2 pgs) | Withdrawal of Documents *with Certificate of Service* (RE: related document(s)[66](#) Trustee's Objection to Confirmation of Plan (batch)). (Derham-Burk, Devin (harbor)) (Entered: 10/15/2013) |
| 10/17/2013 | [71](#) <br> (3 pgs) | Request for Notice *with Certificate of Service* Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Ornelas, Parada) (Entered: 10/17/2013) |
| 12/05/2013 | [72](#) <br> (29 pgs; 2 docs) | Pre-Hearing Statement (RE: related document(s)[69](#) Ch 13 SJ Contested Notice of Hearing). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # [1](#) Certificate of Service) (Steburg, Anita) ERROR: WRONG EVENT CODE SELECTED. Modified on 12/6/2013 (aw). (Entered: 12/05/2013) |
| 12/19/2013 | | Hearing Held (related document(s): [68](#) Objection to Confirmation of the Plan filed by Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4) Request to overrule objection denied for the reasons stated on the record, Mr. Damen to upload an order(tb ) (Entered: 12/20/2013) |

| | | |
|---|---|---|
| 12/24/2013 | 73 (2 pgs) | Certificate of Service *Re: Order Sustaining Objection to Plan Confirmation* (RE: related document(s)69 Ch 13 SJ Contested Notice of Hearing). Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Damen, Jonathan) (Entered: 12/24/2013) |
| 12/24/2013 | 74 (2 pgs) | Order Sustaining Objection to Confirmation of Plan (RE: related document(s)68 Objection to Confirmation of the Plan filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4). (jd) (Entered: 12/26/2013) |
| 01/21/2014 | 75 (6 pgs; 3 docs) | Sixth Amended Chapter 13 Plan Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (RE: related document(s)67 Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure). (Attachments: # 1 Certificate of Service # 2 Exhibit) (Steburg, Anita) (Entered: 01/21/2014) |
| 01/27/2014 | 76 (2 pgs) | Order to Appear and Show Cause RE Dismissal **Show Cause hearing scheduled for 3/20/2014 at 01:30 PM at San Jose Courtroom 3099 - Johnson.** Response due by 3/13/2014. (aw). Related document(s) 75 Sixth Amended Chapter 13 Plan filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure. CORRECTIVE ENTRY: COURT ADDED LINKAGE. Modified on 1/27/2014 (aw). (Entered: 01/27/2014) |
| 03/06/2014 | 77 (10 pgs; 3 docs) | Transfer of Claim. (#1). Transfer Agreement 3001 (e) 2 Transferor: GMAC Mortgage, LLC (Claim No. 1) To Deutsche Bank National Trust Company c/o. Fee Amount $25 Filed by Creditor Ocwen Loan Servicing, LLC. (Lewis, Vanessa) (Entered: 03/06/2014) |
| 03/06/2014 | 78 (10 pgs; 3 docs) | Transfer of Claim. (#2). Transfer Agreement 3001 (e) 2 Transferor: GMAC Mortgage, LLC (Claim No. 2) To Deutsche Bank National Trust Company c/o. Fee Amount $25 Filed by Creditor Ocwen Loan Servicing, LLC. (Lewis, Vanessa) (Entered: 03/06/2014) |
| 03/06/2014 | | Receipt of filing fee for Transfer of Claim(11-61311) [claims,trclm] ( 25.00). Receipt number 22012115, amount $ 25.00 (re: Doc# 77 Transfer of Claim) (U.S. Treasury) |

| | | |
|---|---|---|
| | | (Entered: 03/06/2014) |
| 03/06/2014 | | Receipt of filing fee for Transfer of Claim(11-61311) [claims,trclm] ( 25.00). Receipt number 22012115, amount $ 25.00 (re: Doc# 78 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2014) |
| 03/08/2014 | 79 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 77 Transfer of Claim). Notice Date 03/08/2014. (Admin.) (Entered: 03/08/2014) |
| 03/08/2014 | 80 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 78 Transfer of Claim). Notice Date 03/08/2014. (Admin.) (Entered: 03/08/2014) |
| 03/14/2014 | 81 (1 pg) | Response *to Order to Appear and Show Cause Re: Dismisal* (RE: related document(s)76 Order to Show Cause for Dismissal). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/14/2014) |
| 03/14/2014 | 82 (2 pgs) | Ex Parte Motion to Extend Time *to Allow Debtor's Late Response to Order to Show Cause re Dismissal* Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Steburg, Anita) (Entered: 03/14/2014) |
| 03/17/2014 | 83 (2 pgs) | Order Extending Time For Response RE: Order To Appear And Show Cause RE: Dismissal (Related Doc # 82) (aw) (Entered: 03/17/2014) |
| 03/18/2014 | 84 (5 pgs; 3 docs) | Ch 13 SJ Contested Notice of Hearing (RE: related document(s)68 Objection to Confirmation of Plan *Objection To Amended Chapter 13 Plan Filed On September 30, 2013 And Confirmation Thereof* Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)). **Hearing scheduled for 5/15/2014 at 10:00 AM at San Jose Courtroom 3099 - Johnson.** Status Conference Statement due by 5/1/2014. Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # 1 Certificate of Service # 2 Exhibit) (Steburg, Anita) (Entered: 03/18/2014) |
| 03/20/2014 | | Hearing Held (related document(s): 76 Order to Show Cause for Dismissal) Plan to be confirmed by 6/19/2014 or case |

| | | |
|---|---|---|
| | | dismissed.<br>(tb ) (Entered: 03/20/2014) |
| 03/27/2014 | 85<br>(2 pgs) | Order After Hearing On Order To Show Cause RE: Dismissal (RE: related document(s)76 Order to Show Cause for Dismissal). (aw) (Entered: 03/27/2014) |
| 05/01/2014 | 86<br>(7 pgs; 3 docs) | STATUS CONFERENCE STATEMENT (RE: related document(s)84 Ch 13 SJ Contested Notice of Hearing). Filed by Debtor Michael Edward Boyd, Joint Debtor Patricia Leigh Paramoure (Attachments: # 1 Certificate of Service # 2 Exhibit) (Steburg, Anita) ERROR: WRONG EVENT CODE SELECTED. Modified on 5/2/2014 (no). (Entered: 05/01/2014) |
| 05/08/2014 | 87<br>(2 pgs) | Withdrawal of Documents *Notice of Withdrawal of Objection to Amended Plan and Confirmation Thereof* (RE: related document(s)62 Objection). Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Damen, Jonathan) (Entered: 05/08/2014) |
| 05/08/2014 | 88<br>(2 pgs) | Withdrawal of Documents *Notice of Withdrawal of Objection to Amended Plan and Confirmation Thereof* (RE: related document(s)68 Objection to Confirmation of the Plan). Filed by Creditor Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4 (Damen, Jonathan) (Entered: 05/08/2014) |
| 05/15/2014 | | Confirmation Hearing Held re: Chapter 13 Plan. CONFIRMED. (related document(s): 68 Objection to Confirmation of the Plan filed by Deutsche Bank National Trust Company, solely as Trustee for Harborview Mortgage loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-4) Objection withdrawn on 5/8/14. The debtors 6th amended plan is confirmed upon recommendation of the trustee. (jes ) (Entered: 05/15/2014) |
| 05/20/2014 | 89<br>(4 pgs; 2 docs) | Signed Order Confirming Chapter 13 Plan (aw) (Entered: 05/20/2014) |
| 05/22/2014 | 90<br>(4 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 89 Order Confirming Chapter 13 Plan (batch)). Notice Date 05/22/2014. (Admin.) (Entered: 05/22/2014) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 12/04/2014 12:36:42 ||||
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | 73214-0000001-13849 |
| **Description:** | Docket Report | **Search Criteria:** | 11-61311 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |