## Exhibit O to Horst Declaration

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                               Case No. 11-61311-SLJ

Michael Boyd and Patricia Paramoure          SIXTH AMENDED
_____/    CHAPTER 13 PLAN
Debtor(s)

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the
Trustee, and the Debtor(s) will pay to the Trustee the sum of <u>$100 for months 1 through 24;
$3,100</u> each month.  Initial attorneys fees are requested in the amount of <u>$0.00</u>.
___ Debtor(s) elect a voluntary wage order

2. From the payments received, the Trustee will make disbursements as follows:
(a) On allowed claims for expenses of administration required by 11 U.S.C. § 507(a)(2) in
deferred payments.
(b) On allowed secured claims, which shall be treated and valued as follows:

| Name | Value of Collateral | Estimated Mortgage/ Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate(If specified) |
|---|---|---|---|---|
| *GMAC Mortgage, LLC (investment) | $525,000.00 | $30,762.10 | $0.00 | 0% |
| **GMAC Mortgage, LLC (primary) | $500,000.00 | $75,137.02 | $0.00 | 0% |

[The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will
be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate
protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be
paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the
provisions of ¶ 2(d).]

(c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. § 507.
(d) On allowed general unsecured claims as follows:
<u>XX</u> at a rate of <u>100</u> cents on the dollar. The estimated term of the plan is <u>60</u> months. (Percentage
Plan).
___ the sum of ____ payable over ___ months, distributed pro rata, in amounts determined after
allowed administrative, secured and priority unsecured claims are paid. The plan payments will
continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed
administrative, secured and priority unsecured claims. (Pot Plan)

3. The debtor(s) elect to reject the following executory contracts of leases and surrender to the
named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s)

waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from the rejection will be paid under paragraph 2(d).

4. The Debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

| Name | Monthly Payment | Name | Monthly Payment |
|------|-----------------|------|-----------------|
| Kinecta Federal Credit Union | $308.32 | *GMAC Mortgage, LLC (investment) | $2,399.14 |
| **GMAC Mortgage, LLC (primary) | $2,148.57 | | |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The Debtor(s) elect to have property of the estate:
___ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
XX revest in the debtor(s) upon plan confirmation. Once property revests, the Debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7.  Additional Provisions:

Debtors propose to pay federal judgment interest of .11% to unsecured creditors.

* GMAC Mortgage, LLC (investment):  This is the loan secured by the investment property located at 1090-1092 Lakebird Drive in Sunnyvale, California.  The Loan Number is -5915.  The amount of being paid to the mortgage lender is subject is pursuant to the contract.
**GMAC Mortgage, LLC (primary): This is the loan secured by the primary residence located at 5439 Soquel Avenue in Soquel, California.  The Loan Number is -1412.  The amount of being paid to the mortgage lender is subject is pursuant to the contract.

Dated: 1/13/2014                    /s/ Patricia Paramoure
                                    Debtor

Dated: 1/13/2014                    /s/ Michael Boyd
                                    Debtor

I, the undersigned, am the attorney for the above-named debtor(s) and hereby certify that the foregoing chapter 13 plan is a verbatim replica of pre-approved chapter 13 plan promulgated pursuant to B.L.R. 1007-1 for use in the San Jose Division.

Dated: 1/13/2014                    /s/ Anita L. Steburg
                                    Attorney for Debtor(s)

Rev. 04/06 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
MICHAEL BOYD AND PATRICIA PARAMOURE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re:<br><br>Michael Boyd and Patricia Paramoure,<br><br>Debtors. | CHAPTER 13<br><br>Bankruptcy Case No. 11-61311 SLJ<br><br>**CERTIFICATE OF SERVICE** |

I, Anita Steburg, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States and employed in the City of San Jose, County of Santa Clara. I am over 18 years of age and am not a party to the within entitled action. My business address is 1798 Technology Drive, Suite 258, San Jose, CA 95110. I am familiar with the practices for collection and processing of correspondences for mailing with the U.S. Postal Service.

2. On the date set forth below, I caused the following documents to be served:

    a. Sixth Amended Chapter 13 Plan;

On the party or parties named below by following the ordinary business practices, placing a true and correct copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for the first class delivery, postage thereon fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addresses as follows:

1

SEE ATTACHED LIST

2

Dated: January 21, 2014                    STEBURG LAW FIRM, P.C.

3

4

/s/ Anita L. Steburg

5
Anita L. Steburg
Attorney for Debtor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Label Matrix for local noticing
0971-5
Case 11-61311
Northern District of California
San Jose
Thu Dec  5 13:58:20 PST 2013

Deutsche Bank National Trust Company, solely
Routh Crabtree Olsen, PS
1241 East Dyer Road, Ste. 250
Santa Ana, CA 92705-5611

GMAC Mortgage, LLC
Routh Crabtree Olsen, PS
1241 E. Dyer Rd.
Suite 250
Santa Ana, CA 92705-5611

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

American Arbitration Association
1633 Broadway, 10th. Floor
New York, NY 10019-6772

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1703

Deutsche Bank National Trust Company
c/o Parada K. Ornelas
1241 East Dyer Road, Ste. 250
Santa Ana, CA 92705-5611

Deutsche Bank National Trust Company
c/o Stacy Dominguez
1241 East Dyer Road, Ste. 250
Santa Ana, CA 92705-5611

Equifax Credit Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

GMAC Mortgage LLC
6716 Grade Lane Building 9, Suite 910
Louisville, KY 40213-3439

GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034-3204

GMAC Mortgage, LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Ft Washington, PA 19034-3204

GMAC Mortgage, LLC
c/o Jonathan J Damen
1241 E. Dyer Road Suite 250
Santa Ana, CA 92705-5611

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMS
1920 Main Street, Suite 300
Irvine, CA 92614-7279

Jonathan J. Damen, ESQ #251869
Routh Crabtree Olsen, PS
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705-5611

Kinecta Federal Credit Union
Card Department
PO Box 3038
Evansville, IN 47730-3038

Kinecta Federal Credit Union
PO Box 10003
Manhattan Beach, CA 90267-7503

NCO Financial
P.O. Box 4903
Trenton, NJ 08650-4903

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405-0191

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Recovery Management Systems Corporation
25 S.E. Avenue, Suite 1120
Miami, FL 33131

TeleCheck Services, Inc.
5251 Westheimer
Houston, TX 77056-5415

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

Anita Steburg
Steburg Law Firm
1798 Technology Drive #258
San Jose, CA 95110-1353

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Michael Edward Boyd
5439 Soquel Drive
Soquel, CA 95073-2659

Patricia Leigh Paramoure
5439 Soquel Drive
Soquel, CA 95073-2659

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service                         (d)Internal Revenue Service
Insolvency Group 2                               P.O. Box 21126
880 Front Street                                 Philadelphia, PA 19114
San Diego, CA 92101-8869

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)GMAC Mortgage, LLC              (d)GMAC Mortgage LLC                   (u)WYNDHAM RESORT DEVELOPMENT
Routh Crabtree Olsen, PS           6716 Grade Lane, Building 9, Suite 910  10750 W. CHARLESTON BLVD., STE 130
1241 E. Dyer Road Suite 250        Louisville, KY 40213-3439             LAS VEGAS, NV-89135
Santa Ana, CA 92705-5611

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33