UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al...                      )   Chapter 11
                                                        )
                        Debtors                         )   Jointly Administered
                                                        )

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, <u>Terrence J. McGuire</u>, request admission, pro hac vice, before the Honorable M. Glenn, to represent <u>GTS Capital Holdings IRA, LLC</u>, a <u>ARIZONA LLC</u>, in above-referenced <u>X</u> case ____ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the <u>State of Florida</u>, an applicable, the bar of the U.S. District Court for the <u>Middle District of Florida</u>.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admissi

Dated: 12/5/2014

Terrence J. McGuire
Florida Bar No: 201154
Law Firm of Terrence McGuire, P.A.
8687 Larwin Lane
Orlando, Florida 32817
Email: terry@tmcguirelaw.com
Telephone: (407) 758-3564
Fax: (888) 797-2651

## CERTIFICATE OF SERVICE

I hereby certify I have on this ___5___ day of __December__ 2014 served a copy of the foregoing on the following attorneys and/or parties listed below:

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green
New York, NY 10004-1408

ResCap Liquidating Trust, Morrison & Foerster LLP
Attn: Norman S. Rosenbaum and Jordan A. Wishnew
250 West 55th Street
New York, NY 10019

ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee for the Southern District of New York
U. S. Federal Office Building
Attn: Linda A. Riffkin and Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY 10014
The ResCap Liquidating Trust
Attn: Jeffrey Brodsky
Quest Turnaround Advisors
800 Westchester Ave., Suite S-520
Rye Brook, NY 10573

_/s/ Terrence J. McGuire_
Terrence J. McGuire
Florida Bar No: 201154
Law Firm of Terrence McGuire, P.A.
8687 Larwin Lane
Orlando, Florida 32817
Email: terry@tmcguirelaw.com
Telephone: 407-758-3564
Fax: 888-797-2651

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al… | Chapter 11 |
| Debtors | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Terrence J. McGuire**, to be admitted, *pro hac vice*, to represent GTS Capital Holdings IRA, LLC, (the "Client") a __Creditor__ in the above referenced __X__ case _____ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, and, if applicable, the bar of the U.S. District Court for the District of Middle District of Florida, it is hereby

**ORDERED**, that Terrence J. McGuire, Esq., is admitted to practice, **pro hac vice**, in the above referenced __X__ case _____ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____ New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE