Hearing Date and Time: February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------------
|                                                        )
  In re:                                                 )    Case No. 12-12020 (MG)
                                                         )
  RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,               )    Chapter 11
                                                         )
                              Debtors.                   )    Jointly Administered
-----------------------------------------------------------------------------------
                                                         )

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER**
**CLAIMS TRUST'S SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE**
**CLAIM FILED BY ALAN MOSS (CLAIM NO. 4445) TO**
**FEBRUARY 11, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7552] (the "Seventy-Fifth Omnibus Claims Objection"), solely as it relates to the claim filed by Alan Moss (Claim No. 4445), previously scheduled to be heard on December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the ResCap Borrower Claims Trust (the "Trust") will file a supplemental objection (the "Supplemental Objection") on or before **December 19, 2014**. Mr. Moss will file his response (the "Response") on or before **January 14,**

ny-1168076

**2015**.  The Trust will file its reply to the Response on or before **February 6, 2015**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: December 5, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>Jessica J. Arett<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |