Tia Smith
4011 Hubert Avenue
Los Angeles, California 90008
Tel: 323-803-3027
Fax: 323-295-0517
myfathersdiamond@msn.com

Claimant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                              Case No.: 1:12-BK-12020(MG)

RESIDENTIAL CAPITAL, LLC, et al.                    Chapter 11
                                                    Jointly Administered

                                Debtors.

---

# NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) or (b), notice is hereby given that **Tia Smith**, Claimant in the above named case, hereby appeals to the United States District for the Southern District of New York of the following Orders:

(1)  **ORDER DENYING MOTION OF TIA SMITH FOR RECONSIDERATION** (ECF Doc. #7795)



RECEIVED
DEC - 1 2014
U.S. BANKRUPTCY COURT, SDNY

(2)     **MEMORANDUM OPINION AND ORDER SUSTAINING IN PART AND OVERRULING IN PART OBJECTION TO CLAIMS 3889, 4129, 4134, AND 4139 FILED BY TIA SMITH ORDER DENYING MOTION OF TIA SMITH FOR RECONSIDERATION** (ECF Doc. #7598)

Respectfully submitted,

Dated at Los Angeles this 25th day of November 25, 2014

_____
Tia Smith, *Pro Se* Claimant

4011 Hubert Avenue
Los Angeles, CA 90008
Telephone: (323) 803-3027
Email:myfathersdiamond@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a true and correct copy was mailed on November 25, 2014 to:**

The Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House One Bowling Green
New York, New York 10004-1408

Counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
Attention: Norman S. Rosenbaum and Jordan A. Wishnew

The Office of the United States Trustee for the
Southern District of New York
U.S. Federal Office Building
201 Varick Street
Suite 1006 New York, New York 10014
Attention: Linda A. Riffkin and Brian S. Masumoto

The ResCap Borrower Claims Trust
Polsinelli PC
900 Third Avenue
21st Floor
New York, New York 10022
Attention: Daniel J. Flanigan

Dated: November 25, 2014

_____
Tia Smith, Pro Se Claimant