Hearing Date:   December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Post-Effective Date Debtors,
The ResCap Liquidating Trust and The
ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON OCWEN LOAN
SERVICING LLC'S OBJECTION TO CLAIM OF ROBERT DE SIMONE
TO DECEMBER 18, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that *Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone* [Docket No. 7539], previously scheduled to be heard on December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time)**, and will be heard, together with the *ResCap Borrower Claims Trust's Joinder and Supplemental Objection to Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone* [Docket No. 7765], before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1168417

Dated: December 8, 2014
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*