**<u>Exhibit C</u>**

# Uniform Residential Loan Application



07/25/2006

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Rhonda L. Gosselin_ _____
Borrower Rhonda L. Gosselin          Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A.  ☒ Conventional  ☐ Other: ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number 595969601 |
|---|---|---|---|
| Amount $85,000.00 | Interest Rate 7.375 % | No. of Months 360 | Amortization Type: ☒ Fixed Rate  ☐ GPM  ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) 16 Rolf Avenue, Chicopee, MA 01020 | Hampden County | No. of Units 2 |
|---|---|---|
| Legal Description of Subject Property (attach description if necessary) | | Year Built 1920 |

| Purpose of Loan | ☐ Purchase  ☒ Refinance  ☐ Construction  ☐ Construction-Permanent  ☐ Other (explain): | Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired 1983 | Original Cost $ | Amount Existing Liens $ 24,560.00 | Purpose of Refinance Cash-Out/Debt Reduction | Describe Improvements ☐ made  ☐ to be made Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) Rhonda L. Gosselin | Manner in which Title will be held A Single Woman | Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Rhonda L Gosselin | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number 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 | Home Phone (413) 536-4061 | DOB 10/21/1958 | Yrs. School 15 | Social Security Number | Home Phone | DOB | Yrs. School |
| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0 ages | ☐ Married  ☐ Unmarried  ☐ Separated | Dependents no. ages |
| Present Address (street, city, state & ZIP) ☒ Own ☐ Rent 23 No. Yrs. 16 Rolf Avenue Chicopee, MA 01020 | Present Address ☐ Own ☐ Rent No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state & ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession | Name & Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☐ Self Employed | Dates (from - to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from - to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |
| Name & Address of Employer ☐ Self Employed | Dates (from - to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from - to) Monthly Income $ |
| Position/Title/Type of Business | Business Phone | Position/Title/Type of Business | Business Phone |

Freddie Mac Form 65 07/05
Fannie Mae Form 1003 07/05

GMACM - APM.1552.URLA (0509)                          Page 1 of 4

9601

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P & I) | 289.00 | 587.08 |
| Bonuses | | | | Other Financing (P & I) | | |
| Bonuses | | | | Other Financing (P & I) | 50.00 | 54.92 |
| Commissions | | | | Hazard Insurance | 50.00 | 54.92 |
| Dividends/Interest | | | | Real Estate Taxes | 172.00 | 171.37 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ 511.00 | $ 813.37 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| | | | $ |
| | | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.    Completed ☐ Jointly  ☒ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | | |
| List checking and savings accounts below | | Name and address of Company ALDENVILLE CREDIT UNIO Gosselin, Rhonda L. 2-4 Family (N/A) Account No. 660205051 | $ Payment/Months 289.00 | $ 24,560.00* |
| Name and address of Bank, S & L, or Credit Union | | | | |
| Account No. | $ | Name and address of Company AMEX Gosselin, Rhonda L. Revolving Account No. 045570049018381362 | $ Payment/Months | $ 20,797.00* |
| Name and address of Bank, S & L, or Credit Union | | | | |
| Account No. | $ | Name and address of Company CHASE Gosselin, Rhonda L. Revolving Account No. 4305870189079858 | $ Payment/Months | $ 16,404.00* |
| Name and address of Bank, S & L, or Credit Union | | | | |
| Account No. | $ | Name and address of Company NORDSTROM FSB Gosselin, Rhonda L. Revolving Account No. 0003537609 | $ Payment/Months 303.00/ 33 | $ 10,098.00 |
| Name and address of Bank, S & L, or Credit Union | | | | |
| Account No. Stocks & Bonds (Company name/number & description) | $ $ | Name and address of Company CHASE Gosselin, Rhonda L. Revolving Account No. 4640182012748301 | $ Payment/Months | $ 2,584.00* |
| Life insurance net cash value Face amount: $ | $ | Name and address of Company GEMB/JCP Gosselin, Rhonda L. Revolving Account No. -028121 | $ Payment/Months 102.00/ 20 | $ 2,043.00 |
| Subtotal Liquid Assets | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 150,000.00 | | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | See Attached | 126.00 | 10,434.00 |
| | | Account No. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 820.00 | |
| Total Assets a. | $ 150,000.00 | Net Worth (a minus b) > $ 63,080.00 | Total Liabilities b. | $ 86,920.00 |

Borrower's Signature
X Rhonda L Gosselin    Date JUL 26 2006
Rhonda L Gosselin

Co-Borrower's Signature
X    Date

Freddie Mac Form 65 07/05    Fannie Mae Form 1003 07/05
GMACM - APM.1552.URLA (0509)    Page 2 of 4

Identifier: ▊▊▊9604   Doc Type:TAPP   12-12020-mg   Doc 7842-4   Filed 12/08/14   Entered 12/08/14 17:54:45   Exhibit C to Declaration   Pg 4 of 8

▊▊▊9601

## VI. ASSETS AND LIABILITIES (Continued)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 16 Rolf Avenue (100%) | NA  2-4 F | $ 150,000.00 | $ 24,560.00 | $ | $ 289.00 | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 150,000.00 | $ 24,560.00 | $ | $ 289.00 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (include debts to be paid off) | 24,560.00 | |
| e. Estimated prepaid items | 874.02 | |
| f. Estimated closing costs | 3,202.48 | |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | 850.00 | |
| i. Total costs (add items a through h) | 29,486.50 | |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) | | |
| Borrower POC Fees | 456.50 | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 85,000.00 | |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | 85,000.00 | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -55,970.00 | |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

|  | Borrower | | Co-Borrower | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | XX | | |
| b. Have you been declared bankrupt within the past 7 years? | | XX | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | XX | | |
| d. Are you a party to a lawsuit? | | XX | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | XX | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | XX | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | XX | | |
| h. Is any part of the down payment borrowed? | | XX | | |
| i. Are you a co-maker or endorser on a note? | | XX | | |
| j. Are you a U.S. citizen? | XX | | | |
| k. Are you a permanent resident alien? | | XX | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | XX | | | |
| m. Have you had an ownership interest in a property in the last three years? | XX | | | |
| (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X /s/ Rhonda L Gosselin | JUL 26 2006 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   XX Not Hispanic or Latino | | Ethnicity: | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino | |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American | | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American | |
| | ☐ Native Hawaiian or Other Pacific Islander   XX White | | | ☐ Native Hawaiian or Other Pacific Islander   ☐ White | |
| Sex: | XX Female   ☐ Male | | Sex: | ☐ Female   ☐ Male | |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Richard Chaisson | GMAC Mortgage Corporation |
| XX Face-to-face interview | Interviewer's Signature                 Date | 181 Park Avenue |
| ☐ Mail | | West Springfield, MA 01089 |
| ☐ Telephone | Interviewer's Phone Number (include area code) | |
| ☐ Internet | 413-827-8700 | |

Freddie Mac Form 65  07/05                                                                        Fannie Mae Form 1003  07/05
GMACM - APM.1552.URLA (0509)                    Page 3 of 4

| CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Rhonda L Gosselin | Agency Case Number | |
| | Co-Borrower: | Lender Case Number | |
| | Co-Borrower: | Lender Case Number ▓▓▓9601 | |

--- Liabilities ---

GEMB/JCP
Gosselin, Rhonda L.
28121                           $101.00/ 20      $2,021.00
Revolving

THD/CBUSA
Gosselin, Rhonda L.
6035320189118993                $10.00/126       $1,255.00
Revolving

WM FILENE
Gosselin, Rhonda L.
R0055415                        $15.00/ 44       $658.00
Revolving

Bank of America
Gosselin, Rhonda L.
                                                 $6,500.00 *
Revolving

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

Borrower's Signature: X /s/ Rhonda L Gosselin     Date: JUL 2 6 2006     Co-Borrower's Signature: X     Date:

Freddie Mac Form 65 07/05   Rhonda L Gosselin                              Fannie Mae Form 1003 07/05
GMACM - APM.1552.URLA (0509)          Page 4 of 4

## A. Settlement Statement

**U.S. Department of Housing And Urban Development**

HUD-1 (3/86)    OMB No. 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 6. File Number: | 7. Loan Number: | 8. Mortgage Ins. Case No.: |
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 6. File Number: Gosselin | 7. Loan Number: | 8. Mortgage Ins. Case No.: |
| 4. ☐ VA | 5. ☐ CONV. INS. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name and Address of Borrowers: Rhonda L. Gosselin
16 Rolf Avenue
Chicopee, MA 01020

F. Name and Address of Lender: GMAC Mortgage Corporation
100 Witmer Road
Horsham, PA

E. Name and Address of Sellers:

H. Settlement Agent: Marjorie B. Dunn
The Village Commons
South Hadley, MA 01075

G. Property Location: 16 Rolf Avenue
Chicopee, MA 01020

I. Settlement Date: 07/26/2006

Place of Settlement: Marjorie B. Dunn
The Village Commons South Hadley, MA 01075

### J. Summary of Borrower's Transaction

| 100. Gross Amount Due From Borrower | |
|---|---|
| 101. Contract sales price | |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,388.37 |
| 104. payoff Aldenville Credit Union | 24,559.46 |
| 105. payoff of credit cards (see attached) | 41,528.45 |
| Adjustments for items paid by seller in advance | |
| 106. City/town taxes     to | |
| 107. County taxes        to | |
| 108. Assessments         to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due From Borrower** | **$70,476.28** |
| 200. Amounts Paid By Or In Behalf Of Borrower | |
| 201. Deposit or earnest money | |
| 202. Principal amount of new loan(s) | 85,000.00 |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | |
| 211. County taxes       to | |
| 212. Assessments        to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid By/For Borrower** | **$85,000.00** |
| 300. Cash At Settlement From/To Borrower | |
| 301. Gross amount due from borrower (line 120) | $70,476.28 |
| 302. Less amount paid by/for borrower (line 220) | ($85,000.00) |
| **303. CASH ☐ FROM ☑ TO BORROWER:** | **$14,523.72** |

### K. Summary of Seller's Transaction

| 400. Gross Amount Due To Seller | |
|---|---|
| 401. Contract sales price | |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustments for items paid by seller in advance | |
| 406. City/town taxes     to | |
| 407. County taxes        to | |
| 408. Assessments         to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due To Seller** | **$0.00** |
| 500. Reductions In Amount Due To Seller | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | 0.00 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff 1 | |
| 505. Payoff 2 | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/town taxes    to | |
| 511. County taxes       to | |
| 512. Assessments        to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reductions Amount Due Seller** | **$0.00** |
| 600. Cash At Settlement To/From Seller | |
| 601. Gross amount due to seller (line 420) | $0.00 |
| 602. Less reductions in amount due seller (line 520) | $0.00 |
| **603. CASH ☑ TO ☐ FROM SELLER:** | **$0.00** |

Buyer's Initials _____    Seller's Initials _____

1030

Settlement Statement Page 2

| L. Settlement Charges | | | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $ | | @ | | % = | | | |
| Division of Commission (line 700) as follows: | | | | | | | |
| 701. | to | | | | | | |
| 702. | to | | | | | | |
| 703. Commission paid at Settlement | | | | | | | |
| 704. | | | | | | | |
| 800. Items Payable in Connection With Loan | | | | | | | |
| 801. Loan Origination Fee   1.00 % GMAC Mortgage Corporation | | | | | | 850.00 | |
| 802. Loan Discount   1.00 % GMAC Mortgage Corporation | | | | | | 850.00 | |
| 803. Appraisal Fee to Robert Salvon Associates | | | | POC | 450.00 | | |
| 804. Credit Report to GMAC Mortgage $ 4.35 total | | | | POC | 6.50 | (2.15) | |
| 805. Lender's Inspection Fee | | | | | | | |
| 806. Mortgage Insurance Application Fee | | | | | | | |
| 807. Assumption Fee | | | | | | | |
| 808. Flood Certification to Home Connect Land | | | | | | 19.00 | |
| 809. Tax Service Fee to Home Connects | | | | | | 85.00 | |
| 810. underwriting loan review fee to GMAC Morgage | | | | | | 195.00 | |
| 811. Processing fee to GMAC Mortgage | | | | | | 95.00 | |
| 812. lender's document prep to GMAC Mortgage | | | | | | 295.00 | |
| 813. | | | | | | | |
| 814. | | | | | | | |
| 815. | | | | | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | | | | |
| 901. Interest from  07/31/2006 to 07/31/2006 | | @ | 17.17 / day | | | 17.17 | |
| 902. Mortgage Insurance Premium for   mo. to | | | | | | | |
| 903. Hazard Insurance Premium for   yrs. to | | | | | | | |
| 904.   yrs. to | | | | | | | |
| 1000. Reserves Deposited With Lender | | | | | | | |
| 1001. Hazard Insurance | | months @ | | per month | | | |
| 1002. Mortgage Insurance | | months @ | | per month | | | |
| 1003. City property taxes | 5 | months @ | 171.37 | per month | | 856.85 | |
| 1004. | | months @ | | per month | | | |
| 1005. | | months @ | | per month | | | |
| 1006. | | months @ | | per month | | | |
| 1007. | | months @ | | per month | | | |
| 1008. Aggregate Adjustment | | | | | | 0.00 | |
| 1100. Title Charges | | | | | | | |
| 1101. Settlement or closing fee to | | | | | | | |
| 1102. Abstract or title search to | | | | | | | |
| 1103. Title examination to | | | | | | | |
| 1104. Title insurance binder to | | | | | | | |
| 1105. Document preparation to | | | | | | | |
| 1106. Notary fees to | | | | | | | |
| 1107. Attorney's fees to Marjorie Dunn | | | | | | 525.00 | |
| (includes above item Numbers: 1101-1107 | | | | | ) | | |
| 1108. Title insurance to First American Title Insurance Company | | | | | | 212.50 | |
| (includes above item Numbers: 1109 | | | | | ) | | |
| 1109. Lender's coverage  85,000.00   Loan Premium: $212.50 | | | | | | | |
| 1110. Owner's coverage | | | | | | | |
| 1111. | | | | | | | |
| 1112. Declaration of Homestead to Registry of Deeds | | | | | | 35.00 | |
| 1113. Title Agent Commission $148.75  70% | | | | | | | |
| 1200. Government Recording and Transfer Charges | | | | | | | |
| 1201. Recording fees:  Deed   ; Mortgage 175.00  ; Releases | | | | | | 175.00 | |
| 1202. City/county tax stamps:   Deed   ; Mortgage | | | | | | | |
| 1203. State tax/stamps:   Deed   ; Mortgage | | | | | | | |
| 1204. | | | | | | | |
| 1300. Additional Settlement Charges | | | | | | | |
| 1301. Survey to | | | | | | | |
| 1302. wire fee to PeoplesBank | | | | | | 10.00 | |
| 1303. overnight mail for payoff/return packet to Postmaster | | | | | | 40.00 | |
| 1304. final inspection fee to Robert Salvon Associates | | | | | | 75.00 | |
| 1305. document delivery fee to Marjorie Dunn | | | | | | 55.00 | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | | | $4,388.37 | $0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement (pages 1 and 2).

Borrowers                                                                 Sellers

_Rhonda L. Gosselin_ [signature]
Rhonda L. Gosselin

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent  _Maxine B Dunn_ [signature]   Date  07/26/2006
Marjorie B. Dunn, Esquire

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

1031

Bills paid per Line 105

| | |
|---|---|
| Bank of America | $6,500.00 |
| Chase | $2,730.99 |
| Chase | $16,933.07 |
| AMEX | $15,364.39 |
| Total | $41,528.45 |

*[signature]*