## **Exhibit D**

Robert Salvon Associates

File No. [REDACTED]9601 Page #2

## Summary Appraisal Report

## Small Residential Income Property Appraisal Report
06-138
File # [REDACTED]9601

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address 16 ROLF AVE | City Chicopee | State MA | Zip Code 01020-1228 |
|---|---|---|---|

Borrower Rhonda Gosselin | Owner of Public Record Rhonda Gosselin | County Hampden

Legal Description Book 12411 Page 411

| Assessor's Parcel # 0021 | Tax Year 2006 | R.E. Taxes $ 2,056.43 |
|---|---|---|

Neighborhood Name None noted | Map Reference 44140 | Census Tract 8112.00

Occupant ☒ Owner ☒ Tenant ☐ Vacant | Special Assessments $ | ☐ PUD HOA $ | ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Occupant ☒ Owner ☒ Tenant ☐ Vacant | Special Assessments $ | ☐ PUD HOA $ | ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client GMAC Mortgage Corporation | Address 181 Park Avenue, West Springfield, MA 01089

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). NA

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. NA

Contract Price $ Refinance   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. NA

APPR

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | 2-4 Unit Housing Trends | | | | 2-4 Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | | PRICE | AGE | | One-Unit | 65 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | | $ (000) | (yrs) | | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | | 100 Low | 10 | | Multi-Family | 10 % |

Neighborhood Boundaries Subject is bordered on the north and west by the Connecticut River, on the south by the | 275 High | 250+ | Commercial | 10 %
Chicopee River, on the east by Rt. 33. | 140/225k Pred. 50-110 | Other | 5 %

Neighborhood Description The subject is convenient to amenities such as churches, recreational and medical facilities, schools, and shopping. There is much primary employment in the immediate vicinity, made up primarily of stores and manufacturing facilities. Major transportation such as airports, bus stations, railroad depots and major highways are within a reasonable distance. This is a summary report.

Market Conditions (including support for the above conclusions) The subject is considered to be competitive with neighboring, similarly styled and amenitied neighborhoods. Sales and financing concessions are not uncommon occurences at this time and do not adversely impact on the subject neighborhoods marketability. This is summary report.

| Dimensions See attached | Area .09 acres | Shape Rectangular | View Average |
|---|---|---|---|

Specific Zoning Classification R 2 | Zoning Description Two family

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Paved | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone C   FEMA Map # 2501370010A   FEMA Map Date 9/29/1978

Are the utilities and/or off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ Two ☐ Three ☐ Four | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls Masonry/Average | | Floors WW/Viny/IHdWd/Av | |
| ☐ Accessory Unit (describe below) | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls Aluminum/Average | | Walls Plaster&Drywl/Av | |
| # of Stories 2   # of bldgs. 1 | | Basement Area 981 sq.ft. | | Roof Surface Shingle/Average | | Trim/Finish Wood/Stain&Paint | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Finish 0 % | | Gutters & Downspouts Metal/Metal/Avg. | | Bath Floor Vinyl/Average | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Thermopanes/Avg. | | Bath Wainscot None | |
| Design (Style) Two Family | | Evidence of ☐ Infestation | | Storm Sash/Insulated Aluminum/Average | | Car Storage | |
| Year Built 1920 | | ☐ Dampness ☐ Settlement | | Screens Alum/Average | | ☐ None | |
| Effective Age (Yrs) 25-30 | | Heating/Cooling | | Amenities | | ☒ Driveway # of Cars 2 | |
| Attic ☐ None | | ☒ FWA ☐ HWBB ☐ Radiant | | ☐ Fireplace(s) # ☐ Woodstove(s) # | | Driveway Surface Paved | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Oil | | ☐ Patio/Deck ☐ Fence | | ☒ Garage # of Cars 1 | |
| ☐ Floor ☒ Scuttle | | Cooling ☐ Central Air Conditioning | | ☐ Pool ☒ Porch 2 | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Other | | ☒ Att. ☐ Det. ☐ Built-in | |

| # of Appliances | Refrigerator 2 | Range/Oven 2 | Dishwasher | Disposal | Microwave | Washer/Dryer | Other (describe) |
|---|---|---|---|---|---|---|---|

| Unit # 1 contains: | 5 Rooms | 2 Bedrooms | 1 Bath(s) | 981 Square Feet of Gross Living Area |
|---|---|---|---|---|
| Unit # 2 contains: | 5 Rooms | 2 Bedrooms | 1 Bath(s) | 981 Square Feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.). Subject has thermopane windows, no other special energy efficient items were noted.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Subject property has been maintained over the years. No major repairs, renovation or remodeling appear to be needed at this time.

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. ████601| Page #3

## Small Residential Income Property Appraisal Report    File # 06-138 ████9601

| | | |
|---|---|---|
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? | ☐ Yes ☒ No | If Yes, describe. |

No physical deficiencies were noted at this time but as with all homes of this age a mechanical and structural inspection by a qualified inspector would be warranted if the lender wished.

| | | |
|---|---|---|
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? | ☒ Yes ☐ No | If No, describe. |

| | | |
|---|---|---|
| Is the property subject to rent control? | ☐ Yes ☒ No | If Yes, describe |
| Is the property subject to rent control? | ☐ Yes ☒ No | If Yes, describe |

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 16 ROLF AVE Chicopee, MA 01020-1228 | 124 Walter Street Chicopee, MA 01020 | 46 Cochran Street Chicopee, MA 01020 | 191 East Main Street Chicopee, MA 01020 |
| Proximity to Subject | | 0.86 miles NW | 2 miles SE | 1.73 miles SE |
| Current Monthly Rent | $ 800 | $ 1,300 | $ 800 | $ 1,400 |
| Rent/Gross Bldg. Area | $ 0.41 sq.ft. | $ 0.57 sq.ft. | $ 0.38 sq.ft. | $ 0.80 sq.ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Owner | MLS | MLS | MLS |
| Date of Lease(s) | NA | NA | NA | NA |
| Location | Average | Average | Average | Average |
| Actual Age | 86 years | 106 years | 146 years | 116 years |
| Condition | Average | Average | Average | Average |
| Gross Building Area | 1,962 | 2,278 | 2,086 | 1,754 |

| Unit Breakdown | Rm Count Tot Br Ba | Size Sq. Ft. | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent | Rm Count Tot Br Ba | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1,962 | | 2,278 | 1,300 | | 2,086 | 800 | | 1,754 | 1,400 |
| Unit # 1 | 5 2 1 | 981 | 4 2 1 | 1,144 | $ 650 | 6 3 1 | 1,043 | $ 0 | 4 2 1 | 877 | $ 795 |
| Unit # 2 | 5 2 1 | 981 | 5 3 1 | 1,134 | $ 650 | 5 2 1 | 1,043 | $ 800 | 4 2 1 | 877 | $ 605 |
| Unit # 3 | | | | | $ | | | $ | | | $ |
| Unit # 4 | | | | | $ | | | $ | | | $ |
| Utilities Included | None | | None | | | None | | | None | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)    Subject monthly rent is for 1 unit only the other unit is owner occupied. Subject rent does seem to be in the higher end of normal rents for the area.

**Rent Schedule:** The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total Rents | Per Unit | | Total Rents |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | | Unfurnished | Furnished | |
| 1 | | | $ 0 | $ | $ | $ 0 | $ | $ |
| 2 | | | 800 | | 800 | 800 | | 800 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

| Comment on lease data | Total Actual Monthly Rent | $ 800 | Total Gross Monthly Rent | $ 800 |
|---|---|---|---|---|
| | Other Monthly Income (itemize) | $ | Other Monthly Income (itemize) | $ |
| | Total Actual Monthly Income | $ 800 | Total Estimated Monthly Income | $ 800 |

Utilities included in estimated rents   ☐ Electric   ☐ Water   ☒ Sewer   ☐ Gas   ☐ Oil   ☒ Trash collection   ☐ Cable   ☐ Other
Comments on actual or estimated rents and other monthly income (including personal property)   Owner is currently living on the first floor unit.

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Assessors, MLS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Assessors, MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No sale or transfer noted in | No sale or transfer noted | No sale or transfer noted | No sale or transfer noted |
| Price of Prior Sale/Transfer | the past 3 years. | in the year prior to date of | in the year prior to date of | in the year prior to date of |
| Data Source(s) | Assessor Records | sale. | sale. | sale. |
| Effective Date of Data Source(s) | 6/27/2006 | 6-27-06 Assessor Records | 6-27-06 Assessor Records | 6-27-06 Assessor Records |

Analysis of prior sale or transfer history of the subject property and comparable sales    NA

Identifier ▮▮▮9601   Doc Type:APPR   12-12020-mg   Doc 7842-5   Filed 12/08/14   Entered 12/08/14 17:54:45   Exhibit D to Declaration   Pg 4 of 20

File No. ▮▮9601 Page #4

## Small Residential Income Property Appraisal Report

File # 06-138 ▮9601

| | | | | |
|---|---|---|---|---|
| There are ____ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ ____ to $ ____ . | | | | |
| There are ____ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ ____ to $ ____ . | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 16 ROLF AVE | 124 Walter Street | 227 Montgomery Street | 26 Forest Street |
| | Chicopee, MA 01020-1228 | Chicopee, MA 01020 | Chicopee, MA 01020 | Chicopee, MA 01020 |
| Proximity to Subject | | 0.86 miles NW | 0.9 miles SE | 0.75 miles NW |
| Sale Price | $ Refinance | $ 175,000 | $ 190,000 | $ 188,000 |
| Sale Price/Gross Bldg Area | $ sq.ft. | $ 76.82 sq.ft. | $ 156.38 sq.ft. | $ 84.61 sq.ft. |
| Sale Price | $ Refinance | $ 175,000 | $ 190,000 | $ 188,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 76.82 sq.ft. | $ 156.38 sq.ft. | $ 84.61 sq.ft. |
| Gross Monthly Rent | $ 800 | $ 1,300 | $ 1,200 | $ 1,200Est |
| Gross Rent Multiplier | | 134.62 | 158.33 | 156.67 |
| Price per Unit | $ | $ 87,500 | $ 95,000 | $ 94,000 |
| Price per Room | $ | $ 19,444 | $ 27,143 | $ 18,800 |
| Price per Bedroom | $ | $ 35,000 | $ 63,333 | $ 47,000 |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | | Exterior inspection | Exterior inspection | Exterior inspection |
| Verification Source(s) | | Assessors/MLS | Assessors/MLS | Assessors/MLS |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment | DESCRIPTION | +(−) Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Financing | | Financing | | Financing | |
| Date of Sale/Time | | 2/06 | | 5/06 | | 12/05 | |
| Location | Average | Average | | Busy | +2,000 | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .09 acres | .24 acres | -1,000 | .11 acres | | .21 acres | -1,000 |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Two Family | Two Family | | Two Family | | Two Family | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 86 years | 106 years | | 84 years | | 106 years | |
| Condition | Average | Average | | Average + | -5,000 | Average | |
| Gross Building Area | 1,962 | 2,278 | -3,160 | 1,215 | +7,470 | 2,222 | -2,600 |

| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | | Total | Bdrms | Baths | | Total | Bdrms | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 5 | 2 | 1 | 4 | 2 | 1 | | 3 | 1 | 1 | +2,000 | 6 | 3 | 1 | -2,000 |
| Unit # 2 | 5 | 2 | 1 | 5 | 3 | 1 | -2,000 | 4 | 2 | 1 | | 4 | 1 | 1 | +2,000 |
| Unit # 3 | | | | | | | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Basement Description | 681 Sq.Ft. | Full | | Full | | Full | |
| Basement Finished Rooms | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/None | CNTH/None | | FWA/Built in AC | -1,000 | BBHW/None | |
| Energy Efficient Items | Thermopanes | None noted | +4,000 | Tpanes/Skylite | -1,000 | Thermopanes | |
| Parking On/Off Site | 1 Car | None | +2,000 | None | +2,000 | 2 Car | -2,000 |
| Porch/Patio/Deck | 2 Enclosed Porches | Enclosed Porch | +3,000 | Enclosed Porch | +3,000 | 3 Open Porches | -2,000 |
| Amenities | None | None | +6,000 | Deck | -1,000 | None | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net Adjustment (Total) | | ☒+ ☐− | $ 8,840 | ☒+ ☐− | $ 8,470 | ☐+ ☒− | $ -7,600 |
| Adjusted Sale Price | | Net 5.1 % | | Net 4.5 % | | Net 4.0 % | |
| of Comparables | | Gross 12.1 % | $ 183,840 | Gross 12.9 % | $ 198,470 | Gross 6.2 % | $ 180,400 |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | $ | | | $ | | $ | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | $ | $ 20,427 | | $ 28,353 | | $ 18,040 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | $ | $ 36,768 | | $ 66,157 | | $ 45,100 | |
| Value per Unit | $ 94,000 X | 2 | Units = $ 188,000 | Value per GBA $ 84.61 X | 1,962 | GBA = $ 166,005 | |
| Value per Rm. | $ 18,800 X | 10 | Rooms = $ 188,000 | Value per Bdrms. $ 47,000 X | 4 | Bdrms. = $ 188,000 | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value. All comparables are generally felt by this appraiser to be similar to the subject when taking into account all environmental, economical, social and physical aspects necessary for a thorough competent evaluation. All comparables support an estimate of value at this time of $180,000.00. No line, gross or net adjustment guidelines were knowingly exceeded in the making of this report. All comparables are recent sales and all are located in close proximity to the subject property. Rent for comparable #3 was estimated as only one rent was available at this time. All comparables are recent sales and all are located nearby the subject.

Indicated Value by Sales Comparison Approach $ 180,000

Total gross monthly rent $ 800   X gross rent multiplier (GRM) NA = $ ____   Indicated value by the Income Approach ____

Comments on income approach including reconciliation of the GRM ____

Indicated Value by: Sales Comparison Approach $ 180,000   Income Approach $ ____   Cost Approach (if developed) $ NA

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 180,000 , as of June 27, 2006 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 72 March 2005        Page 3 of 7        Fannie Mae Form 1025 March 2005

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No ████9601 Page #5

## Small Residential Income Property Appraisal Report    File # 06-138 ████9601

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Site value estimate is $40,000, this is gathered from the assessors records.

| COST APPROACH | | | | | |
|---|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 40,000 |
| Source of cost data | DWELLING | Sq.Ft. @ $ | | =$ | |
| Quality rating from cost service    Effective date of cost data | | Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | =$ | |
| | Garage/Carport | Sq.Ft. @ $ | | =$ | |
| | Total Estimate of Cost-New | | | =$ | |
| | Less    Physical    Functional    External | | | | |
| | Depreciation | | | =$( | ) |
| | Depreciated Cost of Improvements | | | =$ | |
| | "As-is" Value of Site Improvements | | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)    50-60  Years | INDICATED VALUE BY COST APPROACH | | | =$ | 40,000 |

### PROJECT INFORMATION FOR PUDs (if applicable)

| PUD INFORMATION |
|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached |
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. |
| Legal Name of Project |
| Total number of phases    Total number of units    Total number of units sold |
| Total number of units rented    Total number of units for sale    Data source(s) |
| Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes ☐ No  If Yes, date of conversion. |
| Does the project contain any multi-dwelling units?  ☐ Yes ☐ No  Data Source |
| Are the units, common elements, and recreation facilities complete?  ☐ Yes ☐ No  If No, describe the status of completion. |
| Are the common elements leased to or by the Homeowners' Association?  ☐ Yes ☐ No  If Yes, describe the rental terms and options. |
| Describe common elements and recreational facilities. |

Form 1025 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report    File # 06-138 9601

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**   The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Small Residential Income Property Appraisal Report    File # 06-138 ███9601

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that
2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Small Residential Income Property Appraisal Report    File # 06-138 ___9601

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Robert Salvon | Name |
| Company Name   Robert Salvon | Company Name |
| Company Address   42 Tannery Road, Southwick, MA 01077 | Company Address |
| Telephone Number   413 5691555 | Telephone Number |
| Email Address   4135691555@comcast.net | Email Address |
| Date of Signature and Report   July 06, 2006 | Date of Signature |
| Effective Date of Appraisal   June 27, 2006 | State Certification # |
| State Certification # | or State License # |
| or State License #   246 | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  MA | |
| Expiration Date of Certification or License   3/3/2008 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 16 ROLF AVE | Date of Inspection _____ |
| Chicopee, MA 01020-1228 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $   180,000 | |
| | **COMPARABLE SALES** |
| **LENDER/CLIENT** | |
| Name   Richard Chaisson | ☐ Did not inspect exterior of comparable sales from street |
| Company Name   GMAC Mortgage Corporation | ☐ Did inspect exterior of comparable sales from street |
| Company Address   181 Park Avenue, West Springfield, MA 01089 | Date of Inspection _____ |
| Email Address   Richard.Chaisson@gmacm.com | |

## Subject Photo Page

| Borrower/Client | Rhonda Gosselin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16 ROLF AVE | | | | | |
| City | Chicopee | County | Hampden | State | MA | Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation | | | | | |



**Subject Front**

16 ROLF AVE
Sales Price       Refinance
Gross Building Area  1,962
Age               86 years



**Subject Rear**



**Subject Street**

Form PICPIX.SC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Rhonda Gosselin | | | |
| Property Address | 16 ROLF AVE | | | |
| City | Chicopee | County Hampden | State MA | Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation | | | |



### Comparable 1

124 Walter Street
Sales Price           175,000
Gross Building Area  2,278
Age                  106 years



### Comparable 2

227 Montgomery Street
Sales Price           190,000
Gross Building Area  1,215
Age                  84 years



### Comparable 3

26 Forest Street
Sales Price           188,000
Gross Building Area  2,222
Age                  106 years

## Rental Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client | Rhonda Gosselin | | |
| Property Address | 16 ROLF AVE | | |
| City | Chicopee | County Hampden | State MA    Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation | | |



### Rental 1
124 Walter Street
Proximity to Subject  0.86 miles NW
Gross Building Area  2,278
Age                106 years



### Rental 2
46 Cochran Street
Proximity to Subject  2 miles SE
Gross Building Area  2,086
Age                146 years



### Rental 3
191 East Main Street
Proximity to Subject  1.73 miles SE
Gross Building Area  1,754
Age                116 years

MLS PHOTO

# Building Sketch

| | |
|---|---|
| Borrower/Client | Rhonda Gosselin |
| Property Address | 16 ROLF AVE |
| City | Chicopee |
| Lender | GMAC Mortgage Corporation |

| County | Hampden | State | MA | Zip Code | 01020-1228 |
|---|---|---|---|---|---|



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 981.00 | |
| | Second Floor | 981.00 | 1962.00 |
| P/P | Enclosed Porch 1 | 150.00 | |
| | Enclosed Porch 2 | 150.00 | 300.00 |
| GAR | Garage | 300.00 | 300.00 |
| | | | |
| TOTAL LIVABLE    (rounded) | | | 1962 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 14.0  x   29.0 | 406.00 |
| 23.0  x   25.0 | 575.00 |
| Second Floor | |
| 23.0  x   39.0 | 897.00 |
| 6.0  x   14.0 | 84.00 |
| | |
| 4 Calculations Total (rounded) | 1962 |

File No. ████ 9601 Page #13

## Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Rhonda Gosselin | | | | | |
| Property Address | 16 ROLF AVE | | | | | |
| City | Chicopee | County | Hampden | State | MA | Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation | | | | | |

70'

60'

Rolf Street

Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| | | | |

| AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| | |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. ███601 Page #16

## Location Map

| Borrower/Client | Rhonda Gosselin | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16 ROLF AVE | | | | | |
| City | Chicopee | | County | Hampden | State MA | Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation | | | | | |



**Flood Map**

| | |
|---|---|
| Borrower/Client | Rhonda Gosselin |
| Property Address | 16 ROLF AVE |
| City | Chicopee | County Hampden | State MA | Zip Code 01020-1228 |
| Lender | GMAC Mortgage Corporation |



**Prepared for:**
Robert Salvon Associates

16 ROLF AVE
Chicopee, MA 01020-1228

16 ROLF AVE
Chicopee, MA 01020-1228

InterFlood
by a la mode
www.interflood.com • 1-800-252-6633

**FLOODSCAPE**

Flood Hazards Map

**Map Number**
2501370010A

**Effective Date**
September 29, 1978

For more information about
flood zones and flood
insurance, contact:

Powered by FloodSource
877.77.FLOOD
www.floodsource.com

ZONE C

0'   600'   1200'   1800'   2400'

© 1999-2006 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

## Operating Income Statement
## One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

Property Address

| Street 16 ROLF AVE | City Chicopee | State MA | Zip Code 01020-1228 |
|---|---|---|---|

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☐ No ☒ | | $ | $ | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes ☒ No ☐ | | $ 800 | $ 800 | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ☐ No ☐ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| Total | | | $ 800 | $ 800 | Water/Sewer | ☒ | ☐ |
| | | | | | Trash Removal | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years (for new properties the applicant's projected income and expenses must be provided). This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures (e.g. Applicant/Appraiser 288/300). If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. (Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.) Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

### Annual Income and Expense Projection for Next 12 months

| Income (Do not include income for owner-occupied units) | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental (from unit(s) to be rented) | $ 9,600 | $ |
| Other Income (include sources) | + | + |
| Total | $ 9,600 | $ |
| Less Vacancy/Rent Loss | - 192 ( 2 %) | - ( %) |
| Effective Gross Income | $ 9,408 | $ |

| Expenses (Do not include expenses for owner-occupied units) | | |
|---|---|---|
| Electricity | | |
| Gas | | |
| Fuel Oil | | |
| Fuel (Type - ) | | |
| Water/Sewer | 400 | |
| Trash Removal | | |
| Pest Control | | |
| Other Taxes or Licenses | | |
| Casual Labor | 200 | |

This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services.

| Interior Paint/Decorating | 200 | |
|---|---|---|

This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit.

| General Repairs/Maintenance | 200 | |
|---|---|---|

This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc.

| Management Expenses | | |
|---|---|---|

These are the customary expenses that a professional management company would charge to manage the property.

| Supplies | 200 | |
|---|---|---|

This includes the costs of items like light bulbs, janitorial supplies, etc.

| Total Replacement Reserves - See Schedule on Pg. 2 | 1,030 | |
|---|---|---|
| Miscellaneous | | |
| | | |
| **Total Operating Expenses** | $ 2,230 | $ |

| Freddie Mac | Fannie Mae |
|---|---|
| Form 998 Aug 88 | Form 216 Aug 88 |

File No. [REDACTED]9601 Page #15

## Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/ dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | | Remaining Life | | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ $ | 500 | ea. / | 20 | Yrs. x | 2 | Units = $ | | | 50.00 | $ |
| Stoves/Ranges | @ $ | 500 | ea. / | 20 | Yrs. x | 2 | Units = $ | | | 50.00 | $ |
| Refrigerators | @ $ | 800 | ea. / | 20 | Yrs. x | 2 | Units = $ | | | 80.00 | $ |
| Dishwashers | @ $ | | ea. / | | Yrs. x | | Units = $ | | | | $ |
| A/C Units | @ $ | | ea. / | | Yrs. x | | Units = $ | | | | $ |
| C. Washer/Dryers | @ $ | | ea. / | | Yrs. x | | Units = $ | | | | $ |
| HW Heaters | @ $ | | ea. / | | Yrs. x | | Units = $ | | | | $ |
| Furnace(s) | @ $ | 5,000 | ea. / | 20 | Yrs. x | 2 | Units = $ | | | 500.00 | $ |
| (Other) | @ $ | | ea. / | | Yrs. x | | Units = $ | | | | $ |
| Roof | @ $ | 8,000 | / | 20 | Yrs. x | One Bldg. = | | $ | | 400 | $ |

**Carpeting** (Wall to Wall)

| | | | | | Remaining Life | | | |
|---|---|---|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ $ | Per Sq. Yd. / | Yrs. | = | $ | | $ | |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. / | Yrs. | = | $ | | $ | |

**Total Replacement Reserves. (Enter on Pg. 1)**    $ 1,030    $

## Operating Income Reconciliation

| $ 9,408 | - | $ 2,230 | = | $ 7,178 | / 12 = | $ 598 |
|---|---|---|---|---|---|---|
| Effective Gross Income | | Total Operating Expenses | | Operating Income | | Monthly Operating Income |

| $ 598 | - | $ | = | $ |
|---|---|---|---|---|
| Monthly Operating Income | | Monthly Housing Expense | | Net Cash Flow |

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (Including sources for data and rationale for the projections)

| Robert Salvon | Appraiser Signature | July 06, 2006 |
|---|---|---|
| Appraiser Name | | Date |

Underwriter's Comments and Rationale for Adjustments

| | | |
|---|---|---|
| Underwriter Name | Underwriter Signature | Date |

Freddie Mac
Form 998 Aug 88

Fannie Mae
Form 216 Aug 88

Form INC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# INVOICE

**FROM:**

Robert Salvon Associates

42 Tannery Road

Southwick, MA 01077

Southwick, MA 01077

Telephone Number: 413-5691555          Fax Number: 413-5691515

| INVOICE NUMBER | |
|---|---|
| 06-138 | |
| **DATE** | |
| 6/28/2006 | |
| | |
| 6/28/2006 | |

| **REFERENCE** | |
|---|---|
| Internal Order #: | 06-138 |
| Lender Case #: | ████9601 |
| Client File #: | |
| Main File # on form: | 595969601 |
| Other File # on form: | 06-138 |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

Richard Chaisson

GMAC Mortgage Corporation

181 Park Avenue

West Springfield, MA 01069

Telephone Number: 413 8278700          Fax Number: 413 8278707

Alternate Number: 508 7925120          E-Mail: Richard.Chaisson@gmacm.com

## DESCRIPTION

| | |
|---|---|
| **Lender:** GMAC Mortgage Corporation | **Client:** GMAC Mortgage Corporation |
| **Purchaser/Borrower:** Rhonda Gosselin | |
| **Property Address:** 16 ROLF AVE | |
| **City:** Chicopee | |
| **County:** Hampden | **State:** MA     **Zip:** 01020-1228 |
| **Legal Description:** Book 12411  Page 411 | |

| FEES | AMOUNT |
|---|---|
| Full Report 2 Family | 450.00 |
| | |
| **SUBTOTAL** | 450.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $    450.00 |

Form NIV5 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Robert Salvon Associates

## Appraisal Update and/or Completion Report    File No. 172mulbeR

The purpose of this report form is to provide the lender/client with an accurate update of an appraisal and/or to report a certification of completion. The appraiser must identify the service(s) provided by selecting the appropriate report type.

| | |
|---|---|
| Property Address 172 MULBERRY STREET | Unit # N/A |
| City FARMINGTON    State NY | Zip Code 14425 |
| Legal Description LIBER: 1080  PAGE: 125 | County ONTARIO |
| City FARMINGTON    State NY | Zip Code 14425 |
| Legal Description LIBER: 1080  PAGE: 125 | County ONTARIO |

| | | | |
|---|---|---|---|
| Borrower MCELVEIN | Contract Price $ 16,000 | Date of Contract 02/16/2006 | Effective Date of Original Appraisal 03/25/2006 |
| Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) | | | Original Appraised Value $ 116,000 |
| Original Appraiser RICHARD L. HIRSCHBERG | | Company Name HIRSCHBERG APPRAISAL SERVICE | |
| Original Lender/Client GMAC MORTGAGE | | Address 2741 WEST RIDGE ROAD  ROCHESTER, NY  14626 | |

### [X] SUMMARY APPRAISAL UPDATE REPORT

INTENDED USE:    The intended use of this appraisal update is for the lender/client to evaluate the property that is the subject of this report to determine if the property has declined in value since the date of the original appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal update is the lender/client.

SCOPE OF WORK:    The appraiser must, at a minimum: (1) concur with the original appraisal, (2) perform an exterior inspection of the subject property from at least the street, and (3) research, verify, and analyze current market data in order to determine if the property has declined in value since the effective date of the original appraisal.

HAS THE MARKET VALUE OF THE SUBJECT PROPERTY DECLINED SINCE THE EFFECTIVE DATE OF THE PRIOR APPRAISAL? [ ] Yes [X] No
THE MARKET VALUE OF THE SUBJECT AND SURROUNDING NEIGHBORHOOD HOUSES APPEARS TO REMAIN STABLE.

APPRAISER'S CERTIFICATION:    The appraiser certifies and agrees that:
1. I have, at a minimum, developed and reported this appraisal update in accordance with the scope of work requirements stated in this appraisal update report and concur with the analysis and conclusions in the original appraisal.
2. I performed this appraisal update in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal update was prepared.
3. I have updated the appraisal by incorporating the original appraisal report.
4. I have summarized my analysis and conclusions in this appraisal update and retained all supporting data in my work file.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:
1. I directly supervised the appraiser for this appraisal update assignment, have read the appraisal update report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.
2. I accept full responsibility for the contents of this appraisal update report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

### [ ] CERTIFICATION OF COMPLETION

INTENDED USE:    The intended use of this certification of completion is for the lender/client to confirm that the requirements or conditions stated in the appraisal report referenced above have been met.

INTENDED USER:    The intended user of this certification of completion is the lender/client.

HAVE THE IMPROVEMENTS BEEN COMPLETED IN ACCORDANCE WITH THE REQUIREMENTS AND CONDITIONS STATED IN THE ORIGINAL APPRAISAL REPORT? [ ] Yes [ ] No    If No, describe any impact on the opinion of market value. _____

APPRAISER'S CERTIFICATION:    I certify that I have performed a visual inspection of the subject property to determine if the conditions or requirements stated in the original appraisal have been satisfied.

SUPERVISORY APPRAISER'S CERTIFICATION:    I accept full responsibility for this certification of completion.

### SIGNATURES

ADDITIONAL CERTIFICATION:    I/we certify that if this report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this report containing a copy or representation of my signature, the report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature [signature] | Signature _____ |
| Name RICHARD L. HIRSCHBERG | Name _____ |
| Company Name HIRSCHBERG APPRAISAL SERVICES | Company Name _____ |
| Company Address 95 BRITTANY CIRCLE | Company Address _____ |
| ROCHESTER, NY  14618 | |
| Telephone Number 585-244-6636 | Telephone Number _____ |
| Date of Signature and Report 07/14/2006 | Date of Signature _____ |
| Effective Date of Appraisal Update 07/14/2006 | State Certification # _____ |
| Date of Inspection 03/25/2006 | or State License # _____ |
| State Certification # 45000004305 | State _____ |
| or State License # _____ | Expiration Date of Certification or License _____ |
| or Other (describe) _____ State # ____ | |
| State NY | |
| Expiration Date of Certification or License 10/07/2007 | |
| | SUPERVISORY APPRAISER |
| CURRENT LENDER/CLIENT | [ ] Did not inspect subject property |
| Name _____ | [ ] Did inspect exterior of subject property from street |
| Company Name GMAC MORTGAGE | Date of Inspection _____ |
| Company Address SEE ABOVE | [ ] Did inspect interior and exterior of subject property |
| | Date of Inspection _____ |

Freddie Mac Form 442  March 2005    Produced using ACI software, 800.234.8727 www.aciweb.com    Fannie Mae Form 1004D  March 2005
Page 1 of 1    1004D_09.040109

Rels Valuation

File No. 172mulbeR

********* INVOICE *********

File Number: 172mulbeR                                          7/14/2006

GMAC MORTGAGE

Borrower :          MCELVEIN

Invoice # :
Order Date :
Reference/Case # :
PO Number :

172 MULBERRY STREET
FARMINGTON, NY  14425

| | | |
|---|---|---|
| FINAL INSPECTION | $ | |
| RECERTIFICATION OF VALUE | $ | 75.00 |
| | | |
| Invoice Total | $ | 75.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| Amount Due | $ | 75.00 |

Terms:

Please Make Check Payable To:

RICHARD L. HIRSCHBERG
95 BRITTANY CIRCLE
ROCHESTER, NY  14618

Fed. I.D. #: