## Exhibit F

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Gosselin v. GMAC Mortgage et al          **Case Number:** 10-03014          **Ch:**

**MOVANT/APPLICANT/PARTIES:**

#57 Motion of Defendants FNMA, GMAC Mortgage and Mortgage Electronic Registration Systems, Inc. for Summary Judgment

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advise ment: Brief(s) due_____From_____

_____Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__✔__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


FOR THE REASONS SET FORTH IN OPEN COURT, THE COURT ABSTAINS, PURSUANT TO 28 USC (C)(1) FROM ANY FURTHER CONSIDERATION OF THIS ADVERSARY PROCEEDING, AND, ACCORDINGLY, DISMISSES SAME, WITHOUT PREJUDICE.


IT IS SO NOTED:                              IT IS SO ORDERED:

_____                      Dated: 04/18/2012
Courtroom Deputy