## Exhibit 2

**Excerpts from Truth-in-Lending Handbook**

# Finance Charge Chart

**Finance Charge = Dollar Cost of Consumer Credit**: It includes any charge payable directly or indirectly by the consumer and imposed directly or indirectly by the creditor as a condition of or incident to the extension of credit.

| Charges always Included | Charges Included Unless Conditions are met | Conditions (Any Loan) | Charges Not Included (residential mortgage transactions and loans secured by real estate) | Charges Never Included |
|---|---|---|---|---|
| Interest | Premiums for credit life, A&H or loss of income insurance | → Insurance not required, disclosures made, and consumer authorizes | Fees for title insurance, title examination, property survey, etc. | Charges payable in a comparable cash transaction |
| Transaction fees | Debt cancellation fees | → Coverage not required, disclosures made, and consumer authorizes | Fees for preparing loan documents, mortgages, and other settlement documents | Unanticipated late fees |
| Loan origination fees, Consumer points | Premiums for property or liability insurance | → Consumer selects insurance company and disclosures made | Amounts required to be paid into escrow, if not otherwise included in the finance charge | Overdraft fees not agreed to in writing, or that are equal in amount to fees charged if a check is returned |
| Credit guarantee insurance premiums | Premiums for vendor's single interest (VS) insurance | → Security interest charges (filing fees), insurance in lieu of filing fees and certain notary fees | Notary fees | Seller's points |
| Charges imposed on a creditor for purchasing a loan that are passed on to the consumer | Charges imposed by third parties | → Use of the third party is not required to obtain loan and creditor does not retain any of the charge | Pre-consummation flood and pest inspection fees | Participation or membership fees |
| Discounts for including payment by means other than credit | Charges imposed by third party closing agents | → Creditor does not require and does not retain any of the fee for the particular service | Appraisal and credit report fees | Discount offered by the seller to induce payment by cash or other means not involving the use of a credit card |
| Mortgage broker fees | Appraisal and credit report fees | → Application fees, if charged to all applicants, are not finance charges. Application fees may include appraisal or credit report fees. | | Interest forfeited as a result of interest reduction required by law |
| Other examples: Fee for preparing TILA disclosure; real estate construction loan inspection fees; fees for post-consummation tax or flood service policy; required credit life insurance charges | | | | Charges absorbed by the creditor as a cost of doing business |

# Instructions for the Finance Charge Chart

The finance charge initially includes any charge that is, or will be, connected with a specific loan. Charges imposed by third parties are finance charges if the creditor requires use of the third party or to the extent the creditor retains a portion of the charge. Charges imposed on the consumer by a settlement agent are finance charges only if the creditor requires the particular services for which the settlement agent is charging the borrower and the charge is not otherwise excluded from the finance charge or to the extent the creditor retains a portion of the charge. Immediately below the finance charge definition, the chart presents five captions applicable to determining if a loan-related charge is a finance charge.

The first caption is "charges always included." This category focuses on specific charges given in the regulation or commentary as examples of finance charges.

The second caption, "charges included unless conditions are met," focuses on charges that must be included in the finance charge unless the creditor meets specific disclosure or other conditions to exclude the charges from the finance charge.

The third caption, "conditions," focuses on the conditions that need to be met if the charges identified to the left of the conditions are permitted to be excluded from the finance charge. Although most charges under the second caption may be included in the finance charge at the creditor's option, third party charges and application fees (listed last under the third caption) must be excluded from the finance charge if the relevant conditions are met. However, inclusion of appraisal and credit report charges as part of an application fee that is charged to all applicants is optional.

The fourth caption, "charges not included," identifies fees or charges that are not included in the finance charge under conditions identified by the caption. If the credit transaction is secured by real property or the loan is a residential mortgage transaction, the charges identified in the column, if they are bona fide and reasonable in amount, must be excluded from the finance charge. For example, if a vacant lot or commercial real estate secures a consumer loan, any appraisal fees connected with the loan must not be included in the finance charge.

The fifth caption, "charges never included," lists specific charges provided by the regulation as examples of those that automatically are not finance charges (e.g., fees for unanticipated late payments).

**Note:** In the first column for the charges always included, transaction fees refer to transaction fees imposed in connection with the credit feature. In the third column for conditions, the condition for both the premiums for credit life, A&H, or loss of income and debt cancellation fees must include affirmative consumer authority. Finally, in the last column of charges never included, over limit fees can be considered as an excludable charge.