MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON DECEMBER 10, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**:

**1.**    Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7539]

   **Related Document(s)**:

   **a.**    Notice of Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7541]

   **b.**    Ocwen Loan Servicing LLC's Limited Response to Claim of Matina De Simone [Docket No. 7542]

---

[1] Amended items appear in **bold**.

    **c.**    Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7696]

    **d.**    Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7834]

**Response(s)**:

    **a.**    ResCap Borrower Claims Trust's Joinder and Supplemental Objection to Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7765]

**Status**:    The hearing on this matter has been adjourned to December 18, 2014.

**2.**    ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 Filed By Stephanie Harris [Docket No. 7666]

**Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 Filed by Stephanie Harris to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7831]

**Response(s)**:

    **a.**    Response of Stephanie Harris to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 [Docket No. 7818]

**Status**:    The hearing on this matter has been adjourned to December 18, 2014.

**II.**    **PRE-TRIAL CONFERENCE IN ADVERSARY PROCEEDING**

*Ocwen Loan Servicing, LLC v. ResCap Liquidating Trust* **(Adv. Proc. No. 14-02388)**

**1.**    Complaint [Docket No. 1]

**Related Document(s)**:

    **a.**    Summons with Notice of Pre-Trial Conference [Docket No. 2]

    **b.**    Stipulation Extending Time for Defendant to Respond to Complaint [Docket No. 3]

    **c.**    Stipulation Extending Time for Defendant to Respond to Complaint [Docket No. 4]

**Response(s)**:   None.

**Status**:   **The pre-trial conference on this matter will be going forward.**

### III.   OMNIBUS CLAIMS OBJECTION(S)

**1.**   ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

- **a.**   Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Alan Moss (Claim No. 4445) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7724]

- **b.**   Notice of Filing of Stipulation Adjourning Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Michael Boyd (Claim No. 960) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7726]

- **c.**   Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7801]

- **d.**   Notice of Rescheduled Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Marvin McDougal (Claim No. 5892) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7814]

- **e.**   Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Alan Moss (Claim No. 4445) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7829]

**Response(s)**:

- **a.**   Response of Alan Moss in Opposition to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7642 and 7667]

    **b.**    Response of Marvin E. McDougal Jr. to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7649]

    **c.**    Answer in Opposition of Michael Boyd, Secured Claimant No. 960, to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7701]

        **(i)**    Addendum to Answer in Opposition of Michael Boyd Secured Claimant No. 960 to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7703]

**Replies**:

    **a.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1574, 2761, 3702, 4118, 5653, 5653, 5892 and 5970) (with Supplemental Declaration) [Docket No. 7727] *(solely as it relates to Claim No. 5892 filed by Marvin E. McDougal)*

    **b.**    ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim No. 960 Filed by Michael E. Boyd [Docket No. 7825]

**Status**:    The hearing on this matter, solely as it relates to the claim filed by Alan Moss (Claim No. 4445), has been adjourned to February 11, 2015. The hearing on this matter, solely as it relates to the claims filed by Michael Boyd (Claim No. 960) and Marvin E. McDougal (Claim No. 5892), will be going forward.

Dated: December 9, 2014  
       New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*