MARIE A. RUNNALLS<br>
2750 S. Durango Drive, Apt.1007<br>
Las Vegas, NV 89117-2637<br>
December 3, 2014

Michael C. Manniello, Esq.<br>
PETER T. ROACH & ASSOCIATES, P.C.<br>
125 Michael Drive, Suite 105<br>
Syosset, NY 11791

    RE: Residential Capital, LLC<br>
        A/K/A RESIDENTIAL CAPITAL CORPORATION<br>
    Case No. 12-12020    Chapter 11<br>
    **Return Date**: 01/06/2015 at 10:00 a.m.

Dear Mr., Manniello:

    I am FLABBERGASTED!

    On November 28, 2014, I received from you a LARGE Manila envelope containing 54 pages (cover letter, documents and exhibits pertaining to the captioned case), which cost you $3.08 to mail and killed at least a portion of one tree to produce. I read all the pages (as a 66 year old former Legal Secretary with approximately 38 years legal experience in many types of legal practices) and have the following to say to you, the Honorable Martin Glenn and the Clerk of the United States Bankruptcy Court for the Southern District of New York:

    1. **WHY** did you mail a copy of this proceeding to Lift the Automatic Bankruptcy Stay on property at 8809 Greylag Loop, Blacklick, OH 43004, owned by Mortgagor SHAWN ARNOLD to me? **I DO NOT KNOW SUCH A PERSON.** I consider it a breach of some confidentiality/privacy for you to give me all his information.

    2. My copy mentioned a Certificate of Mailing but <u>did not include one</u>. Therefore, I can only reply to you, Judge Glenn and the Court Clerk.

    3. How you got my name and address dumbfounds me. **FOR YOUR INFORMATION** (and to the best of my knowledge and belief) my association with the Bank of America (or its successors or assigns) was only as a credit card(s) holder and possibly relative to my first and/or second mortgages. All of said debts on my part were included in my Chapter 7 Bankruptcy proceeding which was filed in May of 2010 and fully discharged in August in 2010. Having lost my employment, used all my unemployment benefits and cashed in all my assets, Bankruptcy was my only option.

    I am a senior citizen living on minimal Social Security and come up short each month with money to pay my current meager living costs and medical expenses. I am also a diabetic and receiving this documentation has upset me and my blood sugars and I don't wish that to continue.

    I ask that I be removed from any further proceedings in the captioned matter under the above circumstances. In the alternative, will someone kindly advise me or my Bankruptcy counsel why I should care about the above-captioned case. A copy of this letter is being sent to the Las Vegas law firm that handled my Bankruptcy case (which Bankruptcy filing will upset me to the day I die).



RECEIVED DEC - 8 2014 U.S. BANKRUPTCY COURT, SDNY

Michael C. Manniello, Esq.
PETER T. ROACH & ASSOCIATES, P.C.
December 3, 2014
Page 2

Thank you one and all.

Very truly yours,

*Marie A. Runnalls* (signature)

Marie A. Runnalls

cc: Honorable Martin Glenn ✓
U.S. Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Clerk, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

David J. Winterton, Esq.
DAVID J. WINTERTON & ASSOC., LTD.
1140 Town Center Drive, Suite 120
Las Vegas, NV 89144