**In re Residential Capital, LLC**

**No. 12-12020 (MG)**

**United States Bankruptcy Court
For the Southern District of New York**

**Exhibits to Delehey Declaration in Support of Taggart Claim Objection**

| Exhibit No. | Description |
|---|---|
| 1. | Proof of Claim |
| 2. | Appraisal Report |
| 3. | Note |
| 4. | Record Mortgage (including 1-4 Family Rider) |
| 5. | Recorded Assignment |
| 6. | HUD-1 Settlement Statement |
| 7. | Mortgage Account History |
| 8. | Notice to Borrower |
| 9. | Evidence of Property Insurance provided by Claimant |
| 10. | February 9, 2009 Escrow Analysis |
| 11. | May 12, 2009 Dispute Response |
| 12. | May 12, 2009 Escrow Analysis |
| 13. | GMACM's July 15, 2009 Dispute Response |
| 14. | May 11, 2009 Notice |
| 15. | GMACM's June 2, 2009 Notice |
| 16. | GMACM's July 2, 2009 Notice |
| 17. | Complaint in the Foreclosure Action |
| 18. | Taggart Foreclosure Docket as of Nov. 19, 2014 |
| 19. | W-2 Forms |
| 20. | Borrower's Closing Affidavit |
| 21. | Counterclaim as Filed in Foreclosure Action |
| 22. | Taggart's Motion for Leave to File a Third Amended Complaint |
| 23. | Assignment of Mortgage from MERS to Ocwen |
| 24. | GMACM's Motion for a Stay Pending Further Relief or Directive from Bankruptcy Court |
| 25. | Amended Civil Complaint filed in First Federal Action of Mar. 22, 2012 |
| 26. | First Federal Action Docket Sheet |
| 27. | Summons in First Federal Action |
| 28. | Nov. 26, 2012 Order Dismissing First Federal Action as against Federal Defendants |
| 29. | Aug. 12, 2013 Order Granting Summary Judgment in Favor of Government |
| 30. | GMACM's Sept. 18, 2013 Letter to the Third Circuit Court of Appeals |
| 31. | Docket Sheet in Second Federal Action |
| 32. | Amended Complaint in Second Federal Action |

ny-1164819

| 33. | Orders Dismissing all Non-Debtor Defendants |
| --- | --- |
| 34. | Adversary Complaint filed on Nov. 15, 2012 |
| 35. | Praecipe to Withdraw Adversary Complaint filed Feb. 26, 2013 |
| 36. | Supplemental to Rebuttal/Counter Claim Filed Against Plaintiff |
| 37. | Claimant's Third Amended Counterclaim (excluding exhibits) |

ny-1164819