## Exhibit 2

**REAL ESTATE APPRAISERS ERRORS & OMISSIONS LIABILITY INSURANCE POLICY**

## DECLARATIONS PAGE

This is a claims made and reported policy.
Please read this policy and all endorsements and attachments carefully.

Policy Number:        22B                    Renewal of Number:    NJA993322A

1. **NAMED INSURED:**          Norman A Kader
   **MAILING ADDRESS:**        370 Selma St Suite 201
                               Philadelphia, PA 19116

2. **POLICY PERIOD:**  Inception Date:  06/30/2007          **Expiration Date:**    06/30/2008
                       Effective 12:01 a.m. Standard Time at the mailing address of the Named Insured.

3. **LIMIT OF LIABILITY:**
   Each Claim:            $ 1,000,000
   Aggregate:             $ 2,000,000
   Lock Box Liability:    N/A

4. **CLAIM EXPENSES:**
                       b. Have a separate limit of liability.

5. **STATUS OF INSURED:**    Partnership

6. **DEDUCTIBLE:**
   Each Claim:           $500/1,000
                       b. The deductible amount specified above applies to both Damages and Claims Expenses.

7. **PRIOR ACTS DATE:**       06/30/2003
                       If a date is indicated, this insurance will not apply to any regular act, error, omission or personal injury
                       which occurred before such date.

8. **PREMIUM:**              $   599.00

9. **ENDORSEMENTS:**
   This policy is made and accepted such to the printed conditions in this policy together with the provisions,
   stipulations and agreements contained in the following form(s) or endorsement(s).
   GEN-86-RE-123 (07/2006) GEN-86-FL-840FA (07/2004)
   86-FL-281 (07/2004)    GEN-07-FL-375 (03/2006)

10. **MANAGING AGENT**
    Herbert H. Landy Insurance Agency, Inc.
    75 Second Avenue, Suite 410
    Needham, Massachusetts 02494-2876

                                                    *Herb Landy*
                                                    _____
                                                    Authorized Representative

    Producer Code: 00026330                         Class Code: 7312R
    Date: 06/21/2007                                SLA#:

    GSN-06-RE-720 (03/2005)



File No. 521COW08| Page # 19



**CURRENT CERTIFIED GENERAL APPRAISER'S  CERTIFICATE**

# INVOICE

**FROM:**

NORMAN RADER

Telephone Number: 215-698-8847    Fax Number:

| INVOICE NUMBER |
| --- |
| 521COW08 |

| DATE |
| --- |
| 6/16/08 |

| REFERENCE |
| --- |
| Internal Order #: |
| Lender Case #: |
| Client File #: |
| Main File # on form: |
| Other File # on form:  **441-8406221** |
| Federal Tax ID: ▇▇▇ 3960 |
| Employer ID: ▇▇▇▇ 3960 |

**TO:**

**EAGLE NATIONWIDE MORTGAGE**

Telephone Number: 215-7281221    Fax Number:
Alternate Number:    E-Mail:

## DESCRIPTION

Lender: **EAGLE NATIONWIDE MORTGAGE**    Client: **EAGLE NATIONWIDE MORTGAGE**
Purchaser/Borrower: **KENNETH J TAGGART**
Property Address: **521 Cowpath Rd**
City: **TELFORD**
County: **MONTGOMERY**    State: **PA**    Zip: **18969-7100**
Legal Description: **SEE DEED AS RECORDED**

## FEES

| | AMOUNT |
| --- | --- |
| | 600.00 |
| PAID | −600.00 |
| −600.00 | |
| SUBTOTAL | |

## PAYMENTS

| | AMOUNT |
| --- | --- |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| SUBTOTAL | |
| TOTAL DUE | $    0 |

| Borrower/Client | **KENNETH J TAGGART** | | | | File No. | **521COW08** |
|---|---|---|---|---|---|---|
| Property Address | **521 Cowpath Rd** | | | | | |
| City | **TELFORD** | County | **MONTGOMERY** | State **PA** | Zip Code | **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** | | | | | |

## TABLE OF CONTENTS



Small Income ............................................................................................................................................... 1
Supplemental Addendum w/sig block ......................................................................................................... 8
Additional Comparables 4-6 ........................................................................................................................ 10
Subject Photos ............................................................................................................................................. 11
Subject Photos ............................................................................................................................................. 12
Comparable Photos 1-3 ............................................................................................................................... 13
Above-Grade Building Sketch (Page - 1) ..................................................................................................... 14
LOCATION AND COMPARABLE SALES MAP ............................................................................................ 15
Comparable Photos 4-6 ............................................................................................................................... 16
Operating Income Statement ...................................................................................................................... 17
Narrative Photo Addendum ......................................................................................................................... 19

File No. 521COW08| Page #1

441-8406221

## Small Residential Income Property Appraisal Report
File # 521COW08

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address **521 Cowpath Rd** | City **TELFORD**  State **PA**  Zip Code **18969-710** |
| Borrower **KENNETH J TAGGART** | Owner of Public Record **KENNETH J TAGGART**  County **MONTGOMERY** |
| Legal Description **SEE DEED AS RECORDED** | |
| Assessor's Parcel # **300134001078004** | Tax Year **2008**  R.E. Taxes $ **8,215.00** |
| Neighborhood Name **FRANCONIA TOWNSHIP/TELFORD** | Map Reference **37964**  Census Tract **2071.03** |

Occupant ☒ Owner ☒ Tenant ☐ Vacant    Special Assessments $ **N/A**    ☐ PUD  HOA $ ☐  ☐ per year  ☐ per month
Property Rights Appraised ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)
Lender/Client **EAGLE NATIONWIDE MORTGAGE**  Address **6823 CASTOR AVE PHILADELPHIA, PA. 19149**
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). **TREND/ REALTY RECORDS/MLS/PROPERTY OWNER WERE USED.**

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. **NO AGREEMENT OF SALE ON SUBJECT.REFINANCE**

Contract Price $ **N/A**  Date of Contract **N/A**  Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.  **NONE KNOWN**

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | 2-4 Unit Housing | | | Present Land Use % |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☒ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | | PRICE | AGE | One-Unit | 60 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 100 Low | NEW | Multi-Family | 5 % |

Neighborhood Boundaries **15 MILE RADIUS FROM THE SUBJECT IN BUCKS AND**  **2,000** High  **100+** Commercial  10 %
**MONTGOMERY COUNTIES IN THE STATE OF PENNSYLVANIA**  **400** Pred.  **50** Other  20 %
Neighborhood Description **THE SUBJECT IS IN AN AREA WHICH CONSISTS OF MOSTLY MIXED STYLE RESIDENTIAL WITH LARGER ACREAGE PARCELS DWELLINGS, VARYING IN AGE, SIZE, STYLE, AND APPEAL. THE SUBJECT IS CONVENIENTLY LOCATED TO ALL PUBLIC AMENITIES. THERE ARE NO FACTORS NOTED THAT WOULD DETRACT FROM MARKETABILITY.**
Market Conditions (including support for the above conclusions) **MULTI-FAMILY DWELLINGS IN THE SUBJECT'S COMPETITIVE MARKETING AREA ARE PURCHASED BY INVESTORS AND OWNER OCCUPANTS. MARKETING TIME MAY EXTEND BEYOND 6 MONTHS DEPENDING WHAT TIME OF THE YEAR PROPERTY IS PLACED ON MARKET.**

**SITE**

Dimensions **IRREGULAR**  Area **4.86 ACRES**  Shape **IRREGULAR**  View **AVERAGE**
Specific Zoning Classification **RESIDENTIAL  2-4 FAM**  Zoning Description **3 FAMILY TRIPLEX**
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | **WELL** | Street **MACADAM** | ☒ | |
| Gas | | **PROPANE/OIL** | Sanitary Sewer | ☒ | **SEPTIC** | Alley **NONE** | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone **X**  FEMA Map # **42091C0128F**  FEMA Map Date **10/19/2001**
Are the utilities and/or off-site improvements typical for the market area? ☒ Yes ☐ No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
Ø  **THERE ARE NO ADVERSE EASEMENTS, ENCROACHMENTS, SLIDE AREAS OR OTHER FACTORS THAT WOULD DETRACT**

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☐ Two ☒ Three ☐ Four | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | **STONE/CONC/AVG** | Floors | **CARPET/AVG** |
| # of Accessory Unit (describe below) | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | **STONE/STUC/SID** | Walls | **PLAS-DRWL/AVG** |
| # of Stories **2** | # of bldgs. **2** | Basement Area | sq. ft. | Roof Surface | **SHIN/SLATE/MET** | Trim/Finish | **WOOD/AVG** |
| Type ☒ Det. ☐ Att. | ☐ S-Det./End Unit | Basement Finish | % | Gutters & Downspouts | **ALUMINUM/AVG** | Bath Floor | **CER-TILE/AVG** |
| ☒ Existing ☐ Proposed ☐ Under Const. | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | **VINYL/AVG/AVG** | Bath Wainscot | **CER-TILE/AVG** |
| Design (Style) **TRIPLEX** | | Evidence of ☐ Infestation **NONE EVI** | | Storm Sash/Insulated | **YES/AVG** | Car Storage | |
| Year Built **1868** | | ☐ Dampness ☒ Settlement | | Screens | **YES/YES** | ☐ None | |
| Effective Age (Yrs) **15 YRS** | | Heating/Cooling | | Amenities | | ☒ Driveway  # of Cars **10** | |
| Attic ☐ | | ☐ FWA ☒ HWBB ☐ Radiant | | ☐ Fireplace(s) # | ☒ Woodstove(s) # | Driveway Surface **ASPHALT** | |
| ☐ Drop Stair ☒ Stairs | | ☐ Other  Fuel **OIL-ELEC** | | ☐ Patio/Deck | ☐ Fence | ☒ Garage  # of Cars **5** | |
| ☒ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Pool | ☒ Porch **4** | ☐ Carport  # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Other | | ☐ Att. ☒ Det.  ☐ Built-in | |

# of Appliances ☐ Refrigerator ☐ Range/Oven **3** ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer

| | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |
|---|---|---|---|---|
| Unit # 1 contains: | **7** Rooms | **4** Bedrooms | **1.5** Bath(s) | **2,152** Square Feet of Gross Living Area |
| Unit # 2 contains: | **3** Rooms | **1** Bedrooms | **1** Bath(s) | **1,148** Square Feet of Gross Living Area |
| Unit # 3 contains: | **9** Rooms | **5** Bedrooms | **2.5** Bath(s) | **2,337** Square Feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedrooms | Bath(s) | Square Feet of Gross Living Area |

Additional features (special energy efficient items, etc.).

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  **THE SUBJECT IS WELL MAINTAINED AND IN AVERAGE CONDITION WITH SEMI MODERN KITCHENS AND BATHS. NO REPAIRS OR MODERNIZATION NEEDED.**

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

**IMPROVEMENTS**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes ☒ No  If Yes, describe.
THERE WERE NO PHYSICAL DEFICIENCIES OR ADVERSE CONDITIONS THAT AFFECT THE LIVABILITY, SOUNDNESS, OR STRUCTURAL INTEGRITY OF THE PROPERTY. THE APPRAISAL IS MADE "AS IS".

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe.  THE PROPERTY GENERALLY CONFORMS TO THE NEIGHBORHOOD.

Is the property subject to rent control?  ☐ Yes ☒ No  If Yes, describe

**COMPARABLE RENTAL DATA**

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | | | COMPARABLE RENTAL # 1 | | | COMPARABLE RENTAL # 2 | | | COMPARABLE RENTAL # 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address 521 Cowpath Rd | | | | 16 ROUTE 113 | | | 2204 THREE RUN RD | | | 903 RIDGE RD | | |
| TELFORD, PA 18969-7100 | | | | PERKASIE, PA 18944 | | | PERKASIE, PA 18944 | | | SELLERSVILLE, PA 18960 | | |
| Proximity to Subject | | | | 1.26 miles SE | | | 3.24 miles SE | | | 3.19 miles E | | |
| Current Monthly Rent | $ | | | | | $ 2400 | | | $ 2500 | | | $ 2725 |
| Rent/Gross Bldg. Area | $ | | sq.ft. | | | $ 1.48 sq.ft. | | | $ 0.88 sq.ft. | | | $ 0.83 sq.ft. |
| Rent Control | ☐ Yes ☒ No | | | ☐ Yes ☒ No | | | ☐ Yes ☒ No | | | ☐ Yes ☒ No | | |
| Data Source(s) | OWNER | | | MLS | | | BROKER/MLS | | | BROKER/MLS | | |
| Date of Lease(s) | MTH/MTH/OWN | | | MTH/MTH | | | MTH/MTH | | | MTH/MTH | | |
| Location | AVERAGE | | | AVERAGE | | | AVERAGE | | | AVERAGE | | |
| Actual Age | 140 YRS | | | 153 YRS | | | 9 YRS | | | 90 YRS | | |
| Condition | AVERAGE | | | AVERAGE | | | AVERAGE | | | AVERAGE | | |
| Gross Building Area | | | 5,635 | | | 1624 | | | 2827 | | | 3272 |

| Unit Breakdown | Rm Count | | | Size Sq. Ft. | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent | Rm Count | | | Size Sq. Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | Sq. Ft. | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | |
| Unit # 1 | 7 | 4 | 1.5 | 2,152 | 10 | 4 | 3.5 | 1,624 | 2,400 | 7 | 4 | 2.5 | 2,827 | 2,500 | 3 | 1 | 1 | 972 | 800 |
| Unit # 2 | 3 | 1 | 1 | 1,146 | | | | | $ | | | | | $ | 4 | 2 | 1 | 1,150 | 875 |
| Unit # 3 | 9 | 5 | 2.5 | 2,337 | | | | | $ | | | | | $ | 4 | 2 | 1 | 1,150 | 1,050 |
| Unit # 4 | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | | | | | | | | | | | | | | | | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)  **RENTAL COMPARABLES #1 & #2 ARE SIMILAR SIZE 4-5 BEDROOM COMPARABLES THAT WOULD INDICATE COMPARABLE RENT FOR UNITS #1 & #3 OF THE SUBJECT . COMPARABLE #3 IS A THREE UNIT RESIDENTIAL THAT IS A GOOD RENTAL INDICATOR FOR UNIT #2 OF THE SUBJECT PROPERTY.**

**SUBJECT RENT SCHEDULE**

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | | Actual Rents | | | | Opinion of Market Rent | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lease Date | | | Per Unit | | Total Rents | | Per Unit | | Total Rents | |
| Unit # | Begin Date | End Date | | Unfurnished | Furnished | | | Unfurnished | Furnished | | |
| 1 | MTH/MTH | | $ | 1,750 | $ | $ | 1,750 | $ 2,700 | $ | $ | 2,700 |
| 2 | MTH/MTH | | | 795 | | | 795 | 875 | | | 875 |
| 3 | OWNER | | | | | | | 2,800 | | | 2,800 |
| 4 | | | | | | | | | | | |
| Comment on lease data | | | Total Actual Monthly Rent | | | $ | 2545 | Total Gross Monthly Rent | | $ | 6,375 |
| | | | Other Monthly Income (Itemize) | | | $ | | Other Monthly Income (Itemize) | | $ | |
| | | | Total Actual Monthly Income | | | $ | 2,545 | Total Estimated Monthly Income | | $ | 6,375 |

Utilities included in estimated rents  ☐ Electric  ☐ Water  ☐ Sewer  ☐ Gas  ☐ Oil  ☐ Trash collection  ☐ Cable  ☐ Other
Comments on actual or estimated rents and other monthly income (including personal property)  **UNIT 3 #1 & #2 ARE RENTED. UNITS #1 AND #3 ARE LOW FOR MARKET PLACE; UNIT #3 IS OWNER OCCUPIED AND RENT WAS ESTIMATED USING SIMILAR COMPARABLE RENTAL PROPERTIES IN THE SUBJECT'S COMPETITIVE MARKETING AREA.**

**PRIOR SALE HISTORY**

I ☐ did  ☒ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  **MLS;PUBLIC RECORDS;OWNER**
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  **MLS;PUBLIC RECORDS**
Report the results of the research and analysis of the prior sales or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS;PUBLIC RECOR | MLS;PUBLIC RECOR | MLS;PUBLIC RECOR | MLS;PUBLIC RECOR |
| Effective Date of Data Source(s) | 6/16/08 | 6/16/08 | 6/16/08 | 6/16/08 |

Analysis of prior sale or transfer history of the subject property and comparable sales  **NO PRIOR SALES ON THE SUBJECT IN THE PAST 3 YEARS; NO PRIOR SALES ON THE COMPARABLES IN THE PRIOR 1 YEAR.**

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are 4 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 849,000 to $ 1,495,000 . | | | | | | | |
| There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 650,000 to $ 1,150,000 . | | | | | | | |
| Address | 521 Cowpath Rd TELFORD, PA 18969-710 | 3206 SKIPPACK PIKE LANDSDALE, PA 19446 | | 2270 PERKIOMENVILLE RD HARLEYSVILLE, PA 19438 | | 3055 BEDMINSTER RD PERKASIE, PA 18944 | |
| Proximity to Subject | | 1.59 miles E | | 7.30 miles NW | | 6.41 miles NE | |
| Sale Price | $ N/A | | $ 1,150,000 | | $ 725,000 | | $ 650,000 |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 268.44 sq.ft. | | $ 265.67 sq.ft. | | $ 236.02 sq.ft. | |
| Gross Monthly Rent | $ 6,375.00 | $ 4,200.00 | | $ 3,200.00 | | $ 2,800.00 | |
| Gross Rent Multiplier | | 273.81 | | 226.56 | | 232.14 | |
| Price per Unit | $ | $ 575000 | | $ 362500 | | $ 325000 | |
| Price per Room | $ | $ 95833 | | $ 65909 | | $ 46429 | |
| Price per Bedroom | $ | $ 230000 | | $ 145000 | | $ 130000 | |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☐ No | | ☐ Yes ☒ No | | ☐ Yes ☒ No | |
| Data Source(s) | | MLS/BROKER | | MLS/BROKER | | MLS/BROKER | |
| Verification Source(s) | | PUBLIC RECORDS;BROKER | | PUBLIC RECORDS;BROKER | | PUBLIC RECORDS; BROKER | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment | DESCRIPTION | +(–) Adjustment |
| Sale or Financing Concessions | | CONV NONE KNOWN | | CASH NO ASST | | CONV NO ASST | |
| Date of Sale/Time | | 1/30/08 | | 10/31/07 | | 12/3/07 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | Fee Simple | FEE | | FEE | | FEE | |
| Site | 4.86 ACRES | 4.11 ACRES | | 4.96 ACRES | | 10.39 ACRES | -25,000 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | TRIPLEX | DUPLEX | | DUPLEX | | DUPLEX | |
| Quality of Construction | AVERAGE | AVG | | AVG | | AVG | |
| Actual Age | 140 YRS | 49 YRS | | 48 YRS | | 31 YRS | |
| Condition | AVERAGE | GOOD | -50,000 | AVERAGE | | AVERAGE | |
| Gross Building Area | 5,635 | 4,284 | +54,040 | 2,729 | +116,240 | 2,754 | +115,240 |
| Unit Breakdown | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Unit # 1 | 7 | 4 | 1.5 | 9 | 4 | 4.5 | 8 | 4 | 1.5 | 10 | 3 | 2.5 |
| Unit # 2 | 3 | 1 | 1 | 3 | 1 | 1 | 3 | 1 | 1 | 4 | 2 | 1 |
| Unit # 3 | 9 | 5 | 2.5 | | | | | | | | | |
| Unit # 4 | | | | | | | | | | | | |
| Basement Description | FULL | FULL | | FULL | | FULL | |
| Basement Finished Rooms | UNFINISHED | FINISHED | -10,000 | FINISHED | -10,000 | UNFINISHED | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | OHW-EBB/NOCA | OHW/CA | -10,000 | OHW/CA | -10,000 | OHW/NONE | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Parking On/Off Site | 5 CAR GARAGE | 3 CAR GARAGE | +10,000 | 4 CAR GARAGE | +5,000 | 4 CAR GARAGE | +5,000 |
| Porch/Patio/Deck | 4 PORCH | PATIO/PORCH | +10,000 | PATIO | +15,000 | PCH/PAT/BALC | |
| POOL | NO POOL | NO POOL | | NO POOL | | NO POOL | |
| | SEM MOD KITS | MOD KITS | -30,000 | SEM MOD KITS | | SEMI MOD KITS | |
| | NO FIREPLACE | 2 FIREPLACE | -4,000 | 1 FIREPLACE | -2,000 | 1 FIREPLACE | -2,000 |
| Net Adjustment (Total) | | ☐+ ☒– | $ -79,960 | ☒+ ☐– | $ 114,240 | ☒+ ☐– | $ 93,240 |
| Adjusted Sale Price of Comparables | | Net Adj. 7.0 % Gross Adj. 19.8 % | $ 1,070,040 | Net Adj. 15.8 % Gross Adj. 21.8 % | $ 839,240 | Net Adj. 14.3 % Gross Adj. 22.7 % | $ 743,240 |
| Adjusted Price Per Unit  (Adj. SP Comp / # of Comp Units) | | $ 535020 | | $ 419620 | | $ 371620 | |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 89170 | | $ 76295 | | $ 53089 | |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 214008 | | $ 167848 | | $ 148648 | |
| Value per Unit | $ 500,000 X | 3 | Units = $ 1,500,000 | Value per GBA $ 250 X | 5,635 | GBA = $ 1408750 | |
| Value per Rm. | $ 75,000 X | 19 | Rooms = $ 1425000 | Value per Bdrms.$ 150,000 X | 10 | Bdrms. = $ 1500000 | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.   See attached addenda.

INCOME

| | | | | | |
|---|---|---|---|---|---|
| Indicated Value by Sales Comparison Approach $ | 875,000 | | | | |
| Total gross monthly rent $ 6375 X gross rent multiplier (GRM) | 235.00 | = $ 1498125 | | Indicated value by the Income Approach | |

Comments on income approach including reconciliation of the GRM   RENTAL INCOME VARIES ON MULTI-UNIT DWELLINGS OF DIFFERENT AGE, SIZE AND CONDITION.

RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 875,000   Income Approach $   1498125   Cost Approach (if developed) $ N/A

ALL APPROACHES TO VALUE WERE CONSIDERED, MOST WEIGHT TO THE MARKET DATA APPROACH AND SOME WEIGHT ON THE INCOME APPROACH, HOWEVER MOST WEIGHT GIVEN TO THE MARKET DATA APPROACH AS MOST PROPERTIES OF THIS TYPE ARE PURCHASED BY OWNER OCCUPANTS. THE COST APPROACH DOES NOT APPLY DUE TO THE AGE OF THE SUBJECT.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair  or

#. APPPRAISAL IS MADE AS IS. ALL UTILITIES WERE ON AN OPERATING AT THE TIME OF THE INSPECTION. Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 875,000 , as of   JUNE 16,2008   , which is the date of inspection and the effective date of this appraisal.

**Small Residential Income Property Appraisal Report**

441-8406221
File # 521COW08

## URAR: Conditions of Appraisal

THIS IS A SUMMARY APPRAISAL WHICH IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS 2-2(b) OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR A SUMMARY APPRAISAL.  AS SUCH IT PRESENTS ONLY DISCUSSIONS OF THE DATA, REASONING AND ANALYSES THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISER'S OPINION OF VALUE.  SUPPORTING DOCUMENTATION THAT IS NOT PROVIDED WITH THE REPORT CONCERNING THE DATA, REASONING AND ANALYSES IS RETAINED IN THE APPRAISER'S FILE.  THE DEPTH OF THE DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED  USE STATED IN THE REPORT.  THE APPRAISER IS NOT RESPONSIBLE FOR  UNAUTHORIZED USE OF THIS REPORT.

THE READER IS CAUTIONED THAT THE APPRAISER'S FUNCTION IS TO ESTIMATE AND ESTABLISH THE VALUE OF THE SUBJECT PROPERTY.  WHILE MECHANICAL SYSTEMS, ROOFS AND STRUCTURAL INTEGRITY ARE CONSIDERED BY THE APPRAISER IN ESTIMATING AND ESTABLISHING THE VALUE, THE APPRAISER HAS NO EXPERTISE IN THESE ITEMS AND EVEN THOUGH THEY ARE MENTIONED IN THE APPRAISAL REPORT THAT REFERENCE DOES NOT CARRY ANY WARRANTY, INFERRED OR IMPLIED, REGARDING THEIR CONDITION OR WORKING ORDER.  ANY PARTY TO THIS TRANSACTION THAT HAS AN INTEREST IS ENCOURAGED TO PERFORM THEIR OWN DUE DILIGENCE INVESTIGATION  IN ORDER TO SATISFY ANY QUESTIONS THEY MAY HAVE REGARDING THESE ITEMS.

## FUNCTION OF APPRAISAL

The function of this report is to guide the financing entity or its nominee in an estimate of market value for the subject property. This Real  Estate Appraisal is intended for the use of EAGLE NATIONWIDE MTGE CO or any other financing entity that has been assigned this report by EAGLE NATIONWIDE MTGE CO. Use of this report by others is not intended.
The need for determining the market value, we have been informed, is to establish the potential value for  financing purposes.

## COST APPROACH

IT IS NOTED THAT THE COST APPROACH TO VALUE WAS NOT UTILIZED DUE TO NOT BEING ABLE TO ACCURATELY ESTIMATE ACCRUED DEPRECIATION.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    THE SUBJECT'S NEIGHBORHOOD IS IN EXCESS OF 100 YRS OLD NO LAND SALES EXIST. THE APPRAISER HAS USED LAND ALLOCATION BASED ON HISTORICAL DATA INDICATING OPTIMUM BREAKDOWN OF 75% TO IMPROVEMENTS AND 25% TO THE LANDCOST OR A VALUE OF $218,750. APPROACH N/A DUE TO AGE OF SUBJECT.

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service        Effective date of cost data | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less        Physical       Functional       External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)          45 Years | INDICATED VALUE BY COST APPROACH | | =$ |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases          Total number of units          Total number of units sold
Total number of units rented          Total number of units for sale          Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Unit Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**   The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable, and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   NORMAN A A RADER | Name |
| Company Name   **N RADER ASSOCIATES** | Company Name |
| Company Address   **SUITE 201 370 SELMA STREET,** | Company Address |
| **PHILADELPHIA, PA 19116** | |
| Telephone Number   **215-698-8847** | Telephone Number |
| Email Address | Email Address |
| Date of Signature and Report   06/18/2008 | Date of Signature |
| Effective Date of Appraisal   JUNE 16,2008 | State Certification # |
| State Certification #   PA GA 000289L | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State **PA** | |
| Expiration Date of Certification or License   6/30/2009 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| **521 Cowpath Rd** | Date of Inspection |
| **TELFORD, PA 18969-7100** | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $   **875,000** | |
| | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name   **EAGLE NATIONWIDE MORTGAGE** | ☐ Did inspect exterior of comparable sales from street |
| Company Address   **6823 CASTOR AVE PHILADELPHIA,** | Date of Inspection |
| **PA. 19149** | |
| Email Address | |

**Supplemental Addendum**    File No. **521COW08**

| | |
|---|---|
| Borrower/Client | **KENNETH J TAGGART** |
| Property Address | **521 Cowpath Rd** |
| City **TELFORD** | County **MONTGOMERY** State **PA** Zip Code **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** |

521 Cowpath Rd
Telford, Pa 18969

## COMMENTS ON MARKET DATA AND MARKETABILITY

Last sale on the subject property prior to current owner was: 1/1/51.
SIMILAR properties to the subject in Franconia Township but have not sold. This indicates
that there are SIMILAR properties in the subject's marketing area, however none have sold
recently OR ARE MEANINGFUL WHEN RELATED TO THE SUBJECT
as many are held by owners for many years and they do not come on the market very often.
When they do come on the market, marketing time is usually typical to other properties in
the market place as long as the asking price is reasonable for the property being offered
For Sale.


SIMILAR properties in Franconia Township:

144 Allentown Rd :    Last Sale  7/16/99
863 Harleysville Pike;   Last Sale   7/21/95
198 Middle Park Dr:   Last Sale  5/17/02
831 Kulp Rd:      Last Sale 5/13/04
462 harleysville Pike:    Last Sale  12/30/92
774 Morewood Rd    Last Sale   1/1/95
678 County Line Rd   Last Sale    1/3/85
112 Schoolhouse Ln   Last Sale   2/8/73
461 Homestead Ave Last Sale 1/1/75
759 Cowpath Rd     Last Sale 6/10/88
164 Telford Pike   Last Sale   9/15/78
237 Morwood Rd   Last Sale   11/29/83
318 Morwood Rd  Last Sale 9/30/95
326 Leidy Rd     Last Sale 1/1/61
490 Cowpath Rd    Last Sale 1/11/91
817 Morwood Rd    Last Sale 6/29/01
759 Morwood Rd   Last Sale 8/17/04
102 Allentown Rd     Last Sale 2/10/00
612 Bergy Rd     Last Sale 1/1/70
715 Kellers Rd      Last Sale  8/22/75
210 Yale Ct      Last Sale  11/21/03
939 Camp Rd      Last Sale 3/1/72
91 Allentown Rd     Last Sale  12/28/88
824 Allentown Rd      Last Sale 3/19/92


• Small Income : Sales Comparison - Summary
ALL COMPARABLES ARE CONSIDERED TO BE RELIABLE VALUE INDICATORS AND THE BEST
AVAILABLE AT THIS TIME. IT WAS NECESSARY TO EXTEND THE SEARCH BEYOND ONE MILE DUE TO
THE RURAL NATURE AND THE LACK OF MORE SIMILAR PROPERTIES THAT HAVE SOLD IN THE
IMMEDIATE AREA. MOST WEIGHT GIVEN TO ADJUSTED VALUES. SEE ALSO ADDITIONAL
COMPARABLES #4 & #5 TO SUPPORT VALUE- ONE LISTING AND ONE PENDING SALE. COMPARABLE
#4 IS A SIMILAR 3 UNIT AND IS CONSIDERED MOST SIMILAR TO THE SUBJECT IN AGE, SQUARE
FOOT AGE, AND LOT SIZE. SINGLE ADJUSTMENTS EXCEED 10%, NET ADJUSTMENTS EXCEED 15%

Signature _____    Signature _____
Name  **NORMAN A A RADER**                    Name _____
Date Signed  **06/18/2008**                   Date Signed _____
State Certification # **PA GA 000289L**    State **PA**    State Certification # _____ State **PA**
Or State License # _____    Or State License # _____ State _____

**Supplemental Addendum**        File No. **521COW08**

| | |
|---|---|
| Borrower/Client | **KENNETH J TAGGART** |
| Property Address | **521 Cowpath Rd** |
| City | **TELFORD**    County **MONTGOMERY**    State **PA**    Zip Code **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** |

**DUE TO THE LACK OF MORE SIMILAR18, 2008 COMPARABLES SOLD RECENTLY WITHIN THE
SUBJECT'S COMPETITIVE MARKETING AREA.**

Signature _____

Name **NORMAN A A RADER**        Name _____

Date Signed **06/18/2008**        Date Signed _____

State Certification # **PA GA 000289L** _____ State **PA**    State Certification # _____ State **PA**

Or State License # _____ State _____    Or State License # _____ State _____

Form TADD2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Small Residential Income Property Appraisal Report

441-8406221
File # 521COW08

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Address | **521 Cowpath Rd**  **TELFORD, PA 18969-710** | **1620 NORTH WALES RD**  **BLUE BELL PA 19422** | **1722 RIDGE RD**  **PERKASIE, PA 18944** | |
| Proximity to Subject | | 3.85 miles SE | 4.01 miles NE | |
| Sale Price | $ N/A | $ 1,000,000 | $ 849,000 | $ |
| Sale Price/Gross Bldg. Area | $ sq.ft. | $ 167.87 sq.ft. | $ 259.71 sq.ft. | $ sq.ft. |
| Gross Monthly Rent | $ 6,375.00 | $ 4,200 | $ 3,300 | $ |
| Gross Rent Multiplier | | 238.10 | 257.27 | |
| Price per Unit | $ | $ 333,333 | $ 424,500 | $ |
| Price per Room | $ | $ 38,462 | $ 84,900 | $ |
| Price per Bedroom | $ | $ 90,909 | $ 169,800 | $ |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☐ No |
| Data Source(s) | | MLS;BROKER | MLS;BROKER | |
| Verification Source(s) | | BROKER/PUBLIC RECORDS | BROKER/PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(−) Adjustment | DESCRIPTION +(−) Adjustment | DESCRIPTION +(−) Adjustment |
| Sale or Financing Concessions | | PENDING SALE  FIN PRICE UNK | ACTIVE LISTIN | |
| Date of Sale/Time | | PEND 9/18/08 | | |
| Location | **AVERAGE** | AVERAGE | AVERAGE | |
| Leasehold/Fee Simple | **Fee Simple** | FEE | FEE | |
| Site | **4.86 ACRES** | 6.99 ACRES      −10,000 | 10.41 ACRES    −25,000 | |
| View | **AVERAGE** | AVERAGE | AVERAGE | |
| Design (Style) | **TRIPLEX** | TRIPLEX | DUPLEX | |
| Quality of Construction | **AVERAGE** | AVERAGE | AVERAGE | |
| Actual Age | **140 YRS** | 173 YRS | 157 YRS | |
| Condition | **AVERAGE** | AVERAGE | AVERAGE | |
| Gross Building Area | **5,635** | 5,957     −12,880 | 3,269     +94,640 | |
| Unit Breakdown | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths | Total Bdrms Baths |
| Unit # 1 | 7  4  1.5 | 10  5  3 | 6  3  2.5 | |
| Unit # 2 | 3  1  1 | 8  3  1.5 | 4  2  1.5 | |
| Unit # 3 | 9  5  2.5 | 8  3  1.5 | | |
| Unit # 4 | | | | |
| Basement Description | | FULL | FULL | |
| Basement Finished Rooms | **UNFINISHED** | UNFINISHED | UNFINISHED | |
| Functional Utility | **AVERAGE** | AVERAGE | AVERAGE | |
| Heating/Cooling | **OHW-EBB/NOCA** | OBB/NONE | OBB/CA      −10,000 | |
| Energy Efficient Items | **AVERAGE** | AVERAGE | | |
| Parking On/Off Site | **5 CAR GARAGE** | 1 CAR GARAGE  +20,000 | 3 CAR GARAGE  +10,000 | |
| Porch/Patio/Deck | **4 PORCH** | BARN | PORCH/DECK   +10,000 | |
| POOL | **NO POOL** | NO POOL | A.G. POOL | |
| | **SEM MOD KITS** | MOD KIT      −30,000 | MOD KIT      −30,000 | |
| | **NO FIREPLACE** | 2 FIREPLACE   −4,000 | NO FIREPLACE | |
| Net Adjustment (Total) | | ☐ + ☒ −  $ −36,880 | ☒ + ☐ −  $ 49,640 | ☐ + ☐ −  $ |
| Adjusted Sale Price of Comparables | | Net Adj.  3.7 %  Gross Adj.  7.7 %  $ 963,120 | Net Adj.  5.8 %  Gross Adj.  21.2 %  $ 898,640 | Net Adj.  %  Gross Adj.  %  $ |
| Adjusted Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 321,040 | $ 449,320 | $ |
| Adjusted Price Per Room (Adj. SP Comp / # of Comp Rooms) | | $ 37,043 | $ 89,864 | $ |
| Adjusted Price Per Bedrm (Adj. SP Comp / # of Comp Bedrooms) | | $ 87,556 | $ 179,728 | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | **N/A** | N/A | N/A | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | **MLS;PUBLIC RECOR** | MLS;PUBLIC RECORD | MLS;PUBLIC RECORDS | |
| Effective Date of Data Source(s) | **6/16/08** | 6/16/08 | 6/16/08 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    **NO PRIOR SALES ON COMPARABLES #4 OR #5 IN PAST 1 YEAR.**

Analysis/Comments    **ENCLOSED ARE TWO ADDITIONAL COMPARABLES TO SUPPORT VALUE. COMPARABLE #4 IS A PENDING SALE AS OF THE EFFECTIVE DATE OF THE APPRAISAL; THE PENDING PRICE IS UNKNOWN DUE TO PRIVACY LAWS AND THE PRICE INDICATED IS THE ASKING PRICE IN THE MARKET ANALYSIS GRID. COMPARABLE #5 IS AN ACTIVE LISTING AS OF THE EFFECTIVE DATE OF THE APPRAISAL.**

## Subject Photo Page

| Borrower/Client | KENNETH J TAGGART | | | | |
|---|---|---|---|---|---|
| Property Address | 521 Cowpath Rd | | | | |
| City | TELFORD | County | MONTGOMERY | State PA | Zip Code 18969-7100 |
| Lender | EAGLE NATIONWIDE MORTGAGE | | | | |



**Subject Front/UNITS 1 AND 2**
521 Cowpath Rd
Sales Price          N/A
G.B.A.                5,635
Age/Yr.Blt.          140 YRS



**Subject Rear**



**Subject Street**

Form PICPIX.SC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | KENNETH J TAGGART | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 521 Cowpath Rd | | | | | | |
| City | TELFORD | County | MONTGOMERY | State | PA | Zip Code | 18969-7100 |
| Lender | EAGLE NATIONWIDE MORTGAGE | | | | | | |



**Subject Front/3RD UNIT/BARN**

**521 Cowpath Rd**
| Sales Price | N/A |
|---|---|
| G.B.A. | 5,635 |
| Age/Yr.Blt. | 140 YRS |



**Subject Rear**

**Subject/SIDE BARN ENTRANCE**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | **KENNETH J TAGGART** |
| Property Address | **521 Cowpath Rd** |
| City | **TELFORD** County **MONTGOMERY** State **PA** Zip Code **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** |



### Comparable 1
**3206 SKIPPACK PIKE**
Sales Price    **1,150,000**
G.B.A.    **4,284**
Age/Yr. Blt.    **49 YRS**



### Comparable 2
**2270 PERKIOMENVILLE RD**
Sales Price    **725,000**
G.B.A.    **2,729**
Age/Yr. Blt.    **48 YRS**



### Comparable 3
**3055 BEDMINSTER RD**
Sales Price    **650,000**
G.B.A.    **2,754**
Age/Yr. Blt.    **31 YRS**

### Above-Grade Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | **KENNETH J TAGGART** |
| Property Address | **521 Cowpath Rd** |
| City **TELFORD** | County **MONTGOMERY**  State **PA**  Zip Code **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** |



SKETCH CALCULATIONS

**Misc. Area**

**1ST FL UNIT 2**
A1 : 34.0 x 17.0 = 578.0
A2 : 14.0 x 12.0 = 168.0
**746.0**

**2ND FL UNIT 2**
A3 : 20.0 x 20.0 = 400.0
**400.0**

**1ST FL UNIT 3**
A4 : 41.0 x 42.0 = 1722.0
**1722.0**

**2ND FL UNIT 3**
A5 : 41.0 x 15.0 = 615.0
**615.0**

Total Misc. Area    3483.0

**Living Area**
**First Floor**
A6 : 21.0 x 23.0 = 483.0
A7 : 15.0 x 26.0 = 390.0
**873.0**

**Second Floor**
A8 : 21.0 x 20.0 = 420.0
A9 : 35.0 x 3.0 = 105.0
A10 : 29.0 x 26.0 = 754.0
**1279.0**

Total Living Area    2152.0

## LOCATION AND COMPARABLE SALES MAP

| | |
|---|---|
| Borrower/Client | **KENNETH J TAGGART** |
| Property Address | **521 Cowpath Rd** |
| City **TELFORD** | County **MONTGOMERY**   State **PA**   Zip Code **18969-7100** |
| Lender | **EAGLE NATIONWIDE MORTGAGE** |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



*DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE*

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO Box 2649 Harrisburg PA 17105-2649

07 472977

Certificate Type

**Certified General Appraiser**

Certificate Status

Active

Initial Certification Date

09/06/1991

NORMAN ALLAN RADER
370 SELMA STREET
PHILADELPHIA PA 19116

Certificate
Number

**GA000289L**

Expiration Date

06/30/2009

Signature

Commissioner of Professional and Occupational Affairs

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.A. 4911

**CURRENT CERTIFIED GENERAL APPRAISER'S  CERTIFICATE**

## Comparable Photo Page

| Borrower/Client | KENNETH J TAGGART | | | | |
|---|---|---|---|---|---|
| Property Address | 521 Cowpath Rd | | | | |
| City | TELFORD | County | MONTGOMERY | State PA | Zip Code 18969-7100 |
| Lender | EAGLE NATIONWIDE MORTGAGE | | | | |



**Comparable 4**

1620 NORTH WALES RD
Sales Price             1,000,000
Gross Building Area   5,957
Age                        173 YRS



**Comparable 5**

1722 RIDGE RD
Sales Price             849,000
Gross Building Area   3,269
Age                        157 YRS

**Comparable 6**

Sales Price
Gross Building Area
Age

## Operating Income Statement

**One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property**

Property Address

| 521 Cowpath Rd | | TELFORD | PA | 18969-7100 |
|---|---|---|---|---|
| Street | | City | State | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☒ No ☐ | MTH/MTH | $ 1,750 | $ 2,700 | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes ☒ No ☐ | MTH/MTH | $ 795.00 | $ 875 | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ☐ No ☐ | OWNER | $ | $ 2,800 | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| Total | | | $ 2,545 | $ 6,375 | Water/Sewer | ☒ | ☐ |
| | | | | | Trash Removal | ☐ | ☒ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided)*. This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures *(e.g. Applicant/Appraiser 288/300)*. If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item)* Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

### Annual Income and Expense Projection for Next 12 months

| **Income** *(Do not include income for owner-occupied units)* | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* | $ 30,540 | $ |
| Other Income *(include sources)* | + | + |
| Total | $ 30,540 | $ |
| Less Vacancy/Rent Loss | − 916 ( 3 %) | − ( 3 %) |
| Effective Gross Income | $ 29,624 | $ |

| **Expenses** *(Do not include expenses for owner-occupied units)* | | |
|---|---|---|
| Electricity | | |
| Gas | | |
| Fuel Oil | | |
| Fuel _____ (Type - _____ ) | | |
| Water/Sewer | | |
| Trash Removal | | |
| Pest Control | | |
| Other Taxes or Licenses | | |
| Casual Labor | 1,000 | |
|     This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating | | |
|     This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | | |
| General Repairs/Maintenance | | |
|     This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses | | |
|     These are the customer expenses that a professional management company would charge to manage the property. | | |
| Supplies | | |
|     This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 1,855 | 1,855 |
| Miscellaneous | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Operating Expenses** | $ 2,855 | $ 1,855 |

| Freddie Mac | This Form Must Be Reproduced By Seller | Fannie Mae |
|---|---|---|
| Form 998 Aug 88 | Page 1 of 2 | Form 216 Aug 88 |

N. Rader & Associates
Form INC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Replacement Reserve Schedule

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | | Replacement Cost | | Remaining Life | | | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @ | $ 450 | ea. ÷ | 15 Yrs. x | 3 | Units = $ | | 90 | $ | 90 |
| Refrigerators | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| Dishwashers | @ | $ 450 | ea. ÷ | 15 Yrs. x | 3 | Units = $ | | 90 | $ | 90 |
| A/C Units | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| C. Washer/Dryers | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| HW Heaters | @ | $ 300 | ea. ÷ | 8 Yrs. x | 2 | Units = $ | | 75 | $ | 75 |
| Furnace(s) | @ | $ 3,000 | ea. ÷ | 20 Yrs. x | 1 | Units = $ | | 150 | $ | 150 |
| (Other) | @ | $ | ea. ÷ | Yrs. x | | Units = $ | | | $ |
| Roof | @ | $ 20,000 | ÷ | 20 Yrs. x One Bldg. = | | | $ | 1,000 | $ | 1,000 |

**Carpeting** (Wall to Wall)

| | | | | | Remaining Life | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Units) | 300 Total Sq. Yds. @ $ | 15 Per Sq. Yd. ÷ | 10 Yrs. = | $ | 450 | $ | 450 |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. ÷ | Yrs. = | $ | | $ |

| **Total Replacement Reserves. (Enter on Pg. 1)** | | $ | 1,855 | $ | 1,855 |
|---|---|---|---|---|---|

## Operating Income Reconciliation

$ **29,624** − $ **2,855** = $ **26,769** ÷ 12 = $ **2,231**
Effective Gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ $ **2,231** − $ = $
Monthly Operating Income    Monthly Housing Expense    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

---

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the **subject property** to the borrower's stable monthly income.

---

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's **primary residence** to the borrower's stable monthly income.

---

Appraiser's Comments *(Including sources for data and rationale for the projections)*

**NORMAN A A RADER**                          *Norm Rader*                          6/16/08
Appraiser Name                          Appraiser Signature                          Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name                          Underwriter Signature                          Date