# **Exhibit 5**

MTG BK 12714 PG 00482 to 00485
INSTRUMENT # : ▇▇▇▇6497
RECORDED DATE: 10/06/2009 09:48:49 AM



0859961-0011X




**RECORDER OF DEEDS**
MONTGOMERY COUNTY
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 – Fax: (610) 278-3869

MONTGOMERY COUNTY ROD

**OFFICIAL RECORDING COVER PAGE** — Page 1 of 4

| | |
|---|---|
| Document Type: Mortgage Assignment | Transaction #: 758956 - 1 Doc(s) |
| Document Date: 08/17/2009 | Document Page Count: 3 |
| Reference Info: | Operator Id: gbrown |

| RETURN TO: (Mail) | SUBMITTED BY: |
|---|---|
| PHELAN, HALLINAN & SCHMIEG | J A M TRANSFERS, INC |
| ONE PENN CENTER | 108 S CEDAR HOLLOW RD |
| SUITE 1400 | PAOLI, PA 19301 |
| PHILADELPHIA, PA 19103-1814 | |

**\* PROPERTY DATA:**
Parcel ID #:  34-00-01078-00-4
Address:    521 COWPATH RD
            PA
Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 12440 PG 01519

| FEES / TAXES: | | MTG BK 12714 PG 00482 to 00485 |
|---|---|---|
| Recording Fee:Mortgage Assignment | $40.50 | Recorded Date: 10/06/2009 09:48:49 AM |
| Rejected Document Fee | $5.00 | |
| **Total:** | **$45.50** | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. |



Nancy J. Becker
Recorder of Deeds

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By:   Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103

Return To:   Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103
ryan.galvin@fedphe.com

CPN:   34-00-01078-00-4

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
34-00-01078-00-4   FRANCONIA
521 COWPATH RD
TAGGERT KENNETH                    $10.00
B 009  U 038  L  1134  DATE: 09/02/2009       JO

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that "Mortgage Electronic Registration Systems, Inc." hereinafter "Assignor" the holder of the Mortgage hereinafter mentioned, for and in consideration of the sum of ONE DOLLAR ($1.00) lawful money unto it in hand paid by GMAC MORTGAGE, LLC, "Assignee," the receipt whereof is acknowledged, has granted, bargained, sold, assigned, transferred and set over unto the said Assignee, its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by KENNETH TAGGART to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS A NOMINEE FOR LBA FINANCIAL GROUP, LLC., bearing the date 07/11/2008, in the amount of $659,648.00, together with the Note and indebtedness therein mentioned, said Mortgage being recorded on 07/23/2008 in the County of MONTGOMERY, Commonwealth of Pennsylvania, in **Mortgage Book 12440 Page 01519, MIN:** ▇▇▇▇▇▇▇▇5018.

Being Known as Premises: **521 COWPATH ROAD, TELFORD, PA 18969-7100**
Parcel No: 34-00-01078-00-4

The transfer of the mortgage and accompanying rights was effective at the time the loan was sold and consideration passed to the Assignee. This assignment is solely intended to describe the instrument sold in a manner sufficient to put third parties on public notice of what has been sold.

Also the Bond or Obligation in the said Indenture of Mortgage recited, and all Moneys, Principal and Interest, due and to grow due thereon, with the Warrant of Attorney to the said Obligation annexed. Together with all Rights, Remedies and incidents thereunto belonging. And all its Right, Title, Interest, Property, Claim and Demand, in and to the same:

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit and behoof forever; subject, nevertheless, to the equity of redemption of said Mortgagor in the said Indenture of Mortgage named, and his/her/their heirs and assigns therein.

IN WITNESS WHEREOF, the said "Assignor" has caused its Corporate Seal to be herein affixed and these presents to be duly executed by its proper officers this 17th day of August, 2009.

Mortgage Electronic Registration Systems, Inc.

By: _____
Michele M. Bradford, Assistant Secretary and Vice President

Sealed and Delivered
in the presence of us;

State of Pennsylvania   :
                        ss.
County of Philadelphia  :

On this _17th_ day of _August_, 20_09_ before me, the subscriber, personally appeared Michele M. Bradford, who acknowledged herself to be the Assistant Secretary and Vice President of **Mortgage Electronic Registration Systems, Inc.**, and that she, as such Assistant Secretary and Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Stamp/Seal:
```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. McFADDEN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 18, 2013
```
_Angela McFadden_
Notary Public

| | | |
|---|---|---|
| The precise address of the within named Assignee is:<br>1100 VIRGINIA DRIVE, P.O. BOX 8300<br>FORT WASHINGTON, PA 19034<br>By: _____<br>(For Assignee) | After recording return to:<br>Phelan Hallinan & Schmieg, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | August 15, 2009<br>Document Execution<br>▇▇▇▇3957<br>PHS # 213964 |

ALL THAT CERTAIN messuage or tract of land with the improvements thereon erected, situate in the Township of Franconia, County of Montgomery, and State of Pennsylvania, bounded and described according to a recent plan and survey dated August 16, 1947 with revisions of October 3, 1951 as prepared by Stanley F Moyer, Registered Engineer and Land Surveyor, Souderton, PA, as follows, to wit -

BEGINNING at a spike in the center line of the Cowpath Road extending from the Harleysville-Telford Pike to Earlington said spike being four hundred seventy-four and forty-three one-hundredths feet North of the center line of Harleysville-Telford Pike, thence along the Cowpath Road North one degree thirty-one minutes East the distance of two hundred eighty-one and sixty-five one-hundredths feet to an angle point of the road, thence still along the same North thirty-nine degrees thirteen minutes West the distance of six hundred forty-seven and two one-hundredths feet to a corner, thence along Tract #1A on said plan intended to be conveyed to John R Souder North seventy-nine degrees eleven minutes East the distance of four hundred nineteen and nineteen one-hundredths feet to a corner in the center line of the creek channel in line of lands of Preston Souder, thence along the same the next three courses and distances (1) South thirty-eight degrees two minutes East the distance of one hundred ninety-one and eighty-eight one-hundredths feet to an iron pin, thence (2) North seventy-two degrees forty-seven minutes East the distance of three hundred two and forty-seven one-hundredths feet to an iron pin, thence (3) South twenty-five degrees seven minutes East the distance of six hundred forty-seven and thirty-nine one-hundredths feet to a corner of Telford Borough lands, thence along land now or late of Charles B Mininger South twenty-nine degrees fifty-two minutes East the distance of one hundred seven and fifty-eight one-hundredths feet to a corner, thence along Tract #1B on said plan other lands of grantor of which this was a part, South sixty-four degrees forty-seven minutes West the distance of five hundred nine and thirty-three one-hundredths feet to an iron pin a corner of lands of Wellington N Cassel thence along the same North seventy-five degrees sixteen minutes West the distance of three hundred seventeen and forty-seven one-hundredths feet to the place of BEGINNING

BEING Tract #1 on said Plan

BEING CP #34-00-01078-00-4

BEING THE SAME Premises, which Margaret B Van Dyke by Deed dated 10/17/2003 and recorded at Norristown by Recorder of Deeds, in and for the County of Montgomery on 6/3/2004 in Deed Book 5510 page 825, granted and conveyed unto Margaret B. Van Dyke, Trustee under Revocable Trust Agreement for Margaret B Van Dyke, Trust dated 5/10/2002, in fee.