# **Exhibit 7**

**Date Data as-of:** December 1, 2014

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| 3957 | KENNETH TAGGART | | 521 COWPATH ROAD<br>TELFORD<br>PA<br>18969 | 45 HERON RD<br>HOLLAND<br>PA<br>18966-0000 |

**Investor Info**
- **Investor Acct No - Prim** 553
- **Investor Number** 42763
- **Investor Name Full** EVERBANK
- **Investor Id**

**Previous Servicer Info**
- **Previous Account Number** 0800
- **Seller Company Name** LBA FINANCIAL GROUP LLC

| Loan Info | | Dates | | Current Balances | | Uncollected | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| Arm Flag | N | Int Collected To | 03/01/2009 | Principal | $0.00 | Late Charges | $0.00 | Interest | $0.00 |
| Loan Type | FHA | Next Due | 04/01/2009 | Escrow | $0.00 | Interest | $0.00 | Taxes | $8,230.93 |
| Lien Position | 01 | Last Payment | 03/30/2009 | Unapplied | $0.00 | Fees | $0.00 | | |
| Interest Rate | 6.500% | Last Activity | 10/03/2014 | Buydown | $0.00 | Opt | $0.00 | | |
| Collection Status | PO | Setup Date | 07/31/2008 | | | | | | |
| | | Maturity Date | 08/01/2038 | | | | | | |

Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3957 | 10/03/2014 | 03/01/2009 | $0.00 | FEE | 096 | FP | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 10/01/2014 | 03/01/2009 | $0.00 | FEE | 011 | FWV | ($839.52) | $0.00 | $0.00 | $0.00 | ($839.52) | $0.00 | $0.00 | $0.00 |
| 3957 | 10/01/2014 | 03/01/2009 | $0.00 | FEE | 040 | FWV | ($1,515.00) | $0.00 | $0.00 | $0.00 | ($1,515.00) | $0.00 | $0.00 | $0.00 |
| 3957 | 10/01/2014 | 03/01/2009 | $0.00 | Service Release | | SV | $0.00 | $655,405.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $864.20 |
| 3957 | 10/01/2014 | 03/01/2009 | $655,405.27 | Service Release | | SVT | $69,491.37 | $0.00 | $0.00 | $69,493.26 | $0.00 | ($1.89) | $0.00 | $0.00 |
| 3957 | 10/01/2014 | 03/01/2009 | $0.00 | Unapplied | | UFU | ($1.89) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 10/01/2014 | 03/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $864.20 |
| 3957 | 10/01/2014 | | $0.00 | | | NBW | ($292.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 09/17/2014 | 03/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 09/12/2014 | 03/01/2009 | $0.00 | FEE | 011 | FB | $21.75 | $0.00 | $0.00 | $0.00 | $21.75 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/19/2014 | 03/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/12/2014 | 03/01/2009 | $655,405.27 | Escrow Disb-Tax School | | E93 | ($7,061.63) | $0.00 | $0.00 | ($7,061.63) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/12/2014 | 03/01/2009 | $0.00 | FEE | 011 | FB | $21.75 | $0.00 | $0.00 | $0.00 | $21.75 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/24/2014 | 03/01/2009 | $655,405.27 | Escrow Disb-Fire | | E20 | ($936.00) | $0.00 | $0.00 | ($936.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/22/2014 | 03/01/2009 | $655,405.27 | Escrow Disb-Fire | | E20 | ($811.00) | $0.00 | $0.00 | ($811.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/17/2014 | 03/01/2009 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3957 | 07/27/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-Fire | | E20 | ($1,903.00) | $0.00 | $0.00 | ($1,903.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/22/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-Tax School | | E93 | ($8,557.84) | $0.00 | $0.00 | ($8,557.84) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/09/2009 | 03/01/2009 | $655,405.27 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($673.47) |
| 3957 | 07/09/2009 | 03/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($673.47) |
| 3957 | 07/03/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 06/30/2009 | 03/01/2009 | $0.00 | FEE | 011 | FB | $5.63 | $0.00 | $0.00 | $0.00 | $5.63 | $0.00 | $0.00 | $0.00 |
| 3957 | 06/05/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 05/26/2009 | 03/01/2009 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 3957 | 05/04/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 04/03/2009 | 03/01/2009 | $655,405.27 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 03/30/2009 | 03/01/2009 | $655,405.27 | PAYMENT | | AP | $5,401.26 | $615.97 | $3,553.45 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 03/30/2009 | 03/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($216.05) |
| 3957 | 03/04/2009 | 02/01/2009 | $656,021.24 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 02/27/2009 | 02/01/2009 | $656,021.24 | PAYMENT | | AP | $5,401.26 | $612.65 | $3,556.77 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 02/27/2009 | 02/01/2009 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($216.05) |
| 3957 | 02/23/2009 | 01/01/2009 | $656,633.89 | Escrow Disb-Tax City | | E91 | ($1,280.22) | $0.00 | $0.00 | ($1,280.22) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 02/04/2009 | 01/01/2009 | $656,633.89 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 01/29/2009 | 01/01/2009 | $656,633.89 | Escrow Refund-Fire | | R20 | $6,684.00 | $0.00 | $0.00 | $6,684.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 01/15/2009 | 01/01/2009 | $656,633.89 | PAYMENT | | AP | $5,401.26 | $609.35 | $3,560.07 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 01/08/2009 | 12/01/2008 | $657,243.24 | Escrow Disb-Fire | | E20 | ($7,261.00) | $0.00 | $0.00 | ($7,261.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 01/02/2009 | 12/01/2008 | $657,243.24 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 12/29/2008 | 12/01/2008 | $657,243.24 | PAYMENT | | AP | $5,401.26 | $606.07 | $3,563.35 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 12/29/2008 | 12/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($216.05) |
| 3957 | 12/05/2008 | 11/01/2008 | $657,849.31 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 11/25/2008 | 11/01/2008 | $657,849.31 | PAYMENT | | AP | $5,401.26 | $602.80 | $3,566.62 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 11/25/2008 | 11/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($216.05) |
| 3957 | 11/03/2008 | 10/01/2008 | $658,452.11 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 10/29/2008 | 10/01/2008 | $658,452.11 | PAYMENT | | AP | $5,401.26 | $599.56 | $3,569.86 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 10/29/2008 | 10/01/2008 | $658,452.11 | PAYMENT | | SRA | $216.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $216.05 |
| 3957 | 10/29/2008 | 10/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 10/03/2008 | 09/01/2008 | $659,051.67 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 09/18/2008 | 09/01/2008 | $659,051.67 | Escrow Disb-Fire | | E20 | ($925.00) | $0.00 | $0.00 | ($925.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 09/15/2008 | 09/01/2008 | $659,051.67 | PAYMENT | | AP | $5,401.26 | $596.33 | $3,573.09 | $1,231.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 09/05/2008 | 08/01/2008 | $659,648.00 | Escrow Disb-FHA | | E56 | ($269.42) | $0.00 | $0.00 | ($269.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/27/2008 | 08/01/2008 | $659,648.00 | PAYMENT | | PT | $936.80 | $0.00 | $0.00 | $936.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/27/2008 | 08/01/2008 | $659,648.00 | PAYMENT | | RT | ($936.80) | $0.00 | $0.00 | ($936.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 08/12/2008 | 08/01/2008 | $659,648.00 | Escrow Disb-Fire | | E20 | ($978.00) | $0.00 | $0.00 | ($978.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3957 | 07/31/2008 | 08/01/2008 | $659,648.00 | PAYMENT | | SR | $1,914.80 | $0.00 | $0.00 | $1,914.80 | $0.00 | $0.00 | $0.00 | $0.00 |

Comments:

| Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 3957 | | 11/13/2014 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | SYSTEM ID |
| 3957 | | 11/13/2014 | CBR | SERVICE RELEASE: EFFECTIVE DATE =00/00/00 | SYSTEM ID |
| 3957 | | 11/13/2014 | CBR | CR BUR RPT STATUS=L;EXPIRE DT =  00/00/00 | SYSTEM ID |
| 3957 | | 10/31/2014 | HUD | SFDMS CODES 42 33 33 00 00 00 00 00 00 00 | SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Circulated Date to 10/29/2014 12:00: | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | step MSJ Filed / Agreed Judgment | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Active, approval not required. | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Comments: Hold Ended   . Status: | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 00 AM. Reason: Hold Ended. | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/2014 12:00:00 AM. Reason: Hold | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | step Aged Process Necessary to | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | required. | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Status: Active, approval not | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR |  Ended. Comments: Hold Ended  . | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/01/2014 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Effective Date, completed on | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | following event: Service Release | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:29 - 25887 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/2014 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | processes closed, completed on | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | following event: All FC and BK | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:29 - 25887 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 12:00:00 AM. Reason: Hold Ended. Com | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | step Service Complete to 10/29/2014 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | Active, approval not required. | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | ments: Hold Ended   . Status: | NEW TRAK SYSTEM ID |
| 3957 | | 10/29/2014 | FOR | 10/29/14 - 11:30 - 00007 | NEW TRAK SYSTEM ID |

003

| | | | | | | |
|---|---|---|---|---|---|---|
| 3957 | BKR20 | 08/11/2009 | CIT | Inspections $33.76 | EDWARD KUHN |
| 3957 | BKR20 | 08/11/2009 | CIT | Advances $0.00 | EDWARD KUHN |
| 3957 | BKR20 | 08/11/2009 | CIT | Outstanding FC Advances $0.00 | EDWARD KUHN |
| 3957 | COL04 | 08/08/2009 | CIT | 007 DONE 08/08/09 BY TLR 22627 | NICK DOYLE |
| 3957 | COL04 | 08/08/2009 | CIT | TSK TYP 940-TEAM LEAD ELEVA | NICK DOYLE |
| 3957 | COL04 | 08/08/2009 | CIT | 007 Closing CIT 940: options were explained by | NICK DOYLE |
| 3957 | COL04 | 08/08/2009 | CIT | next rep. b1s going to call back in with fins | NICK DOYLE |
| 3957 | | 08/07/2009 | FOR | 08/07/09 - 07:29 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | Foreclosure (NIE Id# 13568901) | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | picked up by firm Phelan Hallinan & | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | Schmieg LLP at 8/7/2009 7:28:42 AM | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | by Steve Ames | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | 08/07/09 - 03:00 - 00007 | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | Foreclosure (NIE Id# 13568901) sent | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | to Phelan Hallinan & Schmieg LLP at | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | 8/7/2009 3:00:03 AM by Automated | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | FOR | Tasks | NEW TRAK SYSTEM ID |
| 3957 | | 08/07/2009 | DM | CONT...ADVD NOT ELIG FOR HMP, FHA, ADVD OF TRAD | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | MOD. ADVD B1 WOULD NEED VERB FINS, OFFERED VERB | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | FINS TODAY, B1 ADVD WOULD C/B. | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO OAAI | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | B1 C/I, V/I, ADVD TAD, FCL. B1 ADVD THIS IS | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | RENTAL. B1 ADVD TT REP LAST WK ABOUT SETTING UP | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | REPAY, B1 WANTED TO SET THAT UP. ADVD B1 ACCT IN | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | FCL, CAN ONLY PAY TAD+FEES, ADVD NEED R/I QUOTE | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | FROM ATTY, GAVE ATTY NAME & #. ADVD B1 OTHER | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | OPTION IS MOD, | GERALD METRAN |
| 3957 | | 08/07/2009 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO BRUN | GERALD METRAN |
| 3957 | COL04 | 08/07/2009 | CIT | 007 new CIT 940 b1 ci & sd he had 2pmnts to mk & | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | cld be set up on arrangmnts for the nxt few | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | mos, adv cnt take pmnts b/c in fcl, he sd he | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | was told he cld cb last wk & he wld be fine to | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | set up arrangmnts, adv nothing cld be done, he | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | askd for a manager, please call back at | TESSA GERLOFF |
| 3957 | COL04 | 08/07/2009 | CIT | 267-987-3466 | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | B1 CI, VI, ADV FCL, HE SD THT HE HAD 2 PMNTS HE | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | CLD SET UP & SET UP A RPY PLN, ADV CNT EXCEPT B/C | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | IN FCL, HE SD HE WAS TOLD TO CB WHN CAN MK PMNT & | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | WLD BE ABLE TO SET UP ARRANGMNTS, ADV CAN R/I OR | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | GIVE VERB FINS FOR OPTS, HE WNTD TO TT A MANAGER, | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | ADV CB 24-48 HRS | TESSA GERLOFF |
| 3957 | | 08/07/2009 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO BRUN | TESSA GERLOFF |
| 3957 | | 08/06/2009 | MFI | MERS NOTIFIED FRCLSR INITIATED    08/05/09 | |

004

| | | | | | | |
|---|---|---|---|---|---|---|
| 3957 | | 08/06/2009 | FOR | Tasks | | NEW TRAK SYSTEM ID |
| 3957 | | 08/05/2009 | FOR | 08/05/09 - 12:03 - 00007 | | NEW TRAK SYSTEM ID |
| 3957 | | 08/05/2009 | FOR | Process opened 8/5/2009 by user | | NEW TRAK SYSTEM ID |
| 3957 | | 08/05/2009 | FOR | Fidelity AutoProc. | | NEW TRAK SYSTEM ID |
| 3957 | FSV | 08/05/2009 | NT | Inspection Hold Placed 08/04/09 - Account met the | | API CSRV |
| 3957 | FSV | 08/05/2009 | NT | criteria in the HUD RPC report. | | API CSRV |
| 3957 | FSV | 08/05/2009 | NT | Inspection Hold Placed 08/04/09 - Account met the | | API CSRV |
| 3957 | FSV | 08/05/2009 | NT | criteria in the GOV FCL report. | | API CSRV |
| 3957 | | 08/04/2009 | FSV | INSP TYPE D CANCELLED;   REQ CD =AUTO DELQ | | SYSTEM ID |
| 3957 | | 08/04/2009 | DM | EARLY IND: SCORE 248 MODEL EI90G | | SYSTEM ID |
| 3957 | FSV | 08/04/2009 | NT | Ran script CINS1097 to attempt to cancel the open | | SCRIPT-KERI WIRTZ |
| 3957 | FSV | 08/04/2009 | NT | inspection order due to this loan was on the GOV | | SCRIPT-KERI WIRTZ |
| 3957 | FSV | 08/04/2009 | NT | Inspection Hold Reports. | | SCRIPT-KERI WIRTZ |
| 3957 | | 08/04/2009 | FSV | DELINQ INSP HOLD PLACED; REL DT =08/11/09 | | API CSRV |
| 3957 | | 08/04/2009 | FSV | DELINQ INSP HOLD RELEASED | | API CSRV |
| 3957 | | 08/04/2009 | FOR | FORECLOSURE APPROVAL (1)    COMPLETED 08/04/09 | | API CSRV |
| 3957 | FCL | 08/04/2009 | NT | Foreclosure Referral Review Completed | | API CSRV |
| 3957 | FCL | 08/04/2009 | NT | and Management Approved | | API CSRV |
| 3957 | | 08/04/2009 | FOR | APPROVED FOR FCL 08/04/09 | | API CSRV |
| 3957 | | 08/04/2009 | FSV | DELINQ INSP HOLD PLACED; REL DT =08/11/09 | | API CSRV |
| 3957 | | 07/31/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 07/31/2009 | DMD | 07/31/09 18:58:22 MSG ANS MACH | | DAVOX INCOMING FILE |
| 3957 | | 07/31/2009 | DMD | 07/31/09 11:41:50 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 07/30/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 07/30/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 07/30/2009 | DMD | 07/30/09 08:56:50 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 07/29/2009 | FSV | INSP TYPE D ORDERED;    REQ CD =AUTO DELQ | | SYSTEM ID |
| 3957 | | 07/29/2009 | DM |  ITS PICKING UP AGAIN, CAN MAKE DOUBLE PAYMENT | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | UNTIL CAUGHT UP, PAYMENT WILL NOT BE THER ON THE | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | UNTIL 08/15/09 CANCEL THE P/D CHECK, ADV TO CB | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | 08/05/09 , CANCELED RPP SINCE PAYMENT WILL NOT BE | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | THERE ON THE 07/31/09 | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | B1 CI VI ADV TAD,-CR,LC,CC,CL,IAN RPP, ADV NIO | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | GARCE PD, ESCROW,UNAPLIED,BREACH, RFD WAS SELF | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | EMPLOYED,HARDSHIP STARTED IN 6 MOS AGO, TEMP | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | HARDSHOP, ITS PICKING UP AGAIN, CAN MAKE DOUBLE | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | PAYMENT UNTIL CAUGHT UP, PAYMENT WILL NOT BE THER | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | ON THE UNTIL 08/15/09 CANCEL THE P/D CHECK, ADV TO | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | DFLT REASON 1 CHANGED TO: CURTAILMENT OF INCOME | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | ACTION/RESULT CD CHANGED FROM BRSS TO OAAI | | SANDRA BALGOA |
| 3957 | | 07/29/2009 | DM | REPAY PLAN CANCELED MANUALLY | | SANDRA BALGOA |
| 3957 | | 07/21/2009 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | | SYSTEM ID |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3957 | COL01 | 07/20/2009 | CIT | 006 DONE 07/20/09 BY TLR 01059 | SHELLY DEVRIES | |
| 3957 | COL01 | 07/20/2009 | CIT | TSK TYP 808-DO NOT REFER TO | SHELLY DEVRIES | |
| 3957 | COL01 | 07/20/2009 | CIT | 006 removal by script | SHELLY DEVRIES | |
| 3957 | | 07/17/2009 | OL | WDOYCOLL - NO CONTACT EARLY STAGE | SHELLY DEVRIES | |
| 3957 | INQ30 | 07/15/2009 | CIT | 005 DONE 07/15/09 BY TLR 01236 | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | TSK TYP 132-ESCR ANALYSIS I | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | 005 closing cit 132- snding letter advising need | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | direction on what they think is being | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | collected too high. advised to contc office to | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | discuss.   may be shtg they don't understand. | BRENDA OLSON | |
| 3957 | INQ30 | 07/15/2009 | CIT | brenda o | BRENDA OLSON | |
| 3957 | | 07/15/2009 | OL | WDOYCUS - UPDATED RECORDS | BRENDA OLSON | |
| 3957 | | 07/10/2009 | CBR | DELINQUENT:  90  DAYS | SYSTEM ID | |
| 3957 | FSV | 07/10/2009 | NT | Loan on pres new repay report, run CINS script to | SCRIPT-KERI WIRTZ | |
| 3957 | FSV | 07/10/2009 | NT | cncl any inspections on mtgs. | SCRIPT-KERI WIRTZ | |
| 3957 | COL02 | 07/09/2009 | CIT | 006 cit 808 | LUVIEMARIE VIOLAN | |
| 3957 | COL02 | 07/09/2009 | CIT | please do not refer the acct to foreclosure | LUVIEMARIE VIOLAN | |
| 3957 | COL02 | 07/09/2009 | CIT | bec b1 post date a pmt on 07/30/09 amt | LUVIEMARIE VIOLAN | |
| 3957 | COL02 | 07/09/2009 | CIT | $11224.50 thru pbp. | LUVIEMARIE VIOLAN | |
| 3957 | COL02 | 07/09/2009 | CIT | thanks. | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | TT B1 VFD:ADV TAD:MADE POST DATED PMT ON 07/30/09 | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | AMT $11224.50+12.50 THRU | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | PBP,CONF#2009073071198076.AGREED RPP.RFD:PMT | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | INCREASE DUE TO ESCROW,INCOME DECREASE IN | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | 01/09,TEMP HARDSHIP. ADV CC,CL,LC,-CR,NO GRACE | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | PERIOD. | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | DFLT REASON 1 CHANGED TO: PAYMENT ADJUSTMENT | LUVIEMARIE VIOLAN | |
| 3957 | | 07/09/2009 | DM | ACTION/RESULT CD CHANGED FROM BRIP TO BRSS | LUVIEMARIE VIOLAN | |
| 3957 | 00 | 07/09/2009 | RPA | REPAY PLAN SET UP | LUVIEMARIE VIOLAN | |
| 3957 | | 07/03/2009 | D19 | LM - LOSS MIT FCL REFERRAL - FNMA/FHLMC | SYSTEM ID | |
| 3957 | | 07/02/2009 | DM | EARLY IND: SCORE 335 MODEL EI90G | SYSTEM ID | |
| 3957 | INQ30 | 07/01/2009 | CIT | 005 new cit 132 corr rcvd | SUSAN PARKER | |
| 3957 | | 06/30/2009 | FSV | INSP TP D RESULTS RCVD;   ORD DT=06/17/09 | SYSTEM ID | |
| 3957 | | 06/19/2009 | D28 |     BILLING STATEMENT FROM REPORT R628 | SYSTEM ID | |
| 3957 | | 06/17/2009 | FSV | INSP TYPE D ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID | |
| 3957 | | 06/16/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE | |
| 3957 | | 06/16/2009 | DMD | 06/16/09 19:46:07 MSG ANS MACH | DAVOX INCOMING FILE | |
| 3957 | | 06/16/2009 | DMD | 06/16/09 19:44:42 VACANT | DAVOX INCOMING FILE | |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:37:59 VACANT | DAVOX INCOMING FILE | |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:27:50 VACANT | DAVOX INCOMING FILE | |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:17:41 VACANT | DAVOX INCOMING FILE | |
| 3957 | | 06/12/2009 | CBR | DELINQUENT:  60  DAYS | SYSTEM ID | |
| 3957 | | 06/12/2009 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | SYSTEM ID | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3957 | COL01 | 07/20/2009 | CIT | 006 DONE 07/20/09 BY TLR 01059 | | SHELLY DEVRIES |
| 3957 | COL01 | 07/20/2009 | CIT | TSK TYP 808-DO NOT REFER TO | | SHELLY DEVRIES |
| 3957 | COL01 | 07/20/2009 | CIT | 006 removal by script | | SHELLY DEVRIES |
| 3957 | | 07/17/2009 | OL | WDOYCOLL - NO CONTACT EARLY STAGE | | SHELLY DEVRIES |
| 3957 | INQ30 | 07/15/2009 | CIT | 005 DONE 07/15/09 BY TLR 01236 | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | TSK TYP 132-ESCR ANALYSIS I | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | 005 closing cit 132- snding letter advising need | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | direction on what they think is being | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | collected too high. advised to contc office to | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | discuss.   may be shtg they don't understand. | | BRENDA OLSON |
| 3957 | INQ30 | 07/15/2009 | CIT | brenda o | | BRENDA OLSON |
| 3957 | | 07/15/2009 | OL | WDOYCUS - UPDATED RECORDS | | BRENDA OLSON |
| 3957 | | 07/10/2009 | CBR | DELINQUENT:  90  DAYS | | SYSTEM ID |
| 3957 | FSV | 07/10/2009 | NT | Loan on pres new repay report, run CINS script to | | SCRIPT-KERI WIRTZ |
| 3957 | FSV | 07/10/2009 | NT | cncl any inspections on mtgs. | | SCRIPT-KERI WIRTZ |
| 3957 | COL02 | 07/09/2009 | CIT | 006 cit 808 | | LUVIEMARIE VIOLAN |
| 3957 | COL02 | 07/09/2009 | CIT | please do not refer the acct to foreclosure | | LUVIEMARIE VIOLAN |
| 3957 | COL02 | 07/09/2009 | CIT | bec b1 post date a pmt on 07/30/09 amt | | LUVIEMARIE VIOLAN |
| 3957 | COL02 | 07/09/2009 | CIT | $11224.50 thru pbp. | | LUVIEMARIE VIOLAN |
| 3957 | COL02 | 07/09/2009 | CIT | thanks. | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | TT B1 VFD:ADV TAD:MADE POST DATED PMT ON 07/30/09 | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | AMT $11224.50+12.50 THRU | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | PBP,CONF#2009073071198076.AGREED RPP.RFD:PMT | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | INCREASE DUE TO ESCROW,INCOME DECREASE IN | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | 01/09,TEMP HARDSHIP. ADV CC,CL,LC,-CR,NO GRACE | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | PERIOD. | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | DFLT REASON 1 CHANGED TO: PAYMENT ADJUSTMENT | | LUVIEMARIE VIOLAN |
| 3957 | | 07/09/2009 | DM | ACTION/RESULT CD CHANGED FROM BRIP TO BRSS | | LUVIEMARIE VIOLAN |
| 3957 | 00 | 07/09/2009 | RPA | REPAY PLAN SET UP | | LUVIEMARIE VIOLAN |
| 3957 | | 07/03/2009 | D19 | LM - LOSS MIT FCL REFERRAL - FNMA/FHLMC | | SYSTEM ID |
| 3957 | | 07/02/2009 | DM | EARLY IND: SCORE 335 MODEL EI90G | | SYSTEM ID |
| 3957 | INQ30 | 07/01/2009 | CIT | 005 new cit 132 corr rcvd | | SUSAN PARKER |
| 3957 | | 06/30/2009 | FSV | INSP TP D RESULTS RCVD;   ORD DT=06/17/09 | | SYSTEM ID |
| 3957 | | 06/19/2009 | D28 |      BILLING STATEMENT FROM REPORT R628 | | SYSTEM ID |
| 3957 | | 06/17/2009 | FSV | INSP TYPE D ORDERED;    REQ CD =AUTO DELQ | | SYSTEM ID |
| 3957 | | 06/16/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 06/16/2009 | DMD | 06/16/09 19:46:07 MSG ANS MACH | | DAVOX INCOMING FILE |
| 3957 | | 06/16/2009 | DMD | 06/16/09 19:44:42 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:37:59 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:27:50 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 06/15/2009 | DMD | 06/15/09 15:17:41 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 06/12/2009 | CBR | DELINQUENT:  60  DAYS | | SYSTEM ID |
| 3957 | | 06/12/2009 | CBR | CHANGE IN PRIMARY BORROWERS ADDR | | SYSTEM ID |

007

| | | | | | |
|---|---|---|---|---|---|
| 3957 | | 06/11/2009 | DMD | 06/11/09 18:56:46 SIT_TONE | DAVOX INCOMING FILE |
| 3957 | | 06/11/2009 | DMD | 06/11/09 09:30:45 INCOMPLETE | DAVOX INCOMING FILE |
| 3957 | | 06/11/2009 | DMD | 06/11/09 09:29:37 VACANT | DAVOX INCOMING FILE |
| 3957 | | 06/11/2009 | DM | TT U3P, GAVE ME B1'S NEW HOME PHONE #. | DEBORAH PRATT |
| 3957 | | 06/11/2009 | DM | REMOVED #215-855-8522 | DEBORAH PRATT |
| 3957 | | 06/11/2009 | DM | ACTION/RESULT CD CHANGED FROM OASK TO BRIP | DEBORAH PRATT |
| 3957 | | 06/10/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 06/10/2009 | DMD | 06/10/09 08:03:57 LEFT MSG | DAVOX INCOMING FILE |
| 3957 | | 06/10/2009 | DMD | 06/10/09 08:02:55 VACANT | DAVOX INCOMING FILE |
| 3957 | OCC | 06/10/2009 | NT | Updated occupancy due to address change | NANCY PENCA-SCRIPT I |
| 3957 | INQ30 | 06/09/2009 | CIT | 003 DONE 06/09/09 BY TLR 01419 | TRACY NOSBISCH |
| 3957 | INQ30 | 06/09/2009 | CIT | TSK TYP 105-ADDRESS/PHONE N | TRACY NOSBISCH |
| 3957 | INQ30 | 06/09/2009 | CIT | 003 Clsing CIT 105-mailed ltr adv of updated MA & | TRACY NOSBISCH |
| 3957 | INQ30 | 06/09/2009 | CIT | adv how to update email address. TN 7517 | TRACY NOSBISCH |
| 3957 | INQ30 | 06/09/2009 | CIT | 004 DONE 06/09/09 BY TLR 17474 | BRIDGITTE DUFFY |
| 3957 | INQ30 | 06/09/2009 | CIT | TSK TYP 105-ADDRESS/PHONE N | BRIDGITTE DUFFY |
| 3957 | INQ30 | 06/09/2009 | CIT | 004 closing cit 105  updated mailing address | BRIDGITTE DUFFY |
| 3957 | INQ30 | 06/09/2009 | CIT | bd7522 | BRIDGITTE DUFFY |
| 3957 | INQ30 | 06/08/2009 | CIT | 004 NEW CIT 105-corr rcvd | TRACY NOSBISCH |
| 3957 | | 06/05/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 06/05/2009 | DMD | 06/05/09 16:23:44 MSG ANS MACH | DAVOX INCOMING FILE |
| 3957 | | 06/05/2009 | DMD | 06/05/09 16:21:50 VACANT | DAVOX INCOMING FILE |
| 3957 | | 06/04/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 06/04/2009 | DMD | 06/04/09 08:18:20 MSG ANS MACH | DAVOX INCOMING FILE |
| 3957 | | 06/04/2009 | DMD | 06/04/09 08:16:25 VACANT | DAVOX INCOMING FILE |
| 3957 | | 06/03/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 06/03/2009 | DMD | 06/03/09 16:25:19 INCOMPLETE | DAVOX INCOMING FILE |
| 3957 | | 06/03/2009 | DMD | 06/03/09 16:24:14 VACANT | DAVOX INCOMING FILE |
| 3957 | | 06/03/2009 | D19 | BREACH KENNETH TAGGART070081140000004728482 | SYSTEM ID |
| 3957 | | 06/03/2009 | D19 | BREACH KENNETH TAGGART070081140000004728481 | SYSTEM ID |
| 3957 | | 06/03/2009 | D19 | BREACH KENNETH TAGGART | SYSTEM ID |
| 3957 | | 06/03/2009 | D19 | BREACH KENNETH TAGGART | SYSTEM ID |
| 3957 | | 06/02/2009 | DM | EARLY IND: SCORE 302 MODEL EI30G | SYSTEM ID |
| 3957 | INQ30 | 06/02/2009 | CIT | 003 new cit 105-corr rec | JACOB HUTCHISON |
| 3957 | INQ30 | 06/02/2009 | CIT | 003 new cit 105-corr rec | JACOB HUTCHISON |
| 3957 | | 05/28/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/28/2009 | DMD | 05/28/09 13:15:20 INCOMPLETE | DAVOX INCOMING FILE |
| 3957 | | 05/28/2009 | DMD | 05/28/09 13:14:25 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/26/2009 | FSV | INSP TP D RESULTS RCVD;   ORD DT=05/18/09 | SYSTEM ID |
| 3957 | | 05/19/2009 | D28 |     BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 3957 | | 05/18/2009 | FSV | INSP TYPE D ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| 3957 | | 05/14/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/14/2009 | DMD | 05/14/09 09:33:57 MSG ANS MACH | DAVOX INCOMING FILE |

008

| | | | | | |
|---|---|---|---|---|---|
| 3957 | | 05/14/2009 | DMD | 05/14/09 09:31:51 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/13/2009 | DMD | 05/13/09 15:36:24 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/13/2009 | DMD | 05/13/09 15:25:33 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/13/2009 | DMD | 05/13/09 10:00:56 NO ANS | DAVOX INCOMING FILE |
| 3957 | | 05/12/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/12/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/12/2009 | DMD | 05/12/09 18:28:13 NO ANS | DAVOX INCOMING FILE |
| 3957 | INQ25 | 05/12/2009 | CIT | 002 DONE 05/12/09 BY TLR 01256 | LARETHA BENTLEY |
| 3957 | INQ25 | 05/12/2009 | CIT | TSK TYP 130-MANUAL ESCROW A | LARETHA BENTLEY |
| 3957 | INQ25 | 05/12/2009 | CIT | 002 Closing cit 130, cmpltd esan eff 4/09 new pmt | LARETHA BENTLEY |
| 3957 | INQ25 | 05/12/2009 | CIT | is 5612.25, snt 2:88 ltr to cust   Rethab | LARETHA BENTLEY |
| 3957 | | 05/12/2009 | OL | WDOYCUS - ADJUSTMENT LETTER | LARETHA BENTLEY |
| 3957 | | 05/12/2009 | VEA | ONLINE ESCROW ANALYSIS SENT TO PRINT VENDO | LARETHA BENTLEY |
| 3957 | | 05/12/2009 | D19 | DEF - FHA OPTION LETTER SENT - FHA | SYSTEM ID |
| 3957 | | 05/11/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/11/2009 | DMD | 05/11/09 16:38:19 NO ANS | DAVOX INCOMING FILE |
| 3957 | | 05/11/2009 | DMD | 05/11/09 16:37:48 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/08/2009 | CBR | DELINQUENT:  30  DAYS | SYSTEM ID |
| 3957 | | 05/08/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/08/2009 | DMD | 05/08/09 14:06:25 NO ANS | DAVOX INCOMING FILE |
| 3957 | | 05/08/2009 | DMD | 05/08/09 14:05:54 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/07/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/07/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/07/2009 | DMD | 05/07/09 17:15:26 LEFT MSG | DAVOX INCOMING FILE |
| 3957 | | 05/05/2009 | OL | WDOYCUS - FILE DELAY | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | 001 DONE 05/05/09 BY TLR 08283 | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | TSK TYP 109-CC COR TRACKING | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | 001 closing cit 109 - req esan based on updated | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | ins prem, sent 2.21 letter leigh f 5378 | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | 002 new cit 130 - please perform ESAN effective | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | for the 04/09 pmt based on updated ins prem | LEIGH FRAME |
| 3957 | INQ30 | 05/05/2009 | CIT | amts leigh f 5378 | LEIGH FRAME |
| 3957 | | 05/04/2009 | DM | EARLY IND: SCORE 387 MODEL EI30G | SYSTEM ID |
| 3957 | | 05/04/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 05/04/2009 | DMD | 05/04/09 16:05:57 NO ANS | DAVOX INCOMING FILE |
| 3957 | | 05/04/2009 | DMD | 05/04/09 16:05:18 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/01/2009 | DMD | 05/01/09 16:00:57 VACANT | DAVOX INCOMING FILE |
| 3957 | | 05/01/2009 | DMD | 05/01/09 11:32:31 NO ANS | DAVOX INCOMING FILE |
| 3957 | | 05/01/2009 | DMD | 05/01/09 11:31:57 VACANT | DAVOX INCOMING FILE |
| 3957 | | 04/30/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 3957 | | 04/30/2009 | DMD | 04/30/09 12:51:52 LEFT MSG | DAVOX INCOMING FILE |
| 3957 | | 04/30/2009 | DMD | 04/30/09 12:50:36 VACANT | DAVOX INCOMING FILE |
| 3957 | | 04/29/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3957 | | 04/29/2009 | DMD | 04/29/09 14:39:24 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 04/29/2009 | DMD | 04/29/09 14:38:44 VACANT | | DAVOX INCOMING FILE |
| 3957 | INQ30 | 04/29/2009 | CIT | 001 new cit 109 corr rcvd | | SUSAN PARKER |
| 3957 | | 04/28/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/28/2009 | DMD | 04/28/09 15:14:21 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 04/28/2009 | DMD | 04/28/09 15:13:50 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 04/27/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/27/2009 | DMD | 04/27/09 13:34:26 LEFT MSG | | DAVOX INCOMING FILE |
| 3957 | | 04/27/2009 | DMD | 04/25/09 08:46:22 MSG ANS MACH | | DAVOX INCOMING FILE |
| 3957 | | 04/24/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/24/2009 | DMD | 04/24/09 08:34:49 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 04/24/2009 | DMD | 04/24/09 08:34:18 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 04/22/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/22/2009 | DMD | 04/22/09 12:49:39 LEFT MSG | | DAVOX INCOMING FILE |
| 3957 | | 04/22/2009 | DMD | 04/22/09 12:48:15 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 04/21/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/21/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/21/2009 | DMD | 04/21/09 17:07:29 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 04/21/2009 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | | SYSTEM ID |
| 3957 | | 04/20/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/20/2009 | DMD | 04/20/09 14:25:03 NO ANS | | DAVOX INCOMING FILE |
| 3957 | | 04/20/2009 | DMD | 04/20/09 14:24:30 VACANT | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/26/09 19:54:18 | LEFT MESSAGE | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/26/09 15:05:27 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/26/09 10:34:34 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/24/09 19:57:52 | LEFT MESSAGE | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/24/09 15:16:59 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/24/09 11:34:20 | " | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/21/09 18:45:22 | LEFT MESSAGE | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/21/09 13:55:01 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/21/09 09:53:32 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/19/09 10:47:10 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/19/09 10:54:00 | Left Message | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |
| 3957 | | 04/13/2009 | DMD | 03/17/09 20:45:30 | LEFT MESSAGE | DAVOX INCOMING FILE |
| 3957 | | 04/07/2009 | DM | EARLY IND: SCORE 020 MODEL EI16H | | SYSTEM ID |
| 3957 | | 03/30/2009 | DM | PROMISE KEPT 03/30/09 PROMISE DT 03/31/09 | | SYSTEM ID |
| 3957 | | 03/27/2009 | DMD | 00/00/00 00:00:00 | | DAVOX INCOMING FILE |