# **Exhibit 9**

# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 7/10/2008

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
Delp Insurance Services
FIRST FLOOR
1035 MILL CREEK DRIVE
FEASTERVILLE PA 19053

**PHONE:** (215) 355-9660
**FAX:** (215) 364-9144
**E-MAIL:** DELPINS@VERIZON.NET

**COMPANY**
THE PHILA CONTRIBUTIONSHIP
210 SOUTH FOURTH STREET
PHILADELPHIA, PA 19106

**INSURED**
KENNETH TAGGERT
45 HERON ROAD
HOLLAND, PA 18966

**POLICY NUMBER:** 225 & 227
**EFFECTIVE DATE:** 8/9/2007
**EXPIRATION DATE:** 08/9/2008
[X] CONTINUED UNTIL TERMINATED IF CHECKED

## PROPERTY INFORMATION
**LOCATION/DESCRIPTION:** 521 COWPATH RD TELFORD PA 18969

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | $660,000 | |
| LIABILITY | $100,000 | |
| MEDICAL PAYMENTS TO OTHERS | $ 1,000 | |
| PREMIUM: | | $1700 |

## REMARKS (Including Special Conditions)

PAID

## CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL ___ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST
**NAME AND ADDRESS**
L B A FINANCIAL GROUP LLC
1681 KENNETH RD
YORK PA 17408

[X] MORTGAGEE / LOSS PAYEE
[ ] ADDITIONAL INSURED

**AUTHORIZED REPRESENTATIVE:** JEFFREY DELP

ACORD 27 (2006/07)    © ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD
Produced using Forms Boss Plus software. www.FormsBoss.com Impressive Publishing 800-208-1977

Received Time Jul. 10. 11:17AM

# EVIDENCE OF PROPERTY INSURANCE

Policy Number: ████225 & ████227
DATE (MM/DD/YYYY): 7/10/2008

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
Delp Insurance Services
FIRST FLOOR
1035 MILL CREEK DRIVE
FEASTERVILLE PA 19053

PHONE (A/C, No, Ext): (215) 355-9660
FAX (A/C, No): (215) 364-9144
E-MAIL ADDRESS: DELPINS@VERIZON.NET
CODE:          SUB CODE:
AGENCY CUSTOMER ID #:

**COMPANY**
THE PHILA CONTRIBUTIONSHIP
210 SOUTH FOURTH STREET
PHILADELPHIA, PA 19106

**INSURED**
KENNETH TAGGERT
45 HERON ROAD
HOLLAND, PA 18966

LOAN NUMBER:
POLICY NUMBER: ████225 & ████227
EFFECTIVE DATE: 8/9/2007
EXPIRATION DATE: 8/9/2008
[X] CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION:
521 COWPATH RD TELFORD PA 18969

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | $660,000 | |
| LIABILITY | $100,000 | |
| MEDICAL PAYMENTS TO OTHERS | $ 1,000 | |
| | | |
| PREMIUM $1,700.00 | | |

**REMARKS (Including Special Conditions)**

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**ADDITIONAL INTEREST**
NAME AND ADDRESS:
L B A FINANCIAL GROUP LLC
1681 KENNETH RD
YORK PA 17408

[X] MORTGAGEE    [ ] ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #:

AUTHORIZED REPRESENTATIVE: JEFFREY DELP
*(signature)*

ACORD 27 (2006/07)
© ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD
Produced using Forms Boss Plus software www.FormsBoss.com; Impressive Publishing 800-208-1977