# **Exhibit 11**

12-12020-mg   Doc 7847-15   Filed 12/09/14   Entered 12/09/14 17:48:56   Exhibit 11
to Delehey Decl   Pg 1 of 3

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

05/12/09

KENNETH TAGGART

PO BOX 411

TELFORD          PA 18969-0411

RE:     Account Number          ████3957
        Property Address        521 COWPATH ROAD

                                TELFORD          PA 18969

Dear    KENNETH TAGGART

A recent review of your account has indicated a need for an adjustment due to your request.

Effective April 1, 2009, your new payment will be  $5612.25.

Please begin paying the new monthly payment amount to ensure proper credit to your mortgage account.  Disregard any other coupons now in your possession.  A temporary coupon is provided below for your convenience.

 If you have further questions regarding this matter, please contact Customer Care at
 800-766-4622.

Customer Care
Loan Servicing

05/12/09
Account Number 3957
Page Two


3957
521 COWPATH ROAD

TELFORD            PA 18969

Monthly Payment Amount      $5612.25
Due Date                    April 1, 2009

GMAC Mortgage, LLC
PO Box 780

Waterloo, IA 50704-0780

2:88