# **Exhibit 12**

████3957

REPRESENTATION OF PRINTED DOCUMENT

**GMAC Mortgage**
3451 Hammond Avenue
Waterloo, IA 50702
Escrow Analysis Hotline
1-800-766-4622/Follow the Prompts

Important Note: In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

**INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

83833-0000123-001
KENNETH TAGGART
PO BOX 411
TELFORD   PA   18969-0411

ACCOUNT NUMBER: ████3957

PROPERTY ADDRESS:
521 COWPATH ROAD
TELFORD   PA   18969

ANALYSIS DATE: MAY 12, 2009

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section I:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FHA RISK BASED | APRIL 2009 | 269.42 | 0.00 |
| FHA RISK BASED | MAY 2009 | 269.42 | 0.00 |
| FHA RISK BASED | JUNE 2009 | 269.42 | 0.00 |
| FHA RISK BASED | JULY 2009 | 269.42 | 0.00 |
| FIRE | AUGUST 2009 | 978.00 | 0.00 |
| FIRE | AUGUST 2009 | 925.00 | 0.00 |
| FHA RISK BASED | AUGUST 2009 | 269.42 | 0.00 |
| SCHOOL | AUGUST 2009 | 8,389.77 | 0.00 |
| FHA RISK BASED | SEPTEMBER 2009 | 269.42 | 0.00 |
| FHA RISK BASED | OCTOBER 2009 | 269.42 | 0.00 |
| FHA RISK BASED | NOVEMBER 2009 | 269.42 | 0.00 |
| FHA RISK BASED | DECEMBER 2009 | 269.42 | 0.00 |
| FHA RISK BASED | JANUARY 2010 | 269.42 | 0.00 |
| FHA RISK BASED | FEBRUARY 2010 | 269.42 | 0.00 |
| FHA RISK BASED | MARCH 2010 | 269.42 | 0.00 |
| CITY/TOWNSHIP | MARCH 2010 | 1,280.22 | 0.00 |
| TOTAL ANNUAL DISBURSEMENTS: | | 14,806.03 | 0.00 |
| TOTAL ESCROW PAYMENT: | | 1,233.83 | 1,231.84 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $2,508.02, your new total payment will automatically be adjusted to $5,403.25 effective with your APRIL 01, 2009 payment. If you do not pay the shortage, your total payment effective APRIL 01, 2009 will be $5,612.25.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 1,233.83 | 1,231.84 |
| Surplus/Shortage | 209.00 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| Total | 1,442.83 | 1,231.84 |
| Principal/Interest | 4,169.42 | 4,169.42 |
| Total Payment | 5,612.25 | 5,401.26 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.**
**To reach our insurance department call: 1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE - you must use the below address when remitting your escrow shortage payment

---

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**

62-28
311

**GMAC Mortgage**

**THIS IS NOT A CHECK**
NOTE - you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| ████3957 | 2,508.02 |

KENNETH TAGGART

Total Amount Enclosed $

GMAC MORTGAGE
PO BOX 79162
PHOENIX AZ 85062-9162

If you pay the escrow shortage amount of $2,508.02, your new payment will be automatically adjusted to $5,403.25 effective with your APRIL 01, 2009 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

**INTERNET REPRINT** A16388

████3957

**REPRESENTATION OF PRINTED DOCUMENT**

Section 2:
ANALYSIS   TYPE:   1/6   AGGREGATE                                            ACCOUNT   NUMBER: ████3957
PROJECTED   ESCROW   BALANCE   AS   OF:   MARCH   31,   2009         4,891.52   *

\*  Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS | |
|---|---|---|---|---|---|
| PROJECTED | BALANCE | | 4,891.52 | 7,399.54 | |
| 04/01/09 | 1,233.83 | 269.42- | 5,855.93 | 8,363.95 | |
| 05/01/09 | 1,233.83 | 269.42- | 6,820.34 | 9,328.36 | |
| 06/01/09 | 1,233.83 | 269.42- | 7,784.75 | 10,292.77 | |
| 07/01/09 | 1,233.83 | 269.42- | 8,749.16 | 11,257.18 | |
| 08/01/09 | 1,233.83 | 978.00- | 9,004.99 | 11,513.01 | |
| 08/01/09 | .00 | 925.00- | 8,079.99 | 10,588.01 | |
| 08/01/09 | .00 | 269.42- | 7,810.57 | 10,318.59 | |
| 08/01/09 | .00 | 8,389.77- | 579.20- | 1,928.82 | L |
| 09/01/09 | 1,233.83 | 269.42- | 385.21 | 2,893.23 | |
| 10/01/09 | 1,233.83 | 269.42- | 1,349.62 | 3,857.64 | |
| 11/01/09 | 1,233.83 | 269.42- | 2,314.03 | 4,822.05 | |
| 12/01/09 | 1,233.83 | 269.42- | 3,278.44 | 5,786.46 | |
| 01/01/10 | 1,233.83 | 269.42- | 4,242.85 | 6,750.87 | |
| 02/01/10 | 1,233.83 | 269.42- | 5,207.26 | 7,715.28 | |
| 03/01/10 | 1,233.83 | 269.42- | 6,171.67 | 8,679.69 | |
| 03/01/10 | .00 | 1,280.22- | 4,891.45 | 7,399.47 | |

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
              -579.20

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
              1,928.82

Section 3:

| SHORTAGE | 2,508.02 |
|---|---|

ESCROW   ACCOUNT   ACTIVITY   (APRIL   01,   2008   -   MARCH   31,   2009)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| BEGINNING | BALANCE | | .00 | | | .00 |
| 04/01/08 | | .00 | .00 | | .00 | .00 |
| 05/01/08 | | .00 | .00 | | .00 | .00 |
| 06/01/08 | | .00 | .00 | | .00 | .00 |
| 07/01/08 | | .00 | .00 | PAYMENT | 1,914.80 | 1,914.80 |
| 08/01/08 | | .00 | .00 | FIRE | 978.00- | 936.80 |
| 09/01/08 | | .00 | .00 | PAYMENT | 1,231.84 | 1,899.22 |
| 09/01/08 | | .00 | .00 | FHA RISK BASED | 269.42- | 1,899.22 |
| 09/01/08 | | .00 | .00 | FIRE | 925.00- | 974.22 |
| 10/01/08 | | .00 | .00 | PAYMENT | 1,231.84 | 1,936.64 |
| 10/01/08 | | .00 | .00 | FHA RISK BASED | 269.42- | 1,936.64 |
| 11/01/08 | | .00 | .00 | PAYMENT | 1,231.84 | 2,899.06 |
| 11/01/08 | | .00 | .00 | FHA RISK BASED | 269.42- | 2,899.06 |
| 12/01/08 | | .00 | .00 | PAYMENT | 1,231.84 | 3,861.48 |
| 12/01/08 | | .00 | .00 | FHA RISK BASED | 269.42- | 3,861.48 |
| 01/01/09 | | .00 | .00 | PAYMENT | 7,915.84 | 11,507.90 |
| 01/01/09 | | .00 | .00 | FHA RISK BASED | 269.42- | 11,507.90 |
| 01/01/09 | | .00 | .00 | FIRE | 7,261.00- | 4,246.90 |
| 02/01/09 | | .00 | .00 | PAYMENT | 1,231.84 | 5,209.32 |
| 02/01/09 | | .00 | .00 | FHA RISK BASED | 269.42- | 5,209.32 |
| 02/01/09 | | .00 | .00 | CITY/TOWNSHIP | 1,280.22- | 3,929.10 |
| 03/01/09 | | .00 | .00 | PAYMENT | 1,231.84 | 4,891.52 |
| 03/01/09 | | .00 | .00 | FHA RISK BASED | 269.42- | 4,891.52 |

INTERNET REPRINT A16391