# Exhibit 13

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/15/09

KENNETH TAGGART

45 HERON RD

HOLLAND            PA 18966

RE:      Account Number          █████3957
         Property Address         521 COWPATH ROAD

                                  TELFORD            PA 18969

Dear    KENNETH TAGGART

In response to your request, we updated our records to reflect your inquiry was received.
Enclosed is a copy of the most recent escrow analysis statement, please indicate the items
needing to be adjusted.  Please contact our office to discuss.

If you have any questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:02