# **Exhibit 14**

```
                    DEF-FHA OPTION LETTER SENT AUT.txt
%%HOO2681GM   50019-0049LTR1DEF - FHA OPTION LETTER SENT - FHA           OOPFST519
SYSLTR1 PROD05/11/      3957        05008 O
```

{{DPLX}}

05/11/09

KENNETH TAGGART

PO BOX 411

TELFORD PA 18969-0411

RE:    Acount Number         3957
       Property Address 521 COWPATH ROAD

                TELFORD PA 18969

Dear KENNETH TAGGART

Disclosure: If you are already working with the Loss Mitigation department on a special forbearance or other foreclosure prevention alternatives, this letter does not apply to you. However, you may want to take advantage of the Homeownership Counseling information contained within this letter.

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above referenced loan, not as a personal liability.

AVISO IMPORTANTE PARA LAS PERSONAS QUE HABLAN ESPANOL:
Esta notificacion es de suma importancia, pues afecta su derecho a continuar viviendo en su casa. Si no entiende el contenido de esta carta, obtenga una traduccion inmediatamente. Si usted no llama o responde a este numero de telefono: 888-714-4622, usted puede perder su casa.

Your mortgage payments of $          10802.52 for the 2 months of 04/01/09 and 05/01/09 plus total late charges of $ 1130.96 are past due. If these payments are not received by 05/26/09, you could lose your home. If you have already mailed the payments, please accept our thanks.

Due to the unresolved default on your account, it will soon be referred to the Foreclosure Department. We would like to discuss possible options which may be available to help avoid a foreclosure action. A brief description of these options follows. In order to be considered for any of these options, you

05/11/09

Page 1

```
                       DEF-FHA OPTION LETTER SENT AUT.txt
Account Number      3957
Page Two
```

will need to complete the Borrower Financial Information included with this letter.

REPAYMENT OR SPECIAL FORBEARANCE PLAN.  We may be able to arrange a repayment plan based on your financial situation and may even provide for a temporary reduction, suspension or regular monthly payments for a period of time.

Another option which may be available is a LOAN MODIFICATION. This may be done if you are unable to make temporary increased monthly payments, yet can still afford your mortgage payments.

Another option which may be available is a SHORT SALE.  When you cannot afford your monthly payments and the value of your property is worth less than what is owed, we may accept a short payoff on your loan if you sell your property.

As a last alternative, we may be able to accept a DEED-IN-LIEU of foreclosure.  This is a voluntary conveyance of your property and will allow you to avoid the time and distress of foreclosure.

Please contact our Loss Mitigation representative immediately to discuss any questions or concerns you have regarding your options.  The toll-free number is 888-714-4622.  The toll-free TDD number is 1-800-395-9228.

We have enclosed the pamphlet "How to Avoid Foreclosure," which describes methods to assist you in bringing your mortgage current.  If you are unable to bring your mortgage current, the pamphlet also addresses other alternatives to foreclosure. Foreclosure is the legal means we may use to take ownership of your home if you do not make your mortgage payments.  For more information, you may contact a HUD Housing Counseling Agent at 1-800-569-4287.  Toll-free TDD number for the HUD Counseling Agency is 1-800-877-8339.

PLEASE DO NOT SEND US MEDICAL INFORMATION.
As required by law, we are prohibited from obtaining or using medical information (e.g., diagnosis, treatment or prognosis) in connection with your eligibility, or continued eligibility, for credit.  We will not use it when evaluating your request, and it will not be retained.


Collection Department
Loan Servicing

Enclosures

5008
♀

Page 2