# **Exhibit 16**

```
                          LM - LOSS MIT REFERRAL TO FORE.txt
%%HOO2681GM   50019-0049LTR1LM - LOSS MIT FCL REFERRAL - FNMA/FHLMC        OOPFST519
SYSLTR1 PROD07/02/██████3957      05025 O
♀
```

07/02/09

KENNETH TAGGART

45 HERON RD

HOLLAND PA 18966

           YOUR IMMEDIATE ATTENTION IS REQUIRED

RE:   Account Number      ████3957
      Property Address   521 COWPATH ROAD

                     TELFORD PA 18969

Dear  KENNETH TAGGART

You were previously notified of your default and the demand for reinstatement on the above account.

Because you have failed to reinstate, your account may be sent to an attorney to initiate foreclosure action.  Upon referral, you may incur substantial fees and costs, and the foreclosure status will be reported to credit agencies.

Upon completion of the foreclosure:
    * You will lose title to the property.
    * You may be liable for the foreclosure costs, including attorney fees.
    * You may be personally liable for any remaining balance due.
    * The foreclosure will be reported to credit agencies and to the Internal Revenue Service.

If you wish to discuss possible alternatives to avoid the foreclosure action, please contact us at 888-714-4622.

Notice - This is an attempt to collect a debt and any information obtained will be used for that purpose.  If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced account, not as a personal liability.

Loss Mitigation Department
Loan Servicing
5025
♀