**Exhibit 19**

| | |
|---|---|
| This information is being furnished to IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it. | |
| Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.) | 06-2090503  OMB No. 1545-0008 |
| a Employee's soc. sec. no.  ####-##-8292 | 1 Wages, tips, other comp.  30000.00 | 2 Fed. income tax withheld  3000.00 |
| b Employer ID number (EIN)  ##-###3245 | 3 Social security wages  30000.00 | 4 Soc. sec. tax withheld  1860.00 |
| | 5 Medicare wages and tips  30000.00 | 6 Medicare tax withheld  435.00 |
| c Employer's name, address, and ZIP code  APPRAISAL ONE SOURCE, INC  45 HERON ROAD  HOLLAND PA 18966 | | |
| d Control number  1 | | |
| e Employee's name, address, and ZIP code  KENNETH TAGGART  45 HERON ROAD  HOLLAND PA 18966 | | |
| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other  PAUC 27.00 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |
| 15 State  PA | Employer's state ID no.  9296-5010 | 16 State wages, tips, etc.  30000.00 | 17 State income tax  921.00 |
| 18 Local wages, tips, etc.  30000.00  30000.00 | 19 Local income tax  300.00  10.00 | 20 Locality name  NHAM  EMT |

Form W-2 Wage and Tax Statement    2007    Dept. of the Treasury — IRS

483

[W-2 Wage and Tax Statement, 2008, for Kenneth Taggart, 63 Heron Road, Holland PA 18966; Employer: Appraisal One Source, Inc., 65 Heron Road, Holland PA 18966. Wages $10,000.00; Federal income tax withheld $3,000.00; Social security wages $10,000.00; Social security tax withheld $620.00; Medicare wages $10,000.00; Medicare tax withheld $145.00. State wages (PA) $10,000.00; State income tax $27.00; Local wages $10,000.00; Local income tax $911.00.]