# **Exhibit 23**

 

**RECORDER OF DEEDS**
**MONTGOMERY COUNTY**
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

MTG BK 13772 PG 01058 to 01060
INSTRUMENT # : 2014024456
RECORDED DATE: 04/25/2014 08:38:46 AM



3069667-0011W

MONTGOMERY COUNTY ROD

**OFFICIAL RECORDING COVER PAGE**    Page 1 of 3

| | | | |
|---|---|---|---|
| Document Type: | Mortgage Assignment | Transaction #: | 3046341 - 1 Doc(s) |
| Document Date: | 04/18/2014 | Document Page Count: | 2 |
| Reference Info: | | Operator Id: | sford |
| RETURN TO: (Indecomm) Indecomm Global Services 2925 Country Dr. St. Paul, MN 55117 | | PAID BY: INDECOMM GLOBAL SERVICES | |

**\* PROPERTY DATA:**
Parcel ID #:    34-00-01078-00-4
Address:    521 COWPATH RD
            PA
Municipality:    Franconia Township (100%)
School District:    Souderton Area

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 12440 PG 01519

| CONSIDERATION/SECURED AMT: | 0.00 | MTG BK 13772 PG 01058 to 01060 |
|---|---|---|
| FEES / TAXES: | | Recorded Date: 04/25/2014 08:38:46 AM |
| Recording Fee:Mortgage Assignment | $64.00 | |
| Total: | $64.00 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.   Nancy J. Becker  Recorder of Deeds |

## PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA. PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

04/25/2014 08:38:46 AM

MONTCO

Prepared By:
Sam Strandmo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

PIN: 34-00-01078-00-4
Loan: 3957
MIN: ▮▮▮▮▮▮▮▮6018
MERS Phone: 888-679-6377

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
34-00-01078-00-4    FRANCONIA TOWNSHIP
521 COWPATH RD
TAGGERT KENNETH                                $15.00
B 009  L   U 036  1134 04/25/2014              JU

 8836

## Assignment of Mortgage

Dated: April 18, 2014

For value received **Mortgage Electronic Registration Systems, Inc.**, as nominee for **LBA Financial Group, LLC**, its successors and assigns, 1901 E Voorhees Street, Suite C, Danville, IL 61834 or P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to **Ocwen Loan Servicing, LLC**, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, all beneficial interest under a certain Mortgage dated July 11, 2008 executed by **KENNETH TAGGART, A SINGLE MAN** and recorded in Book 12440 on Page(s) 01519 as Document Number 2008075794 on July 23, 2008 in the office of the County Recorder of Montgomery County, Pennsylvania.

MORTGAGE AMOUNT: $659,648.00
MUNICIPALITY: Franconia Township
PROPERTY ADDRESS: 521 COWPATH ROAD, TELFORD, PA 18969

**Certificate of Residence**

I, Tammy Sorbo, do hereby certify that the precise address of the within-named Assignee is 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409.

Dated: April 18, 2014

*Tammy Sorbo*
Tammy Sorbo, Agent of Assignee

Page 1

04/25/2014 08:38:46 AM                                                                                          MONTCO

Mortgage Electronic Registration Systems, Inc., as nominee for LBA Financial Group, LLC, its successors and assigns

By: _____Tammy Jo Sorbo_____
Tammy Jo Sorbo,
Assistant Secretary

STATE OF Minnesota     )
COUNTY Ramsey         ) SS

*U04651856*

On April 18, 2014 before me, Bao Cindy Fang, Notary Public in and for said State personally appeared Tammy Jo Sorbo, Assistant Secretary of Mortgage Electronic Registration Systems, Inc., as nominee for LBA Financial Group, LLC, its successors and assigns, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____Bao C Fang_____
Bao Cindy Fang, Notary Public
My Commission expires: January 31, 2017



BAO CINDY FANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Page 2