# **Exhibit 26**

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:12-cv-00415-WD

| | |
|---|---|
| TAGGART v. GMAC MORTGAGE, LLC et al | Date Filed: 01/26/2012 |
| Assigned to: HONORABLE J. WILLIAM DITTER, JR | Date Terminated: 04/11/2014 |
| related Cases: 2:10-cv-02725-WD | Jury Demand: None |
| 2:12-cv-01913-WD | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: USCA FOR THE THIRD CIRCUIT, 13-03781 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**KENNETH J. TAGGART**   represented by   **MATTHEW B. WEISBERG**
WEISBERG LAW PC
7 SOUTH MORTON AVE
MORTON, PA 19070
610-690-0801
Fax: 610-690-0880
Email: mweisberg@weisberglawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. BIRCH**
ROBERT J. BIRCH, ESQ., PC
617 SWEDE ST
NORRISTOWN, PA 19401
610-277-9700
Email: rjblawyer@comcast.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC MORTGAGE, LLC**   represented by   **MARIA TERESA GUERIN**
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
PHILADELPHIA, PA 19103
215-851-8100
Fax: 215-851-8100
Email: mguerin@reedsmith.com
*ATTORNEY TO BE NOTICED*

11/18/2014 12-12020-mg Doc 7847-30 United States District Court Eastern District of Pennsylvania Exhibit 26
Filed 12/09/14 Entered 12/09/14 17:48:56
to Delehey Decl Pg 3 of 10

**Defendant**

**UNITED STATES OF AMERICA**
*TERMINATED: 08/12/2013*

represented by **SUSAN DEIN BRICKLIN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8318
Fax: 215-861-8349
Email: susan.bricklin@usdoj.gov
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)**
*TERMINATED: 08/12/2013*

represented by **SUSAN DEIN BRICKLIN**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE FEDERAL HOUSING ADMINISTRATION (FHA)**
*TERMINATED: 08/12/2013*

represented by **SUSAN DEIN BRICKLIN**
(See above for address)
*TERMINATED: 08/12/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2012 | 1 | COMPLAINT against DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), DOES, GMAC MORTGAGE, LLC, THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA ( Filing fee $ 350 receipt number 056922.), filed by KENNETH J. TAGGART. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 01/26/2012) |
| 01/26/2012 | | Summons Issued as to DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), GMAC MORTGAGE, LLC, THE FEDERAL HOUSING ADMINISTRATION (FHA). Four Forwarded To: Pro se plaintiff and one given to AUSA on 1/26/12 (jwl, ) (Entered: 01/26/2012) |
| 01/27/2012 | 2 | Acceptance of Service by U.S. Attorney, Re: accepted summons and complaint for UNITED STATES OF AMERICA on 1/27/2012, answer due 3/27/2012. (kw, ) (Entered: 01/30/2012) |
| 03/22/2012 | 3 | AMENDED COMPLAINT against DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), DOES, GMAC MORTGAGE, LLC, THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA, |

11/18/2014    12-12020-mg    Doc 7847-30    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 26
to Delehey Decl.    Pg 4 of 10

United States District Court Eastern District of Pennsylvania

| | | |
|---|---|---|
| | | Certificate of Service, filed by PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 03/23/2012) |
| 03/22/2012 | | Summons on Amended Complaint Issued as to DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), GMAC MORTGAGE, LLC, THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. Forwarded To: pro se plff and one given to AUSA on 3/23/12. (kw, ) (Entered: 03/23/2012) |
| 03/28/2012 | 4 | Acceptance of Service by U.S. Attorney, Re: accepted summons and amended complaint for UNITED STATES OF AMERICA on 3/28/2012, answer due 5/29/2012. (kw, ) (Entered: 03/29/2012) |
| 04/05/2012 | 5 | MOTION for Extension of Time to File Answer *or Otherwise Respond to Amended Complaint* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA.Certificate of Service.(BRICKLIN, SUSAN) (Entered: 04/05/2012) |
| 04/09/2012 | 6 | ORDER THAT FEDERAL DEFTS SHALL FILE THEIR RESPONSE TO PLFF'S AMENDED COMPLAINT ON OR BEFORE 5/22/2012. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 4/9/12. 4/9/12 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF AND UNREPRESENTED PARTY.(kw, ) (Entered: 04/09/2012) |
| 05/17/2012 | 7 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA.Memorandum of Law, Certificate of Service. (Attachments: # 1 Exhibit A-F)(BRICKLIN, SUSAN) (Entered: 05/17/2012) |
| 05/25/2012 | 8 | NOTICE of Appearance by MARIA TERESA GUERIN on behalf of GMAC MORTGAGE, LLC with Certificate of Service(GUERIN, MARIA) (Entered: 05/25/2012) |
| 05/25/2012 | 9 | NOTICE by GMAC MORTGAGE, LLC *of Bankruptcy and Effect of Automatic Stay* (GUERIN, MARIA) (Entered: 05/25/2012) |
| 05/29/2012 | 10 | NOTICE of Appearance by MARIA TERESA GUERIN on behalf of GMAC MORTGAGE, LLC with Certificate of Service(GUERIN, MARIA) (Entered: 05/29/2012) |
| 06/04/2012 | 11 | MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY HUD, US GOVERNMENT, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 06/05/2012) |
| 06/04/2012 | 12 | SUMMONS Returned Executed by KENNETH J. TAGGART, re: Blake Inman served Summons and Complaint upon Delois Brown on behalf of DEFT GMAC MORTGAGE, LLC by personal service on 5/22/2012, answer due 6/12/2012. (kw, ) (Entered: 06/05/2012) |
| 06/06/2012 | 13 | ORDER THAT PLAINTIFF SHALL HAVE AN ADDITIONAL SIXTY (60) DAYS FROM THE DATE OF HIS REQUEST FOR AN EXTENSION TO FILE HIS RESPONSE IN OPPOSITION. PLAINTIFF'S RESPONSE SHALL THEREFORE BE FILED ON OR BEFORE AUGUST 3, 2012. SIGNED BY |

| | | |
|---|---|---|
| | | HONORABLE J. WILLIAM DITTER, JR ON 6/6/2012. 6/7/2012 ENTERED AND COPIES MAILED TO DEFENDANT AND PLAINTIFF AND E-MAILED. (lbs, ) (Entered: 06/07/2012) |
| 07/12/2012 | 14 | MOTION to Have Case Proceed Against Federal Defendants filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. Memorandum and Certificate of Service.(BRICKLIN, SUSAN) Modified on 7/13/2012 (ahf, ). (Entered: 07/12/2012) |
| 07/16/2012 | 15 | ORDER THAT THE CASE SHALL PROCEED AGAINST THE FEDERAL DEFENDANTS. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 7/16/2012. 7/16/2012 ENTERED AND COPIES E-MAILED; AND MAILED TO PRO SE. (ems) (Entered: 07/16/2012) |
| 08/03/2012 | 16 | MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY HUD, US GOVERNMENT, FILED BY PLFF KENNETH J. TAGGART, CERTIFICATE OF SERVICE.(gn, ) (Entered: 08/06/2012) |
| 09/12/2012 | 17 | ORDER THAT PLFF SHALL HAVE UNTIL 10/1/2012 TO FILE A RESPONSE TO MOTION TO DISMISS FILED BY THE UNITED STATES, THE DEPT. OF HOUSING AND URBAN DEVELOPMENT, AND THE FEDERAL HOUSING ADMINISTRATION. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 9/12/12. 9/12/12 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 09/12/2012) |
| 10/01/2012 | 18 | AMENDED COMPLAINT in response to motion to dismiss, filed by PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 10/02/2012) |
| 10/01/2012 | 19 | Answer/Rebuttal to motion to dismiss, filed by PRO SE PLFF KENNETH J. TAGGART. (kw, ) (Entered: 10/02/2012) |
| 10/05/2012 | 20 | Response *to Plaintiff's Second Amended Complaint* by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA, Certificate of service. (BRICKLIN, SUSAN) Modified on 10/9/2012 (nd, ). (Entered: 10/05/2012) |
| 11/26/2012 | 21 | ORDER THAT DEFTS' MOTION TO DISMISS IS GRANTED. HOWEVER, PLFF'S DUE PROCESS CLAIM REGARDING THE ADEQUACY OF HIS HEARING WITH HUD OFFICIALS IS ALLOWED TO PROCEED. DEFTS SHALL FILE AN ANSWER OR OTHER PLEADING WITHIN 20 DAYS OF THIS ORDER, ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 11/26/12. 11/27/12 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 11/27/2012) |
| 12/17/2012 | 22 | MOTION to Dismiss *Plaintiff's Due Process Claim Regarding the Adequacy of his Hearing with HUD Officials* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA.Memorandum of Law, Certificate of Service. (Attachments: # 1 Exhibit)(BRICKLIN, SUSAN) (Entered: 12/17/2012) |
| 12/26/2012 | 23 | MOTION FOR RECONSIDERATION OF THE ORDER DATED NOVEMBER |

11/18/2014　12-12020-mg　　Doc 7847-30　　Filed 12/09/14　　Entered 12/09/14 17:48:56　　Exhibit 26
to Delehey Decl.　Pg 6 of 10

Case 2:12-cv-04999 Document 127 Filed 12/05/14 Page 5 of 9

| | | |
|---|---|---|
| | | 26, 2012, CERTIFICATE OF SERVICE, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 12/27/2012) |
| 01/03/2013 | 24 | RESPONSE in Opposition re 23 MOTION for Reconsideration filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. (BRICKLIN, SUSAN) (Entered: 01/03/2013) |
| 01/04/2013 | 25 | MOTION FOR A SHORT EXTENSION OF TIME TO RESPOND TO 2ND MOTION TO DISMISS FILED BY HUD, U.S. GOVERNMENT, CERTIFICATE OF SERVICE, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 01/07/2013) |
| 01/09/2013 | 26 | MOTION FOR A SHORT EXTENSION OF TIME FILE SUR REPLY AND RESPOND TO OPPOSITION TO MOTION FOR RECONSIDERATION FILED BY HUD, US GOVERNMENT, CERTIFICATE OF SERVICE, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 01/09/2013) |
| 01/09/2013 | 27 | ORDER THAT PLFF SHALL HAVE UNTIL 1/18/2013 TO FILE A RESPONSE TO MOTION TO DISMISS FILED BY UNITED STATES, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, & THE FEDERAL HOUSING ADMINISTRATION. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/9/13. 1/10/13 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 01/10/2013) |
| 01/11/2013 | 28 | ORDER THAT PLFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY REGARDING HIS MOTION FOR RECONSIDERATION IS GRANTED. PLFF SHALL HAVE UNTIL 1/22/2013 TO FILE A REPLY. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/11/13. 1/11/13 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 01/11/2013) |
| 01/18/2013 | 29 | Answer to motion to dismiss filed by The United States of America & Memorandum of law, filed by PRO SE PLFF KENNETH J. TAGGART. (kw, ) (Entered: 01/22/2013) |
| 01/18/2013 | 30 | Memorandum of law in support of: Answer to motion to dismiss filed by the United States of America & rebuttal to the Governments Memorandum of law in support of motion to dismiss, filed by PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 01/22/2013) |
| 01/22/2013 | 31 | MOTION TO THE COURT TO ADDRESS "CONFLICT OF INTEREST" & APPARENT RETALIATION BY GOVERNMENT DEFENDANTS, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 01/23/2013) |
| 01/22/2013 | 32 | Plff's Rebuttal to Government Defendants, "Opposition to motion for reconsideration", filed by PRO SE PLFF KENNETH J. TAGGART. (kw, ) (Entered: 01/23/2013) |
| 01/25/2013 | 33 | ORDER THAT PLFF'S NOTICE AND MOTION TO "ADDRESS CONFLICT OF INTEREST AND APPARENT RETALIATION BY GOVERNMENT DEFENDANTS" IS DENIED WITHOUT PREJUDICE TO REFILE IN ACCORDANCE WITH LOCAL RULE 7.1, ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/24/13.1/25/13 ENTERED AND COPIES E- |

11/18/2014 12-12020-mg Doc 7847-30 Filed 12/09/14 Entered 12/09/14 17:48:56 Exhibit 26 to Delehey Decl. Pg. 7 of 10

United States District Court Eastern District of Pennsylvania

| | | |
|---|---|---|
| | | MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 01/25/2013) |
| 02/01/2013 | 34 | MOTION to Stay *Discovery* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA.Memorandum of Law, Certificate of Service.(BRICKLIN, SUSAN) (Entered: 02/01/2013) |
| 02/01/2013 | 35 | MOTION FOR EXTENSION OF TIME TO REFILE MOTION TO ADDRESS CONFLICT OF INTEREST & APPARENT RETALIATION BY GOVERNMENT DEFENDANTS, CERTIFICATE OF SERVICE filed by KENNETH J. TAGGART..(rf, ) (Entered: 02/04/2013) |
| 02/01/2013 | 36 | MOTION TO STAY DISPOSITION OF ALL PENDING MOTIONS BEFORE THE COURT PENDING DISPOSITION OF: MOTION TO ADDRESS CONFLICT OF INTEREST & APPARENT RETALIATION BY GOVERNMENT DEFENDANTS, CERTIFICATE OF SERVICE filed by KENNETH J. TAGGART..(rf, ) (Entered: 02/04/2013) |
| 02/05/2013 | 37 | ORDER THAT THE FEDERAL DEFTS' MOTION TO STAY DISCOVERY IS GRANTED. DISCOVERY IS HEREBY STAYED UNTIL FURTHER ORDER OF THE COURT. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 2/5/13.2/5/13 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 02/05/2013) |
| 02/05/2013 | 38 | ORDER THAT PLFF SHALL HAVE UNTIL 2/22/2013 TO FILE THE REQUESTED MOTION. IT IS FURTHER ORDERED THAT PLFF'S MOTION TO STAY DISPOSITION OF ALL PENDING MOTIONS UNTIL RESOLUTION OF THE ABOVE-MENTIONED MOTION IS GRANTED. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 2/5/13.2/5/13 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE PLFF.(kw, ) (Entered: 02/05/2013) |
| 02/22/2013 | 39 | NOTICE & MOTION TO THE COURT TO ADDRESS "CONFLICT OF INTEREST" & APPARENT RETALIATION BY GOVERNMENT DEFENDANTS, FILED BY PRO SE PLFF KENNETH J. TAGGART. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(kw, ) (Entered: 02/25/2013) |
| 02/22/2013 | 40 | MEMORANDUM OF LAW SUR MOTION TO APPOINT INDEPENDENT COUNSEL DUE TO CONFLICT OF INTEREST AND RETALIATION BY HUD, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 02/25/2013) |
| 02/28/2013 | 41 | AMENDED NOTICE & MOTION TO THE COURT TO ADDRESS "CONFLICT OF INTEREST", APPARENT RETALIATION & ETHICS VIOLATIONS BY HUD & GOVERNMENT DEFENDANTS & MEMORANDUM OF LAW, CERTIFICATE OF SERVICE, FILED BY PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 03/01/2013) |
| 02/28/2013 | 42 | Amended Memorandum of law to appoint independent counsel due to conflict of interest, address retaliation by Hud & Federal Defendants, & ethics violations, Certificate of Service, filed by PRO SE PLFF KENNETH J. TAGGART.(kw, ) (Entered: 03/01/2013) |
| 03/08/2013 | 43 | RESPONSE in Opposition re 40 MOTION to Appoint Counsel, 39 MOTION TO |

| | | |
|---|---|---|
| | | ADDRESS CONFLICT OF INTEREST & APPARENT RETALIATION BY GOVERNMENT DEFENDANTS, 41 MOTION *and Opposition to Amended Memorandum of Law to Appoint Independent Counsel* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. (BRICKLIN, SUSAN) (Entered: 03/08/2013) |
| 03/20/2013 | 44 | NOTICE of Appearance by ROBERT J. BIRCH on behalf of KENNETH J. TAGGART (BIRCH, ROBERT) (Entered: 03/20/2013) |
| 03/22/2013 | 45 | ORDER THAT PLFF'S COUNSEL SHALL REVIEW THE CASE FILE & EVALUATE ALL PENDING MOTIONS TO DETERMINE THEIR MERIT, ETC. A TELEPHONE CONFERENCE IS SCHEDULED FOR 4/3/2013 AT 11:00 A.M., FOR A STATUS UPDATE, ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 3/21/13. 3/22/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 03/22/2013) |
| 04/03/2013 | 46 | ORDER THAT PLFF HAS AGREED TO WITHDRAW HIS MOTION FOR RECONSIDERATION AS WELL AS THE MOTIONS TO "ADDRESS CONFLICT OF INTEREST AND APPARENT RETALIATION BY GOVERNMENT DEFENDANTS" (DKTS. 39 & 41). PLFF'S COUNSEL SHALL HAVE THE OPPORTUNITY TO RESPOND TO THE GOVERNMENT DEFTS MOTION TO DISMISS PLFF'S DUE PROCESS CLAIM BY 4/12/2013, ETC. ORAL ARGUMENT ON DEFTS' MOTION TO DISMISS IS SCHEDULED FOR 4/30/2013 AT 11:00 A.M., ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 4/3/13. 4/4/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 04/04/2013) |
| 04/04/2013 | 47 | Minute Entry for proceedings held before HONORABLE J. WILLIAM DITTER, JR: Status Conference held on 04/03/13. (si, ) (Entered: 04/04/2013) |
| 04/12/2013 | 48 | Memorandum re 22 MOTION to Dismiss *Plaintiff's Due Process Claim Regarding the Adequacy of his Hearing with HUD Officials* filed by KENNETH J. TAGGART. (BIRCH, ROBERT) (Entered: 04/12/2013) |
| 04/18/2013 | 49 | RESPONSE in Support re 22 MOTION to Dismiss *Plaintiff's Due Process Claim Regarding the Adequacy of his Hearing with HUD Officials (Federal Defendants' Reply Brief)* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. (BRICKLIN, SUSAN) (Entered: 04/18/2013) |
| 05/01/2013 | 50 | Minute Entry, re: Oral Argument for proceedings held before HONORABLE J. WILLIAM DITTER, JR. held on 4/30/13. Will be decided as a summary judgment motion. Counsel to submit additional material. Motion taken under advisement. Court Reporter: ESR. (kw, ) (Entered: 05/02/2013) |
| 05/01/2013 | 51 | ORDER THAT FEDERAL DEFTS' MOTION TO DISMISS UNDER RULE 12(b)(6) IS CONVERTED TO A MOTION FOR SUMMARY JUDGMENT UNDER RULE 56, ETC. PLFF SHALL HAVE 10 DAYS TO SUBMIT ANY ADDITIONAL MATERIAL IN RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT. FEDERAL DEFTS MAY FILE ANY REPLY WITHIN 10 DAYS AFTER PLFF'S RESPONSE IS FILED. SIGNED BY |

| | | |
|---|---|---|
| | | HONORABLE J. WILLIAM DITTER, JR ON 5/1/13. 5/2/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 05/02/2013) |
| 05/13/2013 | 52 | Memorandum re 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *And Attached Affidavit* filed by KENNETH J. TAGGART. (BIRCH, ROBERT) (Entered: 05/13/2013) |
| 05/17/2013 | 53 | RESPONSE in Support re 22 MOTION to Dismiss *Plaintiff's Due Process Claim Regarding the Adequacy of his Hearing with HUD Officials* filed by DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), THE FEDERAL HOUSING ADMINISTRATION (FHA), UNITED STATES OF AMERICA. (BRICKLIN, SUSAN) (Entered: 05/17/2013) |
| 08/12/2013 | 54 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 8/12/13. 8/13/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 08/13/2013) |
| 08/12/2013 | 55 | ORDER THAT DEFTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED.SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 8/12/13. 8/13/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 08/13/2013) |
| 08/12/2013 | 56 | ORDER THAT JUDGMENT BE AND THE SAME IS HEREBY ENTERED IN FAVOR OF DEFTS, UNITED STATES OF AMERICA, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, & THE FEDERAL HOUSING ADMINISTRATION, & AGAINST PLFF, KENNETH J. TAGGART. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 8/12/13. 8/13/13 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 08/13/2013) |
| 09/11/2013 | 57 | NOTICE OF APPEAL as to 37 Order on Motion to Stay, 55 Order (Memorandum and/or Opinion), 21 Order (Memorandum and/or Opinion), 56 Order, Add and Terminate Parties, Add and Terminate Attorneys,,, by KENNETH J. TAGGART. Copies to Judge, Clerk USCA, Appeals Clerk and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (WEISBERG, MATTHEW) Modified on 9/11/2013 (nd, ). (Entered: 09/11/2013) |
| 09/11/2013 | 58 | Clerk's Notice to USCA, re: 57 Notice of Appeal. (kw, ) (Entered: 09/12/2013) |
| 09/18/2013 | | NOTICE of Docketing Record on Appeal from USCA re 57 Notice of Appeal, filed by KENNETH J. TAGGART. USCA Case Number 13-3781 (ems) (Entered: 09/18/2013) |
| 09/18/2013 | | USCA Appeal Fees received $ 455.00 receipt number PPE088563, re: 57 Notice of Appeal, filed by KENNETH J. TAGGART (kw, ) (Entered: 09/19/2013) |
| 11/07/2013 | 59 | TRANSCRIPT of Hearing held on 4/30/13, before Judge J. William Ditter, Jr.. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/29/2013. Redacted Transcript Deadline set for 12/9/2013. Release of Transcript Restriction set for 2/5/2014. (kw, ) (Entered: 11/08/2013) |
| 11/07/2013 | 60 | Notice of Filing of Official Transcript with Certificate of Service, re: 59 Transcript - PDF. 11/8/13 Entered and Copies E-mailed. (kw, ) (Entered: 11/08/2013) |

| | | |
|---|---|---|
| 04/08/2014 | 61 | MOTION to Dismiss *GMAC, Without Prejudice (Voluntarily)* filed by KENNETH J. TAGGART.Certificate of Service.(WEISBERG, MATTHEW) (Entered: 04/08/2014) |
| 04/11/2014 | 62 | ORDER THAT APPELLANT-PLFF'S MOTION FOR VOLUNTARY DISMISSAL IS GRANTED, & CO-DEFT, GMAC IS DISMISSED AS A DEFT, WITHOUT PREJUDICE. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 4/10/14.4/10/14 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 04/11/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/18/2014 12:05:50 | | | |
| PACER Login: | mf1354:2923879:3945828 | Client Code: | 73214-0000001-16826 |
| Description: | Docket Report | Search Criteria: | 2:12-cv-00415-WD |
| Billable Pages: | 6 | Cost: | 0.60 |