# **Exhibit 27**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| KENNETH J. TAGGART<br>*Plaintiff*<br>v.<br>GMAC MORTGAGE, LLC<br>UNITED STATES OF AMERICA<br>(SEE ATTACHED SHEET)<br>*Defendant* | )<br>)<br>)  Civil Action No.   12-415<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GMAC Mortgage, LLC
1100 Virginia Dr
P.O. Box 8300
Fort Washington, PA 19034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth J. Taggart, pro se, 46 Heron Road, Holland, PA 18966
(45)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____3/22/12_____     *Kim Williams*

*Kim Williams*, Deputy Clerk

12-12020-mg    Doc 7847-31    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 27
to Delehey Decl    Pg 3 of 4
Case 2:12-cv-00415-WD    Document 12    Filed 06/04/12    Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-415

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GMAC Mortgage, LLC
was received by me on *(date)* May 20, 2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Delois Brown , who is designated by law to accept service of process on behalf of *(name of organization)* GMAC Mortgage, LLC on *(date)* 5/22/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 0.00 for travel and $ 68.00 for services, for a total of $ 68.00

I declare under penalty of perjury that this information is true.

Date: May 22, 2012

*Server's signature*

Blake Inman - Process Server
*Printed name and title*

LawServe, LLC
1901 Walnut Street, Suite 2-E, Philadelphia, PA 19103
1-800-796-4147 * Info@PaLawServe.com * www.PaLawServe.com

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.    12-415

## SERVICE LIST

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT (HUD)

THE FEDERAL HOUSING ADMINISTRATION
(FHA)