# Exhibit 29

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART            :            CIVIL ACTION

           Plaintiff        :

       v.            :

                   :

GMAC MORTGAGE, LLC, et al.        :            NO. 12-CV-0415

                   :

          Defendants        :

## ORDER

AND NOW, this 12th day of August, 2013, IT IS HEREBY ORDERED that the

defendants' motion for summary judgment (Dkt. 22)[1] is GRANTED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.

---

[1] The federal defendants filed a motion to dismiss plaintiff's remaining claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. 22. Pursuant to Rule 12(d), I converted the federal defendants' motion to dismiss to a motion for summary judgment. *See* Dkt. 51.