# **Exhibit 30**

# ReedSmith

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

Maria T. Guerin
Direct Phone: +1 215 241 7984
Email: mguerin@reedsmith.com

September 18, 2013



VIA FIRST CLASS U.S. MAIL

Ms. Marcia M. Waldron
Clerk for the United States Court of Appeals for
the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Kenneth Taggart v. GMAC Mortgage, LLC, et al.
Case Number: 2013-3781
District Case Number: 2-12-cv-00415

Dear Ms. Waldron:

Reed Smith LLP represents GMAC Mortgage, LLC ("GMACM") in connection with this matter. Pursuant to your case opening correspondence dated September 17, 2013, please be advised that GMACM will not be participating in this appeal because the underlying litigation has been stayed as to GMACM. The enclosed Notice of Bankruptcy and Effect of the Automatic Stay was filed last year in the District Court. The bankruptcy proceedings are ongoing, and the automatic stay has not been lifted for this matter.

If you should require additional information, please do not hesitate to contact us.

Very truly yours,

*Maria Guerin*

Maria T. Guerin

MTG/bas
Enclosure

cc: Matthew B. Weisberg, Esq. (with encl.)
Robert J. Birch, Esq. (with encl.)
Susan D. Bricklin, Esq. (with encl.)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

12-12020-mg Doc 7847-34 Filed 12/09/14 Entered 12/09/14 17:48:56 Exhibit 30 to Delehey Decl Pg 3 of 5
Case 2:13-3781 Document 009111395754 Page 2 Date Filed 09/26/2013
Case 2:12-cv-00415-WD Document 9 Filed 05/25/12 Page 1 of 3

SEP 20 2013

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Kenneth J. Taggart,** : | |
| Plaintiff, : | No. 2:12-cv-00415 |
| v. : | |
| **GMAC Mortgage, LLC,** *et al.* : | |
| Defendants. : | |

## NOTICE OF BANKRUPTCY
## AND EFFECT OF AUTOMATIC STAY

Defendant GMAC Mortgage, LLC ("GMAC" or "Debtor"), by and through its undersigned counsel, in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), respectfully submits this Notice of Bankruptcy and Effect of Automatic Stay, and states as follows:

1. On May 14, 2012 ("Petition Date"), the Debtor and certain of its affiliates filed voluntary petitions ("Petitions") under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). The Debtor's case is jointly administered under the Chapter 11 Case for Debtor Residential Capital, LLC, et al., and is indexed as case number 12-12020.

2. The "automatic stay" is codified in section 362 of the Bankruptcy Code. Section 362(a), *inter alia*, imposes an automatic stay of: (i) the commencement or continuation of a "judicial, administrative, or other action or proceeding" against the Debtors (11 U.S.C. § 362(a)(1)); (ii) acts to "obtain possession of property" of the Debtors' estates (11 U.S.C. § 362(a)(3)); and (iii) acts to "collect, assess, or recover a claim" against the Debtors arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

12-12020-mg Doc 7847-34 Filed 12/09/14 Entered 12/09/14 17:48:56 Exhibit 30 to Delehey Decl Pg 4 of 5
Case 2:13-cv-3781 Document 009112095754 Page: 5 Date Filed: 09/26/2013
Case 2:12-cv-00415-WD Document 9 Filed 05/25/12 Page 2 of 3

3. The above-captioned action constitutes a "judicial, administrative, or other action or proceeding" against the Debtor, an act to obtain possession of the Debtor's property, and/or an act to collect or recover on a claim against the Debtor.

4. Accordingly, the above-captioned lawsuit and claims filed against GMAC must be stayed as to the Debtor pursuant to 11 U.S.C. § 362(a).

5. Any action taken by the Plaintiff against the Debtor without obtaining relief from the automatic stay from the Bankruptcy Court may be void *ab initio* and may result in finding of contempt against Plaintiff by the Bankruptcy Court. The Debtor reserves and retains all of its statutory rights to seek relief in Bankruptcy Court from any action, judgment, order, or ruling entered in violation of the Automatic Stay.

Respectfully submitted,

By: /s/ *Maria T. Guerin*
Diane Bettino (PA ID 64111)
Maria T. Guerin (PA ID 207378)
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

*Attorneys for Defendant
GMAC Mortgage, LLC*

May 25, 2012

12-12020-mg Doc 7847-34 Filed 12/09/14 Entered 12/09/14 17:48:56 Exhibit 30
to Delehey Decl Pg 5 of 5
Case 2:12-cv-00415-WD Document 9 Filed 05/25/12 Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY has been filed electronically this 25th day of May, 2012, and the following party/counsel of record will be notified by the Court's ECF system and Regular U.S. Mail.

        Kenneth Taggart
        46 Heron Road
        Heron, PA 18966
        *Plaintiff, Pro Se*

and

        Susan Dein Bricklin, Esq.
        U.S. Attorney's Office
        615 Chestnut Street
        Suite 1250
        Philadelphia, PA 19106
        *Counsel for Federal Government Defendants*

        */s/ Maria T. Guerin*
        Maria T. Guerin