# **Exhibit 31**

11/20/2014    12-12020-mg    Doc 7847-35    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 31
to Delehey Decl    Pg 2 of 7
United States District Court Eastern District of Pennsylvania

CLOSED, STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-01913-WD

| | |
|---|---|
| TAGGART v. COUNTY OF MONTGOMERY et al | Date Filed: 04/10/2012 |
| Assigned to: HONORABLE J. WILLIAM DITTER, JR | Date Terminated: 01/03/2013 |
| related Cases: 2:12-cv-00415-WD | Jury Demand: Plaintiff |
| 2:12-cv-04455-WD | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**KENNETH J. TAGGART**   represented by   **KENNETH J. TAGGART**
45 HERON ROAD
HOLLAND, PA 18966
*PRO SE*

V.

**Defendant**

**COUNTY OF MONTGOMERY**   represented by   **PHILIP W. NEWCOMER**
*(IN THE STATE OF PENNSYLVANIA)*   MONTGOMERY COUNTY
*TERMINATED: 01/03/2013*   SOLICITOR'S OFFICE
ONE MONTGOMERY PLZ
STE 800
PO BOX 311
NORRISTOWN, PA 19404-0311
610-278-3033
Email: pnewcome@montcopa.org
*TERMINATED: 01/03/2013*

**Defendant**

**COURT OF COMMON PLEAS OF**   represented by   **MARY E. BUTLER**
**MONTGOMERY COUNTY - STATE**   ADMINISTRATIVE OFFICE OF PA
**OF PENNSYLVANIA**   COURTS
*TERMINATED: 09/12/2012*   1515 MARKET ST
STE 1414
PHILADELPHIA, PA 19102
215-560-6300
Email: legaldepartment@pacourts.us
*TERMINATED: 09/12/2012*
*LEAD ATTORNEY*

**Defendant**

**PROTHONOTARY OF**   represented by   **PHILIP W. NEWCOMER**

**MONTGOMERY COUNTY PENNSYLVANIA**
*TERMINATED: 01/03/2013*

(See above for address)
*TERMINATED: 01/03/2013*

**Defendant**

**DOES**

**Defendant**

**SUPERIOR COURT OF PENNSYLVANIA**
*TERMINATED: 09/12/2012*

represented by **MARY E. BUTLER**
(See above for address)
*TERMINATED: 09/12/2012*
*LEAD ATTORNEY*

**ThirdParty Defendant**

**GMAC MORTGAGE, LLC**

represented by **BAILEY AXE**
REED SMITH LLP
1650 MARKET ST
2500 ONE LIBERTY PL
PHILADELPHIA, PA 19103
215-851-8265
Email: baxe@reedsmith.com
*ATTORNEY TO BE NOTICED*

**DIANE A. BETTINO**
REED SMITH LLP
PRINCETON FORRESTAL VILLAGE
136 MAIN ST., STE 250
PRINCETON, NJ 08540
609-514-5962
Email: dbettino@reedsmith.com
*ATTORNEY TO BE NOTICED*

**MARIA TERESA GUERIN**
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
PHILADELPHIA, PA 19103
215-851-8100
Fax: 215-851-8100
Email: mguerin@reedsmith.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED & MERSCORP**
*TERMINATED: 01/03/2013*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2012 | 1 | COMPLAINT against All Defendants ( Filing fee $ 350 receipt number 061218.), filed by KENNETH J. TAGGART. (Attachments: # 1 Civil Cover Sheets)(tj, ) (Entered: 04/13/2012) |
| 04/10/2012 |   | Summons Issued as to COUNTY OF MONTGOMERY, COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA. Forwarded To: Pro Se on 4/13/12 (tj, ) (Entered: 04/13/2012) |
| 04/10/2012 |   | DEMAND for Trial by Jury by KENNETH J. TAGGART. (tj, ) (Entered: 04/13/2012) |
| 05/08/2012 | 2 | AMENDED CIVIL COMPLAINT against COUNTY OF MONTGOMERY, COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, DOES, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA, GMAC MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED & MERSCORP, filed by KENNETH J. TAGGART.(tomg, ) (Entered: 05/09/2012) |
| 05/08/2012 |   | Summons Issued as to COUNTY OF MONTGOMERY, COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA. Forwarded To: Pro Se on 5/9/2012 (tomg, ) (Entered: 05/09/2012) |
| 05/08/2012 |   | Third Party Summons Issued as to GMAC MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED & MERSCORP. Forwarded To: Pro Se on 5/9/2012 (tomg, ) (Entered: 05/09/2012) |
| 05/10/2012 | 3 | EXHIBITS TO THE AMENDED CIVIL COMPLAINT FILED by KENNETH J. TAGGART.. (Attachments: # 1 EX. B, # 2 EX. C, # 3 EX. D, # 4 EX. E, # 5 EX. F, # 6 EX. G, # 7 EX. H, # 8 EX. I, # 9 EX. J, # 10 EX. K, # 11 EX. L, # 12 EX. M, (EX. N (FILE SIZE TO BIG)), # 13 EX. O,(EX. P (FILE SIZE TO BIG)), # 14 EX. Q, # 15 EX. R, # 16 EX S., T., U., V., W, # 17 EX. X, # 18 EX. Y., AND Z, # 19 EX. AA,(EX. BB (FILE SIZE TO BIG)),# 20) EX. CC., DD., EE, # 21 EX. FF, (EX. GG (FILED SIZE TO BIG)), # 22 EX. HH, # 23 EX. II)(tomg, ) (Entered: 05/10/2012) |
| 06/12/2012 | 4 | NOTICE of Appearance by PHILIP W. NEWCOMER on behalf of COUNTY OF MONTGOMERY, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA with Certificate of Service(NEWCOMER, PHILIP) (Entered: 06/12/2012) |
| 07/10/2012 | 5 | NOTICE of Appearance by BAILEY AXE on behalf of GMAC MORTGAGE, LLC with Certificate of Service(AXE, BAILEY) (Entered: 07/10/2012) |
| 07/10/2012 | 6 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by GMAC MORTGAGE, LLC.(AXE, BAILEY) (Entered: 07/10/2012) |
| 07/10/2012 | 7 | NOTICE by GMAC MORTGAGE, LLC *of Bankruptcy and Effect of Automatic* |

| | | |
|---|---|---|
| | | *Stay* (AXE, BAILEY) (Entered: 07/10/2012) |
| 07/10/2012 | 8 | NOTICE of Appearance by DIANE A. BETTINO on behalf of GMAC MORTGAGE, LLC with Certificate of Service(BETTINO, DIANE) (Entered: 07/10/2012) |
| 07/10/2012 | 9 | NOTICE of Appearance by MARIA TERESA GUERIN on behalf of GMAC MORTGAGE, LLC with Certificate of Service(GUERIN, MARIA) (Entered: 07/10/2012) |
| 07/27/2012 | 10 | NOTICE of Appearance by MARY E. BUTLER on behalf of COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA with Certificate of Service(BUTLER, MARY) (Entered: 07/27/2012) |
| 08/03/2012 | 11 | MOTION for Extension of Time to File Response/Reply filed by COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA, Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BUTLER, MARY) Modified on 8/3/2012 (md). (Entered: 08/03/2012) |
| 08/17/2012 | 12 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by COUNTY OF MONTGOMERY, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA.Proposed Order, Memorandum of Law, and Certificate of Service. (Attachments: # 1 Exhibits)(NEWCOMER, PHILIP) (Entered: 08/17/2012) |
| 08/23/2012 | 13 | ORDER THAT MOTION (DOC. #11) IS GRANTED. DEFTS ARE DIRECTED TO FILE A RESPONSE ON OR BEFORE 9/3/2012. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 8/22/2012. 8/23/2012 ENTERED AND COPIES MAILED TO UNREP AND PRO SE, E-MAILED.(tomg, ) (Entered: 08/23/2012) |
| 09/04/2012 | 14 | MOTION to Dismiss *Plaintiff's Amended Complaint* filed by COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA.Certificate of Service. (Attachments: # 1 Text of Proposed Order)(BUTLER, MARY) (Entered: 09/04/2012) |
| 09/04/2012 | 15 | Brief in Support of 14 MOTION to Dismiss *Plaintiff's Amended Complaint* filed by COURT OF COMMON PLEAS OF MONTGOMERY COUNTY - STATE OF PENNSYLVANIA, SUPERIOR COURT OF PENNSYLVANIA.(BUTLER, MARY) Modified on 9/5/2012 (fh) (Entered: 09/04/2012) |
| 09/07/2012 | 16 | MOTION for Extension of Time to answer the Motion to Dismiss filed by defts, County of Montgomery & Prothonotary of Montgomery County filed by KENNETH J. TAGGART with Certificate of Service.(tomg, ) (Entered: 09/07/2012) |
| 09/12/2012 | 17 | ORDER THAT DEFENDANTS' MOTION TO DISMISS (DOC. NO. 14) IS GRANTED AND PLAINTIFF'S CLAIMS ARE DISMISSED WITH PREJUDICE; ETC.. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 9/12/2012. 9/12/2012 ENTERED AND COPIES E-MAILED; AND MAILED TO PRO SE AND UNREP. (ems) (Entered: 09/12/2012) |

| | | |
|---|---|---|
| 09/12/2012 | 18 | ORDER THAT PLAINTIFF SHALL HAVE THE REQUESTED EXTENSION UNTIL 11/6/2012 TO RESPOND TO THE MOTION TO DISMISS. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 9/12/2012. 9/12/2012 ENTERED AND COPIES E-MAILED; AND MAILED TO PRO SE AND UNREP. (ems) (Entered: 09/12/2012) |
| 11/06/2012 | 19 | 2ND MOTION FOR EXTENSION OF TIME TO ANSWER THE MOTION TO DISMISS FILED BY THE DEFTS, COUNTY MONTGOMERY & PROTHONOTARY OF MONTGOMERY COUNTY filed by KENNETH J. TAGGART with CERTIFICATE OF SERVICE.(tomg, ) (Entered: 11/07/2012) |
| 11/07/2012 | 20 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, PLAINTIFF SHALL HAVE UNTIL 11/27/2012 TO FILE A RESPONSE.. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 11/7/2012.11/7/2012 ENTERED AND COPIES MAILED TO PRO SE AND UNREP, E-MAILED.(kp, ) (Entered: 11/07/2012) |
| 11/27/2012 | 21 | MOTION to Withdraw Complaint against COUNTY MONTGOMERY & PROTHONOTARY OF MONTGOMERY COUNTY without prejudice filed by KENNETH J. TAGGART..(tomg, ) (Entered: 11/28/2012) |
| 11/29/2012 | 22 | ORDER THAT PLAINTIFF'S MOTION TO WITHDRAW HIS COMPLAINT AGAINST THE COUNTY OF MONTGOMERY AND PROTHONOTARY OF MONTGOMERY COUNTY (DOC. #21) IS DENIED WITHOUT PREJUDICE TO REFILE IN ACCORDANCE WITH LOCAL RULE 7.1, ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 11/28/2012. 11/30/2012 ENTERED AND COPIES MAILED TO PRO SE AND UNREP, E-MAILED.(tomg, ) (Entered: 11/30/2012) |
| 12/10/2012 | 23 | RENEWED/AMENDED MOTION TO WITHDRAW COMPLAINT AGAINST COUNTY MONTGOMERY & PROTHONOTARY OF MONTGOMERY COUNTY WITHOUT PREJUDICE filed by KENNETH J. TAGGART with CERTIFICATE OF SERVICE..(tomg, ) (Entered: 12/11/2012) |
| 12/22/2012 | 24 | RESPONSE in Opposition re 23 MOTION to Withdraw *Complaint Without Prejudice,* filed by COUNTY OF MONTGOMERY, PROTHONOTARY OF MONTGOMERY COUNTY PENNSYLVANIA. (NEWCOMER, PHILIP) (Entered: 12/22/2012) |
| 01/03/2013 | 25 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/3/2013. 1/3/2013 ENTERED AND COPIES MAILED TO PRO SE AND UNREP, E-MAILED.(tomg, ) (Entered: 01/03/2013) |
| 01/03/2013 | 26 | MEMORANDUM AND/OR OPINION ORDER THAT THIS ACTION AGAINST COUNTY DEFTS IS DISMISSED WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND THE CLERK OF COURT IS DIRECTED TO ENTER THE DISMISSAL ON THE DOCKET. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/3/2013. 1/3/2013 ENTERED AND COPIES MAILED TO PRO SE AND UNREP, E-MAILED.(tomg, ) (Entered: 01/03/2013) |
| 01/03/2013 | 27 | MEMORANDUM AND/OR OPINION ORDER THAT THIS ACTION AGAINST MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AND |

INCORPORATED & MERSCORP IS DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO MAKE SERVICE IN ACCORDANCE WITH RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE, ETC. SIGNED BY HONORABLE J. WILLIAM DITTER, JR ON 1/3/2013. 1/3/2013 ENTERED AND COPIES MAILED TO PRO SE AND UNREP, E-MAILED. (tomg, ) (Entered: 01/03/2013)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/20/2014 10:35:44 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73214-0000001-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cv-01913-WD |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |