**Exhibit 35**

12-12020-mg    Doc 7847-39    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 35
to Delehey Decl.    Pg 4 of 4

12-01945-mg    Doc 12    Filed 02/26/13    Entered 03/01/13 14:56:54    Main Document
Pg 2 of 5

Docket #0012  Date Filed: 2/26/2013

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

Civil Case# 12 – cv 12020

**Residential Capital, LLC, et al**
**Debtor**

Response by Kenneth Taggart to Motion filed by Residential Capital, LLC on January 26, 2013. Docket #2942 & letter from Debtors on January 25, 2013.

Kenneth Taggart has responded to Debtors request to voluntarily withdraw the Adversary Complaint (#12-01945 Taggart v GMAC Mortgage, LLC et al) in this case. Kenneth Taggart file a voluntary petition to withdraw his complaint with the court today via UPS as attached. GMAC offered to withdraw Motion(s) for Sanctions & Implementation of Injunctive Relief if Adversary Complaint was withdrawn (see Exhibit) upon

Defendants, GMAC Mortgage, LLC & Residential Capital, LLC agreed to withdraw the Motion for Sanctions & Implementation of Injunctive Relief baring additional filings in this court without leave. In addition, Taggart is by no means admitting that claims are frivolous, he is simply withdrawing the claims in this court. Any and all filings in this court have been in good faith and Taggart will make every attempt to resolve any claims with Debtors. There should be no sanctions or Injunction imposed upon Taggart for any additional filings.

Kenneth Taggart, Pro Se

February 20, 2013



# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

---

*ADVERSARY COMPLAINT #12-01945*
(RE: Civil Case# 12 – cv 12020)

Taggart v GMAC Mortgage, LLC et al

---

**Praecipe to Withdraw Adversary Complaint *#12-01945***

---

Kenneth Taggart hereby voluntarily files this praecipe to withdraw the Adversary Complaint filed in this court being case number #12-01945 (related to the bankruptcy case # 12-12020).

Kenneth Taggart, Pro Se

*[signature]*

February 20, 2013

12-12020-mg   Doc 7847-39   Filed 12/09/14   Entered 12/09/14 17:48:56   Exhibit 35 to Delehey Decl.   Pg 4 of 5
12-01945-mg   Doc 12   Filed 02/26/13   Entered 03/01/13 14:58:54   Main Document   Pg 3 of 4
Page 1 of 1

**Ken Taggart**

From: "Newton, James A." <JNewton@mofo.com>
Date: Tuesday, February 19, 2013 9:21 AM
To: <Appraisal1s@verizon.net>; <kentaggart@verizon.net>
Attach: 2942.pdf
Subject: ResCap/ GMAC Mortgage Rule 9011 Motion

Mr. Taggart:

Attached, please find a copy of the Bankruptcy Rule 9011 motion we filed on Saturday. Please let us know if you will be withdrawing your complaint so that we can avoid going forward with this motion. Thank you.

Regards,
James

James A. Newton | Morrison & Foerster LLP
1290 Avenue of the Americas | New York, NY | 10104-0050
T. 212.336.4116 | C. 415.335.0870
jnewton@mofo.com

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

2/20/2013

# Certificate of Service

<u>Case #</u> Civil Case# 12 – cv 12020         Residential Mortgage Capital, et al

& Adversary Case # 12-01945    Taggart v GMAC Mortgage, LLC et al

The undersigned certifies that on February 20, 2013, he caused a copy of :

Response by Kenneth Taggart to Motion filed by Residential Capital, LLC on January 26, 2013. Docket #2942 & letter from Debtors on January 25, 2013. (case #12 – cv 12020   Residential Mortgage Capital, et al)

&

**Praecipe to Withdraw Adversary Complaint #*12-01945***

to be delivered to The United States Bankruptcy Court for The Southern District of New York via UPS.

---

Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on February 20,2013 to the following parties :

Counsel for Debtors  (copy also e-mailed to this party)
Morrison  & Foster, LLP, Larren M Nashelsky, Gary Lee, Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY. 10104


Kenneth J Taggart

*[signature]*

Pro se

February 20, 2013

1