**Exhibit 1 to Hall Declaration**

Identifier:0602083957　　Doc Type:HAZD

12-12020-mg    Doc 7847-43    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 1
Jul. 10. 2008 10:49AM    DELP INSURANCE    to Hall Decl    Pg. 220 of 3 P. 2

# EVIDENCE OF PROPERTY INSURANCE

Policy Number: ▮225 & ▮227
DATE (MM/DD/YYYY): 7/10/2008

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
PHONE (A/C, No, Ext): (215) 355-9660
Delp Insurance Services
FIRST FLOOR
1035 MILL CREEK DRIVE
FEASTERVILLE PA 19053
FAX (A/C, No): (215) 364-9144
E-MAIL ADDRESS: DELPINS@VERIZON.NET
CODE:   SUB CODE:
AGENCY CUSTOMER ID #:

**COMPANY**
THE PHILA CONTRIBUTIONSHIP
210 SOUTH FOURTH STREET
PHILADELPHIA, PA 19106

**INSURED**
KENNETH TAGGERT
45 HERON ROAD
HOLLAND, PA 18966

LOAN NUMBER:
POLICY NUMBER: ▮225 & ▮227
EFFECTIVE DATE: 8/9/2007
EXPIRATION DATE: 08/9/2008
[X] CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION:
521 COWPATH RD TELFORD PA 18969

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | $660,000 | |
| LIABILITY | $100,000 | |
| MEDICAL PAYMENTS TO OTHERS | $ 1,000 | |
| PREMIUM: | | $1700 |

## REMARKS (Including Special Conditions)

PAID

## CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL ___ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST
NAME AND ADDRESS:
L B A FINANCIAL GROUP LLC
1681 KENNETH RD
YORK PA 17408

[X] MORTGAGEE   [ ] ADDITIONAL INSURED
    LOSS PAYEE
LOAN #:

AUTHORIZED REPRESENTATIVE: JEFFREY DELP

ACORD 27 (2006/07)    © ACORD CORPORATION 1993-2008. All rights reserved.
The ACORD name and logo are registered marks of ACORD
Produced using Forms Boss Plus software. www.FormsBoss.com; Impressive Publishing 800-208-1977

717-767-1879

Policy Number: ■225 & ■227

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 7/10/2008

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
Delp Insurance Services
FIRST FLOOR
1035 MILL CREEK DRIVE
FEASTERVILLE PA 19053

PHONE (A/C, No, Ext): (215) 355-9660
FAX (A/C, No): (215) 364-9144
E-MAIL ADDRESS: DELPINS@VERIZON.NET
CODE:    SUB CODE:
AGENCY CUSTOMER ID #:

**COMPANY**
THE PHILA CONTRIBUTIONSHIP
210 SOUTH FOURTH STREET
PHILADELPHIA, PA 19106

**INSURED**
KENNETH TAGGERT
45 HERON ROAD
HOLLAND, PA 18966

LOAN NUMBER:
POLICY NUMBER: ■225 & ■227
EFFECTIVE DATE: 8/9/2007
EXPIRATION DATE: 8/9/2008
☒ CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION
521 COWPATH RD TELFORD PA 18969

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | $650,000 | |
| LIABILITY | $100,000 | |
| MEDICAL PAYMENTS TO OTHERS | $ 1,000 | |
| | | |
| PREMIUM $1,700.00 | | |

**REMARKS (Including Special Conditions)**

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**ADDITIONAL INTEREST**
NAME AND ADDRESS
L B A FINANCIAL GROUP LLC
1681 KENNETH RD
YORK PA 17408

☒ MORTGAGEE    ☐ ADDITIONAL INSURED
☐ LOSS PAYEE
LOAN #:

AUTHORIZED REPRESENTATIVE: JEFFREY DELP

ACORD 27 (2006/07)
Received Time Jul. 10. 3:41PM
© ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD