**Exhibit 2 to Hall Declaration**

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:24:05
LENDER  590                                                                    COV 02
MORTGAGOR  TAGGART, KENNETH              ADJ. SECURED BALANCE      $655,405.27
ADDRESS    45 HERON RD                   NEXT ACTIVITY DATE        99 99 9999
           HOLLAND, PA            18966   LINK?           CODE     02
PROPERTY INFO: SQ 20 MPI 0                PRIOR REQ. COV AMT       $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES  IMPOUND/TEN  REQ. COV AMT $330,000
    521 COWPATH ROAD                                                UNITS
    TELFORD PA                   18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                           FLOOD ZONE X   MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE  EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       225           EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB                 CANCEL DATE              TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO  CRR DOC-DESCRIPTION    EFF-DT     THRU-DT   TRANS-AMT
 10 01 2014  89 U                LOAN TRNSFR #CBN 10 01 2014
 07 25 2014  72 PREMIUM PAYMENT/PHB00/CHK# 0004097026                       936.00
 07 23 2014  61 ESC TRANSMIT REQUESTED
 06 26 2014  61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2014 08 09 2015    936.00
 06 26 2014  31 P84417725656 PHB     225           08 09 2014 08 09 2015+ 330,000
 05 24 2014  25 U                COLL UPDATE      05 25 2014
 08 24 2013  25 U                COLL UPDATE      08 25 2013
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
    MORE THAN ONE COVERAGE EXISTS FOR THIS LOAN
```

```
LENDER   590       BRANCH   00        LOAN              COV 02
                        12-12020-mg   Doc 7847-44   Filed 12/09/14   Entered 12/09/14 17:48:56   Exhibit 2
                                                         to Hall Decl   Pg 3 of 17
MORTGAGOR TAGGART, KENNETH              ADJ. SECURED BALANCE       $655,405.27
ADDRESS   45 HERON RD                   NEXT ACTIVITY DATE    99 99 9999
          HOLLAND, PA           18966   LINK?            CODE   02
PROPERTY INFO: SQ 20 MPI 0              PRIOR REQ. COV AMT      $330,000
ID FIRE1 CLASS 51 DESCRIPTION 1ST/RES   IMPOUND/TEN  REQ. COV AMT   $330,000
   521 COWPATH ROAD                                                 UNITS
   TELFORD PA             18969         LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                         FLOOD ZONE X   MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       225          EXPIRATION DATE 08 09 2015  WAIVED? NO  OFFICER
   CARRIER PHB               CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION    EFF-DT     THRU-DT    TRANS-AMT
07 26 2013 72 PREMIUM PAYMENT/PHB00/CHK# 0003825138                            904.00
06 27 2013 61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2013 08 09 2014          904.00
06 27 2013 31 P83317883745 PHB      225             08 09 2013 08 09 2014+  330,000
04 10 2013 61 I261764 - CHANGED PRODUCT CODE FROM D TO B


         ENTER (A)RCHIVED HISTORY, (P)REV HISTORY, OR PRESS ENTER KEY:
                    ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
   MORE HISTORY IN THE ARCHIVED AREA FOR THIS COVERAGE
```

```
S8HF02M   TERM: $065       CCS MORTGAGE TRANSACTION HISTORY    10/29/2014   08:25:35
LENDER   590                                                                COV  02
MORTGAGOR  TAGGART, KENNETH                       SECURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                            NEXT ACTIVITY DATE  99 99 9999
           HOLLAND, PA                 18966      LINK?          CODE  02
PROPERTY INFO: SQ 20 MPI 0                        PRIOR REQ. COV AMT   $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES   IMPOUND/TEN  REQ. COV AMT   $330,000
    521 COWPATH ROAD                                                    UNITS
    TELFORD PA                  18969      LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                            FLOOD ZONE  X   MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE  EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY       225           EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
    CARRIER PHB                CANCEL DATE              TRACK ONLY? NO
  TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT    THRU-DT  TRANS-AMT
 03 23 2013 25 U                 COLL UPDATE      03 24 2013
 02 23 2013 25 U                 COLL UPDATE      02 24 2013
 08 27 2012 61   LSR/PROVIDED CHRONO P/ INTERNAL EMAIL FROM MGMT/MP
 08 15 2012 61   TO AGT FOR ALL DECS FOR THIS PROPERTY//ELM
 08 15 2012 61   LSR RPLD LNDR EML/SENT ALL DECS IN FILE/ADV HAVE SNT
 08 13 2012 61   LSR/CRRCTN: 84222612572, NOT A DUPE - FOR DIFFERENT
 08 13 2012 61 M84222612572      PLCY RNWL DUP
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
               ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065       CCS MORTGAGE TRANSACTION HISTORY    10/29/2014   08:25:47
LENDER   590       BRANCH  000    LOAN ID                          336         COV  02
MORTGAGOR  TAGGART, KENNETH                  ADD'L SECURED BALANCE      $655,405.27
ADDRESS    45 HERON RD                       NEXT ACTIVITY DATE     99 99 9999
           HOLLAND, PA                18966  LINK?          CODE    02
PROPERTY INFO:  SQ 20 MPI 0                  PRIOR REQ. COV AMT         $330,000
ID  FIRE1  CLASS 51 DESCRIPTION 1ST/RES      IMPOUND/TEN  REQ. COV AMT  $330,000
   521 COWPATH ROAD                                                        UNITS
   TELFORD PA                       18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY         225        EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB               CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO     CRR DOC-DESCRIPTION      EFF-DT     THRU-DT    TRANS-AMT
 08 13 2012 61 M84222612311         PLCY RENEWAL
 08 13 2012 61 M84222607997         DEC PAGE
 08 13 2012 61 //ELM
 08 13 2012 61 LSR C/O AGT CASSANDRA 888-627-1752/WILLS END DECS FO
 07 26 2012 72 PREMIUM PAYMENT/PHB00/CHK# 0003393703
 07 06 2012 61 LSR/REP 2 LNDR EMAIL/ADV 2 YRS POL INFO/RENEWL PY RE
 06 28 2012 61 LSR/SENT FAX TO GMAC//LP
              ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                    ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY     10/29/2014   08:26:03
LENDER   590    BRANCH  000    LOAN  I                   33          COV  02
MORTGAGOR  TAGGART, KENNETH              ADJ. SECURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                   NEXT ACTIVITY DATE   99 99 9999
           HOLLAND, PA              18966    LINK?          CODE  02
PROPERTY INFO: SQ 20 MPI 0                PRIOR REQ. COV AMT    $330,000
ID  FIRE1 CLASS 51 DESCRIPTION 1ST/RES    IMPOUND/TEN  REQ. COV AMT    $330,000
   521 COWPATH ROAD                                              UNITS
   TELFORD PA                      18969   LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                            FLOOD ZONE X   MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE   DATE 08 09 2014   WITHIN LIMITS? YES
   POLICY      225           EXPIRATION  DATE 08 09 2015   WAIVED? NO   OFFICER
   CARRIER PHB               CANCEL DATE                   TRACK ONLY? NO
  TRANS-DT  CD DOCUMENT NO  CRR DOC-DESCRIPTION       EFF-DT    THRU-DT  TRANS-AMT
 06 28 2012 61 M83217975929
 06 27 2012 61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2012 08 09 2
 06 27 2012 31 P84217918782 PHB    225            08 09 2012 08 09 2013+  330,000
 06 27 2012 61 LSR/SENT FAX TO GMAC//LP
 06 27 2012 61 M84217845635
 06 14 2012 61 LSR/**CORRECTION - CANCELLED LPH ON FIRE2/MP**
 06 14 2012 61 LSR/CORRECTION/ CNXLD LPF/MP
            ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:26:15
LENDER  590██      BRANCH  000██   LOAN  ██████33        11 48 56 33          COV  02
MORTGAGOR  TAGGART, KENNETH                ADJ/UNSECURED BALANCE      $655,405.27
ADDRESS    45 HERON RD                     NEXT ACTIVITY DATE    99 99 9999
           HOLLAND, PA                18966      LINK?         CODE   02
PROPERTY INFO: SQ 20 MPI 0                     PRIOR REQ. COV AMT     $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES     IMPOUND/TEN  REQ. COV AMT  $330,000
    521 COWPATH ROAD                                                     UNITS
    TELFORD PA                    18969      LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE X    MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE    EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY  ███225             EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
    CARRIER PHB                 CANCEL DATE                TRACK ONLY? NO
  TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT     THRU-DT    TRANS-AMT
06 14 2012  61 LSR/REP 2 LNDR EMAIL/ADV CNXL LPH/PRVD REQSTD DOCS/M
06 14 2012  61 LSR/P/LNDR EMAIL/OPENED AOS TICKET #IM12881582/MP
11 06 2011  61 P83130607064 PHB  ███225          08 09 2007 08 09 2008+  660,000
07 27 2011  72 PREMIUM PAYMENT/PHB00/CHK# 0002947977                        831.00
06 28 2011  61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2011 08 09 2012      831.00
06 28 2011  31 P84117945887 PHB  ███225          08 09 2011 08 09 2012+  330,000
12 03 2010  61 P136511 – RISK BASED 2 CONVERSION
            ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
               ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY    10/29/2014   08:26:29
LENDER  590                                                                 COV 02
MORTGAGOR  TAGGART, KENNETH                      SECURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                          NEXT ACTIVITY DATE    99 99 9999
           HOLLAND, PA                18966      LINK?        CODE    02
PROPERTY INFO: SQ 20 MPI 0                       PRIOR REQ. COV AMT    $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES      IMPOUND/TEN  REQ. COV AMT $330,000
    521 COWPATH ROAD                                                     UNITS
    TELFORD PA                18969          LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE  EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       225         EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB              CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO  CRR DOC-DESCRIPTION    EFF-DT    THRU-DT   TRANS-AMT
 07 28 2010  72 PREMIUM PAYMENT/PHB00/CHK# 0002518375                       847.00
 06 28 2010  61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2010 08 09 2011      847.00
 06 28 2010  31 P85017954400 PHB      225          08 09 2010 08 09 2011+   330,000
 07 28 2009  72 PREMIUM PAYMENT/PHB00/CHK# 0002163050                       978.00
 07 25 2009  25 U                 COLL UPDATE     07 26 2009
 07 05 2009  61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2009 08 09 2010      978.00
 07 05 2009  31 P93918331603 PHB      225          08 09 2009 08 09 2010+   330,000
         ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M    TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:28:05
LENDER  59011                                                                  COV 02
MORTGAGOR  TAGGART, KENNETH                    ADJ. SECURED BALANCE     $655,405.27
ADDRESS    45 HERON RD                         NEXT ACTIVITY DATE       99 99 9999
           HOLLAND, PA                18966    LINK?         CODE  02
PROPERTY INFO: SQ 20 MPI 0                     PRIOR REQ. COV AMT       $330,000
ID  FIRE1  CLASS 51  DESCRIPTION  1ST/RES      IMPOUND/TEN   REQ. COV AMT  $330,000
    521 COWPATH ROAD                                                           UNITS
    TELFORD PA                     18969       LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                                FLOOD ZONE X      MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE    EFFECTIVE DATE 08 09 2014    WITHIN LIMITS? YES
    POLICY      225             EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
    CARRIER PHB                 CANCEL DATE                 TRACK ONLY? NO
  TRANS-DT  CD  DOCUMENT NO    CRR DOC-DESCRIPTION      EFF-DT     THRU-DT    TRANS-AMT
06 27 2009  61  OCC CHANGE FROM OCC TO TEN
06 27 2009  25  U                    COLL UPDATE       06 28 2009
03 06 2009  61  P093729 - CHANGED PROD TYPE CODE FROM 'B' TO 'A'
01 22 2009  61  CORR PREM AMT/LDB
01 22 2009  61  NO PAY REQUEST / PHB00/1600.02401 08 09 2008 08 09 2009    978.00
01 22 2009  31  P93902100126 PHB    225           08 09 2008 08 09 2009+  330,000
10 16 2008  61  EP/NO PAY/MTGEE CORRECTION/DAW
         ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065        CCS MORTGAGE TRANSACTION HISTORY       10/29/2014   08:29:15
LENDER  590                  BRANCH          LOAN                              COV  02
MORTGAGOR  TAGGART, KENNETH                  AMT. INSURED BALANCE        $655,405.27
ADDRESS    45 HERON RD                       NEXT ACTIVITY DATE     99 99 9999
           HOLLAND, PA                 18966      LINK?           CODE   02
PROPERTY INFO: SQ 20 MPI 0                         PRIOR REQ. COV AMT    $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES      IMPOUND/TEN  REQ. COV AMT    $330,000
    521 COWPATH ROAD                                                      UNITS
    TELFORD PA                         18969       LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                                  FLOOD ZONE X    MAP 42091C-0128-F
    STATUS   NON-FOH INFORCE    EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY      225              EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
    CARRIER PHB                   CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION      EFF-DT      THRU-DT    TRANS-AMT
10 16 2008  61 NO PAY REQUEST / PHB00/1600.02401 08 09 2008  08 09 2009     925.00
10 16 2008  31 P93828332977 PHB    225            08 09 2008  08 09 2009+   330,000
10 02 2008  61 R94827467111 PHB    227                                           +
09 30 2008  61 BUILT FIRE 2 LINE FOR FRONT....EAW
09 30 2008  61 USER: BECKY LEASURE (CFC\BLEASURE)
09 30 2008  61 FORM# 111847 GENERATED FOR VERIFY PROPERTY TYPE.
09 30 2008  61 EP/SUB CSAR TO VERIFY IF AN ADDL LINE IS NEEDED FOR FRONT//BJL
           ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

12-12020-mg    Doc 7847-44    Filed 12/09/14    Entered 12/09/14 17:48:56    Exhibit 2
                                      to Hall Decl    Pg 11 of 17

```
LENDER  59011                BRANCH 00000  LOAN  0111633     ADDL  MTG                  COV 02
MORTGAGOR  TAGGART, KENNETH                        ADDL INSURED BALANCE     $655,405.27
ADDRESS    45 HERON RD                             NEXT ACTIVITY DATE       99 99 9999
           HOLLAND, PA                   18966     LINK?          CODE  02
PROPERTY INFO: SQ 20 MPI 0                         PRIOR REQ. COV AMT      $330,000
ID FIRE1  CLASS 51  DESCRIPTION 1ST/RES   IMPOUND/TEN  REQ. COV AMT        $330,000
   521 COWPATH ROAD                                                         UNITS
   TELFORD PA                     18969     LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                             FLOOD ZONE X     MAP 42091C-0128-F
   STATUS   NON-FOH INFORCE   EFFECTIVE DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       225            EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
   CARRIER  PHB                 CANCEL DATE              TRACK ONLY? NO
 TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION      EFF-DT    THRU-DT   TRANS-AMT
 09 30 2008 61 P93826655931 PHB    227              08 09 2008 08 09 2009
 09 29 2008 06 DEF LTR:MORTGAGEE
 09 29 2008 61 EP/COV $330,000 TRM 8-9-08 TO 08-09-09/SNT TO LOAN COLLATERAL/LD
 09 29 2008 61 #   225 IS SIDE PRM PIF//PLCY#    227 IS FRONT PRM 925 PIF
 09 29 2008 61 EP/NO PAY/PMT OPT/PRM CRR/SWA LINDA@215-355-9600 VRFD PLCY INFO/
 09 29 2008 61 NO PAY REQUEST / PHB00/1600.02401 08 09 2008 08 09 2009    925.00
 09 29 2008 36 P93826655931 PHB    225              08 09 2008 08 09 2009  330,000
         ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065       CCS MORTGAGE TRANSACTION HISTORY       10/29/2014   08:29:43
LENDER   590      BRANCH  000      LOAN    1048563336         COV 02
MORTGAGOR TAGGART, KENNETH                  UNPAID INSURED BALANCE       $655,405.27
ADDRESS   45 HERON RD                       NEXT ACTIVITY DATE    99 99 9999
          HOLLAND, PA                18966  LINK?         CODE   02
PROPERTY INFO: SQ 20 MPI 0                  PRIOR REQ. COV AMT      $330,000
ID FIRE1 CLASS 51 DESCRIPTION 1ST/RES       IMPOUND/TEN REQ. COV AMT $330,000
   521 COWPATH ROAD                                                  UNITS
   TELFORD PA                      18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                             FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       225           EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB                CANCEL DATE              TRACK ONLY? NO
  TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION    EFF-DT    THRU-DT   TRANS-AMT
 09 27 2008 25 U                 COLL UPDATE        09 28 2008
 09 19 2008 61 FED EX #929537059350 /CL
 09 19 2008 61 CSR/SWAMARIELA//VRFD PYMT SENT    JR
 09 17 2008 61 ESC TRANSMIT REQUESTED
 09 17 2008 72 PREMIUM PAYMENT/PHB00/CHK# 0001753741/CLEAR  09 26 2008    925.00
 09 17 2008 61 M93826101587    PMT OPT/$925
 09 17 2008 61 APPROVED II..PER BORR AUTH ..//DP
           ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
LENDER   590██      BRANCH  000██   LOAN  1█████████33█         COV  02
MORTGAGOR  TAGGART, KENNETH                 ADDL INSURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                      NEXT ACTIVITY DATE   99 99 9999
           HOLLAND, PA              18966   LINK?         CODE   02
PROPERTY INFO: SQ 20 MPI 0                  PRIOR REQ. COV AMT     $330,000
ID  FIRE1  CLASS 51  DESCRIPTION 1ST/RES    IMPOUND/TEN  REQ. COV AMT   $330,000
    521 COWPATH ROAD                                                   UNITS
    TELFORD PA                      18969   LEGAL  42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                             FLOOD ZONE  X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014   WITHIN LIMITS? YES
   POLICY  ███225            EXPIRATION DATE 08 09 2015   WAIVED? NO  OFFICER
   CARRIER PHB               CANCEL DATE                  TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT     THRU-DT   TRANS-AMT
  09 17 2008 61 OVERRIDE3 00131265565 - ATTN: MARIELA
  09 17 2008 61 OVERRIDE1 00131265565 -210 S FOURTH ST
  09 17 2008 61 OVERRIDE2 00131265565 -PHILADELPHIA,PA 19106
  09 17 2008 61 INSTANT REQUEST /PHB00/           08 09 2008 08 09 2009     925.00
  09 17 2008 61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2008 08 09 2009     925.00
  09 17 2008 34 E00131265565 PHB ███225           08 09 2008 08 09 2009     330,000
  09 16 2008 61 ID:CFC\#CRODRI5,BY:MARIELA X,2153559660
              ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                 ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY    10/29/2014  08:30:06
LENDER  590                                                              COV  02
MORTGAGOR  TAGGART, KENNETH                  ABBR.  SECURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                       NEXT ACTIVITY DATE   99 99 9999
           HOLLAND, PA              18966    LINK?         CODE   02
PROPERTY INFO:  SQ 20 MPI 0                  PRIOR REQ. COV AMT      $330,000
ID  FIRE1  CLASS 51  DESCRIPTION  1ST/RES    IMPOUND/TEN  REQ. COV AMT  $330,000
   521 COWPATH ROAD                                                       UNITS
   TELFORD PA                       18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE  X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE DATE  08 09 2014   WITHIN LIMITS? YES
   POLICY      225           EXPIRATION DATE 08 09 2015   WAIVED? NO   OFFICER
   CARRIER PHB               CANCEL DATE                  TRACK ONLY?  NO
  TRANS-DT  CD  DOCUMENT NO  CRR  DOC-DESCRIPTION    EFF-DT    THRU-DT   TRANS-AMT
 09 16 2008 61 PAYEE NAME: PHILADELPHIA CONTRIBUTIONSHIP
 09 16 2008 61 ECK:INST,CK#:,925
 09 16 2008 61 CSR BY BRR RQST VER M/C......CR1
 09 16 2008 61 CSR PHILADELPHIA PA,19106 ATT:MARIELA DUE TO AN ADDITIONAL PYMNT
 09 16 2008 61 CSR THE II AND SNT TO THE PHY ADDRESS TO 210 S. FOURTH STREET
 09 16 2008 61 CSR SWA MARIELA@2153559660 CLLD TO RQST AN II BRR CLLD TO AUTH
 09 16 2008 61 CSR SWB ADVS 48/72 HRS TO PROCESS FAX...LG
            ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
LENDER  590██           ███████ ██████  ██████████           ████████████         COV 02
                 12-12020-mg    Doc 7847-44    Filed ██/██/██    Entered 12/09/14 17:48:56    Exhibit 2
                                                to Hall Decl    Pg 15 of 17
MORTGAGOR  TAGGART, KENNETH              ADDL INSURED BALANCE          $655,405.27
ADDRESS    45 HERON RD                   NEXT ACTIVITY DATE   99 99 9999
           HOLLAND, PA               18966    LINK?           CODE   02
PROPERTY INFO: SQ 20 MPI 0                       PRIOR REQ. COV AMT     $330,000
ID  FIRE1  CLASS  51  DESCRIPTION  1ST/RES    IMPOUND/TEN   REQ. COV AMT  $330,000
     521 COWPATH ROAD                                                        UNITS
     TELFORD PA                    18969        LEGAL  42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE  X    MAP  42091C-0128-F
    STATUS  NON-FOH INFORCE    EFFECTIVE  DATE 08 09 2014   WITHIN LIMITS? YES
    POLICY    ███225             EXPIRATION DATE 08 09 2015   WAIVED? NO    OFFICER
    CARRIER PHB                   CANCEL DATE                 TRACK ONLY? NO
  TRANS-DT  CD  DOCUMENT NO   CRR DOC-DESCRIPTION    EFF-DT     THRU-DT   TRANS-AMT
 09 16 2008 61 CSR SWB AUTH ADDTL PYMT FOR 925.00 FOR ADDTNL POL ...LG
 08 31 2008 61 M93824080327    REINSTATEMENT         08 09 2008
 08 31 2008 31 P93824080327 PHB  ███225              08 09 2008 08 09 2009  330,000
 08 26 2008 61 C93823894937 PHB  ███225              09 24 2008
 08 26 2008 61 EP/NO PAY/UPDTED TO CORR MORT CL OK/KH
 08 26 2008 61 NO PAY REQUEST / PHB00/1600.02401 08 09 2008 08 09 2009    978.00
 08 26 2008 31 P93823151365 PHB  ███225              08 09 2008 08 09 2009  330,000
       ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:30:30
LENDER  590███  BRANCH 000██  LOAN ID ███████  LIEN █  POL 1 FIRE33███   COV 02
MORTGAGOR  TAGGART, KENNETH               ADJ. UNSECURED BALANCE     $655,405.27
ADDRESS    45 HERON RD                    NEXT ACTIVITY DATE       99 99 9999
           HOLLAND, PA              18966  LINK?          CODE   02
PROPERTY INFO: SQ 20 MPI 0                 PRIOR REQ. COV AMT      $330,000
ID  FIRE1  CLASS 51  DESCRIPTION  1ST/RES  IMPOUND/TEN  REQ. COV AMT   $330,000
    521 COWPATH ROAD                                                UNITS
    TELFORD PA                     18969   LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                            FLOOD ZONE X   MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE   EFFECTIVE DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY  ███225            EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
    CARRIER PHB               CANCEL DATE               TRACK ONLY? NO
 TRANS-DT  CD  DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT    THRU-DT   TRANS-AMT
 08 25 2008 61  M93822872961 PHB PYMT OPT/$978
 08 20 2008 61  888-627-1752 MARYLYN VER ALL POL & M/C
 08 20 2008 61  8 20 2008 93823151365 SGAIKWA1 223478982 CARRIER
 08 13 2008 72  PREMIUM PAYMENT/PHB00/CHK# 0001714444/CLEAR  08 26 2008   978.00
 08 11 2008 06  DEF LTR:COV AMOUNT
 08 11 2008 61  CSR PREX:UPDATED) WIND_Y                       VERIFIED M/C SNAIR
 08 11 2008 61  CSR PREX:CC1 (888)627-1752 LINDA (RESOLVED - PREMIUM      SNAIR
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                 ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M  TERM: $065     CCS MORTGAGE TRANSACTION HISTORY    10/29/2014  08:30:43
LENDER  590███  BRANCH  D000██  LOAN  ID  ███████   ADDL  ID  ███████        COV  02
MORTGAGOR  TAGGART, KENNETH              ADDL INSURED BALANCE    $655,405.27
ADDRESS    45 HERON RD                   NEXT ACTIVITY DATE    99 99 9999
           HOLLAND, PA            18966     LINK?         CODE  02
PROPERTY INFO: SQ 20 MPI 0                PRIOR REQ. COV AMT    $330,000
ID FIRE1 CLASS 51 DESCRIPTION 1ST/RES    IMPOUND/TEN  REQ. COV AMT    $330,000
   521 COWPATH ROAD                                                   UNITS
   TELFORD PA                     18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                            FLOOD ZONE X   MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE    EFFECTIVE DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY  ███225              EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
    CARRIER PHB                  CANCEL DATE                TRACK ONLY? NO
 TRANS-DT  CD DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT     THRU-DT   TRANS-AMT
 08 11 2008 61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2008 08 09 2009     978.00
 08 11 2008 36 P00059785956 PHB ███225           08 09 2008 08 09 2009   330,000
 08 07 2008 06 DEF LTR:MORTGAGEE
 08 06 2008 61 NO PAY/NEW LOAN /PHB00/1600.02401 08 09 2007 08 09 2008    1700.00
 08 06 2008 36 P93821806231 PHB ███225           08 09 2007 08 09 2008+  660,000
 08 01 2008 25 U              COLL UPDATE        08 01 2008


        ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```