**Exhibit 3 to Hall Declaration**

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:32:48
LENDER  59011      BRANCH 00000      LOAN 1344186       COV 02
MORTGAGOR  TAGGART, KENNETH              ADJ. SECURED BALANCE     $655,405.27
ADDRESS    45 HERON RD                   NEXT ACTIVITY DATE       99 99 9999
           HOLLAND, PA          18966    LINK?         CODE   02
PROPERTY INFO: SQ 20 MPI 1               PRIOR REQ. COV AMT       $330,000
ID  FIRE2  CLASS 51 DESCRIPTION 1ST/RES  IMPOUND/TEN  REQ. COV AMT $330,000
   521 COWPATH ROAD                      *** FRONT ***                  UNITS
   TELFORD PA               18969        LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                          FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE  EFFECTIVE DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY       227                EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB                     CANCEL DATE              TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO  CRR DOC-DESCRIPTION   EFF-DT    THRU-DT    TRANS-AMT
10 01 2014  89 U                LOAN TRNSFR #CBN 10 01 2014
07 23 2014  72 PREMIUM PAYMENT/PHB00/CHK# 0004095705                       811.00
07 21 2014  61 ESC TRANSMIT REQUESTED
06 26 2014  61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2014 08 09 2015     811.00
06 26 2014  31 P84417725659 PHB    227            08 09 2014 08 09 2015+ 330,000
05 24 2014  25 U                COLL UPDATE      05 25 2014
08 24 2013  25 U                COLL UPDATE      08 25 2013
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
               ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
  MORE THAN ONE COVERAGE EXISTS FOR THIS LOAN
```

```
S8HF02M    TERM: $065       CCS MORTGAGE TRANSACTION HISTORY        10/29/2014    08:33:00
LENDER   590                                                                            COV  02
MORTGAGOR  TAGGART, KENNETH                    ADJ. SECURED BALANCE        $655,405.27
ADDRESS    45 HERON RD                         NEXT ACTIVITY DATE     99 99 9999
           HOLLAND, PA                18966    LINK?          CODE   02
PROPERTY INFO: SQ 20 MPI 1                     PRIOR REQ. COV AMT        $330,000
ID  FIRE2  CLASS 51  DESCRIPTION 1ST/RES       IMPOUND/TEN  REQ. COV AMT $330,000
    521 COWPATH ROAD                           *** FRONT ***                    UNITS
    TELFORD PA                       18969     LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                                FLOOD ZONE X     MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE   EFFECTIVE DATE  08 09 2014  WITHIN LIMITS? YES
    POLICY      227            EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
    CARRIER PHB                CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD  DOCUMENT NO   CRR DOC-DESCRIPTION    EFF-DT     THRU-DT    TRANS-AMT
 07 26 2013  72  PREMIUM PAYMENT/PHB00/CHK# 0003825138                          784.00
 06 27 2013  61  PAYMENT REQUEST /PHB00/1600.02401 08 09 2013 08 09 2014        784.00
 06 27 2013  31  P83317883757 PHB     227          08 09 2013 08 09 2014+     330,000
 04 10 2013  61  I261764 - CHANGED PRODUCT CODE FROM D TO B


         ENTER (A)RCHIVED HISTORY, (P)REV HISTORY, OR PRESS ENTER KEY:
                 ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
   MORE HISTORY IN THE ARCHIVED AREA FOR THIS COVERAGE
```

```
S8HF02M  TERM: $065      CCS MORTGAGE TRANSACTION HISTORY      10/29/2014  08:33:07
LENDER  590██       BRANCH 00000  LOAN  1█████457              LPI 86█████       COV 02
MORTGAGOR TAGGART, KENNETH                ADJ. SECURED BALANCE       $655,405.27
ADDRESS   45 HERON RD                     NEXT ACTIVITY DATE    99 99 9999
          HOLLAND, PA              18966  LINK?          CODE   02
PROPERTY INFO: SQ 20 MPI 1                PRIOR REQ. COV AMT       $330,000
ID FIRE2 CLASS 51 DESCRIPTION 1ST/RES     IMPOUND/TEN  REQ. COV AMT       $330,000
   521 COWPATH ROAD                            *** FRONT ***                UNITS
   TELFORD PA                       18969 LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                           FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY  █████227          EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
   CARRIER PHB               CANCEL DATE                 TRACK ONLY? NO
   TRANS-DT  CD DOCUMENT NO    CRR DOC-DESCRIPTION    EFF-DT      THRU-DT    TRANS-AMT
   03 23 2013 25 U                COLL UPDATE         03 24 2013
   02 23 2013 25 U                COLL UPDATE         02 24 2013
   08 24 2012 61 AND NOTES//ELM
   08 24 2012 61 LSR RPLD LNDR EML/GAVE HISTORY OF FIRE2 LINE, INCLUD
   08 13 2012 61 M84222613034    PLCY RNWAL
   08 13 2012 61 M84222612767    POLICY RENEWAL
   07 27 2012 61 LSR/REPLIED TO LENDER EMAIL W LPI INFO PROV CERT AND
            ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                 ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065        CCS MORTGAGE TRANSACTION HISTORY        10/29/2014   08:33:15
LENDER   590███████   BRANCH  00000    LOAN  ████████████            BILL   ███████   COV 02
MORTGAGOR  TAGGART, KENNETH                ADJ UNSECURED BALANCE            $655,405.27
ADDRESS    45 HERON RD                     NEXT ACTIVITY DATE         99 99 9999
           HOLLAND, PA               18966    LINK?          CODE    02
PROPERTY INFO: SQ 20 MPI 1                  PRIOR REQ. COV AMT           $330,000
ID  FIRE2  CLASS 51  DESCRIPTION 1ST/RES    IMPOUND/TEN  REQ. COV AMT    $330,000
    521 COWPATH ROAD                        *** FRONT ***                     UNITS
    TELFORD PA                 18969       LEGAL  42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                             FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE    EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY  ███227             EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
   CARRIER PHB                CANCEL DATE                 TRACK ONLY? NO
 TRANS-DT  CD DOCUMENT NO  CRR DOC-DESCRIPTION       EFF-DT     THRU-DT   TRANS-AMT
07 26 2012 72 PREMIUM PAYMENT/PHB00/CHK# 0003393703
07 06 2012 61 LSR/REP 2 LNDR EMAIL/ADV POL INFO/LPH CNXLD FLAT/MP
06 27 2012 61 PAYMENT REQUEST /PHB00/1600.02401 08 09 2012 08 09 2
06 27 2012 31 P84217918795 PHB ███227          08 09 2012 08 09 2013+  330,000
06 27 2012 61 LSR/SENT FSX TO GMAC//LP
06 27 2012 61 M84217845635
06 14 2012 61 M83216610299      EOI
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
              ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M    TERM: $065        CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:33:26
LENDER  59███   BRANCH 000    LOAN ID ███████86             COV 02
MORTGAGOR  TAGGART, KENNETH              ADJ UNSECURED BALANCE       $655,405.27
ADDRESS   45 HERON RD                    NEXT ACTIVITY DATE    99 99 9999
          HOLLAND, PA               18966      LINK?          CODE    02
PROPERTY INFO: SQ 20 MPI 1                    PRIOR REQ. COV AMT      $330,000
ID  FIRE2  CLASS 51  DESCRIPTION 1ST/RES     IMPOUND/TEN  REQ. COV AMT  $330,000
   521 COWPATH ROAD                        *** FRONT ***                    UNITS
   TELFORD PA                  18969      LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                            FLOOD ZONE  X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY  ███227             EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER PHB                CANCEL DATE                 TRACK ONLY? NO
 TRANS-DT   CD  DOCUMENT NO   CRR DOC-DESCRIPTION      EFF-DT     THRU-DT   TRANS-AMT
 06 14 2012 11  A00000001344  FOH ███065              07 11 2008 08 09 2008    577.00
 06 14 2012 61  CONT..#B7668065/REP 2 ADV/MP
 06 14 2012 61  CONT..FOR FRONT PROP EFF 08/09/07-08/FLAT CANCELLED
 06 14 2012 61  LSR/RCVD RETURN CALL FROM AGENT WHO ADVISED NO LAPSE
 06 14 2012 61  08/09/07-08 W/ NO LAPSE/AGENT RESEARCHING AND WILL C
 06 14 2012 61  LSR/CALLED AGENT 2153559660 TO VER IF POL #███227 AC
 07 27 2011 72  PREMIUM PAYMENT/PHB00/CHK# 0002947977                          749.00
           ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
               ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M    TERM: $065       CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:33:36
LENDER   590       BRANCH 000    LOAN ID              186          COV 02
MORTGAGOR  TAGGART, KENNETH             ADB/UNSECURED BALANCE      $655,405.27
ADDRESS    45 HERON RD                  NEXT ACTIVITY DATE      99 99 9999
           HOLLAND, PA              18966    LINK?         CODE   02
PROPERTY INFO: SQ 20 MPI 1                   PRIOR REQ. COV AMT    $330,000
ID  FIRE2  CLASS 51  DESCRIPTION 1ST/RES     IMPOUND/TEN  REQ. COV AMT    $330,000
    521 COWPATH ROAD                         *** FRONT ***                 UNITS
    TELFORD PA                 18969    LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                         FLOOD ZONE  X    MAP  42091C-0128-F
    STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
    POLICY     227             EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
    CARRIER PHB                CANCEL DATE                  TRACK ONLY? NO
  TRANS-DT  CD  DOCUMENT NO  CRR DOC-DESCRIPTION     EFF-DT       THRU-DT    TRANS-AMT
06 28 2011  61  PAYMENT REQUEST /PHB00/1600.02401 08 09 2011  08 09 2012     749.00
06 28 2011  31  P84117945901 PHB    227              08 09 2011  08 09 2012+  330,000
12 03 2010  61  P136511 - RISK BASED 2 CONVERSION
07 28 2010  72  PREMIUM PAYMENT/PHB00/CHK#  0002518374                       764.00
06 28 2010  61  PAYMENT REQUEST /PHB00/1600.02401 08 09 2010  08 09 2011     764.00
06 28 2010  31  P85017954407 PHB    227              08 09 2010  08 09 2011+  330,000
03 11 2010  61  CSR SW C/S REP LEE INQ ABT LAPSE DTS, INFO PRVD....ED
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065       CCS MORTGAGE TRANSACTION HISTORY      10/29/2014   08:33:46
LENDER   590██   BRANCH  Doc0██   LOAN  ██████████57   INVESTOR  ██████86   COV 02
MORTGAGOR  TAGGART, KENNETH               ADJ UNSECURED BALANCE       $655,405.27
ADDRESS    45 HERON RD                    NEXT ACTIVITY DATE      99 99 9999
           HOLLAND, PA                 18966   LINK?        CODE   02
PROPERTY INFO: SQ 20 MPI 1                    PRIOR REQ. COV AMT       $330,000
ID  FIRE2  CLASS 51  DESCRIPTION 1ST/RES      IMPOUND/TEN  REQ. COV AMT  $330,000
    521 COWPATH ROAD                         *** FRONT ***                    UNITS
    TELFORD PA                    18969      LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                              FLOOD ZONE X    MAP 42091C-0128-F
    STATUS  NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014   WITHIN LIMITS? YES
    POLICY  ███227            EXPIRATION DATE 08 09 2015   WAIVED? NO     OFFICER
    CARRIER PHB               CANCEL DATE                  TRACK ONLY? NO
 TRANS-DT  CD  DOCUMENT NO   CRR DOC-DESCRIPTION     EFF-DT     THRU-DT    TRANS-AMT
07 28 2009 72 PREMIUM PAYMENT/PHB00/CHK# 0002163050                           925.00
07 25 2009 25 U                 COLL UPDATE          07 26 2009
07 07 2009 61 PAYMENT REQUEST  /PHB00/1600.02401     08 09 2009 08 09 2010    925.00
07 07 2009 31 P93918331597 PHB  ███227               08 09 2009 08 09 2010+  330,000
06 27 2009 61 OCC CHANGE FROM OCC TO TEN
06 27 2009 25 U                 COLL UPDATE          06 28 2009
03 06 2009 61 P093729 - CHANGED PROD TYPE CODE FROM 'B' TO 'A'
          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
               ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY     10/29/2014   08:33:55
LENDER   590■■    BRANCH   000■■   LOAN    ■■■■■■■■■■■■■■■■86■■■■■■■   COV  02
MORTGAGOR  TAGGART, KENNETH                    ADJ. UNSECURED BALANCE     $655,405.27
ADDRESS    45 HERON RD                         NEXT ACTIVITY DATE    99 99 9999
           HOLLAND, PA                18966    LINK?           CODE  02
PROPERTY INFO: SQ 20 MPI 1                     PRIOR REQ. COV AMT        $330,000
ID FIRE2 CLASS 51 DESCRIPTION 1ST/RES          IMPOUND/TEN  REQ. COV AMT  $330,000
   521 COWPATH ROAD                            *** FRONT ***                  UNITS
   TELFORD PA                 18969            LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                                FLOOD ZONE X    MAP 42091C-0128-F
   STATUS  NON-FOH INFORCE    EFFECTIVE DATE 08 09 2014   WITHIN LIMITS? YES
   POLICY  ■■■227             EXPIRATION DATE 08 09 2015  WAIVED? NO    OFFICER
   CARRIER PHB                CANCEL DATE                 TRACK ONLY? NO
  TRANS-DT CD DOCUMENT NO  CRR DOC-DESCRIPTION    EFF-DT      THRU-DT    TRANS-AMT
 01 22 2009 61 NO PAY/NEW LN/LDB
 01 22 2009 61 NO PAY REQUEST / PHB00/1600.02401 08 09 2008 08 09 2009     925.00
 01 22 2009 31 P93902100126 PHB  ■■■227          08 09 2008 08 09 2009+  330,000
 01 22 2009 10 C93902100126 FOH  ■■■065          08 09 2008                6684.00
 01 09 2009 08 P             FOH ■■■065  FUNDED  07 11 2008 07 11 2009    7261.00
 01 07 2009 03                   BILL LSI POLICY 07 11 2008 07 11 2009    7261.00
 11 23 2008 02                   FINAL NOTICE    07 11 2008 07 11 2009    7261.00
         ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
             ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```

```
S8HF02M   TERM: $065      CCS MORTGAGE TRANSACTION HISTORY    10/29/2014  08:34:05
LENDER   590██          ██████ ██████ LOAN ID ████████████    ████████    COV  02
MORTGAGOR  TAGGART, KENNETH                 APPLIC. INSURED BALANCE       $655,405.27
ADDRESS    45 HERON RD                      NEXT ACTIVITY DATE    99 99 9999
           HOLLAND, PA              18966   LINK?           CODE  02
PROPERTY INFO: SQ 20 MPI 1                  PRIOR REQ. COV AMT      $330,000
 ID FIRE2 CLASS 51 DESCRIPTION 1ST/RES      IMPOUND/TEN  REQ. COV AMT   $330,000
    521 COWPATH ROAD                        *** FRONT ***                   UNITS
    TELFORD PA                  18969      LEGAL 42763-OCWEN LOAN SERVICING-002
INSURANCE DATA:                             FLOOD ZONE X    MAP 42091C-0128-F
   STATUS   NON-FOH INFORCE   EFFECTIVE  DATE 08 09 2014  WITHIN LIMITS? YES
   POLICY   ███227            EXPIRATION DATE 08 09 2015  WAIVED? NO   OFFICER
   CARRIER  PHB               CANCEL DATE                 TRACK ONLY? NO
  TRANS-DT  CD  DOCUMENT NO   CRR DOC-DESCRIPTION    EFF-DT      THRU-DT    TRANS-AMT
 10 25 2008 25  U                 COLL UPDATE     10 26 2008
 10 09 2008 01                    FIRST LETTER    07 11 2008  07 11 2009    7261.00
 09 30 2008 25  U13900000000      COLL UPDATE     09 30 2008


          ENTER (N)EXT OR (P)REVIOUS HISTORY RECORDS OR PRESS ENTER KEY:
                 ENTER (S)EARCH, (M)ENU, (R)ESTART, OR (L)OAN HISTORY:
```