**Exhibit 6 to Hall Declaration**

# GMAC Mortgage

5901
3957

PO Box 4025
Coraopolis, PA 15108-6942

Notification Date:  01/11/2009

001478 - 003369
KENNETH TAGGART
PO BOX 411
TELFORD, PA 18969-0411

**NOTICE OF PLACEMENT**

RE:  **REFERENCE NUMBER: 5901**
  Loan Number: 3957
  Hazard Insurance Uninsured Date: 07/11/2008
  Property Location:  521 COWPATH ROAD
            TELFORD PA  18969

Certificate Number:    065
Effective Date:    07/11/2008
Dwelling Limit:    $659,051.00

Expiration Date:  07/11/2009
Annual Charge:  $7,261.00

Deductibles: All perils except Windstorm/Hail
Residential Occupied:   $500 (except GU, NM, OK, VT, WV - Deductible $250)
Residential Vacant:    $750 (except OK, NM and VT - Deductible $500, GU and WV - Deductible $1,000)
Commercial Occupied:   $500 (except CA, GU - Deductible $1,000)
Commercial Vacant:    $1,000 or 2% of the insured amount, whichever is greater
            Vandalism and Malicious Mischief: $5,000 or 2% of the insured amount, whichever is greater
(Deductibles may change if occupancy changes.)

For Residential properties in the following states:  AL, FL, GA, HI, LA, MS, NC, SC and TX
Windstorm/Hail Deductible Applies:  Greater of $2,000 or 2% of dwelling limit

Dear Customer:

We have obtained lender-placed insurance coverage with BALBOA INSURANCE COMPANY to provide the necessary insurance protection under the terms of your mortgage. We have notified you during the past 90 days that this insurance would be placed if we did not receive a copy of a valid hazard insurance policy.

The cost of the insurance in the amount of $7,261.00 was advanced for the period 07/11/2008 to 07/11/2009. The coverage amount placed would be based on the replacement value, which we believe is the last known amount of coverage you purchased. If we do not have that information, the coverage amount will be based on the current principal balance of your mortgage loan. Lender-placed insurance does not provide guaranteed replacement cost coverage. Appropriate changes to your monthly payment will be made as indicated in our previous letter.

This insurance will remain in force unless we receive evidence of a hazard insurance policy with an effective date on or before 07/11/2008. Evidence of a valid policy in effect at a later date will result in cancellation of the coverage. Any insurance charges not used will be credited to your account.

4.

RE:   KENNETH TAGGART
      Loan Number: ███████████3957

### IMPORTANT NOTICE TO CUSTOMER

The insurance we obtained to protect our interest in your property applies only to the dwelling at the coverage amount indicated. Coverage does not extend to contents or personal property and may not be adequate to protect the equity in the property. If the limit is only sufficient to insure the principal balance of your loan then the lender-placed policy may not be adequate to protect the value of your property that exceeds the amount of your mortgage. Also, there is no coverage for liability protection with this insurance. This insurance may be more expensive than coverage you could arrange on your own. We recommend you place full insurance coverage that adequately protects both your and the lender's interest with a company of your choice.

When you furnish acceptable proof of other insurance, the lender will cancel the insurance coverage and you will be entitled to a refund of any insurance charges not used. GMAC MORTGAGE, LLC and/or an affiliate of our company may receive compensation as a result of the placing of this insurance.

Should you have any questions regarding this matter, please do not hesitate to contact our office at (800) 256-9962 from 4 a.m. to 8 p.m. PST, Monday through Friday. If you would like to submit a claim, please call (800) 323-7466. Your call may be monitored for quality assurance.

Thank you,

Insurance Department
GMAC Mortgage, LLC

REMINDER...
MAIL POLICY TO:
GMAC MORTGAGE, LLC
ITS SUCCESSOR AND/OR ASSIGNS
P.O. BOX 4025
CORAOPOLIS, PA 15108-6942

Or Fax to: (866) 336-9021

5.