**Exhibit 7 to Hall Declaration**



THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY
210 SOUTH FOURTH STREET
PHILADELPHIA, PA 19106

**DECLARATIONS**

| Policy Number | Policy Type | Policy Effective | Policy Expiration |
|---|---|---|---|
| | Dwelling | 08-09-2008 12:01AM | 08-09-2009 12:01AM |

| Insured | Producer | Property Location |
|---|---|---|
| KENNETH TAGGART<br>45 EBRON RD<br>7606 BUSTLETON AVE<br>SOUTHAMPTON, PA<br>18966-2109 | JEFFREY A. DELP<br>(215)355-9660<br>1035 MILL CREEK DRIVE, 1ST FLR<br>FEASTERVILLE, PA 19053<br>(215) 355-9660 | 521 COWPATH RD FRNT<br>TELFORD, PA<br>18969-7100 |

| Mortgagee | Address | Loan No. |
|---|---|---|
| GMAC MORTGAGE, LLC ISAOA | PO BOX 4025 CORAOPOLIS, PA 15108-6942 | 3957 |

| Basic Coverage Premium | Scheduled Property Coverage | Total Policy Premium |
|---|---|---|
| $925 | $0 | $925 |

| Deductible Section I | Policy Cov. Form | Construction Type | Construction Year | Number of Families | Protection Class | Terr. |
|---|---|---|---|---|---|---|
| $1,000 | DP-0001 | Masonry | 1935 | 2 | 05 | 45 |

**COVERAGE LIMITS**

| Dwelling | Other Structures | Contents | Loss of Use | Additional Living Expenses | Liability | Med Pay |
|---|---|---|---|---|---|---|
| 330,000 | 0 | 0 | 0 | 0 | 100,000 | 1,000 |

**POLICY FORMS AND ENDORSEMENTS**

Number    Description    Limit

See SUPPLEMENT for Policy Forms and Endorsements

| Amended Date | Premium Balance |
|---|---|
| 09-16-2008 | $0.00 |

PAID

A26

https://producer.contributionship.com/PicLan-IP/redir.exe/pmprtmain.htm    1/20/2009