**Exhibit 9 to Hall Declaration**



| LOAN NUM | ESCROW ST | INSURANCE | RECEIPT AN | DEPOSIT TC | LENDER NL | POL# | "CUR DTE" | ACCOUNT S |
|---|---|---|---|---|---|---|---|---|

















STATUS