Official Form 17
(12/04)

# United States Bankruptcy Court

SOUTHERN District Of NEW YORK

In re RESIDENTIAL CAPITAL LLC, et al.
      Debtor

Case No. 12-12020 (GM)

Chapter 11

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

RAMON QUIROZ + JESSICA QUIROZ, CREDITORS, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __29__ day of __OCTOBER__ __2014__.
                                                                                                    (month)         (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: __NOVEMBER 19, 2014__

Signed: __Ramon Quiroz__
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __RAMON QUIROZ PRO-SE__

Address: __89-37 METROPOLITAN AVE__
__REGO PARK, N.Y. 11374__

Telephone No: __718.275.2192 or 347.876.8759__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ramon Quiroz, Jessica Angel Quiroz
        Creditor(s),

V.

Residential Capital LLC,
        Debtor(s)

---

Affirmation in compliance
NOTICE OF APPEAL

Case Number: 12-12020(GM)

I, Ramon Quiroz, being sworn says I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374. I swore and present this Affidavit in Support of Notice of Appeal against the decision of Judge Martin Glenn Ordered on October 29, 2014 from the Bankruptcy Court Southern District of New York, and upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).

Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.

The foregoing statements are true, under the penalty of perjury.

Swore to before me

This day...19...of November, 2014

_____
Notary Public

                                      _____
                                      Ramon Quiroz

IRENE MENDEZ
Notary Public - State of New York
(illegible)
(illegible)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Ramon Quiroz, Jessica Angel Quiroz
               Creditor(s),

V.

Residential Capital LLC,
               Debtor(s)

Affirmation in compliance
NOTICE OF APPEAL

Case Number: 12-12020(GM)

I, Jessica Angel Quiroz, being sworn says I am over 18 years of age and reside at: 89-37 Metropolitan Ave Rego Park New York, 11374. I swore and present this Affidavit in Support of Notice of Appeal against the decision of Judge Martin Glenn Ordered on October 29, 2014 from the Bankruptcy Court Southern District of New York, and upon the truth of the matter and the proper accuracy and legal documents submitted to this court, the same is true to my knowledge and belief, except as matters therein stated to be alleged on information and belief and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contention therein are not frivolous as defined in subsection (C) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).

Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.

The foregoing statements are true, under the penalty of perjury.

Swore to before me
This day 19th of November, 2014

_____
Notary Public

Jessica Angel Quiroz

RICARDO HAREWOOD
NOTARY PUBLIC OF NEW JERSEY
I.D. # 2366282
My Commission Expires 11/05/2017

UNITED STATES BANKRUPTCY COURT

SOUNTHERN DISTRICT OF NEW YORK

---

Jessica Angel Quiroz, Ramon Quiroz
                Creditors

VS

Residential Capital LLC, Et Al

                Debtors

*Affidavit of Service*
Re: *Case No. 12-12020 (MG)*
**Notice of Appeal**
89-37 Metropolitan Ave Rego Park N.Y. 11374
Block 3176 Lot 13 DWELLING ONLY-1 FAMILY

---

I Ramon Quiroz, being duly sworn says, I am not a party in the foreclosure action, I am over 18th years of age and reside at 89-37 Metropolitan Ave Rego Park, NY 11374.

On November......, 2014 I served a true copy of the following papers **Notice of Appeal** to ResidentialCapital,LLC,from&on:11/8/2012:Case:No.12-12020(MG). By depositing a true copy of same which are attached to this Affidavit in the following matter by depositing in the United States Post Office of the State of New York, certify priority mail. No. (1) the chambers of the Honorable Martin Glenn, United States Bankruptcy for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; ( 2 ) Counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 ( Attention: Norman S. Rosenbaum and Jordan A. Wishnew); ( 3 ) The Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); and ( 4 ) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Thitd Ave, 21st Floor, New York, NY 10022(Attn: Daniel J. Flanigan).

Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.

The foregoing statements are true, under the penalty of perjury.

    Swore to before me

This date of November .!.9, 2014

_____
Notary Public

IRENE MENDEZ
Notary Public - State of New York
No. 01ME6263171
Qualified in Queens County
My Commission Expires August 27, 2016

_____
Ramon Quiroz Pro-Per
Legal Representative
From: Jessica A. Quiroz
89-37 Metropolitan Ave Rego Park
NY 11374.
Phone # 3478768759
Email: rayorlando10@gmail.com