# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------x
                              :
In re                         :       Chapter 11
                              :
RESIDENTIAL CAPITAL, LLC,     :       Case No. 12-12020 (MG)
et al..,[1]                   :
                              :
                    Debtor.   :
------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on December 8, 2014, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** and via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to a overnight courier location in Los Angeles, California to the parties listed on the Service List in **Exhibit C** attached hereto:

- **PROPOSED AGENDA FOR MATTERS SCHEDULEDTO BE HEARD ON DECEMBER 10, 2014 AT 10:00 A.M. (EST)(Docket No. 7839)**
- **NOTICE REGARDING TELEPHONIC PARTICIPATION IN THE HEARING SCHEDULED FOR DECEMBER 10, 2014 AT 10:00 A.M. (ET)(Docket No. 7840)**

Dated: December 9, 2014

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this **9** day of **December**, 20**14**, by, **Richie R. Lim** proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Blmessinger@duanemorris.com
Lairdheal@lh-law-office.com
Stephanieharris70@hotmail.com
Alanmoss.office@gmail.com
Marvin@sonoma-classic-motorcars.com
dflanigan@polsinelli.com
Lauren.Delehey@rescapestate.com
Deanna.horst@rescapestate.com
Nicholas.kosinski@rescapestate.com
bobbie.theivakumaran@citi.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com
ray.schrock@weil.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com;
projectrodeo@kirkland.com;
William.b.Solomon@ally.com;
Timothy.Devine@ally.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com;
dmannal@kramerlevin.com;
jtrachtman@kramerlevin.com;
dmannal@kramerlevin.com;
szide@kramerlevin.com
rescapinfo@kccllc.com
wcurchack@loeb.com;
vrubinstein@loeb.com;
Tammy.Hamzehpour@rescapestate.com;
Jill.horner@rescapestate.com;
Colette.wahl@rescapestate.com;
Deanna.horst@rescapestate.com;
William.thompson@rescapestate.com;

William.tyson@rescapestate.com;
Eileen.oles@rescapestate.com;
Lauren.delehey@rescapestate.com;
Julie.busch@rescapestate.com;
 kathy.priore@rescapestate.com;
patty.zellmann@rescapestate.com;
John.Ruckdaschel@rescapestate.com;
Nicholas.Kosinski@rescapestate.com
lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com;
Ksadeghi@mofo.com
enid.stuart@OAG.State.NY.US
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
secbankruptcy@sec.gov;
bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV
AskDOJ@usdoj.gov
joseph.cordaro@usdoj.gov;
cristine.phillips@usdoj.gov
Tracy.Davis2@usdoj.gov;
Linda.Riffkin@usdoj.gov;
Brian.Masumoto@usdoj.gov
andrea.hartley@akerman.com
susan.balaschak@akerman.com;
dgolden@akingump.com;
dzensky@akingump.com;
aqureshi@akingump.com;
pdublin@akingump.com;
ralbanese@akingump.com;
rajohnson@akingump.com;
ccarty@akingump.com;
djnewman@akingump.com
bnkatty@aldine.k12.tx.us
ecfmail@aclawllp.com
ken.coleman@allenovery.com;
john.kibler@allenovery.com
jeff.brown@gmacfs.com;
william.b.solomon@ally.com

kit.weitnauer@alston.com
marty.bunin@alston.com;
william.hao@alston.com
bill.macurda@alston.com
john.stern@texasattorneygeneral.gov
petriea@ballardspahr.com;
wallaces@ballardspahr.com
Schindlerwilliamss@ballardspahr.com;
marriott@ballardspahr.com
Sarah.Stout@BNYMellon.com;
Jennifer.Provenzano@BNYMellon.com;
Mageshwaran.Ramasamy@BNYMellon.com
xrausloanops5@barclays.com
david.powlen@btlaw.com
bbeskanos@aol.com
davids@blbglaw.com;
 jonathanu@blbglaw.com
jai@blbglaw.com
schaedle@blankrome.com
tarr@blankrome.com;
root@blankrome.com
courtney.lowman@ally.com
ryan.philp@bgllp.com
stan.chelney@bgllp.com
jhaake@wbsvlaw.com
swissnergross@brownrudnick.com
pbustos@bustosassociates.com
dfiveson@bffmlaw.com;
jmhall@bffmlaw.com
gregory.petrick@cwt.com;
ingrid.bagby@cwt.com
mark.ellenberg@cwt.com
dcaley@wongfleming.com
bankruptcy@clm.com
jlaitman@cohenmilstein.com;
clometti@cohenmilstein.com;
meisenkraft@cohenmilstein.com;
drehns@cohenmilstein.com;
krehns@cohenmilstein.com
srosen@cbshealaw.com

mwarner@coleschotz.com;
ra-li-ucts-bankrupt@state.pa.us
will.hoch@crowedunlevy.com
mgallagher@curtis.com
macohen@curtis.com
sreisman@curtis.com
hryder@daypitney.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
glenn.siegel@dechert.com;
hector.gonzalez@dechert.com;
brian.greer@dechert.com;
mauricio.espana@dechert.com;
craig.druehl@dechert.com
rosa.mendez@db.com
Brendan.meyer@db.com
diem.home@gmail.com
blmessinger@duanemorris.com
broylesmk@rgcattys.com
tterrell@feinsuch.com
ppascuzzi@ffwplaw.com
dearly@fdic.gov
floressaucedopllc@gmail.com
tlallier@foleymansfield.com
kenton_hambrick@freddiemac.com
deggert@freebornpeters.com
tfawkes@freebornpeters.com
gary.kaplan@friedfrank.com
kgiannelli@gibbonslaw.com
kpatrick@gibbsbruns.com;
shumphries@gibbsbruns.com
kpatrick@gibbsbruns.com
DFeldman@gibsondunn.com;
JWeisser@gibsondunn.com
theodore.w.tozer@hud.gov
kstadler@gklaw.com
gjarvis@gelaw.com;
mpmorris@gelaw.com;
delman@gelaw.com
brian@gmcnjlaw.com

Pg 7 of 18

bnoren@hinshawlaw.com
skraus@hinshawlaw.com
bnoren@hinshawlaw.com
ayala.hassell@hp.com
rnorton@hunton.com;
rrich2@hunton.com
floraoropeza@co.imperial.ca.us
bankruptcy2@ironmountain.com
pgallagher@nassaucountyny.gov
ceblack@jonesday.com
cball@jonesday.com;
rlwynne@jonesday.com;
lemiller@jonesday.com;
ceblack@jonesday.com
reriksen1@gmail.com
aglenn@kasowitz.com;
mstein@kasowitz.com;
dfliman@kasowitz.com;
namamoo@kasowitz.com
kgcully@kgcully.com
eciolko@ktmc.com;
dmoffa@ktmc.com
ecf@kaalaw.com
thadwilson@kslaw.com;
ajowers@kslaw.com;
pferdinands@kslaw.com
mstrauss@kmllp.com;
bwalker@kmllp.com
judson.brown@kirkland.com
tklestadt@klestadt.com;
jcorneau@klestadt.com
sdny@kmk-law.net
jleibowitz@kandfllp.com
dlibra@lapplibra.com
james.heaney@lawdeb.com
Dcaponnetto@leopoldassociates.com;
pmahony@leopoldassociates.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@lgbs.com

choward@lockelord.com
abehlmann@lowenstein.com
metkin@lowenstein.com;
ilevee@lowenstein.com
metkin@lowenstein.com;
ilevee@lowenstein.com
adoshi@magnozzikye.com
kmarino@khmarino.com;
jboyle@khmarino.com
jrufo@mwc-law.com
lgordon@mvbalaw.com
pmoak@McKoolSmith.com
mcarney@mckoolsmith.com
pmoak@McKoolSmith.com
knewman@menterlaw.com
sdnyecf@dor.mo.gov
jgarrity@morganlewis.com
mkraut@morganlewis.com
pfleming@morganlewis.com
mmorganroth@morganrothlaw.com;
jmorganroth@morganrothlaw.com
lberkoff@moritthock.com
jmoldovan@morrisoncohen.com;
bankruptcy@morrisoncohen.com;
rdakis@morrisoncohen.com
seth.goldman@mto.com
Thomas.walper@mto.com
angela.baglanzis@obermayer.com;
cmomjian@attorneygeneral.gov
almeyers@sjgov.org
dwdykhouse@pbwt.com;
bguiney@pbwt.com
Paul_Papas@mylegalhelpusa.com
ebcalvo@pbfcm.com
brandon.johnson@pillsburylaw.com
jmcmurtr@placer.ca.gov
dflanigan@polsinelli.com
dflanigan@polsinelli.com;
jnagi@polsinelli.com
igoldstein@proskauer.com

srutsky@proskauer.com;
jzajac@proskauer.com
john.oneal@quarles.com;
lori.winkelman@quarles.com;
walter.ashbrook@quarles.com
danbrockett@quinnemanuel.com;
daveburnett@quinnemanuel.com;
jeremyandersen@quinnemanuel.com;
ericwinston@quinnemanuel.com
susheelkirpalani@quinnemanuel.com;
scottshelley@quinnemanuel.com
mrollin@rplaw.com
cwood@rgrdlaw.com
stevep@rgrdlaw.com
rbrown@robertbrownlaw.com
romero@mromerolawfirm.com
reriksen1@gmail.com
Ross.martin@ropesgray.com;
keith.wofford@ropesgray.com
Ross.martin@ropesgray.com
prubin@rubinlawllc.com
dsasser@siwpc.com
dhall@siwpc.com
aisenberg@saul.com;
gschwab@saul.com;
abrockway@saul.com
jglucksman@scarincihollenbeck.com
bdk@schlamstone.com
bbressler@schnader.com;
rbarkasy@schnader.com
eboden@schnader.com
DBlumenthal@SchneiderMitola.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
bateman@sewkis.com;
christensen@sewkis.com;
patel@sewkis.com;
hooper@sewkis.com;

josselson@sewkis.com
cohen@sewkis.com;
das@sewkis.com;
binder@sewkis.com;
kotwick@sewkis.com;
alves@sewkis.com
taconrad@sbwlawfirm.com
fsosnick@shearman.com;
bluckman@shermansilverstein.com
pjones@stahlcowen.com
pdatta@hhstein.com
amuller@stinson.com
whazeltine@sha-llc.com
msweeney@msgrb.com
tal@talcottfranklin.com
jmiller@tcfbank.com
jteitelbaum@tblawllp.com
AGBankNewYork@ag.tn.gov
robert.major@bnymellon.com
Adam.Parkin@tdsecurities.com;
Christopher.stevens@tdsecurities.com;
rblmnf@aol.com
tmm@mullaw.org
themeyerslawfirm@gmail.com
TJSinnickson@aol.com
frenklinart@aol.com
kay.brock@co.travis.tx.us
mamta.scott@usbank.com;
michelle.moeller@usbank.com
tanveer.ashraf@usbank.com
Mark.Flannagan@umb.com
james.byrnes@usbank.com
laura.moran@usbank.com
SBOYD@walterinvestment.com
mvaughan@wbsvlaw.com;
dskeens@wbsvlaw.com
kelly.j.rentz@wellsfargo.com;
Sharon.Squillario@wellsfargo.com ;
mary.l.sohlberg@wellsfargo.com
kristi.garcia@wellsfargo.com

accesslegalservices@gmail.com
cshore@whitecase.com;
isilverbrand@whitecase.com;
hdenman@whitecase.com
mabrams@willkie.com;
rchoi1@willkie.com;
jhardy2@willkie.com
rmaney@wilmingtontrust.com
david.tillem@wilsonelser.com
dneier@winston.com
cschreiber@winston.com
jlawlor@wmd-law.com
pdefilippo@wmd-law.com;
sfitzgerald@wmd-law.com
gbush@zuckerman.com;
ncohen@zuckerman.com;
lneish@zuckerman.com

# **EXHIBIT B**

AIG Asset Management US LLC
Attn Russell Lipman
80 Pine St
New York, NY 10038


Allstate Life Insurance Company
Attn Peter A McElvain
3075 Sanders Rd Ste G5A
Northbrook, IL 60062


Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA 31405

Attorney General of the State of New York,
Eric T Schneiderman
Victoria L Safran
Nassau Regional Office
200 Old Country Rd Ste 240
Mineola, NY 11501

David P Stich Esq
521 Fifth Ave 17th Fl
New York, NY 10175

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA 94560

Financial Guaranty Insurance Company
Attn Martin Joyce
521 Fifth Ave 15th Fl
New York, NY 10175

Gibbons PC
Jeffrey S Berkowitz & Christopher A Albanese
One Pennsylvania Plaza 37th Fl
New York, NY 10119-3701

IBM Corporation
Attn Shawn Konig
1360 Rene Levesque W Ste 400
Montreal, QC H3G 2W6

Law Offices of Christopher Green
Christopher E. Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA 98101

Law Offices of Richard Sax
Richard Sax
448 Sebastopol Ave
Santa Rosa, CA 95401

Leslie Jamison
66 Howard Avenue
Ansonia, CT 06401-2210

Manatee County Tax Collector
Susan D Profant & Ken Burton Jr
4333 US 301 North
Ellenton, FL 34222

MBIA Insurance Corporation
Attn Mitchell Sonkin
113 King St
Armonk, NY 10504

Peter T. Roach and Associates, P.C.
Michael C Manniello
125 Michael Drive, Suite 105
Syosset, NY 11791

Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al
3725 N Indiana
Kansas City, MO 64117

Secretary of State
123 William St
New York, NY 10038-3804

Secretary of State, Division of Corporations
99 Washington Ave Ste 600
One Commerce Plz
Albany, NY 12231-0001

Shapiro Dicaro & Barak LLC
Shari S. Barak
105 Maxess Rd Ste N109
Melville, NY 11747

Talcott Franklin P.C.
Derek S Witte
208 N. Market Street, Suite 200
Dallas, TX 75202

U.S. Department of Justice
Attn: Glenn D. Gillette
Civil Division
1100 L Street NW, Room 10018
Washington, DC 20005

Wilmington Trust NA
Julie J Becker Vice President
50 South Sixth St Ste 1290
Minneapolis, MN 55402-1544

Citibank NA
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

Clifford Chance US LLP
Jennifer C DeMarco & Adam Lesman
31 West 52nd St
New York, NY 10019

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Kelley Drye & Warren LLP
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

Kirkland & Ellis LLP
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

Cleary Gottlieb Steen & Hamilton LLP
Sean A O Neal and Thomas J Moloney
One Liberty Plaza
New York, NY 10006

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

Kirkland & Ellis
Richard M Cieri
601 Lexington Ave
New York, NY 10022

Kramer Levin Naftallis & Frankel LLP
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H
Mannal & Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
P Joe Morrow
2335 Alaska Ave
El Segundo, CA 90245


Morrison & Foerster LLP
Attn Tammy Hamzehpour
1290 Avenue of the Americas
New York, NY 10104

Office of the NY State Attorney General
Nancy Lord & Enid M Stuart
The Capitol
Albany, NY 12224-0341

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay St 4W
New York, NY 10286

Loeb & Loeb LLP
Walter H Curchack, Vadim J Rubinstein & Debra W Minoff
345 Park Ave
New York, NY 10154

Morrison & Foerster LLP
Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi &
Kayvan B Sadeghi
1290 Avenue of the Americas
New York, NY 10104

Office of the US Attorney for the Southern District of NY
United States Attorney Preet Bharara
One St Andrews Plaza
New York, NY 10007

Securities & Exchange Commission NY Regional Office
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

U.S. Department of Justice
US Attorney General, Eric H. Holder, Jr.
950 Pennsylvania Ave NW
Washington, DC 20530-0001

United States Attorney's Office for the Southern District of
New York civil Division
Attn Joseph Cordaro & Cristine Irvin Phillips
86 Chambers St 3rd Fl
New York, NY 10007

Wells Fargo Bank NA
Attn Corporate Trust Services - GMACM Home Equity Notes
2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

US Trustee for the Southern District of NY
Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto
201 Varick St Ste 1006
New York, NY 10014

# **EXHIBIT C**

Michael E. Boyd
5439 Soquel Dr.
Soquel, CA 95073