## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2014, a copy of the <u>Memorandum Requesting Enlargement of Time and Opposing Rescap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (Claim 2452, Leslie Watley)</u> and <u>Exhibits</u> was emailed to jbrodsky@qtadvisors.com and hand delivered to:

The ResCap Liquidating Trust
Quest Turnaround Advisors
800 Westchester Avenue
Suite S-520
Rye Brook, NY 10573
ATTN: Jeffrey Brodsky

                                                                                                                                          /s/ J.L. Pottenger, Jr.
                                                                                                            J.L. Pottenger, Jr., Attorney