UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al… | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Terrence J. McGuire**, to be admitted, *pro hac vice*, to represent GTS Capital Holdings IRA, LLC, (the "Client") a __Creditor__ in the above referenced __X__ case _____ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Florida, and, if applicable, the bar of the U.S. District Court for the District of Middle District of Florida, it is hereby

**ORDERED**, that Terrence J. McGuire, Esq., is admitted to practice, **pro hac vice**, in the above referenced __X__ case _____ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 10, 2014
       New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE