UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: _____    Case No. 12-12020(MG)

RESIDENTIAL CAPITAL, LLC, et al.            Chapter 11
      Debtors


GTS CAPITAL HOLDINGS IRA, LLC

   Creditor

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW GTS Capital Holdings IRA, LLC. ("Creditor") and files its Motion For Relief From Automatic Stay as follows:

1. On or about August 7, 2006, Carlos R. Ortiz ("Borrower") executed a Promissory Note and Mortgage in favor of Homecomings Financial Network, Inc. to secure a loan made by Homecomings to Borrower in the principal amount of $148,000.00. The 1st mortgage lien encumbers Borrower's home located at 113 E. Coleman Circle in Sanford, Seminole County, Florida. Creditor is the current owner and holder of the Promissory Note and Mortgage.

2. Borrower defaulted on the Promissory Note and Mortgage by failing to make the payment due June 1, 2009 and all payments that have become due since that date.

3. Creditor desires to commence a Mortgage Foreclosure proceeding as reflected by the prepared, verified Complaint To Foreclosure Real Estate Mortgage attached to Creditor's Answers to Senior Lien Stay Relief Questionnaire as Exhibit "4". As the Complaint reflects in Paragraph 10 a, Homecomings Financial Network, currently owns and

holds a 2nd Mortgage on the subject real property that is subordinate and inferior to Creditor's mortgage. Creditor is unable to commence the foreclosure proceeding without first obtaining relief from the bankruptcy stay.

4. On December 10, 2014, the Court entered its Order granting the undersigned's Application For Pro Hac Vice Admission (Doc # 7827).

   WHEREFORE GTS Capital Holdings IRA, LLC. ("Creditor") moves this Court to enter its Order granting relief from the automatic stay to file its Mortgage Foreclosure Complaint and extinguish Homecomings Financial Network Inc's. junior lien interest in the subject real property.

_[signature]_
Terrence J. McGuire, Esq.
Law Firm of Terrence McGuire, P.A.
8687 Larwin Lane, Orlando FL 32817
Phone: 407-758-3564
Fax: 407-797-2651
Email: Terry@Tmcguirelaw.com
FL Bar No. 201158

## CERTIFICATE OF SERVICE

I hereby certify I have on this ___11___ day of __December__ 2014 served a copy of the foregoing on the following attorneys and/or parties listed below:

Residential Capital, LLC
1100 Virgina Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

ResCap Liquidating Trust, Morrison & Foerster LLP
Attn: Norman S. Rosenbaum and Jordan A. Wishnew
250 West 55th Street
New York, NY 10019

ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee for the Southern District of New York
U. S. Federal Office Building
Attn: Linda A. Riffkin and Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY 10014

The ResCap Liquidating Trust
Attn: Jeffrey Brodsky
Quest Turnaround Advisors
800 Westchester Ave., Suite S-520
Rye Brook, NY 10573

Terrence J. McGuire
Florida Bar No: 201154
Law Firm of Terrence McGuire, P.A.
8687 Larwin Lane
Orlando, Florida 32817
Email: terry@tmcguirelaw.com
Telephone: 407-758-3564
Fax: 888-797-2651