**CERTIFICATE OF SERVICE**

I certify that on December 4, 2014, copies of this Motion were served by mailing the same by ordinary U.S. Mail, postage pre-paid, and/or via electronic mail to the persons listed below:

(i) Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

(ii) Morrison & Foerston LLP,
Counsel for the Debtors
ATTN: Norman S. Rosenbaum, Jordan A. Wishnew, and Jessica J. Arett
250 West 55th Street
New York, NY 10019

(iii) The ResCap Borrower Claims Trust
Polsinelli PC
ATTN: Daniel J. Flanigan
900 Third Avenue, 21st Floor
New York, NY 10022

(iv) Office of the United States Trustee for the Southern District of New York
ATTN: Linda A Rifkin, Esq., and Brian S. Masumoto, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

(v) The ResCap Liquidating Trust
Quest Turnaround Advisors
ATTN: Jeffrey Brodsky
800 Westchester Avenue, Suite S-520
Rye Brook, NY 10573