# EXHIBIT

# F

Docket #7800  Date Filed: 11/25/2014

Exhibit F

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER SUSTAINING RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO CLAIM NUMBER 1574 FILED BY RAINER P. WARNER

Pending before the Court is the *ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* (the "Objection," ECF Doc. # 7552). It is supported by the declarations of Deanna Horst ("Horst Declaration," ECF Doc. # 7552-3) and Norman S. Rosenbaum (ECF Doc. # 7552-4). The Objection addresses 26 claims (*see* Obj. Ex. A), including Proof of Claim Number 1574 filed by Rainer P. Warner (the "Claim"). Warner filed an opposition to the Objection on October 14, 2014 (the "Opposition," ECF Doc. # 7722). The Trust filed a reply to several claims including the Claim on November 7, 2014, (the "Reply," ECF Doc. # 7727), supported by a supplemental declaration of Ms. Horst ("Supplemental Horst Declaration," ECF Doc. # 7727-1). The Court held a hearing on November 13, 2014 and took the Objection to the Claim under submission. This Order sustains the Objection with respect to Warner's Claim.

A.    **The Claim**

In his timely filed Proof of Claim, Warner asserts a $207,947.59 secured claim and a $292,052.41 unsecured claim against Debtor Residential Capital, LLC ("ResCap") on the grounds that the Debtors (1) wrongfully denied loan modifications despite Warner's eligibility; (2) improperly assessed certain fees and charges; (3) wrongfully foreclosed on Warner's property; and (4) failed to conduct property inspections. (Horst Supp. Ex. A.) The relevant


1212020141125000000000003

property is located at 1180 Flintock Avenue Southeast, Palm Bay, Florida 32909-4707 (the "Property"). (Horst Supp. Ex. B.) Warner's Proof of Claim attaches an answer and cross-claim he filed against Deutsche Bank Trust Company Americas ("Deutsche Bank") and Homecomings Financial, LLC ("Homecomings") in a foreclosure proceeding initiated by Deutsche Bank. The answer and cross-claim assert that Deutsche Bank and Homecomings failed to modify Warner's mortgage despite hardship and changes in his medical condition. The cross-claim also alleges that Deutsche Bank and Homecomings were wrongfully forcing foreclosure of Warner's home.

Aside from the answer and cross-claim, Warner's Proof of Claim also attaches (1) an order setting Warner's foreclosure case for trial,[1] (2) a letter from Homecomings informing Warner that his loan modification was approved pending fulfillment of certain conditions, (3) two pages from Warner's original note, and (4) two pages from Warner's loan modification agreement. On the pages from the original note and loan modification agreement, Warner circled the original loan amount ($208,000), the original amount of his initial interest-only payments ($1,235.00), which were subject to change, and the modified loan amount ($220,228.03).

The Trust previously objected to Warner's Claim in its 50th Omnibus Objection (ECF Doc. # 5162). The Court overruled the objection to Warner's Claim without prejudice on January 8, 2014 (ECF Doc. # 6236). In the original objection, the Debtors did not specifically discuss the Claim, but instead stated that the Claim fell in a category of claims for which the Debtors determined that they bear no liability based on a review of their books and records, including payment histories, loan modification documents, foreclosure related documents, and internal servicing notes. In his original response, Warner asserted that ownership of his note was

---

[1] The state court entered a final judgment of foreclosure in August 2012.

# EXHIBIT

# G

Property Job Summary.                                                                Page 1 of 2



CoreLogic

CoreLogic Field Services
1 First American Way
Westlake, TX 76262
1-800-873-4532

Client:      Ocwen Loan Servicing, LLC - Homecomings    Mortgagor: RAINER P WARNER
Loan #:      ■■■■6197                                   Address:   510 ENTRADA ST SE
Guarantor:   UNIN                                                  PALM BAY FL 32909-

| Order Id | Man/PLS Code | Request On | Request Type | FAFS Received Date | Completed Date | Invoice Date | Invoice # | Invoice Amount | Occupancy Status | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 238866557 | 060 | Property | Foreclosure Inspection | 12/25/2012 | 12/27/2012 | 12/27/2012 | 42612645 | $14.75 | Owner (Mortgagor) | Completed |
| 238225517 | 060 | Property | Foreclosure Inspection | 11/24/2012 | 11/26/2012 | 11/26/2012 | 42180048 | $14.75 | Owner (Mortgagor) | Completed |
| 237633838 | 060 | Property | Foreclosure Inspection | 10/25/2012 | 10/30/2012 | 10/31/2012 | 41845047 | $14.75 | Occupied Name Unknown | Completed |
| 236957690 | | Property | Foreclosure Inspection | 9/25/2012 | 10/03/2012 | 10/05/2012 | 41422467 | $16.50 | Occupied Name Unknown | Completed |
| 236350640 | | Property | Foreclosure Inspection | 8/25/2012 | 8/29/2012 | 8/29/2012 | 40945860 | $14.75 | Owner (Mortgagor) | Completed |
| 235745661 | | Property | Foreclosure Inspection | 7/26/2012 | 7/27/2012 | 7/27/2012 | 40499847 | $14.75 | Owner (Mortgagor) | Completed |
| 235141703 | | Property | Foreclosure Inspection | 6/26/2012 | 7/02/2012 | 7/04/2012 | 40133088 | $14.75 | Owner (Mortgagor) | Completed |
| 234559319 | | Property | Foreclosure Inspection | 5/26/2012 | 6/05/2012 | 6/06/2012 | 39763703 | $16.50 | Occupied Name Unknown | Completed |
| 233955873 | | Property | Foreclosure Inspection | 4/26/2012 | 5/03/2012 | 5/04/2012 | 39311798 | $13.00 | Owner (Mortgagor) | Completed |
| 233344370 | | Property | Foreclosure Inspection | 3/27/2012 | 3/31/2012 | 4/04/2012 | 38906286 | $14.75 | Owner (Mortgagor) | Completed |
| 232781514 | | Property | Foreclosure Inspection | 2/24/2012 | 2/27/2012 | 2/29/2012 | 38480361 | $14.75 | Owner (Mortgagor) | Completed |
| 232175897 | | Property | Foreclosure Inspection | 1/24/2012 | 1/27/2012 | 1/30/2012 | 38069694 | $14.75 | Occupied Name Unknown | Completed |
| 231572636 | | Property | Foreclosure Inspection | 12/24/2011 | 12/28/2011 | 12/29/2011 | 37615431 | $14.75 | Owner (Mortgagor) | Completed |
| 230961957 | | Property | Foreclosure Inspection | 11/24/2011 | 11/29/2011 | 11/30/2011 | 37211185 | $11.25 | Owner (Mortgagor) | Completed |
| 230368793 | | Property | Foreclosure Inspection | 10/27/2011 | 11/01/2011 | 11/03/2011 | 36786069 | $11.25 | Occupied Name Unknown | Completed |
| 229769492 | | Property | Foreclosure Inspection | 9/27/2011 | 10/05/2011 | 10/07/2011 | 36343698 | $11.25 | Occupied Name Unknown | Completed |
| 229147610 | | Property | Foreclosure Inspection | 8/27/2011 | 8/29/2011 | 8/29/2011 | 35764582 | $11.25 | Owner (Mortgagor) | Completed |
| 228599195 | | Property | Foreclosure Inspection | 7/28/2011 | 7/28/2011 | 7/29/2011 | 35325477 | $11.25 | Owner (Mortgagor) | Completed |
| 228082856 | | Property | Foreclosure Inspection | 6/28/2011 | 6/29/2011 | 7/06/2011 | 34964733 | $11.25 | Occupied Name Unknown | Completed |
| 227600471 | | Property | Foreclosure Inspection | 5/28/2011 | 6/04/2011 | 6/06/2011 | 34531772 | $11.25 | Owner (Mortgagor) | Completed |
| 227103400 | | Property | Foreclosure Inspection | 4/28/2011 | 4/30/2011 | 5/04/2011 | 34147683 | $11.25 | Occupied Name Unknown | Completed |
| 226639095 | | Property | Foreclosure Inspection | 3/31/2011 | 4/06/2011 | 4/08/2011 | 33781391 | $11.25 | Occupied Name Unknown | Completed |
| 226206535 | | Property | Foreclosure Inspection | 3/01/2011 | 3/04/2011 | 3/07/2011 | 33383246 | $11.25 | Occupied Name | Completed |

Handwritten annotations at right:
- } Occupied (rows 235745661–235141703)
- } Occupied (rows 233344370–232781514)
- } Occupied (rows 231572636–230961957)
- } Occupied (rows 229147610–228599195)
- } Excessive (rows 227103400–226206535)

https://pcw.corelogic.com/PropertyLevel/PropJobSumPrint.aspx                         10/29/2013

12-12020-mg    Doc 7863-2    Filed 12/08/14    Entered 12/11/14 14:32:36    Exhibit F
G & H    Pg 6 of 16

Property Job Summary.                                                           Page 2 of 2
12-12020-mg    Doc 7727-8    Filed 11/07/14    Entered 11/07/14 18:07:33    Exhibit G
Pg 4 of 209

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 225741618 | | Property | Foreclosure Inspection | 1/29/2011 | 1/31/2011 | 2/04/2011 | 32992531 | $11.25 | Unknown Owner (Mortgagor) | Completed |
| 225255073 | | Property | Foreclosure Inspection | 12/30/2010 | 1/06/2011 | 1/06/2011 | 32595133 | $11.25 | Owner (Mortgagor) | Completed |
| 224728022 | | Property | Foreclosure Inspection | 11/30/2010 | 12/07/2010 | 12/07/2010 | 32150705 | $11.25 | Occupied Name Unknown | Completed |
| 224199257 | | Property | Foreclosure Inspection | 11/01/2010 | 11/03/2010 | 11/04/2010 | 31651492 | $11.25 | Owner (Mortgagor) | Completed |
| 223636197 | | Property | Foreclosure Inspection | 9/30/2010 | 10/04/2010 | 10/04/2010 | 31197202 | $11.25 | Owner (Mortgagor) | Completed |
| 223048693 | | Property | Foreclosure Inspection | 8/26/2010 | 8/30/2010 | 8/31/2010 | 30691009 | $11.25 | Owner (Mortgagor) | Completed |
| 222500141 | | Property | Foreclosure Inspection | 7/27/2010 | 8/03/2010 | 8/03/2010 | 30238222 | $11.25 | Owner (Mortgagor) | Completed |
| 221959607 | | Property | Foreclosure Inspection | 6/26/2010 | 6/30/2010 | 7/13/2010 | 29848084 | $11.25 | Owner (Mortgagor) | Completed |
| 221441045 | | Property | Foreclosure Inspection | 5/27/2010 | 5/30/2010 | 5/31/2010 | 29278435 | $11.25 | Owner (Mortgagor) | Completed |
| 220916739 | | Property | Foreclosure Inspection | 4/27/2010 | 5/04/2010 | 5/04/2010 | 28848014 | $11.25 | Owner (Mortgagor) | Completed |
| 219990507 | | Property | Foreclosure Inspection | 3/09/2010 | 3/16/2010 | 3/17/2010 | 28104492 | $11.25 | Occupied Name Unknown | Completed |
| 219542306 | | Property | Initial Securing | 2/10/2010 | 2/11/2010 | 2/12/2010 | 27676213 | $35.00 | Owner Occupied | Completed |
| 219496179 | | Property | Foreclosure Inspection | 2/06/2010 | 2/09/2010 | 2/15/2010 | 27659698 | $11.25 | Vacant & Locked | Completed |
| 218957438 | | Property | Foreclosure Inspection | 1/07/2010 | 1/13/2010 | 1/13/2010 | 27176668 | $11.25 | Occupied Name Unknown | Completed |
| 218435441 | | Property | Foreclosure Inspection | 12/08/2009 | 12/17/2009 | 12/17/2009 | 26777728 | $11.25 | Occupied Name Unknown | Completed |
| 217357792 | | Property | Foreclosure Inspection | 10/08/2009 | 10/17/2009 | 10/19/2009 | 25876918 | $11.25 | Owner (Mortgagor) | Completed |
| 216726878 | | Property | Foreclosure Inspection | 9/08/2009 | 9/13/2009 | 9/15/2009 | 25275508 | $11.25 | Owner (Mortgagor) | Completed |
| 216129934 | | Property | Foreclosure Inspection | 8/07/2009 | 8/11/2009 | 8/12/2009 | 24732817 | $11.25 | Occupied Name Unknown | Completed |
| 215489741 | | Property | Foreclosure Inspection | 7/02/2009 | 7/04/2009 | 7/06/2009 | 24150819 | $11.25 | Occupied Name Unknown | Completed |
| 214910382 | | Property | Foreclosure Inspection | 6/02/2009 | 6/06/2009 | 6/09/2009 | 23694023 | $11.25 | Occupied Name Unknown | Completed |
| 213795398 | | Property | Foreclosure Inspection | 4/01/2009 | 4/04/2009 | 4/06/2009 | 22698746 | $11.25 | Occupied Name Unknown | Completed |
| 212328335 | | Property | Borrower Interview | 1/06/2009 | 1/13/2009 | 1/15/2009 | 21521881 | $11.25 | Owner (Mortgagor) | Completed |
| 211687390 | | Property | Borrower Interview | 11/18/2008 | 11/29/2008 | 12/03/2008 | 20994558 | $11.25 | Occupied Name Unknown | Completed |
| 211165136 | | Property | Borrower Interview | 10/17/2008 | 10/26/2008 | 11/04/2008 | 20636347 | $11.25 | Occupied Name Unknown | Completed |

Handwritten annotations:
- (Rows 225741618, 225255073): } Occupied
- (Row 224728022): } Excessive
- (Row 219542306): Never Took Place
- (Row 219496179): Never Happened
- (Rows 217357792, 216726878): } Occupied

INCONSISTENCIES IN PRICES
INCONSISTENCIES IN Whether the property was occupied or mortgagor owned
This is clear indication that no one physically drove
past the property or witnessed movement around the property.



**PCVMURCOR**
REAL ESTATE SERVICES

GMAC, Interior Form
Loan#: ████6197

| Address: | 520 SE ENTRADA STREET PALMBAY FL 32909 | Inspection Type: | Interior |
|---|---|---|---|
| Borrower: | F WARNER RAINER | | APN: 293707gs00529.000 |

### I. Order Information

| Inspection Date: | 3/26/2010 | Deal Name: | | VMA Request ID: | 7441986197 |
|---|---|---|---|---|---|
| Client: | GMAC RESCAP | BPO Vendor: | PCV Murcor | Vendor Tracking ID: | 1284538 |
| Agent Name: | Margaret Kyle Frego | Brokerage: | Marge Frego Realty Inc. | Agent Phone: | 7726643783 |

### II. Subject Property Information

| Occupied: | Y | Property Type: | SFR | HOA Fees: | | Zoning: | Residential |
|---|---|---|---|---|---|---|---|
| Date Last Sold: | 6/1/2006 | Last Sale Price: | $260,000 | Data Source: | Public Record | Currently Listed: | Y |
| Agent Name: | pruitt real estate | Initial List Price: | $188,000 | Initial List Date: | 11/20/2009 | Current List Price: | $188,000 |
| List Reduction Date: | 11/21/2009 | MLS#: | 555541 | Total Repair Cost: | $200.00 | Estimated Monthly Rent: | $800.00 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: Property has been well-maintained.

### III. Neighborhood Information / Population Density: 74/sq mi

| Location Type: | Suburban | Supply / Demand: | In Balance | Value Trend: | Decreasing | Local Economic Trend: | Decreasing |
|---|---|---|---|---|---|---|---|
| Price Range: | $79,000 to $200,000 | | | Median Price: | $125,000 | Avg Marketing Time: | 120 |

NEIGHBORHOOD COMMENTS: Neighborhood is well maintained and near school, parks, and recreational facilities. Subject appears to be well maintained. Values have been steadily declining due to an increase in unemployment and foreclosures.

### IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 520 SE ENTRADA STREET PALMBAY, FL | 562 balcom Palm Bay, FL | 522 se elizabeth Palm Bay, FL | 530 collings Palm Bay, FL. | 250 brickell Palm Bay, FL | 1515 tharp Palm Bay, FL | 1430 eldron Palm Bay, FL |
| Zip | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 |
| Data Source | Public Record | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | N/A | 0.44Mi | 0.07Mi | 0.13Mi | 0.80Mi | 1.75Mi | 0.89Mi |
| Sale Price | $260,000 | $113,000 | $105,000 | $115,500 | | | |
| Sale Date | 06/01/2006 | 12/04/2009 | 10/27/2009 | 01/08/2010 | | | |
| Orig. List Price | $188,000 | $119,000 | $108,300 | $119,900 | $129,000 | $154,900 | $130,000 |
| Curr. List Price | $188,000 | | | | $110,000 | $154,900 | $114,900 |
| DOM | 125 | 5 | 3 | 3 | 32 | 30 | 202 |
| Lot Size | 0.49 acres | 0.26 acres | 0.23 acres | 0.23 acres | 0.24 acres | 0.46 acres | 0.23 acres |
| View | None | None | None | None | None | None | None |
| Design/Style | Contemporary/1 St | Contemporary/1 St | Contemporary/1 St | Contemporary/1 St | Contemporary/1 St | Contemporary/1 St | Contemporary/1 St |
| Type/Unit | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 | SFR/1 |
| Age | 15 | 18 | 6 | 4 | 4 | 12 | 7 |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Above Grade SF | 1550 sq.ft | 1468 sq.ft | 1529 sq.ft | 1650 sq.ft | 1742 sq.ft | 1690 sq.ft | 1640 sq.ft |
| # Rooms/Bdr/Bth | 7/3/2 | 6/3/2 | 7/4/2 | 7/3/2 | 7/3/2 | 7/4/2 | 7/3/2 |
| Basement SF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Garage Type | Attached | Attached | Attached | Attached | Attached | Attached | Attached |
| # Garage Stalls | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Pool/Spa | Yes/Yes | Yes/No | No/No | No/No | No/No | No/No | No/No |
| Other Features | + 2 car detached | +2car det | none | none | corner | corner lot | none |
| Sales Type | Short Sale | Unknown | Unknown | Unknown | Short Sale | Neither | Neither |
| HOA Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

COMPARABLE PROPERTY COMMENTS:

Sales Comp 1: Comp is similar overall to the subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject.

Sales Comp 2: Subject has pool and comp does not. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Subject property has one of the largest lots in this market, therefore, it was (See Addendum)

Sales Comp 3: subject has pool, comp does not however comp was built in 2006 11 years younger than subject. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Subject property has (See Addendum)

Listing Comp 1: Comp is a Short Sale Listing. Subject has pool and comp does not. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Subject property has one of the largest lots. (See Addendum)

Listing Comp 2: Comp is neither an REO Listing nor a Short Sale Listing. Subject has pool and comp does not. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. There are no (See Addendum)

Listing Comp 3: Comp is neither an REO Listing nor a Short Sale Listing. Subject has pool and comp does not. Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Subject property (See Addendum)

### V. Marketing Strategy

| | "As-Is" Value | "Repaired" Value | Estimated Marketing Time for Subject: 120 days |
|---|---|---|---|
| Estimated Sale Price: | $115,000 | $115,000 | VALUE CONCLUSION SUMMARY: Subject's final value is more in line with the listings as this is a declining market. Due to the small amount of repairs needed on the subject property, the "as-repaired" value is not more than the "as-is" value plus the estimated cost of repairs. |
| Recommended List Price: | $125,000 | $125,000 | |

Photographs
PCV 1284538

Bedrooms - 520 SE ENTRADA STREET



Bathroom - 520 SE ENTRADA STREET





Identifier: ****6197  Doc Type: BPOP

Loan #: ****6197

**Address:** 520 ENTRADA ST SE  PALM BAY  FL  32909  **Inspection Type:** Interior
**Borrower:** RAINER P WARNER  Loss Mitigation  APN:

### I. Order Information

| Inspection Date: | 2/3/2012 | Deal Name: | | VMA Request ID: | |
|---|---|---|---|---|---|
| Client: | GMAC | | CoreLogic | Vendor Tracking ID: | 7222626 |
| Agent Name: | SHAUN BELL | Brokerage: | SELL FLORIDA HOMES INC. | Agent Phone: | |

### II. Subject Property Information

| Occupied: | Owner Occupied | Property Type: | SFD | HOA Fees | | Zoning: | Residential |
|---|---|---|---|---|---|---|---|
| Last Sold Date: | | Last Sale Price: | | Data Source: | MLS | Currently Listed: | No |
| Agent Name: | | Initial List Price: | | Initial List Date: | | Current List Price: | |
| Last Reduction Date: | | MLS #: | N/A | Total Repair Cost: | 1,500 | Est. Monthly Rent: | 1,200 |

**SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES:**

### III. Neighborhood Information

| Location Type: | Urban | Supply/Demand: | Decreasing | Price Trend: | Stable | Local Economic Trend: | Stable |
|---|---|---|---|---|---|---|---|
| Price Range: | 84,900 | - | 109,900 | Median Price: | 70,000 | Avg Marketing Time: | 180 |

**NEIGHBORHOOD COMMENTS:**

### IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 520 ENTRADA ST SE | 547 REMBRANDT CT SE | 441 BRANTLEY ST SE | 980 ELDRON BLVD SE | 899 ARUBA AVE SE | 954 BALCOM TERRACE SE | 876 DRIFTWOOD AVE SE |
| | PALM BAY FL | PALM BAY FL | PALM BAY FL | PALM BAY FL | PALM BAY FL | PALM BAY FL | PALM BAY FL |
| Zip | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 |
| Data Source | MLS | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.21 | 0.26 | 0.19 | 0.37 | 0.44 | 0.26 |
| Sale price | | 71,000 | 72,000 | 87,000 | | | |
| Sale Date | | 08/11/2011 | 08/12/2011 | 12/01/2011 | | | |
| Orig. List Price | | 99,900 | 96,500 | 95,000 | 95,000 | 89,000 | 89,900 |
| Cur./Final List $ | | 84,900 | 80,000 | 95,000 | 89,000 | 89,000 | 89,900 |
| DOM | | 338 | 295 | 12 | 219 | 10 | 3 |
| Lot Size | .49 | .23 | .23 | .23 | .31 | .23 | .46 |
| View | TYPICAL | TYPICAL | TYPICAL | TYPICAL | TYPICAL | TYPICAL | TYPICAL |
| Design/Style | Ranch | Ranch | Ranch | Ranch | Ranch | Ranch | Ranch |
| Type/#Units | SFD 1 | SFD 1 | SFD 1 | SFD 1 | SFD 1 | SFD 1 | SFD 1 |
| Age | 17 | 6 | 7 | 6 | 19 | 24 | 10 |
| Condition | Average | Average | Average | Average | Average | Average | Average |
| Above Grade SF | 1,621 | 1,656 | 1,621 | 1,755 | 1,839 | 1,546 | 1,847 |
| # Rooms/Bd/Bth | 8/3/2 | 8/3/2 | 8/3/2 | 8/3/2 | 8/3/2 | 7/3/2 | 8/3/2 |
| Basement SF | NO | NO | NO | NO | NO | NO | NO |
| % Finished | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Garage Type | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att | Gar Att |
| # Garage Stalls | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Pool/Spa | YES YES | NO NO | NO NO | NO NO | NO NO | NO NO | YES YES |
| Other Features | | PORCH | PORCH | PORCH | ENCLOSED ROOM | PORCH | PORCH |
| Sales Type | Fair Market | Short Sale | Short Sale | Short Sale | Short Sale | Fair Market | REO |
| HOA Fees | | NO | NO | NO | NO | NO | NO |

**COMPARABLE PROPERTY COMMENTS:**

**Sale 1:** COMP IS SUPERIOR GLA, YEAR BUILT AND INFERIOR STANDARD LOT, NO POOL, NO DETACHED GARAGE

**Sale 2:** COMP IS SUPERIOR YEAR BUILT AND INFERIOR STANDARD LOT, NO POOL, NO DETACHED GARAGE

**Sale 3:** COMP IS SUPERIOR GLA, YEAR BUILT AND INFERIOR STANDARD LOT, NO POOL, NO DETACHED GARAGE

**List 1:** COMP IS SUPERIOR GLA AND INFERIOR NO POOL, NO DETACHED GARAGE

**List 2:** COMP IS INFERIOR NO POOL, NO DETACHED GARAGE AND STANDARD LOT

**List 3:** COMP IS SUPERIOR GLA AND INFERIOR NO DETACHED GARAGE

### V. Marketing Strategy

| | 'As-Is' Price | 'Repaired' Price | Estimated Marketing Time for Subject: | 180 |
|---|---|---|---|---|
| Estimated Sale Price: | 98,000 | 99,600 | **PRICE CONCLUSION SUMMARY:** | |
| Recommended List Price: | 102,900 | 104,500 | POSITIVE- POOL HOMES REMAIN IN HIGH DEMAND. | |



**CoreLogic**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | CoreLogic ORDER NO. |
|---|---|---|---|
| 6197 | Loss Mitigation | | 7222528 |
| NAME | ADDRESS | | CITY, STATE, ZIP |
| RAINER P WARNER | 520 ENTRADA ST SE | | PALM BAY, FL  32909 |
| PHOTOS COMMENT | | | |



Subject Front



Subject Front



Subject Interior — LIVING ROOM

# eMortgage Logic

Loan #: ▓▓▓▓6197

| | | | |
|---|---|---|---|
| Address: | 520 SE ENTRADA STREET, PALMBAY, FL 32909 | Inspection Type: | Interior |
| Borrower: | RAINER P WARNER     Project Type: | APN: | 29-37-03-GN-00529.0- |

## I. Order Information

| | | | | | |
|---|---|---|---|---|---|
| Inspection Date: | Aug 10 2012 | Deal Name: | | VMA Request ID: | 2807702 |
| Client: | Loss Mitigation | BPO Vendor: | eMortgage Logic, LLC | Vendor Tracking ID: | 2634014 |
| Agent Name: | Andreison Gomes | Brokerage: | ADR Realty LLC | Agent Phone: | (407) 451-0951 |

## II. Subject Property Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Occupied: | Yes | Property Type: | SF Detach | HOA Fees: | | Zoning: | Residential |
| Last Sold Date: | | Last Sale Price: | | Data Source: | County Tax | Currently Listed: | Yes |
| Agent Name: | Shaun Bell | Initial List Price: | | Initial List Date: | Jul 18 2012 | Current List Price: | $119,900 |
| Last Reduction Date: | Jul 18 2012 | MLS #: | 647296 | Total Repair Cost: | $10,600 | Est. Monthly Rent: | $950 |

SUBJECT PROPERTY COMMENTS / EXTERNAL INFLUENCES: The subject is in need of roof repairs and and new carpet. There appears to be several additions that area not present in county records

## III. Neighborhood Information

| | | | | | |
|---|---|---|---|---|---|
| Location Type: | Suburban | Supply/Demand: | Declining | Value Trend: | Stable | Local Economic Trend: | Depreciating |
| Price Range: | 70000 to 110000 | | | Median Price: | $80,000 | Avg Marketing Time: | 3 to 6 Mos. |

NEIGHBORHOOD COMMENTS: The subjects neighborhood is populated mostly by individually built single family homes varying in age, style and appeal.

## IV. Comparable Properties

| | Subject | Sale 1 | Sale 2 | Sale 3 | Listing 1 | Listing 2 | Listing 3 |
|---|---|---|---|---|---|---|---|
| Address | 520 SE ENTRADA STREET PALMBAY,FL | 391 SE SAUDERS RD PALM BAY,FL | 790 SE KOUTNIK RD PALM BAY,FL | 615 SE AWIN CT PALM BAY,FL | 931 SE CARROT AVE PALM BAY,FL | 595 SE KOUTNIK RD PALM BAY,FL | 346 SE SEVEN GABLES CIR PALM BAY,FL |
| Zip | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 | 32909 |
| Data Source | County Tax | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.94 Miles | 0.49 Miles | 0.48 Miles | 3 Blocks | 0.63 Miles | 0.74 Miles |
| Sale Price | | $76,000 | $80,000 | $89,900 | | | |
| Sale Date | | Feb 24 2012 | Jun 21 2012 | May 31 2012 | | | |
| Orig. List Price | $119,900 | $98,000 | $80,000 | $97,000 | $74,900 | $81,000 | $80,000 |
| Curr. List Price | $119,900 | | | | $74,900 | $74,900 | $80,000 |
| DOM | 25 | 332 | 104 | 54 | 32 | 314 | 103 |
| Lot Size | 0.49ac | 0.23ac | 0.23ac | 0.31ac | 0.23ac | 0.23ac | 0.23ac |
| View | Typical | Typical | Typical | Typical | Typical | Typical | Typical |
| Design/Style | Single Story | Single Story | Single Story | Single Story | Single Story | Single Story | Single Story |
| Type/#Units | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 | SF Detach  1 |
| Age | 17yrs | 23yrs | 24yrs | 25yrs | 14yrs | 16yrs | 23yrs |
| Condition | Fair | Fair | Fair | Good | Fair | Fair | Fair |
| Above Grade SF | 1,621 | 1,499 | 1,480 | 1,502 | 1,620 | 1,450 | 1,598 |
| # Rooms/Bd/Bth | 7  3  2 | 7  3  2 | 7  3  2 | 7  3  2 | 8  4  2 | 7  3  2 | 7  3  2 |
| Basement SF | | 0 | 0 | 0 | 0 | 0 | 0 |
| % Finished | % | 0% | 0% | 0% | 0% | 0% | 0% |
| Garage Type | Attached | Attached | Attached | Attached | None | Attached | Attached |
| # Garage Stalls | 2 | 2 | 2 | 2 | N/A | 2 | 2 |
| Pool/Spa | Yes  No | No  No | Yes  No | No  No | No  No | Yes  No | Yes  No |
| Other Features | None | None | None | Upgrades | None | None | None |
| Sales Type | | Fair Market | Fair Market | Fair Market | REO | Short Sale | Short Sale |
| HOA Fees | | 0/yr | 0/yr | 0/yr | 0/yr | 0/yr | 0/yr |

**COMPARABLE PROPERTY COMMENTS:**

Sale 1: See Addendum

Sale 2: See Addendum

Sale 3: See Addendum

List 1: See Addendum

List 2: See Addendum

List 3: See Addendum

## V. Marketing Strategy

| | 'As-Is' | 'Repaired' | Estimated Marketing Time for Subject: 30-90 days |
|---|---|---|---|
| Estimated Sale Price: | $80,000 | $95,000 | CONCLUSION SUMMARY: Repairs should be completed on property. |
| Recommended List Price: | $85,000 | $100,000 | |



# EXHIBIT

# H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    ) Case No. 12-12020 (MG)
                                          )
RESIDENTIAL CAPITOL, LLC, et al.,         )
                                          ) CHAPTER 11
                    Debtors.              )

### RESPONSE RESCAP BORROWER CLAIMS TRUST'S SEVENTY- FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) AS TO CLAIM NO. 1574

*Claim 1574 Filed by Rainer Warner*

1.        Mr. Warner in reply of the two statements in paragraph 4 of Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to claims (No-Liability Borrower Claims) As to Claim No. 1574 which were identified in the response and objection to the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) there was not a mention of improperly denying requests for loans; however Mr. Warner has exhibited enough evidence concerning problems and incompetence with the loan modification and short sale reviews, and that the debtors had no intentions to allow a loan modification as the debtor's were better off not to allow either form of remedy as private mortgage insurance (PMI) was better suited for the debtors to offset losses in the case where a mortgagor is not able to repay the loan and the lender is not able to recover its costs after foreclosure and sale of the mortgaged property; therefore again it is possible the plaintiff's injury was a foreseeable consequence of the conduct alleged.

RECEIVED
NOV 13 2014
U.S. BANKRUPTCY COURT, SDNY

RECEIVED
NOV 13 2014

1212020141119008000000003

2.      Mr. Warner in his previous response stated that there were three (3) BPO's done on the property. Debtor's claimed there were nine (9) BPO's necessary to be properly ordered and charged to Claimant's account in accordance with Debtors standard business practices, and the terms of the note and mortgage. Acknowledging and resubmitting Exhibit G, Mr. Warner has pointed out the inconsistencies that were addressed to the inspections and especially the BPO's. Exhibit G shows that their were eight (8) BPO's related to the property not nine (9) as the debtor's stated; it also showed BPO's being conducted from 2009 to 2012 most BPO's are good for six (6) months per GMAC before it is out of date. Exhibit G shows the BPO "being properly ordered" within 5 months (2/4/2009 - 7/27/2009), 3 months,( 7/27/2009 - 10/19/2009) and 1 month (10/19/2009 - 11/12/2009) of each other. BPO's are usually a process very similar to an appraisal, this process involves outside photos, inside photos, comps, and agreement of the owner/occupant.

3.      Mr. Warner challenged the Debtors to produce any pictures taken of any proposed property inspections and BPO's, other than the authorized pictures taken for the three (3) BPO's. The debtors provided inside photos of the property from three companies 1. PCV/Murcor Inc "properly ordered" 3/25/2010 and completed 3/30/2010.  2. Core Logic "properly orederd" on 2/2/2012 and completed on 2/3/2012. eMortgage Logic "properly ordered" and completed on 4/8/2012 Exhibit G also shows where the debtors ordered a BPO to First American Residential Value order date 2/2/2012 completed 2/4/2012 where Core Logic did the inspection on 2/3/2012 in the same time span; therefore per Exhibit G there were only eight (8) BPO's ordered, three (3) which included outside photos, inside photos, comps, and agreement of the owner/occupant.

2

## SUMMARY

Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) with regards to paragraph 4 of the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) As to Claim No. 1574 continue to dance around loan modifications and short sales for the debtor's not to have liability for their actions. Of the thirteen (13) issues in which a reply was given in the Response and Objection to Notice of the Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) the two issues raised here have no additional merit as the debtor's would not be in this situation if the claims against them were false. In his reply Mr. Warner has addressed and proven through Exhibit G, that there were only three BPO's properly ordered and within reasonable time frames. All other BPO's and inspections were not necessary and should not have been ordered as their was no justifiable cause.

WHEREFORE, The Claimant Rainer P. Warner, respectfully request that the *Rescap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims)* be denied with prejudice

Respectfully Submitted by,

*Rainer P. Warner* (signature)

RAINER P. WARNER

Dated 9 November 2014