GMAC#: 7429706427
COL ID#:

## ALLONGE

This endorsement is a permanent part of the Note in the amount of $148,000.00.

BORROWER:         CARLOS R ORTIZ
PROPERTY:         113 EAST COLEMAN CIRCLE, SANFORD, FL 32773

PAY TO THE ORDER OF:

RESIDENTIAL FUNDING COMPANY, LLC

WITHOUT RECOURSE                                3

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE, BY
RESIDENTIAL FUNDING COMPANY, LLC, ATTORNEY IN FACT

*[signature]*
Signor: Shelly Moore
Title : Authorized Officer

Pay to the order of
Residential Fund 138, LLC    4
Without recourse
Residential Funding Company LLC f/k/a
Residential Funding Corporation
*[signature]* Shelly Moore, Authorized Officer

EXHIBIT D

## ALLONGE TO NOTE

LOAN #: 7429706427

ORIGINAL NOTE AMOUNT: $ 148000

BORROWER NAME(S): Carlos R. Ortiz

PROPERTY ADDRESS: 113 East Coleman Circle, Sanford, Florida 32773

NOTE DATE: 8/7/2006

ORIGINATOR: Homecomings Financial Network, Inc.

PAY TO THE ORDER OF: Gemini Capital Managers, LLC
WITHOUT RECOURSE

COMPANY NAME:
Residential Fund 138, LLC

*Michelle Sandy*

BY: Michelle Sandy, As C.F.O. of R.E.M.I.C.,
As Managing Member of Residential Fund 138, LLC



EXHIBIT E

## ALLONGE FOR THE PURPOSE OF NOTE ENDORSEMENT

Loan #: 7429706427

 S170227ALG REF

This Allonge is effective as of 06/21/2013 and is to be attached to and made a part of that certain NOTE further described herein;

Note Date: 08/07/2006
Original Note Amount: $148,000.00
Executed By/Borrower(s): CARLOS R. ORTIZ
Payee/Beneficiary: Homecomings Financial Network Inc.

It is to be read together with, and is hereby incorporated by reference in, the attached instrument, and contributes an integral part thereof.

Executed on: 06/21/2013

WITHOUT RECOURSE, PAY TO THE ORDER OF:

**GTS Capital Holdings IRA, LLC**

Gemini Capital Managers, LLC

By: _____
Name: Michaela Brychcova
Title: Assistant Vice President



EXHIBIT F

Residential Fund 5
10880609
7429706427

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

MARYANNE MORSE, SEMINOLE COUNTY
CLERK OF CIRCUIT COURT & COMPTROLLER
BK 08275 Pg 0131; (1pg)
CLERK'S # 2014062629
RECORDED 06/09/2014 11:45:48 AM
RECORDING FEES 10.00
RECORDED BY H DeVore

Record 1st

@Greg Soule
5145 R-pool Rd Apt J104
San Diego CA 92104-1709

## CORRECTIVE
## CORPORATE ASSIGNMENT OF MORTGAGE

Seminole, Florida
SELLER'S SERVICING #:7429706427 "ORTIZ"
MERS #: 100062804297064273 SIS #: 1-888-679-6377

**ASSIGNMENT IS BEING RECORDED TO REPLACE PREVIOUSLY RECORDED ASSIGNMENT, DUE TO ERROR WITH BOOK AND PAGE REFERENCE ON MORTGAGE. ASSIGNMENT PREVIOUSLY RECORDED ON 3/9/09 DOC 2009025154**

Date of Assignment: August 7th, 2013
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC, ITS SUCCESSORS AND/OR ASSIGNS at POBOX 2026 FLINT MI 48501, 1901 E VOORHEES ST. STE C, DANVILLE, IL 61834  1-888-679-6377
Assignee: DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE at C/O 1100 VIRGINIA DRIVE, FT WASHINGTON, PA 19034
Executed By: CARLOS R ORTIZ, SINGLE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC, ITS SUCCESSORS AND/OR ASSIGNS
Date of Mortgage: 08/07/2006 Recorded: 08/23/2006 in Book/Reel/Liber: 6381 Page/Folio: 1165 as Instrument No.: 2006136584 In the County of Seminole, State of Florida.

Property Address: 113 EAST COLEMAN CIRCLE, SANFORD, FL 32773

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $148,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC, ITS SUCCESSORS AND/OR ASSIGNS
On  8/8/13

By: Karen Smith
KAREN SMITH
, Assistant Secretary

STATE OF Iowa
COUNTY OF Black Hawk

On  8-8-13 , before me, TERESA OLSON, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared  KAREN SMITH , Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Teresa Olson
TERESA OLSON
Notary Expires: 07/03/2016 #779238

TERESA OLSON
COMMISSION NO.779238
MY COMMISSION EXPIRES
JULY 3, 2016

(This area for notarial seal)

Prepared By: Karen Smith
Karen Smith, OCWEN LOAN SERVICING, LLC 3451 Hammond Av Waterloo IA 50702 1-800-766-4622
*KS*KS1GMAC*08/07/2013 03:08:14 PM* GMAC01GMACA000000000000004130954* FLSEMIN* 7429706427 FLSTATE_MORT_ASSIGN_ASSN *KS*KS1GMAC*

Book8275/Page131    CFN#2014062629

EXHIBIT G

MARYANNE MORSE, CLERK OF CIRCUIT COURT
SEMINOLE COUNTY
BK 07755 Pgs 1317 - 1319; (3pgs)
CLERK'S # 2012046391
RECORDED 04/20/2012 03:31:36 PM
RECORDING FEES 27.00
RECORDED BY J Eckenroth (all)

Corporate Assignment of Mortgage
Document Title

OFB# 690110

When Recorded Mail to:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

Grantor: Deutsche Bank Trust Company Americas

Grantee: Residential Funding Company, LLC

Page 1

Book7755/Page1317    CFN#2012046391

**EXHIBIT H**

Recording Requested By:
GMAC MORTGAGE, LLC

When Recorded Return To:
SHELLY MOORE
GMAC MORTGAGE, LLC
3451 HAMMOND AVENUE
WATERLOO, IA 50702

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

690110-1

## CORPORATE ASSIGNMENT OF MORTGAGE

Seminole, Florida
SELLER'S SERVICING #:7429706427 "ORTIZ"

MERS #: 100062604297064273 SIS #: 1-888-679-6377

Date of Assignment: November 29th, 2011
Assignor: DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE BY RESIDENTIAL FUNDING COMPANY LLC FKA RESIDENTIAL FUNDING CORPORATION, ITS ATTORNEY IN FACT at 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034
Assignee: RESIDENTIAL FUNDING COMPANY, LLC at 1100 VIRGINIA DRIVE, FT WASHINGTON, PA 19034
Executed By: CARLOS R ORTIZ, SINGLE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK INC.
Date of Mortgage: 08/07/2006 Recorded: 08/23/2006 in Book/Reel/Liber: 6381 Page/Folio: 1165 as Instrument No.: 2006136584 In the County of Seminole, State of Florida.

Property Address: 113 EAST COLEMAN CIRCLE, SANFORD, FL 32773

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $148,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE BY RESIDENTIAL FUNDING COMPANY LLC FKA RESIDENTIAL FUNDING CORPORATION, ITS ATTORNEY IN FACT
On 11/29/2011
*for RALI 2006QS12

By: _____
Shelly Moore
Authorized Officer

STATE OF Iowa
COUNTY OF Black Hawk

On 11/29/2011, before me, RACHEL MOORE, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared Shelly Moore, Authorized Officer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
RACHEL MOORE
Notary Expires: 09/23/2013 #764817


RACHEL MOORE
COMMISSION NO. 764817
MY COMMISSION EXPIRES
September 23, 2013

(This area for notarial seal)

Prepared By:
Shelly Moore, GMAC MORTGAGE, LLC 3451 Hammond Ave Waterloo IA 50702 1-800-766-4622

*SHE*SRMGMAC*11/29/2011 11:17:01 AM* GMAC010MACA00000000000003446050* FLSEMIN* 7429706427 FLSTATE_MORT_ASSIGN_ASSN **SRMGMAC*

Book7755/Page1318   CFN#2012046391

Exhibit "A"

SITUATED IN THE COUNTY OF SEMINOLE, STATE OF FLORIDA, MORE FULLY DESCRIBED AS: LOT 8, SOUTH PINECREST, THIRD ADDITION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 11, PAGES 62 AND 63, PUBLIC RECORDS OF SEMINOLE COUNTY FLORIDA. PERMANENT PARCEL NUMBER: 12-20-30-502-0000-0080

Book7755/Page1319    CFN#2012046391

```
MARYANNE MORSE, SEMINOLE COUNTY
CLERK OF CIRCUIT COURT & COMPTROLLER
BK 08275 Pg 0132; (1pg)
CLERK'S # 2014062630
RECORDED 06/09/2014 11:45:48 AM
RECORDING FEES 10.00
RECORDED BY H DeVore
```

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

Record 2nd

## CORPORATE ASSIGNMENT OF MORTGAGE

Seminole, Florida
SELLER'S SERVICING #:7429706427 "ORTIZ"

MERS #: 100062604297064273 SIS #: 1-888-679-6377

*ASSIGNMENT IS BEING RECORDED TO REPLACE PREVIOUSLY RECORDED ASSIGNMENT DUE TO WRONG BOOK/PAGE REFERENCED FOR MORTGAGE, PREVIOUSLY RECORDED ASSIGNMENT RECORDED 4/20/12 DOC 2012046392**

Date of Assignment: August 7th, 2013
Assignor: RESIDENTIAL FUNDING COMPANY, LLC at 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034
Assignee: RESIDENTIAL FUND 138, LLC at 901 CALLE AMANECER, SUITE 150, SAN CLEMENTE, CA 92673
Executed By: CARLOS R ORTIZ, SINGLE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR HOMECOMINGS FINANCIAL NETWORK, INC, ITS SUCCESSORS AND/OR ASSIGNS
Date of Mortgage: 08/07/2006 Recorded: 08/23/2006 in Book/Reel/Liber: 6381 Page/Folio: 1165 as Instrument No.: 2006136584 In the County of Seminole, State of Florida.

Property Address: 113 EAST COLEMAN CIRCLE, SANFORD, FL 32773

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $148,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

RESIDENTIAL FUNDING COMPANY, LLC
On __8/8/13__

By: _Karen Smith_
KAREN SMITH
_____, Authorized Officer

STATE OF Iowa
COUNTY OF Black Hawk

On __8-8-13__, before me, TERESA OLSON, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared _____ KAREN SMITH _____, Authorized Officer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_Teresa Olson_
TERESA OLSON
Notary Expires: 07/03/2016 #779238


TERESA OLSON
COMMISSION NO.779238
MY COMMISSION EXPIRES
JULY 3, 2016

(This area for notarial seal)

Prepared By: _Karen Smith_
Karen Smith, OCWEN LOAN SERVICING, LLC 3451 Hammond Av Waterloo IA 50702 1-800-766-4622

*KS*KS1GMAC*08/07/2013 03:08:40 PM* GMAC01GMACA00000000000004130962* FLSEMIN* 7429706427 FLSTATE_MORT_ASSIGN_ASSN *KS*KS1GMAC*


EXHIBIT
I

```
                                          MARYANNE MORSE, SEMINOLE COUNTY
                                          CLERK OF CIRCUIT COURT & COMPTROLLER
                                          BK 08275 Pgs 0133 - 135; (3pgs)
                                          CLERK'S # 2014062631
                                          RECORDED 06/09/2014 11:45:48 AM
                                          RECORDING FEES 27.00
                                          RECORDED BY H DeVore
```

This Document Prepared By:
Elizabeth Vogels
Residential Fund 138, LLC
901 CALLE AMANECER #150
SAN CLEMENTE, CA. 92673

When Recorded Return To:
Residential Fund 138, LLC
901 CALLE AMANECER #150
SAN CLEMENTE, CA. 92673

Loan # 7429706427

## ASSIGNMENT OF Mortgage

For Value Received, Residential Fund 138, LLC, holder of a Mortgage (herein "Assignor") whose address is 901 Calle Amanecer Suite 150, San Clemente, CA 92673 does hereby grant, sell, assign, transfer and convey unto Gemini Capital Managers, LLC whose address is 3901 Main St. #503 Flushing NY 11354 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage

Original Lender:          MERS, Inc. as nominee for Homecomings Financial Network, Inc.
Original Borrower(s):     Carlos R. Ortiz, Single
Date of Mortgage:         8/7/2006
Original Loan Amount:     $148000
Property Address:         113 East Coleman Circle, Sanford, Florida 32773
Recorded in Seminole County, Florida on: 8/23/2006, Book 6381, Page 1165

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A"

PARCEL #: 12-20-30-502-0000-0080

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on _June 20th_, 2013

Residential Fund 138, LLC

BY: Michelle Sandy, As C.F.O. of R.E.M.I.C., As Managing Member of Residential Fund 138, LLC

Witness: Elizabeth Vogels

Witness: Angella Jones

Book8275/Page133    CFN#2014062631

EXHIBIT J

## ACKNOWLEDGMENT

State of California
County of Orange

On _June 20th_, 2013 before me, AUBRIANNA GROCKI, Notary Public, personally appeared Michelle Sandy, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon which the person acted, executed the instrument.

I certify under PENALTY AND PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

AUBRIANNA GROCKI, Notary Public

AUBRIANNA GROCKI
COMM. #1962605
Notary Public - California
Orange County
My Comm. Expires Dec. 3, 2015

Book8275/Page134    CFN#2014062631

**EXHIBIT "A"**

SITUATED IN THE COUNTY OF SEMINOLE, STATE OF FLORIDA, MORE FULLY DESCRIBED AS: LOT 8, SOUTH PINECREST, THIRD ADDITION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 11, PAGES 62 AND 63, PUBLIC RECORDS OF SEMINOLE COUNTY FLORIDA.

Book8275/Page135    CFN#2014062631

MARYANNE MORSE, SEMINOLE COUNTY
CLERK OF CIRCUIT COURT & COMPTROLLER
BK 08275 Pg 0136; (1pg)
CLERK'S # 2014062632
RECORDED 06/09/2014 11:45:48 AM
RECORDING FEES 10.00
RECORDED BY H DeVore

Record & Return To and Prepared By:
Corporation Service Company
100 Wood Hollow Drive, Ste 170
Novato, CA 94945
800-645-0683
Melinda Myers

Loan #: 7429706427
Deal Name: Gemini Capital
FL, Seminole

REF   S170225ASG

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **Gemini Capital Managers, LLC**, 3901 Main Street, Ste 503, Flushing, NY, 11354, herein ("Assignor"), does hereby grant, sell, assign, transfer and convey, without recourse unto **GTS Capital Holdings IRA, LLC** whose address is 5465 Repecho Drive, J104, San Diego, CA 92124, herein ("Assignee") the loan document(s) identified herein, including all of Assignor's loan documents, including documents in possession of Assignor pertaining to the loan as evidenced by the Note, and including but not limited to, any loan agreements, guarantees, security agreements, any amendments of supplements and modification thereto, all affidavits and certificates, tenant estoppel certificates and/or subordinations, general credit information, including letters of credit, credit records from Assignor, payment histories, signed loan applications, appraisals, property insurance policies, certificates of mortgage insurance, title insurance policies, escrow accounts and attorney's opinions.

Original Document(s) to be assigned:

Borrower(s): CARLOS R. ORTIZ, SINGLE
Original Lender: Mortgage Electronic Registration Systems Inc. as nominee for Homecomings Financial Network Inc. Dated: 08/07/2006   Recorded: 08/23/2006   Book: 06381   Page: 1165
Instrument: 2006136584   in Seminole, FL. Loan Amount: $148,000.00

Subject to the right and equity of redemption, if any there be of said mortgagor and it's heirs and assigns in the same.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described instrument(s).

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective 06/21/2013.

Witnesses                                    Gemini Capital Managers, LLC

Name: Brindy Cooper                          By: _____
                                             Name: Michaela Brychcova
Name: Melinda Myers                          Title: Assistant Vice President

State of California
County of Marin

On 06/21/2013 before me, M. Borjon, Notary Public, personally appeared Michaela Brychcova, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: M. Borjon
My Comm. Expires: 09/25/2014

M. BORJON
Commission # 1905532
Notary Public - California
Marin County
My Comm. Expires Sep 25, 2014

Book8275/Page136   CFN#2014062632



EXHIBIT K

# FASSETT, ANTHONY & TAYLOR, P.A.

ATTORNEYS AT LAW

| LADD H. FASSETT<br>ROBERT W. ANTHONY<br>JOHN A. TAYLOR<br><br>PHIL A. D'ANIELLO<br>TERRENCE J. MCGUIRE<br>BENJAMIN A. SWIFT<br>SPENCER GLEDHILL | 1325 WEST COLONIAL DRIVE<br>ORLANDO, FLORIDA 32804<br><br>TELEPHONE (407) 872-0200<br>TELECOPIER (407) 422-8170 | TERRENCE J. MCGUIRE, ESQ.<br><br>Direct Extension: 3039<br>Email: tmcguire@fassettlaw.com<br>http://fassettlaw.leadcounsel.com |
|---|---|---|

July 31, 2014

VIA CERTIFIED MAIL #70130600000075538191
RETURN RECEIPT REQUESTED
AND REGULAR US MAIL

Mr. Carlos R. Ortiz
113 E. Coleman Circle
Sanford, FL 32773

    Re:    Mortgage on 113 East Coleman Circle, Sanford, FL 32773

Dear Mr. Carlos R. Ortiz:

    As advised in the previous letter to you dated July 15, 2014, this law firm represents GTS Capital Holdings IRA, LLC, the owner and holder of a Promissory Note and Mortgage originally executed by you on August 7th, 2006. Please consider this letter as superseding and correcting the prior letter. The mortgage serves as security for the payment of the loan, and constitutes a mortgage lien on the above-identified real property. You have been in default under the loan since June 1st, 2009. Please consider this correspondence as a demand upon you to cure the default within 30 days of the date of this letter. To cure your default, the following amounts must be paid within 30 days of the date of this letter:

| | |
|---|---|
| Unpaid principal: | $ 60,063.65 |
| Unpaid accrued interest: | $ 51,599.15 |
| Late Charges: | $ 98.46 |
| Attorney's Fees Due: | $ 2,000.00 |
| Total Past Due Amount: | $ 113,761.26 |

    In the event this entire amount is not paid to GTS Capital Holdings IRA, LLC c/o our law firm within the 30-day time period, your loan will be deemed in default, and without further notice the entire unpaid balance of the note and mortgage will be deemed due and owing.

    If foreclosure proceedings are commenced, you have the right to assert therein the non-existence of the default or any other defense you may have to acceleration and foreclosure.

EXHIBIT L

July 31, 2014
Page 2

This letter is to be considered the collection of a debt.

## FAIR DEBT COLLECTION PRACTICE NOTICE

The law firm of Fassett, Anthony & Taylor, P.A., through its attorneys, represents the interest of GTS Capital Holdings IRA, LLC. In the event that the law firm is deemed to be a "debt collector" within the meaning of the Fair Debt Collection Practices Act, we are hereby giving notice of our attempt to collect the debt, the amount of which is stated in the letter attached hereto and any and all information obtained will be used for that purpose. Unless the law firm is notified, within 30 days, we will assume the debt is valid. If we are notified in writing within 30 days that you dispute the debt, or any part of it, we will either obtain verification of the debt or obtain a copy of the judgment or other instrument upon which the obligation is based and provide a copy. Additionally, upon written request, we will provide the name and address of the original creditor to which the obligation is owed.

The law does not require that we wait until the end of the thirty (30) day period before suing to collect the debt. If, however, you request proof of the debt or the name and address of the original creditor within the thirty (30) day period, we will suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

Sincerely,

Terrence J. McGuire

cc: Greg Soule

F:\CLIENTS\9064\Letters\TJM demand ltr.docx

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Carlos Ortiz
113 E. Coleman Circle
Sanford, FL 32773

9064-1

**COMPLETE THIS SECTION ON DELIVERY**

TJM

A. Signature
X  C. Ortiz
☐ Agent
☒ Addressee

B. Received by (Printed Name): C. Ortiz
C. Date of Delivery: 8-1-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0000 7553 8191

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540