UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *Jessica Angel Quiroz* | *NOTICE OF APPEAL* |
| *Ramon Quiroz, Et Al* | *EXTENTION OF TIME* |
| *creditors* | *Docket # 14-cv9723* |
| | *Re: Case No. 12-12020 (MG)* |
| | *Chapter 11 Jointly Administered* |
| | *Residential Capital, LLC,* |
| *In re Residential Capital, LLC Et Al* | *89-37 Metropolitan Ave Rego Park N.Y. 11374* |
| *Debtors* | |

*I Ramon Quiroz Do verify being duly sworn and say I am over 18 years old and I reside at: 89-37 Metropolitan Ave Rego Park New York 11374.*

*On this day……..of December, 2014, Respectfully request this Court for an Extension of time from the NOTICE OF APPEAL pending Docket No. 14-cv9723. I am the Creditor representative, Respectfully Request Extension of Time to file Statements of Issues and Designations of Items. Appeals decision and Order on October 29, 2014( Adversary Proceeding ) from Judge Martin Glenn, and against Residential Capital, LLC, Chapter 11 Jointly Administered Re: Case No. 12-12020 (MG). The same is true to my knowledge and belief, and as those matters I believed them to be true. To the best of my knowledge information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers of the contentions therein are not frivolous as defined in subsection ( C ) of section 130-1-1 of the Rules of the Chief Administration ( 22 NYCRR ).*
*The foregoing statements are true, under penalty of perjury.*

*Sworn to before me*
*This..1℘..day of December , 2014*

_____
**Notary Public**

*Ramon Quiroz*

IRENE MENDEZ
Notary Public - State of New York
No. 01ME6268171
Qualified in Queens County
My Commission Expires August 27, 2016


RECEIVED
DEC 1 1 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

*Jessica Angel Quiroz*
*Ramon Quiroz, Et Al*
*creditors*

*In re Residential Capital, LLC Et Al*
*Debtors*

NOTICE OF APPEAL
EXTENTION OF TIME
Docket # 14-cv9723
Re: Case No. 12-12020 (MG)
Chapter 11 Jointly Administered
Residential Capital, LLC,
89-37 Metropolitan Ave Rego Park N.Y. 11374

*I Ramon Quiroz, being duly sworn says, I am not a party in the foreclosure action, I am over 18th years of age and reside at 89-37 Metropolitan Ave Rego Park, NY 11374.*
*On December....., 2014 I served a true copy of the following papers:* **Extension of time from the NOTICE OF APPEAL pending Docket No. 14-cv9723** *by depositing a true copy of same which are attached to this Affidavit in the following matter by depositing in the United States Post Office of the State of New York, certify priority mail to the United States Bankruptcy for the Southern District of New York at: Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019.*

*Please note that no other party in this action has answered, appeared or requested notification of this motion; therefore no other parties are entitled to notice of this application.*

*The foregoing statements are true, under the penalty of perjury.*

Swore to before me

This date of December 10, 2014

_____
Notary Public

_____
Ramon Quiroz

IRENE MENDEZ
Notary Public - State of New York
No. 01ME6268171
Qualified in Queens County
My Commission Expires August 27, 2016