# **Exhibit 1**

# Braun, Danielle

| | |
|---|---|
| **From:** | stephanie harris <stephanieharris70@hotmail.com> |
| **Sent:** | Monday, October 27, 2014 7:24 PM |
| **To:** | Braun, Danielle |
| **Subject:** | Re: In re Residential Capital, LLC (Case No. 12-12020) |

Dear Miss Braun:
  I am calling the court tomorrow. Cease all attempts to delete any files in reference to this case as I will just republish them again.   Legal Soloutions attempt to destroy the files is only self serving, to hide and deny the basis of claim of the Trick upon the Court that was played by the hand of Rescap"s legal council (Hidden under the name of Duetche Bank) was the creative work of  convicted Mortgage Fraudster attorney Stern.  The incorrect arrangement and interruption of these exhibits will be correction in the Objection to the Objection of Claim no 2536; as these are part of my objection to denial of claim which I will file this week.

This is only self serving of Legal Soloutions as to hide the facts and to correct the gross misstatements of Legal Soloutions.  It is also self serving as to the attempts to avoid a class action suit to Legal Soloutions . and or to address the error to the errors and ommissions accounts of Legal Soloutions and Morrission and Forester as the admission that it was an "error" was in open court.

The quit claiming off of Residential in the trust after the platform auction, specifically prohibited by Judge Glen in order to the demote Harris to lesser claim status, GMAC by both Legal Soloutions and Morrison and Forrester  was an attempt to place Harris in a victim class.  NO MODIFICATIONS, no Federal Loans , No claim, and a forclosure was a  Legal Soloutions  delibert attempt to create a victim class. and number crunching.  The loans are and were unmodifiable due to the fact that GMAC failed to pay the Federal Reserve, ( not as Legal Soloutions incorrectly stated amonst many other facts, that Harris refused a loan.  GMAC could not produce the loan  it alledge to offer as it had failed to pay Federal Reserve thereby doing the same  switch and bait throughout the entire lifespan of GMAC.  There was no modification offered as GMAC could not produce a HAMP which it deceptively sent out these forms,   and clearly any in house modification which would have come from its own pocket was not produced.The same Federal Reserve has not  been paid as stated by Morrison and Forrester; so that no HAMP or government loans were possible.   The SAME DAMAGE IS CONTINUING AS THE chap 11 as it had promised and seems to feel that this as it promised, paying the Federal Reserve was not a priority . The repayment was promised before the IPO of Ally BANK .  ALLY BANK DID ITS ipo YET THE FEDERAL RESERVE IS NOT PAID.  Thereby creating loans that cannot be modified.  The damage was not corrected as promised .  The Liquidating  Trust I assume, and Morrison and Forrester have errors and ommissions accounts that will cover the ongoing damage in case the claims are not paid.   GMAC by its own admission in the ill fated Obama reviews admitted by it own voluntary submission of gulit that it has performed errors in the forclosure  .  These errors are being commited en gross by Legal Soloutions and Morrison and Forrester by step by step avoidance to all correction of damages and the creating of new problems which shall be outlined in Objection to Objection of Claim. 2536.

Please cease and desist from all deletion of data.  I do not wish to file a full Adversary Complaint against Legal Soloutions and Morrison and Forrester for the actions of failing to pay Federal Reserve and the delibert violation of Judge Glens order that the Platform Auction to Ockwan stood,   Yet  Residential removed itself .  As you will see in the Objection to the Objection of Proof of Claim no 2546.  The ongoing and new damages which will be outlined in the Objection to the Objection of Proof of Claim no 2536 will be presented in that document.

1

Please forward this to Legal Soloutions and thanking you for calling the courts to stop any removal of files until the completion of the Chapter 11 and all claims are dealt with, as is the general procedure.

STEPHANIE HARRIS claim no 2536



Sent from Windows Mail

**From:** Braun, Danielle
**Sent:** Monday, October 20, 2014 5:13 PM
**To:** stephanie harris

Ms. Harris,

Attached please find a letter which has been sent to the court today in connection with *the ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 Filed By Stephanie Harris* [Docket No. 7666], that has been filed in the above referenced case. Also attached, please find the Exhibit referenced in the attached Letter to the Bankruptcy Court.

Thank you,
Danielle

**Danielle Braun**
Paralegal
Morrison & Foerster LLP
250 West 55th Street | New York, NY 10019-9601
P: +1 (212) 336.4118 | C: +1 (201) 403.3766
DBraun@mofo.com | www.mofo.com


============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail DBraun@mofo.com, and delete the message.