**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 12-12020 (MG) |
| Residential Capital, LLC, et al. | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------------x    **Hon. Martin Glenn**

### ORDER GRANTING LEAVE TO FILE AN AMENDED PROOF OF CLAIM

The motion of Conrad P Burnett Jr for an order granting leave to file amendments to Proof of Claim No. 7413 was heard on _____, 2014 at _____ A.M... Plaintiff appeared by counsel Pablo E Bustos, Esq.; Debtor appeared by counsel Morrison & Foerster LLP, Meryl L. Rothchild, Esq. Satisfactory proof having been made to the Court, and good cause appearing therefore:

**IT IS ORDERED** that Plaintiff may serve and file the Amendment to Proof of Claim No. 7413 within Ten (10) days.

Date: _____      _____

Hon. Martin Glenn
UNITED STATES BANKRUPTCY JUDGE