MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON DECEMBER 18, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.     ADJOURNED MATTER(S)**:

**1.**     Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

   **Related Document(s)**:

   **a.**     Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

   **b.**     [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

ny-1168245

    **c.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

    **d.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

    **e.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

    **f.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

    **g.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

    **h.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

    **i.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

    **j.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

    **k.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.**     Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

    **u.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

    **v.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

    **w.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

    **x.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

    **y.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

    **z.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**Response(s)**:

    **a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    The hearing on this matter has been adjourned to February 11, 2015.

**2.**    ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

**Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

    **b.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

    **c.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

    **d.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

    **e.**    Notice of Adjournment of Hearing /Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

    **f.**    Notice of Adjournment of Hearing /Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

    **g.**    Notice of Adjournment of Hearing / Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

    **h.**    Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

    **i.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to January 14, 2015.

**3.**    ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

    **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

| | |
|---|---|
| **b.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554] |
| **c.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7677] |
| **d.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7753] |
| **e.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7869] |

**Response(s)**:

| | |
|---|---|
| **a.** | Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7335] |
| | **(i)** Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7336] |
| **b.** | Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7351] |
| **c.** | Declaration of Otis L. Collier, Jr. [in Support of Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)] [Docket No. 7351] |
| **Status**: | The hearing on this matter, solely as it relates to the claims filed by Maurice Sharpe (Claim No. 2079) and Otis L. Collier (Claim No. 5066), has been adjourned to January 14, 2015. |

12-12020-mg    Doc 7883    Filed 12/16/14    Entered 12/16/14 16:46:52    Main Document
                                   Pg 7 of 9

**4.** Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7539]

**Related Document(s)**:

**a.** Notice of Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7541]

**b.** Ocwen Loan Servicing LLC's Limited Response to Claim of Matina De Simone [Docket No. 7542]

**c.** Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7696]

**d.** Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7834]

**e.** Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to January 6, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7868]

**Response(s)**:

**a.** ResCap Borrower Claims Trust's Joinder and Supplemental Objection to Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7765]

**Status**:   The hearing on this matter has been adjourned to January 6, 2015.

**5.** Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 7760]

**Related Document(s)**:

**a.** Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7812]

**Response(s)**:   None.

**Status**:   The hearing on this matter has been adjourned to February 11, 2015.

**6.** Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7575]

**Related Document(s)**:

a.      Notice of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7583]

b.      Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7680]

c.      Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7873]

**Response(s)**:      None.

**Status:**      The hearing on this matter has been adjourned to February 11, 2015.

## II.      SETTLED/WITHDRAWN MATTERS:

**1.**      ResCap Borrower Claims Trust's Objection to Proof of Claim No. 4927 Filed by Rhonda Deese [Docket No. 7723]

**Related Document(s)**:      None.

**Response(s)**:      None.

**Status**:      The objection has been consensually resolved. The hearing on this matter will not be going forward, and a notice will be filed withdrawing the objection from the docket.

## III.      CLAIMS OBJECTION(S) GOING FORWARD:

**1.**      ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 Filed By Stephanie Harris [Docket No. 7666]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 Filed by Stephanie Harris to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7831]

**Response(s)**:

a.      Response of Stephanie Harris to ResCap Borrower Claims Trust's Objection to Proof of Claim No. 2536 [Docket No. 7818]

**Reply**:

a. ResCap Borrower Claims Trust's Reply In Support of Objection to Proof of Claim No. 2536 Filed By Stephanie Harris [Docket No. 7880]

**Status**: The hearing on this matter will be going forward.

**2.** ResCap Liquidating Trust's Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 7779]

**Related Document(s)**: None.

**Response(s)**: None.

**Status**: The hearing on the claim objection is going forward, except with respect to Claim No. 7421 filed by Nationstar Mortgage LLC, which the parties expect to consensually resolve.

Dated: December 16, 2014        /s/ Norman S. Rosenbaum
New York, New York              Norman S. Rosenbaum
                                Jordan A. Wishnew
                                MORRISON & FOERSTER LLP
                                250 West 55th Street
                                New York, New York 10019
                                Telephone: (212) 468-8000
                                Facsimile: (212) 468-7900

                                *Counsel for The Post-Effective Date
                                Debtors, The ResCap Liquidating Trust
                                and The ResCap Borrower Claims Trust*