B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Residential Capital, LLC, et al.                    ,          Case No.  12-12020 (MG)

## Amended
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fidelity National Title Insurance Company | Jason S. Schermerhorn and Jennifer M. |
|---|---|
| Name of Transferee | Name of Transferor  Schermerhorn |

Name and Address where notices to transferee should be sent:
  601 Riverside Avenue, Bldg. 5
  Jacksonville, FL  32204

Court Claim # (if known): ____339____
Amount of Claim: ____$14,463.51____
Date Claim Filed: ____07/26/2012____

Phone:  (402) 498-7755
Last Four Digits of Acct #:  361999

Phone:  (951) 240-6922
Last Four Digits of Acct. #:  361999

Name and Address where transferee payments should be sent (if different from above):

     Same as above.

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __11/11/2014__
    Transferee/Transferee's Agent
    Don Todd, Assistant Vice President
    Sr. Recoupment Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Attachment to and Evidence of Transfer of Claim Other Than for Security -
Claim No. 339
In re Residential Capital, LLC, Case No. 12-12020-mg
Original Claimants: Jason S. And Jennifer M. Schermerhorn**

JASON and JENNIFER SCHERMERHORN ("the Schermerhorns") are the insureds under that particular policy of title insurance issued by Fidelity National Title Insurance Company ("Fidelity") in 2008.  Pursuant to a tender of defense, Fidelity paid the costs associated with defending the "Schermerhorns" in connection with the litigation that was formerly pending and tried in the Superior Court for the State of California, County of Riverside, entitled <u>GMAC Mortgage LLC vs. Tozier, et al.</u> , case number RIC 541193 (the "State Court Action"). Specifically, Fidelity paid the sum of $14,463.51, representing costs incurred in the State Court Action and costs which were allowed by the State Court.  Those costs are the basis for the Schermerhorns' allowed claim in this case.  As the insurer, Fidelity is subrogated to the rights of the Schermerhorns to payment of the costs of defense, represented by their proof of claim.  As such, Fidelity is entitled to payment by way of subrogation of the Schermerhorns' claim.

JASON and JENNIFER SCHERMERHORN, the transferors and assignors hereunder, for good and valuable consideration, the sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto Fidelity National Title Insurance Company, 601 Riverside Avenue, Building 5, Jacksonville, FL 32204, its successors and assigns (hereinafter "Fidelity," "Transferee," and/or "Assignee"), all right, title and interest in and to all claims of the Assignors in the aggregate amount of not less than $14,463.51 as stated in the Proof of Claim no. 339 filed by the Assignors in the jointly administered case of In re Residential Capital LLC, presently pending in the United States Bankruptcy Court for the Southern District of New York as case no. 12-12020.

Assignors hereby waive any notice or hearing imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, an stipulate that any order may be entered recognizing this Assignment of Claim as an unconditional assignment, and the Assignee herein as the valid owner of the Claim. All references herein to the dollar amount shall be deemed to be expressed in United States dollars, unless otherwise specified and/or noted by the Assignee.

The undersigned have executed the foregoing this 16th date of December, 2014 at Temecula, California.

JASON S. SCHERMERHORN

JENNIFER M. SCHERMERHORN