**Exhibit 5**

**Dockery Action Docket**

# Commonwealth of Massachusetts
## SUPERIOR COURT
## Case Summary
## Civil Docket

## Dockery v GMAC Mortgage LLC

Details for Docket: PLCV2007-01433

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCV2007-01433 | **Caption:** | Dockery v GMAC Mortgage LLC |
| **Filing Date:** | 11/02/2007 | **Case Status:** | Suspended (Bankruptcy) |
| **Status Date:** | 06/07/2012 | **Session:** | Civil A - CtRm 5 (Brockton) |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 08/28/2008 |
| **Service Date:** | 01/31/2008 | **Disposition:** | 08/23/2009 |
| **Rule 15:** | 03/31/2008 | **Rule 12/19/20:** | 03/31/2008 |
| **Final PTC:** | 02/24/2009 | **Rule 56:** | 10/27/2008 |
| **Answer Date:** | 03/01/2008 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCV2007-01433 | **Caption:** | Dockery v GMAC Mortgage LLC |
| **Filing Date:** | 11/02/2007 | **Case Status:** | Suspended (Bankruptcy) |
| **Status Date:** | 06/07/2012 | **Session:** | Civil A - CtRm 5 (Brockton) |
| **Lead Case:** | NA | **Case Type:** | Services, labor, materials |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 08/28/2008 |
| **Service Date:** | 01/31/2008 | **Disposition:** | 08/23/2009 |
| **Rule 15:** | 03/31/2008 | **Rule 12/19/20:** | 03/31/2008 |
| **Final PTC:** | 02/24/2009 | **Rule 56:** | 10/27/2008 |
| **Answer Date:** | 03/01/2008 | **Jury Trial:** | YES |

## Parties Involved

3 Parties Involved in Docket: PLCV2007-01433

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | GMAC Mortgage LLC | **First Name:** | |

| | | | |
|---|---|---|---|
| **Address:** | 4 Walnut Grove Drive | **Address:** | |
| **City:** | Horsham | **State:** | PA |
| **Zip Code:** | 19044 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Other interested party |
| **Last Name:** | 21st Mortgage Corporation | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Dockery | **First Name:** | Michael |
| **Address:** | 46 Sharon Street | **Address:** | |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02302 | **Zip Ext:** | |
| **Telephone:** | 617-265-6601 | | |

## Attorneys Involved

7 Attorneys Involved for Docket: PLCV2007-01433

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Slattery | **First Name:** | Keith |
| **Address:** | Law Office of Keith Slattery | **Address:** | Post Office Box 2057 |
| **City:** | Peabody | **State:** | MA |
| **Zip Code:** | 01960 | **Zip Ext:** | |
| **Telephone:** | 978-717-5406 | **Tel Ext:** | |
| **Fascimile:** | 978-717-5407 | **Representing:** | Dockery, Michael (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | McKelvey | **First Name:** | Maura K. |
| **Address:** | 28 State Street | **Address:** | 24th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7006 | **Tel Ext:** | |

| | | | |
|---|---|---|---|
| **Fascimile:** | 617-213-7001 | **Representing:** | GMAC Mortgage LLC, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | Bunce | **First Name:** | Jennifer S |
| **Address:** | 28 State Street | **Address:** | 24th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-213-7001 | **Representing:** | GMAC Mortgage LLC, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | HARM01 |
| **Last Name:** | Normand | **First Name:** | Jennifer J. |
| **Address:** | P.O. Box 610389 | **Address:** | |
| **City:** | Newton Highlands | **State:** | MA |
| **Zip Code:** | 02461 | **Zip Ext:** | 0389 |
| **Telephone:** | 617-558-2264 | **Tel Ext:** | |
| **Fascimile:** | 617-243-4038 | **Representing:** | GMAC Mortgage LLC, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | HINS01 |
| **Last Name:** | Fabella | **First Name:** | Justin M. |
| **Address:** | 28 State Street | **Address:** | 24th Floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-213-7000 | **Tel Ext:** | |
| **Fascimile:** | 617-213-7001 | **Representing:** | GMAC Mortgage LLC, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | SHEC02 |
| **Last Name:** | Souza | **First Name:** | Randall L |
| **Address:** | 1080 Main Street | **Address:** | |
| **City:** | Pawtucket | **State:** | RI |
| **Zip Code:** | 02860 | **Zip Ext:** | 4847 |
| **Telephone:** | 401-272-1400 | **Tel Ext:** | |
| **Fascimile:** | 401-272-1403 | **Representing:** | GMAC Mortgage LLC, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | SHEC02 |
| **Last Name:** | Atchison | **First Name:** | James G. |
| **Address:** | 1080 Main Street | **Address:** | |

| | | |  | |
|---|---|---|---|---|
| **City:** | Pawtucket | **State:** | | RI |
| **Zip Code:** | 02860 | **Zip Ext:** | | |
| **Telephone:** | 401-272-1400 | **Tel Ext:** | | |
| **Fascimile:** | 617-428-0801 | **Representing:** | | 21st Mortgage Corporation, (Other interested party) |

## Calendar Events

34 Calendar Events for Docket: PLCV2007-01433

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 12/17/2007 | 09:00 | Status: by clerk | A | Event held as scheduled |
| 2 | 02/26/2009 | 15:00 | Conf: final pre-trial | A | Event not held-joint request |
| 3 | 05/26/2009 | 15:00 | Conf: final pre-trial | A | Event not held-joint request |
| 4 | 08/04/2009 | 15:00 | Conf: final pre-trial | A | Event rescheduled by court prior to date |
| 5 | 08/17/2009 | 14:00 | Motion/Hearing: Rule56 | A | Event held as scheduled |
| 6 | 10/19/2009 | 15:00 | Conf: final pre-trial | A | Event held as scheduled |
| 7 | 11/17/2009 | 14:30 | Conf: special call | A | Event rescheduled by court prior to date |
| 8 | 12/17/2009 | 14:00 | Conf: special call | A | Event not held-joint request |
| 9 | 01/15/2010 | 14:00 | Conf: special call | A | Event held as scheduled |
| 10 | 02/23/2010 | 14:00 | Conf: special call | A | Event held as scheduled |
| 11 | 03/30/2010 | 10:00 | Conf: special call | A | Event held as scheduled |
| 12 | 05/19/2010 | 09:00 | TRIAL: by jury | A | Event not held-joint request |
| 13 | 08/10/2010 | 09:00 | Status: by session | A | Event held as scheduled |
| 14 | 09/22/2010 | 09:00 | TRIAL: by jury | A | Event not held-joint request |
| 15 | 11/30/2010 | 09:00 | Status: by session | A | Event held as scheduled |
| 16 | 02/22/2011 | 09:00 | TRIAL: by jury | A | Event not held-joint request |
| 17 | 03/28/2011 | 09:00 | TRIAL: by jury | A | Event not held-joint request |
| 18 | 06/06/2011 | 09:00 | TRIAL: by jury | A | Event not held-joint request |
| 19 | 08/29/2011 | 09:00 | Status: by session | A | Event held as scheduled |
| 20 | 09/26/2011 | 09:00 | TRIAL: by jury | A | Trial begins |
| 21 | 09/27/2011 | 09:00 | TRIAL: by jury | A | Event continues over Multiple Days |
| 22 | 09/28/2011 | 09:00 | TRIAL: by jury | A | Trial ends |
| 23 | 01/12/2012 | 14:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 24 | 04/04/2012 | 16:00 | Status: Clerk Follow UP | B | Event canceled not re-scheduled |
| 25 | 04/10/2012 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 26 | 04/13/2012 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 27 | 06/11/2013 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 28 | 12/11/2013 | 16:00 | Status: Clerk Follow UP | B | Event held as scheduled |
| 29 | 03/20/2014 | 14:00 | Status: administrative | B | Event held as scheduled |
| 30 | 05/20/2014 | 16:00 | Status: Clerk Follow UP | B | Event canceled not re-scheduled |
| 31 | 10/14/2014 | 14:00 | Motion/Hearing: prel inj | A | Event held as scheduled |

| 32 | 10/24/2014 | 09:00 | Motion/Hearing: prel inj | A | Event rescheduled by court prior to date |
| 33 | 10/27/2014 | 14:00 | Motion/Hearing: prel inj | A | Event held as scheduled |
| 34 | 01/05/2015 | 14:00 | Motion/Hearing: prel inj | A | |

# Full Docket Entries

209 Docket Entries for Docket: PLCV2007-01433

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 11/02/2007 | 1 | Complaint & civil action cover sheet filed (chk 280.00 recvd, 1 |
| 11/02/2007 | 1 | summons) |
| 11/02/2007 | | Origin 1, Type A01, Track F. |
| 11/02/2007 | | Case selected for review pursuant to ST.1996.c358,s.5 [St. 2000, c. |
| 11/02/2007 | | 142, s. 5, as amended 2002, c. 70, as amended 2004, c. 252] |
| 11/02/2007 | | Notice of 93A complaint sent to Attorney General |
| 11/29/2007 | 2 | Affidavit of Keith Slattery - SERVICE RETURNED: GMAC Mortgage |
| 11/29/2007 | 2 | LLC(Defendant) - Long Arm |
| 12/24/2007 | 3 | ANSWER and jury claim of GMAC Mortgage LLC(Defendant) |
| 12/30/2008 | 4 | Notice sent to appear for pre-trial conference on Thursday, February |
| 12/30/2008 | 4 | 26, 2009 @ 3:00PM in Brockton |
| 02/20/2009 | 5 | Joint MOTION to continue the pre-trial conference filed and ALLOWED |
| 02/20/2009 | 5 | (Hely, J)cc; mailed 2/25/09 |
| 02/25/2009 | 6 | Notice sent to appear for pre-trial conference on Tuesday, May 26, |
| 02/25/2009 | 6 | 2009 @ 3:00PM in Brockton |
| 05/21/2009 | 7 | Joint motion to continue the pre trial conference scheduled for May |
| 05/21/2009 | 7 | 26, 2009 ; filed and ALLOWED (Chin,J) |
| 06/04/2009 | 8 | Atty Neil Burns's withdrawal of appearance filed re: Michael Dockery |
| 06/04/2009 | 9 | Atty Keith Slattery's notice of appearance for Michael Dockery |
| 06/25/2009 | 10 | Notice sent to appear for pre-trial conference on Tuesday, August 4, |
| 06/25/2009 | 10 | 2009 @ 3:00PM in Brockton |
| 07/16/2009 | 11 | Defendant GMAC Mortgage LLC's MOTION, brief and affidavit for Summary |
| 07/16/2009 | 11 | Judgment, pursuant to Mass.R.Civ.P. 56, opp |
| 07/23/2009 | 12 | Notice sent to appear on August 17, 2009 @ 2:00 in Brockton for a |
| 07/23/2009 | 12 | hearing on Summary Judgment |
| 08/17/2009 | | Hearing on (P#11) rule 56 held, matter taken under advisement. |
| 08/17/2009 | | (Jeffrey A. Locke, Justice) |
| 08/17/2009 | | Motion (P#11) Defendant GMAC Mortgage motion for summary judgment: |
| 08/17/2009 | | After hearing DENIED (Jeffrey A. Locke, Justice). cc: |
| 09/17/2009 | 13 | Notice sent to appear for pre-trial conference on Monday, October 19, |
| 09/17/2009 | 13 | 2009 @ 3:00PM in Brockton |
| 10/16/2009 | 13 | Atty Maura K McKelvey and Jennifer S Bunce's notice of appearance for |
| 10/16/2009 | 13 | GMAC Mortgage LLC |

| Date | Doc # | Description |
|---|---|---|
| 10/16/2009 | 13 | Atty Jennifer J. Normand's withdrawal of appearance filed re: GMAC Mortgage LLC |
| 10/19/2009 | 14 | Pre-trial memorandum of Michael Dockery |
| 10/19/2009 | 15 | Pre-trial ORDER;special order; All depo's to be taken w/in 60 days. |
| 10/19/2009 | 15 | Attys' will have until 10/26/09 to report to clerk David Biggs re: Mediation Session (Locke, J) cc; in court |
| 10/27/2009 | 16 | Notice sent to appear on Tuesday, November 17, 2009 @ 2:30PM in Brockton for Mediation w/DB |
| 11/17/2009 | | Court received letter to reschedule mediation per conversation w/David Biggs |
| 11/19/2009 | 17 | Notice sent to appear Thursday, December 17, 2009 @ 2:00PM in Brockton for mediation w/DB |
| 12/17/2009 | 18 | Notice sent to appear on January 15, 2010 @ 2:00 in Brockton for a Mediation with David Biggs |
| 02/03/2010 | | By agreement of the parties - case scheduled for Mediation with Asst. Clerk David Biggs on Tuesday, February 23, 2010 @ 2:00 in Brockton |
| 02/23/2010 | 19 | Pre-trial ORDER: Trial with May 19, 2010 @ 9:00 in Brockton *After mediation with Clerk Biggs, case continued to March 30, 2010 for a 10:00 AM phone conference. By agreement...depo of Mr. Dockery to be taken on 4/7/10 (Hely, J.) cc: 2/24/10 |
| 05/18/2010 | | Trial continued to August 10, 2010 @ 9:00 in Brockton; by agreement of the parties |
| 08/10/2010 | | After status - case continued to September 22, 2010 @ 9:00 in Brockton for Trial (Locke, J.) |
| 09/16/2010 | 20 | Deft's. Assented to MOTION To Continue Trial, filed and ALLOWED - Trial continued to November 30, 2010 @ 9:00 in Brockton (Locke, J.) cc: 9/17/10 |
| 11/19/2010 | 21 | Plaintiff Michael Dockery's MOTION in limine to Preclude Evidence/Records of Michael Dockery's Finances Disclosec During Settlement Negotiation |
| 11/19/2010 | 22 | Plaintiff Michael Dockery's MOTION in limine to Preclude Evidence/Records of Any Potential Reason For Foreclosure That Was Not The Subject of This Lawsuit |
| 11/30/2010 | | After status - case continued to February 22, 2011 @ 9:00 in Brockton for Trial (Hely, J.) |
| 01/26/2011 | | By agreement of the parties - Trial continued to March 28, 2011 @ 9:00 in Brockton |
| 04/07/2011 | | By agreement - Trial continued to June 6, 2011 @ 9:00 in Brockton |
| 05/06/2011 | | Attorney Maura K McKelvey for GMAC Mortgage LLC, Notice of change of address |
| 06/06/2011 | | By Agreement - Trial continued to August 29, 2011 @ 9:00 in Brockton (David M. Biggs, Asst. Clerk) |
| 08/29/2011 | | |

| Date | Doc # | Description |
|---|---|---|
| 08/29/2011 | | After status - Case continued to September 26, 2011 @ 9:00 in Brockton for Trial - First Case Out (Cosgrove, J.) |
| 09/15/2011 | 23 | Atty Justin M. Fabella's notice of appearance for GMAC Mortgage LLC |
| 09/22/2011 | 24 | Defendant GMAC Mortgage LLC's MOTION in limine to Preclude The Plaintiff From Claiming or Referencing Lost Earning Damages At Trial |
| 09/22/2011 | 25 | Defendant GMAC Mortgage LLC's MOTION in limine to Preclude Any Reference To Or Evidence of Damages Based On The Economic Loss Rule |
| 09/22/2011 | 26 | Defendant GMAC Mortgage LLC's MOTION in limine to Preclude The Plaintiff From Claiming or Referencing Emotional Distress Damages At Trial |
| 09/22/2011 | 27 | Defendant GMAC Mortgage LLC's MOTION in limine Based on The Doctrine of In Pari Delicto |
| 09/22/2011 | 28 | Defendant GMAC Mortgage LLC's MOTION for Voir Dire of Prospective Jurors |
| 09/23/2011 | 29 | Deft's. MOTION in limine To Preclude Any Reference To Plaintiff's Credit Score, Credit History and/or Denial of Loan Applications on the Basis of Hearsay, filed..No Action |
| 09/23/2011 | 30 | Deft's. MOTION in limine To Preclude The Plaintiff From Seeking Attorney's Fees and Multiple Damages |
| 09/26/2011 | 31 | Plaintiff's Proposed Jury Instructions |
| 09/26/2011 | 32 | Deft's. Request For Jury Instructions |
| 09/26/2011 | 33 | Plaintiff's Witness list |
| 09/26/2011 | 34 | Deft's. Request For Jury Instructions |
| 09/26/2011 | | Motion (#21, to preclude) ALLOWED (Cosgrove, J.) |
| 09/26/2011 | | Motion (#22, to preclude) DENIED (Cosgrove, J.) |
| 09/26/2011 | | Motion (P#24, to preclude) DENIED, subject to deft's right to object to any particular piece of evidence (Cosgrove, J.) |
| 09/26/2011 | | Motion (P#25, to preclude) DENIED (Cosgrove, J.) |
| 09/26/2011 | | Motion (P#26, to preclude) ALLOWED (Cosgrove, J.) |
| 09/26/2011 | | Motion (P#27, to preclude) DENIED (Cosgrove, J.) |
| 09/26/2011 | | Case called for Trial. All counsel present and 12 jurors seated (Cosgrove, J.) JAVS |
| 09/27/2011 | | Jury Trial Continues. All counsel and 12 jurors present (Cosgrove, J.) JAVS |
| 09/28/2011 | 35 | Verdict on Special Questions of jury for defendant, GMAC Mortgage LLC (Cosgrove, J.) JAVS |
| 09/28/2011 | | Jury Trial continues and Ends this day. All counsel and 12 juros present. All Exhibits returned to parties. After hearing with the Court, 93A Waived by the plaintiff (Cosgrove, J.) JAVS |
| 10/06/2011 | 36 | JUDGMENT on jury verdict for the defendant(s), GMAC Mortgage LLC (Cosgrove, J.) Copies mailed 10/6/2011 |
| 10/21/2011 | 37 | Affidavit of Justin M. Fabella For Taxation of Costs pur. to MRCP 54 |
| 10/21/2011 | | |

| Date | # | Description |
|---|---|---|
| | 37 | and G.L. c. 261, S.1 |
| 10/24/2011 | 38 | Pro Se Plaintiff Michael Dockery's notice of appeal |
| 11/03/2011 | | Affidavit for Taxation of Costs forwarded to Judge Cosgrove sitting |
| 11/03/2011 | | Norfolk Superior Court |
| 11/08/2011 | 39 | Notice of filing of appeal sent sent to all parties |
| 11/08/2011 | | Case returned to Brockton pending decision on taxation of costs |
| 11/22/2011 | 40 | Judgment for Taxation of Costs against Michael Dockery (Robert C. |
| 11/22/2011 | 40 | Cosgrove, Justice) dated 11/9/11. Entered and Copies mailed 11/22/11 |
| 12/05/2011 | 41 | Plaintiff Michael Dockery's MOTION for entry of an Order denying |
| 12/05/2011 | 41 | Defendant's Motion to Dismiss Appeal. |
| 01/03/2012 | 42 | Motion (P#41) No motion on file (Adam J. Baler, Assistant Clerk). |
| 01/03/2012 | 42 | Notices mailed 1/4/2012 |
| 03/01/2012 | 43 | STATUS REVIEW of Appeal. Copies mailed 3/2/2012 |
| 03/14/2012 | 43 | Defendant GMAC Mortgage LLC's MOTION to dismiss Michael Dockery's |
| 03/14/2012 | 43 | appeal; Memorandum of Law in Support; Affidavit of Compliance with S. |
| 03/14/2012 | 43 | C. Rule 9A, No Opposition |
| 03/16/2012 | 44 | Status review notice returned from Michael Dockery: ....in the |
| 03/16/2012 | 44 | process of reviewing and analyzing the transcript of the trial for |
| 03/16/2012 | 44 | appellate issues. Estimates completion of this process will take |
| 03/16/2012 | 44 | maybe 3 more weeks (copy of Transcript Order form sent to OTS 11/2/11) |
| 03/27/2012 | 45 | (P#44) Motion to extend time to designate and thereafter assemble |
| 03/27/2012 | 45 | review Allowed to be completed by April 11, 2012. (Christopher J. |
| 03/27/2012 | 45 | Muse, Justice). Notices mailed 3/27/2012 |
| 03/29/2012 | 46 | Pltff's MOTION for entry of an order denying deft's motion to dismiss |
| 03/29/2012 | 47 | Certification of transcript ordered |
| 04/11/2012 | 48 | Plaintiff Michael Dockery's Notice of intent to file motion Rule 60(b) |
| 04/11/2012 | 49 | Plaintiff Michael Dockery's MOTION to extend time (3 months) pending |
| 04/11/2012 | 49 | a ruling on Rule 60(b). |
| 04/11/2012 | 50 | Motion (P#49) Motion to be served and filed pursuant to Superior |
| 04/11/2012 | 50 | Court Rule 9A (Christopher J. Muse, Justice). Notices mailed 4/12/2012 |
| 05/14/2012 | 51 | Motion (P#43.1) As Plaintiff has complied with requirements, DENIED. |
| 05/14/2012 | 51 | (Christopher J. Muse, Justice). Notices mailed 5/15 /2012 |
| 06/07/2012 | 52 | Suggestion of bankruptcy by Defendant, GMAC Mortgage LLC |
| 06/07/2012 | 53 | Order on suggestion of defendant, GMAC Mortgage LLC bankruptcy: |
| 06/07/2012 | 53 | Christopher J. Muse, Justice |
| 11/20/2012 | | Status reviewof Bankruptcy notice returned from Plaintiff Dockery |
| 11/20/2012 | | statting proceedings are still on going |
| 05/17/2013 | 54 | Pltff's Status Report |
| 11/13/2013 | 55 | Court received Status Report Deft GMAC: bankruptcy proceedings is |
| 11/13/2013 | 55 | ongoing |
| 01/07/2014 | 56 | Status Report received from Plaintiff stating GMAC bankruptcy |
| 01/07/2014 | 56 | proceedings has been conluded - and seeking an order to remove the |
| 01/07/2014 | | |

| Date | # | Description |
|---|---|---|
|  | 56 | stay |
| 02/28/2014 | 57 | Notice sent to appear on 3/20/2014 @2:00pm in Plymouth for a hearing |
| 02/28/2014 | 57 | on Status Conference |
| 03/19/2014 | 58 | Atty Randall L Souza's notice of appearance for GMAC Mortgage LLC |
| 03/19/2014 | 59 | Attys Maura K. McKelvey, Justin Fabella and Jennifer S Bunce's |
| 03/19/2014 | 59 | withdrawal of appearance filed re: GMAC Mortgage LLC |
| 03/25/2014 | 60 | At Status Conference Brankruptcy proceedings concluded. Plaintiff to |
| 03/25/2014 | 60 | serve, pursuant to Superior Court Rule 9A, his motion for relief from |
| 03/25/2014 | 60 | Judgment purs. to Mass R. Civ. P. 60(b) within 20 days. Defendant |
| 03/25/2014 | 60 | shall have 30 days to respond unless otherwise agreed to. |
| 03/25/2014 | 60 | (Christopher J. Muse, Justice). Notices mailed 3/25/2014 |
| 05/16/2014 | 61 | Plaintiff Michael Dockery's MOTION to Vacate judgment, Memorandum of |
| 05/16/2014 | 61 | Law in Support, Affidavit of Michael Dockery in support; Defendant's |
| 05/16/2014 | 61 | Opposition, Statment of Reasons in support; Exhibit List |
| 06/04/2014 | 62 | Court received a letter from deft's counsel, Randall L. Souza, Esq, |
| 06/04/2014 | 62 | requesting leave to file deft's supplemental memorandum in support of |
| 06/04/2014 | 62 | its opposition to pltff's motion for relief from judgment |
| 06/12/2014 | 63 | Letter (P#62) After review, Request Allowed (Robert Cosgrove, |
| 06/12/2014 | 63 | Justice). Notices mailed 6/12/2014 |
| 06/18/2014 | 64 | Deft's supplemental memorandum in support of its opposition to |
| 06/18/2014 | 64 | pltff's motion for relief from judgment |
| 07/02/2014 | 65 | Motion (P#61) As the defendant represents that the bankruptcy of GMAC |
| 07/02/2014 | 65 | Mortgage remains before the US Bankruptcy court and that that Court's |
| 07/02/2014 | 65 | "stay remains in full force and effect, " this court takes no action, |
| 07/02/2014 | 65 | nor shall it, abort the filing of documentation from the bankrucptcy |
| 07/02/2014 | 65 | court clearly indictating that the proceedings there have concluded |
| 07/02/2014 | 65 | and that plaintiff's claims are properly before this court. The |
| 07/02/2014 | 65 | defendant's request for attorney's fees is denied at this time. |
| 07/02/2014 | 65 | (Cosgrove, J). Notices mailed 7/2/2014 |
| 10/07/2014 | 66 | Plaintiff Michael Dockery's emergency MOTION for temporary |
| 10/07/2014 | 66 | restraining order or preliminary injuction to stop foreclosure |
| 10/07/2014 | 67 | (P#66) After review by the court, order of notice to issue |
| 10/07/2014 | 67 | returnable. Summons & Order of Notice to issue, returnable on |
| 10/07/2014 | 67 | 10-14/14 @ 2PM in Brockton. |
| 10/10/2014 | 67 | Non-Party 21st Mortgage Corporation's MOTION for Temporary |
| 10/10/2014 | 67 | Restraining order or Preliminary injunction; statement of reasons |
| 10/14/2014 | 68 | Opposition to Plaintiff's motion for TRO or PI filed by Non party |
| 10/14/2014 | 68 | 21st Mortgage Corporation, Statement of Reasons in Support |
| 10/17/2014 | 69 | Plaintiff's MOTION for Temporary Restraining order or Preliminary |
| 10/17/2014 | 69 | Injunction |
| 10/23/2014 | 70 | Non-Party 21st Mortgage Corporation's supplemental memorandum of law |
| 10/23/2014 | 70 | in support of its opposition to pltff's motion for temporary |
| 10/23/2014 |  |  |

|            | 70 | restraining order or preliminary injunction |
|------------|----|----|
| 10/27/2014 | 71 | Motion (P#69 ) After hearing, the motion for preliminary injunction |
| 10/27/2014 | 71 | is ALLOWED until 1/5/2015 @ 2 PM and the foreclosure is stayed until |
| 10/27/2014 | 71 | that date, to see what happens in the bankruptcy court. This matter |
| 10/27/2014 | 71 | is continued for further hearing on this matter on 1/5/2015 @ 2 PM |
| 10/27/2014 | 71 | (William F. Sullivan, Justice). Notices mailed 10/27/2014 |
| 10/27/2014 | 72 | TEMPORARY RESTRAINING ORDER issued; $90.00 received, Michael Dockery |
| 10/27/2014 | 72 | returnable 1/5/2015 |