**<u>Exhibit 6</u>**

**Notice of Appeal**

*10-24-11*

Date: October 24, 2011

Docket Number:  07-1433

Dockery

VS

GMAC Mortgage LLC

Notice of Appeal

I, Michael Dockery would like to inform the court that I want to appeal this case. I am doing so within the 30 days of the trial.

Thank You

Michael Dockery