# Exhibit 7

**Amended Schedules of Assets and Liabilities for GMAC Mortgage, LLC**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :

**In re**                                 :           Chapter 11

**RESIDENTIAL CAPITAL, LLC, et al.,** [1]    :           Case No. 12-12020 (MG)

                                              :          **(Jointly Administered)**
                        **Debtors.**                :
------------------------------------------------------------x

# AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR
## GMAC MORTGAGE, LLC (CASE NO. 12-12032)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

**In re: GMAC Mortgage, LLC**
**Case No. 12-12032**
Schedule F-3
General Litigation
Creditors Holding Unsecured Claims

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Co-Debtor | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Davalos vs. GMAC Mortgage, LLC; Federal National Mortgage Association; and Professional Foreclosure Corporation of Virginia.<br>Docket: CL11-295<br>Matter: 710399 | WARNER & RENICK, PLC | 4648 BRAMBLETON AVEN SW<br>PO BOX 21584 | ROANOKE | VA | 24018 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| MICHAEL DOCKERY VS. GMAC MORTGAGE LLC<br>Docket: PLCV2007-01433<br>Matter: 686973 | Dilday & Associates LLC | 10 Liberty Street | Boston | MA | 02109 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| MICHAEL E. BOYD v. GMAC MORTGAGE, LLC; MERS, INC.<br>Docket: CV11-05018<br>Matter: 719832 | 5439 SOQUEL DRIVE | | SOQUEL | CA. | 95073 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| MICHAEL FORMAN VS GMAC MORTGAGE LLC<br>Docket: C20108512<br>Matter: 705602 | 5190 EAST WOODGATE LANE | | TUCSON | AZ | 85715 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| Michael Garrett Burger v. GMAC Mortgage Company<br>Docket: CV-2012-76<br>Matter: 728656 | 2241 Hwy 144 | | Ohatchee | AL | 36271 | | General Litigation - Foreclosure | | X | X | X | Unknown |
| MICHAEL HERMOSILLO VS GMAC MORTGAGE LLC FKA GMAC MORTGAGE<br>Docket: BC 451604<br>Matter: 708377 | Law Offices of Victor Hobbs | 17981 Sky Park Circle<br>Suite C | Irvine | CA | 90012 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Michael J Conlin v. Mortgage Electronic Registration Systems, Inc., US Bank National Association as Trustee, as Trustee for and unknown securitized trust Orlans and Associates, P.C., Marshall Isaacs<br>Docket: 11-1204-CZ<br>Matter: 720963 | LAW OFFICES OF BRIAN P. PARKER, P.C. | 30700 TELEGRAPH ROAD, STE 1350 | BINGHAM FARMS | MI | 48025 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |
| Michael J Freedlund and Teresa A Freedlund vs GMAC Mortgage LLC, fka GMAC Mortgage Corporation; The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, NA as Successor to JPMorgan Chase Bank NA as Trustee For Ramp 2006RP2; Executive Trustee Services, LLC<br>Docket: DC-11-12741-H<br>Matter: 719469 | KHIRALLAH PLLC | 3333 LEE PKWY; STE 600 | DALLAS | TX | 75219 | | General Litigation - Servicing Mortgage | | X | X | X | Unknown |