# Exhibit 8

**Cover Page for KCC Package Sent by Dockery**

RECEIVED
SEP 2 5 2014
KURTZMANCARSONCONSULTANTS

Michael Dockery

46 Sharon Street

Brockton, MA. 02302

617-212-8141

Sept 17 2014

**Office of the United States Trustee**

United States Bankruptcy Court for South District of New York

Clerks Office

One Bowling Green, Room 534

New York New York 10004

Re: **RESIDENTIAL CAPITAL, LLC, et al.,)**       Case No. 12-12020)(MG)

Dear Sir/Madam

In this package, please find the following enclosed for filing on the above reference matter.

1. Motion to allow late filed claim to be treated as timely filed.
2. Plaintiff Affidavit in Support of motion to allow filed claim to be treated as timely filed and attachments 1-4.
1. Affidavit of Plaintiff in lower court, in Support of the Motion for Relief from Judgment.
2. Defendant's statement of reasons in support of its opposition to plaintiff's motion for relief from judgment.

3. Court's Order Staying proceedings
4. Defendant's Notice issued by the Land Court of Massachusetts to foreclose on property.

If you have any question in this matter please contact me, thank you for your time in this matter.

Very truly yours

Michael Dockery

CC:
ResCap Claims Processing Center c/o KCC