# Exhibit E

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor and Case Number:** Residential Capital, LLC, Case No. 12-12020

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A. ("WFBNA")

**Name and address where notices should be sent:**
Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A. ("WFBNA")
c/o James Donnell
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Paul Steve Dobel, Wells Fargo Bank, N.A.
333 Market St., 3rd Floor
San Francisco, CA 94105

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number: (212) 294-6700     email: jdonnell@winston.com

**Name and address where payment should be sent (if different from above):**
Paul Steve Dobel, Wells Fargo Bank, N.A.
333 Market St., 3rd Floor
San Francisco, CA 94105

Telephone number: 415-371-3009     email: dobels@wellsfargo.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ Unliquidated

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Commercial Deposit Agreement and attached documentation
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** ___ ___ ___ ___

| 3a. Debtor may have scheduled account as: | 3b. Uniform Claim Identifier (optional): |
|---|---|
| (See instruction #3a) | (See instruction #3b) |

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☒ Other
**Describe:**
**Value of Property:** $ Unknown    **Annual Interest Rate** ____%  ☐ Fixed  ☐ Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any:** $ Unliquidated    **Basis for perfection:** See attached

**Amount of Secured Claim:** $ Unliquidated    **Amount Unsecured:** $ Unliquidated

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ 0.00    (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
☐ I am the creditor.    ☒ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or    ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)    their authorized agent.    indorser, or other codebtor.
(See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Paul Steve Dobel
Title: Senior Vice President
Company: Wells Fargo, N.A.
(Signature)    11-2-12 (Date)

Address and telephone number (if different from notice address above):
Same as above

Same as above

Telephone number: 415-371-3009    Email: dobels@wellsfargo.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or *

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(☒).

**Amount entitled to priority:**
$ Unknown

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
NOV 14 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

12120201211140000000000082

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (212) 294-4700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

November 13, 2012

**COURTNEY SCHOCH**
Law Clerk
212-294-3516
cschoch@winston.com

**VIA FEDERAL EXPRESS**

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Re: In re Residential Capital et al Proof of
Claims Filing

Enclosed please find the Proof of Claim Forms, Addendum, and Exhibits on behalf of Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A. Please file the enclosed claims and return a time stamped copy of the forms to me in the envelope provided.

Please do not hesitate to contact me if there is a problem.

Sincerely

/s
Courtney Schoch

**WINSTON & STRAWN LLP**
James Donnell: (jdonnell@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Joint Administration Pending |

**ADDENDUM TO PROOF OF CLAIM FILED BY WACHOVIA BANK AND WACHOVIA BANK OF DELAWARE, NOW SUCCEEDED BY WELLS FARGO BANK, N.A.**

1. This addendum is submitted with and incorporated as part of the proof of claim (collectively, the "**Claim**") filed by Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A. ("WFBNA" or "the Bank")

2. On January 3, 2012, Residential Capital, LLC, Residential Funding Co., LLC, Passive Asset Transactions LLC, RFC Asset Holdings II, LLC, Residential Mortgage Real Estate Holdings, LLC, Residential Funding Real Estate Holdings, LLC, Homecoming Financial Real Estate Holdings, LLC, GMAC Mortgage, LLC, and DiTech, LLC ("the Ally/ResCap Entities") executed a commercial deposit agreement ("CDA") with WBFNA. By notice given on March 19, 2012, that deposit agreement was amended, effective on April 25, 2012.

3. Claimant reserves all rights against any other entity, including, without limitation, non-debtor affiliates of the Debtors.

4. Attached hereto as Exhibit A is a copy of the original commercial deposit agreement executed between WFBNA and the Ally/ResCap Entities dated January 3, 2012, delivered to Jordan Wishnew of Morrison & Foerster LLP, Debtors' counsel, via electronic mail, on March 7, 2012.

5. Attached hereto as Exhibit B is a copy of a letter by WFBNA, providing notice of amendments to the commercial deposit agreement dated January 3, 2012 to the Ally/ResCap Entities, effective April 25, 2012, delivered to Jordan Wishnew of Morrison & Foerster LLP on March 19, 2012.

6. Attached hereto as Exhibits C–J are the Account Control Agreements for Residential Capital, LLC, Residential Funding Company LLC, Residential Funding Company and GMAC LLC, Residential Mortgage Real Estate Holdings LLC, RFC Asset Holdings II, LLC, Homecomings Financial Real Estate Holdings, LLC, GMAC Mortgage, LLC, and Passive Asset Transactions, LLC.  Attached as Exhibits K–O are WFBNA's Sweep Investment Service Description, Full Reconcilement Service Description, ACH Fraud Control Service Description, Positive Pay Service Description, and Wachovia Connection Service Description.