**Hearing Date: January 6, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

and

MORRISON & FOERSTER LLP
Adam A. Lewis
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF STATUS CONFERENCE IN**
**RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF**
**OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3489143

TO: Claimant Barry F. Mack and his attorneys of record.

PLEASE TAKE NOTICE that the Court has scheduled a telephonic status conference in connection with the Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack at 4:00 p.m. on January 6, 2015. The ResCap Borrower Claims Trust will separately supply the Court and counsel with conference line information.

Dated: December 19, 2014

/s/ Adam A. Lewis
ADAM A. LEWIS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-75220

and

Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

sf-3489143