**Exhibit 12**

**Docket No. 7833**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____Tia Smith_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Homecomings Financial LLC; Residential Accredit Loans, Inc.; Residential Funding Company LLC; and GMAC Mortgage LLC

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (__)(__)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

I, _____Tia Smith_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Not Applicable

   Not Applicable

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   a) self-employed for 23 yrs, business closed on August 30, 2014; b) approx. $1100.00

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Child Support $200.00

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

RECEIVED
DEC - 1 2014
U.S. BANKRUPTCY COURT, SDNY

*Rev. 05/2010*                    1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☐ No.   ☒ Yes, $ 40.00 .

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☐ No.   ☒ Yes, $ unk; 4011 Hubert Ave., L.A., CA 90008 (Residential Property) .

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, _____ .

7. List the person(s) that you pay money to support and the amount you pay each month.

   Not Applicable

   Not Applicable

8. State any special financial circumstances which the Court should consider.

   I have been litigating quiet title, wrongful foreclosure and fraud actions for over 3 yrs. I have

   lost my business of 14 years because of the constant litigation.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24th__ day of __November__, __2014__.
          date                month           year

*Rev. 05/2010*                     2

*Signature*

TIA SMITH, PRO SE CLAIMANT
4011 HUBERT AVENUE
LOS ANGELES, CA 90008
(323) 803-3027 : TELEPHONE
(323) 295-0517 : FAX
MYFATHERSDIAMOND@MSN.COM : EMAIL
CLAIM NOS. 3889, 4129, 4134 and 4139