**Exhibit 17**

**Proof of Claim No. 4139**

B 10 Modified (Official Form 10) (12/11)

Claim #4139  Date Filed: 11/9/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
**Residential Accredit Loans, Inc., Case No. 12-12052**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Tia Smith

Name and address where notices should be sent:

Tia Smith
4011 Hubert Avenue
Los Angeles, California 90008

Telephone number: 323-384-4493      email: myfathersdiamond@msn.com

Name and address where payment should be sent (if different from above):
FILED JOINTLY WITH CASE NOS.: 12-12019; 12-12020; 12-12032; 12-12042

Telephone number:      email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ 3,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: PREDATORY LENDING, WRONGFUL FORECLOSURE
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: 9130

3a. Debtor may have scheduled account as: _____ (See instruction #3a)

3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $ _____     **Annual Interest Rate** _____ %  ☐ Fixed  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ _____     Basis for perfection: _____

Amount of Secured Claim: $ _____     Amount Unsecured: $ _____

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: COMPLAINT IS VOLUMINOUS; SEE ATTACHED FACE PAGE

9. **Signature:** (See instruction #9) Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or    ☐ I am a guarantor, surety,
                          (Attach copy of power of attorney, if any.)     their authorized agent.               indorser, or other codebtor.
                                                                           (See Bankruptcy Rule 3004.)          (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tia Smith
Title: _____
Company: _____      (Signature)      11/5/2012 (Date)
Address and telephone number (if different from notice address above):
_____
_____
Telephone number: _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

\* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
NOV 0 9 2012
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000*

12120521211090000000000004

1  TIA SMITH
2  4011 Hubert Avenue
   Los Angeles, CA 90008
3  (323) 384-4493
   FAX (323) 295-0517
4  *Plaintiff in Pro Per*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| TIA SMITH<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., RESIDENTIAL FUNDING COMPANY, WALMAR FINANCIAL GROUP, AURORA BANK FSB, CAL-WESTERN RECONVEYANCE CORPORATION, HOMECOMINGS FINANCIAL, GMAC, RESIDENTIAL ACCREDIT LOANS, INC., DEUTSCHE BANK TRUST COMPANY AMERICAS as INDENTURED TRUSTEE for RALI 2007-QO1, FIRST AMERICAN TITLE INSURANCE COMPANY AND DOES 1-20, inclusive<br><br>Defendants. | Case No.: BC465542<br>(Assigned For All Purposes to Hon. John L. Segal)<br><br>**SECOND AMENDED COMPLAINT**<br>**[JURY TRIAL DEMANDED]**<br><br>1. BREACH OF CONTRACT;<br>2. BREACH OF IMPLIED COVENANT OF GOOD AND FAIR DEALING;<br>3. BREACH OF FIDUCIARY DUTY;<br>4. DECEPTIVE BUSINESS PRACTICES;<br>5. FRAUDULENT CONCEALMENT;<br>6. FRAUDULENT OMISSIONS;<br>7. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;<br>8. INTENTIONAL MISREPRESENTATION;<br>9. NEGLIGENCE;<br>10. NEGLIGENT MISREPRESENTATION;<br>11. QUIET TITLE<br>12. SLANDER OF TITLE;<br>13. TRESPASS ON CONTRACT;<br>14. UNCONSCIONABILITY;<br>15. UNJUST ENRICHMENT;<br>16. WRONGFUL CONVERSIONOF REAL PROPERTY;<br>17. WRONGFUL FORECLOSURE;<br>18. VIOLATION OF BUSINESS AND PROFESIONS CODE §17200;<br>19. VIOLATION OF CALIFORNIA CODE §1788.17;<br>20. VIOLATION OF TILA; |

SECOND AMENDED COMPLAINT

21. VIOLATION OF RESPA;
22. VIOLATION OF CALIFORNIA MORTGAGE LENDING ACT CALIFORNIA FINANCIAL CODE SECTION 50000;
23. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 1916.7 (10);
24. VIOLATION OF EQUAL CREDIT OPPORTUNITY ACT;
25. VIOLATION OF CA CIV. CODE §1572;
26. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.5;
27. VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.6;
28. RESCISSION;
29. INJUNCTIVE RELIEF;
30. DECLARATORY RELIEF

Filed Jointly with:
Residential Funding Company    12-12019
Homecomings Financial LLC    12-12042
GMAC Mortgage LLC    12-12032

SECOND AMENDED COMPLAINT