United States Bankruptcy Court
Honorable Judge Martin Glenn
Southern District of New York
One Bowling Green
New York, NY 10004-1408



Re: Residential Capital – Case No 12-12020

Information below is related to the attachments which I received in the mail which was from the Plaintiff's attorney... (a copy of my letter to Pinnacle 2012).

In 2012, I was "simply asking who owns my trust deed?"  Lots of links in the chain?

1 – Nothing in my letter is relevant to the pending law suit.

2 – I do not know Shawn Arnold in Ohio

3 – I have never done work with Mr. Arnold, nor business in Ohio.

4 – I have never been to Ohio as I have lived in Oregon for the last 50 years.

5 – I have no liens against or with Mr. Arnold.

6 - My mortgage is with Pinnacle and "totally up to date" (property located in Portland, Oregon)

7 – The attached letter in the legal bundle seems totally irrelevant. Bank of American has never been in my chain of title that "I know of".

The only thing I can think of is that OCWEN who is the servicer for Pinnacle did a search using only a key word or perhaps RESCAP did??? Of course I am interested in which wild direction my mortgage could or will be sold to. The MERS mess and bundling/repackaged is a puzzle and I do hope that the courts will support the foundational law at FHFA.

Hopefully my letter clarifies abit......I was just asking who holds my trust deed???

Yes it seems like musical chairs. Please reply "if" relevant. I wish to keep my credit report nice and clean of course.   I am not an attorney, this letter is clarification only.

Regards,

Marceen Bloom
740 se marion
Portland, Oregon
97202

Cc:  Peter Roach & Associates
       ( Michael Manniello)

FIRM CODE 11-3410831
MOTION DATE: 01/06/2015
Time: 10:00 am.

## NOTICE OF MOTION COVER SHEET

| PLAINTIFFS/MOVANT | DEFENDANTS/RESPONDENT |
|---|---|
| Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP | Residential Capital, LLC A/K/A Residential Capital Corporation |

| ATTORNEYS | ATTORNEYS (if known) |
|---|---|
| Peter T. Roach & Associates, P.C. 125 Michael Drive - Suite 105 Syosset, New York 11791 (516) 938-3100 | |

### NATURE OF SUIT

__X__ To Grant Relief from the Automatic Stay
    11 U.S.C. Section 362(d) ($176.00 fee required)

_____ To Reopen Case (current filing fee, $30 Administrative fee not required)

_____ To Dismiss (fee not required)

_____ Other (Fee not required)

### BANKRUPTCY CASE IN WHICH THIS MOTION ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| Residential Capital, LLC | 12-12020 |
| **DISTRICT IN WHICH CASE IS PENDING** | **NAME OF JUDGE** |
| SOUTHERN DISTRICT OF NEW YORK | MARTIN GLENN |
| **ADVERSARY PROCEEDING IN WHICH THIS MOTION ARISES** (IF ANY) | |
| Adversary Proceeding No. | N/A |

**Filing Fee**
(Check off one only)    __XX__ Fee Attached    _____ No Fee Required

DATE *November 21*, 2014    **PRINT NAME OF ATTORNEY**
                MICHAEL C. MANNIELLO (Firm Code 11-3410831)

**SIGNATURE OF ATTORNEY (OR PLAINTIFF/MOVANT)**
/s/ *Michael C. Manniello*

THIS COVER SHEET MUST BE COMPLETED AND SUBMITTED TO THE CLERK OF THE COURT UPON FILING OF ANY MOTION

June 20, 2012

**Pinnacle Capital Mortgage**
**Mortgage management/corporate**
**3010 Lava Ridge Court**
**Roseville, CA 95661**



## RE: RECENT BANKRUPTCY

I have two loans that were refinanced (from Wells Fargo) by Pinnacle Mortgage and then sold to GMAC. I expected a sale....but.....GMAC went into bankruptcy ( chapter 11) soon after. Now I am informed that Fannie Mae now owns my trust deed.....and....I was also told that Fanny Mae and GMAC are the same thing -- basically the servicer??? Who holds my trust deed???. Plese send me a copy of the last assignment of the following properties.

1 -708 SW Maplecrest Court, Portland, Oregon 97219
Pinnacle Loan Number: 5441066592 (assigned and placed on closing docs by WFG title)
GMAC Loan Number: 0603235525 (noted on payment statements)
WFC title number 1106422
Loan closed 11-6-2011 and sold to GMAC shortly after.

2 -740 SE Marion, Portland, Oregon 97202
Pinnacle Loan Number: 5541084299
GMAC Loan Number: 0359568264
WFG title number: 12003299
Loan closed June 5-15-2012 sold to GMAC very shortly after.

I received a letter on that says GMAC is in Chapter 11 bankruptcy dated May 14, 2012.
The statements are from GMAC with an addressed envelope. Since this is only a chapter 11, there is possibly that there is not a legal need to assign to Fanny Mae but I am not an attorney???.

Please note that as a Trustee or court appointed manager Fanny Mae (ie, the bankruptcy trustee) is obligated to protect my assets and to act legally. I want my interests protected within this legal process, meaning I want verification of the trust deed assignment and server.

Please assign and record correctly my two trust deed obligations and send me a copy. I am and will continue to be faithful in sending consistent monthly payments to server.

Who owns my trust deed for property 1.
Who is the servicer for property 1.
Record of recording of trust deed and/or assignment

Who owns the trust deed for property 2
Who is the servicer for trust deed property 2.
Record of recording of trust deed and/or assignment

Thanks,

Marceen Bloom
740 SE Marion #c
Portland, Oregon
97202

cc:
GMAC Mortgage
Attn; customer care
P.O. Box 780
Waterloo, IA 50704-0780

Fannie Mae
3900 Wisconsin Ave
NW Washington, DC
20016

Bankruptcy court/United States
Clerk of the bankruptcy court
One Bowling Greeen
New York, N York
10004

ResCap
CEO of GMAC
One Meridian Crossings
Minneapolis, MN 55423