December 18, 2014

Kenneth Taggart  
45 Heron Rd  
Holland, Pa 18966

RE: Residential Capital, LLC et al 12-12020

Claim No. #5257

United States Bankruptcy Court  
Southern District of New York  
The Honorable Judge Glenn  
One Boling Green  
New York, NY 1004-1408

Re: Proposed Extension to reply and file objections to claims

To the Honorable Judge Glenn,

Pursuant to the notice sent by Residential Capital, a deadline to file a reply or response to Residential Capital's opposition to Kenneth Taggart's claims is January 8, 2015 at 4:00 P.M.

I am requesting that the honorable court grant a 30 day extension to file an answer to Residential Capital's objections as I will be celebrating religious holiday's from December 24th -- December 31, 2014. I need time to review the extensive pleadings and need time to seek counsel to file a reply. Additionally, I am requesting that the hearing be scheduled for March 2015 as well.

Thank you for your patience and understanding. If there is anything that needs to be conveyed to me regarding this matter or any other, please do not hesitate to contact me.

Yours Truly,

Kenneth Taggart

Copy served upon counsel as well as service list

Cc: Counsel for debtors, James A. Newton | Morrison & Foerster LLP

Reed Smith, LP Barbara Hagar

RECEIVED DEC 22 2014 U.S. BANKRUPTCY COURT, SDNY