MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton

*Counsel for The ResCap Borrower
Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- )
                                                                     )
In re:                                                               )    Case No. 12-12020 (MG)
                                                                     )
RESIDENTIAL CAPITAL, LLC, et al.,                                    )    Chapter 11
                                                                     )
                                  Debtors.                           )    Jointly Administered
                                                                     )
------------------------------------------------------------------- )

**NOTICE OF WITHDRAWAL OF RESCAP BORROWER CLAIMS TRUST'S
OBJECTION TO PROOF OF CLAIM NO. 4927 FILED BY RHONDA DEESE**

          **PLEASE  TAKE  NOTICE**  that the ResCap Borrower Claims Trust (the

"Borrower Trust") in the above-captioned bankruptcy cases withdraws the *ResCap Borrower*

*Claims Trust's Objection to Proof of Claim No. 4927 Filed by Rhonda Deese* [Docket No. 7723]

(the "Objection") pursuant to terms of a stipulation entered into between the Borrower Trust and

Ms. Deese resolving Ms. Deese's claim.

ny-1169215

Dated: December 29, 2014
      New York, New York

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for The ResCap Borrower
Claims Trust*

2