MARTHA S. PANASZEWICZ
*Pro Se*
89 Belle Ave.
San Francisco, CA 94132
Tel.: (415) 760-4181

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No.: 12-12020 (MG)<br><br>URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE TRUST'S SEVENTY-NINTH OMNIBUS CLAIMS OBJECTION |

TO THE HONORABLE JUDGE OF THIS COURT, THE CLERK AND ALL CONCERNED PARTIES:

I was informed about and shown on December 16, 2014 a Notice of Hearing on the Rescap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection to my Claim No. 7466 filed on June 6, 2014. The notice also provides that there will be a hearing on January 14, 2015 at 10:00 a.m. to consider the Objection. The notice also states that I only have until December 29, 2014 at 4:00 p.m. to file my written response to the objection.

This is to request this court that I be given an additional time of at least one (1) month, or up to January 28, 2015 to file my response. I will need time to find an attorney to represent me

1

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH       CASE NO. 12-12020 (MG)
TO RESPOND TO THE TRUST'S SEVENTY-NINTH OMNIBUS CLAIMS OBJECTION

in the Southern District of New York. I am residing in the San Francisco Bay Area and I still have to retain a lawyer who is admitted to practice in the Southern District of New York. Also, it is very hard to do this especially now during the holiday season.

I beg the court's indulgence and understanding.

WHEREFORE, it is so prayed.

Other reliefs just and proper are likewise prayed for.

*I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.*

Dated: 12/24/2014

Martha S. Panaszewicz
Pro Se
Claimant of Claim Number 7466

2

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH        CASE NO. 12-12020 (MG)
TO RESPOND TO THE TRUST'S SEVENTY-NINTH OMNIBUS CLAIMS OBJECTION

## PROOF OF SERVICE

I, MARILUZ P. RAGASA, declare as follows:

I am over eighteen years of age and not a party to this action and I reside at 89 Belle Ave., San Francisco, CA 94132.

On December 24, 2014, I served a copy of the Urgent Ex Parte Request for Extension of Time Within Which to Respond to the Trust's Seventy-Ninth Omnibus Claims Objection on all interested parties as follows:

__X__ By U.S. Mail with postage prepaid to:

      Norman S. Rosenbaum
      Morrison & Foerster LLP
      250 West 55th Street
      New York, New York 10019
      (Counsel to the ResCap Liquidating Trust)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 24, 2014 at San Francisco, California.

Dated: 12/24/2014

                                  Mariluz P. Ragasa

3

URGENT EX PARTE REQUEST FOR EXTENSION OF TIME WITHIN WHICH
TO RESPOND TO THE TRUST'S SEVENTY-NINTH OMNIBUS CLAIMS OBJECTION

CASE NO. 12-12020 (MG)