Hearing Date: **January 12, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900

and

MORRISON & FOERSTER LLP
Adam A. Lewis
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF RESCHEDULED STATUS CONFERENCE IN
RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF
OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3491064

TO:  Claimant Barry F. Mack and his attorneys of record.

PLEASE TAKE NOTICE that the Court has rescheduled the telephonic status conference in connection with the Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack initially set for 4:00 p.m. January 6, 2015.  The new time and date are **4:00 p.m. Eastern Time on January 12, 2015**.  The ResCap Borrower Claims Trust has separately supplied the Court and counsel with conference line information.

Dated:  December 31, 2014

/s/ Adam A. Lewis
ADAM A. LEWIS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

and

Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*