MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 6, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**:

**1.**    Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7806]

    **Related Document(s)**:

        **a.**    Notice of Hearing on Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7807]

        **b.**    Notice of Adjournment of Hearing on Motion of Bank of America, N.A. for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7908]

    **Response(s)**:    None.

    **Status**:    The hearing on this matter has been adjourned to February 11, 2015.

ny-1169466

**II.      CLAIMS OBJECTION(S)**:

1.    Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7539]

   **Related Document(s)**:

   a.    Notice of Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7541]

   b.    Ocwen Loan Servicing LLC's Limited Response to Claim of Matina De Simone [Docket No. 7542]

   c.    Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7696]

   d.    Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7834]

   e.    Notice of Adjournment of Hearing on Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone to January 6, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7868]

   **Response(s)**:

   a.    ResCap Borrower Claims Trust's Joinder and Supplemental Objection to Ocwen Loan Servicing LLC's Objection to Claim of Robert De Simone [Docket No. 7765]

   **Status**:    The hearing on this matter will be going forward.

2.    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

   **Related Document(s)**:

   a.    Order Sustaining Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Certain Uncontested Claims and Adjourning Hearing as to Claim Number 5653 Filed by James Demetriou [Docket No. 7756]

   **Response(s)**:

   a.    Response of James P. Demetriou to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection To Claims [Docket No. 7660]

   **Status**:    The hearing on this matter as it relates to the claim filed by James P. Demetriou (Claim No. 5653) will not be going forward.  The Borrower

Trust consensually resolved the matter with the Chapter 7 trustee for Mr. Demetriou.  The Borrower Trust is awaiting the approval of the Florida bankruptcy court while the settlement is being noticed to parties-in-interest in Mr. Demetriou's bankruptcy proceeding.

| | |
|---|---|
| Dated:  January 2, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |