Hearing Date: January 12, 2015 at 4:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900

and

MORRISON & FOERSTER LLP
Adam A. Lewis
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF PRE-MOTION CONFERENCE IN**
**RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF**
**OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3491568

TO:  Claimant Barry F. Mack and his attorneys of record.

PLEASE TAKE NOTICE that in response to the letter of the ResCap Borrower Claims Trust (the "Trust") to the Court of December 23, 2014 (Dkt. No. 7929), the Court has scheduled a telephonic pre-motion conference pursuant to Local Bankruptcy Rule 7056-1 and paragraph 6a of the Case Management & Scheduling Order (Dkt. No. 7447) in connection with the Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack for 4:00 p.m. Eastern Time on January 12, 2015, to follow the status conference set for the same date and time.  The Trust has separately supplied the Court and counsel with conference line information for the status conference, and the Court and parties will employ the same conference line for the pre-motion conference.

Dated: January 5, 2015

/s/ Adam A. Lewis
ADAM A. LEWIS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

and

Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

sf-3491568