Hearing Date: March 12, 2015 at 10:00 a.m. (ET)
Objection Deadline: February 9, 2015 at 4:00 p.m. (ET)

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>250 W. 55th Street<br>New York, New York 10019<br>Telephone:     (212) 468-8000<br>Facsimile:     (212) 468-7900<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>James A. Newton<br><br>*Counsel for the ResCap Borrower Claims Trust* | REED SMITH LLP<br>Three Logan Square<br>Suite 3100<br>Philadelphia, Pennsylvania 19013<br>Telephone:     (215) 851-8100<br>Facsimile:     (215) 851-1420<br>Barbara K. Hager *(admitted pro hac vice)*<br><br><br>*Litigation Counsel for the ResCap Borrower Claims Trust* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re:  | ) | Case No. 12-12020 (MG) |
|   | ) |   |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|   | ) |   |
| Debtors. | ) | Jointly Administered |
|   | ) |   |

**NOTICE OF ADJOURNMENT OF HEARING ON RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF OF CLAIM NO. 5257 FILED BY KENNETH TAGGART TO MARCH 12, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the *ResCap Borrower Claims Trust's Objection to Proof of Claim No. 5257 Filed by Kenneth Taggart* (the "Objection") [Docket No. 7847], previously scheduled to be heard on February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

sf-3490515

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for claimant Kenneth Taggart to file a response to the Objection shall be **February 9, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated: January 5, 2015<br>New York, New York | Respectfully submitted,<br><br>/s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>James A. Newton<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the ResCap Borrower Claims Trust*<br><br>and<br><br>Barbara K. Hager *(admitted pro hac vice)*<br>REED SMITH LLP<br>Three Logan Square<br>Suite 3100<br>Philadelphia, Pennsylvania 19013<br>Telephone:  (215) 851-8100<br>Facsimile:   (215) 851-1420<br><br>*Litigation Counsel for the ResCap Borrower Claims Trust* |