**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER OVERRULING THE OBJECTION OF TOM FRANKLIN TO THE NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Tom Franklin objects to a stipulation and order lifting the automatic stay to permit a senior lien holder to foreclose on property as to which a Debtor(s) is a junior lienholder (the "Objection," ECF Doc. # 7950). Four such stipulations have been presented and so ordered by the Court on December 31, 2014 (the "Stipulations," ECF Doc. # 7933, 7934, 7935, 7936). It is unclear which stipulation or stipulations Franklin objects to. What is clear is that Franklin's Objection was untimely as it was not received by the Court by the December 31, 2014 deadline for objections to the Stipulations. It is also clear that Franklin has no legal interest in any of the properties relevant to the Stipulations.

The Court finds and concludes that Franklin has no standing to object to the approval and entry of these Stipulations. Therefore, Franklin's Objection is **OVERRULED** and the Stipulations are and remain approved.

**IT IS SO ORDERED.**

Dated:  January 6, 2015
         New York, New York

                                          /s/Martin Glenn
                                          MARTIN GLENN
                                          United States Bankruptcy Judge