IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                                                :   Chapter 11
In re:                                                          :
                                                                :   Case No. 12-12020 (MG)
**Residential Capital, LLC**                                    :
                                                                :
                                                                :
                Debtors.                                        :
                                                                :
--------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Aljaira Duarte being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 30, 2014, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 7890]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before December 30, 2014, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 7788]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: January 6, 2015

_____
Aljaira Duarte

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this January 6, 2015, by Aljaira Duarte, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fidelity National Insurance Company | Don Todd, Assistant Vice President | 601 Riverside Avenue, Bldg 5 | | Jacksonville | FL | 32204 | 339 | $14,463.51 | $14,463.51 | 7890 | Transferee |
| Jason and Jennifer Schermerhorn | Kathleen A. Cashman-Kramer | Pyle Sims Duncan & Stevenson, APC | 401 B Street, Suite 1500 | San Diego | CA | 92101 | 339 | $14,463.51 | $14,463.51 | 7890 | Transferor |

In re: Residential Capital, LLC
USBC Case No. 12-12020 (MG)

# EXHIBIT B

**Exhibit B**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Fidelity National Insurance Company | Don Todd, Assistant Vice President | 601 Riverside Avenue, Bldg 5 | | Jacksonville | FL | 32204 | 7788 | Transferee |
| Jason and Jennifer Schermerhorn | Kathleen A. Cashman-Kramer | Pyle Sims Duncan & Stevenson, APC | 401 B Street, Suite 1500 | San Diego | CA | 92101 | 7788 | Transferor |