United States Bankruptcy Court
Southern District of New York

646 Regency Way
Kissimmee FL 34758
12-28-14

In re:
Residential Capital, LLC, et.,
  Debtors.
GMAC Mortgage, LLC

Case No. 12-12020 (MG)
Chapter 11

RECD JAN -5 2015 U.S. BANKRUPTCY COURT, SDNY

Eightieth Omnibus Objection to Claims

Claims #1533 (Leslie G. Sullivan) The basic for the amount that I claims is based on the tangibilities, that I stated in my deposition, in regards to how I was targeted, and treated by GMAC for the sole reason, of trying to dispossess me of my house of which I worked so honest and hard in sub degree weather to achieved and attained. I did everything in 'good faith' and still doing, and maintaining up to presently 'now' as a good and ambitious 'Black man' from birth and this is the redress that I received from justice I know that GMAC was going to fall. I did told them that as a religious, Godly, and decent person, I do not have nothing more to add or give GMAC. Run a game on me, and try desperately to.

#2

take, or capture, my place, cause me to waste money unnecessarily, hiring lawyer. took money out my savings that I did not intended to waste like that, because of this man 'egomaniac' attitude toward me. He told me that he was going to take my place and sell it, when I told him what he was saying, and doing was wrong! This man did not like me, because I think he knew that I was a Naturalized Black American. His name is Benjamin. he was very, very, rude, and out of the order to me, and disrespectfully also. It did not surprise me what happen to GMAC. they get what's coming to them, to take advantage of poor people. I going LAX to my bed, and could not sleep, I become very,very, dispondent. because of what they done to me!! "Give credence to Intellect. If I was what GMAC wanted you to believe!! I am, or what I did. I still owner @ the property as a BLACK MAN... I still I AM maintaining!!

#3

Whom is the Hypocrite!!, and not truthful person. This does not need law professors to figure out!!, anyway I am hereby asking for worthy relief from the court. I do deserve some relief what I have been through. Not that money can solve all that they have put me through, But for them to do this to me, and no consiquence, would be observed, and crazy, and irresponsible!! They should take action for their responsibility.

Let me say this? The Debtor acted carelessly, improperly, illegally, Wrongfully and unjustifyly, in their action and I think maybe Whom I am!! no regard for me or my justice!! and most of what they have written are untrue, deliberate and erroneus to suite the agenda, no fact. I stand by what I have written to you and the Gouverment. I know that it is true, and I am glad that they are out of business. I hope they will not hurt anyone like the do me!! Thanks in advance
Sincerely,
Leslie G. Luthia

I Leslie G. Sullivan totally disagree with the decision, which has been taken. I thenkit is; rush to judgement, and was unresonable, disengenerous, disheartning, and should be overturned!! for justic sake. I argue fair, is fair. this is an injustic to me!! please do the right thing. These people has done me wrong!! Thanks in advance!!

They should pay, right is right, wrong is wrong period!! because of them my life is not the same.

Sincerly,
Leslee G. Sullivan

Exebits from Renters who said they were not going to pay me for rent, and they did not, because of the foreclosure. I remember Auctioneer DAVID Stern gave my tenants copies of the foreclosure, and they did not pay me a dime as of this day, 12-29-14 even when I took them to court. because of negitive, and erepairable damages, to my repretation. "How do you address that." "Please check out DAVID Stern!! Thats All I will say About him" You cannot put a value on that, I tried to aquire & buy properties in the downtown when houses were cheap and I could not get a mortgage, because of the foreclosure on my record." I am ruined for life, because of GMAC illegality. I would like to know if this is fair, & right. I use to have (A 1) Credit Rating, all my life. (A 1) GMAC ruined it." GMAC HAS DAMAGE MY LIFE." I Deserve Relief AND DAMAGES. Who ever it knows it."

Sincerely, Leslie G. Sullivan

IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT OF FLORIDA
OSCEOLA COUNTY, FLORIDA

CASE NUMBER 2008 SC 003444 SP   DIV: 60G

LESLIE G SULLIVAN

vs.

JUAN CARDONA & CYNTHIA A ROMERO

## SMALL CLAIM STIPULATION AGREEMENT

Filed in open Court this _____ day of DEC A.D. 2008
LARRY WHALEY, CLERK
_____ D.C.

The undersigned parties to this action stipulate unto the Court as follows:

1. To settle all claims and counterclaims in this suit, the defendant(s), JUAN CARDONA & CYNTIA A Rom/ agree(s) to pay the plaintiff(s), LESLIE G SULLIVAN:

   $1950.00 principal and $_____ court costs and _____ interest and _____ attorneys fees for a total of $1950.00.

2. The defendant(s) agree(s) to pay by cashiers check or money order. The first installment of $975.00 will be paid on or before 15TH JANUARY, 2009 and subsequent payments of 975.00 will be paid on or before the 15TH of each FEBRUARY 2009 thereafter until the total amount due is paid.

3. If a payment is not made, plaintiff(s) may file an affidavit and judgment will be entered without further notice in the amount of $1950.00 principal, plus $_____ court costs and _____ interest and _____ attorneys fees for a total of $1950.00 less payments made.

4. Payments shall be sent to: LESLIE G SULLIVAN 646 REGENCY WAY KISSIMMEE FL 34758

5. Other agreements: _____

6. The parties acknowledge that they understand all the terms of this agreement, are not relying on any information or statements given to them at mediation, and have not been coerced into settlement.

7. Accordingly, this cause is hereby stayed pending compliance with this Stipulation. However, jurisdiction is reserved to enforce the terms and conditions of this Stipulation.

8. Final judgment shall not be entered or, if one has been, execution shall not issue as long as said

IN THE COUNTY COURT FOR THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NUMBER 2011 CC 002693 EV

LESLIE G. SULLIVAN
646 REGENCY WAY
KISSIMMEE, FL 34758
PLAINTIFF(S)

VS

CYNTHIA H. ALDEN
652 ROYALTY CT
KISSIMMEE, FL 34758
DEFENDANT

## ENTRY OF DEFAULT BY JUDGE

THIS CAUSE COMING BEFORE ME, AND HAVING REVIEWED THE ANSWER FILED BY THE DEFENDANT(S), IT IS

ORDERED AND ADJUDGED THAT A DEFAULT IS ENTERED IN THIS ACTION AGAINST THE DEFENDANTS NAMED IN THE FOREGOING MOTION FOR FAILURE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AS REQUIRED BY LAW.

DONE AND ORDERED ON THIS  9  DAY OF  Dec , 2011

/s/ Carol E. Draper

HON. CAROL E DRAPER
COUNTY COURT JUDGE

Copies provided to all parties on
DATE: 12/13/11   By: _____

CCEDJGEV

IN THE COUNTY COURT, IN AND FOR OSCEOLA COUNTY, FLORIDA
SUMMARY CLAIMS DIVISION    CASE NO._____

| PLAINTIFF (NAMES & ADDRESSES) | DEFENDANT (NAMES & ADDRESSES) |
|---|---|
| Leslie G. Sullivan<br>646 Regency Way<br>Kissimmee, FL 34758 | Janelli Hernandez & Bernard Adams |

## STATEMENT OF CLAIM

THE PLAINTIFF(S) SUES THE DEFENDANT(S) FOR AN AMOUNT THAT DOES NOT EXCEED $5,000.00, EXCLUSIVE OF COURT COSTS, INTEREST AND ATTORNEY'S FEES; FOR MONEY OWED TO THE PLAINTIFF(S) BY THE DEFENDANT(S) WHICH IS PAST DUE AND UNPAID FOR THE REASON CHECKED BELOW:

_____ GOODS, WARES AND MERCHANDISE SOLD BY PLAINTIFF TO DEFENDANT.
   **(LIST GOODS AND PRICES AND ANY CREDITS)**

_____ GOODS, WARES AND MERCHANDISE SOLD BY DEFENDANT TO PLAINTIFF.
   **(LIST GOODS AND PRICES AND ANY CREDITS)**

_____ WORK DONE AND MATERIALS FURNISHED BY PLAINTIFF TO DEFENDANT.
   **(LIST TIME AND MATERIALS, SHOWING CHARGES THEREFOR AND ANY CREDITS)**

_____ MONEY LOANED BY PLAINTIFF TO DEFENDANT.

_____ MONEY DUE TO PLAINTIFF UPON ACCOUNTS STATED AND AGREED TO BETWEEN THEM

_____ MONEY DUE TO PLAINTIFF ON A WRITTEN INSTRUMENT. (COPY ATTACHED)

__✓__ RENT FOR CERTAIN PREMISES IN OSCEOLA COUNTY, FLORIDA.

_____ VEHICLE COLLISION, DAMAGES.

__✓__ OTHER _Leave without payment or notice Also damages to property_ (LIST ACTION)

__✓__ PLAINTIFF HAS MADE WRITTEN DEMAND FOR PAYMENT, BUT THE DEFENDANT HAS REFUSED TO PAY.

**ADDITIONAL FACTS (USE ADDITIONAL SHEET)**

WHEREFORE PLAINTIFF(S) DEMANDS JUDGMENT IN THE SUM OF $ 2,470.00, TOGETHER WITH COURT COSTS AND ANY FURTHER COSTS THE COURT MAY ASSESS.

_Leslie G. Sullivan_
PLAINTIFF (SIGNATURE)
407-933-1443 · 407-666-0644
TELEPHONE NUMBER

IF THE CLAIM IS BASED UPON A WRITTEN DOCUMENT, A COPY SHALL BE ATTACHED AND MADE A PART OF THIS CLAIM. (RSP) 7.050(A).

(STATEMEN.CLM)

## House or Duplex Lease

LANDLORD: _____Leslie G. Sullivan_____     TENANT: Janelli Hernande Bernard Adam

PROPERTY: 650 Royalty Court, Poinciana, FL 34758

**IN CONSIDERATION** of the mutual covenants and agreements herein contained, Landlord hereby leases to Tenant and Tenant hereby leases from Landlord the above described property under the following terms:

1. **TERM:** This lease will be yearly lease for a term of **12 months** beginning 6-22-08 On or before 6-22-09 a new lease agreement will be established. If said tenant decides to move prior to year-end the tenant will forfeit the rent for that month. A thirty-day notice must be received from tenant prior to termination said Agreement. A formal inspection of property will be determined upon release of Agreement.
2. **RENT:** The rent shall be $750.00 per month and shall be due on or before the 1st day of each month. In event a check bounces or evictions notice must be posted, Tenant agrees to pay a **$30.00** charge.
3. **PAYMENT:** Payment must be received by Landlord on or before the due date at following address Washington Mutual Bnk such place as designated by Landlord in writing Tenant understands that his may require early mailing. In event a check bounces, Landlord may require cash or certified funds. A $30.00 fee for any payments received five or more after the 1st day of the month.
4. **DEFAULT:** In the event Tenant defaults under any terms of this lease, Landlord may recover possession as provided by Law and seek monetary damages.
5. **SECURITY:** Landlord acknowledges receipt of the sum of $0 as the last month's rent under this lease, plus $0 as security deposit. In the event Tenant terminates the lease prior to its expiration date, said amounts are non-refundable as a charge for Landlord's trouble in securing a new tenant, but Landlord reserve the right to seek additional damage.
6. **UTILITIES:** Tenant agrees to pay all utility charges on the property except: the trash
7. **MAINTENANCE:** Tenant has examined the property, acknowledges it to be in good repair and in consideration of the reduced rental rate, Tenant agrees to keep the premises in good repair and to do all minor maintenance promptly (under $_____ excluding labor) and provide extermination service.
8. **LOCKS:** If Tenant adds or changes locks on the premises, Landlord shall be given copies of the keys. Landlord shall at all times have keys for access to the premises in case of emergencies.
9. **ASSIGNMENT:** Tenant may not assign this lease without the written consent of the Landlord.

thereof. Tenant agrees to sign and documents indicating such subordination, which may be required by lenders.

28. **SURRENDER OF PREMISES:** At the expiration of the term of this lease, Tenant shall immediately surrender the premises in as good condition as at the start of this lease.

29. **LIENS:** The estate of Landlord shall not be subject to any liens for improvements contracted by Tenant.

30. **RADON GAS:** Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found to buildings in Florid. Additional information regarding radon and radon testing may be obtained from county public health unit.

31. **SMOKE DETECTORS:** Tenant shall be responsible for supplying smoke detectors, for keeping them operational and for changing the battery when needed.

32. **ABANDONED PROPERTY:** BY SIGNING THIS RENTAL AGREEMENT THE TENANT AGREES THAT UPON SURRENDER OR ABANDONMENT, AS DEFINDED BY THE FLORIDA STATUES, THE LANDLORD SHALL NOT BE LIABLE OR RESPONSIBLE FOR STORAGE OR DISPOSTION OF THE TENANTS PERSONAL PROPERTY.

33. **MISCELLANEOUS PROVISIONS:** #18 FURNISHINGS articles provided by Landlord to be retuned at the time of termination of this lease: Ceiling fans, stove, mini blinds, and refrigerator.

WITNESS the hands and seals of the parties hereto as of this _____ day of _____.

LANDLORD: *[signature: Leslie G. Sutton]*
*[signature: Leslie G. Sutton]*

TENANT: *[signature]* 6-22-C
*[signature]*