Hearing Date and Time: February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- )
                                                                                 )
In re:                                                                           )    Case No. 12-12020 (MG)
                                                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                                                )    Chapter 11
                                                                                 )
                                         Debtors.                                )    Jointly Administered
                                                                                 )
-------------------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON THE RESCAP BORROWER
CLAIMS TRUST'S SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES TO THE
CLAIM FILED BY LESLIE WATLEY (CLAIM NO. 2454) TO
FEBRUARY 26, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims*

*Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No.

7736] (the "Seventy-Sixth Omnibus Claims Objection"), solely as it relates to the claim filed by

Leslie Watley (Claim No. 2454), previously scheduled to be heard on January 14, 2015 at 10:00

a.m. (Prevailing Eastern Time), has been adjourned to **February 26, 2015 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing").

                **PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

ny-1171413

York 10004.

Dated: January 7, 2015
    New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Jessica J. Arett
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1171413