MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF OMNIBUS HEARING DATES AND**
**RESCHEDULING OF FEBRUARY 26, 2015 HEARING**

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time);**
- **March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time);**
- **April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time); and**
- **April 30, 2015 at 10:00 a.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the hearing currently scheduled for February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time) has been rescheduled at the direction of the Court to **February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time)**.

ny-1171610

Dated: January 7, 2015
     New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors,*
*The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*