**Exhibit G**

Claim #2055  Date Filed: 10/31/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor:           Case Number: | |

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
MICHAEL KARMAZYN AND KRISTIN

**Name and address where notices should be sent:**     NameID: 10726597
MICHAEL KARMAZYN AND KRISTIN
KARMAZYN ~~AND ROOFCO INC~~
5262 S MALTA WAY
CENTENNIAL, CO 80015-6013

Telephone number:           email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent (if different from above):**
Kristin & Michael Karmazyn
5262 South Malta Way Centennial, Co 80015
Telephone number: 720-314-0185    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ 389,000.10
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

**2. Basis for Claim:** wrongful forecloseur by GMAC determined by Independent forecloseur review
(See instruction #2)

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

| 3. Last four digits of any number by which creditor identifies debtor: __ __ __ __ | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:
Value of Property: $_____  Annual Interest Rate _____% ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____  Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Kristin Karmazyn
Title: _____
Company: _____
Address and telephone number (if different from notice address above):

(Signature) Kristin E Karmazyn   (Date) 10/16/2012

**RECEIVED**
OCT 3 1 2012
KURTZMAN CARSON CONSULTANTS

Telephone number: 720-314-0188   Email: kkarma31@live.com

**COURT USE ONLY**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

001KC0002_51765-3_domestic_19/044417/266498      1212020120830174506177767

To whom it concerns:

On August 1st 2009 A man showed our house saying he bought it at auction –I called GMAC and asked what was happening and told them I had made all the arranged payments –They stated I dint make the payment for the fees for the "modified Loan" I told them I was never sent any information they stated "Were not your babysitter" hung up on me –I have enclosed a copy of the 2009 statement and show all my payments were received but then reversed by GMAC–WE never received any of that money back and were never told they were reversing my payments-Where did all my payment goes

- We had the sheriff give us 7 days to leave our house –I had lost my job and we had no money to pay for a lawyer so we moved into a 2 bedroom apartment with 3 kids and 2 dogs
- We have been forced to live in rentals since that time and pay double in rent and deposits
- We have paid a total of $39,000.00 in rent and deposits since our house was sold from us
- My 8 year daughter went thru severe depression because of the move we were forced to pay for mental care for her for 14 months $12.130.00
- We have lost all of our credit because there is a foreclosure on credit, credit cards closed all accounts –no one will give us a loan for a new house
- We lived in that house for 11 years and have lost all money we paid into it $ 125,000.00
- The lost of the house caused our marriage to dissolve My husband blamed me because he says a mortgage company just wouldn't do that ,to much pressure and anger to deal with $250.000.00
- I researched every paper in Colorado and no paper shows the foreclosure of our house ,which I believe is required by law

At this time the right thing for GMAC to do IS REMOVE THE FORECLOSEUR FROM OUR CREDIT AND REFUND US ALL THE MONEY OWED TO US –WE WILL NEVER BE THE SAME BUT ,AT LEAST HELP US GET A OUR HOUSE BACK

Total due $389,000.10

Kristin Karmazyn
5262 South Malta Way
Centennial, CO 80015

720-314-0188

# Independent Foreclosure Review

September 28, 2012



***** SINGLE PIECE
77419-00-V008-0007775-SIP-M3105
Michael A Karmazyn
Kristin E Karmazyn
5262 S Mata Way
Centennial CO 80015

**This letter is confirming your Request for Review has been received and is being reviewed.**

Reference Number:   1002152735

Property Address:

5153 South Ukraine Street
Aurora CO 80015

*Si usted habla español, tenemos representantes que pueden asistirle en su idioma.*

Dear Michael A Karmazyn, Kristin E Karmazyn,

Many homeowners are concerned about the pace of the Independent Foreclosure Review. This letter is intended to let you know that the review you requested of your mortgage foreclosure as part of the Independent Foreclosure Review is in process.

**STATUS** — More than 220,000 people to date have asked for reviews. Each review has many steps and takes time—so it may be several more months before the results of your file review are available.

**PROCESS** — Independent consultants will carefully review your request and you will receive a letter about the findings when the review is finished. If the review shows an error by the servicer in your foreclosure that resulted in financial injury to you, the servicer will be required to compensate you for that financial injury, which may involve a payment or other remedy to you and any necessary correction of your record. General information about the review process is available by calling 1-888-952-9105.

**COMPENSATION** — The compensation or other remedy a homeowner may receive will depend on the type of error found in their file. You can find information about possible compensation at IndependentForeclosureReview.com/Remediation.aspx

**OTHER HELP** — If you need help with your mortgage now, you may talk to your loan servicer or contact a HUD-approved nonprofit organization that helps homeowners in distress. Information about HUD-approved nonprofit organizations that can provide free assistance is available at http://www.makinghomeaffordable.gov/get-started/housing-expert or by calling 1-888-995-HOPE (4673).

Your patience is appreciated as the independent consultants are working to review your request.

Sincerely,

Independent Review Administrator - Rust Consulting, Inc.

### Section 4: Signature

I am submitting this "Request for Review" form to request an Independent Foreclosure Review of my foreclosure action by an independent consultant. This review is being required under orders by the Office of the Comptroller of the Currency and the Federal Reserve Board to identify customers who may have been financially injured as a result of errors or other deficiencies made during the foreclosure process on their loan. The Independent Review Administrator receiving this "Request for Review" is acting pursuant to the requirements of this order.

I understand that I have the ability to separately submit a "qualified written request" relating to the servicing of my mortgage loan under the Real Estate Settlement Procedures Act. If I wish to do so, I should write separately to my servicer in accordance with the instructions below. I understand that the Independent Review Administrator is not authorized to act as an agent to receive a "qualified written request" on behalf of my servicer.

By signing this document, I certify that all the information is truthful. I understand that knowingly submitting false information may constitute fraud. I affirm that I am the borrower or co-borrower of the mortgage loan on the property noted within this document, and I am authorized by all borrower(s) to have my signature grant permission to proceed with this request for review.

_[signatures]_
Signature

Date: 2/10/2012

KRISTIN KARMAZYN
Michael A Karmazyn
Print name

**Mail this completed form to:**    Independent Review Administrator
PO Box 2592
Faribault, MN 55021-9816

"Qualified written request" instructions: To submit a "qualified written request," I must write separately to GMAC Mortgage, LLC, PO Box 1330, Waterloo, IA 50704-1330, which is the exclusive address for the receipt and handling of my request.

GMAC MORTGAGE
PO BOX 780
WATERLOO, IA 50704-0780

*2009*

*MAY*
*JUNE* } *all paid*
*JULY*

*Refunded on statement we never recieved money back.*

MICHAEL A KARMAZYN
22959 E SMOKY HILL RD APT H308
AURORA    CO 80015-6749

LOAN TYPE 1-8  CONVENTIONAL
ACCOUNT NUM ████4090

*← 2009*
2009 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROP INSPECT | 11.25 | 08/08 | 01/13/09 | | | | | 11.25 | 285,912.86 | -41.27 | |
| TAX DISB | | 08/08 | 02/03/09 | | | -1285.24 | | | 285,912.86 | -1,326.51 | |
| PAYMENT | 2686.58 | 09/08 | 03/24/09 | 203.59 | 2168.17 | 314.82 *MArch* | | | 285,709.27 | -1,011.69 | |
| MISC RECEIPT | 1313.42 | 09/08 | 03/24/09 | | | *APRIL PAYMENT* | | | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 527.40 | 09/08 | 04/03/09 | | | | | 527.40 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 787.50 | 09/08 | 04/03/09 | | *Refunded but we never recieved* | | | 787.50 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 10.00 | 09/08 | 04/03/09 | | | | | 10.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 460.00 | 09/08 | 04/03/09 | | | | | 460.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 5.32 | 09/08 | 04/03/09 | | | | | 5.32 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 125.00 | 09/08 | 04/03/09 | | | | | 125.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| MISC RECEIPT | 2000.00 | 09/08 | 05/04/09 | | | | | | 285,709.27 | -1,011.69 | 3,313.42 |
| PROP INSPECT | 11.25 | 09/08 | 05/08/09 | | | | | 11.25 | 285,709.27 | -1,011.69 | 3,313.42 |
| TAX DISB | | 09/08 | 05/14/09 | | | -1285.19 | | | 285,709.27 | -2,296.88 | 3,313.42 |
| MISC RECEIPT | 2000.00 | 09/08 | 06/01/09 | *MAY PAYMENT* | | | | | 285,709.27 | -2,296.88 | 5,313.42 |
| REVERSAL | -2000.00 | 09/08 | 06/02/09 | *Refunded - never recieved* | | | | | 285,709.27 | -2,296.88 | 3,313.42 |
| PROP INSPECT | 11.25 | 09/08 | 06/10/09 | | | | | 11.25 | 285,709.27 | -2,296.88 | 3,313.42 |
| CORP ADV 3 D | 83.00 | 09/08 | 07/15/09 | | | | | 83.00 | 285,709.27 | -2,296.88 | 3,313.42 |
| MISC RECEIPT | 7389.77 | 09/08 | 07/27/09 | *Told refund - Never recieved* | | | | | 285,709.27 | -2,296.88 | 10,703.19 |
| MISC RECEIPT | 1525.00 | 09/08 | 08/03/09 | *JUNE Payment* | | | | | 285,709.27 | -2,296.88 | 12,228.19 |
| PROP INSPECT | 11.25 | 09/08 | 08/03/09 | | | | | 11.25 | 285,709.27 | -2,296.88 | 12,228.19 |
| PAYMENT | 2567.41 | 10/08 | 08/04/09 | 228.82 | 2023.77 | 314.82 *July* | | | 285,480.45 | -1,982.06 | 12,228.19 |
| REVERSAL | -1042.41 | 10/08 | 08/04 | | | | | | 285,480.45 | -1,982.06 | 11,185.78 |
| REVERSAL | -1525.00 | 10/08 | 08/04 | *Refunded Never recieved* | | | | | 285,480.45 | -1,982.06 | 9,660.78 |
| PROP INSPECT | 11.25 | 10/08 | 09/29 | | | | | 11.25 | 285,480.45 | -1,982.06 | 9,660.78 |
| MISC RECEIPT | 190000.00 | 10/08 | 10/16 | *AUCTION PAYMENT* | | | | | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 15.93 | 10/08 | 10/20 | | | | | 15.93 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 50.00 | 10/08 | 10/20 | | | | | 50.00 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 230.18 | 10/08 | 10/20 | | | | | 230.18 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 87.50 | 10/08 | 10/20 | | | | | 87.50 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 497.00 | 10/08 | 10/20 | | | | | 497.00 | 285,480.45 | -1,982.06 | 199,660.78 |
| BKY-OTHER | -190000.00 | 10/08 | 10/27 | | | | | | 285,480.45 | -1,982.06 | 9,660.78 |
| BKY-OTHER | | 10/08 | 11/02 | 285480.45 | | | | | 0.00 | -1,982.06 | 9,660.78 |
| SPEEDPAY FEE | -12.50 | 10/08 | 11/09 | | | | | -12.50 | 0.00 | -1,982.06 | 9,660.78 |
| ESC DISB | | 10/08 | 11/10 | | | | | | 0.00 | -1,982.06 | 2,271.01 |

```
                      2008 DETAIL BY TRANSACTION
TRANSACTION  TRANSACTION LAST  POST  PRINCIPAL  INTEREST    ESCROW  CR LIFE/  LT CHRG/  PRINCIPAL BAL  ESCROW BAL  UNAPP FUNDS
DESCRIPTION    AMOUNT    PAID  DATE    PAID       PAID       PAID    DISAB     FEES     AFTER TRAN     AFTER TRAN  AFTER TRAN

          SUMMARY TOTALS                                   4090

PRINCIPAL  BALANCE START OF PERIOD    287,386.40    P & I PAYMENT        2,371.76
PRINCIPAL  PAID DURING PERIOD           1,473.54    ESCROW PAYMENT         314.82
PRINCIPAL  BALANCE END OF PERIOD     285,912.86

ESCROW     BALANCE START OF PERIOD      1,255.50    TOTAL PAYMENT        2,686.58
ESCROW     PAID DURING PERIOD            3,359.61   ACCUM LATE CHRG      1,510.70    Never recieved
ESCROW     DISBURSEMENTS                -4,656.38
ESCROW     BALANCE END OF PERIOD           -41.27

REFUND     OF OVERPAID INTEREST              0.00
INTEREST   REPORTABLE  DURING PERIOD     18116.11
PROPERTY   TAXES PAID DURING PERIOD      2,518.39
POINTS PAID                                  0.00

Entity062Org00000
```

## 2009 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 13.00 | 10/08 | 12/11 | | | | | 13.00 | 0.00 | | 2,271.01 |
| PROP INSPECT | 13.00 | 10/08 | 12/11 | | | | | 13.00 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 11.25 | 10/08 | 12/11 | | | | | 11.25 | 0.00 | | 2,271.01 |
| PROP INSPECT | 9.25 | 10/08 | 12/11 | | | | | 9.25 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 527.40 | 10/08 | 12/14 | | | | | 527.40 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 787.50 | 10/08 | 12/14 | | | | | 787.50 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 10.00 | 10/08 | 12/14 | | | | | 10.00 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 460.00 | 10/08 | 12/14 | | | | | 460.00 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 5.32 | 10/08 | 12/14 | | | | | 5.32 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 125.00 | 10/08 | 12/14 | | | | | 125.00 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 15.93 | 10/08 | 12/14 | | | | | 15.93 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 50.00 | 10/08 | 12/14 | | | | | 50.00 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 230.18 | 10/08 | 12/14 | | | | | 230.18 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 87.50 | 10/08 | 12/14 | | | | | 87.50 | 0.00 | | 2,271.01 |
| EXPENSE ADVA | 497.00 | 10/08 | 12/14 | | | | | 497.00 | 0.00 | | 2,271.01 |
| CORP ADV 3 D | 85.00 | 10/08 | 12/14 | | | | | 85.00 | 0.00 | | 2,271.01 |
| CORP ADV 3 D | 83.00 | 10/08 | 12/14 | | | | | 83.00 | 0.00 | | 2,271.01 |
| CORP ADV 3 D | 83.00 | 10/08 | 12/14 | | | | | 83.00 | 0.00 | | 2,271.01 |
| PROP INSPECT | -2.00 | 10/08 | 12/18 | | | | | -2.00 | 0.00 | | 2,271.01 |
| REVERSAL | -2271.01 | 10/08 | 12/29 | | | | | | 0.00 | | |
| CONVENTIONAL | 2271.01 | 10/08 | 12/29 | | | | | 2271.01 | 0.00 | | |

SUMMARY TOTALS

```
PRINCIPAL  BALANCE START OF PERIOD      285,912.86     P & I PAYMENT      2,252.59
PRINCIPAL  PAID DURING PERIOD            285,912.86     ESCROW PAYMENT       314.82
PRINCIPAL  BALANCE END OF PERIOD              0.00

ESCROW     BALANCE START OF PERIOD          -41.27     TOTAL PAYMENT      2,567.41
ESCROW     PAID DURING PERIOD             3,200.07
ESCROW     DISBURSEMENTS                 -3,158.80
ESCROW     BALANCE END OF PERIOD              0.00

REFUND     OF OVERPAID INTEREST               0.00
INTEREST   REPORTABLE DURING PERIOD       4191.94
PROPERTY   TAXES PAID DURING PERIOD      2,570.43
POINTS PAID                                   0.00
```

Entity062Org00000

```
GMAC Mortgage, LLC                                              PAGE        1
PO Box 780                                                      DATE 09/24/09

Waterloo            IA 50704-0780
                                   REPAYMENT AGREEMENT ████4090
```

-------------- MAIL -------------------- -------- PROPERTY ----------------

```
    MICHAEL A KARMAZYN
    KRISTIN E KARMAZYN
    5153 S UKRAINE ST              5153 SOUTH UKRAINE STREET

    AURORA              CO 80015-6561 AURORA                   CO 80015
```

```
------ DATES ------    ---- CURRENT BALANCES -----    ------- UNCOLLECTED -------
PAID TO   10/01/08     PRINCIPAL         285480.45    LATE CHARGES      3099.11
NEXT DUE  11/01/08     ESCROW             -1982.06    OPTIONAL INS         0.00
LAST PMT  08/03/09     UNAPPLIED FUNDS     9660.78    INTEREST             0.00
AUDIT DT  09/29/05     UNAPPLIED CODES   F    L       FEES               390.75
   LAST ACTIVITY       BUYDOWN FUNDS          0.00    DFLT EXP PD       1915.22
       09/24/09        BUYDOWN CODE                   DFLT EXP UNPD        0.00
```

| PMT NUM | PLAN PMT DUE DATE | PLAN PMT AMOUNT | AMOUNT TO REG PMT | AMT TO LC/UNCOL | UNAPPLIED BALANCE | FIRST/LAST PMT APPLIED |
|---|---|---|---|---|---|---|
| 01 | 10/05/09 | 1530.00 | 2567.41 | 0.00 | 1233.60 | 11/08 |
| 02 | 11/05/09 | 1244.65 | 0.00 | 0.00 | 2478.25 |  |
| 03 | 12/05/09 | 1244.65 | 2567.41 | 0.00 | 1155.49 | 12/08 |
| 04 | 01/05/10 | 1244.65 | 0.00 | 0.00 | 2400.14 |  |
| 05 | 02/05/10 | 36485.48* | 33469.05 | 5405.08 | 11.49 | 01/09 02/10 |

```
    PLAN TOTAL            41749.43
```

E - ESCROW CHANGE   A - ALTERNATIVE LOAN P&I CHANGE   B - BUYDOWN SUBSIDY CHANGE


I (WE) AGREE TO THE REPAYMENT SCHEDULE AS SET FORTH ABOVE. THE AMOUNT OF EACH
PAYMENT IS SUBJECT TO CHANGE BASED ON SCHEDULED ALTERNATIVE MORTGAGE P&I, ESCROW
OR OTHER PAYMENT CHANGES. ALL PROVISIONS OF THE NOTE AND MORTGAGE/DEED OF TRUST
REMAIN IN FULL FORCE AND EFFECT.

_____

MICHAEL A KARMAZYN


_____

KRISTIN E KARMAZYN

050 COL11442

# GMAC Mortgage

December 21, 2011

Michael Karmazyn
5262 South Malta Way
Centennial, CO 80015

RE:   Account Number:        ▇▇▇▇4090
      Property Address:      5153 South Ukraine Street
                             Aurora, CO 80015

Dear Michael Karmazyn:

Thank you for contacting us about your account. Enclosed is the information you requested.

If you have any further questions, please contact Customer Care at 1-800-766-4622, between the hours of 6:00 am to 10:00 pm CT, Monday through Friday and 9:00 am to 1:00 pm CT on Saturday.

Customer Care
Loan Servicing

Enclosures

AM/LM

2008 YEAR END STATEMENT OF MORTGAGE ACCOUNT
HOMECOMINGS FINANCIAL, LLC
PO BOX 205
WATERLOO, IA 50704-0205

MICHAEL A KARMAZYN
5153 S UKRAINE ST
AURORA                CO 80015-6561

LOAN TYPE 1-8   CONVENTIONAL
ACCOUNT NUM         4090

2008 DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAYMENT | 2880.28 | 01/08 | 01/28 | 158.11 | 2418.84 | 303.33 | | | 287,228.29 | 1,558.83 | |
| TAX DISB | | 01/08 | 02/05 | | -1259.22 | | | | 287,228.29 | 299.61 | |
| PAYMENT | 2880.28 | 02/08 | 02/25 | 159.45 | 2417.50 | 303.33 | | | 287,068.84 | 602.94 | |
| PAYMENT | 2880.28 | 03/08 | 03/28 | 160.79 | 2416.16 | 303.33 | | | 286,908.05 | 906.27 | |
| REVERSAL | -2880.28 | 02/08 | 04/08 | -160.79 | -2416.16 | -303.33 | | | 287,068.84 | 602.94 | |
| PAYMENT | 2880.28 | 03/08 | 04/25 | 160.79 | 2416.16 | 303.33 | | | 286,908.05 | 906.27 | |
| SPEEDPAY FEE | 12.50 | 03/08 | 04/25 | | | | | 12.50 | 286,908.05 | 906.27 | |
| SPEEDPAY FEE | 12.50 | 03/08 | 04/25 | | | | | 12.50 | 286,908.05 | 906.27 | |
| PROP INSPECT | 11.25 | 03/08 | 04/28 | | | | | 11.25 | 286,908.05 | 906.27 | |
| PAYMENT | 2675.09 | 04/08 | 05/05 | 196.04 | 2175.72 | 303.33 | | | 286,712.01 | 1,209.60 | |
| SPEEDPAY FEE | -12.50 | 04/08 | 05/05 | | | | | -12.50 | 286,712.01 | 1,209.60 | |
| REVERSAL | -2675.09 | 03/08 | 05/05 | -196.04 | -2175.72 | -303.33 | | | 286,908.05 | 906.27 | |
| REVERSAL | -2880.28 | 02/08 | 05/05 | -160.79 | -2416.16 | -303.33 | | | 287,068.84 | 602.94 | |
| MISC RECEIPT | 2675.09 | 02/08 | 05/05 | | | | | | 287,068.84 | 602.94 | 2,675.09 |
| PAYMENT | 205.19 | 03/08 | 05/19 | 160.79 | 2416.16 | 303.33 | | | 286,908.05 | 906.27 | |
| PAYMENT | 2675.09 | 04/08 | 05/19 | 196.04 | 2175.72 | 303.33 | | | 286,712.01 | 1,209.60 | |
| SPEEDPAY FEE | 12.50 | 04/08 | 05/19 | | | | | 12.50 | 286,712.01 | 1,209.60 | |
| SPEEDPAY FEE | 12.50 | 04/08 | 05/19 | | | | | 12.50 | 286,712.01 | 1,209.60 | |
| CORP ADV 3 D | 85.00 | 04/08 | 05/20 | | | | | 85.00 | 286,712.01 | 1,209.60 | |
| TAX DISB | | 04/08 | 05/20 | | -1259.17 | | | | 286,712.01 | -49.57 | |
| PROP INSPECT | 11.25 | 04/08 | 06/02 | | | | | 11.25 | 286,712.01 | -49.57 | |
| PAYMENT | 2675.09 | 05/08 | 06/30 | 197.53 | 2174.23 | 303.33 | | | 286,514.48 | 253.76 | |
| PROP INSPECT | 11.25 | 05/08 | 07/01 | | | | | 11.25 | 286,514.48 | 253.76 | |
| PAYMENT | 2675.09 | 06/08 | 07/14 | 199.03 | 2172.73 | 303.33 | | | 286,315.45 | 557.09 | |
| PROP INSPECT | 11.25 | 06/08 | 08/29 | | | | | 11.25 | 286,315.45 | 557.09 | |
| PAYMENT | 2686.58 | 07/08 | 09/08 | 200.53 | 2171.23 | 314.82 | | | 286,114.92 | 871.91 | |
| PAYMENT | 2686.58 | 08/08 | 09/08 | 202.06 | 2169.70 | 314.82 | | | 285,912.86 | 1,186.73 | |
| PROP INSPECT | 13.00 | 08/08 | 10/24 | | | | | 13.00 | 285,912.86 | 1,186.73 | |
| PROP INSPECT | 13.00 | 08/08 | 11/25 | | | | | 13.00 | 285,912.86 | 1,186.73 | |
| ESC DISB | | 08/08 | 12/01 | | | -1228.00 | | | 285,912.86 | -41.27 | |
| CORP ADV 3 D | 83.00 | 08/08 | 12/04 | | | | | 83.00 | 285,912.86 | -41.27 | |

*[Handwritten annotations:]*

Reversed
2/8
3/08

1/28 - 2880.28 Payment
2/08 - 2880.28 Payment
3/08 - 2880.28 Payment
4/08 - 2675.06 Payment
5/05 - 2675.06 Payment (Says Mis. Receipt)
6/1 - 2675.06 payment
7/1 - 2675.06 payment

```
TRN497CR-02                          * For Internal USE ONLY, NOT a Transaction History *                      5/21/07 14:19:39
MPRICE                                          HOMECOMINGS FINANCIAL                                          JOB DT:  5/01/07
                                                DETAIL TRANSACTION HISTORY                                     PAGE:        1
--------------------------------------------------------------------------------------------------------------------------------
LOAN#      4090        INV# 701     POOL# 0200510   INV LN#      9956  NEXT DUE   4/01/07   INTEREST RATE  7.100  PRIN.BAL  289,475.17
BORR1 Michael A. Karmazyn            TYPE: 05-00 CONVENTION   STATUS R  TOT.DELQ  2,449.41   SUSP-235B       .00  ESC.BAL       496.56
BORR2 Kristin E. Karmazyn            MSGS: 71 92   #PMT D00001           P&I      1,979.14   SUSP-SUBS       .00  ESC.ADV          .00
PROP: 5153 South Ukraine Street      MAIL: 5153 S Ukraine St                                 SUSP-HAZ        .00  TOT.PMT     2,396.18
                                                             SRVFEES     .05000              SUSP-FOR        .00  P&I         1,979.14
       Aurora      CO 80015            Aurora      CO 800156561  YDIFF   .00000              SUSP-MIS       7.64  ESC.PMT       417.04
                                                             INT PD TO  3/01/07   P&I SHORT                 .00  CORP AD          .00
--------------------------------------------------------------------------------------------------------------------------------
---TRANSACTION----                            NEXT  -AFTER TRANS.BALANCES-       TOTAL    ----------------APPLIED----------------- MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------     DUE    PRINCIPAL      ESCROW      AMOUNT    PRINCIPAL   INTEREST   ESCROW  SUSPENSE/CD &SRV.FEES
 10  9/29/05 8102 LOAN TRANSFER               10/05  294500.00         .00   294500.00-   294500.00-      .00      .00        .00
          S/F        REF#
 11  9/30/05 3199 OLD INV 973/0200510         10/05       .00          .00   294500.00    294500.00       .00      .00        .00
                                                     Eff Dt: 09/30/2005       Batch: MASSXFER
          S/F TR     REF#
 12  9/30/05 8199 NEW INV 701/0200510         10/05  294500.00         .00   294500.00-   294500.00-      .00      .00        .00
          S/F TR     REF#
 13 10/20/05 02    PAYMENT                    11/05  294263.32      286.59     2265.73       236.68   1742.46    286.59       .00     122.71 11
     Days since last Paymt on: 09/30/2005       20   Eff Dt: 10/20/2005       Batch: 1020LB04      IPT Dt: 10/01/05
          S/F LB     REF#
 14 10/20/05 11    PRINCIPAL PAYMENT          11/05  294229.05      286.59       34.27        34.27      .00      .00        .00
          S/F LB     REF#
 15 10/25/05 1530 ESCROW DEPOSIT              11/05  294229.05     1665.35     1378.76         .00       .00   1378.76        .00
          S/F CK     REF#
 16 11/28/05 02    PAYMENT                    12/05  293990.77     1951.94     2265.73       238.28   1740.86    286.59       .00     122.60 11
     Days since last Paymt on: 10/20/2005       36   Eff Dt: 11/25/2005       Batch: 1125LB04      IPT Dt: 11/01/05
          S/F LB     REF#
 17 11/28/05 11    PRINCIPAL PAYMENT          12/05  293956.50     1951.94       34.27        34.27      .00      .00        .00
     Effective date: 11/25/05
          S/F LB     REF#
 18  1/03/06 6031 HAZARD INS    DISBURSED 12/05  293956.50        916.94     1035.00-         .00       .00   1035.00-       .00
                PAYEE 31S0130 #0005698681 DUE 12/14/05
          S/F SC     REF# 0005698681
 19  1/03/06 02    PAYMENT                     1/06  293716.60     1203.53     2265.73       239.90   1739.24    286.59       .00     122.48 11
     Days since last Paymt on: 11/25/2005       39   Eff Dt: 01/03/2006       Batch: 0103LB04      IPT Dt: 12/01/05
          S/F LB     REF#
 20  1/03/06 1325 PMT-MISC SUSP                1/06  293716.60     1203.53       34.27         .00       .00      .00      34.27 PP
          S/F LB     REF#
 21  1/12/06 6031 HAZARD INS    DISBURSED  1/06  293716.60        168.53     1035.00-         .00       .00   1035.00-       .00
                PAYEE 31S0130 #0005718034 DUE 12/14/05
          S/F SC     REF# 0005718034
 22  1/23/06 02    PAYMENT                     2/06  293475.28      455.12     2265.73       241.32   1737.82    286.59       .00     122.38 11
     Days since last Paymt on: 01/03/2006       20   Eff Dt: 01/23/2006       Batch: 0123LB04      IPT Dt: 1/01/06
          S/F LB     REF#
 23  1/23/06 2625 MISC ADJ                     2/06  293475.28      455.12       34.27-        .00       .00      .00      34.27-PP
          S/F LB     REF#
 24  1/23/06 11    PRINCIPAL PAYMENT           2/06  293406.74      455.12       68.54        68.54      .00      .00        .00
          S/F LB     REF#
 25  2/03/06 1940 COUNTY TAX    ADVANCE        2/06  293406.74     1241.30      786.18         .00       .00    786.18       .00
          S/F SC     REF#
 26  2/03/06 6040 COUNTY TAX    DISBURSED  2/06  293406.74          .00      1241.30-         .00       .00   1241.30-       .00
```

```
TRN497CR-02                      * For Internal USE ONLY, NOT a Transaction History *                     5/21/07 14:19:39
MPRICE                                    HOMECOMINGS FINANCIAL                                           JOB DT:  5/01/07
                                         DETAIL TRANSACTION HISTORY                                       PAGE:        2
---TRANSACTION----              NEXT -AFTER TRANS.BALANCES-  TOTAL   ----------------APPLIED----------------- MISC.PMTS
NBR   DATE  CODE -----DESCRIPTION------  DUE  PRINCIPAL    ESCROW   AMOUNT   PRINCIPAL INTEREST  ESCROW  SUSPENSE/CD &SRV.FEES
LOAN#      4090          CONTINUED
           PAYEE 4040726 #0005752630 DUE  5/25/05
      S/F SC  REF# 0005752630
 27  2/16/06 1499 Late Charge             2/06  293406.74      .00    98.96       .00       .00      .00       .00   98.96 01
      S/F     REF#
 28  2/21/06 0283 PAYMENT                 3/06  293163.59   286.59  2265.73    243.15   1735.99   286.59       .00  122.25 11
     Days since last Paymt on: 01/23/2006   29       Eff Dt: 02/21/2006  Batch: 0221LB04   IPT Dt:  2/01/06
      S/F LB  REF#
 29  2/21/06 1919 RECOVER ESCROW ADVANCE   3/06  293163.59      .00   286.59-      .00       .00   286.59-      .00
      S/F LB  REF#
 30  2/21/06 1401 Late Charge             3/06  293163.59      .00    34.27       .00       .00      .00       .00   34.27 01
      S/F D   REF#
 31  3/16/06 1499 Late Charge             3/06  293163.59      .00    98.96       .00       .00      .00       .00   98.96 01
      S/F     REF#
 32  4/11/06 02   PAYMENT                 4/06  292919.00   286.59  2364.69    244.59   1734.55   286.59       .00   98.96 01
     Days since last Paymt on: 02/21/2006   48       Eff Dt: 04/10/2006  Batch: 0411LB04   IPT Dt:  3/01/06
                                                                                                                    122.15 11
      S/F LB  REF#
 33  4/11/06 1919 RECOVER ESCROW ADVANCE   4/06  292919.00      .00   286.59-      .00       .00   286.59-      .00
     Effective date:  4/10/06
      S/F LB  REF#
 34  4/11/06 1325 PMT-MISC SUSP           4/06  292919.00      .00    35.31       .00       .00      .00     35.31 PP
     Effective date:  4/10/06
      S/F LB  REF#
 35  4/17/06 1499 Late Charge             4/06  292919.00      .00    98.96       .00       .00      .00       .00   98.96 01
      S/F     REF#
 36  4/17/06 2664 NON CASH FEE ADJ        4/06  292919.00      .00    98.96-      .00       .00      .00       .00   98.96-01
      S/F WC  REF#
 37  5/03/06 02   PAYMENT                 5/06  292672.96   286.59  2265.73    246.04   1733.10   286.59       .00  122.05 11
     Days since last Paymt on: 04/10/2006   23       Eff Dt: 05/03/2006  Batch: 0503LB04   IPT Dt:  4/01/06
      S/F LB  REF#
 38  5/03/06 1919 RECOVER ESCROW ADVANCE   5/06  292672.96    73.59   213.00-      .00       .00   213.00-      .00
      S/F LB  REF#
 39  5/03/06 1325 PMT-MISC SUSP           5/06  292672.96    73.59   169.58      .00       .00      .00    169.58 PP
      S/F LB  REF#
 40  5/03/06 2625 MISC ADJ                5/06  292672.96    73.59    35.31-      .00       .00      .00     35.31-PP
      S/F LB  REF#
 41  5/10/06 1940 COUNTY TAX    ADVANCE   5/06  292672.96  1241.26  1167.67      .00       .00   1167.67      .00
      S/F SC  REF#
 42  5/10/06 6040 COUNTY TAX    DISBURSED 5/06  292672.96      .00  1241.26-      .00       .00   1241.26-      .00
           PAYEE 4040726 #0005899116 DUE  2/25/06
      S/F SC  REF# 0005899116
 43  5/16/06 1499 Late Charge             5/06  292672.96      .00    98.96       .00       .00      .00       .00   98.96 01
      S/F     REF#
 44  5/16/06 2664 NON CASH FEE ADJ        5/06  292672.96      .00    98.96-      .00       .00      .00       .00   98.96-01
      S/F WC  REF#
 45  6/06/06 02   PAYMENT                 6/06  292425.47   286.59  2265.73    247.49   1731.65   286.59       .00  121.95 11
     Days since last Paymt on: 05/03/2006   33       Eff Dt: 06/05/2006  Batch: 0606LB04   IPT Dt:  5/01/06
      S/F LB  REF#
 46  6/06/06 1919 RECOVER ESCROW ADVANCE   6/06  292425.47      .00   286.59-      .00       .00   286.59-      .00
```

```
TRN497CR-02                          * For Internal USE ONLY - NOT a Transaction History *                      5/21/07 14:19:39
MPRICE                                        HOMECOMINGS FINANCIAL                                             JOB DT:  5/01/07
                                              DETAIL TRANSACTION HISTORY                                        PAGE:          3

---TRANSACTION----                      NEXT  -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------   MISC.PMTS
NBR    DATE   CODE  -----DESCRIPTION------  DUE    PRINCIPAL   ESCROW   AMOUNT    PRINCIPAL INTEREST    ESCROW SUSPENSE/CD  &SRV.FEES
LOAN#       4090            CONTINUED
     Effective date:  6/05/06
            S/F LB   REF#
 47  6/06/06 1325 PMT-MISC SUSP            6/06   292425.47      .00     303.85       .00      .00       .00     303.85 PP
     Effective date:  6/05/06
            S/F LB   REF#
 48  6/06/06 2625 MISC ADJ                 6/06   292425.47      .00     169.58-      .00      .00       .00     169.58-PP
     Effective date:  6/05/06
            S/F LB   REF#
 49  6/16/06 1499 Late Charge              6/06   292425.47      .00      98.96       .00      .00       .00        .00        98.96 01
            S/F      REF#
 50  6/16/06 2664 NON CASH FEE ADJ         6/06   292425.47      .00      98.96-      .00      .00       .00        .00        98.96-01
            S/F WC   REF#
 51  6/28/06 02   PAYMENT                  7/06   292176.51   286.59    2265.73    248.96  1730.18    286.59        .00       121.84 11
     Days since last Paymt on: 06/05/2006   23     Eff Dt: 06/28/2006  Batch: 0628LB04    IPT Dt:  6/01/06
            S/F LB   REF#
 52  6/28/06 1919 RECOVER ESCROW ADVANCE   7/06   292176.51      .00     286.59-      .00      .00    286.59-       .00
            S/F LB   REF#
 53  6/28/06 1401 Late Charge              7/06   292176.51      .00      64.69       .00      .00       .00        .00        64.69 01
            S/F D    REF#
 54  6/28/06 2625 MISC ADJ                 7/06   292176.51      .00     303.85-      .00      .00       .00     303.85-PP
            S/F LB   REF#
 55  6/28/06 11   PRINCIPAL PAYMENT        7/06   291903.08      .00     273.43    273.43      .00       .00        .00
            S/F LB   REF#
 56  7/17/06 1499 Late Charge              7/06   291903.08      .00      98.96       .00      .00       .00        .00        98.96 01
            S/F      REF#
 57  7/24/06 0283 PAYMENT                  8/06   291651.03   286.59    2265.73    252.05  1727.09    286.59        .00       121.63 11
     Days since last Paymt on: 06/28/2006   25     Eff Dt: 07/23/2006  Batch: 0724LB04    IPT Dt:  7/01/06
            S/F LB   REF#
 58  7/24/06 1919 RECOVER ESCROW ADVANCE   8/06   291651.03      .00     286.59-      .00      .00    286.59-       .00
     Effective date:  7/23/06
            S/F LB   REF#
 59  7/24/06 1401 Late Charge              8/06   291651.03      .00      34.27       .00      .00       .00        .00        34.27 01
     Effective date:  7/23/06
            S/F D    REF#
 60  8/16/06 1499 Late Charge              8/06   291651.03      .00      98.96       .00      .00       .00        .00        98.96 01
            S/F      REF#
 61  9/05/06 02   PAYMENT                  9/06   291397.49   286.59    2364.69    253.54  1725.60    286.59        .00        98.96 01
     Days since last Paymt on: 07/23/2006   41     Eff Dt: 09/02/2006  Batch: 0902LB04    IPT Dt:  8/01/06
                                                                                                                              121.52 11
            S/F LB   REF#
 62  9/05/06 1919 RECOVER ESCROW ADVANCE   9/06   291397.49      .00     286.59-      .00      .00    286.59-       .00
     Effective date:  9/02/06
            S/F LB   REF#
 63  9/05/06 1325 PMT-MISC SUSP            9/06   291397.49      .00      35.31       .00      .00       .00      35.31 PP
     Effective date:  9/02/06
            S/F LB   REF#
 64  9/18/06 1499 Late Charge              9/06   291397.49      .00      98.96       .00      .00       .00        .00        98.96 01
            S/F      REF#
 65  9/18/06 2664 NON CASH FEE ADJ         9/06   291397.49      .00      98.96-      .00      .00       .00        .00        98.96-01
```

```
TRN497CR-02                                        * For Internal USE ONLY, NOT a Transaction History *                              5/21/07 14:19:39
MPRICE                                             * For Internal USE ONLY, NOT a Transaction History *                              JOB DT:  5/01/07
                                                         HOMECOMINGS FINANCIAL                                                       PAGE:         4
                                                         DETAIL TRANSACTION HISTORY

---TRANSACTION----                       NEXT  -AFTER TRANS.BALANCES-    TOTAL    ----------------APPLIED----------------    MISC.PMTS
NBR   DATE  CODE  -----DESCRIPTION------ DUE   PRINCIPAL       ESCROW    AMOUNT   PRINCIPAL  INTEREST   ESCROW  SUSPENSE/CD  &SRV.FEES
LOAN#      4090        CONTINUED
            S/F WC   REF#
 66 10/16/06 02     PAYMENT              10/06 291142.45       417.04    2396.18    255.04   1724.10    417.04      .00       121.42 11
 Days since last Paymt on: 09/02/2006     41    Eff Dt: 10/13/2006       Batch: 1013LB01    IPT Dt:  9/01/06
            S/F LB   REF#
 67 10/16/06 1919 RECOVER ESCROW ADVANCE 10/06 291142.45       395.73      21.31-      .00       .00     21.31-    .00
 Effective date: 10/13/06
            S/F LB   REF#
 68 10/16/06 1325 PMT-MISC SUSP          10/06 291142.45       395.73      39.13       .00       .00       .00    39.13 PP
 Effective date: 10/13/06
            S/F LB   REF#
 69 10/16/06 2625 MISC ADJ               10/06 291142.45       395.73      35.31-      .00       .00       .00    35.31-PP
 Effective date: 10/13/06
            S/F LB   REF#
 70 10/16/06 1499 Late Charge            10/06 291142.45       395.73      98.96       .00       .00       .00      .00        98.96 01
            S/F     REF#
 71 10/16/06 2664 NON CASH FEE ADJ       10/06 291142.45       395.73      98.96-      .00       .00       .00      .00        98.96-01
            S/F WC   REF#
 72 11/01/06 1325 PMT-MISC SUSP          10/06 291142.45       395.73    2300.00       .00       .00       .00  2300.00 PP
            S/F LB   REF#
 73 11/01/06 2625 MISC ADJ               10/06 291142.45       395.73    1979.14-      .00       .00       .00  1979.14-PP
            S/F CK   REF#
 74 11/01/06 0296 PAYMENT                11/06 290885.90       395.73    1979.14    256.55   1722.59      .00       .00       121.31 11
 Days since last Paymt on: 10/13/2006     19    Eff Dt: 11/01/2006       Batch: 1101SUSP    IPT Dt: 10/01/06
            S/F     REF#
 75 11/16/06 1499 Late Charge            11/06 290885.90       395.73      98.96       .00       .00       .00      .00        98.96 01
            S/F     REF#
 76 11/16/06 2664 NON CASH FEE ADJ       11/06 290885.90       395.73      98.96-      .00       .00       .00      .00        98.96-01
            S/F WC   REF#
 77 11/27/06 02     PAYMENT              12/06 290627.84       812.77    2396.18    258.06   1721.08    417.04      .00       121.20 11
 Days since last Paymt on: 11/01/2006     24    Eff Dt: 11/25/2006       Batch: 1127LB04    IPT Dt: 11/01/06
            S/F LB   REF#
 78 11/27/06 1530 ESCROW DEPOSIT         12/06 290627.84      1176.58     363.81       .00       .00    363.81      .00
 Effective date: 11/25/06
            S/F LB   REF#
 79 11/27/06 2625 MISC ADJ               12/06 290627.84      1176.58     359.99-      .00       .00       .00   359.99-PP
 Effective date: 11/25/06
            S/F LB   REF#
 80 12/05/06 6031 HAZARD INS  DISBURSED  12/06 290627.84       110.58    1066.00-      .00       .00   1066.00-    .00
   PAYEE 31S9175 #0006214352 DUE 12/14/06
            S/F SC   REF# 0006214352
 81 12/18/06 1499 Late Charge            12/06 290627.84       110.58      98.96       .00       .00       .00      .00        98.96 01
            S/F     REF#
 82 1/16/07 1499 Late Charge             12/06 290627.84       110.58      98.96       .00       .00       .00      .00        98.96 01
            S/F     REF#
 83 1/18/07 0283 PAYMENT                  1/07 290368.25       527.62    2396.18    259.59   1719.55    417.04      .00       121.10 11
 Days since last Paymt on: 11/25/2006     53    Eff Dt: 01/17/2007       Batch: MS118X2     IPT Dt: 12/01/06
            S/F CK   REF#
 84 1/18/07 1325 PMT-MISC SUSP            1/07 290368.25       527.62       3.82       .00       .00       .00     3.82 PP
 Effective date: 1/17/07
```

```
                                     * For Internal USE ONLY, NOT a Transaction History *
TRN497CR-02                                          HOMECOMINGS FINANCIAL                              5/21/07 14:19:39
MPRICE                                              DETAIL TRANSACTION HISTORY                          JOB DT:  5/01/07
                                                                                                        PAGE:        5
 ---TRANSACTION----                NEXT  -AFTER TRANS.BALANCES-    TOTAL      -------------APPLIED----------------  MISC.PMTS
NBR    DATE   CODE  -----DESCRIPTION------  DUE    PRINCIPAL   ESCROW      AMOUNT    PRINCIPAL INTEREST    ESCROW SUSPENSE/CD &SRV.FEES
LOAN#       4090              CONTINUED
         S/F CK   REF#
 85  1/31/07 2664 NON CASH FEE ADJ          1/07    290368.25    527.62      98.96-        .00        .00       .00       .00       98.96-01
   Effective date:  1/29/07
         S/F CK   REF#
 86  1/31/07 0280 PAYMENT                   2/07    290107.12    944.66     2396.18     261.13    1718.01    417.04       .00      120.99 11
 Days since last Paymt on: 01/17/2007        12    Eff Dt: 01/29/2007     Batch: JW0131X3    IPT Dt:  1/01/07
         S/F CK   REF#
 87  1/31/07 11   PRINCIPAL PAYMENT         2/07    290003.30    944.66      103.82     103.82        .00       .00       .00
   Effective date:  1/29/07
         S/F CK   REF#
 88  1/31/07 2625 MISC ADJ                  2/07    290003.30    944.66        3.82-       .00        .00       .00     3.82-PP
         S/F CK   REF#
 89  1/31/07 1401 Late Charge               2/07    290003.30    944.66        3.82        .00        .00       .00       .00        3.82 01
         S/F D    REF#
 90  2/06/07 1940 COUNTY TAX     ADVANCE    2/07    290003.30   1282.18      337.52        .00        .00    337.52       .00
         S/F SC   REF#
 91  2/06/07 6040 COUNTY TAX     DISBURSED  2/07    290003.30       .00     1282.18-       .00        .00   1282.18-      .00
   PAYEE 4040726 #0006353076 DUE 5/25/06
         S/F SC   REF# 0006353076
 92  2/16/07 1499 Late Charge               2/07    290003.30       .00       98.96        .00        .00       .00       .00       98.96 01
         S/F      REF#
 93  3/16/07 1499 Late Charge               2/07    290003.30       .00       98.96        .00        .00       .00       .00       98.96 01
         S/F      REF#
 94  3/26/07 0283 PAYMENT                   3/07    289740.01    417.04     2396.18     263.29    1715.85    417.04       .00      120.84 11
 Days since last Paymt on: 01/29/2007        53    Eff Dt: 03/23/2007     Batch: 0326LB51    IPT Dt:  2/01/07
         S/F LB   REF#
 95  3/26/07 1919 RECOVER ESCROW ADVANCE    3/07    289740.01     79.52      337.52-       .00        .00    337.52-      .00
   Effective date:  3/23/07
         S/F LB   REF#
 96  3/26/07 1325 PMT-MISC SUSP             3/07    289740.01     79.52        3.82        .00        .00       .00     3.82 PP
   Effective date:  3/23/07
         S/F LB   REF#
 97  4/16/07 1499 Late Charge               3/07    289740.01     79.52       98.96        .00        .00       .00       .00       98.96 01
         S/F      REF#
 98  4/30/07 0283 PAYMENT                   4/07    289475.17    496.56     2396.18     264.84    1714.30    417.04       .00      120.73 11
 Days since last Paymt on: 03/23/2007        35    Eff Dt: 04/27/2007     Batch: 0430LB51    IPT Dt:  3/01/07
         S/F LB   REF#
 99  4/30/07 1325 PMT-MISC SUSP             4/07    289475.17    496.56        7.64        .00        .00       .00     7.64 PP
   Effective date:  4/27/07
         S/F LB   REF#
100  4/30/07 2625 MISC ADJ                  4/07    289475.17    496.56        3.82-       .00        .00       .00     3.82-PP
   Effective date:  4/27/07
         S/F LB   REF#
         * * * * TOTALS * * * *                                                          289475.17-31114.02
```

```
2007 HISTORY STATEMENT OF MORTGAGE ACCOUNT
HOMECOMINGS FINANCIAL, LLC
PO BOX 205
WATERLOO, IA 50704-0205




MICHAEL A KARMAZYN
5153 S UKRAINE ST
AURORA               CO 80015-6561

                                                   LOAN TYPE 1-8  CONVENTIONAL
                                                   ACCOUNT NUM        4090


                    2007 DETAIL BY TRANSACTION
TRANSACTION   TRANSACTION LAST  POST  PRINCIPAL INTEREST  ESCROW  CR LIFE/ LT CHRG/ PRINCIPAL BAL ESCROW BAL  UNAPP FUNDS
DESCRIPTION   AMOUNT      PAID  DATE  PAID      PAID      PAID    DISAB    FEES     AFTER TRAN    AFTER TRAN  AFTER TRAN
PAYMENT        2396.18   12/06 01/18    259.59  1719.55   417.04                    290,368.25      527.62
MISC RECEIPT      3.82   12/06 01/18                                                290,368.25      527.62        3.82
PAYMENT        2396.18   01/07 01/31    261.13  1718.01   417.04                    290,107.12      944.66        3.82
ADDL PRIN       103.82   01/07 01/31    103.82                                      290,003.30      944.66        3.82
ADJUSTMENT               01/07 01/31                                                290,003.30      944.66        3.82
MISC RECEIPT      3.82   01/07 01/31                                         3.82   290,003.30      944.66
TAX DISB                 01/07 02/06                     -1282.18                   290,003.30     -337.52
PAYMENT        2396.18   02/07 03/26    263.29  1715.85   417.04                    289,740.01       79.52
MISC RECEIPT      3.82   02/07 03/26                                                289,740.01       79.52        3.82
PAYMENT        2396.18   03/07 04/30    264.84  1714.30   417.04                    289,475.17      496.56        3.82
MISC RECEIPT      7.64   03/07 04/30                                                289,475.17      496.56       11.46
ADJUSTMENT               03/07 04/30                                                289,475.17      496.56       11.46
TAX DISB                 03/07 05/18                     -1282.15                   289,475.17     -785.59        7.64
PAYMENT        2396.18   04/07 06/04    266.41  1712.73   417.04                    289,208.76     -368.55        7.64
PAYMENT        2403.82   05/07 06/04    267.99  1711.15   432.32                    288,940.77       63.77
FEE BILLED       11.25   05/07 06/06                                        11.25   288,940.77       63.77
PAYMENT        2396.18   06/07 07/12    269.57  1709.57   417.04                    288,671.20      480.81
MISC RECEIPT      3.82   06/07 07/12                                                288,671.20      480.81        3.82
PAYMENT        2500.00   07/07 07/30    271.17  1707.97   417.04            107.64  288,400.03      897.85
PAYMENT        2400.00   08/07 08/29    272.77  1706.37   303.33            117.53  288,127.26    1,201.18
PAYMENT        2300.00   09/07 10/01    274.39  1704.75   303.33             17.53  287,852.87    1,504.51
MISC RECEIPT   2400.00   09/07 11/07                                                287,852.87    1,504.51    2,400.00
PAYMENT         480.28   10/07 11/16    154.19  2422.76   303.33                    287,698.68    1,807.84
MISC RECEIPT     19.72   10/07 11/16                                                287,698.68    1,807.84       19.72
FEE BILLED       12.50   10/07 11/16                                        12.50   287,698.68    1,807.84       19.72
FEE PAID         12.50   10/07 11/16                                        12.50   287,698.68    1,807.84       19.72
ESC DISB                 10/07 11/27                     -1159.00                   287,698.68      648.84       19.72
PAYMENT        2880.28   11/07 11/30    155.49  2421.46   303.33             19.72  287,543.19      952.17
PAYMENT        2880.28   12/07 12/31    156.79  2420.16   303.33                    287,386.40    1,255.50
```

```
SUMMARY TOTALS

PRINCIPAL  BALANCE START OF PERIOD      290,627.84         P & I PAYMENT       2,576.95
PRINCIPAL  PAID DURING PERIOD             3,241.44         ESCROW PAYMENT        303.33
PRINCIPAL  BALANCE END OF PERIOD        287,386.40

ESCROW     BALANCE START OF PERIOD          110.58         TOTAL PAYMENT       2,880.28
ESCROW     PAID DURING PERIOD             4,868.25         ACCUM LATE CHRG       649.86
ESCROW     DISBURSEMENTS                 -3,723.33
ESCROW     BALANCE END OF PERIOD          1,255.50

REFUND     OF OVERPAID INTEREST               0.00
INTEREST   REPORTABLE  DURING PERIOD      24384.63
PROPERTY   TAXES PAID DURING PERIOD       2,564.33
POINTS PAID                                   0.00

Entity062Org00000
```