**Exhibit Q**



**ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975**

14-11-39879

IN THE CIRCUIT COURT OF _____Cook_____ COUNTY, ILLINOIS
**CHANCERY DIVISION**

**GMAC MORTGAGE, LLC**

CASE NO. 12 CH 05887

VS.
1464 S. MICHIGAN AVENUE UNIT #1705
CHICAGO, IL 60605

**GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION; LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND NONRECORD CLAIMANTS**

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

Kenneth Sydnor, Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS:            SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED:     Kenneth C. Thomas

( ) Served  (x) Non-Served   the within named defendant on 02/24/2012 @ 3:30 PM

ADDRESS WHERE ATTEMPTED OR SERVED      **1464 S. Michigan Avenue Unit #1705**
                                        **Chicago, IL 60605**

(x)     NON-SERVICE for reason that after diligent investigation found.

non-service;Multi-unit condo in hi-rise;
Utilities on;
Garage attached;
good condition;spoke to Mr.Moore doorman who stated that defendant does not live in unit # 1705,there is a Ms.Duiven who owns and lives in unit.He stated that he does not own unit or live at address.

State of Illinois

County of Cook

Kenneth Sydnor , 129.330989

This instrument was acknowledged before me on 3/8/12 (date)
by ____Kenneth Sydnor____ (name/s of person/s)

Signature of Notary Public

OFFICIAL SEAL
JESSICA SYDNOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 07, 2015



**ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975**

14-11-39879

IN THE CIRCUIT COURT OF Cook                    COUNTY, ILLINOIS
CHANCERY DIVISION

GMAC MORTGAGE, LLC

CASE NO. 12 CH 05887

VS.

1464 S. MICHIGAN AVENUE UNIT #1705
CHICAGO, IL 60605

GERALD D. CHAMBERS; KENNETH C. THOMAS; 1464 SOUTH MICHIGAN CONDOMINIUM ASSOCIATION; LV HOLDINGS LLC; CAPITAL ONE BANK (USA), N.A. F/K/A CAPITAL ONE BANK; UNKNOWN OWNERS AND NONRECORD CLAIMANTS

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Kenneth Sydnor. Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS:            SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED:     KENNETH C. THOMAS

( ) Served  (x) Non-Served  the within named defendant on 03/06/2012 @ 7:50 PM

ADDRESS WHERE ATTEMPTED OR SERVED        821 S WESTERN AVE APT 2
                                         CHICAGO, IL 60612

(x)   NON-SERVICE for reason that after diligent investigation found.

non-service:
Condo;
4 units or more;
no garage;
fair condition;
3 Story;
Utilities on; spoke to tenant occupying unit 2 John Westin who stated defendamt does not lived in unit, or at address.

State of Illinois
County of Cook

Kenneth Sydnor, 129.330989

This instrument was acknowledged before me on 3/11/12 (date)
by _Kenneth Sydnor_ (name/s of person/s)

Signature of Notary Public

OFFICIAL SEAL
JESSICA SYDNOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB. 07, 2015