**Exhibit R**

# CERTIFICATE OF PUBLICATION

Case No. 12 CH 5887

GMAC Mortgage v Chambers

## LAW BULLETIN PUBLISHING CO.

does hereby certify that it is the publisher of

## CHICAGO DAILY LAW BULLETIN

that said **CHICAGO DAILY LAW BULLETIN** is a secular newspaper that has been published **DAILY** in the City of Chicago, County of Cook, State of Illinois, continuously for more than one year prior to the first date of publication of the notice, appended, that it is of general circulation throughout said County and State, that it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended, Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in the said **CHICAGO DAILY LAW BULLETIN** on Mar 23, 30; Apr 6, 2012

In witness thereof, the undersigned has caused this certificate to be signed and its corporate seal affixed at Chicago, Illinois.

APRIL 6, 2012

LAW BULLETIN PUBLISHING CO.

By. /s/ Alberta Mosley

I 4 2 2 7 7 7

---

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION
GMAC Mortgage, LLC
PLAINTIFF
Vs.
Gerald D. Chambers; Kenneth C. Thomas; 1464 South Michigan Condominium Association; LV Holdings LLC; Capital One Bank (USA), N.A. f/k/a Capital One Bank; Unknown Owners and Nonrecord Claimants
DEFENDANTS
12 CH 005887
1464 S. Michigan Avenue Unit #1705
Chicago, IL 60605
NOTICE BY PUBLICATION
NOTICE IS GIVEN TO YOU:
Gerald D. Chambers
Kenneth C. Thomas
Unknown Owners and Nonrecord Claimants
That this case has been commenced in this Court against you and other defendants, praying for the foreclosure of a certain Mortgage conveying the premises described as follows, to-wit:
UNIT 1705 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN 1464 SOUTH MICHIGAN AVENUE CONDOMINIUM, AS DELINEATED AND DEFINED IN THE DECLARATION RECORDED AS DOCUMENT NUMBER 0803903091 IN THE NORTHWEST FRACTIONAL 1/4 OF SECTION 22, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
COMMONLY KNOWN AS: 1464 S. Michigan Avenue Unit #1705 Chicago, IL 60605
and which said Mortgage was made by:
Gerald D. Chambers
Kenneth C. Thomas
the Mortgagor(s), to United Home Loans, Inc., as Mortgagee, and recorded in the Office of the Recorder of Deeds of Cook County, Illinois, as Document No. 0809240021; and for other relief; that summons was duly issued out of said Court against you as provided by law and that the said suit is now pending.
NOW, THEREFORE, UNLESS YOU file your answer or otherwise file your appearance in this case in the Office of the Clerk of this Court,
Dorothy Brown
Richard J. Daley Center
50 West Washington Street
8th Floor
Chicago, IL 60602
on or before APRIL 23, 2012, A DEFAULT MAY BE ENTERED AGAINST YOU AT ANY TIME AFTER THAT DAY AND A JUDGMENT MAY BE ENTERED IN ACCORDANCE WITH THE PRAYER OF SAID COMPLAINT.
CODILIS & ASSOCIATES, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
DuPage # 15170
Winnebago # 531
Our File No. 14-11-39879
NOTE: This law firm is deemed to be a debt collector.
I422777
Mar 23, 30; Apr 6, 2012