MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS ON RESCAP BORROWER
CLAIMS TRUST'S SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY BORROWER CLAIMS) SOLELY AS IT RELATES
TO THE CLAIMS FILED BY (I) OTIS L. COLLIER (CLAIM NO. 5066)
AND (II) MAURICE SHARPE (CLAIM NO. 2079)**

**PLEASE TAKE NOTICE** that the hearing on the *ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)* [Docket No. 7188] (the "Sixty-Ninth Omnibus Claims Objection"), solely as it relates to the claim filed by Otis L. Collier (Claim No. 5066), previously scheduled to be heard on January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) (the "January 14 Hearing"), has been adjourned to **February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "February 25 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sixty-Ninth Omnibus Claims Objection, solely as it relates to the claim filed by Maurice Sharpe (Claim No. 2079), previously scheduled to be heard at the January 14 Hearing, has been adjourned to **March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "March 12 Hearing", and together with

ny-1171976

the February 25 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: January 9, 2015<br>New York, New York | /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to The ResCap Borrower Claims Trust* |

ny-1171976