DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:    (860) 275-0100
Facsimile:    (860) 275-0343

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)

*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC**, *et al.*, | **Case No. : 12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

James J. Tancredi, being of full age, hereby certifies as follows:

1. I am a partner with the firm of Day Pitney LLP with an office at 7 Times Square, Times Square Tower, New York, New York.

2. On January 9, 2015, I electronically filed the following document with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served:

> i) Connecticut Housing Finance Authority's Response and Request for Relief regarding ResCap Liquidating Trusts' Objections to Administrative Claim Nos. 5853 and 5856 ("CHFA's Response").

3.  In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 9078-1 of the New York Local Rules of Bankruptcy Procedure for the Southern District, this is to certify that on this date, copies of CHFA's Response were additionally transmitted to the parties and in the manners set forth below:

## SERVICE LIST

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn:   Linda A. Riffkin
        Brian S. Masumoto

The Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**ELECTRONIC SERVICE**

nrosenbaum@mofo.com;
jwishnew@mofo.com;  jnewton@mofo.com
jbrodsky@qtadvisors.com

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

*/s/ James J. Tancredi*
JAMES J. TANCREDI

Dated: January 9, 2015

90342570.1