**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

---

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A. (collectively, "WFBNA"), as creditor in the above referenced case, hereby substitutes Baker & McKenzie LLP for Winston & Strawn LLP as counsel to WFBNA.

PLEASE TAKE FURTHER NOTICE that Baker & McKenzie LLP requests, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each a "Bankruptcy Rule"), that all notices given or required to be given in these cases, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017, 4004, 4007, or 9007, the Bankruptcy Code, and other applicable statutes and rules, whether conveyed by mail, delivery, telephone, email, or otherwise. All such notices should be addressed as follows:

James Donnell
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Tel: 212-626-4100
Facsimile: 212-310-1600

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 12, 2015 | WINSTON & STRAWN LLP |
|  | By:  */s/ Christopher C. Costello*<br>Christopher C. Costello<br>200 Park Avenue<br>New York, NY 10166<br>Tel: 212-294-6700<br>Facsimile: 212-294-4700<br>Email: ccostello@winston.com |
|  | -and- |
|  | Nathan P. Lebioda<br>100 North Tryon Street<br>Charlotte, NC 28202-1078<br>Tel: 704-350-7700<br>Facsimile: 704-350-7800<br>Email: nlebioda@winston.com |
| Dated: January 12, 2015 | BAKER & MCKENZIE LLP |
|  | By:  */s/ James Donnell*<br>James Donnell<br>452 Fifth Avenue<br>New York, New York 10018<br>Tel: 212-626-4100<br>Facsimile: 212-310-1600<br>Email: james.donnell@bakermckenzie.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2015, a true and correct copy of the foregoing Notice of Substitution of Counsel and Request for Notices was caused to be served upon the persons who have electronically entered a notice of appearance and are served through the Court's CM/ECF System, and to the persons listed below and in the manner indicated:

VIA FIRST CLASS MAIL

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Attn:  Larren M. Nashelsky<br>       Gary S. Lee<br>       Lorenzo Marinuzzi<br>       Samantha Martin | Office of the United States Trustee for the<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Brian S. Masumoto |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Kenneth H. Eckstein<br>     Thomas Moers Mayer<br>     Douglas H. Mannal | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Ray C. Schrock<br>      Stephen E. Hessler<br>      Craig A. Bruens |

Dated:  January 12, 2015           */s/ Christopher C. Costello*