**Exhibit B**

# ResCap         MORRISON | FOERSTER

*JUL 18 2013*

To _____
By _____

## Claim Information

| **Claim Number** | 4222 |
|---|---|
| **Basis of Claim** <br><br> Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | The Basis of Claim and Amount thereof Are the Same as Asserted in my Lawsuit Against the Debtors. Lawsuit is for the following Violation of Truth & Lending Covenant to Bargain In Good Faith Bank Fraud Challenging the Right to Service. <br><br> Federal Lawsuit U.S. District Court District of Connecticut Civil Action No. 12-CV-01087 <br><br> The Suit Is Asking For $30,616 For Violation of Truth & Lending Release of Lien on the property + Note Termination And $231,120.00 + Cost of Suit + Interest + Court Descretion <br><br> A copy of the Lawsuit Has Already Been Sent. |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: | ████ 8843 |
|---|---|
| Address of property related to the above loan number: | 75 Farnham Rd. |
| City: South Windsor | State: Ct. | ZIP Code: 06074 |

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220    Bloomington, MN 55438

Claim Number: 4222
Todd Silber vs GMAC Mortgage LLC
Type: POC



**Flat Rate Envelope**

Apply Priority Mail Postage Here

1ber
Farnham Rd
South Windsor Ct 06074



U.S. POSTAGE PAID
EAST WINDSOR HI.C
06028
JUL 15, '13
AMOUNT
$5.60
00095846-03

1006    55438

Residential Capital LLC
P.O. BOX 385220
Bloomington MN 55438



USPS TRACKING NUMBER
9505 5109 5846 3196 4260 57

EP14H JAN 2011  Outer Dimension: 10 x 5