**<u>Exhibit F</u>**

After recording please return to:
HUNT LEIBERT JACOBSON PC
50 Weston Street
Hartford CT 06120

VOL 2158 PAGE 0347

8843

6076

## ASSIGNMENT OF MORTGAGE

POOL NUMBER_____

KNOW YE THAT **Mortgage Electronic Registration Systems, Inc. as Nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage**, ("Assignor"), having an office and place of business at 3300 SW 34th Avenue, Suite 101, Ocala, FL 34474 for the consideration of One Dollar and other valuable considerations, does hereby assign to **GMAC Mortgage, LLC** ("Assignee"), a lending institution, having an address of 1100 Virginia Dr Fort Washington Pa 19034, its successors, and assigns forever, all the right, title, interest, claim, and demand whatsoever as the said Assignor has or ought to have in or to a certain mortgage from Todd Silber to Mortgage Electronic Registration Systems, Inc. as Nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage dated November 20, 2008 and recorded on November 25, 2008 in Volume 2010 at Page 259 of the South Windsor Land Records, in or to the property described in said mortgage deed situated in the Town of South Windsor, County of Hartford and State of Connecticut, without warranty or representation by, or recourse to, said Assignor.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Assignee, its successors and assigns forever, so that neither the Assignor nor its successors, nor any other person under it or them shall hereafter have any claim, right or title in or to the premises, or any part thereof; but therefrom it is and they are by these presents forever barred and secluded.

IN WITNESS WHEREOF, on the __7__ day of __December__, 2010, said corporation has caused this deed to be executed and delivered, and its corporate seal to be hereto affixed in its behalf by __Sandy Broughton__, who is duly authorized and empowered.

Signed, sealed and delivered
In the presence of:

_Aressa Moore_
_Jessica Yciter_

Mortgage Electronic Registration Systems, Inc. as Nominee for Norwich Commercial Group, Inc. d/b/a Norcom Mortgage
By _Sandy Broughton_
Its Vice President

STATE OF __PENNSYLVANIA__
                                    : ss.
COUNTY OF __MONTGOMERY__

On this __7__ day of __December__, 2010, before me personally came __Sandy Broughton__ to me known, who being by me duly sworn, did depose and say that he/she is a Vice President of MERS, INC, which executed the above instrument: that he/she knows the seal of said corporation: that the seal affixed to said instrument is such corporate seal, that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by means of electronic process by like order acknowledged.

Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Trina Wiltbank, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Sept. 10, 2013
Member, Pennsylvania Association of Notaries

PROPERTY:
73 Farnham Road
South Windsor, CT
Silber, Todd
01625-84448  jmk

RECEIVED FOR RECORD 12/21/2010
AT 3:40 pm
RECORDED IN SOUTH WINDSOR, CT
BY _Nina G James_
   TOWN CLERK
Assistant

*01625-84448$8*



Doc ID: 002049720001 Type: LAN
Book 2158 Page 347
File# 6076

Identifier [redacted] 8843 Doc Type:ASGNR