**<u>Exhibit G</u>**

VOL 2 4 0 2 PAGE 0 2 9 5

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Prepared By:
Sam Strandmo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

01393

Doc ID: 002282160001 Type: LAN
Book 2402 Page 295
File# 01393

## Assignment of Mortgage

Dated: **April 18, 2014**    Loan: **8843**

For value received **GMAC Mortgage, LLC, by Indecomm Global Services its attorney in fact**, In C/O Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, the undersigned hereby grants, assigns and transfers to **Ocwen Loan Servicing, LLC**, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, all beneficial interest under a certain Mortgage dated **November 20, 2008** executed by **TODD SILBER** and recorded in Book **2010** on Page(s) **259** as Document Number **XX** on **November 25, 2008** of the land records of the town of South Windsor Town in the state of Connecticut.

PROPERTY ADDRESS: **73 FARNHAM ROAD, SOUTH WINDSOR, CT 06074**

WITNESSES:    GMAC Mortgage, LLC, by Indecomm Global Services its attorney in fact

Witness 1: Marcy Koopman    By: _Tammy Jo Sorbo_
Witness 2: Va Thao    Tammy Jo Sorbo, Assistant Secretary

STATE OF Minnesota    )
COUNTY  Ramsey    ) SS    *U04652385*

On **April 18, 2014** before me, **Bao Cindy Fang**, Notary Public in and for said State personally appeared **Tammy Jo Sorbo**, Assistant Secretary of Indecomm Global Services as attorney in fact for GMAC Mortgage, LLC, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Bao Cindy Fang, Notary Public
My Commission expires: **January 31, 2017**

Received for Record 04/25/2014
At  3:05 pm
Recorded in South Windsor, CT
By _____
Assistant Town Clerk

BAO CINDY FANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017