**Exhibit I**

10

Loss Mitigation
233 Gilbralter Road Suite 600
Horsham PA. 19044

Todd Silber
Loan ████8843

<u>More</u> unemployment info, including original Award Letter. Plus Benefit History and Time frame.

CAll ME Please if you need Anything Else



8843

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF LABOR AND WORKFORCE DEVELOPMENT
DEPARTMENT OF WORKFORCE DEVELOPMENT
DIVISION OF UNEMPLOYMENT ASSISTANCE
Pittsfield UITCC
Pittsfield UITCC
160 North Street Ste 302
Pittsfield, MA 01201

DEVAL L. PATRICK
GOVERNOR

TIMOTHY P. MURRAY
LT. GOVERNOR

JOANNE F. GOLDSTEIN
SECRETARY

MICHAEL TAYLOR
DIRECTOR

JUDITH L. CICATIELLO
DIRECTOR

DATE: 2-10-10

RE: Unemployment Insurance Benefits Verification

Enclosed is a printout which displays information relative to your unemployment insurance benefits. This was mailed to you as the result of a recent telephone request that the information be provided to you. If you did not request this information, please contact the Office of Internal Control & Security immediately at (617)626-6680

Thank you.

*$25 is added to the Unemployment Rate each week in accordance with the Federal Stimulus Package. This $25 does not show on the attached printout but is represented by the asterisk to show that it was paid for the week.

```
UQS021                     BENEFIT DETERMINATION DETAIL              02-10-10 09:34

LO: 06-0    2236   001   SILBER       TODD    P    ST: MA  BYB: 10-18-09
MONETARY SEQ NBR: 001              BP USED: PRIMARY
WAGES BY EMPLOYER       LATEST    10-01-08 01-01-09 04-01-09 07-01-09
EMPLOYER            W A S SEP DATE 12-31-08 03-31-09 06-30-09 09-30-09
BALISE M 60-080510  S N N 07-27-09     0.00  3126.00 22174.89 10389.53
HOFFMAN  CT-000001  T     09-15-08 14341.00     0.00     0.00     0.00


    TOTAL ELIG WAGES:          14341.00  3126.00 22174.89 10389.53
    TOTAL OF ALL QUARTERS:     50031.42

    MONETARY STATUS:  ELIGIBLE              MONETARY TYPE: R

      AVG WEEKLY WAGE: 1405    BENEFIT CREDIT: 18011    BENEFIT RATE: 0629
      DEPENDENCY ALLOW: 0025   EARNINGS EXCL: 209.67    PAYMENT RATE: 0654
      POTENTIAL DURATION: 29 WEEKS   COMP TYPE: %       DETERM DATE: 11-05-09
                              WKLY PEN DED(S): 0000     START DATE:
                                                        CLOSE DATE: 00-00-00
                              REMAINING BAL:  8576.00 OP REST AMT:      .00
                  NEXT TRAN: _____ _____ *
I0544 FOR MORE RECORDS HIT XMIT
```

Identifier: 8843    Doc Type: WOUT

8843

```
UQS039                    SIGNING DATA SUMMARY SUPPLEMENT            02-10-10 09:35

LO: 06-0    -2236   001   SILBER      TODD    P    ST: MA   BYB: 10-18-09
```

| SN # | W/E DATE | SIGNING DATE | M | T | P | CD | P/E | LOST TIME | NET BEN | NET DA | P G | AJ CK | CHECK BEN | CHECK DA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 01-09-10 | 01-12-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 11 | 01-02-10 | 01-04-10 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 10 | 12-26-09 | 12-28-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 9 | 12-19-09 | 12-20-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 8 | 12-12-09 | 12-14-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 7 | 12-05-09 | 12-06-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 6 | 11-28-09 | 11-29-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 5 | 11-21-09 | 11-22-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 4 | 11-14-09 | 11-15-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 3 | 11-07-09 | 11-08-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | N | 629.00 | 25.00 |
| 2 | 10-31-09 | 11-01-09 | T | P | 00 | 00 | 0.00 | 0.00 | 629.00* | 25.00 | R | Y | 629.00 | 25.00 |
| 1 | 10-24-09 | 10-25-09 | T | S | 50 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | R | N | 0.00 | 0.00 |

```
            NEXT TRAN: _____   *
I0518 NO MORE RECORDS TO DISPLAY
```

████ 8843

```
UQS027                    SIGNING DATA SUMMARY                02-10-10 09:35

LO: 06-0 ████ 2236   001   SILBER     TODD    P    ST: MA   BYB: 10-18-09

MOST REC EMPLOYER: 60-080510 XC: N  ISS:        BYE: 10-16-10    CREDIT:18011
BALISE MOTOR SALES CO               APP PEND? N POP:             R-BAL:  8576
ST DTE: 03-04-09  CURR P/E EMPS     CURR DISQ    ADJ PROC:       BENRTE:  629
BALISE MOTOR SALES CO               APP PEND? N POP:             R-BAL:  8576
ST DTE: 03-04-09  CURR P/E EMPS     CURR DISQ    ADJ PROC:       BENRTE:  629
SEP DTE: 07-27-09   1:              FR: 00-00-00 MON CMPLT? Y    DA AMT:   25
RO W/E:             2:              TO: 00-00-00 BP USED: PRI    PENS:      0
             FILE CHOICE: E         CMMTS: - -   TAX WITH?  /    OFFSET:  999
RO REAS:  /STAT: PIN STAT: ACTIVE   FYI: 00-00-00 SPEC MON?      CHLD S:    0
PROF/PERM SEP  :N  HEALTH INS?      WORKSHARE? N    TEUC-A?      PAYRTE:  654
SERVICE LANG :Z    CURRENT PAY TYPE:    DD STATUS:

 SN              SIGNING   CODES              LOST   NET    NET  P AJ CHECK  CHECK
 # W/E DATE      DATE     M T P  CD   P/E     TIME   BEN    DA   G CK  BEN    DA

 16 02-06-10  02-07-10  W P 00  00   0.00    0.00  629.00* 25.00 R N 629.00  25.00
 15 01-30-10  02-01-10  T P 00  00   0.00    0.00  629.00* 25.00 R N 629.00  25.00
 14 01-23-10  01-24-10  T P 00  00   0.00    0.00  629.00* 25.00 R N 629.00  25.00
 13 01-16-10  01-17-10  T P 00  00   0.00    0.00  629.00* 25.00 R N 629.00  25.00

             NEXT TRAN: _____  *
I0544 FOR MORE RECORDS HIT XMIT
```