**Exhibit N**

**Connecticut Superior Courts**

CT Superior - Hartford

(Hartford)

# CV-10-6009500-S

## GMAC MORTGAGE, LLC Vs. SILBER, TODD

This case was retrieved from the court on Tuesday, December 16, 2014

### Header

| | |
|---:|:---|
| Case Number: | CV-10-6009500-S |
| Date Filed: | 03/31/2010 |
| Date Full Case Retrieved: | 12/16/2014 |
| Status: | Closed |
| Misc: | (60) (P00) Property - Foreclosure; Civil |

[Summary] [Associated Cases] [Participants] [Proceedings] [Calendar] [Pending Foreclosure] [Transfer History]

### Summary

| | |
|---:|:---|
| Judge: | HON A PECK; HON ANTONIO ROBAINA; HON JANE SCHOLL; HON JULIA AURIGEMMA; HON ROBERT VACCHELLI |
| Disposition Judge: | HON ROBERT VACCHELLI |
| Disposition: | JUDGMENT OF DISMISSAL |
| Disposition Date: | 11/05/2012 |
| Last Action Date: | 11/30/2012 |
| List Type: | No List Type |

*Back to Top*

### Associated Cases

No Information is Available for this case

*Back to Top*

### Participants

**Litigants**

1
Gmac Mortgage Llc
Plaintiff

**Attorneys**

Plaintiff
Hunt Leibert Jacobson PC
Bar Number : 101589
50 Weston Street
Hartford, CT 06120

Plaintiff
Andrew L Baldwin
Bar Number : 433889
100 Cambridge Street Suite 2200
Boston, MA 02114

5
Law Day: 12/03/2012
Plaintiff

50                                                                 Defendant

Todd Silber Defendant   12-12020-mg   Doc 7979-17   Filed 01/12/15   Entered 01/12/15 16:27:37   Exhibit N to Priore Declaration   Pg 3 of 5

Pro Se
73 Farnham RD.
South Windsor, CT 06074

[Back to Top]

## Proceedings

| Entry# | File Date | Filed By | Description | Result | Arguable |
|---|---|---|---|---|---|
|  | 03/31/2010 | P | Summons |  |  |
|  | 03/31/2010 | P | Complaint |  |  |
|  | 03/31/2010 | P | Return of Service |  |  |
|  | 05/04/2010 |  | Appearance |  |  |
|  | 11/30/2012 | P | Appearance |  |  |
| 101.00 | 03/31/2010 | P | Foreclosure Mediation Plaintiff's Compliance With Service (No Document) |  | No |
| 102.00 | 03/31/2010 | C | Foreclosure Mediation – Eligible Case (No Document) |  | No |
| 102.10 | 03/31/2010 | C | Foreclosure Mediation-Compliance With P.A.09-209 (No Document) See Form# Jd-Cv-109 |  | No |
| 103.00 | 05/04/2010 | D | Foreclosure Mediation Request/Certificate Jd-Cv-108 | Order 5/10/2010 BY THE CLERK | No |
| 103.86 | 05/10/2010 | C | ORDER Mediation scheduled | Order 5/10/2010 BY THE CLERK | No |
| 104.00 | 06/22/2010 | C | Foreclosure Mediation - Mediation Specialist's Request to Extend Mediation Period | Granted 7/2/2010 HON JULIA AURIGEMMA | No |
| 104.86 | 07/02/2010 | C | Order | Granted 7/2/2010 HON JULIA AURIGEMMA | No |
| 105.00 | 06/23/2010 | C | Foreclosure Mediator's Report |  | No |
| 106.00 | 07/29/2010 | P | Foreclosure Mediation - Motion For Modification of Mediation Periodjd-Cv-96 | Granted 7/28/2010 HON JULIA AURIGEMMA | No |
| 106.86 | 07/29/2010 | C | Order | Granted 7/28/2010 HON JULIA AURIGEMMA | No |
| 107.00 | 07/29/2010 | P | Motion For Continuance | Granted 7/28/2010 HON JULIA AURIGEMMA | No |
| 107.86 | 07/29/2010 | C | Order | Granted 7/28/2010 HON JULIA AURIGEMMA | No |
| 108.00 | 11/12/2010 | D | Motion For Continuance | Granted 11/12/2010 HON JULIA AURIGEMMA | No |
| 108.86 | 11/12/2010 | C | Order | Granted 11/12/2010 HON JULIA AURIGEMMA | No |
| 109.00 | 12/19/2010 | C | Foreclosure Mediation - Mediation Specialist's Request to Extend Mediation Period | Granted 12/28/2010 HON JULIA AURIGEMMA | No |
| 109.86 | 12/29/2010 | C | Order | Granted 12/28/2010 HON JULIA AURIGEMMA | No |
| 110.00 | 01/25/2011 | C | Foreclosure Mediation - Mediation Specialist's Request to Extend Mediation Period | Granted 2/4/2011 HON JULIA AURIGEMMA | No |
| 110.86 | 02/04/2011 | C | Order | Granted 2/4/2011 HON JULIA AURIGEMMA | No |
| 111.00 | 01/28/2011 | D | Foreclosure Mediation - Motion For Modification of Mediation Periodjd-Cv-96 | Granted 2/4/2011 HON JULIA AURIGEMMA | No |
| 111.86 | 02/04/2011 | C | Order | Granted 2/4/2011 HON JULIA AURIGEMMA | No |
| 112.00 | 02/28/2011 | D | Foreclosure Mediation - Motion For Modification of Mediation Periodjd-Cv-96 |  | No |
| 113.00 | 02/25/2011 | C | Foreclosure Mediation - Mediation Specialist's Request to Extend Mediation Period | Granted 3/1/2011 HON JULIA AURIGEMMA | No |
| 113.86 | 03/01/2011 | C | Order | Granted 3/1/2011 HON JULIA AURIGEMMA | No |
| 114.00 | 02/28/2011 | D | Foreclosure Mediation - Motion For Modification of Mediation Periodjd-Cv-96 |  | No |

| | | | | | |
|---|---|---|---|---|---|
| 115.00 | 03/23/2011 | P | Foreclosure Mediation - Objection Jd-Cv-95 | Sustained 3/28/2011 HON JULIA AURIGEMMA | No |
| 115.86 | 03/29/2011 | C | Order | Sustained 3/28/2011 HON JULIA AURIGEMMA | No |
| 116.00 | 03/22/2011 | D | Foreclosure Mediation - Motion For Modification of Mediation Periodjd-Cv-96 | Denied 3/28/2011 HON JULIA AURIGEMMA | No |
| 116.86 | 03/29/2011 | C | Order | Denied 3/28/2011 HON JULIA AURIGEMMA | No |
| 117.00 | 03/29/2011 | C | Foreclosure Mediator's Final Report - Mediation Period Terminated | | No |
| 118.00 | 04/06/2011 | D | Answer And Special Defense | | No |
| 119.00 | 04/21/2011 | P | Request to Extend Time to Respond to Interrogatories or Production Req P.B. 13-7(A)(2)/13-10(A)(2) | Granted 5/9/2011 HON JULIA AURIGEMMA | No |
| 119.86 | 05/09/2011 | C | Order | Granted 5/9/2011 HON JULIA AURIGEMMA | No |
| 120.00 | 04/25/2011 | D | Objection | Overruled 5/9/2011 HON JULIA AURIGEMMA | No |
| 120.86 | 05/09/2011 | C | Order | Overruled 5/9/2011 HON JULIA AURIGEMMA | No |
| 121.00 | 05/02/2011 | D | Answer And Special Defense | | No |
| 122.00 | 05/02/2011 | D | Answer And Special Defense And Counterclaim | | No |
| 123.00 | 05/17/2011 | P | Objection to Motion or Request For Discovery PB Ch13 | | No |
| 124.00 | 10/14/2011 | P | Motion For Summary Judgment | Granted 12/27/2011 HON ANTONIO ROBAINA | Yes |
| 124.10 | 12/27/2011 | C | Judgment in Part - General Case Remains Pending | Granted 12/27/2011 HON ANTONIO ROBAINA | No |
| 124.86 | 12/27/2011 | C | Order | Granted 12/27/2011 HON ANTONIO ROBAINA | No |
| 125.00 | 10/14/2011 | P | Memorandum in Support of Motion | | No |
| 126.00 | 10/21/2011 | D | Objection to Summary Judgment | | Yes |
| 126.10 | 10/21/2011 | D | Memorandum in Support of Motion | | No |
| 127.00 | 12/27/2011 | C | Memorandum of Decision | Order 12/27/2011 HON ANTONIO ROBAINA | No |
| 128.00 | 01/17/2012 | D | Motion to Reargue/Reconsider | Order 2/17/2012 HON ANTONIO ROBAINA | No |
| 128.86 | 02/17/2012 | C | Order | Order 2/17/2012 HON ANTONIO ROBAINA | No |
| 129.00 | 05/11/2012 | P | Affidavit Federal Loss Mitigation Programs (Jd-Cl-114) | | No |
| 130.00 | 05/30/2012 | P | Motion For Judgment-Strict Foreclosure | Granted 6/12/2012 HON ANTONIO ROBAINA | Yes |
| 130.86 | 06/12/2012 | C | Order | Granted 6/12/2012 HON JANE SCHOLL | No |
| 131.00 | 05/30/2012 | P | Appraisal | | No |
| 132.00 | 06/06/2012 | D | Objection | | No |
| 133.00 | 06/07/2012 | P | Foreclosure Worksheet Jd-Cv-77 | | No |
| 134.00 | 06/07/2012 | P | Affidavit of Compliance With Emap | | No |
| 135.00 | 06/07/2012 | P | Affidavit of Debt | | No |
| 136.00 | 06/07/2012 | P | Affidavit Re: Attorney/Counsel Fees | | No |
| 137.00 | 06/08/2012 | D | Petition to Participate in Mediation Process by Aggrieved Person Jd-Cv-96 | Granted 7/3/2012 HON ANTONIO ROBAINA | No |
| 137.86 | 07/03/2012 | C | Order | Granted 7/3/2012 HON ANTONIO ROBAINA | No |
| 138.00 | 06/12/2012 | C | Judgment of Strict Foreclosure | 6/12/2012 Hon Jane Scholl | No |
| 139.00 | 06/26/2012 | P | Motion to Open And Vacate Judgment | Granted 7/9/2012 HON A PECK | No |
| 139.86 | 07/09/2012 | C | Order | Granted 7/9/2012 HON A PECK | No |

| | | | | | |
|---|---|---|---|---|---|
| 140.00 | 07/09/2012 | C | Replace Record to Pleading Status (Keypoint 2) And Erase All Higher Keypoint Dates | Granted 7/9/2012 HON A FECK | No |
| 141.00 | 08/23/2012 | C | Foreclosure Mediation - Mediation Specialist's Request to Extend Mediation Period | Granted 8/28/2012 HON ANTONIO ROBAINA | No |
| 141.86 | 08/28/2012 | C | Order | Granted 8/28/2012 HON ANTONIO ROBAINA | No |
| 142.00 | 09/18/2012 | C | Foreclosure Mediator's Final Report - Mediation Period Terminated | | No |
| 143.00 | 11/05/2012 | C | Order | Order 11/5/2012 HON ROBERT VACCHELLI | No |
| 144.00 | 11/05/2012 | C | Judgment of Dismissal | Hon Robert Vacchelli | No |

[Back to Top](#)

## Calendar

No Information is Available for this case

[Back to Top](#)

## Pending Foreclosure

No Information is Available for this case

[Back to Top](#)

## Transfer History

No Information is Available for this case

[Back to Top](#)

---

Order documents from our nationwide document retrieval service.
- OR - Call 1.866.540.8818.

Copyright © 2014 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***