**Exhibit Q**

CLOSED,PROSE,STAYED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:12-cv-01087-JCH

| | |
|---|---|
| Silber v. GMAC Mortgage LLC | Date Filed: 07/26/2012 |
| Assigned to: Judge Janet C. Hall | Date Terminated: 06/05/2014 |
| Cause: 15:1601 Truth in Lending | Jury Demand: None |
| | Nature of Suit: 371 Truth in Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

Todd Silber                          represented by    Todd Silber
                                                       73 Farnham Rd.
                                                       South Windsor, CT 06074
                                                       860-922-4156
                                                       PRO SE

V.

**Defendant**

GMAC Mortgage LLC                    represented by    **Andrew L Baldwin**
                                                       Prince, Lobel & Tye LLP-MA
                                                       100 Cambridge St., Suite 2200
                                                       Boston, MA 02114
                                                       617-456-8182
                                                       Fax: 617-456-8100
                                                       Email: abaldwin@princelobel.com
                                                       *TERMINATED: 09/17/2013*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Anne Gagosz Farrell**
                                                       City of Meriden
                                                       Dept. of Law
                                                       City Hall 142 E. Main St.
                                                       Suite 240
                                                       Meriden, CT 06450
                                                       203-630-4045
                                                       Fax: 203-630-7907
                                                       Email: jfarrell@meridenct.gov
                                                       *TERMINATED: 02/14/2013*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marissa I. Delinks**

Hinshaw & Culbertson, LLP-MA
28 State Street 24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: mdelinks@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael F. Dowley**
Dowley & Associates
116 Washington St.
Middletown, CT 06457
347-9987
Email: dowleylaw@snet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Briansky**
McCarter & English, LLP-MA
265 Franklin Street
Boston, MA 02110
617-449-6568
Fax: 617-607-9312
Email: rbriansky@mccarter.com
*TERMINATED: 09/17/2013*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Valerie N. Doble**
Hinshaw & Culbertson, LLP-MA
28 State Street 24th Floor
Boston, MA 02109
617-213-7035
Fax: 617-213-7001
Email: vdoble@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2012 | 1 | NOTICE OF REMOVAL by GMAC Mortgage LLC from Hartford Superior Court, case number HHD-CV-12-5036301-S. Filing fee $ 350 receipt number 0205-2576418, filed by GMAC Mortgage LLC. (Attachments: # 1 Exhibit State Complaint)(Farrell, Jennifer) (Entered: 07/26/2012) |
| 07/26/2012 | 2 | NOTICE of Appearance by Jennifer Anne Gagosz Farrell on behalf of GMAC Mortgage LLC (Farrell, Jennifer) (Entered: 07/26/2012) |

| 07/26/2012 | 3 | NOTICE by GMAC Mortgage LLC re 1 Notice of Removal *to Superior Court* (Farrell, Jennifer) (Entered: 07/26/2012) |
|---|---|---|
| 07/26/2012 | 4 | NOTICE by GMAC Mortgage LLC re 1 Notice of Removal *Notice to Silber* (Farrell, Jennifer) (Entered: 07/26/2012) |
| 07/26/2012 | 5 | NOTICE by GMAC Mortgage LLC re 1 Notice of Removal *Notice of No Pending Motions* (Farrell, Jennifer) (Entered: 07/26/2012) |
| 07/26/2012 | 6 | EXHIBIT *Civil Cover Sheet* by GMAC Mortgage LLC re 1 Notice of Removal. (Farrell, Jennifer) (Entered: 07/26/2012) |
| 07/26/2012 |   | Judge Janet C. Hall added. (Malone, P.) (Entered: 07/27/2012) |
| 07/26/2012 | 7 | Order on Pretrial Deadlines: Motions to Dismiss due on 10/26/2012. Amended Pleadings due by 9/24/2012. Discovery due by 1/25/2013. Dispositive Motions due by 2/24/2013. Signed by Clerk on 7/26/2012. (Fazekas, J.) (Entered: 07/27/2012) |
| 07/26/2012 | 8 | STANDING PROTECTIVE ORDER. Signed by Judge Janet C. Hall on 7/26/2012. (Fazekas, J.) (Entered: 07/27/2012) |
| 07/26/2012 | 9 | ENTERED IN ERROR - ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet C. Hall on 7/26/2012. (Fazekas, J.) Modified on 8/6/2012 (Fazekas, J.). (Entered: 07/27/2012) |
| 07/27/2012 | 10 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 7 Order on Pretrial Deadlines, 2 Notice of Appearance filed by Jennifer Anne Gagosz Farrell on behalf of GMAC Mortgage LLC, 4 Notice of Filing to Silber filed by GMAC Mortgage LLC, 9 Electronic Filing Order, 3 Notice of Filing to Superior Court filed by GMAC Mortgage LLC, 5 Notice of No Pending Motions filed by GMAC Mortgage LLC, 6 Civil Cover Sheet filed by GMAC Mortgage LLC, 1 Notice of Removal filed by GMAC Mortgage LLC, 8 Standing Protective Order. Signed by Clerk on 7/27/2012. (Attachments: # 1 Removal Standing Order)(Fazekas, J.) (Entered: 07/27/2012) |
| 07/30/2012 |   | Set Deadlines/Hearings: Rule 26 Meeting Report due by 9/10/2012 (DeRubeis, B.) (Entered: 07/30/2012) |
| 08/01/2012 | 11 | MOTION for Extension of Time until 08/09/2012 *Assented to by Plaintiff (verbal)* Respond to Complaint by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 08/01/2012) |
| 08/02/2012 | 12 | ORDER granting 11 Motion for Extension of Time until 8/9/2012 to respond to complaint contained in 1 Notice of Removal. Signed by Clerk on 8/2/2012. (Lewis, D) (Entered: 08/02/2012) |
| 08/02/2012 |   | Answer deadline updated for GMAC Mortgage LLC to 8/9/2012. (Lewis, D) (Entered: 08/03/2012) |
| 08/07/2012 | 19 | OBJECTION re 1 Notice of Removal by Todd Silber. (Torrenti, R.) (Entered: 08/21/2012) |
|   |   |   |

| 08/09/2012 | 13 | NOTICE by GMAC Mortgage LLC *REGARDING REMOVAL* re 10 Notice to Counsel (Farrell, Jennifer) Modified on 8/9/2012 to add link (Kelsey, N.). (Entered: 08/09/2012) |
|---|---|---|
| 08/09/2012 | 14 | Corporate Disclosure Statement by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 08/09/2012) |
| 08/09/2012 | 15 | MOTION for Extension of Time until 5 days after Court rules on plaintiff's motion to remand to Answer Complaint 1 Notice of Removal by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 08/09/2012) |
| 08/15/2012 | 16 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 8/24/2012 03:15 PM in Chambers Room 417, 915 Lafayette Blvd., Bridgeport, CT before Judge Janet C. Hall re: 15 Motion for Extension of Time. Counsel are requested to participate in this conference, via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554. (DeRubeis, B.) (Entered: 08/15/2012) |
| 08/15/2012 | 17 | NOTICE TO COUNSEL: Counsel for defendant, GMAC Mortgage, is requested to coordinate the telephonic conference scheduled for 8/24/2012 with pro se plaintiff, Re 16 Calendar Entry. Once all parties are on the line, please telephone chambers at (203) 579-5554. SO ORDERED by Judge Janet C. Hall on 8/15/2012. (DeRubeis, B.) (Entered: 08/15/2012) |
| 08/20/2012 | 18 | NOTICE of Appearance by Michael F. Dowley on behalf of GMAC Mortgage LLC (Dowley, Michael) (Entered: 08/20/2012) |
| 08/24/2012 | 20 | Minute Entry. Proceedings held before Judge Janet C. Hall: Terminating as moot 15 Motion for Extension of Time based on Plaintiff's Oral Motion during the hearing withdrawing 19 Objection re 1 Notice of Removal, which this court construes as a Motion to Remand. The deadline for Plaintiff to file his Amended Complaint is set for 8/31/2012. The deadline for Defendant to file a Motion to Dismiss is set for 9/21/2012. Miscellaneous Hearing held on 8/24/2012. 10 minutes. (Court Reporter T. Fidanza.) (Kutner, J) (Entered: 08/24/2012) |
| 08/24/2012 |  | Set Deadlines/Hearings: Amended Pleadings due by 8/31/2012 (Lewis, D) (Entered: 09/07/2012) |
| 08/31/2012 | 21 | AMENDED COMPLAINT against GMAC Mortgage LLC, filed by Todd Silber.(Lewis, D) (Entered: 09/07/2012) |
| 09/10/2012 | 22 | MOTION for Extension of Time until court's discretion Rule 26(f) meeting report Set Deadlines/Hearings by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 09/10/2012) |
| 09/10/2012 | 23 | MOTION for Attorney(s) Richard E. Briansky to be Admitted Pro Hac Vice (paid $25 PHV fee; receipt number 0205-2621869) by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 09/10/2012) |
| 09/10/2012 | 24 |  |

| | | |
|---|---|---|
| | | MOTION for Attorney(s) Andrew L. Baldwin to be Admitted Pro Hac Vice (paid $25 PHV fee; receipt number 0205-2621875) by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 09/10/2012) |
| 09/11/2012 | 25 | ORDER granting 23 Motion to Appear Attorney Richard E. Briansky for GMAC Mortgage LLC added. Certificate of Good Standing due by 11/10/2012. Signed by Clerk on 9/11/2012. (Perez, J.) (Entered: 09/11/2012) |
| 09/11/2012 | 26 | ORDER granting 24 MOTION for Attorney(s) Andrew L. Baldwin to be Admitted Pro Hac Vice. Certificate of Good Standing due by 11/10/2012. Signed by Clerk on 9/11/2012. (Perez, J.) (Entered: 09/11/2012) |
| 09/12/2012 | 27 | NOTICE TO COUNSEL/PRO SE LITIGANTS: COUNSEL AND PRO SE LITIGANTS ARE HEREBY ADVISED THAT EFFECTIVE SEPTEMBER 19, 2012, ALL COURT PROCEEDINGS BEFORE JUDGE JANET C. HALL PREVIOUSLY SCHEDULED IN BRIDGEPORT CONNECTICUT, WILL BE HELD IN COURTROOM 1, 141 CHURCH STREET, NEW HAVEN, CONNECTICUT. PARTIES REQUESTED TO PARTICIPATE IN TELEPHONIC CONFERENCES ON OR AFTER SEPTEMBER 19, 2012, SHOULD TELEPHONE CHAMBERS AT (203) 773-2427. THIS IS THE ONLY NOTICE PARTIES WILL RECEIVE.. Signed by Clerk on 9/12/12. (Kelsey, N.) (Entered: 09/12/2012) |
| 09/17/2012 | 28 | CERTIFICATE OF GOOD STANDING re 23 MOTION for Attorney(s) Richard E. Briansky to be Admitted Pro Hac Vice (paid $25 PHV fee; receipt number 0205-2621869) by GMAC Mortgage LLC. (Briansky, Richard) (Entered: 09/17/2012) |
| 09/17/2012 | 29 | CERTIFICATE OF GOOD STANDING re 24 MOTION for Attorney(s) Andrew L. Baldwin to be Admitted Pro Hac Vice (paid $25 PHV fee; receipt number 0205-2621875) by GMAC Mortgage LLC. (Baldwin, Andrew) (Entered: 09/17/2012) |
| 09/17/2012 | 30 | CERTIFICATE OF SERVICE by GMAC Mortgage LLC re 29 Certificate of Good Standing (Baldwin, Andrew) (Entered: 09/17/2012) |
| 09/21/2012 | 31 | ANSWER to 21 Amended Complaint with Affirmative Defenses. *with Certificate of Service* by GMAC Mortgage LLC.(Baldwin, Andrew) (Entered: 09/21/2012) |
| 09/24/2012 | 32 | ANSWER to Complaint (Notice of Removal) by GMAC Mortgage LLC.(Pesta, J.) (Entered: 09/24/2012) |
| 10/02/2012 | 33 | ORDER denying 22 MOTION for Extension of Time until court's discretion Rule 26(f) meeting report Set Deadlines/Hearings. Motion denied. The 26f Report will be filed by 10/12/2012. SO ORDERED by Judge Janet C. Hall on 10/1/2012. (Lewis, D) (Entered: 10/02/2012) |
| 10/11/2012 | 34 | NOTICE OF BANKRUPTCY Upon the Record as to GMAC Mortgage, LLC by GMAC Mortgage LLC. (Pesta, J.) (Entered: 10/11/2012) |
| 10/15/2012 | 35 | REPORT of Rule 26(f) Planning Meeting. (Torrenti, R.) (Entered: 10/16/2012) |
| 10/23/2012 | 36 | |

| | | |
|---|---|---|
| | | SCHEDULING ORDER re 35 Report of Parties' Planning Meeting: Discovery due by 1/22/2013 Dispositive Motions due by 3/22/2013 Status Report due by 1/23/2013 Trial Brief due by 3/22/2013. Signed by Judge Janet C. Hall on 10/23/2012. (Lewis, D) (Entered: 10/25/2012) |
| 01/30/2013 | 37 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 2/13/2013 04:00 PM in Chambers Room 107, 141 Church St., New Haven, CT before Judge Janet C. Hall. Counsel/Pro Se Litigant are requested to participate in this conference, via telephone. Counsel for defendant shall coordinate this conference call with pro se litigant. Once all parties are on the line, please telephone chambers at (203) 773-2428. (DeRubeis, B.) (Entered: 01/30/2013) |
| 02/13/2013 | 38 | MOTION for Jennifer Anne Gagosz Farrell to Withdraw as Attorney by GMAC Mortgage LLC. (Farrell, Jennifer) (Entered: 02/13/2013) |
| 02/13/2013 | 39 | Minute Entry for proceedings held before Judge Janet C. Hall: Telephonic Status Conference held on 2/13/2013. The case remains stayed in light of the stay order issued in the related bankruptcy case. Counsel for defendants is directed to file a status report with this court three months from the date of this order relating to the status of that bankruptcy action. SO ORDERED by Judge Janet C. Hall. 20 minutes. (Court Reporter T. Fidanza.) (Kutner, J) (Entered: 02/13/2013) |
| 02/14/2013 | 40 | ORDER granting 38 Motion to Withdraw as Attorney. Attorney Jennifer Anne Gagosz Farrell terminated. SO ORDERED by Judge Janet C. Hall on 2/14/2013. (Lewis, D) (Entered: 02/14/2013) |
| 05/20/2013 | 41 | NOTICE TO COUNSEL/PRO SE LITIGANTS: Counsel and Pro Se Litigants are reminded that a Joint Status Report was due on 5/13/2013 pursuant to the courts Order entered on 2/13/2013(Doc. No. 39). Counsel must file a Joint Status Report within 14 days of this Notice. Failure to file by this deadline may result in sanctions against counsel for failure to comply with the courts Order. SO ORDERED ( Status Report due by 6/3/2013)<br>SO ORDERED by Judge Janet C. Hall on 5/20/2013.(Lewis, D) (Entered: 05/20/2013) |
| 06/05/2013 | 42 | STATUS REPORT by GMAC Mortgage LLC, Todd Silber. (Torrenti, R.) (Entered: 06/05/2013) |
| 06/10/2013 | 43 | ORDER re 42 Status Report filed by GMAC Mortgage LLC, Todd Silber. Parties are to file a status report by 10/15/2013 ( Status Report due by 10/15/2013)<br>SO ORDERED by Judge Janet C. Hall on 6/10/2013.(Lewis, D) (Entered: 06/10/2013) |
| 09/12/2013 | 44 | NOTICE of Appearance by Valerie N. Doble on behalf of GMAC Mortgage LLC (Doble, Valerie) (Entered: 09/12/2013) |
| 09/16/2013 | 45 | MOTION for Richard E. Briansky to Withdraw as Attorney by GMAC Mortgage LLC. (Briansky, Richard) (Entered: 09/16/2013) |
| | | |

| | | |
|---|---|---|
| 09/16/2013 | 46 | MOTION for Andrew L. Baldwin to Withdraw as Attorney by GMAC Mortgage LLC. (Baldwin, Andrew) (Entered: 09/16/2013) |
| 09/17/2013 | 47 | ORDER granting 45 Motion to Withdraw as Attorney; granting 46 Motion to Withdraw as Attorney. Attorney Andrew L Baldwin and Richard E. Briansky terminated. SO ORDERED by Judge Janet C. Hall on 9/17/2013. (Lewis, D) (Entered: 09/17/2013) |
| 10/15/2013 | 48 | NOTICE of Appearance by Marissa I. Delinks on behalf of GMAC Mortgage LLC *with Certificate of Service.* (Delinks, Marissa) (Entered: 10/15/2013) |
| 11/04/2013 | 49 | NOTICE TO COUNSEL/PRO SE LITIGANTS: Counsel and Pro Se Litigants are reminded that Joint Status Reports are due every 90 days unless a Motion for Summary Judgment has been filed or the case is set for trial. A Joint Status Report was last filed in this case on 6/5/2013. Counsel must file a Joint Status Report within 14 days of this Notice. Failure to file by this deadline may result in sanctions against counsel for failure to comply with the courts Order.<br>SO ORDERED by Judge Janet C. Hall on 11/4/2013.(Lewis, D) (Entered: 11/04/2013) |
| 11/04/2013 | | Set Deadlines/Hearings: Status Report due by 11/18/2013 (Lewis, D) (Entered: 11/04/2013) |
| 11/18/2013 | 50 | Joint STATUS REPORT by GMAC Mortgage LLC. (Doble, Valerie) (Entered: 11/18/2013) |
| 01/13/2014 | | Set Deadlines/Hearings: Status Report due by 2/18/2014 (Lewis, D) (Entered: 01/13/2014) |
| 02/18/2014 | 51 | Joint STATUS REPORT by GMAC Mortgage LLC. (Doble, Valerie) (Entered: 02/18/2014) |
| 05/16/2014 | 52 | ORDER re: Dismissal. Objections due by 6/6/2014<br>Signed by Judge Janet C. Hall on 5/16/14.(Pesta, J.) (Entered: 05/16/2014) |
| 06/03/2014 | 53 | OBJECTION re 52 Order filed by Todd Silber. (Malone, P.) Modified on 6/4/2014 (Lewis, D). (Entered: 06/03/2014) |
| 06/05/2014 | 54 | ORDER: This case is administratively closed in light of the defendant's bankruptcy. The case may be reopened at any time if a party needs it to be (e.g. because of activity in the state foreclosure actions) or if the stay is violated. Further, it will be reopened upon notice that the stay has been lifted, so long as the request is made no later than ninety (90) days after the stay is lifted. Counsel for the defendant is ordered to notify the court and the plaintiff when the stay is lifted.<br>SO ORDERED by Judge Janet C. Hall on 6/5/2014.(Lewis, D) (Entered: 06/05/2014) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 01/06/2015 16:05:41 |

| PACER Login: | mf1354:2923879:3945828 | Client Code: | 73214-0000001-13849 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:12-cv-01087-JCH |
| Billable Pages: | 5 | Cost: | 0.50 |