**Exhibit R**

**FORECLOSURE MEDIATOR'S**
**FINAL REPORT**
JD-CV-90 New 7-08

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

COURT USE ONLY
FMFINAL

## Mediator's Final Report

Name of Case: GMAC v Silber
Docket Number: 106009500
Return Date: 4-20-10
Judicial District: Htfd
Name of Mediator: Richard F Tynan
Date Final Mediation Held: 9/18/12

The following is a report of the Mediation Session:

☐ **Settled:**

☐ To be Withdrawn by _____ (Date)

☐ Stipulation for Judgment by _____ (Date)

FILED
SEP 18 2012
HARTFORD J.D.

☑ **Not Settled/Mediation Terminated:**

☑ Issues Resolved  TERMINATED by Mediator for failure to Attend Mediation, notify court, notify opposing side.

☐ Issues Not Resolved _____

☐ Referred _____

☐ Defendant declined Mediation Session

Richard F Tynan
Mediator's Signature

9/18/12
Date

Please return court file to the Clerk's Office.

[PRINT]    [RESET]

142