MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 14, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**:

**1.**    ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

   **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

   **b.**    Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

ny-1171221

| | |
|---|---|
| **c.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281] |
| **d.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334] |
| **e.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478] |
| **f.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606] |
| **g.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719] |
| **h.** | Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721] |
| **i.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792] |
| **j.** | Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903] |

**Response(s)**:   None.

**Status**:   The hearing on this matter has been adjourned to February 11, 2015.

2.   ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402] |
| **b.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. |

ny-1171221                                   2

Pg 3 of 7


|   |   |
|---|---|
|   | 2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554] |
| **c.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7677] |
| **d.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7753] |
| **e.** | Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7869] |
| **f.** | Notice of Adjournment of Hearings on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Otis L. Collier (Claim No. 5066) and (II) Maurice Sharpe (Claim No. 2079) [Docket No. 7969] |

**Response(s)**:

|   |   |
|---|---|
| **a.** | Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7335] |
|   | **(i)** Declaration in Support of Maurice Sharpe's Objection to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objections to Claims (Claim No. 2079) [Docket No. 7336] |
| **b.** | Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7351] |
| **c.** | Declaration of Otis L. Collier, Jr. [in Support of Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)] [Docket No. 7351] |
| **Status**: | The hearing on this matter, solely as it relates to the claim filed by Otis L. Collier (Claim No. 5066), has been adjourned to February 25, 2015.  The hearing on this matter, solely as it relates to the claim filed by Maurice Sharpe (Claim No. 2079), has been adjourned to March 12, 2015. |

ny-1171221                                                      3

**3.**  Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 7537]

**Related Document(s)**:

**a.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7661]

**b.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7746]

**c.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to February 23, 2015 at 10:00 a.m. [Docket No. 7956]

**d.**  Amended Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to February 25, 2015 at 10:00 a.m. [Docket No. 7968]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to February 25, 2015.

**II.**    **CLAIMS OBJECTION(S) GOING FORWARD**:

**1.**  ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

**a.**  Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Rhonda Gosselin (Claim No. 3862) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7801]

**Response(s)**:

**a.**  Response of Rhonda Gosselin to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7652]

**Reply**:

**a.**  ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No-Liability

    Borrower Claims) as to Claim No. 3862 Filed by Rhonda Gosselin [Docket No. 7842]

  **Status**:  The hearing on this matter, solely as it relates to the claim filed by Rhonda Gosselin (Claim No. 3862), will be going forward.

**2.** ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

  **Related Document(s)**:

  **a.** Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. [2452]) to February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7957]

  **b.** Notice of Omnibus Hearing Dates and Rescheduling of February 26, 2015 Hearing [Docket No. 7958]

  **Response(s)**:

  **a.** Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claims) [Docket No. 7817]

    **(i)** Exhibit A to Response of Elda M. and Maria M. Thompson to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 1083 (No Liability Borrower Claim) [Docket No. 7824]

  **b.** Memorandum Requesting Enlargement of Time and Opposing ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (Claim No. 2452, Leslie Watley) [Docket No. 7851]

  **c.** Opposition of Kenneth C. Thomas to ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claim 3728 (No Liability Borrower Claim) [Docket No. 7862]

  **d.** Objection by Kristin Karmazyn to the Seventy-Sixth Omnibus Objection to Claims re: Claim No. 2055 [Docket No. 7866]

  **Reply:**

  **a.** ResCap Borrower Claims Trust's Omnibus Reply in Support of its Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 1083, 2055 and 3728 [Docket No. 7967]

**Status**: The hearing on this matter, solely as it relates to the claim filed by Leslie Watley (Claim No. 2452), has been adjourned to February 25, 2015. The hearing on this matter as it relates to all other claimants will be going forward.

3. The ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) [Docket No. 7841]

   **Related Document(s)**:

   a. *Ex Parte* Request of Martha S. Panaszewicz for Extension of Time Within Which to Respond to The ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) [Docket No. 7928]

   b. Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) Solely as it Relates to the Claim Filed by Martha S. Panaszewicz (Claim No. 7466) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7951]

   **Response(s)**:

   a. Motion for Leave to Amend Proof of Claim No. 7413 filed by Conrad P. Burnett [Docket No. 7881]

   **Reply**:

   a. The ResCap Liquidating Trust's (I) Reply in Support of the ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) Solely in Respect of Claim No. 7413 and (II) Objection to Motion by Conrad P. Burnett, Jr. Seeking Leave to Amend Claim No. 7413 [Docket No. 7972]

   **Status**: The hearing on this matter, solely as it relates to the claim filed by Martha S. Panaszewicz (Claim No. 7466) has been adjourned to February 11, 2015. The hearing on this matter as it relates to all other claimants will be going forward.

4. The ResCap Borrower Claims Trust's Objection to Claim Number 2009 Filed by Teddy Halstead [Docket No. 7793]

   **Related Document(s)**: None.

   **Response(s)**: None.

   **Status**: The hearing on this matter will be going forward.

Dated: January 12, 2015  
New York, New York

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, New York 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust*