# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MISSOURI        )
                         ) ss.:
COUNTY OF ST. LOUIS      )

Nicole Hardnett, being duly sworn, deposes and says:

That I am not a party to this action and maintain an office at 40 Marcus Drive, Suite 200, Melville, New York 11747 and 12400 Olive Blvd. Suite 555, St. Louis, Missouri 63141.

On January 13, 2015 I served a true copy of the Notice of Appearance by regular mail, mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of Missouri, addressed to the last known address of the addressees as indicated below:

TO:

Residential Capital, LLC
Debtor
1177 Avenue of the Americas
New York, NY 10036

John Tarquino
Cheryl Tarquino
Mortgagor
6 William Road
N Branford, CT 06471

Jessica G. Berman
Attorney for Debtor
990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City , NY 11530

Donald H. Cram
Attorney For Debtor
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

Stefan W. Engelhardt
Attorney For Debtor
1290 Avenue of the Americas
New York, NY 10104

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No. 12-12020

In Re:

                                                               Chapter 11

RESIDENTIAL CAPITAL, LLC, AKA
RESIDENTIAL CAPITAL CORPORATION        **NOTICE OF APPEARANCE**

                Debtor.

------------------------------------------------------------------------X

**DEAR SIR OR MADAM:**

    **PLEASE TAKE NOTICE,** that the Secured Creditor, Caliber Home Loans, Inc. as servicing agent for U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, hereby appears in this action through the undersigned, retained as counsel for said Creditor, and demands the service of all papers in this action at the address stated below.

Dated: January 13, 2015
       Melville, New York

                                            Kozeny, McCubbin & Katz, LLP

                                            /s/ Jordan S Katz, Esq.
                                          By: Jordan S Katz, Esq.
                                          Attorneys for Movant
                                          40 Marcus Drive, Suite 200
                                          Melville, New York 11747
                                          (631) 454-8059

George M. Geeslin
Attorney For Debtor
Eight Piedmont Center
Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

Bonnie R. Golub
Attorney For Debtor
The Widener Bldg.
Suite 500
1399 Chestnut Street
Philadelphia, PA 19107

Todd M. Green
Attorney For Debtor
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Attorney For Debtor
250 W 55th Street
New York, NY 10019

Gary S. Lee
Attorney For Debtor
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marininuzzi
Attorney For Debtor
250 West 55th Street
New York, NY 10019

Larren M. Nashelsky
Attorney For Debtor
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Attorney For Debtor
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Attorney For Debtor
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Attorney For Debtor
250 West 55th Street
New York, NY 10019


Kayvan B. Sadeghi
Attorney For Debtor
250 West 55th Street
New York, NY 10019

John W Smith T
Attorney For Debtor
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Kenneth H. Eckstein
Attorney For Debtor
1177 Avenue of the Americas
New York, NY 10036

Robert J. Feinstein
Attorney For Debtor
780 Third Avenue
36th Floor
New York, NY 10017-2024

Ronald J. Friedman
Attorney For Debtor
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Douglas Mannal
Attorney For Debtor
1177 Avenue of the Americas
New York, NY 10036

Robert D. Nosek
Attroney For Debtor
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Steven S. Sparling
Attroney For Debtor
1177 Avenue of the Americas
New York, NY 10036

Stephen Zide
Attorney For Debtor
1177 Avenue of the Americas
New York, NY 10036

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
Room 1006
New York, NY 10014

*Nicole Hardnett*
Nicole Hardnett

Sworn to before me on
January 13, 2015

*Christina Buck*

CHRISTINA BUCK
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: June 18, 2016
Commission Number: 12356460