Hearing Date: March 5, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
Norman S. Rosenbaum
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900

and

MORRISON & FOERSTER LLP
Adam A. Lewis
425 Market Street
San Francisco, California 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-75220

*Counsel for the ResCap Borrower Claims Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF PRETRIAL CONFERENCE IN
RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO PROOF
OF CLAIM NO. 386 FILED BY BARRY AND CHERYL MACK**

sf-3495006

TO: Claimant Barry F. Mack for himself as Executor of the Estate of Cheryl Mack, and his attorneys of record.

PLEASE TAKE NOTICE that the Court has scheduled a telephonic pretrial conference in connection with the Borrower Claims Trust's Objection to Proof of Claim No. 386 Filed by Barry and Cheryl Mack for 10:00 a.m. Eastern Time on March 5, 2015. The ResCap Borrower Claims Trust will separately supply the Court and counsel with conference line information for the pretrial conference.

Dated: January 15, 2015

      /s/ Adam A. Lewis
ADAM A. LEWIS

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-75220

and

Norman S. Rosenbaum
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

1

sf-3495006