Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

RECEIVED
JAN - 6 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC, et. al.

    Debtors

) Case No. 12-12020 (MG)
)
) Chapter 11
) Jointly Administrated
)
) **CLAIMANT KAREN MICHELE ROZIER AFFIDAVIT OF**
) **NO MAIL SERVICE (CLAIMS NOS. 4738 AND 5632)**
) **AND REQUEST FOR EXTENSION OF TIME TO FILE**
) **MOTION FOR RECONSIDERATION**
)
) [Related to 7917]
)
)

**TO THE HONORABLE JUDGE OF THIS COURT, THE CLERK, AND ALL CONCERNED PARTIES:**

1. I am Karen Michele Rozier, the Claimant in this matter for the above referenced and recently wrongfully expunged claims. On December 24, 2014 at 5 P.M. I received an envelope addressed to "Karen Michelle Rozier". A true and correct copy of their Affidavit of Service is provided as Exhibit (A). Debtor acknowledges that the Order was for Karen Michele Rozier but sent it to Karen Michelle Rozier. The Debtor has previously served me using overnight mail, but this time he sent the mail to ensure it arrived Christmas Eve.

2. As I am not in the habit of opening other people's mail, I returned the envelope. A true and correct copy of the envelope is provided as Exhibit (B).

3. I have never used the name Karen Michelle Rozier. The key thing that alerted me to the fraud in this case back in January 2008 (long before the extent of the fraud was widespread knowledge) was the Debtors' use of false and forged documents including their notarized documents indicating that one "Karen Michelle Rozier" has a contract with Debtor(s) which bound me, Karen Michele Rozier. I, Karen Michele Rozier, repeatedly and adamantly deny that claim.

AFIDAVIT NO SERVICE - Page 1 of 2

4. As the Court is aware (as it claimed in its ruling that is was familiar with the facts of the case), two of the (many) issues in this litigation had to do with IDENTITY THEFT. I claimed that I have always been Karen Michele Rozier and never authorized any other spelling of my name. The Court has concluded that I don't matter and that Debtor is allowed to introduce documents notarized for Karen Michelle Rozier against me and my claims. A second point in this litigation was that Debtor tried to pull a fast one on the state of California when it failed to properly register Mortgage Electronic Registration Systems, Inc in the state. As a result, Debtor(s) issued paperwork and notes with both names -- Mortgage Electronic Registration Systems, Inc and Mortgage Electronic Registration System, Inc. These issues will be addressed in any appeal and any subsequent criminal proceedings.

5. One thing is certain, Michele and Michelle are two different names. Karen Michele Rozier is NOT Karen Michelle Rozier. One has to wonder why the Court is ignoring the clear identity theft. This is a material fact under dispute and I am entitled to a ruling on the issue.

6. ~~I have an electronic copy of the Order but I still desire and am legally entitled to a hard copy, addressed to me, Karen Michele Rozier aka Karen M. Rozier aka Karen Rozier fka Karen Michele Chapman. I did not consent to electronic service and as a pro se litigant, I am not required to agree to electronic service only.~~

7. ~~I have never, ever, spelled my middle name Michelle. Debtor was clearly emboldened by the Court allowing Debtor to commit its clear and obvious crimes of fraud, forgery, filing false documents and identity theft and used this opportunity to rub salt into an open wound.~~

8. I intend to file a Motion for Reconsideration of the Court's order. I also intend to file an Identity Theft report accusing the Debtor(s) and its agent of stealing my identity and creating the false identity "Karen Michelle Rozier" in order to deprive me, Karen Michele Rozier, of what I am owed. I respectfully request a 7-day extension in consideration for Debtors' failure to serve me, Karen Michele Rozier.

9. I have served all parties to be served in accordance with the Attachment (1) Proof of Service.

December 31, 2014        By

_/s/ Karen M. Rozier_
KAREN MICHELE ROZIER, MPA/MSIA/MBA/BSEE
Unrepresented Claimant

AFIDAVIT NO SERVICE - Page 2 of 2

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _ORANGE_

Subscribed and sworn to (or affirmed) before me on this _31st_ day of _December_, 20_14_,
by
(1) _KAREN MICHELE ROZIER_

(and (2)_____),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: BERNARDO ALCALA JR., Commission # 2055902, Notary Public - California, Orange County, My Comm. Expires Jan 25, 2018]

Seal
Place Notary Seal Above

——————— **OPTIONAL** ———————

_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: _AFFIDAVIT_     Document Date: _12/31/2014_
Number of Pages: _2_    Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
In re                                :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC,            :    Case No. 12-12020 (MG)
et al..,[1]                          :
:
:
          Debtor. :
------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on December 22, 2014, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **MEMORANDUM OPINION AND ORDER SUSTAINING THE RESCAP BORROWER CLAIMS TRUST'S OBJECTION TO THE CLAIMS FILED BY KAREN MICHELE ROZIER (Docket No. 7909)**

Dated: December 22, 2014

_____
Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)



{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 22 day of December, 2014, by, Richie R Lim proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# EXHIBIT A

Lauren.Delehey@rescapestate.com

Deanna.horst@rescapestate.com

Nicholas.kosinski@rescapestate.com

Rozier.karen@yahoo.com

## **EXHIBIT B**

Karen Michelle Rozier
7957 Dahlia Circle
Buena Park, CA 90620

Exhibit 2

Exhibit 2

LESCAP
LEGAL VISION CONSULTING GROUP
1801 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CA 90067

Karen Michelle Rozier
7957 Dahlia Circle
Buena Park, CA 90620

12-12020-mg    Doc 8001    Filed 01/06/15    Entered 01/16/15 17:17:12    Main Document
Pg 10 of 13

LEGAL VISION CONSULTING GROUP
1801 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CA 90067

Return to Sender No person by that name at this address
Kare Michele Rozier

Karen Michelle Rozier
7957 Dahlia Circle
Buena Park, CA 90620

Attachment 1

Attachment 1

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LLC

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is:

7957 Dahlia Circle, Buena Park, CA 90620.

On this date I served the following:

- **CLAIMANT KAREN MICHELE ROZIER AFFIDAVIT OF NO MAIL SERVICE (CLAIMS NOS. 4738 AND 5632) AND REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION**

On all interest parties in this action by regular electronic service as follows:

Lauren.Delehey@rescapestate.com
Deanna.horst@rescapestate.com
Nicholas.kosinski@rescapestate.com

Counsel to the Debtors
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com

Office of the United States Trustee
Brian.Masumoto@usdoj.gov
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov

Counsel to the Official Committee of
Unsecured Creditors
keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com

California Trustee
jamesjosephtrustee@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 31, 2014

David E. Rozier, Sr