# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 1/21/2015 |
| Case: 12−12020−mg | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty          Norman Scott Rosenbaum          nrosenbaum@mofo.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

5988792     Tia Smith          4011 Hubert Avenue          Los Angeles, California 90008

TOTAL: 1