**Exhibit A**

## RETAIL LENDING ALT A FIXED RATE PRODUCT

### FIXED RATE

#### NO INCOME/NO ASSET/NO EMPLOYMENT (NINANE)

| OCCUPANCY | PURCHASE AND RATE & TERM REFI | | | | EQUITY REFINANCE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LTV | CLTV | LOAN AMOUNT | CREDIT SCORE | LTV | CLTV | LOAN AMOUNT | MAX CASHOUT | CREDIT SCORE |
| Primary Residence 1-4 Units | 95%[1] | 100%[1] | $500,000 | 660[2] | 90% | 90% | $500,000 | $200,000 | 660[2] |
| | 80% | 100%[1] | $650,000 | 620[2] | 80% | 80% | $650,000 | $200,000 | 620 |
| | 70% | 100%[1] | $1,000,000 | 620[2] | 60% | 80% | $1,000,000 | $400,000 | 620 |
| | 60% | 100%[1] | $2,000,000 | 620[2] | 50% | 80% | $1,500,000 | $500,000 | 620 |
| Second Home 1 Unit | 90% | 90% | $500,000 | 660[2] | 90% | 90% | $500,000 | $150,000 | 700 |
| | 80% | 80% | $650,000 | 620 | 75% | 80% | $650,000 | $150,000 | 700 |
| | 70% | 80% | $1,000,000 | 620 | 60% | 80% | $1,000,000 | $300,000 | 700 |
| | 60% | 80% | $2,000,000 | 620 | 50% | 80% | $1,500,000 | $400,000 | 700 |
| Investment 1-4 Units | 90% | 90% | $500,000 | 700 | 80% | 80% | N/A | N/A | N/A |
| | 80% | 80% | $650,000 | 700 | 70% | 80% | N/A | N/A | N/A |
| | 60% | 80% | $1,000,000 | 700 | 60% | 80% | N/A | N/A | N/A |
| | 50% | 80% | $1,500,000 | 700 | 50% | 80% | N/A | N/A | N/A |

[1] **3-4 Units:** Max 90% LTV/CLTV
[2] Minimum 680 credit score required if CLTV > 80% and secondary financing is present

**Ratios:** Not calculated

**Payment Shock**
- Applies to primary residences
- New monthly payment may not exceed the current monthly payment by more than:
  - 1.5 times current housing payment if LTV/CLTV > 80%
  - 2 times current housing payment if LTV/CLTV is ≤ 80%
  - 1.5 times current housing payment for first time home buyers
- No Exceptions

**Non-Permanent Resident Aliens:** Maximum LTV/CLTV 80%

**Foreign Nationals:** Maximum LTV/CLTV 75%

**First Time Homebuyer**
- Primary Residence
- 1 unit
- Refer to #30 Credit for housing history requirements

**Non-occupant Co-borrowers:** Not permitted

**Assets**
- No assets stated on the application
- No verification of assets
- Permanent resident aliens and non-permanent resident aliens must provide letter from banking institution confirming customer relationship
- Refer to #31 Assets for Seller Contribution Information

**Salaried Borrowers**
- Income and employment are not stated on the application
- Income and employment are not verified
- Verbal VOE is not required
- 4506T is not required

**Non-salaried Borrowers**
- Self-employed and commission
- Income and employment are not stated on the application
- CPA certification and business license are not required.
- Verbal VOE is not required
- 4506T is not required

**Non-employment Income** (retirement, interest income, rental income)
- Income is not stated on the application
- No verification of income
- 4506T is not required