## **Exhibit C**

In order to preserve the confidentiality of Ms. Gosselin's credit report, Exhibit C is not included in the publicly filed version of this declaration.  Exhibit C has been attached to the declaration provided to the Court and to Ms. Gosselin's counsel.