## **Exhibit 3-D**

**Demand Letters**

03/04/08

Certified Number: 70073020000005631862
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE          TX 75052


RE:   Account Number       [REDACTED]
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 02/01/08 through 03/01/08.  Due to your
failure to make such payments, you also owe late charges
of $      65.61.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         2823.65.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                        (continued on back)

03/04/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property. As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If the property is sold at a foreclosure sale for an amount less
than the unpaid principal balance plus accrued and unpaid
interest thereon, late charges, trustee's fees, attorney's fees
and any sums due under the Note or Deed of Trust, you will be
liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any
information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy,
or have been discharged of personal liability for repayment of
this debt by order of the bankruptcy court, be advised that we
are exercising our rights against the property only, not against
you personally.

5031

04/16/08

Certified Number: 70073020000057l6913
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE          TX 75052


RE:   Account Number
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 03/01/08 through 04/01/08.  Due to your
failure to make such payments, you also owe late charges
of $   126.90.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $        2875.13.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                            (continued on back)

04/16/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property. As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If the property is sold at a foreclosure sale for an amount less
than the unpaid principal balance plus accrued and unpaid
interest thereon, late charges, trustee's fees, attorney's fees
and any sums due under the Note or Deed of Trust, you will be
liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any
information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy,
or have been discharged of personal liability for repayment of
this debt by order of the bankruptcy court, be advised that we
are exercising our rights against the property only, not against
you personally.

5031

05/13/08

Certified Number: 70080150000036869140
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE          TX 75052


RE: Account Number
    Property Address  4617 COVINGTON COURT

                      GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 04/01/08 through 05/01/08.  Due to your
failure to make such payments, you also owe late charges
of $   122.58.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $        2858.50.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                              (continued on back)

05/13/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

06/16/08

Certified Number: 7008015000036816420
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE           TX 75052


RE:   Account Number
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 05/01/08 through 06/01/08.  Due to your
failure to make such payments, you also owe late charges
of $   122.58.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         2882.12.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                        (continued on back)

06/16/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

07/15/08

Certified Number: 70081140000166060587
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE            TX 75052


RE:  Account Number
     Property Address  4617 COVINGTON COURT

                       GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 06/01/08 through 07/01/08.  Due to your
failure to make such payments, you also owe late charges
of $   122.58.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         2905.74.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

(continued on back)

07/15/08  
Account Number   
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-799-9250.

Collection Department  
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

08/14/08

Certified Number: 70070710000050206218
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE          TX 75052


RE:   Account Number
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 07/01/08 through 08/01/08.  Due to your
failure to make such payments, you also owe late charges
of $   122.58.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $         2978.28.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                            (continued on back)

08/14/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

09/24/08

Certified Number: 7007302000005643674
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE         TX 75052


RE:   Account Number      ▓▓▓▓▓▓▓▓
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear ABOSEDE EBOWEME


Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 08/01/08 through 09/01/08.  Due to your
failure to make such payments, you also owe late charges
of $    122.58.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $          3501.90.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                                              (continued on back)

09/24/08
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If the property is sold at a foreclosure sale for an amount less than the unpaid principal balance plus accrued and unpaid interest thereon, late charges, trustee's fees, attorney's fees and any sums due under the Note or Deed of Trust, you will be liable for the deficiency to the full extent allowed by law.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-799-9250.


Collection Department
Loan Servicing

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

For any individuals named herein who have filed for bankruptcy, or have been discharged of personal liability for repayment of this debt by order of the bankruptcy court, be advised that we are exercising our rights against the property only, not against you personally.

5031

03/07/11


ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE            TX 75052



RE:   Account Number      ▬▬▬▬▬▬
      Property Address  4617 COVINGTON COURT

                        GRAND PRAIRIE TX 75052

Dear Borrower(s):

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 09/01/08 through 03/01/11.  Due to your
failure to make such payments, you also owe late charges
of $  1553.84.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $        39346.75.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.


                                          (continued on back)

03/07/11
Account Number 
Page Two

Due to the non-receipt of your monthly mortgage payment, we may perform an inspection of the above-mentioned property. Inspections are performed to determine the condition and occupancy status of the property. As required by law, you are hereby notified that your credit rating may be adversely affected if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after acceleration if, prior to the scheduled foreclosure sale of the property, you pay all installments and late charges then due, and pay all reasonable costs and expenses, including, but not limited to attorney's fees.

You have the right to assert the non-existence of the default or any other defenses you may have to the acceleration of the debt and the sale of the property.

If you have any questions regarding this letter, the amount due, or the actions you must take to reinstate the loan, please contact a loan counselor at 800-850-4622.

Collection Department
Loan Servicing


Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only. It is not an attempt to hold you personally responsible for the debt and applies only to the lien on your property and not to you personally.


5029