**<u>Exhibit 3-H</u>**

**Updated Loan Modification Request**

08/11/2009   14:23   2149797301   OLSON NICOUD   PAGE   02/14

. . . . . . . . . . . . . . . .   PAGE   3/014   Fax Server

Fax Server   8/4/2009 8:08:48 AM   PAGE   2/014   Fax Server
TO: Jovana Gregory   COMPANY:

## FAX COVER SHEET   *(This page should be returned to us with your completed financial analysis form)*

To:   Loss Mitigation

From: *Abaiele Ebowens*   Account Number(s) [REDACTED]

Fax to: 1-866-709-4744 or mail to: Loss Mitigation
2711 North Haskell Avenue, Suite 900
Dallas TX  75204

The following documentation must be included to determine eligibility:

- **Financial Analysis Form**
- The enclosed Financial Hardship Affidavit completed and signed by all borrowers (no notary required).
- A signed and dated copy of the IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both the joint filers), and
- Documentation to verify all of the income of each borrower (including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

---

### IMPORTANT NOTICE

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this Workout Plan will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.  The information requested in this Workout Plan is necessary to determine your eligibility for a loan modification or repayment agreement under both government and non-government loan modification and repayment programs, and should you be eligible, to enable us to best serve you in modifying your loan.

---

For each borrower who is paid by an employer:
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return; and
- ☐ Copy of the two most recent pay stubs or other proof of income from your employer.

For each borrower who is self-employed:
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return, and
- ☐ Copy of the most recent quarterly or year-to-date profit/loss statement.

For each borrower who has income such as Social Security, disability or death benefits, pension, public assistance, or unemployment:
- ☐ Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.

☐ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit. Such benefit must continue for at least 3 years to be considered qualifying income under this program.

**For each borrower who is relying on alimony or child support as qualifying income:**

☐ Copy of divorce decree, separation agreement or other written agreement or decree that states the amount of alimony or child support and period of time over which it will be received.  Payments must continue for at least 3 years to be considered qualifying income under this program.

☐ Proof of full, regular and timely payments; for example, deposit slips, bank statements, court verification or filed federal tax return with all schedules.

**For each borrower who has rental income:**

☐ Copies of most recent two years filed federal tax returns with all schedules, including Schedule E-Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent.

**Additional items required if you are requesting a sale of your property:**
- Copy of listing agreement
- Copy of the sales contract
- Copy of the estimated Settlement Statement (HUD 1) if available
- Signed "third party authorization" form

2

## FINANCIAL ANALYSIS FORM

### Personal Information

| | | |
|---|---|---|
| Name (Borrower): HBOSEDG  FROWEME | Daytime Phone: 972 606 8310 | Alternate Phone: |
| Name (Co-borrower): | Daytime Phone: | Alternate Phone: |
| M[redacted] | | Best time to reach you: |
| Mailing Address: 4617  COVINGTON  CT  @ P. TX 75052 | | |
| May we contact you via email? If yes, please provide your email address: | Yes/(No) | |
| Is the property occupied? If yes, is it owner occupied or tenant occupied? | (Yes)No Owner/Tenant | |

### Bankruptcy Information

| | |
|---|---|
| Date that you filed bankruptcy? | 2/2/10 9 |
| Case Number | 85- Uney. dal-13 |
| District and state | Northen Dishit , Texas |
| Which chapter (7, 12, 11 or 13)? | 13 |
| Has your plan been confirmed (Chapters 11, 12 and 13 only)? - If so, please provide a copy of the plan and confirmation order | no |
| Have you received a discharge? - If so, please provide the date of discharge and a copy of the discharge order) | no |
| Has your case been dismissed? Did you or do you intend to reaffirm any debts? - If so, please list the name of the creditor, the type of debt and the amount of the debt | no |
| Are there any actions to declare one or more of your debts non-dischargeable currently pending in your bankruptcy case? - If so, please provide the case number, the name of the creditor, the type of debt and the amount of the debt | no |
| Have you received a discharge under any chapter of the Bankruptcy Code within the past 7 years? - If so, please provide the case number, state and district where the case was filed and date of discharge | |

3

08/4/2009 8:08:48 AM PAGE 5/014 Fax Server

Fax Server 8/4/2009 8:08:48 AM PAGE 5/014 Fax Server
TO: Jovana Gregory COMPANY:

| | |
|---|---|
| Amount of funds available to contribute towards a workout? | $ 650.00 |
| Total number of individuals in your household: | 2 |

| | |
|---|---|
| Do you want to keep the property? | Yes/No |
| Is your home listed for sale? | Yes/No |
| If yes, what is the list price? | $ |
| What is your agent's (realtor) name and telephone number? If applicable | Realtor Name: / Realtor Phone: |
| Do you have a second mortgage? | Yes/No |
| If yes, please provide contact information for your second mortgage company. | Name/phone number of second mortgage company: |

**EMPLOYMENT HISTORY**

| | Borrower | Co-Borrower |
|---|---|---|
| Currently employed? | ☑ Yes ☐ No | ☐ Yes ☐ No |
| How long? | 8 Months | |
| Present employer: | | |
| If self-employed, name of company: | | |

| Description | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Gross Salary / Wages (monthly) * | $ 1,650 | $ | $ |
| Unemployment Income (monthly) | $ | $ | $ |
| Disability Income (monthly) | $ | $ | $ |
| Rental Income (monthly) | $ | $ | $ |
| Child Support / Alimony (monthly)** | $ | $ | $ |

*Gross salary/wages is your total monthly income before any tax withholding or employer deductions.

** This information is optional. You are not required to provide this information.

(Note that some of the items included here are not applicable to the MHA program. I understand, however, that this form is to be used for various modification programs, including the MEA.)

**ASSETS/LIABILITIES**
If you own real estate in addition to your personal residence, please attach a complete list of property addresses / name(s) of Lender / Lander's address and phone number / account numbers / monthly payment / amount owed / estimated value & rental income.

**Assets**

| Description | Estimated Value | Amount Owed | Net Value (est. value less amount owed) |
|---|---|---|---|
| Personal Residence | $ 62,000 | $ | $ |
| Personal Property | $ 22,000 | $ 0 | $ 22,000 |
| Checking Accounts | $ 92 | $ | $ |
| Savings Accounts | $ | $ | $ |
| IRA / 401(k) / Keogh Accounts | $ | $ | $ |

*on Schedule in bankruptcy case*

08/11/2009  14:23  2149797301  OLSON NICOUD  PAGE  06/14

Fax Server  8/4/2009 8:08:48 AM  PAGE  8/014  Fax Server
TO: Jovana Gregory  COMPANY:

| | | | |
|---|---|---|---|
| Stocks / Bonds / CDs | $ | $ | $ |
| Cash Value of Life Insurance | $ | $ | $ |
| Other | $ | $ | $ |
| Totals | $ | $ | $ |

*The above information will not be used for the collection of any debt.*

## Liabilities (Expenses)

| Description | Monthly Payment | Balance Due | Delinquent? |
|---|---|---|---|
| First Mortgage Lender | $ | $ | ☐ Yes ☐ No |
| Other Mortgages / Liens / Rents | $ | $ | ☐ Yes ☐ No |
| Alimony / Child Support | $  HC | $ | ☐ Yes ☐ No |
| Homeowners Assoc. Dues | $  HC | $ | ☐ Yes ☐ No |
| Property Taxes (if not escrowed and included in your current mortgage payment) | $  HC | $ | ☐ Yes ☐ No |
| Homeowner's (hazard) Insurance (if not escrowed and included in your current mortgage payment) | $ No  HC | $ | ☐ Yes ☐ No |
| Other insurance (i.e. wind, flood) (if not escrowed and included in your current mortgage payment.) | $ No  HC | $ | ☐ Yes ☐ No |
| Health Insurance | $ No  HC | $ | ☐ Yes ☐ No |
| Medical Expenses | $ only other than cosmetic | $ HC | ☐ Yes ☐ No |
| Child Care | $ No  HC | $ | ☐ Yes ☐ No |
| Credit Card / Installment Loans | $ No  HC | $ | ☐ Yes ☐ No |
| Student Loans / Personal Loans | $ No  HC | $ | ☐ Yes ☐ No |
| Auto Loan(s) | $ No  HC | $ | ☐ Yes ☐ No |
| Auto Expenses / Gasoline / Insurance | $ No  HC | $ | ☐ Yes ☐ No |
| Food / Household Supplies | $ 160  HC | $ | ☐ Yes ☐ No |
| Water / Sewer / Utilities / Phone(s) / Cable | $ 32  HC | $ | ☐ Yes ☐ No |
| Other | $ | $ | ☐ Yes ☐ No |

Borrower Signature _Abosede Abowene_   Date 08/11/09   Co-borrower Signature _____   Date _____

Abosede  Abowene

5

08/11/2009  16:33      2149797381                OLSON NICOUD                              PAGE    02/14

Fax Server                   8/4/2008 8:08:48 AM      PAGE      2/014    Fax Server

Fax Server                   8/4/2008 8:08:48 AM      PAGE      2/013    Fax Server
TO:Jovana Gregory    COMPANY:

## FAX COVER SHEET  *(This page should be returned to us with your completed financial analysis form)*

**To:**     Loss Mitigation
**From:**   Abaele Bavere        Account Number(s): [REDACTED]

**Fax to: 1-866-709-4744 or mail to:** Loss Mitigation
                                        2711 North Haskell Avenue, Suite 900
                                        Dallas TX  75204

The following documentation must be included to determine eligibility:

- **Financial Analysis Form**
- The enclosed **Financial Hardship Affidavit** completed and signed by all borrowers (no notary required),
- A signed and dated copy of the **IRS Form 4506-T** (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both the joint filers), and
- Documentation to verify all of the income of each borrower (including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

---

### IMPORTANT NOTICE

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this Workout Plan will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.  This information requested in this Workout Plan is necessary to determine your eligibility for a loan modification or repayment agreement under both government and non-government loan modification and repayment programs, and should you be eligible, to enable us to best serve you in modifying your loan.

---

**For each borrower who is paid by an employer:**
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return; and
- ☐ Copy of the two most recent pay stubs or other proof of income from your employer.

**For each borrower who is self-employed:**
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return, and
- ☐ Copy of the most recent quarterly or year-to-date profit/loss statement.

**For each borrower who has income such as Social Security, disability or death benefits, pension, public assistance, or unemployment:**
- ☐ Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.

08/11/2009   16:33      2149797301              OLSON NICOUD                       PAGE   03/14

Fax Server              8/4/2009 8:08:48 AM     PAGE   3/014    Fax Server
TO:Jovana Gregory   COMPANY:

☐  Copy of benefits statement or letter from the provider that states the amount, frequency and
   duration of the benefit. Such benefit must continue for at least 3 years to be considered
   qualifying income under this program.

**For each borrower who is relying on alimony or child support as qualifying income:**

☐  Copy of divorce decree, separation agreement or other written agreement or decree that states the
   amount of alimony or child support and period of time over which it will be received.  Payments
   must continue for at least 3 years to be considered qualifying income under this program.
☐  Proof of full, regular and timely payments; for example, deposit slips, bank statements, court
   verification or filed federal tax return with all schedules.

**For each borrower who has rental income:**

☐  Copies of most recent two years filed federal tax returns with all schedules, including Schedule
   E–Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross
   rent.

**Additional items required if you are requesting a sale of your property:**

•   Copy of listing agreement
•   Copy of the sales contract
•   Copy of the estimated Settlement Statement (HUD 1) if available
•   Signed "third party authorization" form

2

Fax Server          8/4/2009 8:08:48 AM    PAGE    4/019    Fax Server
TO:Jovana Gregory    COMPANY:

**FINANCIAL ANALYSIS FORM**

**Personal Information**

| Name (Borrower): | Daytime Phone: | Alternate Phone: |
|---|---|---|
| HROSEDG    EBOWEME | 912 606 8310 | |
| Name (Co-borrower): | Daytime Phone: | Alternate Phone: |
| | | |
| Mortgage Account Number: | | Best time to reach you: |
| | | |
| M [REDACTED] | | |
| 4617    COVINGTON    CT    G·P·    TX 75052 | | |

| May we contact you via email: | Yes/No |
|---|---|
| If yes, please provide your email address: | |

| Is the property occupied? | Yes/No |
|---|---|
| If yes, is it owner occupied or tenant occupied? | Owner/Tenant |

**Bankruptcy Information**

| Date that you filed bankruptcy? | 2/2/10 S |
|---|---|
| Case Number | 35- city dal-13 |
| District and state | Norther District, Texas |
| Which chapter (7, 12, 11 or 13)? | 13 |
| Has your plan been confirmed (Chapters 11, 12 and 13 only)? | |
|   – If so, please provide a copy of the plan and confirmation order | no |
| Have you received a discharge? | |
|   – If so, please provide the date of discharge and a copy of the discharge order) | no |
| Has your case been dismissed? | |
| Did you or do you intend to reaffirm any debts? | |
|   – If so, please list the name of the creditor, the type of debt and the amount of the debt | no |
| Are there any actions to declare one or more of your debts non-dischargeable currently pending in your bankruptcy case? | |
|   – If so, please provide the case number, the name of the creditor, the type of debt and the amount of the debt | no |
| Have you received a discharge under any chapter of the Bankruptcy Code within the past 7 years? | |
|   – If so, please provide the case number, state and district where the case was filed and date of discharge | |

3

08/11/2009   16:33   2149797301                OLSON NICOUD                          PAGE   05/14

─────────── 8:08:48 AM   PAGE   5/014   Fax Server

Fax Server              8/4/2009 8:08:48 AM   PAGE   5/014   Fax Server
TO:Jovana Gregory   COMPANY:

| | |
|---|---|
| Amount of funds available to contribute towards a workout? | $ 650.00 |
| Total number of individuals in your household: | 2 |

| | |
|---|---|
| Do you want to keep the property? | Yes/no |
| Is your home listed for sale? | Yes(No) |
| If yes, what is the list price? | $ |
| What is your agent's (realtor) name and telephone number? If applicable | Realtor Name: / Realtor Phone: |
| Do you have a second mortgage? | Yes(No) |
| If yes, please provide contact information for your second mortgage company. | Name/phone number of second mortgage company: |

### EMPLOYMENT HISTORY

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Currently employed? | ● Yes / ☐ No | | ☐ Yes / ☐ No | |
| How long? | 8   Months | | | |
| Present employer: | | | | |
| If self-employed, name of company: | | | | |

| Description | Borrower | CoBorrower | Total |
|---|---|---|---|
| Gross Salary / Wages (monthly) * | $ 1,050 | $ | $ |
| Unemployment Income (monthly) | $ | $ | $ |
| Disability Income (monthly) | $ | $ | $ |
| Rental Income (monthly) | $ | $ | $ |
| Child Support / Alimony (monthly)** | $ | $ | $ |

*Gross salary/wages is your total monthly income before any tax withholding or employer deductions.

** This information is optional. You are not required to provide this information.

(Note that some of the items included here are not applicable to the MHA program. I understand, however, that this form is to be used for various modification programs, including the MHA.)

### ASSETS/LIABILITIES
If you own real estate in addition to your personal residence, please attach a complete list of property addresses / name(s) of Lender / Lender's address and phone number / account numbers / monthly payment / amount owed / estimated value & rental income.

### Assets

| Description | Estimated Value | Amount Owed | Net Value (est. value less amount owed) |
|---|---|---|---|
| Personal Residence | $ 22,000 | $ | $ 24,000 — |
| Personal Property | $ 22,000 | $ 1 | $ |
| Checking Accounts | $ 50 | $ | $ |
| Savings Accounts | $ — | $ | $ |
| IRA / 401(k) / Keogh Accounts | $ — | $ 0 | $ |

*see Schedule in bankruptcy case*

08/11/2009   16:33   2149797301                     OLSON NICOUD                              PAGE   06/14

                                                              . . . .   . . .   Fax Server

    Fax Server                  8/4/2009 8:08:48 AM      PAGE   8/014    Fax Server
TO:Jovana Gregory    COMPANY:

| Stocks / Bonds / CDs | $ | | $ | | $ |
| Cash Value of Life Insurance | $ | | $ | | $ |
| Other | $ | | $ | | $ |
| Totals | $ | | $ | | $ |

\* *The above information will not be used for the collection of any debt.*

## Liabilities (Expenses)

| Description | Monthly Payment | Balance Due | Delinquent? |
|---|---|---|---|
| First Mortgage Lender | $ | $ | ☐ Yes / ☐ No |
| Other Mortgages / Liens / Rents | $ | $ | ☐ Yes / ☒ No |
| Alimony / Child Support | $   H/E | $ | ☐ Yes / ☒ No |
| Homeowners Assoc. Dues | $  N~  H/E | $ | ☐ Yes / ☒ No |
| Property Taxes (if not escrowed and included in your current mortgage payment) | $   H/E | $ | ☐ Yes / ☐ No |
| Homeowner's (hazard) Insurance (if not escrowed and included in your current mortgage payment) | $ N~2  H/E | $ | ☐ Yes / ☐ No |
| Other Insurance (i.e. wind, flood) (if not escrowed and included in your current mortgage payment) | $ N~0  H/E | $ | ☐ Yes / ☒ No |
| Health Insurance | $ N~0  H/E | $ | ☐ Yes / ☒ No |
| Medical Expenses | $  only orastna covn G | $ H/E | ☐ Yes / ☐ No |
| Child Care | $  N~  H/E | $ | ☐ Yes / ☒ No |
| Credit Card / Installment Loans | $  N~2  H/E | $ | ☐ Yes / ☐ No |
| Student Loans / Personal Loans | $  N~0  H/E | $ | ☐ Yes / ☐ No |
| Auto Loan(s) | $  N~0  H/C | $ | ☐ Yes / ☒ No |
| Auto Expenses / Gasoline / Insurance | $  N~0  H/E | $ | ☒ Yes / ☐ No |
| Food / Household Supplies | $  160  H/E | $ | ☐ Yes / ☐ No |
| Water / Sewer / Utilities / Phone(s) / Cable | $  32  H/E | $ | ☐ Yes / ☐ No |
| Other | $ | $ | ☐ Yes / ☐ No |

Abosede Ebowene                        05/4/09
Borrower Signature            Date            Co-borrower Signature            Date

Abosede   Ebowene

                                                                                      5

nike   7/014    Fax Server

Fax Server                    8/4/2009 8:08:48 AM    PAGE    7/014    Fax Server
TO:Jovana Gregory    COMPANY :

## Financial Hardship Affidavit

Borrower Name: ___ABOSEDE_____ EBOWEME_____

Co-Borrower Name: _____

Property Street Address: __4617 COVINGTON CT____

Property City, State, Zip: __G.P.   TX 75052_____

Account Number: ███ █ ███ █ █ 2 7 ▮ ▮

In order to qualify for our offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("☐") the one or more events that contribute to my/our financial hardship and difficulty in making payments on my/our mortgage loan.

| Borrower | Co-Borrower | |
|---|---|---|
| ☑ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details under "Explanation" and have attached verifying documentation. |
| ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, divorce, incarceration, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details under "Explanation" and have attached verifying documentation. |
| ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details under "Explanation" and have attached verifying documentation. |
| ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details under "Explanation" and have attached verifying documentation. |
| ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details under "Explanation" and have attached verifying documentation. |
| ☐ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details under "Explanation" and have attached verifying documentation. |

**Explanation:** _I lost my job and I just could not find one. What I make at present, is not up to what I use to make. I am still_

6

08/11/2009  16:33    2149797301    OLSON NICOUD    PAGE  08/14

Fax Server    8/4/2009 8:08:48 AM    PAGE    8/014    Fax Server
TO:Jovana Gregory    COMPANY:

*looking for something better.*

### NOTICE TO BORROWERS

Be advised that you are signing these documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income may subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud.

The information contained in these documents is subject to examination and verification. Any potential misrepresentation may be referred to the appropriate law enforcement authority for investigation and prosecution.

Borrower Signature _____    Date _____    Co-Borrower Signature _08/11/09_____    Date _____

08/11/2009   16:33   2149797301   OLSON NICOUD   PAGE   09/14

Fax Server               8/4/2009 8:08:48 AM   PAGE   9/014   Fax Server
TO:Jovana Gregory   COMPANY:

### Borrower/Co-Borrower Acknowledgement:

1. Under penalty of perjury, I/we certify, represent and agree that all of the documents and information I/we have provided in connection with the Financial Analysis Form and this Affidavit are true and correct and the event(s) identified in the Financial Analysis Form and this Affidavit has/have contributed to my/our financial hardship and the need to modify the terms of my/our mortgage loan.

2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3. I/we understand the Servicer will pull a current credit report on all borrowers/co-borrowers or a joint report for a married couple.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.

6. I/we certify that I/we are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

7. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this Affidavit.

8. I/we understand that none of the information requested in this workout application will be used for the collection of any debts. I/we understand the information requested in this workout application is necessary to determine my/our eligibility for a loan modification or repayment agreement under both government and non-government loan modification and repayment programs.

08/11/2009   15:33      2149797301                    OLSON NICOUD                              PAGE   11/14

Fax Server                 8/4/2009 8:05:45 AM    PAGE   11/014    Fax Server
TO:Jovana Gregory    COMPANY:

**4506-T**    Request for Transcript of Tax Return

HROSEDE          EBOWEME

4619  COVINGTON  CT

Thosede Ebowene      08/11/09

10

08/11/2009  16:33  2149797301  OLSON NICOUD  PAGE  12/14

Fax Server        8/4/2009 8:08:48 AM    PAGE  12/014   Fax Server
TO:Jovana Gregory    COMPANY:

08/11/2009   16:33   2149797381                 OLSON NICOUD                              PAGE   13/14

Fax Server              8/1/2008 8:00:46 AM    PAGE  13/014   Fax Server
TO:Jovana Gregory   COMPANY:

## General Notification

The enclosed package has been enhanced to encompass requirements for all available programs, including the Making Home Affordable program established under the Obama administration.

For information and eligibility requirements of the Making Home Affordable program, visit www.makinghomeaffordable.gov or www.financialstability.gov website.

Please continue to make your monthly payment. If assistance is needed, it is recommended that you contact a credit counselor who is trained to guide you through your current financial situation. You can access www.hud.gov or call 800-225-5342 for more information regarding credit counselors.

You may receive phone calls or letters from our office asking for a payment while we consider any options that might be available.

Non-escrowed accounts: If approved for a modification, an escrow account is required for most modification programs.

If approved for a modification, you may be required to enroll in an electronic payment program.

## Frequently Asked Questions

How long will it take to process my modification request and determine if I qualify for the program?
First, we will review your request as quickly as possible. Once the package is returned to our office, you will hear something from Loss Mitigation within 19 business days advising the package was received and notifying you if additional information is required.  Within 30 days from the date a complete package is received, you will be notified as to the modification option available to you. If you aren't eligible for a modification, the reason for denial will be provided. Please note, however, that your modification will not be effective unless you meet all of the applicable conditions.

The Financial Analysis Form asks, "Amount of funds available to contribute towards a workout?"  What does that mean?
We are attempting to determine the amount of funds that you currently have available to contribute towards any delinquency. In some instances this may be called a down payment or a borrower's contribution. (Not applicable to the Making Home Affordable Program.)

On the Financial Analysis Form, what would be included as Personal Property under the Asset section?
Personal property is an item of worth that you may own.  Some examples of personal property may include a vehicle or recreational vehicle, collectibles, etc.

Under liabilities, I pay my car insurance on a semi-annual or annual basis.  How do I list that?
Please make sure that the amount of the expense is broken down to a monthly premium amount.  Example: If the car insurance is $500 for a 6 month period, divide $500 by 6 ($83.33) to determine the monthly premium.

Under liabilities, I do not have enough space for all of my credit cards and/or student loans, how do you want me to list them?
Include these items on an additional piece of paper.

The 4506-T form states, "Caution: DO NOT SIGN this form if a 3rd party required you to complete and lines 6 and 9 are blank."  What do I enter for those items?

12

08/11/2009   16:33      2149797381          OLSON NICOUD                           PAGE  14/14

        Fax Server                 8/4/2009 8:08:48 AM    PAGE  14/014    Fax Server
TO:Jovana Gregory   COMPANY:

Item six should be filled in with the number of the tax form that you use when completing your income taxes (ie. 1040, 1040EZ).  Check box 6a, Transcript requested.  We suggest Item 9 be filled in with both 2007 and 2008 year end in case you haven't filed 2008 tax return or it has not been completed.

13

08/11/2009    14:15    2149797301                    OLSON NICOUD                         PAGE    02/14

                                    .. ...... . ..... ..    PAGE    3/014    Fax Server

Fax Server              8/4/2009 8:08:48 AM    PAGE    2/014    Fax Server
TO:Jovana Gregory    COMPANY:

# FAX COVER SHEET   *(This page should be returned to us with your completed financial analysis form.)*

To:    Loss Mitigation

From: *Abazele Ebowens*            Account Number(s) ██████████████

Fax to: 1-866-709-4744 or mail to: Loss Mitigation
                                2711 North Haskell Avenue, Suite 900
                                Dallas TX  75204

The following documentation must be included to determine eligibility:

- **Financial Analysis Form**
- The enclosed Financial Hardship Affidavit completed and signed by all borrowers (no notary required).
- A signed and dated copy of the IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both the joint filers), and
- Documentation to verify all of the income of each borrower (including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

---

### IMPORTANT NOTICE

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this Workout Plan will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.  The information requested in this Workout Plan is necessary to determine your eligibility for a loan modification or repayment agreement under both government and non-government loan modifications and repayment programs, and should you be eligible, to enable us to best serve you in modifying your loan.

---

For each borrower who is paid by an employer:
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return; and
- ☐ Copy of the two most recent pay stubs or other proof of income from your employer.

For each borrower who is self-employed:
- ☐ Copy of the most recent filed federal tax return with all schedules required by the IRS at the time you filed your return, and
- ☐ Copy of the most recent quarterly or year-to-date profit/loss statement.

For each borrower who has income such as Social Security, disability or death benefits, pension, public assistance, or unemployment:
- ☐ Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.

88/11/2889   14:15   2149797301                OLSON NICOUD                    PAGE   83/14

                                          ~  ~    ~~  ~~~    ~~~~   ~/~~~   FAX Server

              Fax Server        8/4/2009 9:08:48 AM    PAGE   3/014   Fax Server
TO:Jovana Gregory   COMPANY:

☐   Copy of benefits statement or letter from the provider that states the amount, frequency and
     duration of the benefit. Such benefit must continue for at least 3 years to be considered
     qualifying income under this program.

**For each borrower who is relying on alimony or child support as qualifying income:**

☐   Copy of divorce decree, separation agreement or other written agreement or decree that states the
     amount of alimony or child support and period of time over which it will be received.  Payments
     must continue for at least 3 years to be considered qualifying income under this program.
☐   Proof of full, regular and timely payments; for example, deposit slips, bank statements, court
     verification or filed federal tax return with all schedules.

**For each borrower who has rental income:**

☐   Copies of most recent two years filed federal tax returns with all schedules, including Schedule
     E-Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross
     rent.

**Additional items required if you are requesting a sale of your property:**
- Copy of listing agreement
- Copy of the sales contract
- Copy of the estimated Settlement Statement (HUD 1) if available
- Signed "third party authorization" form

                                                                                2

08/11/2009   14:15   2149797361   OLSON NICOUD   PAGE   04/14

Fax Server   8/4/2009 8:08:48 AM   PAGE   4/014   Fax Server
TO:Jovana Gregory   COMPANY:

## FINANCIAL ANALYSIS FORM

### Personal Information

| Name (Borrower): | Daytime Phone: | Alternate Phone: |
|---|---|---|
| HBOSEDG        EROWEME  972 606 8310 | | |
| Name (Co-borrower): | Daytime Phone: | Alternate Phone: |
| Mortgage Account Number: | | Best time to reach you: |
| Mailing Address: | | |
| 4617   COVINGTON   CT  @·P· TX 75052 | | |
| May we contact you via email? | Yes/No | |
| If yes, please provide your email address: | | |
| Is the property occupied? | Yes/No | |
| If yes, is it owner occupied or tenant occupied? | Owner/Tenant | |

### Bankruptcy Information

| Date that you filed bankruptcy? | 2/2/2009 |
|---|---|
| Case Number | 35- 0444  dal-13 |
| District and state | Nother  dist , Texas |
| Which chapter (7, 12, 11 or 13)? | 13 |
| Has your plan been confirmed (Chapters 11, 12 and 13 only)? – If so, please provide a copy of the plan and confirmation order | no |
| Have you received a discharge? – If so, please provide the date of discharge and a copy of the discharge order | no |
| Has your case been dismissed? | |
| Did you or do you intend to reaffirm any debts? – If so, please list the name of the creditor, the type of debt and the amount of the debt | no |
| Are there any actions to declare one or more of your debts non-dischargeable currently pending in your bankruptcy case? – If so, please provide the case number, the name of the creditor, the type of debt and the amount of the debt | no |
| Have you received a discharge under any chapter of the Bankruptcy Code within the past 7 years? – If so, please provide the case number, state and district where the case was filed and date of discharge | |

3

Fax Server              8/4/2009 8:08:48 AM    PAGE   8/014   Fax Server
TO:Jovana Gregory   COMPANY:

| Stocks / Bonds / CDs | $ | | $ | | $ |
| Cash Value of Life Insurance | $ | | $ | | $ |
| Other | $ | | $ | | $ |
| Totals | $ | | $ | | $ |

*  *The above information will not be used for the collection of any debt.*

## Liabilities (Expenses)

| Description | Monthly Payment | Balance Due | Delinquent? |
|---|---|---|---|
| First Mortgage Lender | $ | $ | ☐ Yes ☐ No |
| Other Mortgages / Liens / Rents | $ | $ | ☐ Yes ☐ No |
| Alimony / Child Support | $ ~ HC | $ | ☐ Yes ☐ No |
| Homeowners Assoc. Dues | $ ~ HC | $ | ☐ Yes ☐ No |
| Property Taxes (if not escrowed and included in your current mortgage payment) | $ ~ HC | $ | ☐ Yes ☐ No |
| Homeowner's (hazard) Insurance (if not escrowed and included in your current mortgage payment) | $ N~ HC | $ | ☐ Yes ☐ No |
| Other insurance (i.e. wind, flood) (if not escrowed and included in your current mortgage payment.) | $ N O HC | $ | ☐ Yes ☐ No |
| Health Insurance | $ N O HC | $ | ☐ Yes ☐ No |
| Medical Expenses | $ only practice came | $ HC | ☐ Yes ☐ No |
| Child Care | $ N~ HC | $ | ☐ Yes ☐ No |
| Credit Card / Installment Loans | $ N~ HC | $ | ☐ Yes ☐ No |
| Student Loans / Personal Loans | $ N~ HC | $ | ☐ Yes ☐ No |
| Auto Loan(s) | $ N~ HC | $ | ☐ Yes ☐ No |
| Auto Expenses / Gasoline / Insurance | $ N~ HC | $ | ☐ Yes ☐ No |
| Food / Household Supplies | $ 160 HC | $ | ☐ Yes ☐ No |
| Water / Sewer / Utilities / Phone(s) / Cable | $ 52 HC | $ | ☐ Yes ☐ No |
| Other | $ | $ | ☐ Yes ☐ No |

*Abosede Ebowene*
Borrower Signature        Date 08/11/09   Co-borrower Signature              Date

*Abosede   Ebowene*

5

Identifier ▓▓▓▓    Doc Type:WOUT
08/11/2009  14:15    2149797381    OLSON NICOUD

PAGE  07/14

‥    PAGE  7/014    Fax Server

Fax Server    8/4/2009 8:08:48 AM    PAGE  7/014    Fax Server
TO:Jovana Gregory  COMPANY:

**Financial Hardship Affidavit**

Borrower Name: _ABOSEDE_ _EBOWEME_

Co-Borrower Name: _____

Property Street Address: _4617 COVINGTON CT_

Property City, State, Zip: _G.P.  TX 75052_

Account Number ▓▓▓▓▓▓▓▓▓▓▓

In order to qualify for our offer to enter into an agreement to modify my loan, I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks ("☐") the one or more events that contribute to my/our financial hardship and difficulty in making payments on my/our mortgage loan.

Borrower | Co-Borrower |
☑ ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details under "Explanation" and have attached verifying documentation.

☐ ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, divorce, incarceration, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details under "Explanation" and have attached verifying documentation.

☐ ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details under "Explanation" and have attached verifying documentation.

☐ ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details under "Explanation" and have attached verifying documentation.

☐ ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details under "Explanation" and have attached verifying documentation.

☐ ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details under "Explanation" and have attached verifying documentation.

Explanation: _I lost my job and I just could not_
_find one. What I make at present, is not_
_up to what I use to make. I am still_

6

Fax Server          8/4/2009 8:08:48 AM   PAGE   8/014   Fax Server
TO: Jovana Gregory   COMPANY:

*looking for something better.*

---

### NOTICE TO BORROWERS

Be advised that you are signing these documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income may subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud.

The information contained in these documents is subject to examination and verification. Any potential misrepresentation may be referred to the appropriate law enforcement authority for investigation and prosecution.

_____          08/11/09
Borrower Signature        Date          Co-Borrower Signature        Date

7

08/11/2009  14:15  2149797301

Fax Server        8/4/2009 9:08:49 AM    PAGE    9/016    Fax Server
TO:Jovana Gregory   COMPANY:

## Borrower/Co-Borrower Acknowledgement:

1. Under penalty of perjury, I/we certify, represent and agree that all of the documents and information I/we have provided in connection with the Financial Analysis Form and this Affidavit are true and correct and the event(s) identified in the Financial Analysis Form and this Affidavit has/have contributed to my/our financial hardship and the need to modify the terms of my/our mortgage loan.

2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3. I/we understand the Servicer will pull a current credit report on all borrowers/co-borrowers or a joint report for a married couple.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any facts(s) in connection with this Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.

6. I/we certify that I/we are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

7. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this Affidavit.

8.  I/we understand that none of the information requested in this workout application will be used for the collection of any debts.  I/we understand the information requested in this workout application is necessary to determine my/our eligibility for a loan modification or repayment agreement under both government and non-government loan modification and repayment programs.

8