## Exhibit 3-I

## October 7, 2009 Letter Denying Loan Modification Request

# GMAC Mortgage

3451 Hammond Ave  
P.O. Box 780  
Waterloo, IA 50704-0780

10/07/09

ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE     TX 75052

RE:    Account Number  
       Property Address        4617 COVINGTON COURT

                               GRAND PRAIRIE      TX 75052

Dear    ABOSEDE EBOWEME

The financial information submitted by you for consideration of a Modification has been reviewed.  We are unable to approve your request for the following reason(s):

[x]    The financial information provided shows you have insufficient income to support your request.  We recommend you consider selling your property.  If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[]    The financial information provided shows that your income is sufficient to cover your mortgage obligation.

[]    You do not have sufficient income to support your monthly expenses; however, some of your expenses could be reduced.  We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[]    We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions


Account Number
Page Two

[]   Denied by Investor

[]

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours.  Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs.

If you have any questions regarding the above decision, please contact our office at 800-850-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

Notice:  Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only, it is not an attempt to hold you personally responsible for the debt and any rights we may chose to pursue will be exercised against the property only.


5:90