**<u>Exhibit 3-J</u>**

**March 7, 2011**

**Demand Letter**

```
                              DEF - TX BREACH CERTIFIED.txt
%%HO63681GM  50019-0049LTR1DEF - TX BREACH CERTIFIED                    OOPFST519
SYSLTR1 PRODO3/07/117433752979      05034 O
♀
{{DPLX}}
```

03/07/11

Certified Number: 7010309000033615056
ABOSEDE EBOWEME

4617 COVINGTON COURT

GRAND PRAIRIE          TX 75052


RE:    Account Number    ████████
       Property Address 4617 COVINGTON COURT

                GRAND PRAIRIE TX 75052

Dear Borrower(s):

Pursuant to the terms of your Note and Deed of Trust, you are
hereby served notice of the following:

You have not made timely payments of principal and interest under
the Note, and escrow requirements under the Deed of Trust, which
sums were due for 09/01/08 through 03/01/11.  Due to your
failure to make such payments, you also owe late charges
of $  1553.84.

Demand is hereby made for you to cure such default by paying all
amounts due now on or before thirty (30) days from the date this
letter is mailed.  The amount due as of the date of this letter
is $        39346.75.  This amount includes outstanding charges,
if any.  If any other installments or expenses become due at the
time you attempt to cure this default, they will be added to this
figure.  Payment must be made by cashier's check or certified
funds.  Partial payment will not be accepted.

If the amount needed to cure the default is not received within
30 days from the date this notice is mailed, we will accelerate
the loan balance secured by the Deed of Trust.  We will also
exercise our right to foreclose the lien created under the Deed
of Trust and sell the property, securing payment of the notice.
In addition, if any real estate taxes are past due they are to be
brought current.

                              (continued on back)

♀

                         Page 1

DEF - TX BREACH CERTIFIED.txt

03/07/11
Account Number 
Page Two


Due to the non-receipt of your monthly mortgage payment, we may
perform an inspection of the above-mentioned property.
Inspections are performed to determine the condition and
occupancy status of the property.  As required by law, you are
hereby notified that your credit rating may be adversely affected
if you do not fulfill the terms of your credit obligations.

You have the right to reinstate the Note and Deed of Trust after
acceleration if, prior to the scheduled foreclosure sale of the
property, you pay all installments and late charges then due, and
pay all reasonable costs and expenses, including, but not limited
to attorney's fees.

You have the right to assert the non-existence of the default or
any other defenses you may have to the acceleration of the debt
and the sale of the property.

If you have any questions regarding this letter, the amount due,
or the actions you must take to reinstate the loan, please
contact a loan counselor at 800-850-4622.


Collection Department
Loan Servicing

Notice: Federal law requires that we advise you that this notice
is from a debt collector attempting to collect on a debt and any
information obtained will be used for that purpose.

If you are currently involved in a bankruptcy proceeding or have
been discharged of your personal liability for the repayment of
this debt, this notice is being provided for informational
purposes only. It is not an attempt to hold you personally
responsible for the debt and applies only to the lien on your
property and not to you personally.


5034
♀