**Exhibit 3-K**

**Assignment of Deed of Trust in Favor of**

**BoA, successor to LaSalle**

ASGNR

Requested and Prepared by:
Executive Trustee Services, LLC

When Recorded Mail To:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

MERS telephone: 1-888-679-6377

Loan No.: 
TS NO: TX1100035572

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee

all beneficial interest under that certain Deed of Trust dated: 02/25/2002 executed by ABOSEDE EBOWEME AND AYO EBOWEME, as Trustor(s), to AMY MANDART, as Trustee, and recorded as Instrument No. D202057914, on 02/28/2002, in Book XX, Page XX of Official Records, in the office of the County Recorder of Tarrant County, TX together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

DATE: June 14, 2011

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., ACTING SOLELY AS NOMINEE
FOR AEGIS MORTGAGE CORPORATION, its successors
and assigns

_____
Heather Harper   Assistant Secretary

State of Pennsylvania
County of Montgomery

On 6/14/2011 before me, Cindy Stewart Notary Public, personally appeared Heather Harper who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Cindy Stewart

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cindy A. Stewart, Notary Public
Upper Dublin Twp, Montgomery County
My commission expires October 19, 2013

Loan No.: ███████████
TS NO: TX1100035572

EXHIBIT "A"

LOT 23, BLOCK X, OF OAK HOLLOW - PHASE FOUR, AN ADDITION TO THE CITY OF GRAND PRAIRIE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 388-160, PAGES 60 AND 61, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.

Erxchange: Authorized Users Only                                    Page 1 of 1

## Document Receipt Information
**Reference Number:** ▬▬▬▬▬ **- Assignment Of Deed Of Trust**

| | |
|---|---|
| Instrument Number: | D211151272 |
| No of Pages: | 2 |
| Recorded Date: | 6/27/2011 9:56:28 AM |
| County: | Tarrant |
| Volume: | |
| Page: | |
| Recording Fee: | $20.00 |

https://erxchange.com/UI/ViewReceipt.aspx?DocumentId=4899104                6/27/2011