**Exhibit 3-L**

**Notice of Sale**

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

DATE: Jul 22, 2011
TS#

**DEED OF TRUST, SECURITY AGREEMENT-FINANCING STATEMENT:**

| | |
|---|---|
| Date: | 02/25/2002 |
| Grantor: | ABOSEDE EBOWEME AND AYO EBOWEME |
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR AEGIS MORTGAGE CORPORATION |
| Trustee: | AMY MANDART |
| Recording Information: | Instrument D202057914, Volume XX, Page XX, Real Property Records, Tarrant County, TX, Recorded on: 02/28/2002 |
| Property: | See EXHIBIT "A" |
| Mortgage Servicer: | GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION |

**NOTE:**

| | |
|---|---|
| Date: | 02/25/2002 |
| Amount: | $123,500.00 |
| Debtor: | ABOSEDE EBOWEME AND AYO EBOWEME |
| Holder: | Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAMP 2007RP2 |
| SUBSTITUTE TRUSTEE: | Kevin Key, or Janae Urbanczyk, Noel McNally, Cassandra Inouye or Erika Puentes, c/o Executive Trustee Services, LLC, 2255 North Ontario Street, Suite 400, Burbank, California 91504-3120 |

**DATE OF SALE OF PROPERTY:**
Tuesday, 09/06/2011 at 10:00 A.M. but in no event later than three (3) hours thereafter

**PLACE OF SALE OF PROPERTY:**
The base of the Courthouse steps on the East side of the building.

If no place is designated by the Commissioner, the sale will be conducted at the place where the Notice of Substitute Trustee's Sale was posted, or any other area designated by the courthouse or Commissioner of Courts pursuant to Sec 51.002 of the Texas Property Code.

BY: _____

[Stamp, inverted:]
FILED
TARRANT COUNTY, TEXAS
2011 AUG 15 PM 2:01
MARY LOUISE GARCIA
COUNTY CLERK

TS# ▮▮▮▮▮▮▮

NOTICE IS HEREBY GIVEN that because the default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three hours after that time.

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION is acting as the mortgage servicer for Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAMP 2007RP2 who is the mortgagee of the Note and Deed of Trust associated with the above referenced loan.

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, as Mortgage Servicer, is representing the Mortgagee, whose address is Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAMP 2007RP2 :

C/O    GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION
       1100 VIRGINIA DRIVE
       FORT WASHINGTON, PA 19034

_____
Kevin Key, or Janae Urbanczyk, Noel McNally,
Cassandra Inouye or Erika Puentes, c/o Executive
Trustee Services, LLC, 2255 North Ontario Street,
Suite 400, Burbank, California 91504-3120

Substitute Trustee

Return to:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

EXHIBIT "A"

LOT 23, BLOCK X, OF OAK HOLLOW - PHASE FOUR, AN ADDITION TO THE CITY OF GRAND PRAIRIE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 388-160, PAGES 60 AND 61, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.