**Exhibit 3-M**

**Substitute Trustee's Deed**

TS No. [redacted]

Electronically Recorded                Tarrant County Texas
Public Records                         10/18/2011 1:38 PM
                                       PGS   6    $36.00

*Mary Louise Garcia*
Mary Louise Garcia

## Substitute Trustee's Deed

NOTICE OF CONFIDENTIALITY RIGHTS  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATIN FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

STATE OF TEXAS
COUNTY OF Tarrant

WHEREAS, **ABOSEDE EBOWEME AND AYO EBOWEME**, in order to secure the payment of the Note for the sum set forth in said Note, payable to the order of AEGIS MORTGAGE CORPORATION, made, executed and delivered to AMY MANDART, Trustee a certain Deed of Trust dated 02/25/2002 recorded in Volume XX, Instrument No [redacted] Page XX of the Real Property Records of Tarrant County, Texas, to which Deed of Trust and its record reference is here made for a detailed description of said Note, the terms and covenants of said Deed of Trust, and the lands and premises there conveyed, said land being more particularly described as follows

LOT 23, BLOCK X, OF OAK HOLLOW - PHASE FOUR, AN ADDITION TO THE CITY OF GRAND PRAIRIE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 388-160, PAGES 60 AND 61, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS

WHEREAS, said Note together with the liens securing same was transferred and assigned in due course for value before maturity to Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAMP 2007RP2

WHEREAS, it is provided in said Deed of Trust that failure to make any of the payments in the above described Note as the same became due and payable, or failure to comply with any or all of the covenants and conditions of said Deed of Trust, shall, at the option of Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAMP 2007RP2, or the legal or equitable holder thereof, mature the whole of said Note and in such event or events and at the request of the owner or holder of said Note secured by said Deed of Trust, the said Trustee or his successors shall enforce said Trust by selling the hereinbefore described land and premises according to law, and in accordance with the provisions of said Deed of Trust, all as more fully set out in said Deed of Trust, and,

WHEREAS, Default was made in the payment of said note according to the terms, tenor and effect thereof, and the legal or equitable owner or holder of said note, after all required notices were given, evidenced by Affidavit of Notice to Debtors and Affidavit of Military Status, attached hereto and made a part hereof, declared the whole note immediately due and payable and the Trustee named in said Deed of Trust having been removed, the owner and holder of said indebtedness appointed the undersigned as Substitute Trustee, and requested the undersigned to sell said land and premises according to law and in accordance with the provisions of said Deed of Trust in satisfaction of the indebtedness secured by said Deed of Trust, and,

WHEREAS, the holder of the debt, by certified mail, has given written notice to the debtors at their last known address that the debtor was in default under the terms of the Deed of Trust and giving the debtor at least twenty days to cure the default (or thirty days if the above referenced Deed of Trust so states) prior to the entire debt being accelerated and the Notice of Trustee Sale given, and

WHEREAS, the said land above described was advertised for sale, and written notices of sale were posted in accordance with the terms of said Deed of Trust and in accordance with the laws of the State of Texas pertaining to the foreclosure under the Deed of Trust, at least 21 days preceding the date of the sale at the Courthouse Door of Tarrant County, Texas, and

TS No ▮▮▮▮▮▮▮▮

WHEREAS, the holder of the debt requested the Substitute Trustee and by this instrument the Substitute Trustee swears, deposes and states under oath that there was served written notice of the proposed sale by certified mail at least twenty-one (21) days preceding the date of sale on each debtor obligated to pay such debt according to the records of such holder by deposit of the Notice, enclosed in a postpaid wrapper, properly addressed to each debtor at the most recent address shown by the records of the holder of the debt, in a post office or official depository under the care and custody of the United States Postal Service, and a copy of such Notice of Sale was filed with the County Clerk of such County preceding the date of this sale, and that the Mortgagor(s), his (their), heirs and/or assigns are alive and are not in the military service and were not in the military on the day of sale nor 90 days prior to the day of sale.

WHEREAS, I, the said Substitute Trustee, after all prerequisites required by law and/or by said Deed of Trust have been duly satisfied by the holder of the Note, and by said Substitute Trustee, did conduct the sale on 09/06/2011, said sale beginning no earlier than 10:00 A.M. o'clock and being concluded within 3 hours of such starting time on the date for which said sale was advertised, offering the said land and premises for sale and conducting said sale in the area of the Courthouse designated by the Commissioner's Court, pursuant to Section 51.002 of the Texas Property Code as the place where foreclosure sales are to take place and if no place was designated by the Commissioner's Court, the sale was conducted at the place where the Notice of Trustee's Sale was posted in the County Courthouse, and,

WHEREAS, at the said sale Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for RAAC 2007RP2, (hereinafter "Grantee"), whose address is C/O GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION, 1100 VIRGINIA DRIVE, FORT WASHINGTON, PA 19034, bid for said land and premises the sum of $88,000.00, which was the highest and best bid offered for said land and premises, whereupon said land and premises were knocked off and sold for said sum to the said Grantee in accordance with the terms and provisions of said Deed of Trust.

NOW THEREFORE, KNOW ALL MEN BY THESE PRESENTS that I, the said Substitute Trustee, named and appointed under the terms of said Deed of Trust, acting herein under and by virtue of power conferred upon me by the said Deed of Trust, and in accordance with the laws of the State of Texas, for and in consideration of the sum bid as aforesaid, which amount has been applied in accordance with the terms of said Deed of Trust on the indebtedness secured by it, do hereby bargain, sell and convey unto the said Grantee the said hereinbefore described land and premises, together with all and singular the rights and appurtenances to the same in anywise belonging.

TO HAVE AND TO HOLD the said property unto the said Grantee, its successors and assigns, forever, in fee simple, and I, the said Substitute Trustee, acting in the capacity and manner aforesaid, by virtue of the power vested in me under the terms of said Deed of Trust, do hereby bind and obligate the said mortgagor(s), his (theirs) heirs, assigns, executors and administrators to warrant and forever defend all and singular the right and title to said property unto the said Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

EXECUTED this instrument on 10-13-11

_Janae Urbanczyk_
SUBSTITUTE TRUSTEE

TS No. █████████

State of Texas
County of Dallas

SUBSCRIBED AND SWORN TO (OR AFFIRMED) before me, Krystle Palomo on this 13 day of October, 2011, by Janae Urbanczyk _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

_Krystle Palomo_
Signature of Notary Public

KRYSTLE DIANNE PALOMO
Notary Public, State of Texas
My Commission Expires
November 08, 2014

RETURN TO      Land Records of Texas
               1525 W. Walnut Hill Lane, Suite 300
               IRVING, TX 75038

**Executive Trustee Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, CA 91504-3120**

T.S.# [REDACTED]                           State of    Texas
Loan No.# [REDACTED]                       County of   Tarrant

## AFFIDAVIT OF NON-MILITARY SERVICE

I, **Tommy Davis**, being duly sworn, deposes and says; that **ABOSEDE EBOWEME, AYO EBOWEME**, are (is) not now, or within the period of nine months prior to the non-judicial Foreclosure Sale scheduled for 09/06/2011, (a) on active duty military status as a member of the Armed Forces of the United States, or the NOAA, or Public Health Service, or (b) in training or being educated under the supervision of the United States preliminary to induction into military service or (c) under orders to report for induction under the Selective Training and Service Act of 1940, or (d) a member of the Enlisted Reserves Corps under orders to report for military service, or (e) an American Citizen, serving with the force of any nation allied with the United States in the prosecution of war; within; the purview of the Soldier's and Sailor's Civil Relief Act of 1940, as amended or (f) serving in the armed forces of the United States Pursuant to the Selective Service Act of 1948, or (g) on active duty military status with the Texas National Guard or the National Guard of any other state

Dated: 9/13/11                    By: _____
                                      **Tommy Davis**

**State of California**
**County of Los Angeles**

SUBSCRIBED and SWORN to (or affirmed) before me this 13th day of
September, 20 11, by Tommy Davis, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____    Seal

Notary Public in and for said State

SALLY BELTRAN
Commission # 1777088
Notary Public - California
Los Angeles County
My Comm Expires Oct 30, 2011


Walz Affidavit # 2523435

# AFFIDAVIT OF MAILING

## Executive Trustee Services

Date: 07/25/2011

Ref. No :

MailbatchID: 365660

STATE OF CALIFORNIA    )
COUNTY OF RIVERSIDE    )

The declarant, whose signature appears below, states that he is over the age of eighteen (18) years; is employed in Riverside County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on July 25, 2011, he personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent Certified Mail, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Affiant Anthony Gomez

TXNTS_CERTIFIEDRETURNRECEIPT
7196 9006 9295 3362 0467
TSN #
ABOSEDE EBOWEME
4817 COVINGTON CT
GRAND PRAIRIE, TX 75052-4000

TXNTS_CERTIFIEDRETURNRECEIPT
7196 9006 9295 3362 0474
TSN #
AYO EBOWEME
4817 COVINGTON CT
GRAND PRAIRIE, TX 75052-4000

STATE OF CALIFORNIA    )
COUNTY OF RIVERSIDE    )

Subscribed and sworn to (or affirmed) before me on this ___26___ day of ___July___ (month), ___2011___ (year), by Anthony Gomez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____    
(Signature of Notary)    (Seal of Notary)


ALBA R. BLACK
Commission # 1826090
Notary Public - California
Riverside County
My Comm. Expires Dec 8, 2012

Page 1 of 1


Walz Affidavit # 2523282

# AFFIDAVIT OF MAILING

## Executive Trustee Services

Date: 07/25/2011

Ref No.: ▉▉▉▉▉▉

MailbatchID: 365623

STATE OF CALIFORNIA    )
COUNTY OF RIVERSIDE    )

The declarant, whose signature appears below, states that he is over the age of eighteen (18) years; is employed in Riverside County, California; acting on behalf of Executive Trustee Services; is not a party to the within action; and that on July 25, 2011, he personally served the Notice, of which the annexed is a true copy, by depositing in the United States Mail a copy of such Notice in a sealed envelope, sent First Class, with postage prepaid, such envelope being addressed to the person(s) named at the addresses below.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Affiant Anthony Gomez

TXNTS_FIRSTCLASS
2252657769
TSN # ▉▉▉▉▉▉
ABOSEDE EBOWEME
4617 COVINGTON CT
GRAND PRAIRIE, TX 75052-4000

TXNTS_FIRSTCLASS
2252657770
TSN # ▉▉▉▉▉▉
AYO EBOWEME
4617 COVINGTON CT
GRAND PRAIRIE, TX 75052-4000

STATE OF CALIFORNIA    )
COUNTY OF RIVERSIDE    )

Subscribed and sworn to (or affirmed) before me on this __26__ day of __July__ (month), __2011__ (year), by Anthony Gomez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____ (Signature of Notary)        (Seal of Notary)


ALBA R BLACK
Commission # 1826090
Notary Public - California
Riverside County
My Comm Expires Dec 8, 2012

Page 1 of 1