# Exhibit 4-D

**Defendants Motion to Supplement Parties**

| | | |
|---|---|---|
| ABOSEDE EBOWEME, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 342nd JUDICIAL DISTRICT |
| | § | |
| GMAC MORTGAGE, LLC, et. al., | § | |
| | § | |
| Defendants | § | TARRANT COUNTY, TEXAS |



## MOTION TO SUPPLEMENT PARTIES

COMES NOW, GMAC Mortgage, LLC ("GMACM") and files this Motion to Supplement Parties seeking substitution of Ocwen Loan Servicing, LLC ("Ocwen") in place of GMACM based on its status as servicer for the subject loan.

1. On August 22, 2012, GMACM filed a Notice of Bankruptcy and Suggestion of Stay (the "Notice of Bankruptcy") with this Court. As set forth in the Notice of Bankruptcy, on July 13, 2012, the Bankruptcy Court entered a *Final Supplemental Order Under Bankruptcy Code Sections 105(A), 362, 363, 502, 1107(A), And 1108 And Bankruptcy Rule 9019 (i) Authorizing The Debtors To Continue Implementing Loss Mitigation Programs; (ii) Approving Procedures For Compromise And Settlement Of Certain Claims, Litigations And Causes Of Action; (iii) Granting Limited Stay Relief To Permit Foreclosure And Eviction Proceedings, Borrower Bankruptcy Cases, And Title Disputes To Proceed; And (iv) Authorizing And Directing The Debtors To Pay Securitization Trustee Fees And Expenses [D.I. 774]* (the "Final Supplemental Order").

2. On February 15, 2013 (the "Closing Date"), Ocwen purchased certain assets and mortgage servicing rights to mortgage loans from or became the subservicer of certain mortgage loans of Residential Capital, LLC and its subsidiary GMACM. The mortgage servicing rights for the Defendant's loan were either included in the sale or Ocwen was made the subservicer of

1

the Defendant's loan. As a result, said loan is currently serviced by Ocwen and Ocwen is the proper party-defendant.

3.  Ocwen is not a debtor in bankruptcy, nor is it affiliated with Residential Capital, LLC and/or its direct and indirect subsidiaries, nor does it have successor liability for acts or omissions by the Debtors occurring prior to February 15, 2013. *See* Sale Order, ¶¶ 5, 7, 9 and 23.

4.  Ocwen is now the holder of the subject note and, therefore, is the real party in interest to this instant action.

WHEREFORE, PREMISES CONSIDERED, GMACM respectfully requests that this Court substitute Ocwen Loan Servicing, LLC in its place so that the litigation may proceed anew.

Dated: July 22, 2013.

By: s/ Jon H. Patterson
(Bar No. 24077588)

Bradley Arant Boult Cummings, LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8403
Facsimile: (205) 488-6403
jpatterson@babc.com

*Attorney for GMAC Mortgage, LLC and Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following via certified mail on this the 22nd day of July, 2013:

Abosede Eboweme
4617 Covington Ct.
Grand Prairie, TX 75052

s/ Jon H. Patterson
OF COUNSEL