**Exhibit 4-F**

**Order Granting Voluntary Dismissal of**

**District Proceeding**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ABOSEDE A. EBOWEME | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 4:11-CV-446-Y |
| | § | |
| GMAC Mortgage, et al. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

On August 22, 2011, after reviewing Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e), the Court entered an Order Requiring a More Definite Statement (doc. 16). In that order, the Court noted a number of pleading deficiencies in Plaintiff's complaint and granted Plaintiff leave to amend it. The Court also provided Plaintiff with a number of guidelines to aid her in the amendment process.

Subsequently, on September 26, Plaintiff filed a document (doc. 17) informing the Court that she "would like to withdraw [her] case until [she is] financially able." Because no defendants have been served in this case, the Court construes this document as a motion to dismiss under Federal Rule of Civil Procedure 41(a) and GRANTS it. Accordingly, all claims in the above-styled and numbered cause are DISMISSED WITHOUT PREJUDICE.

SIGNED September 29, 2011.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE