## Exhibit 8-A

## Order Granting BoA's Motion for Relief from Stay





U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

---

**Signed September 13, 2010**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Abosede Eboweme, | ) | Case Number 09-41144-DML13 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Bank of America, National Association, as | ) | |
| Successor by Merger to LaSalle Bank | ) | |
| National Association as Trustee for RAMP | ) | Hearing Date: August 30, 2010 |
| 2007RP2, | ) | Hearing Time: 1:30 p.m. |
| | ) | |
| Movant, | ) | Judge: Honorable D. Michael Lynn |
| | ) | |
| v. | ) | |
| | ) | |
| Abosede Eboweme and Tim Truman, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER GRANTING MOVANT'S MOTION
### FOR RELIEF FROM CO-DEBTOR STAY

THIS MATTER came before the Court for hearing on August 30, 2010 on the

Movant's Motion for Relief from Automatic Stay and Co-Debtor Stay of Act Against Property (the

"Motion") filed by Bank of America, National Association as Successor by Merger to LaSalle Bank

1/1983555.2

National Association as Trustee for RAMP2007RP2 (the "Trustee") though GMAC Mortgage, LLC, as servicer for the Trustee. Based on the pleadings of record, the representations of counsel, and the testimony and other evidence at the hearing, the Court hereby finds, determines, and concludes the Motion is due to be granted on the terms and conditions set forth herein. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that the co-debtor stay is lifted with respect to the real property and improvements located at 4617 Covington Court, Grand Prairie, Texas 75052, more particularly described as follows:

> LOT 23, BLOCK X, OF OAK HOLLOW – PHASE FOUR, AN ADDITION TO THE CITY OF GRAND PRAIRIE, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 388-160, PAGES 60 AND 61, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.

(the "Real Estate"); and it is further

ORDERED, ADJUDGED and DECREED that the Trustee may exercise all rights and pursue all remedies, including foreclosure of the Real Estate; and it is further

ORDERED, ADJUDGED, and DECREED that this Order is without prejudice to the Debtor's right to pursue any causes of action, remedies, including damages (along with attorneys' fees, costs of court, and interest) that she may or not be entitled to against Aegis Mortgage Corporation; GMAC Mortgage, LLC.; Bank of America; Raifu Mustapha; Janet Davis; Janet Davis Realty; Margaret Fagbemi; Maximum Financial; Amazing Spec Home Inspection and Bola Ayanbule.

# # # End of Order # # #

2