## **Exhibit 9**

**Notice Converting Eboweme Bankruptcy Case**

William P. Rossini
State Bar No: 17309480
Wm. P. Rossini, PLLC
6440 N. Central Expressway
Suite 770
Dallas, Texas 75206
(214) 363-6400 - Telephone
(214) 363-6401 - Facsimile

ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case NO. 09-41144-DML13 |
| | § | |
| ABOSEDE EBOWEME, | § | |
| | § | Chapter 13 |
| Debtor. | § | |

### DEBTOR'S NOTICE OF CONVERSION OF CASE TO CHAPTER 7 CASE

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Abosede Eboweme, Debtor (the "Debtor"), who shows the Court as follows:

1.    Pursuant to 11 U.S.C. sec. 1307 and Fed. R. Bank. P. 1017(f)(3), the Debtor is eligible to, and entitled, to file this Notice of Conversion to a Case under Chapter 7.

2.    The Debtor hereby provides notice of her conversion of her case from a case under Chapter 13 to one under Chapter 7.

Respectfully submitted,

Wm. P. Rossini, PLLC
6440 N. Central Expressway
Suite 770
Dallas, Texas 75206
(214) 363-6400 - Telephone
(214) 363-6401 - Facsimile

By:   /s/ William P. Rossini                         
    William P. Rossini
    State Bar No. 17309480

ATTORNEY FOR DEBTOR


## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing Notice was served electronically or by U.S. First Class Mail on February 15, 2012, on the attached matrix of creditors and parties in interest.



     /s/ William P. Rossini                         
    William P. Rossini

Label Matrix for local noticing
0539-4
Case 09-41144-dml13
Northern District of Texas
Ft. Worth
Wed Feb 15 12:12:30 CST 2012

501 W. Tenth Street
Fort Worth, TX 76102-3637

Arlington ISD
CO Perdue, Brandon, Fielder, et al
p.o. box 13430
Arlington, TX 76094-0430

Asset Acceptance LLC
P O Box 2036
Warren, MI 48090-2036

Chase Manhattan Bank USA
P.O. Box 15129
Wilmington, Delaware 19850-5129

Dallas County
c/o Sherrel K. Knighton
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

GMAC Mortgage, LLC
3451 Hammond Ave.
Waterloo, IA 50702-5300

Homecomings Financial
P.O. Box 205
Waterloo, IA 50704-0205

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Recovery Management Systems Corporation
25 SE 2nd Ave. Ste. 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Tarrant County
Linebarger Goggan Blair & Sampson,LLP
CO Todd W. Deatherage
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2637

Tarrant County
Tax Assessor-Collector
100 E. Weatherford
Fort Worth, Texas 76196-0001

Tim Truman, Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-0996

William P. Rossini
Attorney at Law
1201 Main Street, Suite 2470
Dallas, Texas 75202-3902

Abosede Eboweme
4617 Covington Court
Grand Prarie, TX 75052-4000

Alice Whitten
Chapter 13 Trustee
6100 Western Place
Suite 1050
Fort Worth, TX 76107-4614

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

William P. Rossini
Rossini, PLLC
1201 Main Street, Suite 2470
Dallas, TX 75202-3902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)Arlington ISD

(u)Dallas County

(u)GMAC Mortgage, LLC

(u)Tarrant County

End of Label Matrix
Mailable recipients    19
Bypassed recipients     5
Total                  24