**<u>Exhibit 10</u>**

**Notice Closing Eboweme Bankruptcy Case**

BTXN 177 (rev. 10/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Abosede Eboweme                                 §        Case No.:  09–41144–dml7
                                                §        Chapter No.:  7
                                    Debtor(s)   §

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has not filed required certification and motion for entry of Chapter 13 Discharge

DATED:  7/13/12                         FOR THE COURT:
                                        Tawana C. Marshall, Clerk of Court

                                        by: /s/G Luna, Deputy Clerk