# Exhibit 11

## Motion to Reopen Eboweme Bankruptcy Case

Abosede
4617 Covington Ct.
G.P.
Tx 75052.

IN THE UNITED STATE
BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
OCT 29 2012
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ABOSEDE EBOWEME        CASE NO 09-41144
                       CHAPTER 7

APPLICATION TO REOPEN CLOSED CASE.

TO Honorable Lynn, Bankruptcy Judge.
The Application of the Debtor repectfully represent herself:

(1) On the 13th of July the above name debtor's attorney was to file a petition for Relief under Chapter 7 of title 11 of the United States code but he did not, on the 13th of July said case was closed.

2) My attorney's name is Ad

Mr William R. Rossini.

3, Among the creditors of Applicant, Chase Bank; GMAC and IRS and other trustees.

Wherefore I, Abosede Eboweme pray that the above-entitled case be reopen

08/23/12.

Abosede Eboweme
Signature of Applica