**Exhibit 12**

**Order Denying Motion to Reopen Eboweme Bankruptcy Case**



**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_/s/ signature_
**United States Bankruptcy Judge**

**Signed April 16, 2013**

---

BTXN057 (rev. 01/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                               §
Abosede Eboweme                      §    Case No.: 09−41144−dml7
                                     §    Chapter No.: 7
                      Debtor(s)      §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on 10/29/12, Debtor filed a Motion to Reopen Case ("Motion"), document number 99.

Subsequently,

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☐ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☒ Other : Per order entered 11/7/12, the Debtor was permitted to pay the full reopen filing fee in equal monthly installments over 5 months. Fee has not been paid.

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #