## Exhibit 3-C

**Notice of Trustee's Sale**

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND
CORRECT COPY OF THE ORIGINAL RECORDED
IN THE OFFICE OF LOS ANGELES COUNTY

RECORDING FEE:  **$18.00**

RECORDING REQUESTED BY
Executive Trustee Services, LLC dba ETS Services, LLC

RECORDED ON:  **October 24, 2011**

AS DOCUMENT NO:  **11-1434241**

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC dba ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120

BY:  **s/ PETER SAR**
LSI TITLE COMPANY

T.S. No. **CA1100036124**
Loan No. ███8858
Insurer No.
            110221222

SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 03/15/2006. UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank,
check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan
association, or savings association, or savings bank specified in Section 5102 of the Financial Code and
authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made,
but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to
satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for
any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: **FRANCINE SILVER, AN UNMARRIED WOMAN**
Recorded **03/23/2006** as Instrument No. **06 0618788** in Book **XX** , page  **XX** of  Official Records in the
office of the Recorder of **Los Angeles** County, California,
Date of Sale: **11/21/2011** at **10:30 A.M.**
Place of Sale:    At the West side of the Los Angeles County Courthouse, directly facing Norwalk
                 Blvd., 12720 Norwalk Blvd., Norwalk, CA 90650
Property Address is purported to be:    **8613 FRANKLIN AVENUE
                                        LOS ANGELES, CA 90069**

APN #: **5558-021-013**

The total amount secured by said instrument as of the time of initial publication of this notice is
**$1,466,220.09**, which includes the total amount of the unpaid balance (including accrued and unpaid
interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this
notice.

Date: **10/21/2011**

Executive Trustee Services, LLC dba ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
Sale Line:  714-730-2727

Omar Solorzano, TRUSTEE SALE OFFICER