# Exhibit 3-E

## Assignment of Deed of Trust to U.S. Bank

This page is part of your document - DO NOT DISCARD

**20130511055**






Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

04/05/13 AT 09:36AM

Pages:
0003

| | |
|---|---:|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



LEADSHEET



201304050790005

00007507179



004769900

SEQ:
16

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

E502968



Recording requested by:

When Recorded Mail To:
Financial Dimensions, Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

837525

APN: 5558-021-013
TS No.: CA-13-543760-JB
Order No.: 130036222-CA-GTI
MERS MIN No.: ███████████083-3    MERS Telephone No. 1-888-679-6377

78944574

Space above this line for recorders use

## Assignment of Deed of Trust

For value received, the undersigned hereby grants, assigns, and transfers to

**U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7**

All beneficial interest and all rights accrued or to accrue under that certain Deed of Trust dated **3/15/2006** executed by **FRANCINE SILVER , AN UNMARRIED WOMAN**, as Trustor(s) to **LAND AMERICA COMMONWEALTH**, as Trustee and recorded as Instrument No. **06 0618788**, on **3/23/2006**, of Official Records   in the office of the County Recorder of **LOS ANGELES** County, **CA,** that secures the underlying promissory note.

TS No.: CA-13-543760-JB
Page 2

Dated: 3.25.13

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION

By: Keli D. Smith
Authorized Officer

State of Pennsylvania    )
                         ) ss.
County of: Montgomery    )

On March 25, 2013 before me, Lisa Howlin Thomas a notary public, personally appeared Keli D. Smith, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.            (Seal)

Lisa Howlin Thomas

NOTARIAL SEAL
LISA HOWLIN THOMAS
Notary Public
CHELTENHAM TWP., MONTGOMERY COUNTY
My Commission Expires May 8, 2016



*U03686929*
10301    3/28/2013    78544585/1