**<u>Exhibit 4-A</u>**

**Assignment of Note and Deed**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**This page is part of your document - DO NOT DISCARD**




**20110937251**

Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

**07/13/11 AT 08:00AM**

| | |
|---|---:|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**LEADSHEET**

201107130120003

00004386165

003392270

**SEQ:**
**09**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    t35

E464773

Requested and Prepared by:
**Executive Trustee Services, LLC**

When Recorded Mail To:
**Executive Trustee Services, LLC**
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120



Loan No.: ████8858
TS NO: CA1100036124

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

**GMAC Mortgage, LLC FKA GMAC Mortgage Corporation**

all beneficial interest under that certain Deed of Trust dated: 03/15/2006 executed by FRANCINE SILVER, AN UNMARRIED WOMAN, as Trustor(s), to LAND AMERICA COMMONWEALTH, as Trustee, and recorded as Instrument No. 06 0618788, on 03/23/2006, in Book XX, Page XX of Official Records, in the office of the County Recorder of Los Angeles County, CA together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

**DATE:** 7/5/11

MERS MIN #████████0833
MERS PHONE #888 679 6377

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

_Jacqueline Keeley_
Assistant Secretary

State of pennsylvania SS.
County of montgomery }

On 7/5/11 before me, **Mary Lynch** Notary Public, personally appeared jacqueline keeley who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of pennsylvania that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

Signature _Mary Lynch_ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES