## **Exhibit 4-B**

**Substitution of Trustee**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**This page is part of your document - DO NOT DISCARD**



## 20110981264



Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

**07/22/11 AT 08:00AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**LEADSHEET**



201107220210005

00004426306



003407891

**SEQ:**
**03**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    t35

E404443

Documents provided by DataTree LLC via It's proprietary Imaging and delivery system. Copyright 2003. All rights reserved.

**RECORDING REQUESTED BY:**

LSI TITLE COMPANY, INC.

Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
(800)-665-3932


07/22/2011
*20110981264*

TS NO : CA1100036124
LOAN NO : ▮▮▮▮8858

SPACE ABOVE THIS LINE FOR RECORDER S USE

# SUBSTITUTION OF TRUSTEE

**WHEREAS, FRANCINE SILVER, AN UNMARRIED WOMAN** was the original Trustor, **LAND AMERICA COMMONWEALTH** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONWIDE LENDING GROUP A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated **03/15/2006** and recorded on **03/23/2006** as Instrument No. **06 0618788**, in Book **XX**, Page **XX** of Official Records of **Los Angeles** County, California; and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned desires to substitute **Executive Trustee Services, LLC dba ETS Services, LLC,** as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

**Dated:** 7/6/11

GMAC Mortgage, LLC FKA GMAC Mortgage Corporation

_____
Jacqueline Keeley
Authorized Officer

State of pennsylvania  } ss.
County of montgomery  }

On 7/6/11 before me, **Nikole Shelton** Notary Public, personally appeared jacqueline keele who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of pennsylvania hat the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Aug. 11, 2014
Member, Pennsylvania Association of Notaries