# Exhibit 13

**Docket of Silver Bankruptcy Case**

CLOSED

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:11-bk-57082-TD

|  |  |
|---|---|
| *Assigned to:* Thomas B. Donovan | *Date filed:* 11/14/2011 |
| Chapter 7 | *Date terminated:* 05/23/2012 |
| Voluntary | *Debtor discharged:* 03/06/2012 |
| No asset | *341 meeting:* 12/23/2011 |
|  | *Deadline for objecting to discharge:* 02/21/2012 |
|  | *Deadline for financial mgmt. course:* 02/21/2012 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| **Debtor**<br>**Francine Silver**<br>8613 Franklin Ave<br>West Hollywood, CA 90069<br>LOS ANGELES-CA<br>SSN / ITIN: xxx-xx-7666 | represented by **Ehud Gersten**<br>3115 4th Ave<br>San Diego, CA 92103<br>619-600-0098<br>Fax : 619-600-0083<br>Email: egersten@gerstenlaw.com |

**Trustee**
**David M Goodrich (TR)**
333 S. Hope St., 35th Floor
Los Angeles, CA 90071
(213) 626-2311

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1<br>(48 pgs) | Chapter 7 Voluntary Petition . Fee Amount $306 Filed by Francine Silver (Gersten, Ehud) (Entered: 11/14/2011) |
| 11/14/2011 | 2<br>(1 pg) | Declaration Re: Electronic Filing Filed by Debtor Francine Silver. (Gersten, Ehud) (Entered: 11/14/2011) |
| 11/14/2011 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Francine Silver. (Gersten, Ehud) (Entered: 11/14/2011) |

| | | |
|---|---|---|
| 11/14/2011 | | Statement of Social Security Number(s) Form B21 Filed by Debtor Francine Silver. (Gersten, Ehud) (Entered: 11/14/2011) |
| 11/14/2011 | <u>5</u><br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/23/2011 at 09:00 AM at RM 2610, 725 S Figueroa St., Los Angeles, CA 90017. Objections for Discharge due by 02/21/2012. Cert. of Financial Management due by 02/21/2012 for Debtor and Joint Debtor (if joint case) (Gersten, Ehud) (Entered: 11/14/2011) |
| 11/15/2011 | | Receipt of Voluntary Petition (Chapter 7)(2:11-bk-57082) [misc,volp7] ( 306.00) Filing Fee. Receipt number 23584671. Fee amount 306.00. (U.S. Treasury) (Entered: 11/15/2011) |
| 11/16/2011 | <u>6</u><br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Goins, Terry) (Entered: 11/16/2011) |
| 11/18/2011 | <u>7</u><br>(1 pg) | Financial Management Course Certificate Filed by Debtor Francine Silver (RE: related document(s)<u>5</u> Meeting (AutoAssign Chapter 7)). (Gersten, Ehud) Warning: Item subsequently amended by docket no. 10. Modified on 11/21/2011 (Jarquin, Jacqueline). (Entered: 11/18/2011) |
| 11/18/2011 | <u>8</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s) <u>5</u> Meeting (AutoAssign Chapter 7)) No. of Notices: 10. Notice Date 11/18/2011. (Admin.) (Entered: 11/18/2011) |
| 11/18/2011 | <u>9</u><br>(5 pgs) | BNC Certificate of Notice (RE: related document(s) <u>6</u> Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 11/18/2011. (Admin.) (Entered: 11/18/2011) |
| 11/21/2011 | 10 | Notice to Filer of Error and/or Deficient Document **Other - Req. Not Met. Official Form B23 not submitted.** (RE: related document(s)<u>7</u> Financial Management Course - Debtor filed by Debtor Francine Silver) (Jarquin, Jacqueline) (Entered: 11/21/2011) |
| 11/22/2011 | <u>11</u><br>(1 pg) | Financial Management Course Certificate *Form B23* Filed by Debtor Francine Silver. (Gersten, Ehud) (Entered: 11/22/2011) |
| | <u>12</u> | Notice *of mailing of Meeting of Creditors Notice to new* |

| | | |
|---|---|---|
| 11/22/2011 | (9 pgs) | address for existing creditor The Home Depot filed by Debtor Francine Silver. (Gersten, Ehud) (Entered: 11/22/2011) |
| 11/23/2011 | [13](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Jared D Bissell on behalf of Courtesy NEF. (Bissell, Jared) (Entered: 11/23/2011) |
| 01/20/2012 | | Chapter 7 Trustee's Report of No Distribution: I, David M Goodrich (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 978000.00, Assets Exempt: $ 6502.00, Claims Scheduled: $ 1617772.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 1617772.00. Filed by Trustee David M Goodrich (TR) (RE: related document(s)5 Meeting of Creditors with 341). (Goodrich (TR), David) (Entered: 01/20/2012) |
| 01/26/2012 | [14](#) (44 pgs; 4 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 8613 Franklin Avenue, Los Angeles, California 90069 *with Proof of Service*. Fee Amount $176, Filed by Creditor GMAC Mortgage, LLC (Attachments: # [1](#) Exhibit 1# [2](#) Exhibit 2# [3](#) Exhibit (s) 3 - 4) (Yabes, Gilbert) (Entered: 01/26/2012) |
| 01/26/2012 | | Receipt of Motion for Relief from Stay - Real Property(2:11-bk-57082-TD) [motion,nmrp] ( 176.00) Filing Fee. Receipt number 24985974. Fee amount 176.00. (U.S. Treasury) (Entered: 01/26/2012) |
| | 15 | Hearing Set (RE: related document(s)14 Motion for Relief from Stay - Real Property filed by Creditor GMAC Mortgage, LLC) The Hearing date is set for |

| | | |
|---|---|---|
| 01/30/2012 | | 2/25/2012 at 10:00 AM at Crtrm 1545, 255 E. Temple St., Los Angeles, CA 90012. The case judge is Thomas B. Donovan (Vandensteen, Nancy) (Entered: 01/30/2012) |
| 02/08/2012 | 16<br>(12 pgs) | Opposition to (related document(s): 14 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 8613 Franklin Avenue, Los Angeles, California 90069 *with Proof of Service*. Fee Amount $176, filed by Creditor GMAC Mortgage, LLC, Automatic docket of credit card/debit card, 15 Hearing (Bk Motion) Set) *DEBTORS MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO MOTION OF GMAC MORTAGE, LLC, FOR RELIEF FROM AUTOMATIC STAY* Filed by Debtor Francine Silver (Gersten, Ehud) (Entered: 02/08/2012) |
| 02/08/2012 | 17<br>(15 pgs; 2 docs) | Opposition to (related document(s): 14 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 8613 Franklin Avenue, Los Angeles, California 90069 *with Proof of Service*. Fee Amount $176, filed by Creditor GMAC Mortgage, LLC, Automatic docket of credit card/debit card, 15 Hearing (Bk Motion) Set, 16 Opposition filed by Debtor Francine Silver) *DECLARATION OF EHUD GERSTEN IN OPPOSITION TO MOTION OF GMAC MORTGAGE, LLC, FOR RELIEF FROM AUTOMATIC STAY* Filed by Debtor Francine Silver (Attachments: # 1 Exhibit 1) (Gersten, Ehud) (Entered: 02/08/2012) |
| 02/08/2012 | 18<br>(40 pgs; 8 docs) | Opposition to (related document(s): 14 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 8613 Franklin Avenue, Los Angeles, California 90069 *with Proof of Service*. Fee Amount $176, filed by Creditor GMAC Mortgage, LLC, Automatic docket of credit card/debit card, 15 Hearing (Bk Motion) Set, 16 Opposition filed by Debtor Francine Silver, 17 Opposition filed by Debtor Francine Silver) *DECLARATION OF MARCUS SILVER IN OPPOSITION TO MOTION OF GMAC MORTGAGE, LLC, FOR RELIEF FROM AUTOMATIC STAY* Filed by Debtor Francine Silver (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7) (Gersten, Ehud) (Entered: 02/08/2012) |

| | | |
|---|---|---|
| 02/14/2012 | 19 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Avi Schild on behalf of Atlas Acquisitions LLC. (Schild, Avi) (Entered: 02/14/2012) |
| 02/29/2012 | 20 (4 pgs) | Order Denying Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 14 ) Signed on 2/29/2012 (Vandensteen, Nancy) (Entered: 02/29/2012) |
| 03/02/2012 | 21 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 03/02/2012. (Admin.) (Entered: 03/02/2012) |
| 03/06/2012 | 22 (2 pgs) | DISCHARGE OF DEBTOR(S): Debtor (BNC) (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) (Toliver, Wanda) (Entered: 03/06/2012) |
| 03/06/2012 | 23 (8 pgs; 3 docs) | Amended Schedule B , Amended Schedule C Filed by Debtor Francine Silver. (Attachments: # 1 Amended B and C# 2 EFD) (Gersten, Ehud) (Entered: 03/06/2012) |
| 03/06/2012 | 24 (5 pgs) | Adversary case 2:12-ap-01352. Complaint by Francine Silver against GMAC MORTGAGE. (Fee Not Required). Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)),(72 (Injunctive relief - other)) (Gersten, Ehud) (Entered: 03/06/2012) |
| 03/07/2012 | 25 (2 pgs) | Withdrawal re: *Chapter 7 Trustee's Report of No Distribution* Filed by Trustee David M Goodrich (TR) (RE: related document(s) Chapter 7 Trustee's Report of No Distribution). (Goodrich (TR), David) (Entered: 03/07/2012) |
| 03/08/2012 | 26 (4 pgs) | BNC Certificate of Notice (RE: related document(s)22 DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 8. Notice Date 03/08/2012. (Admin.) (Entered: 03/08/2012) |
| | 27 | Transcript regarding Hearing Held 02/23/12 RE: Motion for Relief from Stay. Remote electronic access to the transcript is restricted until 06/11/2012. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For transcriber contact information, call the applicable divisional office where the case was filed.]. Notice of Intent to Request Redaction Deadline Due By 3/20/2012. Redaction Request Due By |

| | | |
|---|---|---|
| 03/13/2012 | | 04/13/2012. Transcript access will be restricted through 06/11/2012. (Bauer, Tara) (Entered: 03/13/2012) |
| 05/22/2012 | | Chapter 7 Trustee's Report of No Distribution: I, David M Goodrich (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 6 months. Assets Abandoned (without deducting any secured claims): $ 978000.00, Assets Exempt: $ 6503.00, Claims Scheduled: $ 1617772.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 1617772.00. Filed by Trustee David M Goodrich (TR). (Goodrich (TR), David) (Entered: 05/22/2012) |
| 05/23/2012 | 28 | Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Vandensteen, Nancy) (Entered: 05/23/2012) |
| 07/03/2012 | <u>29</u><br>(5 pgs; 2 docs) | Notice *NOTICE OF LODGMENT OF MOTION TO COMPEL ANSWER TO COMPLAINT* Filed by Debtor Francine Silver. (Attachments: # <u>1</u> Exhibit A) (Gersten, Ehud) (Entered: 07/03/2012) |
| 07/03/2012 | <u>30</u><br>(2 pgs) | Certificate of Service Filed by Debtor Francine Silver (RE: related document(s)<u>29</u> Notice). (Gersten, Ehud) (Entered: 07/03/2012) |

| PACER Service Center |||||
|---|---|---|---|---|
| **Transaction Receipt** |||||
| 01/08/2015 10:24:55 |||||
| PACER Login: | sw0122:2641798:0 | Client Code: | 19000.1384 ||
| Description: | Docket Report | Search Criteria: | 2:11-bk-57082-TD Fil or Ent: filed From: 1/1/2011 To: 1/8/2015 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included ||
| Billable Pages: | 4 | Cost: | 0.40 ||