**Exhibit 17**

**Order Dismissing Adversary Complaint**

| | |
|---|---|
| 1 | ADAM N. BARASCH (State Bar No. 158220)<br>DONALD H. CRAM (State Bar No. 160004) |
| 2 | JOHN B. SULLIVAN (State Bar No. 96742)<br>SEVERSON & WERSON |
| 3 | A Professional Corporation<br>One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, California 94111<br>Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Defendant<br>GMAC Mortgage, LLC |

**FILED & ENTERED**

SEP 12 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:11-bk-57082-TD |
| FRANCINE SILVER, | Chapter 7 |
| Debtor. | Adv. No. 2:12-ap-01352-TD |
| FRANCINE SILVER, | **ORDER ON GMACM'S MOTION TO DISMISS COMPLAINT** |
| Plaintiff, | DATE: September 6, 2012<br>TIME: 11:00 AM<br>COURT: 1345 |
| vs. | |
| GMAC MORTGAGE, LLC, | Complaint Filed: March 6, 2012 |
| Defendant. | |

The Motion to Dismiss the Complaint of Plaintiff Francine Silver ("Plaintiff"), filed by Defendant GMAC Mortgage LLC ("GMACM or Defendant"), came on regularly for hearing on the above-captioned date and time before the Honorable Judge Thomas Donovan. Defendant appeared by and through their attorney of record, Adam N. Barasch, of the law firm of Severson & Werson, P.C. Plaintiff did not appear at the hearing and is deemed consent to the court's tentative ruling previously announced.

Upon consideration of Defendant's motion, Plaintiff's opposition, and the pleadings and files in this case, and finding that service of the motion was proper:

19000.1223/2363319.1

ORDER DISMISSING ADVERSARY COMPLAINT

1

2　　　　　IT IS HEREBY ORDERED that the tentative ruling of the Court as docketed herein is

3　adopted as the final ruling and Plaintiff's Adversary Case is dismissed without leave to amend and

4　without prejudice for the reasons stated on the record.

5　　　　　　　　　　　　　　　　　　　###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23　DATED: September 12, 2012　　　　　
24　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

25

26

27

28

19000.1223/2363319.1　　　　　　　　　　-2-
　　　　　　　　　　　　　　　　　　　ORDER DISMISSING ADVERSARY COMPLAINT

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Thomas B. Donovan, Presiding
**Courtroom 1345 Calendar**

**Thursday, September 6, 2012**  Hearing Room 1345

11:00 am

**2:11-57082    Francine Silver**  Chapter 7

Adv#: 2:12-01352  Silver v. GMAC MORTGAGE et al

#50.00    Hrg re GMAC Mortgage LLC's
motion to dismiss complaint
[Adam N. Barasch]

Docket #: 17

**Tentative Ruling:**

PLAINTIFF'S OPPOSITION IS OVERRULED. DEFENDANT'S MOTION IS GRANTED FOR REASONS STATED IN THE MOTION.

(1) ON MARCH 6, 2012, WHEN PLAINTIFF FILED THIS ADVERSARY, PLAINTIFF HAD NO STANDING UNDER RULE 17.

(2) EVEN IF PLAINTIFF LATER RE-ACQUIRED A PECUNIARY INTEREST IN THE REAL PROPERTY THAT IS THE SUBJECT OF HER ADVERSARY (BY REASON OF HER FORMER CHAPTER 7 TRUSTEE'S ABANDONMENT OF HER BANKRUPTCY ESTATE'S INTEREST), THE REAL PROPERTY IS NOT NOW PROPERTY OF AN ACTIVE BANKRUPTCY ESTATE.

(3) FOR THE FOREGOING REASONS, THE COURT LACKS SUBJECT MATTER JURISDICTION IN THIS ADVERSARY.

(4) EVEN IF THE COURT RETAINED SOME JURISDICTIONAL BASIS OVER PLAINTIFF'S CLAIMS OR THE REAL PROPERTY, THE COURT BELIEVES IT SHOULD ABSTAIN PURSUANT TO THE PROVISIONS OF 11 U.S.C. § 305(a). THE COURT ALSO BELIEVES IT SHOULD DISMISS THIS ADVERSARY WITHOUT

# United States Bankruptcy Court
## Central District of California

Los Angeles

Judge Thomas B. Donovan, Presiding

**Courtroom 1345 Calendar**

**Thursday, September 6, 2012**          Hearing Room 1345

---

<u>11:00 am</u>

**Cont....     Francine Silver**          **Chapter 7**

LEAVE TO AMEND IN THE INTEREST OF JUSTICE OR COMITY WITH STATE COURTS AND RESPECT FOR STATE LAW.

PLAINTIFF'S ACCOMPANYING REQUEST FOR JUDICIAL NOTICE IS DENIED.

NO APPEARANCE IS NECESSARY.

MOVANT MUST LODGE A PROPOSED ORDER WITHIN 7 DAYS.

IF ANY PARTY PLANS TO APPEAR, PLEASE PROMPTLY NOTIFY THE COURT AND ALL OTHER PARTIES.

                       Party Information

<u>Debtor(s):</u>

     Francine Silver                             Represented By
                                        Ehud Gersten

<u>Defendant(s):</u>

     GMAC MORTGAGE                 Represented By
                                        Adam N Barasch

     GMAC MORTGAGE, LLC            Represented By
                                        Adam N Barasch

<u>Plaintiff(s):</u>

     Francine Silver                             Represented By
                                        Ehud Gersten

<u>Trustee(s):</u>

     David M Goodrich (TR)

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

One Embarcadero Center, Suite 2600, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): **ORDER ON GMACM'S MOTION TO DISMISS COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 10, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Plaintiff's Attorney: Ehud Gersten, egersten@gerstenlaw.com
    United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 10, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Francine Silver | Hon. Thomas B. Donovan | David M. Goodrich |
| --- | --- | --- |
| 8613 Franklin Ave | U.S. Bankruptcy Court | 870 Roosevelt Ave. |
| West Hollywood, CA 90069 | 255 East Temple Street, Ste. 1352 | Irvine, CA 92620 |
| | Los Angeles, CA 90012 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2012 | Erica Wheelock | /s/ Erica Wheelock |
| --- | --- | --- |
| Date | Printed Name | Signature |

19000.1223/2363319.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify): **ORDER ON GMACM'S MOTION TO DISMISS COMPLAINT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (date) September 10, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Defendant's Attorney: Adam N. Barasch, anb@severson.com
Plaintiff's Attorney: Ehud Gersten, egersten@gerstenlaw.com
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Francine Silver
8613 Franklin Ave
West Hollywood, CA 90069

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

19000.1223/2363319.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9021-1.1.NOTICE.ENTERED.ORDER