## <u>Exhibit 19</u>

**Scheduling Order**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

In Re
Residential Capital, LLC
Debtor
Residential Capital, LLC
Appellant
Francine Silver ,

                              Appellant,                    14cv3630(GBD)
                                                            SCHEDULING ORDER

          -against-

ResCap Borrower Claims Trust Appellee,

                              Appellant,
----------------------------------------------------X
GEORGE B. DANIELS, District Court Judge:

          An appeal of an Order of the Bankruptcy Court of the Southern District of New York
having been filed and both appellant and appellee having submitted their designation of record
on appeal, it is hereby,

          ORDERED, that appellant's memorandum of law in support of its appeal shall be
submitted by August 7, 2014 appellees' opposition shall be submitted by November 6, 2014,
and appellant's reply shall be submitted by February 5, 2015

          IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall
provide one courtesy copy to United States Courthouse, 40 Centre Street, Rm 410, New York,
New York 10007.

Dated: New York, New York
          May 22, 2014


                                        SO ORDERED:

                                        _George B Daniels_
                                        George B. Daniels, USDJ