**Exhibit 22**

**Silver Motion for Default Judgment**

## UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK

MOTION FOR DEFAULT JUDGMENT BY FRANCINE SILVER

Case # 14CV3630(GD). PRESIDED OVER BY THE HONORABLE

JUDGE DANIELS.

DEFENSE COUNSEL
MORRISON & FOERSTER LLP
NORMAN ROSENBAUM
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

MOVANT - FRANCINE SILVER
8613 Franklin Ave
Los Angeles, CA 90069
Tel (310) 945 6105



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __4/19/14__
```

Movant hereby requests Judgment by Default due to Debtors failure to respond to Movant's brief by the June 16th, 2014 deadline.

Movant's claim is an allowed claim as per the settlement agreement and is also fair, well founded, and has never been contested. The Debtors have more than adequate funds currently held in trust to settle the allowed claims. Had the Debtors abided by the terms of the settlement agreement, the claim should have been paid on December 17th, 2013. The Debtors breach of the settlement agreement has perpetuated and greatly increased damages suffered by Movant.

A default judgment is appropriate for the numerous reasons already mentioned in the brief. Movant hereby requests that the Court grant a Default Judgment in the full amount of $3,000,000.00 plus reasonable per diem interest and that the claim should be paid immediately and in no event later than June 30th, 2014.

Respectfully,

*Francine Silver* (signature)

Francine Silver

## PROOF OF SERVICE FORM

PART 1:   **Delivery by U.S. Mail**: Proof of Service by Mail.

I, Marcus Silver, declare that I am over the age of eighteen years and not a party to the action. My address is 8613 Franklin Ave, Los Angeles, CA 90069

On, June 18, 2014, I served the Motion for default judgment by placing a true copy in the United States mail enclosed in a sealed envelope with postage fully prepaid, addressed as follows:

> Norman Rosenbaum
> Morrison and Foerster
> 1290 Avenue of the Americas
> New York, New York 10104

*[RECEIVED JUN 1 9 2014 PRO SE OFFICE stamp]*

PART 2:   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 18th[th], 2014, in Los Angeles, California.

_____        MARCUS SILVER
Signature                         Type or Print Name

# PRIORITY ★ MAIL ★ EXPRESS™

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

U.S. POSTAGE PAID LOS ANGELES 90069 JUN 18, AMOUNT $19.99 00092921-
1007

INSUR

EI 626584314 US

JUN 19 2014

## FLAT RATE ENVEL
ONE RATE ★ ANY WEIGHT*

USMS SDNY

PS10001000006

EP13F July
OD: 12.5 x

PRESS HARD. YOU ARE MAKING 3 COPIES.

EXPRESS MAIL — UNITED STATES POSTAL SERVICE®

Mailing Label
Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 90069
Day of Delivery: X Next ☐ 2nd ☐ 2nd Del. Day
Postage: $
PRO SE OFFICE
Date Accepted: Mo. 06 Day 18 Year 14
Scheduled Date of Delivery: Month 06 Day 19
Return Receipt Fee: $
Scheduled Time of Delivery: X Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Time Accepted: 1:52 ☐ AM X PM
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 19.99
Flat Rate ☐ or Weight — lbs. ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Date — Mo. Day — Time ☐ AM ☐ PM — Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

X WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

FROM: (PLEASE PRINT) PHONE (

M. SILVER
8613 FRANKLIN AVE
L.A. CA 90069

TO: (PLEASE PRINT) PHONE (

UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT
DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE
500 PEARL ST - ROOM 200
NEW YORK N.Y.

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
10007 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS





