# Exhibit 24

## Silver Response Letter

Francine Silver
8613 Franklin Ave
Los Angels, CA 90069
(310) 945 6105

July 3, 2014

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re: Francine Silver v. The ResCap Borrower Claims Trust, No. 14-cv-03630 (GBD)

To The Honorable George B. Daniels, U.S.D.J.:

Movant Francine Silver would again like to remind Respondent of the deadlines to respond to a motion.

Under TITLE VIII Rule. 27, any party may file a response to a motion; Rule 27(a)(2) governs its contents. The response must be filed within <u>10 days</u> after service of the motion unless the court shortens or extends the time. The time to respond to the new motion, and to reply to that response, are governed by Rule 27(a)(3)(A) and (a)(4).

Movant filed her motion for Default Judgment on 6/19/14. Therefore any viable response should have been filed by 6/29/14 at the very latest. Respondent's reply was not made until 7/03/14 and is therefore too late! Respondents failure to respond by the deadline means the court should completely disregard their opposition in its entirety. There is no need to evaluate its merit but even if the opposition was filed on time, the argument lacks merit because on 6/2/14 Movant's brief was filed and entered on 6/4/14 with the court requesting a response by 6/19/2014 as per attached exhibit.

Also under Federal Rules of Appellate Procedure TITLE VII. GENERAL PROVISIONS Serving and Filing Briefs Rule 31.

(a) Time to Serve and File a Brief.

(1) The appellant must serve and file a brief within 40 days after the record is filed. The appellee must serve and file a brief <u>within 30 days</u> after the appellant's brief is served.

Although Respondent refers to the memorandum of law not being due until November 6, 2014 that is not the point here. Respondents have failed to respond in a timely manner to the brief, motion for certification to the court of appeals and now the motion for default judgment. Given that two courts in California have found Movant was defrauded by Respondents and Movant's proof of claim is very well documented and the arguments are strong and based on the law and the terms of the plan, it is difficult to imagine how respondent could make a convincing response even if they were given 100 years. Respondent's belated opposition is simply a desperate attempt to delay paying what they owe. Whether or not the learned Judge agrees with the merit of their argument, it is simply too late and should be disregarded in its entirety!

As Movant is 89 years old, sick and under financial and emotional duress she respectful asks the court to grant her motion for default judgment at the Judge's earliest convenience or else grant the motion for certification to the court of appeals.

Respectfully,

*Francine Silver*

Francine Silver



## PROOF OF SERVICE FORM

PART 1: **Delivery by U.S. Mail**: Proof of Service by Mail.

I, Marcus Silver, declare that I am over the age of eighteen years and not a party to the action. My address is 8613 Franklin Ave, Los Angeles, CA 90069

On, July 3, 2014, I served the response to the respondents letter objecting to default judgment by placing a true copy in the United States mail enclosed in a sealed envelope with postage fully prepaid, addressed as follows:

Norman Rosenbaum
Morrison and Foerster
1290 Avenue of the Americas
New York, New York 10104

United States Courthouse
40 Centre Street, Rm 410,
New York, New York 10007

PART 2: I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 3, 2014, in Los Angeles, California.

_____          MARCUS SILVER
Signature                                                    Type or Print Name




1006    10007

# PRIORITY
# ★ MAIL ★

FROM:

M. SILVER
8613 FRANKLIN AVE
N-LA 90069.

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

*Domestic only*

TO:
UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NG
ATTN: PRO SE INTAKE UNIT —
DANIEL PATRICK MOYNIHAN COURT
500 PEARL ST.
NEW YORK, N.Y. 10007-

JUL 7 2014
PRO SE OFFICE

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

VISIT US AT USPS.COM®