# Exhibit 25

**District Court Order**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 09 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:
Residential Capital LLC,
Debtor

Francine Silver,

     Appellant,

  -against-

ResCap Borrower Claims Trust,

     Appellee.

------------------------------------------------------------- x

ORDER
14 CV 3630 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Appellant's motion for default judgment based on Appellee's alleged failure to timely respond to Appellant's memorandum of law in support of her appeal is DENIED. Pursuant to this Court's scheduling order (ECF No. 5), Appellee's opposition shall be submitted by November 6, 2014.

  Appellant's motion for direct certification to the Court of Appeals is DENIED because it does not meet the standards imposed by 28 U.S.C. § 158(d)(2)(A).

  The clerk of the court is instructed to close the motions at ECF Nos. 8 and 9.

Dated: New York, New York
   July 8, 2014

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge