## Exhibit 29

**Silver Default Judgment Motion with Second Circuit**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT    Exhibit 29

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 14-2664bk                                    Caption [use short title]

Motion for: Default Judgment

In re: Residential Capital, LLC

Set forth below precise, complete statement of relief sought:

Appellant seeks Default Judgment for the
whole amount of her $3,000,000.00 claim
plus NY 9% statutory interest from 12/17/13
until the claim is finally paid.

MOVING PARTY: Francine Silver                OPPOSING PARTY: Residential Capital, LLC

☐ Plaintiff                   ☐ Defendant
☑ Appellant/Petitioner        ☐ Appellee/Respondent

MOVING ATTORNEY: Francine Silver (pro se)    OPPOSING ATTORNEY: Jordan A. Wishnew

[name of attorney, with firm, address, phone number and e-mail]

8613 Franklin Ave Los Angeles, CA 90069      Morrison and Foerster

Tel (310) 945 6105                            250 West 55th Street New York, NY 10019-9601

email MarcusDanielSilver@gmail.com           (212) 336 4328 email jwishnew@mofo.com

Court-Judge/Agency appealed from: Judge Daniels - DC Court: SDNY (NEW YORK CITY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?              ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date:

Signature of Moving Attorney:

Francine Silver    Date: 11/04/14          Service by: ☐ CM/ECF    ☑ Other [Attach proof of service]

( PRO SE )

Form T-1080 (rev. 12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

FRANCINE SILVER v.

RESIDENTIAL CAPITAL, LLC

BORROWER CLAIMS TRUST

**CERTIFICATE OF SERVICE**
Docket Number: 14-2664 BK

I, MARCUS SILVER , hereby certify under penalty of perjury that on
11/04/14 (name) , I served a copy of FORM T-1080
(date) REQUESTING DEFAULT JUDGEMENT
(list all documents)

by (select all applicable)*

☑ United States Mail
☐ Federal Express
☐ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| JORDAN A. WISHNEW. MORRISON & FOERSTER 250 W. 55th St | NY | NY | 10019-9601 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

11/04/14
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

RECEIVED

2013 OCT 30 PM 2:55
8613 Franklin Ave, Los Angeles CA 90069 (310) 945 6105

COURT OF APP.
SECOND CIRCUIT

Francine Silver

In Re: Residential Capital, LLC,

**Request for Default Judgment by Clerk of Court**

Docket Number 142664

Debtor
*******************************************

Francine Silver

Appellant,

v.

Rescap Borrower Claims Trust,

Appellee

---

Dear Ms. O'Hagan Wolfe,

Regarding my appeal, as per court records, the apellee has failed to file either a scheduling order or a reply brief within the applicable deadlines. I am kindly requesting that as Court Clerk you enter default judgment for the whole amount of my claim of $3,000,000 plus statutory interest at 9% starting December 17th, 2013 and calculated per diem at $740.

I am basing my request for you to enter default judgment under NY CPLR § 3215 and also under the Federal Rules of Civil Procedure Title VII, Rule 55 that states:

> *(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, <u>the clerk must enter the party's default</u>.*

*(b) Entering a Default Judgment.*

*(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due— must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.*

I realize that you must be incredibly busy with other very important matters, so I am very appreciative of your help in resolving this at your earliest possible convenience. I am also attaching an affidavit confirming the amount owed. Thanks again for your assistance.

Respectfully,

Francine Silver

Francine Silver
8613 Franklin Ave, Los Angeles CA 90069 (310) 945 6105

In Re: Residential Capital, LLC,

Docket Number 142664

Debtor
*******************************************

Francine Silver

Appellant,

v.

Rescap Borrower Claims Trust,

Appellee

## AFFIDAVIT

I Francine Silver duly swear and affirm under the penalty of perjury that " defendant owes the whole amount of my claim of $3,000,000.00 plus statutory interest of 9 % per anum starting from December 17th, 2013."

Respectfully,

Francine Silver                                          Date OCT 28, 2014

Affiant appeared before me as notary, swore to the above statements and showed legal identification

R. SADIGHIM
Commission # 2011867
Notary Public - California
Los Angeles County
My Comm. Expires Mar 14, 2017

NOTARY

# PROOF OF SERVICE FORM

PART 1:    **Delivery by U.S. Mail**: Proof of Service by Mail.

I, Marcus Silver, declare that I am over the age of eighteen years and not a party to the action. My address is 8613 Franklin Ave, Los Angeles, CA 90069

On, October 28th, 2014 2014, I served the request for the clerk to issue default judgment and affidavit in support regarding my case docket # 142664 by placing a true copy in the United States mail enclosed in a sealed envelope with postage fully prepaid, addressed as follows:

Jordan A. Wishnew
Morrison and Foerster
250 West 55th Street
New York, NY 10019-9601

PART 2:    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 28th, 2014, in Los Angeles, California.

_____
Signature

MARCUS SILVER
Type or Print Name



This envelope is made from post-consumer waste. Please recycle - again.




```
P                              U.S. POSTAGE
                               $5.75
                               PM 2-DAY
                               90028  0006
                               Date of sale
                               11/04/14
                               06    2S00
                               08308294        APC
```

## PRIORITY MAIL 2-DAY™

EXPECTED DELIVERY 11/06/2014

SHIP
TO:                                           0006

**NEW YORK NY 10007-1502**

### USPS TRACKING NUMBER

ZIP

420 10007 9505 5000 1183 4308 0000 97

FROM:
M. SILVER
8613 FRANKLIN AVE
L.A. CA 90069

TO:

UNITED STATES COURT OF APPEA
THURGOOD MARSHALL U.S. COU
40 FOLEY SQUARE
NEW YORK N.Y. 10007





EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

