MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF REVISED RESPONSE DEADLINES**

**PLEASE TAKE NOTICE** that on January 22, 2015, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust filed the following documents with the Court, respectively:

- The ResCap Liquidating Trust's Eighty-First Omnibus Objection to Claims ((A) Duplicate Claim; (B) Insufficient Documentation Claims; (C) No Liability Claims; (D) Designate and Allow Claim; and (E) Reduce and Allow Claims) [Docket No. 8013] (the "Eighty-First Omnibus Claims Objection");

- The ResCap Borrower Claims Trust's Objection to Claim Number 2267 Filed by Abosede Eboweme [Docket No. 8018] (the "Eboweme Claim Objection"); and

- Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8019] (the "Silver Claim Objection", and together with the Eighty-First Omnibus Claims Objection and the Eboweme Claim Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** the response deadline for each of the Objections, previously scheduled for February 12, 2015 at 4:00 p.m. (Prevailing Eastern Time), has been rescheduled to **February 13, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, due to the Court's February 12, 2015 closure for observance of President Lincoln's birthday.

ny-1173803

Dated: January 23, 2015
New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*