**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------
                                                              )
In re:                                                        )   Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, *et al*.,      )   Chapter 11
                                                              )
                                            Debtors.    )   Jointly Administered
---------------------------------------------------------------------------
                                                              )

**ORDER DIRECTING THE RESCAP BORROWER CLAIMS TRUST TO RESPOND
TO KAREN MICHELE ROZIER'S MOTION FOR RECONSIDERATION**

Upon Karen Michele Rozier's filing of a motion for reconsideration (the "Motion," ECF Doc. # 8014) of the Court's Opinion (the "Opinion," ECF Doc. # 7909) sustaining the ResCap Borrower Claims Trust's (the "Trust") objection to her claims; and the Court determining that the Trust's input would facilitate a just resolution of the Motion; it is hereby

**ORDERED**, that the Trust is directed to file a response to the Motion on or before **February 6, 2015**; and it is further

**ORDERED**, that Rozier is permitted to file a reply to the Trust's response, not to exceed ten pages in length, on or before **February 13, 2015**.

Dated:   January 23, 2015
         New York, New York

                                             _____/s/Martin Glenn_____
                                                   MARTIN GLENN
                                            United States Bankruptcy Judge