IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:
RESIDENTIAL CAPITAL
    TOM FRANKLIN MOVANT/APPELLANT

12-12020



APPEAL NO_____

### NOTICE OF APPEAL

COMES NOW, TOM FRANKLIN
AND APPEALS TO THE UNITED STATES DISTRICT THE DECISION OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT DISTRICT OF NEW YORK ENTERED THIS ____ DAY OF JULY, 2014. THE APPELLANT(S) NAME AND ADDRESS ARE: TOM FRANKLIN-5633 OAK GROVE ROAD-FORT WORTH, TEXAS 76134. THE APPELLANTS' BASED THEIR APPEAL ON THE FACT THAT THEY WAS NOT AFFORDED PROPER DUE PROCESS OF LAW. THE COURT OF RECORD REFUSED TO PROVIDE HIM WITH AN AMPLE OPPORTUNITY TO THOROUGHLY REVIEW HIS CASE. SECONDLY, THEY WERE NOT PROPERLY APPRAISED OF ALL THEIR LEGAL RIGHTS AND REMEDIES BY THEIR ATTORNEY.

RESPECTFULLY SUBMITTED:

TOM FRANKLIN
5633 OAK GROVE ROAD
FORT WORTH, TEXAS 76134

*Tom Franklin*
*Pro Se*

### CERTIFICATE OF SERVICE

I, TOM FRANKLIN
DOHEREBY CERTIFY THAT A TRUE AND CORRECTED COPY OF OUR NOTICE OF APPEAL HAS BEEN MAILED TO THE FOLLOWING PARTIES LISTED BELOW ON THIS ___12___ DAY OF JANUARY, 2014 BY U.S. PRIORITY MAIL.

RESIDENTIAL CAPITAL

NOTICE OF APPEAL



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER OVERRULING THE OBJECTION OF TOM FRANKLIN TO THE NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Tom Franklin objects to a stipulation and order lifting the automatic stay to permit a senior lien holder to foreclose on property as to which a Debtor(s) is a junior lienholder (the "Objection," ECF Doc. # 7950). Four such stipulations have been presented and so ordered by the Court on December 31, 2014 (the "Stipulations," ECF Doc. # 7933, 7934, 7935, 7936). It is unclear which stipulation or stipulations Franklin objects to. What is clear is that Franklin's Objection was untimely as it was not received by the Court by the December 31, 2014 deadline for objections to the Stipulations. It is also clear that Franklin has no legal interest in any of the properties relevant to the Stipulations.

The Court finds and concludes that Franklin has no standing to object to the approval and entry of these Stipulations. Therefore, Franklin's Objection is **OVERRULED** and the Stipulations are and remain approved.

**IT IS SO ORDERED.**

Dated: January 6, 2015
      New York, New York

                                                           _/s/Martin Glenn_
                                                           MARTIN GLENN
                                                           United States Bankruptcy Judge