**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Residential Capital, LLC                                    CASE NO.: 12−12020−mg

 aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  11
20−1770738

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on December 1, 2014, document number 7832, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 14−cv−9711 assigned to the Honorable Richard J. Sullivan.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: January 21, 2015                                            Vito Genna
                                                                   Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 12-12020-mg
Residential Capital, LLC                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: arouzeau          Page 1 of 11          Date Rcvd: Jan 21, 2015
                              Form ID: tranapl        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2015.
5988792        +Tia Smith,    4011 Hubert Avenue,    Los Angeles, California 90008-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2015 at the address(es) listed below:
              Aaron R. Cahn    on behalf of Interested Party    Ad Hoc Consortium of RMBS holders cahn@clm.com
              Aaron R. Cahn    on behalf of Unknown    Branch Banking & Trust Co. cahn@clm.com
              Abid   Qureshi    on behalf of Creditor    Aurelius Capital Management, LP aqureshi@akingump.com
              Abigail   Snow    on behalf of Creditor    Los Angeles County Treasurer and Tax Collector
               asnow@ssbb.com
              Adam Craig Harris    on behalf of Unknown    Cerberus Capital Management, L.P. adam.harris@srz.com
              Adam J Berger    on behalf of Creditor Alan   Gardner berger@sgb-law.com,    whalen@sgb-law.com
              Alan D. Halperin    on behalf of Interested Party    Shellpoint Partners LLC f/k/a Shellpoint
               Mortgage LLC and New Penn Financial, LLC lgu@halperinlaw.net
              Alan E. Marder    on behalf of Creditor    Digital Lewisville, LLC lgomez@msek.com
              Alan F. Kaufman    on behalf of Creditor    IMPAC Funding Corporation akaufman@hinshawlaw.com
              Alex J.B. Rossmiller    on behalf of Plaintiff    Rescap Liquidating Trust
               alexrossmiller@quinnemanuel.com
              Alexander   Prieto    on behalf of Unknown    The People of the State of California, by and through
               its Department of Transportation alexander_prieto@dot.ca.gov
              Ali Ryan Amin    on behalf of Defendant Jay J. Pitner aamin@hinshawlaw.com
              Alissa M. Nann    on behalf of Defendant    CMG Mortgage, Inc. anann@foley.com
              Allan Otis Cate, Jr.    on behalf of Attorney Allan Otis Cate allan@acatelaw.com
              Amanda F. Parsels    on behalf of Unknown    Triaxx Prime CDO 2006-1, LLC aparsels@mw-law.com
              Amanda Raines Lawrence    on behalf of Defendant    RBC Mortgage Company
               alawrence@buckleysandler.com,    docket@buckleysandler.com
              Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
              Amy   Williams-Derry    on behalf of Creditor    FHLB Boston awilliams-derry@kellerrohrback.com,
               kmak@kellerrohrback.com
              Amy   Williams-Derry    on behalf of Defendant    Federal Home Loan Bank of Boston
               awilliams-derry@kellerrohrback.com,    kmak@kellerrohrback.com
              Amy C. Gross    on behalf of Plaintiff    Ally Financial, Inc. agross@kvwmail.com,
               dkornstein@kvwmail.com;wpollard@kvwmail.com
              Andrea   Sheehan    on behalf of Creditor    Carrollton Farmers Branch ISD, et. al.
               sheehan@txschoollaw.com,    coston@txschoollaw.com
              Andrew   Behlmann    on behalf of Creditor Donna   Moore abehlmann@lowenstein.com
              Andrew J. Petrie    on behalf of Creditor    CITIMORTGAGE, INC. petriea@ballardspahr.com,
               andersonre@ballardspahr.com
              Andrew K. Glenn    on behalf of Defendant    Federal Housing Finance Agency, as conservator for the
               Federal Home Loan Mortgage Corporation aglenn@kasowitz.com,    courtnotices@kasowitz.com
              Andrew W. Muller    on behalf of Creditor    Bank of the West andrew.muller@stinsonleonard.com
              Angela L. Baglanzis    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel
               angela.baglanzis@obermayer.com,    kristen.markert@obermayer.com
              Anthony   Princi    on behalf of Debtor    Residential Capital, LLC aprinci@mofo.com
              Anthony F. Baer    on behalf of Unknown    Krekeler Strother, S.C. tbaer@ks-lawfirm.com,
               jlarson@ks-lawfirm.com
              Anthony P. Alden    on behalf of Plaintiff    Rescap Liquidating Trust anthonyalden@quinnemanuel.com
              Arlene Rene Alves    on behalf of Interested Party    U.S. Bank National Association, as Trustee of
               Certain Mortgage Backed Securities Trusts alves@sewkis.com

```
District/off: 0208-1           User: arouzeau            Page 2 of 11            Date Rcvd: Jan 21, 2015
                               Form ID: tranapl          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Avery Samet  on behalf of Plaintiff  American Residential Equities, LLC asamet@samlegal.com, jhoyte@samlegal.com;anazer@samlegal.com
    Benay L. Josselson  on behalf of Interested Party  Law Debenture Trust Company of New York as Separate Trustee josselson@sewkis.com
    Benjamin P. Deutsch  on behalf of Creditor  Liberty Property Limited Partnership bdeutsch@schnader.com
    Benjamin Samuel Noren  on behalf of Defendant Jay J. Pitner bnoren@hinshawlaw.com
    Bennette D. Kramer  on behalf of Interested Party  Homeowners Claimants bdk@schlamstone.com
    Bernard A. Eskandari  on behalf of Creditor  California Department of Justice bernard.eskandari@doj.ca.gov
    Bernard Jaron Kornberg  on behalf of Defendant  OCWEN LOAN SERVICING, LLC bjk@severson.com
    Beth E. Levine  on behalf of Unknown  ResCap Liquidating Trust blevine@pszyjw.com, dharris@pszyjw.com
    Bijan Amini  on behalf of Interested Party  Steven Archibald, et al., on behalf of themselves and others similarly situated bamini@samlegal.com, jhoyte@samlegal.com
    Bonnie R. Golub  on behalf of Debtor  Residential Capital, LLC bgolub@weirpartners.com
    Bradley Schneider  on behalf of Interested Party  Berkshire Hathaway Inc. bradley.schneider@mto.com
    Brandon Johnson  on behalf of Unknown  2255 Partners, L.P. brandon.johnson@pillsburylaw.com
    Brendan M. Scott  on behalf of Interested Party  Community South Bank bscott@klestadt.com
    Brent D. Hitson  on behalf of Defendant  Synovus Mortgage Corp. bhitson@burr.com, cabbott@burr.com;jwilson@burr.com
    Brett D. Goodman  on behalf of Unknown  U.S. BANK NATIONAL ASSOCIATION brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com;nymc@troutmansanders.com
    Brett L. Messinger  on behalf of Interested Party  HSBC Bank USA, National Association as Trustee for the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC blmessinger@duanemorris.com
    Brian D. Glueckstein  on behalf of Interested Party  JPMorgan Chase Bank, N. A. gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com
    Brian Jeffrey Wegrzyn  on behalf of Defendant  RBC Mortgage Company bwegrzyn@buckleysandler.com
    Brian Thomas Carney  on behalf of Defendant  UMB Bank, N.A. bcarney@akingump.com, nymco@akingump.com
    Bruce Weiner  on behalf of Creditor Albert Passaretti rmwlaw@att.net
    Bruce S. Luckman  on behalf of Defendant  Trans Union LLC bluckman@shermansilverstein.com, ltrump@shermansilverstein.com
    Bryan F Duggan  on behalf of Creditor Greentree  Trustees of Greentree Condominium Trust, Hanover, MA bduggan@kellemandkellem.com
    Cameron S. Matheson  on behalf of Defendant  Summit Community Bank, Inc. cmatheson@mmlawus.com
    Carlos A. Mattioli  on behalf of Defendant  Cadence Bank, N.A. cmattioli@smfadlaw.com, dboyd@smfadlaw.com
    Carol Chow  on behalf of Defendant  AEGIS USA, Inc. Carol.Chow@ffslaw.com
    Carol E. Momjian  on behalf of Creditor  Commonwealth of Pennsylvania, Bureau of Compliance cmomjian@attorneygeneral.gov
    Carolyn E. Coffey  on behalf of Unknown Masayo Richardson ccoffey@mfy.org
    Carrie M Brosius  on behalf of 3rd Party Plaintiff  Nuance Communications, Inc. f/k/a Varolii Corporation cmbrosius@vorys.com
    Casey B. Howard  on behalf of Unknown  Locke Lord LLP choward@lockelord.com
    Charles A Higgs  on behalf of Creditor  HSBC BANK USA, N.A. nyecfmail@mwc-law.com
    Christopher A. Albanese  on behalf of Creditor  WELLS FARGO BANK, N.A. calbanese@gibbonslaw.com
    Christopher C. Costello  on behalf of Interested Party  WFNBA cccostello@winston.com, docketny@winston.com
    Christopher E Green  on behalf of Unknown Mary Perkins White chris@myfaircredit.com, Margaret@myfaircredit.com
    Christopher F. Graham  on behalf of Creditor  IMPAC Funding Corporation cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com
    Christopher L. Hawkins  on behalf of Defendant  Mortgage Electronic Registration Systems Inc. chawkins@bradleyarant.com
    Christopher L. Hawkins  on behalf of Defendant  Mortgage Electronic Registration System (MERS) chawkins@bradleyarant.com
    Ciro A. Mestres  on behalf of Creditor  PennyMac Loan Services, LLC ecfmail@aclawllp.com
    Claire L. Huene  on behalf of Unknown  Triaxx Prime CDO 2006-1, LLC jmoon@mw-law.com
    Clifford A. Katz  on behalf of Creditor  Kroll Ontrack Inc. ckatz@platzerlaw.com
    Cristine Irvin Phillips  on behalf of Unknown  United States of America cristine.phillips@usdoj.gov
    Cynthia Anne Nierer  on behalf of Creditor  Bank of America, N.A. foreclosure@pitnickmargolin.com
    D. Ross Martin  on behalf of Interested Party  Ad Hoc RMBS Holder Group ross.martin@ropesgray.com
    D. Ross Martin  on behalf of Interested Party  Steering Committee Group of RMBS Holders ross.martin@ropesgray.com
    Dale C. Christensen, Jr.  on behalf of Interested Party  Law Debenture Trust Company of New York as Separate Trustee christensen@sewkis.com
    Dale C. Christensen, Jr.  on behalf of Interested Party  Law Debenture Trust Company of New York, as Separate Trustee of Certain Residential Mortgage Backed Securities Trusts christensen@sewkis.com
    Dan M. Blumenthal  on behalf of Unknown  THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMINIUM DBlumenthal@schneiderMitola.com
    Daniel Abrams  on behalf of Defendant  Brokerpriceopinion.com, Inc. dan@lawyerquality.com

```
District/off: 0208-1                User: arouzeau               Page 3 of 11              Date Rcvd: Jan 21, 2015
                                    Form ID: tranapl             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Daniel A. Fliman    on behalf of Interested Party    Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac") dfliman@kasowitz.com, courtnotices@kasowitz.com
        Daniel F. Markham    on behalf of Creditor    PHH Mortgage Corporation dmarkham@gibbonslaw.com
        Daniel H. Golden    on behalf of Creditor    UMB Bank, N.A. sschultz@AkinGump.com;dkrasa-berstell@akingump.com;kmanoukian@akingump.com;afreeman@akingump.com;akurichety@akingump.com;kylee@akingump.com
        Daniel J. Flanigan    on behalf of Attorney    Carlson Lynch, Ltd. dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
        Daniel J. Flanigan    on behalf of Creditor    Mitchell Settlement Class Claimants dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
        Daniel S Weinberger    on behalf of Creditor    PHH Mortgage Corporation dweinberger@gibbonslaw.com
        Darrell W. Clark    on behalf of Creditor    Verizon Business Network Services Inc. darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com
        David Neier    on behalf of Interested Party    FEDERAL NATIONAL MORTGAGE ASSOCIATION dneier@winston.com, dcunsolo@winston.com
        David A. Abrams    on behalf of Defendant    Flaherty, Sesabaugh, Bonasso PLLC dabrams@sralawfirm.com
        David Alan Beck    on behalf of Spec. Counsel    Carpenter Lipps & Leland LLP beck@carpenterlipps.com, poulsen@carpenterlipps.com
        David Alan Beck    on behalf of Unknown    ResCap Liquidating Trust beck@carpenterlipps.com, poulsen@carpenterlipps.com
        David B. Gelfarb    on behalf of Interested Party    Freddie Mac gelfarb@mosskalish.com
        David B. Shaev    on behalf of Creditor Sylvia Essie Dadzie david@sflawny.com;adam@sflawny.com;shaevlaw1@gmail.com
        David E. Potter    on behalf of Plaintiff    Residential Funding Company, LLC dpotter@lpgk.com
        David F Garber    on behalf of Unknown David F. Garber davidfgarberpa@gmail.com, cjk.davidfgarberpa@gmail.com
        David G. Aelvoet    on behalf of Creditor    Bexar County sanantonio.bankruptcy@publicans.com
        David J. Brown    on behalf of Attorney David J Brown djbrown2008@gmail.com
        David J. Woll    on behalf of Defendant    Ace Securities Corp. dwoll@stblaw.com, managingclerk@stblaw.com
        David L Wales    on behalf of Plaintiff    Bayerische Landesbank dwales@blbglaw.com, errol.hall@blbglaw.com
        David L. Tillem    on behalf of Unknown    County of Putnam tillemd@wemed.com
        David M. LeMay    on behalf of Examiner    Arthur J. Gonzalez, Examiner dlemay@chadbourne.com
        David M. Powlen    on behalf of Creditor    USAA Federal Savings Bank david.powlen@btlaw.com, pgroff@btlaw.com
        David S. Catuogno    on behalf of Defendant    ACS Lending, Inc. dcatuogno@formanlaw.com
        David W. Dykhouse    on behalf of Interested Party    Ambac Assurance Corporation dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
        Deborah Kovsky-Apap    on behalf of Spec. Counsel    Pepper Hamilton LLP kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com
        Deborah Newman    on behalf of Defendant    UMB Bank, N.A. djnewman@akingump.com, nymco@akingump.com,jcuatt@akingump.com
        Debra Weinstein Minoff    on behalf of Unknown    Wilmington Trust, National Association dminoff@loeb.com, tcummins@loeb.com
        Devon Eggert    on behalf of Other Prof.    Mercer (US) Inc. deggert@freeborn.com, bkdocketing@freeborn.com
        Diane W. Sanders    on behalf of Creditor    Cameron County austin.bankruptcy@lgbs.com
        Donald H. Cram    on behalf of Debtor    Residential Capital, LLC dcram@severson.com, jc@severson.com
        Donald H. Cram    on behalf of Interested Party    Severson & Werson, PC dcram@severson.com, jc@severson.com
        Douglas Mannal    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors dmannal@kramerlevin.com, docketing@kramerlevin.com;rringer@kramerlevin.com;nallard@kramerlevin.com
        Douglas Mannal    on behalf of Unknown    ResCap Liquidating Trust dmannal@kramerlevin.com, docketing@kramerlevin.com;rringer@kramerlevin.com;nallard@kramerlevin.com
        Douglas Wolfe    on behalf of Creditor    ASM Capital, L.P. dwolfe@asmcapital.com
        Douglas Wolfe    on behalf of Creditor    ASM Capital IV, L.P. dwolfe@asmcapital.com
        Douglas Allen Wilson    on behalf of Creditor    J. Dennis Semler, Tulsa County Treasurer douglas.wilson@tulsacounty.org
        Douglas C. Wigley,    on behalf of Creditor Gregory Balensiefer dwigley@dessauleslaw.com, hpeters@dessauleslaw.com
        Douglas P. Baumstein    on behalf of Counter-Claimant    Ad Hoc Group dbaumstein@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
        Ehud Gersten    on behalf of Creditor Francine Silver egersten@gerstenlaw.com
        Elizabeth Banda Calvo    on behalf of Creditor    Johnson County et al, Richardson ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
        Elizabeth Weller    on behalf of Creditor    Cameron County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
        Ellen K. Wolf    on behalf of Creditor    IBM Corporation ewolf@wolfgroupla.com, kmanning@wolfgroupla.com
        Eric Lopez Schnabel    on behalf of Unknown    Dorsey and Whitney LLP mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
        Eric A Schaffer    on behalf of Defendant    WELLS FARGO BANK, N.A. eschaffer@reedsmith.com, slucas@reedsmith.com

```
District/off: 0208-1          User: arouzeau            Page 4 of 11            Date Rcvd: Jan 21, 2015
                              Form ID: tranapl          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eric A Schaffer    on behalf of Creditor    Wells Fargo Bank, N.A. eschaffer@reedsmith.com,
           slucas@reedsmith.com
          Eric Alwin Boden    on behalf of Creditor    Liberty Property Limited Partnership
           eboden@schnader.com,    tclancy@schnader.com
          Eric B. Levine    on behalf of Examiner    Arthur J. Gonzalez, Examiner levine@whafh.com
          Eric D. Winston    on behalf of Creditor    Commerce Street Investments, LLC
           ericwinston@quinnemanuel.com
          Eric R. Wilson    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
           KDWBankruptcyDepartment@Kelleydrye.com
          Erin P. Severini    on behalf of Creditor    Residential Credit Solutions, Inc. es@dgandl.com
          Erlene W. Krigel    on behalf of Creditor Becky A. Spence ekrigel@krigelandkrigel.com,
           erlenekrigel@gmail.com
          Etan Mark    on behalf of Defendant    Lender Processing Services, Inc. emark@bergersingerman.com
          Fletcher W. Strong    on behalf of Creditor    Syncora Guarantee Inc. fstrong@wmd-law.com
          Fred Stevens    on behalf of Creditor    Tata America International Corporation
           fstevens@klestadt.com
          Garry M. Graber    on behalf of Creditor    Manufacturers and Traders Trust Company
           ggraber@hodgsonruss.com,
           mmuskopf@hodgsonruss.com;rleek@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonruss.com
          Garvan F. McDaniel    on behalf of Interested Party    Landon Rothstein, Jennifer Davidson, Robert
           Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated
           gfmcdaniel@dkhogan.com,    karen@dkhogan.com
          Gary Kaplan    on behalf of Attorney    Fried, Frank, Harris, Shriver & Jacobson LLP
           gary.kaplan@ffhsj.com,    peter.siroka@friedfrank.com
          Gary A. Gotto    on behalf of Creditor    FHLB Boston ggotto@krplc.com
          Geoffrey J. Peters    on behalf of Creditor    GMAC MORTGAGE, LLC colnyecf@weltman.com
          George A Zelcs    on behalf of Creditor    National Credit Union Administration Board
           gzelcs@koreintillery.com,    dhutton@koreintillery.com
          George A. Shannon, Jr.    on behalf of Defendant    Cadence Bank, N.A. gshannon@smfadlaw.com
          George M. Geeslin    on behalf of Creditor Bonnie Bonita Rose geeslingm@aol.com,
           pegandchat@aol.com
          Gerard Uzzi    on behalf of Counter-Claimant    The Ad Hoc Group of Junior Secured Noteholders
           guzzi@milbank.com,
           mbrod@milbank.com;jostrzega@milbank.com;jbrewster@milbank.com;mthm.bankr@ecf.inforuptcy.com
          Gerard Sylvester Catalanello    on behalf of Creditor    Green Planet Servicing, LLC
           gcatalanello@duanemorris.com,    gcatalanello@duanemorris
          Glenn E. Siegel    on behalf of Creditor    The Bank of New York Mellon Glenn.Siegel@morganlewis.com
          Glenn R. Meyers    on behalf of Attorney Glenn R Meyers themeyerslawfirm@gmail.com
          Gregory A. Horowitz    on behalf of Plaintiff    Official Commitee of Unsecured Creditors
           ghorowitz@kramerlevin.com
          Gregory M. Petrick    on behalf of Creditor    MBIA Insurance Corporation gregory.petrick@cwt.com,
           nyecfnotice@cwt.com
          Hale Yazicioglu    on behalf of Creditor    Iron Mountain Information Management, Inc.
           hy@bostonbusinesslaw.com
          Hanh V. Huynh    on behalf of Defendant    Genpact International, Inc. hhuynh@herrick.com,
           courtnotices@herrick.com
          Heather McKeever    on behalf of Creditor Shane M. Haffey info@mckeeverlaw.org
          Herbert K. Ryder    on behalf of Creditor    Connecticut Housing Finance Authority
           hk3ryder@gmail.com,    hk3ryder@ecf.inforuptcy.com
          Howard Seife    on behalf of Examiner    Arthur J. Gonzalez, Examiner arosenblatt@chadbourne.com
          Howard O. Godnick    on behalf of Unknown    Cerberus Capital Management, L.P.
           howard.godnick@srz.com,    evan.melluzzo@srz.com
          Howard W. Rachlin    on behalf of Interested Party Lucienne Lombard hwr@hwrachlinlaw.com
          Ileana M. Hernandez    on behalf of Unknown    Los Angeles County Employees Retirement Association
           ihernandez@manatt.com,    astaltari@manatt.com
          Inbal Paz    on behalf of Unknown    Clayton Holdings LLC ipaz@blankrome.com,
           tpryan@blankrome.com;jhanner@blankrome.com;kreda@blankrome.com
          Ingrid Bagby    on behalf of Creditor    MBIA Insurance Corporation ingrid.bagby@cwt.com,
           michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com;wendy
           .kane@cwt.com;casey.servais@cwt.com;nyecfnotice@cwt.com
          Ira M. Levee    on behalf of Interested Party    New Jersey Carpenters Health Fund, New Jersey
           Carpenters Vacation Fund and Boilermakers Blacksmith National Pension Trust
           ilevee@lowenstein.com,    mseymour@lowenstein.com
          Ira M. Levee    on behalf of Interested Party    Cambridge Place Investments Management Inc.
           ilevee@lowenstein.com,    mseymour@lowenstein.com
          Irena M. Goldstein    on behalf of Creditor    Assured Guaranty Municipal Corp.
           igoldstein@proskauer.com
          Isaac Nesser    on behalf of Plaintiff    Rescap Liquidating Trust isaacnesser@quinnemanuel.com,
           patty.zellmann@rescapestate.com,andrewkennedy@quinnemanuel.com
          Isaac M. Rethy    on behalf of Defendant    Ace Securities Corp. irethy@stblaw.com
          J. Christopher Shore    on behalf of Attorney    White & Case LLP cshore@whitecase.com,
           jdisanti@whitecase.com;mcosbny@whitecase.com
          J. Christopher Shore    on behalf of Counter-Claimant    The Ad Hoc Group of Junior Secured
           Noteholders cshore@whitecase.com,    jdisanti@whitecase.com;mcosbny@whitecase.com
          J. Ted Donovan    on behalf of Creditor    Carrollton Farmers Branch ISD, et. al.
           TDonovan@GWFGlaw.com,    jstrauss@gwfglaw.com
          JOSEPH MICHAEL SAFFIOTI    on behalf of Interested Party Garry Corts jms.salaw@verizon.net,
           CHRIS.SALAW@VERIZON.NET

```
District/off: 0208-1          User: arouzeau            Page 5 of 11             Date Rcvd: Jan 21, 2015
                              Form ID: tranapl          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Jack M Bernard on behalf of Creditor Mary R Biancavilla jackbernard@verizon.net
  James  Gadsden on behalf of Unknown   Carter Ledyard & Milburn LLP bankruptcy@clm.com
  James B. Blackburn, Jr. on behalf of Creditor  Maribeth  Evans jbbjratty@aol.com, wisemanblackburn@aol.com
  James J. Rufo on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for creditor jrufo@mwc-law.com, bankruptcy@cabanillaslaw.com
  James J. Vincequerra on behalf of Creditor   Green Planet Servicing, LLC jvincequerra@duanemorris.com
  James M Lloyd on behalf of Interested Party   Aurora Bank, FSB jlloyd@greenhall.com
  James N. Lawlor on behalf of Unknown   The Western and Souther Life Insurance Company, et al jlawlor@wmd-law.com, jgiampolo@wmd-law.com
  James P. Watkins on behalf of Defendant    Mortgage Electronic Registration System (MERS) jwatkins@babc.com
  James S. Carr on behalf of Creditor    UMB Bank, N.A. KDWBankruptcyDepartment@kelleydrye.com
  James S. Carr on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
  Janice Beth Grubin on behalf of Defendant    CSC Credit Services, Inc. Janice.Grubin@leclairryan.com
  Jared B. Pearson on behalf of Creditor Clifford  Lantz lea@evelandlawfirm.com
  Jason  Leibowitz on behalf of Creditor   Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2 jleibowitz@kandfllp.com
  Jason A. Nagi on behalf of Interested Party   Representative Plaintiffs, the Putative Class, and the Mitchell Class jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com
  Jason E. Manning on behalf of Attorney    Troutman Sanders LLP jason.manning@troutmansanders.com, lori.collins@troutmansanders.com;andrew.pittman@troutmansanders.com;karen.russell@troutmansanders.com;danyel.patrick@troutmansanders.com;jennifer.thompson@troutmansanders.com
  Jay  Teitelbaum on behalf of Interested Party   JPMorgan Chase Bank, N. A. jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
  Jeffrey  Mispagel on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A. jeffrey.mispagel@dechert.com
  Jeffrey B. Austin on behalf of Interested Party Monty  Allen austin@bellsouth.net
  Jeffrey L. Saltiel on behalf of Unknown   Med&G Group, LP jsaltiel@aol.com
  Jeffrey P. Nolan on behalf of Defendant   ACS Lending, Inc. jnolan@pszyjw.com
  Jeffrey S. Berkowitz on behalf of Unknown   Wells Fargo Bank, N.A. jberkowitz@gwfglaw.com, jstrauss@gwfglaw.com
  Jennifer A. Christian on behalf of Creditor    CIBM Bank jennifer.christian@tklaw.com, justin.roberts@tklaw.com
  Jennifer A.L. Battle on behalf of Plaintiff    Residential Funding Company, LLC battle@carpenterlipps.com, gaunder@carpenterlipps.com;lipps@carpenterlipps.com;scaggs@carpenterlipps.com
  Jennifer B Zourigui on behalf of Defendant    Novitex Enterprise Solutions, Inc., f/k/a Pitney Bowes Management Services, Inc. jzourigui@ingramllp.com
  Jennifer C. DeMarco on behalf of Creditor    Ocwen Loan Servicing, LLC jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com
  Jennifer C. DeMarco on behalf of Interested Party    Ocwen Loan Servicing, LLC jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com
  Jennifer Marie Hall on behalf of Creditor Jason and Jennifer  Schermerhorn jhall@bffmlaw.com
  Jeremy Edward Shulman on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB jshulman@afrct.com, mpero@afrct.com;bcruz@afrct.com
  Jessica  Mikhailevich on behalf of Unknown   Dorsey and Whitney LLP mikhailevich.jessica@dorsey.com
  Jessica G. Berman on behalf of Debtor    Residential Capital, LLC jberman@msek.com
  Jessica Lynn Kuehn on behalf of Creditor   County of Elmore jkuehn@elmorecounty.org
  Jill B. Bienstock on behalf of Defendant    Hewlett-Packard Financial Services Company jbienstock@coleschotz.com, fpisano@coleschotz.com
  Joel  Shafferman on behalf of Creditor   Nyctl 2011-A trust joel@shafeldlaw.com
  Joel C Haims on behalf of Debtor   Residential Capital, LLC JHaims@mofo.com, docketny@mofo.com
  Joel L. Perrell, Jr. on behalf of Defendant    First Mariner Bank jperrell@milesstockbridge.com
  Joel R. Glucksman on behalf of Creditor    City of Union City, NJ jglucksman@scarincihollenbeck.com
  John  Brewer on behalf of Plaintiff    American Residential Equities, LLC jbrewer@samlegal.com, jhoyte@samlegal.com
  John  Kibler on behalf of Interested Party    HSBC Bank USA, National Association john.kibler@allenovery.com
  John A. Boyle on behalf of Creditor   Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC jboyle@khmarino.com
  John A. Morris on behalf of Plaintiff    Official Commitee of Unsecured Creditors Jmorris@PSZJLaw.com
  John C. Weitnauer on behalf of Creditor    Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts kit.weitnauer@alston.com
  John C. Weitnauer on behalf of Interested Party    Wells Fargo Bank, N.A. kit.weitnauer@alston.com
  John H. Bae on behalf of Defendant    Cadence Bank, N.A. jhbae@mintz.com, docketing@mintz.com
  John H. Drucker on behalf of Financial Advisor    FTI Consulting, Inc. jdrucker@coleschotz.com;jdrucker@aol.com
  John L. Pottenger, Jr. on behalf of Unknown Leslie  Watley j.pottenger@yale.edu

```
District/off: 0208-1          User: arouzeau           Page 6 of 11            Date Rcvd: Jan 21, 2015
                              Form ID: tranapl         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
           john.stern@texasattorneygeneral.gov,    sherri.simpson@texasattorneygeneral.gov
          John P. Dillman    on behalf of Creditor    Cleveland ISD houston_bankruptcy@publicans.com
          John R. Ashmead    on behalf of Creditor    Wells Fargo Bank, N.A. ashmead@sewkis.com
          John W. Weiss    on behalf of Defendant    Streetlinks LLC d/b/a Streetlinks Lender Solutions
           john.weiss@alston.com
          Jonathan D. Crowley    on behalf of Creditor Maurice M LoVuolo jcrowley-esq@hotmail.com
          Jonathan M. Hoff    on behalf of Creditor    MBIA Insurance Corporation jonathan.hoff@cwt.com,
           jared.stanisci@cwt.com;nyecfnotice@cwt.com
          Jonathan Paul Friedland    on behalf of Creditor    Universal Restoration Services, Inc.
           jfriedland@lplegal.com,    ckrueger@lplegal.com
          Jonathan Paul Friedland    on behalf of Plaintiff    Universal Restoration Services, Inc.
           jfriedland@lplegal.com,    ckrueger@lplegal.com
          Jordan S. Katz    on behalf of Creditor    Bank of America, N.A. sdny@kmk-law.net
          Jose Raul Alcantar Villagran    on behalf of Interested Party    Neighborhood Assistance
           Corporation of America raul.alcantar@alcantarlaw.com
          Joseph Corneau    on behalf of Interested Party    Tracy L. Klestadt, in his Capacity as Chapter 7
           Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp jcorneau@klestadt.com
          Joseph Corrigan    on behalf of Creditor    Iron Mountain Information Management, Inc.
           bankruptcy2@ironmountain.com
          Joseph A. Shifer    on behalf of Interested Party    ResCap Liquidating Trust
           jshifer@kramerlevin.com,    rringer@kramerlevin.com;bbecker@kramerlevin.com
          Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph N. Cordaro    on behalf of Unknown    United States of America joseph.cordaro@usdoj.gov
          Joseph Thomas Moldovan    on behalf of Interested Party    The Independent Directors of the
           Residential Capital, LLC bankruptcy@morrisoncohen.com
          Joseph Thomas Moldovan    on behalf of Other Prof.    Morrison Cohen LLP
           bankruptcy@morrisoncohen.com
          Joshua Sherer    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for WELLS
           FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST,
           SERIES 2011-1T jsherer@feinsuch.com,
           jspiegelman@flwlaw.com;ksheehan@flwlaw.com;mmarans@flwlaw.com
          Joshua S. Bauchner    on behalf of Creditor    Palm Beach County Tax Collector jb@ansellgrimm.com
          Joshua W. Cohen    on behalf of Creditor    Connecticut Housing Finance Authority
           jwcohen@daypitney.com,    arametta@daypitney.com
          Juandisha Harris    on behalf of Creditor    State Of Michigan, Department Of Treasury
           harrisj12@michigan.gov
          Judith P Kenney    on behalf of Interested Party Philip Roger Flinn, II judith@judithkenneylaw.com
          Judith P Kenney    on behalf of Unknown Philip Roger Flinn, II judith@judithkenneylaw.com
          Judson D Brown    on behalf of Interested Party    Ally Financial Inc. judson.brown@kirkland.com,
           bfriedman@kirkland.com
          Julia A. Chincheck    on behalf of Defendant    Summit Community Bank, Inc.
           jchincheck@bowlesrice.com
          Julia M Winters    on behalf of Defendant    The Ad Hoc Group of Junior Secured Noteholders
           jdisanti@whitecase.com;mcosbny@whitecase.com;rkebrdle@miami.whitecase.com
          Justin Jonathan Lowe    on behalf of Creditor    Commonwealth of Massachusetts
           justin.lowe@state.ma.us
          Justin R Bernbrock    on behalf of 3rd Pty Defendant    Ally Financial, Inc.
           justin.bernbrock@kirkland.com,    bfriedman@kirkland.com;jgoldfinger@kirkland.com
          Kai H. Richter    on behalf of Creditor Christina  Ulbrich krichter@nka.com,    assistant@nka.com
          Kaitlin R. Walsh    on behalf of Defendant    Cadence Bank, N.A. KRWalsh@mintz.com,
           docketing@mintz.com
          Katherine Stadler    on behalf of Unknown    ResCap Liquidating Trust kstadler@gklaw.com,
           kboucher@gklaw.com;shuntema@gklaw.com
          Katherine S. Parker-Lowe    on behalf of Creditor Daniela L. Gilbert katherine@ocracokelaw.com
          Kathleen A. Cashman-Kramer    on behalf of Creditor Jason and Jennifer  Schermerhorn
           kcashman@psdslaw.com,    theresam@psdslaw.com
          Kathleen G. Cully    on behalf of Interested Party Lorraine  McNeal kgcully@kgcully.com
          Kay Diebel Brock    on behalf of Creditor c/o Kay D. Brock    Travis County bkecf@co.travis.tx.us
          Kayvan B. Sadeghi    on behalf of Debtor    Residential Capital, LLC ksadeghi@mofo.com,
           docketny@mofo.com
          Kenneth H. Eckstein    on behalf of Plaintiff    Official Commitee of Unsecured Creditors
           keckstein@kramerlevin.com
          Kenneth H. Eckstein    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           keckstein@kramerlevin.com
          Kenneth M. Lewis    on behalf of Creditor Maurice  Sharpe klewis@lewispllc.com
          Kevin Michael Newman    on behalf of Defendant    BASS & MOGLOWSKY, S.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin S. Allred    on behalf of Interested Party    Berkshire Hathaway Inc. kevin.allred@mto.com
          Kim Christian DSouza    on behalf of Creditor Phillip  Scott misterdsouza@aol.com
          Kimberly Ann Hamm,    on behalf of Defendant    Ace Securities Corp. khamm@stblaw.com
          Kiyam J. Poulson    on behalf of Defendant    Seneca Trustees, Inc. kpoulson@dlgnylaw.com
          Kristen M. Siracusa    on behalf of Defendant    First Mariner Bank ksiracusa@milesstockbridge.com
          Laird J. Heal    on behalf of Creditor Mary F Singleton lairdheal@lh-law-office.com,
           LJHeal@conversent.net,ECF@lh-law-office.com
          Lance Miller    on behalf of Interested Party    Financial Guaranty Insurance Company
           lemiller@jonesday.com

```
District/off: 0208-1                  User: arouzeau                 Page 7 of 11                  Date Rcvd: Jan 21, 2015
                                      Form ID: tranapl               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura E. Neish    on behalf of Unknown    National Credit Union Administration Board, Liquidating Agent of U.S. Central Federal Credit Union lneish@zuckerman.com
          Laura E. Neish    on behalf of Creditor    National Credit Union Administration Board lneish@zuckerman.com
          Lauren A McMillen    on behalf of Plaintiff    Bayerische Landesbank lauren@blbglaw.com, Katherine.Stefanou@blbglaw.com
          Lauren A Rode    on behalf of Interested Party Leanetha    Darby lauren@calgroup.org
          Laurie R. Binder    on behalf of Interested Party    U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts binder@sewkis.com
          Lawrence J. Kotler    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FH06-FA2, by First Horizon Home Loans, a ljkotler@duanemorris.com
          Lawrence S. Robbins    on behalf of Creditor    Aurelius Capital Management, LP lrobbins@robbinsrussell.com, jbolian@robbinsrussell.com
          Lee E Riger    on behalf of Interested Party    HSBC BANK USA, N.A. as Trustee for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed Pass-Through Certificates lriger@balfeholland.com, leeriger@yahoo.com
          Len M. Garza    on behalf of Creditor    HSBC BANK USA, N.A. lgarza@sterneisenberg.com, mcascino@sterneisenberg.com;ddelvecchio@sterneisenberg.com
          Leon B Gordon    on behalf of Unknown    Texas Ad Valorem Taxing Jurisdictions nycourts@mvbalaw.com, vickie.covington@mvbalaw.com
          Leslie Ann Berkoff    on behalf of Creditor    Cal-Western Reconveyance Corporation lberkoff@moritthock.com
          Leslie C. Heilman    on behalf of Defendant    ISGN Fulfillment Services, Inc. heilmanl@ballardspahr.com
          Lorenzo Marinuzzi    on behalf of Auditor    Deloitte & Touche LLP lmarinuzzi@mofo.com
          Lori L. Winkelman    on behalf of Creditor    OneWest Bank lori.winkelman@quarles.com, sybil.aytch@quarles.com;jason.curry@quarles.com
          Lorraine S. McGowen    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP lmcgowen@orrick.com, dfelder@orrick.com
          Louis A. Curcio    on behalf of Unknown    DLJ Consortium louis.curcio@snrdenton.com
          MARGUERITE ELLSWORTH GARDINER    on behalf of Unknown    Cerberus Capital Management, L.P. marguerite.gardiner@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com
          Marc Abrams    on behalf of Interested Party    Monarch Alternative Capital LP maosbny@willkie.com, mabrams@willkie.com
          Margaret J. Cascino    on behalf of Creditor    HSBC BANK USA, N.A. mcascino@sterneisenberg.com, cstranix@sterneisenberg.com
          Maria A. Bove    on behalf of Plaintiff    Official Commitee of Unsecured Creditors mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
          Mark Minuti    on behalf of Plaintiff    American Residential Equities, LLC mminuti@saul.com, rwarren@saul.com
          Mark A Nialis    on behalf of Creditor Robert    Wieland mnialis@nialislaw.com
          Mark A. Strauss    on behalf of Interested Party    Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated mstrauss@kmllp.com, telrod@kmllp.com
          Mark C. Ellenberg    on behalf of Creditor    MBIA Insurance Corporation mark.ellenberg@cwt.com, wendy.kane@cwt.com;nyecfnotice@cwt.com
          Mark D. Kotwick    on behalf of Interested Party    U.S. Bank National Association, as Securitization Trustee kotwick@sewkis.com
          Mark D. Kotwick    on behalf of Interested Party    U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts kotwick@sewkis.com
          Mark K. Broyles    on behalf of Creditor    Aurora Loan Services, Inc. broylesmk@rgcattys.com, ramoffatt@rgcattys.com
          Mark S. Finkelstein    on behalf of Defendant    Cadence Bank, N.A. mfinkelstein@smfadlaw.com, cdemott@smfadlaw.com
          Martha E. Romero    on behalf of Unknown    The County of San Bernardino, California romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor    San Bernardino County romero@mromerolawfirm.com
          Martin G. Bunin    on behalf of Creditor    Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts marty.bunin@alston.com
          Marvin E. Clements, Jr.    on behalf of Creditor    Tennessee Department of Revenue agbanknewyork@ag.tn.gov
          Mary Eaton    on behalf of Interested Party    Bayview Fund Management LLC maosbny@willkie.com, meaton@willkie.com
          Maryann Gallagher    on behalf of Plaintiff    Residential Capital, LLC, et al. mgallagher@curtis.com
          Matthew C. Helland    on behalf of Creditor Bryan    Bubnick helland@nka.com
          Matthew D. Lee    on behalf of Other Prof.    Ernst & Young LLP mdlee@foley.com, nbowron@foley.com
          Matthew J. Dyer    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aclawllp.com
          Matthew P. Morris    on behalf of Defendant    Huntington Bancshares Inc. mpmorris@gelaw.com, ayusupova@gelaw.com
          Matthew Phineas Previn    on behalf of Defendant    RBC Mortgage Company mprevin@buckleysandler.com
          Matthew V Johnson    on behalf of Defendant    HSBC MORTGAGE CORPORATION (USA) mjohnson@wc.com
          Mauricio A. Espana    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. mauricio.espana@dechert.com, nycmanagingclerks@dechert.com
          Max Weinstein    on behalf of Creditor Karla    Brown mmweinstein@law.harvard.edu
          Mayer Morganroth    on behalf of Creditor Mary    Critchley mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com

```
District/off: 0208-1           User: arouzeau              Page 8 of 11                  Date Rcvd: Jan 21, 2015
                               Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Melanie A. Sweeney    on behalf of Creditor    CITIMORTGAGE, INC. msweeney@msgrb.com,
        blink@msgrb.com,mbekisz@msgrb.com;edeopersaud@msgrb.com,vjefferson@msgrb.com
        Melissa N Licker    on behalf of Creditor    GMAC MORTGAGE, LLC bankruptcy@feinsuch.com
        Menachem M. Bensinger    on behalf of Unknown    Andrew Davidson & Co., Inc.
        mbensinger@mcgrailbensinger.com
        Meredith I. Friedman    on behalf of Creditor    PNC Bank, National Association mfriedman@meyner.com
        Michael  Jankowski    on behalf of Creditor    CIBM Bank mjankows@reinhartlaw.com
        Michael  Tsang    on behalf of Defendant    Citizens First Wholesale Mortgage Co.
        mtsang@tsanglawfirm.com
        Michael A. Rollin    on behalf of Creditor    Lehman Brothers Holdings Inc. mrollin@joneskeller.com,
        scoggins@joneskeller.com;mfields@joneskeller.com;mbeach@joneskeller.com
        Michael B. de Leeuw    on behalf of Defendant    Document Technologies LLC d/b/a EED, a DTI Company
        mdeleeuw@cozen.com,  gburwa@cozen.com
        Michael C. Dunbar    on behalf of Attorney Michael Collins Dunbar mdunbar@cfu.net,
        mcdunbar@cfu.net
        Michael C. Manniello    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC
        Home Loans Serviccing, LP michael.manniello@roachlawfirm.com,  kimberly.mcgrail@roachlawfirm.com
        Michael D. Warner    on behalf of Creditor    HP Enterprise Services, LLC mwarner@coleschotz.com,
        klabrada@coleschotz.com
        Michael E. Holt    on behalf of Creditor Hitoshi & Wakana  Inoue mholt@formanlaw.com
        Michael E. Johnson    on behalf of Unknown    Wells Fargo Bank, N.A. michael.johnson@alston.com
        Michael E. Norton    on behalf of 3rd Party Plaintiff    Emerson Network Power
        mnorton@nortonlawassociates.com
        Michael G. Cutini    on behalf of Unknown    Cerberus Capital Management, L.P.
        michael.cutini@srz.com,  evan.melluzzo@srz.com;courtfilings@srz.com
        Michael L. Schein    on behalf of Defendant    Quantitative Risk Management Incorporated
        mschein@vedderprice.com,  ecfnydocket@vedderprice.com
        Michael P. Roland,    on behalf of Unknown    Jacques and Deirdre Raphael mprolandpa@gmail.com
        Michael Robert Carney    on behalf of Interested Party    Freddie Mac mcarney@mckoolsmith.com
        Michael S. Etkin    on behalf of Defendant    Boilermaker Blacksmith National Pension Trust
        metkin@lowenstein.com,  mseymour@lowenstein.com;tdwatson@lowenstein.com
        Michael S. Etkin    on behalf of Creditor    Bankruptcy Counsel for Cambridge Place Investment
        Management Inc. metkin@lowenstein.com,  mseymour@lowenstein.com;tdwatson@lowenstein.com
        Minyao  Wang    on behalf of Creditor    Massachusetts Mutual Life Insurance Company
        minyaowang@quinnemanuel.com
        N. Mahmood  Ahmad    on behalf of Defendant    HSBC MORTGAGE CORPORATION (USA) mahmad@wc.com
        Nathan  Lebioda    on behalf of Interested Party    WFNBA nlebioda@winston.com
        Nicholas Heath Wooten    on behalf of Creditor WJ  Smith nick@nickwooten.com,
        notices@nickwooten.com;linnea@nickwooten.com
        Nicholas W. Armstrong    on behalf of Unknown State Court  Plaintiffs narmstrong@mmlaw.net,
        sreynolds@mmlaw.net
        Nickolas  Karavolas    on behalf of Creditor    Tower Capital Management, L.P. as Servicer to Tower
        DBW II Trust 2013-1 nkaravolas@phillipslytle.com
        Norman Scott Rosenbaum    on behalf of Defendant    GMAC MORTGAGE, LLC nrosenbaum@mofo.com
        Norman Scott Rosenbaum    on behalf of Creditor    GMAC MORTGAGE, LLC nrosenbaum@mofo.com
        Pablo  Bustos    on behalf of Plaintiff Conrad P. Burnett pbustos@bustosassociates.com
        Patricia  Tomasco    on behalf of Creditor    The Frost National Bank ptomasco@jw.com,
        kgradney@jw.com;ccthomas@jw.com
        Patrick  Jones    on behalf of Unknown    Stewart Title Guaranty Company, subrogee of Trust Company
        of America c/f Herb Rikelman pjones@stahlcowen.com,  tdeacon@stahlcowen.com
        Patrick D. Fleming    on behalf of Creditor    Deutsche Bank National Trust Company and Deutsche
        Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts
        Pfleming@morganlewis.com
        Patrick D. Fleming    on behalf of Unknown    Deutsche Bank Trust Company Americas, as trustee
        Pfleming@morganlewis.com
        Patrick L. Robson    on behalf of Plaintiff    Ocwen Loan Servicing, LLC probson@hunton.com,
        acapo@hunton.com
        Patrick Reynolds Gallagher    on behalf of Creditor    Nassau County Treasurer
        pgallagher@nassaucountyny.gov
        Paul  Rubin    on behalf of Unknown    Canon USA, Inc. prubin@rubinlawllc.com
        Paul J. Pascuzzi    on behalf of Unknown    California Housing Finance Agency ppascuzzi@ffwplaw.com
        Paul J. Pascuzzi    on behalf of Creditor    California Housing Finance Agency ppascuzzi@ffwplaw.com
        Paul Nii-Amar Amamoo    on behalf of Defendant    Federal Housing Finance Agency, as conservator
        for the Federal Home Loan Mortgage Corporation namamoo@kasowitz.com,  courtnotices@kasowitz.com
        Paul R. DeFilippo    on behalf of Creditor    Syncora Guarantee Inc. pdefilippo@wmd-law.com,
        gparascondola@wmd-law.com;jgiampolo@wmd-law.com
        Paul V. Shalhoub    on behalf of Interested Party    Bayview Fund Management LLC
        maosbny@willkie.com,  pshalhoub@willkie.com
        Peter B. Siroka    on behalf of Financial Advisor    Mesirow Financial Consulting, LLC
        peter.siroka@friedfrank.com,  aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com
        Peter E Calamari    on behalf of Debtor    In re ResCap Liquidating Trust Mortgage Purchase
        Litigation petercalamari@quinnemanuel.com,  kellyortega@quinnemanuel.com
        Phillip  Mahony    on behalf of Creditor    Capital One, N.A. pmahony@rasboriskin.com,
        dsullivan@rasboriskin.com
        Phillip R. Robinson    on behalf of Creditor Kevin J Matthews phillipreaserobinson@gmail.com
        Pranali  Datta    on behalf of Creditor    Suntrust Mortgage, Inc. pdatta@hhstein.com,
        carnold@hhstein.com;jbrocks@HHStein.com;nnapoli@hhstein.com

```
District/off: 0208-1          User: arouzeau              Page 9 of 11              Date Rcvd: Jan 21, 2015
                              Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Rachel J. Mauceri  on behalf of Creditor  Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts rmauceri@morganlewis.com
    Rachel S. Blumenfeld  on behalf of Creditor Jacqueline Warner rblmnf@aol.com, rblmnf@aol.com
    Ray C Schrock  on behalf of Defendant  Ally Financial Inc. ray.schrock@kirkland.com
    Ray C Schrock  on behalf of 3rd Pty Defendant  Ally Financial, Inc. ray.schrock@weil.com
    Rebecca E Boon  on behalf of Plaintiff  Bayerische Landesbank rebecca.boon@blbglaw.com
    Reginald Jenkins, Jr.  on behalf of Defendant  Schenker, Inc. rjenkins@pricemeese.com
    Rhonda Steadman Hood  on behalf of Creditor Derrius Silmon rhonda@whlfirm.com
    Richard Levy, Jr.  on behalf of Defendant  Primary Capital Advisors LLC rlevy@pryorcashman.com
    Richard Sax  on behalf of Interested Party  Additional Homeowners Claimants richard@rsaxlaw.com, rsaxdiane@pacbell.net
    Richard Sax  on behalf of Creditor Julio Solano richard@rsaxlaw.com, rsaxdiane@pacbell.net
    Richard B. Levin  on behalf of Interested Party  Credit Suisse Securities (USA) LLC rlevin@cravath.com, mao@cravath.com;jmanning@cravath.com
    Richard J. Bernard  on behalf of Defendant  CMG Mortgage, Inc. rbernard@foley.com, khall@foley.com;rbressler@foley.com
    Richard L. Wynne  on behalf of Interested Party  Financial Guaranty Insurance Company rlwynne@jonesday.com
    Richard P. Norton  on behalf of Interested Party  Newport Management Corporation rnorton@hunton.com
    Richard W. Clary  on behalf of Interested Party  Barclays Capital, Inc. rclary@cravath.com, mao@cravath.com
    Richardo I. Kilpatrick  on behalf of Creditor  Oakland County Treasurer ecf@kaalaw.com
    Robert Fryd  on behalf of Defendant  Mortgage Investors Group, Inc. rfryd@wbcsk.com, lschindler@wbcsk.com
    Robert A. Rich  on behalf of Defendant  CoreLogic Default Information Services, LLC rrich2@hunton.com
    Robert A. Rich  on behalf of Creditor  CoreLogic, Inc. rrich2@hunton.com
    Robert Alan Johnson  on behalf of Creditor  Aurelius Capital Management, LP rajohnson@akingump.com, nymco@akingump.com
    Robert D. Nosek  on behalf of Creditor Committee  Official Committee Of Unsecured Creditors rnosek@silvermanacampora.com, CTiso@SALLP.com
    Robert D. Wolford  on behalf of Interested Party  RMBS Settling Investors represented by Talcott Franklin, PC ecfwolfordr@millerjohnson.com
    Robert Edward Brown  on behalf of Interested Party  Additional Homeowners Claimants rbrown@robertbrownlaw.com
    Robert J. Feinstein  on behalf of Creditor Committee  Official Committee Of Unsecured Creditors rfeinstein@pszyj.com, dharris@pszyjw.com
    Robert K. Dakis  on behalf of Other Prof.  Morrison Cohen LLP rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
    Robert L. Schug  on behalf of Creditor Bryan Bubnick rschug@nka.com
    Robert N. H. Christmas  on behalf of Unknown  U.S. Bank National Association as Indenture Trustee for GreenPoint Mortgage Funding Trust 2006-HE1 rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
    Robert N. Michaelson  on behalf of Unknown Wendy Alison Nora rmichaelson@r3mlaw.com
    Robert T Kugler  on behalf of Examiner  Arthur J. Gonzalez, Examiner robert.kugler@stinsonleonard.com, ed.caldie@stinsonleonard.com;laura.schumm@stinsonleonard.com;phillip.ashfield@stinsonleonard.com
    Robert W. Dremluk  on behalf of Creditor  CPN Pipeline Company rwd1517@gmail.com, rdremluk@culhanemeadows.com, rwd1517@ecf.inforuptcy.com,lwarman@culhanemeadows.com
    Rodd C. Walton  on behalf of Plaintiff Michael A Farr rwalton@legacy-groups.com
    Roland P. Reynolds  on behalf of Defendant  Mortgage Investors Group, Inc. rreynolds@pldlawyers.com, cvora@pldlawyers.com;nmorales@pldlawyers.com;lgibbons@pldlawyers.com
    Ronak N Patel  on behalf of Creditor  Riverside County Treasure and Tax Collector rpatel@co.riverside.ca.us, tlwainwright@co.riverside.ca.us
    Ronald J. Friedman  on behalf of Creditor Committee  Official Committee Of Unsecured Creditors filings@spallp.com, RFriedman@SilvermanAcampora.com;jkrell@silvermanacampora.com;EFlint@SilvermanAcampora.com;DMahoney@SilvermanAcampora.com;sbusell@silvermanacampora.com
    Ronald L. Cohen  on behalf of Interested Party  U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts cohenr@sewkis.com
    Ronald L. Cohen  on behalf of Interested Party  U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts cohenr@sewkis.com
    Ross E. Morrison  on behalf of Defendant  Balboa Insurance Company rmorrison@buckleysandler.com
    Rosy Anette Aponte  on behalf of Interested Party Marcia Navarro fmartinez@lawofficeslaley.com
    Roy Frederick Walters  on behalf of Trustee/Not Bankrupt Peter S. Kravitz, as Trustee of the ResCap Borrower Claims Trust fwalters@wbsvlaw.com, jhaake@wbsvlaw.com;jmclaury@wbsvlaw.com
    Ryan Philp  on behalf of Defendant  Lender Processing Services, Inc. ryan.philp@bgllp.com
    Sapna Gupta  on behalf of Interested Party John Garcia pantanogupta@gmail.com
    Sarah Schindler-Williams  on behalf of Interested Party  ISGN Solutions, Inc. schindlerwilliamss@ballardspahr.com
    Sarah Schindler-Williams  on behalf of Creditor  PNC Bank, National Association schindlerwilliamss@ballardspahr.com
    Sarah Block Wallace  on behalf of Creditor  CITIMORTGAGE, INC. wallaces@ballardspahr.com, andersonre@ballardspahr.com
    Saul Oscar Leopold  on behalf of Creditor  Bank of America, N.A. sleopold@leopoldassociates.com, mporch@leopoldassociates.com;ecf@leopoldassociates.com

```
District/off: 0208-1          User: arouzeau              Page 10 of 11                Date Rcvd: Jan 21, 2015
                              Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Schuyler B. Kraus   on behalf of Defendant Jay J. Pitner skraus@hinshawlaw.com
          Scott A. Weiss   on behalf of Unknown   OceanFirst Bank, successor in interest to Columbia Equities, LTD scott@weissnweiss.com
          Scott C. Shelley   on behalf of Creditor   The Prudential Life Insurance Company, Ltd. scottshelley@quinnemanuel.com
          Scott C. Shelley   on behalf of Creditor   AIG Asset Management (US), LLC scottshelley@quinnemanuel.com
          Scott D. Musoff   on behalf of Defendant   UBS Real Estate Securities, Inc. scott.musoff@skadden.com, paris.abell@skadden.com;jason.skorupka@skadden.com;john.murphy@skadden.com;robert.fumerton@skadden.com;alexander.drylewski@skadden.com
          Scott D. Rosen   on behalf of Interested Party   Farmington Woods Master Association, Inc. srosen@cb-shea.com
          Scott Edward Koerner    on behalf of Creditor    Bank of New York Mellon as Master Servicer of Certain Trusts and Pools which hold Residential Mortgages or Residential Real Properties scott.koerner@troutmansanders.com
          Scott K. Rutsky   on behalf of Unknown   Dallas CPT Fee Owner, L.P. srutsky@proskauer.com
          Sean A. O'Neal   on behalf of Unknown   Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC soneal@cgsh.com, maofiling@cgsh.com
          Sean C. Southard   on behalf of Unknown   Roosevelt Depositor LLC ssouthard@klestadt.com
          Seth  Goldman   on behalf of Interested Party   Berkshire Hathaway Inc. seth.goldman@mto.com
          Seth H. Lieberman   on behalf of Defendant   Primary Capital Advisors LLC slieberman@pryorcashman.com
          Shari  Barak   on behalf of Creditor   Citibank NA as trustee for PHHMC 2005-6 sbarak@logs.com, LIBKCourt@logs.com
          Sherri D. Lydell   on behalf of Creditor   Pite Duncan, LLP slydell@platzerlaw.com, tsadutto@platzerlaw.com
          Stanley B. Tarr   on behalf of Creditor   Infor Global Solutions (Michigan), Inc. tarr@blankrome.com
          Stephen Z. Starr   on behalf of Creditor Otis L. Collier, Jr. sstarr@starrandstarr.com, lenab@starrandstarr.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue sdnyecf@dor.mo.gov
          Steven J. Reisman   on behalf of Debtor   Residential Capital, LLC sreisman@curtis.com, cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;tsmith@curtis.com;bkotliar@curtis.com;jweber@curtis.com;bbutterfield@curtis.com
          Steven J. Reisman   on behalf of Counter-Defendant   Residential Capital, LLC sreisman@curtis.com, cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;tsmith@curtis.com;bkotliar@curtis.com;jweber@curtis.com;bbutterfield@curtis.com
          Steven S. Fitzgerald   on behalf of Defendant   Columbus Life Insurance Company sfitzgerald@wmd-law.com
          Steven S. Sparling   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors ssparling@kramerlevin.com, docketing@kramerlevin.com
          Steven T. Hoort   on behalf of Interested Party   Ad Hoc RMBS Holder Group Steve.Hoort@ROPESGRAY.COM
          Susan Jill Rice   on behalf of Defendant   Honor Bank jrice@nmichlaw.com
          Susan N.K. Gummow   on behalf of Interested Party   Axcelera Specialty Risk as managing general agent of North American Specialty Insurance Company jeggum@fgppr.com
          Tammy L. Terrell Benoza   on behalf of Creditor   GMAC MORTGAGE, LLC bankruptcy@feinsuch.com
          Ted Eric May   on behalf of Creditor   Selene Finance as Servicing Agent for Movant DLJ Mortgage Capital, Inc. ted.may@maylawfirm.com
          Teresa  Sadutto-Carley   on behalf of Creditor   Canon Financial Services, Inc. tsadutto@platzerlaw.com, mkaplan@platzerlaw.com
          Terrence J McGuire   on behalf of Attorney   GTS CAPITAL HOLDINGS, IRA, LLC terry@tmcguirelaw.com, admin@tmcguirelaw.com
          Thomas A. Conrad   on behalf of Creditor   Petra Finance LLC taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com
          Thomas A. Pitta   on behalf of Defendant   Allison Payment Systems, LLC tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com;lkopito@emmetmarvin.com
          Thomas C. Rice   on behalf of Defendant   Ace Securities Corp. trice@stblaw.com, managingclerk@stblaw.com
          Thomas J Cunningham   on behalf of Unknown   Locke Lord LLP tcunningham@lockelord.com, kmorehouse@lockelord.com,ttill@lockelord.com
          Thomas J. Moloney   on behalf of Creditor   CO Moore, LP maofiling@cgsh.com, tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Interested Party   J.P. Morgan Mortgage Acquisition Corporation thoran@wcsr.com, hsasso@wcsr.com
          Thomas M. Monahan   on behalf of Interested Party   Steven Archibald, et al., on behalf of themselves and others similarly situated TMonahan@sheppardmullin.com, NY-Docketing@Sheppardmullin.com
          Thomas M. Mullaney   on behalf of Interested Party   CQS ABS Alpha Master Fund Limited tmm@mullaw.org
          Thomas P. Sarb   on behalf of Interested Party   RMBS Settling Investors represented by Talcott Franklin, PC ecfsarbt@millerjohnson.com
          Thomas Peter Beko   on behalf of Unknown Jean  Gagnon tbeko@etsreno.com, dmatthews@etsreno.com
          Thomas R. Fawkes   on behalf of Other Prof.   Mercer (US) Inc. tfawkes@freeborn.com, bkdocketing@freeborn.com
          Thomas Ross Hooper   on behalf of Interested Party   Law Debenture Trust Company of New York as Separate Trustee hooper@sewkis.com

```
District/off: 0208-1         User: arouzeau              Page 11 of 11               Date Rcvd: Jan 21, 2015
                             Form ID: tranapl            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas Russell Mason    on behalf of Plaintiff Bruce  DeMustchine attytmason@gmail.com
          Tiffany Strelow Cobb    on behalf of 3rd Party Plaintiff    Nuance Communications, Inc. f/k/a
          Varolii Corporation tscobb@vorys.com,   bjtobin@vorys.com;lnfromme@vorys.com
          Timothy J. Amos    on behalf of Unknown    Tim Amos, Individually, And Golden & Amos, PLLC
          timamos@goldenamos.com,   kjackson@goldenamos.com;dcramlet@goldenamos.com
          Todd M. Goren    on behalf of Debtor    Residential Capital, LLC tgoren@mofo.com
          Todd M. Goren    on behalf of Plaintiff    DOA Holding Properties, LLC tgoren@mofo.com
          Tracy L. Klestadt    on behalf of Interested Party    Community South Bank tklestadt@klestadt.com,
          tklestadt@yahoo.com
          Vicente Matias Murrell    on behalf of Creditor    Pension Benefit Guaranty Corporation
          murrell.vicente@pbgc.gov,   efile@pbgc.gov
          Victor L. Hayslip    on behalf of Defendant    Synovus Mortgage Corp. vhayslip@burr.com,
          cabbott@burr.com;jwilson@burr.com
          Victoria D. Garry    on behalf of Creditor    State of Ohio vgarry@ag.state.oh.us
          Vito  Torchia, Jr.    on behalf of Unknown    Plaintiffs fcanale@brookstonelaw.com,
          torchiav@brookstonelaw.com
          Walter H. Curchack    on behalf of Unknown    Wilmington Trust, National Association, as Indenture
          Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC wcurchack@loeb.com,
          vrubinstein@loeb.com
          Walter H. Curchack    on behalf of Unknown    Wilmington Trust, National Association
          wcurchack@loeb.com,   vrubinstein@loeb.com
          Walter J. Ashbrook    on behalf of Creditor    OneWest Bank sybil.aytch@quarles.com
          Walter J. Ashbrook    on behalf of Creditor    OneWest Bank and Deutsche Bank National Trust
          Company sybil.aytch@quarles.com
          Wendy Alison  Nora    on behalf of Creditor Paul N. Papas II accesslegalservices.bkyny@gmail.com
          Wendy Alison  Nora    on behalf of Creditor Paul  Papas accesslegalservices.bkyny@gmail.com
          William Hao    on behalf of Unknown    Wells Fargo Bank, N.A. william.hao@alston.com
          William A. Hazeltine    on behalf of Interested Party    Mortgage Electronic Registration Systems,
          Inc. and MERSCORP, Inc. whazeltine@sha-llc.com
          William B. Pollard, III    on behalf of Plaintiff    Ally Financial, Inc. wpollard@kvwmail.com
          William B. Schiller    on behalf of Creditor    First Niagara Bank, N.A, successor by merger to New
          Alliance Bank wschiller@schillerknapp.com,   lgadomski@schillerknapp.com
          William B. Schiller    on behalf of Creditor    Associate Partners, LLC wschiller@schillerknapp.com,
          lgadomski@schillerknapp.com
          William D May    on behalf of Creditor Marlow  Hooper derek@srwadelaw.com
          William H. Hoch, III    on behalf of Creditor    MidFirst Bank will.hoch@crowedunlevy.com,
          ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;kerryann
          .wagoner@crowedunlevy.com;karen.martin@crowedunlevy.com
          William J. Brown    on behalf of Interested Party    HSBC Bank USA, National Association
          wbrown@phillipslytle.com,   khatch@phillipslytle.com
          William J.F. Roll, III    on behalf of Creditor    CITIBANK, N.A. wroll@shearman.com
          peter c tashjian    on behalf of Creditor Tracey J Marshall tashjianlegal@cox.net

                                                                                                                     TOTAL: 456