Pablo E. Bustos Esq., Bar No.:4122586
BUSTOS & ASSOCIATES, P.C.
225 Broadway 39th Floor
New York, NY 10007-3001
212-796-6256 Office
pbustos@bustosassociates.com
*Attorney for the Creditor Conrad P Burnett Jr*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
                                                      : Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                      :
                                                      : Jointly Administered
                          Debtors.                    :
-----------------------------------------------------------------x  **Hon. Martin Glenn**

## AFFIDAVIT OF DAVID M PETROVICH IN SUPPORT OF CREDITOR CONRAD P BURNETT'S REPLY TO LIQUIDATING TRUSTS 80TH OMNIBUS OBJECTION

STATE OF NEW JERSEY            )
                               )  ss.
COUNTY OF MONMOUTH             )

From 1998 thru present day, I have been Executive Director for the non profit housing advocacy Society For the Preservation of Continued Homeownership, a NJ 501(c)(3) corporation.

To the best of my recollection:

In early November 2008, Conrad Burnett, residing at 458 Lakeviw Lane, Boyce, Virginia, and I spoke about his frustrating experience pursuant to his application

for a mortgage loan workout from his alleged lender, Homecomings Financial / GMAC. His efforts to secure a loan workout had been unsuccessful.

On or about November 11, 2008, Conrad Burnett devised a Qualified Written Request to Homecomings Financial / GMAC which requested specific information regarding loan account # 744 136 8818. In that letter, Mr. Burnett authorized and directed Homecomings Financial / GMAC to communicate with me, and to provide me with all of the information which had been requested within his letter which was sent via US Mail, Certified, with return receipt requested article number: 7001 1940 0005 5628. The return postal receipt was marked as received by recipient on November 20, 2008.

On or about February 2, 2009, I sent a letter via US Mail, Certified with return receipt requested article number 744 136 8818, AND via facsimile to GMAC ResCap, attn: Mark Folweiler whom I had been advised was the representative assigned to Mr. Burnett's loan. The letter included copies of Mr. Burnett's proof of income and recent bank statements which had been requested via a telephone conversation between myself, and whom I believed to be Mark Folweiler.

I do not specifically recall the substance of my telephone conversations with Homecomings / ResCap / GMAC and was not able to confirm if Homecomings / GMAC / ResCap was even entitled to receive payments from Mr. Burnett.

Further affiant saith naught.

By: _____

David M Petrovich
Affiant

## ACKNOWLEDGMENT

STATE OF NEW JERSEY    )

COUNTY OF MONMOUTH  )

Sworn to and subscribed before me, Lynn Petrovich, this the 27th day of January, 2015.

_____
Notary-Public

My Commission Expires: 10/15/2017

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing

**AFFIDAVIT OF DAVID M PETROVICH IN SUPPORT OF CREDITOR**

**CONRAD P BURNETT'S REPLY TO LIQUIDATING TRUSTS 80TH**

**OMNIBUS OBJECTION** is to be electronically filed with the Clerk of the Court

using ECF system, which sent notification of such filing to all ECF participants

requesting electronic service.

Date: 1/27/2015                                Respectfully Submitted,

                                               /s/ Pablo E. Bustos

                                               Pablo E. Bustos, Esq.
                                               *Attorney for the Creditor*

4