**<u>Exhibit G</u>**

**Homecomings Financial**
*A GMAC Company*
PO Box 205
Waterloo, IA 50704-0205

05/14/09

MICHAEL A KARMAZYN
KRISTIN E KARMAZYN
5153 S UKRAINE ST
AURORA          CO 80015-6561

RE:   Account Number         4090
      Property Address   5153 SOUTH UKRAINE STREET
                         AURORA          CO 80015

Dear   MICHAEL A KARMAZYN
       KRISTIN E KARMAZYN

The repayment plan we previously established at your request has been canceled for one or more of the following reasons:

   [[x]]   The payment received does not represent the correct amount as specified in the signed repayment agreement.

   [[x]]   The payment was not received by the payment due date as specified in the signed repayment agreement.

   [[ ]]   The signed repayment agreement has not been received.

   [[ ]]   The required contribution has not been received.

Notice -- This is an attempt to collect a debt and any information obtained will be used for that purpose. If your debt has been discharged in bankruptcy, our rights are being exercised against the collateral for the above-referenced loan, not as a personal liability.

At this time, the default proceedings will resume. If you wish to discuss the status of your account or the canceled payment plan, please contact the Loss Mitigation Department at 800-799-9250, extension .

Loss Mitigation Department
Loan Servicing

5:86