**Exhibit J**

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/23/09

MICHAEL A KARMAZYN
KRISTIN E KARMAZYN
5153 S UKRAINE ST
AURORA            CO 80015-6561

RE:    Account Number            4090
       Property Address    5153 SOUTH UKRAINE STREET
                           AURORA            CO 80015

Dear    MICHAEL A KARMAZYN
        KRISTIN E KARMAZYN

   PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
          INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find official check number 6365504983 in the amount of $1,530.00.  These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings.  Additional fees and costs have incurred.  If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts.  Only the correct amount in the form of certified funds will be acceptable.

   CMS Legal Service DBA Castle,
   999 18th Street
   DENVER CO 80202
   303-865-1400

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you avoid foreclosure.  Contact the Loss Mitigation Department at GMAC Mortgage, LLC immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53