**Exhibit 5**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

DEC 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL E. BOYD,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>GMAC MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.,<br><br>      Defendants - Appellees. | No. 12-17434<br><br>D.C. No. 5:11-cv-05018-PSG<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: THOMAS, Chief Judge, and SCHROEDER and HURWITZ, Circuit Judges.

Boyd's petition for panel rehearing is denied.

No further filings will be entertained in this closed case.