**Presentment Date: February 5, 2015 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: February 4, 2015 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
Meryl L. Rothchild

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER BETWEEN THE RESCAP LIQUIDATING TRUST, DURBIN CROSSING COMMUNITY DEVELOPMENT DISTRICT, AND DURBIN CROSSING CDD HOLDINGS, INC. TO MODIFY THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE *NUNC PRO TUNC***

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation and Order Between the ResCap Liquidating Trust, Durbin Crossing Community Development District, and Durbin Crossing CDD Holdings, Inc. to Modify the Automatic Stay Under Section 362 of the Bankruptcy Code Nunc Pro Tunc* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **February 5, 2015 at 12:00 p.m. (Prevailing Eastern Time)**.

NY-1174552

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **February 4, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) co-counsel for The ResCap Liquidating Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attn: Norman S. Rosenbaum, Erica J. Richards, and Meryl L. Rothchild); (c) co-counsel to the ResCap Liquidating Trust, Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer); (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (e) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Avenue, Suite S-520, Rye Brook, NY 10573 (Attention: Jeffrey Brodsky); and (f) counsel for the Durbin Crossing Community Development District, Hopping Green & Sams, P.A., 119 South Monroe Street, Suite 300, P.O. Box 6526, Tallahassee, FL 32314 (Attn:  Douglas M. Smith) and Peterson & Myers, P.A., 225 East Lemon Street, Suite 300, P.O. Box 24648, Lakeland, FL 33802-4628 (Attn:  Kevin A. Ashley, David A. Miller and Matthew J. Vaughn).

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: January 29, 2015  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
Erica J. Richards  
Meryl L. Rothchild  
**MORRISON & FOERSTER LLP**  
250 West 55th Street  
New York, NY 10019  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*

NY-1174552