# Exhibit 2

## Tax Collector's Certification

Form DR513 (R 12/03)

TAX COLLECTOR'S CERTIFICATION

Application Date/Number: OCT 18, 2013  130234

This is to certify that the holder listed below of Tax Sale Certificate Number 2008/ 114.000, Issued the 30th day of May, 2008, and which encumbers the following described property in the county of ST. JOHNS COUNTY TAX COLLECTOR State of Florida, to-wit:

Cert Holder: DURBIN CROSSINGS CDD HOLDINGS, INC
5020 W LINEBAUGH AVE STE 250
TAMPA FL 33624

Property Owner: DOA PROPERTIES IX (LOTS-OTHER) LLC
8400 NORMANDALE LAKE BLVD STE 350
BLOOMINGTON MN 55437-1069

2-1 PT OF SEC 1 T5S R27E & PT OF SEC 6 T5S R28E LYING W OF RUSSELL SAMPSON RD - FIRST DEED PARCEL IN OR2036/1093 (EX R/W TO CDD IN OR2586/623)

OR2632/225 &2708/1565(O/I)

has surrendered same in my office and made written application for tax deed in accordance with Florida Statutes. I certify that the following tax certificates, interest, ownership and encumbrance report fee, and Tax Collector's fees have been paid.

Certificates owned by Applicant and Filed in Connection With This Application:

| Certificate | Date of Sale | Face Amount | T/C Fee | Interest | Total |
|---|---|---|---|---|---|
| 2008/ 114.000 | 05/30/2008 | 477,477.14 | 0.00 | 452,608.54 | 930,085.68 |

Certificates Redeemed by Applicant in Connection With This Tax Deed Application or included (County) in connection with this Tax Deed Application:

| Certificate | Date of Sale | Face Amount | T/C Fee | Interest | Total |
|---|---|---|---|---|---|
| 2009/ 110.000 | 06/01/2009 | 493,993.20 | 6.25 | 385,314.70 | 879,314.15 |
| 2010/ 106.000 | 06/01/2010 | 22,785.76 | 6.25 | 1,139.29 | 23,931.30 |
| 2011/ 102.000 | 06/01/2011 | 18,370.08 | 6.25 | 7,715.43 | 26,091.76 |
| 2012/ 89.000 | 06/01/2012 | 16,993.02 | 6.25 | 4,078.32 | 21,077.59 |
| 2012/ 73.000 | 05/31/2013 | 15,981.38 | 6.25 | 1,198.60 | 17,186.23 |

Amounts Certified by Tax Collector (Lines 1 - 7):                                                          Total Amount Paid
1. Total of all Certificates in Applicant's Possession and Cost of the Certificates Redeemed by Applicant or included (County)    1,897,686.71
2. Total of Delinquent Taxes Paid by Tax Deed Applicant
3. Total of Current Taxes Paid by Tax Deed Applicant
4. Ownership and Encumbrance Report Fee                                                                           140.00
5. Tax Deed Application Fee                                                                                        75.00
6. Total Interest Accrued by Tax Collector Pursuant to Section 197.542, F.S.                                        0.00
7. Total (Lines 1 - 6)                                                                                        1,897,901.71

Amounts Certified by Clerk of Court (Lines 8 - 15):
8. Clerk of Court Statutory Fee for Processing Tax Deed
9. Clerk of Court Certified Mail Charge
10. Clerk of Court Advertising Charge
11. Clerk of Court Recording Fee for Certificate of Notice
12. Sheriff's Fee
13. Interest Computed by Clerk of Court Pursuant to Section 197.542, F.S.
14. Total (Lines 8 - 13)
15. One-half of the assessed value of homestead property, if applicable pursuant to section 197.502, F.S.
16. Statutory (Opening) Bid; Total of Lines 7, 14 and 15 (if applicable)

* Done this the 14th day of November, 2013

TAX COLLECTOR OF ST. JOHNS COUNTY TAX COLLECTOR County

Date of Sale: _____    By _____

* This certification must be surrendered to the Clerk of the Circuit Court no later than ten (10) days after this date.

## NOTICE TO TAX COLLECTOR OF APPLICATION FOR TAX DEED

TO: Tax Collector of    ST. JOHNS COUNTY TAX COLLECTOR    County:

In accordance with the Florida Statutes, I,    DURBIN CROSSINGS CDD HOLDINGS
5020 W LINEBAUGH AVE STE 250
TAMPA FL 33624

holder of the following tax sale certificate hereby surrender same to the Tax Collector and make tax deed application thereon:

| YEAR/CERT. NO. | DATE | | LEGAL DESCRIPTION |
|---|---|---|---|
| 2008   114.000 | 05/30/2008 | ACCOUNT # | [redacted] |

THIS CERTIFICATE IS FOR TAX YEAR    2007.

2-1 PT OF SEC 1 T5S R27E & PT
OF SEC 6 T5S R28E LYING W OF
RUSSELL SAMPSON RD - FIRST
DEED PARCEL IN OR2036/1093 (EX
R/W TO CDD IN OR2586/623)
OR2632/225 &2708/1565(O/I)

I agree to pay all delinquent taxes, redeem all outstanding tax certificates not in my possession, pay any omitted taxes, and pay current taxes, if due, covering the land, and pay any interest earned (a) on tax certificates not in my possession, (b) on omitted taxes or (c) on delinquent taxes. I also agree to pay tax collector's fees, ownership and encumbrance report costs, clerk of the court costs, charges and fees and sheriff's costs, if applicable. Attached is the above-mentioned tax sale certificate on which this application is based and all other certificates of the same legal description which are in my possession.

_____    10-16-13
Applicant's Signature           Date