## Exhibit 3

**Tax Deed**

Tax Certificate No. ████
Parcel Identification No. 009620-0010

# Tax Deed

**STATE OF FLORIDA**
**COUNTY OF ST. JOHNS**

Public Records of
St. Johns County, FL
Clerk # ████
O.R. 3878 PG 481-481
05/09/2014 at 01:44 PM,
REC. $5.00 SUR. $5.00
Doc. D $14789.60

The following Tax Sale Certificate Numbered 114 issued on May 30, 2008 was filed on the Office of the Tax Collector of this County and application made for the issuance of a tax deed, the applicant having paid or redeemed all other taxes sale certificates on the land described as required by law to be paid or redeemed, and the costs and expense of this sale, and due notice of sale having been published as required by law, and no person entitled to do so having appeared to redeem said land; such land was sold on the 7th day of May 2014 offered for sale as required by law for cash to the highest bidder and was sold to:

DURBIN CROSSING CDD HOLDINGS, INC
ADDRESS:
5020 W LINEBAUGH AVE, STE 250
TAMPA, FL 33624

being the highest bidder and having paid the sum of their bid as required by the Laws of Florida. Now, this the 9th day of May 2014 County of St. Johns, State of Florida, in consideration of the sum of $2,112,711.69, being the amount paid pursuant of the Laws of Florida does hereby sell the following lands situated in the County and State of foresaid and described as follows:

PARCEL NUMBER ████ SEC 01 TWP 05 RGE 27 2-1 PT OF SEC 1 T5S R27E & PT OF SEC 6 T5S R28E LYING W OF RUSSELL SAMPSON RD - FIRST DEED PARCEL IN OR2036/1093 (EX R/W TO CDD IN OR2586/623) OR3099/119 &3378/1831(Q/C)

WITNESS:

_Alexis M Beeson_
ALEXIS M. BEESON

_Linda F Platt_
LINDA F. PLATT

STATE OF FLORIDA

COUNTY OF ST. JOHNS

**Cheryl Strickland**
Clerk of Court
St. Johns County, Florida

BY: _Cheryl Strickland_

Cheryl Strickland, Clerk of Court
St. Johns County, Florida

The foregoing instrument was acknowledged before me this 9th day of May, 2014 by CHERYL STRICKLAND, Clerk of the Circuit Court, St. Johns County, Florida who is personally known to me.

Prepared By:
ALEXIS M. BEESON, Tax Deed Clerk
Cheryl Strickland,
Clerk of the Circuit Court
4010 Lewis Speedway
St. Augustine, FL 32084

_Linda F Platt_
LINDA F. PLATT

NOTARY PUBLIC STATE OF FLORIDA


LINDA F. PLATT
MY COMMISSION # EE849946
EXPIRES: January 03, 2017