UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 483 BY WELLS FARGO BANK, N.A.

Wells Fargo Bank, N.A., having filed Claim Number 483 (the "**Claim**") in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: January 30, 2015

_____
Nicole Cohrs, Esq.
Davis Law, A Professional Corporation
580 Broadway, Ste. 204
Laguna Beach, CA 92651
Telephone: (949) 376-2828
Email: nc@tpdavislaw.com

*Attorney for Wells Fargo Bank, N.A.*