MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

February 3, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

By Overnight Delivery

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:  In re Residential Capital, LLC et al.
     Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Borrower Trust") and the ResCap Liquidating Trust (the "Liquidating Trust"). On November 14, 2014, the Borrower Trust filed an objection [Docket No. 7760] (the "Claims Objection") to Claim Number 5067 filed by Gwendell L. Philpot (the "Philpot Claim"). At Mr. Philpot's request, the Claims Objection is currently scheduled to be heard on March 31, 2015. See Notice of Adjournment filed on January 21, 2015 [Docket No. 8005].

On January 28, 2015, we received the enclosed subpoena, dated January 16, 2015 (the "Subpoena"), which appears to request documents related to the Philpot Claim and the Claims Objection, and provides that the requested materials are to be produced by February 16, 2015. The Borrower Trust submits that the Subpoena seeks information that is wholly irrelevant to the Claims Objection. By the records requested in the Subpoena, Mr. Philpot is seeking to establish that he tried to make a mortgage payment online on September 30, 2008, and that his payment was not processed due to technical failures of the payment system. See Claims Objection at ¶¶ 12-14. The Borrower Trust has not disputed that Mr. Philpot tried to make the payment. The relevant facts relating to the missed payment are that (a) Mr. Philpot never actually made the payment, which could be disproved by Mr. Philpot's own bank records, and (b) regardless of the reason why the September 2008 mortgage payment was not made when due, the Debtors offered Mr. Philpot the opportunity to make a late payment without penalty, which will be established through the Debtors' servicing records that were filed in support of the Claims Objection. See Claims Objection at ¶¶ 35, 38, 40-43. Moreover, it is unclear whether the Liquidating Trust, as the successor to

ny-1174941

MORRISON | FOERSTER

Hon. Martin Glenn, USBJ
February 3, 2015
Page Two

Debtors' estates, has access to any records and materials that are responsive to the Subpoena beyond the exhibits that were filed in support of the Claims Objection.

In keeping with the Court's general rules of practice, and in order to avoid incurring the potentially unnecessary expense and effort that would be entailed in trying to locate responsive materials at this time, the Borrower Trust requests that the Court treat the March 31, 2015 hearing on the Claims Objection as a pretrial conference, with an evidentiary hearing to be scheduled at a later date only if the Court determines that one is required to resolve disputed factual issues related to this matter. The Borrower Trust and Liquidating Trust further request that the Court stay any obligations to comply with the Subpoena pending a determination by the Court at the March 31, 2015 pretrial conference that the Subpoena seeks information relevant to disputed issues of material fact necessary for the Court to resolve the Claims Objection.[1]

Respectfully submitted,

/s/ Jordan A. Wishnew

Jordan A. Wishnew

cc:  Gwendell L. Philpot (w/ encl.)

Encl.

---

[1] The Borrower Trust and Liquidating Trust reserve all rights with respect to the Subpoena, including, but not limited to, seeking to quash the Subpoena on the basis that it seeks information that is not reasonably accessible because of undue burden or cost.

ny-1174941

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re RESIDENTIAL CAPITAL, LLC, et al
Debtors

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. * 12-12020 (MG)

Chapter 11

Jointly Administered

To: Deanna Horst
Senior Director of Claims Management for
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

C/O Norman S. Rosenbaum
MORRISON & FOERSTER LLP, *Counsel for the ResCap Borrower Claims Trust*
1290 Avenue of the Americas
New York, New York 10104
*and Counsel for the Debtors and Debtors in Possession*

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Not applicable | Not applicable |
| | DATE AND TIME |
| | Not applicable |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Not applicable | Not applicable |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **1.** Computer code and software operational diagrams which provide and show human user interface with verbal prompts correlated to corresponding telephone key actuation commands of software as in operation on September 30, 2008 between the hours of 10:00PM and midnight Central Time, such software code and version which was in use by HOMECOMINGS FINANCIAL, LLC, GMAC Mortgage, LLC (ResCap) within its data processing center for "Pay-By-Phone" mortgage account Payment Processing System which serviced Loan Account Number: 7412259657 for Gwendell L. Philpot. With specificity, requesting all "Pay-By-Phone" logs related to Loan Account Number: 7412259657 between September 15 and October 15, 2008. Integral to said account information, provide the related transactional records (Log Files) of the same account and dates stated above with all data related to calls originating at telephone number 1-256-280-9128 including voice/key actuation command/prompt/reply and (System Administrative Data Log Files) of same activity and events. Include with production of above the product names of software, developers, copyright holders, service providers and computer operating systems of operations. **2.** Presentation on August 19, 2008 by Rob Lux, CTO, GMAC ResCap, "Using Data Governance to Support Business Strategy." Certification of above information is required.

| PLACE 407 Valley Drive, Attalla, Alabama 35954 *with copy to* the clerk of the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 | DATE AND TIME ~~January 26, 2015, 5:00 PM~~ *DH* February 16, 2015, 5:00 PM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Not applicable | Not applicable |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE Annya Acosta Deputy Clerk | CLERK OF COURT *Annya L. Acosta* Signature of Clerk or Deputy Clerk | DATE 1/16/2015 |
|---|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Vito Genna, Clerk of Court
United States Bankruptcy Court, SDNY One Bowling Green, NY, NY 10004

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

RECEIVED

JAN 2 6 2014

MORRISON | FOERSTER