## Sullivan Diligence Response

407-933-1442

# ResCap

MORRISON | FOERSTER

### Claim Information

| Claim Number | 1533 | 06-29-13 |
|---|---|---|
| **Basis of Claim**<br><br>Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you **must** provide copies of any and all documentation that you believe supports the basis for your claim. | To whom it may concern: "As correspondence! This letter is to reiterate my Entitlement for relief or what I have suffered, at the hand of GMAC mortgage, unfair foreclosure tactics, causing me a lot of Grief!"<br><br>I am eagerly and anxiously awaiting my proceed which is rightfuly and Tangibly mine. Thanks in Advance! Please see proceed.<br><br>Sincerely, Leslie G. Sullivan | |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

| Loan Number: ███████ 3060 |
|---|
| Address of property related to the above loan number:<br>650-652 Royalty Ct Kissimmee FL 34758 |

| City: Kissimmee | State: FL | ZIP Code: 34758 |
|---|---|---|

"Serious MATTER"

**RECEIVED**
JUL 0 8 2013
KURTZMAN CARSON CONSULTANTS

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC    P.O. Box 385220  Bloomington, MN  55438

Claim Number: 1533
Leslie G Sullivan
Type: POC

CM#1533

B 10 Modified (Official Form 10) (12/11)

PRF 52727-2

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**    Claim #1533 Date Filed: 10/22/2012

PROOF OF CLAIM

| Name of Debtor: *Leslie G. Sullivan* | Case Number: 08 CA 9463 MF |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**GMAC MORTGAGE LLC**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
**GMAC MORTGAGE**
**P.O. BOX 9001719**
**Louisville KY 40290-1719**

Telephone number: 1-800-766-4633  1-866-690-8339    email: WWW.gmacmortgage.com

**Court Claim Number: 08 CA9463 - MF**
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
407-666-0644
Telephone number: 407-932-1442    email: MANNMANN5532@yahoo.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **8,990.96**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: **ILLEGAL AND MALICIOUS FORECLOSURE (MORTGAGE NOTE)**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **5809**

3a. Debtor may have scheduled account as:
_____
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
_____
(See instruction #3b)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$ _____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $ **300,000 PD** Annual Interest Rate **4.9930** % ☐ Fixed ☑ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **740.00 which was returned** — Basis for perfection: _____
**— maliciously and vindictively.**

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ _____ (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

12120321210220000000000009

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Leslie G. Sullivan*
Title: OWNER
Company: SULLIVAN
Address and telephone number (if different from notice address above):
(Signature) *Leslie G. Sullivan*    (Date) 10-16-2012

**RECEIVED**
**OCT 22 2012**
KURTZMAN CARSON CONSULTANTS
COURT USE ONLY

Telephone number: 407-932-1443    Email: MANNMANN5532@yahoo.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# GMAC Mortgage

| | |
|---|---|
| **Date** | November 21, 2008 |

**Number of pages including cover sheet:**

| | | | | |
|---|---|---|---|---|
| **TO:** | Leslie Sullivan | **FROM:** | **GC** | |
| | | | **GMAC MORTGAGE** | |
| | | | 3451 Hammond Av nue | |
| | | | Waterloo, IA 50702 | |
| **Phone** | | | | |
| **Fax Phone** | 407-932-1442 | **Phone** | 1-800-766-4622 | |
| | | **Fax Phone** | 319-236-5167 | |
| | | **Account Number** | 610003060 | |

| **REMARKS:** | ☐ *Urgent* | ☐ *For your review* | ☐ *Reply ASAP* | ☐ *Please Comment* | ☐ *See Attached* |
|---|---|---|---|---|---|

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply fax. Please advise immediately if you or your employer do not consent to the messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Company shall be understood as neither given nor endorsed by it. It is the Company's policy that faxes are intended for and should be used for business purposes only.

10-16-12

"It has been a long time coming, I have suffered mentally and physically, my knights went away without paying me because Mr. Then gave them Foreclosure paper they walked out clocked me in the face and tell me that they will not pay. I lost over $95,001.00. I have to put their in _____..."

# McCarty & Bottex, P.L.

## Attorneys At Law

General Civil Litigation
Criminal Law
Family Law
Personal Injury

550 North Bumby Avenue, Suite #145
Orlando, Florida 32803
Telephone: (407) 897-1223
Fax: (407) 897-1225

March 25, 2009

**U.S. MAIL**
Leslie Sullivan
646 Regency Way
Kissimmee, FL 34758

Dear Mr. Sullivan:

We at McCarty & Bottex know that a successful law practice is based upon community support. We strive to earn the respect and trust of our local community on a daily basis. We pride ourselves in offering quality product, exceptional client support and affordable rates for all.

We would like to take this opportunity to formally thank you for entrusting us to assist in your legal matter. As you are aware, we have successfully resolved your legal matter, specifically, Foreclosure Case No: 08-CA-9412MF. At this time, the Firm has completed the designated contracted task and your case file is now closed.

Should you have the need for legal services in the future, please give us a call. We have enclosed our business cards for your convenience. If you know of anyone who may be in need of our services, we trust you will recommend our firm. We are confident our legal counsel made a difference!

Respectfully,

DanYelle McCarty, Esquire

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000108

PRF # 59050***
Case No.: 12-12020
Svc: 1

PackID: 108
NameID: 11040863

Leslie G Sullivan
646 Regency Way
Kissimmee, FL 34758

# McCarty & Bottex, P.L.

## Attorneys At Law

General Civil Litigation
Criminal Law
Family Law
Personal Injury

550 North Bumby Avenue, Suite #145
Orlando, Florida 32803
Telephone: (407) 897-1223
Fax: (407) 897-1225

March 25, 2009

**U.S. MAIL**
Leslie Sullivan
646 Regency Way
Kissimmee, FL 34758

Dear Mr. Sullivan:

We at McCarty & Bottex know that a successful law practice is based upon community support. We strive to earn the respect and trust of our local community on a daily basis. We pride ourselves in offering quality product, exceptional client support and affordable rates for all.

We would like to take this opportunity to formally thank you for entrusting us to assist in your legal matter. As you are aware, we have successfully resolved your legal matter, specifically, Foreclosure Case No: 08-CA-9412MF. At this time, the Firm has completed the designated contracted task and your case file is now closed.

Should you have the need for legal services in the future, please give us a call. We have enclosed our business cards for your convenience. If you know of anyone who may be in need of our services, we trust you will recommend our firm. We are confident our legal counsel made a difference!

Respectfully,

DanYelle McCarty, Esquire

**STATE OF FLORIDA**
**OFFICE OF THE ATTORNEY GENERAL BILL MCCOLLUM**
**LAW OFFICES OF DAVID J. STERN, P.A. and DAVID J. STERN,**
**INDIVIDUALLY**
**AG #: L10-3-1145**

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, this day personally appeared:

**NAME** (Mr./Mrs./Ms.) _Leslie G. Sullivan_
Print or type name

**ADDRESS** _646 Regency Way, Kissimmee, FL 34758_

**TELEPHONE** - Home (407) _932-1442_ Work (407) _666-0644_

to me well known, and who, after being duly sworn and deposed, upon his/her personal
knowledge, states as follows:

Are you 60 years old or older? _✓_ Yes ____ No

Are you disabled? ____ Yes _✓_ No

1. I have a complaint against _GMAC MORTGAGE LLC. 800.766.4622_  _c/ms. Eva Hernandez Shum & Law Offices of E/mr. David J. Stern. P.A. 900 S. Pine Island Rd. Suite 400. Plantation FL - 33324-3920_
(person/ company name, address, and telephone)

_P.O. Box 9001719. Louisville, KY 40390-1719_

2. I first learned of this person or company through (example – Foreclosure proceedings,
bankruptcy, etc.)

_Foreclosure Proceedings_
**(Please attach the advertisement, mailing piece or other documents received)**

3. Did this company ever contact you? _✓_ Yes ~~No~~. If yes, date of contact

_12-07_ . _a man from David Stern Office gave my_
_tennant ms. Evelyn Rosado a note or a card telling her_
_to tell me to call them in regards to my house, but I did not_
_because I did not have any transaction with Stern, or in any_
_serious delequency._

AG# L10-3-1145        In Re: **The Law Offices of David J. Stern, P.A. and David J. Stern,**
                                    **Individually**

4. Please describe the contact 'Server came to my house
and gave me a slew of papers. I almost have
an heart attack, up until now I cannot get over it.

5. What is the address of the property involved in the foreclosure? 650 + 652
Royalty Ct, Kissimmee, FL 34758

6. Was or is The Law Offices of David J. Stern, P.A. representing the plaintiff in your
foreclosure case? ✓ Yes _____ No

7. Please describe in as much detail as possible, the nature of your complaint against The Law
Offices of David J. Stern, P.A., and attach true and correct copies of all relevant documents that
establish the facts of your complaint. Please use extra pages if necessary.

GMAC mortgage, Ellen Hernandez Shum and David
J. Stern P.A. deliberately, and premeditately targety,
ambush me, and try to take my house illegally
even when I had an agreement and pay up all
that they said I should pay up and became.
They withheld all the money deliberately, just so they
could take my house maliciously This the
undisputed truth this man Benjamin who has
given me a hard time on the phone. threaten me
that he is going to take my house and sell
it, and that s exactly what they try to do.
Their were no reason to do this, other than Power,

hatred Vengeance, Vendective which caus
me sleepless nights frustration, lawyer taken
my money total advantages of me Period."

AG# L10-3-1145     In Re:  **The Law Offices of David J. Stern, P.A. and David J. Stern,**
**Individually**

They seriously try to capture my place just like a pirate, even Ms. Shea told me that they could not take my house, one of GMAC. Rep. I told her that Mr. Benjamin threaten me to do so. I did everything that I was told right but they still foreclose on me. which was illegal persons

8.  If you are currently in litigation, what is the status of your case and please list your case

number?

They did not have any case what they did was no basic to it. it was dismissed.

Case # 08 CA 9462 MF.

_____

_____

_____

_____

_____

rented.

9.  Are you currently living in the property being foreclosed? ___✓___ Yes _____ No

10.  Please state the date the home was or will be sold as well as the date of the Final Judgment?

N/A

_____

11.  Do you believe your home/property was foreclosed on using false/fabricated and/or forged
documents?  ___✓___ Yes _____ No and if Yes, please explain fully and attach copies any

Page **3** of **6**

AG# L10-3-1145      In Re: **The Law Offices of David J. Stern, P.A. and David J. Stern,**
**Individually**

documents you have that you believe are false.

The whole foreclose action was illegal. It should never happen. I was maliciously + directly, targeted premediately, and tried very very hard to take my house so they could embarrassed me and learn me a lesson. of evil, period.

12. Were you served with a foreclosure complaint? ✓ Yes _____ No

13. If you were served with a foreclosure complaint, please describe how and when you were
served? I was at my house a saturday evening. I saw a car drove up to my house very slowly tinted glass. I was washing my car. a man immerge from it with a served papers, telling me to sign my house in foreclos I almost died. I still can't believe it.

14. If you were not served with a foreclosure complaint, how did you find out about the
foreclosure?

n/A

AG# L10-3-1145        In Re: __The Law Offices of David J. Stern, P.A. and David J. Stern,__
__Individually__

15. Did you hire an attorney to represent you in the foreclosure case? ✓ Yes _____ No

16. If you did hire an attorney please provide his/her name, address, telephone number and
email address. _Danyelle McCarty. 407-897-1223_    _Fax 407-897-1223_
_550 north Bumby Ave Suite #145_
_Orlando, FL 32803._  (not represently/properly)

17. Were you mailed timely notices of hearings from The Law Offices of David J. Stern, P.A.?

✓ Yes ✓ No  'none' LL.

18. If you have not received timely notice for hearings, please explain in detail the
circumstances? _____ n/A _____

19. Is there any further information you wanted to document that we did not ask? _____
my lawyer did not represent told
me properly if any. Everything about
the case I did it I asked them at the Court
house, if I was represented by an attorney and
they told me no even when I paid out
$650.00 to file charges against GMAC Mortgage to
repose of me.

20. Please list each document you have attached to this affidavit. _Court Papers. Financial_
_regulative_
_papers_

Page **5** of **6**

AG# L10-3-1145        In Re: The Law Offices of David J. Stern, P.A. and David J. Stern,
                              Individually

I am seeking unspecified damages. Breach of
contract, unfair business practices and intentional infliction
of emotional distress, in deliberately holding back my payment
and not applying it then reporting it for their own agenda
do willfully, maliciously, and evil, retaliation to foreclose
on me, which was premeditated. It does cause me
distress. This was very very wrong.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
(Your Signature)

05 - 22 - 47
_____
(Date of Birth)

**SWORN TO AND SUBSCRIBED BEFORE ME** this 29th _____ day of

June _____, 20 13.

STATE OF Florida.

COUNTY OF Osceola

My commission expires: August 29, 2015

_____
Notary Public

Lismel Rodriguez.
_____
(Print, type or stamp commissioned name
of Notary Public)

Personally known _____/ or
Produced identification ____/____
Type of identification produced:
CDLicense. S415.527. 47.820.

LISMEL RODRIGUEZ
Notary Public - State of Florida
My Comm. Expires Aug 29, 2015
Commission # EE 126196

Page **6** of **6**

407-932-7419
" - 666-0644

68 Treasury Way
Kissimmee, FL 3475
05-15-12

ATTN: CHASE
     Research Dept.

Dear Sir Madam:
          Please research so I can get my relief money that is due to me and I am entitled to. I have been abused taken advantage of and harassed foreclosed upon, and suffered mentally and physically, I need relief for my ordeal, and what I have been through. Thanks in advance.

acc# ███████ 3060.

          Sincerely,
          Leslie G. Sullivan

06-24-13
℞.

Serious MATTER.

CLMN# 1533

Exhibit A

LESLIE G SULLIVAN
646 REGENCY WAY
KISS FL 34758

Your Western Union Quick Collect Money Transfer has been declined:

DATED:      09 12 2008
MTCN:       709 216 3435
AMOUNT:     $740.00
PAYEE:      G M A C MORTGAGENG
ACCT #:     ████████8060

Please return immediately to the office where your Quick
Collect Money transfer was sent from to pick up your refund.

You must bring your Quick Collect Receipt and/or this
letter with picture identification.

When you arrive at the Western Union agent's office, fill out
the yellow "To Receive Money" form, listing your name as
the receiver and sender of the money transfer and present
the form to the agent for payout.

You may use the refund check to send a new Quick Collect payment
after you have made arrangements with the company to which you had
sent the payment.

Questions regarding your account should be directed to the company
that declined the payment.

Customer Relations Department
Quick Collect Money Transfer Service
13022 Hollenberg Dr.
Bridgeton, Missouri 63044





PUBLIX #0758                    Oper ID: 441   Quick Collect
841 CYPRESS PKWY                08/23/2008
POINCIANA FL 34759              1005A EDT      MTCN: 466-671-6463

Sender/Remitente: LESLIE G SULLIVAN
Receiver/Destinatario: G M A C MORTGAGE

Code City/Codigo de la ciudad: HOME IA
Account #/Numero de cuenta:          3060
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 785829795

                                Amount/Cantidad:    $  740.00
                                Cargos:
WESTERN                         Servicio:             12.99
UNION                           :                  $  752.99

YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your
Rewards Card just use the Card Number listed above again. Once you do, we
will send your Card in the mail and you'll begin earning valuable rewards.

Agent Signature /                        Customer Signature /
Firma del Agente                         Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER PICKS UP THE MONEY.

AMSCOT FINANCIAL SERVICES
POINCIANA
KISSIMMEE, FL 34759
Window - 642
(407)343-0973
09/19/2008 3:05 PM
Transaction 261485

                        Amount   Fee
                                 250 -
NEW YORK LIFE TRUST C  6,400.00
Westernunion           2,360.00  12.99
  MTCN: 465-100-3887

                                 --------
Subtotal                         3,713.41-
Tendered                         .00
Change                           3,713.41-

    LESLIE SULLIVAN     +63.60

    AMSCOT - You're OK with us!
                        $3,777.01

AMSCOT PRIVACY POLICY:
WE DO NOT DISCLOSE ANY INFORMATION
ABOUT OUR CUSTOMERS TO ANYONE,
EXCEPT AS PERMITTED BY LAW.
*RECEIPT STUB REQUIRED FOR
MONEY ORDER STOP PAYMENT*


Sincere thanks to our customers
for supporting Amscot Financial's
Dollar for Schools charitable
promotion! Including Amscot's matching
gift of $10,000, we raised $80,947 for
local schools in our communities.



AMSCOT #164
1084 CYPRESS PARKWAY
KISSIMMEE FL 34759

Oper ID: 512   Quick Collect
09/19/2008
255P EDT        MTCN: 465-100-5887

Sender/Remitente: LESLIE G SULLIVAN
Receiver/Destinatario: G M A C MORTGAGE
Code City/Codigo de la ciud   HOWE IA
Account #/Numero de cuenta:        3060
Reference #/Numero de referencia: 4079321442
Attn/Atencion:

Amount/Cantidad:    $ 2360.00
Charge(s)/Cargos:
  Service/Servicio:    12.99
Total/Total:       $ 2372.99

Agent Signature /
Firma del Agente

X
Customer Signature /
Firma del Cliente

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE
TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE
INFORMATION REGARDING CURRENCY EXCHANGE.
ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HA ELEGIDO, ESTÁN ESPECIFICADOS EN EL REVERSO DE ESTA FORMULARIO. AL FIRMARIO, USTED
ESTÁ DE ACUERDO CON ESOS TERMINOS US CONDICIONES. ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DOLARES AMERICANOS
POR MONEDA EXTRANJERA. POR FAVOR LEAEL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

WESTERN
UNION

# PAYMENT via **Quick Collect**®

Pay...ro... ...o per... ...el Envío por **Quick Collect**



QLMAH1833

Western Union® Gold Card or phone number
Número de Tarjeta Dorada de Western Union® o teléfono
**OR**
Gold Card Members: Fill out yellow shaded areas only
Titulares de la Tarjeta Dorada: Complete los recuadros amarillos únicamente

**Agent Use Only**
Sólo Para Uso del Agente
Money Transfer Control Number
Número de Control de Envío de Dinero (MTCN)

## 1 Payment Information / Información del Pago

| | Amount / Cantidad |
|---|---|
| Dollar Amount*/Cantidad de Dólares* | $ |
| $ 2,360.00 | Fee / Cargo |
| Company Name/Nombre de la Compañía | $ |
| Pay to/Páguese a: GMAC MORTAGE | Other Fees/ Otros Cargos |
| Code City/Código de Ciudad: Home IOWA | $ |
| | Tax / Impuestos |
| Attention/Atención: | $ |
| | Total Amount Collected / Cantidad Total |
| Reference #/# de Referencia: | $ |

## 2 Sender Information / Información del Remitente

First Name*/Primer Nombre: Roslie ⬛  Last Name*/Apellido Paterno*: Sullivan

Account # with Company/# de Cuenta con la Compañía: 3060

Phone/Teléfono: (407) 928-144?

Mobile Phone/Teléfono Celular*

Email*/Email*: DEIONPON@YAHOO.Com

Street/Calle y Número: 646 Ramsey WAY

Apt #/Apto

City/Ciudad: Kissimmee

State/Estado: FL

Zip/Código Postal: 34?5?

*You authorize Western Union to text message or contact you with special offers and other messages. Standard text messaging rates from a wireless carrier apply. / Usted autoriza a Western Union a enviarle mensajes de texto, contactarle con ofertas especiales y otro tipo de mensajes. Se aplica el cargo habitual de la compañía de telefonía celular.

Exchange Rate/
Tipo de Cambio*

Amount to be Paid/
Cantidad a Pagar*

## 3 Consumer Signature / Firma del Cliente

X _Roslie G. Sullivan_

* IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDIN... CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOU... RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • * When sending $1,000 or more, the sender must provide identification and additional information. Dollar amount mu... not exceed US $5,000. * Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

† ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓ... SOBRE EL CAMBIO DE MONEDAS. • CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁ... EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. • † Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcion... un documento de identidad y otros datos adicionales. El monto en dólares no debe exceder US $5,000 / Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los document... anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

7421G

| Date/Fecha | Time/Hora | Agent's Signature/Firma del Agente | **Customer Copy** |
|---|---|---|---|

QFMQCDOMB 04/08

CLM #1533

**Bank of America** — Funds Transfer Request and Authorization — Exhibit A

## Section I: Requester/Originator Information

Name: Leslie Sullivan
Telephone #: 407 932 1442
Date Wire to be Sent: 10/10/08

Address: 1046 Regency Way
City: Kissimmee
State: FL
Zip: 34758

Customer ID Type:
1. Drivers License    ID#: DH552747 1820    Issue State/Country: FL / USA    Issue Date: 3/22/07    Expiration Date: 5/22/11
2. BOA ATM Card Visa    Method of Signature Verification (If Applicable): Debit Card

## Section II: Associate Accepting Wire

Associate Name: Glenaris Santana
Phone and Fax #: 407 933-7717/4276
Unit Co#/CC#: 075010 9015
Date: 10/10/08
Time: 4:40 pm

Callback Required if Phone, Fax or Letter: ☐ Yes ☐ N/A    Name/Number of Person Contacted:    Date/Time:    Approval (required)/Market Approval (if required):
Callback Completed by:

## Section III: Domestic Payment Instructions

Amount of Wire: $ 5000.00
Debit Account Type (circle one): CHKG  SAV  ICA  GL    Serial # (For ICA/GL) or Repetitive ID#:    Source: ☐ Fax ☐ Phone ☐ Letter ☑ OTC

Account to Debit: ████ 9860    State: FL    Available Balance: $ 3156.08    Account Title: Leslie Sullivan / Sandra Sullivan

Overdraft Amount: $    Overdraft Approved by (Name & Signature):    Date: 10/10/08    Wire Fee: $ 25.00

## Section IV: International Payment Instructions:  ☐ Check here if funds must be sent in US Dollars

USD Amount of Wire: $    Country:    Rate:    Foreign Currency Code:    Foreign Currency Amount:

Debit Account Type (circle one): CHKG  SAV  ICA  GL    Serial # (For ICA/GL) or Repetitive ID#:    FX Reference ID (If Applicable):    Source: ☐ Fax ☐ Phone ☐ Letter ☐ OTC

Account to Debit:    State:    Available Balance: $    Account Title:

Overdraft Amount:    Overdraft Approved by (Name & Signature):    Date:    Wire Fee:

## Section V: Wire Information

Beneficiary Name: GMAC Mortgage
Beneficiary Account # OR IBAN (if IBAN, no further Beneficiary Bank information is required): ████ 1175

Beneficiary Address: Street: 3451 Harmond Ave.    City: Waterloo    State: IA    Country: USA    Zip: 50704

Beneficiary Bank Name: JPMorgan Chase
ABA # or SWIFT or National ID: ████ 0021

Beneficiary Bank Address Street:    City: NY    State: NY    Country: USA    Zip:

Additional Instructions (Attention To, Phone Number, Reference, Contact Upon Arrival): Credit acct # ████ 3060 650 Royalty Ct

Send Thru Bank/IBK (if available):    ABA # or SWIFT or National ID:

Send Thru Bank Address  Street:    City:    State:    Country:    Zip:

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

Customer's Signature: Leslie G. Sullivan
Date of Request: 10/10/08

## Section VII: Wire System Entry/Verification    BAT Approval Authorization # (if applicable)

Wire Entered by: Name/Signature (attach BFT screen prints): Glenaris Santana    Print: Glenaris Santana    Signature: ███
BFT System Time: 15:55:25    BFT Sequence #: ████ 3324

Date of Entry and Verification    Verified By (Name/Signature) (Print Verification Screen)    Print:    Signature:    BFT System Time:

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO**

95-14-0237B  05-2006    White - Banking Center Copy    Canary - Customer Copy

**Bank of America**

Funds Transfer Request
and Authorization

CLM#1533

Exhibit A

## Section I: Requester/Originator Information

| Name | Telephone # | Date Wire to be Sent |
|---|---|---|
| Leslie Sullivan | 407-932-1442 | 10/25/08 |

| Address | City | State | Zip |
|---|---|---|---|
| 646 Regency Way | Kissimmee | FL | 34758 |

| Customer ID Type | ID# | Issue Date/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| 1. Driver License | S445527471820 | 1. FL USA | 1. 3/22/07 | 1. 5/22/11 |
| 2. BOA Chk Card | Method of Signature Verification (If Applicable) Sign Card | | | |

## Section II: Associate Accepting Wire

| Associate Name | Phone and Fax # | Unit Co#/CC# | Date | Time |
|---|---|---|---|---|
| Glennis Santana | 4079337717 / 4276 | 075010904 | 10/25/08 | |

| Callback Required if Phone, Fax or Letter ☐ Yes ☐ N/A | Name/Number of Person Contacted | Date/Time | Approval (required)/Market Approval (if required) |
|---|---|---|---|
| Callback Completed by: | | | |

## Section III: Domestic Payment Instructions

| Amount of Wire $ 3340.00 | Debit Account Type (circle one) (CHKG) SAV ICA GL | Serial # (For ICA/GL) or Repetitive ID# | Source ☐ Fax ☐ Phone ☐ Letter ☑ OTC |
|---|---|---|---|

| Account to Debit ██████ 3166 | State MA | Available Balance $ | Account Title Leslie Sullivan Sondra Sullivan |
|---|---|---|---|

| Overdraft Amount $ | Overdraft Approved by (Name & Signature) | Date 10/25/08 | Wire Fee $ 25.00 |
|---|---|---|---|

## Section IV: International Payment Instructions: ☐ Check here if funds must be sent in US Dollars

| USD Amount of Wire $ | Country | Rate | Foreign Currency Code | Foreign Currency Amount |
|---|---|---|---|---|

| Debit Account Type (circle one) CHKG SAV ICA GL | Serial # (For ICA/GL) or Repetitive ID# | FX Reference ID (If Applicable) | Source ☐ Fax ☐ Phone ☐ Letter ☐ OTC |
|---|---|---|---|

| Account to Debit | State | Available Balance $ | Account Title |
|---|---|---|---|

| Overdraft Amount $ | Overdraft Approved by (Name & Signature) | Date | Wire Fee $ |
|---|---|---|---|

## Section V: Wire Information

| Beneficiary Name GMAC Mortgage | Beneficiary Account OR IBAN (if IBAN, no further Beneficiary Bank information is required) ██████ 1175 |
|---|---|

| Beneficiary Address: Street 3451 Hammond Ave | City Waterloo | State IA | Country USA | Zip 50704 |
|---|---|---|---|---|

| Beneficiary Bank Name JP Morgan Chase | ABA # SWIFT National ID ██████ 0021 |
|---|---|

| Beneficiary Bank Address Street | City NY | State NY | Country USA | Zip |
|---|---|---|---|---|

| Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival) Credit Acct # ██████ 2060 650 Royalty Ct |
|---|

| Send Thru Bank/IBK (if available) | ABA # or SWIFT or National ID |
|---|---|

| Send Thru Bank Address Street | City | State | Country | Zip |
|---|---|---|---|---|

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

| Customer's Signature: Leslie G Sullivan | Date of Request: 10/25/08 |
|---|---|

## Section VII: Wire System Entry/Verification    BAT Approval Authorization # (if applicable)

| Wire Entered by: Name/Signature (attach BFT screens prints) Glennis Santana    Signature: | BFT System Time 10.11.51 | BFT Sequence # ██████ 0432 |
|---|---|---|
| Date of Entry and Verification | Verified By (Name/Signature) (Print Verification Screen) Print:    Signature: | BFT System Time |

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO**

Please explain your complaint.  Attach additional sheets, if necessary.

GMAC mortgage maliciously vindictively targeted me premeditatedly and tried very very hard to take my house by illegally foreclose on my rental property at 650 & 652 Royalty Ct, in Hillimnle fl. As a business owner sometimes you get very bad tenants which can make life financially difficult for you. at that time I was going through a crises but I did try to and remedy the defect what I was told to do by GMAC associate. one lady name Shea. The person who cause this problem is a man name Benjamen whom give me a very very hard time. He told me that he was going to take my place and sell it because I can't take care of my place anymore and talking down to me disrespectfully. I own my house since 1989 months prior to the problem. one of my tenant Mrs Evelyn Roxroo tell my that a man was down there taking pictures and checking out my house. saying they were from the mortgage Co. The mortgage bullying and harrasment cause me mental physical as well as financial problems. This was a breech of contract unfair business practices to achieve their objectives they delayed entering rejecting my payment intentually and returned to put my place in foreclosure. In doing so it cost me a lot of unecessary money for lawyer and them. This was illegal and should never happen.

My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement. I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies. I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.

Signature: _Leslie G. Sullivan_   Date: 11-15-10  10-30-10

Please explain your complaint. Attach additional sheets, if necessary.

There were no need for this this was all about ego, greed, mean spirited. I send good money to cure my deficit they intentionally held it returned my money just to put my house in foreclosure to sell it and bolster their balance sheet everyone know the shape they were in. I would think their was a conspiracy with them and their law firm Steen & Hernandez.

I also have mortgage insurance I bought my house with these security and clauses ever since I bought my house I try to keep my payment current most of time regardless of everything. I need justice these people done me very very wrong and they should give me back my money, what they make me spend unnecessary.

I lost over $9,000.00 in this process to them and lawyers. I hire a lawyer to defend me she did little or nothing for me I lost $3600 to her she was suppose sue them for taking my house illegally and have them compensating me, she just took my money. I become disappointed, disillusioned depressed emotionally, stomach up set have to be under doctor treatment because of what these people done to me. Please investigate these people though they have done me wrong and I need justice and closure. Thank in advance.

My signature authorizes the Attorney General's Office to take any action deemed necessary for purposes of investigation or enforcement. I understand that the Attorney General does not represent private citizens seeking the return of their money or other personal remedies. I am filing this complaint to notify your office of the activities of this company so that it may be determined if law enforcement or legal action is warranted.

Signature: _Leslie G. Sullivan_          Date: 10-20-10

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

08/21/08

LESLIE G SULLIVAN

646 REGENCY WAY

KISSIMMEE FL 34758-3606

RE:    Account Number        ████ 8060
       Property Address    650  ROYALTY CT

                  KISSIMMEE FL 34759-0000

Dear LESLIE G SULLIVAN

Your payment has been returned unpaid by your financial
institution.  As a result, we have reversed these funds from
your account.  Your account is now due for the 06/20/08
payment.  If allowed by your state, you may be assessed a
returned check fee.

If your replacement payment is received after the expiration
of your grace period, any applicable late charges will be
assessed.  If you would like to remit your payment immediately,
contact us by phone to use our Pay by Phone services by
calling 800-766-4622.

If you participate in one of our Electronic Payment Programs,
replacement of the reversed payment as well as financial
institution corrections may need to be made prior to future
drafts occurring.

If this is the third payment returned for insufficient funds,
your account will be restricted to certified funds.

If you have any questions regarding this matter, please contact
Customer Care at 800-766-4622.


Customer Care
Loan Servicing

7005

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

06/20/08

LESLIE G SULLIVAN

646 REGENCY WAY

KISSIMMEE FL 34758-3606

RE:    Account Number        ███████3060
       Property Address    650 ROYALTY CT

                KISSIMMEE FL 34759-0000

Dear LESLIE G SULLIVAN

        **IMPORTANT NOTICE REGARDING INTEREST RATE CHANGE**

The interest rate on your loan is scheduled to adjust on 06/20/08
and will be effective with the 07/20/08 payment.

Projected principal balance after 06/20/08 payment $      37303.03

| | | | |
|---|---|---|---|
| Previous index value | 3.28000% | New index value | 3.11100% |
| Current interest rate | 5.86000% | New interest rate | 5.41100% |
| Current P&I payment $ | 390.96 | Margin | 2.30000% |

Rate Next Change Date                07/20/08
Principal and Interest Next Change   12/20/08

Your new interest rate is calculated by adding the margin to the
new index value as defined in your loan documents. The result of
this addition is subject to rounding and rate cap limitations
according to the terms of your loan documents. If you would like
to make a payment based on a 15-year amortization, please call
800-766-4622.

|              | MINIMUM REQUIRED | | INTEREST ONLY | | FULLY AMORTIZING |
|--------------|---------|---|---------|---|---------|
| New P&I pmt* $ | 390.96 | $ | 168.20 | $ | 365.58 |
| Escrow** $    | 313.73 | $ | 313.73 | $ | 313.73 |
| Total    $    | 704.69 | $ | 481.93 | $ | 679.31 |

*INTEREST ONLY and FULLY AMORTIZING amounts subject to change if
any payment received after the date of this notice are other than
MINIMUM REQUIRED payment amount.

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**

Name:    Leslie G Sullivan

Account Number:    ▨3060
Home Phone #:    (407)932-1442

**PROPERTY ADDRESS**

650  ROYALTY CT
KISSIMMEE    FL 34759

### GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

*McEllen GMAC. 05-15-12*

02-1/701 41 003 - 0087AG 30 G20560 LE03S30Q2 QA4ARM - 1 OZ DOM LE043600046316 GM

LESLIE G SULLIVAN
646 REGENCY WAY
KISSIMMEE FL 34758-3606

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.    Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | ▨3060 |
| Statement Date | May 07, 2012 |
| Maturity Date | November 20, 2019 |
| Interest Rate | 3.50600 |
| Interest Paid Year-to-Date | $382.35 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $727.50 |
| Principal Balance(PB)* | $25,282.89 |

### Details of Amount Due/Paid

| | |
|---|---|
| Minimum Payment Without Escrow | $317.68 |
| Subsidy/Buydown | $0.00 |
| Escrow | $145.49 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $463.17 |
| Account Due Date | May 20, 2012 |

| Pmt Options this Month | Amount | Impact |
|---|---|---|
| Prin & Int Pmt based on 15-year term | **** | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Fully Amortizing Prin & Int Pmt | **** | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Interest Only Payment | **** | You will **not** pay any principal on your loan. You will **not** reduce your loan balance |
| Minimum Payment | $463.17 | You will **not** cover the monthly interest on your loan. You will increase your loan balance. |

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 04/20/12 | 04/26/12 | $463.17 | $242.72 | $74.96 | $145.49 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

### Important News

The options for your next payment are displayed above.  If you elect to make the Minimum Payment and that payment amount is less than the Interest Only payment, the difference or shortage will be added to the principal balance (shown as a negative amount in the "Account Activity" transactions displayed above) and will accrue additional interest. Please refer to your mortgage documents if amounts are not displayed for all payment options.

**See Reverse Side For Important Information And State Specific Disclosures**

**FINANCIAL SERVICES COMMISSION**

CHARLIE CRIST
GOVERNOR

BILL MCCOLLUM
ATTORNEY GENERAL

OFFICE OF FINANCIAL REGULATION

ALEX HAGER
ACTING COMMISSIONER

ALEX SINK
CHIEF FINANCIAL OFFICER

CHARLES BRONSON
COMMISSIONER OF
AGRICULTURE

October 27, 2008

Ms. Elsa Hernandez Shum
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920

RE: Case #1658 – Leslie G. Sullivan. Loan # ▮▮▮▮▮060, 650 Royalty Court, Kissimmee, FL
34759 – Case #08 CA 9462 MF

Dear Ms. Shum:

Please be advised that this Office is in receipt of the attached complaint filed by Mr. Sullivan.

According to Mr. Sullivan, he has made remittance towards his loan totaling $6,100 since August 23, 2003, in accordance with a verbal agreement made with a GMAC representative named, Shea. However, it appears that at least one payment was returned.

I note an Exhibit "B" included in Mr. Sullivan's documents that indicate his scheduled payment to be approximately $391 per month. In Count one of the foreclosure document, it states that delinquency began in June of 2008. My question is, "How did GMAC determine his delinquency if the individual has been attempting to pay more than the scheduled amount since August 2008"?

It would, therefore, be appreciated if you would: 1) Provide this Office with a detailed schedule of payments made by Mr. Sullivan; and, 2) With the current financial crisis embroiling the country, please explain why GMAC would refuse payment.

In view of the situation, I would also like to know why/if GMAC has attempted to enter into a written modification or restructuring arrangement with Mr. Sullivan

Your prompt attention is appreciated.

Sincerely,

Richard A. Roll
Area Financial Manager
Bureau of Finance Regulation
Orlando Regional Office

RAR:bg

Attachment

cc: GMAC Mortgage LLC
Leslie Sullivan

08/20/08
Account Number ████████ 3060
Page Two


**Subject to change if escrow analysis occurs after the date of
this letter.

The MINIMUM REQUIRED payment is the minimum monthly payment you
must make as stipulated by your loan documents.

The INTEREST ONLY payment is the minimum amount necessary to pay
all accrued interest amounts due for the month. If this amount
is less than the minimum required payment, you must still make
the minimum required payment.

The FULLY AMORTIZING payment is the principal and interest (P&I)
amount required to pay your loan in full over the remaining loan
term based on the new interest rate stated above. If this amount
is less than the minimum required payment, you must still make
the minimum required payment.

When the minimum required payment is less than the interest only
or fully amortizing payments, your loan may experience negative
amortization. Negative amortization occurs when the monthly P&I
payment is less than the full amount of interest for the month.
Whenever this occurs, the difference between the two figures is
added to the outstanding principal balance of your loan. Your
interest for the next month is then accrued based on the higher
unpaid balance.

Your unpaid principal balance can never exceed a maximum amount
equal to  999.9999% of the principal amount originally borrowed.
Should your unpaid principal balance reach the maximum amount,
you will be required to begin paying the full payment amount.

If your payments are made through our automatic payment program,
unless we are notified otherwise, your required payment amount
will be deducted on your scheduled draft date. If you wish to
have additional principal deducted at the same time, please
contact us at the number below to assist you with this process.

IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO
YOU, GMAC Mortgage, LLC                WILL CONTINUE WITH THE
DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT
ARE BEING ADJUSTED.

If you have any questions, please call 800-766-4622.

Customer Care
Loan Servicing
4015

THIS INSTRUMENT PREPARED BY:
LOAN NO. ██████21-7
A. BILSON
WHEN RECORDED MAIL TO:
HOME SAVINGS OF AMERICA
P.O. BOX 7075
PASADENA, CALIFORNIA 91109-7075

OR BK0944 PG2838

## ADJUSTABLE RATE MORTGAGE LOAN

This Mortgage, made this    13th    day of    NOVEMBER    1989  , between
the Mortgagor,
LESLIE G. SULLIVAN AND ASNETH S. SULLIVAN, HUSBAND AND WIFE

herein called Borrower whose address is    26 OAKCREST ROAD
HYDE PARK, MASS    02136

and the Mortgagee, HOME SAVINGS OF AMERICA F.A., a corporation herein called LENDER, whose address is P.O. Box 7075, Pasadena, California 91109-7075.

WHEREAS, Borrower is indebted to Lender in the principal sum of    66,400.00
SIXTY-SIX THOUSAND FOUR HUNDRED AND NO/100                                                                                Dollars,
which indebtedness is evidenced by Borrower's Note of even date herewith (herein "Note") providing for payment of principal and interest.
NOW THEREFORE, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the
County of  OSCEOLA                          in the State of Florida.
LOT 13, BLOCK 1394, POINCIANA, NEIGHBORHOOD 1 SOUTH, VILLAGE 1, ACCORDING TO THE
OFFICIAL PLAT THEREOF AS RECORDED IN PLAT BOOK 3, PAGES 9 THROUGH 16, PUBLIC RECORDS OF
OSCEOLA COUNTY, FLORIDA.

The above described property is not the homestead of the mortgagor.  The mortgagor
resides at 26 Oakcrest Road, Hyde Park, Mass 02136.

Documentary Tax Pd. $ ___99.00___
$ ___13.30___  Intangible Tax Pd.
MEL WILLS JR., CLERK OF COURT
OSCEOLA COUNTY BY _____

Together with all interest which Borrower now has or may hereafter acquire in or to said property, and in and to: (a) all easements and rights of way appurtenant thereof; and (b) all buildings, structures, improvements, fixtures and appurtenances now or hereafter placed thereon, including, but not limited to, all apparatus and equipment, whether or not physically affixed to the land or any building, used to provide or supply air-cooling, air-conditioning, heat, gas, water, light, power, refrigeration, ventilation, laundry, drying, dishwashing, garbage disposal or other services; and all waste vent system antennas, pool equipment, window coverings, drapes and drapery rods, carpeting and floor covering, awnings, ranges, ovens, water heaters and attached cabinets, it being intended and agreed that such items be conclusively deemed to be affixed to and to be part of the real property that is conveyed hereby; and (c) all water and water rights (whether or not appurtenant) and shares of stock pertaining to such water or water rights, owner-ship of which affects said property. Borrower agrees to execute and deliver, from time to time such further instruments as may be requested by Lender to confirm the lien of this Mortgage on any such properties. The properties mortgaged, granted, and conveyed to Lender hereunder are hereinafter referred to as "such property".
The Borrower absolutely and irrevocably grants, transfers and assigns to Lender the rents, income, issues, and profits of all property covered by this Mortgage.
Borrower covenants that Borrower is lawfully seized of the estate herein conveyed and has the right to mortgage, grant and convey such property, that such property is unencumbered, and that Borrower will warrant and defend generally the title to such property against all claims and demands, subject to any declarations, easements or restrictions listed in a schedule of exceptions to coverage in any title insurance policy insuring Lender's interest in such property.

## FOR THE PURPOSE OF SECURING

(1) Payment of the sum of $                                          with interest thereon, according to the terms of a promissory note of even date herewith and having a final maturity date of                             made by Borrower,
payable to Lender or order, and all modifications, extensions or renewals thereof: (2) Payment of such additional sums with interest thereon, (a) as may be hereafter borrowed from Lender by the then record owner of such property and evidenced by a promissory note or notes reciting it or they are so secured and all modifications, extensions or renewals thereof; or (b) as may be incurred, paid out, or advanced by Lender, or may otherwise be due to Lender under any provisions of this Mortgage and all modifications, extensions or renewals thereof: (3) Performance of each agreement of Borrower contained herein or incorporated herein by reference or contained in any papers executed by Borrower relating to the loan secured hereby. (4) Performance, if the loan secured hereby or any part thereof is for the purpose of constructing improvements on such property of each provision or agreement of Borrower contained in any construction loan agreement or other agreement between Borrower and Lender relating to such property (5) The performance and observance by Borrower of each of the covenants and agreements required to be kept and performed by Borrower pursuant to the terms of any and all instruments creating Borrower's interest in or defining Borrower's right in respect to such property. (6) Compliance by Borrower, with each and every monetary provision to be performed by Borrower under any declaration of covenants or conditions or restrictions pertaining to such property, and upon written request of Lender, the enforcement by Borrower of any covenant to pay maintenance or other charges, if the same have not been paid or valid legal steps taken to enforce such payment within ninety (90) days after such written request is made. (7) At Lender's option, payment, with interest thereon, of any other present or future indebtedness or obligation of Borrower or of any successor in interest of Borrower to such property due to Lender, whether created directly or acquired by absolute or contingent assignment, whether due or not, whether otherwise secured or not, or whether existing at the time of the execution of this Mortgage or arising thereafter, the exercise of such option to be evidenced by a note or agreement by such successor in interest of Borrower (8) Performance of all agreements of mortgagors to later hereon or to later hereof, whether or not present set forth (8) Payment of charges, as allowed by law when such charges are made for any services rendered regarding the obligation secured hereby

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO:

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2005RP2

      PLAINTIFF

VS.

LESLIE G. SULLIVAN; UNKNOWN SPOUSE
OF LESLIE G. SULLIVAN IF ANY; ANY AND
ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO
BE DEAD OR ALIVE , WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS;
POINCIANA VILLAGE ONE ASSOCIATION,
INC.; ASSOCIATION OF POINCIANA
VILLAGES, INC.; JOHN DOE 1, JANE DOE 1,
JOHN DOE 2 AND JANE DOE 2 AS
UNKNOWN TENANTS IN POSSESSION

    DEFENDANT(S)

## COMPLAINT TO FORECLOSE MORTGAGE
## AND TO ENFORCE LOST LOAN DOCUMENTS

Plaintiff, sues the Defendant(s) and alleges:

### COUNT I

1.    THIS IS AN ACTION to foreclose a Mortgage on real property in OSCEOLA County, Florida.

2.    This Court has jurisdiction over the subject matter herein.

3.    On NOVEMBER 13, 1989 LESLIE G. SULLIVAN AND ASNETH S. SULLIVAN, HUSBAND AND WIFE executed and delivered a Promissory Note and a PURCHASE MONEY Mortgage securing payment of the Note to the Payee named therein.

4.    The Mortgage was recorded on NOVEMBER 13, 1989 in Official Records Book 944 at page 2838, of the Public Records of OSCEOLA County, Florida, and mortgaged the property described in it, then owned by and possessed by the Mortgagors, a copy of the Mortgage IS attached hereto as "Exhibit "A". Said mortgage was subsequently assigned to THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2005RP2 by virtue of an assignment to be recorded.

5.    The Plaintiff owns and holds the Note and Mortgage.

6.    The property is now owned by the Defendant(s), LESLIE G. SULLIVAN, if living and if dead, the unknown spouses, heirs and beneficiaries of LESLIE G. SULLIVAN who hold(s) possession.

7.    There is a default under the terms of the note and mortgage for the JUNE 20, 2008 payment and all payments due thereafter.

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO:

08 CA 9462 MF

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2005RP2

CIVIL ACTION SUMMONS

    PLAINTIFF

VS.

| | |
|---|---|
| RECEIVED: DATE: | TIME: |
| PERSON SERVED: | Leslie Sullivan |
| DATE: 10/18/08 | TIME: 1634 |
| SERVER: Brent Browny | |

LESLIE G. SULLIVAN, ET AL.

    DEFENDANT(S)

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint /amended complaint or
petition on defendant(s):

LESLIE G. SULLIVAN
646 REGENCY WAY
KISSIMMEE, FL 34758
XXX-XX-5809

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file
a written response to the attached complaint with the clerk of this court. A phone call will not protect you; your written
response, including the case number given above and the names of the parties, must be filed if you want the court to hear
your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and
property may thereafter be taken without further warning from the court. There are other legal requirements. You may
want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal
aid office (listed in the phone book)

    If you choose to file a written response yourself, at the same time you file your written response to the court,
you must also mail or take a carbon copy or photocopy of your written response to the "plaintiffs attorney" listed below:

LAW OFFICES OF DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND ROAD SUITE 400
PLANTATION, FL 33324-3920
TELEPHONE: (954) 233-8000

LARRY WHALEY, CLERK OF THE CIRCUIT COURT

DATED: _____ OCT 1 0 2008    BY: _____ /S/ BW _____
    DEPUTY CLERK OF COURT

08-95874 GMAP

8.    All conditions precedent to the acceleration of this Mortgage Note and to foreclosure of the Mortgage have
    been fulfilled or have occurred.

9.    The Plaintiff declares the full amount payable under the Note and Mortgage to be due.

10.    The borrowers owe Plaintiff $37,519.52 that is due in principal on the Mortgage Note and Mortgage,
    together with interest from MAY 20, 2008, late charges, and all costs of collection including title search
    expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

11.    Plaintiff is obligated to pay its attorney a reasonable fee for his services rendered.

12.    Defendants, John Doe 1, Jane Doe 1, John Doe 2 and Jane Doe 2, may claim an interest in the property
    described in the Mortgage as tenants pursuant to a lease agreement, either written or oral. Said interest is
    subject, subordinate, and inferior to the lien of the Mortgage held by Plaintiff.

13.    In addition to all other named defendants, the unknown spouses, heirs, devisees, grantees, assignees,
    creditors, trustees, successors in interest or other parties claiming an interest in the subject property by,
    through under or against any of said defendants, whether natural or corporate, who are not known to be
    alive or dead, dissolved or existing, are joined as defendants herein. The claims of any of said parties are
    subject, subordinate, and inferior to the interest of Plaintiff.

14.    The Defendant, POINCIANA VILLAGE ONE ASSOCIATION, INC., is joined because it may claim some
    interest in or lien upon the subject property by virtue of possible association liens and assessments. Said
    interest is subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

15.    The Defendant, ASSOCIATION OF POINCIANA VILLAGES, INC., is joined because it may claim some
    interest in or lien upon the subject property by virtue of possible association liens and assessments. Said
    interest is subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

16.    The Defendant, UNKNOWN SPOUSE OF LESLIE G. SULLIVAN, is joined because SHE may claim
    some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is
    subject, subordinate and inferior to the interest of the Plaintiff's mortgage.


    WHEREFORE, Plaintiff prays: That an accounting may be had and taken under the direction of this Court
of what is due the Plaintiff for principal and interest on said Mortgage and Mortgage Note, and for the costs, charges
and expenses, including attorney's fees and title search costs, and advancements which Plaintiff may be put to or
incur in and about this suit, and that the Defendants found responsible for same be ordered to pay the Plaintiff herein
the amounts so found to be due it; that in default of such payments, all right, title, interest, claim, demand, or equity
of redemption of the Defendants and all other persons claiming by, through, under or against said Defendants since
the filing of the Lis Pendens herein be absolutely barred and foreclosed and that said mortgage property be sold
under the direction of this Court; that out of the proceeds of said sale, the amounts due the Plaintiff may be paid so
far as same will suffice; and that a deficiency judgment be entered if applicable and only in the event no Order of
Discharge of Personal Liability in Bankruptcy has been entered as to any of the Defendants who signed the subject
Note and Mortgage and a Writ of Possession be issued.

SMSCOT #164                         Date: 10/06/2008      Time: 01:52 PM
1084 CYPRESS PARKWAY               OperID: 794
KISSIMMEE FL 34759


Money Transfer Receive                              Amount: $2360.00
MTCN: 808-123-1964
Sender: WU GMAC MORTGAGE        Receiver: LESLIE G SULLIVAN

Check#8433392845  $1000.00
Check#8433392846  $1000.00
Check#8433392847  $360.00

CLM #1533

Agent Signature /                    Customer Signature /
Firma del Agente                     Firma del Cliente

CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE
TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE
INFORMATION REGARDING CURRENCY EXCHANGE.
ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HA ELEGIDO, ESTAN ESPECIFICADOS EN EL REVERSO DE ESTA FORMULARIO. AL FIRMARLO, USTED
ESTA DE ACUERDO CON ESOS TERMINOS US CONDICIONES. ADEMAS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DOLARES AMERICANOS
POR MONEDA EXTRANJERA. POR FAVOR LEA EL REVERSO DE ESTE FORMULARIO PARA MAS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

WESTERN UNION®

ID : FL-08-2/6252-2 09/23/2008 10:19:50am    DOC: OR 944/2838

Page 1 of 4

THIS INSTRUMENT PREPARED BY:
LOAN NO.          721-7
A. WILSON
WHEN RECORDED MAIL TO:
HOME SAVINGS OF AMERICA
P.O. BOX 7075
PASADENA, CALIFORNIA 91109-7075

OR BK 0 944 PG 2838

## ADJUSTABLE RATE MORTGAGE LOAN

This Mortgage, made this          13th          day of          NOVEMBER          1989     , between
the Mortgagor,
LESLIE G. SULLIVAN AND ASNETH S. SULLIVAN, HUSBAND AND WIFE

herein called Borrower whose address is          26 OAKCREST ROAD
HYDE PARK, MASS     02136

and the Mortgagee, HOME SAVINGS OF AMERICA, F.A. a corporation herein called LENDER, whose address is P.O. Box 7075, Pasadena, California 91109-7075.

WHEREAS, Borrower is indebted to Lender in the principal sum of          66,400.00
SIXTY-SIX THOUSAND FOUR HUNDRED AND NO/100                                         Dollars,
which indebtedness is evidenced by Borrower's Note of even date herewith (herein "Note"), providing for payment of principal and interest.
NOW THEREFORE, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the
County of OSCEOLA                    in the State of Florida.
LOT 13, BLOCK 1394, POINCIANA, NEIGHBORHOOD 1 SOUTH, VILLAGE 1, ACCORDING TO THE
OFFICIAL PLAT THEREOF AS RECORDED IN PLAT BOOK 3, PAGES 9 THROUGH 16, PUBLIC RECORDS OF
OSCEOLA COUNTY, FLORIDA.

The above described property is not the homestead of the mortgagor.  The mortgagor
resides at 26 Oakcrest Road, Hyde Park, Mass 02136.

Documentary Tax Pd. $     99.00
$                         Intangible Tax Pd.
MEL WILLS JR, CLERK OF COURT
OSCEOLA COUNTY BY

Together with all interest which Borrower now has or may hereafter acquire in or to said property, and in and to: (a) all easements and rights of way appurtenant thereof; and (b) all buildings, structures, improvements, fixtures and appurtenances now or hereafter placed thereon, including, but not limited to, all apparatus and equipment, whether or not physically affixed to the land or any building, used to provide or supply air-cooling, air-conditioning, heat, gas, water, light, power, refrigeration, ventilation, laundry, drying, dishwashing, garbage disposal, or other services; and all waste vent system is, antennas, pool equipment, window coverings, drapes and drapery rods, carpeting and floor coverings, awnings, ranges, ovens, water heaters and attached cabinets, it being intended and agreed that such items be conclusively deemed to be affixed to and to be part of the real property that is conveyed hereby; and (c) all water and water rights (whether or not appurtenant) and shares of stock pertaining to such water or water rights, ownership of which affects said property. Borrower agrees to execute and deliver, from time to time such further instruments as may be requested by Lender to confirm the lien of this Mortgage on any such properties. The properties mortgaged, granted, and conveyed to Lender hereunder are hereinafter referred to as "such property".
The Borrower absolutely and irrevocably grants, transfers and assigns to Lender the rents, income, issues, and profits of all property covered by this Mortgage.
Borrower covenants that Borrower is lawfully seised of the estate herein conveyed and has the right to mortgage, grant and convey such property, that such property is unencumbered, and that Borrower will warrant and defend generally the title to such property against all claims and demands, subject to any declarations, easements or restrictions listed in a schedule of exceptions to coverage in any title insurance policy insuring Lender's interest in such property.
FOR THE PURPOSE OF SECURING

(1) Payment of the sum of $                                        with interest thereon, according to the terms of a promissory note of even date herewith and having a final maturity date of                                        made by Borrower,
payable to Lender or order, and all modifications, extensions or renewals thereof. (2) Payment of such additional sums with interest thereon, (a) as may be hereafter borrowed from Lender by the then record owner of such property and evidenced by a promissory note or notes reciting it or they are so secured and all modifications, extensions or renewals thereof; or (b) as may be incurred, paid out or advanced by Lender, or may otherwise be due to Lender under any provisions of this Mortgage and all modifications, extensions or renewals thereof. (3) Performance of each agreement of Borrower contained herein or incorporated herein by reference or contained in any papers executed by Borrower relating to the loan secured hereby. (4) Performance, if the loan secured hereby or any part thereof is for the purpose of constructing improvements on such property of each provision or agreement of Borrower contained in any construction loan agreement or other agreement between Borrower and Lender relating to such property. (5) The performance and, by Borrower of each of the covenants and agreements required to be kept formed by Borrower under the terms of any and any and all other instruments creating Borrower's interest in or defining Borrower's right in respect to such property. (6) Compliance by Borrower with each and every monetary provision to be performed by Borrower under any declaration of covenants or conditions or restrictions pertaining to such property, and upon written request of Lender, the enforcement by Borrower of any covenant to pay maintenance or other charges, if the same have not been paid or used legal steps taken to enforce such payment within ninety (90) days after such written request is made. (7) At Lender's option, payment, with interest thereon, of any other present or future indebtedness or obligation of Borrower or of any successor in interest of Borrower to such property due to Lender, whether created directly or acquired by absolute or contingent assignment, whether due or not, whether otherwise secured or not, or whether existing at the time of the execution of this Mortgage or arising thereafter, the exercise of such option to be evidenced by a note or instrument assuming or evidencing such assumption of Borrower. (8) Performance of all agreements of Borrower to pay fees and charges to Lender whether or not herein set forth. (9) Payment of charges as allowed by law when such charges are made, for any statement regarding the obligation secured hereby.

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO:

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2005RP2

      PLAINTIFF

VS.

LESLIE G. SULLIVAN; UNKNOWN SPOUSE
OF LESLIE G. SULLIVAN IF ANY; ANY AND
ALL UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST THE
HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO
BE DEAD OR ALIVE , WHETHER SAID
UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES OR OTHER CLAIMANTS;
POINCIANA VILLAGE ONE ASSOCIATION,
INC.; ASSOCIATION OF POINCIANA
VILLAGES, INC.; JOHN DOE 1, JANE DOE 1,
JOHN DOE 2 AND JANE DOE 2 AS
UNKNOWN TENANTS IN POSSESSION

      DEFENDANT(S)

COMPLAINT TO FORECLOSE MORTGAGE
AND TO ENFORCE LOST LOAN DOCUMENTS

Plaintiff, sues the Defendant(s) and alleges:

COUNT I

1.    THIS IS AN ACTION to foreclose a Mortgage on real property in  OSCEOLA County, Florida.

2.    This Court has jurisdiction over the subject matter herein.

3.    On NOVEMBER 13, 1989 LESLIE G. SULLIVAN AND ASNETH S. SULLIVAN, HUSBAND AND
WIFE  executed and delivered a Promissory Note and a PURCHASE MONEY Mortgage securing payment
of the Note to the Payee named thereon.

4.    The Mortgage was recorded on NOVEMBER 13, 1989 in Official Records Book 944 at page 2838, of the
Public Records of OSCEOLA County, Florida, and mortgaged the property described in it, then owned by
and possessed by the Mortgagors, a copy of the Mortgage  IS attached hereto as "Exhibit "A".  Said
mortgage was subsequently assigned to THE BANK OF NEW YORK MELLON TRUST COMPANY,
NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS
SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE FOR RAMP 2005RP2 by virtue of an
assignment to be recorded.

5.    The Plaintiff owns and holds the Note and Mortgage.

6.    The property is now owned by the Defendant(s), LESLIE G. SULLIVAN, if living and if dead, the
unknown spouses, heirs and beneficiaries of LESLIE G. SULLIVAN who hold(s) possession.

7.    There is a default under the terms of the note and mortgage for the JUNE 20, 2008 payment and all
payments due thereafter.

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL
CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO:

08 CA 9462 MF

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION FKA
THE BANK OF NEW YORK TRUST
COMPANY, N.A. AS SUCCESSOR TO
JPMORGAN CHASE BANK N.A. AS TRUSTEE
FOR RAMP 2005RP2

CIVIL ACTION SUMMONS

    PLAINTIFF

VS.

LESLIE G. SULLIVAN, ET AL.

    DEFENDANT(S)

RECEIVED: DATE: _____ TIME: _____
PERSON SERVED: _Leslie Sullivan_
DATE: _10/18/08_ TIME: _16 34_
SERVER: _Brent Brown_

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint /amended complaint or
petition on defendant(s):

LESLIE G. SULLIVAN
646 REGENCY WAY
KISSIMMEE, FL 34758
XXX -XX-5604

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file
a written response to the attached complaint with the clerk of this court. A phone call will not protect you; your written
response, including the case number given above and the names of the parties, must be filed if you want the court to hear
your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and
property may thereafter be taken without further warning from the court. There are other legal requirements. You may
want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal
aid office (listed in the phone book)

    If you choose to file a written response yourself, at the same time you file your written response to the court,
you must also mail or take a carbon copy or photocopy of your written response to the "plaintiff's attorney" listed below:

LAW OFFICES OF DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND ROAD SUITE 400
PLANTATION, FL 33324-3920
TELEPHONE: (954) 233-8000

LARRY WHALEY, CLERK OF THE CIRCUIT COURT

DATED: _____ OCT 1 0 2008

BY: _____ /S/ BW
    DEPUTY CLERK OF COURT

08-95874 GMAP

8.   All conditions precedent to the acceleration of this Mortgage Note and to foreclosure of the Mortgage have
     been fulfilled or have occurred.

9.   The Plaintiff declares the full amount payable under the Note and Mortgage to be due.

10.  The borrowers owe Plaintiff $37,519.52 that is due in principal on the Mortgage Note and Mortgage,
     together with interest from MAY 20, 2008, late charges, and all costs of collection including title search
     expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

11.  Plaintiff is obligated to pay its attorney a reasonable fee for his services rendered.

12.  Defendants, John Doe 1, Jane Doe 1, John Doe 2 and Jane Doe 2, may claim an interest in the property
     described in the Mortgage as tenants pursuant to a lease agreement, either written or oral. Said interest is
     subject, subordinate, and inferior to the lien of the Mortgage held by Plaintiff.

13.  In addition to all other named defendants, the unknown spouses, heirs, devisees, grantees, assignees,
     creditors, trustees, successors in interest or other parties claiming an interest in the subject property by,
     through under or against any of said defendants, whether natural or corporate, who are not known to be
     alive or dead, dissolved or existing, are joined as defendants herein. The claims of any of said parties are
     subject, subordinate, and inferior to the interest of Plaintiff.

14.  The Defendant, POINCIANA VILLAGE ONE ASSOCIATION, INC., is joined because it may claim some
     interest in or lien upon the subject property by virtue of possible association liens and assessments. Said
     interest is subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

15.  The Defendant, ASSOCIATION OF POINCIANA VILLAGES, INC., is joined because it may claim some
     interest in or lien upon the subject property by virtue of possible association liens and assessments. Said
     interest is subject, subordinate, and inferior to the lien of the Mortgage held by the Plaintiff.

16.  The Defendant, UNKNOWN SPOUSE OF LESLIE G. SULLIVAN, is joined because SHE may claim
     some interest in or lien upon the subject property by virtue of a possible homestead interest. Said interest is
     subject, subordinate and inferior to the interest of the Plaintiff's mortgage.

WHEREFORE, Plaintiff prays: That an accounting may be had and taken under the direction of this Court
of what is due the Plaintiff for principal and interest on said Mortgage and Mortgage Note, and for the costs, charges
and expenses, including attorney's fees and title search costs, and advancements which Plaintiff may be put to or
incur in and about this suit, and that the Defendants found responsible for same be ordered to pay the Plaintiff herein
the amounts so found to be due it; that in default of such payments, all right, title, interest, claim, demand, or equity
of redemption of the Defendants and all other persons claiming by, through, under or against said Defendants since
the filing of the Lis Pendens herein be absolutely barred and foreclosed and that said mortgage property be sold
under the direction of this Court; that out of the proceeds of said sale, the amounts due the Plaintiff may be paid so
far as same will suffice; and that a deficiency judgment be entered if applicable and only in the event no Order of
Discharge of Personal Liability in Bankruptcy has been entered as to any of the Defendants who signed the subject
Note and Mortgage and a Writ of Possession be issued.

AMSCOT #164                          Date: 10/06/2008      Time: 01:52 PM
1084 CYPRESS PARKWAY                 OperID: 794
KISSIMMEE FL 34759


Money Transfer Receive                          Amount: $2360.00
MTCN: 808-123-1964
Sender: WU GMAC MORTGAGE      Receiver: LESLIE G SULLIVAN

Check#8433392845 $1000.00
Check#8433392846 $1000.00
Check#8433392847 $360.00

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente



CERTAIN TERMS AND CONDITIONS GOVERNING THE MONEY TRANSFER SERVICE YOU HAVE SELECTED ARE SET FORTH ON THE BACK OF THIS FORM. BY SIGNING THIS FORM, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE.
ALGUNOS TERMINOS Y CONDICIONES QUE RIGEN EL SERVICIO DE TRANSFERENCIA DE DINERO QUE USTED HA ELEGIDO, ESTAN ESPEDIFICADOS EN EL REVERSO DE ESTA FORMULARIO. AL FIRMARIO, USTED ESTÁ DE ACUERDO CON ESOS TERMINOS US CONDICIONES. ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA. WESTERN UNION GANA DINERO CUANDO CAMBIA SUS DÓLARES AMERICANOS POR MONEDA EXTRANJERA. POR FAVOR LEAEL REVERSO DE ESTE FORMULARIO PARA MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA.

WESTERN

WESTERN
UNION

LESLIE G SULLIVAN
646 REGENCY WY
KISSIIMMEE FL 34758

Your Western Union Quick Collect Money Transfer has been declined:

DATED:        09 28 2008
MTCN:         808 123 1964
AMOUNT:       $2360.00
PAYEE:        G M A C MORTGAGECE
ACCT #:       ████████3060

Please return immediately to the office where your Quick
Collect Money transfer was sent from to pick up your refund.

You must bring your Quick Collect Receipt and/or this
letter with picture identification.

When you arrive at the Western Union agent's office, fill out
the yellow "To Receive Money" form, listing your name as
the receiver and sender of the money transfer and present
the form to the agent for payout.

You may use the refund check to send a new Quick Collect payment
after you have made arrangements with the company to which you had
sent the payment.

Questions regarding your account should be directed to the company
that declined the payment.

Customer Relations Department
Quick Collect Money Transfer Service
13022 Hollenberg Dr.
Bridgeton, Missouri 63044

# WESTERN UNION

**Card Members Fill Out Yellow Shaded Area Only / Los tarjetahabientes solamente necesitan llenar el área amarilla**

**WESTERN UNION GOLD OR PREFERRED CARD NUMBER**
Número de la tarjeta Gold o Preferred de Western Union

CLM #15-33



## 1 PAYMENT INFORMATION — INFORMACIÓN DEL PAGO

**$ 740. 00**

**Dollar Amount Not To Exceed US $5,000**
El monto en dólares no debe exceder US $5,000

**When sending $1,000 or more, you must provide identification and additional information.**
Al enviar $1,000 ó más, usted deberá proporcionar identificación e información adicional.

**Pay to** / Páguese a: *GMAC Mortgage*
Company Name/Nombre De La Compañía

**Attention:** / Atención:

**Reference Number:** / Número de Referencia:

**Code City** / Código de Ciudad: *home*
**State** / Estado: *Iowa*

**AGENT USE ONLY**
Sólo para el Agente
Additional consumer information on the back of this page.
Información adicional para el cliente al reverso de la hoja.

**Money Transfer Control Number**

Date
Time
Amount $
Transfer Fee $
Tax $
Total Amount Collected $
Rate of Exchange
Amount to be Paid
AGENT SIGNATURE

## 2 SENDER INFORMATION — INFORMACIÓN DEL REMITENTE

**Sender's Name** / Nombre del remitente: *Leslie G. Sullivan*
First Name/Primer Nombre — Last Name/Apellido Paterno

**Account Number With Company** / Número de cuenta con la compañía: *████ 3060*

**Telephone** / Teléfono: *(407) 932-1468*

**Address** / Dirección: *648 Regency Way*
Street/Calle y número
*Kissimmee* — *FL 34758*
City/Ciudad — State/Estado — Zip/Código Postal

## 3 CONSUMER SIGNATURE — FIRMA DEL CLIENTE

*Leslie G. Sullivan*

72360

82181/
4192 on 23rd

QFMOCOLMB (12/05

*IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. ◆ IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. ◆ CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE ATTACHED PAGES. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

*ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA EN LAS PÁGINAS ANEXAS MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ◆ EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ◆ ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS PÁGINAS ANEXAS. FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.





PUBLIX #0750
841 CYPRESS PKWY
POINCIANA FL 34759

User ID: 441   Union Collect
02/25/2008
1005A EDT   MTCN: 460-571-6403

Sender/Remitente: LESLIE G SULLIVAN
Receiver/Destinatario: G M A C MORTGAGE

Code City/Código de la ciudad: NONE IA
Account #/Número de cuenta: ████████060
Reference #/Número de referencia:
Attn/Atención:

Western Union Card Number / Número de Tarjeta 75389-798

Amount/Cantidad:      $  746.00

Charges
Service:    $2.99
Total:      $  748.99

YOU'VE BEEN ENROLLED IN THE GOLD CARD REWARDS PROGRAM! To activate your
Rewards Card just use the Card Number listed above again. Once you do, we
will send your Card in the mail and you'll begin earning valuable rewards!

**Agent Signature /**
**Firma del Agente**

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE, IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY TRANSFER, IT IS NOTED IN THE FOLLOWING
OTHERWISE THE EXCHANGE RATE WILL BE SET WHEN THE MONEY IS PAID OUT AND THE EXCHANGE RATES ARE LISTED ON YOUR RECEIPT.

**WESTERN UNION**

**To Receive Money**

| | |
|---|---|
| **Amount Expected\*** Cantidad a recibir | **Money Transfer Control Number (if available)** Número de control de transferencia (si está disponible) |

$ 740.00

When receiving $1,000 or more, you must provide I.D. and additional information.
Al recibir $1,000 o más, usted deberá proporcionar identificación e información adicional.

### ① MY INFORMATION                    MI INFORMACIÓN

Leslie Sullivan

First Name / Nombre        Last Name / Apellido

Telephone / Teléfono    (407)  Sullivan 932 1442

Money Sent From  WU
Dinero Enviado Desde

My Address  646  Regency  Way
Mi dirección        City / Ciudad        State / Estado    Way    Country / País

Kissimmee    FL  34758
City / Ciudad        Street / Calle y número
        State / Estado    Zip / Código postal

### ② SENDER INFORMATION          INFORMACIÓN DEL REMITENTE

Leslie P. Sullivan

First Name / Nombre        Last Name / Apellido        Maternal Name / Apellido Materno

(Optional) Telephone / Teléfono (opcional)  (    )

### ③ ADDITIONAL INFORMATION        INFORMACIÓN ADICIONAL
(If Applicable)                (de ser necesario)

Question (If Applicable)
Pregunta (de ser necesario)

Answer
Respuesta

Sender I.D.
Identificación del remitente

Confirmation Code
Código de Confirmación

**CONSUMER SIGNATURE**            FIRMA DEL CLIENTE

X  Leslie P. Sullivan

Western Union and its Agents may decline to accept or pay any money transfer that either of them determines in their sole discretion violates any applicable law or Western Union Policy. Western Union y sus Agentes podrían negarse a aceptar o a pagar cualquier transferencia de dinero si alguno de ellos determinara, a discreción propia, que ésta infringe cualquier ley o política de Western Union aplicable.

DFMTORECB (07/05) 7185G

---

**AGENT USE ONLY**
Sólo para uso del Agente

**Money Transfer Control Number**
Número de control de transferencia

Agent  Publix        Operator number  413
Agente        Número del operador

Date  8-13-2010    Time  10:15
Fecha        Hora

I.D. Type  DL    Number  ████ 830
Tipo de identificación        Número

State  FL    Expires  5/23/11
Estado        Expira / Vencimiento

2nd I.D. Type        2nd I.D. Number
Tipo de identificación        Número de identificación

Check number        Amount
Número de cheque        Cantidad

Date filed        Cashed check
Fecha de emisión        Cobró el cheque  Yes / Sí ☐  No ☐

Originating city/state/country
Envió desde ciudad/estado/país

Expected payout city/state/country
Ciudad/estado/país de pago

Test Question
Pregunta

Answer
Respuesta

Agent's Signature
Firma del Agente

\* IF YOU RECEIVE FUNDS IN THE FORM OF A CHECK, YOU MAY INCUR ADDITIONAL FEES TO ACCESS THOSE FUNDS, INCLUDING BUT NOT LIMITED TO CHECK CASHING FEES. IF YOU WOULD PREFER TO RECEIVE YOUR FUNDS IN CASH, PLEASE CALL 1-800-325-6000 AND ASK FOR AGENT LOCATIONS IN YOUR AREA THAT WILL PAY OUT FUNDS IN CASH.

\*SI USTED RECIBE LOS FONDOS POR MEDIO DE UN CHEQUE, PODRÍA INCURRIR EN CARGOS ADICIONALES PARA RETIRAR SUS FONDOS, QUE INCLUYEN PERO NO SE LIMITAN A CARGOS POR HACER EFECTIVO EL CHEQUE. SI PREFIERE RECIBIR SUS FONDOS EN EFECTIVO, POR FAVOR LLAME AL 1-800-325-6000 Y SOLICITE LAS DIRECCIONES DE AGENCIAS EN SU ÁREA QUE PAGAN LAS TRANSFERENCIAS EN EFECTIVO.



**FINANCIAL SERVICES
COMMISSION**

OFFICE OF FINANCIAL REGULATION

CHARLIE CRIST
GOVERNOR

BILL MCCOLLUM
ATTORNEY GENERAL

DON B. SAXON
COMMISSIONER

ALEX SINK
CHIEF FINANCIAL OFFICER

CHARLES BRONSON
COMMISSIONER OF
AGRICULTURE

October 27, 2008

Mr. Leslie G. Sullivan
646 Regency Way
Kissimmee, FL 34758

RE:  Case #1658 – GMAC Mortgage LLC

Dear Mr. Sullivan:

Please be advised that we are in receipt of your complaint and have sent letters requesting information relating to your account to both GMAC and the law firm representing the mortgagee named in the foreclosure suit.

It is my recommendation that you seek the advice of legal counsel in order to protect the interest in your property.  You should also file a request with your lender to initiate an agreement (in writing) to modify, restructure, or refinance your property.  You might also seek an outside lender to refinance the property.

A further recommendation is that you contact 'Hope Now'.  Hope Now is an organization that helps preserve home-ownership and works to prevent foreclosure.  You may contact them at:  1 (888) 995-4673.

We will re-contact you as soon as we receive a response to our inquiry.

Sincerely,

Richard A. Roll
Area Financial Manager
Bureau of Finance Regulation
Orlando Regional Office

RAR:bg

• • •

the court in default of the payment of the amount found to be due the Plaintiff under the Note and Mortgage, and for other, further and general relief set forth in the Complaint.

3.  The property involved is that certain parcel, lot or unit situate, lying and being in OSCEOLA County, Florida, as set forth in the mortgage recorded in Official Records Book 944, at Page 2838, more particularly described as follows:

LOT 13, BLOCK 1394, POINCIANA, NEIGHBORHOOD 1 SOUTH, VILLAGE 1, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN PLAT BOOK 3, PAGES 9 THROUGH 16, PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

Dated at Plantation, Broward County, Florida, this ___ day of ___, 2008.

BESA HERNANDEZ SHUM
Law Offices of David J. Stern, P.A.
Attorney for Plaintiff
900 South Pine Island Road SUITE 400
Plantation, FL 33324-3920
(954) 233-8000
Bar #: 29554

08-95874 GMAP

# GMAC MORTGAGE, LLC

GMAC MORTGAGE, LLC
*1100 VIRGINIA DRIVE*
*FT. WASHINGTON, PA 19034*

**Loan No.:**                        ████ 060

**Mortgagor (s), SSN:**        LESLIE G. SULLIVAN
UNKNOWN SPOUSE OF LESLIE G. SULLIVAN

**Property Address:**          650 ROYALTY CT., KISSIMMEE, FL 34759

**Original Balance:**          $664,000.00

**Origination Date:**          NOVEMBER 13, 1989

**P&I Payment Amount:**    $390.96

**Interest Rate (Percent):**    5.580%

**Loan Term (mo/yr):**        360 term

EXHIBIT "B"

# GMAC
## Mortgage

| | |
|---|---|
| **Date** | November 21, 2008 |

*Number of pages including cover sheet:*

**TO:** Leslie Sullivan

**FROM:** GC

**GMAC MORTGAGE**

3451 Hammond Avenue

Waterloo, IA 50702

**Phone**

**Fax Phone** 407-932-1442

**Phone** 1-800-766-4622

**Fax Phone** 319-236-5167

**Account**

**Number** ████ 3060

| **REMARKS:** | ☐ Urgent | ☐ For your review | ☐ Reply ASAP | ☐ Please Comment | ☐ See Attached |
|---|---|---|---|---|---|

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply fax. Please advise immediately if you or your employer do not consent to fax messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Company shall be understood as neither given nor endorsed by it. It is the Company's policy that faxes are intended for and should be used for business purposes only.

MONEY ORDER SIGN PAYMENT?
*RECEIPT SIDE REQUIRED FOR
EXCEPT AS PERMITTED BY LAW,
ABOUT OUR CUSTOMERS TO ANYONE
WE DO NOT DISCLOSE ANY INFORMATION
AMSCOT PRIVACY POLICY:

AMSCOT - 100% OK with me

LESLIE SULLIVAN

Change
Tendered
Subtotal

MGMT: 943-878-9565
WesternUnion

Amount of Fee

PRODUCTION
KISSIMMEE, FL 34196
AMSCOT FINANCIAL SERVICES

CASE # 08 CA 4003 MF

Ms. Elsa Hernandez Shum
Law Offices of David J. Stern, PA
900 South Pine Island Rd. Suite
Plantation, FL 33324-2920.

Larry D. Whaley
Clerk of Circuit Court
Osceola County
2 Courthouse Square
Kissimmee, FL 34741

To: The Clerk of Court

Dear Sir/Madam:

This letter is to provide against information and misleading information regarding my mortgage in which I was sent notice of foreclosure. This is in response to the charge.

I was not guilty, I try to pay my mortgage as agreed to and those payments was withheld deliberately, purposely to achieve their agenda to foreclose on me — a returned by them, with no reason other than it their objective and foreclose me. This was that instance, although I am current with GMAC

CLm # 1533.

06-29-13

Leslie G. Sullivan

"Serious MATTER".
PLease Let me
have what I
rightely Deserve!
I still have not
recovered from
the Foreclosure.
"my Credit is
Permenently
Ruined" for Life.
because of unfair
TActics." Unto CAESAR
the things that
is His. Unto God
the things thats
God". THANKS
in ADVANCE!
Sincerely
Leslie G. Sullivan

CLM #1533



06-29-13
Leslie G. Sullivan

"Serious MATTER".
Please Let me
have what I
rightely Deserve!
I still have not
recovered from
the Foreclosure.
"my Credit is
Permenently
"Ruined" for Life.
because of Unfair
TActics.
"Unto CAESAR
the things that
is His, Unto God
the things that's
God". THANKS
in ADVANCE!
Sincerely,
Leslie G. Sullivan