**<u>Exhibit C</u>**

| | |
|---|---|
| Return Address<br>Peelle Assignment Division<br>P.O. Box 1710<br>Campbell, CA 95008-1710<br>Project # 90603 | 20000803000299<br>PEELLE MGMT CO ADT    9 00<br>PAGE 001 OF 002<br>08/03/2000 09:57<br>KING COUNTY, WA |

Please print or type information

**Document Title(s) or transactions contained therein)**
1. Assignment of Deed of Trust
2.
3.
4.

**Grantor(s) (Last name first, then first name and initials)**
1. Old Kent Mortgage Company
2.
3. Nicholls, Linda C.
4.
☐ Additional names on page _____ of document

**Grantee(s) (Last name first, then first name and initials)**
1.
2. Bank One National Assoc.
3.
4.
☐ Additional names on page _____ of document

**Legal description** (abbreviated i e lot, block, plat or section, township, range, qtr /qtr )

☐ Additional legal is on page _____ of document

**Reference Number(s) of Documents assigned or released**
1999111500150 S

☐ Additional numbers on page _____ of document

**Assessor's Property Tax Parcel/Account Number**

☐ Property Tax Parcel ID is not yet assigned
☐ Additional parcel numbers on page _____ of document

The Auditor/Recorder will rely on the information provided on the form  The staff will not read the document to verify the accuracy or completeness of the indexing information

2000 080 3000299

This map does not purport to show all highways roads or easements affecting ⊕ ⟨⟩ no liability is assumed for variations in dimensions and location

Corporate Operations Administration
Final Documentation
Old Kent Mortgage Company
P O Box 204
Grand Rapids, MI 49502-0476

Prepared By
Tonya Mae Adams
Loan Delivery
Old Kent Mortgage Company
4420 44th St SE, Suite B
Kentwood, MI 49512

Loan # ████8593

46-033 CORPORATION ASSIGNMENT OF MORTGAGE        L 3157390
                                                  P4435
For value received, the undersigned, Old Kent Mortgage Company,
a Michigan Corporation, 4420 44th St SE Suite B, Kentwood, MI, 49512,
hereby grants, assigns and transfers without recourse to
BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE
1 Bank One Plaza, Suite IL1-0126 (RFC), Chicago, Illinois 60670-0126
All it's interest under that certain mortgage dated the
twelfth(12) of November, 1999 C E and executed by

LINDA C NICHOLLS

Mortgagor as per MORTGAGE recorded as Instrument No 19991115001505
on 11-15-99 C E in Book _____ Page _____ of official records
in the County Recorder's Office of KING county, Washington
Tax Parcel # _____
Original Mortgage $ 100,000 00
Property Address 12002 4TH AVENUE SOUT
                 SEATTLE, WA 98146
Legal Description (if applicable)


Together with the Note or Notes therein described or referred to, the money
due and to become due thereon with interest, and all rights accrued or to
accrue under said Mortgage

Dated 1/20/2000, C E            Old Kent Mortgage Company
State of Michigan               By _____
County of Kent                  Gail Crooks
                                Loan Operations Manager

On this twentieth(20) of January, 2000, C E , before me, Wendy L. Loncar,
personally appeared Gail Crooks, Loan Operations Manager,
Old Kent Mortgage Company, Personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person whose name is
subscribed to the within instrument and acknowledged to me that he/she
executed the same in his/her duly authorized capacity, and that by his/her
signature on the instrument the person, or the entity upon behalf of which
the persons acted, executed the instrument

Signature _____
          Wendy L Loncar, a Notary Public in Kent County, State of Michigan
          My commission expires October 21, 2003

This map does not purport to show all highways roads or easements affecting said property; no liability is assumed for variations in dimensions and location