**Exhibit D**

20070223001307.001

AND WHEN RECORDED MAIL TO:
EXECUTIVE TRUSTEE SERVICES, LLC.
15455 SAN FERNANDO MISSION BLVD
SUITE #208
MISSION HILLS, CA 91345



20070223001307
FIRST AMERICAN AST    12.00
PAGE001 OF 001
02/23/2007 12:55
KING COUNTY, WA

3225424

Loan No.: ▮▮▮▮5315    T.S. #: HC-101560-C

1ST AM   ①/2        SPACE ABOVE THIS LINE FOR RECORDER'S USE

**APPOINTMENT OF SUCCESSOR TRUSTEE**

NOTICE IS HEREBY GIVEN that FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation formed under RCW 61.24, whose address is 2101 Fourth Ave., Suite 800, Seattle, WA 98121 is appointed successor trustee under that certain deed of trust in which LINDA C. NICHOLLS, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY is the Grantor, and N.P. FINANCIAL CORPORATION, A CALIFORNIA CORPORATION is the Trustee, and OLD KENT MORTGAGE COMPANY D.B.A. NATIONAL PACIFIC MORTGAGE is the Beneficiary under that Trust Deed dated 11/1/1999, and recorded on 11/15/1999, under Auditor's File No. 19991115001505 as book  and page  of the Records of King County, Washington, it to have all the powers of said original trustee, effective forthwith.

IN WITNESS WHEREOF, the undersigned Beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized officers.

Dated: February 1?, 2007

THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE, FKA THE CHASE MANHATTAN BANK AS TRUSTEE, BY: RESIDENTIAL FUNDING COMPANY, LLC, ITS ATTORNEY IN FACT,

ELIZABETH YERANOSIAN, ASSISTANT VICE PRESIDENT

State of California ) ss.
County of Los Angeles)

On 2-1-2007 before me, Dee C. Ortega Notary Public, personally appeared Elizabeth Yeranosian personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)
Dee C. Ortega

DEE C. ORTEGA
Commission # 1672751
Notary Public - California
Los Angeles County
My Comm. Expires Jun 6, 2010

This map does not purport to show all highways roads or easements affec▮▮▮▮erty; no liability is assumed for variations in dimensions and location