**Exhibit F**

**Electronically Recorded**
**20100217000758**

SIMPLIFILE      AST   14.00
Page 001 of 001
02/17/2010 03:18
King County, WA

AND WHEN RECORDED MAIL TO:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: █████5315     T.S. #: WA-133027-C

## APPOINTMENT OF SUCCESSOR TRUSTEE

**NOTICE IS HEREBY GIVEN** that LSI TITLE AGENCY, INC, a corporation formed under RCW 61.24, whose address is 1111 Main St., #200 Vancouver, WA 98660 is appointed successor trustee under that certain deed of trust in which LINDA C. NICHOLLS, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY is the Grantor, and N.P. FINANCIAL CORPORATION, A CALIFORNIA CORPORATION is the Trustee, and OLD KENT MORTGAGE COMPANY D.B.A. NATIONAL PACIFIC MORTGAGE is the Beneficiary under that Trust Deed dated 11/1/1999, and recorded on 11/15/1999, under Auditor's File No. 19991115001505 as book and page of the Records of King County, Washington, it to have all the powers of said original trustee, effective forthwith.

**IN WITNESS WHEREOF**, the undersigned Beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized officers.
Dated: 2/16/2010

RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC

_[signature]_
**TIM WITTEN**

State of California ) ss.
County of Los Angeles)

On 2/16/2010 before me, Dee C. Ortega Notary Public, personally appeared Tim Witten personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _[signature]_ (Seal)
Dee C. Ortega

DEE C. ORTEGA
Commission # 1672751
Notary Public - California
Los Angeles County
My Comm. Expires Jun 5, 2010