**Exhibit G**

**Electronically Recorded**
**20100812000720**

SIMPLIFILE                 ADT           14.00
Page 001 of 001
08/12/2010 02:57
King County, WA

When recorded mail to:
Pite Duncan LLP
4375 Jutland Dr., Suite 200
San Diego, CA 92177

4513344

## ASSIGNMENT OF DEED OF TRUST

APN: 072304 - 9322-04

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Residential Funding Real Estate Holdings, LLC all beneficial interest under that certain Deed of Trust dated November 1, 1999, executed by Linda C. Nicholls, an Unmarried woman as her sole and separate property, to N.P. Financial Corporation as trustee, for Old Kent Mortgage Company, dba National Pacific Mortgage, as beneficiary, and recorded as Instrument No. 19991115001505 on November 15, 1999, in the State of Washington, King County Recorder's Office. Together with the money due and to become due thereon with interest, and all rights accrued or to accrue under the instrument secured by the Deed of Trust.

Dated: 07-28-10    HT      JPMorgan Chase Bank, N.A. successor by merger with Bank One, N.A

By: _____
Name: Thomas Strain
Title: Limited Signing Officer

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

State of Pennsylvania )
County of Montgomery ) ss.

On 7/28/10, before me, Zahirah Y Sweet, a Notary Public in and for said state, personally appeared Thomas Strain, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of PA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

(This Area for Official Notary Seal)

NOTARIAL SEAL
ZAHIRAH Y SWEET
Notary Public
UPPER DUBLIN TWP, MONTGOMERY CNTY
My Commission Expires Mar 7, 2013

I, Janet Shirieves, representative of the King County Archives, Records and Licensing Services Division, Department of Executive Services, King County, State of Washington, do hereby certify the foregoing copy has been compared with the original instrument as the same appears on file and of record in our custody and that the same is a true, full and correct copy of said original and of the whole thereof.

_____    6-18-2013
Signature                            Date