**<u>Exhibit H</u>**

When Recorded Return To:

ANNETTE MILLER
GMAC MORTGAGE, LLC
RECORD SERVICES
3451 HAMMOND AVE.
WATERLOO, IA 50702



20120727001563
GMAC MORTGAGE    RDT
PAGE-001 OF 002                15.00
07/27/2012 13:22
KING COUNTY, WA

Corrective
**CORPORATE ASSIGNMENT OF DEED OF TRUST**
King, Washington
SELLER'S SERVICING #7431815315 "NICHOLLS"

Date of Assignment: July 13th, 2012
Assignor: THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, SBM BANK ONE NATIONAL ASSOCIATION AS TRUSTEE BY RESIDENTIAL FUNDING COMPANY, LLC F/K/A RESIDENTIAL FUNDING CORPORATION, ITS ATTORNEY-IN-FACT at 1100 VIRGINIA DRIVE, FT. WASHINGTON, PA 19034
Assignee: RESIDENTIAL FUNDING COMPANY, LLC at 1100 VIRGINIA DRIVE, FT WASHINGTON, PA 19034

Executed By: LINDA C. NICHOLLS, AN UNMARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY  To: OLD KENT MORTGAGE COMPANY
Date of Deed of Trust: 11/01/1999 Recorded: 11/15/1999 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 19991115001505 in the County of King, State of Washington.

Property Address: 12002 4TH AVENUE, SOUTHWEST, WA 98146

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $100,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE, AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE, SBM BANK ONE NATIONAL ASSOCIATION AS TRUSTEE BY RESIDENTIAL FUNDING COMPANY, LLC F/K/A RESIDENTIAL FUNDING CORPORATION, ITS ATTORNEY-IN-FACT
On 7-13-12

By Mary A. Miller
MARY A. MILLER
Authorized Officer

*Assignment is being re-recorded to replace assignment recorded 08/12/10 instr# 20100812000720 to correct assignee

*AM*AM1GMAC*07/13/2012 12:42:56 PM* GMAC01GMACA0000000000000007434* WAKING* 7431815315
WASTATE_TRUST_ASSIGN_ASSN **AM1GMAC*

**EXHIBIT MA-D**

**(2 pgs)**

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Iowa
COUNTY OF Black Hawk

On **7-13-12**, before me, SARAH E. SHORT, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared **MARY A. MILLER**, Authorized Officer, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Sarah E. Short_
SARAH E. SHORT
Notary Expires: 04/01/2014 #752074

SARAH E. SHORT
COMMISSION NO. 752074
MY COMMISSION EXPIRES
April 1, 2014
(This area for notarial seal)

*AM*AM1GMAC*07/13/2012 12:42:55 PM* GMAC01GMACA00000000000003687434* WAKING* 7431815316
WASTATE_TRUST_ASSIGN_ASSN **AM1GMAC*

Unofficial Document (watermark)