**<u>Exhibit I</u>**

Electronically Recorded
20130723001972
NEXTITLE                ADT           14.00
Page 001 of 001
07/23/2013 04:22
King County, WA

After Recording Return to:
Northwest Trustee Services, Inc.
Attention: Nanci Lambert
P.O. Box 997
Bellevue, WA 98009-0997

7314.03549/Nicholls, Linda

## Assignment of Deed of Trust

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to 21st Mortgage Corporation, whose address is c/o Ocwen Loan Servicing, LLC, 3451 Hammond Avenue, Suite 150, Waterloo, IA 50702 all beneficial interest under that certain deed of trust, dated 11/01/99, executed by Linda C. Nicholls, An Unmarried Woman as her Sole and Separate Property, Grantors, to N.P. Financial Corporation, A California Corporation, Trustee, and recorded on 11/15/99, under Auditor's File No. 19991115001505, Records of KING County, Washington.

Dated July 9, 2013

Residential Funding Company, LLC

By: /s/ Tyrone Thorogood  Tyrone Thorogood
Title: Authorized Officer

STATE OF Pennsylvania     )
                          ) ss.
COUNTY OF Montgomery      )

I certify that I know or have satisfactory evidence that **Tyrone Thorogood** is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the **Authorized Officer** of Residential Funding Company, LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 7/9/13

/s/ Christine Morales
NOTARY PUBLIC in and for the State of PA
Christine Morales
Residing at Montgomery
My commission expires 1-28-15

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015

Exhibit 1
Page 1 of 1