**<u>Exhibit O</u>**

12-12020-mg   Doc 8073-22   Filed 02/05/15   Entered 02/05/15 15:54:23   Exhibit O
to Declaration   Pg 2 of 9
Case 2:12-cv-02017-MJP   Document 205   Filed 08/05/14   Page 3 of 6

HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUNCAN K. ROBERTSON,<br><br><br><br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br>GMAC MORTGAGE, LLC, et. al.,<br><br>Defendants. | NO. 2:12-CV-02017-MJP<br><br>NOTICE OF APPEAL –<br>PLAINTIFF DUNCAN K.<br>ROBERTSON'S NOTICE APPEAL<br>TO THE UNITED STATES COURT<br>OF APPEALS FOR THE NINTH<br>CIRCUIT<br><br>REPRESENTATION STATEMENT |

    1.  Notice is hereby given that Duncan K. Robertson, ("Appellant"), plaintiff in the

above-referenced civil case, hereby appeals to the United States Court of Appeals for the

Ninth Circuit, pursuant to 28 U.S.C. §1291 and § 1292, from the following District Court

Orders:

        (a)   ***Order Denying Motion to Reconsider***, Docket No. 203, in which the district

            court affirmed Plaintiff's lack of standing to bring claims, but refused the action

            requested, namely remand of the case to state court for lack of subject matter

            jurisdiction.  This Order was entered on July 11, 2014.  Exhibit A attached;

Plaintiff's Notice of Appeal and Representation Statement - 1

**STAFNE TRUMBULL, LLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

(b) ***Order Granting Bank of New York Melon Trust Company, N.A. Motion for Summary Judgment***, Dkt. 201 (Dismissing defendant; Robertson lacks standing).  Entered May 28, 2014. Exhibit B attached;

(c) ***Order Denying Motion to Vacate*** (all previous dismissals of defendants), Dkt. 150 (District court ruling that it need not follow state intermediate court rulings and that Plaintiff lacks standing to bring claims). Entered November 15, 2013. Exhibit C attached;

(d) ***Order Granting Motions - Chase FRCP 12(b)(6) Motion to Dismiss and GMAC Defendants Motion for Summary Judgment***, Dkt. 149 (Dismissing multiple defendants because Roberson lacks standing to bring any of his Deeds of Trust Act related claims).  Entered November 14, 2013.  Exhibit D attached;

(e) **Order Granting First American Motion for Summary Judgment**, Dkt. 111.  Entered on May 6, 2013.  Exhibit E attached;

(f) **Order Denying Motion to Reconsider** (of dismissal of LSI), Dkt. 103. Entered on April 11, 2013.  Exhibit F attached;

(g) ***Order Denying Motion to Remand (2nd)***, Docket No. 85 (denying motion in response to Defendants' second Notice of Removal). Entered in this case on February 20, 2013.  Exhibit G attached;

(h) ***Order Denying Motion to Remand (first) and Denying Motion For Proof of Authority*** (of attorney representation to consent to removal).  Docket No. 82. Entered on February 19, 2013.  Exhibit H attached;

**S T A F N E   T R U M B U L L,   L L C**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

12-12020-mg   Doc 8073-22   Filed 02/05/15   Entered 02/05/15 15:54:23   Exhibit O
to Declaration   Pg 4 of 9
Case 2:12-cv-02012-MJP   Document 209   Filed 08/01/14   Page 3 of 6

(i)   ***Order Granting LSI Title Agency, Inc. FRCP 12(b)(6) Motion to Dismiss***

***for failure to state a claim and Denying Leave to Amend Complaint.*** Docket

No. 58.  Entered on February 6, 2013.  Exhibit I attached.

2.  The Motion for Reconsideration, denied in the Order described in ¶ 1(a) *supra*,

requesting a separate action to remand the entire case to state court, based upon order granting

summary judgment (1(b) supra) and previous rulings of his lack of standing, to relieve

Appellant from the judgment, was timely filed on June 6, 2014.  Dkt. 202.  See Fed. R. Civ. P.

Rule 60(d).  The Order *Denying* Reconsideration, Dkt. 203, was issued on July 11, 2014.

This Notice of Appeal is being filed August 1, 2014, within the 30-day period required under

FRAP Rules 4(a)(1)(A), 4(a)(4)(A).

3.  Appeal is taken against all defendants to this case, including

> GMAC Mortgage, LLC
> Executive Trustee Services, LLC
> Residential Funding Real Estate Holdings, LLC
> Residential Funding Company, LLC
> Residential Funding Corporation
> Homecomings Financial, LLC
> LSI Title Agency, Inc.
> Bank of New York Melon Trust Company N.A. f/k/a
> Bank of New York Trust Company, N.A.
> JP Morgan Chase Bank, N.A.
> First American Title Insurance Company

4.  On July 24, 2014 defendants JP Morgan Chase Bank, N.A. and Bank One, N.A.

filed a *Motion for Final Judgment,* pursuant to Fed. R. Civ. P. Rule 54(b).  Dkt. 204.  That

same day defendants First American Title Company, Bank of New York Melon Trust

Company, N.A. ("BNY"), and LSI Title Agency, Inc. joined in the motion. Dkt. Nos. 205,

206 and 207 respectively.  The attorney claiming to represent BNY also represents GMAC

Plaintiff's Notice of Appeal and Representation Statement - 3

**STAFNE TRUMBULL, LLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

12-12020-mg  Doc 8072-22  Filed 02/05/15  Entered 02/05/15 15:54:23  Exhibit O
to Declaration    Pg 5 of 9
Case 2:12-cv-02012-MJP  Document 209  Filed 08/15/14  Page 4 of 6

Mortgage, LLC; Executive Trustee Services, LLC; Residential Funding Real Estate Holdings, LLC; Residential Funding Company, LLC; Residential Funding Corporation; and Homecomings Financial, LLC. He announced that certain remaining claims against these defendants are stayed by the *In Re Rescap* bankruptcy proceedings in New York.[1]  On August 11, 2014 Robertson also joined in the Motion for Final Judgment, supporting the Motion and noting that disputes remain as to factual issues presented in the briefs of defendants. Dkt. 208.

     5.  Notice of appeal is being filed at this time to establish Appellant's acting to timely appeal these Orders, and because the last two Orders of the Court, ¶ 1(a), (b), *supra*, effectively ended the litigation on the merits, leaving nothing more for the court to do but execute the judgment.  Should the 9th Circuit Court of Appeals find that this Appeal is premature, it is requested that the date of this filing be appropriately amended, or in the alternate, that an extension of time to file be granted to file, if needed.  Appellant also requests permission of the 9th Circuit to amend this appeal, if necessary, to include further orders of the district court once the district court rules on the *Motion for Final Judgment*.

     6.  This appeal is also being brought at this time to preclude the possibility that in the event the district court denies the Motion for Final Judgment,[2] this case could be sent into a limbo state from which appeal could be foreclosed in perpetuity.  This is because in its Order Granting Summary Judgment to BNY, Dkt. 201, the district court ruled, "This Court has already concluded that Plaintiff lacks standing to bring these DTA based claims."  *Id*. at 6.

---

[1] *In Re Rescap,* No. 12-12020 (Bnkr. S.D. New York)

[2] *See* FRAP Rule 4(a)(4)(A)(no tolling of time to file appeal for a Rule 54(b) motion).

Plaintiff's Notice of Appeal and Representation Statement - 4

**STAFNE TRUMBULL, LLC**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

1

2

Absent standing to bring bankruptcy stayed claims Robertson cannot bring claims before *any*

federal court, including the *In Re Rescap* proceeding.[3]

3

4

5

DATED this 11th day of August, 2014.

6

Respectfully Submitted,

STAFNE TRUMBULL, LLC

7

8

*/s/ Scott E. Stafne*
Scott E. Stafne, WSBA# 6964

9

*/s/ Dean Browning Webb*
Dean Browning Webb, WSBA #10735
239 N. Olympic Ave.
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

[3] "A party that lacks standing to support jurisdiction in an Article III court also lacks standing for that claim to be adjudicated by a bankruptcy court." *Wells Fargo Bank, N.A. v. Stewart* (*In re Stewart*), 647 F.3d 553, 557 (5th Cir. 2011).

# REPRESENTATION STATEMENT

<u>Plaintiff/Appellant Duncan K. Robertson</u>

   <u>Counsel for Duncan K. Robertson -</u>

      Scott E. Stafne, WSBA #6964
      Dean Browning Webb, WSBA #10735
      **Stafne Trumbull, LLC**
      239 N. Olympic Ave
      Arlington, WA 98223
      Phone: (360) 403-8700
      Fax: (360) 386-4005
      scott@stafnetrumbull.com; ricoman1968@aol.com

Defendant/Appellees -

      GMAC Mortgage, LLC;
      Executive Trustee Services, LLC;
      Residential Funding Real Estate Holdings, LLC;
      Residential Funding Company, LLC;
      Residential Funding Corporation;
      Homecomings Financial, LLC
      Bank of New York Melon Trust Company, N.A.,
      f/k/a Bank of New York Trust Company, N.A.

   <u>Counsel for above Defendants/Appellees –</u>

      William G. Fig, WSBA 33943
      **Sussman Shank, LLP**
      1000 S.W. Broadway, Suite 1400
      Portland, Oregon 97205
      Phone: (503) 227-1111
      billf@sussmanshank.com, karen@sussmanshank.com

<u>Defendant/Appellee LSI Title Agency, Inc.</u>

   <u>Counsel for LSI Title Agency, Inc. -</u>

      Peter A. Talevich, WSBA # 42644
      David J. Lenci, WSBA # 7688
      **K&L GATES LLP**
      925 Fourth Avenue, Suite 2900
      Seattle, WA 98104
      Phone: (206) 623-7580
      Fax: (206) 623-7022

12-12020-mg   Doc 8073-22   Filed 02/05/15   Entered 02/05/15 15:54:23   Exhibit O
to Declaration   Pg 8 of 9
Case 2:12-cv-02012-MJP   Document 205   Filed 08/11/14   Page 7 of 8

peter.talevich@klgates.com; suzanne.petersen@klgates.com;
David.Lenci@klgates.com; jeanniebeth.asuncion@klgates.com

Defendants/Appellees JP Morgan Chase Bank N.A. and Bank One National Association

Counsel for JP Morgan Chase Bank N.A. and Bank One National Association –

Fred B. Burnside, WSBA 32491
**Davis Wright Tremaine LLP**
1201 Third Avenue  Suite 2200
Seattle, WA 98101-3045
Phone: (206) 622-3150
fredburnside@dwt.com, lisabass@dwt.com, lynnnydam@dwt.com,
seadocket@dwt.com

Defendant/Appellee First American Title Insurance Company

Counsel for First American Title Insurance Company -

Magnus Rune Andersson, WSBA #31536
**Hanson Baker Ludlow Drumheller P.S.**
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
Phone: (425) 454-3374
mandersson@HansonBaker.com, aburt@HansonBaker.com

Respectfully Submitted this 11th day of August, 2014, by:

STAFNE TRUMBULL, LLC

*/s/ Scott E. Stafne*
Scott E. Stafne, WSBA #6964

/s/ *Dean Browning Webb*
Dean Browning Webb, WSBA #10735

Attorneys for Plaintiff
239 N. Olympic Ave
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005

**S T A F N E  T R U M B U L L ,  L L C**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /FAX 360.386.4005

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2014, I electronically filed the foregoing Notice

of Appeal and Representation Statement with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following:


Fred B Burnside-
Attorney for JP Morgan Chase Bank, N.A.
    fredburnside@dwt.com, lisabass@dwt.com, lynnnydam@dwt.com,
    seadocket@dwt.com;

Magnus Rune Andersson-
Attorney for First American Title Insurance Company
    mandersson@HansonBaker.com, aburt@HansonBaker.com;

Peter Anthony Talevich,
David John Lenci-
Attorneys for LSI Title Agency, Inc.
    peter.talevich@klgates.com, suzanne.petersen@klgates.com, David.Lenci@klgates.com,
    jeanniebeth.asuncion@klgates.com

William G Fig -
Attorney for GMAC Mortgage LLC, Executive Trustee Services, LLC, Residential Funding
Real Estate Holdings, LLC, Residential Funding Company, LLC, Residential Funding
Corporation, Home Comings Financial, LLC, Bank of New York Trust Company, N.A.
    billf@sussmanshank.com, karen@sussmanshank.com;

I further certify that all participants in the case are registered CM/ECF users and that service
will be accomplished by the appellate CM/ECF system.

DATED this 11th day of August, 2014.




/s/ Dean Browning Webb
Dean Browning Webb, WSBA #10735