**Exhibit P**

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUNCAN K ROBERTSON,<br><br>        Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE LLC,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C12-2017-MJP |

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's claims are dismissed with prejudice against Defendants LSI Title Agency, Inc., JP Morgan Chase Bank N.A. , Bank One N.A., Bank of New York Trust Company, N.A., and First American Title Insurance Company.

Dated August 20, 2014.

                                                 William M. McCool
                                                 Clerk of Court

                                                 s/Mary Duett
                                                 Deputy Clerk