# **Exhibit A**

**Date Data as-of:** February 3, 2015

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| ▮ | ALAN IRVING MOSS | | 86 SAN LUCAS AVE | PO BOX 721 |
| | | | MOSS BEACH | MOSS BEACH |
| | | | CA | CA |
| | | | 94038-0000 | 94038-0000 |

**Investor Info**
- Investor Acct No - Prim  11076028
- Investor Number  41728
- Investor Name Full  THE BANK OF NEW YORK MELLON
- Investor Id

**Previous Servicer Info**
- Previous Account Number  0017565698
- Seller Company Name  OPTION ONE MORTGAGE

**Loan Info**
- Arm Flag  Y
- Loan Type  Conventional
- Lien Position  01
- Interest Rate  12.375%
- Collection Status  PO

**Dates**
- Int Collected To  12/01/2007
- Next Due  01/01/2008
- Last Payment  06/13/2008
- Last Activity  02/24/2014
- Setup Date  03/13/2006
- Maturity Date  07/01/2035

**Current Balances**
- Principal  $0.00
- Escrow  $0.00
- Unapplied  $0.00
- Buydown  $0.00

**Uncollected**
- Late Charges  $0.00
- Interest  $0.00
- Fees  $0.00
- Opt  $0.00

**Year-To-Date**
- Interest  $0.00
- Taxes  $0.00

Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[Financial transaction rows redacted]

| Date | Due Date | Balance | Description | Code | Type | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 | Amt7 | Amt8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2013 | 12/01/2007 | $604,642.14 | Escrow Refund | | R04 | $10,870.21 | $0.00 | $0.00 | $10,870.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/17/2013 | 12/01/2007 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/04/2013 | 12/01/2007 | $0.00 | FEE | 040 | FB | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| 01/03/2013 | 12/01/2007 | $604,642.14 | Escrow Refund-REO Fire | | R23 | $280.00 | $0.00 | $0.00 | $280.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/27/2012 | 12/01/2007 | $604,642.14 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,329.19 |
| 12/27/2012 | 12/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,329.19 |
| 12/26/2012 | 12/01/2007 | $604,642.14 | PAYMENT | | PT | ($61,929.57) | $0.00 | $0.00 | ($67,633.17) | $0.00 | $5,703.60 | $0.00 | $0.00 |
| 12/26/2012 | 12/01/2007 | $604,642.14 | PAYMENT | | RT | $61,929.57 | $0.00 | $0.00 | $67,633.17 | $0.00 | ($5,703.60) | $0.00 | $0.00 |
| 12/26/2012 | 12/01/2007 | $0.00 | Unapplied | | UFU | $5,703.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/10/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/07/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($5,502.30) | $0.00 | $0.00 | ($5,502.30) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/10/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/11/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/07/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($5,353.96) | $0.00 | $0.00 | ($5,353.96) | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/09/2012 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($5,353.96) | $0.00 | $0.00 | ($5,353.96) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/10/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/11/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/11/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($5,088.01) | $0.00 | $0.00 | ($5,088.01) | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/09/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/10/2011 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 12/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/10/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($5,088.01) | $0.00 | $0.00 | ($5,088.01) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 10/11/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 09/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 08/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 07/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2010 | 12/01/2007 | $0.00 | FEE | 040 | FB | $6,198.60 | $0.00 | $0.00 | $0.00 | $6,198.60 | $0.00 | $0.00 | $0.00 |
| | 06/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 05/10/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 04/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 03/10/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($2,587.88) | $0.00 | $0.00 | ($2,587.88) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 03/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 02/09/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($579.00) | $0.00 | $0.00 | ($579.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 01/25/2010 | 12/01/2007 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| | 01/11/2010 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 12/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/11/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($2,587.88) | $0.00 | $0.00 | ($2,587.88) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 10/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 09/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($634.00) | $0.00 | $0.00 | ($634.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 08/10/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($663.00) | $0.00 | $0.00 | ($663.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 07/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($663.00) | $0.00 | $0.00 | ($663.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 06/09/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($663.00) | $0.00 | $0.00 | ($663.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 05/13/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-REO Fire | | E23 | ($663.00) | $0.00 | $0.00 | ($663.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 05/11/2009 | 12/01/2007 | $0.00 | FEE | 040 | FB | $7.00 | $0.00 | $0.00 | $0.00 | $7.00 | $0.00 | $0.00 | $0.00 |
| | 05/08/2009 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 04/22/2009 | 12/01/2007 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| | 04/13/2009 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 03/11/2009 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($2,365.65) | $0.00 | $0.00 | ($2,365.65) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 03/11/2009 | 12/01/2007 | $0.00 | FEE | 040 | FB | $7.00 | $0.00 | $0.00 | $0.00 | $7.00 | $0.00 | $0.00 | $0.00 |
| | 03/10/2009 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 02/13/2009 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 01/13/2009 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 12/31/2008 | 12/01/2007 | $604,642.14 | Interest On Escrow | | EI | $6.94 | $0.00 | $0.00 | $6.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 12/05/2008 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| | 11/11/2008 | 12/01/2007 | $604,642.14 | Escrow Disb-Tax County | | E90 | ($2,365.65) | $0.00 | $0.00 | ($2,365.65) | $0.00 | $0.00 | $0.00 | $0.00 |
| | 11/10/2008 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |

| Date | Due Date | Balance | Type | Code | Code2 | Amount | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2008 | 12/01/2007 | $0.00 | FEE | 164 | FB | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 10/07/2008 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 09/09/2008 | 12/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/16/2008 | 12/01/2007 | $0.00 | FEE | 040 | FB | $2,517.90 | $0.00 | $0.00 | $0.00 | $2,517.90 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 07/01/2007 | $605,690.39 | PAYMENT | | RP | $6,740.78 | $312.35 | $5,176.27 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 08/01/2007 | $605,485.02 | PAYMENT | | RP | $7,703.71 | $205.37 | $6,246.18 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 09/01/2007 | $605,277.53 | PAYMENT | | RP | $7,703.71 | $207.49 | $6,244.06 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 10/01/2007 | $605,067.90 | PAYMENT | | RP | $7,703.71 | $209.63 | $6,241.92 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 11/01/2007 | $604,856.11 | PAYMENT | | RP | $7,703.71 | $211.79 | $6,239.76 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 12/01/2007 | $604,642.14 | PAYMENT | | RP | $7,703.71 | $213.97 | $6,237.58 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 12/01/2007 | $604,642.14 | PAYMENT | | SR | $4,740.67 | $0.00 | $0.00 | $0.00 | $0.00 | $4,740.67 | $0.00 | $0.00 |
| 06/13/2008 | 12/01/2007 | $0.00 | Unapplied | | UFF | $4,740.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/2008 | 06/12/2008 | $0.00 | Comment | | RPL | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/11/2008 | 06/01/2007 | $606,002.74 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,857.37) |
| 06/11/2008 | 06/01/2007 | $0.00 | Unapplied | | UFF | $962.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/11/2008 | 06/01/2007 | $0.00 | Unapplied | | UFU | ($962.93) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/11/2008 | 06/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,857.37) |
| 06/05/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 05/13/2008 | 06/01/2007 | $0.00 | FEE | 164 | FB | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | $0.00 | $0.00 | $0.00 |
| 04/29/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 04/02/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 03/17/2008 | 06/01/2007 | $606,002.74 | Escrow Disb-Tax County | | E90 | ($2,328.43) | $0.00 | $0.00 | ($2,328.43) | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/21/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/23/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 01/14/2008 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 12/11/2007 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 12/07/2007 | 06/01/2007 | $0.00 | FEE | 040 | FB | $1,792.61 | $0.00 | $0.00 | $0.00 | $1,792.61 | $0.00 | $0.00 | $0.00 |
| 12/03/2007 | 06/01/2007 | $0.00 | FEE | 164 | FB | $85.00 | $0.00 | $0.00 | $0.00 | $85.00 | $0.00 | $0.00 | $0.00 |
| 11/08/2007 | 06/01/2007 | $606,002.74 | Escrow Disb-Tax County | | E90 | ($2,328.43) | $0.00 | $0.00 | ($2,328.43) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/26/2007 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 10/08/2007 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 09/06/2007 | 06/01/2007 | $0.00 | FEE | 028 | FB | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 |
| 08/29/2007 | 06/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 08/01/2007 | 06/01/2007 | $606,002.74 | PAYMENT | | AP | $6,740.78 | $309.70 | $5,178.92 | $1,252.16 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/01/2007 | 06/01/2007 | $606,002.74 | PAYMENT | | SWA | $962.93 | $0.00 | $0.00 | $0.00 | $0.00 | $962.93 | $0.00 | $0.00 |
| 08/01/2007 | 06/01/2007 | $0.00 | Unapplied | | UFU | $962.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/01/2007 | 06/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($274.43) |
| 07/27/2007 | 05/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/28/2007 | 05/01/2007 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |

| Date | Date | Amount | Type | Code | Type2 | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/2007 | 05/01/2007 | $606,312.44 | PAYMENT | | AP | $5,488.62 | $307.08 | $5,181.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/2007 | 05/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($548.86) |
| 04/25/2007 | 04/01/2007 | $0.00 | FEE | 164 | FB | $135.00 | $0.00 | $0.00 | $0.00 | $135.00 | $0.00 | $0.00 | $0.00 |
| 04/23/2007 | 03/01/2007 | $606,924.00 | PAYMENT | | RP | $5,488.62 | $301.90 | $5,186.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/23/2007 | 03/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($274.43) |
| 04/23/2007 | 04/01/2007 | $606,619.52 | PAYMENT | | RP | $6,511.38 | $304.48 | $5,184.14 | $0.00 | $0.00 | ($942.41) | $0.00 | $1,965.17 |
| 04/23/2007 | 04/01/2007 | $0.00 | Unapplied | | UFU | ($942.41) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/23/2007 | 04/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,965.17 |
| 04/16/2007 | 02/01/2007 | $0.00 | FEE | 040 | FE | $4,546.21 | $0.00 | $0.00 | $0.00 | $4,546.21 | $0.00 | $0.00 | $0.00 |
| 04/16/2007 | 02/01/2007 | $607,225.90 | PAYMENT | | PR0 | $0.00 | ($301.90) | ($5,186.72) | $0.00 | $0.00 | $5,488.62 | $0.00 | $0.00 |
| 04/16/2007 | 02/01/2007 | $607,225.90 | PAYMENT | | SR | ($4,546.21) | $0.00 | $0.00 | $0.00 | $0.00 | ($4,546.21) | $0.00 | $0.00 |
| 04/16/2007 | 02/01/2007 | $0.00 | Unapplied | | UFE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/16/2007 | 02/01/2007 | $0.00 | Unapplied | | UFF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/16/2007 | 02/01/2007 | $0.00 | Unapplied | | UFU | $942.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/16/2007 | 03/01/2007 | $0.00 | FEE | 040 | FE | $445.29 | $0.00 | $0.00 | $0.00 | $445.29 | $0.00 | $0.00 | $0.00 |
| 04/16/2007 | 03/01/2007 | $606,924.00 | PAYMENT | | SR | ($445.29) | $0.00 | $0.00 | $0.00 | $0.00 | ($445.29) | $0.00 | $0.00 |
| 04/16/2007 | 03/01/2007 | $0.00 | Unapplied | | UFF | ($445.29) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/22/2007 | 01/01/2007 | $607,525.24 | PAYMENT | | PA | $0.00 | $296.81 | $5,191.81 | $0.00 | $0.00 | ($5,488.62) | $0.00 | $0.00 |
| 03/22/2007 | 01/01/2007 | $0.00 | Unapplied | | UFU | ($5,488.62) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/22/2007 | 01/01/2007 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($274.43) |
| 03/22/2007 | 02/01/2007 | $607,225.90 | PAYMENT | | PA | $0.00 | $299.34 | $5,189.28 | $0.00 | $0.00 | ($5,488.62) | $0.00 | $0.00 |
| 03/22/2007 | 02/01/2007 | $0.00 | Unapplied | | UFU | ($5,488.62) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/22/2007 | 03/01/2007 | $606,924.00 | PAYMENT | | PA | $0.00 | $301.90 | $5,186.72 | $0.00 | $0.00 | ($5,488.62) | $0.00 | $0.00 |
| 03/22/2007 | 03/01/2007 | $0.00 | Unapplied | | UFE | ($2,351.90) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/22/2007 | 03/01/2007 | $0.00 | Unapplied | | UFF | ($2,113.96) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/22/2007 | 03/01/2007 | $0.00 | Unapplied | | UFU | ($1,022.76) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/21/2007 | 12/01/2006 | $607,822.05 | PAYMENT | | SR | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 |
| 03/21/2007 | 12/01/2006 | $0.00 | Unapplied | | UFU | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/13/2007 | 12/01/2006 | $0.00 | FEE | 040 | FB | $4,991.50 | $0.00 | $0.00 | $0.00 | $4,991.50 | $0.00 | $0.00 | $0.00 |
| 03/09/2007 | 12/01/2006 | $607,822.05 | Escrow Disb-Tax County | | E90 | ($2,263.14) | $0.00 | $0.00 | ($2,263.14) | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/10/2007 | 11/01/2006 | $608,116.34 | PAYMENT | | RP | $5,488.62 | $291.80 | $5,196.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/10/2007 | 12/01/2006 | $607,822.05 | PAYMENT | | RP | $5,488.62 | $294.29 | $5,194.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/10/2007 | 12/01/2006 | $607,822.05 | PAYMENT | | SR | $1,022.76 | $0.00 | $0.00 | $0.00 | $0.00 | $1,022.76 | $0.00 | $0.00 |
| 02/10/2007 | 12/01/2006 | $0.00 | Unapplied | | UFF | $1,022.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/10/2007 | 02/08/2007 | $0.00 | PAYMENT | | RPY | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/16/2007 | 09/01/2006 | $608,697.47 | PAYMENT | | RP | $5,488.62 | $286.88 | $5,201.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/16/2007 | 10/01/2006 | $608,408.14 | PAYMENT | | RP | $5,488.62 | $289.33 | $5,199.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/16/2007 | 10/01/2006 | $608,408.14 | PAYMENT | | SR | $1,090.03 | $0.00 | $0.00 | $0.00 | $0.00 | $1,090.03 | $0.00 | $0.00 |
| 01/16/2007 | 10/01/2006 | $0.00 | Unapplied | | UFF | $1,090.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date 1 | Date 2 | Amount | Type | Code | Code2 | Val1 | Val2 | Val3 | Val4 | Val5 | Val6 | Val7 | Val8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2007 | 01/08/2007 | $0.00 | PAYMENT | | RPY | $12,967.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/16/2006 | 08/01/2006 | $608,984.35 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/16/2006 | 08/01/2006 | $0.00 | Unapplied | | UFE | $2,351.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/16/2006 | 08/01/2006 | $0.00 | Unapplied | | UFU | ($2,351.90) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 04/01/2006 | $610,107.77 | PAYMENT | | RP | $5,488.62 | $274.93 | $5,213.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 05/01/2006 | $609,830.49 | PAYMENT | | RP | $5,488.62 | $277.28 | $5,211.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 06/01/2006 | $609,550.84 | PAYMENT | | RP | $5,488.62 | $279.65 | $5,208.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 07/01/2006 | $609,268.80 | PAYMENT | | RP | $5,488.62 | $282.04 | $5,206.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 08/01/2006 | $0.00 | FEE | 011 | FE | $105.00 | $0.00 | $0.00 | $0.00 | $105.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 08/01/2006 | $0.00 | FEE | 164 | FE | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 08/01/2006 | $608,984.35 | PAYMENT | | RP | $5,488.62 | $284.45 | $5,204.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 08/01/2006 | $608,984.35 | PAYMENT | | SWP | $2,351.90 | $0.00 | $0.00 | $0.00 | $0.00 | $2,351.90 | $0.00 | $0.00 |
| 12/11/2006 | 08/01/2006 | $0.00 | Unapplied | | UFU | $2,351.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/11/2006 | 12/08/2006 | $0.00 | PAYMENT | | RPY | $30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/05/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 12/04/2006 | 03/01/2006 | $610,382.70 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,646.58) |
| 12/04/2006 | 03/01/2006 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,646.58) |
| 12/01/2006 | 03/01/2006 | $610,382.70 | PAYMENT | | SR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/01/2006 | 03/01/2006 | $0.00 | Unapplied | | UFF | $446.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/01/2006 | 03/01/2006 | $0.00 | Unapplied | | UFU | ($446.46) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/09/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 11/08/2006 | 03/01/2006 | $610,382.70 | Escrow Disb-Tax County | | E90 | ($2,263.14) | $0.00 | $0.00 | ($2,263.14) | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/18/2006 | 03/01/2006 | $0.00 | FEE | 164 | FB | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 |
| 09/26/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 09/19/2006 | 03/01/2006 | $610,382.70 | Escrow Disb-Tax County | | M90 | ($102.05) | $0.00 | $0.00 | ($102.05) | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/23/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 07/31/2006 | 03/01/2006 | $610,382.70 | PAYMENT | | PT | ($4,293.28) | $0.00 | $0.00 | ($4,739.74) | $0.00 | $446.46 | $0.00 | $0.00 |
| 07/31/2006 | 03/01/2006 | $610,382.70 | PAYMENT | | RT | $4,293.28 | $0.00 | $0.00 | $4,739.74 | $0.00 | ($446.46) | $0.00 | $0.00 |
| 07/31/2006 | 03/01/2006 | $0.00 | Unapplied | | UFU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/24/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 07/17/2006 | 03/01/2006 | $610,382.70 | Escrow Disb-Tax County | | M90 | ($4,739.74) | $0.00 | $0.00 | ($4,739.74) | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 05/23/2006 | 03/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 05/15/2006 | 03/01/2006 | $0.00 | FEE | 011 | FWA | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 05/15/2006 | 03/01/2006 | $610,382.70 | PAYMENT | | AP | $5,488.62 | $272.61 | $5,216.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/15/2006 | 03/01/2006 | $610,382.70 | PAYMENT | | SWA | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| 05/15/2006 | 03/01/2006 | $0.00 | Unapplied | | UFU | ($15.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/25/2006 | 02/01/2006 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 08/01/2005 | $612,243.15 | PAYMENT | | RP | $5,488.62 | $256.85 | $5,231.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Date | Due Date | Balance | Type | Code | Sub | Amount | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/2006 | 08/01/2005 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,195.44) |
| 04/13/2006 | 09/01/2005 | $611,984.11 | PAYMENT | | RP | $5,488.62 | $259.04 | $5,229.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 10/01/2005 | $611,722.85 | PAYMENT | | RP | $5,488.62 | $261.26 | $5,227.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 11/01/2005 | $611,459.36 | PAYMENT | | RP | $5,488.62 | $263.49 | $5,225.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 12/01/2005 | $611,193.62 | PAYMENT | | RP | $5,488.62 | $265.74 | $5,222.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 01/01/2006 | $610,925.61 | PAYMENT | | RP | $5,488.62 | $268.01 | $5,220.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 02/01/2006 | $0.00 | FEE | 011 | FWP | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 02/01/2006 | $0.00 | FEE | 040 | FWP | $723.40 | $0.00 | $0.00 | $0.00 | $723.40 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 02/01/2006 | $610,655.31 | PAYMENT | | RP | $7,684.06 | $270.30 | $5,218.32 | $0.00 | $0.00 | $0.00 | $0.00 | $2,195.44 |
| 04/13/2006 | 02/01/2006 | $610,655.31 | PAYMENT | | SWP | $461.46 | $0.00 | $0.00 | $0.00 | $0.00 | $461.46 | $0.00 | $0.00 |
| 04/13/2006 | 02/01/2006 | $0.00 | Unapplied | | UFU | $461.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/13/2006 | 02/01/2006 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,195.44 |
| 03/21/2006 | 07/01/2005 | $0.00 | FEE | 011 | FB | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| 03/16/2006 | 07/01/2005 | $0.00 | FEE | 040 | FR | ($723.40) | $0.00 | $0.00 | $0.00 | ($723.40) | $0.00 | $0.00 | $0.00 |