# **Exhibit B**

| Acct: | Name: ALAN IRVING MOSS | | | Sub: 1 | | | Investor: 41728  Warn: 5  Lock: 1  Stop: 0 | Page: |
|---|---|---|---|---|---|---|---|---|
| SSN: 369446898 | | | Next Due: | Type: 1 | | Last Pmt: 6/13/2008 | | Refresh Date: |
| - Dates - | Paid To: 12/1/2007 | | | 1/1/2008 | | | | |
| - Bal - | Prin: $0.00 | | Esc: | $0.00 | | | | |
| - Uncol - | LC: $0.00 | | P&I Adv: | $0.00 | | Esc Sht: $0.00 | | |

NOTES:

| Trans Added Date | Trans Type | Area ID that Originated the Message | Document Notice Id | Document Text Id | Document Text Type Code | Add Teller | TransactionDescription |
|---|---|---|---|---|---|---|---|
| 6/3/2008 | DM | | | | | T:00000 | EARLY IND: SCORE 222 MODEL EIFRC |
| 6/5/2008 | FSV | | 0 | 00 | 1 | T:00000 | INSP TP F RESULTS RCVD;  ORD DT=05/15/08 |
| 6/5/2008 | FOR | | | | | | 06/05/08 - 14:27 - 57127 |
| 6/5/2008 | FOR | | | | | | User has updated the system for the |
| 6/5/2008 | FOR | | | | | | following event: Bidding |
| 6/5/2008 | FOR | | | | | | Instructions Received By Attorney, |
| 6/5/2008 | FOR | | | | | | completed on 6/5/2008 |
| 6/5/2008 | FOR | | | | | | 06/05/08 - 13:07 - 00007 |
| 6/5/2008 | FOR | | | | | | Foreclosure - Bidding Instructions |
| 6/5/2008 | FOR | | | | | | (NIE Id# 7237867) sent to Executive |
| 6/5/2008 | FOR | | | | | | Trustee Services, Inc. at 6/5/2008 |
| 6/5/2008 | FOR | | | | | | 12:56:13 PM by Michelle Swaim |
| 6/5/2008 | FOR | | | | | | 06/05/08 - 12:36 - 39281 |
| 6/5/2008 | FOR | | | | | | User has updated the system for the |
| 6/5/2008 | FOR | | | | | | following event: Bidding |
| 6/5/2008 | FOR | | | | | | Instructions To Attorney, completed |
| 6/5/2008 | FOR | | | | | | on 6/5/2008 |
| 6/5/2008 | FOR | | | | | | BIDDING INSTRUCTIONS (609)  COMPLETED 06/05/08 |
| 6/6/2008 | CBR | | 0 | 00 | 1 | T:00000 | FORECLOSURE STARTED |
| 6/6/2008 | CBR | | 0 | 00 | 1 | T:00000 | DELINQUENT:  180+ DAYS |
| 6/9/2008 | ET | | 0 | 0 | 0 | | ARM CHANGE NOTICE SCHEDULED FOR   06/10/08 |
| 6/11/2008 | D19 | | 0 | 04 | 8 | | ARM CHANGE NOTICE CREATED - LETTER |
| 6/11/2008 | NT | LMT | | | | T:21629 | submitted for approval |
| 6/11/2008 | NT | LMT | | | | T:21629 | will be required.  I have advised of the terms, |
| 6/11/2008 | NT | LMT | | | | T:21629 | due date, payment options and consequences if the |
| 6/11/2008 | NT | LMT | | | | T:21629 | plan fails. Additional Notes: mortgagor is an |
| 6/11/2008 | NT | LMT | | | | T:21629 | attorney and became very sick 7/07 and went back |
| 6/11/2008 | NT | LMT | | | | T:21629 | into full practice 10/07 had lawsuits tied up in |
| 6/11/2008 | NT | LMT | | | | T:21629 | the court system and he was not being paid,he just |

| Date | Code | Code2 | | | | ID | Note |
|---|---|---|---|---|---|---|---|
| 6/11/2008 | NT | LMT | | | | T:21629 | received funds for a case that was recently |
| 6/11/2008 | NT | LMT | | | | T:21629 | settled,I suggest we place mortgagor on a 6 month |
| 6/11/2008 | NT | LMT | | | | T:21629 | trial mod to establish a payment history.He has |
| 6/11/2008 | NT | LMT | | | | T:21629 | not paid since 8/07. Whe he completes trial we can |
| 6/11/2008 | NT | LMT | | | | T:21629 | cap his delinquency and modify the loan to a |
| 6/11/2008 | NT | LMT | | | | T:21629 | current status;  Additional Lien(s): N/A;  Policy |
| 6/11/2008 | NT | LMT | | | | T:21629 | "Trial Modification Justification: Hardship: |
| 6/11/2008 | NT | LMT | | | | T:21629 | Illness of mortgagor; Date: 7/1/2007-10/1/2007; |
| 6/11/2008 | NT | LMT | | | | T:21629 | Monetary Impact: $200000; Income : $11000; |
| 6/11/2008 | NT | LMT | | | | T:21629 | Expenses (Post Mod): $9880.78; Residual : |
| 6/11/2008 | NT | LMT | | | | T:21629 | $1119.22; Access To Savings/401k: $0; OAV : |
| 6/11/2008 | NT | LMT | | | | T:21629 | $875000; BPO : $835000; Change In Market: $-40000; |
| 6/11/2008 | NT | LMT | | | | T:21629 | UPB: $606002; LTV : 0.73;Proposed Solution: GMAC |
| 6/11/2008 | NT | LMT | | | | T:21629 | Mortgage proposes a 6 month trial modification |
| 6/11/2008 | NT | LMT | | | | T:21629 | consisting of a down payment of $50000 and a |
| 6/11/2008 | NT | LMT | | | | T:21629 | monthly contribution of $6740.78 followed by an |
| 6/11/2008 | NT | LMT | | | | T:21629 | assessment of the financials to determine if a |
| 6/11/2008 | NT | LMT | | | | T:21629 | permanent modification or an alternative solution |
| 6/11/2008 | LMT | | | | | | REPAY PLAN STARTED   (4001) COMPLETED 06/11/08 |
| 6/11/2008 | RPA | 00 | | | | | REPAY PLAN SET UP |
| 6/11/2008 | LMT | | | | | | LMT SOLUTN PURSUED  (6)    COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | COMPLETE FIN PKG REC (3)    COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | ASSESS FINANCL PKG  (2)    COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | REFERRD TO LOSS MIT  (1)    COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | PURSUE REPAY PLAN    (4000) COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | PURSUE LN MODIFCATN  (1000) COMPLETED 06/11/08 |
| 6/11/2008 | LMT | | | | | | APPROVED FOR LMT 06/11/08 |
| 6/11/2008 | DM | | | | | T:21629 | HTO STATED CAN COME UP WITH 50K TOLD HIM WILL |
| 6/11/2008 | DM | | | | | T:21629 | SUBMIT FOR PLAN |
| 6/11/2008 | DM | | | | | T:21629 | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC |
| 6/11/2008 | DM | | | | | T:21629 | HTO SD HAS 25K TO PAY ON LOAN ,R4D=STATED HE IS |
| 6/11/2008 | DM | | | | | T:21629 | S/E A LAWYER 7/07,8/07,9/07 HE WAS SICK HAS NOT |
| 6/11/2008 | DM | | | | | T:21629 | BEEN PAID FOR SERVICES TOLD HIM MUST PAY AT LEAST |
| 6/11/2008 | DM | | | | | T:21629 | HALF OF DELINQUENCY TO BE CONSIDERED FOR A PMT |
| 6/11/2008 | DM | | | | | T:21629 | PLAN |
| 6/11/2008 | DM | | | | | T:21629 | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC |
| 6/11/2008 | DM | | | | | T:29807 | TT B1 VIC, CALL TO SEEK POSS MOD, ADV HE WILL HAVE |
| 6/11/2008 | DM | | | | | T:29807 | 25-30K READY TO FED-EX TODAY, TRANS FILE TO CITI |
| 6/11/2008 | DM | | | | | T:29807 | REP FOR ASSIST. CSLOAN 6512 |
| 6/11/2008 | DM | | | | | T:29807 | ACTION/RESULT CD CHANGED FROM BRLM TO LMDC |

| Date | Code | Sub | | | T# | Note |
|---|---|---|---|---|---|---|
| 6/12/2008 | DM | | | | T:00000 | PROMISE BROKEN 06/12/08 PROMISE DT 06/12/08 |
| 6/12/2008 | FOR | | | | | 06/11/08 - 18:12 - 57127 |
| 6/12/2008 | FOR | | | | | Fees and costs response:  Good |
| 6/12/2008 | FOR | | | | | Through:6/12/2008 Fees: 1000.00 |
| 6/12/2008 | FOR | | | | | Costs: 1578.90 Comment: |
| 6/12/2008 | FOR | | | | | 06/11/08 - 17:53 - 42783 |
| 6/12/2008 | FOR | | | | | A fees and costs request has been |
| 6/12/2008 | FOR | | | | | entered for this loan by Alford |
| 6/12/2008 | FOR | | | | | Hudspeth, good through 6/12/2008 |
| 6/12/2008 | NT | LMT | | | T:21629 | calld fcl atty sale is postponed as a result of a |
| 6/12/2008 | NT | LMT | | | T:21629 | repayment plan |
| 6/12/2008 | NT | LMT | | | T:21629 | recvd via fax confirmation that 50k was sent out |
| 6/12/2008 | NT | LMT | | | T:21629 | in a cashier check fedex tracking# 792714594908 |
| 6/12/2008 | NT | LMT | | | T:17624 | viewed acct for dep. no payment made yet. per prev |
| 6/12/2008 | NT | LMT | | | T:17624 | notes Alford would put acct on hold if copy of |
| 6/12/2008 | NT | LMT | | | T:17624 | check and airbill were recvd. at this time 4:55pm |
| 6/12/2008 | NT | LMT | | | T:17624 | fcl sale still scheduled, and no hold. |
| 6/12/2008 | DM | | | | T:21629 | HTO WILL MAIL O/N MAIL 50K HE WILL FAX COPY OF |
| 6/12/2008 | DM | | | | T:21629 | CHECK AND AIRBILL ASAP,THEN I WILL POSTPONE SALE |
| 6/12/2008 | DM | | | | T:21629 | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC |
| 6/12/2008 | NT | FSV | | | T:01952 | Loan on pres new repay report. Ran CINS |
| 6/12/2008 | NT | FSV | | | T:01952 | script to cancel any open insp on mtg. |
| 6/13/2008 | FOR | | | | | 06/12/08 - 18:25 - 08736 |
| 6/13/2008 | FOR | | | | | System updated for the following |
| 6/13/2008 | FOR | | | | | event: User has ended the Issue |
| 6/13/2008 | FOR | | | | | associated with this loan. Issue |
| 6/13/2008 | FOR | | | | | Type: Sale Postponement Request. Com |
| 6/13/2008 | FOR | | | | | 06/12/08 - 18:25 - 08736 |
| 6/13/2008 | FOR | | | | | ments: we will pp sale  fro repay. |
| 6/13/2008 | FOR | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | User has completed the  Sale |
| 6/13/2008 | FOR | | | | | Scheduled For data form with the |
| 6/13/2008 | FOR | | | | | following entries:  Sale |
| 6/13/2008 | FOR | | | | | Postponement Reason: : Loss Mitigati |
| 6/13/2008 | FOR | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | on |
| 6/13/2008 | FOR | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | Process opened 6/13/2008 by user |
| 6/13/2008 | FOR | | | | | Kathleen Gowen. |
| 6/13/2008 | FOR | | | | | 06/13/08 - 07:22 - 11960 |

| Date | Code | Code2 | | | | | Description |
|---|---|---|---|---|---|---|---|
| 6/13/2008 | FOR | | | | | | Kathleen Gowen (Sent) |
| 6/13/2008 | FOR | | | | | | postpone sale we have a repay plan |
| 6/13/2008 | FOR | | | | | | in place  Resolution: |
| 6/13/2008 | FOR | | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | | User has updated the system for the |
| 6/13/2008 | FOR | | | | | | following event: Sale Scheduled |
| 6/13/2008 | FOR | | | | | | For. User changed date completed |
| 6/13/2008 | FOR | | | | | | from 6/13/2008 to completed on 7/14/ |
| 6/13/2008 | FOR | | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | | 2008. Reason: From: Fitton, Donna - |
| 6/13/2008 | FOR | | | | | | CA   Sent: Thursday, June 12, 2008 |
| 6/13/2008 | FOR | | | | | | 4:26 PM  To: Gowen, Kathleen - CA |
| 6/13/2008 | FOR | | | | | | Subject: sale for 06-13-08 GM-117076 |
| 6/13/2008 | FOR | | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | |   Issue: Sale Postponement |
| 6/13/2008 | FOR | | | | | | Request : Active   Start Date: |
| 6/13/2008 | FOR | | | | | | 06/12/2008 Close Date: n.a. |
| 6/13/2008 | FOR | | | | | | Entered By: Alford Hudspeth, GMAC Cl |
| 6/13/2008 | FOR | | | | | | 06/13/08 - 07:22 - 11960 |
| 6/13/2008 | FOR | | | | | | osed By: n.a.  Reviewed By: n.a. |
| 6/13/2008 | FOR | | | | | | Reviewed: n.a.  Projected End: n.a. |
| 6/13/2008 | FOR | | | | | |  Days Open: 0  Comments: Pl |
| 6/13/2008 | FOR | | | | | | 06/12/08 - 18:24 - 42783 |
| 6/13/2008 | FOR | | | | | | System updated for the following |
| 6/13/2008 | FOR | | | | | | event: User has created a |
| 6/13/2008 | FOR | | | | | | Process-Level issue for this |
| 6/13/2008 | FOR | | | | | | loan.Issue Type: Sale Postponement R |
| 6/13/2008 | FOR | | | | | | 06/12/08 - 18:24 - 42783 |
| 6/13/2008 | FOR | | | | | | equest. Issue Comments: Please |
| 6/13/2008 | FOR | | | | | | postpone sale we have a repay plan |
| 6/13/2008 | FOR | | | | | | in place Status: Active |
| 6/13/2008 | FOR | | | | | | 06/12/08 - 18:23 - 42783 |
| 6/13/2008 | FOR | | | | | | Process opened 6/12/2008 by user |
| 6/13/2008 | FOR | | | | | | Alford Hudspeth. |
| 6/13/2008 | FOR | | | | | | 06/12/08 - 18:22 - 42783 |
| 6/13/2008 | FOR | | | | | | Process opened 6/12/2008 by user |
| 6/13/2008 | FOR | | | | | | Alford Hudspeth. |
| 6/13/2008 | FOR | | | | | | TASK:0605-FCL-CHANGD FUPDT  07/14/08 |
| 6/13/2008 | NT | LMT | | | | T:23001 | snt rpy pln agreemnt overnite tk# 7970 1263 0862 |
| 6/13/2008 | OL | | | 0 | 15 | 5 | WDOYLM - FORECLOSURE REPAYMENT AGREEMENT |

| Date | Code | Code2 | Num | Type | Num2 | Ref | Description |
|---|---|---|---|---|---|---|---|
| 6/13/2008 | RES | | 0 | | 00 | 0 | ON-LINE REPAYMENT SCHEDULE |
| 6/16/2008 | LMT | | | | | | TRIAL MOD EXECUTED (1055) COMPLETED 06/16/08 |
| 6/16/2008 | LMT | | | | | | TRIAL MOD APPROVED (1052) COMPLETED 06/16/08 |
| 6/16/2008 | D28 | | 0 | DT | 8 | | BILLING STATEMENT FROM REPORT R628 |
| 7/2/2008 | DM | | | | | T:00000 | EARLY IND: SCORE 249 MODEL EIFRC |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | 014 LOAN HAS REPAYMENT PLAN - O/R |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | Loan Number = ▮▮▮ PIR = 0.00 |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | Private Label = 0.00 |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | Taxes = 0.00 PMI = 0.00 |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | THE BANK OF NEW YORK, N.A. = 110.00 |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | P&I = 0.00 |
| 7/2/2008 | CIT | FCL20 | | | | T:01845 | Silent 2nd = 0.00 |
| 7/3/2008 | CIT | CSH30 | | | | T:19338 | 014 DONE 07/03/08 BY TLR 19338 |
| 7/3/2008 | CIT | CSH30 | | | | T:19338 | TSK TYP 724-POP USE-TOT DUE |
| 7/9/2008 | FOR | | | | | | BIDDING INSTRUCTIONS (609) COMPLETED 07/09/08 |
| 7/9/2008 | FOR | | | | | | BIDDING INSTRUCTIONS (609) UNCOMPLETED |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 14:17 - 38579 |
| 7/11/2008 | FOR | | | | | | Intercom Message: / Sent: |
| 7/11/2008 | FOR | | | | | | 7/11/2008 2:16:42 PM / From: |
| 7/11/2008 | FOR | | | | | | Michael Mora, at-exet / To: |
| 7/11/2008 | FOR | | | | | | Kathleen Gowen (GMAC) / CC: Jessica |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 14:17 - 38579 |
| 7/11/2008 | FOR | | | | | | Hill (GMAC) / Message Type: General |
| 7/11/2008 | FOR | | | | | | Update / Subject: Fw: / Message: |
| 7/11/2008 | FOR | | | | | | Sent: 7/11/2008 9:24:00 AMFrom: |
| 7/11/2008 | FOR | | | | | | Hill, JessicaTo: Fitton, Donna(at-ex |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 14:17 - 38579 |
| 7/11/2008 | FOR | | | | | | et); Mora, Michael(at-exet)CC: |
| 7/11/2008 | FOR | | | | | | Message Type: Response |
| 7/11/2008 | FOR | | | | | | NeededSubject: Message: Please |
| 7/11/2008 | FOR | | | | | | postpone 7/14 sale for 30 days. Than |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 14:17 - 38579 |
| 7/11/2008 | FOR | | | | | | ks |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 15:00 - 08736 |
| 7/11/2008 | FOR | | | | | | Intercom Message: / Sent: |
| 7/11/2008 | FOR | | | | | | 7/11/2008 2:59:55 PM / From: Donna |
| 7/11/2008 | FOR | | | | | | Fitton, at-exet / To: Kathleen |
| 7/11/2008 | FOR | | | | | | Gowen (GMAC) / CC: / Message Type: |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 15:00 - 08736 |
| 7/11/2008 | FOR | | | | | | General Update / Subject: Fw: / |

| Date | Code | Code2 | | | | T | Description |
|---|---|---|---|---|---|---|---|
| 7/11/2008 | FOR | | | | | | Message: Sent: 7/11/2008 9:24:00 |
| 7/11/2008 | FOR | | | | | | AMFrom: Hill, JessicaTo: Fitton, |
| 7/11/2008 | FOR | | | | | | Donna(at-exet); Mora, Michael(at-exe |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 15:00 - 08736 |
| 7/11/2008 | FOR | | | | | | t)CC: Message Type: Response |
| 7/11/2008 | FOR | | | | | | NeededSubject: Message: Please |
| 7/11/2008 | FOR | | | | | | postpone 7/14 sale for 30 days. |
| 7/11/2008 | FOR | | | | | | Thanks |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 09:22 - 39123 |
| 7/11/2008 | FOR | | | | | | Process opened 7/11/2008 by user |
| 7/11/2008 | FOR | | | | | | Jessica Hill. |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 11:54 - 57127 |
| 7/11/2008 | FOR | | | | | | User has updated the system for the |
| 7/11/2008 | FOR | | | | | | following event: Attorney Confirmed |
| 7/11/2008 | FOR | | | | | | File on Hold, completed on 7/11/2008 |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 09:24 - 39123 |
| 7/11/2008 | FOR | | | | | | Intercom From: Jessica Hill, GMAC - |
| 7/11/2008 | FOR | | | | | | To: Donna Fitton (at-exet), Michael |
| 7/11/2008 | FOR | | | | | | Mora (at-exet) / Message: Please |
| 7/11/2008 | FOR | | | | | | postpone 7/14 sale for 30 days. Than |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 09:24 - 39123 |
| 7/11/2008 | FOR | | | | | | ks |
| 7/11/2008 | FOR | | | | | | 07/11/08 - 09:22 - 39123 |
| 7/11/2008 | FOR | | | | | | User has updated the system for the |
| 7/11/2008 | FOR | | | | | | following event: Attorney Notified |
| 7/11/2008 | FOR | | | | | | to Place File on Hold, completed on |
| 7/11/2008 | FOR | | | | | | 7/11/2008 |
| 7/11/2008 | LMT | | | | | | REC'D EXECUTED DOCS  (4100) COMPLETED 07/11/08 |
| 7/14/2008 | DM | | | | | T:00000 | PROMISE BROKEN 07/14/08 PROMISE DT 07/12/08 |
| 7/15/2008 | FOR | | | | | | file on hold |
| 7/15/2008 | FOR | | | | | | TASK:0606-FCL-CHANGD FUPDT  08/14/08 |
| 7/15/2008 | FOR | | | | | | file on hold |
| 7/15/2008 | FOR | | | | | | TASK:0605-FCL-CHANGD FUPDT  08/14/08 |
| 7/16/2008 | NT | LMT | | | | T:16659 | Repay Plan Late, Phoned. |
| 7/16/2008 | NT | LMT | | | | T:16659 | Repay Plan Late, Phoned. |
| 7/18/2008 | CBR | | 0 | 00 | 1 | T:00000 | FORECLOSURE STARTED |
| 7/18/2008 | CBR | | 0 | 00 | 1 | T:00000 | DELINQUENT:  180+ DAYS |
| 7/18/2008 | CBR | | 0 | 00 | 1 | T:00000 | CHANGE IN PRIMARY BORROWERS ADDR |
| 7/21/2008 | D28 | | 0 | DT | 8 | | BILLING STATEMENT FROM REPORT R628 |
| 7/23/2008 | FSV | | 0 | 00 | 1 | T:00000 | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ |

| Date | Code | Sub | | | | Ref | Description |
|---|---|---|---|---|---|---|---|
| 8/4/2008 | DM | | | | | T:00000 | EARLY IND: SCORE 244 MODEL EIFRC |
| 8/8/2008 | CBR | | 0 | 00 | 1 | T:00000 | FORECLOSURE STARTED |
| 8/8/2008 | CBR | | 0 | 00 | 1 | T:00000 | DELINQUENT: 180+ DAYS |
| 8/12/2008 | DM | | | | | T:21319 | TT B1 TRFR EXT.3283. TCERTAIN EXT.6142 |
| 8/12/2008 | DM | | | | | T:21319 | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC |
| 8/19/2008 | D28 | | 0 | DT | 8 | | BILLING STATEMENT FROM REPORT R628 |
| 8/21/2008 | CIT | CSH10 | | | | T:01659 | 015 New Cit #827-recd prsnl ck #1294 $6000.00 for |
| 8/21/2008 | CIT | CSH10 | | | | T:01659 | this FCLs Dallas3P Loan.  Please advise. |
| 8/21/2008 | CIT | CSH10 | | | | T:01659 | Retarget to T1659 |
| 8/25/2008 | FSV | | 0 | 00 | 1 | T:00000 | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ |
| 8/25/2008 | CIT | COL10 | | | | T:21383 | 015 retargeting CIT 827: please return $6000.00 as |
| 8/25/2008 | CIT | COL10 | | | | T:21383 | rpp amount is $6740/78: gsaverin x2909 |
| 8/27/2008 | OL | | 0 | 53 | 7 | | WDOYCSH-PYMT PROC-RTRN PYMT TO CUSTOMER |
| 8/27/2008 | NT | STOP | | | | T:01655 | WARNING CODE 5; Returning personal check 1294 in |
| 8/27/2008 | NT | STOP | | | | T:01655 | the amount of $6,000.00; not enough to reinstate |
| 8/27/2008 | CIT | CSH10 | | | | T:01655 | 015 DONE 08/27/08 BY TLR 01655 |
| 8/27/2008 | CIT | CSH10 | | | | T:01655 | TSK TYP 827-LOSS MIT INSTRU |