# Exhibit C

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

06/13/08

### FORECLOSURE REPAYMENT AGREEMENT

ALAN IRVING MOSS

86 SAN LUCAS AVE
MOSS BEACH    CA 94038-0000

RE:    Account Number    REDACTED
       Property Address   86 SAN LUCAS AVE
                          MOSS BEACH    CA 94038-0000

ALAN IRVING MOSS  ("Customer") and GMAC Mortgage, LLC ("Lender"), in
consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the
"Agreement"), hereby agree as follows:

1.  There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust
    or equivalent security instrument (the "Mortgage") executed on 06/22/05, in the original
    principal amount of $612500.00.

2.  The account is presently in default for non-payment to Lender of the 01/01/08 installment
    and all subsequent monthly payments due on the Mortgage for principal, interest,
    escrows and charges.

3.  The amount necessary to cure the default is $97,608.50 plus such additional amounts that
    are presently due under the terms of the loan documents as of 06/13/08, and will increase
    until the default in the account is brought current.

4.  Lender has instituted foreclosure proceedings against the property securing the Mortgage
    indebtedness, which proceedings will continue until the default(s) described herein is/are
    brought current under the terms of the Mortgage, or otherwise cured as provided for in this
    Agreement.

5.  Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure
    activity on the default account, provided we receive the executed Agreement and we
    receive the initial installment in the amount of $50,000.00 no later than 6/12/2008.
    This executed Agreement can be mailed or faxed to us at:

06/13/08
Account REDACTED
Page Two

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702
Fax: 866-340-5043

6. Pursuant to your request you agree to pay the remainder of the default, $47,608.50, as indicated in the Payment Schedule enclosed and made a part hereof by reference. Customer understands that payments due under the Payment Schedule may include amounts due for real estate taxes and Insurance, and the Payment Schedule amounts may, in such event, have to be increased, at the sole option of the Lender, if the items for such escrow purposes should increase during the duration of the Agreement.

7. All payments under this Agreement, including the regular monthly payments, shall be made in certified funds or cashier's check, shall include the account number on the Customer's check or on a written attachment to the check, and shall be sent to the following address:

GMAC Mortgage, LLC
Attention: Default Payment Processor
3451 Hammond Avenue
Waterloo, IA 50702

Additional methods of remitting payments under this agreement are:
- Money Gram using a Receive Code of 2365
- Western Union using a Code City and State of HOME,IOWA

If payment is tendered in any other form, Lender may return the payment and invoke any remedies available under the loan documents and this Agreement.

8. In the event we do not receive timely payment called for under this Agreement, Lender may, without further notice to Customer, undertake or continue collection or foreclosure activities. In such event, any payments tendered under this Agreement shall be applied to the account in the manner specified in the Mortgage, and there will be no right to a refund of the tendered funds. In the event Lender chooses to accept any payment not in the full amount called for under this Agreement, such acceptance shall not be deemed a waiver of Lender's right to declare a default under this Agreement. Upon any default in meeting the terms of this Agreement, any such payments received under the terms of this Agreement shall be applied first against the default in the account, with the excess, if any, then applied according to the terms of the Mortgage. The parties expressly understand and agree time shall be of the essence as to the obligation under this Agreement.

06/13/08
Account Number REDACTED
Page Three

9.  Customer understands and agrees that all other provisions, covenants and agreements set
    forth in the Mortgage shall remain in force and effect during the duration of this Agreement
    and thereafter, and this Agreement shall not constitute a modification or extension of the
    Mortgage.

10. If a notice of a new or subsequent bankruptcy is received during the duration of this
    Agreement, the Agreement will automatically be voided.

11. Acceptance of any payment hereunder shall not constitute a cure nor be deemed a waiver of
    the existing default, and in no manner shall such acceptance prejudice any rights of Lender
    to proceed with the Trustee Sale Action noticed in the Notice of Default, and shall not
    constitute a violation of California Code of Civil Procedure Section 726.580(a), 580(d) (the
    One Form of Action Rule), and shall not invalidate the Notice of Default. Customer
    expressly relinquishes and waives any rights, claims and defenses Customer may have under
    any of the Code of Civil Procedure Sections or under the Loan with regard to any whole or
    partial payments, whether current, past or future.

12. If any additional amounts are added to the loan to be collected that have not been addressed
    in this agreement, those amounts will need to be paid at the conclusion of this agreement.

Notice: This is an attempt to collect a debt, and any information obtained will be used for
that purpose. If your debt has been discharged in bankruptcy, our rights are being
exercised against the collateral for the above-referenced account, not as a personal
liability.

If you have any additional questions, please contact us at 800-850-4622, extension
8746820.

Loss Mitigation Department
Loan Servicing

Enclosure

06/13/08
Account REDACTED
Page Four

************************CERTIFIED FUNDS ONLY************************

NOTE:   There is no grace period during this Agreement.  Pursuant to your request and in order
to cure the default on this account, all payments must be received on or before the due date.

RECEIVED AND AGREED:

_____ (Seal)          _____
ALAN IRVING MOSS                                 Date
Customer


_____                 _____
                                                 Date
Customer


Upon receipt of the signed agreement, we as the Servicer will also execute to indicate our
concurrence with this agreement.

_____
Servicer


5:15


## SIGN AND RETURN THIS PAGE ONLY

***************************** FAX TO 866-340-5043 *****************************