January 23, 2015

Elda M. Thompson
Maria M. Thompson
29 General Lane
Willingboro, NJ 08046-3019

Thomas P. Cialino
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadlephia, PA 19103-6998

Re: Borrower: Maria Thompson and Elda Thompson (collectively, the "Borrower"_
 Property Address: 137 Ellery Avenue, Newark, NY (NJ) 07106
 Loan Number Ending in: 8459 (the "Loan")

Dear Mr. Cialino:

    This is in response of your letter dated January 21, 2015, in which you are responding the "Borrower" complaint to the Consumer Financial Protection Bureau. The "Borrower" complaint to the Consumer Financial Protection Bureau was in regard to the illegal payments GMAC Mortgage Company received from the "Borrower" seeking an advice on how to recuperate reimbursement from such illegal action.

    The "Borrower" did not link your Firm with "any foreclosure related activity associated with the "Loan". The "Loan", referred to, was not sign with Ocwen Loan Servicing, LLC ("Ocwen"), but, with Ameriquest Mortgage Company.

    Ameriquest Mortgage Company failed to timely record the "Loan" under section 547(e)(2) of the Bankruptcy Code. ( re Lazarus, Civ. No. 06-1982, 2007 U.S. App. LEXIS 388 (1st Cir. Jan. 9, 2007), therefore, the "Loan" returned to the "documents signed at time of closing", which was with J.P. Morgan Mortgage Company.

    The requested refund of the illegal payments the "Borrower" referred to is also not linked to your Firm, but, to GMAC Mortgage Company. "Ocwen", the company your Firm represents became linked to the illegal payments received by GMAC Mortgage Company when "Ocwen" accepted to follow GMAC Mortgage Company in its persevering attempt to knowingly continuing the collection of illegal payments threatening to foreclose a paid-in-full 'Loan" Exhibits A and B.

RECEIVED
FEB -2 2015
U.S. BANKRUPTCY COURT, SDNY

If, as you stated in your correspondence, your Firm does not represent "Ocwen" "in connection to "any" foreclosure connected action linked to the "Loan", there is no further response between your Firm and the "Borrowers". *Exhibit C*

"Ocwen" has no rights under the "Loan" before, now, or hereafter, unless "Ocwen" is able to confirm the "Loan" documents signed at the time of the closing with Ameriquest Mortgage Company complies under section 547(e)(2) of the Bankruptcy Code.

Respectfully,

_____
Elda M. Thompson

_____
Maria M. Thompson

CC:  Honorable Martin Glenn
     United States Bankruptcy Court
     Southern District of New York
     Alexander Hamilton Custom House
     One Bowling Green – Room 501
     New York, New York 10004-1408

     Consumer Financial Protection Bureau
     Case number: 141230-000414
     P. O. Box 4503
     Iowa City, Iowa 52244

Ocwen Loan Servicing, LLC  
WWW.OCWEN.COM  
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100  
West Palm Beach, FL 33409  
Toll Free: (800) 746-2936

09/11/2014

*Exhibit A*

Loan Number: 359188459

Maria M Thompson  
Elda Thompson  
29 GENERAL LN  
WILLINGBORO, NJ 08046-3019

VIA Certified Mail (return receipt requested)  
Certified Number: 7013 0600 0001 6054 1549

Property Address: 137 ELLERY AVE,  
NEWARK, NJ 07106

*Customer Service rep PH0731*

# PRE-FORECLOSURE REFERRAL LETTER

**Special Note: If you HAVE FILED Bankruptcy**

*Applies only if you have a Chapter 7 discharge and/or discharge pursuant to Chapter 13*

If you have received a Chapter 7 discharge under the U.S. Bankruptcy Code, or if your mortgage has been discharged as part of a completed Chapter 13 plan, this notice is not intended as an attempt to collect a debt. This is not an assertion that you have any personal liability for this debt.

*Applies only if you have recently filed a bankruptcy petition - Please NOTIFY US IMMEDIATELY!*

If you have recently filed for bankruptcy, this notice has been sent to you because Ocwen has not been notified of your bankruptcy case. It is important that you or your bankruptcy attorney contact us immediately. In order for us to document your file, please provide us with the <u>date</u> and <u>jurisdiction</u> of your filing, your <u>case number,</u> and the bankruptcy <u>chapter number</u> under which you have filed. **This information is CRITICAL--it may change your options for keeping your home. So please CONTACT US today!**

Dear Customer(s):

Recently, Ocwen Loan Servicing, LLC ("Ocwen") sent you a Notice of Default due to your loan becoming past due. Ocwen services your home loan and mortgage on behalf of U.S. BANK, N.A., AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC, series 2005-9, who is the holder of the beneficial interest in the mortgage or deed of trust which is secured by property at the address listed above. Our records reflect that the last full mortgage payment on your account was made on 05/09/2011. The account is paid through 03/01/2011, which makes your account due from 04/01/2011. Your mortgage payments are past due, which puts you in default of your loan agreement and the property may be referred to foreclosure after 14 days from the date of this letter. As of 09/09/2014, you owe the following:

| | |
|---|---|
| Principal and Interest | $51563.82 |
| Interest Arrears | $0.00 |
| Escrow | $19790.82 |
| Late Charges | $705.99 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $2560.75 |
| Suspense Balance (CREDIT) | $1327.04 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$73294.34** |

NMLS # 1852    PRFC14

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1

```
CVM1023                  AUTOMATED CASE MANAGEMENT SYSTEM        Exhibit 15   12/29/14
PAGE: 001 OF 001                 DOCUMENT      LIST                          10:33

     VENUE      : SUP CLERK       COURT : GENL EQUIT    DOCKET #: F    019337  07
     CASE TITLE : CITIGROUP GLOBAL MARKETS REALTY CORP VS THOMPSON
------------------------------------------------------------------------------------
          DATE       DOC    DOCUMENT         NON    FILING/TARGET   ATTORNEY   MUL DOC
  S      FILED       NUM     TYPE           CONF    PARTY NAME      NAME       PTY STA
------------------------------------------------------------------------------------
       08 03 2007    001  COMPLAINT                  CITIGROUP GL   ZUCKER GOLDB  N
       08 24 2007    002  NOTICE TO N.J.             COURT INIT                   N
       08 24 2007    003  ACKNOWLDG SERVC            COURT INIT                   N
       05 31 2013    004  LOP DISM WARN              COURT INIT                   N
       07 05 2013    005  CRT INIT TO DSM            COURT INIT                   N   GR


CV900123 END OF SEARCH
 PF1=INQRY   PF2=MAINT PF9=FORECL WRIT MAINT
 PF4=PROMPT  PF6=CONSOLIDATED CASE LIST  PF7=PRIOR  PF8=NEXT  PF22=HELP:
```



**ACMS Public Access: Case Disposition Detail**



Page: 1

**END OF LIST**

```
VENUE      : SUP CLERK      COURT : GENL EQUIT    DOCKET # : F   019337  07
CASE TITLE : CITIGROUP GLOBAL MARKETS REALTY CORP VS THOMPSON

SE DISP : DISMISSED       DISP DATE: 07  05  2013    CASE STATUS: CLOSED
```

| PTY NO | PARTY NAME | | PTY TYPE | PTY STATUS | DISP DATE | | |
|---|---|---|---|---|---|---|---|
| 001 | CITIGROUP GLOBAL MAR | KETS REAL | PF | DISM W/O P | 07 | 05 | 2013 |
| 002 | THOMPSON | MARIA    M | DF | DISM W/O P | 07 | 05 | 2013 |
| 003 | THOMPSON HEIRS | MARIA    M | DF | DISM W/O P | 07 | 05 | 2013 |
| 004 | THOMPSON MR | | DF | DISM W/O P | 07 | 05 | 2013 |
| 005 | THOMPSON MR HEIRS | | DF | DISM W/O P | 07 | 05 | 2013 |
| 006 | THOMPSON | ELDA | DF | DISM W/O P | 07 | 05 | 2013 |
| 007 | THOMPSON HEIRS | ELDA | DF | DISM W/O P | 07 | 05 | 2013 |
| 008 | THOMPSON MR | | DF | DISM W/O P | 07 | 05 | 2013 |
| 009 | THOMPSON MR HEIRS | | DF | DISM W/O P | 07 | 05 | 2013 |
| 010 | NEW JERSEY STATE OF | | DF | DISM W/O P | 07 | 05 | 2013 |

Screen ID:CVM1001 **Copyrighted © 2012 - New Jersey Judiciary**
Session ID: DB98XG Case Count: 1
BUILD 2012.1.0.02.09 Timer Count down: 298

http://njcourts.judiciary.state.nj.us/web15z/ACMSPA/entry          12/5/2014



*Exhibit C*

Phone:   (215) 569-5668
Fax:     (215) 832-5668
Email:   TCialino@BlankRome.com

January 21, 2015

Maria Thompson
29 General Lane
Willingboro, NJ 08046

Re:   Borrower: Maria Thompson and Elda Thompson (collectively, the "Borrower")
      Property Address: 137 Ellery Avenue, Newark, NY 07106
      Loan Number Ending in: 8459 (the "Loan")

Dear Ms. Thompson:

This Firm represents Ocwen Loan Servicing, LLC ("Ocwen") with regard to the Loan, and we are writing for the purpose of responding to the January 6, 2015 complaint that you filed with the Consumer Financial Protection Bureau, which enclosed a copy of your correspondence dated November 15, 2014 (the "Letter"). The Letter, which was forwarded to Ocwen for response, requests information regarding the Loan. Ocwen has reviewed the Letter and is writing in response to the inquiries and/or allegations contained in the Letter that contain a Notice of Error under 12 C.F.R. §1024.35, an Information Request under 12 C.F.R. §1024.36, or which otherwise require a response pursuant to state or federal law. The results of this review are set forth below.

With regard to your various allegations regarding the foreclosure proceedings and/or foreclosure documentation, please be advised that this firm does not represent Ocwen in connection with any foreclosure related activity associated with the Loan. Additionally, these allegations are vague and conclusory and are inconsistent with the documents signed at closing. Lastly, Ocwen respectfully declines your request for a refund of the payments that you have remitted.

It is Ocwen's position that no further response to the Letter is required. The remaining requests and/or allegations contained in the Letter do not require a substantive response under 12 C.F.R. §§1024.35-1024.36 (and/or the exceptions articulated therein) or do not otherwise require a response under state or federal law.

One Logan Square  130 North 18th Street  Philadelphia, PA 19103-6998
www.BlankRome.com

Boca Raton  •  Cincinnati  •  Houston  •  Los Angeles  •  New York  •  Philadelphia  •  Princeton  •  San Francisco  •  Shanghai  •  Tampa  •  Washington  •  Wilmington

900200.00001/12477155v.1

January 21, 2015
Page 2

      In providing the above response, Ocwen is not limiting or waiving any rights or remedies it may now have or hereafter have, whether arising under the Loan documents, at law or in equity, all of which rights and remedies are expressly reserved.

                                               Sincerely,

                                             Thomas P. Cialino

900200.00001/12477155v.1