UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

TOM FRANKLIN
MOVANT
In re:

RESIDENTIAL CAPITAL, LLC
APPELLEE.
CASE NUMBER 12-12020 (MG)


RECORD DESIGNATION

ONLY Trankscript requested as it pertains to Franklinns motion. IFP sent to appeals court



RECEIVED
FEB - 6 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1

WHERESAS record designation submittrd

Dated: 2-4-15
Of Pro Se ,Counsel:

Respectfully submitted,

***TOM FRANKLIN Pro Se Appellant***

*5633 OAK GROVE ROAD*
*FORT WORTH, TEXAS 76134*

_____
TOM FRANKLIN ET AL, PRO SE

5633 Oak Grove Road
Fort Worth, Texas  76134

CERTIFICATE OF SERICE
I, Tom Franklin, hereby certify that on this\_\_\_\_4th day, 2015 , , a true and correct copy of the foregoing legal instrument was mailed, certified mail, return receipt requested to  the following

3

listed person who are entitled to have an interest in the out come of this case:

**Attorneys' Addresses**

Counsel to the Debtors

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
T: 212-468-8000
F: 212-468-7900
http://www.mofo.com/

Office of the United States Trustee

Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004
T: 212-510-0500
F: 212-668-2255
http://www.justice.gov/ust/r02/

Counsel to the Official Committee of Unsecured Creditors

Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
T: 212-715-9100
F: 212-715-8000
http://www.kramerlevin.com

Counsel to the Examiner

Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

T: 212-408-5100
F: 212-541-5369
http://www.chadbourne.com/

Note



Clerk of Court and
Trustee

MORRISON & FOERSTER LLP

250 West 55th Street

New York, New York 10019

Telephone: (212) 468-8000 Facsimile: (212) 468-7900

Norman S. Rosenbaum

Jordan A. Wishnew

_[signature]_

Tom Franklin  _pro se_
5800 Oak Grove Road
Fort Worth, Texas  76134