UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF
### CLAIM NUMBER 5260 BY JP MORGAN CHASE BANK, N.A.

JPMorgan Chase Bank, N.A., having filed Claim Number 5260 (the "**Claim**") in the chapter 11 cases of the above-captioned debtors (the "**Debtors**"), hereby withdraws the Claim by and through its undersigned counsel, and authorizes Kramer Levin Naftalis & Frankel LLP, counsel for the ResCap Liquidating Trust, successor in interest to the Debtors, to file this Notice with the Court to effectuate the withdrawal of the Claim, and also authorizes Kurtzman Carson Consultants LLC, the claims agent appointed in these cases, to reflect this withdrawal on the official claims register.

A facsimile signature or other electronic copy of a signature shall be deemed original for purposes of this Notice.

Dated: February 9, 2015

/s/ Danielle Gould
Danielle J. Gould, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Email: dgould@burkelaw.com

*Attorney for JPMorgan Chase Bank, N.A.*