MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON FEBRUARY 11, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADJOURNED MATTER(S)**:

**1.**      Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

    **a.**      Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

ny-1175106

b.      [Proposed] Order Granting Connecticut Housing Finance Authority
("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29,
2013 at 10:00 a.m. [Docket No. 2624]

d.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7,
2013 at 10:00 a.m. [Docket No. 2729]

e.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28,
2013 at 2:00 p.m. [Docket No. 2848]

f.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013
at 10:00 a.m. [Docket No. 3008]

g.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013
at 10:00 a.m. [Docket No. 3239]

h.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013
at 10:00 a.m. [Docket No. 3539]

i.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013
at 10:00 a.m. [Docket No. 3682]

j.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at
10:00 a.m. [Docket No. 3948]

k.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
Finance Authority ("CHFA") for the Entry of an Order Granting Relief
from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at
10:00 a.m. [Docket No. 4186]

**l.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**      Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.**       Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

u.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

v.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

w.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

x.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

y.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

z.    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

aa.    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**Response(s)**:

a.    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    The hearing on this matter has been adjourned to February 25, 2015.

2.    ResCap Liquidating Trust's Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) [Docket No. 6988]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to July 30, 2014 at 10:00 a.m. [Docket No. 7081]

b.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 13, 2014 at 10:00 a.m. [Docket No. 7238]

c.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to August 26, 2014 at 10:00 a.m. [Docket No. 7281]

d.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to September 30, 2014 at 10:00 a.m. [Docket No. 7334]

e.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to October 30, 2014 at 10:00 a.m. [Docket No. 7478]

f.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to December 2, 2014 at 10:00 a.m. [Docket No. 7606]

g.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability Underwriter Indemnification Claims) to December 18, 2014 at 10:00 a.m. [Docket No. 7719]

h.      Notice of Withdrawal of ResCap Liquidating Trusts Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) Solely With Respect To Certain Claims [Docket No. 7721]

i.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to January 14, 2015 at 10:00 a.m. [Docket No. 7792]

j.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to February 11, 2015 at 10:00 a.m. [Docket No. 7903]

k.      Notice of Adjournment of Hearing on Sixty-Seventh Omnibus Objection to Claims (No Liability - Underwriter Indemnification Claims) to March 12, 2015 at 10:00 a.m. [Docket No. 7996]

**Response(s)**:      None.

**Status**:    The hearing on this matter has been adjourned to March 12, 2015.

3.    ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) [Docket No. 7092]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to September 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7271]

b.    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to December 2, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7487]

c.    Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7734]

d.    Notice of Adjournment of Hearing on The ResCap Liquidating Trust's Sixty-Eighth Omnibus Objection to Claims (Director, Officer and Employee Indemnification Claims) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8041]

**Response(s)**:    None.

**Status**:    The hearing on this matter has been adjourned to April 16, 2015.

4.    Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7575]

**Related Document(s)**:

a.    Notice of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7583]

b.    Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7680]

c.    Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7873]

**d.**    Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8055]

**e.**    Objection of Monty and Heather Allen to Modification and Reduction of Claim No. 6768 [Docket No. 8060]

**Response(s)**:    None.

**Status:**    The hearing on this matter has been adjourned to February 25, 2015.

5.    Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 7760]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7812]

**b.**    Notice of Adjournment of Hearing on Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8005]

**c.**    Letter to Judge Glenn from Jordan A. Wishnew regarding Subpoena Received in Connection with the Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot [Docket No. 8057]

**Status**:    The hearing on this matter has been adjourned to March 31, 2015.

6.    ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

**a.**    Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**Response(s)**:

a.    Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**:    The hearing on this matter has been adjourned to February 25, 2015.

## II.   RESOLVED MATTER(S):

**1.**    Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7806]

**Related Document(s)**:

a.    Notice of Hearing on Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7807]

b.    Notice of Adjournment of Hearing on Motion of Bank of America, N.A. for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7908]

c.    Notice of Adjournment of Hearing on Motion for Relief from Stay Filed by Bank of America, N.A. to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8069]

d.    Notice of Presentment of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 8086]

**Response(s)**:

a.    Opposition of Tom Franklin to Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 8022]

**Status**:    This matter has been resolved by a stipulation filed on Notice of Presentment.

## III.   CLAIMS OBJECTION(S) GOING FORWARD:

**1.**    ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7552]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Alan Moss (Claim No. 4445) to December 10, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7724]

      **b.**      Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Alan Moss (Claim No. 4445) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7829]

**Response(s)**:

      **a.**      Response of Alan Moss in Opposition to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7667]

      **b.**      Response in Opposition to ResCap Borrower Claims Trust's Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) filed by Alan Moss [Docket No. 8044]

**Reply**:

      **a.**      ResCap Borrower Claims Trust's Supplemental Objection and Reply in Support of its Seventy-Fifth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as to Claim No. 4445 Filed by Alan Moss [Docket No. 7904]

      **b.**      ResCap Borrower Claims Trust's Reply in Support of Its Supplemental Objection to Claim Number 4445 Filed By Alan Moss [Docket No. 8073]

      **Status**:      The hearing on this matter, solely as it relates to the claim filed by Alan Moss (Claim No. 4445), will be going forward.

**2.**      The ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) [Docket No. 7841]

**Related Document(s)**:

      **a.**      *Ex Parte* Request of Martha S. Panaszewicz for Extension of Time Within Which to Respond to The ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) [Docket No. 7928]

      **b.**      Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) Solely as it Relates to the Claim Filed by Martha S. Panaszewicz (Claim No. 7466) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7951]

**Response(s)**:     None.

**Status**:     The hearing on this matter, solely as it relates to the claim filed by Martha S. Panaszewicz (Claim No. 7466), will be going forward.

3.      ResCap Borrower Claims Trust's Eightieth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7922]

**Related Document(s)**:     None.

**Response(s)**:

a.      Reply by Conrad P. Burnett Jr. to the ResCap [Liquidating] Trust's Eightieth Omnibus Objection to Claim No. 352 and Claim No. 3743 with Affirmative Defenses [Docket No. 7938]

  (i)     Affidavit of David M. Petrovich in Support of Creditor Conrad P. Burnett's Reply to Liquidating Trusts Eightieth Omnibus Objection [Docket No. 8036]

b.      Response of Leslie G. Sullivan to the ResCap Borrower Claims Trust's Eightieth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7955]

c.      Response of Nikki C. Johnson to the ResCap Borrower Claims Trust's Eightieth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 8023]

**Reply**:

a.      ResCap Borrower Claims Trust's Omnibus Reply in Support of its Eightieth Omnibus Objection to Claims (No Liability Borrower Claims) as to Claim Nos. 345, 1533, 1660 and 3743 [Docket No. 8068]

**Status**:     The hearing on this matter will be going forward.

Dated:  February 9, 2015
            New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*