**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On February 6, 2015, I served a true and correct copy of the *Objection of the ResCap Borrower Claims Trust to Claimant Karen Michele Rozier's Motion for Reconsideration of Order Expunging Claim Nos. 4738 and 5632* [Docket No. 8081] by pre-overnight courier (Saturday delivery) upon the party listed on <u>Exhibit A</u> attached hereto; by electronic mail upon the party listed on <u>Exhibit B</u> hereto; and by pre-paid first class U.S. Mail upon the party listed on <u>Exhibit C</u> hereto.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
10th day of February 2015

/s/ Danielle E. Braun
Notary Public

DANIELLE E. BRAUN
Notary Public, State of New York
No. 01BR6313594
Qualified in New York County
Commission Expires October 20, 2018

**Exhibit A**

**Service by Overnight Courier (Saturday Delivery)**

Karen Michele Rozier
1313 Idylwood Road
Pikesville, MD  21208

Karen Michele Rozier
7957 Dahlia Circle
Buena Park, CA 90620

**Exhibit B**

**Service by Electronic Mail**

Karen Michele Rozier, rozier.karen@yahoo.com

**Exhibit C**

**Service by Pre-Paid First Class U.S. Mail**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attention:     Linda A. Riffkin
                Brian S. Masumoto