[EXHIBIT "1"]

**GMAC** Mortgage

00044

July 30, 2009

Conrad P Burnett
458 Lakeview Ln
Boyce, VA 22620-3171

|||ıl|ı|l||l||ıııı|ı|ll|||ıııı||lıı||ııı|l||ıl|ı|ıl|ıı||l|ı|

Re: Loan Number           7441368818

   Property Address       458 LAKEVIEW LANE
                      BOYCE, VA 22620

Dear Conrad P Burnett:

We have been unsuccessful in our attempts to reach you to discuss possible workout options. In order to consider a workout and/or repayment for your mortgage loan, it is critical that the enclosed Financial Analysis Form is completed and returned to our office at your earliest opportunity. Please fax the documentation to 1.866.709.4744. In addition to the completed Financial Analysis Form, please provide the following:

1) **Signed letter explaining the cause of default or imminent (future) default and signed Hardship Affidavit**
2) **Copies of the two most recent pay stubs (for each borrower on the loan) or, if self-employed, a current income statement, balance sheet, statement of owner's equity and a 6-month profit and loss statement**
3) **Copy of your most recent Federal Tax return with all schedules and completed Request for Transcript of Tax Return, Form 4506-T**

Please allow five business days from the date of receipt to process your financial package. If you have any questions regarding this information, please contact us at 1.800.799.9250 (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., Central time). Thank you once again for contacting GMAC Mortgage. We look forward to assisting you in the near future.

Sincerely,

Asset Resolution Specialist

Enclosure

*Please note, federal law requires that we advise you that this letter and all subsequent communication (written and/or oral) is an attempt to collect a debt and any information obtained will be used for that purpose.*

GMAC Mortgage
2711 North Haskell Avenue Suite 900 Dallas, TX 75204          30 days to sale
Phone: 1.800.799.9250  Fax: 1.866.709.4744