**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER DIRECTING GWENDELL L. PHILPOT TO RESPOND TO THE RESCAP BORROWER CLAIMS TRUST'S LETTER DATED FEBRUARY 3, 2015**

The Court received a letter, dated February 3, 2015 (the "Letter," ECF Doc. # 8057), filed by the ResCap Borrower Claims Trust (the "Trust"). As set forth in the Letter, the Trust filed an objection (the "Claims Objection," ECF Doc. # 7760) to Claim Number 5067 (the "Claim") filed by Gwendell L. Philpot ("Philpot"), and at Philpot's request, the Claims Objection is scheduled to be heard on March 31, 2015. (*See* ECF Doc. # 8005.) The Trust states that it is in receipt of a subpoena, dated January 16, 2015 (the "Subpoena"), which appears to request documents related to the Claim and the Claims Objection by February 16, 2015.

By the Letter, the Trust requests that the hearing on the Claims Objection scheduled for March 31, 2015 be treated as a pretrial conference and that compliance with the Subpoena be stayed pending the outcome at the hearing.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that Philpot is directed to respond to the Letter on or before **February 18, 2015**, indicating whether Philpot consents that (1) the March 31, 2015 hearing on the Claims Objection be treated as a pretrial conference; and (2) compliance with the Subpoena be stayed pending the outcome at the hearing; and it is hereby

**ORDERED**, that counsel to the Trust shall serve a copy of this Order on Philpot by overnight mail.

2

Dated: February 11, 2015
New York, New York

                                      **/s/Martin Glenn**
                                      MARTIN GLENN
                        United States Bankruptcy Judge

2