**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER ALLOWING RHONDA GOSSELIN TO RESPOND TO THE SECOND SUPPLEMENTAL DECLARATION OF DEANNA HORST

The ResCap Borrower Claims Trust (the "Trust") filed an objection (the "Objection," ECF Doc. # 7552) to Claim Number 3862 filed by Rhonda Gosselin ("Gosselin"), supported by the declarations of Deanna Horst (ECF Doc. # 7552-3) and Norman S. Rosenbaum (ECF Doc. # 7552-4). Gosselin filed an opposition to the Objection (ECF Doc. # 7652), and the Trust submitted a reply (ECF Doc. # 7842), supported by the supplemental declaration of Deanna Horst (ECF Doc. # 7842-1). A hearing on the Objection was held on January 14, 2015 (the "Hearing"). Neither Gosselin nor her attorney appeared at the Hearing.

At the Hearing, the Court afforded the Trust an opportunity to submit an additional supplemental declaration in support of the Objection. On January 21, 2015, the Trust filed a declaration of Deanna Horst in further support of the Objection (the "Second Supplemental Declaration," ECF Doc. # 8007).

**NOW, THEREFORE**, it is hereby

**ORDERED**, that Gosselin may respond to the Second Supplemental Declaration on or before **February 18, 2015**; and it is further

2

**ORDERED**, that the matter shall be deemed submitted after **February 18, 2015**.

Dated:   February 11, 2015
         New York, New York

                                            _____/s/Martin Glenn_____
                                               MARTIN GLENN
                                            United States Bankruptcy Judge