**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- )
                                                                          )
In re:                                                                    )   Case No. 12-12020 (MG)
                                                                          )
RESIDENTIAL CAPITAL, LLC, *et al.*,                                       )   Chapter 11
                                                                          )
                                              Debtors.                    )   Jointly Administered
                                                                          )
------------------------------------------------------------------------- )

### ORDER DIRECTING THE RESCAP LIQUIDATING TRUST AND ALLY FINANCIAL, INC. TO RESPOND TO MOTIONS FILED BY TIMOTHY J. LAHRMAN

Timothy J. Lahrman filed the *Motion for Relief From Judgment or Order* (ECF Doc. # 8010), the *Request to Take Judicial Notice* (ECF Doc. # 8011), and the *Motion for Leave and Order to Show Cause Why Ally Financial, Inc.; GMAC Mortgage LLC, Debtor; and Attorney(s) Joel Bornkamp Together with Reisenfeld & Associates Should Not Be Held in Contempt* (ECF Doc. # 8066) (collectively, the "Lahrman Motions").

**NOW, THEREFORE**, it is hereby

**ORDERED**, that both the ResCap Liquidating Trust (the "Trust") and Ally Financial, Inc. ("Ally") are directed to file responses to the Lahrman Motions, each of which shall not exceed 25 pages in length, on or before **February 25, 2015**; and it is further

**ORDERED**, that Lahrman shall be permitted to file a reply to the responses, not to exceed ten pages in length, on or before **March 4, 2015**; and it is further

**ORDERED**, that the Trust and Ally shall serve a copy of this Order and their respective responses on Lahrman by overnight mail.

Dated:   February 11, 2015
         New York, New York

                                                       _____/s/Martin Glenn_____
                                                            MARTIN GLENN
                                                      United States Bankruptcy Judge