UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------- x
:
In re                        :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC,    :    Case No. 12-12020 (MG)
et al..,[1]                  :
:
:
Debtor. :
---------------------------- x

## AFFIDAVIT OF SERVICE

I, Richie Lim, am employed with Legal Vision Consulting Group in the county of Los Angeles, State of California. I depose and say that on February 11, 2015, I caused true and correct copies of the following document(s) to be served via (i) e-mail service to the parties listed in **Exhibit A**, and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **ORDER GRANTING RESCAP BORROWER CLAIMS TRUST'S EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS) (Docket No. 8113)**

Dated: February 11, 2015

Richie Lim
Legal Vision Consulting Group
1801 Century Park East Suite 350
Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this \_\_11\_\_ day of \_\_February\_\_, 20\_15\_, by, \_\_Richie P. Lim\_\_ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

STACY SONG-YI HAN
Commission # 1971377
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2016

# **EXHIBIT A**

Lauren.Delehey@rescapestate.com

Deanna.horst@rescapestate.com

Nicholas.kosinski@rescapestate.com

Adeutsch@denbeauxlaw.com

Rlester@rlesterlaw.com

Courtnotices@farrislaw.net

Gebman@me.com

Amcan4@aol.com

Alanius@shipleylawfirm.com

Ubnhigherground@aol.com

Annitawalker@embarqmail.com

A_kieley@yahoo.com

# EXHIBIT B

Faeze and Cyrus Shahrad
366 Kindermark Road
Westwood, NJ 07575-1675


Timothy and Carol Phelps
400 Aragon Court
El Dorado Hills, CA 95762


Jay Lalor
c/o Lester & Associates, P.C.
600 Old Country Road, Suite 229
Garden City, NY 11530


John & Amy Gordon
c/o The S.E. Ferris Law Firm
116 E. Loskwood
St Louis, MO 63119


Karl E. & Esmie M. Dahlstrom
c/o Law Offices of Scott W. Spaulding
325 Washington Street, Suite 204
Waukegan, IL 60085



Rebecca Gebman
8686 Sheridan Drive
Buffalo, NY 14221


Holly M. Suggs
83 Woodland Drive
Bridgeton, NJ 08302

Raymond E. Williams
PO Box 1979
Riverhead, NY 11901-0964


Claudia Jones
c/o Shipley Law Firm
Andrew F. Lanius
20110-A U.S. Highway 441
Mount Dora, FL 32757-6963


Mary Ann Taylor & DC Builders
233 Daugherty St.
Jackson, TN 38301-7238


Annita C. Walker
2920 Harwood Street
Tallahassee, FL 32301


Andrew and Bethany Kieley
25920 Pacific Point
Mission Viejo, CA 92692


Betty G. Aikens
PO Box 56
Dublin, VA 24084


Robert Keith Fligg
605 Harbison Canyon Road
El Cajon, CA 92019-1412