KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – UNDERWRITER INDEMNIFICATION CLAIMS) TO MARCH 31, 2015 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Sixty-Seventh Omnibus Objection to Claims (No Liability – Underwriter Indemnification Claims)* [Docket No. 6988] (the "**Omnibus Objection**") previously scheduled to be heard on **March 12, 2015 at 10:00 a.m**. **(prevailing Eastern Time)**, has been adjourned to **March 31, 2015 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a response to the Omnibus Objection is extended to **March 10, 2015 at 4:00 p.m. (prevailing Eastern Time)**.

Dated: February 13, 2015
New York, New York

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Douglas H. Mannal
Kenneth H. Eckstein
Philip Bentley
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*