**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC.,

                Debtor.

Case No. 12-120-20 (MG)

Chapter 11

**NOTICE OF APPEARANCE**

**To the Clerk of the Court and All Parties of Record:**

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action for and in behalf of MARTHA S. PANASZEWICZ and requests addition as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:      February 13, 2015
                Flushing, New York

                                        ROSALES DEL ROSARIO, P.C.

                                        /s/ John B. Rosario, Esq.
                                        By: JOHN B. ROSARIO, ESQ.
                                        39-01 Main Street, Suite 302
                                        Flushing, NY 11354
                                        T: (718) 762-2953
                                        E: johnrosario@delroslaw.com