# Exhibit E

12-12020-mg    Doc 8130-7    Filed 02/13/15    Entered 02/13/15 18:48:56    Exhibit E to
Joint Statement of Stipulated and Undisputed Facts    Pg 2 of 3
STRICTLY CONFIDENTIAL

# IRON MOUNTAIN®

| | |
|---|---|
| Project Number | PGMA241498P |
| District ID | P |

## CUSTOMER INFORMATION          DATE: 8/12/2013

| | | | |
|---|---|---|---|
| Customer Name: | Residential Capital LLC | Customer ID: | PGMA2 |
| Contact Name: | Patrick Glemser | Department ID: | TBD |
| Contact Number: | (610) 420-8390 | Contact Address: | 1100 Viginia Drive |
| Iron Mountain Contact Name: | Steve Rapp | City/ST/Zip: | Fort Washington |
| Iron Mountain Contact #: | (416)797-4702 | Start Date: | As soon as executed |
| Project Type: | File retrieval | Project Manager: | Pam Krawczyk |
| File Type: | Trailing docs | Physical Survey: | N/A |
| Separate Invoice Needed? | ☑ YES    ☐ NO | | |

## SCOPE OF WORK

Ocwen has requested for Iron Mountain to prepare to retrieve trailing documents currently stored at Iron Mountain. There are estimated to be 847,068 trailing docs spread across five Iron Mountain districts.
Permanent withdrawal orders will be placed in increments of 200 lines per order. Upon retrieval of the trailing documents a retrieval label will be placed on each document. The label on each trailing document will be scanned and each trailing document will be packed into 1.2 cubic foot boxes. A batch sheet will be printed listing all files that were scanned to that box. A PDO will also print noting all files found and not found.
It is estimated that each trailing doc will require at least 9.4 minutes per to retrieve. It is also estimated on average there are 2,200 pages per box. The find rate on other similar projects historically completed for ResCap is approximately 92% per box.
Ocwen will require IM to provide a reconcilement of all files found and not found.
All trailing docs will delivered to the custodians as per shipping instructions. NOTE: shipping instructions have not yet been provided to IM, so shipping has not been included in this Statement of Work

## RECOMMENDED WORKFLOW / PROCEDURES

- Permanent Withdrawal orders created in increments of 200 lines per order
- Retrieve the trailing docs from the boxes/shelves and place a label on each document
- Scan the label on the file/trailing document
- Place the trialing document in a box and scan the file label to the box label
- Print batch sheet
- Print a PDO
- Provide to Ocwen a reconciliation report
- All trailing docs will delivered to the custodians as per shipping instructions. NOTE: shipping instructions have not yet been provided to IM, so shipping has not been included in this Statement of Work

## ESTIMATED BILLING

| Item | Units | Rate | Total | Comments |
|---|---|---|---|---|
| Retrieval - File | 847,068 | $1.73 | $ 1,465,427.64 | |
| PW file | 847,068 | | | Provided at no charge |
| Carton Supplies | 3,388 | $1.46 | $ 4,946.48 | |
| Sorting/Packing Labor | 132,707 | $38.03 | $ 5,046,847.21 | |
| Individual Listing | 847,068 | $0.61 | $ 516,711.48 | |
| IT Professional Services | 21 | | | Provided at no charge |
| Project Management Services | 320 | $187.50 | $ 60,000.00 | |
| | | * GRAND TOTAL | $ 7,093,932.81 | Plus applicable taxes |

* Individual file list charges are subject to change depending on the ACTUAL scope of the job determined during data entry keying. All totals are subject to actual volumes

**Contract Terms**
Iron Mountain's performance of services under this Proposal will be pursuant to contract terms set forth in the current written agreement between Iron

I have read the above special project description and I agree that the recommended workflow procedures are correct. Charges will be determined based on actual hours or units upon completion. Any additional work not described above will be charged the contract rate with prior customer approval.

Project scope and pricing are valid for 60 days upon quote. Final billing will be based on actual work performed.

| Customer Signature | Print Customer Name | Date |
|---|---|---|

| Iron Mountain Signature | Print Iron Mountain Name | Date |
|---|---|---|

STRICTLY CONFIDENTIAL

## Page 2 - Additional Worklfow Continued (if Needed)

| Field | Value | Field | Value |
|---|---|---|---|
| Project Number | PGMA241498P | | |
| District ID | P | | |
| Customer Name: | Residential Capital LLC | Customer ID: | PGMA2 |
| Contact Name: | Patrick Glemser | Department ID: | TBD |
| Contact Number: | (610) 420-8390 | Contact Address: | 1100 Viginia Drive |
| Sourced By: | Steve Rapp | City/ST/Zip: | Fort Washington |
| Source Phone #: | (416)797-4702 | Start Date: | As soon as executed |
| Project Type: | File retrieval | Project Manager: | Pam Krawczyk |
| File Type: | Trailing docs | Physical Survey: | N/A |

### Service Level Agreements

SLA Timelines: Service Delivery timeline to increase for records located in a box currently in a "PROCESSING" status that are a part of one of the "Loan Origination File" or "Trailing Documents" projects from which an end-user places a file/box retrieval request.

Parameters confirmed regarding retrieval requests when items (trailing documents and loan origination files) are not found.

In order to effectively manage the project deliverables, disruptions to the project workflow must be minimized. Business as usual retrieval orders will be completed once Iron Mountain Operations has completed the final step of project processing for the day.

SLA Timelines:
☐ Next Day Delivery
Order by 3:00 PM for delivery next Business Day
Orders involving records that are a part of the current Trailing Documents and Loan File projects will be delivered within 3-4 business days.
☐ Half Day Delivery
Order by 10:00 AM for delivery same Business Day; or Oder by 3:00 PM for delivery next Business Day by 12:00 PM
Orders involving records that are a part of the current Trailing Documents and Loan File projects will be delivered within 3-4 business days.
☐ Rush Delivery, Business Day
Delivery within 3 hours of placement Order (for Orders received not later than 2:00 PM) on a Business Day.
Orders involving records that are a part of the current Trailing Documents and Loan File projects will be delivered within 1-2 business days.
☐ Rush Delivery, Weekends/Holiday/After Hours
Delivery within 4 hours of placement of Order
Orders involving records that are a part of the current Trailing Documents and Loan File projects will be delivered within 1-2 business days.
☐ Regular Pickup
Pickup orders placed before 4:00 PM on a Business Day will be picked up on the following Business Day.

Service Parameters – Items Not Found:
Based on historical results with these records, Iron Mountain anticipates that 8% of the items requested during retrieval requests will not be located as the items are not included in the physical inventory. For all cases where the item is not located, a second search will be completed by another Iron Mountain employee to ensure that the 'not found' result is accurate.