# Exhibit F

**Robson, Patrick L.**

---

**From:** Rapp, Steven [mailto:Steven.Rapp@ironmountain.com]
**Sent:** Wednesday, September 18, 2013 9:35 AM
**To:** Glemser, Patrick - PA
**Cc:** Mongelluzzo, John - PA
**Subject:** Estate Projects Are Now on Hold

Hi Patrick,

Thanks again for your time this morning. As discussed, the project (Ocwen Trailing Document Transfer) has been put on hold by the Estate as they have formally requested that all work be stopped immediately. Unfortunately, this means Iron Mountain had to release the workforce that was acquired to complete the Green Tree and Quicken projects. When the projects start back up again, Iron Mountain will require additional time to acquire a new pool of labor and train them appropriately. The Estate was advised that this stop would result in additional project timeline and costs associated with future projects.

Needless to say, we are very eager to move these projects forward, if there is anything we can do to help expedite the situation to allow the teams to get back to work, please let me know.

Thank you,

**Steve Rapp** |Senior Business Development Executive - Financial Services | Iron Mountain Incorporated | 416-797-4702 |
steven.rapp@ironmountain.com

---

The information contained in this email message and its attachments is intended only for the private and confidential use of the recipient(s) named above, unless the sender expressly agrees otherwise. Transmission of email over the Internet is not a secure communications medium. If you are requesting or have requested the transmittal of personal data, as defined in applicable privacy laws by means of email or in an attachment to email, you must select a more secure alternate means of transmittal that supports your obligations to protect such personal data. If the reader of this message is not the intended recipient and/or you have received this email in error, you must take no action based on the information in this email and you are hereby notified that any dissemination, misuse or copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message.