**Exhibit 1**

Barbara T. Scott
Clerk of the Court &
County Comptroller
Charlotte County, FL

08000252CA - DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR GMAC-RFC MASTER SERVICING vs. GILLIS, RONALD P

- Username
- Password
- Login
- (/BenchmarkWeb/Home.aspx/About)
- Search (/BenchmarkWeb/Home.aspx/Search)
- Court Docket (/BenchmarkWeb/CourtDocket.aspx)
- Calendar (/BenchmarkWeb/CourtDocket.aspx/Calendar)
- Recent Cases
  - 08000252CA
- Recent Searches

Summary | History

Next ➡ (../Details/270407?digest=qLxuCBuhZVGjbHoX1OQdDQ&selectLastTab=true&courtdocketurl=)
⬅ Previous (../Details/278461?digest=gRB6IwX+q4vUQWW4oOHsKw&selectLastTab=true&courtdocketurl=)

☐ Remember Me

**SUMMARY**

| | | |
|---|---|---|
| **Judge:** MASON, DONALD H | **Court Type:** CIRCUIT CIVIL | **Case Type:** REAL PROP FORECLOSUR - CA |
| **Case Number:** 08000252CA | **Uniform Case Number:** 082008CA000252XXXXXX | **Status:** CLOSED |
| **Clerk File Date:** 1/16/2008 | **Status Date:** 7/29/2014 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 0.00 | **Booking Number:** | **Agency:** |
| **Agency Report Number:** | **Custody Location:** | **Foreclosure:** |

**PARTIES**

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | GILLIS, RONALD P (/BenchmarkWeb/Party.aspx/Index/896512?caseID=251768) | |
| DEFENDANT | UNKNOWN SPOUSE OF, RONALD P GILLIS (/BenchmarkWeb/Party.aspx/Index/896516?caseID=251768) | |
| DEFENDANT | SUNTRUST BANK (/BenchmarkWeb/Party.aspx/Index/896518?caseID=251768) | |
| DEFENDANT | TENANT 1 (/BenchmarkWeb/Party.aspx/Index/896519?caseID=251768) | |
| DEFENDANT | TENANT 2 (/BenchmarkWeb/Party.aspx/Index/896520?caseID=251768) | |
| DEFENDANT | TENANT 3 (/BenchmarkWeb/Party.aspx/Index/896521?caseID=251768) | |
| DEFENDANT | TENANT 4 (/BenchmarkWeb/Party.aspx/Index/896522?caseID=251768) | |
| PLAINTIFF | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR GMAC-RFC MASTER SERVICING (/BenchmarkWeb/Party.aspx/Index/896511?caseID=251768) | BOWEN, ROBERT K (Main Attorney) (/BenchmarkWeb/Party.aspx/Index/1188941?caseID=251768) |

**EVENTS**

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 7/30/2014 9:00 AM | CIVIL HEARING (/BenchmarkWeb/CourtDocket.aspx/Cases/86311) | FOSTER, JOSEPH G | | |

**CASE DOCKETS**

| DATE | ENTRY |
|---|---|
| 12/30/2014 | JUDICIAL NOTICE PURSUANT TO FLORIDA STATUTE |
| 12/8/2014 | NOTICE OF HEARING - PLAINTIFF'S MOTION TO AMEND PLAINTIFF NAME - JANUARY 6, 2015 @ 10:30AM |
| 11/26/2014 | PLAINTIFFS MOTION TO CONSOLIDATE |
| 11/17/2014 | ORDER DISMISSING APPEAL - FINAL - Recorded (O.3918.1637 / 2308439) |
| 11/17/2014 | ORDER DISMISSING APPEAL - FINAL |
| 11/7/2014 | NOTICE OF FILING ORDER FROM FEDERAL COURT RULING ACTION IS NOT A REMOVAL IT IS AN ORIGINAL COMPLAINT |
| 10/17/2014 | ORDER SUBSTITUTING COUNSEL |
| 9/16/2014 | NOTICE OF CHANGE OF FILE ATTORNEY AND DESIGNATION OF EMAIL ADDRESSES |
| 8/22/2014 | ORDER DISMISSING APPEAL |
| 8/20/2014 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 8/15/2014 | ALTERNATIVE WRIT |
| 8/14/2014 | ALTERNATIVE WRIT |
| 7/31/2014 | COURT MINUTES - M/AMEND PLAINTIFF NAME |
| 7/29/2014 | NOTICE OF REMOVAL |
| 7/28/2014 | NOTICE OF FILING -COURT DOCKET LIST AS OF JULY 28, 2014 |
| 7/18/2014 | JUDICIAL NOTICE PURSUANT TO FLA STATUTE 90.202, NOTICE OF FILING NYE LEVALLE 2013 REPORT OF FRAUD ASSOCIAATED WITH THIS CASE |
| 7/9/2014 | NOTICE OF HEARING JULY 30 2014 9AM MOTION TO AMEND PLAINTIFF NAME |
| 7/7/2014 | NOTICE OF NON-JURY TRIAL |
| 6/24/2014 | NOTICE OF NON-JURY TRIAL |
| 6/19/2014 | NOTICE OF FILING ORDER DISMISSING BANKRUPTCY CASE |

| Date | Description |
|---|---|
| 4/28/2014 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 4/1/2014 | NOTICE OF SUGGESTION OF BANKRUPTCY AND BANKRUPTCY CASE NUMBER |
| 4/1/2014 | COURT MINUTES - NEW BANKRUPTCY FILED |
| 3/28/2014 | 4TH AMENDED PLAINTIFF'S WITNESS AND EXHIBIT LIST |
| 3/28/2014 | APPELLANTS VERIFIED AFFIDAVIT AND MOTION FOR REHEARING WITH ORAL ARGUMENTS |
| 3/28/2014 | APPELLANTS VERIFIED AFFIDAVIT AND MOTION FOR ENBANC REVIEW |
| 3/17/2014 | ORDER DISMISSING APPEAL |
| 3/6/2014 | VERIFIED AFFIDAVIT AND MOTION IN OPPOSITION TO PURPORTED APPELLEES MOTION TO DISMISS APPEAL |
| 2/27/2014 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 2/26/2014 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 2/13/2014 | SECOND MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS |
| 2/13/2014 | SECOND MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| 2/10/2014 | NOTICE OF HEARING 3/31/14 9AM |
| 2/4/2014 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 1/29/2014 | NOTICE OF FILING ORDER DISMISSING CASE AND CANCELING HEARING |
| 1/28/2014 | REVISED OBJECTION TO THE PURPORTED NOTICE OF APPEARANCE AS SAID NOTICE IS AN ATTEMPT TO INTRODUCE & FILE NEW EVIDENCE INTO THE APPEALS CASE 2D13-4181 NOT YET REVIEWED BY THE LOWER TRIBUNAL |
| 1/28/2014 | REVISED MOTION TO STRIKE PURPORTED NOTICE OF APPEARANCE FILED OCTOBER 21, 2013 INTO THE APPEALS CASE 2D13-4181 |
| 1/23/2014 | NOTICE OF NON-JURY TRIAL SCHEDULED FOR APRIL 1, 2014 AT 3:00 PM |
| 12/30/2013 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 12/19/2013 | OBJECTION AND MOTION TO STRIKE THE PURPORTED NOTICE OF APPEARANCE AS SAID NOTICE IS AN ATTEMPT TO INTRODUCE AND FILE NEW EVIDENCE INTO THE APPEARLS CASE |
| 12/16/2013 | ORDER REGARDING NON-JURY TRIAL |
| 12/13/2013 | NOTICE OF HEARING 1/23/14 BANKRUPTCY COURT |
| 12/3/2013 | COPY EMERGENCY MOTION TO ENFORCE STAY FL US BANKRUPTCY COURT |
| 12/3/2013 | COPY OF NOTICE OF SUGGESTION OF BANKRUPTCY AND BANKRUPTCY CASE NUMBER FROM THE U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK - RONALD P. GILLIS |
| 12/3/2013 | COURT MINUTES - NJT - BANKRUPTCY FILED |
| 11/25/2013 | MOTION FOR LEAVE TO PROCEED IN MFOMA PAUPERIS |
| 11/25/2013 | MOTION FOR EXTENSION TIME |
| 11/25/2013 | COPY EMERGENCY EXPEDITED MOTION FOR INJUNCTION TO NY BANKRUPTCY COURT TO ESTOPPLE LOWER COURT PROCEEDINGS |
| 11/22/2013 | NOTICE OF HEARING 12/2/13 3:30 PM |
| 11/22/2013 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 11/21/2013 | NOTICE OF CANCELLATION OF HEARING 11/26/13 9AM |
| 11/21/2013 | DESIGNATION OF EMAIL ADDRESS |
| 11/20/2013 | NOTICE OF HEARING - PLAINTIFF'S MOTION TO AMEND PLAINTIFF NAME TO INCLUDE NAME OF THE EXPRESS TRUST- 11/26/13 @ 9AM |
| 11/12/2013 | JUDICIAL NOTICE FROM LAKELAND FLORIDA |
| 11/12/2013 | JUDICIAL NOTICE FROM LAKELAND FLORIDA |
| 11/12/2013 | JUDICIAL NOTICE FROM LAKELAND FLORIDA |
| 11/8/2013 | JUDICIAL NOTICE REGARDING THE POSSIBLE INDISPENSIBLE PARTY/NON PARTY TO THE ACTION WELLS FARGO REFUSAL TO DISCLOSE INFORMATION |
| 11/7/2013 | APPEAL COST SHEET |
| 11/6/2013 | RECORD ON APPEAL - 2D13-4181 |
| 11/5/2013 | OBJECTION AND JUDICIAL NOTICE PURSUANT TO FLORIDA STATUTE 90.202 REGARGING THE PURPORTED APPEARANCE OF AN ATTORNEY PURPORTING TO REPRESENT A NON-PARTY ENTITY TO THIS ACTION (VERIFIED AND IN AFFIDAVIT FORM) |
| 10/25/2013 | AMENDED PLAINTIFF'S WITNESS AND EXHIBIT LIST |
| 10/22/2013 | COURT MINUTES- M/AMEND PL NAME TO INCLUDE NAME OF EXPRESS TRUST |
| 10/15/2013 | NOTICE OF FILING COURT DOCKET LIST AS OF OCTOBER 14 2013 |
| 10/14/2013 | NOTICE OF FILING - 2ND DISTRICT COURT OF APPEALS DOCKET AND PROOF OF PAYMENT OF FILING FEE |
| 10/14/2013 | PAYMENT $100.00 RECEIPT #2014001906 |
| 9/11/2013 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |

| | | |
|---|---|---|
| 9/5/2013 | ORDER FROM SECOND DISTRICT COURT OF APPEALS | |
| 9/5/2013 | ACKNOWLEDGMENT OF NEW CASE - 2D13-4181 | |
| 8/30/2013 | RECEIPT - FED EX - SHIPMENT RECEIPT - 2ND DCA - NOTICE OF APPEAL | |
| 8/29/2013 | ACKNOWLEDGMENT OF FILING NOTICE OF APPEAL | |
| 8/28/2013 | NOTICE OF NON-JURY TRIAL 12/2/13 3:30 PM | |
| 8/27/2013 | NOTICE OF APPEAL | |
| 8/22/2013 | OBJECTION TO PURPORTED PLAINTIFFS ATTEMPT TO CHANGE PURPORTED PLAINTIFFS NAME WITHOUT REQUEST LEAVE OF COURT TO AMEND | |
| 8/22/2013 | NOTICE OF FILING TRANSCRIPT HEARING 7/30/13 | |
| 8/22/2013 | ORDER ON MOTION TO RECONSIDER JUDICIAL ORDER DATED 08/12/13 REFERENCE VACATE SET-ASIDE ORDER OF DEFAULT | |
| 8/22/2013 | TRANSCRIPT OF PROCEEDINGS 7/30/13 | |
| 8/19/2013 | MOTION TO RECONSIDER JUDICIAL ORDER DATED 8/12/13 REFERENCE VACATE SET ASIDE ORDER OF DEFAULT | |
| 8/13/2013 | DEPOSITION OF NANCY PADGETT 9/2/09 | |
| 8/13/2013 | CERTIFICATE OF NON APPEARANCE RONALD GILLIS 1/22/10 | |
| 8/13/2013 | CERTIFICATE OF NON APPEARANCE RONALD GILLIS 9/2/09 | |
| 8/13/2013 | NOTICE OF FILING CERTIFICATES NON APPEARANCE FOR DEPOSITIONS | |
| 8/12/2013 | ORDER DENYING DEFENDANT RONALD P. GILLIS' AMENDED MOTION TO SET ASIDE/VACATE VOID ORDER OF DEFAULT ENTERED OCTOBER 1, 2010 DENIED | |
| 8/8/2013 | NOTICE OF FILING @ | |
| 8/8/2013 | NOTICE OF FILING AFFIDAVIT IN SUPPORT OF FINAL JUGMENT | |
| 8/2/2013 | NOTICE OF FILING - AFFIDAVIT IN SUPPORT OF ENTRY OF FJ AND OPPOSITION TO M/VACATE DEFAULT | |
| 7/31/2013 | NOTICE OF FILING AFFIDAVIT IN SUPPORT OF ENTRY OF FINAL JUDGMENT AND OPPOSITION TO MOTION TO VACATE DEFAULT | |
| 7/31/2013 | PLAINTIFF 'S RESPONSE TO DEFENDANT'S SUBPOENA DUCES TECUM | |
| 7/31/2013 | MOTION TO AMEND PLAINTIFF NAME TO INCLUDE NAME OF THE EXPRESS TRUST | |
| 7/31/2013 | COURT MINUTES | |
| 7/26/2013 | RESPONSE TO SUBPOENA DUCES TECUM | |
| 7/25/2013 | MOTION TO AMEND PLAINTIFF NAME TO INCLUDE NAME OF THE EXPRESS TRUST | |
| 7/25/2013 | OBJECTION TO SUBPOENA DUCES TECUM ANDREW FIVECOAT | |
| 7/12/2013 | SUBPOENA DUCES TECUM ISSUED UNKNOWN PARTY OF INTEREST CLAIMING TO HAVE AUTHHORITY TO ACT ON BEHALF OF PURPORTED PLAINTIFF IN CHARLOTTE CIVIL CASE #08-252-CA | |
| 7/12/2013 | SUBPOENA DUCES TECUM ISSUEFD ANDREW FIVECOAT | |
| 7/12/2013 | PAYMENT $4.00 RECEIPT #2013039375 | |
| 6/24/2013 | OBJECTION TO ATTEMPT TO EXPUNGE CLAIM | |
| 5/21/2013 | ENVELOPE RETURNED UNSERVED/UNCLAIMED- RONALD P. GILLIS | |
| 5/3/2013 | NOTICE OF HEARING 7/30/13 3PM | |
| 4/30/2013 | AMENDED MOTION TO SET ASIDE VACATE VOID ORDER DEFAULT ENTERED 10/1/10 | |
| 4/30/2013 | OBJECTION TO PURPORTED PLAINTIFFS PURPORTED NOTICE OF CHANGE FILE ATTY AND DESIGNATION EMAIL ADDRESSES PURSUANT TO RULE 2.516 | |
| 4/26/2013 | MOTION FOR MORE DEFINITE STATEMENT AND ORDER CLAFIFICATION | |
| 4/17/2013 | ORDER ON JUDICIAL CASE MANAGEMENT CONFERENCE (JCMC)- ALL PENDING MOTIONS TO BE SET FOR HEARING WITHIN 3 WEEKS. | |
| 4/17/2013 | DESIGNATION OF EMAIL ADDRESS | |
| 4/12/2013 | JUDICIAL NOTICE PURSUANT TO FLORIDA STATUTE 90.202 AND NOTICE OF FILING | |
| 4/12/2013 | MOTION FOR CONTEMPT OF COURT | |
| 4/12/2013 | MOTION FOR SANCTIONS | |
| 4/12/2013 | COURT MINUTES- JCMC | |
| 4/11/2013 | COPY OF OBJECTION PURPORTED PLAINTIFFS CROSS NOTICE OF HEARING | |
| 4/10/2013 | OBJECTION TO PURPORTED PLAINTIFF'S CROSS-NOTICE OF HEARING | |
| 4/8/2013 | CROSS NOTICE OF HEARING: 04/12/13 AT 10AM | |
| 3/8/2013 | ORDER SETTING JUDICIAL CASE MANAGEMENT CONFERENCE (JCMC) AND NOTICE OF HEARING, 04/12/13 @ 10AM | |
| 1/10/2013 | ORDER OF REASSIGNMENT | |

| Date | Description |
|---|---|
| 11/6/2012 | COURT MINUTES - NON-JURY TRIAL - TRIAL TO BE RESET |
| 10/22/2012 | AMENDED WITNESS LIST |
| 10/15/2012 | JUDICIAL NOTICE PURSUANT TO FL STATUTE 90.202 |
| 10/12/2012 | WITNESS AND EXHIBIT LIST |
| 9/28/2012 | MOTION FOR SUMMARY JUDGMENT |
| 9/28/2012 | AMENDED NOTICE OF CLAIM #444 |
| 9/21/2012 | NOTICE OF SCHEDULE UNAVAILABILITY OCTOBER 29, 2012 TO NOVEMBER 07, 2012 |
| 8/31/2012 | PLAINTIFF'S NOTICE OF FILING OF BANKRUPTCY FILING AND SUPPLEMENTAL SERVICING ORDER |
| 8/29/2012 | ORDER REFERENCE PURPORTED DEFENDANTS LEAVE OF COURT TO FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO THE FORECLOSURE COMPLAINT |
| 8/28/2012 | NOTICE TO NY BANKRUPTCY COURT AND CHARLOTTE CTY CIVIL COURT |
| 8/21/2012 | DEFENDANTS PURPORTED MOTION FOR LEAVE OF COURT TO AMEND ANSWER AND AFFIRMATIVE DEFENSES |
| 8/21/2012 | DEFENDANTS PURPORTED FIRST AMENDED ANSWER TO THE FORECLOSURE COMPLAINT |
| 8/14/2012 | NOTICE OF SUGGESTION BANKRUPTCY |
| 8/14/2012 | MOTION FOR SANCTIONS |
| 7/26/2012 | ORDER OF REASSIGNMENT |
| 7/16/2012 | ORDER OF RECUSAL |
| 7/9/2012 | NOTICE OF FILING - COURT DOCKET LIST AS OF JULY 09, 2012 |
| 7/3/2012 | MOTION TO SET ASIDE ORDER OF DEFAULT ENTERED OCT 01, 2010 |
| 7/2/2012 | MOTION TO DISMISS |
| 7/2/2012 | OBJECTION TO PURPORTED PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT INCLUDING A HEARING TO TAX ATTORNEY'S FEES AND COSTS (AFFIDAVIT) |
| 7/2/2012 | NOTICE OF FILING COURT DOCKET LIST AS OF JULY 2 2012 |
| 6/28/2012 | AFFIDAVIT AS TO AMOUNTS DUE AND OWING |
| 6/28/2012 | NOTICE OF FILING AFFIDAVIT AS TO AMOUNTS DUE AND OWING |
| 6/28/2012 | PLAINTIFFS RENEWED MOTION FOR SUMMARY JUDGMENT INCLUDING A HEARING TO TAX ATTORNEYS FEES AND COSTS |
| 2/21/2012 | NOTICE OF FILING JUDGE GEORGE C RICHARDS ADMISSION OF WRONGDOING TO FLORIDA ETHICS COMMISSION BASED UPON COMPLAINT FILED BY PURPORTED DEFENDANT IN THIS CASE |
| 2/14/2012 | AMENDED MOTION TO COMPEL PROOF OF AUTHORITY TO REPRESENT |
| 1/18/2012 | MOTION FOR PROOF OF AUTHORITY TO REPRESENT |
| 11/30/2011 | NOTICE OF FILING FLORIDA ETHIC COMMISSION COMPLAINT ON JUDGE GEORGE C RICHARDS |
| 11/30/2011 | NOTICE OF FILING FLORIDA COMPLAINT ON NOTARY PUBLIC ALLYSON C BROWN |
| 11/30/2011 | NOTICE OF FILING FLORIDA ATTORNEY GENERAL COMPLANT REGARDING FALSIFIED ASSIGNMENT OF MORTGAGE IN THIS CASE |
| 11/30/2011 | NOTICE OF FILING FLORIDA JUDICIAL QUALIFICATIONS COMPLAINT ON JUDGE GEORGE C RICHARDS |
| 11/28/2011 | MOTION TO DISMISS |
| 11/21/2011 | OBJECTION TO NOTICE FOR NON-JURY TRIAL |
| 11/21/2011 | MOTION FOR CONTEMPT |
| 11/21/2011 | MOTION TO COMPEL DISCOVERY |
| 11/21/2011 | MOTION FOR SANCTIONS |
| 11/14/2011 | PLAINTIFFS NOTICE OF NON RESPONSE TO DEFENDANT RONALD P GILLIS PLEADINGS |
| 11/14/2011 | NOTICE FOR NON JURY TRIAL |
| 2/7/2011 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 1/14/2011 | NOTICE OF FILING - AFFIDAVIT OF LYNN SZYMONIAK REGARDING FRAUD INVOLVED IN THIS CASE |
| 1/14/2011 | NOTICE OF FILING - FLORIDA ATTORNEY GENERAL INVESTIGATING ALBERTINI LAW |
| 1/14/2011 | NOTICE OF FILING - EXPLANATION OF MORTGAGE FORECLOSURE FRAUD CRIMES BY LYNN SZYMONIAK |
| 1/4/2011 | PETITION - AND FIRST REQUEST FOR ADMISSIONS |
| 1/4/2011 | AFFIDAVIT - AND OBJECTION TO DISMISSAL COUNT TO RESESTABLISH LOST INSTRUMENT AND MOTION FOR RECONSIDERATION |
| 1/3/2011 | MOTION - TO COMPEL DISCOVERY REGARDING PRODUCTION OF DOCUMENTS REQUESTED BY THREE SUBPEONAS DUCES TECUM AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS SUBMITTED SEPTEMBER 07 2010 |
| 12/20/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |

| Date | Description |
|---|---|
| 12/9/2010 | ORDER - DENYING DEFENDANTS PETITION TO WAIVE APPELLATES FEES |
| 12/3/2010 | PETITION - IN THE NATURE OF A MOTION FOR MORE DEFINITE STATEMENT |
| 12/2/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 11/24/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS - CASE IS DISMISSED - RECORDED OR BOOK 3528 PAGE 1855 |
| 11/24/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS - CASE IS DISMISSED - TO RECORDING |
| 11/19/2010 | SECOND - PETITION IN THE NATURE OF A MOTION TO WAIVE ALL APPELLANT FEES |
| 11/19/2010 | APPELLANTS - REQEUST FOR ADDITIONAL TIME TO WAIVE OR PAY APPELLANT FEES PENDING FURTHER REVIEW BY THE LOWER COURT |
| 11/10/2010 | APPELLANTS - RESPONSE TO THE APPEAL COURT PURPORTED CONVERSION OF APPELANTS APPEAL AND PURPORTED ODER TO SHOW CAUSE |
| 11/9/2010 | AFFIDAVIT AS TO REASONABLE ATTORNEY'S FEES |
| 11/8/2010 | ORDER - DIRECTING DEFENDANTS RONALD P GILLIS TO SUPPLEMENT PETITION TO WAIVE APPELLATE FEES BY FILING APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS PURSUANT TO 57.081 FL STATUTES |
| 11/5/2010 | AFFIDAVIT AS TO AMOUNTS DUE AND OWING |
| 11/5/2010 | NOTICE OF FILING - OF PLAINTIFFS AFFIDAVIT AS TO AMOUNTS DUE AND OWING |
| 11/3/2010 | AMENDED - AFFIDAVIT OF PLAINTIFFS COUNSEL AS TO ATTORNEYS FEES AND COSTS |
| 11/3/2010 | NOTICE OF FILING |
| 11/3/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 11/2/2010 | JUDICIAL - NOTICE/NOTICE TO CLERK |
| 11/2/2010 | COURT MINUTES |
| 11/1/2010 | PETITION - IN THE NATURE OF A MOTION TO WAIVE ALL APPELLANT FEES |
| 11/1/2010 | EX PARTE - EXPEDITED EMERGENCY MOTION FOR STAY |
| 11/1/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 10/26/2010 | AMENDED - CERTIFICATE OF NON APPEARANCE IN RE: DEPOSITIONRONALD GILLIS |
| 10/26/2010 | NOTICE OF FILING - ORIGINAL AMENDED CERTIFICATE NON APPEARANCE IN RE: DEPOSITION RONALD GILLIS |
| 10/20/2010 | JUDICIAL - NOTICE/NOTICE TO CLERK |
| 10/18/2010 | JUDICIAL - NOTICE/NOTICE TO CLERK |
| 10/15/2010 | WITNESS - AND EXHIBIT LIST |
| 10/13/2010 | NOTICE - OF RELATED CASES |
| 10/13/2010 | NOTICE - OF TAKING TELEPHONIC DEPOSITION |
| 10/13/2010 | NOTICE OF TAKING DEPOSITION - TELEPHONIC: 10/15/10 |
| 10/8/2010 | ORDER FROM SECOND DISTRICT COURT OF APPEALS |
| 10/8/2010 | ACKNOWLEDGMENT OF NEW CASE |
| 10/8/2010 | PLAINTIFFS - RENEWED MOTION FOR SUMMARY JUDGMENT INCLUDING A HEARING TO TAX ATTORNEYS FEES AND COSTS |
| 10/6/2010 | ORDER - GRANTING MOTION TO STRIKE PLEADINGS AND FOR JUDICIAL DEFAULT AGAINST RONALD P GILLIS |
| 10/6/2010 | ENVELOPE RETURNED UNSERVED/UNCLAIMED - RONALD GILLIS |
| 10/6/2010 | CERTIFIED MAIL RECEIPT- RECEIVED - 2ND DCA - NOTICE OF APPEAL |
| 10/4/2010 | PLAINTIFF - NOTICE OF COMPLIACE |
| 9/30/2010 | CERTIFIED MAIL RECEIPT - 2ND DCA - NOTICE OF APPEAL |
| 9/29/2010 | ACKNOWLEDGMENT |
| 9/29/2010 | NOTICE OF APPEAL |
| 9/27/2010 | ORDER GRANTING MOTION - FOR JUDICIAL DEFAULT - RONALD P GILLIS |
| 9/27/2010 | ORDER GRANTING MOTION - FOR JUDICIAL DEFAULT - SUNTRUST BANK |
| 9/27/2010 | NOTICE OF FILING - BREACH OF LETTERS TO RONALD P GILLIS |
| 9/27/2010 | NOTICE OF FILING - LOSS MITIGATION LETTER RECEIVED BY RONALD GILLIS |
| 9/27/2010 | MOTION - FOR JUDICIAL DEFAULT AND DEFAULT FINAL JUDGMENT |
| 9/27/2010 | COURT MINUTES - TRIAL SET FOR 11/1/10 AT 1:00 PM |
| 9/27/2010 | RECEIPT |

| Date | Description |
|---|---|
| 9/17/2010 | ORDER - SETTING CASE FOR FORECLOSURE TRIAL 11/01/10 @ 1 PM |
| 9/7/2010 | DEFENDANTS - (PURPORTED) FIRST REQUEST TO PRODUCE |
| 9/7/2010 | NOTICE OF HEARING - 9/27/10 AT 9AM |
| 9/7/2010 | NOTICE OF HEARING - 9/27/10 @ 9:00 AM |
| 8/31/2010 | MEMORANDUM - OF LAW IN SUPPORT OF PURPORTED DEFENDANTS MOTION TO DISMISS SHAM PLEADING |
| 8/25/2010 | NOTICE OF FILING - TRANSCRIPT OF DEPOSITION OF NANCY PADGETT |
| 8/23/2010 | NOTICE OF CANCELLATION OF HEARING |
| 8/16/2010 | NOTICE FOR TRIAL - NON JURY |
| 8/16/2010 | MEMORANDUM - RONALD GILLS (VIA FACSIMILE ) |
| 8/12/2010 | NOTICE OF HEARING - SEPTEMBER 2, 2010 9:00 - MOTION TO STRIKE DEF PLEADINGS FOR DEFAULT AND ENTRY OF DEFAULT FINAL JUDGMENT |
| 8/11/2010 | MOTION TO DISMISS - SHAM PLEADING |
| 8/9/2010 | AFFIDAVIT - AND OBJECTION TO PURPORTED PLAINTIFFS MOTION TO STRIKE PLEADINGS FOR DEFAULT AND THE ENTRY OF DEFAULT FINAL JUDGMENT |
| 8/2/2010 | PLAINTIFFS - MOTION TO STRIKE PLEADINGS FOR DEFAULT AND FOR THE ENTRY OF DEFAULT FINAL JUDGMENT |
| 2/9/2010 | AFFIDAVIT - OF TRUTH BY ALLEGED DEFENDANT RONALD P. GILLIS |
| 2/8/2010 | NOTICE OF FILING - GOVERNOR INVESTIGATING LYNDA J TONER |
| 2/8/2010 | COMPLAINT - FORM BY FLORIDA PUBLIC NOTARY |
| 2/8/2010 | COMPLAINT - FORM BY FLORIDA PUBLIC NOTARY |
| 2/8/2010 | COMPLAINT - FORM BY FLORIDA PUBLIC NOTARY |
| 2/5/2010 | AFFIDAVIT - AND OBJECTION TO ORDER EX-PARTE MOTION TO LIMIT CORRESPONDENCE BY RONALD P. GILLIS TO PLAINTIFFS COUNSEL |
| 2/5/2010 | AFFIDAVIT - AND OBJECTION TO ALLEGED PLAINTIFFS EX-PARTE MOTION TO LIMIT CORRESPONDENCE BY RONALD P. GILLIS TO PLAINTIFFS COUNSEL |
| 2/2/2010 | EX PARTE - ORDER LIMITING CORRESPONDENCE BY DEFENDANT RONALD P GILLIS TO PLAINTIFFS ATTORNEY |
| 1/25/2010 | LETTER TO JUDGE FROM ATTORNEY |
| 1/25/2010 | EX PARTE - MOTION TO LIMIT CORRESPONDENCE BY DEFENDANT RONALD P GILLIS TO PLAINTIFFS COUNSEL |
| 1/25/2010 | EX PARTE - ORDER LIMITING CORRESPONDENCE BY DEFENDANT RONALD P GILLIS TO PLAINTIFFS ATTORNEY |
| 1/21/2010 | RECEIPT |
| 1/21/2010 | RECEIPT |
| 1/21/2010 | NOTICE OF FILING - COURT DOCKET LIST AS OF 1/21/2010 |
| 12/29/2009 | COMPLAINT - FORM BY FLORIDA NOTARY PUBLIC |
| 12/15/2009 | COMPLAINT - THE FLORIDA BAR INQUIRY COMPLAINT FORM |
| 12/15/2009 | NOTICE - TO CLERK OF THE COURT - CHARLOTTE COUNTY - BARBARA T. SCOTT REGARDING DOCKET TAMPERING AND NON-DISCLOSURE OF FILINGS BY ALLEGED PLAINTIFFS ATTORNEY TO ALLEGED DEFENDANT |
| 12/15/2009 | COMPLAINT - FLORIDA BAR INQUIRY COMPLAINT FORM |
| 12/15/2009 | MOTION TO COMPEL - DISCOVERY BY ANDREW FIVECOAT TO PRODUCE DOCUMENTS NOT PRODUCED UNDER THREE SUBPOENAS |
| 12/15/2009 | ORDER - COMPELLING ALLEGED PLAINTIFF PAY ALLEGED DEFENDANTS COSTS AND FEES ASSOCIATED WITH THREE SUBPOENA DUCES TECUM SERVED |
| 12/15/2009 | NOTICE - TO COURT AND PLAINTIFFS ATTORNEY REGARDING DOCKET TAMPERING, FALSE CERTIFICATE OF SERVICES AND EX-PARTE COMMUNICATIONS BETWEEN JUDGE SHENKO AND PLAINTIFFS ATTORNEY FOR JUDICIAL REVIEW |
| 12/9/2009 | AFFIDAVIT - NOTARY PUBLIC NANCY PADGETT IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT |
| 12/9/2009 | NOTICE OF FILING - AFFIDAVIT NOTARY PUBLIC, NANCY PADGETT |
| 12/8/2009 | ORDER - COMPELLING DEPOSITION OF DEFENDANT, RONALD P GILLIS AND IMPOSING SANCTIONS - RECORDED OR BOOK 3439 PAGES 306 THRU 307 |
| 12/7/2009 | RECEIPT |
| 12/7/2009 | NOTICE OF FILING - COURT DOCKET LIST AS OF 12/7/09 |
| 12/4/2009 | OBJECTION - TO ALLEGED PLAINTIFFS MOTION TO COMPELL DEPOSITION OF DEFENDANT RONALD P. GILLIS AND REQUEST FOR SANCTIONS |
| 12/4/2009 | OBJECTION - TO ALLEGED PLAINTIFFS REQUEST FOR ADMISSIONS TO DEFENDANT, RONALD P. GILLIS |
| 12/4/2009 | OBJECTION - TO ALLEGED PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, RONALD P. GILLIS |
| 12/4/2009 | OBJECTION - TO ALLEGED PLAINTIFFS FIRST SET OF INYERROGATORIES TO DEFENDANT, RONALD P. GILLIS |
| 12/4/2009 | OBJECTION - TO ALLEGED PLAINTIFFS MOTION TO CORRECT NAME OF PLAINTIFF |
| 12/2/2009 | ORDER - COMPELLING DEPOSITION OF DEFENDANT, RONALD P GILLIS AND IMPOSING SANCTIONS - TO RECORDING |

| Date | Description |
|---|---|
| 12/2/2009 | MOTION - TO CORRECT NAME OF PLAINTIFF |
| 12/2/2009 | PLAINTIFFS - MOTION TO COMPEL DEPOSITION OF DEFENDANT, RONALD P GILLIS AND REQUEST FOR SANTIONS |
| 12/2/2009 | NOTICE OF SERVICE OF - PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS, FIRST SET OF INTERROGATORIES, AND REQUEST FOR ADMISSIONS TO DEFENDANT, RONALD P GILLIS |
| 12/2/2009 | COVER LETTER TO JUDGE FROM ATTORNEY |
| 9/16/2009 | REQUEST - NOTICE TO COURT, JUDGE AND PLAINTIFFS ATTORNEY REGARDING JUDGES ORDER DATED 09/03/2009 FOR JUDICIAL REVIEW - DEFENDANT |
| 9/15/2009 | NOTICE OF FILING - SUBPOENA DUCES TECUM SERVED BY HILLSBOROUGH COUNTY SHERIFFS OFFICE. ALBERTELLI LAW 9/15/09 |
| 9/15/2009 | AMENDED MOTION - TO VACATE VOID JUDGMENT |
| 9/15/2009 | MOTION - FOR CONTEMPT OF COURT BY ANDREW FIVECOAT |
| 9/15/2009 | MOTION - FOR SANCTIONS OF ANDREW FIVECOAT |
| 9/14/2009 | NOTES - OF PLAINTIFFS RESPONSE TO DEFENDANTS SUBPOENA DUCES TECUM |
| 9/10/2009 | MOTION - TO VACATE VOID JUDGMENT - DEFENDANT |
| 9/10/2009 | SUBPOENA FOR DEPOSITION RETURNED SERVED - NANCY F. PADGETT 8/24/09 |
| 9/4/2009 | ORDER - PLAINTIFFS MOTION FOR PROTECTIVE ORDER & DEFENDANTS EX PARTE MOTION TO DISMISS |
| 9/4/2009 | COVER LETTER TO JUDGE FROM ATTORNEY |
| 9/3/2009 | FINANCE DISBURSEMENT FORM - CHECK MAILED - 9/3/09 #63258 |
| 8/27/2009 | MOTION - FOR CONTEMPT OF COURT BY ANDREW FIVECOAT |
| 8/27/2009 | MOTION - TO SANCTION ANDREW FIVECOAT |
| 8/27/2009 | NOTICE OF HEARING - 8/17/09 9:00AM |
| 8/26/2009 | COURT MINUTES |
| 8/25/2009 | FINANCE DISBURSEMENT FORM - TO FINANCE |
| 8/24/2009 | NOTICE OF TAKING DEPOSITION - RONALD GILLIS |
| 8/24/2009 | NOTICE OF TAKING DEPOSITION - NANCY F. PADGETT |
| 8/24/2009 | AMENDED NOTICE OF HEARING - 8/26/09 9:05 AM |
| 8/20/2009 | SUBPOENA DUCES TECUM - ISSUED. ALBERTELLI LAW. 8/20/09 |
| 8/20/2009 | RECEIPT |
| 8/17/2009 | COURT MINUTES |
| 8/17/2009 | NOTICE OF HEARING - 8/26/09 AT 9:00 AM |
| 8/17/2009 | NOTICE OF CANCELLATION OF HEARING |
| 8/12/2009 | AMENDED MOTION - EX-PARTE - TO DISMISS WITH PREJUDICE |
| 8/12/2009 | NOTICE OF HEARING - 08/26/09 @ 9:00 |
| 8/12/2009 | CANCELLATION - NOTICE OF HEARING AUGUST 17 2009 @ 10:00 AM |
| 8/12/2009 | NOTICE OF HEARING - AUGUST 17 2009 @ 9:05 AM |
| 8/11/2009 | MOTION FOR CONTEMPT - OF COURT BY ANDREW FIVECOAT |
| 8/11/2009 | MOTION - TO SANCTION ANDREW FIVECOAT |
| 8/11/2009 | NOTICE OF HEARING - 8/17/09 9AM |
| 8/10/2009 | NOTICE OF HEARING - 8/17/09 9AM |
| 7/30/2009 | ORDER - DENYING PLAINTIFFS MOTION FOR SUMMARY JUDGMENT |
| 7/30/2009 | LETTER TO JUDGE FROM ATTORNEY - WEEKS |
| 7/30/2009 | NOTICE OF VOLUNTARY DISMISSAL - AS TO COUNT II, RE-ESTABLISHMENT OF LOST NOTE - RECORDED OR BOOK 3406 PAGES 242 THRU 243 |
| 7/29/2009 | NOTICE OF FILING - AFFIDAVIT OF NON-ABANDONMENT |
| 7/29/2009 | NOTICE OF FILING - FLORIDA BAR COMPLAINT AGAINST ERIN ROSE |
| 7/29/2009 | NOTICE OF FILING - SUBPOENA DUCES TECUM SERVED - ANDREW FIVECOAT 7/14/09 |
| 7/29/2009 | NOTICE OF FILING - FLORIDA BAR COMPLAINT AGAINST ANDREW FIVECOAT |
| 7/29/2009 | NOTICE OF HEARING - 08/17/09 @ 10:00 |
| 7/29/2009 | EX PARTE - MOTION TO DISMISS WITH PREJUDICE |

| Date | Description |
|---|---|
| 7/23/2009 | LETTER TO JUDGE FROM ATTORNEY |
| 7/20/2009 | COURT MINUTES |
| 7/20/2009 | COVER LETTER TO JUDGE FROM ATTORNEY - ALBERTELLI LAW |
| 7/20/2009 | NOTICE OF VOLUNTARY DISMISSAL - AS TO COUNT II, RE-ESTABLISHMENT OF LOST NOTE - TO RECORDING |
| 7/17/2009 | MOTION TO DISMISS |
| 7/13/2009 | COPY - LETTER TO JUDGES OFFICE |
| 7/9/2009 | SUBPOENA DUCES TECUM - ISSUED - ALBERTELLI LAW - 7/20/09 @11 |
| 7/9/2009 | RECEIPT |
| 6/30/2009 | NOTICE OF VOLUNTARY DISMISSAL - AS TO COUNT II, RE ESTABLISHMENT OF LOST NOTE - RECORDED OR BOOK 3398 PAGES 343 THRU 344 |
| 6/29/2009 | NOTICE OF HEARING - 7/20/09 @ 11:00 AM |
| 6/23/2009 | NOTICE OF HEARING - JULY 20, 2009 AT 11:00 AM |
| 6/23/2009 | MORTGAGE |
| 6/23/2009 | ORIGINAL - INTEREST FIRST NOTE |
| 6/23/2009 | NOTICE OF FILING |
| 6/23/2009 | NOTICE OF VOLUNTARY DISMISSAL - AS TO COUNT II, RE ESTABLISHMENT OF LOST NOTE - TO RECORDING |
| 6/23/2009 | PLAINTIFFS - RESPONSE TO DEFENDANT RONALD P GILLIS, MOTION TO DISMISS DATED JUNE 2, 2009 |
| 6/12/2009 | COVER LETTER TO JUDGE FROM ATTORNEY |
| 6/12/2009 | ORDER - DENYING DEFENDANT, RONALD P GILLIS, MOTION TO DISMISS, OR HOLD PLAINTIFF AND ATTORNEY LIABLE FOR COSTS |
| 6/8/2009 | SUBPOENA DUCES TECUM FOR DEPOSITION RETURNED SERVED - ALBERTELLI LAW 06/02/09 |
| 6/8/2009 | MOTION - FOR PROTECTIVE ORDER - PLAINTIFF'S |
| 6/4/2009 | COURT MINUTES - 6/4/09 - MOTION DENIED |
| 6/2/2009 | MOTION TO DISMISS - FOR FAILURE TO POST NON-RESIDENT COST BOND |
| 6/2/2009 | RECEIPT |
| 5/29/2009 | SUBPOENA DUCES TECUM |
| 5/29/2009 | RECEIPT |
| 5/28/2009 | COURT MINUTES |
| 5/27/2009 | BOND - RESIDENT COST BOND |
| 5/27/2009 | NOTICE OF FILING |
| 5/27/2009 | RECEIPT |
| 5/26/2009 | NOTICE OF HEARING - 6/4/09 9AM |
| 5/26/2009 | NOTICE OF CANCELLATION OF HEARING - 5/28/09 9AM |
| 5/18/2009 | NOTICE OF HEARING - 05/28/09 @ 9:00AM |
| 4/29/2009 | AFFIDAVIT AS TO AMOUNTS DUE AND OWING |
| 4/29/2009 | NOTICE OF FILING |
| 12/15/2008 | MOTION TO DISMISS - OR HOLD PLAINTIFF AND ATTORNEY LIABLE FOR COSTS BY ALLEGED DEFENDANT |
| 12/5/2008 | ORDER - ON JOINT STIPULATION FOR WITHDRAWAL AS COUNSEL |
| 12/1/2008 | MOTION TO STRIKE |
| 12/1/2008 | MOTION - FOR DISMISSAL WITH PREJUDICE |
| 12/1/2008 | MOTION TO STRIKE |
| 12/1/2008 | MOTION TO STRIKE |
| 12/1/2008 | MOTION TO STRIKE |
| 12/1/2008 | MOTION TO STRIKE |
| 12/1/2008 | JOINT STIPULATION - FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS |
| 11/25/2008 | NOTICE - TO CLERK |
| 11/24/2008 | OBJECTION - TO TELEPHONIC HEARING |

| Date | Description |
|---|---|
| 11/24/2008 | NOTICE - OF CLERK |
| 11/24/2008 | RECEIPT |
| 11/21/2008 | MOTION TO WITHDRAW AS COUNSEL |
| 11/4/2008 | AFFIDAVIT - AS TO AMOUNTS DUE AND OWING |
| 11/4/2008 | NOTICE OF FILING |
| 10/27/2008 | COURT MINUTES |
| 10/6/2008 | NOTICE OF FILING |
| 10/6/2008 | NOTICE OF HEARING - OCTOBER 27, 2008 9:00 |
| 10/6/2008 | AFFIDAVIT - AS TO AMOUNTS DUE AND OWING |
| 9/2/2008 | PLAINTIFFS - REPLY TO DEFENDANT, RONALD P GILLISS ANSWER AND AFFIRMATIVE DEFENSES |
| 8/4/2008 | NOTICE OF VOLUNTARY DISMISSAL - OF DEFENDANTS UNKNOWN SPOUSE OF RONALD P GILLIS, TENANT #1, TENANT #2, TENANT #3, TENANT #4 - RECORDED OR BOOK 3313 PAGES 1833 THRU 1834 |
| 7/18/2008 | MOTION FOR DEFAULT - DENIED RONALD P GILLIS, SUN TRUST BANK |
| 7/18/2008 | AFFIDAVIT OF NON MILITARY SERVICE |
| 7/18/2008 | PLAINTIFFS - MOTION FOR SUMMARY JUDGMENT INCLUDING A HEARING TO TAX ATTORNEYS FEES AND COSTS |
| 7/18/2008 | NOTICE OF VOLUNTARY DISMISSAL - OF DEFENDANTS UNKNOWN SPOUSE OF RONALD P GILLIS, TENANT #1, TENANT #2, TENANT #3, TENANT #4 - TO RECORDING |
| 5/30/2008 | DEFENDANT - RONALD P. GILLIS ANSWER TO FORECLOSURE COMPLAINT |
| 5/6/2008 | ORDER - ON DEFENDANTS MOTION FOR EXTENSION TO TIME TO RESPOND TO COMPLAINT |
| 4/29/2008 | ORDER - ON EX PARTE MOTION TO ENLARGE TIME |
| 4/24/2008 | DEFENDANTS - AMENDED EX PARTE MOTION TO ENLARGE TIME |
| 4/11/2008 | DEFENDANTS - EX PARTE MOTION TO ENLARGE TIME |
| 4/11/2008 | NOTICE OF APPEARANCE OF COUNSEL FILED BY |
| 3/12/2008 | SUMMONS RETURNED UNEXECUTED - TENANT #2 |
| 3/12/2008 | SUMMONS RETURNED UNEXECUTED - TENANT #1 |
| 3/12/2008 | SUMMONS ISSUED - SUNTRUST BANK 2-5-08 |
| 3/12/2008 | SUMMONS RETURNED UNEXECUTED - UNKNOWN SPOUSE OF RONALD P GILLIS |
| 3/12/2008 | SUMMONS RETURNED SERVED - RONALD P GILLIS 1-28-08 |
| 1/18/2008 | NOTICE OF LIS PENDENS - RECORDED OR BOOK 3251 PAGE 1643 |
| 1/18/2008 | CONFIRMATION LETTER |
| 1/17/2008 | SUMMONS ISSUED - TENANT 1 |
| 1/17/2008 | SUMMONS ISSUED - UNKNOWN SPOUSE OF RONALD P GILLIS |
| 1/17/2008 | SUMMONS ISSUED - RONALD P GILLIS |
| 1/17/2008 | SUMMONS ISSUED - TENANT 2 |
| 1/17/2008 | SUMMONS ISSUED - SUNTRUST BANK |
| 1/17/2008 | RECEIPT |
| 1/16/2008 | MORTGAGE FORECLOSURE COMPLAINT |
| 1/16/2008 | NOTICE OF LIS PENDENS - - TO RECORDING |
| 1/16/2008 | CIVIL COVER SHEET |

