**Exhibit 2**

07-02944

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS AS
TRUSTEE FOR GMAC-RFC MASTER SERVICING,
    Plaintiff,

CASE NO.: 08-000252-CA
vs.    DIVISION:

RONALD P. GILLIS, et al,
    Defendant(s).
_____/

## ORDER GRANTING MOTION TO STRIKE PLEADINGS AND FOR JUDICIAL DEFAULT AGAINST RONALD P. GILLIS

THIS MATTER came on for consideration on September 27, 2010, upon the Plaintiff's Motion to Strike Pleadings, for Default, and for the Entry of Default Final Judgment, and the Court, having heard the arguments of Counsel and Defendant, and being otherwise fully advised in the premises, it is, ORDERED AND ADJUDGED:

1.     The Plaintiff's Motion to Strike Pleadings is hereby GRANTED.

2.     The Plaintiff's Motion for Judicial Default as to Ronald P. Gillis is hereby GRANTED.

3.     Ronald P. Gillis's pleadings are hereby stricken from the record, and a judicial default is hereby entered.

DONE AND ORDERED in Chambers this _____ day of _____, 2010 in Charlotte County, Florida.

_____
Circuit Court Judge

ORIGINAL SIGNED
OCT 0 1 2010
GEORGE C. RICHARDS
CIRCUIT JUDGE

Conformed Copies to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
All parties listed on the attached service list
EMRQ - 07-02944

## Service List

Ronald P. Gillis
P.O. Box 380842
Murdock, FL 33938

SunTrust Bank
c/o Authorized Representative
21260 Olean Boulevard
Port Charlotte, FL 33952