**Exhibit 3**

Second District Court of Appeal Case Docket

## Florida Second District Court of Appeal Docket

# Case Docket

### Case Number: 2D10-4757

### Non-Final Civil Other Notice from Charlotte County

### RONALD P. GILLIS vs. DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL

### Lower Tribunal Case(s): 08-000252-CA

Right-click to copy shortcut directly to this page

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 09/29/2010 | Notice of Appeal Filed | | Ronald P. Gillis | DUPLICATE NOA RECEIVED ON 10/4/10 |
| 09/29/2010 | order appealed | | | |
| 10/06/2010 | fee - civil; pro se | | | |
| 10/15/2010 | Notice | | Ronald P. Gillis | OF TAKING TELEPHONIC DEPOSITION |
| 10/18/2010 | Notice of Related Case | | Ronald P. Gillis | 08-252-CA |
| 10/20/2010 | Request for Judicial Notice | | Ronald P. Gillis | |
| 10/29/2010 | OSC nonfinal, nonappealable civil | 11/13/2010 | | Tic Cab/JB |
| 10/29/2010 | Emergency Motion To Stay | | Ronald P. Gillis | |
| 10/29/2010 | Miscellaneous Motion | | Ronald P. Gillis | "Petition in the Nature of a Motion to Waive All Appellate Fees" |
| 11/01/2010 | fee affidavit in appeals/wrong court | | | |
| 11/12/2010 | RESPONSE | | Ronald P. Gillis | AA's response... |
| 11/15/2010 | ORD-FROM CIRCUIT COURT | | | RICHARDS - 11/05/10 DIRECTING DEFENDANT TO SUPPLEMENT PETITION |
| 11/22/2010 | ORD-SUA SPONTE DISMISSAL | | | |
| 11/22/2010 | Dismissed - Order by Judge | | | Casanueva, Whatley, Kelly |
| 11/22/2010 | Order Denying Stay | | | as moot |
| 11/24/2010 | Motion for Extension of Time | | Ronald P. Gillis | TO WAIVE OR PAY FILING FEES |
| 11/24/2010 | Miscellaneous Motion | | Ronald P. Gillis | SECOND PETITION IN THE NATURE OF A MOTION TO WAIVE ALL AA FEES |

| | | | | |
|---|---|---|---|---|
| 11/30/2010 | Deny EOT (General)-74d | | | |
| 11/30/2010 | Deny Miscellaneous Motion-79a | | | |
| 12/06/2010 | Miscellaneous Motion | | Ronald P. Gillis | PETITION IN THE NATURE OF A MOTION FOR MORE DEFINITE STATEMENT |
| 12/16/2010 | Deny Miscellaneous Motion-79a | | | |
| 02/04/2011 | Case Closed | | | |
| 03/02/2011 | Case Permanent | | | SET VIA AUTO PERMANENT APPLICATION |
| 06/17/2014 | Case Destroyed | | | |

Printer Friendly View