**Exhibit 4**

## Florida Second District Court of Appeal Docket

# Case Docket

### Case Number:  2D13-4181

### Non-Final Civil Other Notice from Charlotte County

### RONALD P. GILLIS  vs.  DEUTSCHE BANK TRUST COMPANY

### Lower Tribunal Case(s): 08-000252-CA

Right-click to copy shortcut directly to this page

Printer Friendly View

| Date Docketed | Description | Date Due | Filed By | Notes |
|---|---|---|---|---|
| 08/30/2013 | Notice of Appeal Filed | | Ronald P. Gillis | |
| 08/30/2013 | order appealed | | | |
| 09/03/2013 | fee - civil; pro se | 10/13/2013 | | |
| 09/09/2013 | proceed per 9.130(a)(5) - challenges | | | |
| 10/10/2013 | Case Filing Fee | | | |
| 10/21/2013 | Notice of Appearance | | Dean A. Morande, Esq. 807001 | |
| 11/05/2013 | OBJECTION | | Ronald P. Gillis | AND JUDICIAL NOTICE REGARDING APPEARANCE OF AN ATTORNEY (noted) |
| 11/12/2013 | Request for Judicial Notice | | Ronald P. Gillis | |
| 11/12/2013 | Request for Judicial Notice | | Ronald P. Gillis | |
| 11/12/2013 | Request for Judicial Notice | | Ronald P. Gillis | |
| 11/13/2013 | Request for Judicial Notice | | Ronald P. Gillis | |
| 11/20/2013 | Deny Miscellaneous Motion-79a | | | all requests for Judicial Notice |
| 11/27/2013 | Emergency Motion | | Ronald P. Gillis | FOR INJUNCTION TO NEW YORK BANKRUPTCY COURT TO ESTOPPLE LT PROCEEDINGS (FLORIDA CIVIL) |
| 12/02/2013 | Motion for Extension of Time | | Ronald P. Gillis | TO PAY FILING FEE TO LT CLERK OR OBTAIN AN ORDER OF INDIGENCY |
| 12/02/2013 | Motion To Appear Forma Pauperis | | Ronald P. Gillis | |
| 12/03/2013 | Suggestion of Bankruptcy | | Ronald P. Gillis | |
| 12/05/2013 | Emergency Motion | | Ronald P. Gillis | EXPEDITED MOTION FOR INJUNCTION |

| Date | Type | Date2 | Party | Description |
|---|---|---|---|---|
| | | | | TO NEW YORK BANKRUPTCY COURT TO ESTOPPLE LOWER COURT PROCEEDINGS (FLORIDA CIVIL) SIGNED COPY W/PROPOSED ORDER TO BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK (UNSIGNED) |
| 12/06/2013 | Emergency Motion | | Ronald P. Gillis | TO ENFORCE THE AUTOMATIC STAY PER 11 U.S.C. §362(a)(1) [directed to Middle District of Florida-US Bankrupcty Court] |
| 12/13/2013 | Notice | | | OF HEARING - US BANKRUPTCY COURT 01/23/14 |
| 12/20/2013 | OBJECTION | | Ronald P. Gillis | AND MOTION TO STRIKE THE PURPORTED NOTICE OF APPEARANCE AS SAID NOTICE IS AN ATTEMPT TO INTRODUCE & FILE NEW EVIDENCE INTO THE APPEALS |
| 12/20/2013 | Motion To Strike | | Ronald P. Gillis | (CONTAINED IN THE OBJECTION) THE PURPORTED NOTICE OF APPEARANCE AS SAID NOTICE IS AN ATTEMPT TO INTRODUCE & FILE NEW EVIDENCE INTO THE APPEALS CASE 2d13-4181 NOT YET REVIEWED BY THE LOWER TRIBUNAL |
| 12/27/2013 | bankruptcy stay | 04/26/2014 | | tic cab JPC |
| 01/28/2014 | Motion To Strike | | Ronald P. Gillis | PURPORTED NOTICE OF APPEARANCE FILED O N10/21/13 |
| 01/28/2014 | Notice | | Ronald P. Gillis | OF BANKRUPTCY COURT DISMISSING BANKRUPTCY CASE |
| 01/28/2014 | OBJECTION | | Ronald P. Gillis | TO PURPORTED NOTICE OF APPEARANCE ETC. |
| 01/30/2014 | Deny Miscellaneous Motion-79a | | | emergency expedited motion |
| 01/30/2014 | Deny Miscellaneous Motion-79a | | | motion to appear in forma pauperis |
| 01/30/2014 | Deny Miscellaneous Motion-79a | | | emergency motion to estop lower court proceedings |
| 01/30/2014 | Deny Miscellaneous Motion-79a | | | ermegency motion to enforce bankruptcy stay |
| 01/30/2014 | Deny Motion to Strike-13a | | | motions to strike |
| 01/30/2014 | Deny EOT (General)-74d | | | to file indigency |
| 02/17/2014 | Motion To Appear Forma Pauperis | | Ronald P. Gillis | "SECOND" |
| 02/19/2014 | Motion To Dismiss | | Dean A. Morande, Esq. 807001 | APPEAL |
| 02/24/2014 | Deny Miscellaneous Motion-79a | | | |
| 02/25/2014 | ORD-TO FILE RESPONSE | 03/07/2014 | | Tic/JT |
| 03/06/2014 | OBJECTION | | Ronald P. Gillis | VERIFIED AFFIDAVIT AND MOTION IN OPPOSITION TO PURPORTED AE'S MOTION TO DISMISS |
| 03/14/2014 | ORD-GRANTING APLEE'S MOTION TO DISMISS | | | JT |
| 03/14/2014 | Dismissed - Order by Judge | | | Kelly, Morris, and Black |
| 03/28/2014 | Motion For Rehearing | | Ronald P. Gillis | with oral argument |

| | | | | |
|---|---|---|---|---|
| 03/28/2014 | Motion For Rehearing EN BANC | | Ronald P. Gillis | |
| 04/03/2014 | Suggestion of Bankruptcy | | Ronald P. Gillis | |
| 04/10/2014 | RESPONSE | | Dean A. Morande, Esq. 807001 | in opposition to motions for rehearing, rehearing en banc and oral argument |
| 04/25/2014 | bankruptcy stay | 08/23/2014 | | Tic/JT |
| 06/24/2014 | Notice of Filing | | Dean A. Morande, Esq. 807001 | ORDER DISMISSING BANKRUPTCTY AND MOTION TO LIFT STAY |
| 08/18/2014 | Grant Miscellaneous Motion-79 | | | |
| 08/18/2014 | ORD-DENYING REHEARING | | | |
| 08/18/2014 | MISCELLANEOUS ORDER | | | en banc stricken |
| 08/18/2014 | Notice | | Ronald P. Gillis | OF REMOVAL OF FEDERAL COURT |
| 08/20/2014 | MISCELLANEOUS ORDER | | | removal of case, rehearing |
| 11/13/2014 | Case Closed | | | |

[Printer Friendly View]