**Exhibit 5**

Middle District of Florida Live Database
DomSupportCertDue, PriorCase, DebtEdDue, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Middle District of Florida (Ft. Myers)
### Bankruptcy Petition #: 9:13-bk-15823-FMD

|  |  |
|---|---|
| *Assigned to:* Caryl E. Delano | *Date filed:* 12/02/2013 |
| Chapter 13 | *Date terminated:* 06/17/2014 |
| Voluntary | *Debtor dismissed:* 01/17/2014 |
| Asset | *341 meeting:* 01/09/2014 |
|  | *Deadline for filing claims:* 04/09/2014 |

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Ronald Gillis**
PO Box 380842
Murdock, FL 33938
CHARLOTTE-FL
413-622-2282
SSN / ITIN: xxx-xx-5867

represented by **Ronald Gillis**
PRO SE

**Trustee**
**Jon Waage**
P O Box 25001
Bradenton, FL 34206-5001
941-747-4644

**U.S. Trustee**
**United States Trustee - FTM7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 12/02/2013 | 1 (16 pgs) | Voluntary Petition under Chapter 13. Filing Fee Paid. Schedules D,E,F. *Statement of Financial Affairs Not Filed. Disclosure of Compensation Not Filed or Not Required. Statement of Monthly Income and Disposable Income Calculation Not Filed.* Filed by Ronald Gillis. (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | 2 | Statement of Debtors Social Security Numbers Filed by Debtor Ronald Gillis. (Jeffery H.) (Entered: 12/02/2013) |

| | | |
|---|---|---|
| 12/02/2013 | [3](#) (1 pgs) | Certificate of Credit Counseling. Date Course was Completed: 11/27/2013. Filed by Debtor Ronald Gillis. (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | | Prior Bankruptcy Case(s): **Case Number 9-98-bk-07221-ALP, Chapter 7, Discharged 8/10/1998** . (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | | Receipt of Filing Fee for Chapter 13 Petition. Receipt Number 109279. Amount Paid $281. (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | [4](#) (2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 1/9/2014 at 10:30 AM at Ft. Myers, FL (892) - #2-101 United States Courthouse, 2110 First Street. Last day to oppose discharge or dischargeability is 3/10/2014. Proofs of Claims due by 4/9/2014. Initial Confirmation hearing to be held on 2/20/2014 at 01:30 PM at Ft. Myers, FL - Room 4-117, Courtroom E, United States Courthouse, 2110 First Street, Ft. Myers, FL. (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | [5](#) (4 pgs) | Notice of Deficient Filing. (Summary of Schedules, Schedules A,B,C,G,H,I,J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Ch 13 Statement of Income and Means Test Calculation of Commitment Period and Disposable Income, Chapter 13 Plan Not Filed) . Compliance required no later than 12/16/2013. (Jeffery H.) (Entered: 12/02/2013) |
| 12/02/2013 | [6](#) (6 pgs) | Order Establishing Duties of Trustee and Debtor, and Confirmation Procedures, Ordering Debtor's Compliance, Allowing Administrative Expenses, and Ordering Adequate Protection Payments. Signed on 12/02/2013. (ADIclerk) (Entered: 12/02/2013) |
| 12/04/2013 | [7](#) (8 pgs) | Emergency Motion *to Enforce the Automatic Stay Per 11 U.S.C. 362(a)(1)* Filed by Debtor Ronald Gillis (Anel) (Entered: 12/04/2013) |
| 12/04/2013 | [8](#) (5 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # [5](#))). Notice Date 12/04/2013. (Admin.) (Entered: 12/05/2013) |
| 12/04/2013 | [9](#) (4 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # [4](#))). Notice Date 12/04/2013. (Admin.) (Entered: 12/05/2013) |
| 12/04/2013 | [10](#) (8 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # [6](#))). Notice Date 12/04/2013. (Admin.) (Entered: 12/05/2013) |

| | | |
|---|---|---|
| 12/06/2013 | [11](#) (2 pgs) | Notice of Hearing on Emergency Motion to Enforce the Automatic Stay Per 11 U.S.C. 362(a)(1) Filed by Debtor Ronald Gillis (related document(s)[7](#)). Hearing scheduled for 1/23/2014 at 02:10 PM at Ft. Myers, FL - Room 4-117, Courtroom E, United States Courthouse, 2110 First Street, Ft. Myers, FL. (Anel) (Entered: 12/06/2013) |
| 12/08/2013 | [12](#) (4 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # [11](#))). Notice Date 12/08/2013. (Admin.) (Entered: 12/09/2013) |
| 12/16/2013 | [13](#) (1 pg) | Motion to Extend Time *to File Summary of Schedules, Schedules A,B,C,G,H,I,J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Ch 13 Statement of Income and Means Test Calculation of Commitment Period and Disposable Income and Chapter 13 Plan* Filed by Debtor Ronald Gillis (related document(s)[5](#)). (Anel) (Entered: 12/17/2013) |
| 12/17/2013 | [14](#) (2 pgs) | Order Granting Motion to Extend Time *to File Summary of Schedules, Schedules A,B,C,G,H,I,J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Ch 13 Statement of Income and Means Test Calculation of Commitment Period and Disposable Income and Chapter 13 Plan Until December 30, 2013* (Related Doc [13](#)). Service Instructions: Clerks Office to serve. (Anel) (Entered: 12/17/2013) |
| 12/19/2013 | [15](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [14](#))). Notice Date 12/19/2013. (Admin.) (Entered: 12/20/2013) |
| 12/31/2013 | [16](#) (23 pgs) | Schedule A,Schedule B,Schedule C,Schedule G,Schedule H,Schedule I,Schedule J, Filing Fee Not Paid or Not Required., Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) , Summary of Schedules Filed by Debtor Ronald Gillis. (Anel) (Entered: 01/03/2014) |
| 12/31/2013 | [17](#) (5 pgs) | Amended Chapter 13 Plan with Service Upon All Creditors via BNC Filed by Debtor Ronald Gillis. (Anel) (Entered: 01/03/2014) |
| 01/05/2014 | [18](#) (7 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [17](#))). Notice Date 01/05/2014. (Admin.) (Entered: 01/06/2014) |
| | [19](#) | Order Dismissing Case *(The hearing on the Debtors* |

| | | |
|---|---|---|
| 01/17/2014 | (2 pgs) | *Emergency Motion to Enforce the Automatic Stay (Doc. No. 7), scheduled for January 23, 2014, at 2:10 p.m., is CANCELED.) Service to Debtor by US Mail* (related document(s)[5](#)). Service Instructions: Clerks Office to serve. (Anel) Modified on 1/17/2014 (Anel). (Entered: 01/17/2014) |
| 01/19/2014 | [20](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [19](#))). Notice Date 01/19/2014. (Admin.) (Entered: 01/20/2014) |
| 04/10/2014 | [21](#) (2 pgs) | Notice of Appearance and Request for Notice Filed by Austin M Noel on behalf of Creditor Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS8. (Noel, Austin) (Entered: 04/10/2014) |
| 05/15/2014 | [22](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Waage, Jon) (Entered: 05/15/2014) |
| 06/17/2014 | | Bankruptcy Case Closed. (Ryan) (Entered: 06/17/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2015 13:01:00 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73304-0000012-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 9:13-bk-15823-FMD Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |