**Exhibit 6**

CLOSED, DebtEdDue, PriorCase, DISMISSED

# U.S. Bankruptcy Court
## Middle District of Florida (Ft. Myers)
### Bankruptcy Petition #: 9:14-bk-03449-FMD

*Assigned to:* Caryl E. Delano
Chapter 13
Voluntary
Asset

*Date filed:* 03/28/2014
*Date terminated:* 08/18/2014
*Debtor dismissed:* 04/30/2014
*341 meeting:* 05/01/2014

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**
**Ronald Gillis**
PO Box 380842
Murdock, FL 33938
CHARLOTTE-FL
413-622-2282
SSN / ITIN: xxx-xx-5867

represented by **Ronald Gillis**
PRO SE

**Trustee**
**Jon Waage**
P O Box 25001
Bradenton, FL 34206-5001
941-747-4644

**U.S. Trustee**
**United States Trustee - FTM7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2014 | [1](#) (12 pgs) | Voluntary Petition under Chapter 13. Filing Fee Paid. Schedules F. *Schedules A,B,C,D,E,G,H, and I Not Filed. Statement of Financial Affairs Not Filed. Disclosure of Compensation Not Filed or Not Required. Statement of Monthly Income and Disposable Income Calculation Not Filed.* Filed by Ronald Gillis. (Cheung, Ahyen) Modified on 4/2/2014 (Deborah K.). (Entered: 03/31/2014) |
|  |  | Receipt of Filing Fee. Receipt Number 112147, Fee Amount |

| | | |
|---|---|---|
| 03/28/2014 | | $281.00 (related document(s)1). (Ahyen) (Entered: 03/31/2014) |
| 03/28/2014 | 2 | Statement of Debtors Social Security Numbers Filed by Debtor Ronald Gillis. (Ahyen) (Entered: 03/31/2014) |
| 03/28/2014 | 3<br>(1 pg) | Certificate of Credit Counseling. Date Course was Completed: 11/27/2013. Filed by Debtor Ronald Gillis. (Ahyen) (Entered: 03/31/2014) |
| 03/31/2014 | | Prior Bankruptcy Case(s): **Case Number 9:98-bk-7221-ALP, Chapter 7, Discharged: 8/10/1998; 9:13-bk-15823-FMD, Chapter 13, Dismissed; 1/17/2014** . (Ahyen) (Entered: 03/31/2014) |
| 03/31/2014 | 4<br>(2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 5/1/2014 at 11:30 AM at Ft. Myers, FL (892) - #2-101 United States Courthouse, 2110 First Street. Last day to oppose discharge or dischargeability is 6/30/2014. Proofs of Claims due by 7/30/2014. Initial Confirmation hearing to be held on 6/5/2014 at 01:30 PM at Ft. Myers, FL - Room 4-117, Courtroom E, United States Courthouse, 2110 First Street, Ft. Myers, FL. (Ahyen) (Entered: 03/31/2014) |
| 03/31/2014 | 5<br>(4 pgs) | Notice of Deficient Filing. Summary of Schedules, Schedules A-E,H-J, Declaration Concerning Schedules, Statement of Financial Affairs, Statement of Income, Chapter 13 Plan . Compliance required no later than 4/11/2014. (Ahyen) (Entered: 03/31/2014) |
| 03/31/2014 | 6<br>(6 pgs) | Order Establishing Duties of Trustee and Debtor, and Confirmation Procedures, Ordering Debtor's Compliance, Allowing Administrative Expenses, and Ordering Adequate Protection Payments. Signed on 03/31/2014. (ADIclerk) (Entered: 03/31/2014) |
| 04/02/2014 | 7<br>(5 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 5)). Notice Date 04/02/2014. (Admin.) (Entered: 04/03/2014) |
| 04/02/2014 | 8<br>(4 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 4)). Notice Date 04/02/2014. (Admin.) (Entered: 04/03/2014) |
| 04/02/2014 | 9<br>(8 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 6)). Notice Date 04/02/2014. (Admin.) (Entered: 04/03/2014) |
| | 10 | Request for Notice Filed by Creditor Recovery Management |

| | | |
|---|---|---|
| 04/07/2014 | (1 pg) | Systems Corp.. (GE Money Bank) (Entered: 04/07/2014) |
| 04/11/2014 | [11](#) (1 pg) | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor Ronald Gillis (Patricia H.) (Entered: 04/15/2014) |
| 04/15/2014 | [12](#) (1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information *(April 28, 2014)* (Related Doc # [11](#)) Service Instructions: Clerks Office to serve. (Patricia H.) (Entered: 04/15/2014) |
| 04/17/2014 | [13](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [12](#))). Notice Date 04/17/2014. (Admin.) (Entered: 04/18/2014) |
| 04/28/2014 | [14](#) (28 pgs) | Summary of Schedules , Schedule A,Schedule B,Schedule C,Schedule G,Schedule H,Schedule I,Schedule J, Filing Fee Not Paid or Not Required., Statement of Financial Affairs Filed by Debtor Ronald Gillis (related document(s)[1](#), [5](#)). (Patricia H.) (Entered: 04/30/2014) |
| 04/28/2014 | [15](#) (5 pgs) | Chapter 13 Plan Filed by Debtor Ronald Gillis (related document(s)[5](#)). (Patricia H.) (Entered: 04/30/2014) |
| 04/30/2014 | [16](#) (2 pgs) | Order Dismissing Case (related document(s)[1](#), [14](#), [15](#), [12](#), [5](#)). Service Instructions: Clerks Office to serve. (Patricia H.) (Entered: 04/30/2014) |
| 05/02/2014 | [17](#) (4 pgs) | BNC Certificate of Mailing - Order/Notice Dismissing Case. (related document(s) (Related Doc # [16](#))). Notice Date 05/02/2014. (Admin.) (Entered: 05/03/2014) |
| 05/05/2014 | [18](#) (2 pgs) | Notice of Appearance and Request for Notice Filed by Austin M Noel on behalf of Creditor Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS8. (Noel, Austin) (Entered: 05/05/2014) |
| 07/15/2014 | [19](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Waage, Jon) (Entered: 07/15/2014) |
| 08/18/2014 | | Bankruptcy Case Closed. (Bernadette) (Entered: 08/18/2014) |

### PACER Service Center

| | Transaction Receipt | | |
|---|---|---|---|
| | 02/04/2015 13:10:28 | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73304-0000012-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 9:14-bk-03449-FMD Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |