**Exhibit 7**

# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CIVIL DOCKET FOR CASE #: 2:14-cv-00418-SPC-DNF

Gillis v. Deutsche Bank Trust Company Americas
Assigned to: Judge Sheri Polster Chappell
Referred to: Magistrate Judge Douglas N. Frazier
Case in other court:  State Court- Filed on 1/16/2008, 08-252CA
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 07/29/2014
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**
**Ronald P. Gillis**  represented by  **Ronald P. Gillis**
P.O. Box 380842
Murdock, FL 33938
413/622-2282
PRO SE

V.

**Defendant**
**Deutsche Bank Trust Company Americas**
*as Trustee*

represented by  **Amber Kourofsky**
Albertelli Law
5404 Cypress Center Dr., Suite 300
PO Box 23028
Tampa, FL 33623-2028
813/221-4743
Fax: 813/221-9171
Email: akourofsky@albertellilaw.com
*TERMINATED: 10/08/2014*
*LEAD ATTORNEY*

**Andrew Lee Fivecoat**
James E. Albertelli, PA d/b/a Albertelli Law
5404 Cypress Center Dr
Tampa, FL 33609
813/221-4743
Fax: 813/221-9171
Email: andrew.fivecoat@consuegralaw.com
*TERMINATED: 09/15/2014*
*LEAD ATTORNEY*

**Christopher W. Smart**
Carlton Fields Jorden Burt, PA

4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601-3239
813/229-4142
Email: csmart@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Bagge**
Carlton Fields Jorden Burt, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601-3239
813-223-7000
Fax: 813-229-4133
Email: sbagge@cfjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**GMAC-RFC Master Servicing**          represented by    **Justin T. Wong**
Troutman Sanders, LLP
600 Peachtree St NE Ste 5200
Atlanta, GA 30308-2216
404/885-3974
Fax: 404/885-3900
Email: justin.wong@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Homecomings Financial**              represented by    **Justin T. Wong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Erin Mae Rose Quinn**                represented by    **Amber Kourofsky**
(See above for address)
*TERMINATED: 12/16/2014*
*LEAD ATTORNEY*

**Kevin Richard Gowen , II**
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
Email: kgowen@rumberger.com

Suzanne Barto Hill
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave - Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
Fax: 407/841-2133
Email: shill@rumberger.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

Andrew Lee Fivecoat     represented by    **Amber Kourofsky**
(See above for address)
*TERMINATED: 12/16/2014*
*LEAD ATTORNEY*

**Kevin Richard Gowen , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne Barto Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2014 | 1 | NOTICE OF REMOVAL from 20th Judicial Circuit in and for Charlotte County, case number 08-252CA filed in State Court on 1/16/2008 filed by Ronald P. Gillis. (SPB) (Entered: 07/31/2014) |
| 07/29/2014 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald P. Gillis. (SPB) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 07/31/2014) |
| 07/29/2014 | 3 | AFFIDAVIT of indigency by Ronald P. Gillis. (SPB) (Entered: 07/31/2014) |
| 07/31/2014 | 4 | STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 7/31/2014. (SPB) (Entered: 07/31/2014) |
| 08/14/2014 | 6 | NOTICE of filing by Ronald P. Gillis. (SPB) (Entered: 08/19/2014) |
| 08/14/2014 | 7 | NOTICE of filing by Ronald P. Gillis re 1 Notice of Removal (SPB) (Entered: 08/19/2014) |
| 08/14/2014 | 8 | NOTICE of filing by Ronald P. Gillis re 1 Notice of Removal (SPB) (Entered: 08/19/2014) |

| | | |
|---|---|---|
| 08/14/2014 | 9 | NOTICE of filing by Ronald P. Gillis re 1 Notice of Removal (SPB) (Entered: 08/19/2014) |
| 08/14/2014 | 10 | SECOND MOTION for leave to proceed in forma pauperis/affidavit of indigency by Ronald P. Gillis. (SPB) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 08/19/2014) |
| 08/18/2014 | 5 | ORDER denying without prejudice 2 Ronald P. Gillis's Application to Proceed in District Court Without Prepayment of Costs. Within 14 days from the date of this Order, Mr. Gillis shall comply with Local Rule 4.02(b) or file a complaint in accordance with the Federal Rules of Civil Procedure. If Mr. Gillis fails to do so, the Court will recommend that this case be dismissed. Signed by Magistrate Judge Douglas N. Frazier on 8/18/2014. (CAS) (Entered: 08/18/2014) |
| 08/27/2014 | 11 | THIRD MOTION for leave to proceed in forma pauperis/affidavit of indigency by Ronald P. Gillis. (LMF) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 08/27/2014) |
| 08/27/2014 | 12 | NOTICE by Ronald P. Gillis re 1 Notice of Removal. (Attachments: # 1 Exhibit, # 2 Exhibit continued, # 3 Exhibit continued, # 4 Exhibit continued, # 5 Exhibit continued, # 6 Exhibit continued, # 7 Exhibit continued, # 8 Exhibit continued, # 9 Exhibit continued, # 10 Exhibit continued, # 11 Exhibit continued, # 12 Exhibit continued, # 13 Exhibit continued, # 14 Exhibit continued, # 15 Exhibit continued) (LMF) (Entered: 08/27/2014) |
| 08/28/2014 | 13 | ORDER for Andrew Fivecoat to comply with the administrative procedures regarding electronic filing. Signed by All Divisional Judges on 8/28/2014. (BJH) (Entered: 08/28/2014) |
| 08/28/2014 | 14 | MOTION for miscellaneous relief, specifically to order case file transfer to Federal Court by Ronald P. Gillis. (Attachments: # 1 Mailing Envelope)(SPB) (Entered: 09/02/2014) |
| 08/29/2014 | 16 | COMPLAINT against Deutsche Bank Trust Company Americas, GMAC-RFC Master Servicing, Homecomings Financial, Erin Mae Rose Quinn, Andrew Lee Fivecoat with Jury Demand filed by Ronald P. Gillis.(SPB) (Entered: 09/15/2014) |
| 09/09/2014 | 15 | ORDER denying as moot 10 Ronald P. Gillis's Affidavit of Indigency. Signed by Magistrate Judge Douglas N. Frazier on 9/9/2014. (CAS) (Additional attachment(s) added on 9/24/2014: # 1 Main Document) (LMF). (Entered: 09/09/2014) |
| 09/15/2014 | 17 | NOTICE by Deutsche Bank Trust Company Americas *CHANGE OF RESPONSIBLE ATTORNEY* (Kourofsky, Amber) (Entered: 09/15/2014) |
| 09/22/2014 | 18 | Judicial Notice by Ronald P. Gillis (SPB) (Entered: 09/23/2014) |
| 09/25/2014 | 19 | ORDER granting 11 Plaintiff's Amended (Third) Affidavit of Indigency. The Clerk is directed to file all pleadings in this cause without prepayment of costs, and the United States Marshal, upon receipt of appropriate instructions in proper form from the Plaintiff, is directed to effect service of process without prepayment of costs or fees. The Clerk is directed to provide Plaintiff with 5 sets of the following: Notice of Lawsuit and Request for Waiver of Service of Summonses, Waiver of Service of Summonses, Summonses, and U.S. Marshal Forms 285. The Plaintiff shall have 30 days from the date of this Order to prepare and forward the completed service |

| | | |
|---|---|---|
| | | documents along with sufficient copies of the Complaint to the Clerk for service by the United States Marshal. Signed by Magistrate Judge Douglas N. Frazier on 9/25/2014. (CAS) (Entered: 09/25/2014) |
| 09/25/2014 | 20 | ORDER denying as moot 14 Plaintiff's Motion to Order Case File Transfer to Federal Court. Signed by Magistrate Judge Douglas N. Frazier on 9/25/2014. (CAS) (Entered: 09/25/2014) |
| 09/26/2014 | 21 | NOTICE of Appearance by Justin T. Wong on behalf of GMAC-RFC Master Servicing, Homecomings Financial (Wong, Justin) (Entered: 09/26/2014) |
| 09/26/2014 | 22 | SUGGESTION of Bankruptcy by GMAC-RFC Master Servicing, Homecomings Financial. (Wong, Justin) (Entered: 09/26/2014) |
| 09/26/2014 | 23 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 10/10/2014. Signed by Judge Sheri Polster Chappell on 9/26/2014. (BJH) (Entered: 09/26/2014) |
| 09/26/2014 | 24 | INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 10/10/2014. Signed by All Divisional Judges on 9/26/2014. (BJH) (Entered: 09/26/2014) |
| 10/01/2014 | 25 | NOTICE of Appearance by Christopher W. Smart on behalf of Deutsche Bank Trust Company Americas (Smart, Christopher) (Entered: 10/01/2014) |
| 10/06/2014 | 26 | STIPULATION *for Substitution of Counsel* by Deutsche Bank Trust Company Americas. (Kourofsky, Amber) Modified on 10/7/2014, to correct event type (SPB). (Entered: 10/06/2014) |
| 10/06/2014 | 27 | JUDICIAL NOTICE (service) by Ronald P. Gillis (SPB) (Entered: 10/08/2014) |
| 10/06/2014 | 28 | SUMMONS issued as to Deutsche Bank Trust Company Americas, Andrew Lee Fivecoat, GMAC-RFC Master Servicing, Homecomings Financial, Erin Mae Rose Quinn. (SPB) (Entered: 10/08/2014) |
| 10/08/2014 | 29 | ORDER granting 26 Stipulation for Substitution of Counsel. The Clerk is directed to substitute attorney Christopher W. Smart of the law firm Carlton Fields Jorden Burt as counsel for Defendant Deutsche Bank in this matter. The Clerk is directed to remove the law firm of Albertelli Law and its attorneys from receiving any further notices of electronic filing in this matter. Albertelli Law and its attorneys shall have no further responsibility in this matter. Signed by Magistrate Judge Douglas N. Frazier on 10/8/2014. (CAS) (Entered: 10/08/2014) |
| 10/09/2014 | 30 | AMENDED NOTICE of Bankruptcy Status by GMAC-RFC Master Servicing, Homecomings Financial. Amendment to 22 Suggestion of *Bankruptcy*. (Wong, Justin) Modified on 10/10/2014, to correct docket entry title (SPB). (Entered: 10/09/2014) |
| 10/09/2014 | 31 | REQUEST for waiver of Service sent to Deutsche Bank Trust Company Americas on 10/9/14 by Ronald P. Gillis. (SPB) (Entered: 10/10/2014) |
| 10/09/2014 | 32 | REQUEST for waiver of Service sent to GMAC-RFC Master Servicing on 10/9/14 by Ronald P. Gillis. (SPB) (Entered: 10/10/2014) |
| 10/09/2014 | 33 | REQUEST for waiver of Service sent to Homecomings Financial on 10/9/14 by Ronald P. Gillis. (SPB) (Entered: 10/10/2014) |

| | | |
|---|---|---|
| 10/09/2014 | 34 | REQUEST for waiver of Service sent to Erin Mae Rose Quinn on 10/9/14 by Ronald P. Gillis. (SPB) (Entered: 10/10/2014) |
| 10/09/2014 | 35 | REQUEST for waiver of Service sent to Andrew Lee Fivecoat on 10/9/14 by Ronald P. Gillis. (SPB) (Entered: 10/10/2014) |
| 10/09/2014 | 36 | CERTIFICATE of interested persons and corporate disclosure statement re 24 Interested persons order by Ronald P. Gillis. (SPB) (Entered: 10/14/2014) |
| 10/09/2014 | 37 | NOTICE of pendency of related cases re 23 Related case order and track 2 notice per Local Rule 1.04(d) by Ronald P. Gillis. Related case(s): yes (SPB) (Entered: 10/14/2014) |
| 10/09/2014 | 38 | Judicial NOTICE by Ronald P. Gillis re 37 Notice of pendency of related cases, 36 Certificate of interested persons and corporate disclosure statement (SPB) (Entered: 10/14/2014) |
| 10/09/2014 | 39 | MOTION & OBJECTION to "RFC" and"Homecomings Financial" Request to be removed from Case, re 30 Amended Notice of Bankruptcy Status filed by Ronald P. Gillis. (SPB) (Entered: 10/14/2014) |
| 10/14/2014 | 40 | ORDER. This case is STAYED as to Homecomings Financial, LLC and Residential Funding Company, LLC ONLY. The Clerk of Court is DIRECTED to place a stay flag on this case. Homecomings Financial, LLC and Residential Funding Company, LLC shall advise the Court, in writing, as to the status of any relief it seeks from the United States Bankruptcy Court for the Southern District of New York, as set forth in their Amended Notice of Bankruptcy Status (Doc. #30), on or before November 13, 2014, and every SIXTY (60) DAYS thereafter. Signed by Judge Sheri Polster Chappell on 10/14/2014. (LMF) (Entered: 10/14/2014) |
| 10/20/2014 | 41 | STATUS report *Regarding Bankruptcy Status* by GMAC-RFC Master Servicing, Homecomings Financial. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wong, Justin) (Entered: 10/20/2014) |
| 10/22/2014 | 42 | NOTICE of automatic stay regarding "RFC" & "Homecomings Financial" to pursue discovery by Ronald P. Gillis. (SPB) Modified on 12/3/2014, to correct docket entry per LC/CC. (SPB). (Entered: 10/23/2014) |
| 11/07/2014 | 43 | WAIVER of service returned executed on 11/07/2014 by Andrew Lee Fivecoat as to Andrew Lee Fivecoat. (Kourofsky, Amber) (Entered: 11/07/2014) |
| 11/07/2014 | 44 | WAIVER of service returned executed on 11/07/2014 by Erin Mae Rose Quinn as to Erin Mae Rose Quinn. (Kourofsky, Amber) (Entered: 11/07/2014) |
| 11/11/2014 | 45 | NOTICE by GMAC-RFC Master Servicing, Homecomings Financial re 40 Order *on Bankruptcy Status* (Wong, Justin) (Entered: 11/11/2014) |
| 11/17/2014 | 46 | NOTICE of automatic stay regarding "RFC" & "Homecomings Financial" to pursue discovery by Ronald P. Gillis. (Attachments: # 1 Mailing Envelope)(SPB) Modified on 12/3/2014, to correct docket text per LC/CC. (SPB). (Entered: 11/19/2014) |
| 11/17/2014 | 47 | JUDICIAL NOTICE by Ronald P. Gillis (Attachments: # 1 Mailing Envelope) (SPB) (Entered: 11/19/2014) |
| 11/17/2014 | 48 | JUDICIAL NOTICE by Ronald P. Gillis (Attachments: # 1 Mailing Envelope |

| | | |
|---|---|---|
| | | (SPB) (Entered: 11/19/2014) |
| 11/17/2014 | 49 | MOTION for miscellaneous relief, specifically to waive pacer fees by Ronald P. Gillis. (Attachments: # 1 Mailing Envelope)(SPB) (Entered: 11/19/2014) |
| 11/28/2014 | 50 | MOTION to Consolidate Cases by Ronald P. Gillis. (Attachments: # 1 Mailing Envelope)(SLU) (Entered: 11/28/2014) |
| 12/02/2014 | 51 | WAIVER of service returned executed on 12/02/2014 by Deutsche Bank Trust Company Americas as to Deutsche Bank Trust Company Americas. (Smart, Christopher) (Entered: 12/02/2014) |
| 12/08/2014 | 52 | MOTION to Dismiss Complaint by Deutsche Bank Trust Company Americas. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Smart, Christopher) (Entered: 12/08/2014) |
| 12/08/2014 | 53 | NOTICE of Appearance by Amber Kourofsky on behalf of Andrew Lee Fivecoat, Erin Mae Rose Quinn (Kourofsky, Amber) (Entered: 12/08/2014) |
| 12/08/2014 | 54 | MOTION for Extension of Time to File Response/Reply as to 16 Complaint *Pending Outcome of Motion to Consolidate* by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Kourofsky, Amber) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 12/08/2014) |
| 12/09/2014 | 55 | INTERESTED PERSONS ORDER as to Deutsche Bank Trust Company Americas, Andrew Lee Fivecoat and Erin Mae Rose Quinn. Certificate of interested persons and corporate disclosure statement due by 12/23/2014. Signed by All Divisional Judges on 12/9/2014. (drn) (Entered: 12/09/2014) |
| 12/12/2014 | 56 | MOTION for Extension of Time to File Response/Reply as to 50 MOTION to Consolidate Cases by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Kourofsky, Amber) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 12/12/2014) |
| 12/12/2014 | 57 | NOTICE of Appearance by Kevin Richard Gowen, II on behalf of Andrew Lee Fivecoat, Erin Mae Rose Quinn (Gowen, Kevin) (Entered: 12/12/2014) |
| 12/12/2014 | 58 | JOINT STIPULATION *for Substitution of Counsel* by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Hill, Suzanne) Modified on 12/15/2014 to edit docket text (SLU). Modified on 12/16/2014 (SPB). (Entered: 12/12/2014) |
| 12/12/2014 | 59 | AMENDED MOTION for Extension of Time to File Response/Reply as to 50 MOTION to Consolidate Cases by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Kourofsky, Amber) Motions referred to Magistrate Judge Douglas N. Frazier. Modified on 12/15/2014 to edit docket text (SLU). (Entered: 12/12/2014) |
| 12/15/2014 | 60 | RESPONSE to Motion re 50 MOTION to Consolidate Cases filed by Deutsche Bank Trust Company Americas. (Smart, Christopher) (Entered: 12/15/2014) |
| 12/15/2014 | 61 | ORDER denying 49 Plaintiff's Request to Waive Pacer Fees. Signed by Magistrate Judge Douglas N. Frazier on 12/15/2014. (CAS) (Entered: 12/15/2014) |
| 12/16/2014 | 62 | ORDER granting 58 The Joint Stipulation for Substitution of Counsel. The Clerk is directed to substitute attorney Suzanne Hill of the law firm Rumberger Kirk & |

| | | |
|---|---|---|
| | | Caldwell as counsel of record for defendants Erin Mae Quinn and Andrew Fivecoat in this matter. The Clerk is directed to remove attorney Amber Kourofsky from receiving any further notices of electronic filing in this matter. Ms. Kourofsky shall have no further responsibility in this matter. Signed by Magistrate Judge Douglas N. Frazier on 12/16/2014. (CAS) (Entered: 12/16/2014) |
| 12/17/2014 | 63 | ENDORSED ORDER granting 59 Defendants Erin Quinn and Andrew Fivecoats' Amended Motion for Extension of Time to Respond to Plaintiff's Motion to Consolidate; denying as moot 56 Defendants Erin Quinn and Andrew Fivecoats' Motion for Extension of Time to Respond to Plaintiff's Motion to Consolidate. Defendants Quinn and Fivecoat shall have until December 31, 2014 in which to respond to Plaintiff's Motion to Consolidate Cases. Signed by Magistrate Judge Douglas N. Frazier on 12/17/2014. (CAS) (Entered: 12/17/2014) |
| 12/17/2014 | 64 | ORDER granting in part and denying in part 54 Defendants Erin Mae Rose Quinn and Andrew Lee Fivecoat's Motion for Extension of Time to Respond to Plaintiff's Complaint Pending Outcome of Plaintiff's Motion to Consolidate. Defendants Quinn and Fivecoat shall have 14 days from the date of this Order in which to respond to Plaintiff's Complaint. Signed by Magistrate Judge Douglas N. Frazier on 12/17/2014. (CAS) (Entered: 12/17/2014) |
| 12/23/2014 | 65 | CERTIFICATE of interested persons and corporate disclosure statement re 24 Interested persons order by Deutsche Bank Trust Company Americas identifying Corporate Parent Deutsche Bank Trust Company Americas for Deutsche Bank Trust Company Americas.. (Smart, Christopher) (Entered: 12/23/2014) |
| 12/23/2014 | 66 | NOTICE of Appearance by Stephen J. Bagge on behalf of Deutsche Bank Trust Company Americas (Bagge, Stephen) (Entered: 12/23/2014) |
| 12/23/2014 | 67 | PROOF of service by Ronald P. Gillis, as to Andrew Lee Fivecoat served by mail on 11/7/14. (SPB) (Entered: 12/24/2014) |
| 12/23/2014 | 68 | PROOF of service by Ronald P. Gillis, as to Erin Mae Rose Quinn served by mail on 11/7/14.(SPB) (Entered: 12/24/2014) |
| 12/23/2014 | 70 | PROOF of service by Ronald P. Gillis, as to Amber Kourofsky served on 12/2/14. (SPB) (Entered: 12/24/2014) |
| 12/24/2014 | 69 | CERTIFICATE of interested persons and corporate disclosure statement re 55 Interested persons order by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Gowen, Kevin) (Entered: 12/24/2014) |
| 12/29/2014 | 71 | MOTION for Extension of Time to File Reply as to 52 MOTION to Dismiss Complaint by Ronald P. Gillis. (SPB) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 12/29/2014) |
| 12/31/2014 | 72 | MOTION to Dismiss Complaint , Unopposed MOTION to dismiss for failure to state a claim by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hill, Suzanne) (Entered: 12/31/2014) |
| 12/31/2014 | 73 | RESPONSE in Opposition re 50 MOTION to Consolidate Cases *and Memorandum of Law* filed by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hill, Suzanne) (Entered: 12/31/2014) |
| 01/08/2015 | 74 | MOTION to Strike Sham Pleading by Ronald P. Gillis. (Attachments: # 1 Mailing |

| | | |
|---|---|---|
| | | Envelope)(SPB) (Entered: 01/12/2015) |
| 01/08/2015 | 75 | RESPONSE (MOTION) to Motion re 52 MOTION to dismiss filed by Ronald P. Gillis. (Attachments: # 1 Mailing Envelope)(SPB) (Entered: 01/12/2015) |
| 01/13/2015 | 76 | JUDICIAL NOTICE and MOTION for Extension of Time to File Response/Reply as to 73 Response in Opposition to Motion by Ronald P. Gillis. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Mailing Envelope)(SPB) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 01/16/2015) |
| 01/16/2015 | 77 | RESPONSE to Motion re 76 MOTION for Extension of Time to File Response/Reply as to 73 Response in Opposition to Motion filed by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Gowen, Kevin) (Entered: 01/16/2015) |
| 01/16/2015 | 78 | RESPONSE to Motion re 76 MOTION for Extension of Time to File Response/Reply as to 73 Response in Opposition to Motion *(Corrected Response)* filed by Andrew Lee Fivecoat, Erin Mae Rose Quinn. (Gowen, Kevin) (Entered: 01/16/2015) |
| 01/26/2015 | 79 | RESPONSE in Opposition re 74 MOTION to Strike filed by Deutsche Bank Trust Company Americas. (Bagge, Stephen) (Entered: 01/26/2015) |
| 01/27/2015 | 80 | ORDER denying 50 Plaintiff Ronald P. Gillis' Motion to Consolidate. Signed by Judge Sheri Polster Chappell on 1/27/2015. (LMF) (Entered: 01/27/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2015 12:52:06 | | | |
| **PACER Login:** | mfl354:2923879:3945828 | **Client Code:** | 73304-0000012-16826 |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-cv-00418-SPC-DNF |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |