**<u>Exhibit 8</u>**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD P. GILLIS,

    Plaintiff,

v.                                          Case No:   2:14-cv-418-FtM-38DNF

DEUTSCHE BANK TRUST COMPANY
AMERICAS, GMAC-RFC MASTER
SERVICING, HOMECOMINGS
FINANCIAL, ERIN MAE ROSE QUINN
and ANDREW LEE FIVECOAT,

    Defendants.

## ORDER

This cause is before the Court on pro se Plaintiff Ronald P. Gillis's Motion to Order Case File Transfer to Federal Court (Doc. 14) filed on August 28, 2014.  Plaintiff is requesting the Court to order the Clerk of Court to acquire the case file from the state court action Plaintiff purportedly is attempting to remove to federal court.  On August 29, 2014, Plaintiff filed an Original Complaint (Doc. 16) framing himself as plaintiff in this action and setting forth claims against the above-captioned defendants.  As Plaintiff's filing of the Original Complaint makes clear that this is not a removal action, Plaintiff need not comply with the Local Rule's requirement that a removing party must "file with the notice of removal a true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind, including depositions, then on file in the state court." M.D. Local Rule 4.02(b).  Accordingly, the Court will not order the Clerk of Court to secure the case file from Plaintiff's state case.

    **IT IS HEREBY ORDERED:**

Plaintiff's Motion to Order Case File Transfer to Federal Court (Doc. 14) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Fort Myers, Florida on September 25, 2014.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -