**Exhibit 10**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**RONALD P GILLIS,**

    **Plaintiffs,**

v.                                                                Case No. 2:14-cv-418-SPC-DNF

**DEUTSCHE BANK TRUST CO.
AMERICAS,
GMAC-RFC MASTER SERVICING,
HOMECOMINGS FINANCIAL,
ERIN MAE ROSE QUINN and
ANDREW LEE FIVECOAT,**

    **Defendants.**

## RESIDENTIAL FUNDING CO., LLC and HOMECOMINGS FINANCIAL LLC'S
## <u>BANKRUPTCY STATUS UPDATE</u>

The following is submitted pursuant to the Court's Order (Doc. 40) regarding the bankruptcy status of Defendants RESIDENTIAL FUNDING COMPANY LLC and HOMECOMINGS FINANCIAL LLC.

1.    According to the Debtors' records, Plaintiff filed two proofs of claim in the Bankruptcy Cases: claim number 444 ("<u>Claim 444</u>") and claim number 913 ("<u>Claim 913</u>"). Claim 444 was disallowed and expunged by Order Granting Debtors' Seventh Omnibus Objection to Claims (Bankruptcy Docket 4238, attached as Exhibit A), and/or withdrawn by Plaintiff pursuant to "Notice of Withdraw of Objection to Attempt to Expunge Claim Filed by Ronald Gillis" (Bankruptcy Docket 4235, attached as Exhibit B). Claim 913 was subsequently disallowed and expunged by Order Granting ResCap Borrower Claims Trust's Fifty-Ninth Omnibus Objection to Claims (Bankruptcy Docket 6719, attached as Exhibit C).

2. Accordingly, Plaintiff does not have an active claim against any named Debtor and is therefore barred from continuing to prosecute this action against Homecomings Financial LLC ("HFN") and/or Residential Funding Company ("RFC").

3. This notice does not affect the stay imposed by this Court.

This 20th day of October, 2014.

                Respectfully submitted,

                */s/ Justin Wong*_____
                Justin T. Wong (Fla. Bar No. 89447)
                TROUTMAN SANDERS, LLP
                600 Peachtree Street, N.E., Suite 5200
                Atlanta, GA  30308-2216
                (404) 885-3974 (phone)
                (404) 885-3900 (fax)
                Email:  justin.wong@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2014, a true a correct copy of the forgoing document was electronically filed with the Clerk of the Court by using the CM/ECF system. A copy has also been provided to pro se Plaintiff at: Ronald P. Gillis, P.O. Box 380842 Murdock, FL 33938.

*/s/ Justin Wong*_____
Justin T. Wong (Fla. Bar No. 89447)
TROUTMAN SANDERS, LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
(404) 885-3974 (phone)
(404) 885-3900 (fax)
Email: justin.wong@troutmansanders.com

3