RECEIVED
FEB 1 3 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Karen M. Rozier
1313 Idylwood Road
Pikesville, MD 21208
(410) 458-3772
Claimant Unrepresented

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                  ) Case No. 12-12020 (MG)
                                                        ) Chapter 11
Residential Capital, LLC, et. al.                       ) Jointly Administrated
                                                        )
                    Debtors                             )
                                                        ) [Related to 8046, 8074]
_____ )

## CLAIMANT'S OBJECTION TO BEING ASSOCIATED OR AFFILIATED WITH TOM FRANKLIN

Claimant Karen Michele Rozier respectfully requests the Court correct the Court's records to ensure that she is not associated, affiliated, or otherwise lumped in with "Tom Franklin", an unknown party whom the Court claims is a "Vexatious Litigator".

### Part 1.   BACKGROUND

Rozier is a Pro Se litigant with no present access to Pacer. She relies on the Kurtzman Carson Consultants website www.kccllc.net for information regarding the case, as does the general public. During her routine examination of documents being filed in this proceeding, she came across the following entry:

Court Docket #8046

Document Name: Affidavit of Service of Tom Franklin re: Claimant Karen Michele Rozier's Notice of Motion and Motion for Reconsideration; Memorandum of Points and Authorities.

According to the website, this document was related to only ONE other document, docket item 8014. Docket is 8014 is Claimant's Motion for Reconsideration. Rozier naturally reviewed Mr. Franklin's filing assuming that he was an interested party to her litigation. Instead, Rozier discovered that his case was completely separate. Moreover, not once does Mr. Franklin discuss Rozier, her claims, or her request for reconsideration. Upon further investigation, Claimant found the following entry:

Court Docket #8074

Document Name: Order to Show Cause Why Court Should Not Determine Tom Franklin to be a Vexatious Litigator and Either Impose Sanctions or Issue an Injunction Enjoining Future Filings by Franklin.

### Part 2.  DISCUSSION

Rozier suspects she is not liked by the Court. Rozier knows she is not liked by Opposing Counsel. An unbiased court should make unbiased mistakes, but so far, all of the mistakes seem to benefit the Debtors and harm Claimant. To date Rozier has endured by this Court and its employees/agents:

- Her documents being ignored, i.e. her "Notice of No Opposition" being held by the Clerk's Office long enough to allow Debtors to file an opposition out-of-time [Docket #7210];

- Being accused of filing documents untimely and having to provide the Court with evidence that the Court received the document days before it was lodged into the system; [Docket #7028]

- Debtors filing the incorrect document by "mistake" and the Court relying on the "mistaken" documents instead of the correct documents [Docket #7909];

- Debtors harping on her feeling that the court is complicit in their fraud by virtue of the mounting mistakes by the Court, mistakes which either assist Debtor or harm Claimant [Docket #8081].

Now comes the Court associating Rozier with a party they deem to be a "Vexatious Litigator" Rozier **OBJECTS** and respectfully requests that this Court not only correct the record, but ORDER Kurtzman Carsons

Consultants ["KCC"] or the responsible party if not KCC, to issue a statement admitting to their error. Rozier is not seeking monetary damages but does believe an apology is due.

### Part 3. CONCLUSION

For the reasons set forth above, Claimant respectfully submits that the Court should ORDER Kurtzman Carsons Consultants to correct the record issue an apology admitting their error.

February /2, 2014

KAREN MICHELE ROZIER, MPA/MSIA/MBA/BSEE
Unrepresented Claimant

### DECLARATION OF KAREN MICHELE ROZIER IN SUPPORT OF REPLY

1. I am Karen Michele Rozier, the Claimant in the subject case for Proofs of Claim 4738 and 5632, over the age of 18 and without benefit of counsel in this litigation. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto. I am competent to submit this declaration in support of my Reply.

2. I have done by best to be truthful and accurate with my pleadings, including this one.

3. I caused all parties to be served in accordance with the Exhibit A Proof of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Executed in Baltimore, Maryland on February /2, 2015     By

KAREN MICHELE ROZIER, MPA/MSIA/MBA/BSEE
Unrepresented Claimant

CLAIMANT'S OBJECTION TO KCC WEBSITE - Page 3 of 3

# EXHIBIT A

# EXHIBIT A

## PROOF OF SERVICE

### Case 12-12020 (MG) In re Residential Capital, LLC

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

On January 20, 2015 I served the following documents:

- **CLAIMANT'S OBJECTION TO BEING ASSOCIATED OR AFFILIATED WITH TOM FRANKLIN**

On all interested parties via Overnight Mail to the address provided below:

Unites States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Sent via electronic service to the email addresses listed with the Court:

Kurtzman Carson Consultants
ResCapLiquidatingTrust@rescapestate.com

Counsel to the ResCap Borrower Claims Trust
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(Attention: Norman S. Rosenbaum, Jordan A. Wishnew and Meryl L. Rothchild)
nrosenbaum@mofo.com
jwishnew@mofo.com
mrothchild@mofo.com

Office of the United States Trustee for the Southern District of New York
U.S. Federal Building
201 Varick Street
Suite 1006
New York, New York 10004
(Attn: Linda A. Riffkin and Brian S. Masumoto)
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

Office of the United States Trustee/ California
jamesjosephtrustee@gmail.com

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.

Executed on February 12, 2015

David E. Rozier, Sr