Karen M. Rozier
1313 Idylwood Road
Pikesville, MD 21208
(410) 458-3772
Claimant Unrepresented

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
)
) Case No. 12-12020 (MG)
) Chapter 11
Residential Capital, LLC, et. al.
) Jointly Administered
)
Debtors
)
) [Related to 8046, 8074]
)

**DECLARATION OF KAREN MICHELE ROZIER IN SUPPORT OF REPLY**

1. I am <u>Karen Michele Rozier</u>, the Claimant in the subject case for Proofs of Claim 4738 and 5632, over the age of 18 and without benefit of counsel in this litigation. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto. I am competent to submit this declaration in support of my Reply.

2. I have done by best to be truthful and accurate with my pleadings, including this one.

3. I caused all parties to be served in accordance with the Exhibit A Proof of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Executed in Baltimore, Maryland on February /2, 2015    By

*/s/ Karen M Rozier*
KAREN MICHELE ROZIER, MPA/MSIA/MBA/BSEE
Unrepresented Claimant

DECLARATION OF KAREN MICHELE ROZIER IN SUPPORT OF CLAIMANT'S REPLY - Page 1 of 1