February 14, 2015

Case # 12-12020

By USPS Priority Mail:

The Honorable Martin Glenn, USBJ
United States Bankruptcy Court
Southern District Of New York
Alexander Hamilton Custom House, Courtroom 501
One Bowling Green
New York, New York 10004-1408

**RECEIVED**

FEB 17 2015

U.S. BANKRUPTCY COURT, SDNY

Re:    ORDER (12-12020-mg Doc 8110 Filed 02/11/15 Entered 02/11/15 14:32:55)
       DIRECTING GWENDELL L. PHILPOT TO RESPOND TO THE RESCAP
       BORROWER CLAIMS TRUST'S LETTER DATED FEBRUARY 3, 2015: the
       (ORDER)
       Response to Wishnew letter (Doc 8057) to Hon. Martin Glenn, USBJ, February 3, 2015
       In re Residential Capital, LLC et al.
       Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

Shown below in Exhibit A in italics, for your Honor's reference, is the body text of my letter,
mailed by USPS Priority Mail on February 7, 2015, delivered to the Court mailbox on February
10, 2015, 10:28 AM, as verified by USPS **Tracking Number: 940551020082950064042,**
**https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=940551020082950064042,**
**Copy to Wishnew USPS** Tracking Number: **940551020088353074813** (still at USPS NYC)
**https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=940551020088353074813,**
the same, in response to the Wishnew letter (Doc 8057), however because of severe weather,
such may not have been received for reading prior to your ORDER (Doc 8110) and was not in
the same sequence addressing consent to points (1) and (2) as your Honor's ORDER directs.

Therefore, I, Gwendell L. Philpot do herein respond specifically to the ORDER, points (1) and
(2), as follows, the same being consistent with my letter of February 7, 2015.

(1).    "whether Philpot consents that (1) the March 31, 2015 hearing on the Claims
        Objection be treated as a pretrial conference;"
I do only consent to point (1) providing no other issues or considerations of the Claims Objection
or such motions for dismissal or quash be heard at the pretrial conference relating to the Philpot
Claim and the dates of the Claims Objection scheduled for March 31, 2015 also be adjourned to
a later date along with my filing a response to such Claims Objection due to be filed by March 6,
2015 at 4:00 p.m. (Prevailing Eastern Time), also be adjourned to a later date after March 31,

256-309-9850,   lloyd.philpot@yahoo.com   407 Valley Drive,   PO Box 667,   Attalla, AL 35954-0667

2015, both adjournments scheduled at times to provide the Debtors and the Borrower Trust adequate time to deliver both documents and objects numbers (1.) and (2.) of the Subpoena to myself as directed by the Subpoena in a timely manner, such that I may address such evidence in my response to the Claims Objection if and when the Court directs and I have adequate time to consider such documents and objects and file a response to the Claims Objection.

(2)    "compliance with the Subpoena be stayed pending the outcome at the hearing;" I only consent providing my consent as stated above in number (1) is followed.

However, if as stated in my February 7, 2015 letter, body below, "If the Debtors and the Borrower Trust agrees to stipulate that the Debtors' payment processing system failed as stated in the Philpot Claim, causing the failure of the payment to be properly made and credited on September 30, 2008, and allowing such stipulation to be entered as evidence in the Hearing, with no further objection of said position of the Philpot Claim as to that fact, then I would agree to the Subpoena being quashed."
If such stipulation is made by February 20, 2015, then I see no reason to proceed with a pretrial conference, and as such, request the Court continue with the dates as set today.

The Court and attorneys for the Debtors and the Borrower Trust have been very accommodating to me with regard to my health problems, and it is my intention, because of the severe weather in New York, to be as accommodating to the Court and the Debtors and the Borrower Trust as is needed by all parties, and as such, agree to any adjournments as seems reasonable by the Court.

Since I am not an attorney and am not allowed to use the electronic filing system to the Court, I request your Honor allow my filings by e-mail addressed to the Court Clerk with attachments in .docx or .pdf formats from my e-mail account (lloyd.philpot@yahoo.com) in this case, such that all parties may be treated more efficiently, and I am not restricted to delivering documents which are encumbered by bad weather.

Respectfully submitted,

Gwendell L. Philpot

256-309-9850,  lloyd.philpot@yahoo.com  407 Valley Drive,  PO Box 667,  Attalla, AL 35954-0667