**Exhibit F**

## GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Inmer E Campos-Carranza
Account Number: ########9512
Home Phone #: (703)538-5542

**PROPERTY ADDRESS**
3207 BERKLEY LN
WOODBRIDGE    VA    22193

**GMAC Mortgage**
Visit us at www.gmacmortgage.com for account information or to apply on-line.

INMER E CAMPOS-CARRANZA
3207 BERKLEY LN
WOODBRIDGE VA    22193-1305

For information about your existing account, please call: 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | ########9512 |
| Statement Date | October 12, 2011 |
| Maturity Date | May 01, 2049 |
| Interest Rate | 3.37500 |
| Interest Paid Year-to-Date | $5,363.77 |
| Taxes Paid Year-to-Date | $1,022.08 |
| Escrow Balance | $602.07 |
| Principal Balance(PB)* | $237,225.12 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $928.46 |
| Subsidy/Buydown | $0.00 |
| Escrow | $239.96 |
| Preferred Home Network | $12.99 |
| Financial Insider Network | $13.99 |
| Amount Past Due | $2,355.54 |
| Outstanding Late Charges | $230.68 |
| Other | $375.46- |
| Total Amount Due | $3,406.16 |
| Account Due Date | September 01, 2011 |

For Customer Care inquiries call:    1-800-766-4622
For Insurance inquiries call:    1-800-256-9962
For Payment Arrangements call:    1-800-850-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 08/01/11 | 10/12/11 | $7.50 | | | | | | $7.50 |
| SPEEDPAY FEE | 08/01/11 | 10/12/11 | $7.50 | | | | | | $7.50 |
| Receipt | 08/01/11 | 10/12/11 | $632.96 | | | | | | $632.96 |
| Payment | 08/01/11 | 10/12/11 | $981.36 | $260.53 | $667.93 | $204.70 | $26.98 | | $178.78- |
| PROP INSPECTION FEE | 07/01/11 | 09/20/11 | $11.25 | | | | | | $11.25 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default.

See Reverse Side For Important Information And State Specific Disclosures

### Mail This Portion With Your Payment

**Mortgage Payment Coupon**

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee if Received 15 Days AFTER Due Date |
|---|---|---|---|---|
| ########9512 | 09/01/11 | $1,195.40 | $3,406.16 | $1,241.82 |

INMER E CAMPOS-CARRANZA

Extra Funds:
- Full Payment(s)    $
- ADDITIONAL Principal    $
- ADDITIONAL Escrow    $
- Late Charge    $
- Other Fees (please specify)    $
- Total Amount Enclosed    $

Please assist GMAC Mortgage in applying your payment

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 9001719
LOUISVILLE KY 40290-1719

02    0911    ########9512    00119540    04642    22222    9