**<u>Exhibit G</u>**

# First American Title
*Loss Mitigation Title Services*
*3 First American Way*
*Santa Ana, CA 92707*
*800-965-0363*

Federal Tax ID: 95-2295073

| | | | |
|---|---|---|---|
| **Bill To:** | GMAC MORTGAGE LOSS MIT.<br>3451 HAMMOND AVE.<br>WATERLOO, IA 50702<br>LAURA STEVENSON<br>████5212 | **Invoice:**<br>**Statement Date:**<br>**Posted Date:**<br>**Open Date:**<br>**Order Number:**<br>**Title Officer:** | STATEMENT<br>NOVEMBER 23, 2009<br><br>07-20-2009 8:57 AM<br>5292140<br>*WESLEY MEE* |
| **Reference:** | ████ ████  | **Title Site:** | NATIONAL DEFAULT TITL<br>SERVICES |

| Item | Ref | Invoice | Date | Amount |
|---|---|---|---|---|
| 670-Property Report | | WD5292140A | 07/22/09 | $125.00 |
| 670-MPG | | WD5292140B | 11/04/09 | $125.00 |
| 670-MOD REC SERV | | WD5292140C | 11/04/09 | $60.00 |
| Total: | | | | $310.00 |

*Policy Information*
Owner:      INMER E CAMPOS-CARRANZA
Address:    3207 BERKLEY LN, WOODBRIDGE, VA 22193
County:     PRINCE WILLIAM
Liability:  244,377.35
Liability 2: .00

**Please include a copy of this invoice, or reference our order number (5292140).**

**Send payment to:**

FIRST AMERICAN TITLE
FILE NUMBER 50124
LOS ANGELES, CA 90074-0124
ATTN: ACCOUNTING DEPARTMENT

Thank you.