## Exhibit I

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

3/14/2012

09/30/11 11:00 3   0000120 20120314 HC33C101 GMACDUPL 1 OZ DOM HC33C10000* 160275  DM

INMER E CAMPOS-CARRANZA
3207 BERKLEY LN
WOODBRIDGE VA  22193-1305



RE:    Account Number          9512
       Property Address    3207 BERKLEY LN
                           WOODBRIDGE VA 22193

Dear INMER E CAMPOS-CARRANZA:

We recently received your request for a loan modification.  We are not able to fulfill your request at this time for the following reason(s):

We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan.

At this time, you may want to seek advice regarding your next steps.  We suggest you call 1.800.CALL.FHA (1.800.225.5342) to locate a HUD-certified housing counseling agency.  You may also want to call 1.888.995.HOPE (1.888.995.4673) to request assistance from a HUD-approved housing counselor.

You can send any additional material to:

   GMAC Mortgage, LLC
   ATTN: Modification Non-Approvals
   PO Box 780
   Waterloo, Iowa 50704

We will continue to work with you to explore options that may be available. If you have any questions, please contact your Relationship Manager, ANNA GARZA at 1-877-928-4622 extension 8745243, between the hours of 8:00 a.m. and 9:00 p.m. Monday through Friday central standard time.  If your agent is not available, one of their team members will assist you.

In addition, you may have your concerns reviewed by an independent advocate in our Executive Escalation Team.  They may be reached at 866-924-8409 Monday through Friday from 8am to 5pm CT or via email at homeowner.help@mortgagebanksite.com.

ANNA GARZA
Loan Servicing



3/14/2012
Account Number ███████9512
Page 2

**Please Note:** Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information will be used for that purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if you have been discharged of your personal liability for repayment of this debt; this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance to your Chapter 13 plan.


Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name:  Equifax Information Services LLC,
Address: P.O. Box 740241, Atlanta, GA 30374-0241
Phone: 800-685-1111     Web: www.equifax.com

*If you have any questions regarding this notice, you should contact:*
Creditor's name: GMAC Mortgage, LLC
Creditor's address: PO Box 780, Waterloo IA 50704-0780
Creditor's telephone number: 1-877-928-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.


M020