**Exhibit J**

**3207 Berkley Ln, Woodbridge, VA 22193 is Recently Sold**



**SOLD: $215,000**
Sold on 05/23/13
Zestimate®: $233,364

Est. Mortgage
$785/mo

5 beds · 2 baths · 768 sqft

Edit home facts for a more accurate Zestimate.

MOVE IN CONDITION- LIKE NEW- GREAT RENT- GREAT LANDLORD- GREAT
DEAL.... LOOKING FOR great TENANTS PLEASE CALL FOR ACCESS....

**FACTS**
- Lot: 10,715 sqft
- Single Family
- Built in 1966
- Cooling: Central
- Heating: Forced air, Other
- Last sold: May 2013 for $215,000
- Price/sqft: $280

**FEATURES**
- Finished basement, 352 sqft
- Parking: 2 spaces

**ROOM TYPES**
- Dining room

**CONSTRUCTION**
- Exterior material: Brick
- Roof type: Other
- Room count: 7
- Stories: 2.0
- Structure type: Other
- Unit count: 1

**OTHER**
- Floor size: 768 sqft
- Last remodel year: 1966
- Parcel #: 8291371345
- Zillow Home ID: 12461430

## Zestimate Details

Zestimate ❓          $219K          $250K
**$233,364**          Zestimate range
 Last 30 days

Rent Zestimate ❓          $1.5K          $1.7K
**$1,606/mo**          Zestimate range
 Last 30 days

This home    ⇄



22193
Woodbridge          --

## Popularity on Zillow

If this home is listed on Zillow, it will reach the largest real estate network on the web.*

**546 all-time views**
of this home ()

**150 forecasted views of this home**
in the first 7 days after listing for sale

**Interested in selling this home?**
Post your home as , , , or .

## Comparable Homes

**Homes like this sold for $198-255K.**



$198K  $206K          $224K          $230-248K          $255K

$170K                                                                  $280K

## Price History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|------|-------|-------|--------|--------|
| 05/23/13 | Sold | $215,000 | $279 | Public Record |
| 04/19/13 | Listing removed | $x,xxx/mo | -- | -- |
| 02/27/13 | Price change | $x,xxx/mo | -- | -- |
| 02/08/13 | Listed for rent | $x,xxx/mo | -- | -- |
| 05/02/12 | Sold: Foreclosure Auction | $147,500  +9.3% | $192 | Public Record |
| 03/06/02 | Sold | $135,000 | $175 | Public Record |

Unlock full rental history
$x,xxx/mo

## Tax History

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | CHANGE |
|------|----------------|--------|----------------|--------|
| 2014 | $2,380  +20.2% | +20.2% | $186,000 | +18.0% |
| 2013 | $1,980  -5.0% | -5.0% | $157,600 | +2.5% |
| 2012 | $2,084  +38.3% | +38.3% | $153,800 | +1.1% |
| 2011 | $1,507  -- | -- | $152,100 | +32.7% |

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | CHANGE |
|------|----------------|--------|----------------|--------|
| 2010 | $1,507 -2.5% | -2.5% | $114,600 | -4.4% |
| 2009 | $1,546 -36.1% | -36.1% | $119,900 | -49.0% |
| 2008 | $2,420 -5.8% | -5.8% | $235,000 | -20.3% |
| 2007 | $2,568 +4.7% | +4.7% | $295,000 | +1.0% |
| 2006 | $2,454 -- | -- | $292,100 | -- |
| 2005 | $2,454 +25.3% | +25.3% | $292,100 | +70.0% |
| 2004 | $1,959 -- | -- | $171,800 | -- |

## Home Design

Thinking remodel? See home

Estimate $28,900          Estimate $31,300          Estimate $32,900

## Neighborhood

**MARKET GUIDE**

Zillow predicts 22193 home values will fall 0.1% next year, compared to a 0.7% decrease for Woodbridge as a whole. Among 22193 homes, this home is valued 9% less than the midpoint (median) home, but is valued 55.9% more per square foot.

Foreclosures will be a factor impacting home values in the next several years. In 22193, the number of foreclosures waiting to be sold is 29.5% higher than in Woodbridge, and 13.3% higher than the national average. This higher local number may prevent 22193 home values from rising as quickly as other regions in Woodbridge.

Home Values          Listings



🚶 Walk Score ®    **23**/100    (Car-Dependent)

## Nearby Schools in Woodbridge

| SCHOOL RATING | | GRADES | DISTANCE |
| --- | --- | --- | --- |
| 4<br>out of 10 | Dale City Elementary (assigned) | PK-5 | 0.3 mi |
| 6<br>out of 10 | Mills E. Godwin Middle (assigned) | 6-8 | 2.0 mi |
| 3<br>out of 10 | Gar-Field High (assigned) | 9-12 | 0.6 mi |

Data by GreatSchools.org ❓

**Similar Homes for Sale**

| | |
| --- | --- |
| 3111 Bradford St, Woodbridge, VA 22193 | **FOR SALE**<br>$254,900<br>4 beds, 2.0 baths, 1459 s...<br>3111 Bradford St, Woodbri |
| 3215 Berkley Ln, Woodbridge, VA 22193 | **FOR SALE**<br>$265,000<br>4 beds, 2.0 baths, 1472 s...<br>3215 Berkley Ln, Woodbric |
| 3306 Bradford St, Woodbridge, VA 22193 | **FOR SALE**<br>$219,900<br>3 beds, 2.0 baths, 910 sqft<br>3306 Bradford St, Woodbri |

**Nearby Similar Sales**

SOLD: $198,000
Sold on 7/2/2014
3 beds, 2.0 baths, 736 sqft
14308 Bismark Ave, Woodbridge, VA 22193

SOLD: $206,000
Sold on 4/23/2014
4 beds, 2.5 baths, 1040 sqft
14609 Anderson St, Woodbridge, VA 22193

SOLD: $223,500
Sold on 3/25/2014
3 beds, 2.5 baths, 1087 sqft
3205 Bayfield Dr, Woodbridge, VA 22193