Abosede Ebowemi
4617 Covington Ct
G. P. TX 75052.

RECEIVED
FEB 17 2015
U.S. BANKRUPTCY COURT, SDNY

Dear Honorable Martin Glenn;

I live in Texas and can not come to court in New York.

I did not sue Ocwen, I did not buy my house from Ocwen. I sued BOA long before Ocwen ~~bou~~ bought the Bid from Rescap.

I object to Ocwen and ResCap filling a motion against me. Both are ~~work~~ working together and still commiting fraud. I did not get a copy of what they objected to.

BOA committed the fraud, that was why they had to pay the fine. The fine was the largest fine in history. BOA had to pay it and

RECEIVED
FEB 17 2015
U.S. BANKRUPTCY COURT, SDNY

they accepted and said that they did the fraud. Mr Holder, the attorney General made them admit their fraud.

I have nothing to do with Ocwen or ResCap, so they should not be in my case with BOA. They are not BOA.

Thank you very much for reading my letter.

Yours Sincerely
Abosede Ebowene.

[illegible]