**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>                                Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**SCHEDULING ORDER FOR THE RESCAP LIQUIDATING TRUST'S SEVENTY-NINTH OMNIBUS CLAIMS OBJECTION (PURPORTED ADMINISTRATIVE CLAIMS) SOLELY AS IT RELATES TO CLAIM NO. 7466 FILED BY MARTHA S. PANASZEWICZ**

        **WHEREAS**, on December 8, 2014, the ResCap Liquidating Trust (the "Liquidating Trust") filed the *ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims)* [Docket No. 7841] (the "Objection");

        **WHEREAS**, on December 29, 2014, claimant Martha S. Panaszewicz ("Claimant" or "Ms. Panaszewicz") filed the *Urgent Ex Parte Request for Extension of Time Within Which to Respond to the Trust's Seventy-Ninth Omnibus Claims Objection* [Docket No. 7928];

        **WHEREAS**, on January 6, 2015, the Liquidating Trust filed the *Notice of Adjournment of Hearing on the ResCap Liquidating Trust's Seventy-Ninth Omnibus Claims Objection (Purported Administrative Claims) Solely as it Relates to the Claims Filed by Martha S. Panaszewicz (Claim No. 7466) to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time)* [Docket No. 7951];

        **WHEREAS**, on February 11, 2015, the Court held a hearing on the Objection (the "Hearing") as to Ms. Panaszewicz's claim at which time the Court ordered a continuance of the Objection solely with respect to Ms. Panaszewicz's filed claim so as to permit Claimant, who recently retained counsel, to respond to the Objection;

-1-

**WHEREAS**, also at the Hearing, the Court ordered on the record that Claimant file a response to the Objection on or before February 25, 2015 at 5:00 p.m. (Prevailing Eastern Time) and that the Liquidating Trust file any reply on or before March 6, 2015 at 5:00 p.m. (Prevailing Eastern Time); and it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  Claimant shall file and serve any response to the Objection, which shall address the issues identified by the Court on the record during the Hearing, on or before **Wednesday, February 25, 2015 at 5:00 p.m. (Prevailing Eastern Time)**.

2.  The Liquidating Trust shall file any reply on or before **March 6, 2015 at 5:00 p.m. (Prevailing Eastern Time)**.

3.  The Court shall hold a hearing on the Objection on **March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time)**.

**IT IS SO ORDERED.**

Dated: February 20, 2015
New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge