**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 5718**
**FILED BY AMERICAN RESIDENTIAL EQUITIES, LLC**

American Residential Equities, LLC, in its own individual capacity and in its capacity as Trustee (the "<u>ARE</u>") hereby give notice of the withdrawal of Claim No. 5718 filed against GMAC Mortgage, LLC (the "<u>Claim</u>"), pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

ARE hereby withdraws the Claim with prejudice, and authorize Morrison & Foerster LLP, counsel to the ResCap Liquidating Trust in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim. ARE further authorizes the duly appointed Claims Agent to reflect this withdrawal on the Debtors' official claims register.

*[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]*

1

ny-1175630

A conformed signature shall be deemed original for purposes of this Notice of Withdrawal.

Dated: February 10, 2015

AMERICAN RESIDENTIAL EQUITIES, LLC


By: /s/ Jeffrey Kirsch
Name: Jeffrey Kirsch
Title: Authorized Signatory

*Authorized Signatory for*
*American Residential Equities, LLC*