**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  Case No.: 12-12020 (M)

    RESIDENTIAL CAPITAL, LLC, et al.  Chapter 11

                             Debtor

------------------------------------------------------------x

                           Adversary Proceeding No.: n/a

                           Plaintiff

                           v.

                           Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Gregory A. Stout, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Green Tree Servicing, a respondent in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of see Exhibit A and, if applicable, the bar of the U.S. District Court for the see Exhibit A District of see Exhibit A.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/23/2014
_____, New York

/s/ Gregory A. Stout
*Mailing Address*:
Reisenfeld & Associates
3962 Red Bank Rd.
Cincinnati, OH 45227
*E-mail address*: gregg.stout@rslegal.co
*Telephone number*: (513) 333-7214

EXHIBIT A

I certify that I am a member in good standing of the bar in the States of Ohio, Kentucky, Indiana and West Virginia and, if applicable, the bar of the U.S. District Court for the Northern and Southern Districts of Ohio, Indiana and West Virginia and the Eastern and Western Districts of Kentucky.