Hearing Date:    March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
James A. Newton

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS ON (I) MOTION
OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA")
FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND (II) RESCAP
LIQUIDATING TRUST'S OBJECTION TO PROOFS OF CLAIM NOS.
5853 AND 5856 FILED BY CONNECTICUT HOUSING FINANCE AUTHORITY
TO MARCH 31, 2015 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the *Motion of Connecticut Housing Finance Authority "CHFA" for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 2401] (the "Motion"), previously scheduled to be heard on February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) (the "February 25 Hearing"), has been adjourned to **March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "March 31 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the *ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 filed by Connecticut Housing Finance Authority* [Docket

ny-1177431

No. 7887] (the "Claims Objection"), previously scheduled to be heard at the February 25 Hearing, has been adjourned to the **March 31 Hearing**.

**PLEASE TAKE FURTHER NOTICE** that the March 31 Hearing will held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: February 23, 2015
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*