MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for The Post-Effective Date
Debtors, The ResCap Liquidating Trust
and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON FEBRUARY 25, 2015 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**:

**1.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

**Related Document(s)**:

**a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

ny-1176494

- **b.** [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

- **c.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29, 2013 at 10:00 a.m. [Docket No. 2624]

- **d.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7, 2013 at 10:00 a.m. [Docket No. 2729]

- **e.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28, 2013 at 2:00 p.m. [Docket No. 2848]

- **f.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013 at 10:00 a.m. [Docket No. 3008]

- **g.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013 at 10:00 a.m. [Docket No. 3239]

- **h.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013 at 10:00 a.m. [Docket No. 3539]

- **i.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013 at 10:00 a.m. [Docket No. 3682]

- **j.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

- **k.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]

**q.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 30, 2014 at 10:00 a.m. [Docket No. 6087]

**r.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 11, 2014 at 10:00 a.m. [Docket No. 6374]

**s.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 24, 2014 at 10:00 a.m. [Docket No. 6684]

**t.**  Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 29, 2014 at 10:00 a.m. [Docket No. 6808]

**u.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 26, 2014 at 10:00 a.m. [Docket No. 7007]

**v.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 13, 2014 at 10:00 a.m. [Docket No. 7161]

**w.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 22, 2014 at 10:00 a.m. [Docket No. 7408]

**x.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 20, 2014 at 10:00 a.m. [Docket No. 7635]

**y.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 18, 2014 at 10:00 a.m. [Docket No. 7752]

**z.** Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 11, 2015 at 10:00 a.m. [Docket No. 7882]

**aa.** Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

**bb.** Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**Response(s)**:

a. Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**: The hearing on this matter has been adjourned to March 31, 2015.

2. ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority [Docket No. 7887]

**Related Document(s)**:

a. Notice of Adjournment of Hearings on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8075]

b. Notice of Adjournment of Hearing on (I) Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (II) ResCap Liquidating Trust's Objection to Proofs of Claim Nos. 5853 and 5856 Filed by Connecticut Housing Finance Authority to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8174]

**Response(s)**:

a. Connecticut Housing Finance Authority's Response and Request for Relief Regarding ResCap Liquidating Trusts' Objection to Administrative Claims 5853 and 5856 [Docket No. 7970]

**Status**: The hearing on this matter has been adjourned to March 31, 2015.

3. ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7188]

**Related Document(s)**:

a. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) with Respect to Certain Claimants [Docket No. 7402]

b. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No.

ny-1176494                              5

2079) and (II) Otis Collier (Claim No. 5066) to October 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7554]

c.     Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7677]

d.     Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7753]

e.     Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Maurice Sharpe (Claim No. 2079) and (II) Otis L. Collier (Claim No. 5066) to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7869]

f.     Notice of Adjournment of Hearings on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claims Filed by (I) Otis L. Collier (Claim No. 5066) and (II) Maurice Sharpe (Claim No. 2079) [Docket No. 7969]

g.     Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Otis L. Collier (Claim No. 5066) to March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8150]

**Response(s)**:

a.     Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7351]

b.     Declaration of Otis L. Collier, Jr. [in Support of Response and Opposition of Otis L. Collier, Jr. to ResCap Borrower Claims Trust's Sixty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims)] [Docket No. 7351]

**Status**:     The hearing on this matter, solely as it relates to the claim filed by Otis L. Collier (Claim No. 5066), has been adjourned to March 12, 2015.

**4.**  Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 7537]

  **Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to November 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7661]

  **b.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to January 14, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7746]

  **c.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to February 23, 2015 at 10:00 a.m. [Docket No. 7956]

  **d.**  Amended Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to February 25, 2015 at 10:00 a.m. [Docket No. 7968]

  **e.**  Notice of Adjournment of Hearing on Motion of Hedeya Haroutunian for Relief from the Automatic Stay Under 11 U.S.C. § 362 to March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8142]

  **Response(s)**:   None.

  **Status**:   The hearing on this matter has been adjourned to March 12, 2015.

**5.**  ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) [Docket No. 7736]

  **Related Document(s)**:

  **a.**  Notice of Adjournment of Hearing on the ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. [2452]) to February 26, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7957]

  **b.**  Notice of Omnibus Hearing Dates and Rescheduling of February 26, 2015 Hearing [Docket No. 7958]

  **c.**  Notice of Adjournment of Hearing on The ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (No Liability Borrower Claims) Solely as it Relates to the Claim Filed by Leslie Watley (Claim No. 2452) to April 16, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8149]

**Response(s)**:

a. Memorandum Requesting Enlargement of Time and Opposing ResCap Borrower Claims Trust's Seventy-Sixth Omnibus Objection to Claims (Claim No. 2452, Leslie Watley) [Docket No. 7851]

**Status**: The hearing on this matter, solely as it relates to the claim filed by Leslie Watley (Claim No. 2452), has been adjourned to April 16, 2015.

6. ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite [Docket No. 7990]

**Related Document(s)**:

a. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite to March 12, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8056]

b. Notice of Adjournment of Hearing on ResCap Borrower Claims Trust's Objection to Claim No. 2397 Filed by John Satterwhite to March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8148]

**Response(s)**: None.

**Status**: The hearing on this matter has been adjourned to March 31, 2015.

II. **RESOLVED MATTER(S):**

1. Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7575]

**Related Document(s)**:

a. Notice of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay [Docket No. 7583]

b. Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to December 18, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7680]

c. Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7873]

d. Notice of Adjournment of Hearing on Motion of Monty and Heather Allen for Relief from the Automatic Stay to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8055]

|   |   |   |
|---|---|---|
|   | e. | Objection of Monty and Heather Allen to Modification and Reduction of Claim No. 6768 [Docket No. 8060] |

        **Response(s)**:    None.

        **Status:**    This matter has been resolved. No hearing is required.

2. Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7806]

    **Related Document(s)**:

    a.    Notice of Hearing on Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 7807]

    b.    Notice of Adjournment of Hearing on Motion of Bank of America, N.A. for Relief from the Automatic Stay to February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 7908]

    c.    Notice of Adjournment of Hearing on Motion for Relief from Stay Filed by Bank of America, N.A. to February 25, 2015 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 8069]

    d.    Notice of Presentment of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 8086]

    e.    Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by 11 U.S.C. § 362(a) [Docket No. 8166]

    **Response(s)**:

    a.    Opposition of Tom Franklin to Motion for Relief from Stay filed by Bank of America, N.A. [Docket No. 8022]

    **Status**:    This matter has been resolved. No hearing is required.

**III.**    **CLAIMS OBJECTION(S) GOING FORWARD**:

1. Objection of the ResCap Borrower Claims Trust to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8019]

    **Related Document(s)**:

    a.    Notice of Revised Response Deadlines [Docket No. 8024]

ny-1176494    9

**Response(s)**:

a. Response by Francine Silver to the Objection of the ResCap Borrower Claims Trust to the Proof of Claim Filed by Francine [Silver] (Claim No. 61) [Docket No. 8114]

**Reply**:

a. The ResCap Borrower Claims Trust's Reply in Support of its Objection to Proof of Claim Filed by Francine Silver (Claim No. 61) [Docket No. 8167]

**Status**: The hearing on this matter will be going forward.

2. The ResCap Borrower Claims Trust's Objection to Claim Number 2267 Filed by Abosede Eboweme [Docket No. 8018]

   **Related Document(s)**:

   a. Notice of Revised Response Deadlines [Docket No. 8024]

   b. Letter filed on February 17, 2015 by Abosede Eboweme Regarding The ResCap Borrower Claims Trust's Objection to Claim Number 2267 Filed by Abosede Eboweme [Docket No. 8144]

   **Response(s)**:    None.

   **Status**:    The hearing on this matter will be going forward.

3. ResCap Liquidating Trust's Eighty-First Omnibus Objection to Claims ((A) Duplicate Claim; (B) Insufficient Documentation Claims; (C) No Liability Claims; (D) Redesignate and Allow Claim; and (E) Reduce and Allow Claims) [Docket No. 8013]

   **Related Document(s)**:    None.

   **Response(s)**:

   a. Creditors Monty and Heather Allen's Objection to Modification and Reduction of Claim No. 6768 [Docket No. 8060]

   **Status**:    The hearing on this matter will be going forward on an uncontested basis.

4. ResCap Borrower Claims Trust's Objection to Claim No. 4222 Filed by Todd Silber [Docket No. 7979]

   **Related Document(s)**:    None.

**Response(s)**:

a.  General Reply and Objection to ResCap Borrower Claims Trust's Objection to Claim No. 4222 Filed by Todd Silber [Docket No. 8064]

**Reply**:

a.  The ResCap Borrower Claims Trust's Reply in Support of its Objection to Claim Number 4222 Filed by Todd Silber [Docket No. 8160]

**Status**:   The hearing on this matter will be going forward.

Dated:  February 23, 2015           /s/ Norman S. Rosenbaum
        New York, New York          Norman S. Rosenbaum
                                    Jordan A. Wishnew
                                    MORRISON & FOERSTER LLP
                                    250 West 55th Street
                                    New York, New York 10019
                                    Telephone: (212) 468-8000
                                    Facsimile: (212) 468-7900

                                    *Counsel for The Post-Effective Date
                                    Debtors, The ResCap Liquidating Trust
                                    and The ResCap Borrower Claims Trust*