Please file the following response with the court in to case 12-12020-(MG) Residential Capital VS Kristin Karmazyn

Per Residential Concepts documents

Foreclosure agreement DOC 8038-11 Exhibit K
PER PARAGRAPH 5 - A payment must the made in the amount of 1244.65 (9/29/2009) , a money order was sent and received on 10/3/2009
GMAC foreclosed on the house 10/5/2009. We Received the money order on 10/7 saying that it was not the right amount
Per GMAC records it show my call in to them asking what hey sold the house , I was told it was the wrong amount and I showed them it was the amount the told me, they said there was a mistake made. There own statement and documentation show that it was wrongful foreclosed on and I should be compensated or given the house back.

I was also like to point out the first legal document I signed with GMAC was in in July 2009 and we followed exactly what they said to do . In court When they were referring to the loan modifications from March that was a legal document with Homecoming financial not GMAC.

I WOULD LIKE TO BRING TO THE COURTS ATTENTION THAT THE FOLLOWING STATEMENT ATTACHED WAS SUBMITTED BY GMAC ON 01/09/2015   DOC 7967-8 EXHIBIT G
THIS STATEMENT SHOWS MY 2000.00 WAS ACCEPTED AND NOT REVERSED , STATEMENT DOC 8038-1 EXHIBIT SUBMITTED ON 1-28 A HAS BEEN CHANGED TO SAY THIS PAYMENT WAS REVERSED
I believe the statements have been altered for this case

GMAC in past documents stated that the $4000.00 payment in May was returned , as I have sated many times it was never returned per their own statement DCO 8038-1 Exhibit A
The $4000.00 payment was entered and accounted for it was never reversed from their account and we never received  the payment back                                     because they accepted the money.
This payment was made to Homecoming financial
The agreement signed with  GMAC was in July 2009 and we did send money order but they said wrong amount which was the correct amount

Per Residential documents

The following payments were paid in 2009 and applied to my account ,

| Month | Type | Amount | Note | Reference |
|---|---|---|---|---|
| January | | 0 | | |
| February | | 0 | | |
| March | CHECK | $ 4,000.00 | payment applied by Residential | PER DOCUMENT |
| April | CHECK | $ 1,313.42 | payment applied by Residential | PER DOCUMENT |
| MAY | CHECK | $ 2,698.58 | payment applied by Residential | PER DOCUMENT |
| June | CHECK | $ 2,000.00 | Payment accepted on statement submitted on 01/28 It is reversed | DOC 8038-1 EXHIBIT A PAGE 3-34 |
| July | CHECK | $ 2,000.00 | Payment made to Homecoming but reversed saying they returned I cannot prove it was not returned | DOC 8038-1 EXHIBIT A PAGE 3-34 |
| August | Money order | $ 1525.00 and 1042.41 | payment applied | PER DOCUMENT |
| Sept 3 2009 | Money order | | 1530.00 money order sent returned saying it was wrong amount needed to be 1244.66 | per Document 8038-10 Exhibit J |
| October 3 200 Money order | | | 1244.61 sent GMAC RECEIVED 10/3 FORECLOSED 10/5 SENT BACK TO ME ON 10/7 | per Document 8038-10 Exhibit L    also see DOC 8038 PAGE 5 OF 6 |

This payment was applied by GMAC after the foreclosure which was payment made by us but sitting in unapplied .
In October 23 I called and asked about all my payments I made they stated they do not have to reimburse us they could apply to loss
12/7/2009                                    2457.67

I would like to know where the Escrow reimbursements that were sent for 2008-2009- We received no Escrow reimbursement .
Escrow reimbursement                            7388.99                DOC 8038-1 EXHIBIT A

I have tried to obtain detail bank statements from Wells Fargo and Chase where my husband had account, since five years has past they have expunged
records , if they have a court order they will open case and retrieve files . if my case is going to be denied because  of this I ask for a extension and a court order , I
am not sure why we need these when all the document the trust has recorded shows the errors made regarding the foreclosure

I would also like the court to have GMAC to submit Homecoming financial statement it would show these payments in question in detail .

PAID TO GMAC
PAID TO GMAC
PAID TO GMAC
Paid to Homecoming Financial
Paid to Homecoming Financial
Paid to Homecoming Financial

Kristin Karmazyn
720-314-0188

RECEIVED
FEB 10 2015
U.S. BANKRUPTCY COURT, SDNY

hereto as <u>Exhibit I</u>. On September 23, 2009, the Karmazyns attempted to make a payment in the amount of $1,530, but that check was returned that same day because it was not enough to reinstate the account, as the repayment plan was no longer active.[2]  <u>See</u> September 23, 2009 Letter, attached hereto as <u>Exhibit J</u>.

*[handwritten: Recieved money order $1244.65 on 10/3/2009]*

13.    On September 24, 2009, the Debtors spoke with the Karmazyns over the phone and initiated a new trial plan that required a payment of $1,244.65 due October 5, 2009 (the "September Trial Plan").[3] <u>See</u> September Trial Plan, attached hereto as <u>Exhibit K</u>; <u>see also</u> Karmazyn Servicing Notes. At this time, the Debtors also informed the Karmazyns that the foreclosure sale was scheduled for October 7, 2009, and that the payment would need to be received by October 5, 2009 for the foreclosure to be stopped. <u>See</u> Karmazyn Servicing Noes. The Debtors did not receive a payment by October 5, 2009 and as a result the September Trial Plan was cancelled on October 7, 2009. <u>See id</u>. The Karmazyns sent a payment of $1,244.65 on October 7, 2009, but this payment was returned that same day because it was not enough to reinstate the account. <u>See</u> October 7, 2009 Letter, attached hereto as <u>Exhibit L</u>. The foreclosure was conducted on October 7, 2009. <u>See</u> Karmazyn Servicing Notes.

---

[2] $1,530 was the amount required under the July Repayment Plan.
[3] In the Reply, the Borrower Trust improperly identified the required payment for the September Trial Plan as $1,530.

5

ny-1173714

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/24/09

## FORECLOSURE REPAYMENT AGREEMENT

MICHAEL A KARMAZYN
KRISTIN E KARMAZYN
5153 S UKRAINE ST
AURORA        CO 80015-6561

RE:   Account Number          ████4090
      Property Address        5153 SOUTH UKRAINE STREET
                              AURORA        CO 80015

MICHAEL A KARMAZYN KRISTIN E KARMAZYN ("Customer") and GMAC Mortgage, LLC ("Lender"), in consideration for the mutual covenants set forth in this Foreclosure Repayment Agreement (the "Agreement"), hereby agree as follows:

1. There is an outstanding debt to the Lender pursuant to a note and mortgage or deed of trust or equivalent security instrument (the "Mortgage") executed on 08/05/05, in the original principal amount of $294500.00.

2. The account is presently in default for non-payment to Lender of the 11/01/08 installment and all subsequent monthly payments due on the Mortgage for principal, interest, escrows and charges.

3. The amount necessary to cure the default is $41749.43 plus such additional amounts that are presently due under the terms of the loan documents as of 09/24/09, and will increase until the default in the account is brought current.

4. Lender has instituted foreclosure proceedings against the property securing the Mortgage indebtedness, which proceedings will continue until the default(s) described herein is/are brought current under the terms of the Mortgage, or otherwise cured as provided for in this Agreement.

5. Notwithstanding the foregoing, Lender agrees to suspend but not terminate foreclosure activity on the default account, provided we receive the executed Agreement and we receive the initial installment in the amount of $1244.65 no later than MONTHLY. This executed Agreement can be mailed or faxed to us at:

*[handwritten: Sent in received 10/3]*

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

10/07/09

MICHAEL A KARMAZYN
KRISTIN E KARMAZYN
5153 S UKRAINE ST
AURORA        CO 80015-6561

RE:   Account Number          ▇▇▇4090
      Property Address        5153 SOUTH UKRAINE STREET
                              AURORA        CO 80015

Dear   MICHAEL A KARMAZYN
       KRISTIN E KARMAZYN

PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find official check number 6365505039 in amount of $1244.65. These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional fees and costs have incurred. If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts. Only the correct amount in the form of certified funds will be acceptable.

    CMS Legal Service DBA Castle,
    999 18th Street
    DENVER CO 80202
    303-865-1400

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you avoid foreclosure. Contact the Loss Mitigation Department at GMAC Mortgage, LLC immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/23/09

MICHAEL A KARMAZYN
KRISTIN E KARMAZYN
5153 S UKRAINE ST
AURORA        CO 80015-6561

RE:   Account Number           ▮▮▮▮4090
      Property Address         5153 SOUTH UKRAINE STREET
                               AURORA        CO 80015

Dear   MICHAEL A KARMAZYN
       KRISTIN E KARMAZYN

PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find official check number 6365504983 in the amount of $1,530.00. These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional fees and costs have incurred. If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts. Only the correct amount in the form of certified funds will be acceptable.

CMS Legal Service DBA Castle,
999 18th Street
DENVER CO 80202
303-865-1400

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you avoid foreclosure. Contact the Loss Mitigation Department at GMAC Mortgage, LLC immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53

*[Handwritten annotations in right margin, partially illegible: "September payment returned... ...returned..."]*

Pg 3 of 34

| Date | Date2 | Balance | Code | Type | Num | Amount | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2009 | 10/01/2008 | $285,480.45 | PAYMENT | UFF | | ($2,567.41) | $0.00 | $0.00 | ($2,567.41) | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2009 | 10/01/2008 | $285,480.45 | PAYMENT | UFF | | ($1,042.41) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2009 | 10/01/2008 | $0.00 Unapplied | | UFU | | ($1,525.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2009 | 10/01/2008 | $0.00 Unapplied | | UI | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/04/2009 | 09/05/2009 | $0.00 Unapplied | | RPL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($412.20) |
| 08/03/2009 | 09/01/2008 | $0.00 Comment | | FB | | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 08/03/2009 | 09/01/2008 | $0.00 FEE | | SRA | 011 | $1,525.00 | $0.00 | $0.00 | $0.00 | $1,525.00 | $0.00 | $0.00 | $0.00 |
| 07/29/2009 | 09/01/2008 | $285,709.27 PAYMENT | | UFU | | $1,525.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/29/2009 | 09/01/2008 | $0.00 Non-Cash | | AA | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/29/2009 | 09/01/2008 | $0.00 Unapplied | | UFF | | $3,313.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/29/2009 | 09/01/2008 | $0.00 Unapplied | | UFU | | ($3,313.42) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/27/2009 | 09/01/2008 | $285,709.27 PAYMENT | | SR | | $7,389.77 | $0.00 | $0.00 | $0.00 | $0.00 | $7,389.77 | $0.00 | $0.00 |
| 07/27/2009 | 09/01/2008 | $0.00 Unapplied | | UFL | | $7,389.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/17/2009 | 09/01/2008 | $0.00 Comment | | SLC | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/15/2009 | 09/01/2008 | $0.00 FEE | | FB | 164 | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 06/10/2009 | 09/01/2008 | $285,709.27 PAYMENT | | FB | 011 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 06/02/2009 | 09/01/2008 | $285,709.27 PAYMENT | | SR0 | | ($2,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($2,000.00) | $0.00 | $0.00 |
| 06/02/2009 | 09/01/2008 | $0.00 Unapplied | | UFU | | ($2,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/01/2009 | 09/01/2008 | $285,709.27 PAYMENT | | SRA | | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 06/01/2009 | 09/01/2008 | $0.00 Unapplied | | UFU | | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/14/2009 | 09/01/2008 | $285,709.27 Escrow Disb-Tax County | | E90 | | ($1,285.19) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,285.19) | $0.00 |
| 05/08/2009 | 09/01/2008 | $0.00 FEE | | FB | 011 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 05/04/2009 | 09/01/2008 | $285,709.27 PAYMENT | | SRA | | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 05/04/2009 | 09/01/2008 | $0.00 Unapplied | | UFU | 040 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/03/2009 | 09/01/2008 | $0.00 FEE | | FB | | $1,915.22 | $0.00 | $0.00 | $0.00 | $1,915.22 | $0.00 | $0.00 | $0.00 |
| 03/24/2009 | 09/01/2008 | $285,709.27 PAYMENT | | RP | | $2,686.58 | $203.59 | $0.00 | $314.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/24/2009 | 09/01/2008 | $285,709.27 PAYMENT | | SR | 011 | $1,313.42 | $0.00 | $0.00 | $0.00 | $0.00 | $1,313.42 | $0.00 | $0.00 |
| 03/24/2009 | 09/01/2008 | $0.00 Unapplied | | UFF | | $1,313.42 | $0.00 | $2,168.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/24/2009 | 09/01/2008 | $0.00 Unapplied | | UI | | $0.00 | $0.00 | $0.00 | $314.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/20/2009 | 09/01/2008 | $0.00 Comment | | RPL | | $4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/03/2009 | 08/01/2008 | $285,912.86 Escrow Disb-Tax County | | E90 | | ($1,285.24) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,285.24) | $0.00 |
| 01/13/2009 | 08/01/2008 | $0.00 FEE | | FB | 011 | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 12/04/2008 | 08/01/2008 | $0.00 FEE | | FB | 164 | $83.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $0.00 | $0.00 |
| 12/01/2008 | 08/01/2008 | $285,912.86 Escrow Disb-Fire | | E20 | | ($1,228.00) | $0.00 | $0.00 | ($1,228.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/25/2008 | 08/01/2008 | $0.00 FEE | | FB | 011 | $13.00 | $0.00 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $0.00 |
| 10/24/2008 | 08/01/2008 | $0.00 FEE | | FB | | $13.00 | $0.00 | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $0.00 |
| 09/08/2008 | 07/01/2008 | $286,114.92 PAYMENT | | AP | | $2,686.58 | $200.53 | $0.00 | $2,171.23 | $0.00 | $0.00 | $0.00 | ($675.72) |
| 09/08/2008 | 07/01/2008 | $0.00 Unapplied | | UI | | $0.00 | $0.00 | $0.00 | $314.82 | $0.00 | $0.00 | $0.00 | ($118.58) |

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Transaction Type | Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4090 | 12/29/2009 | 10/01/2008 | $0.00 | FEE | 056 | FP | $2,271.01 | $0.00 | $0.00 | $0.00 | $2,271.01 | $0.00 | $0.00 | $0.00 |
| 4090 | 12/29/2009 | 10/01/2008 | $0.00 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,598.62 |
| 4090 | 12/29/2009 | 10/01/2008 | $0.00 | PAYMENT | | SRO | ($2,271.01) | $0.00 | $0.00 | $0.00 | $0.00 | ($2,271.01) | $0.00 | $0.00 |
| 4090 | 12/29/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | ($2,271.01) | $0.00 | $0.00 | $0.00 | $0.00 | ($2,271.01) | $0.00 | $0.00 |
| 4090 | 12/29/2009 | 10/01/2008 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,598.62 |
| 4090 | 12/18/2009 | 10/01/2008 | $0.00 | Write-Off | 011 | WFL | ($2.00) | $0.00 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 | $0.00 |
| 4090 | 12/14/2009 | 10/01/2008 | $0.00 | FEE | 040 | FE | $2,795.83 | $0.00 | $0.00 | $0.00 | $2,795.83 | $0.00 | $0.00 | $0.00 |
| 4090 | 12/14/2009 | 10/01/2008 | $0.00 | FEE | 164 | FE | $251.00 | $0.00 | $0.00 | $0.00 | $251.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 12/11/2009 | 10/01/2008 | $0.00 | FEE | 011 | FE | $136.50 | $0.00 | $0.00 | $0.00 | $136.50 | $0.00 | $0.00 | $0.00 |
| 4090 | 12/07/2009 | 10/01/2008 | $0.00 | PAYMENT | | SR | $2,570.43 | $0.00 | $0.00 | $2,570.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 12/07/2009 | 10/01/2008 | $0.00 | PAYMENT | | SRR | ($588.37) | $0.00 | $0.00 | ($588.37) | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 11/10/2009 | 10/01/2008 | $0.00 | Escrow Disb-Unapplied | | M72 | ($7,389.77) | $0.00 | $0.00 | $0.00 | $0.00 | $7,389.77 | $0.00 | $0.00 |
| 4090 | 11/10/2009 | 10/01/2008 | $0.00 | Unapplied | | UF | ($7,389.77) | $0.00 | $0.00 | $0.00 | $0.00 | $7,389.77 | $0.00 | $0.00 |
| 4090 | 11/09/2009 | 10/01/2008 | $0.00 | FEE | 171 | FWV | ($12.50) | $0.00 | $0.00 | $0.00 | ($12.50) | $0.00 | $0.00 | $0.00 |
| 4090 | 11/02/2009 | 10/01/2008 | $0.00 | Write-Off | | WRF | $0.00 | $285,480.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/28/2009 | 10/01/2008 | $285,480.45 | PAYMENT | | PT | $7,678.72 | $0.00 | $0.00 | ($1,982.06) | $0.00 | $9,660.78 | $0.00 | $0.00 |
| 4090 | 10/28/2009 | 10/01/2008 | $285,480.45 | PAYMENT | | RT | ($7,678.72) | $0.00 | $0.00 | $1,982.06 | $0.00 | ($9,660.78) | $0.00 | $0.00 |
| 4090 | 10/28/2009 | 10/01/2008 | $0.00 | Unapplied | | UFL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/28/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/27/2009 | 10/01/2008 | $285,480.45 | PAYMENT | | SRO | ($190,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($190,000.00) | $0.00 | $0.00 |
| 4090 | 10/27/2009 | 10/01/2008 | $0.00 | Unapplied | | UFX | ($190,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/20/2009 | 10/01/2008 | $0.00 | FEE | | FB | $880.61 | $0.00 | $0.00 | $0.00 | $880.61 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/19/2009 | 10/01/2008 | $0.00 | Comment | 040 | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/16/2009 | 10/01/2008 | $285,480.45 | PAYMENT | | SR | $190,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190,000.00 | $0.00 | $0.00 |
| 4090 | 10/16/2009 | 10/01/2008 | $0.00 | Unapplied | | UFX | $190,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/07/2009 | 10/01/2008 | $285,480.45 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/07/2009 | 10/01/2008 | $0.00 | Unapplied | | UFF | ($2,271.01) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 10/07/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | $2,271.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/29/2009 | 10/01/2008 | $0.00 | FEE | 011 | FB | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/24/2009 | 10/01/2008 | $285,480.45 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/24/2009 | 10/01/2008 | $0.00 | Unapplied | | UFF | $2,271.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/17/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/15/2009 | 10/01/2008 | $285,480.45 | Non-Cash | | AA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/15/2009 | 10/01/2008 | $0.00 | Unapplied | | UFF | ($2,271.01) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 09/15/2009 | 10/01/2008 | $0.00 | Unapplied | | UFU | $2,271.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4090 | 08/18/2009 | 10/01/2008 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

GMAC MORTGAGE
PO BOX 780
WATERLOO, IA 50704-0780

*2009*

*MAY*
*JUNE*  } *all paid*
*JULY*

*Refunded on Statement we never recieved money back.*

MICHAEL A KARMAZYN
22959 E SMOKY HILL RD. APT H308
AURORA    CO. 80015-6749

LOAN TYPE 1-8  CONVENTIONAL
ACCOUNT NUM ████4090

*2009* DETAIL BY TRANSACTION

| TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | LAST PAID | POST DATE | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID | CR LIFE/ DISAB | LT CHRG/ FEES | PRINCIPAL BAL AFTER TRAN | ESCROW BAL AFTER TRAN | UNAPP FUNDS AFTER TRAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROP INSPECT | 11.25 | 08/08 | 01/13/09 | | | | | 11.25 | 285,912.86 | -41.27 | |
| TAX DISB | | 08/08 | 02/03/09 | | | -1285.24 | | | 285,912.86 | -1,326.51 | |
| PAYMENT | 2686.58 | 09/08 | 03/24/09 | 203.59 | 2168.17 | 314.82 | *MARCH* | | 285,709.27 | -1,011.69 | |
| MISC RECEIPT | 1313.42 | 09/08 | 03/24/09 | | | | *APRIL PAYMENT* | | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 527.40 | 09/08 | 04/03 | | | | | 527.40 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 787.50 | 09/08 | 04/03 | | | | | 787.50 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 10.00 | 09/08 | 04/03 | | | | *Refunded but we never recieved* | 10.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 460.00 | 09/08 | 04/03 | | | | | 460.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 5.32 | 09/08 | 04/03 | | | | | 5.32 | 285,709.27 | -1,011.69 | 1,313.42 |
| EXPENSE ADVA | 125.00 | 09/08 | 04/03 | | | | | 125.00 | 285,709.27 | -1,011.69 | 1,313.42 |
| MISC RECEIPT | 2000.00 | 09/08 | 05/04 | | | | *Refunded* | | 285,709.27 | -1,011.69 | 3,313.42 |
| PROP INSPECT | 11.25 | 09/08 | 05/08 | | | | | 11.25 | 285,709.27 | -1,011.69 | 3,313.42 |
| TAX DISB | | 09/08 | 05/14/09 | | | -1285.19 | | | 285,709.27 | -2,296.88 | 3,313.42 |
| MISC RECEIPT | 2000.00 | 09/08 | 06/01/09 | | | | *MAY PAYMENT* | | 285,709.27 | -2,296.88 | 5,313.42 |
| REVERSAL | -2000.00 | 09/08 | 06/02/09 | | | | *Refunded - never recieved* | | 285,709.27 | -2,296.88 | 3,313.42 |
| PROP INSPECT | 11.25 | 09/08 | 06/10 /09 | | | | | 11.25 | 285,709.27 | -2,296.88 | 3,313.42 |
| CORP ADV 3 D | 83.00 | 09/08 | 07/15 /09 | | | | | 83.00 | 285,709.27 | -2,296.88 | 3,313.42 |
| MISC RECEIPT | 7389.77 | 09/08 | 07/27/09 | | | | *Told refund - Never recieved* | | 285,709.27 | -2,296.88 | 10,703.19 |
| MISC RECEIPT | 1525.00 | 09/08 | 08/03/09 | | | | *JUNE Payment* | | 285,709.27 | -2,296.88 | 12,228.19 |
| PROP INSPECT | 11.25 | 09/08 | 08/03 /09 | | | | | 11.25 | 285,709.27 | -2,296.88 | 12,228.19 |
| PAYMENT | 2567.41 | 10/08 | 08/04 /09 | 228.82 | 2023.77 | 314.82 | *July* | | 285,480.45 | -1,982.06 | 12,228.19 |
| REVERSAL | -1042.41 | 10/08 | 08/04 | | | | *Refunded never recieved* | | 285,480.45 | -1,982.06 | 11,185.78 |
| REVERSAL | -1525.00 | 10/08 | 08/04 | | | | | | 285,480.45 | -1,982.06 | 9,660.78 |
| PROP INSPECT | 11.25 | 10/08 | 09/29 | | | | *AUCTION PAYMENT* | 11.25 | 285,480.45 | -1,982.06 | 9,660.78 |
| MISC RECEIPT | 190000.00 | 10/08 | 10/16 | | | | | | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 15.93 | 10/08 | 10/20 | | | | | 15.93 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 50.00 | 10/08 | 10/20 | | | | | 50.00 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 230.18 | 10/08 | 10/20 | | | | | 230.18 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 87.50 | 10/08 | 10/20 | | | | | 87.50 | 285,480.45 | -1,982.06 | 199,660.78 |
| EXPENSE ADVA | 497.00 | 10/08 | 10/20 | | | | | 497.00 | 285,480.45 | -1,982.06 | 199,660.78 |
| BKY-OTHER | -190000.00 | 10/08 | 10/27 | | | | | | 285,480.45 | -1,982.06 | 9,660.78 |
| BKY-OTHER | | 10/08 | 11/02 | 285480.45 | | | | | 0.00 | -1,982.06 | 9,660.78 |
| SPEEDPAY FEE | -12.50 | 10/08 | 11/09 | | | | | -12.50 | 0.00 | -1,982.06 | 9,660.78 |
| ESC DISB | | 10/08 | 11/10 | | | | | | 0.00 | -1,982.06 | 2,271.01 |