Feb, 13, 2014

TO HONORABLE MARTIN GLENN I JOHN E SATTERWHITE JR RESPECTFILLY FILE MY OBJECTION IN BEFORE FEBRUARY 16, 2015 AT 4:00P.M. SIR I WAS NOT GIVIEN TIME TO PREPARE I AM ALL SO BLIND IN ONE EYE I PRAY THAT YOU DO NOT DISSQUALIFY MY CASE THANK YOU SIR GOD BLESS I AM TRYING TO HIRE COUNSEL THANK YOU SIR GOD BLESS JOHN E SATTERWHITE JR

CASE NO. 12-12020 (MG)

CLAIM NUMBER 2397

DOCKET NO. 7990.

*[signature: John Satterwhite Jr]*

RECEIVED
FEB 17 2015
U.S. BANKRUPTCY COURT, SDNY