UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020(MG) |
| **RESIDENTIAL CAPITAL, LLC, et al.** | Chapter 11 |
| **Debtors** | Jointly Administered |

**MONTY ALLEN and HEATHER ALLEN**

Creditors

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (CLAIM 6768)

Monty and Heather Allen move to withdraw their motion for relief from the automatic stay, as the Parties to this matter have reached a settlement with regard to said Motion.

_____
Jeffrey B. Austin (AUS013)
austin@bellsouth.net
Attorney for Monty and Heather Allen
211 S. Cedar Street
Florence, AL 35630
(256) 766-1354

## CERTIFICATE OF SERVICE

I hereby certify I have on this 24th day of Feb 2015 served a copy of the foregoing on the following attorneys and/or parties listed below:

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green
New York, NY  10004-1408

ResCap Liquidating Trust, Morrison & Foerster LLP
Attn:  Norman S. Rosenbaum and Jordan A. Wishnew

Page 1 of 2

250 West 55th Street
New York, NY  10019

ResCap Liquidating Trust, Kramer Levin  Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Douglas H. Mannal, and Joseph A. Shifer
1177 Avenue of the Americas
New York, NY  10036

Office of the United States Trustee for the Southern District of New York
U. S. Federal Office Building
Attn:  Linda A. Riffkin and Brian S. Masumoto
201 Varick Street, Suite 1006
New York, NY  10014
The ResCap Liquidating Trust
Attn:  Jeffrey Brodsky
Quest Turnaround Advisors
800 Westchester Ave., Suite S-520
Rye Brook, NY  10573

_____
Jeffrey B. Austin