Marcus Silver 8613 Franklin Ave Los Angeles, CA 90069

Francine Silver Claim #61 Case # 12-12020 (MG)

## CERTIFICATE OF SERVICE

I, Marcus Silver, hereby certify under the penalty of perjury that on February 9, 2015, I served the following parties with Francine Silver's Response to the Objection by placing true and accurate copies with the USPS for next day delivery:

(a) the Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (b) counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019 (Attention: Norman S. Rosenbaum, Jordan A. Wishnew and Meryl L. Rothchild); (c) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (d) The ResCap Liquidating Trust, Quest Turnaround Advisors, 800 Westchester Avenue, Suite S-520, Rye Brook, NY 10573 (Attention: Jeffrey Brodsky); (e) The ResCap Borrower Claims Trust, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022 (Attention: Daniel J. Flanigan);

All copies were successfully delivered on February 10, 2015.

Marcus Silver

Date 2/11/15