UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                           ) Case No. 12-12020 (MG)
                                                 )
RESIDENTIAL CAPITAL, LLC, et al.,                ) Chapter 11
                                                 )
                    Debtors.                     ) Jointly Administered
                                                 )

# NOTICE OF PERJURY BY KATHY PRIORE IN FRANCINE SILVER'S CLAIM # 61

RECEIVED
FEB 24 2015
U.S. BANKRUPTCY COURT, SDNY

To The Honorable Judge Martin Glenn:

The declaration and supplemental declaration of Kathy Priore states "Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct." The declaration however is full of inaccuracies and misrepresentations that clearly constitute perjury and are an attempt to mislead the Court and slander Claimant.

Priore states: "5. *In her Reply, Silver asserts that GMACM over-billed her. Based on close review of the relevant Books and Records, we have confirmed that GMACM was, in fact, not overbilling Silver. GMACM explained this to Silver, in a letter dated June 3, 2011 (the "Reply Letter"), which is attached hereto as Exhibit A. In the Reply Letter, GMACM directed Silver's attention to the relevant portion of the Note, item 3(G), where Silver had agreed that, "On the 5th change date and on each succeeding 5th Payment Change Date thereafter, I will begin paying the Full Payment as my monthly payment until my monthly payment changes again." Therefore, Silver was not being overcharged; Silver agreed to pay the "Full Payment" as contemplated in the Note, and GMACM was billing Silver in accordance with the Note's plain terms."*

Ironically Claimant had argued the relevance of paragraph 3G exhaustively but to no avail almost two years earlier when the interest only option started being deleted from the payment coupon in violation of 3G. See payment coupons Exhibit 1. The interest only option started getting deleted in May, 2009 – This was the 3rd not the 5th payment change date and this is when the over-billing and breaching of the loan terms began. The over-billing was never corrected or adequately explained instead claimant was simply lied to, disconnected or told they would get back to her. Claimant kept paying the inflated amount because she thought the billing mistake would be corrected and in any event was expecting to sell the home and pay off the loan anyway. Nonetheless Claimant was being denied her right to make the lower payment. The June 3, 2011 reply letter is correct in stating on the 5th payment change (year 5, 2011) it is time to make the full payment but Debtors interpreted the 5 years as meaning 3 years, for lack of a better explanation and that is where the unrelenting fraud and over-billing occurred because the interest only payment option was suspended 2 years too early.

In her original Declaration Priore states "*7. On July 22, 2011, a Notice of Default was recorded against the property and foreclosure proceedings were*

*initiated. See Exhibit 3-B annexed hereto. At the time the Notice of Default was issued, Ms. Silver had been delinquent in failing to make nine (9) consecutive monthly mortgage payments in the aggregate amount of $58,595.72 as of July 21, 2011."* The asserted $58,595.72, was not the correct amount due to the over-billing that had been occurring for two years despite repeated pleas to correct the billing error and abide by 3G.

Furthermore, as Priore's declaration has blatant errors and misrepresentations regarding the billing, her knowledge of any of the purported Keeley assignments is also brought into question. Debtor has acknowledged that Claimant is skeptical about the very existence of Jacqueline Keeley (or just Jackie according to the purported notary - See Exhibit 2) and the legitimacy of her varying signatures (Exhibit 3). Claimant is now also skeptical of the existence of Kathy Priore and has been unable to confirm her good standing with the Minnesota Bar. If she does in fact exist she should be made to explain her inaccuracies and misrepresentations.

## **CONCLUSSION**

The Priore declaration was made under the penalty of perjury but is full of misrepresentations. Debtors are involved in document fabrication, fraud,

apparently unreported assignments and now also perjury. For these reasons and the reasons argued in Claimants reply to the Opposition, the Opposition is devoid of merit, should be denied in entirety and the claim should be paid in full immediately.

Respectfully,

Francine Silver

EXHIBIT 1

# GMAC Mortgage

PO BOX 4622
WATERLOO IA 50704-4622

**MORTGAGE ACCOUNT STATEMENT**

**CUSTOMER INFORMATION**

Name: Francine Silver
Account Number: 0307718858
Home Phone #: (310)945-6733

**PROPERTY ADDRESS**

8613 FRANKLIN AVE
LOS ANGELES    CA 90069

03/23/07 08:29  0001278 20090710 IG120101 FUARM  1 OZ DOM IG12010000* 146316  FU
#BWNHJPY
#KW04201A21799#

FRANCINE SILVER
8613 FRANKLIN AVE
LOS ANGELES CA 90069-1407

Customer Care Inquiries:    1-866-725-0782

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0307718858 |
| Current Statement Date | July 08, 2009 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 4.12500 |
| Current Principal Balance* | $1,413,375.65 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $34,911.34 |
| Taxes Paid Year-to-Date | $0.00 |

## Details of Amount Due/Paid

| | |
|---|---|
| Minimum Payment Without Escrow | $5,194.42 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $5,194.42 |
| Account Due Date | August 01, 2009 |

| Pmt Options this Month | Amount | Impact |
|---|---|---|
| Prin & Int Pmt based on 15-year term | $12,665.53 | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Prin & Int Pmt based on 30-year term | $7,277.06 | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Interest Only Payment | **** | You will not pay any principal on your loan. You will not reduce your loan balance |
| Minimum Payment | $5,194.42 | You will not cover the monthly interest on your loan. You will increase your loan balance. |

*handwritten: # 1371.00/xxx*
*# 5,194.42/xxx aug 01 09*

## Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 07/01/09 | 07/08/09 | $5,194.42 | -$188.05 | -$5,006.37 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

## Important News

**The options for your next payment are displayed above. If you elect to make the Minimum Payment and that payment amount is less than the Interest Only payment, the difference or shortage will be added to the principal balance (shown as a negative amount in the "Account Activity" transactions displayed above) and will accrue additional interest. Please refer to your mortgage documents if amounts are not displayed for all payment options.**

**See Reverse Side For Important Information**

# GMAC Mortgage

PO BOX 4622
WATERLOO IA 50704-4622

## MORTGAGE ACCOUNT STATEMENT

**CUSTOMER INFORMATION**
Name: Francine Silver
Account Number: 0307718858
Home Phone #: (310)945-6733

**PROPERTY ADDRESS**
8613 FRANKLIN AVE
LOS ANGELES CA 90069

---

02/11/10 11:00 3   0000983 20101015 JJ133102 FUARM   1 OZ DOM JJ13310000* 146316   FU

FRANCINE SILVER
8613 FRANKLIN AVE
LOS ANGELES CA  90069-1407



**Customer Care Inquiries:    1-866-725-0782**

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 0307718858 |
| Current Statement Date | October 14, 2010 |
| Maturity Date | April 01, 2036 |
| Interest Rate | 3.25000 |
| Current Principal Balance* | $1,394,075.04 |
| Current Escrow Balance | $0.00 |
| Interest Paid Year-to-Date | $54,281.68 |
| Taxes Paid Year-to-Date | $0.00 |

### Details of Amount Due/Paid

| | |
|---|---|
| Minimum Payment Without Escrow | $5,584.00 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $5,584.00 |
| Account Due Date | November 01, 2010 |

| Pmt Options this Month | Amount | Impact |
|---|---|---|
| Prin & Int Pmt based on 15-year term | $13,073.88 | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Fully Amortizing Prin & Int Pmt | $6,707.25 | You will pay some of the principal on your loan. You will reduce your loan balance. |
| Interest Only Payment | **** | You will not pay any principal on your loan. You will not reduce your loan balance |
| Minimum Payment | $5,584.00 | You will not cover the monthly interest on your loan. You will increase your loan balance. |

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 10/01/10 | 10/14/10 | $12.50 | | | | | | |
| SPEEDPAY FEE | 10/01/10 | 10/14/10 | $12.50 | | | | | | -$12.50 |
| Payment | 10/01/10 | 10/14/10 | $5,584.00 | $1,803.50 | $3,780.50 | | | | $12.50 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

The options for your next payment are displayed above. If you elect to make the Minimum Payment and that payment amount is less than the Interest Only payment, the difference or shortage will be added to the principal balance (shown as a negative amount in the "Account Activity" transactions displayed above) and will accrue additional interest. Please refer to your mortgage documents if amounts are not displayed for all payment options.

See Reverse Side For Important Information

**Mail This Portion With Your Payment**

Mortgage Payment Coupon

EXHIBIT 2



# EXHIBIT 3

12-12020-mg Doc 8192 Filed 02/24/15 Entered 02/24/15 17:57:08 Main Document Pg 12 of 16



Trustee, and recorded as Instrument No. 06 0618788, on 03/23/2006, in Book XX, Page XX of Official Records, in the office of the County Recorder of Los Angeles County, CA together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

DATE: 7/5/11

MERS MIN # [redacted]0833
MERS PHONE #888 679 6377

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Jacqueline Keeley
Assistant Secretary

State of Pennsylvania SS.
County of Montgomery

On 7/5/11 before me, Mary Lynch Notary Public, personally appeared Jacqueline Keeley who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Mary Lynch_ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 2, 2014
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

9



## SUBSTITUTION OF TRUSTEE

**WHEREAS, FRANCINE SILVER, AN UNMARRIED WOMAN** was the original Trustor, **LAND AMERICA COMMONWEALTH** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONWIDE LENDING GROUP A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated 03/15/2006 and recorded on 03/23/2006 as Instrument No. 06 0618788, in Book XX, Page XX of Official Records of Los Angeles County, California; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned desires to substitute Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 7/6/11

GMAC Mortgage, LLC FKA GMAC Mortgage Corporation

Jacqueline Keeley
Authorized Officer

State of Pennsylvania  } ss.
County of Montgomery

On 7/6/11 before me, **Nikole Shelton** Notary Public, personally appeared jacqueline keele who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Pennsylvania that the foregoing paragraph is true and



Mortgage Companies d.b.a. EquiBanc Mortgage Corporation and dated March 23, 1999, recorded in Deed Book 10618, Page 268, Clerk's Office, Superior Court of DeKalb County, Georgia, together with the real property therein described, which has the property address of 852 Brafferton Place, Stone Mountain, GA 30083; and also the indebtedness described in said Deed and secured thereby, having this day been transferred and assigned to the said Assignee together with all of Assignor's right, title and interest in and to the said Deed, the property therein described and the indebtedness secured; and the said Assignee is hereby subrogated to all the rights, powers, privileges and securities vested in Assignor under and by virtue of the aforesaid Security Deed or Deed to Secure Debt.

** This Second Corrective Assignment of Security Deed is being recorded in order to correct the Assignee/Trust name.

This Assignment of Security Deed is executed on this 20 day of September, 2011.
Signed, sealed and delivered
in the presence of:

The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A. as Trustee s/b/m to Bank One, N.A. as Trustee s/b/m to The First National Bank of Chicago as Trustee

By:
Its: Mary Ladd    Authorized Officer

By:
Its: Jacqueline Keele  Authorized Officer

Witness Vander Cour



10. On July 6, 2011, the trustee on the Deed of Trust became Executive Trustee Services, LLC d/b/a ETS Services, LLC. On July 6, 2011, I executed the Substitution of Trustee as an Authorized Officer for GMACM, f/k/a GMAC Mortgage Corporation. Attached hereto as Exhibit 4-B is a true and correct copy of the Substitution of Trustee that I signed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2015

/s/ Jacqueline Keeley
Jacqueline Keeley

CAPTION:

FRANCINE SILVER v.
RESCAP · BORROWER
CLAIMS TRUST.

CERTIFICATE OF SERVICE
Docket Number: 12-12020 (MG)

I, MARCUS SILVER, hereby certify under penalty of perjury that on 2/23/15 (date), I served a copy of THE NOTICE OF PERJURY
(list all documents)

by (select all applicable)*

☐ United States Mail
☐ Federal Express
☒ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

NORMAN S. ROSENBAUM, JORDAN A. WISHNEW &
MERYL L. ROTHCHILD — MORRISON & FOERSTER LLP
250 W. 55TH ST. NEW YORK N.Y. 10019

2/23/15
Today's Date

[Signature]

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form