**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
                                                      :
In re                                                 :          **Chapter 11**
                                                      :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :          **Case No. 12-12020 (MG)**
                                                      :
                                                      :
                                                      :          **(Jointly Administered)**
                        **Debtors.**                  :
------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

    I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

    A. On February 20, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service lists attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit B</u>**, via Overnight Mail upon the service list attached hereto as **<u>Exhibit C</u>**, and via First Class Mail upon the service list attached hereto as **<u>Exhibit D</u>**:

- **The ResCap Liquidating Trust's Counter-Designation of Items for Record on Appeal** [Docket No. 8163]

    B. Additionally, on February 20, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Monthly Service List attached hereto as **<u>Exhibit A</u>**, and via First Class Mail upon the service lists attached hereto as **<u>Exhibit D</u>** and service list attached hereto as **<u>Exhibit E</u>**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Withdrawal of Claim for American Residential Equities, LLC re: Claim No. 5718** [Docket No. 8164]

Dated: February 24, 2015

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th of February, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

2

# EXHIBIT A

Exhibit A
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GODFREY & KAHN SC | KATHERINE STADLER | kstadler@gklaw.com |
| KRAMER LEVIN | KENNETH H. ECKSTEIN & DOUGLAS H. MANNAL & JOSEPH A. SHIFER | keckstein@kramerlevin.com; dmannal@kramerlevin.com; jshifer@kramerlevin.com |
| POLSINELLI | DANIEL J FLANIGAN & JASON A NAGI | dflanigan@polsinelli.com; jnagi@polsinelli.com |
| RESCAP LIQUIDATING TRUST | C/O QUEST TURNAROUND ADVISORS | jbrodsky@qtadvisors.com |
| SOLUTION TRUST | PETER KRAVITZ | PKravitz@SolutionTrust.com |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| WALTERS BENDER STROHBEHN VAUGHN | R. FREDERICK WALTERS | fwalters@wbsvlaw.com |

# EXHIBIT B

Exhibit B
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| Tom Franklin | frenklinart@aol.com |

# EXHIBIT C

Exhibit G
Served via Overnight Mail

| CREDITORNAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| Tom Franklin | 5800 Oak Grove Road | Fort Worth | TX | 76134 |
| Tom Franklin | 5633 Oak Grove Road | Fort Worth | TX | 76134 |

# EXHIBIT D

Exhibit D
Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | 1 E Main St Ste 500 | PO Box 2719 | Madison | WI | 53701-2719 |
| KRAMER LEVIN | Kenneth H. Eckstein & Douglas H. Mannal & Joseph A. Shifer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Polsinelli | Daniel J Flanigan & Jason A Nagi | 900 3rd Ave 21st Fl | | New York | NY | 10022-4869 |
| ResCap Liquidating Trust | c/o Quest Turnaround Advisors, LLC | Attn: Jeffrey Brodsky, Esq. | 800 Westchester Ave Ste S-520 | Rye Brook | NY | 10573 |
| Solution Trust | Peter Kravitz | 29209 Canwood St Suite 210 | | Agoura Hills | CA | 91301 |
| Solution Trust | Peter Kravitz | 230 Park Avenue 10th Floor | | New York | NY | 10169 |
| Solution Trust | Peter Kravitz | 919 N Market St Ste 700 | | Wilmington | DE | 19807 |
| US Trustee for the Southern District of NY | US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 201 Varick St Ste 1006 | New York | NY | 10014 |
| Walters Bender Strohbehn Vaughn | R. Frederick Walters | 2500 City Center Square 1100 Main | | Kansas City | MO | 64105 |

# EXHIBIT E

Served via First Class Mail

| CREDITORNAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| American Residential Equities, LLC | ARE, LLC, Trustee Attn Jeffrey Kirsch Signatory | 3422 Old Capitol Trail | PMB #1839 | Wilmington | DE | 19808 |
| Lisa Phillips | | 3121 Washington Blvd. | | Marina Del Rey | CA | 90292 |