RECEIVED
FEB 25 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

FELIX O. ABU
P.O. BOX 231171
SACRAMENTO, CA 95823
February 19, 2015
(916) 425-4300

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: RESIDENTIAL CAPITAL, LLC. Et. al.,

       Debtors.

Case No.: 12-12020 MG

Chapter 11

**OPPOSITON TO NOTICE OF MOTION OF THE RESCAP LIQUIDATING TRUST FOR FINAL DECREE CLOSING CERTAIN JOINTLY ADMISTERED CHAPTER 11 CASES**

I, FELIX O. ABU(PROSE) AND CLAIMANT NUMBER 241 and 246, hereby submit the following objections to the Debtor's Notice of Motion of the Rescap Liquidating Trust for Final decree closing certain jointly administered Chapter 11 Cases. Please take further notice that the opposition is written to conform to the Federal Rules of Bankruptcy procedure, the Local Bankruptcy Rules for the Southern District of New York, and the notice, Case Management and Administrative procedures approved by the Bankruptcy Court on May 23, 2012 (Docket No. 41.

    I object to the Rescap Liquidating Trust's "Motion" because: I was not properly noticed of the Hearing date of March 12, 2015 and the Objection Deadline of February 20, 2015. I receive the notice today, February 19, 2015 via regular United States postal mail. As a result, I could not file my objection timely and submit to the court. I feel this action is tantamount to prejudicial against me. I feel this is a deliberate attempt by Rescap liquidating Trust to deprive me of any relief due to me. Rescap or the Debtors are responsible for the illegal transfer of my property and unlawful foreclosure and sale of my family residence. Through their unlawful foreclosure methods, myself and many other victims lost their homes. This malicious intent was done to deprive me of my home that I worked hard to purchase. Based on the deeds of the Debtor, I have been emotionally and financially damaged. I have lost all my savings due to the lengthy legal process.

OPPOSITION TO "MOTION" BY CLAIMANT NO. 241 AND 246- 3

1  Finally, I hereby express my profound gratitude to Judge Martin Glenn, the Southern District Bankruptcy
2  Court of New York for not allowing the Debtors, Residential Capital, LLC, to trample on justice. Please be aware
3  that I have not waived my rights or conceded. You are the last hope for the poor victims involved in this case.
4  THEREFORE I OBJECT TO NOTICE OF MOTION OF THE RESCAP LIQUIDATING TRUST FOR
5  FINAL DECREE CLOSING CERTAIN JOINTLY ADMINISTERED CHAPTER 11 CASES ("THE MOTION").
6  Therefore, I request the court not to grant the relief requested by Rescap Liquidating Trust
7  Executed on February 19TH, 2015 at Sacramento California.

_____
FELIX O. ABU, CLAIMANT No. 241 and 246

OPPOSITION TO "MOTION" BY CLAIMANT NO. 241 AND 246- 3