**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------  )
                                                           )
In re:                                                     )    Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, et al.,                          )    Chapter 11
                                                           )
                              Debtors.                     )    Jointly Administered
                                                           )
---------------------------------------------------------  )

## AFFIDAVIT OF SERVICE

I, Gregory A. Stout, depose and say that I am employed by Reisenfeld & Associates

LPA, LLC, a respondent in the above action.

A. On February 25, 2015, at my direction and under my supervision, employees of

Reisenfeld & Associates LPA, LLC caused the *Response to Motion for Leave and Order*

*to Show Cause Why Ally Financial, Inc.; GMAC Mortgage LLC, Debtor; and Attorney(s)*

*Joel Bornkamp Together With Reisenfeld & Associates Should Not Be Held In Contempt*

to be served via overnight mail to the following:

> Timothy J. Lahrman
> 3004 Garden Blvd.
> Elkhart, IN 46517

B. On February 25, 2015, at my direction and under my supervision, employees of

Reisenfeld & Associates LPA, LLC caused the *Response to Motion for Leave and Order*

*to Show Cause Why Ally Financial, Inc.; GMAC Mortgage LLC, Debtor; and Attorney(s)*

*Joel Bornkamp Together With Reisenfeld & Associates Should Not Be Held In Contempt*

to be served via electronic mail to the following:

Jordan A. Wishnew
jwishnew@mofo.com

C.  Further, the *Response to Motion for Leave and Order to Show Cause Why Ally
Financial, Inc.; GMAC Mortgage LLC, Debtor; and Attorney(s) Joel Bornkamp Together
With Reisenfeld & Associates Should Not Be Held In Contempt* was served via the
Court's Electronic Court Mail System on February 25, 2015, to the following:

Daniel Abrams on behalf of Defendant  Brokerpriceopinion.com, Inc.
dan@lawyerquality.com

David A. Abrams on behalf of Defendant  Flaherty, Sesabaugh, Bonasso PLLC
dabrams@sralawfirm.com

Marc Abrams on behalf of Interested Party  Monarch Alternative Capital LP
maosbny@willkie.com,  mabrams@willkie.com

David G. Aelvoet on behalf of Creditor  Bexar County
sanantonio.bankruptcy@publicans.com

N. Mahmood Ahmad on behalf of Defendant  HSBC MORTGAGE CORPORATION (USA)
mahmad@wc.com

Christopher A. Albanese on behalf of Creditor  WELLS FARGO BANK, N.A.
calbanese@gibbonslaw.com

Jose Raul Alcantar Villagran on behalf of Interested Party  Neighborhood Assistance Corporation of
America
raul.alcantar@alcantarlaw.com

Anthony P. Alden on behalf of Plaintiff  Rescap Liquidating Trust
anthonyalden@quinnemanuel.com

Kevin S. Allred on behalf of Interested Party  Berkshire Hathaway Inc.
kevin.allred@mto.com

Arlene Rene Alves on behalf of Interested Party  U.S. Bank National Association, as Trustee of Certain
Mortgage Backed Securities Trusts
alves@sewkis.com

Paul Nii-Amar Amamoo on behalf of Defendant  Federal Housing Finance Agency, as conservator for
the Federal Home Loan Mortgage Corporation
namamoo@kasowitz.com,  courtnotices@kasowitz.com

Ali Ryan Amin on behalf of Defendant Jay J. Pitner
aamin@hinshawlaw.com

Bijan Amini on behalf of Interested Party   Steven Archibald, et al., on behalf of themselves and others similarly situated
bamini@samlegal.com, jhoyte@samlegal.com

Timothy J. Amos on behalf of Unknown   Tim Amos, Individually, And Golden & Amos, PLLC
timamos@goldenamos.com, kjackson@goldenamos.com;dcramlet@goldenamos.com

Rosy Anette Aponte on behalf of Interested Party Marcia Navarro
fmartinez@lawofficeslaley.com

Nicholas W. Armstrong on behalf of Unknown State Court Plaintiffs
narmstrong@mmlaw.net, sreynolds@mmlaw.net

Walter J. Ashbrook on behalf of Creditor   OneWest Bank
sybil.aytch@quarles.com

Walter J. Ashbrook on behalf of Creditor   OneWest Bank and Deutsche Bank National Trust Company
sybil.aytch@quarles.com

John R. Ashmead on behalf of Creditor   Wells Fargo Bank, N.A.
ashmead@sewkis.com

Jeffrey B. Austin on behalf of Interested Party Monty Allen
austin@bellsouth.net

John H. Bae on behalf of Defendant   Cadence Bank, N.A.
jhbae@mintz.com, docketing@mintz.com

Anthony F. Baer on behalf of Unknown   Krekeler Strother, S.C.
tbaer@ks-lawfirm.com, jlarson@ks-lawfirm.com

Ingrid Bagby on behalf of Creditor   MBIA Insurance Corporation
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com
;wendy.kane@cwt.com;casey.servais@cwt.com;nyecfnotice@cwt.com

Angela L. Baglanzis on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel
angela.baglanzis@obermayer.com, kristen.markert@obermayer.com

Elizabeth Banda Calvo on behalf of Creditor   Johnson County et al, Richardson ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Shari Barak on behalf of Creditor   Citibank NA as trustee for PHHMC 2005-6
sbarak@logs.com, LIBKCourt@logs.com

Jennifer A.L. Battle on behalf of Plaintiff   Rescap Liquidating Trust
battle@carpenterlipps.com,
gaunder@carpenterlipps.com;lipps@carpenterlipps.com;scaggs@carpenterlipps.com

Joshua S. Bauchner on behalf of Creditor   Palm Beach County Tax Collector
jb@ansellgrimm.com

Douglas P. Baumstein on behalf of Counter-Claimant   Ad Hoc Group
dbaumstein@whitecase.com,  mcosbny@whitecase.com;jdisanti@whitecase.com

David Alan Beck on behalf of Spec. Counsel   Carpenter Lipps & Leland LLP
beck@carpenterlipps.com,  poulsen@carpenterlipps.com

David Alan Beck on behalf of Unknown   ResCap Liquidating Trust
beck@carpenterlipps.com,  poulsen@carpenterlipps.com

Andrew  Behlmann on behalf of Creditor Donna  Moore
abehlmann@lowenstein.com

Thomas Peter Beko on behalf of Unknown Jean  Gagnon
tbeko@etsreno.com,  dmatthews@etsreno.com

Tammy L. Terrell Benoza on behalf of Creditor  GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

Menachem  M. Bensinger on behalf of Unknown   Andrew Davidson & Co., Inc.
mbensinger@mcgrailbensinger.com

Adam J Berger on behalf of Creditor Alan  Gardner
berger@sgb-law.com,  whalen@sgb-law.com

Leslie Ann Berkoff on behalf of Creditor   Cal-Western Reconveyance Corporation
lberkoff@moritthock.com

Jeffrey S. Berkowitz on behalf of Unknown   Wells Fargo Bank, N.A.
jberkowitz@gwfglaw.com,  jstrauss@gwfglaw.com

Jessica G. Berman on behalf of Debtor   Residential Capital, LLC
jberman@msek.com

Jack M Bernard on behalf of Creditor Mary R Biancavilla
jackbernard@verizon.net

Richard J. Bernard on behalf of Defendant   CMG Mortgage, Inc.
rbernard@foley.com,  khall@foley.com;rbressler@foley.com

Justin R Bernbrock on behalf of 3rd Pty Defendant   Ally Financial, Inc.
justin.bernbrock@kirkland.com,  bfriedman@kirkland.com;jgoldfinger@kirkland.com

Jill B. Bienstock on behalf of Defendant   Hewlett-Packard Financial Services Company
jbienstock@coleschotz.com,  fpisano@coleschotz.com

Laurie R. Binder on behalf of Interested Party   U.S. Bank National Association as Master Servicer of
Certain Mortgage Backed Securities Trusts
binder@sewkis.com

James B. Blackburn, Jr. on behalf of Creditor Maribeth Evans
jbbjratty@aol.com, wisemanblackburn@aol.com

Rachel S. Blumenfeld on behalf of Creditor Jacqueline Warner
rblmnf@aol.com, rblmnf@aol.com

Dan M. Blumenthal on behalf of Unknown THE BOARD OF MANAGERS OF PLYMOUTH
VILLAGE CONDOMINIUM
DBlumenthal@schneiderMitola.com

Eric Alwin Boden on behalf of Creditor Liberty Property Limited Partnership
tclancy@schnader.com

Rebecca E Boon on behalf of Plaintiff Bayerische Landesbank
rebecca.boon@blbglaw.com

Maria A. Bove on behalf of Plaintiff Official Commitee of Unsecured Creditors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

John A. Boyle on behalf of Creditor Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co.
LLC
jboyle@khmarino.com

John Brewer on behalf of Plaintiff American Residential Equities, LLC
jbrewer@samlegal.com, jhoyte@samlegal.com

Kay Diebel Brock on behalf of Creditor c/o Kay D. Brock Travis County
bkecf@co.travis.tx.us

Carrie M Brosius on behalf of 3rd Party Plaintiff Nuance Communications, Inc. f/k/a Varolii
Corporation
cmbrosius@vorys.com

David J. Brown on behalf of Attorney David J Brown
djbrown2008@gmail.com

Judson D Brown on behalf of Interested Party Ally Financial Inc.
judson.brown@kirkland.com, bfriedman@kirkland.com

Robert Edward Brown on behalf of Interested Party Additional Homeowners Claimants
rbrown@robertbrownlaw.com

William J. Brown on behalf of Interested Party HSBC Bank USA, National Association
wbrown@phillipslytle.com, khatch@phillipslytle.com

Mark K. Broyles on behalf of Creditor Aurora Loan Services, Inc.
broylesmk@rgcattys.com, ramoffatt@rgcattys.com

Martin G. Bunin on behalf of Creditor    Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts
marty.bunin@alston.com

Pablo Bustos on behalf of Plaintiff Conrad P. Burnett
pbustos@bustosassociates.com

Aaron R. Cahn on behalf of Interested Party    Ad Hoc Consortium of RMBS holders
cahn@clm.com

Aaron R. Cahn on behalf of Unknown    Branch Banking & Trust Co.
cahn@clm.com

Peter E Calamari on behalf of Debtor    In re ResCap Liquidating Trust Mortgage Purchase Litigation
petercalamari@quinnemanuel.com,    kellyortega@quinnemanuel.com

Ronald Bruce Carlson on behalf of Plaintiff    CHRISTIE TURNER, individually and as representative of the KESSLER SETTLEMENT CLASS
bcarlson@carlsonlynch.com,    jdavis@carlsonlynch.com

Brian Thomas Carney on behalf of Defendant    UMB Bank, N.A.
bcarney@akingump.com,    nymco@akingump.com

Michael Robert Carney on behalf of Interested Party    Freddie Mac
mcarney@mckoolsmith.com

James S. Carr on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@kelleydrye.com

James S. Carr on behalf of Creditor    UMB Bank, N.A.
KDWBankruptcyDepartment@kelleydrye.com

Margaret J. Cascino on behalf of Creditor    HSBC BANK USA, N.A.
mcascino@sterneisenberg.com,    cstranix@sterneisenberg.com

Kathleen A. Cashman-Kramer on behalf of Creditor Jason and Jennifer  Schermerhorn
kcashman@psdslaw.com,    theresam@psdslaw.com

Gerard Sylvester Catalanello on behalf of Creditor    Green Planet Servicing, LLC
gcatalanello@duanemorris.com,    gcatalanello@duanemorris.com

Allan Otis Cate, Jr. on behalf of Attorney Allan Otis Cate
allan@acatelaw.com

David S. Catuogno on behalf of Defendant    ACS Lending, Inc.
dcatuogno@formanlaw.com

Julia A. Chincheck on behalf of Defendant    Summit Community Bank, Inc.
jchincheck@bowlesrice.com

Carol Chow on behalf of Defendant   AEGIS USA, Inc.
Carol.Chow@ffslaw.com

Dale C. Christensen, Jr. on behalf of Interested Party   Law Debenture Trust Company of New York as
Separate Trustee
christensen@sewkis.com

Dale C. Christensen, Jr. on behalf of Interested Party   Law Debenture Trust Company of New York, as
Separate Trustee of Certain Residential Mortgage Backed Securities Trusts
christensen@sewkis.com

Jennifer A. Christian on behalf of Creditor   CIBM Bank
jennifer.christian@tklaw.com,  justin.roberts@tklaw.com

Robert N. H. Christmas on behalf of Unknown   U.S. Bank National Association as Indenture Trustee for
GreenPoint Mortgage Funding Trust 2006-HE1
rchristmas@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark on behalf of Creditor   Verizon Business Network Services Inc.
darrell.clark@stinsonleonard.com,  catherine.scott@stinsonleonard.com

Richard W. Clary on behalf of Interested Party   Barclays Capital, Inc.
rclary@cravath.com,  mao@cravath.com

Marvin E. Clements, Jr. on behalf of Creditor   Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of 3rd Party Plaintiff   Nuance Communications, Inc. f/k/a Varolii
Corporation
tscobb@vorys.com,  bjtobin@vorys.com;lnfromme@vorys.com

Carolyn E. Coffey on behalf of Unknown Masayo  Richardson
ccoffey@mfy.org,  cecoffey@gmail.com

Joshua W. Cohen on behalf of Creditor   Connecticut Housing Finance Authority
jwcohen@daypitney.com,  arametta@daypitney.com

Ronald L. Cohen on behalf of Interested Party   U.S. Bank National Association as Master Servicer of
Certain Mortgage Backed Securities Trusts
cohenr@sewkis.com

Ronald L. Cohen on behalf of Interested Party   U.S. Bank National Association, as Trustee of Certain
Mortgage Backed Securities Trusts
cohenr@sewkis.com

Thomas A. Conrad on behalf of Creditor   Petra Finance LLC
taconrad@sbwlawfirm.com,  lwood@sbwlawfirm.com

Joseph N. Cordaro on behalf of Unknown   United States of America
joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Interested Party Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp
jcorneau@klestadt.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, Inc.
bankruptcy2@ironmountain.com

Christopher C. Costello on behalf of Interested Party WFNBA
cccostello@winston.com, docketny@winston.com

Donald H. Cram on behalf of Debtor Residential Capital, LLC
dcram@severson.com, jc@severson.com

Donald H. Cram on behalf of Interested Party Severson & Werson, PC
dcram@severson.com, jc@severson.com

Jonathan D. Crowley on behalf of Creditor Maurice M LoVuolo
jcrowley-esq@hotmail.com

Kathleen G. Cully on behalf of Interested Party Lorraine McNeal
kgcully@kgcully.com

Thomas J Cunningham on behalf of Unknown Locke Lord LLP
tcunningham@lockelord.com, kmorehouse@lockelord.com,ttill@lockelord.com

Walter H. Curchack on behalf of Unknown Wilmington Trust, National Association
wcurchack@loeb.com, vrubinstein@loeb.com

Walter H. Curchack on behalf of Unknown Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Unknown DLJ Consortium
louis.curcio@snrdenton.com, nymc@troutmansanders.com

Michael G. Cutini on behalf of Unknown Cerberus Capital Management, L.P.
michael.cutini@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

Kim Christian DSouza on behalf of Creditor Phillip Scott
misterdsouza@aol.com

Robert K. Dakis on behalf of Other Prof. Morrison Cohen LLP
rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Alexis E Danneman on behalf of Plaintiff RESCAP LIQUIDATING TRUST
adanneman@perkinscoie.com, KHardy@perkinscoie.com;DocketNY@perkinscoie.com

Pranali Datta on behalf of Creditor Suntrust Mortgage, Inc.
pdatta@hhstein.com, carnold@hhstein.com;jbrocks@HHStein.com;nnapoli@hhstein.com

Paul R. DeFilippo on behalf of Creditor   Syncora Guarantee Inc.
pdefilippo@wmd-law.com,  gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Jennifer C. DeMarco on behalf of Creditor   Ocwen Loan Servicing, LLC
jennifer.demarco@cliffordchance.com,  adam.lesman@cliffordchance.com

Jennifer C. DeMarco on behalf of Interested Party   Ocwen Loan Servicing, LLC
jennifer.demarco@cliffordchance.com,  adam.lesman@cliffordchance.com

Benjamin P. Deutsch on behalf of Creditor   Liberty Property Limited Partnership
bdeutsch@schnader.com

John P. Dillman on behalf of Creditor   Cleveland ISD
houston_bankruptcy@publicans.com

J. Ted Donovan on behalf of Creditor   Carrollton Farmers Branch ISD, et. al.
TDonovan@GWFGlaw.com,  jstrauss@gwfglaw.com

Amish R. Doshi on behalf of Creditor   Oracle America, Inc.
adoshi@magnozzikye.com

Robert W. Dremluk on behalf of Creditor   CPN Pipeline Company
rwd1517@gmail.com,rdremluk@culhanemeadows.com,
rwd1517@ecf.inforuptcy.com,lwarman@culhanemeadows.com

John H. Drucker on behalf of Financial Advisor   FTI Consulting, Inc.
jdrucker@coleschotz.com;jdrucker@aol.com

Joseph M. DuRant on behalf of Creditor   City of Newport News, Virginia
jdurant@nngov.com

Bryan F Duggan on behalf of Creditor Greentree  Trustees of Greentree Condominium Trust, Hanover, MA
bduggan@kellemandkellem.com

Michael C. Dunbar on behalf of Attorney Michael Collins Dunbar
mdunbar@cfu.net,  mcdunbar@cfu.net

Matthew J. Dyer on behalf of Creditor   PennyMac Loan Services, LLC
ecfmail@aclawllp.com

David W. Dykhouse on behalf of Interested Party   Ambac Assurance Corporation
dwdykhouse@pbwt.com,  mcobankruptcy@pbwt.com

Mary  Eaton on behalf of Interested Party   Bayview Fund Management LLC
maosbny@willkie.com,  meaton@willkie.com

Kenneth H. Eckstein on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
keckstein@kramerlevin.com

Kenneth H. Eckstein on behalf of Plaintiff   Official Commitee of Unsecured Creditors
keckstein@kramerlevin.com

Devon Eggert on behalf of Other Prof.   Mercer (US) Inc.
deggert@freeborn.com,  bkdocketing@freeborn.com

Mark C. Ellenberg on behalf of Creditor   MBIA Insurance Corporation
mark.ellenberg@cwt.com,  wendy.kane@cwt.com;nyecfnotice@cwt.com

Bernard A. Eskandari on behalf of Creditor   California Department of Justice
bernard.eskandari@doj.ca.gov

Mauricio A. Espana on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
mauricio.espana@dechert.com,  nycmanagingclerks@dechert.com

Michael S. Etkin on behalf of Creditor   Bankruptcy Counsel for Cambridge Place Investment
Management Inc.
metkin@lowenstein.com,  mseymour@lowenstein.com;tdwatson@lowenstein.com

Michael S. Etkin on behalf of Defendant   Boilermaker Blacksmith National Pension Trust
metkin@lowenstein.com,  mseymour@lowenstein.com;tdwatson@lowenstein.com

Thomas R. Fawkes on behalf of Other Prof.   Mercer (US) Inc.
tfawkes@freeborn.com,  bkdocketing@freeborn.com

Robert J. Feinstein on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
rfeinstein@pszyj.com,  dharris@pszyjw.com

Mark S. Finkelstein on behalf of Defendant   Cadence Bank, N.A.
mfinkelstein@smfadlaw.com,  cdemott@smfadlaw.com

Steven S. Fitzgerald on behalf of Defendant   Columbus Life Insurance Company
sfitzgerald@wmd-law.com

Daniel J. Flanigan on behalf of Attorney   Carlson Lynch, Ltd.
dflanigan@polsinelli.com,  tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. Flanigan on behalf of Creditor   Mitchell Settlement Class Claimants
dflanigan@polsinelli.com,  tbackus@polsinelli.com;docket@polsinelli.com

Patrick D. Fleming on behalf of Creditor   Deutsche Bank National Trust Company and Deutsche Bank
Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts
Pfleming@morganlewis.com

Patrick D. Fleming on behalf of Unknown   Deutsche Bank Trust Company Americas, as trustee
Pfleming@morganlewis.com

Daniel A. Fliman on behalf of Interested Party   Federal Housing Finance Agency, as Conservator of the
Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage
Corporation (Freddie Mac")
dfliman@kasowitz.com,  courtnotices@kasowitz.com

Jonathan Paul Friedland on behalf of Creditor    Universal Restoration Services, Inc.
jfriedland@lplegal.com,  ckrueger@lplegal.com

Jonathan Paul Friedland on behalf of Plaintiff    Universal Restoration Services, Inc.
jfriedland@lplegal.com,  ckrueger@lplegal.com

Meredith I. Friedman on behalf of Creditor    PNC Bank, National Association
mfriedman@meyner.com

Ronald J. Friedman on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
filings@spallp.com,
RFriedman@SilvermanAcampora.com;jkrell@silvermanacampora.com;EFlint@SilvermanAcampora.co
m;DMahoney@SilvermanAcampora.com;sbusell@silvermanacampora.com

Robert Fryd on behalf of Defendant    Mortgage Investors Group, Inc.
rfryd@wbcsk.com,  lschindler@wbcsk.com

MARGUERITE ELLSWORTH GARDINER on behalf of Unknown    Cerberus Capital Management,
L.P.
marguerite.gardiner@srz.com,  evan.melluzzo@srz.com;courtfilings@srz.com

James  Gadsden on behalf of Unknown    Carter Ledyard & Milburn LLP
bankruptcy@clm.com

Maryann  Gallagher on behalf of Plaintiff    Residential Capital, LLC, et al.
mgallagher@curtis.com

Patrick Reynolds Gallagher on behalf of Creditor    Nassau County Treasurer
pgallagher@nassaucountyny.gov

David F Garber on behalf of Unknown David F. Garber
davidfgarberpa@gmail.com,  cjk.davidfgarberpa@gmail.com

Victoria D. Garry on behalf of Creditor    State of Ohio
vgarry@ag.state.oh.us

Len M. Garza on behalf of Creditor    HSBC BANK USA, N.A.
lgarza@sterneisenberg.com,  mcascino@sterneisenberg.com;ddelvecchio@sterneisenberg.com

George M. Geeslin on behalf of Creditor Bonnie Bonita Rose
geeslingm@aol.com,  pegandchat@aol.com

David B. Gelfarb on behalf of Interested Party    Freddie Mac
gelfarb@mosskalish.com

Ehud  Gersten on behalf of Creditor Francine  Silver
egersten@gerstenlaw.com

Steven A. Ginther on behalf of Creditor    Missouri Department of Revenue
sdnyecf@dor.mo.gov

Andrew K. Glenn on behalf of Defendant    Federal Housing Finance Agency, as conservator for the
Federal Home Loan Mortgage Corporation
aglenn@kasowitz.com, courtnotices@kasowitz.com

Joel R. Glucksman on behalf of Creditor    City of Union City, NJ
jglucksman@scarincihollenbeck.com

Brian D. Glueckstein on behalf of Interested Party    JPMorgan Chase Bank, N. A.
gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Howard O. Godnick on behalf of Unknown    Cerberus Capital Management, L.P.
howard.godnick@srz.com, evan.melluzzo@srz.com

Daniel H. Golden on behalf of Creditor    UMB Bank, N.A.
sschultz@AkinGump.com;dkrasa-
berstell@akingump.com;kmanoukian@akingump.com;afreeman@akingump.com;akurichety@akingump.
com;kylee@akingump.com

Seth  Goldman on behalf of Interested Party    Berkshire Hathaway Inc.
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor    Assured Guaranty Municipal Corp.
igoldstein@proskauer.com

Bonnie R. Golub on behalf of Debtor    Residential Capital, LLC
bgolub@weirpartners.com

Brett D. Goodman on behalf of Unknown    U.S. BANK NATIONAL ASSOCIATION
brett.goodman@troutmansanders.com,
harriet.cohen@troutmansanders.com;nymc@troutmansanders.com

Leon B Gordon on behalf of Unknown    Texas Ad Valorem Taxing Jurisdictions
nycourts@mvbalaw.com, vickie.covington@mvbalaw.com

Todd M. Goren on behalf of Debtor    Residential Capital, LLC
tgoren@mofo.com

Todd M. Goren on behalf of Defendant    The Rescap Liquidating Trust, a Delaware Statutory Trust
tgoren@mofo.com

Gary A. Gotto on behalf of Creditor    FHLB Boston
ggotto@krplc.com

Garry M. Graber on behalf of Creditor    Manufacturers and Traders Trust Company
ggraber@hodgsonruss.com,
mmuskopf@hodgsonruss.com;rleek@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonr
uss.com

Christopher F. Graham on behalf of Creditor    IMPAC Funding Corporation
cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com

Christopher E Green on behalf of Unknown Mary Perkins White
chris@myfaircredit.com, Margaret@myfaircredit.com

Amy C. Gross on behalf of Plaintiff  Ally Financial, Inc.
agross@kvwmail.com, dkornstein@kvwmail.com;wpollard@kvwmail.com

Janice Beth Grubin on behalf of Defendant  CSC Credit Services, Inc.
Janice.Grubin@leclairryan.com

Susan N.K. Gummow on behalf of Interested Party  Axcelera Specialty Risk as managing general agent
of North American Specialty Insurance Company
jeggum@fgppr.com

Sapna Gupta on behalf of Interested Party John  Garcia
pantanogupta@gmail.com

Joel C Haims on behalf of Debtor  Residential Capital, LLC
JHaims@mofo.com, docketny@mofo.com

Jennifer Marie Hall on behalf of Creditor Jason and Jennifer  Schermerhorn
jhall@bffmlaw.com

Alan D. Halperin on behalf of Interested Party  Shellpoint Partners LLC f/k/a Shellpoint Mortgage LLC
and New Penn Financial, LLC
lgu@halperinlaw.net

Kimberly Ann Hamm, on behalf of Defendant  Ace Securities Corp.
khamm@stblaw.com

William  Hao on behalf of Unknown  Wells Fargo Bank, N.A.
william.hao@alston.com

Adam Craig Harris on behalf of Unknown  Cerberus Capital Management, L.P.
adam.harris@srz.com

Juandisha  Harris on behalf of Creditor  State Of Michigan, Department Of Treasury
harrisj12@michigan.gov

Christopher L. Hawkins on behalf of Defendant  Mortgage Electronic Registration System (MERS)
chawkins@bradleyarant.com

Christopher L. Hawkins on behalf of Defendant  Mortgage Electronic Registration Systems Inc.
chawkins@bradleyarant.com

Victor L. Hayslip on behalf of Defendant  Synovus Mortgage Corp.
vhayslip@burr.com, cabbott@burr.com;jwilson@burr.com

William A. Hazeltine on behalf of Interested Party  Mortgage Electronic Registration Systems, Inc. and
MERSCORP, Inc.
whazeltine@sha-llc.com

Laird J. Heal on behalf of Creditor Mary F Singleton
lairdheal@lh-law-office.com, LJHeal@conversent.net,ECF@lh-law-office.com

Leslie C. Heilman on behalf of Defendant   ISGN Fulfillment Services, Inc.
heilmanl@ballardspahr.com

Matthew C. Helland on behalf of Creditor Bryan  Bubnick
helland@nka.com

Ileana M. Hernandez on behalf of Unknown   Los Angeles County Employees Retirement Association
ihernandez@manatt.com, astaltari@manatt.com

Charles A Higgs on behalf of Creditor   HSBC BANK USA, N.A.
nyecfmail@mwc-law.com

Brent D. Hitson on behalf of Defendant   Synovus Mortgage Corp.
bhitson@burr.com, cabbott@burr.com;jwilson@burr.com

William H. Hoch, III on behalf of Creditor   MidFirst Bank
will.hoch@crowedunlevy.com,
ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;kerr
yann.wagoner@crowedunlevy.com;karen.martin@crowedunlevy.com

Garrett M Hodes on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of the
KESSLER SETTLEMENT CLASS
ghodes@wbsvlaw.com, mnolte@wbsvlaw.com;garretthodes@gmail.com

Jonathan M. Hoff on behalf of Creditor   MBIA Insurance Corporation
jonathan.hoff@cwt.com, jared.stanisci@cwt.com;nyecfnotice@cwt.com

Michael E. Holt on behalf of Creditor Hitoshi & Wakana  Inoue
mholt@formanlaw.com

Rhonda Steadman Hood on behalf of Creditor Derrius  Silmon
rhonda@whlfirm.com

Thomas Ross Hooper on behalf of Interested Party   Law Debenture Trust Company of New York as
Separate Trustee
hooper@sewkis.com

Steven T. Hoort on behalf of Interested Party   Ad Hoc RMBS Holder Group
Steve.Hoort@ROPESGRAY.COM

Thomas M. Horan on behalf of Interested Party   J.P. Morgan Mortgage Acquisition Corporation
thoran@wcsr.com, hsasso@wcsr.com

Gregory A. Horowitz on behalf of Plaintiff   Official Commitee of Unsecured Creditors
ghorowitz@kramerlevin.com

Casey B. Howard on behalf of Unknown   Locke Lord LLP
choward@lockelord.com

Claire L. Huene on behalf of Unknown   Triaxx Prime CDO 2006-1, LLC
jmoon@mw-law.com

Hanh V. Huynh on behalf of Defendant   Genpact International, Inc.
hhuynh@herrick.com,   courtnotices@herrick.com

Michael  Jankowski on behalf of Creditor   CIBM Bank
mjankows@reinhartlaw.com

Reginald  Jenkins, Jr. on behalf of Defendant   Schenker, Inc.
rjenkins@pricemeese.com

Brandon  Johnson on behalf of Unknown   2255 Partners, L.P.
brandon.johnson@pillsburylaw.com

Matthew V Johnson on behalf of Defendant   HSBC MORTGAGE CORPORATION (USA)
mjohnson@wc.com

Robert Alan Johnson on behalf of Creditor   Aurelius Capital Management, LP
rajohnson@akingump.com,   nymco@akingump.com

Patrick  Jones on behalf of Unknown   Stewart Title Guaranty Company, subrogee of Trust Company of
America c/f Herb Rikelman
pjones@stahlcowen.com,   tdeacon@stahlcowen.com

Benay L. Josselson on behalf of Interested Party   Law Debenture Trust Company of New York as
Separate Trustee
josselson@sewkis.com

Gary  Kaplan on behalf of Attorney   Fried, Frank, Harris, Shriver & Jacobson LLP
gary.kaplan@ffhsj.com,   peter.siroka@friedfrank.com

Jacob M. Kaplan on behalf of Defendant   WELLS FARGO BANK, N.A.
jacob.kaplan@bakermckenzie.com

Nickolas  Karavolas on behalf of Creditor   Tower Capital Management, L.P. as Servicer to Tower DBW
II Trust 2013-1
nkaravolas@phillipslytle.com

Clifford A. Katz on behalf of Creditor   Kroll Ontrack Inc.
ckatz@platzerlaw.com

Jordan S. Katz on behalf of Creditor   Bank of America, N.A.
sdny@kmk-law.net

Alan F. Kaufman on behalf of Creditor   IMPAC Funding Corporation
akaufman@hinshawlaw.com

Judith P Kenney on behalf of Interested Party Philip Roger Flinn, II
judith@judithkenneylaw.com

Judith P Kenney on behalf of Unknown Philip Roger Flinn, II
judith@judithkenneylaw.com

John  Kibler on behalf of Interested Party   HSBC Bank USA, National Association
john.kibler@allenovery.com

Richardo I. Kilpatrick on behalf of Creditor   Oakland County Treasurer
ecf@kaalaw.com

Edwin J. Kilpela, Jr. on behalf of Plaintiff  CHRISTIE TURNER, individually and as representative of
the KESSLER SETTLEMENT CLASS
ekilpela@carlsonlynch.com,  jdavis@carlsonlynch.com

Tracy L. Klestadt on behalf of Interested Party   Community South Bank
tklestadt@klestadt.com,  tklestadt@yahoo.com

Scott Edward Koerner on behalf of Creditor   Bank of New York Mellon as Master Servicer of Certain
Trusts and Pools which hold Residential Mortgages or Residential Real Properties
scott.koerner@troutmansanders.com,  nymc@troutmansanders.com

Bernard Jaron Kornberg on behalf of Defendant   OCWEN LOAN SERVICING, LLC
bjk@severson.com

Lawrence J. Kotler on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series
FH06-FA2, by First Horizon Home Loans, a
ljkotler@duanemorris.com

Mark D. Kotwick on behalf of Interested Party   U.S. Bank National Association, as Securitization
Trustee
kotwick@sewkis.com

Mark D. Kotwick on behalf of Interested Party   U.S. Bank National Association, as Trustee of Certain
Mortgage Backed Securities Trusts
kotwick@sewkis.com

Deborah  Kovsky-Apap on behalf of Spec. Counsel   Pepper Hamilton LLP
kovskyd@pepperlaw.com,  alexsym@pepperlaw.com,kressk@pepperlaw.com

Bennette D. Kramer on behalf of Interested Party   Homeowners Claimants
bdk@schlamstone.com

Schuyler B. Kraus on behalf of Defendant Jay J. Pitner
skraus@hinshawlaw.com

Erlene W. Krigel on behalf of Creditor Becky A. Spence
ekrigel@krigelandkrigel.com,  erlenekrigel@gmail.com

Jessica Lynn Kuehn on behalf of Creditor   County of Elmore
jkuehn@elmorecounty.org

Robert T Kugler on behalf of Examiner   Arthur J. Gonzalez, Examiner
robert.kugler@stinsonleonard.com,
ed.caldie@stinsonleonard.com;laura.schumm@stinsonleonard.com;phillip.ashfield@stinsonleonard.com

James N. Lawlor on behalf of Unknown   The Western and Souther Life Insurance Company, et al
jlawlor@wmd-law.com,  jgiampolo@wmd-law.com

Amanda Raines Lawrence on behalf of Defendant   RBC Mortgage Company
alawrence@buckleysandler.com,  docket@buckleysandler.com

David M. LeMay on behalf of Examiner   Arthur J. Gonzalez, Examiner
dlemay@chadbourne.com

Nathan  Lebioda on behalf of Interested Party   WFNBA
nlebioda@winston.com

Matthew D. Lee on behalf of Other Prof.   Ernst & Young LLP
mdlee@foley.com,  nbowron@foley.com

Jason Leibowitz on behalf of Creditor   Wachovia Bank National Association, as Trustee of the Security
National Mortgage Loan Trust 2004-2
jleibowitz@kandfllp.com

Saul Oscar Leopold on behalf of Creditor   Bank of America, N.A.
sleopold@leopoldassociates.com,  mporch@leopoldassociates.com;ecf@leopoldassociates.com

Ira M. Levee on behalf of Interested Party   Cambridge Place Investments Management Inc.
ilevee@lowenstein.com,  mseymour@lowenstein.com

Ira M. Levee on behalf of Interested Party   New Jersey Carpenters Health Fund, New Jersey Carpenters
Vacation Fund and Boilermakers Blacksmith National Pension Trust
ilevee@lowenstein.com,  mseymour@lowenstein.com

Richard B. Levin on behalf of Interested Party   Credit Suisse Securities (USA) LLC
rlevin@cravath.com,  mao@cravath.com;jmanning@cravath.com

Beth E. Levine on behalf of Unknown   ResCap Liquidating Trust
blevine@pszyjw.com,  dharris@pszyjw.com

Eric B. Levine on behalf of Examiner   Arthur J. Gonzalez, Examiner
levine@whafh.com

Richard  Levy, Jr. on behalf of Defendant   Primary Capital Advisors LLC
rlevy@pryorcashman.com

Kenneth M. Lewis on behalf of Creditor Maurice  Sharpe
klewis@lewispllc.com

Melissa N Licker on behalf of Creditor   GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

Seth H. Lieberman on behalf of Defendant   Primary Capital Advisors LLC
slieberman@pryorcashman.com

James M Lloyd on behalf of Interested Party   Aurora Bank, FSB
jlloyd@greenhall.com

Eric  Lopez Schnabel on behalf of Unknown   Dorsey and Whitney LLP
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Justin Jonathan Lowe on behalf of Creditor   Commonwealth of Massachusetts
justin.lowe@state.ma.us

Bruce S. Luckman on behalf of Defendant   Trans Union LLC
bluckman@shermansilverstein.com,  ltrump@shermansilverstein.com

Sherri D. Lydell on behalf of Creditor   Pite Duncan, LLP
slydell@platzerlaw.com,  tsadutto@platzerlaw.com

Phillip  Mahony on behalf of Creditor   Capital One, N.A.
pmahony@rasboriskin.com,  dsullivan@rasboriskin.com

Douglas  Mannal on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
dmannal@kramerlevin.com,
docketing@kramerlevin.com;rringer@kramerlevin.com;nallard@kramerlevin.com

Douglas  Mannal on behalf of Unknown   ResCap Liquidating Trust
dmannal@kramerlevin.com,
docketing@kramerlevin.com;rringer@kramerlevin.com;nallard@kramerlevin.com

Michael C. Manniello on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home
Loans Servicing, LP
michael.manniello@roachlawfirm.com,  kimberly.mcgrail@roachlawfirm.com

Jason E. Manning on behalf of Attorney   Troutman Sanders LLP
jason.manning@troutmansanders.com,
lori.collins@troutmansanders.com;andrew.pittman@troutmansanders.com;karen.russell@troutmansander
s.com;danyel.patrick@troutmansanders.com;jennifer.thompson@troutmansanders.com

Alan E. Marder on behalf of Creditor   Digital Lewisville, LLC
lgomez@msek.com

Lorenzo  Marinuzzi on behalf of Auditor   Deloitte & Touche LLP
lmarinuzzi@mofo.com

Etan  Mark on behalf of Defendant   Lender Processing Services, Inc.
emark@bergersingerman.com

Daniel F. Markham on behalf of Creditor   PHH Mortgage Corporation
dmarkham@gibbonslaw.com

D. Ross Martin on behalf of Interested Party   Ad Hoc RMBS Holder Group
ross.martin@ropesgray.com

D. Ross Martin on behalf of Interested Party   Steering Committee Group of RMBS Holders
ross.martin@ropesgray.com

Thomas Russell Mason on behalf of Plaintiff Bruce  DeMustchine
attytmason@gmail.com

Cameron S. Matheson on behalf of Defendant   Summit Community Bank, Inc.
cmatheson@mmlawus.com

Carlos A. Mattioli on behalf of Defendant   Cadence Bank, N.A.
cmattioli@smfadlaw.com,  dboyd@smfadlaw.com

Rachel J. Mauceri on behalf of Creditor   Deutsche Bank National Trust Company and Deutsche Bank
Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts
rmauceri@morganlewis.com

Ted Eric May on behalf of Creditor   Selene Finance as Servicing Agent for Movant DLJ Mortgage
Capital, Inc.
ted.may@maylawfirm.com

William D May on behalf of Creditor Marlow  Hooper
derek@srwadelaw.com

Garvan F. McDaniel on behalf of Interested Party   Landon Rothstein, Jennifer Davidson, Robert
Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated
gfmcdaniel@dkhogan.com,  karen@dkhogan.com

Lorraine S. McGowen on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com,  dfelder@orrick.com

Terrence J McGuire on behalf of Attorney   GTS CAPITAL HOLDINGS, IRA, LLC
terry@tmcguirelaw.com,  admin@tmcguirelaw.com

Heather  McKeever on behalf of Creditor Shane M. Haffey
info@mckeeverlaw.org

Lauren A McMillen on behalf of Plaintiff   Bayerische Landesbank
lauren@blbglaw.com,  Katherine.Stefanou@blbglaw.com

Brett L. Messinger on behalf of Interested Party   HSBC Bank USA, National Association as Trustee for
the Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA5 and Ocwen Loan Servicing LLC
blmessinger@duanemorris.com

Ciro A. Mestres on behalf of Creditor   PennyMac Loan Services, LLC
ecfmail@aclawllp.com

Glenn R. Meyers on behalf of Attorney Glenn R Meyers
themeyerslawfirm@gmail.com

Robert N. Michaelson on behalf of Unknown Wendy Alison Nora
rmichaelson@r3mlaw.com

Jessica Mikhailevich on behalf of Unknown   Dorsey and Whitney LLP
mikhailevich.jessica@dorsey.com

Lance Miller on behalf of Interested Party   Financial Guaranty Insurance Company
lemiller@jonesday.com

Debra Weinstein Minoff on behalf of Unknown   Wilmington Trust, National Association
dminoff@loeb.com,  tcummins@loeb.com

Mark Minuti on behalf of Plaintiff   American Residential Equities, LLC
mminuti@saul.com,  rwarren@saul.com

Jeffrey Mispagel on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.
jeffrey.mispagel@dechert.com

Joseph Thomas Moldovan on behalf of Interested Party   The Independent Directors of the Residential
Capital, LLC
bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan on behalf of Other Prof.   Morrison Cohen LLP
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor   CO Moore, LP
maofiling@cgsh.com,  tmoloney@cgsh.com

Carol E. Momjian on behalf of Creditor   Commonwealth of Pennsylvania, Bureau of Compliance
cmomjian@attorneygeneral.gov

Thomas M. Monahan on behalf of Interested Party   Steven Archibald, et al., on behalf of themselves and
others similarly situated
TMonahan@sheppardmullin.com,  NY-Docketing@Sheppardmullin.com

Mayer Morganroth on behalf of Creditor Mary Critchley
mmorganroth@morganrothlaw.com,  dantovski@morganrothlaw.com;shall@morganrothlaw.com

Mayer Morganroth on behalf of Creditor Mary Critchley
mmorganroth@morganrothlaw.com,  dantovski@morganrothlaw.com;shall@morganrothlaw.com

John A. Morris on behalf of Plaintiff   Official Commitee of Unsecured Creditors
Jmorris@PSZJLaw.com

Matthew P. Morris on behalf of Defendant   Huntington Bancshares Inc.
mpmorris@gelaw.com,  ayusupova@gelaw.com

Ross E. Morrison on behalf of Defendant  Balboa Insurance Company
rmorrison@buckleysandler.com

Thomas M. Mullaney on behalf of Interested Party  CQS ABS Alpha Master Fund Limited
tmm@mullaw.org

Andrew W. Muller on behalf of Creditor  Bank of the West
andrew.muller@stinsonleonard.com

Vicente Matias Murrell on behalf of Creditor  Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov,  efile@pbgc.gov

Scott D. Musoff on behalf of Defendant  UBS Real Estate Securities, Inc.
scott.musoff@skadden.com,
paris.abell@skadden.com;jason.skorupka@skadden.com;john.murphy@skadden.com;robert.fumerton@s
kadden.com;alexander.drylewski@skadden.com

Jason A. Nagi on behalf of Interested Party  Representative Plaintiffs, the Putative Class, and the
Mitchell Class
jnagi@polsinelli.com,  tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com

Alissa M. Nann on behalf of Defendant  CMG Mortgage, Inc.
anann@foley.com

David  Neier on behalf of Interested Party  FEDERAL NATIONAL MORTGAGE ASSOCIATION
dneier@winston.com,  dcunsolo@winston.com

Laura E. Neish on behalf of Creditor  National Credit Union Administration Board
lneish@zuckerman.com

Laura E. Neish on behalf of Unknown  National Credit Union Administration Board, Liquidating Agent
of U.S. Central Federal Credit Union
lneish@zuckerman.com

Isaac  Nesser on behalf of Plaintiff  Rescap Liquidating Trust
isaacnesser@quinnemanuel.com,
patty.zellmann@rescapestate.com,andrewkennedy@quinnemanuel.com

Deborah  Newman on behalf of Defendant  UMB Bank, N.A.
djnewman@akingump.com,  nymco@akingump.com,jcuatt@akingump.com

Kevin Michael Newman on behalf of Defendant  BASS & MOGLOWSKY, S.C.
knewman@menterlaw.com,  kmnbk@menterlaw.com

Mark A Nialis on behalf of Creditor Robert  Wieland
mnialis@nialislaw.com

Cynthia Anne Nierer on behalf of Creditor  Bank of America, N.A.
foreclosure@pitnickmargolin.com

Jeffrey P. Nolan on behalf of Defendant    ACS Lending, Inc.
jnolan@pszyjw.com

Wendy Alison Nora on behalf of Creditor Paul Papas
accesslegalservices.bkyny@gmail.com

Wendy Alison Nora on behalf of Creditor Paul N. Papas II
accesslegalservices.bkyny@gmail.com

Benjamin Samuel Noren on behalf of Defendant Jay J. Pitner
bnoren@hinshawlaw.com

Michael E. Norton on behalf of 3rd Party Plaintiff    Emerson Network Power
mnorton@nortonlawassociates.com

Richard P. Norton on behalf of Interested Party    Newport Management Corporation
rnorton@hunton.com

Robert D. Nosek on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
rnosek@silvermanacampora.com,  CTiso@SALLP.com

Sean A. O'Neal on behalf of Unknown    Wilmington Trust, National Association, as Indenture Trustee for
the Senior Unsecured Notes Issued by Residential Capital, LLC
soneal@cgsh.com,  maofiling@cgsh.com

Katherine S. Parker-Lowe on behalf of Creditor Daniela L. Gilbert
katherine@ocracokelaw.com

Amanda F. Parsels on behalf of Unknown    Triaxx Prime CDO 2006-1, LLC
aparsels@mw-law.com

Paul J. Pascuzzi on behalf of Creditor    California Housing Finance Agency
ppascuzzi@ffwplaw.com

Paul J. Pascuzzi on behalf of Unknown    California Housing Finance Agency
ppascuzzi@ffwplaw.com

Ronak N Patel on behalf of Creditor    Riverside County Treasure and Tax Collector
rpatel@co.riverside.ca.us,  tlwainwright@co.riverside.ca.us

Inbal Paz on behalf of Unknown    Clayton Holdings LLC
ipaz@blankrome.com,  tpryan@blankrome.com;jhanner@blankrome.com;kreda@blankrome.com

Jared B. Pearson on behalf of Creditor Clifford Lantz
lea@evelandlawfirm.com

Joel L. Perrell, Jr. on behalf of Defendant    First Mariner Bank
jperrell@milesstockbridge.com

Geoffrey J. Peters on behalf of Creditor    GMAC MORTGAGE, LLC
colnyecf@weltman.com

Gregory M. Petrick on behalf of Creditor   MBIA Insurance Corporation
gregory.petrick@cwt.com, nyecfnotice@cwt.com

Andrew J. Petrie on behalf of Creditor   CITIMORTGAGE, INC.
petriea@ballardspahr.com, andersonre@ballardspahr.com

Cristine Irvin Phillips on behalf of Unknown   United States of America
cristine.phillips@usdoj.gov

Ryan  Philp on behalf of Defendant   Lender Processing Services, Inc.
ryan.philp@bgllp.com

Thomas A. Pitta on behalf of Defendant   Allison Payment Systems, LLC
tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com;lkopito@emmetmarvin.com

William B. Pollard, III on behalf of Plaintiff   Ally Financial, Inc.
wpollard@kvwmail.com

John L. Pottenger, Jr. on behalf of Unknown Leslie  Watley
j.pottenger@yale.edu

David E. Potter on behalf of Plaintiff   Residential Funding Company, LLC
dpotter@lpgk.com

Kiyam J. Poulson on behalf of Defendant   Seneca Trustees, Inc.
kpoulson@dlgnylaw.com

David M. Powlen on behalf of Creditor   USAA Federal Savings Bank
david.powlen@btlaw.com, pgroff@btlaw.com

Matthew Phineas Previn on behalf of Defendant   RBC Mortgage Company
mprevin@buckleysandler.com

Alexander  Prieto on behalf of Unknown   The People of the State of California, by and through its
Department of Transportation
alexander_prieto@dot.ca.gov

Anthony  Princi on behalf of Debtor   Residential Capital, LLC
aprinci@mofo.com

Abid  Qureshi on behalf of Creditor   Aurelius Capital Management, LP
aqureshi@akingump.com, dkrasa-berstell@akingump.com

Howard W. Rachlin on behalf of Interested Party Lucienne  Lombard
hwr@hwrachlinlaw.com

Steven J. Reisman on behalf of Counter-Defendant   Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;tsmith@curtis.com;jweber@curtis.com;b
butterfield@curtis.com

Steven J. Reisman on behalf of Debtor   Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;tsmith@curtis.com;jweber@curtis.com;b
butterfield@curtis.com

Karen W Renwick on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of the
KESSLER SETTLEMENT CLASS
krenwick@wbsvlaw.com,  jmclaury@wbsvlaw.com

Isaac M. Rethy on behalf of Defendant   Ace Securities Corp.
irethy@stblaw.com

Roland P. Reynolds on behalf of Defendant   American Real Estate Corporation
rreynolds@pldlawyers.com,
cvora@pldlawyers.com;nmorales@pldlawyers.com;lgibbons@pldlawyers.com

Susan Jill Rice on behalf of Defendant   Honor Bank
jrice@nmichlaw.com

Thomas C. Rice on behalf of Defendant   Ace Securities Corp.
trice@stblaw.com,  managingclerk@stblaw.com

Robert A. Rich on behalf of Creditor   CoreLogic, Inc.
rrich2@hunton.com

Robert A. Rich on behalf of Defendant   CoreLogic Default Information Services, LLC
rrich2@hunton.com

Kai H. Richter on behalf of Creditor Christina  Ulbrich
krichter@nka.com,  assistant@nka.com

Lee E Riger on behalf of Interested Party   HSBC BANK USA, N.A. as Trustee for the Registered
Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE3, Asset Backed Pass-Through
Certificates
lriger@balfeholland.com,  leeriger@yahoo.com

Lawrence S. Robbins on behalf of Creditor   Aurelius Capital Management, LP
lrobbins@robbinsrussell.com,  jbolian@robbinsrussell.com

Phillip R. Robinson on behalf of Creditor Kevin J Matthews
phillipreaserobinson@gmail.com

Patrick L. Robson on behalf of Plaintiff   Ocwen Loan Servicing, LLC
probson@hunton.com,  acapo@hunton.com

Lauren A Rode on behalf of Interested Party Leanetha  Darby
lauren@calgroup.org

Michael P. Roland, on behalf of Unknown   Jacques and Deirdre Raphael
mprolandpa@gmail.com

William J.F. Roll, III on behalf of Creditor   CITIBANK, N.A.
wroll@shearman.com

Michael A. Rollin on behalf of Creditor   Lehman Brothers Holdings Inc.
mrollin@joneskeller.com,
scoggins@joneskeller.com;mfields@joneskeller.com;mbeach@joneskeller.com

Martha E. Romero on behalf of Creditor   San Bernardino County
romero@mromerolawfirm.com

Martha E. Romero on behalf of Unknown   The County of San Bernardino, California
romero@mromerolawfirm.com

John  Rosario on behalf of Creditor Martha S. Panaszewicz
johnrosario@delroslaw.com

Scott D. Rosen on behalf of Interested Party   Farmington Woods Master Association, Inc.
srosen@cb-shea.com

Norman Scott Rosenbaum on behalf of Creditor   GMAC MORTGAGE, LLC
nrosenbaum@mofo.com

Norman Scott Rosenbaum on behalf of Defendant   GMAC MORTGAGE, LLC
nrosenbaum@mofo.com

Alex J.B. Rossmiller on behalf of Plaintiff   Rescap Liquidating Trust
alexrossmiller@quinnemanuel.com

Paul  Rubin on behalf of Unknown   Canon USA, Inc.
prubin@rubinlawllc.com

James J. Rufo on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for creditor
jrufo@mwc-law.com,  bankruptcy@cabanillaslaw.com

Scott K. Rutsky on behalf of Unknown   Dallas CPT Fee Owner, L.P.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor   Connecticut Housing Finance Authority
hk3ryder@gmail.com,  hk3ryder@ecf.inforuptcy.com

JOSEPH MICHAEL SAFFIOTI on behalf of Interested Party Garry  Corts
jms.salaw@verizon.net,  CHRIS.SALAW@VERIZON.NET

Kayvan B. Sadeghi on behalf of Debtor   Residential Capital, LLC
ksadeghi@mofo.com,  docketny@mofo.com

Teresa  Sadutto-Carley on behalf of Creditor   Canon Financial Services, Inc.
tsadutto@platzerlaw.com,  mkaplan@platzerlaw.com

Jeffrey L. Saltiel on behalf of Unknown   Med&G Group, LP
jsaltiel@aol.com

Avery  Samet on behalf of Plaintiff   American Residential Equities, LLC
asamet@samlegal.com,  jhoyte@samlegal.com;anazer@samlegal.com

Diane W. Sanders on behalf of Creditor   Cameron County
austin.bankruptcy@lgbs.com

Thomas P. Sarb on behalf of Interested Party   RMBS Settling Investors represented by Talcott Franklin,
PC
ecfsarbt@millerjohnson.com

Richard  Sax on behalf of Creditor Julio  Solano
richard@rsaxlaw.com,  rsaxdiane@pacbell.net

Richard  Sax on behalf of Interested Party   Additional Homeowners Claimants
richard@rsaxlaw.com,  rsaxdiane@pacbell.net

Eric A Schaffer on behalf of Creditor   Wells Fargo Bank, N.A.
eschaffer@reedsmith.com,  slucas@reedsmith.com

Eric A Schaffer on behalf of Defendant   WELLS FARGO BANK, N.A.
eschaffer@reedsmith.com,  slucas@reedsmith.com

Michael L. Schein on behalf of Defendant   Quantitative Risk Management Incorporated
mschein@vedderprice.com,  ecfnydocket@vedderprice.com

Ronald P. Schiller on behalf of Defendant   STEADFAST INSURANCE COMPANY
rps@hangley.com,  baw@hangley.com;vaw@hangley.com

William B. Schiller on behalf of Creditor   Associate Partners, LLC
wschiller@schillerknapp.com,  lgadomski@schillerknapp.com

William B. Schiller on behalf of Creditor   First Niagara Bank, N.A, successor by merger to New Alliance
Bank
wschiller@schillerknapp.com,  lgadomski@schillerknapp.com

Sarah  Schindler-Williams on behalf of Creditor   PNC Bank, National Association
schindlerwilliamss@ballardspahr.com

Sarah  Schindler-Williams on behalf of Interested Party   ISGN Solutions, Inc.
schindlerwilliamss@ballardspahr.com

Bradley  Schneider on behalf of Interested Party   Berkshire Hathaway Inc.
bradley.schneider@mto.com

Ray C Schrock on behalf of 3rd Pty Defendant   Ally Financial, Inc.
ray.schrock@weil.com

Ray C Schrock on behalf of Defendant   Ally Financial Inc.
ray.schrock@kirkland.com

Robert L. Schug on behalf of Creditor Bryan  Bubnick
rschug@nka.com

Brendan M. Scott on behalf of Interested Party   Community South Bank
bscott@klestadt.com

Howard  Seife on behalf of Examiner   Arthur J. Gonzalez, Examiner
arosenblatt@chadbourne.com

Erin P. Severini on behalf of Creditor   Residential Credit Solutions, Inc.
es@dgandl.com

David B. Shaev on behalf of Creditor Sylvia Essie Dadzie
david@sflawny.com;adam@sflawny.com;shaevlaw1@gmail.com

Joel  Shafferman on behalf of Creditor   Nyctl 2011-A trust
joel@shafeldlaw.com

Paul V. Shalhoub on behalf of Interested Party   Bayview Fund Management LLC
maosbny@willkie.com,  pshalhoub@willkie.com

George A. Shannon, Jr. on behalf of Defendant   Cadence Bank, N.A.
gshannon@smfadlaw.com

Andrea  Sheehan on behalf of Creditor   Carrollton Farmers Branch ISD, et. al.
sheehan@txschoollaw.com,  coston@txschoollaw.com

Scott C. Shelley on behalf of Creditor   AIG Asset Management (US), LLC
scottshelley@quinnemanuel.com

Scott C. Shelley on behalf of Creditor   The Prudential Life Insurance Company, Ltd.
scottshelley@quinnemanuel.com

Joshua  Sherer on behalf of Creditor   RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for
WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
FOR THE RMAC TRUST, SERIES 2011-1T
jsherer@feinsuch.com,  jspiegelman@flwlaw.com;ksheehan@flwlaw.com;mmarans@flwlaw.com

Joseph A. Shifer on behalf of Interested Party   ResCap Liquidating Trust
jshifer@kramerlevin.com,  rringer@kramerlevin.com;bbecker@kramerlevin.com

J. Christopher Shore on behalf of Attorney   White & Case LLP
cshore@whitecase.com ,  jdisanti@whitecase.com;mcosbny@whitecase.com

J. Christopher Shore on behalf of Counter-Claimant   The Ad Hoc Group of Junior Secured Noteholders
cshore@whitecase.com ,  jdisanti@whitecase.com ; mcosbny@whitecase.com

Jeremy Edward Shulman on behalf of Creditor   Wells Fargo Bank, N.A., successor by merger with Wells
Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
jshulman@afrct.com , mpero@afrct.com ; bcruz@afrct.com

Michael B Sichter on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of the
KESSLER SETTLEMENT CLASS
msichter@wbsvlaw.com

Glenn E. Siegel on behalf of Creditor   The Bank of New York Mellon
Glenn.Siegel@morganlewis.com

Kristen M. Siracusa on behalf of Defendant   First Mariner Bank
ksiracusa@milesstockbridge.com

Peter B. Siroka on behalf of Financial Advisor   Mesirow Financial Consulting, LLC
peter.siroka@friedfrank.com , aaron_rothman@friedfrank.com ; alix.brozman@friedfrank.com

Abigail Snow on behalf of Creditor   Los Angeles County Treasurer and Tax Collector
asnow@ssbb.com

Sean C. Southard on behalf of Unknown   Roosevelt Depositor LLC
ssouthard@klestadt.com

Steven S. Sparling on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
ssparling@kramerlevin.com , docketing@kramerlevin.com

Katherine Stadler on behalf of Unknown   ResCap Liquidating Trust
kstadler@gklaw.com , kboucher@gklaw.com ; shuntema@gklaw.com

Stephen Z. Starr on behalf of Creditor Otis L. Collier, Jr.
sstarr@starrandstarr.com

John Mark Stern on behalf of Creditor   Texas Comptroller of Public Accounts
john.stern@texasattorneygeneral.gov , sherri.simpson@texasattorneygeneral.gov

Fred Stevens on behalf of Creditor   Tata America International Corporation
fstevens@klestadt.com

Gregory A. Stout on behalf of Respondent   Green Tree Servicing
gregg.stout@rslegal.com , kelli.brown@rslegal.com

Mark A. Strauss on behalf of Interested Party   Landon Rothstein, Jennifer Davidson, Robert Davidson,
Ihor Kobryn, individually and on behalf of all others similarly situated
mstrauss@kmllp.com , telrod@kmllp.com

Fletcher W. Strong on behalf of Creditor   Syncora Guarantee Inc.
fstrong@wmd-law.com

Melanie A. Sweeney on behalf of Creditor   CITIMORTGAGE, INC.
msweeney@msgrb.com , blink@msgrb.com,mbekisz@msgrb.com ; edeopersaud@msgrb.com ,
vjefferson@msgrb.com

Benjamin J. Sweet on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of the
KESSLER SETTLEMENT CLASS
bsweet@carlsonlynch.com , jdavis@carlsonlynch.com

Stanley B. Tarr on behalf of Creditor   Infor Global Solutions (Michigan), Inc.
tarr@blankrome.com

Jay  Teitelbaum on behalf of Interested Party   JPMorgan Chase Bank, N. A.
jteitelbaum@tblawllp.com , dcampagne@tblawllp.com

David L. Tillem on behalf of Unknown   County of Putnam
tillemd@wemed.com

Patricia  Tomasco on behalf of Creditor   The Frost National Bank
ptomasco@jw.com , kgradney@jw.com ; ccthomas@jw.com

Vito  Torchia, Jr. on behalf of Unknown   Plaintiffs
fcanale@brookstonelaw.com , torchiav@brookstonelaw.com

Michael Tsang on behalf of Defendant   Citizens First Wholesale Mortgage Co.
mtsang@tsanglawfirm.com

Gerard Uzzi on behalf of Counter-Claimant   The Ad Hoc Group of Junior Secured Noteholders
guzzi@milbank.com , mbrod@milbank.com ; jostrzega@milbank.com ; jbrewster@milbank.com ;
mthm.bankr@ecf.inforuptcy.com

James J. Vincequerra on behalf of Creditor   Green Planet Servicing, LLC
jvincequerra@duanemorris.com

David L Wales on behalf of Plaintiff   Bayerische Landesbank
dwales@blbglaw.com , errol.hall@blbglaw.com

Sarah Block Wallace on behalf of Creditor   CITIMORTGAGE, INC.
wallaces@ballardspahr.com , andersonre@ballardspahr.com

Kaitlin R. Walsh on behalf of Defendant   Cadence Bank, N.A.
KRWalsh@mintz.com , docketing@mintz.com

Roy Frederick Walters on behalf of Plaintiff   CHRISTIE TURNER, individually and as representative of
the KESSLER SETTLEMENT CLASS
fwalters@wbsvlaw.com , jhaake@wbsvlaw.com ; jmclaury@wbsvlaw.com

Rodd C. Walton on behalf of Plaintiff Michael A Farr
rwalton@legacy-groups.com

Minyao  Wang on behalf of Creditor   Massachusetts Mutual Life Insurance Company
minyaowang@quinnemanuel.com

Michael D. Warner on behalf of Creditor   HP Enterprise Services, LLC
mwarner@coleschotz.com , klabrada@coleschotz.com

James P. Watkins on behalf of Defendant    Mortgage Electronic Registration System (MERS)
jwatkins@babc.com

Brian Jeffrey Wegrzyn on behalf of Defendant    RBC Mortgage Company
bwegrzyn@buckleysandler.com

Daniel S Weinberger on behalf of Creditor    PHH Mortgage Corporation
dweinberger@gibbonslaw.com

Bruce  Weiner on behalf of Creditor Albert  Passaretti
rmwlaw@att.net

Max  Weinstein on behalf of Creditor Karla  Brown
mmweinstein@law.harvard.edu

John W. Weiss on behalf of Defendant    Streetlinks LLC d/b/a Streetlinks Lender Solutions
john.weiss@alston.com

Scott A. Weiss on behalf of Unknown    OceanFirst Bank, successor in interest to Columbia Equities, LTD
scott@weissnweiss.com

John C. Weitnauer on behalf of Creditor    Wells Fargo Bank, N.A., as Custodian for Certain Mortgage
Backed Securities Trusts
kit.weitnauer@alston.com

John C. Weitnauer on behalf of Interested Party    Wells Fargo Bank, N.A.
kit.weitnauer@alston.com

Elizabeth  Weller on behalf of Creditor  Cameron County
dallas.bankruptcy@publicans.com ,  evelyn.palmer@lgbs.com

Douglas C. Wigley, on behalf of Creditor Gregory  Balensiefer
dwigley@dessauleslaw.com ,  hpeters@dessauleslaw.com

Amy  Williams-Derry on behalf of Creditor   FHLB Boston
awilliams-derry@kellerrohrback.com ,  kmak@kellerrohrback.com

Amy  Williams-Derry on behalf of Defendant   Federal Home Loan Bank of Boston
awilliams-derry@kellerrohrback.com ,  kmak@kellerrohrback.com

Douglas Allen Wilson on behalf of Creditor   J. Dennis Semler, Tulsa County Treasurer
douglas.wilson@tulsacounty.org

Eric R. Wilson on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@Kelleydrye.com

Lori L. Winkelman on behalf of Creditor   OneWest Bank
lori.winkelman@quarles.com ,  sybil.aytch@quarles.com ; jason.curry@quarles.com

Eric D. Winston on behalf of Creditor   Commerce Street Investments, LLC
ericwinston@quinnemanuel.com

Julia M Winters on behalf of Defendant   The Ad Hoc Group of Junior Secured Noteholders
jdisanti@whitecase.com ; mcosbny@whitecase.com ; rkebrdle@miami.whitecase.com

Ellen K. Wolf on behalf of Creditor   IBM Corporation
ewolf@wolfgroupla.com , kmanning@wolfgroupla.com

Douglas  Wolfe on behalf of Creditor   ASM Capital IV, L.P.
dwolfe@asmcapital.com

Douglas  Wolfe on behalf of Creditor   ASM Capital, L.P.
dwolfe@asmcapital.com

Robert D. Wolford on behalf of Interested Party   RMBS Settling Investors represented by Talcott
Franklin, PC
ecfwolfordr@millerjohnson.com

David J. Woll on behalf of Defendant   Ace Securities Corp.
dwoll@stblaw.com , managingclerk@stblaw.com

Nicholas Heath Wooten on behalf of Creditor WJ  Smith
nick@nickwooten.com , notices@nickwooten.com ; linnea@nickwooten.com

Richard L. Wynne on behalf of Interested Party   Financial Guaranty Insurance Company
rlwynne@jonesday.com

Hale  Yazicioglu on behalf of Creditor   Iron Mountain Information Management, Inc.
hy@bostonbusinesslaw.com

George A Zelcs on behalf of Creditor   National Credit Union Administration Board
gzelcs@koreintillery.com , dhutton@koreintillery.com

Jennifer B Zourigui on behalf of Defendant   Novitex Enterprise Solutions, Inc., f/k/a Pitney Bowes
Management Services, Inc.
jzourigui@ingramllp.com

Michael B. de Leeuw on behalf of Defendant   Document Technologies LLC d/b/a EED, a DTI Company
mdeleeuw@cozen.com , gburwa@cozen.com

peter c tashjian on behalf of Creditor Tracey J Marshall
tashjianlegal@cox.net

Dated: 2-27-2015

_____
Gregory A. Stout

STATE OF OHIO              )
                          ) ss
COUNTY OF HAMILTON         )

    Sworn to before me and subscribed in my presence this 27 date of February 2015, by
Gregory A. Stout.

_____
Notary Public

My Commission Expires: _____

**KELLI L. BROWN**
Notary Public, State of Ohio
My Commission Expires
July 30, 2019