**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
:
**In re**                                                           :        **Chapter 11**
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :        **Case No. 12-12020 (MG)**
:
:
:        **(Jointly Administered)**
       **Debtors.**                                   :
-----------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On February 26, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Order Granting ResCap Liquidating Trust's Eighty-First Omnibus Objection to Claims ((A) Duplicate Claims; (B) Insufficient Documentation Claims; (C) No Liability Claims; (D) Redesignate and Allow Claim; and (E) Reduce and Allow Claims) as to Certain Claims** [Docket No. 8205]

Dated: February 27, 2015

_____
Clarissa D. Cu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th of February, 2015, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A
Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Aldridge Connors LLP | | 15 Piedmont Ctr | 3575 Piedmont Rd NE Ste 500 | | Atlanta | GA | 30305 |
| ALL PRO ROOFING INC | | 2502 W 45TH | | | AMARILLO | TX | 79110 |
| Anchor Title Services, Inc. | Daniel C. McCarthy | 10216 Bryant Road | | | Lithia | FL | 33547 |
| ATLAS APPRAISAL INC | | PO BOX 21821 | | | SANTA BARBARA | CA | 93121-1821 |
| Atlas Appraisal, Inc. | | P.O. Box 21821 | | | Santa Barbara | CA | 93121 |
| CAIRO CITY | | 202 W MARTIN | P.O. BOX 14 | CITY HALL | CAIRO | MO | 65239 |
| CAIRO CITY | Village of Cairo | | PO Box 14 | | Cairo | MO | 65239 |
| City of Milwaukee - City Treasurer | | 200 East Wells Street - Room 103 | | | Milwaukee | WI | 53202 |
| City of Newton, MA | City of Newton Treasury | 1000 Commonwealth Avenue | | | Newton | MA | 02459 |
| DIVISION OF WATER | | P.O. Box 94540 | | | CLEVELAND | OH | 44101 |
| DRA CLP Esplanade LP | C/O John H. Capitano, Esq. | 214 N. Tryon Street, 47th Floor | | | Charlotte | NC | 28202 |
| Farmer, Dawn M | | 6741 West Condon Road | | | Janesville | WI | 53548 |
| Fein, Such, Kahn & Shepard P.C. | | 7 Century Drive | | | Parsippany | NJ | 07054 |
| GREEN, KENDALL G | | 23 SPRING CREEK DR | | | TOWNSEND | DE | 19734 |
| Hunt Leibert Jacobson, PC | Linda J. St. Pierre | 50 Weston Street | | | Hartford | CT | 06120 |
| K&L Gates LLP, fka Preston Gates & Ellis LLP | David C. Neu | 925 Fourth Avenue | Suite 2900 | | Seattle | WA | 98104-1158 |
| Kelly Hart & Hallman LLP | Attn Kristi Hudson | 201 Main Street, Suite 2500 | | | Fort Worth | TX | 76102 |
| Kevron, LLC | Kevin ODonnell | 10117 Donegal Court | | | Potomac | MD | 20854 |
| Law Offices of Marshall C. Watson P.A. | c/o Scott Weiss, Esq. | 1800 NW 49th St Ste 120 | | | Ft Lauderdale | FL | 33309 |
| Maricopa County Treasurer | Lori A. Lewis | Maricopa County Attorneys Office | 222 N. Central Avenue, Suite 1100 | | Phoenix | AZ | 85004 |
| Maricopa County Treasurer | Maricopa County Treasurer | Attn Ruth Davis | 301 W. Jefferson, Room 100 | | Phoenix | AZ | 85003-2199 |
| MARINELLI APPRAISAL & REAL PROP SVC | | 152 E 41ST ST | | | ERIE | PA | 16504-2008 |
| MARINELLI APPRAISAL & REAL PROP SVC | Marinelli Appraisal & Real Prop Svc | | 3082 W. 12 | | Erie | PA | 16505 |
| McCabe, Weisberg & Conway, PC | | 123 South Broad Street, Suite 1400 | | | Philadelphia | PA | 19109 |
| McCalla Raymer, LLC | | 6 Concourse Parkway, Suite 3200 | | | Atlanta | GA | 30328 |
| Monty Allen & Heather Allen | | 612 E. Puritan Ave. | | | Muscle Shoals | AL | 35661 |
| Monty Allen & Heather Allen | Jeff Austin | Attorney at Law | 211 S. Cedar Street | | Florence | AL | 35630 |
| Obermayer Rebmann Maxwell & Hippel LLP | | 1617 J.F.K. Boulevard | One Penn Center, 19th Floor | | Philadelphia | PA | 19103 |
| Pacific Bell Telephone Company | James Grudus, Esq. | c/o AT&T Services, Inc | One AT&T Way, Room 3A218 | | Bedminster | NJ | 07921 |
| Snow Christensen & Martineau | Kim R. Wilson | P.O. Box 45000 | | | Salt Lake City | UT | 87145 |
| Stern, Lavinthal & Frankenberg, LLC | Jeanette F. Frankenberg, Esq. | 105 Eisenhower Pkwy, Suite 302 | | | Roseland | NJ | 07068 |
| SUSAN L JOHNSON AND | | 5089 BASINVIEW DR | WILLIAMS CONSTRUCTION COMPANY | | NEW ORLEANS | LA | 70126 |
| TFLG, A Law Corporation formerly known as the Endres Law Firm | | 202 Cousteau Place #260 | | | Davis | CA | 95618 |
| TFLG, A Law Corporation formerly known as the Endres Law Firm | TFLG, A Law Corporation | Attn Lisa Godden | 202 Cousteau Place, Suite 260 | | Davis | CA | 95618 |
| Whispering Firs Home Owners Association | c/o Kelly DeLaat-Maher | Smith Alling, P.S. | 1102 Broadway | Ste 403 | Tacoma | WA | 98402 |
| Wilson & Associates, P.L.L.C. | | 1521 Merrill Dr., Suite D-220 | | | Little Rock | AR | 72211 |
| Wilton Construction Services, Inc. | Richard Griffin | PO Box 552 | | | Midlothian | VA | 23113 |
| Wilton Construction Services, Inc. | Sinnott Nuckols & Logan, PC | Attorneys at Law | 13811 Village Mill Drive | | Midlothian | CA | 23114-4365 |
| WOODEN & MCLAUGHLIN LLP | | ONE INDIANA SQUARE SUITE 1800 | | | INDIANAPOLIS | IN | 46204-4208 |