# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 3/2/2015 |
| Case: 12−12020−mg | Form ID: tranapl | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Tom Franklin        5633 Oak Grove Road        Fort Worth, TX 76134

TOTAL: 1