WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel to Ally Financial, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

Christopher A. Stauble, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On February 25, 2015, I caused true and correct copies of the following pleadings to be served upon the parties listed on the Exhibits attached hereto,

as indicated:

- Ally Financial Inc.'s Response to Certain Motions filed by Timothy J. Lahrman and the Courts Order Regarding Such Motions [ECF No. 8199]

- Declaration of Robert Ellis [ECF No. 8200]

/s/ Christopher A. Stauble
Christopher A. Stauble

Sworn to before me this
2nd day of March, 2015

/s/ Nicole Aliseo
Nicole Aliseo
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 2016

## Exhibit A

**(VIA Overnight Delivery)\***
Timothy Lahrman
3004 Garden Blvd
Elkhart, Indiana 46517

**(Via Email)**
Timothy Lahrman (timlahrman@aol.com)

**\*** Federal Express has confirmed that the only known address for Timothy Lahrman is currently vacant. The package was returned as proof of attempted service.

3

**Exhibit B**
**(Via Email)**

andrea.hartley@akerman.com; susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; petriea@ballardspahr.com; wallaces@ballardspahr.com; Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; ryan.philp@bgllp.com; stan.chelney@bgllp.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; pbustos@bustosassociates.com; dfiveson@bffmlaw.com; jmhall@bffmlaw.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; blmessinger@duanemorris.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; gary.kaplan@friedfrank.com; kgiannelli@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; DFeldman@gibsondunn.com; JWeisser@gibsondunn.com; theodore.w.tozer@hud.gov; kstadler@gklaw.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; brian@gmcnjlaw.com; bnoren@hinshawlaw.com; skraus@hinshawlaw.com; bnoren@hinshawlaw.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; reriksen1@gmail.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; kgcully@kgcully.com;

4

eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com; judson.brown@kirkland.com; tklestadt@klestadt.com; jcorneau@klestadt.com; sdny@kmk-law.net; jleibowitz@kandfllp.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com; abehlmann@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com; kmarino@khmarino.com; jboyle@khmarino.com; jrufo@mwc-law.com; lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com; pmoak@McKoolSmith.com; knewman@menterlaw.com; sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; seth.goldman@mto.com; Thomas.walper@mto.com; angela.baglanzis@obermayer.com; cmomjian@attorneygeneral.gov; almeyers@sjgov.org; dwdykhouse@pbwt.com; bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com; ebcalvo@pbfcm.com; michael.manniello@roachfirmlaw.com; kimberly.mcgrail@roachlawfirm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov; dflanigan@polsinelli.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; igoldstein@proskauer.com; srutsky@proskauer.com; jzajac@proskauer.com; john.oneal@quarles.com; lori.winkelman@quarles.com; walter.ashbrook@quarles.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com; romero@mromerolawfirm.com; reriksen1@gmail.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Ross.martin@ropesgray.com; johnrosario@delroslaw.com; prubin@rubinlawllc.com; dsasser@siwpc.com; dhall@siwpc.com; aisenberg@saul.com; gschwab@saul.com; abrockway@saul.com; jglucksman@scarincihollenbeck.com; bdk@schlamstone.com; bbressler@schnader.com; rbarkasy@schnader.com; eboden@schnader.com; DBlumenthal@SchneiderMitola.com; adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com; michael.cutini@srz.com; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com; taconrad@sbwlawfirm.com; fsosnick@shearman.com; bluckman@shermansilverstein.com; pjones@stahlcowen.com; pdatta@hhstein.com; amuller@stinson.com; whazeltine@sha-llc.com; msweeney@msgrb.com; tal@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com; AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com; Adam.Parkin@tdsecurities.com; christopher.stevens@tdsecurities.com; rblmnf@aol.com; tmm@mullaw.org; themeyerslawfirm@gmail.com; TJSinnickson@aol.com; frenklinart@aol.com;

5

kay.brock@co.travis.tx.us; mamta.scott@usbank.com; michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Mark.Flannagan@umb.com; james.byrnes@usbank.com; laura.moran@usbank.com; SBOYD@walterinvestment.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com; hdenman@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com; rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; Tammy.Hamzehpour@rescapestate.com; Jill.horner@rescapestate.com; Colette.wahl@rescapestate.com; Deanna.horst@rescapestate.com; William.thompson@rescapestate.com; William.tyson@rescapestate.com; Eileen.oles@rescapestate.com; Lauren.delehey@rescapestate.com; Julie.busch@rescapestate.com; kathy.priore@rescapestate.com; patty.zellmann@rescapestate.com; John.Ruckdaschel@rescapestate.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com;

**Exhibit C**
**(Via First Class Mail)**

AIG Asset Management US LLC
80 Pine St
New York, NY  10038
Attention:  Attn Russell Lipman

Allstate Life Insurance Company
3075 Sanders Rd Ste G5A
Northbrook, IL  60062
Attention:  Attn Peter A McElvain

Anaissa B Gerwald
12 Bluegrass Lane
Savannah, GA  31405

Attorney General of the State of New York, Eric T Schneiderman
Nassau Regional Office
200 Old Country Rd, Ste 240
Mineola, NY  11501
Attention:  Victoria L Safran

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Rd
Medocino, CA  94560

Gibbons PC
One Pennsylvania Plaza, 37th Floor
New York, NY  10119-3701
Attention:  Jeffrey S Berkowitz & Christopher A Albanese

IBM Corporation
1360 Rene Levesque W Ste 400
Montreal, QC  H3G 2W6
Canada
Attention:  Attn Shawn Konig

Law Offices of Christopher Green
Two Union Square Suite 4285
601 Union Street
Seattle, WA  98101
Attention:  Christopher E. Green

Law Offices of Richard Sax
448 Sebastopol Ave
Santa Rosa, CA  95401
Attention:  Richard Sax

Leslie Jamison
66 Howard Avenue
Ansonia, CT  06401-2210

Manatee County Tax Collector
4333 US 301 North
Ellenton, FL  34222
Attention:  Susan D Profant & Ken Burton Jr

MBIA Insurance Corporation
113 King St
Armonk, NY  10504
Attention:  Attn Mitchell Sonkin

Rowen L Drenne,
Representative for the Plaintiffs Brian Kessler et al.
3725 N Indiana
Kansas City, MO  64117

Secretary of State
123 William St
New York, NY  10038-3804

Secretary of State, Division of Corporations
99 Washington Ave, Ste 600
One Commerce Plz
Albany, NY  12231-0001

Shapiro Dicaro & Barak LLC
105 Maxess Rd, Ste N109
Melville, NY  11747
Attention:  Shari S. Barak

| | |
|---|---|
| Talcott Franklin P.C.<br>208 N. Market Street, Suite 200<br>Dallas, TX 75202<br>Attention: Derek S Witte | U.S. Department of Justice, Civil Division<br>1100 L Street NW, Room 10018<br>Washington, DC 20005<br>Attn: Glenn D. Gillette |

Wilmington Trust NA
50 South Sixth St, Ste 1290
Minneapolis, MN 55402-1544
Attention: Julie J Becker Vice President

WEIL:\95204684\3\58399.0011