Hearing Date and Time: March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF ADJOURNMENT OF HEARING ON OBJECTION
OF THE RESCAP BORROWER CLAIMS TRUST TO CLAIM NUMBER
5067 FILED BY GWENDELL L. PHILPOT TO MARCH 31, 2015
AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Objection of the ResCap Borrower Claims Trust to Claim Number 5067 Filed by Gwendell L. Philpot* [Docket No. 7760] (the "Claim Objection"), previously scheduled to be heard on February 11, 2015 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 31, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Claim Objection will be due on or before **March 11, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, and the claimant may serve his response via e-mail sent to counsel to the ResCap Borrower Claims Trust, Morrison & Foerster LLP (Attention: nrosenbaum@mofo.com;

ny-1178512

jwishnew@mofo.com; and erichards@mofo.com).

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: March 3, 2015
      New York, New York

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1178512