By Certified Mail

February 25, 2015

RECEIVED
MAR - 2 2015
U.S. BANKRUPTCY COURT, SDNY

Jordan A. Wishnew
Morrison/Foerster
250 West 55th Street
New York, NY 10019-9601

Re: In re; Residential Capital, LLC et al
    Jointly Administered under Case No. 12-12020 (Bankruptcy S.D.N.Y.)

Dear Mr. Wishnew:

  This is in response to your letter directed to the Honorable Martin Glenn, USBJ, from the United States Bankruptcy Court, Southern District of New York, located at One Bowling Green in the city of New York on February 13, 2015.

  I am very disappointed at your misconception of the truth. You know Elda M. Thompson and you are not working to identify a mutually convenient time for a meeting but it has not yet occurred. On the contrary you have acted in bad faith insisting that Elda M. Thompson search and send GMACM and the company you represent, Ocwen Loan Servicing, LLC the same documentation Elda has sent more than once to each one.

  Although, you do have talked to Elda M. Thompson, instead of "working to identify a mutual accord" what you have done is aggravating her to the tone of Elda's sufferings due to her illness become so intense as a consequence of the tone and threats she received from your conversations.

  Elda M. Thompson's illness has advanced dangerously since 2010 when GMACM attempted to conduct, for the second time, an action so vile it could be classified as disgusting. Elda has spent too much money getting documentation and submitting and resubmitting it to GMACM since 2007. It is shameful that a company such as GMACM, could not play a fair game, but, has made a commitment to attack an innocent disabled person.

  Even if GMACM acted as a "Servicing Agent" GMACM and Ocwen Loan Servicing, LLC, the company you represent, are well aware of the fact that Ameriquest did not register that specific mortgage; therefore, there was, and is, no mortgage loan to be "Serviced". Now, there is something you could show Elda M. Thompson, and this is why not only in 2007, but six years later and after ten (10) rejections from the court neither GMACM and Ocwen Loan Servicing, LLC has succeeded to file a foreclosure on the alleged "Serviced" loan mortgage.

Jordan A. Wishnew
Morrison/Foerster

     Therefore, before you "reach out to Honorable Martin Glenn's chambers", I urge you to have with you GMACM proofs showing that Elda M. Thompson missed alleged payments on the "Serviced" loan mortgage and at the same time and date shows the legal documentation that gives Ocwen Loan Servicing, LLC and GMACM proper authority to act against Elda M. Thompson.

Respectfully stated:

*Maria M. Thompson*
Maria M. Thompson

cc:  Honorable Martin Glenn, USBJ
     United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, New York 10004-1408