**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

February 13, 2015

Writer's Direct Contact
+1 (212) 336.4328
JWishnew@mofo.com

**By Overnight Delivery**

Hon. Martin Glenn, USBJ
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Residential Capital, LLC et al.
      Jointly Administered under Case No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

This firm is counsel to the ResCap Borrower Claims Trust (the "Borrower Trust"). During the January 14, 2015 hearing concerning the Borrower Trust's Seventy-Sixth Omnibus Objection to Claims, the Borrower Trust addressed the response filed by Ms. Elda M. Thompson and Ms. Maria M. Thompson. At the conclusion of the discussion concerning this contested claim, Your Honor asked that somebody on behalf of the Borrower Trust meet with the Thompsons. Counsel for the Borrower Trust has been corresponding with the claimant and we are working to identify a mutually convenient time for that meeting, but it has not yet occurred.

We will continue to keep the Court apprised of our progress and will reach out to Your Honor's chambers if we need to place this matter back on the Court's calendar. Thank you.

Respectfully submitted,

Jordan A. Wishnew

cc:   Ms. Elda Thompson (via overnight mail)

ny-1176511