KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESCAP LIQUIDATING TRUST'S**
**EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS SOLELY WITH**
**RESPECT TO CLAIM NO. 5262 FILED BY JPMORGAN CHASE BANK, N.A.**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust, successor in interest to the Debtors in the above-captioned chapter 11 cases, hereby withdraws the *ResCap Liquidating Trust's Eighty-Third Omnibus Objection to Claims (No Liability Claims)* [Docket No. 8100], solely as it relates to Claim No. 5262 filed by JPMorgan Chase Bank, N.A.

Dated: New York, New York
March 3, 2015

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Joseph A. Shifer
Kenneth H. Eckstein
Douglas H. Mannal
Joseph A. Shifer
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the ResCap Liquidating Trust*