**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Residential Capital, LLC                                   CASE NO.: 12−12020−mg
  aka   Residential Capital Corporation

Social Security/Taxpayer ID/Employer ID/Other Nos.:               CHAPTER:  11
20−1770738

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on January 16, 2015, document number 8026, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 15−cv−0953 assigned to the Honorable Colleen McMahon.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: March 2, 2015                                    Vito Genna
                                                        Clerk of the Court

```
                          United States Bankruptcy Court
                          Southern District of New York
```

In re:                                                        Case No. 12-12020-mg
Residential Capital, LLC                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0208-1        User: arouzeau              Page 1 of 1              Date Rcvd: Mar 02, 2015
                            Form ID: tranapl            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2015.
unk           +Tom Franklin,    5633 Oak Grove Road,    Fort Worth, TX 76134-2326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2015 at the address(es) listed below:
NONE.                                                                                                 TOTAL: 0