**Exhibit L**

Form CAodsc7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

| | |
|---|---|
| In re:<br>　Fermin Solis Aniel<br>　75 Tobin Clark Drive<br>　Hillsborough, Ca 94010<br><br>　Erlinda Abibas Aniel<br>　　aka  Erlinda Jose Abibas<br>　75 Tobin Clark Drive<br>　Hillsborough, Ca 94010<br>　　　　　　　　　Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>　　xxx–xx–3120<br>　　xxx–xx–2668 | Case Number:  09–30452 DM 7<br>Chapter:  7 |

## DISCHARGE OF DEBTOR

　　　　It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: <u>12/2/10</u>　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　　Dennis Montali
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**　　　　SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 263

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# Notice Recipients

District/Off: 0971−3        User: dchambers        Date Created: 12/2/2010
Case: 09−30452              Form ID: CAODSC7       Total: 104

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        OneWest Bank, FSB
intp      Corazon Estiva
cr        HSBC Bank USA,
cr        JPMorgan Chase Bank, N.A.
cr        EMC Mortgage Corporation
                                                                                            TOTAL: 5

**Recipients of Notice of Electronic Filing:**
ust       Office of the U.S. Trustee / SF        USTPRegion17.SF.ECF@usdoj.gov
tr        Janina M. Hoskins        jmelder7@aol.com
tract     Jay D. Crom        jcrom@bachcrom.com
aty       Adam C. Kent        adkent@aol.com
aty       Anne W. Hamann        ecfcanb@piteduncan.com
aty       Casper J. Rankin        ecfcanb@piteduncan.com
aty       Dean Prober        cmartin@pprlaw.net
aty       Gregory James Babcock        bknotice@mccarthyholthus.com
aty       Jean Barnier        jbarnier@macbarlaw.com
aty       John D. Schlotter        ecfmail@aclawllp.com
aty       Justin Balser        justin.balser@akerman.com
aty       Katherine L. Johnson        ecfcanb@piteduncan.com
aty       Lawrence J. Buckley        notice@bkcylaw.com
aty       Linh K. Tran        bline.chapter13@blinellc.com
aty       Melodie A. Whitson        ecfcanb@piteduncan.com
aty       Monique Jewett−Brewster        mjewett−brewster@macbarlaw.com
aty       Nicolas A. Daluiso        ndaluiso@robinsontait.com
aty       Stefanie A. Schiff        ecfcanb@piteduncan.com
aty       Timothy J. Silverman        tim@sgsslaw.com
                                                                                            TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Fermin Solis Aniel        75 Tobin Clark Drive        Hillsborough, Ca 94010
jdb       Erlinda Abibas Aniel        75 Tobin Clark Drive        Hillsborough, Ca 94010
cr        GMAC Mortgage, LLC        4375 Jutland Drive, Suite 200        P.O. Box 17933        San Diego, CA 92177−0933
cr        MTGLO Investors, L.P.        McCalla, Raymer, et al.        Bankruptcy Department        1544 Old Alabama Road        Roswell, GA 30076
cr        BAC Home Loans Servicing, LP        7105 Corporate Drive        PTX−B−35        Plano, TX 75024
cr        American Home Mortgage Servicing, Inc.        4875 Belfort Road        Suite 130        Jacksonville, FL 32256
cr        Litton Loan Servicing, L.P. duly authorized servicing agent for Residential Mortgage Capital its successors and/or its assigns        Solomon, Grindle, Silverman &Spinella        c/o Timothy J. Silverman        12651 High Bluff Drive, Suite 300        San Diego, CA 92130
cr        Roundup Funding LLC        MS 550        PO Box 91121        Seattle, WA 98111 9221
cr        Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass−Through Certificates, Series 2007−5, its assignees and/or successors and the servicing agent Amer        c/o McCarthy &Holthus LLP        1770 Fourth Ave        San Diego, CA 92101
cr        Roundup Funding LLC        MS 550        PO Box 91121        Seattle, WA 98111−9221
cr        Aurora Loan Services        c/o McCarthy &Holthus, LLP        1770 Fourth Avenue        San Diego, CA 92101
cr        National City        PO Box 94982        Cleveland, OH 44101
cr        Zenaida Flores        c/o Donald L. Tasto        600 Allerton Street        Suite 202        Redwood City, CA 94063
cr        HSBC BANK U.S.A. as Trustee for DALT 2007−AO3        Pite Duncan, LLP        c/o Stefanie A. Schiff        4375 Jutland Drive, Suite 200        PO Box 17933        San Diego, CA 92177−0933
cr        Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006−AR5, Mortgage Pass−Through Certi        Pite Duncan, LLP        c/o Anne Hamann        4375 Jutland Drive        Suite 200        San Diego, CA 92177
cr        HSBC Bank USA, National Association as Trustee for DALT2007−OA5        Pite Duncan, LLP        c/o Anne Hamann        4375 Jutland Drive        Suite 200        San Diego, CA 92177
smg       Chief Tax Collection Section        Employment Development Section        P.O. Box 826203        Sacrament, CA 94230
smg       CA Employment Development Dept.        Bankruptcy Group MIC 92E        P.O. Box 826880        Sacramento, CA 94280−0001
smg       CA Franchise Tax Board        Special Procedures Bankruptcy Unit        P.O. Box 2952        Sacramento, CA 95812−2952
10287170  AHMSI        PO Box 631730        Irving, TX 75063−1730
10076331  AMERICAN HOME MORTGAGE SERVICING INC.        4875 BELFORT ROAD SUITE 130        JACKSONVILLE,FLORIDA 32256
9783028   AURORA LOAN SERVICES        2617 COLLEGE PARK DRIVE        NE, 69363−1706
11270597  American Infosource Lp As Agent for        Citibank (South Dakota) N.A.        PO Box 248840        Oklahoma City, OK 73124−8840

| | | | | |
|---|---|---|---|---|
| 9959098 | Aurora Loan Services, LLC | c/o McCarthy Holthus, LLP | 1770 Fourth Avenue | San Diego, CA 92101 |
| 9987074 | BAC Home Loans Servicing, LP fka Countrywide Home | 7105 Corporate Drive | PTX–B–35 | Plano, TX 75024 |
| 9783029 | BAILEY BANK &BIDDLE | PROCESSING CENTER | DES MOINES, IA 50364–0001 | |
| 9783030 | BANK OF AMERICA | PO BOX 15102 | WILMINGTON, DE 19886–5102 | |
| 9783031 | BANK OF AMERICA | PO BOX 15726 | WILMINGTON, DE 19886–5726 | |
| 9783032 | BLOOMINGDALE | PO BOX 18303 | COLUMBUS, OH 43218–3083 | |
| 9783033 | BLOOMINGDALE'S VISA | PO BOX 689194 | DES MOINES,IA 50368–9194 | |
| 10287172 | Bank of America | NC4–105–02–14 | 4161 Piedmont Pwy | Greensborough, NC 27410 |
| 9783034 | CHASE – UNITED MILEAGE | PO BOX 15298 | WILMINGTON, DE 19850–5298 | |
| 9867360 | CHASE BANK USA | C O Weinstein And Riley, Ps | 2001 Western Avenue, Ste 400 | Seattle, Wa 98121 |
| 9867361 | CHASE BANK USA | C O Weinstein And Riley, Ps | 2001 Western Avenue, Ste 400 | Seattle, Wa 98121 |
| 9783035 | CITI BUSINESSCARD | PO BOX 6408 | THE LAKE, NV 88901–8408 | |
| 9783036 | CITIBANK | PO BOX 183113 | COLUMBUS, OHIO 43218–3113 | |
| 9783037 | CITICARDS | PO BOX 6406 | THE LAKE , NV 88901–6406 | |
| 9931337 | Chase Bank USA NA | PO BOX 15145 | Wilmington, DE 19850–5145 | |
| 10287160 | Citibank MS 504A | PO Box 790110 | St. Louis, MO 63179 | |
| 11171789 | Corazon Estiva | 2 Willow St. | San Francisco, CA 94127 | |
| 10287163 | EMC | PO Box 619063 | Dallas, TX 75261–9063 | |
| 11171792 | EMC Mortgage Corporation | 800 State Highway 121 Bypass | Lewisville, TX 75067–4180 | |
| 9883170 | Fia Card Services, N.A. | Attn. Mr. Bk | 1000 Samoset Drive | DE5–023–03–03   Newark, DE 19713 |
| 10067220 | GE Money Bank | Care of Recovery Management Systems Corp | dba CHEVRON TEXACO PLCC   25 SE 2nd Ave Ste 1120   Miami FL 33131 | |
| 10075363 | GE Money Bank | Care of Recovery Management Systems Corp | dba LOWES CONSUMER   25 SE 2nd Ave Ste 1120   Miami FL 33131 | |
| 9783038 | GMAC | 3451 HAMMOND AVE. | WATERLO, IA 59704 | |
| 10082493 | GMAC Mortgage, LLC | 4375 Jutland Drive, Suite 200 | P.O. Box 17933 | San Diego, CA 92177–0933 |
| 9783039 | HOME DEPOT | PO BOX 6028 | THE LAKE, NV 89901–6028 | |
| 10033861 | HSBC Bank Nevada, N.A. | eCAST Settlement Corporation | c/o Bass &Associates, P.C. | 3936 E. Ft. Lowell Rd., Suite 200   Tucson, AZ 85712 |
| 11171790 | HSBC Bank USA | 452 Fifth Avenue | New York, NY 10018 | |
| 9814236 | HSBC Bank USA N.A. | One HSBC Center | Buffalo, NY 14203 | |
| 10787270 | HSBC Bank USA, National Association | c/o Pite Duncan, LLP | 4375 Jutland Drive, Suite 200 | P.O. Box 17933   San Diego, CA 92177–0933 |
| 10315281 | HSBC Bank USA, National Association as Trustee for | c/o Pite Duncan, LLP | Attn: Katherine L. Johnson, Esq.   4375 Jutland Drive, Suite 200   P.O. Box 17933   San Diego, CA 92177–0933 | |
| 9783040 | INDYMAC BANK | PO BOX 4045 | KALAMAZOO, MI 49003 | |
| 9797627 | Internal Revenue Service | P.O. Box 21126 | Philadelphia, PA 19114 | |
| 11171791 | JPMorgan Chase Bank NA | 1111 Polaris Parkways | Columbus, OH 43240 | |
| 10444342 | JPMorgan Chase Bank, NA | Attn: Bankruptcy Department | 833 Ridgepoint Dr. | Irving, TX 75063–5812 |
| 9783041 | LOWE'S | PO BOX 530914 | ATLANTA, GA 30353–0914 | |
| 9986100 | Litton Loan Servicing, L.P. | Bankruptcy Department | 4828 Loop Central Drive | Houston, TX 77081–2226 |
| 9783042 | MACY'S | PO BOX 6938 | THE LAKE, NV 88901–6938 | |
| 9783043 | MARRIOT REWARD –CHASE | PO BOX 15123 | WILMINGTON, DE 19850–5123 | |
| 9854454 | NATIONAL CITY BANK | P.O. BOX 94982 | CLEVELAND, OH 44101 | |
| 9783044 | NEIMAN MARCUS | PO BOX 729080 | TEXAS 75372–9080 | |
| 10287157 | National City | L007180 | PO Box 94991–44101 | Cleveland, OH 08981 |
| 11171788 | OneWest Bank FSB | 2900 Esperanza Crossing | Austin, TX 78758 | |
| 10061303 | OneWest Bank, FSB | 7700 W. Palmer, Bldg. D | Austin, Texas 78729 | |
| 9783045 | PATELCO | 156 SECOND STREET | SAN FRANCISCO, CA 94105 | |
| 11027283 | PNC BANK | PO BOX 94982 | CLEVELAND, OH 44101 | |
| 10424547 | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111–9221 |
| 10424586 | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111–9221 |
| 10424628 | Roundup Funding, LLC | MS 550 | PO Box 91121 | Seattle, WA 98111–9221 |
| 9783065 | SAKS FIFTH | PO BOX 60151 | CITY OF INDUSTRY , CA 91716–0151 | |
| 9783066 | SAKS FIFTH VISA | PO BOX 60102 | CITY OF INDUSTRY, CA 9176–0100 | |
| 9783067 | SEARS | PO BOX 6937 | THE LAKE , NEVADA 88901–6937 | |
| 9783068 | UNITED MILEAGE PLUS | PO BOX 94014 | PALATINE, IL 60094–4014 | |
| 9783069 | WASHINGTON MUTUAL | PO BOX 660433 | DALLAS, TX 752660433 | |
| 9783070 | WASHINGTON MUTUAL | PO BOX 660487 | DALLAS, TX 75266–0487 | |
| 11452464 | Zenaida Flores | c/o Adam C. Kent | 605 Middlefield Road | Redwood City, CA 94063 |
| 10287162 | Zenaida Flores | c/o Property Services | 1499 Bayshore Highway 126 | Burlingame, CA 94010 |
| 10033863 | eCAST Settlement Corp | Assignee of HSBC Bank Nevada | Bass &Associates, P.C. | 3936 E. Ft. Lowell Rd., Suite 200   Tucson, AZ 85712 |

TOTAL: 80