**<u>Exhibit O</u>**

# California Superior Courts

### CA Superior - San Mateo
### (SanMateo)

## CIV502857

## Fermin Solis Aniel VS Ets Services, Llc et al

This case was retrieved from the court on Wednesday, March 04, 2015

**Header**

Case Number: CIV502857
Date Filed: 02/02/2011
Date Full Case Retrieved: 03/04/2015
Misc: (33) FRAUD; (CIV) Unlimited Civil

[Summary][Participants][Proceedings][Complaints][Minutes][Pending Hearings]

**Summary**

**No Information is Available for this case**

**Participants**

| **Litigant** | **Attorney** |
|---|---|
| Fermin Solis Aniel<br>Plaintiff<br>Complaint Number: 1<br>Status: DISMISSED 12/06/2011 | Pro Per<br>Aniel, Fermin Solis<br>75 Tobin Clark Drive<br>Hillsborough, CA 94010 |
| Erlinda Abibas Aniel<br>Plaintiff<br>Complaint Number: 1<br>Status: DISMISSED 12/06/2011 | Pro Per<br>Aniel, Erlinda Abibas<br>75 Tobin Clark Drive<br>Hillsborough, CA 94010 |
| Ets Services, Llc<br>Defendant<br>Complaint Number: 1<br>Status: DISMISSED 12/06/2011 | Buell, Edward R<br>, CA |
| Gmac Mortgage, Llc<br>Defendant<br>Complaint Number: 1<br>Status: DISMISSED 12/06/2011 | Buell, Edward R<br>, CA |

| Hsbc Bank, USA | Buell, Edward R |
|---|---|
| Defendant | , CA |
| Complaint Number: 1 | |
| Status: DISMISSED 12/06/2011 | |

| Mortgage Electronic Registration Systems | Buell, Edward R |
|---|---|
| Defendant | , CA |
| Complaint Number: 1 | |
| Status: DISMISSED 12/06/2011 | |

| Pite Duncan, Llp | Salmon, Peter J |
|---|---|
| Defendant | |
| Complaint Number: 1 | |
| Status: DISMISSED 12/06/2011 | |

## Proceedings

| Nbr | Date | Details | Disposition |
|---|---|---|---|
| 1 | 02/02/2011 | (S) Complaint Filed | |
| 2 | 02/02/2011 | 30 Day Summons, Issued And Filed. | |
| 3 | 02/02/2011 | 30 Day Summons, Issued And Filed. | |
| 4 | 02/02/2011 | Civil Case Coversheet Received | |
| 5 | 02/02/2011 | 30 Day Summons, Issued And Filed. | |
| 6 | 02/02/2011 | 30 Day Summons, Issued And Filed. | |
| 7 | 02/02/2011 | 30 Day Summons, Issued And Filed. | |
| 8 | 02/10/2011 | Proof of Personal Service of Summons And Complaint Filed 02/02/2011 of Fermin Aniel Served on Gmac Mortgage, Llc by Serving Becky Degeorge, Agent For Service With Service Date of 02/03/11 | |
| 9 | 02/10/2011 | Proof of Personal Service of Summons And Complaint Filed 02/02/2011 of Fermin Aniel Served on Pite Duncan, Llp by Serving Steven Pite, Senior Partner With Service Date of 02/03/11 | |
| 10 | 02/10/2011 | Proof of Personal Service of Summons And Complaint Filed 02/02/2011 of Fermin Aniel Served on Ets Services, Llc by Serving Bekcy Degeorge, Agent For Service With Service Date of 02/03/11 | |
| 11 | 02/10/2011 | Proof of Personal Service of Summons And Complaint Filed 02/02/2011 of Fermin Aniel Served on Hsbc Bank, USA by Serving Maria Sanchez, Agent For Service With Service Date of 02/03/11 | |
| 12 | 02/10/2011 | Proof of Personal Service of Summons And Complaint Filed 02/02/2011 of Fermin Aniel Served on Mortgage Electronicregistration Systems by Serving Desiree George, Agent For Service With Service Date of 02/03/11 | |
| 13 | 03/07/2011 | (S) Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems Represented by Edward R Buell | |
| 14 | 03/07/2011 | Request For Judicial Notice of in Support of Demurrer to Plaintiffs Verified Complaint Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems. | |
| 15 | 03/07/2011 | Memorandum of Points And Authorities Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems in Support of Demurrer to Verified Complaint | |

| | | | |
|---|---|---|---|
| 16 | 03/07/2011 | Proof of Service of Demurrer With Supporting Documents Served on See Service List by Mail With A Service Date of 03/07/11. | |
| 17 | 03/15/2011 | (S) Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel Filed by Pite Duncan, Llp Represented by Peter J Salmon | |
| 18 | 03/15/2011 | Memorandum of Points And Authorities Filed by Pite Duncan, Llp in Support of Demurrer to Complaint | |
| 19 | 03/15/2011 | Request For Judicial Notice of Notice in Support of Demurrer to Complaint Filed by Pite Duncan, Llp. | |
| 20 | 03/22/2011 | Request For Default Filed And Default Not Entered. Reason: Def, Pite Duncan, Llp Filed A Demurrer on 3-7-11. | |
| 21 | 03/22/2011 | Request For Default Filed And Default Not Entered. Reason: Def, Mortgage Electronic Registration Systems, Inc. Filed A Demurrer on 3-7-11. | |
| 22 | 03/22/2011 | Request For Default Filed And Default Not Entered. Reason: Def, Gmac Mortgage Llc Filed A Demurrer on 3-7-11. | |
| 23 | 03/22/2011 | Request For Default Filed And Default Not Entered. Reason: Def, Hsbc Bank USA Filed A Demurrer on 3-7-11. | |
| 24 | 03/22/2011 | Request For Default Filed And Default Not Entered. Reason: Def, Ets Services, Llc Filed A Demurrer on 3-7-11. | |
| 25 | 04/01/2011 | Notice of Motion to Enter Default Against All Defendants And to Set Aside Trustee Sale Filed by Fermin Solis Aniel, Erlinda Abibas Aniel | |
| 26 | 04/01/2011 | Motion to Enter Default And Set Aside Trustee Sale Complaint Filed 02/02/2011 of Fermin Aniel Filed by Fermin Solis Aniel, Erlinda Abibas Aniel | |
| 27 | 04/25/2011 | Reply And Notice of Lack of Opposition to Demurrer, Filed. | |
| 28 | 04/26/2011 | Amended Notice of Hearing on Demurrer Filed by Pite Duncan, Llp. | |
| 29 | 05/09/2011 | Opposition to Plaintiffs Motion to Enter Default And Set Aside Trustee Sale Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems | |
| 30 | 05/09/2011 | Request For Judicial Notice in Support of Opposition to Motion to Enter Default. | |
| 31 | 05/09/2011 | Proof of Service of Defendants Opposition, Etc. Served on See List by Federal Express With A Service Date of 05/09/11. | |
| 32 | 05/11/2011 | Notice of Joinder in Defendants Opposition to Motion to Enter Default And Set Aside Trustees Sale Filed by Pite Duncan, Llp. | |
| 33 | 05/16/2011 | Reply to Defendants Opposition to Motion to Enter Default Filed by Fermin Solis Aniel, Erlinda Abibas Aniel | |
| 34 | 05/16/2011 | Case Management Statement Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems. | |
| 35 | 05/16/2011 | Proof of Service (By Mail) of Case Management Statement Request For Courtcall Served on See List With A Service Date of 05/16/11 Filed. | |
| 36 | 05/19/2011 | Case Management Statement Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 37 | 05/20/2011 9:00 AM | Hearing: Motion Re: to Enter Default And Set Aside Trustee Sale Filed by Fermin Solis Aniel, Erlinda Abibas Aniel (Dept Lm) | Completed |
| 38 | 05/25/2011 | Opposition to Defendant, Pite Duncans Demurrer to Complaint Filed by Fermin Solis Aniel, Erlinda Abibas Aniel | |
| 39 | 05/26/2011 | Opposition to Defendants Demurrer to Complaint Filed by Fermin Solis Aniel, Erlinda Abibas Aniel | |
| 40 | 05/27/2011 | Case Management Statement Filed by Pite Duncan, Llp. | |
| 41 | 05/27/2011 | Hcmc1i Calendared on 06/02/11 in Dept. 21. Has Been Updated to 06/02/11 in Dept. 8. | |

| | | | |
|---|---|---|---|
| 42 | 06/02/2011 | (Proposed) Order Denying Motion to Enter Default Sent to Judge Scott For Review. | |
| 43 | 06/02/2011 9:00 AM | Case Management Conference (Dept 8) | Continued |
| 44 | 06/02/2011 | Reply in Support of Demurrer to Plaintiffs Verified Complaint, Filed. | |
| 45 | 06/07/2011 | Order Denying Plaintiffs Motion to Enter Default And to Set Aside Trustee Sale, Signed by Judge Scott on 06/02/11 Filed. | |
| 46 | 06/08/2011 9:00 AM | Hearing: Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel by Pite Duncan, Llp (Dept Lm) | Completed |
| 47 | 06/08/2011 | Notice of Ruling Filed | |
| 48 | 06/09/2011 9:00 AM | Hearing: Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems (Dept Lm) | Completed |
| 49 | 06/17/2011 | (Proposed) Order Sustaining Demurrer Sent to Judge Scott For Review. | |
| 50 | 06/22/2011 | Order After Hearing For 06/08/11 Received And Forwarded to Dept. 25. | |
| 51 | 06/30/2011 | Order Sustaining Demurrer to Plaintiffs Complaint Without Leave to Amend, Signed by Judge Scott on 06/20/11 Filed. | |
| 52 | 07/07/2011 | Notice of Entry of Order Filed by Gmac Mortgage, Llc, Hsbc Bank, USA. | |
| 53 | 07/18/2011 | Order on Def. Pite Duncan, Llps Demurrer, Signed by Judge Scott on 06/28/11, Filed. | |
| 54 | 07/18/2011 | Proposed Judgment Received. | |
| 55 | 07/21/2011 9:00 AM | Case Management Conference (Dept 21) | Vacated |
| 56 | 08/10/2011 | Case Management Statement Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 57 | 08/17/2011 | Notice of Appeal Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 58 | 08/17/2011 | Notice of Filing of Appeal Filed. | |
| 59 | 08/17/2011 | Transcript Trust Posted by Erlinda Aniel on Behalf of Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 60 | 08/23/2011 | Appellants Notice Designating Record on Appeal Filed. | |
| 61 | 08/26/2011 | Defendants Case Management Statement, Filed. | |
| 62 | 08/26/2011 | Proof of Service by Mail of Ccopy of Case Mgt Statement, Req For Court Call Served on Fermin Solis Aniel, Erlinda Abibas Aniel, Ets Services, Llc Filed. Date of Mailing 08/26/11. | |
| 63 | 08/26/2011 | Respondents Notice Designating Record on Appeal Filed. | |
| 64 | 08/29/2011 | Transcript Trust Posted by S&R Services on Behalf of Pite Duncan, Llp. | |
| 65 | 08/29/2011 | Hcmc1i Calendared on 09/01/11 in Dept. 21. Has Been Updated to 09/01/11 in Dept. 7. | |
| 66 | 08/30/2011 | Exonerate Transcript Trust | |
| 67 | 08/30/2011 | Void Transcript Trust | |
| 68 | 08/31/2011 | Hcmc1i Calendared on 09/01/11 in Dept. 7. Has Been Updated to 09/01/11 in Dept. 11. | |
| 69 | 09/01/2011 9:00 AM | Case Management Conference (Dept 11) | Continued |
| 70 | 09/01/2011 | Transcript Trust Posted by S& R Services on Behalf of Pite Duncan, Llp. | |
| 71 | 09/02/2011 | Notice of Case Management Conference Continuance Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 72 | 09/13/2011 | Notice to Prepare Transcripts on Appeal Filed. | |

| | | | |
|---|---|---|---|
| 73 | 09/14/2011 | Corrected Notice to Prepare Transcripts on Appeal Filed. | |
| 74 | 09/19/2011 | Clerks Certificate Re:certifying Record to Court of Appeals,1st Appellate District Filed. | |
| 75 | 09/19/2011 | Transmittal of Record on Appeal Filed. | |
| 76 | 10/12/2011 | Received Notice From Court of Appeals. Appeal A132 950 is Dismissed as Premature. | |
| 77 | 10/24/2011 | Received Judgment Documents And Placed in Judgment Box 10;25 Am. | |
| 78 | 10/31/2011 | Proposed Judgment Submitted by Pltf-Solis, Etc Returned Unprocessed - Pls See File For Details. | |
| 79 | 11/03/2011 | Judgment Returned Unprocessed - Signature of Attorney Missing From Judgment. | |
| 80 | 11/09/2011 | Proposed Judgment Returned Unprocessed - Per Judge Scott, Defs Demurrer is Being Appealed. | |
| 81 | 11/15/2011 | Case Management Statement Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 82 | 12/06/2011 9:00 AM | Case Management Conference (Dept 21) | Completed |
| 83 | 12/09/2011 | Remittitur Filed For Appeal A132950. Appeal is Dismissed. | |
| 84 | 12/29/2011 | Exonerate Transcript Trust | |
| 85 | 02/02/2012 | Notice of Appeal Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 86 | 02/02/2012 | Transcript Trust Posted by Erlinda Aniel on Behalf of Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 87 | 02/02/2012 | Notice of Filing of Appeal Filed. | |
| 88 | 02/08/2012 | Appellants Notice Designating Record on Appeal Filed. | |
| 89 | 02/09/2012 | Clerks Certificate Re: Register of Actions Per Crc Rule 8.124 Filed. | |
| 90 | 02/16/2012 | Respondents Notice Designating Record on Appeal Filed. | |
| 91 | 02/21/2012 | Respondents Notice Designating Record on Appeal Filed. | |
| 92 | 02/21/2012 | Transcript Trust Posted by Janney & Janney Atty Services on Behalf of Pite Duncan, Llp. | |
| 93 | 02/21/2012 | Notice to Prepare Reporters Transcripts on Appeal Filed. | |
| 94 | 02/22/2012 | Transcript Trust Posted by San Francisco Legal Support, Inc. on Behalf of Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA. | |
| 95 | 02/22/2012 | Notice to Prepare Reporters Transcript on Appeal Filed(R). | |
| 96 | 02/28/2012 | Exonerate Transcript Trust | |
| 97 | 03/28/2012 | Exonerate Transcript Trust | |
| 98 | 04/02/2012 | Clerks Certificate Re: Certifying Record to Court of Appeals, First Appellate District Filed. | |
| 99 | 04/02/2012 | Clerks Cerificate Re: Reporters Transcript on AP Peal Filed. | |
| 100 | 04/02/2012 | Transmittal of Record on Appeal Filed . | |
| 101 | 06/06/2012 | Respondents Brief For A134461 Received . | |
| 102 | 06/20/2012 | Notice of Plaintiffs EX Parte Application For A Written Order Dismissing The Case Filed by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 103 | 06/20/2012 | Ex Parte Application And Proposed Order Located to Dept. 21 For Consideration. | |
| 104 | 06/20/2012 | Ex-Parte Fee Paid by Fermin Solis Aniel, Erlinda Abibas Aniel. | |
| 105 | 06/29/2012 | Order Dismissing Case Effective 12/6/11, Signed by Judge Foiles on 06/29/12, Filed. | |

**Complaints**

| Nbr | Type | File Date | Status |
|---|---|---|---|
| 1 | COM COMPLAINT of FERMIN SOLIS ANIEL | 02/02/2011 | Dismissed 12/06/2011 |

## Minutes

| Type | Details |
|---|---|
| Reference Action | (S) Complaint Filed |
| | 02/02/2011 |
| | Receipt: 110202-0306 $395.00 |
| Reference Action | (S) Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel Filed by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems Represented by Edward R Buell |
| | 03/07/2011 |
| | Receipt: 110307-0764 $1,580.00 |
| Reference Action | (S) Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel Filed by Pite Duncan, Llp Represented by Peter J Salmon |
| | 03/15/2011 |
| | Receipt: 110316-0007 $40.00 |
| Reference Action | Notice of Motion to Enter Default Against All Defendants And to Set Aside Trustee Sale Filed by Fermin Solis Aniel, Erlinda Abibas Aniel |
| | 04/01/2011 |
| | Receipt: 110401-0498 $40.00 |
| Reference Action | Hearing: Motion Re: to Enter Default And Set Aside Trustee Sale Filed by Fermin Solis Aniel, Erlinda Abibas Aniel |
| | 05/20/2011 9:00 AM |
| | Dept LM |
| | Honorable Joseph C. Scott, Judge Presiding. Clerk: Rebecca Huerta Court Reporter: Fakhouri. |
| | Erlinda Abibas Aniel Present in Pro Per. |
| | Attorney(S): Jillian A Benbow Appeared by Court Call on Behalf of Defendant Pite Duncan Lp. |
| | Attorney(S): Brian Whitemore Appeared on Behalf of Defendants Ets,Gmac, And Hsbc, et Al. |
| | Matter Argued by Counsel And Submitted to The Court. |
| | Tentative Ruling Adopted And Becomes The Order: |
| | ==================================== |
| | The Request For Judicial Notice is Denied as The Documents That Are The Subject of The Instant |
| | Request Were Unnecessary to The Determination of The Merits of The Instant Motion.The Court Notes |
| | That Defendants Failed to Comply With Crc 3.1110(F) With Respect to The Exhibits to The Request. |
| | ==================================== |
| | The Motion to Enter Default And Set Aside Trustee Sale is Denied. Entry of Default at This Time is |
| | Improper.Plaintiffs Have Failed to Show That They Are Entitled to The Ultimate Relief They Seek at |
| | This Time of A Setting Aside of The Trustee Sale. |
| | ==================================== |

The Moving Party Shall Prepare A Formal Order Consistent With The Ruling And Submit to Opposing Party For Review as to Form And Content. Submit to Court For Judges Signature.

========================================

Entered by R Huerta on 05/20/11.

- 7 -

| | |
|---|---|
| Reference Action | Case Management Conference |

06/02/2011 9:00 AM

Dept 8

Hearing Continued to 07/21/11 at 09:00 in Department 21.

Honorable Mark R. Forcum, Judge Presiding. Clerk: Cheryl Lyssand Court Reporter: Valerie Cathey

Counsel Joseph Astleford For Plaintiff Appeared by Court Call.

Hearing Continued to 09/01/11 at 09:00 in Department 21.

Plaintiff to Give Notice.

Plaintiff Shall Submit an Updated Case Management Statement.

Entered by C Lyssand on 06/02/11.

- 4 -

========================================

Change Entered on 08/16/11 by C Lyssand. Reason: Preceding Minutes Entered in Error.

The Preceding Minutes Were Entered in Error. These Minutes Were Relating to Civ 502857.

The Cmc Set For This Date Was Continued to 7/21/11 And That Cmc Was Continued to 9/1/11.

The Cmc Set For 9/1/11 Will Remain as Set.

Entered by C Lyssand on 08/16/11.

| | |
|---|---|
| Reference Action | Hearing: Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel by Pite Duncan, Llp |

06/08/2011 9:00 AM

Dept LM

Honorable Joseph C. Scott, Judge Presiding. Clerk: Linda Makela Court Reporter: Fakhouri.

Counsel Jillian Benbow For Defendant Appeared by Court Call.

No Appearance For or by Plaintiff.

Tentative Ruling Adopted And Becomes The Order:

========================================

The Demurrer to Complaint by Defendant Pite Duncan, Llp is Sustained Without Leave to Amend

As to All Causes of Action on The Grounds That Plaintiffs Lack Standing. (County of Fresno v.

Shelton (1998) 66 Cal.App.4th 996, 1009). The Allegations of The Complaint Admit That Plaintiffs Names Did Not Appear on The Promissory Note or Deed of Trust at Any Point During The Time The Complained-Of Activities Took Place. The Court is Not Persuaded by Plaintiffs Argument That They Did Not Properly or Timely Record Their Alleged 50% Interest Because They Wished to Avoid Paying Taxes.

========================================

Defendants Request For Judicial Notice is Granted as to Exhibits P, Q, And R. Judicial Notice is Taken of The Fact That Exhibits A Through K Were Recorded in The Official Records

|  | |
|---|---|
| | Of The County of San Mateo, And That Exhibits L Through O Were Filed in Plaintiffs Bankruptcy |
| | Action in United States Bankruptcy Court For The Northern District of California, Case No. 09-30452-Dm, But Not as to The Truth of Any Matters Asserted Therein |
| | ====================================== |
| | Demurring Party is Directed to Prepare A Written Order Consistent With The Courts Ruling For The |
| | Courts Signature, Pursuant to California Rules of Court, Rule 3.1312, And to Provide Notice |
| | Thereof to The Opposing Party/Counsel as Required by Law And The California Rules of Court. |
| | ====================================== |
| | Entered by Lmakela on 06/08/11. |
| Reference Action | Hearing: Demurrer to Complaint Filed 02/02/2011 of Fermin Aniel by Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA, Mortgage Electronicregistration Systems |
| | 06/09/2011 9:00 AM |
| | Dept LM |
| | Honorable Joseph C. Scott, Judge Presiding. Clerk: Linda Makela Court Reporter: Fakhouri. |
| | Attorney Brian Whittmore Appearing With/For Defendant(S). |
| | Erlinda Abibas Aniel Present in Pro Per. |
| | Matter Argued by Counsel And Submitted to The Court. |
| | Tentative Ruling Adopted And Becomes The Order: |
| | ====================================== |
| | The Demurrer to Complaint by Defendants Gmac Mortgage, Llc; Ets Services, Llc; Hsbc Bank, |
| | U.S.A; And Mortgage Electronic Registration Systems, Inc. is Sustained Without Leave to |
| | Amend as to All Causes of Action on The Grounds That Plaintiffs Lack Standing. (County of Fresno |
| | V. Shelton (1998) 66 Cal.App.4th 996, 1009). The Allegations of The Complaint Admit That |
| | Plaintiffs Names Did Not Appear on The Promissory Note or Deed of Trust at Any Point |
| | During The Time The Complained-Of Activities Took Place. |
| | ====================================== |
| | Defendants Request For Judicial Notice is Granted Insofar as The Documents For Which |
| | Judicial Notice is Sought Were Recorded in The Official Records of The County of San Mateo or |
| | Filed in The United States Bankruptcy Court, But Not as to The Truth of Any Matters Asserted |
| | Therein. |
| | ====================================== |
| | Demurring Parties Are Directed to Prepare A Written Order Consistent With The Courts Ruling |
| | For The Courts Signature, Pursuant to California Rules of Court, Rule 3.1312, And to Provide |
| | Notice Thereof to The Opposing Party/Counsel as Required by Law And The California Rules of |
| | Court. |
| | ====================================== |
| | Entered by Lmakela on 06/09/11. |
| Reference Action | Case Management Conference |

| | |
|---|---|
| | 07/21/2011 9:00 AM |
| | Dept 21 |
| | Hearing Vacated. Reason: Cmc Set For 9/1/11 |
| Reference Action | Transcript Trust Posted by Erlinda Aniel on Behalf of Fermin Solis Aniel, Erlinda Abibas Aniel. |
| | 08/17/2011 |
| | Receipt: 110817-0702 $100.00 |
| Reference Action | Transcript Trust Posted by S&R Services on Behalf of Pite Duncan, Llp. |
| | 08/29/2011 |
| | Receipt: 110829-0402 $325.00 |
| | Receipt# 110829-0402 Voided by Rwils From Aorte |
| Reference Action | Exonerate Transcript Trust |
| | 08/30/2011 |
| | Receipt: 110830-0126 $100.00 |
| Reference Action | Void Transcript Trust |
| | 08/30/2011 |
| | 110830-0153 Voided 110829-0402 ( 325.00) |
| Reference Action | Case Management Conference |
| | 09/01/2011 9:00 AM |
| | Dept 11 |
| | Honorable John L. Grandsaert, Judge Presiding. Clerk: Cheryl Lyssand Court Reporter: Wendy Wachhorst |
| | Erlinda Abibas Aniel Present in Pro Per. |
| | Attorney(S): Brian S. Whittemore Appeared by Courtcall on Behalf of Defendants Ets Services, |
| | Llc, Gmac Mortgage, Llc, Hsbc Bank, And Mers. |
| | There Was no Appearance by or on Behalf of Plaintiff Fermin Solis Aniel. |
| | There Was no Appearance by or on Behalf of Defendant Pite Duncan, Llp. |
| | The Court is Informed The Demurrer Was Sustained Without Leave to Amend, Which The Plaintiffs Are |
| | Appealing. |
| | Hearing Continued to 12/06/11 at 09:00 in Department 21. |
| | Plaintiff to Give Notice. |
| | Plaintiff And Defendant Shall Submit an Updated Case Management Statement. |
| | Entered by C Lyssand on 09/01/11. |
| | - 13 - |
| Reference Action | Transcript Trust Posted by S& R Services on Behalf of Pite Duncan, Llp. |
| | 09/01/2011 |
| | Receipt: 110901-0616 $325.00 |
| Reference Action | Case Management Conference |
| | 12/06/2011 9:00 AM |
| | Dept 21 |

|  |  |
|---|---|
|  | Honorable Robert D. Foiles, Judge Presiding. Clerk: Cheryl Lyssand Court Reporter: Cindy Del Rosario |
|  | Erlinda Abibas Aniel Present in Pro Per. |
|  | Attorney(S): Brian Wittemore Appeared by Courtcall on Behalf of Defendants Ets Services, Llc; Gmac Mortgage, Llc; Hsbc Bank; And Mers. |
|  | There Was no Appearance by or on Behalf of Plaintiff Fermin Solis Aniel. |
|  | There Was no Appearance by or on Behalf of Defendant Pite Duncan, Llp. |
|  | Based on The Demurrers Sustained Without Leave to Amend by Judge Scott as to All Defendants, The |
|  | Court Orders This Case Dismissed. |
|  | Case Dismissed. |
|  | The Court Orders This Matter Dismissed With Prejudice. |
|  | Entered by C Lyssand on 12/06/11. |
|  | - 13 - |
| Reference Action | Exonerate Transcript Trust |
|  | 12/29/2011 |
|  | Receipt: 111229-0472 $325.00 |
| Reference Action | Transcript Trust Posted by Erlinda Aniel on Behalf of Fermin Solis Aniel, Erlinda Abibas Aniel. |
|  | 02/02/2012 |
|  | Receipt: 120202-0331 $100.00 |
| Reference Action | Transcript Trust Posted by Janney & Janney Atty Services on Behalf of Pite Duncan, Llp. |
|  | 02/21/2012 |
|  | Receipt: 120221-1041 $650.00 |
| Reference Action | Transcript Trust Posted by San Francisco Legal Support, Inc. on Behalf of Ets Services, Llc, Gmac Mortgage, Llc, Hsbc Bank, USA. |
|  | 02/22/2012 |
|  | Receipt: 120222-0235 $325.00 |
| Reference Action | Exonerate Transcript Trust |
|  | 02/28/2012 |
|  | Receipt: 120228-0080 $100.00 |
| Reference Action | Exonerate Transcript Trust |
|  | 03/28/2012 |
|  | Receipt: 120328-0802 $17.50 |
| Reference Action | Ex-Parte Fee Paid by Fermin Solis Aniel, Erlinda Abibas Aniel. |
|  | 06/20/2012 |
|  | Receipt: 120620-0463 $40.00 |

**Pending Hearings**

**No Information is Available for this case**

Copyright © 2015 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***