**<u>Exhibit P</u>**

**<u>Exhibit P</u>**

Recording requested by:
ERLINDA A. ANIEL

And when recorded, mail this deed and tax statements to:

ERLINDA A. ANIEL
75 TOBIN CLARK DR.
HILLSBOROUGH, CA 94010

**2011-014606**

2:17 pm 02/03/11 DE Fee: 18.00
Count of Pages 2 SM
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*R0011132750*

## GRANT DEED

TRA: _____

APN: 034-312-030

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX
AMOUNT OF TAX DUE $_____
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION.
Declarant's Signature    Firm Name
(or Agent)

DOCUMENTARY TRANSFER TAX $ 19.80
EXEMPTION (R&T CODE) _____
EXPLANATION _____
Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged,

**CORAZON G. ESTIVA, UNMARRIED WOMAN**

hereby grant(s) to
FERMIN S. ANIEL 1% INTEREST, ERLINDA A. ANIEL 1% INTEREST AS HUSBAND AND WIFE AND CORAZON G. ESTIVA WITH 98% INTEREST AS TENANCY IN COMMON

the following real property in the City of SAN MATEO, County of SAN MATEO,
California:

SEE ATTACHED LEGAL Description.

Date: 2-3-11                    _____
                                (Signature of declarant)

Date: _____                   _____
                                (Signature of declarant)

State of California
County of San Francisco

On February ___, 2011, before me, Natalia Orihuela, Notary Public, personally appeared Corazon G. Estiva, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary

NATALIA ORIHUELA
COMM. # 1862750
NOTARY PUBLIC • CALIFORNIA
San Francisco County
Commission Expires MARCH 14, 2014

Title No. 00-9565509-A-DD
Locate No. CAFNT0941-0938-0007-0009565509

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 11, BLOCK 3, AS SHOWN ON THAT CERTAIN MAP ENTITLED "FOOTHILL TERRACE", FILED IN THE OFFICE OF THE RECORDER ON JUNE 10, 1946 IN BOOK 25 OF MAPS AT PAGE(S) 59.

JPN: 034-031-312-03

APN: 034-312-030