**Exhibit R**

**2012-041989**

10:08 am 03/29/12 DE Fee: 18.00
Count of Pages 2 SM
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*R0001377526*

**RECORDING REQUESTED BY:**
Fidelity National Title Company
Escrow No.: 12-325724-BG
Locate No.: CAIND0000-0948-0003-
Title No.: 110145071
LSI Title Company

**When Recorded Mail Document and Tax Statement To:**
Mr. and Mrs. Julian Basler
801 Foothill Drive
San Mateo, CA 94402

APN: 034-312-030-9

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

**The undersigned grantor(s) declare(s)**
**Documentary transfer tax is $1,182.50     City Tax $5,375.00**
[ X ]  computed on full value of property conveyed, or
[   ]  computed on full value less value of liens or encumbrances remaining at time of sale,
[   ]  Unincorporated Area   XX City of **San Mateo**,

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2004-OA3 who acquired title as HSBC Bank, NA as Trustee of Series 2007-OA3

**hereby GRANT(S) to** Julian N. Basler and Vanessa Love, husband and wife, as joint tenants

**the following described real property in the** City of **San Mateo**, County of **San Mateo**, State of **California**:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

DATED: February 29, 2012
State of Texas
County of Dallas

On February 29, 2012 before me,
Cortney Cowden, Notary Public
(here insert name and title of the officer), personally appeared
**Scott Buskirk**
_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Cortney Cowden_ (Seal)

HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2004-OA3 who acquired title as HSBC Bank, NA as Trustee of Series 2007-OA3

By: _____
GMAC Mortgage, LLC its attorney in fact
**Scott Buskirk**
Authorized Officer



CORTNEY COWDEN
Notary Public, State of Texas
My Commission Expires
February 04, 2014

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**
FD-213 (Rev 12/07)                    GRANT DEED
(grant) (10-03) (Rev. 07-11)

Escrow No.: 12-325724-BG
Locate No.: CAIND0000-0948-0003-
Title No.: 110145071

## EXHIBIT "A"

LOT 11, BLOCK 3, AS SHOWN ON THAT CERTAIN MAP ENTITLED "FOOTHILL TERRACE, SAN MATEO, CALIFORNIA", FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JUNE 10, 1946 IN BOOK 25 OF MAPS AT PAGE(S) 59.