**<u>Exhibit S</u>**

1 | JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL III (State Bar No. 240494)
2 | SEVERSON & WERSON
A Professional Corporation
3 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
4 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
5 |
Attorneys for Defendants
6 | GMAC Mortgage, LLC f/k/a GMAC
Mortgage Corp. and GMAC Mortgage, ETS
7 | Services, LLC, HSBC Bank, U.S.A. as
Trustee for DALT 2007-A03, Mortgage
8 | Electronic Registration Systems, Inc.
(erroneously named herein as Mortgage
9 | Electronic Systems, Inc.)

**ENDORSED FILED**
SAN MATEO COUNTY

JUL - 7 2011

Clerk of the Superior Court
By _____ S. YAMBING _____
DEPUTY CLERK

10 |

11 |                     SUPERIOR COURT OF CALIFORNIA

12 |                         COUNTY OF SAN MATEO

13 |

14 | FERMIN SOLIS ANIEL, an individual;        Case No.: CIV 502857
ERLINDA ABIBAS ANIEL, an individual,,
15 |
                                            **NOTICE OF ENTRY OF ORDER**
16 |           Plaintiffs,

17 |           vs.

18 | ETS SERVICES, LLC, a California Limited
Liability Corporation; GMAC MORTGAGE,
19 | LLC F/K/A GMAC MORTGAGE
CORPORATION AND GMAC MORTGAGE;
20 | HSBC BANK, U.S.A. as Trustee for DALT
2007-A03; MORTGAGE ELECTRONIC
21 | SYSTEMS, INC.; PITE DUNCAN, LLP;
AND DOES 1-50 inclusive,

22 |

23 |           Defendants.

24 |       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

25 |       PLEASE TAKE NOTICE that the above-captioned court issued the attached Order

26 | sustaining Defendants GMAC Mortgage, LLC f/k/a GMAC Mortgage Corp. and GMAC

27 | Mortgage, ETS Services, LLC, HSBC Bank, U.S.A. as Trustee for DALT 2007-A03, Mortgage

28 |

19000/0779/938628.1                                    NOTICE OF ENTRY OF ORDER

1  Electronic Registration Systems, Inc. (erroneously named herein as Mortgage Electronic Systems,

2  Inc.) demurrer without leave to amend which was entered on June 30, 2011.

3         A true and correct copy of the Order is attached hereto as Exhibit A.

4  DATED: July __6__, 2011                    SEVERSON & WERSON
                                              A Professional Corporation
5

6                                             By: _____

7                                                 Brian S. Whittemore

8                                             Attorneys for Defendants
                                              GMAC Mortgage, LLC f/k/a GMAC Mortgage
9                                             Corp. and GMAC Mortgage, ETS Services,
                                              LLC, HSBC Bank, U.S.A. as Trustee for DALT
10                                            2007-A03, Mortgage Electronic Registration
                                              Systems, Inc. (erroneously named herein as
11                                            Mortgage Electronic Systems, Inc.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT A

1   JOHN B. SULLIVAN (State Bar No. 96742)
    EDWARD R. BUELL III (State Bar No. 240494)
2   BRIAN S. WHITTEMORE (State Bar No. 241631)
    SEVERSON & WERSON
3   A Professional Corporation
    One Embarcadero Center, Suite 2600
4   San Francisco, CA 94111
    Telephone: (415) 398-3344
5   Facsimile: (415) 956-0439

6   Attorneys for Defendants
    GMAC Mortgage, LLC f/k/a GMAC
7   Mortgage Corp. and GMAC Mortgage, ETS
    Services, LLC, HSBC Bank, U.S.A. as
8   Trustee for DALT 2007-A03, Mortgage
    Electronic Registration Systems, Inc.
9   (erroneously named herein as Mortgage
    Electronic Systems, Inc.)

10

11

12                    SUPERIOR COURT OF CALIFORNIA

13                       COUNTY OF SAN MATEO

14

15
    FERMIN SOLIS ANIEL, an individual;          Case No.: CIV 502857
16  ERLINDA ABIBAS ANIEL, an individual,,
                                                 **[PROPOSED] ORDER SUSTAINING
17              Plaintiffs,                       DEMURRER TO PLAINTIFFS'
                                                 COMPLAINT WITHOUT LEAVE TO
18        vs.                                    AMEND**

19  ETS SERVICES, LLC, a California Limited
    Liability Corporation; GMAC MORTGAGE,        Hearing Date:    June 9, 2011
20  LLC F/K/A GMAC MORTGAGE                       Time:            9:00 a.m.
    CORPORATION AND GMAC MORTGAGE;               Dept.:           Law and Motion
21  HSBC BANK, U.S.A. as Trustee for DALT        Judge:           Hon. Joseph C. Scott
    2007-A03; MORTGAGE ELECTRONIC
22  SYSTEMS, INC.; PITE DUNCAN, LLP;
    AND DOES 1-50 inclusive,

23

24
               Defendants.
25

26        Defendants GMAC Mortgage, LLC f/k/a GMAC Mortgage Corp. and GMAC Mortgage,

27  ETS Services, LLC, HSBC Bank, U.S.A. as Trustee for DALT 2007-A03, Mortgage Electronic

28

ENDORSED FILED
SAN MATEO COUNTY

JUN 3 0 2011

Clerk of the Superior Court
By _____ P. Alvarez
        DEPUTY CLERK

---

19000/0779/929834.1                              [PROPOSED] ORDER SUSTAINING DEMURRER TO
                                                        PLAINTIFF'S COMPLAINT

1  Registration Systems, Inc.. ("Moving Defendants") filed a demurrer to Plaintiffs Fermin Solis

2  Aniel and Erlinda Abibas Aniel's Complaint on June 9, 2011 (the "Demurrer").

3     The Demurrer came on regularly for hearing on June 9, 2011, at 9:00 a.m, before this

4  Court in the Law and Motion Department, the Honorable Joseph C. Scott, presiding.  Brian S.

5  Whittemore appeared on behalf of Moving Defendants.  Plaintiff Erlinda A. Aniel appeared on

6  behalf of Plaintiffs.

7     After full consideration of the written submissions of the parties, all other matters

8  presented to the Court, and good cause appearing,

9     **IT IS HEREBY ORDERED** that the Demurrer to the Complaint is sustained as to all

10  causes of action without leave to amend as to all causes of action on the grounds that Plaintiffs

11  lack standing.  (*County of Fresno v. Shelton* (1998) 66 Cal.App.4th 996, 1009.)  The allegations

12  of the Complaint admit that Plaintiffs' names did not appear on the promissory note or Deed of

13  Trust at any point during the time the complained-of activities tool place.

14     Moving Defendants' Request for Judicial Notice is GRANTED insofar as the documents

15  for which judicial notice is sought were recorded in the Official Records of the County of San

16  Mateo or filed in the United States Bankruptcy Court, but not as to the truth of any matters

17  asserted therein.

18     **IT IS SO ORDERED.**

19

20                    IJUN **20** 2011

21  DATED: _____, 2011

22                              JOSEPH **C. SCOTT**

23                              _____
                               Judge of the Superior Court

24

25  Approved as to form:

26

27  By:_____

28      Erlinda Aniel
       Plaintiff in Pro Per

- 2 -

**PROOF OF SERVICE**
Aniel vs. ETS Services, et al.
San Mateo County Superior Court Case No. CIV 502857

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**NOTICE OF ENTRY OF ORDER (SUSTAINING DEMURRER)**

on all interested parties in said case addressed as follows:

Fermin Solis Aniel          ***In Pro Per***
Erlinda Abibas Aniel
75 Tobin Clark Drive         Tel: 650-284-6417
Hillsborough, CA 94010       Fax: 650-571-5829

Peter J. Salmon             ***Attorneys for Defendant Pite Duncan LLP***
Pite Duncan LLP             Tel: (858) 750-7600
4375 Jutland Drive, Suite 200   Fax: (619) 590-1385
San Diego, CA 92117         e-mail: psalmon@piteduncan.com

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (___@severson.com) to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on July 6, 2011.

*Chilly Kada*
Chilly Kada

- 2 -