**<u>Exhibit W</u>**

1PAY

**Payment Letter**

Loan Number: ▮137

Borrower: ERLINDA ANIEL

Property Address: 75 TOBIN CLARK DRIVE
HILLSBOROUGH-060320 0002A, CALIFORNIA 94010

Dear Borrower:

The following is a breakdown of your monthly mortgage payment:
First Payment Date AUGUST 1, 2007

| | |
|---|---|
| Principal and Interest | $ 7,503.94 |
| Hazard Insurance | $ |
| Monthly PMI / MIP | $ |
| City Property Taxes | $ |
| County Property Taxes | $ |
| Annual Assessments | $ |
| Flood Insurance | $ |

**TOTAL PAYMENT** $ 7,503.94

All payments are to be made directly to MORTGAGEIT, INC. who will handle the servicing of your loan.

You may not receive payment coupons for 30 to 60 days. Please use the temporary coupons attached below until you receive your coupon booklet.

Should you have any questions regarding your mortgage loan, please feel free to call 866-647-9504 for assistance.

Thank you for using MORTGAGEIT, INC.

**IMPORTANT NOTICE**

We have entered into an agreement with GMAC Mortgage LLC (GMAC) to service your mortgage loan. GMAC will be responsible for handling all aspects of your loan, including providing monthly statements, posting your payments, and handling any customer service issues you may have.

If you do not receive your initial monthly statement 10 days prior to the date your first payment is due, please follow the instructions on the enclosed Temporary Payment Coupon. If you have any questions prior to receiving your first statement from GMAC, please contact them at 1-956-725-0782 and they will be pleased to assist you. In the unlikely event GMAC is not able to help you with any questions or concerns you may have, please feel free to contact MortgageIT's Customer Service Department at 1-888-546-8448 for further assistance.

We sincerely appreciate the opportunity to provide your mortgage financing and we will do everything possible to ensure that both MortgageIT and GMAC provide you with the courteous and professional service you deserve.

I acknowledge receipt of this payment letter.

_____  6/4/07    _____
Borrower                  Date     Borrower              Date
ERLINDA ANIEL

_____  _____    _____
Borrower                  Date     Borrower              Date

_____  _____    _____
Borrower                  Date     Borrower              Date

---

THIS COUPON MUST ACCOMPANY PAYMENT

| MORTGAGE LOAN NUMBER | DUE DATE | AMOUNT DUE |
|---|---|---|
| ▮137 | 08/01/2007 | $ 7,503.94 |

Mail payments to: MORTGAGEIT, INC.
GMAC MORTGAGE, LLC., P.O. BOX 780
WATERLOO, IA 50704-0780

FAND# MTGIT023 Rev. 02-02-07