**Exhibit Z**

# Loan History

Date Data as-of: March 5, 2014

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| 8492 | ERLINDA ANIEL | | 75 TOBIN CLARK DRIVE<br>HILLSBOROUGH<br>CA<br>94010-0000 | MARC JASON ANIEL, ATTORNEY AT L<br>205 DE ANZA BLVD. #144<br>SAN MATEO<br>CA<br>94402 |

**Investor Info**

| | |
|---|---|
| Investor Acct No - Prim | 4254 |
| Investor Number | 42222 |
| Investor Name Full | WELLS FARGO BANK, N.A. |
| Investor Id | |

**Previous Servicer Info**

| | |
|---|---|
| Previous Account Number | 1137 |
| Seller Company Name | MORTGAGE IT |

**Loan Info**

| | |
|---|---|
| Arm Flag | Y |
| Loan Type | Conventional |
| Lien Position | 01 |
| Interest Rate | 7.250% |
| Collection Status | PO |

**Dates**

| | |
|---|---|
| Int Collected To | 07/01/2008 |
| Next Due | 08/01/2008 |
| Last Payment | 02/27/2013 |
| Last Activity | 08/14/2013 |
| Setup Date | 06/13/2007 |
| Maturity Date | 07/01/2037 |

**Current Balances**

| | |
|---|---|
| Principal | $0.00 |
| Escrow | $0.00 |
| Unapplied | $0.00 |
| Buydown | $0.00 |

**Uncollected**

| | |
|---|---|
| Late Charges | $0.00 |
| Interest | $0.00 |
| Fees | $0.00 |
| Opt | $0.00 |

**Year-To-Date**

| | |
|---|---|
| Interest | $0.00 |
| Taxes | $0.00 |

## Financial

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Teller ID | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8492 | 08/14/2013 | 07/01/2008 | $0.00 | FEE | 096 | FP | 25102 | $118.75 | $0.00 | $0.00 | $0.00 | $118.75 | $0.00 | $0.00 | $0.00 |
| 8492 | 08/02/2013 | | $0.00 | | | IPR | 28724 | ($85.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8492 | 08/02/2013 | | $0.00 | | | NPP | 28724 | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | FEE | 011 | FWV | 32580 | ($231.25) | $0.00 | $0.00 | $0.00 | ($231.25) | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | FEE | 028 | FWV | 32580 | ($120.00) | $0.00 | $0.00 | $0.00 | ($120.00) | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | FEE | 040 | FWV | 32580 | ($10,855.29) | $0.00 | $0.00 | $0.00 | ($10,855.29) | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | FEE | 164 | FWV | 32580 | ($352.00) | $0.00 | $0.00 | $0.00 | ($352.00) | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | Service Release | | SV | 32580 | $0.00 | $2,056,816.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,541.98 |
| 8492 | 08/01/2013 | 07/01/2008 | $2,056,816.02 | Service Release | | SVT | 32580 | $175,499.35 | $0.00 | $0.00 | $182,995.41 | $0.00 | ($7,496.06) | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | Unapplied | | UF | 32580 | ($7,496.06) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8492 | 08/01/2013 | 07/01/2008 | $0.00 | Unapplied | | UI | 32580 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,541.98 |
| 8492 | 08/01/2013 | | $0.00 | | | NBW | 32580 | ($168.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 06/14/2012 | FOR | Intercom Type: General Update / Subj | NEW TRAK SYSTEM ID |
| 8492 | | 06/14/2012 | FOR | 06/14/12 - 16:48 - 51307 | NEW TRAK SYSTEM ID |
| 8492 | | 06/14/2012 | FOR | ect: Fees and Costs Complete / | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | 06/11/12 - 11:30 - 89073 | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Intercom From: Morano, Mike - To: | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Perez, Alejandra; / | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | 06/11/12 - 10:20 - 39283 | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | e borrower. . | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | 06/11/12 - 10:20 - 39283 | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | omments: dispute response | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | - I uploaded as Missing | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Documents a copy of GMAC's dispute | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | response letter which was sent to th | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | 06/11/12 - 10:20 - 39283 | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | event: User has ended the Issue | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | associated with this loan. Issue | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Type: FC Payment Research/Dispute. C | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | 06/11/12 - 10:19 - 00007 | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Foreclosure (NIE Id# 39150016) sent | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | to Executive Trustee Services, Inc. | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | at 6/11/2012 10:19:13 AM by Mike | NEW TRAK SYSTEM ID |
| 8492 | | 06/11/2012 | FOR | Morano | NEW TRAK SYSTEM ID |
| 8492 | INQ60 | 06/08/2012 | CIT | 021 DONE 06/08/12 BY TLR 01220 | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | TSK TYP 048-REINSTATEMENT Q | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | 020 DONE 06/08/12 BY TLR 01220 | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | TSK TYP 246-EXECUTIVE OFFIC | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | 020 close cit 246--sent letter of response to | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | customer to advise of reinstmnt and no changes | DENISE JUNGEN |
| 8492 | INQ60 | 06/08/2012 | CIT | to loan | DENISE JUNGEN |
| 8492 | | 06/06/2012 | FOR | 06/06/12 - 11:37 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 06/06/2012 | FOR | g Glass then emailed CORRSPEC again | NEW TRAK SYSTEM ID |
| 8492 | | 06/06/2012 | FOR | Status: Active Issue Comment: rcv | NEW TRAK SYSTEM ID |
| 8492 | | 06/06/2012 | FOR | 06/06/12 - 11:37 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 06/06/2012 | FOR | to CORRSPEC / VOC and requested a | NEW TRAK SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 05/18/2012 | FOR | Renukaradhya Channabasavaiah, good | NEW TRAK SYSTEM ID |
| 8492 | | 05/18/2012 | FOR | through 5/31/2012 | NEW TRAK SYSTEM ID |
| 8492 | INQ60 | 05/18/2012 | CIT | 020 sent ack letter to customer and imaged | DENISE JUNGEN |
| 8492 | INQ30 | 05/17/2012 | CIT | 019 DONE 05/17/12 BY TLR 12852 | JILL SLIFKA |
| 8492 | INQ30 | 05/17/2012 | CIT | TSK TYP 106-CREDIT AMEND > | JILL SLIFKA |
| 8492 | INQ30 | 05/17/2012 | CIT | 019 closing cit 106 item forwarded to voc group | JILL SLIFKA |
| 8492 | INQ30 | 05/17/2012 | CIT | for response. jills/5140 | JILL SLIFKA |
| 8492 | INQ60 | 05/17/2012 | CIT | 020 new cit 246--letter from from b1 oppostion of | DENISE JUNGEN |
| 8492 | INQ60 | 05/17/2012 | CIT | debt validation notice | DENISE JUNGEN |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 39283 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | proved. | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 39283 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | event: User has approved the issue. | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | issue type: FC Payment | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Research/Dispute. Status: Active, Ap | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | t: rcvd bwr corrs- VOD dispte- | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Changed to: rcvd bwr corrs- VOD | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | dispte- --- | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | to CORRSPEC / VOC and requested a | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | copy of their response. Status: | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Active   Projected End: 12:00:00 AM | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | changed to 05/30/2012   Issue Commen | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | yment Research/Dispute. Issue | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Comments: rcvd bwr corrs- VOD | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | dispte-  ---     5/16 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Forwarded borrower s dispute letter | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | 05/16/12 - 13:14 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | event: User has updated a | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Process-Level issue for this loan. | NEW TRAK SYSTEM ID |
| 8492 | | 05/16/2012 | FOR | Issue updated to: Issue Type: FC Pa | NEW TRAK SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | INQ60 | 02/23/2012 | CIT | of debt that bky court elimantd | DENISE JUNGEN |
| 8492 | VOC | 02/23/2012 | NT | rcvd lttr to T Marano. fwded to D Jungen to hndl. | LINDSEY EAST |
| 8492 | VOC | 02/23/2012 | NT | lindseye5165 | LINDSEY EAST |
| 8492 | DODV | 02/22/2012 | NT | No social security number was found to complete | API CSRV |
| 8492 | DODV | 02/22/2012 | NT | DOD website search for additional borrower Marc | API CSRV |
| 8492 | DODV | 02/22/2012 | NT | Jason | API CSRV |
| 8492 | FCINV | 02/21/2012 | NT | Sent reason for delay in fcl process to investor. | KEVIN HYNES |
| 8492 | | 02/21/2012 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 02/17/2012 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 8492 | CACRT | 02/14/2012 | NT | Sent CA cert letter per state req; cert | MELISSA KNUTSON |
| 8492 | CACRT | 02/14/2012 | NT | tracking can be obtained from imaged | MELISSA KNUTSON |
| 8492 | CACRT | 02/14/2012 | NT | doc. Melissa/236.5516 | MELISSA KNUTSON |
| 8492 | | 02/14/2012 | OL | WDOYCA Certified DNR Only | MELISSA KNUTSON |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | name and mailing/property address. | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Please exhaust all resources to | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | obtain the information and conti | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | I Could not complete DOD website | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | search for additional borrower | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Fermin Ariel as no social security | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | number was located when searching by | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | ers and Sailors Relief Act. Issue | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Comments: Please provide scra | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | verification for 2nd bwr - Marc | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Jason Aniel, and 3rd bwr Fermin Anie | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | event: User has updated a | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Process-Level issue for this loan. | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Issue updated to: Issue Type: Soldi | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | ecurity number was located when | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | searching by name and | NEW TRAK SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 02/03/2012 | FOR | mailing/property address. Please | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | exhaust all | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Jason Aniel, and 3rd bwr Fermin | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Aniel Could not complete DOD | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | website search for additional | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | borrower Fermin Ariel as no social s | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | erification for 2nd bwr - Marc | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Jason Aniel, and 3rd bwr Fermin | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Aniel Changed to: Please provide | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | scra verification for 2nd bwr - Marc | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | NewTrak User - (Cont) - nue with | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | foreclosure. Still need search for | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Marc Jason    Status: Active | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | Issue Comment: Please provide scra v | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | 02/03/12 - 09:12 - 00000 | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | NewTrak User - (Cont) - resources | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | to obtain the information and | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | continue with foreclosure. Still | NEW TRAK SYSTEM ID |
| 8492 | | 02/03/2012 | FOR | need search for Marc Jason | NEW TRAK SYSTEM ID |
| 8492 | DODV | 02/03/2012 | NT | Could not complete DOD website search for | AMBER SWANGER |
| 8492 | DODV | 02/03/2012 | NT | additional borrower Fermin Ariel as no social | AMBER SWANGER |
| 8492 | DODV | 02/03/2012 | NT | security number was located when searching by name | AMBER SWANGER |
| 8492 | DODV | 02/03/2012 | NT | and mailing/property address. Please exhaust all | AMBER SWANGER |
| 8492 | DODV | 02/03/2012 | NT | resources to obtain the information and continue | AMBER SWANGER |
| 8492 | DODV | 02/03/2012 | NT | with foreclosure. | AMBER SWANGER |
| 8492 | | 02/02/2012 | DM | EARLY IND: SCORE 134 MODEL EI90C | SYSTEM ID |
| 8492 | | 02/02/2012 | NT | CONTRACT CHANGED NO NOTES ENTERED | JILL SCHARES |
| 8492 | | 02/02/2012 | NT | CONTRACT CHANGED NO NOTES ENTERED | JILL SCHARES |
| 8492 | | 01/31/2012 | FSV | INSP TP A RESULTS RCVD;  ORD DT=01/25/12 | SYSTEM ID |
| 8492 | | 01/30/2012 | DMD | 01/30/12 15:12:00 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 01/30/2012 | DMD | 01/26/12 12:57:06 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 01/30/2012 | DMD | 01/25/12 17:43:15 NO ANSWER | DAVOX INCOMING FILE |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | CADNR | 01/30/2012 | NT | Contact Attempted | GRETA HUNTER |
| 8492 | | 01/30/2012 | DM | NO ANSWER | GRETA HUNTER |
| 8492 | | 01/30/2012 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO BRNA | GRETA HUNTER |
| 8492 | | 01/26/2012 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 01/26/2012 | DMD | 01/26/12 12:57:06 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 01/26/2012 | DMD | 01/25/12 17:43:15 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 01/26/2012 | FOR | 01/26/12 - 13:39 - 17593 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | : No first legal filed no NOR | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | required | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | 01/26/12 - 13:39 - 17593 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | User has completed the Action | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | Dismissed and Order Uploaded data | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | form with the following entries: | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | Action Dismissed and Order Uploaded: | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | 01/26/12 - 13:39 - 17593 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | following event: Attorney Confirmed | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | File Closed, completed on 1/26/2012 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | 01/26/12 - 13:39 - 17593 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | following event: Action Dismissed | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | and Order Uploaded, completed on | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | 1/26/2012 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | 01/26/12 - 05:16 - 00007 | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | Foreclosure (NIE Id# 36876892) sent | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | to Executive Trustee Services, Inc. | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | at 1/26/2012 5:15:51 AM by | NEW TRAK SYSTEM ID |
| 8492 | | 01/26/2012 | FOR | Automated Tasks | NEW TRAK SYSTEM ID |
| 8492 | COL81 | 01/26/2012 | CIT | 014 Open CIT#828 New cit #828. Active foreclosure | MELISSA KNUTSON |
| 8492 | COL81 | 01/26/2012 | CIT | file closed. Holding referral pending due | MELISSA KNUTSON |
| 8492 | COL81 | 01/26/2012 | CIT | diligence completion. When 3 call attempts | MELISSA KNUTSON |
| 8492 | COL81 | 01/26/2012 | CIT | have been made on 3 different days at 3 | MELISSA KNUTSON |
| 8492 | COL81 | 01/26/2012 | CIT | different times at least 1 hour apart the DNR | MELISSA KNUTSON |
| 8492 | COL81 | 01/26/2012 | CIT | cert letter will be re-sent. Melissa/236.5516 | MELISSA KNUTSON |
| 8492 | | 01/25/2012 | NT | PRIOR BREACH REACTIVATED | |

# Loan History

Date Data as-of:  March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 01/25/2012 | FSV | INSP TYPE A ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 01/25/2012 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 01/25/2012 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 01/25/2012 | DMD | 01/25/12 17:43:15 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 01/25/2012 | FOR | 01/25/12 - 11:44 - 11293 | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | Process opened 1/25/2012 by user | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | Jessica Yeiter. | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | 01/25/12 - 11:44 - 11293 | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | following event: Attorney Notified | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | to Close and Bill, completed on | NEW TRAK SYSTEM ID |
| 8492 | | 01/25/2012 | FOR | 1/25/2012 | NEW TRAK SYSTEM ID |
| 8492 | CADNR | 01/25/2012 | NT | Contact Attempted | TERRANCE ECK |
| 8492 | | 01/25/2012 | FOR | FILE CLOSED         (1000) COMPLETED 01/25/12 | JESSICA YEITER |
| 8492 | | 01/24/2012 | FOR | 01/24/12 - 17:03 - 89073 | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | s Relief Act. Issue Comments: | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | Please provide scra verification | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | for 2nd bwr - Marc Jason Aniel, and | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | 3rd bwr Fermin Aniel Status: Active | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | 01/24/12 - 16:45 - 00007 | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | following event: File Received By | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | Attorney, completed on | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | 1/24/2012Automation | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | 01/24/12 - 16:03 - 00007 | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | Foreclosure (NIE Id# 36687349) | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | picked up by firm Executive Trustee | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | Services, Inc. at 1/24/2012 4:03:07 | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | PM by Alejandra Perez | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | 01/24/12 - 17:03 - 89073 | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | event: User has created a | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | Process-Level issue for this | NEW TRAK SYSTEM ID |
| 8492 | | 01/24/2012 | FOR | loan.Issue Type: Soldiers and Sailor | NEW TRAK SYSTEM ID |
| 8492 | | 01/23/2012 | FOR | 01/20/12 - 19:50 - 00007 | NEW TRAK SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | INQ30 | 10/24/2011 | CIT | 013 new cit 109 corr rcvd | SUSAN PARKER |
| 8492 | | 10/19/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 10/18/2011 | ET | ARM CHANGE NOTICE SCHEDULED FOR 10/19/11 | SYSTEM ID |
| 8492 | | 10/14/2011 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 8492 | CACRT | 10/11/2011 | NT | CA DNR CERT LETTER SENT PER STATE REQ; | MELISSA MATTHIAS |
| 8492 | CACRT | 10/11/2011 | NT | CERT TRACKING CAN BE OBTAINED FROM | MELISSA MATTHIAS |
| 8492 | CACRT | 10/11/2011 | NT | IMAGED DOC | MELISSA MATTHIAS |
| 8492 | | 10/11/2011 | OL | WDOYCA Certified DNR Only | MELISSA MATTHIAS |
| 8492 | | 10/03/2011 | FSV | INSP TP A RESULTS RCVD; ORD DT=09/26/11 | SYSTEM ID |
| 8492 | | 09/26/2011 | FSV | INSP TYPE A ORDERED; REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 09/20/2011 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 09/16/2011 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 8492 | | 09/16/2011 | ET | ARM CHANGE NOTICE SCHEDULED FOR 09/19/11 | SYSTEM ID |
| 8492 | | 09/02/2011 | DM | EARLY IND: SCORE 134 MODEL EI90C | SYSTEM ID |
| 8492 | | 08/31/2011 | FSV | INSP TP A RESULTS RCVD; ORD DT=08/26/11 | SYSTEM ID |
| 8492 | | 08/26/2011 | FSV | INSP TYPE A ORDERED; REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 08/19/2011 | DMD | 08/18/11 20:19:31 NO MESSAGE LEFT | DAVOX INCOMING FILE |
| 8492 | | 08/19/2011 | DMD | 08/17/11 12:53:54 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/19/2011 | DMD | 08/17/11 12:52:08 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/19/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 08/18/2011 | ET | ARM CHANGE NOTICE SCHEDULED FOR 08/19/11 | SYSTEM ID |
| 8492 | | 08/18/2011 | DMD | 08/18/11 20:19:31 NO MESSAGE LEFT | DAVOX INCOMING FILE |
| 8492 | | 08/18/2011 | DMD | 08/17/11 12:53:54 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/18/2011 | DMD | 08/17/11 12:52:08 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/17/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 08/17/2011 | DMD | 08/17/11 12:53:54 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/17/2011 | DMD | 08/17/11 12:52:08 NO ANSWER | DAVOX INCOMING FILE |
| 8492 | | 08/12/2011 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 8492 | | 08/02/2011 | DM | EARLY IND: SCORE 134 MODEL EI90C | SYSTEM ID |
| 8492 | | 08/01/2011 | FSV | INSP TP A RESULTS RCVD; ORD DT=07/27/11 | SYSTEM ID |
| 8492 | | 07/27/2011 | FSV | INSP TYPE A ORDERED; REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | ST1ST | 07/22/2011 | NT | CA 1st class lttr sent per state req; | JACOB HUTCHISON |
| 8492 | ST1ST | 07/22/2011 | NT | docs retained in XNET | JACOB HUTCHISON |
| 8492 | | 07/22/2011 | OL | WDOYCA First Class DNR Only | JACOB HUTCHISON |
| 8492 | | 07/19/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 01/19/2009 | FOR | Intercom From: Chris Herrera, | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | at-exet - To: Sheryll Pagsolingan | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | (GMAC) / Message: Fees and costs | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | have been submitted for all of the r | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | 01/16/09 - 08:49 - 40703 | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | Fees and costs response: Good | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | Through:1/25/2009 Fees: 6989.81 | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | FOR | Costs: 2526.23 Comment: | NEW TRAK SYSTEM ID |
| 8492 | | 01/19/2009 | DM | A3P BOOTS CLD TO DSCS LN MOD.,ADV | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | OVEREXTENDED BY -4460.94 & IF CLD CUT SOME | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | EXPENSES OR SALE PROP.,STATED DID NOT WANT TO | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | LOSE HOME, ADV HAVE THREE OPTIONS:#1)GET MORE | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | INCOME #2) CUT SOME EXPENSES OR #3)SALE PROPERTY, | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | STATED DID NOT WNT O INCL MTG, DAV HAVE TO INCL. | PORTIA BUTLER |
| 8492 | | 01/19/2009 | DM | ACTION/RESULT CD CHANGED FROM NOTE TO LMDC | PORTIA BUTLER |
| 8492 | | 01/16/2009 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| 8492 | | 01/16/2009 | CBR | DELINQUENT: 180+ DAYS | SYSTEM ID |
| 8492 | | 01/16/2009 | ET | ARM CHANGE NOTICE SCHEDULED FOR 01/19/09 | SYSTEM ID |
| 8492 | | 01/16/2009 | DM | IMAGED AS WOUT, ICT-GLEE1@2863 | MICHAEL CAPUTO |
| 8492 | | 01/16/2009 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO NOTE | MICHAEL CAPUTO |
| 8492 | | 01/16/2009 | OL | WDOYLM - 10 DAY DOC | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | List items received from customer and Imaged? | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | financial statement  RFD: na; Outstanding items | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | for a complete package that a 10 day letter will | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | be sent to the customer? poi, bank statement, itr, | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | hardship letter  ; Income if available? in loss | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | fin; Expenses if available? in loss fin; Total | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | Amount of Surplus or Shortage if available? in | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | loss fin; Loss Mit Rep/Site File was Assigned to? | MICHAEL CAPUTO |
| 8492 | PARPK | 01/16/2009 | NT | Velincia Serrano. | MICHAEL CAPUTO |
| 8492 | | 01/16/2009 | FOR | LMT BORR FIN REC ADDED | MICHAEL CAPUTO |
| 8492 | | 01/15/2009 | FOR | 01/15/09 - 14:06 - 59125 | NEW TRAK SYSTEM ID |
| 8492 | | 01/15/2009 | FOR | all occupied single-family | NEW TRAK SYSTEM ID |
| 8492 | | 01/15/2009 | FOR | properties to include any sales | NEW TRAK SYSTEM ID |
| 8492 | | 01/15/2009 | FOR | scheduled between now & 01/31/09. | NEW TRAK SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | | 01/14/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 01/14/2009 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 01/14/2009 | DMD | 01/14/09 11:48:20 VACANT | DAVOX INCOMING FILE |
| 8492 | | 01/02/2009 | FSV | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 01/02/2009 | DM | EARLY IND: SCORE 231 MODEL EIFRC | SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | 12/30/08 - 18:32 - 30479 | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | % FeesAndCostComment% (DIS) | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | 12/30/08 - 18:31 - 30479 | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | following event: Sale Scheduled | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | For, completed on 1/26/2009 (DIS) | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | 12/30/08 - 18:31 - 30479 | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | Process opened 12/30/2008 by user | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | Connie Canada. | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | SALE SCHEDULED    (604) COMPLETED 12/30/08 | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | PRE-SALE REDEMPTION  (603) COMPLETED 12/29/08 | NEW TRAK SYSTEM ID |
| 8492 | | 12/31/2008 | FOR | TASK:0605-FCL-CHANGD FUPDT  01/26/09 | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | 12/29/08 - 17:13 - 74155 | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | ile being reviewed for pub/sale | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | date    . Status: Active, | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | approval not required. | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | 12/29/08 - 17:13 - 74155 | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | System updated for the following | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | event: User has reprojected the | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | step Sale Scheduled For to | NEW TRAK SYSTEM ID |
| 8492 | | 12/30/2008 | FOR | 1/9/2009. Reason: Other. Comments: F | NEW TRAK SYSTEM ID |
| 8492 | LMT | 12/19/2008 | NT | fwd physical wout to Velencia, zcohn | LESLEY GALAYDA |
| 8492 | | 12/19/2008 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 12/18/2008 | ET | ARM CHANGE NOTICE SCHEDULED FOR   12/19/08 | SYSTEM ID |
| 8492 | LMT | 12/17/2008 | NT | Per 3rd party h/o is seeking a mod. instead of | MEAGAN VISSER |
| 8492 | LMT | 12/17/2008 | NT | short sale sent email to am rep Zac to forward to | MEAGAN VISSER |
| 8492 | LMT | 12/17/2008 | NT | someone doing resolutions..bkc 2757 | MEAGAN VISSER |
| 8492 | | 12/12/2008 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| 8492 | | 12/12/2008 | CBR | DELINQUENT: 150 DAYS | SYSTEM ID |
| 8492 | | 12/08/2008 | FSV | INSP TP F RESULTS RCVD;   ORD DT=12/03/08 | SYSTEM ID |

# Loan History

Date Data as-of: March 5, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| 8492 | LMT | 12/08/2008 | NT | A3P W/ATTY SYDNEY AHLL CLD TO DSCS LN MOD, ADV PER | PORTIA BUTLER |
| 8492 | LMT | 12/08/2008 | NT | NOTES ON 11/19 RCVD SHRT SALE, A3P WLD NOT ALLW | PORTIA BUTLER |
| 8492 | LMT | 12/08/2008 | NT | NME TO XPLAIN OR ASSIST IN GETTING INFO. NEEDED, | PORTIA BUTLER |
| 8492 | LMT | 12/08/2008 | NT | STARTED YELLING & DSC CALL., ADV. NEEDS FINACIALS | PORTIA BUTLER |
| 8492 | | 12/03/2008 | FSV | INSP TYPE F ORDERED;   REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 12/02/2008 | DM | EARLY IND: SCORE 246 MODEL EIFRC | SYSTEM ID |
| 8492 | LMT | 11/19/2008 | NT | RCVD SHORT SALE JMOORE 2838 SENT TO ZCOHN | JEANA MOORE |
| 8492 | | 11/19/2008 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 11/17/2008 | DM | PROMISE BROKEN 11/17/08 PROMISE DT 11/15/08 | SYSTEM ID |
| 8492 | | 11/17/2008 | ET | ARM CHANGE NOTICE SCHEDULED FOR   11/18/08 | SYSTEM ID |
| 8492 | | 11/14/2008 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| 8492 | | 11/14/2008 | CBR | DELINQUENT:  120  DAYS | SYSTEM ID |
| 8492 | | 11/07/2008 | FSV | INSP TP F RESULTS RCVD;   ORD DT=11/03/08 | SYSTEM ID |
| 8492 | | 11/04/2008 | DM | EARLY IND: SCORE 265 MODEL EIFRC | SYSTEM ID |
| 8492 | | 11/03/2008 | FSV | INSP TYPE F ORDERED;   REQ CD =AUTO DELQ | SYSTEM ID |
| 8492 | | 11/03/2008 | DM | A3P RUTH CLD TO GET MAILING ADDRESS TO MAILM LOSS | PORTIA BUTLER |
| 8492 | | 11/03/2008 | DM | MIT PACK, PROV...3451 HAMMOND AVE...WATERLOO..IA | PORTIA BUTLER |
| 8492 | | 11/03/2008 | DM | 50702, REFERNEC ACCT. # ON DOCS IF NOT THERE. | PORTIA BUTLER |
| 8492 | | 11/03/2008 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC | PORTIA BUTLER |
| 8492 | | 11/03/2008 | NT | Faxed to her at 650-376-3875. KHarris | KITTY HARRIS |
| 8492 | | 11/03/2008 | DM | TTA3P; V/I; FAXED W/O PKG TO HER AT 650-376-3875 | KITTY HARRIS |
| 8492 | | 11/03/2008 | DM | FOR POSSIBLE LOAN MOD. KHARRIS | KITTY HARRIS |
| 8492 | | 11/03/2008 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO LMDC | KITTY HARRIS |
| 8492 | | 10/23/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 10/23/2008 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| 8492 | | 10/23/2008 | DMD | 10/23/08 14:00:25  4 | DAVOX INCOMING FILE |
| 8492 | TAX | 10/21/2008 | NT | As Per efile 10/06/2008 deliquent taxes are | SANJAY GOUDA |
| 8492 | TAX | 10/21/2008 | NT | follows : For SAN MATEO COUNTY Disbursed 07/08 | SANJAY GOUDA |
| 8492 | TAX | 10/21/2008 | NT | Total CK Delq. base tax 26961.66, Pen 4388.87 | SANJAY GOUDA |
| 8492 | TAX | 10/21/2008 | NT | total 31350.53. GTD 10/31/08 Converted loan to | SANJAY GOUDA |
| 8492 | TAX | 10/21/2008 | NT | escrow. SKG | SANJAY GOUDA |
| 8492 | | 10/21/2008 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| 8492 | | 10/20/2008 | DM | AUTH: SYDNEY JAY HALL, ESQ LAW OFFICES OF SYDNEY | CONRADO ARTICULO |
| 8492 | | 10/20/2008 | DM | JAY HALL, PH # 925.550.9709 FAX # 925.932.3940, | CONRADO ARTICULO |
| 8492 | | 10/20/2008 | DM | IMAGED AS ARTP, ICT-GLEE1@2863 | CONRADO ARTICULO |