**Exhibit CC**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

Requested and Prepared by:
**ETS Services, LLC**

When Recorded Mail To:
**ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120**

3879875

Loan No.: ▓▓▓▓8492
TS NO: **GM-164602-C**

**2011-016800**

11:18 am 02/09/11 AT Fee: 15.00
Count of Pages 1
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder

*R 0 0 0 1 1 3 5 6 8 7 *

## ASSIGNMENT OF DEED OF TRUST

**For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:**

**GMAC MORTGAGE, LLC  FKA GMAC MORTGAGE CORPORATION**

**all beneficial interest under that certain Deed of Trust dated: 6/4/2007 executed by FERMIN ANIEL AND ERLINDA ANIEL, HUSBAND AND WIFE AND MARC JASON ANIEL, A SINGLE MAN, ALL AS JOINT TENANTS, as Trustor(s), to FIDELITY NATIONAL TITLE, as Trustee, and recorded as Instrument No. 2007-088561, on 6/8/2007, in Book XX, Page XX of Official Records, in the office of the County Recorder of San Mateo County, California together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.**

DATE: February 1, 2011

HSBC Bank USA, National Association as Trustee
for DALT2007-OA5

_____
Mira Smoot
Authorized Officer

State of **Pennsylvania** } SS.
County of **Montgomery** }

On **FEB 0 1 2011** before me, **Mary Lynch** Notary Public, personally appeared **Mira Smoot** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of **Pennsylvania** that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

Signature _Mary Lynch_ (Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Lynch, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 3, 2014
Member Pennsylvania Association of Notaries