**Exhibit DD**

```
                                                    2011-074586
                                                    2:00 pm 07/01/11 NR Fee: 15.00
                                                       Count of Pages 1
                                                    Recorded in Official Records
RECORDING REQUESTED BY:                              County of San Mateo
                                                         Mark Church
AND WHEN RECORDED MAIL TO                        Assessor-County Clerk-Recorder

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
          9875 DM
```

Loan No.: ████8492

SPACE ABOVE THIS LINE FOR RECORDER'S USE
T.S. No.: GM-164602-C
038-352-040

# NOTICE OF RESCISSION OF NOTICE OF DEFAULT

**NOTICE IS HEREBY GIVEN:** That **Executive Trustee Services, LLC dba ETS Services, LLC** is duly appointed Trustee under a Deed of Trust dated **06/04/2007**, executed by ***FERMIN ANIEL*** AND ***ERLINDA ANIEL*, HUSBAND AND WIFE AND *MARC JASON ANIEL*, A SINGLE MAN, ALL AS JOINT TENANTS**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC., AS NOMINEE FOR MORTGAGEIT, INC.**, as Beneficiary, recorded **06/08/2007**, as Instrument No. **2007-088561**, in book **XX**, page **XX**, of Official Records in the Office of the Recorder of **San Mateo** County, California describing land therein as more fully described on the above referenced deed of trust.

said obligations including one note for the sum of $2,000,000.00.

Whereas, the present beneficiary under that certain Deed of Trust herein above described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **09/29/2008** in the office of the Recorder of **San Mateo** County, California, Instrument No. **2008-108477**, in Book **/**, of Official Records.

**NOW, THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary and/or the Trustee, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall nowise jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated: **Jun 27, 2011**                    ETS Services, LLC

                                           By: _____
                                           Lizeth Chavez, TRUSTEE SALE OFFICER