**Exhibit GG**

**RECORDING REQUESTED BY:**

**FIRST AMERICAN Title**

Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120
800.665.3932

**2012-058860**
10:33 am 04/27/12 ST Fee: 15.00
Count of Pages 1
Recorded in Official Records
County of San Mateo
Mark Church
Assessor-County Clerk-Recorder


*R 0 0 0 1 3 9 8 0 4 9*

TS NO : CA1200053786
LOAN NO : ▓▓▓▓3492

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, FERMIN ANIEL AND ERLINDA ANIEL, HUSBAND AND WIFE MARC JASON ANIEL, A SINGLE MAN, ALL AS JOINT TENANTS** was the original Trustor, **FIDELITY NATIONAL TITLE** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR MORTGAGEIT, INC.** was the original Beneficiary under that certain Deed of Trust dated **06/04/2007** and recorded on **06/08/2007** as Instrument No. **2007-088561**, in Book **XX**, Page **XX** of Official Records of **San Mateo** County, California; and

**WHEREAS**, the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS**, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned hereby substitutes **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 4-5-12

GMAC Mortgage, LLC ( successor by merger to GMAC Mortgage Corporation )

_Marcell G. Pace_
Marcell G. Pace
Authorized Officer

State of **Pennsylvania**    } ss.
County of **Montgomery**   }

On April 5, 2012 before me, Christine Morales Notary Public, personally appeared Marcell G. Pace who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of **Pennsylvania** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Christine Morales_ (Seal)
Christine Morales

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015