**Exhibit JJ**

## GMAC Mortgage

May 17, 2012

ERLINDA ANIEL
75 TOBIN CLARK DRIVE
HILLSBOROUGH, CA   94010-0000

RE:   Account Number:         8492
      Property Address:    75 TOBIN CLARK DRIVE
                           HILLSBOROUGH, CA   94010

Dear ERLINDA ANIEL

This letter is in response to your inquiry regarding the above referenced account. We are researching this request and will respond within 30 calendar days.

If you have any further questions, please contact me at 1-800-627-0128, extension 2365387.

Sincerely,

Denise Jungen
Executive Account Manager

www.gmacmortgage.com     Tel: (800) 766-4622
3451 Hammond Ave
Waterloo, IA 50702

B_71339