**Exhibit LL**

ADRMOP,CLOSED,STAYED

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:12-cv-04201-SBA

| | |
|---|---|
| Aniel et al v. GMAC Mortgage, LLC et al | Date Filed: 08/09/2012 |
| Assigned to: Hon. Saundra Brown Armstrong | Date Terminated: 06/12/2014 |
| Demand: $6,000,000 | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 220 Real Property: Foreclosure |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Erlinda Abibas Aniel**     represented by **Marc Jason Aniel**
Law Offices of Marc Jason Aniel
205 De Anza Blvd. number 144
San Mateo, CA 94402
650-814-9478
Fax: 650-571-5829
Email: mj_aniel@me.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fermin Solis Aniel**     represented by **Marc Jason Aniel**
*TERMINATED: 02/05/2014*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Jason Aniel**     represented by **Marc Jason Aniel**
*TERMINATED: 02/05/2014*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage, LLC**     represented by **Mary Kate Sullivan**
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 398-3344
Fax: (415) 956-0439

        Email: mks@severson.com
        *ATTORNEY TO BE NOTICED*

        **Thomas Nathaniel Abbott**
        Severson & Werson, P.C.
        One Embarcadero Center, Suite 2600
        San Francisco, CA 94111
        415-398-3344
        Fax: 415-956-0439
        Email: tna@severson.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Executive Trustee Services, LLC**    represented by    **Mary Kate Sullivan**
*doing business as*    (See above for address)
ETS Services, LLC    *ATTORNEY TO BE NOTICED*

        **Thomas Nathaniel Abbott**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2012 | 1 | COMPLAINT with jury demand against Executive Trustee Services, LLC, GMAC Mortgage, LLC ( Filing fee $ 350, receipt number 3411077376.). Filed byErlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Civil Cover Sheet)(vlk, COURT STAFF) (Filed on 8/9/2012) (Entered: 08/13/2012) |
| 08/09/2012 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/31/2012. Case Management Conference set for 11/7/2012 01:30 PM. (Attachments: # 1 Standing Order)(vlk, COURT STAFF) (Filed on 8/9/2012) (Entered: 08/13/2012) |
| 08/13/2012 | 3 | NOTICE of Lis Pendens by Marc Jason Aniel (Aniel, Marc) (Filed on 8/13/2012) (Entered: 08/13/2012) |
| 08/13/2012 | 4 | Summons Issued as to Executive Trustee Services, LLC. (vlk, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/14/2012) |
| 08/13/2012 | 5 | Summons Issued as to GMAC Mortgage, LLC. (vlk, COURT STAFF) (Filed on 8/13/2012) (Entered: 08/14/2012) |
| 08/14/2012 | 6 | ORDER Referring Case to the ADR Unit for Assessment Telephone Conference . Signed by Magistrate Judge Donna M. Ryu on 8/14/2012. (dmrlc2, COURT STAFF) (Filed on 8/14/2012) Modified on 8/15/2012 (vlk, COURT STAFF). (Entered: 08/14/2012) |
| 08/15/2012 | 7 | Emergency Ex Parte MOTION for Temporary Restraining Order and Order to Show Cause re 1 *Complaint,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Declaration Marc Jason Aniel, # 2 |

| | | |
|---|---|---|
| | | Declaration Erlinda Abibas Aniel, # 3 Exhibit "A-G", # 4 Proposed Order, # 5 Proof of Service)(Aniel, Marc) (Filed on 8/15/2012) Modified on 8/16/2012 (jlm, COURT STAFF). (Entered: 08/15/2012) |
| 08/15/2012 | 8 | ORDER REASSIGNING CASE. Signed by Magistrate Judge Donna M. Ryu on 8/15/2012. (dmrlc2, COURT STAFF) (Filed on 8/15/2012) (Entered: 08/15/2012) |
| 08/15/2012 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Saundra Brown Armstrong for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on August 15, 2012. (cjl, COURT STAFF) (Filed on 8/15/2012) (Entered: 08/15/2012) |
| 08/15/2012 | 10 | CERTIFICATE OF SERVICE by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel re 4 Summons Issued, 5 Summons Issued (Attachments: # 1 Certificate/Proof of Service POS of Summons on Defendants)(Aniel, Marc) (Filed on 8/15/2012) (Entered: 08/15/2012) |
| 08/22/2012 | 11 | NOTICE of Trustee's Sale Date Changed re 7 *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel (Aniel, Marc) (Filed on 8/22/2012) Modified on 8/23/2012 (jlm, COURT STAFF). (Entered: 08/22/2012) |
| 08/23/2012 | 12 | ORDER: That a hearing is scheduled re 7 Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause. Responses due by 9/11/2012. Replies due by 9/18/2012. Motion Hearing set for 9/25/2012 01:00 PM before Hon. Saundra Brown Armstrong. Signed by Judge Saundra Brown Armstrong, on 8/23/12. (lrc, COURT STAFF) (Filed on 8/23/2012) Modified on 8/24/2012 (jlm, COURT STAFF). (Entered: 08/23/2012) |
| 08/23/2012 | 13 | NOTICE of Proof of Service re 12 *Order,* filed by McKesson Corporation, Judy Beatty, Charles Chillemi, Melvina Demps, Sunny Fronda, Windle Knight, Jerdie Martin, Connie Schulz, Harold Zealley (Attachments: # 1 Certificate/Proof of Service)(Aniel, Marc) (Filed on 8/23/2012) Modified on 8/24/2012 (jlm, COURT STAFF). (Entered: 08/23/2012) |
| 08/28/2012 | 14 | STIPULATION to Extend Time to Respond to Complaint re 1 *Complaint,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC, Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Abbott, Thomas) (Filed on 8/28/2012) Modified on 8/29/2012 (jlm, COURT STAFF). (Entered: 08/28/2012) |
| 08/28/2012 | 15 | NOTICE of Bankruptcy and Suggestion of Automatic Stay, filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC (Attachments: # 1 Exhibit A to Notice of Bankruptcy and Suggestion of Automatic Stay)(Abbott, Thomas) (Filed on 8/28/2012) Modified on 8/29/2012 (jlm, COURT STAFF). (Entered: 08/28/2012) |
| 09/04/2012 | 16 | ADR Clerk Notice Setting ADR Phone Conference on 9/7/12 at 11:30 a.m. Pacific. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (sgd, COURT STAFF) (Filed on 9/4/2012) (Entered: 09/04/2012) |

| | | |
|---|---|---|
| 09/06/2012 | | ADR Remark: The ADR Phone Conference scheduled for 9/7/12 has been rescheduled to 9/13/12 at 11:30 a.m. Pacific. Please note that the call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/6/2012) (Entered: 09/06/2012) |
| 09/11/2012 | 17 | Memorandun in Opposition re 7 *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 9/11/2012) Modified on 9/12/2012 (jlm, COURT STAFF). (Entered: 09/11/2012) |
| 09/11/2012 | 18 | DECLARATION of Russell Calhoun in Support re 17 *Memorandum in Opposition,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Attachments: # 1 Exhibit A to Declaration of Calhoun, # 2 Exhibit B to Declaration of Calhoun, # 3 Exhibit C to Declaration of Calhoun, # 4 Exhibit D to Declaration of Calhoun, # 5 Exhibit E to Declaration of Calhoun, # 6 Exhibit F to Declaration of Calhoun, # 7 Exhibit G to Declaration of Calhoun, # 8 Exhibit H to Declaration of Calhoun, # 9 Exhibit I to Declaration of Calhoun, # 10 Exhibit J to Declaration of Calhoun)(Related document(s) 17 ) (Abbott, Thomas) (Filed on 9/11/2012) Modified on 9/12/2012 (jlm, COURT STAFF). (Entered: 09/11/2012) |
| 09/13/2012 | | ADR Remark: ADR Phone Conference held by RWS on 9/13/12. (sgd, COURT STAFF) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/13/2012 | | ADR Remark: A further ADR Phone Conference has been scheduled for 9/26/12 at 3:00 p.m. Pacific. The call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/13/2012) (Entered: 09/13/2012) |
| 09/18/2012 | 19 | Reply to Opposition re 7 *Emergency Ex Parte Motion for Temporary Restraining Order and Order to Show Cause,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Exhibit)(Aniel, Marc) (Filed on 9/18/2012) Modified on 9/19/2012 (jlm, COURT STAFF). Modified on 9/26/2012 (jlm, COURT STAFF). (Entered: 09/18/2012) |
| 09/26/2012 | | ADR Remark: ADR Phone Conference held by RWS on 9/26/12. A further ADR Phone Conference has been scheduled for 10/3/12 at 9:30 a.m. Pacific. The call-in information remains the same. (sgd, COURT STAFF) (Filed on 9/26/2012) (Entered: 09/26/2012) |
| 09/26/2012 | 20 | ORDER by Judge Saundra Brown Armstrong DENYING 7 Ex Parte Motion for Temporary Restraining Order. Signed by Judge Saundra Brown Armstrong, on 09/26/12 (lrc, COURT STAFF) (Filed on 9/26/2012) Modified on 9/27/2012 (jlm, COURT STAFF). (Entered: 09/26/2012) |
| 10/03/2012 | | ADR Remark: ADR Phone Conference held by RWS on 10/3/12. (sgd, COURT STAFF) (Filed on 10/3/2012) (Entered: 10/03/2012) |
| 10/04/2012 | 21 | MOTION for Reconsideration 20 *Order on Ex Parte Motion for Preliminary Injunction,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Exhibit A-D)(Aniel, Marc) (Filed on 10/4/2012) Modified on 10/5/2012 (jlm, COURT STAFF). (Entered: 10/04/2012) |
| 10/15/2012 | 22 | |

| | | |
|---|---|---|
| | | ANSWER to Complaint byExecutive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 10/15/2012) (Entered: 10/15/2012) |
| 10/18/2012 | 23 | ORDER re 21 MOTION for Reconsideration re 19 Reply to Opposition/Response, 20 Order on Ex Parte Application, 17 Opposition/Response to Motion, 18 Declaration in Opposition,, *Leave for Reconsideration* filed by Marc Jason Aniel, Erlinda Abibas Aniel, Fermin Solis Aniel, Set/Reset Deadlines as to 21 MOTION for Reconsideration re 19 Reply to Opposition/Response, 20 Order on Ex Parte Application, 17 Opposition/Response to Motion, 18 Declaration in Opposition,, *Leave for Reconsideration*. Responses due by 10/25/2012.. Signed by Judge ARMSTRONG on 10/18/12. (lrc, COURT STAFF) (Filed on 10/18/2012) (Entered: 10/18/2012) |
| 10/25/2012 | 24 | RESPONSE (re 21 MOTION for Reconsideration filed byExecutive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 10/25/2012) Modified on 10/26/2012 (cpS, COURT STAFF). (Entered: 10/25/2012) |
| 10/30/2012 | 25 | AMENDED ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER on Ex Parte Application (lrc, COURT STAFF) (Filed on 10/30/2012) Modified on 10/30/2012 (lrc, COURT STAFF). (Entered: 10/30/2012) |
| 11/02/2012 | 26 | ORDER DENYING 21 MOTION for Reconsideration re 19 Reply to Opposition/Response, 20 Order on Ex Parte Application, 17 Opposition/Response to Motion, 18 Declaration in Opposition,, *Leave for Reconsideration* filed by Marc Jason Aniel, Erlinda Abibas Aniel, Fermin Solis Aniel. Signed by Judge ARMSTRONG on 11/2/12. (lrc, COURT STAFF) (Filed on 11/2/2012) (Entered: 11/02/2012) |
| 03/04/2013 | 27 | SUGGESTION OF BANKRUPTCY Upon the Record as to Marc Jason Aniel by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Exhibit Notice of Bankruptcy)(Aniel, Marc) (Filed on 3/4/2013) (Entered: 03/04/2013) |
| 03/04/2013 | 28 | MOTION for Preliminary Injunction filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. Motion Hearing set for 4/30/2013 01:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. Responses due by 3/18/2013. Replies due by 3/25/2013. (Attachments: # 1 Exhibit A-D, # 2 Exhibit E-J, # 3 Proposed Order, # 4 Certificate/Proof of Service)(Aniel, Marc) (Filed on 3/4/2013) (Entered: 03/04/2013) |
| 03/11/2013 | 29 | Memorandum in Opposition re 28 *Motion for Preliminary Injunction,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 3/11/2013) Modified on 3/12/2013 (jlm, COURT STAFF). (Entered: 03/11/2013) |
| 03/25/2013 | 30 | Reply to Opposition re 28 *Motion for Preliminary Injunction,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Exhibit)(Aniel, Marc) (Filed on 3/25/2013) Modified on 3/26/2013 (jlm, COURT STAFF). (Entered: 03/25/2013) |
| | | |

| | | |
|---|---|---|
| 06/07/2013 | 31 | **ATTACHMENT INCOMPLETE. SEE DKT. NO. 32 ORDER by Judge ARMSTRONG denying 28 Motion for Preliminary Injunction (lrc, COURT STAFF) (Filed on 6/7/2013) Modified on 6/7/2013 (fs, COURT STAFF). (Entered: 06/07/2013)** |
| 06/07/2013 | 32 | **ORDER denying 28 Motion for Preliminary Injunction. Signed by Judge Saundra Brown Armstrong on 6/7/13. (fs, COURT STAFF) (Filed on 6/7/2013) (Entered: 06/07/2013)** |
| 06/18/2013 | 33 | **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 7/18/2013 02:45 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 6/18/13. (lrc, COURT STAFF) (Filed on 6/18/2013) (Entered: 06/18/2013)** |
| 07/08/2013 | 34 | NOTICE OF BANKRUPTYCY/SUGGESTION OF BANKRUPTCY Upon the Record as to Marc Jason Aniel, filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # 1 Exhibit)(Aniel, Marc) (Filed on 7/8/2013) Modified on 7/9/2013 (jlm, COURT STAFF). (Entered: 07/08/2013) |
| 07/09/2013 | 35 | STIPULATION WITH PROPOSED ORDER to Continue re 33 *Case Management Scheduling Order,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel, Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Attachments: # 1 Proposed Order)(Aniel, Marc) (Filed on 7/9/2013) Modified on 7/10/2013 (jlm, COURT STAFF). (Entered: 07/09/2013) |
| 07/10/2013 | 36 | **CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 9/19/2013 02:45 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 7/9/13. (lrc, COURT STAFF) (Filed on 7/10/2013) (Entered: 07/10/2013)** |
| 09/06/2013 | 37 | STIPULATION WITH PROPOSED ORDER to Continue re 36 *Case Management Scheduling Order,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel, Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Attachments: # 1 Proposed Order)(Aniel, Marc) (Filed on 9/6/2013) Modified on 9/9/2013 (jlmS, COURT STAFF). (Entered: 09/06/2013) |
| 09/10/2013 | 38 | **ORDER by Judge Saundra Brown Armstrong Granting 37 Stipulation. (ndr, COURT STAFF) (Filed on 9/10/2013) (Entered: 09/10/2013)** |
| 09/10/2013 | | See Docket No. 38 . Reset Deadline/Hearing: Case Management Statement due by 11/7/2013; Telephonic Case Management Conference set for 11/14/2013 02:45 PM. (ndr, COURT STAFF) (Filed on 9/10/2013) Modified on 9/11/2013 (jlm, COURT STAFF). (Entered: 09/10/2013) |
| 11/07/2013 | 39 | JOINT CASE MANAGEMENT STATEMENT filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC, Marc Jason Aniel, Fermin Solis Aniel, Erlinda Abibas Aniel. (Abbott, Thomas) (Filed on 11/7/2013) Modified on 11/8/2013 (vlk, COURT STAFF). (Entered: 11/07/2013) |
| 11/14/2013 | 40 | Minute Entry: Telephonic Case Management Conference held on 11/14/2013 before Judge Saundra Brown Armstrong (Date Filed: 11/14/2013). Motions due by 1/17/2014; Case Management Statement due by 2/26/2014; Case Management Conference set for 3/5/2014 02:45 PM. (ndr, COURT STAFF) |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Date Filed: 11/14/2013) Modified on 11/25/2013 (jlmS, COURT STAFF). (Entered: 11/22/2013)                                                                                                                                                                                                                                                                                                                                                                                         |
| 01/17/2014 | 41 | MOTION to Stay re 40 Case Management Conference - Initial, Set Deadlines/Hearings,, filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. Motion Hearing set for 3/5/2014 02:45 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. Responses due by 1/31/2014. Replies due by 2/7/2014. (Abbott, Thomas) (Filed on 1/17/2014) (Entered: 01/17/2014)                                                                                                 |
| 01/21/2014 | 42 | CLERKS NOTICE. Notice is hereby given that counsel must re-notice not re-file the 41 motion to stay for a Tuesday at 1:00 p.m. Hearing date of March 5, 2014, is vacated.  **(This is a text only docket entry, there is no document associated with this notice.)**  (ndr, COURT STAFF) (Filed on 1/21/2014) (Entered: 01/21/2014)                                                                                                                                                 |
| 01/21/2014 | 43 | Renotice motion hearing re 41 MOTION to Stay re 40 Case Management Conference - Initial, Set Deadlines/Hearings,, filed byExecutive Trustee Services, LLC, GMAC Mortgage, LLC. Motion Hearing set for 3/4/2014 01:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong. Responses due by 2/4/2014. Replies due by 2/11/2014. (Related document(s) 41 ) (Abbott, Thomas) (Filed on 1/21/2014) (Entered: 01/21/2014)                                          |
| 01/31/2014 | 44 | Memorandum in Opposition re 41 *Motion to Stay re 40 Case Management Conference,* filed by Erlinda Abibas Aniel, Fermin Solis Aniel, Marc Jason Aniel. (Attachments: # *1* Exhibit)(Aniel, Marc) (Filed on 1/31/2014) Modified on 2/3/2014 (jlmS, COURT STAFF). (Entered: 01/31/2014)                                                                                                                                                                                               |
| 02/05/2014 | 45 | NOTICE of Voluntary Dismissal *as to Fermin Solis Aniel and Marc Jason Aniel only* by Fermin Solis Aniel, Marc Jason Aniel (Aniel, Marc) (Filed on 2/5/2014) (Entered: 02/05/2014)                                                                                                                                                                                                                                                                                                  |
| 02/11/2014 | 46 | Reply Memorandum re 41 *Motion to Stay,* filed by Executive Trustee Services, LLC, GMAC Mortgage, LLC. (Abbott, Thomas) (Filed on 2/11/2014) Modified on 2/12/2014 (jlmS, COURT STAFF). (Entered: 02/11/2014)                                                                                                                                                                                                                                                                       |
| 02/24/2014 | 47 | CLERKS NOTICE. CLERKS NOTICE. Notice is hereby given that the Court, on its own motion, shall take the 41 motion to stay under submission on the papers. The hearing previously scheduled for March 4, 2014, is vacated. The Telephonic Case Management Conference, previously set for March 5, 2014, is continued to May 7, 2014, at 2:45 p.m., in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. |

| | | |
|---|---|---|
| | | **(This is a text only docket entry, there is no document associated with this notice.)** <br><br> (ndr, COURT STAFF) (Filed on 2/24/2014) (Entered: 02/24/2014) |
| 04/25/2014 | 48 | CLERKS NOTICE. Notice is hereby given that the Telephonic Case Management Conference, previously set for May 7, 2014, is continued to July 9, 2014, at 2:00 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time. <br><br> **(This is a text only docket entry, there is no document associated with this notice.)** <br><br> (ndr, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/25/2014) |
| 06/12/2014 | 49 | **GRANTING 41 MOTION TO STAY. \*\*Civil Case Terminated.\*\* Signed by Judge Saundra Brown Armstrong on 6/12/2014. (ndr, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/12/2014)** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/24/2015 12:45:47 | | | |
| **PACER Login:** | mf1354:2923879:3945828 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:12-cv-04201-SBA |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |