TPM/mll

Timothy P. McElduff, Jr. (TPM-5230)
DRAKE LOEB PLLC
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: 845-561-0550
Fax No.: 845-561-1235

-and-

Jeffrey B. Loeb (admission *pro hac vice* pending)
RICH MAY, PC
176 Federal Street
Boston, Massachusetts 02110-2223
Tel. No.: 617-556-3871
Fax No.: 617-391-5771

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                          Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                               Chapter 11

                      Debtors.                                  Jointly Administered
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Drake Loeb PLLC hereby enters its appearance in the above-captioned case as counsel to interested parties CitiMortgage, Inc., Iraide Peruchi, and Matthew and Alexis Freitas pursuant to sections 342 and 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers and notices given or required to be given and all papers and notices filed or served in these cases or in any cases consolidated or administered herewith, be delivered to and served upon:

TPM/mll

Timothy P. McElduff, Jr.
DRAKE LOEB PLLC
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: 845-561-0550
Fax No.: 845-561-1235
Email: tmcelduff@drakeloeb.com

-and-

Jeffrey B. Loeb (admission *pro hac vice* pending)
RICH MAY, PC
176 Federal Street
Boston, Massachusetts 02110-2223
Tel. No.: 617-556-3871
Fax No.: 617-391-5771
Email: jloeb@richmaylaw.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007 or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex or otherwise which affect or seek to affect the above-captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of CitiMortgage, Inc., Iraide Peruchi, and Matthew and Alexis Freitas (i) to have any

TPM/mll

and all final orders in any and all non-core matters (or core matters as to which the Bankruptcy Court does not have authority to enter a final order) entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New Windsor, New York
March 5, 2015

                DRAKE LOEB PLLC

                /s/ Timothy P. McElduff, Jr.
                Timothy P. McElduff, Jr., Esq. (TPM-5230)
                555 Hudson Valley Avenue, Suite 100
                New Windsor, New York 12553
                Tel. No.: 845-561-0550
                Fax No.: 845-561-1235

                -and-

                Jeffrey B. Loeb (admission *pro hac vice* pending)
                RICH MAY, PC
                176 Federal Street
                Boston, Massachusetts 02110-2223
                Tel. No.: 617-556-3871
                Fax No.: 617-391-5771