UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                    )    CASE No 12-12020
                                          )
RESIDENTIAL CAPITAL, LLC, ET AL.,         )    CHAPTER 11
                                          )
            DEBTORS                       )
                                          )

RECEIVED
MAR - 5 2015
U.S. BANKRUPTCY COURT, SDNY

## MOTION to ACCEPT "*MOVANT's MOTION to STRIKE RESCAP's LIQUIDATING TRUST OBJECTION as UNTIMELY and IRRELEVANT*" as TIMELY FILED and REQUEST FOR ORAL ARGUMENTS on MARCH 12, 2015 HEARING

COMES NOW, Plaintiff RONALD P. GILLIS in US District Court, for the Middle District of Florida, Fort Myers Division (herein after US_FMD-FTM), and Creditor #444 & 913 / Movant in NY Southern District Bankruptcy Court (herein after NY_BK Court) case #12-12020 moves the NY_BK Court to Accept Movant's MOTION TO STRIKE ResCap Motion for Relief of Automatic Stay Regarding "RFC" and "HOMECOMING FINANCIAL" as Movant never received a copy of said motion, and only received notice on Saturday February 28, 2015 of the Hearing on March 12, 2015, with a deadline of March 02, 2015 at 4PM and would be impossible to send items by Overnight and be received by the given deadline as the earliest they can arrive at the court is Tuesday March 03, 2015. Movant's attention to this filing and the hearing on March 12, 2015, was a filing in which it states this pleading was mailed USPS Overnight Mail, yet the envelope which ONLY contained the docket item # 8179, and was mailed USPS First Class mail, and the undersigned never received a copy of pleading #8136. As such, Movant respectfully demands this motion be deemed timely as the turn around time was less then forty-eight (48) hours, only seven (7) of which were business hours.

WHEREFORE, Plaintiff respectfully motions the NY_BK Court to accept the pleading as timely in objecting to said motion, as this motion was not received timely by Movant, and Movant requests Oral Arguments at the March 12, 2015 hearing.

Respectfully Submitted,

/s/ Ronald P Gillis

Ronald P Gillis
P O Box 380842
Murdock, FL 33938
(413) 622-2282

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing **MOTION TO ACCEPT "*MOVANT's MOTION TO STRIKE RESCAP's LIQUIDATING TRUST OBJECTION AS UNTIMELY AND IRRELEVANT*" AS TIMELY FILED** was furnished to the follow **[and by the following methods]**

1. Norman S Rosenbaum     **[by Fax 212-468-7900]** &  **[by email to nrosenbaum@mofo.com]**
Morrison & Foerster LLP
250 West 55 Street
New York, NY 10019

2. United States Bankruptcy Court - Southern District of New York   **[by USPS Overnight Mail]**
One Bowling Green          (and copy to Honorable Martin Glenn)
New York, NY 10004

3. Homecomings Financial LLC & GMAC-RFC Master Servicer    **[by fax 404-885-3900]**
ATTN: Attorney Justin T. Wong              **[by email justin.wong@troutmansaunders.com]**
Troutman Saunders LLP
600 Peachtree St NE, Suite 5200
Atlanta, GA 30308-2216

4. Joseph A Shifer [Kramer Levin Naftalis & Frankel LLP]    **[by fax 212-715-8000]**
                                                              **[by email jshifer@kramerlevin.com]**

5. Office US Trustee     **[by fax 212-668-2255]** & **[by email linda.riffkin@usdoj.gov]** &

12-12020-mg    Doc 8248    Filed 03/05/15    Entered 03/05/15 16:03:58    Main Document
Pg 3 of 3

      [by email Brian.Masumoto@usdoj.gov]

6. ResCap Liquidating Trust - Jeffrey Brodsky    [by fax 914-253-8103]
    [by email jbrodsky@qtadvisors.com]

7. Kurtzman Carson Consultants - Clarissa D Cu    [by email rescapinfo@kccllc.com]

on this __02nd__ day of March, 2015

/s/ Ronald P Gillis
By: Ronald P Gillis
P O Box 380842
Murdock, FL 33938
(413) 622-2282

**NOTE**
Email address will be temporary NON-monitored email address, so all correspondence should be by fax or mail only.

3 of 3   Motion Accept strike Timely   Gillis v Deutsche Bank Trust Company Americas /FL MD US District 2:14-cv-418-FtM
US Bankruptcy Court Southern District NY 12-12020