## Exhibit B

## Addressees

The Honorable Martin Glenn
United States Bankruptcy Court
 for Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
for the Southern District of New York
Attn:  Linda A. Rifkin
       Brian S. Masumoto
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, ET AL. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

On November 8, 2012, I filed Claim 3728 in Case No. 12-12020 (MG) with which I supplied a copy of the mortgage that Debtor serviced. With the Claim of Information, the basis for claim was given as follows:

> "The reason we believe we are owed and/or entitled to relief is that GMAC through its alliance with ResCap and Ally Bank engaged in fraudulent and improper activity leading to its bankruptcy. On several occasions in the last 2-3 years, we have attempted to obtain a loan modification from GMAC and was denied each and every time. My loan was in the process of foreclosure; however, I was never properly served by GMAC's law firm. In the Proof of Claim Information your office sent—you stated that "those in the process of foreclosure should do nothing". GMAC, and the other entities that make up ResCap, along with its representatives, would have continued the practices except for the fact that it caused them to declare bankruptcy. My loan has been modified and reinstated since the purchase of GMAC by Ocwen."

In my opposition to the Seventy-Sixth Omnibus Objection, I stated "there are inaccuracies in affidavit from servicer; however, Your Honor should know at no time was there purposeful denial of service". This is a true statement and can be proven in Exhibit A. There was no "due inquiry" or "diligent investigation". The conclusions stated in the affidavits prove this fact.

In the Order sustaining the Trust's objection to my claim, the following was provided: