## **Exhibit B**

**Proof of Claim**

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
OTIS L. COLLIER JR

Name and address where notices should be sent:
OTIS L. COLLIER JR
3201 MILBURN STREET
HOUSTON, TX 77021-1128

Telephone number: 713 748-3131          email: OLCEEE@GMAIL.COM

Name and address where payment should be sent (if different from above):
N/A

Telephone number:          email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ 218,761.53
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: MORTGAGE VS STATE LAW, TRUE FAITH LAW,
(See instruction #2) LENDING LAW, PHYSICAL & MENTAL DISABILITY

3. Last four digits of any number by which creditor identifies debtor:
.1284 5132

3a. Debtor may have scheduled account as:
Alison Tearnen OTIS L JR
(See instruction #3a) COLLIER

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ 126,000     Annual Interest Rate 5.5 % ☐Fixed or ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ 6,360.36                    Basis for perfection: MORTGAGE MODIFICATION

Amount of Secured Claim: $ 243,885          Amount Unsecured: $ 128,815

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ N/A     (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.     ☑ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor, or     ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)          their authorized agent.          indorser, or other codebtor.
                    (See Bankruptcy Rule 3004.)     (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: OTIS L COLLIER JR          NOT SIGNED (PER SECTION 7)
Title: OWNER
Company: N/A          (Signature)          11/14/2012 (Date)
Address and telephone number (if different from notice address above):
N/A
N/A
Telephone number: N/A          Email: N/A

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED

NOV 15 2012

KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## GMAC Mortgage Account Statement

**GMAC Mortgage**

**CUSTOMER INFORMATION**

| | | **PROPERTY ADDRESS** |
|---|---|---|
| Name: | Otis L Collier | 3201 MILBURN STREET |
| | | HOUSTON      TX 77021 |
| Account Number: | | |
| Home Phone #: | (713)748-3131 | |

Visit us at www.gmacmortgage.com for account information or to apply on-line.



OTIS L COLLIER
PO BOX 1912
HOUSTON TX  77251-1912

| | |
|---|---|
| **Customer Care Inquiries:** | 1-800-766-4622 |
| **Home Financing Needs:** | 1-866-690-8322 |

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | |
| Current Statement Date | March 08, 2010 |
| Maturity Date | June 21, 2035 |
| Interest Rate | 5.50000 |
| Current Principal Balance* | $219,422.00 |
| Current Escrow Balance | $1,074.42- |
| Interest Paid Year-to-Date | $2,015.87 |
| Taxes Paid Year-to-Date | $0.00 |

For questions on the servicing of your account,
call 1-800-766-4622.

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,335.16 |
| Subsidy/Buydown | $0.00 |
| Escrow | $224.19 |
| National Union 800-316-5138 | $24.90 |
| National Union 800-316-5138 | $5.50 |
| Amount Past Due | $3,179.50 |
| Outstanding Late Charges | $1,444.46 |
| Other | $154.65 |
| Total Amount Due | $6,368.36 |
| Account Due Date | January 21, 2010 |

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PO SPEEDPAY FEE | 12/21/09 | 02/19/10 | $12.50 | | | | | | $12.50 |
| SPEEDPAY FEE | 12/21/09 | 02/19/10 | $12.50 | | | | | | $12.50 |
| Payment | 12/21/09 | 02/19/10 | $1,584.25 | $327.97 | $1,007.19 | $224.19 | $24.90 | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Your special Repayment Plan request has been honored. Your next installment due is  03/20/10
in the amount of  $4,748.21.

As a reminder, there are no grace days on repayment plans. Any questions
you have regarding this statement or your account may be directed to the number above.

### See Reverse Side For Important Information

### Mail This Portion With Your Payment

| Account Number | Repayment Plan Due Date | Repayment Plan Payment Amount | Late Fee | Amount With Late Fee | Past Due Amount | Total Amount Due | GMAC Mortgage |
|---|---|---|---|---|---|---|---|
| 7439789934 OTIS L COLLIER | 03/20/10 | $4,748.21 | | | | | |

| Please assist GMAC Mortgage in applying your payment | | |
|---|---|---|
| Full Payment(s) | $ | |
| ADDITIONAL Principal | $ | XXX |
| ADDITIONAL Escrow | $ | XXX |
| Late Charge | $ | XXX |
| Other Fees (please specify) | $ | XXX |
| Total Amount Enclosed | $ | |

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062-9135

Tax Year: **2012**                    *iFile* Number:   86828813

www.hcad.org/iFile

| | |
|---|---|
| PROPERTY DESCRIPTION:    03/30/2012 | Please use this ACCOUNT NUMBER when inquiring about your property. |

**LT 23 BLK 47**
**RIVERSIDE TERRACE SEC 8**

IᴵᴵᴵᴵIᴵᴵᴵᴵIᴵᴵIᴵIᴵIᴵIᴵIᴵᴵᴵIᴵᴵIIIIᴵIᴵᴵᴵᴵIIᴵIᴵᴵIᴵIᴵIᴵᴵIᴵIᴵIᴵI

************AUTO**3-DIGIT 772
2012 0611320470023 03/30/2012 0000056934  0
COLLIER OTIS L JR
PO BOX 1912
HOUSTON TX 77251-1912

**PROPERTY LOCATION:**
**3201 MILBURN ST**
**HOUSTON, TX 77021**

Dear Property Owner:

The Harris County Appraisal District (HCAD) is responsible for appraising all taxable property in Harris County as of January 1, 2012. In determining residential values, our appraisers looked carefully at market conditions around the first of the year in each of the several thousand "valuation neighborhoods" in the county. A valuation neighborhood is a distinct area in which properties and their associated amenities are similar.

During 2011, the residential market in Harris County continued to outperform much of the rest of the nation. Overall the Houston market ended the year with signs of improvement. Still, after considering all relevant information from the market, we found it necessary to reduce the market value of more than 30% of the single family homes, with about 60% of the home values remaining unchanged. Fewer than 10% of the residential properties in Harris County increased in market value for 2012.

There are also situations where the market value of a home may have decreased from last year, but the appraised value still increased because the 2011 appraised value was capped at less than the 2012 market value. In that circumstance, the law requires us to raise the appraised value of the home to the January 1, 2012 market value or by 10%, whichever is less.

After taking all available data into account, we appraised your property for January 1, 2012, as shown below. Additional information is summarized on the back of this letter.

**2012 Market Value: $147,430**          **2012 Appraised Value: $147,430**

If you believe the market value is not correct, we encourage you to file a protest with the appraisal review board. The quickest and least expensive way to do this is to file online at *www.hcad.org/iFile*. You will need the *iFile* number that appears in the upper right hand corner of this letter. The *iFile* number is a unique password for your account. Please keep it in a safe place. We do not give this number out over the phone. Once you file, you will receive immediate confirmation via email. If you protest the value of your residence using *iFile*, you may also be able to settle your protest online using HCAD's computerized *iSettle™* system. While tax consultants generally charge a fee for their services, both *iFile* and *iSettle™* are free services offered by the Harris County Appraisal District.

The early deadline for you to file a 2012 value protest is April 30, 2012. If you miss this date, you can still file until the final deadline of May 31, 2012 or 30 days after the date your notice was mailed, whichever is later.

Sincerely,

*Jim Robinson*

Jim Robinson
Chief Appraiser
Harris County Appraisal District

Enclosures:

See back for more information about your property.

201200020 0000056934

Information about your property is printed below. The first table below provides a breakdown of your appraisal as of January 1 of the applicable year. If this property is your homestead and is subject to a cap on its appraised value, you will see a notation at the bottom of the jurisdiction table. This table also gives an estimate of the taxes you will pay if the taxing units adopt the same tax rates as last year. This is only an estimate. The jurisdictions listed below will determine whether your taxes increase when they set tax rates for the year. The appraisal district only determines the value of your property. *The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials, and all inquiries concerning your taxes should be directed to those officials.*

| THIS YEAR'S MARKET VALUE FOR ACCOUNT NUMBER 0611320470023 | | |
| --- | --- | --- |
| Land Market Value | Buildings and Other Improvements | Total Market Value |
| 68,068 | 79,362 | 147,430 |

| APPRAISED VALUE | |
| --- | --- |
| Last Year's Appraised Value | This Year's Appraised Value |
| 147,430 | 147,430 |

| | JURISDICTIONS AND EXEMPTION INFORMATION | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Taxing Jurisdiction | Last Year's Value (after exemptions) | Exemptions Granted (see explanation of codes below) | | This Year's Value after exemptions | Last Year's Tax Rate | Estimated Taxes |
| 001 | HOUSTON ISD | 95,444 | RES VT | 51,986 | 95,444 | 1.156700 | 1,104.00 |
| 040 | HARRIS COUNTY | 110,444 | RES VT | 36,986 | 110,444 | 0.391170 | 432.02 |
| 041 | HARRIS CO FLOOD CNTRL | 110,444 | RES VT | 36,986 | 110,444 | 0.028090 | 31.02 |
| 042 | PORT OF HOUSTON AUTHY | 110,444 | RES VT | 36,986 | 110,444 | 0.018560 | 20.50 |
| 043 | HARRIS CO HOSP DIST | 110,444 | RES VT | 36,986 | 110,444 | 0.192160 | 212.23 |
| 044 | HARRIS CO EDUC DEPT | 110,444 | RES VT | 36,986 | 110,444 | 0.006581 | 7.27 |
| 048 | HOU COMMUNITY COLLEGE | 125,187 | RES VT | 22,243 | 125,187 | 0.097222 | 121.71 |
| 061 | CITY OF HOUSTON | 110,444 | RES VT | 36,986 | 110,444 | 0.638750 | 705.46 |

The percentage difference between the 2007 appraised value of your property and the proposed 2012 appraised value is 4%.

If you receive the over-65 or disability homestead exemption, your school taxes for this year will not be higher than they were for the year in which you first received the exemption, unless you have made improvements to your home. If you improved your property by remodeling or adding on, your school taxes may increase for new improvements. If you are the surviving spouse of a person who was 65 or older at death and you were 55 or older, at the time of death, you may retain the school tax ceiling.

If your property is totally located in Harris County, the Harris County Appraisal District is solely responsible for appraising it for 2012. However, if the county line runs through your property, HCAD will only appraise that portion of the property that is in Harris County. The appraisal district for the other county will appraise the portion located within that county.

In the event you decide to file a value protest, you are encouraged to do so online with *iFile*. Or, you may mail a written protest to the appraisal review board using the enclosed form. If you file online, you may also be able to take advantage of our online *iSettle™* settlement process. The address for filing online is **www.hcad.org/iFile**, and you will need the *iFile* number that appears in the upper right corner of the first page of this letter.

The appraisal review board will begin hearing 2012 protests on May 14, 2012, at 13013 Northwest Fwy, Houston, Texas, 77040. Other hearings are conducted year round.

We encourage you to call our office if you have concerns or come by for an individual meeting with an appraiser. Call (713) 957-7800 for more information. Initially our phones may be busy, but please be patient and continue to call. Once the Telephone Information Center answers, please continue to hold as all calls are taken in the order received.

If you applied for and have been granted general, over-65, or disabled homestead exemptions, they should appear in the appropriate columns. If they do not, contact us immediately.

In the event a protest or correction is filed on this account, we intend to use as part of our evidence any and all information included in this notice.

Exemption Codes: ABT = Abatement; DIS = Disability; HIS = Historical; LIH = Low Income Housing; OVR = Over-65; PAR = Partial Residential Homestead; PDS = Partial Disability; PEX = Partial Total; POL = Pollution Control; POV = Partial Over-65; PRO = Prorated; RES = Residential Homestead; SOL = Solar; STX = Surviving Spouse of Total Disabled Veteran; STT = Surviving Spouse Transfer of Total Disabled Veteran; SUR = Surviving Spouse Over-65; SSD = Surviving Spouse Disability; TOT = Total; VT = Disabled Veteran

Official Government Document
Produced by Harris County Appraisal District

File Review #: ▓▓▓▓▓▓▓▓

| File Review: | |
|---|---|
| STATUS: | Notified |
| ASSIGNED TO: | Home Retention Dept. |
| INITIAL FEES: | NONE |
| LENDER: | DECISION ONE MORTGAGE CO |

Borrower:

```
*********************AUTO**3-DIGIT 770  T231  P1  21951-D1
OTIS COLLIER
3201 MILBURN ST
HOUSTON, TX 77021-1128
```

**************************************************
**This is NOT an attempt to collect a debt.**
**************************************************

Your property may qualify for mortgage relief. Our records indicate that prior attempts to notify you of your pre-qualified eligibility have not been successful. This relief program may allow you to modify the terms of your existing mortgage. You need to be informed of your rights, options and available solutions to protect your home and your credit.

| Loan Amount | Home Retention Dept. Phone Number | Loan Status | Property State |
|---|---|---|---|
| $243,885 | 1-888-593-5196 | PRE-FORECLOSURE | TX |
| **Lender** | | **Property Type** | **LTV%** |
| DECISION ONE MORTGAGE CO | | SFR | 118% |
| **File Review Number** | | **Delinquent** | **Sale Date** |
| ▓▓▓▓▓▓ | | NOD Notice | Pending |
| **Address** | | **Issued By** | |
| OTIS COLLIER 3201 MILBURN ST HOUSTON, TX 77021-1128 | | Home Retention Department Program Director | |
| **File Review Date** | **Program** | **Regarding** | |
| 10/18/2012 | HAMP | Loan ID# ▓▓▓▓ | |

You are urged to immediately contact 1-888-593-5196 to complete the pre-qualification process. Your case will be reviewed at once for one of the following:

> Principal and Interest Reduction
> Delinquent Mortgage Payment Assistance
> Foreclosure Suspension

You will not be contacted. This is your only notice to respond.

| For immediate assistance | For Pre Qualification Verification |
|---|---|
| **1-888-593-5196** | www.legalmod.us/dlg |



**NOTICE EXPIRATION DATE: 11/30/2012**

Office Hours: M-F 9:00am - 6:00pm PST
Disponibles en Español representes parlantes



Information was obtained from publicly available record sources. This legal advertisement is provided courtesy of DLG Legal & Brandon Gaines, 17304 Preston Road Suite 800, Dallas, TX. 75252. DLG Legal employs and/or contracts with local attorneys when necessary or when required by law. Rates and terms subject to change without notice. Any expression of potential reduction in principal or payments does not constitute a guarantee of specific results. This product or service has not been endorsed by a government agency and this offer is not being made by any agency of the government. Do not delay, this situation requires swift action.

*See Reverse To Confirm By Fax*

www.advecor.com  ©2012  21951-D1