## **Exhibit F**

**Servicing Notes**

# Loan History

Date Data as-of:  January 31, 2014

| Account Number | Name Primary Borrower | Name Secondary Borrower | Property Address | Mailing Address |
|---|---|---|---|---|
| ▓▓▓ | OTIS L COLLIER | | 3201 MILBURN STREET | 3201 MILBURN STREET |
| | | | HOUSTON | HOUSTON |
| | | | TX | TX |
| | | | 77021 | 77021 |

**Investor Info**
Investor Acct No - Prim ▓▓▓
Investor Number 96351
Investor Name Full RESIDENTIAL FUNDING CORP
Investor Id CA6

**Previous Servicer Info**
Previous Account Number ▓▓▓
Seller Company Name DECISION ONE MORTGAGE COMP LLC

**Loan Info**
Arm Flag Y
Loan Type Conventional
Lien Position 01
Interest Rate 5.500%
Collection Status PO

**Dates**
Int Collected To 04/21/2010
Next Due 05/21/2010
Last Payment 07/22/2010
Last Activity 09/10/2013
Setup Date 08/29/2005
Maturity Date 06/01/2035

**Current Balances**
Principal $0.00
Escrow $0.00
Unapplied $0.00
Buydown $0.00

**Uncollected**
Late Charges $0.00
Interest $0.00
Fees $0.00
Opt $0.00

**Year-To-Date**
Interest $0.00
Taxes $0.00

**Financial**

| Account Number | Trans Added Date | Date Interest Paid Current | Prin Bal after trans | Transaction Description | Transaction Reason Code | Trans Type | Trans Amount | To Principal | To Interest Amt | To Escrow Amt | To Fee Amt | To Unapplied Funds Amt | To Credit Insurance Amt | To Late Charge Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | 09/10/2013 | 04/21/2010 | $0.00 | FEE | 096 | FP | $329.25 | $0.00 | $0.00 | $0.00 | $329.25 | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | FEE | 003 | FWV | ($30.00) | $0.00 | $0.00 | $0.00 | ($30.00) | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | FEE | 011 | FWV | ($226.50) | $0.00 | $0.00 | $0.00 | ($226.50) | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | FEE | 028 | FWV | ($60.00) | $0.00 | $0.00 | $0.00 | ($60.00) | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | FEE | 040 | FWV | ($2,058.90) | $0.00 | $0.00 | $0.00 | ($2,058.90) | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | FEE | 164 | FWV | ($249.00) | $0.00 | $0.00 | $0.00 | ($249.00) | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | Service Release | | SV | $0.00 | $218,095.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,577.96 |
| ▓ | 09/02/2013 | 04/21/2010 | $218,095.00 | Service Release | | SVT | $9,165.43 | $0.00 | $0.00 | $9,524.68 | $0.00 | ($359.25) | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | Unapplied | | UFU | ($359.25) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▓ | 09/02/2013 | 04/21/2010 | $0.00 | Unapplied | | UI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,577.96 |
| ▓ | 08/06/2013 | 04/21/2010 | $0.00 | Comment | | SLC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▓ | 08/05/2013 | 04/21/2010 | $0.00 | FEE | 011 | FE | $11.25 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $0.00 | $0.00 |

## Loan History

| | | | | |
|---|---|---|---|---|
| | | 12/12/2011 | FOR | (GMAC) / Message: Fees and costs | NEW TRAK SYSTEM ID |
| | | 12/12/2011 | FOR | have been submitted for all of the r | NEW TRAK SYSTEM ID |
| | | 12/12/2011 | DM | OB (W) 7137482349 LM FOR WELCOME CALL, DEN OF MODS | MICHAEL WANDERSKI |
| | | 12/12/2011 | DM | DUE TO TEXAS HOME EQUITY ACT, TRY TO REC SS | MICHAEL WANDERSKI |
| | | 12/12/2011 | DM | OPTION-MW X2659 | MICHAEL WANDERSKI |
| | | 12/12/2011 | DM | ACTION/RESULT CD CHANGED FROM OASK TO BRLM | MICHAEL WANDERSKI |
| | CREDT | 12/12/2011 | NT | Ordered Credit Report | TIM WOODRUFF-SCRIPT |
| | | 12/12/2011 | LMT | LMT BPO/APPRAISAL REC ADDED | TIM WOODRUFF |
| | SLREG | 12/12/2011 | NT | Spoc letter mailed via regular mail. | API CSRV |
| | | 12/12/2011 | OL | WDOYLM Acknowledgement Ltr | LORI LITTERER-SCRIPT |
| | TXEQD | 12/12/2011 | NT | TXEQD note present. Account is ineligible for HAMP | LORI LITTERER-SCRIPT |
| | TXEQD | 12/12/2011 | NT | or Traditional modification. | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | 047 New CIT 822 - Send Denial Ltr | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | 046 DONE 12/12/11 BY TLR 12301 | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | TSK TYP 854-CORE CASH FLW P | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | 046 Closing CIT 854. Texas account. Inelig ble for | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | HAMP or Traditional modification due to Loan | LORI LITTERER-SCRIPT |
| | COL09 | 12/12/2011 | CIT | Contract Limitations. | LORI LITTERER-SCRIPT |
| | OWNER | 12/12/2011 | NT | Single Point of Contact ownership.  Michael | API CSRV |
| | OWNER | 12/12/2011 | NT | Wanderski - 19525.  1-877-928-4622 opt 5 Ext | API CSRV |
| | OWNER | 12/12/2011 | NT | 874-5659. | API CSRV |
| | | 12/09/2011 | CBR | FORECLOSURE STARTED | SYSTEM ID |
| | | 12/09/2011 | CBR | DELINQUENT:  180+ DAYS | SYSTEM ID |
| | | 12/09/2011 | FSV | INSP TP F RESULTS RCVD;  ORD DT=11/28/11 | SYSTEM ID |
| | | 12/09/2011 | FOR | 12/09/11 - 09:39 - 12703 | NEW TRAK SYSTEM ID |

Date Data as-of:  January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 12/09/2011 | FOR | A fees and costs request has been | NEW TRAK SYSTEM ID |
| | | 12/09/2011 | FOR | entered for this loan by Sandeep | NEW TRAK SYSTEM ID |
| | | 12/09/2011 | FOR | Yadiyala, good through 1/22/2012 | NEW TRAK SYSTEM ID |
| | 4506T | 12/09/2011 | NT | Fax rcvd: irs transcript Imaged within WOUT PG# | SANDEEP YADIYALA |
| | 4506T | 12/09/2011 | NT | 19. Mhoppe5829 | SANDEEP YADIYALA |
| | LMT | 12/09/2011 | NT | Sent (  Insurance Documents to GMAC Balboa Email | SANDEEP YADIYALA |
| | LMT | 12/09/2011 | NT | Box  ) Imaged within WOUT PG#9. Mhoppe5829 | SANDEEP YADIYALA |
| | | 12/09/2011 | HMP | FINANCIAL INFORMATION COLLECTED FOR HMP | SANDEEP YADIYALA |
| | | 12/09/2011 | HMP | LMT BORR FIN REC ADDED | SANDEEP YADIYALA |

## Loan History

| | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | COL13 | 12/09/2011 | CIT | 046 New CIT#854. Rcvd wout package.See prev notes | SANDEEP YADIYALA |
| | COL13 | 12/09/2011 | CIT | Missing: poi of b1 Imaged as WOUT Mhoppe 5829 | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | Fax Received -Hardship affidavit,Hardship | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | letter,Borrower Financial Stmt,Dodd-Frank | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | form,4506 T,Bank Statement(s) for | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | non-borrower,Single most recent unsigned tax | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | returns Borr,Tax return(s) for non-borrower,W-2 | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | Borr,Paystub(s) for non-borrower,Recent Bank Stmts | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | Borr ,Other ins doc, VA award letter,benefit stmt, | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | prop assessment doc, irs,w2 of Non borr -Mhoppe | SANDEEP YADIYALA |
| | SUFPK | 12/09/2011 | NT | 5829 | SANDEEP YADIYALA |
| | | 12/09/2011 | DM | DFLT REASON 1 CHANGED TO: ILLNESS OF MORTGAGOR | SANDEEP YADIYALA |
| | | 12/09/2011 | DM | DFLT REASON 5 CHANGED TO: PAYMENT ADJUSTMENT | SANDEEP YADIYALA |
| | | 12/09/2011 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO NOTE | SANDEEP YADIYALA |
| | DODDP | 12/09/2011 | NT | Dodd-Frank form received | SANDEEP YADIYALA |
| | DODDP | 12/09/2011 | NT | Imaged as wout pg# 6 Mhoppe 5829 | SANDEEP YADIYALA |
| | | 12/07/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | COL45 | 12/06/2011 | CIT | 045 DONE 12/06/11 BY TLR 20700 | JOSHUA CANTU |
| | COL45 | 12/06/2011 | CIT | TSK TYP 939-HOPE REFERRAL T | JOSHUA CANTU |
| | COL45 | 12/06/2011 | CIT | 045 New cit 939. Loan modification review is | JOSHUA CANTU |
| | COL45 | 12/06/2011 | CIT | recommended. Forwarding workout packet to | JOSHUA CANTU |
| | COL45 | 12/06/2011 | CIT | Financial Package inbox so review can begin. | JOSHUA CANTU |
| | COL45 | 12/06/2011 | CIT | Josh Cantu, GMAC HOPE team, 214 874 6399 | JOSHUA CANTU |
| | | 12/06/2011 | HMP | FINANCIAL INFORMATION COLLECTED FOR HMP | JOSHUA CANTU |
| | | 12/06/2011 | HMP | LMT BORR FIN REC ADDED | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | RFD: Customer states illness of borrower, | JOSHUA CANTU |

Date Data as-of:   January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | LMT | 12/06/2011 | NT | reduction of income, excessive financial | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | obligations, unemployment, business failure, and | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | payment adjustment. | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | josh cantu, gmac hope team, 214 874 6399 | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | Uploaded workout packet received on December 6. | JOSHUA CANTU |
| | LMT | 12/06/2011 | NT | Josh Cantu, GMAC HOPE team, 214 874 6399 | JOSHUA CANTU |
| | HFIA | 12/06/2011 | NT | GMAC HOPE team referral from a face-to-face event. | JOSHUA CANTU |
| | HFIA | 12/06/2011 | NT | Josh Cantu, GMAC HOPE team, 214 874 6399 | JOSHUA CANTU |
| | HOPEO | 12/06/2011 | NT | Josh Cantu, GMAC HOPE team, 214 87 6399 | JOSHUA CANTU |

## Loan History

| | | | | |
|---|---|---|---|---|
| | 09/13/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/13/2011 | DMD | 09/13/11 13:17:53 NO ANSWER | DAVOX INCOMING FILE |
| | 09/09/2011 | FSV | INSP TP F RESULTS RCVD;  ORD DT=08/29/11 | SYSTEM ID |
| | 09/08/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/08/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/08/2011 | DMD | 09/08/11 15:00:20 NO ANSWER | DAVOX INCOMING FILE |
| | 09/07/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | 09/02/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/02/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/02/2011 | DMD | 09/02/11 14:47:40 NO ANSWER | DAVOX INCOMING FILE |
| | 09/01/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/01/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 09/01/2011 | DMD | 09/01/11 20:22:01 NO ANSWER | DAVOX INCOMING FILE |
| | 08/30/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/30/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/30/2011 | DMD | 08/30/11 16:16:42 NO ANSWER | DAVOX INCOMING FILE |
| | 08/29/2011 | FSV | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| | 08/29/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/29/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/29/2011 | DMD | 08/29/11 17:24:45 NO ANSWER | DAVOX INCOMING FILE |
| | 08/25/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/25/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/25/2011 | DMD | 08/25/11 19:40:36 INVALID NUMBER | DAVOX INCOMING FILE |
| | 08/23/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/23/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | 08/23/2011 | DMD | 08/23/11 16:05:26 NO ANSWER | DAVOX INCOMING FILE |
| CREDT | 08/22/2011 | NT | Ordered Credit Report | TIM WOODRUFF |
| | 08/22/2011 | LMT | LMT BPO/APPRAISAL REC ADDED | TIM WOODRUFF |
| | 08/22/2011 | OL | WDOYLM - Package Acknowledgement | LORI LITTERER-SCRIPT |
| | 08/22/2011 | OL | WDOYDENIAL LETTER | LORI LITTERER-SCRIPT |
| NOMOD | 08/22/2011 | NT | TXEQD note present. Account is ineligible for HAMP | LORI LITTERER-SCRIPT |
| NOMOD | 08/22/2011 | NT | or Traditional modification. | LORI LITTERER-SCRIPT |
| COL09 | 08/22/2011 | CIT | 038 DONE 08/22/11 BY TLR 12301 | LORI LITTERER-SCRIPT |
| COL09 | 08/22/2011 | CIT | TSK TYP 854-CORE CASH FLW P | LORI LITTERER-SCRIPT |
| COL09 | 08/22/2011 | CIT | 038 Closing CIT 854. Texas account. Inelig ble for | LORI LITTERER-SCRIPT |

Date Data as-of:  January 31, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|

## Loan History

| Number | Area ID | Date | Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | COL09 | 08/22/2011 | CIT | HAMP or Traditional modification due to Loan | LORI LITTERER-SCRIPT |
| | COL09 | 08/22/2011 | CIT | Contract Limitations. | LORI LITTERER-SCRIPT |
| | | 08/19/2011 | FOR | 08/19/11 - 12:30 - 30088 | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | Fees and costs response: Good | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | Through:10/2/2011 Fees: 850.00 | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | Costs: 504.43 Comment: | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | 08/19/11 - 12:30 - 30088 | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | equested processes. | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | 08/19/11 - 12:30 - 30088 | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | Intercom From: Tracy Donaldson, | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | at-mossp - To: Yunus Nashipudi | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | (GMAC) / Message: Fees and costs | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | have been submitted for all of the r | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | 08/19/11 - 04:35 - 11406 | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | A fees and costs request has been | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | entered for this loan by Yunus | NEW TRAK SYSTEM ID |
| | | 08/19/2011 | FOR | Nashipudi, good through 10/2/2011 | NEW TRAK SYSTEM ID |
| | 4506T | 08/19/2011 | NT | IRS Tax transcript recvd, imaged as TXRS | MANDY HOPPE |
| | 4506T | 08/19/2011 | NT | on 08/18/11 | MANDY HOPPE |
| | | 08/19/2011 | OL | WDOYCUS Authorization Incomplete | SANDEEP YADIYALA |
| | AUTH | 08/19/2011 | NT | Rcvd incomplete auth, individuals name missing. | SANDEEP YADIYALA |
| | AUTH | 08/19/2011 | NT | Imaged AS ARTP On 8/18/11 Mhoppe5829 | SANDEEP YADIYALA |
| | | 08/19/2011 | DM | CONTINU.. | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | DFLT REASON 1 CHANGED TO: PAYMENT ADJUSTMENT | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | ACTION/RESULT CD CHANGED FROM NOTE TO NOTE | YUNUS NASHIPUDI |
| | DODDP | 08/19/2011 | NT | Rcvd Frank dodd ltr imaged within wout page#7 | YUNUS NASHIPUDI |
| | DODDP | 08/19/2011 | NT | Mhoppe5829 | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | **Revised** | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | Fax Received  -Borrower Financial Stmt,Hardship | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | letter,Hardship affidavit,4506 T,Utility | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | Bill,Recent Bank Stmts Borr, Proof of pension | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | borr, Other Frank dd ltr, ltr stats court order, | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | VA  awrd ltr, Benefit stmt, Frm 4506-T nonbrr, | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | -Mhoppe5829 | YUNUS NASHIPUDI |
| | | 08/19/2011 | HMP | FINANCIAL INFORMATION COLLECTED FOR HMP | YUNUS NASHIPUDI |

Date Data as-of:  January 31, 2014

Transaction

## Loan History

| s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 08/19/2011 | HMP | LMT BORR FIN REC ADDED | YUNUS NASHIPUDI |
| | COL13 | 08/19/2011 | CIT | 038 New CIT#854: Rcvd wout package see prev notes | YUNUS NASHIPUDI |
| | COL13 | 08/19/2011 | CIT | Missing: Poi for non borr Imaged as WOUT on | YUNUS NASHIPUDI |
| | COL13 | 08/19/2011 | CIT | 08/18/11 Mhoppe5829 | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | Fax Received  -Borrower Financial Stmt,Hardship | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | letter,Hardship affidavit,2 recent pay stubs | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | Borr,4506 T,Utility Bill,Recent Bank Stmts Borr | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | ,Other Frank dd ltr, ltr stats court order, VA | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | awrd ltr, Benefit stmt, Frm 4506-T nonbrr, | YUNUS NASHIPUDI |
| | SUFPK | 08/19/2011 | NT | -Mhoppe5829 | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | DFLT REASON 1 CHANGED TO: ILLNESS OF MORTGAGOR | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | DFLT REASON 2 CHANGED TO: CURTAILMENT OF INCOME | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | DFLT REASON 3 CHANGED TO: EXCESSIVE OBLIGATIONS | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | DFLT REASON 4 CHANGED TO: BUSINESS FAILURE | YUNUS NASHIPUDI |
| | | 08/19/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO NOTE | YUNUS NASHIPUDI |
| | | 08/17/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/17/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/17/2011 | DMD | 08/17/11 17:11:42 NO ANSWER | DAVOX INCOMING FILE |
| | | 08/15/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/15/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/15/2011 | DMD | 08/15/11 16:19:29 NO ANSWER | DAVOX INCOMING FILE |
| | | 08/12/2011 | CBR | CR BUR RPT STATUS=N;EXPIRE DT =  09/28/11 | SYSTEM ID |
| | | 08/11/2011 | FSV | INSP TP F RESULTS RCVD;   ORD DT=07/29/11 | SYSTEM ID |
| | | 08/11/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/11/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/11/2011 | DMD | 08/11/11 19:48:14 NO ANSWER | DAVOX INCOMING FILE |
| | | 08/09/2011 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 08/02/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/02/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 08/02/2011 | DMD | 08/02/11 20:17:31 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/29/2011 | FSV | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| | | 07/28/2011 | FOR | 07/28/11 - 09:54 - 30088 | NEW TRAK SYSTEM ID |
| | | 07/28/2011 | FOR | User has updated the system for the | NEW TRAK SYSTEM ID |
| | | 07/28/2011 | FOR | following event: Home Equity | NEW TRAK SYSTEM ID |
| | | 07/28/2011 | FOR | Application, completed on 7/28/2011 | NEW TRAK SYSTEM ID |

Date Data as-of:   January 31, 2014

## Loan History

| | | | | | |
|---|---|---|---|---|---|
| | | 04/01/2011 | DM | PAR AS DWNPMT, LIST PROP FOR SS, B STS WLD LK TO | JAMES LEE |
| | | 04/01/2011 | DM | SPK W SUP OR PERSON THAT CAN RESET MORT, ADV B | JAMES LEE |
| | | 04/01/2011 | DM | PMTS DUE WLD HV TO MD ON ACCT TO BRNG ACCT CRNT, | JAMES LEE |
| | | 04/01/2011 | DM | NO DISCNTS WL B OFFRD | JAMES LEE |
| | | 04/01/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | JAMES LEE |
| | | 04/01/2011 | DM | ON PMTS, XFRD CALL TO ESC. | JAMES LEE |
| | | 04/01/2011 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO OAAI | JAMES LEE |
| | COL05 | 04/01/2011 | CIT | 034 new cit 940-b sts was adv cld pay 1737.38 by | JAMES LEE |
| | COL05 | 04/01/2011 | CIT | 05/01 to cnxl br, b also sts was adv to not mk | JAMES LEE |
| | COL05 | 04/01/2011 | CIT | any pmts on acct untl mod docs rcvd, adv b mod | JAMES LEE |
| | COL05 | 04/01/2011 | CIT | denied and gv b par amt, b sts wld l ke to spk | JAMES LEE |
| | COL05 | 04/01/2011 | CIT | w sup or smone tht can reset mort. adv b wld | JAMES LEE |

**Date Data as-of:** January 31, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | COL05 | 04/01/2011 | CIT | need to mk dlq pmts on acct to brng acct crnt. | JAMES LEE |
| | | 03/31/2011 | DMD | 03/31/11 13:24:08 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/31/2011 | DMD | 03/31/11 12:08:55 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/31/2011 | DMD | 03/31/11 12:08:18 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/30/2011 | FSV | INSP TYPE D ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| | | 03/30/2011 | DMD | 03/30/11 13:23:41 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/30/2011 | DMD | 03/30/11 11:50:32 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/30/2011 | DMD | 03/30/11 11:49:40 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/29/2011 | DMD | 03/29/11 15:11:58 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/29/2011 | DMD | 03/29/11 10:11:53 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/29/2011 | DMD | 03/29/11 10:11:16 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/28/2011 | DMD | 03/28/11 12:56:51 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/28/2011 | DMD | 03/28/11 11:18:43 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/28/2011 | DMD | 03/28/11 11:18:06 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/25/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 03/25/2011 | DMD | 03/25/11 08:20:55 INVALID NUMBER | DAVOX INCOMING FILE |
| | | 03/25/2011 | DMD | 03/25/11 08:20:47 INVALID NUMBER | DAVOX INCOMING FILE |
| | | 03/25/2011 | OL | WDOYLM - DENIAL LETTER | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | 033 DONE 03/25/11 BY TLR 18896 | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | TSK TYP 854-CORE CASH FLW P | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | 033 Close CIT#854.   Based on the state law from | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | the Texas constitution in reference to | TIM WOODRUFF |

## Loan History

| | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | COL09 | 03/25/2011 | CIT | extension of credit and your loan origination | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | documents signed at closing, the account | TIM WOODRUFF |
| | COL09 | 03/25/2011 | CIT | cannot be modified. | TIM WOODRUFF |
| | TXEQD | 03/24/2011 | NT | security instrument reviewed, account not elig ble | TINA SIVOLA |
| | TXEQD | 03/24/2011 | NT | for loan modification. | TINA SIVOLA |
| | COL11 | 03/24/2011 | CIT | 033 retarget cit 854 to tller 31283-security | TINA SIVOLA |
| | COL11 | 03/24/2011 | CIT | instrumnet reviewed | TINA SIVOLA |
| | | 03/23/2011 | DMD | 03/23/11 13:51:12 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/23/2011 | DMD | 03/23/11 10:27:33 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/23/2011 | DMD | 03/23/11 10:26:56 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/22/2011 | DM | EARLY IND: SCORE 140 MODEL EI90S | SYSTEM ID |
| | | 03/22/2011 | DMD | 03/22/11 16:10:38 NO ANSWER | DAVOX INCOMING FILE |
| | | 03/22/2011 | DMD | 03/22/11 12:39:11 NO ANSWER | DAVOX INCOMING FILE |

**Date Data as-of:**  January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 03/22/2011 | DMD | 03/22/11 12:38:34 NO ANSWER | DAVOX INCOMING FILE |
| | SUFPK | 03/22/2011 | NT | Rcvd WOP,see prev notes. Missing financials(pg#1,3 | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | form4506T, hardship affidavit, paystubs of b1. | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | Imaged as wout, on 3/22/11, mhoppe5829 | RONAY VIRULA |
| | | 03/22/2011 | HMP | FINANCIAL INFORMATION COLLECTED FOR HMP | RONAY VIRULA |
| | | 03/22/2011 | HMP | LMT BORR FIN REC ADDED | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | Fax Received  -Proof of Unemployment | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | Borr(indicating amount, frequency and | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | duration),Other financials(pg#2), VA benefit ltr | RONAY VIRULA |
| | SUFPK | 03/22/2011 | NT | -mhoppe5829 | RONAY VIRULA |
| | CREDT | 03/22/2011 | NT | Ordered Credit Report | TIM WOODRUFF-SCRIPT |
| | | 03/22/2011 | LMT | LMT BPO/APPRAISAL REC ADDED | TIM WOODRUFF-SCRIPT |
| | COL09 | 03/22/2011 | CIT | 033 Retarget CIT854 to teller 18418, financial | LORI LITTERER |
| | COL09 | 03/22/2011 | CIT | package received and the account needs to be | LORI LITTERER |
| | COL09 | 03/22/2011 | CIT | reviewed for Texas Home Equity Rule. | LORI LITTERER |
| | HMPSC | 03/22/2011 | NT | 2nd notice solicitation sent to borrower via | API CSRV |
| | HMPSC | 03/22/2011 | NT | certified mail # '9171923172001451836048 | API CSRV |
| | | 03/21/2011 | HMP | FINANCIAL INFORMATION COLLECTED FOR HMP | KIM LUSK |
| | | 03/21/2011 | HMP | LMT BORR FIN REC ADDED | KIM LUSK |
| | COL13 | 03/21/2011 | CIT | 033 New CIT#854. Rcvd wout package. See prev note | KIM LUSK |
| | COL13 | 03/21/2011 | CIT | Missing: financial 1st page, signed acknowled | KIM LUSK |

## Loan History

| | Area ID | Date | Type | Transaction Message | User Name |
|---|---|---|---|---|---|
| | HAZ60 | 03/08/2011 | CIT | Thank you | JAI-ELLEN ST. GEORGE |
| | HAZ60 | 03/08/2011 | CIT | J.StGeorge xtn 1351 | JAI-ELLEN ST. GEORGE |
| | | 03/08/2011 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 03/08/2011 | D19 | BREACH OTIS L COLLIER 07010309000033615053 | SYSTEM ID |
| | | 03/08/2011 | D19 | BREACH OTIS L COLLIER | SYSTEM ID |
| | CSH15 | 03/07/2011 | CIT | 031 new cit 193 | ALEJANDRO GONZALEZ |
| | CSH15 | 03/07/2011 | CIT | the pmt for apr was posted. pls proceed with | ALEJANDRO GONZALEZ |
| | CSH15 | 03/07/2011 | CIT | the loan statement correction 2011 (1098), | ALEJANDRO GONZALEZ |
| | CSH15 | 03/07/2011 | CIT | thanks! | ALEJANDRO GONZALEZ |
| | CSH15 | 03/07/2011 | CIT | 029 DONE 03/07/11 BY TLR 31147 | ALEJANDRO GONZALEZ |
| | CSH15 | 03/07/2011 | CIT | TSK TYP 649-PMT URGENT CORR | ALEJANDRO GONZALEZ |
| | MIP05 | 03/07/2011 | CIT | 027 retargeting cit 350 to my teller id# waived | KRISTI MARTICOFF |
| | | 03/07/2011 | OL | WDOYMOD PARTIAL ESC WAIVER | KRISTI MARTICOFF |
| | MIP05 | 03/07/2011 | CIT | 030 New CIT 513 - Please update all ins lines to | KRISTI MARTICOFF |
| | MIP05 | 03/07/2011 | CIT | non-esc. | KRISTI MARTICOFF |
| | | 03/04/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

Date Data as-of:  January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 03/04/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 03/04/2011 | DMD | 03/04/11 10:40:35 RPC NO RESOLUTION | DAVOX INCOMING FILE |
| | COL04 | 03/04/2011 | CIT | 029 opening cit 649 PY please use funds in 1u and | JACI FISHER |
| | COL04 | 03/04/2011 | CIT | post the 4/21/10 payment and backdate to | JACI FISHER |
| | COL04 | 03/04/2011 | CIT | 7/22/10 | JACI FISHER |
| | | 03/04/2011 | DM | B1 DID NOT RETURN PM DOCS CAUSE HIS SPOUSE IS NOT | ERIC GAMBRELL |
| | | 03/04/2011 | DM | WORKING AND HIS INCOME CANNOT SUPPORT NEW PAYMENT | ERIC GAMBRELL |
| | | 03/04/2011 | DM | ADV B1 TO SUBMIT FIN PKG WITH ONLY HIS INCOME, | ERIC GAMBRELL |
| | | 03/04/2011 | DM | RFD: EXCESSIVE OBLIGATIONS--B1 HAD TO PAY FUNERAL | ERIC GAMBRELL |
| | | 03/04/2011 | DM | EXPENSES FOR FAMILY MEMBERS, ADV 1 TO PRINT FIN | ERIC GAMBRELL |
| | | 03/04/2011 | DM | PKG FROM WEBSITE, | ERIC GAMBRELL |
| | | 03/04/2011 | DM | DFLT REASON 1 CHANGED TO: EXCESSIVE OBLIGATIONS | ERIC GAMBRELL |
| | | 03/04/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO BRUN | ERIC GAMBRELL |
| | | 03/04/2011 | DM | PKG GUIDELINES, ADV MM TAD UNAPPL LC CRED | ERIC GAMBRELL |
| | | 03/04/2011 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO OAAI | ERIC GAMBRELL |
| | COL05 | 03/04/2011 | CIT | 028 B1 cld, has access to internet and was | ERIC GAMBRELL |
| | COL05 | 03/04/2011 | CIT | referred to web site for financial package | ERIC GAMBRELL |
| | COL05 | 03/04/2011 | CIT | information. Provided expectations. | ERIC GAMBRELL |
| | REDNT | 03/04/2011 | NT | excessive obligations, b1 had to pay funeral | ERIC GAMBRELL |

story

| | | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 02/02/2011 | DM | SEE CNTL 25. ANDRE P 8970934 | ANDRE PERALTA |
| | | 02/02/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO NOTE | ANDRE PERALTA |
| | COL63 | 02/02/2011 | CIT | 025 FYI to CIT 940  Left message at primary | ANDRE PERALTA |
| | COL63 | 02/02/2011 | CIT | contact number for b1@ 4:23 PM CSTto return | ANDRE PERALTA |
| | COL63 | 02/02/2011 | CIT | call at 1-8008504622 ext 8927048  for callback | ANDRE PERALTA |
| | COL63 | 02/02/2011 | CIT | request. andre p 8970934 | ANDRE PERALTA |
| | | 02/01/2011 | DM | B1 CI VI ADVA HAS BREACH ADV THERE IS APENDING | FRANCIS MISA |
| | | 02/01/2011 | DM | APPLICATION FOR LOAN MOD ,B1 WANTED TO TALK TO A | FRANCIS MISA |
| | | 02/01/2011 | DM | SUP AND DOESNT WANT TO PROVIDE ANY INFO REG | FRANCIS MISA |
| | | 02/01/2011 | DM | CONCERN JUST SAID ONLY A SUP CAN HELP HIM IN HIS | FRANCIS MISA |
| | | 02/01/2011 | DM | CONCERN IN HIS LOAN MOD | FRANCIS MISA |
| | | 02/01/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | FRANCIS MISA |
| | COL66 | 02/01/2011 | CIT | 025 cit 940 b1 wants to talk to a lm sup reg his | FRANCIS MISA |
| | COL66 | 02/01/2011 | CIT | loan mod,dooesnt want to provide any other | FRANCIS MISA |
| | COL66 | 02/01/2011 | CIT | info just said that only a sup can help | FRANCIS MISA |
| | COL66 | 02/01/2011 | CIT | him.thanks.francis m.8975447 | FRANCIS MISA |
| | | 01/24/2011 | DM | EARLY IND: SCORE 161 MODEL EI90S | SYSTEM ID |

Date Data as-of:  January 31, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 01/14/2011 | CBR | DELINQUENT:  180+ DAYS | SYSTEM ID |
| | | 01/12/2011 | DMD | 01/12/11 19:43:08 RPC NO RESOLUTION | DAVOX INCOMING FILE |
| | | 01/12/2011 | DMD | 01/12/11 15:11:32 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/12/2011 | DMD | 01/12/11 15:10:43 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/12/2011 | DM | **B1 SD HE WLD CONTACT HIS TAX PREPARER TO SEE IF | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | HE CAN FILE HIS TAXES ASAP SO HE CAN MAKE THE DOWN | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | PMT, ADV B1 TO CB TO LET US KNOW AND ADV PH# FOR | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | CB. | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | TT B1, ASKED IF HE RCVD PERM MOD DOCS, HE SD HE | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | JUST RCVD THEM THIS WEEK, HE SD HE NOTICED THAT | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | THERE IS A DOWN PMT DUE BY 1/21/11, HE SD BECAUSE | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | HE ALREADY SPENT FUNDS TO PAY BILLS AND HE WILL | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | NOT BE ABLE TO MAKE A DOWN PMT OF $1725.07, HE SD | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | IF HE HAD RCVD EARLIER HE WLD HAVE BEEN ABLE TO | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | KAMESHA THOMAS-CARE |
| | | 01/12/2011 | DM | MAKE THE DOWN PMT, ASKED IF HE HAS ANYONE WHO CLD | KAMESHA THOMAS-CARE |

**story**

| | | | |
|---|---|---|---|
| 01/12/2011 | DM | HELP HIM, HE SD HIS WIFE HAS BEEN OOW FOR 4 MOS | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | AND SHE MAY BE GOING BACK TO WORK NEXT WEEK, HE SD | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | IT WLD TAKE HER ALMOST A MONTH TO GET PAID, ADV | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | CLD NOT GUARANTEE LM WILL STILL BE ABLE TO HONOR | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | LOAN MOD IF HE MAKES THE DOWN PMT 2/21/11, HE SD | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | HE ALSO HAS BEEN HAVING TROUBLE WITH RECEIVING | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | MAIL, HE SD HE TT REP PREVIOUSLY AND HE DID NOT | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | RECEIVE DOCS, HE SD WE SENT IT REG MAIL AND HE | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | JUST RCVD IT, HE SD HE PLANS TO FILE TAXES NEXT | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | WEEK AND HE MAY BE ABLE TO MAKE DOWN PMT WITH | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | THOSE FUNDS, ADV CB WHEN HE KNOWS MORE IF HE WILL | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | ACTION/RESULT CD CHANGED FROM OAAI TO OAAI | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | BE ABLE TO GET FUNDS TO MAKE DOWN PMT TAX REFUND, | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | HE SD HE WNTS LOAN MOD, HE SD HE HAS TO PAY HIS | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | ESSENTIAL BILLS AT THE END OF THIS MONTH. | KAMESHA THOMAS-CARE |
| 01/12/2011 | DM | ACTION/RESULT CD CHANGED FROM BRUN TO OAAI | KAMESHA THOMAS-CARE |
| 01/11/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

**Date Data as-of:** January 31, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 01/11/2011 | DMD | 01/11/11 17:19:26 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/11/2011 | DMD | 01/11/11 17:18:48 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/11/2011 | FSV | INSP TP R RESULTS RCVD;  ORD DT=01/06/11 | BKY COURT ORDER RCVI |
| | | 01/10/2011 | LMT | LMT BPO/APPRAISAL REC ADDED | BKY COURT ORDER RCVI |
| | | 01/07/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 01/07/2011 | DMD | 01/07/11 17:26:53 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/07/2011 | DMD | 01/07/11 17:26:15 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/07/2011 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 01/06/2011 | FSV | INSP TYPE R ORDERED;   REQ CD =1150 | SYSTEM ID |
| | | 01/05/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 01/05/2011 | DMD | 01/05/11 13:32:40 LEFT MESSAGE | DAVOX INCOMING FILE |
| | | 01/05/2011 | DMD | 01/05/11 13:31:50 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/04/2011 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 01/04/2011 | DMD | 01/04/11 16:02:47 NO ANSWER | DAVOX INCOMING FILE |
| | | 01/04/2011 | DMD | 01/04/11 16:02:10 NO ANSWER | DAVOX INCOMING FILE |
| | FEDEX | 12/30/2010 | NT | DOCS SENT USPS, RTN FED EX TRACKING#: 472104384845 | LYNETTA BROWN |

**story**

| | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | MERGE | 12/29/2010 | NT | Mail merged documents are located in | LYNETTA BROWN |
| | MERGE | 12/29/2010 | NT | the 12-29-10 file. | LYNETTA BROWN |
| | | 12/28/2010 | LMT | TASK:1031-LMT-CHANGD FUPDT 01/21/11 | PREM KUMAR JAYARAJ |
| | | 12/28/2010 | LMT | SEND EXEC DOCS    (1040) COMPLETED 12/28/10 | PREM KUMAR JAYARAJ |
| | STOP | 12/28/2010 | NT | Mod docs due by 1/21/2011 | PREM KUMAR JAYARAJ |
| | STOP | 12/28/2010 | NT | with a down payment of $1,725.07 | PREM KUMAR JAYARAJ |
| | STOP | 12/28/2010 | NT | $2045.51 in unapplied bucket 4N | PREM KUMAR JAYARAJ |
| | FIXED | 12/28/2010 | NT | FULLY AMORT'Z | PREM KUMAR JAYARAJ |
| | | 12/28/2010 | FSV | DELINQ INSP HOLD PLACED; REL DT =02/28/11 | PREM KUMAR JAYARAJ |
| | LMT | 12/27/2010 | NT | MOD APPRVD: PM CNTRBTN OF $1,725.07 DUE 1/21/2011; | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | NEW UPB $218,429.03, TTL CPPD $0.00 (INT $0.00 / | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | ESC $0.00), OLD PPTD 04/10, NEW 01/11, OLD RATE | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | 5.5000%, NEW RATE 5.5000%, ORGNL TERM 360, CRRNT | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | TERM 303, MOD TERM 293, MAT DATE 6/21/2035 , OLD | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | PI $1,335.16, NEW PI $1,356.33, OLD PITI | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | $1,686.26, NEW PITI $1,704.15 INC RATIO 0.00% WITH | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | SRPLS OF $0.00; RFD: Curtailment of Income- | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | SUBMITTED BY: Michael Porter APPROVED BY: Michael | API LOSS MITIGATION |
| | LMT | 12/27/2010 | NT | Porter | API LOSS MITIGATION |

Date Data as-of:  January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | FIXED | 12/27/2010 | NT | Fully Am'ing NO Principal Forbearance or Principal | MICHAEL PORTER |
| | FIXED | 12/27/2010 | NT | Forgiveness (Includes steps, if applicable) | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | LMT 2-1 Non-HMP: Perm - Mod Approved Stop Note: | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | Due Date: 01/21/2011; Late charges waived: Down | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | pmt $1,725.07: Apply funds to 4N - send Cit 840 | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | when deposit is received. Forward signed documents | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | to Waterloo Loss Mit. Spread escrow shortage over | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | 60 months if applicable. Closers: No Step Rate | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | used: Reduce Rate: No, Rate kept the same at 5.5%, | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | Amort Date: 06/21/2035: Debt Forbear: 0.00, Debt | MICHAEL PORTER |
| | STOP | 12/27/2010 | NT | Forgive:$10,200.89, CAP amt $0.00, Doc Code: FIXED | MICHAEL PORTER |
| | LMT | 12/27/2010 | NT | Non HMP Permanent Modification Justification | MICHAEL PORTER |
| | LMT | 12/27/2010 | NT | The permanent modification terms are as follows: | MICHAEL PORTER |
| | LMT | 12/27/2010 | NT | ARM converting to FIXED | MICHAEL PORTER |
| | LMT | 12/27/2010 | NT | Loan Amortization: Fully Amortized | MICHAEL PORTER |

## Loan History

| | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 09/17/2010 | DM | NEVER GOT PM DOCS, ADV WILL ESCALATE ACCT, ADV TAT | DARIO MORENO |
| | | 09/17/2010 | DM | DFLT REASON 4 CHANGED TO: EXCESSIVE OBLIGATIONS | DARIO MORENO |
| | | 09/17/2010 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO BRUN | DARIO MORENO |
| | COL03 | 09/17/2010 | CIT | 023 NEW CIT 622- Please review acct, b1 states has | DARIO MORENO |
| | COL03 | 09/17/2010 | CIT | not received PM docs, asp er notes in 07/07/08 | DARIO MORENO |
| | COL03 | 09/17/2010 | CIT | 20312 STOP  NT    LMT 2-1 Permanent | DARIO MORENO |
| | COL03 | 09/17/2010 | CIT | Modification approved. Thanks! | DARIO MORENO |
| | | 09/10/2010 | CBR | DELINQUENT: 120 DAYS | SYSTEM ID |
| | | 09/08/2010 | FSV | INSP TYPE F ORDERED;   REQ CD =AUTO DELQ | SYSTEM ID |
| | | 09/08/2010 | FSV | DELINQ INSP HOLD RELEASED | SYSTEM ID |
| | | 09/07/2010 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 08/23/2010 | DM | EARLY IND: SCORE 233 MODEL EI90S | SYSTEM ID |
| | | 08/13/2010 | CBR | DELINQUENT: 90 DAYS | SYSTEM ID |
| | | 08/09/2010 | D28 | BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | MERGE | 08/04/2010 | NT | Docs sent via US Mail. FedEx Return tracking | CAROL BERNAL |
| | MERGE | 08/04/2010 | NT | #456422691950, for docs merged 7-12-10. | CAROL BERNAL |
| | | 08/02/2010 | D19 | PIN-NOTICE OF TERMINATION OF POLICY | SYSTEM ID |
| | | 07/22/2010 | DM | EARLY IND: SCORE 233 MODEL EI90S | SYSTEM ID |
| | | 07/22/2010 | LMT | LMT BPO/APPRAISAL REC ADDED | DONNA ARGEROS |
| | | 07/21/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 07/21/2010 | DMD | 07/21/10 10:11:00 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/21/2010 | DMD | 07/21/10 10:10:21 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/20/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

**Date Data as-of:**  January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | | 07/20/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 07/20/2010 | DMD | 07/20/10 10:33:47 NO MESSAGE LEFT | DAVOX INCOMING FILE |
| | | 07/19/2010 | FSV | INSP TP R RESULTS RCVD;  ORD DT=07/15/10 | CORY STARR |
| | | 07/16/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 07/16/2010 | DMD | 07/16/10 10:14:02 BUSY | DAVOX INCOMING FILE |
| | | 07/16/2010 | DMD | 07/16/10 10:13:44 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/15/2010 | FSV | INSP TYPE R ORDERED;   REQ CD =1150 | SYSTEM ID |
| | | 07/15/2010 | FSV | INSP TP F RESULTS RCVD;  ORD DT=07/07/10 | SYSTEM ID |
| | | 07/15/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |
| | | 07/15/2010 | DMD | 07/15/10 10:13:06 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/15/2010 | DMD | 07/15/10 10:12:14 NO ANSWER | DAVOX INCOMING FILE |
| | | 07/14/2010 | DMD | 00/00/00 00:00:00 | DAVOX INCOMING FILE |

## Loan History

| | | | | |
|---|---|---|---|---|
| | 08/26/2008 | VEA | ONLINE ESCROW ANALYSIS SENT TO PRINT VENDO | VIJU BABY |
| | 08/26/2008 | FSV | DELINQ INSP HOLD RELEASED | VIJU BABY |

**Date Data as-of:** January 31, 2014

| Transactions Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | ALT03 | 08/26/2008 | CIT | 012 Open CIT#431 new cit 431 trailers loaded per | JILL SCHARES |
| | ALT03 | 08/26/2008 | CIT | script arm parameters per mod docs | JILL SCHARES |
| | | 08/25/2008 | LMT | LN MODIFICATION CMP  (1002) COMPLETED 08/25/08 | SREENI SRESANKAR |
| | LMT | 08/25/2008 | NT | Title bill not required as the Title is grade B. | SREENI SRESANKAR |
| | LMT | 08/25/2008 | NT | Cancelled the recording. Cancellation fee is $200 | SREENI SRESANKAR |
| | LMT | 08/23/2008 | NT | Rcvd copy of title, title is a grade B, | CYNTHIA HAMILTON |
| | LMT | 08/23/2008 | NT | order#4364539. | CYNTHIA HAMILTON |
| | | 08/22/2008 | DM | EARLY IND: SCORE 142 MODEL EI90S | SYSTEM ID |
| | FSV | 08/15/2008 | NT | Loan on HFN 2501 report. Ran script | KIM BERRY |
| | FSV | 08/15/2008 | NT | to order insp if needed. | KIM BERRY |
| | | 08/12/2008 | FSV | INSP TP F RESULTS RCVD;   ORD DT=07/07/08 | SYSTEM ID |
| | LMT | 08/11/2008 | NT | Approved title quote for $2008 alta. | CYNTHIA HAMILTON |
| | | 08/11/2008 | LMT | LMT BPO/APPRAISAL REC ADDED | CHRISTINE PRESTON |
| | | 08/11/2008 | LMT | Cannot final modify until 08/21/08 | JOBY JOSEPH |
| | | 08/11/2008 | LMT | TASK:1002-LMT-CHANGD FUPDT  08/22/08 | JOBY JOSEPH |
| | LMT | 08/11/2008 | NT | still waiting on grade for title  .have not paid | JOBY JOSEPH |
| | LMT | 08/11/2008 | NT | anything yet. | JOBY JOSEPH |
| | | 08/11/2008 | LMT | RECV EXEC DOCS      (1031) COMPLETED 08/11/08 | JOBY JOSEPH |
| | LMT | 08/11/2008 | NT | Recvd signed docs and contribution for the loan | JOBY JOSEPH |
| | LMT | 08/11/2008 | NT | mod .original term is 360. | JOBY JOSEPH |
| | COL07 | 08/11/2008 | CIT | 011 DONE 08/11/08 BY TLR 15964 | JOBY JOSEPH |
| | COL07 | 08/11/2008 | CIT | TSK TYP 840-FUNDS RECEIVED | JOBY JOSEPH |
| | | 08/08/2008 | CBR | DELINQUENT:  180+ DAYS | SYSTEM ID |
| | CSH05 | 08/08/2008 | CIT | 011 New cit 840 - recvd 1500.00 on 08/07/08 & | OTIS MCLEAN |
| | CSH05 | 08/08/2008 | CIT | posted to 4N | OTIS MCLEAN |
| | LMT | 08/07/2008 | NT | *** Recd signed docs, but still need money. *** | JOHN RUSH |
| | | 08/07/2008 | D28 |      BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 08/06/2008 | DM | TT B1 VI CI INQ ON MAKING PYMNT ADV NEEDED TO BE | MONTRICIA RONEY |
| | | 08/06/2008 | DM | CERT FUNDS STATED HE HAS MADE LASTS 2 PYMNTS BY | MONTRICIA RONEY |
| | | 08/06/2008 | DM | PHONE ADV CANNOT PYMNT CERT FUNDS ONLY.MFR6338 | MONTRICIA RONEY |
| | | 08/06/2008 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC | MONTRICIA RONEY |
| | CSH | 08/06/2008 | NT | b1 cld for pbp, xfrd to lossmit //srila l.83000 | KIMBERLY GALINDEZ |

## Loan History

| | | | | |
|---|---|---|---|---|
| | 08/06/2008 | DM | TT B1 CLD TO MAKE A PYMT ADV CERT FUNDS REQD | MAVIS MANGA |
| | 08/06/2008 | DM | ACTION/RESULT CD CHANGED FROM LMDC TO LMDC | MAVIS MANGA |
| | 08/01/2008 | FSV | INSP TP R RESULTS RCVD;  ORD DT=07/30/08 | ADAM BJORKLUND |

Date Data as-of:  January 31, 2014

| Transaction s Account Number | Area ID | Trans Added Date | Trans Type | Transaction Message | Trans User Name |
|---|---|---|---|---|---|
| | COL | 08/01/2008 | NT | BPO VALUE RECEIVED FROM E-MORTGAGE LOGIC | ADAM BJORKLUND |
| | | 07/30/2008 | FSV | INSP TYPE R ORDERED;    REQ CD =1150 | ADAM BJORKLUND |
| | FSV | 07/25/2008 | NT | Placed inspection hold on loan thru | KIM BERRY |
| | FSV | 07/25/2008 | NT | 09 23 per request from Kim Murphy. | KIM BERRY |
| | | 07/23/2008 | FSV | DELINQ INSP HOLD PLACED; REL DT =09/23/08 | API CSRV |
| | | 07/22/2008 | DM | EARLY IND: SCORE 174 MODEL EI90S | SYSTEM ID |
| | | 07/21/2008 | FSV | DELINQ INSP HOLD PLACED; REL DT =09/21/08 | MANDY RENFROW |
| | | 07/21/2008 | LMT | TASK:1031-LMT-CHANGD FUPDT  08/15/08 | MANDY RENFROW |
| | | 07/21/2008 | LMT | SEND EXEC DOCS     (1040) COMPLETED 07/21/08 | MANDY RENFROW |
| | COL10 | 07/21/2008 | CIT | 010 DONE 07/21/08 BY TLR 23661 | MANDY RENFROW |
| | COL10 | 07/21/2008 | CIT | TSK TYP 973-AUDIT MOD DOC | MANDY RENFROW |
| | COL10 | 07/21/2008 | CIT | 010 DOCS AUDITED & SENT TO THE VENDOR | MANDY RENFROW |
| | | 07/18/2008 | CBR | DELINQUENT:  180+ DAYS | SYSTEM ID |
| | LMT | 07/11/2008 | NT | docs audited | MICHAEL CAPUTO |
| | LMT | 07/09/2008 | NT | alta endorsement order title #4364539 | STACY SULLIVAN |
| | COL06 | 07/09/2008 | CIT | 010 new cit 973 - Documents are ready in FIS | STACY SULLIVAN |
| | COL06 | 07/09/2008 | CIT | Desktop to be audited | STACY SULLIVAN |
| | | 07/08/2008 | D28 | FORCED BILLING STATEMENT FROM REPORT R628 | SYSTEM ID |
| | | 07/08/2008 | D19 | BREACH OTIS L COLLIER 07008114000016604752 | SYSTEM ID |
| | | 07/08/2008 | D19 | BREACH OTIS L COLLIER | SYSTEM ID |
| | | 07/07/2008 | FSV | INSP TYPE F ORDERED;    REQ CD =AUTO DELQ | SYSTEM ID |
| | LMT | 07/07/2008 | NT | MOD APPRVD: PM CNTRBTN OF $1,500.00 DUE 8/8/2008; | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | NEW UPB $224,493.76, TTL CPPD $24,973.57 (INT | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | $20,748.69 / ESC $2,291.26), OLD PPTD 09/07, NEW | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | 08/08, OLD RATE 10.0400%, NEW RATE 5.5000%, ORGNL | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | TERM 360, CRRNT TERM 334, MOD TERM 322, MAT DATE | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | 6/21/2035 , OLD PI $1,779.39, NEW PI $1,335.16, | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | OLD PITI $1,779.39, NEW PITI $1,550.78 INC RATIO | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | 0.00% WITH SRPLS OF $0.00; RFD: - SUBMITTED BY: | API LOSS MITIGATION |
| | LMT | 07/07/2008 | NT | Josh Yaklin APPROVED BY: Josh Yaklin | API LOSS MITIGATION |
| | STOP | 07/07/2008 | NT | LMT 2-1 Permanent Modification approved, $1500 due | JOSHUA YAKLIN |
| | STOP | 07/07/2008 | NT | back by 08/08/08 . Apply funds to 4N and send CIT | JOSHUA YAKLIN |