# Exhibit M

## August 22, 2011 Denial Letter

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780


08/22/11

OTIS L COLLIER

3201 MILBURN STREET

HOUSTON        TX 77021



RE:    Account Number           ▮
       Property Address         3201 MILBURN STREET

                                HOUSTON        TX 77021

Dear    OTIS L COLLIER


We recently received your request for a Loan Modification. We are not able to fulfill your request at this time for the following reason(s):

[ ] The financial information you provided shows you do not have sufficient income to support a loan modification. We recommend you consider selling your property. If the value of your property is not enough to pay off your mortgage, please contact our office when an offer is received so we can explore other options.

[ ] The financial information you provided shows you have sufficient income to make your current mortgage payments. Therefore, we are not able to modify your loan at this time.

[ ] The financial information you provided shows you do not have sufficient income to support all of your monthly expenses, but some of these expenses can be reduced. You need to contact your other creditors about lowering your monthly payments with them before we can consider modifying your loan.

[ ] We requested additional information from you that has not been received. As a result, we are not able to continue our review of your request at this time.

[ ] We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan as you have requested.


(Continued on next page)

08/22/11
Account Number: ███
Page Two

    [ ] The payment received was not for the correct amount as specified in the agreement we sent you.

    [ ] We have not received the payment that was due as specified in the agreement.

    [ ] We have not received a properly signed and executed agreement from you.

    [ ] You did not meet the requirement(s) of the Home Affordable Unemployment Program.

    [ ] We have not been able to resolve outstanding title issues in order to meet recording requirements.

    [X] Mod ineligible due to Loan Contract limitations.

    [ ]

At this time, you may want to seek advice regarding your next step. We suggest you call 1.800.CALL.FHA (1.800.225.5342) to locate a HUD-certified housing counseling agency. You may also want to call 1.888.995.HOPE (1.888.995.4673) to request assistance from a HUD- approved housing counselor.

We will continue to work with you to explore options that may be available. If you have any questions, please call our office at 877-928-4622 between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Modification Department
Loan Servicing

Please Note:
This is an attempt to collect on a debt and any information obtained will be used for that purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in an open bankruptcy case or if you have been discharged of your personal liability for repayment of this debt; this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Furthermore, any action that we may take is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan.

08/22/11
Account Number: ████
Page Three

**Residents of North Carolina: If you believe your request has been wrongly denied, you can file a complaint with the North Carolina Office of the Commissioner of Banks at www.nccob.gov.**

**Residents of New York: If you believe your request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-226-5697 or www.banking.state.ny.us.**

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have the right to a free copy of your report from the reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: Equifax Information Services LLC,
Address: P.O. Box 740241, Atlanta, GA 30374-0241
Phone: 800-685-1111    Web: www.equifax.com

*If you have any questions regarding this notice, you should contact:*
Creditor's name: GMAC Mortgage, LLC

Creditor's address: PO Box 780
Waterloo IA 50704-0780
Creditor's telephone number: 800-766-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

5:90