UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | Case No.:  12-12020-MG |
| | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, JEFFREY B. LOEB, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent CitiMortgage, Inc., Iraide Peruchi, and Matthew and Alexis Freitas, interested parties in the above-referenced case.

I certify that I am a member in good standing of the bar in the Commonwealth of Massachusetts (BBO# 546916) and the bar of the U.S. District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the United States Tax Court.

I have arranged for local counsel to submit the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  Boston, Massachusetts
        March 6, 2015

                                                                                            /s/ Jeffrey B. Loeb
                                                                    Jeffrey B. Loeb, Esq.
                                                                    RICH MAY, P.C.
                                                                    76 Federal Street
                                                                    Boston, MA 02110-2223
                                                                    (617) 556-3800
                                                                    jloeb@richmaylaw.com