UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE:                                                    Chapter 11

      RESIDENTIAL CAPITAL, LLC, et al.        Case No.:  12-12020-MG

                                              (Jointly Administered)

                     Debtor.
----------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of JEFFREY B. LOEB, to be admitted, *pro hac vice*, to represent CitiMortgage, Inc., Iraide Peruchi, and Matthew and Alexis Freitas, interested parties in the above-referenced case before the Honorable Martin Glenn, and upon movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the United States Tax Court, it is hereby

ORDERED, that Jeffrey B. Loeb, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
      March __, 2015


          ____/s/_____
          UNITED STATES BANKRUPTCY JUDGE