**EXHIBIT "A"**

**CITIMORTGAGE, INC., IRAIDE PERUCHI, AND MATTHEW AND ALEXIS FREITAS'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDER ESTABLISHING PROCEDURES ENFORCING INJUNCTIVE PROVISIONS OF PLAN**


Bk: 43095 Pg: 52   Doc: FDD
Page: 1 of 4   02/13/2008 11:02 AM


Attested hereto
Francis M. Roache
Register of Deeds

## MASSACHUSETTS FORECLOSURE DEED BY CORPORATION

GMAC Mortgage, LLC, a Limited Liability Company duly established under the laws of the State of Delaware and having its usual place of business at 1100 Virginia Drive, P.O. Box 8300, Fort Washington, PA 19034 the current holder by assignment of a mortgage from   Richard J.J. Manchester to    Mortgage Electronic Registration Systems, Inc. dated    October 1, 2004 and recorded with the Suffolk County Registry of Deeds at Book 35650, Page 211, by the power conferred by said mortgage and every other power for TWO HUNDRED THREE THOUSAND AND 00/100 ($203,000.00) DOLLARS paid, grants to Federal National Mortgage Association, 1900 Market Street, Suite 800, Philadelphia, PA  19103-0012 , the premises conveyed by said mortgage.

The grantee is exempt from paying the Massachusetts state excise stamp tax by virtue of 12 United States Code §1452, §1723a, or §1825.

   WITNESS  the execution and the corporate seal of said corporation this   23   day of  January, 2008.

GMAC Mortgage, LLC, by Harmon Law Offices, P.C. under Limited Power of Attorney*

By: _____
Thomas J. Walsh Attorney in Fact*

*For signatory authority, please see Limited Power of Attorney recorded with the Suffolk County Registry of Deeds at Book 42124, Page 52.

### Commonwealth of Massachusetts

Middlesex, ss.                                      January 23, 2008

On this 23 day of January 2008, before me, the undersigned notary public, personally appeared Thomas J. Walsh, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as  Attorney in Fact*
for____GMAC Mortgage, LLC, by Harmon Law Offices, P.C. under Limited Power of Attorney*)

_____ (Affix Seal)
Notary Signature
My commission expires: 2-14-14

Property Address: 302 South Street, Unit 2, 302 South Street, Condominium, Jamaica Plain (Boston), MA 02130

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969
Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

Harmon Law Offices, P.C.
PO Box 610389
NEWTON HIGHLANDS, MA 02461-0389

200703-1428                           FCL                              /Foreclosure Deed MA/Manchester, Richard

## AFFIDAVIT

I, Thomas J. Walsh, Attorney in Fact* of GMAC Mortgage, LLC make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that GMAC Mortgage, LLC caused to be published on December 26, 2007, January 2, 2008 and January 9, 2008 in the Boston Herald, a newspaper published or by its title page purporting to be published in Boston and having a circulation therein, a notice of which the following is a true copy, (See attached Exhibit A)

I also complied with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, by mailing the required notices certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed GMAC Mortgage, LLC sold the mortgaged premises at public auction by Ed Sweeney, a duly licensed auctioneer, to GMAC Mortgage, LLC for TWO HUNDRED THREE THOUSAND AND 00/100 ($203,000.00) DOLLARS bid by GMAC Mortgage, LLC, being the highest bid made therefor at said auction. Said bid was then assigned by GMAC Mortgage, LLC to Federal National Mortgage Association, as evidenced by assignment of bid to be recorded herewith as Exhibit 'B'.

GMAC Mortgage, LLC by Harmon Law Offices, P.C. under Limited Power of Attorney*

By: _____
Thomas J. Walsh Attorney in Fact*

*For signatory authority, please see Limited Power of Attorney recorded with the Suffolk County Registry of Deeds at Book 42124, Page 52.

**Commonwealth of Massachusetts**

200703-1428                    FCL                /Affidavit MA/Manchester, Richard

Middlesex, ss.                                                                                    January 23, 2008

On this 23 day of January 2008, before me, the undersigned notary public, personally appeared Thomas J. Walsh, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as  Attorney in Fact*

for____GMAC Mortgage, LLC by Harmon Law Offices, P.C. under Limited Power of Attorney*)

___Jessica L. Podhulski___ (Affix Seal)
Notary Signature

My commission expires: 2-14-14

# EXHIBIT A



Bk: 43095 Pg: 56    Doc: AST
Page: 1 of 1    02/13/2008 11:02 AM



Attested hereto
Francis M. Roache
Register of Deeds

## EXHIBIT "B"

### ASSIGNMENT OF BID

Newton, MA                                                           February      , 2008

Middlesex, ss.

For good and valuable consideration, I, Andrew S. Harmon, Attorney in Fact* of GMAC Mortgage, LLC, hereby assign GMAC Mortgage, LLC's bid and all of its right, title and interest in and to and under a Memorandum of Sale of Real Property by Auctioneer, dated January 17, 2008 in connection with premises situated at 302 South Street, Unit 2, 302 South Street Condominium, Jamaica Plain (Boston), MA 02130 which is the subject of a mortgage given by Richard J.J. Manchester to Mortgage Electronic Registration Systems, Inc. dated October 1, 2004 and recorded with Suffolk County Registry of Deeds in Book 35650, Page 211 to:

Federal National Mortgage Association
1900 Market Street, Suite 800, Philadelphia, PA  19103-0012

This Assignment is made without recourse, and subject to all terms and conditions contained in the said Memorandum of Sale, and Additional Terms, and Notices of Mortgagee's Sale of Real Estate.

By:    GMAC Mortgage, LLC by Harmon Law Offices, P.C.
       under Limited Power of Attorney*

       _____
       Andrew S. Harmon Attorney in Fact*

*For signatory authority, please see Limited Power of Attorney recorded with the Suffolk County Registry of Deeds at Book 42124, Page 52.

Commonwealth of Massachusetts

Middlesex, SS.                                                       February  11 , 2008

On this  11  day of February 2008, before me, the undersigned notary public, personally appeared Andrew S. Harmon, proved to me through satisfactory evidence of identification, which were _____ personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as  Attorney in Fact*
for     GMAC Mortgage, LLC by Harmon Law Offices, P.C. under Limited Power of Attorney*)

_____ (Affix Seal)
Notary Signature
My commission expires:  2-14-14

200703-1428

200703-1428                         FCL

Harmon Law Offices, P.C.
PO Box 610389
NEWTON HIGHLANDS, MA 02461-0389

/Assignment of Bid/Manchester, Richard

## MASSACHUSETTS FORECLOSURE DEED BY CORPORATION

GMAC Mortgage, LLC

a corporation duly established under the laws of the United States of America and having its usual place of business at 500 Enterprise Road, Suite 150, Horsham, PA 19044-0969

the current holder by assignment of a mortgage

from   Marco Miranda

to    Mortgage Electronic Registration Systems, Inc.


Bk: 50568 Pg: 37  Doc: FD
Page: 1 of 4   01/08/2008 08:45 AM

dated    March 1, 2004 and recorded with the Middlesex County (Southern District) Registry of Deeds at Book 42202, Page 421

, by the power conferred by said mortgage and every other power for TWO HUNDRED FIFTY-FIVE THOUSAND NINE HUNDRED EIGHTY-SIX AND 27/100 ($255,986.27) DOLLARS

paid, grants to Federal Home Loan Mortgage Corporation, 8250 Jones Branch Drive, Mailstop A62, McLean, VA 22102, the premises conveyed by said mortgage.

The grantee is exempt from paying the Massachusetts state excise stamp tax by virtue of 12 United States Code §1452, §1723a, or §1825.

WITNESS the execution and the corporate seal of said corporation this  27  day of November, 2007.

GMAC Mortgage, LLC,

By: _____
Thomas J. Walsh of Harmon Law Offices, PC,
as Attorney in Fact*

*For signatory authority, please see limited power of attorney recorded with Middlesex County (Southern District) Registry of Deeds at Book 48396, Page 40.

**Commonwealth of Massachusetts**

Middlesex, ss.                                                                November  27, 2007

On this  27  day of  November  2007, before me, the undersigned notary public, personally appeared Thomas J. Walsh, proved to me through satisfactory evidence of identification, which were  personal knowledge , to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as  of Harmon Law Offices, PC, as Attorney in Fact*

for___GMAC Mortgage, LLC,_____)

_____ (Affix Seal)
Notary Signature
My commission expires: __4/11/14__


NICOLE L. COUTO
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 04/11/2014

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

HARMON LAW OFFICES, P.C.
P.O. BOX 610389
NEWTON HIGHLANDS, MA  02461-0389

200706-0525                  FCL

Property Address: 29 Wilson Avenue, Framingham, MA 01702

## AFFIDAVIT

I, Thomas J. Walsh, of Harmon Law Offices, PC, as Attorney in Fact* for GMAC Mortgage, LLC make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that GMAC Mortgage, LLC caused to be published on August 1, 2007, August 8, 2007 and August 15, 2007 in the MetroWest Daily News, a newspaper published or by its title page purporting to be published in Needham, there being no newspaper published in Framingham and the MetroWest Daily News having a general circulation in Framingham, a notice of which the following is a true copy, (See attached Exhibit A)

I also complied with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, by mailing the required notices certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed GMAC Mortgage, LLC sold the mortgaged premises at public auction by Steven Calheta, a duly licensed auctioneer, to GMAC Mortgage, LLC for TWO HUNDRED FIFTY-FIVE THOUSAND NINE HUNDRED EIGHTY-SIX AND 27/100 ($255,986.27) DOLLARS bid by GMAC Mortgage, LLC, being the highest bid made therefor at said auction. Said bid was then assigned by GMAC Mortgage, LLC to Federal Home Loan Mortgage Corporation, as evidenced by assignment of bid to be recorded herewith as Exhibit 'B'.

GMAC Mortgage, LLC

By: _____
Thomas J. Walsh of Harmon Law Offices, PC, as Attorney in Fact*

*For signatory authority, please see limited power of attorney recorded with Middlesex County (Southern District) Registry of Deeds at Book 48396, Page 40.

### Commonwealth of Massachusetts

Middlesex, ss.                                                November 20, 2007

On this 27 day of __November__ 2007, before me, the undersigned notary public, personally appeared __Thomas J. Walsh__, proved to me through satisfactory evidence of identification, which were __personal knowledge__, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as __of Harmon Law Offices, PC, as Attorney in Fact*__

for __GMAC Mortgage, LLC__ )

_____ (Affix Seal)
Notary Signature

My commission expires: __4/11/14__

NICOLE L. COUTO
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 04/11/2014

# EXHIBIT A

**29 WILSON AVENUE & 36 VICTORY ROAD**
**LEGAL NOTICE**
**NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Marco Miranda to Mortgage Electronic Registration Systems, Inc., dated March 1, 2004 and recorded with the Middlesex County (Southern District) Registry of Deeds at Book 42202, Page 421, of which mortgage GMAC Mortgage, LLC is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 12:00 p.m. on August 23, 2007, on the mortgaged premises located at 29 Wilson Avenue and 36 Victory Road, Framingham, Middlesex County, Massachusetts, all and singular the premises described in said mortgage.

TO WIT:

The land in Framingham, Middlesex County, Massachusetts, with the buildings thereon, consisting of two parcels, bounded and described as follows:

PARCEL I: The land in said Framingham, with the buildings thereon, bounded and described as follows:

NORTHEASTERLY by William Avenue described on the Plan hereinafter referred to as President Avenue, there measuring 50 feet;

SOUTHEASTERLY by Lot 76 as shown on said Plan, there measuring 115.5 feet;

SOUTHWESTERLY by land of Owners unknown, there measuring 50 feet; and

NORTHERLY by Lot 74 as shown on said Plan, there measuring 112.8 feet.

The granted premises are shown as Lot numbered 75 on "Plan on Victory Park, Framingham, Mass.", recorded with Middlesex South District Registry of Deeds in Book of Plans 285, Plan 19.

PARCEL II: Land located on the northerly side of Victory Street in said Framingham being shown as Lot 38 on Plan entitled "Plan of Lots Owned by Charles A. Saucier, Framingham, Mass., Scale 1" = 50', June, 1923 Hulme Engineering Service, Framingham, Mass.", which Plan is recorded with said Deeds in Book of Plans, Plan 39.

Victory Street, a public way in the Town of Framingham, is shown as proposed Street D on said Plan.

Prior deeds incorrectly refer to Lot 38 as being recorded in Book of Plans 360, Plan 15. The correct reference is Book of Plans 360, Plan 39.

For title see deed recorded at Book 40523 Page 197.

For mortgagors' title see deed recorded with Middlesex County (Southern District) Registry of Deeds in Book 40523, Page 197.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of Five Thousand ($5,000.00) Dollars by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Harmon Law Offices, P.C., 150 California Street, Newton, Massachusetts 02458, or by mail to P.O. Box 610389, Newton Highlands, Massachusetts 02461-0389, within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording upon receipt in full of the purchase price. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

Other terms, if any, to be announced at the sale.

GMAC MORTGAGE, LLC
Present holder of said mortgage

By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500
200706-0525-BLU

AD#11400705
MWDN 8/1, 8/8, 8/15/07

EXHIBIT "B"

ASSIGNMENT OF BID

Newton, MA                                                                 November    , 2007

Middlesex, ss.

For good and valuable consideration, I, Thomas J. Walsh of Harmon Law Offices, PC, as Attorney in Fact* for GMAC Mortgage, LLC, hereby assign GMAC Mortgage, LLC's bid and all of its right, title and interest in and to and under a Memorandum of Sale of Real Property by Auctioneer, dated August 23, 2007 in connection with premises situated at 29 Wilson Avenue, Framingham, MA 01702 which is the subject of a mortgage given by Marco Miranda to Mortgage Electronic Registration Systems, Inc. dated March 1, 2004 and recorded with Middlesex County (Southern District) Registry of Deeds in Book 42202, Page 421 to:

   Federal Home Loan Mortgage Corporation
   8250 Jones Branch Drive, Mailstop A62, McLean, VA 22102

This Assignment is made without recourse, and subject to all terms and conditions contained in the said Memorandum of Sale, and Additional Terms, and Notices of Mortgagee's Sale of Real Estate.

By: GMAC Mortgage, LLC
_____
Thomas J. Walsh of Harmon Law Offices, PC, as Attorney in Fact*

*For signatory authority, please see limited power of attorney recorded with Middlesex County (Southern District) Registry of Deeds at Book 48396, Page 40.

Commonwealth of Massachusetts

Middlesex, SS.                                                           November  27, 2007

On this 27 day of __November__ 2007, before me, the undersigned notary public, personally appeared __Thomas J. Walsh__, proved to me through satisfactory evidence of identification, which were __personal knowledge__, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as __of Harmon Law Offices, PC, as Attorney in Fact*__

for __GMAC Mortgage, LLC__)

_____ (Affix Seal)
Notary Signature

My commission expires: __4/11/14__

NICOLE L. COUTO
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 04/11/2014

Attest Middlesex S. Register   200706-0525

44

200706-0525                FCL
                                    /Assignment of Bid/Miranda, Marco

## MASSACHUSETTS FORECLOSURE DEED BY CORPORATION

BK 17260 PG 27
01/15/08 09:22 1534
PAGE 1 OF 3

GMAC Mortgage, LLC

a corporation duly established under the laws of the State of Delaware and having its usual place of business at 1100 Virginia Drive, P.O. Box 8300, Fort Washington, PA 19034

the current holder by assignment of a mortgage

from    Gregory Tetreault

to    Mortgage Electronic Registration Systems, Inc.

dated    December 10, 2004 and recorded with the Bristol County (Northern District) Registry of Deeds at Book 14350, Page 259

, by the power conferred by said mortgage and every other power for TWO HUNDRED FORTY-THREE THOUSAND ONE HUNDRED AND 00/100 ($243,100.00) DOLLARS

paid, grants to David R. Araujo and Vanessa Araujo of 325 Greenwood Avenue, Seekonk, MA 02771, to hold as tenants by the entirety as husband and wife the premises conveyed by said mortgage.

WITNESS the execution and the corporate seal of said corporation this 20th day of November, 2007.

GMAC Mortgage, LLC

By: _____
Thomas J. Walsh of Harmon Law Offices, PC, as
Attorney in Fact*

*For signatory authority, please see Limited Power of Attorney recorded in the Bristol County (Northern District) Registry of Deeds at Book 16945, Page 250.

Property Address: 43 Sanders Avenue, Seekonk, MA 02771

### Commonwealth of Massachusetts

Middlesex, ss.    November 20, 2007

On this 20 day of November, 2007, before me, the undersigned notary public, personally appeared Thomas J. Walsh, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as Harmon Law Offices, PC, as Attorney in Fact*

for GMAC Mortgage, LLC )

Notary Signature
My commission expires: 2/14/2014

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor. If not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

200705-0556        FCI.

/Foreclosure Deed MA/Tetreault, Gregory

## AFFIDAVIT

I, Thomas J. Walsh, of Harmon Law Offices, PC, as Attorney in Fact*
of GMAC Mortgage, LLC make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that GMAC Mortgage, LLC caused to be published on August 8, 2007, August 15, 2007 and August 22, 2007 in the Sun Chronicle, a newspaper published or by its title page purporting to be published in Attleboro, there being no newspaper published in Seekonk and the Sun Chronicle having a circulation therein, a notice of which the following is a true copy, (See attached Exhibit A)

I also complied with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, by mailing the required notices certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed the sale was postponed by public proclamation to September 21, 2007 at 2:00 p.m., upon the mortgaged premises, at which time and place upon the mortgaged premises, the sale was postponed by public proclamation to October 5, 2007 at 2:00 p.m., upon the mortgaged premises, at which time and place upon the mortgaged premises, GMAC Mortgage, LLC sold the mortgaged premises at public auction by Charles F. Cawley, a duly licensed auctioneer, to David R. Araujo, 325 Greenwood Avenue, Seekonk, MA 02771 above named for TWO HUNDRED FORTY-THREE THOUSAND ONE HUNDRED AND 00/100 ($243,100.00) DOLLARS bid by David R. Araujo, 325 Greenwood Avenue, Seekonk, MA 02771 being the highest bid made therefor at said auction. Said bid was then assigned by David R. Araujo to David R. Araujo and Vanessa Araujo, 325 Greenwood Avenue, Seekonk, MA 02771.

GMAC Mortgage, LLC
By: _____
Thomas J. Walsh of Harmon Law Offices, PC, as Attorney in Fact*

*For signatory authority, please see Limited Power of Attorney recorded in the Bristol County (Northern District) Registry of Deeds at Book 16945, Page 250.

**Commonwealth of Massachusetts**

Middlesex, ss.                                                                           November 20, 2007

On this 20 day of November 2007, before me, the undersigned notary public, personally appeared Thomas J. Walsh _____, proved to me through satisfactory evidence of identification, which were ___personal knowledge___, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as _Harmon Law Offices, PC, as Attorney in Fact*_

for ___GMAC Mortgage, LLC___ )

_Jessica L. Podkulski_ (Affix Seal)
Notary Signature
My commission expires: __2-14-2014__

[Notary Seal: JESSICA L. PODKULSKI, MY COMMISSION EXPIRES FEB. 14, 2014, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

# EXHIBIT A

[Newspaper clipping: 200705-0556/Tetreault NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE. By virtue and in execution of the Power of Sale contained in a certain mortgage given by Gregory Tetreault to Mortgage Electronic Registration Systems, Inc. dated December 10, 2004 and recorded with the Bristol County (Northern District) Registry of Deeds at Book 14350, Page 259, of which mortgage GMAC Mortgage, LLC is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 2:00 p.m. on August 30, 2007, on the mortgaged premises located at 43 Sanders Avenue, Seekonk, Bristol County, Massachusetts, all and singular the premises described in said mortgage, TO WIT: That certain lot or land, together with all the buildings and other improvements thereon, situated on the ... covenants, liens of claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens, or existing encumbrances of record, which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed. TERMS OF SALE: A deposit of Five Thousand ($5,000.00) Dollars by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Harmon Law Offices, P.C., 150 California Street, Newton, Massachusetts 02458, or by mail to P.O. Box 610389, Newton Highlands, Massachusetts 02461-0389, within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording...]

southwesterly 5.06' by Sanders Avenue, in the Town of Seekonk, Bristol County, Commonwealth of Massachusetts, laid out and designated as Lot No. 21 (twenty-one) on that plat entitled, "LINDBERG PLAT NO. 3 SEEKONK MASS. BELONGING TO IDA LINDBERG MADE IN CONJUNCTION WITH LINDBERG PLATS #1 & #2 BY DONALD R. CARR NOV. 1951 SCALE 50'=1'", which said plat is recorded with the Bristol County Northern District Registry of Deeds in said Commonwealth of Massachusetts in Plan Book 52 at Page 21.

For mortgagor's(s') title see deed recorded with Bristol County (Northern District) Registry of Deeds in Book 10298, Page 306.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements,

purchaser set recording upon receipt of full of the purchased price. The description of the premises contained in said mortgage shall control in the event of an error in this publication. Other terms, if any, to be announced at the sale.

GMAC MORTGAGE, LLC
Present holder of said mortgage
By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500
200705-0556 - ORE
8/8, 8/15, 8/22