**EXHIBIT "B"**

**CITIMORTGAGE, INC., IRAIDE PERUCHI, AND MATTHEW AND ALEXIS FREITAS'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDER ESTABLISHING PROCEDURES ENFORCING INJUNCTIVE PROVISIONS OF PLAN**

Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
617 456 8000 main  617 456 8100 fax
PrinceLobel.com

# ▶ PRINCE LOBEL

May 31, 2013

Via Email and First Class Mail

Jeffrey B. Loeb, Esq.
David Glod, Esq.
Rich May
176 Federal Street, 6th Floor
Boston, MA 02110

Re: CitiMortgage, Inc., v. Richard J.J. Manchester, GMAC Mortgage, LLC, RBS Citizens, N.A., and Jami A. Rodger
Civil Action No. SUCV2012-03708-G

Dear Counsel:

Enclosed for service upon you in the above matter is GMAC Mortgage, LLC's Response to Plaintiff's First Request for Production of Documents.

Very truly yours,

Amy B. Hackett

ABH:vad
Enclosure

cc:  Richard J.J. Manchester, via first class mail
     RBS Citizens, NA, via first class mail
     Jami A. Rodger, via first class mail

Direct Dial: 617-456-8092
Email: ahackett@PrinceLobel.com

#1725039 101903/194

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                                  SUPERIOR COURT
                                                                             CIVIL ACTION
                                                                             NO. SUCV2012-03708-G

|  |  |
|---|---|
| CITIMORTGAGE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RICHARD J.J. MANCHESTER, GMAC MORTGAGE, LLC, RBS CITIZENS, N.A., and JAMI A. RODGER, | ) |
| Defendants | ) |

**GMAC MORTGAGE, LLC'S RESPONSES TO PLAINTIFF CITIMORTGAGE, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Massachusetts Rules of Civil Procedure,[1] GMAC Mortgage, LLC ("GMACM") submits its responses to the First Request for Production of Documents served by CitiMortgage, Inc. ("Citi"). The following responses and objections, and the documents produced herein, are based upon information now known. GMACM has not yet completed discovery or preparation for trial in this matter and therefore reserves the right to amend modify, or supplement the objections and responses set forth below.

Pursuant to Superior Court Standing Order 1-09(3)(c), GMACM states that it is in the process of undertaking a diligent search for responsive documents, including searching its electronic system of records for documents related to the acquisition or assignment of the mortgage at issue in this matter.

---

[1] These requests were originally served in the Housing Court Action. However, the Housing Court Action was, in effect, administratively consolidated with the Superior Court Action.

1

#1716084 101903/194

**REQUEST NO. 1**

Any and all documents which support the assertion in the attached Notice of Mortgagee's Sale of Real Estate that as of September 19, 2007, GMAC Mortgage, LLC was the "present holder" of the mortgage granted by Richard J.J. Manchester to Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for GMAC Bank on property located at 302 South St. Jamaica Plain, Suffolk County, Massachusetts.

**RESPONSE NO. 1**

GMACM will produce all responsive documents in its custody, possession, and control.

**REQUEST NO. 2**

The original promissory note that is secured by the mortgage granted by Manchester to Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for GMAC Bank on property located at 302 South St. Jamaica Plain, Suffolk County, Massachusetts, Massachusetts that is reference in the attached Notice of Mortgagee's Sale of Real Estate.

**RESPONSE NO. 2**

GMACM will produce all responsive documents in its custody, possession, and control.

Defendant
GMAC MORTGAGE, LLC
By its attorneys,

Richard E. Briansky (BBO# 632709)
rbriansky@princelobel.com
Amy B. Hackett, Esq. (BBO# 676345)
ahackett@princelobel.com
Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000

Dated: May 31, 2013

2

#1716084 101903/194

## CERTIFICATE OF SERVICE

    I, Amy B. Hackett, certify that on May 31, 2013, I served a copy of the foregoing document on counsel for Plaintiff by delivering a copy of the same via email and first class mail, postage prepaid, and a copy via first class mail, postage prepaid, on the co-defendants as follows:

| | |
|---|---|
| Jeffrey B. Loeb, BBO # 546916<br>David Glod, BBO # 676859<br>Rich May, a Professional Corporation<br>176 Federal Street, 6th Floor<br>Boston, MA 02110<br>(617) 556-3800<br>jloeb@richmaylaw.com<br>dglod@richmaylaw.com<br><br>(Counsel for Plaintiff) | Richard J.J. Manchester<br>71 South Street<br>Jamaica Plain, MA 02130 |
| RBS Citizens, NA<br>28 State Street<br>Boston, MA 02109 | Jami A Rodger<br>302 South Street, Unit 2<br>Jamaica Plain, MA 02130 |

_____
Amy B. Hackett

3

#1716084 101903/194