**Hearing Date: March 12, 2015 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Norman S. Rosenbaum
James A. Newton

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING "RFC" AND "HOMECOMINGS FINANCIAL" TO PURSUE DISCOVERY FILED BY RONALD P. GILLIS**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the *Amended Motion for Relief from the Automatic Stay Regarding "RFC" and "Homecomings Financial" to Pursue Discovery Filed by Ronald P. Gillis* [Docket No. 7785] will take place on **March 12, 2015 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

ny-1179057

Dated: March 6, 2015  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Norman S. Rosenbaum  
James A. Newton  
MORRISON & FOERSTER LLP  
250 West 55th Street  
New York, NY  10019  
Telephone:   (212) 468-8000  
Facsimile:    (212) 468-7900

*Counsel for The ResCap Liquidating Trust*

2

ny-1179057