**Exhibit B**

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
**DOC- 2012-J432134-00**
Check Number  8380
Tuesday, JUN 19, 2012 10:35:52
Ttl Pd   $17.00    Rcpt # 0004427336
**REEL K671  IMAGE 0369**
ogi/AK/1-1

Requested and Prepared by:
~~Executive Trustee Services, LLC~~

When Recorded Mail To:
Indecomm Global Services
2925 Country Dr.
St. Paul, MN 55117

Loan No.: ▮▮▮▮7600
TS NO: CA1200051571
MIN #: ▮▮▮▮▮▮▮▮▮8180
MERS Phone: 1-888-679-6377
APN #: 43-7179-021-01
Property Address:
89 BELLE AVE, SAN FRANCISCO, CA 94132

77763525

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

**Residential Funding Company, LLC**

all beneficial interest under that certain Deed of Trust dated: 03/06/2007 executed by MARTHA S PANASZEWICZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as Trustor(s), to FIRST AMERICAN TITLE INSURANCE CO, as Trustee, and recorded as Instrument No. 2007-I352249-00, on 03/14/2007, in Book J347, Page 0399 of Official Records, in the office of the County Recorder of San Francisco County, CA together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

DATE: 6/12/12

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR METROCITIES MORTGAGE LLC DBA NO RED TAPE MORTGAGE, its successors and assigns

Dionne Bowie
Assistant Secretary

State of Pennsylvania } ss.
County of Montgomery }

On 6/12/12 before me, Christine Morales Notary Public, personally appeared Dionne Bowie who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Christine Morales (Seal)
Christine Morales

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE MORALES, Notary Public
Abington Twp., Montgomery County
My Commission Expires January 28, 2015