**<u>Exhibit C</u>**

RECORDING REQUESTED BY:
Executive Trustee Services, LLC dba ETS Services, LLC

AND WHEN RECORDED MAIL TO:
GMAC MORTGAGE, LLC
FKA GMAC MORTGAGE CORPORATION
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

Forward Tax Statements to
the address given above

7179-021
89 Belle Ave

San Francisco Assessor-Recorder
Phil Ting, Assessor-Recorder
DOC- 2012-J550036-00
Check Number  0733
Tuesday, NOV 27, 2012 11:20:19
Ttl Pd    $20.00    Rcpt # 0004559578
REEL  K780  IMAGE  0357
                        okc/KC/1-2

SPACE ABOVE LINE FOR RECORDER'S USE

TS # CA1200051571
LOAN #         7600        INVESTOR #:      5129
TITLE ORDER # 120045890-CA-MSI

# TRUSTEE'S DEED UPON SALE

APN 7179-021        TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $498,366.88
The Amount Paid By The Grantee was $498,393.88
Said Property Is In The City Of SAN FRANCISCO, County of San Francisco

**Executive Trustee Services, LLC dba ETS Services, LLC,** as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Residential Funding Company, LLC**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **San Francisco**, State of California, described as follows:

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO, AND IS DESCRIBED AS FOLLOWS: PARCEL A: LOTS 15, 16 AND 17 IN BLOCK 1, ACCORDING TO MAP ENTITLED, "OCEAN VIEW PARK", RECORDED JULY 20, 1903, BOOK "G" OF MAPS, AT PAGE 36 AND 37, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA.
PARCEL B: LOT 14 AND THE WESTERLY 12 FEET, 6 INCHES, FRONT AND REAR MEASUREMENTS, OF LOT 13 IN BLOCK 1, ACCORDING TO THE "PLAT OF OCEAN VIEW PARK", FILED JULY 26, 1908, IN BOOK "G" OF MAPS, AT PAGES 36 AND 37, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **MARTHA S PANASZEWICZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** as Trustor, dated **03/06/2007** of the Official Records in the office of the Recorder of **San Francisco**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **03/14/2007**, instrument number **2007-I352249-00** (or Book **J347**, Page **0399**) of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]



## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# CA1200051571
Loan # ███████7600
Title Order # 120045890-CA-MSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **11/20/2012**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$498,393.88**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 11-21-12

**"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"**

Executive Trustee Services, LLC dba ETS Services, LLC

By: _____
Maria Reyes, Authorized Officer

**State of California** } S.S.
**County of Los Angeles** }

On 11-21-12 before me, **Sally Beltran** Notary Public, personally appeared **Maria Reyes** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Sally Beltran

SALLY BELTRAN
Commission # 1962270
Notary Public - California
Los Angeles County
My Comm. Expires Dec 1, 2015

[Page 2 of 2]