**Exhibit 10**

1  ERROL J. ZSHORNACK, SBN 268940
   ejzrlg@gmail.com
2  2000 Crow Canyon Pl. #330
   San Ramon, CA  94583
3  Tel:     (415) 412-7479
   Fax:    (650) 350-4277
4
   Attorney for Plaintiff
5  MARTHA S. PANASZEWICZ

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9                         **SAN FRANCISCO DIVISION**

10

11 | MARTHA S. PANASZEWICZ,                         | Case No. 3:13-cv-01162-MEJ |
12 |                                                 |                                                |
   |     Plaintiff,                                  |                                                |
13 |                                                 |                                                |
   |     vs.                                         | **NOTICE OF APPEAL TO NINTH CIRCUIT COURT OF APPEALS FROM ORDER DATED JULY 29, 2013 GRANTING DEFENDANTS' MOTION TO DISMISS; REPRESENTATION STATEMENT SIMULTANEOUSLY FILED HEREWITH** |
14 |                                                 |                                                |
15 | GMAC MORTGAGE, LLC;                             |                                                |
   | RESIDENTIAL FUNDING COMPANY,                    |                                                |
16 | LLC; AND DOES 1 through 100, inclusive,         |                                                |
17 |     Defendants.                                 |                                                |

18

19     Notice is hereby given that MARTHA S. PANASZEWICZ, Plaintiff in the above named
20 case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order
21 granting Defendants' motion to dismiss entered in this action on July 29, 2013 (Document 31).
22     Plaintiff's Representation Statement is attached to this Notice as required by Ninth
23 Circuit Rule 3-2(b).

24
       Dated: September 26, 2013              /s/ Errol J. Zshornack____
25                                            Errol J. Zshornack
                                              Attorney for Plaintiff
26                                            MARTHA S. PANASZEWICZ

27

28

---

NOTICE OF APPEAL TO NINTH CIRCUIT COURT OF APPEALS FROM ORDER DATED JULY 29, 2013 GRANTING DEFENDANTS'
MOTION TO DISMISS

1

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Martha S. Panaszewicz and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Martha S. Panaszewicz | Errol J. Zshornack (SBN 268940)<br>2000 Crow Canyon Pl. #330<br>San Ramon, CA 94583<br>Tel. No.: (415) 412-7479<br>Fax No.: (650) 350-4277<br>ejzrlg@gmail.com |
| Defendants-Appellants GMAC Mortgage, LLC and Residential Funding Company, LLC | Mark D. Lonergan (SBN 143622)<br>Edward R. Buell, III (SBN 240494)<br>Kimberly A. Paese (SBN 258594)<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel. No.: (415) 398-3344<br>Fax No.: (415) 956-0439<br>kap@severson.com |

Dated: September 26, 2013         /s/ Errol J. Zshornack
                                  Errol J. Zshornack
                                  Attorney for Plaintiff-Appellant
                                  MARTHA S. PANASZEWICZ

2

NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL; DECLARATION OF MARILUZ PANASZEWICZ RAGASA