**Exhibit 11**

# **District Court Docket**

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:13-cv-01162-MEJ

Panaszewicz v. GMAC Mortgage, LLC et al  
Assigned to: Magistrate Judge Maria-Elena James  
Case in other court: 9th Circuit, 13-16492  
                        San Francisco County Superior Court, CGC-13-528268  
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 03/14/2013  
Date Terminated: 07/29/2013  
Jury Demand: Plaintiff  
Nature of Suit: 220 Real Property: Foreclosure  
Jurisdiction: Diversity

**Plaintiff**

**Martha S. Panaszewicz**           represented by    **Errol Javier Zshornack**  
7311 Mission St Ste E  
Daly City, CA 94014  
415-412-7479  
Fax: 650-991-1511  
Email: errolzshornack@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMAC Mortgage, LLC**           represented by    **Mark Douglas Lonergan**  
Severson & Werson  
One Embarcadero Center, Suite 2600  
San Francisco, CA 94111  
415-398-3344  
Fax: 415-956-0439  
Email: mdl@severson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                                      **Edward Rick Buell , III**  
Severson & Werson  
A Professional Corporation  
One Embarcadero Center, Suite 2600  
San Francisco, CA 94111  
415-398-3344  
Fax: 415-956-0439  
Email: erb@severson.com  
*ATTORNEY TO BE NOTICED*

|  |  | **Kimberly Ann Paese**<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111<br>(415) 398-3344<br>Fax: (415) 956-0439<br>Email: kap@severson.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** | | |
| **Residential Funding Company, LLC** | represented by | **Mark Douglas Lonergan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Edward Rick Buell , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Kimberly Ann Paese**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2013 | 1 | NOTICE OF REMOVAL from San Francisco County Superior Court. Their case number is CGC-13-528268. (Filing fee $350 receipt number 34611084149). Filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (hph, COURT STAFF) (Filed on 3/14/2013) (gaS, COURT STAFF). (Entered: 03/15/2013) |
| 03/14/2013 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/6/2013. Case Management Conference set for 6/13/2013 10:00 AM in Courtroom B, 15th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for all judges)(hph, COURT STAFF) (Filed on 3/14/2013) (Entered: 03/15/2013) |
| 03/14/2013 | 3 | Request for Judicial Notice filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (hph, COURT STAFF) (Filed on 3/14/2013) (Entered: 03/15/2013) |
| 03/19/2013 | 4 | NOTICE by GMAC Mortgage, LLC, Residential Funding Company, LLC re 3 Request for Judicial Notice, 1 Notice of Removal, 2 ADR Scheduling Order, *to Adverse Party of Removal of State Action* (Paese, Kimberly) (Filed on 3/19/2013) (Entered: 03/19/2013) |

| 03/19/2013 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by GMAC Mortgage, LLC, Residential Funding Company, LLC.. (Paese, Kimberly) (Filed on 3/19/2013) (Entered: 03/19/2013) |
|---|---|---|
| 03/21/2013 | 6 | MOTION to Dismiss *Portions of the Complaint* filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. Motion Hearing set for 5/9/2013 10:00 AM in Courtroom B, 15th Floor, San Francisco before Magistrate Judge Maria-Elena James. Responses due by 4/4/2013. Replies due by 4/11/2013. (Attachments: # 1 Proposed Order)(Paese, Kimberly) (Filed on 3/21/2013) (Entered: 03/21/2013) |
| 03/21/2013 | 7 | Request for Judicial Notice re 6 MOTION to Dismiss *Portions of the Complaint* filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (Related document(s) 6 ) (Paese, Kimberly) (Filed on 3/21/2013) (Entered: 03/21/2013) |
| 03/21/2013 | 8 | NOTICE by GMAC Mortgage, LLC, Residential Funding Company, LLC *of Bankruptcy and Suggestion of Automatic Stay* (Paese, Kimberly) (Filed on 3/21/2013) (Entered: 03/21/2013) |
| 04/14/2013 | 9 | RESPONSE (re 6 MOTION to Dismiss *Portions of the Complaint* ) filed byMartha S. Panaszewicz. (Zshornack, Errol) (Filed on 4/14/2013) (Entered: 04/14/2013) |
| 04/17/2013 | 10 | CLERKS NOTICE DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION. (rmm2S, COURT STAFF) (Filed on 4/17/2013) (Entered: 04/17/2013) |
| 04/24/2013 | 11 | REPLY (re 6 MOTION to Dismiss *Portions of the Complaint* ) filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 4/24/2013) (Entered: 04/24/2013) |
| 04/26/2013 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Martha S. Panaszewicz.. (Zshornack, Errol) (Filed on 4/26/2013) (Entered: 04/26/2013) |
| 04/30/2013 | 13 | CLERKS NOTICE Continuing Motion Hearing as to 6 MOTION to Dismiss *Portions of the Complaint*. Motion Hearing set for 5/23/2013 10:00 AM before Magistrate Judge Maria-Elena James. (cdnS, COURT STAFF) (Filed on 4/30/2013) (Entered: 04/30/2013) |
| 05/15/2013 | 14 | OBJECTIONS to re 8 Notice (Other) *of Bankruptcy and Suggestion of Automatic Stay* by Martha S. Panaszewicz. (Zshornack, Errol) (Filed on 5/15/2013) (Entered: 05/15/2013) |
| 05/21/2013 | 15 | MOTION to Appear by Telephone filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. (Attachments: # 1 Proposed Order)(Paese, Kimberly) (Filed on 5/21/2013) (Entered: 05/21/2013) |
| 05/22/2013 | 16 | **ORDER by Judge Maria-Elena James granting 6 Motion to Dismiss and dismissing Complaint without prejudice; finding as moot 15 Motion to** |

|  |  | Appear by Telephone. (mejlc2, COURT STAFF) (Filed on 5/22/2013) (Entered: 05/22/2013) |
|---|---|---|
| 06/05/2013 | 17 | Certificate of Interested Entities by GMAC Mortgage, LLC, Residential Funding Company, LLC (Paese, Kimberly) (Filed on 6/5/2013) (Entered: 06/05/2013) |
| 06/05/2013 | 18 | JOINT CASE MANAGEMENT STATEMENT filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 6/5/2013) (Entered: 06/05/2013) |
| 06/05/2013 | 19 | MOTION to Appear by Telephone *at Case Management Conference* filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 6/5/2013) (Entered: 06/05/2013) |
| 06/05/2013 | 20 | Proposed Order re 19 MOTION to Appear by Telephone *at Case Management Conference* by GMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 6/5/2013) (Entered: 06/05/2013) |
| 06/05/2013 | 21 | Amended MOTION to Appear by Telephone *at Case Management Conference* filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 6/5/2013) (Entered: 06/05/2013) |
| 06/06/2013 | 22 | CLERKS NOTICE CONTINUING CMC - Case Management Statement due by 8/15/2013. Case Management Conference set for 8/22/2013 10:00 AM. (cdnS, COURT STAFF) (Filed on 6/6/2013) (Entered: 06/06/2013) |
| 06/13/2013 | 23 | NOTICE by Martha S. Panaszewicz *(Notice of Intention to File First Amended Complaint with Reservation of Right to Seek Review on Appeal of Order Granting Defendants' Motion to Dismiss)* (Zshornack, Errol) (Filed on 6/13/2013) (Entered: 06/13/2013) |
| 06/13/2013 | 24 | AMENDED COMPLAINT *(First Amended Complaint for: 1. Promissory Estoppel; 2. Constructive Trust; and 3. Damages* against All Defendants. Filed byMartha S. Panaszewicz. (Zshornack, Errol) (Filed on 6/13/2013) (Entered: 06/13/2013) |
| 07/01/2013 | 25 | MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by GMAC Mortgage, LLC, Residential Funding Company, LLC. Motion Hearing set for 8/15/2013 10:00 AM in Courtroom B, 15th Floor, San Francisco before Magistrate Judge Maria-Elena James. Responses due by 7/15/2013. Replies due by 7/22/2013. (Attachments: # 1 Proposed Order)(Paese, Kimberly) (Filed on 7/1/2013) (Entered: 07/01/2013) |
| 07/01/2013 | 26 | Request for Judicial Notice re 25 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (Related document(s) 25 ) (Paese, Kimberly) (Filed on 7/1/2013) (Entered: 07/01/2013) |
| 07/14/2013 | 27 | RESPONSE (re 25 MOTION to Dismiss *Plaintiff's First Amended Complaint* ) filed byMartha S. Panaszewicz. (Zshornack, Errol) (Filed on |

|  |  |  |
|---|---|---|
|  |  | 7/14/2013) (Entered: 07/14/2013) |
| 07/22/2013 | 28 | REPLY (re 25 MOTION to Dismiss *Plaintiff's First Amended Complaint* ) *in Support Thereof* filed byGMAC Mortgage, LLC, Residential Funding Company, LLC. (Paese, Kimberly) (Filed on 7/22/2013) (Entered: 07/22/2013) |
| 07/29/2013 | 29 | **ORDER by Judge Maria-Elena James granting 25 Motion to Dismiss. The Clerk of Court shall close the file. (cdnS, COURT STAFF) (Filed on 7/29/2013) (Entered: 07/29/2013)** |
| 08/28/2013 | 30 | MOTION for Extension of Time to File *a Notice of Appeal* filed by Martha S. Panaszewicz. (Attachments: # 1 Declaration of Mariluz Panaszewicz Ragasa, # 2 Exhibit 1 tab, # 3 Incident Report, # 4 Exhibit 2 tab, #5 Certification of William Huang MD)(Zshornack, Errol) (Filed on 8/28/2013) (Entered: 08/28/2013) |
| 08/28/2013 | 31 | **ORDER by Judge Maria-Elena James granting 30 Motion for Extension of Time to File Notice of Appeal. (cdnS, COURT STAFF) (Filed on 8/28/2013) (Entered: 08/28/2013)** |
| 09/26/2013 | 32 | NOTICE OF APPEAL to the 9th CCA Martha S. Panaszewicz. Appeal of Order on Motion to Dismiss 29 (Appeal fee of $455 receipt number 0971-8033517 paid.) *Representation Statement Simultaneously Filed Herewith* (Zshornack, Errol) (Filed on 9/26/2013) (Entered: 09/26/2013) |
| 09/27/2013 | 33 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 32 Notice of Appeal, (hdjS, COURT STAFF) (Filed on 9/27/2013) (Entered: 09/27/2013) |
| 09/27/2013 | 34 | NOTICE by Martha S. Panaszewicz *of Amended Representation Statement (to correct designation of Defendants-Appellees who were mistakenly named Defendants-Appellants)* (Zshornack, Errol) (Filed on 9/27/2013) (Entered: 09/27/2013) |
| 10/15/2013 | 35 | USCA Case Number 13-16492 9th Circuit for 32 Notice of Appeal, filed by Martha S. Panaszewicz. (hdjS, COURT STAFF) (Filed on 10/15/2013) (Entered: 10/15/2013) |

**Ninth Circuit Docket**

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 13-16942 | **Docketed:** 09/26/2013 |
| **Nature of Suit:** 4220 Foreclosure | |
| Martha Panaszewicz v. GMAC Mortgage LLC, et al | |
| **Appeal From:** U.S. District Court for Northern California, San Francisco | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0971-3 : 3:13-cv-01162-MEJ
  **Trial Judge:** Maria-Elena James, Magistrate Judge
  **Date Filed:** 03/14/2013

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 07/29/2013 | 07/29/2013 | 09/26/2013 | 09/26/2013 |

**Prior Cases:**
  None

**Current Cases:**
  None

---

MARTHA S. PANASZEWICZ
    Plaintiff - Appellant,

Errol Wilfred Javier Zshornack, Esquire, Attorney
Direct: 415-412-7479
[COR LD NTC Retained]
Law Office of E. W. J. Zshornack
Suite # 330
Firm: 415-412-7479
2000 Crow Canyon Place
San Ramon, CA 94582

v.

GMAC MORTGAGE LLC
    Defendant - Appellee,

Elizabeth Holt Andrews, Esquire
[COR LD NTC Retained]
Severson & Werson
One Embarcadero Center
San Francisco, CA 94111

| | |
|---|---|
| | Jon D. Ives, Esquire, Attorney<br>[COR NTC Retained]<br>Severson & Werson<br>One Embarcadero Center<br>San Francisco, CA 94111 |
| RESIDENTIAL FUNDING COMPANY LLC<br>    Defendant - Appellee, | Elizabeth Holt Andrews, Esquire<br>[COR LD NTC Retained]<br>(see above) |

MARTHA S. PANASZEWICZ,

    Plaintiff - Appellant,

v.

GMAC MORTGAGE LLC; RESIDENTIAL FUNDING COMPANY LLC,

    Defendants - Appellees.

| Date | Doc | Description |
|---|---|---|
| 09/26/2013 | [1] 16 pg, 596.93 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Mediation Questionnaire due on 10/03/2013. Appellant Martha S. Panaszewicz opening brief due 01/06/2014. Appellees GMAC Mortgage LLC and Residential Funding Company LLC answering brief due 02/03/2014. Appellant's optional reply brief is due 14 days after service of the answering brief. [8798423] (IV) [Entered: 09/26/2013 02:12 PM] |
| 10/02/2013 | [2] 2 pg, 111.58 KB | Filed (ECF) notice of appearance of Elizabeth H. Andrews for Appellees GMAC Mortgage LLC and Residential Funding Company LLC. Date of service: 10/02/2013. [8806795] (EHA) [Entered: 10/02/2013 02:36 PM] |
| 10/02/2013 | 3 | Attorneys Edward Rick Buell III, Mark Douglas Lonergan, Edward Rick Buell III and Mark Douglas Lonergan substituted by Attorneys Elizabeth Holt Andrews [8806820] (JFF) [Entered: 10/02/2013 02:42 PM] |
| 10/03/2013 | [4] 3 pg, 1.95 MB | Filed (ECF) Appellant Martha S. Panaszewicz Mediation Questionnaire. Date of service: 10/03/2013. [8807401] (EWZ) [Entered: 10/03/2013 12:32 AM] |
| 10/10/2013 | [5] 5 pg, 61.05 KB | Filed order MEDIATION (BS): The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1. The court has scheduled a telephone settlement assessment conference, with counsel only, on November 12, 2013, at 3:00 p.m. PACIFIC (San Francisco) Time to discuss whether this case is appropriate for participation in the Mediation Program. The Chief Circuit Mediator will initiate the conference call by contacting each person on the attached list of participants at the telephone number listed. Please be available for the call at least five minutes before the scheduled time. Counsel should review the attached list and inform Mediation Assistant Beatriz Smith by email (Beatriz_Smith@ca9.uscourts.gov) of any corrections to the list. Please notify Chief Circuit Mediator Claudia Bernard immediately by email (Claudia_Bernard@ca9.uscourts.gov) if the dispute is settled, the appeal is dismissed or if counsel has an unavoidable scheduling conflict. Please copy all counsel on any such communications. All discussions that take place in the context of the assessment conference are strictly confidential. For more detailed information about the assessment conference, confidentiality, the Mediation Program and its procedures generally, please see the attachment to this order and the Mediation Program web site: www.ca9.uscourts.gov/mediation. [8816755] (BJB) [Entered: 10/10/2013 09:26 AM] |
| 11/15/2013 | [6] 1 pg, 32.78 KB | Filed order MEDIATION (CLB): The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office. [8864264] (BJB) [Entered: 11/15/2013 12:31 PM] |
| 12/04/2013 | [7] 85 pg, 2.32 MB | Filed (ECF) Appellees GMAC Mortgage LLC and Residential Funding Company LLC Correspondence: Bankruptcy Status Update. Date of service: 12/04/2013 [8887687] (EHA) [Entered: 12/04/2013 11:14 AM] |
| 12/13/2013 | [8] 2 pg, 39.76 KB | Filed clerk order (Deputy Clerk: AMT): The Court is in receipt of appellees' Notice of Bankruptcy. This case is stayed until June 6, 2014. See 11 U.S.C. § 362(a). Before the stay expires, the appellees shall file a status report. Appellant is reminded that if she contends the automatic stay is inapplicable, she must obtain relief from the automatic stay in the bankruptcy court. [8901351] (BJB) |



| Date | Doc # | Description |
|---|---|---|
| | | [Entered: 12/13/2013 02:51 PM] |
| 06/03/2014 | 9 — 2 pg, 108.93 KB | Filed (ECF) notice of appearance of Jon D. Ives for Appellees GMAC Mortgage LLC and Residential Funding Company LLC. Date of service: 06/03/2014. [9117790] (JDI) [Entered: 06/03/2014 11:19 AM] |
| 06/03/2014 | 10 | Added attorney Jon D. Ives for GMAC Mortgage LLC, in case 13-16942. [9117940] (CW) [Entered: 06/03/2014 11:56 AM] |
| 06/03/2014 | 11 — 7 pg, 96.87 KB | Filed (ECF) Appellees GMAC Mortgage LLC and Residential Funding Company LLC status report (as required by Court order dated 12/13/2013). Date of service: 06/03/2014 [9118060] (JDI) [Entered: 06/03/2014 12:50 PM] |
| 06/05/2014 | 12 — 1 pg, 39.21 KB | Filed clerk order (Deputy Clerk: AMT): The Court is in receipt of appellees' Notice of Bankruptcy Status. This case is stayed until December 8, 2014. See 11 U.S.C. § 362(a). Before the stay expires, the appellees shall file a status report. [9121721] (BJB) [Entered: 06/05/2014 03:09 PM] |
| 12/01/2014 | 13 — 6 pg, 94.08 KB | Filed (ECF) Appellees GMAC Mortgage LLC and Residential Funding Company LLC status report (as required by Court order dated 12/11/2013). Date of service: 12/01/2014 [9331212] [13-16942] (JDI) [Entered: 12/01/2014 01:03 PM] |
| 12/05/2014 | 14 — 1 pg, 39.01 KB | Filed clerk order (Deputy Clerk: AMT): The Court is in receipt of appellees' Notice of Bankruptcy Status. This case is stayed until June 8, 2015. See 11 U.S.C. § 362(a). Before the stay expires, the appellees shall file a status report. [9338721] (WL) [Entered: 12/05/2014 11:47 AM] |

Clear All

○ **Documents and Docket Summary**
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 03/03/2015 07:17:21 | | | |
| **PACER Login:** | rc7991 | **Client Code:** | RESCAP |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 13-16942 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |