UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]            :   Case No. 12-12020 (MG)
                                                :
                                                :
                                                :   (Jointly Administered)
                  Debtors.                      :
-----------------------------------------------------------x

## SUPPLEMENTAL AMENDED AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On March 5, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the Service List attached hereto as **Exhibit A**:

[Space Intentionally Left Blank]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice of Motion of the ResCap Liquidating Trust for Final Decree Closing Certain Jointly Administered Chapter 11 Cases; Hearing to be Held on March 12, 2015 at 10:00 a.m. (prevailing Eastern Time)** [Docket No. 8107]

Dated: March 6, 2015

                                                Stephanie Delgado

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document. |
|---|

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th of March, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A

Served via First Class Mail

| CREDITORNAME | NOTICENAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Anthony K and Sonya L Miley and | Anthony K. and Sonya L. Miley | 524 Dresler Rd | | Rincon | GA | 31326-4748 |
| Anthony K and Sonya L Miley and | Pure Clean | 524 Dresler Rd | | Rincon | GA | 31326-4748 |
| Castle Stawiarski, LLC | Deanna L. Westfall, Esq. | 16350 E Arapahoe Rd Unit 108 | | Foxfield | CO | 80016-1557 |
| Castle Stawiarski, LLC | | 16350 E Arapahoe Rd Unit 108 | | Foxfield | CO | 80016-1557 |
| City of Memphis | Elizabeth Weller | Linbarger Goggan Blair & Sampson, LLP | 2777 N Stemmons Fwy Ste 1000 | Dallas | TX | 75207-2328 |
| Concepcion L. Morado | | 9350 W Adams St | | Tolleson | AZ | 85353-2813 |
| Howze, Lemays & Jones-Howze, Angela Y | | 2708 Barwick Ct | | Rock Hill | SC | 29730-6670 |
| Jeffrey and Mary Gleichman | | 27521 SE 28th Ct | | Sammamish | WA | 98075-4716 |
| John Douglas Bailey | | 6909 Trappingham Ter | | Ft Worth | TX | 76116-7957 |
| Manule Sifunetes vs Gmac Mortgage LLC | Manuel Sifuentes | Hall Attorneys PC | 4265 San Felipe St Ste 1100 | Houston | TX | 77027-2998 |
| Mark Pellegrino | | 2414 149th Pl SE | | Mill Creek | WA | 98012-5722 |
| Rebecca Gebman | | 2 Wilson St | | Beacon | NY | 12508-2612 |
| Timothy W. Redford | | PO Box 274 | | Langley | WA | 98260-0274 |