TPM/mll                            14390-66687                                    411078

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.,                **CERTIFICATE OF SERVICE**

                Debtors.
-----------------------------------------------------------X

I, TIMOTHY P. McELDUFF, JR., being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age, and reside in Slate Hill, New York.

2.     I hereby certify that on March 9, 2015, I served a true copy of the annexed Objection to Debtors' Motion for Entry of Order Establishing Procedures Enforcing Injunctive Provisions of Plan in the following manner:

By e-filing same with the United States Bankruptcy Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

        TO:    Residential Capital, LLC
                    *Debtor*
                    1177 Avenue of the Americas
                    New York, New York 10036

                    Jessica G. Berman, Esq.
                    *Attorney for Debtor*
                    990 Stewart Avenue, Suite 300
                    P.O. Box 9194
                    Garden City, New York 11530

                    Donald H. Cram, Esq.
                    *Attorney for Debtor*
                    One Embarcadero Center, Suite 2600
                    San Francisco, California 94111

                    Stefan W. Engelhardt, Esq.
                    *Attorney for Debtor*
                    1290 Avenue of the Americas
                    New York, New York 10104

TPM/mll                                      14390-66687                                                411078

George M. Geeslin, Esq.
*Attorney for Debtor*
8 Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, Georgia  30305-1565

Bonnie R. Golub, Esq.
*Attorney for Debtor*
The Widener Bldg., Suite 500
1399 Chestnut Street
Philadelphia, Pennsylvania  19107

Todd M. Green, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Joel C. Haims, Esq.
*Attorney for Debtor*
250 W. 55th Street
New York, New York  10019

Gary S. Lee, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas, 40th Floor
New York, New York  10022

Lorenzo Marininuzzi, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

Larren M. Nashelsky, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Anthony Princi, Esq.
*Attorney for Debtor*
1290 Avenue of the Americas
New York, New York  10104

Steven J. Reisman, Esq.
*Attorney for Debtor*
101 Park Avenue
New York, New York  10178

Norman Scott Rosenbaum, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

Kayvan B. Sadeghi, Esq.
*Attorney for Debtor*
250 West 55th Street
New York, New York  10019

John W. Smith, Esq.
*Attorney for Debtor*
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203

Kenneth H. Eckstein, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

Robert J. Feinstein, Esq.
*Attorney for Debtor*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Ronald J. Friedman, Esq.
*Attorney for Debtor*
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753

Douglas Mannal, Esq.
*Attorney for Debtor*
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753

Steven S. Sparling, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

Stephen Zide, Esq.
*Attorney for Debtor*
1177 Avenue of the Americas
New York, New York  10036

TPM/mll                                    14390-66687                                411078

U.S. Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014


                /s/ Timothy P. McElduff, Jr.
      TIMOTHY P. McELDUFF, JR., ESQ.