February 23, 2015

June Elliott Neyer, Borrower
Leland Anthony Neyer, Co-borrower
324 North Main Street
P.O. Box 970
Alturas, Ca 96101
(530) 233-5257

| June Elliott Neyer, Borrower | NO. 11-15722 |
| Leland Anthony Neyer, Co-Borrower | D.C. No 2:09-cv-01671-GEB |
| e-mail: elliottchiropractichealth@frontier.com | filed: June 17, 2009 |
| Plaintiffs | |
| Vs. | |
| **GMAC HOMECOMINGS FINANCIAL** | |
| **BANK Et, al.,** | |
| **Case NO:** RE: NO. 11-15722 | |
| Original Federal Case Number: | |
| D.C. NO. 2:09-CV-01671-GEB/CMK | |
| PLAINTIFFS: File June 17, 2009 | |



RECEIVED

MAR - 6 2015

U.S. BANKRUPTCY COURT, SDNY

## OCWEN LOAN SERVICES DEMAND FOR REFUND OF OUR $6,713.67

Dear OCWEN,

Your letter of January 23, 2015 clearly ignores the prior cited THEFT of our 20 Surplus Escrow Funds in the amount of $6,715.67 since February2009..

Your letter of January 23, 2015 clearly makes a fraudulent statement when you

Stated: **"any unearned premium that may have been paid from your
escrow account has been refunded...."**

Our prior letter to OCWEN, dated September 17, 2013, clearly specifies

our **DEMAND FOR REFUND OF OUR SURPLUS CHECK,** in the amount of

$6,715.67. This demand has been criminally ignored by OCWEN and GMAC.

-1-

# We DEMAND FOR REFUND OF OUR SURPLUS CHECK in

the amount of $6,715.67.

You immediate attention to this refund is hereby demanded due to the fact that we never missed a payment and this is a  $6,615.67 Escrow Fund belonging to us/

## ADDRESSED PARTIES:

**1). OCWEN LOAN SERVICING, LLC**
P.O. Box 659826
SAN ANTONIO, TX 78265-9126
(866) 317-7661
Fax (866) 807-1814
Reference Number: **2301**
Unique Identifier Number: **204352221  13 REFUND LETTER**

**2).** Attn: Molly C. Dwyer, Clerk & Laura Castillo, Deputy Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, Ca 94103
PHONE: 415 355-68000

## 3). Service On The Attorney General's Office
## California Department of Justice
**Attn:** Kamala D. Harris
P.O. Box 944255
Sacramento, Ca 94244-2550
Tel:  (800) 952-5225
Fax: (916)  323-5341

## 4). Attorney TO BE NOTICED
**Attn:** Megan E. Gruber
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center Suite 2600
San Francisco, Ca 94111
415-398-3344 Tel
415-956-0439 Fax

5.) Clerk of the Bankruptcy Court
One Bowling Green,
New York, New York. 10004-1408

6.). Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, New York, NY 10004.
CASE No. 12-12020 (MG) Chapter 11, dated 10/11/13.

Seriously Yours,

June Elliott Neyer _____

Leland Anthony Neyer _____

-3-