**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------- )

## NOTICE OF WITHDRAWAL OF CLAIM NO. 3826
## FILED BY MIDDLEBURG BANK

Middleburg Bank hereby gives notice of the withdrawal of Claim No. 3826 against GMAC Mortgage, LLC (the "Claim"), pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Middleburg Bank hereby withdraws the Claim, and authorizes Morrison & Foerster LLP, counsel to the ResCap Liquidating Trust in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim. Middleburg Bank further authorizes the duly appointed Claims Agent to reflect this withdrawal on the Debtors' official claims register.

A conformed signature shall be deemed original for purposes of this Notice of Withdrawal.

Dated: March 9, 2015
      New York, New York

          /s/ John B. Connor
          John B. Connor
          John B. Connor, P.L.C.
          1033 North Fairfax Street, Suite 310
          Alexandria, VA 22314
          Telephone: (703) 836-9770
          Facsimile: (703) 836-1799

          *Counsel for Middleburg Bank*

1