**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al*., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* FILED BY RONALD P. GILLIS

Ronald P. Gillis filed a motion to lift the automatic stay (the "Motion," ECF Doc. # 7785) and a corresponding application to proceed *in forma pauperis* (the "Application," ECF Doc. # 7786). Upon reviewing the Application, it is hereby

ORDERED that, the relief requested in the Application is granted to the extent provided herein; and it is further

ORDERED that, the Clerk of the Court shall receive and file any necessary forms or pleadings incident to Gillis's Motion without requiring the payment of fees or costs; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated: March 9, 2015
New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge